**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** *Movant,* | ) | |
| **v.** | ) | **Case No. 4:12-cv-08001-GAF** |
| **UNITED STATES OF AMERICA,** *Respondent.* | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW Lisa Marie Montgomery, by and through her undersigned counsel, and moves this Court for leave to file under seal an unredacted copy of her Motion for Collateral Relief to Vacate, Set Aside, or Correct Sentence And for a New Trial and Exhibits #8, 15 (unredacted), 16 (unredacted), Attachments (#'s 7, 10, 13, 14, 22, 24, 25, 27, 30, 32, 37, 40, 47, 51, 58, 60, 61, 63-68, 71-78, 100-102, 107-110, 113, 118, 122-124, 126-128, 131-146, 148, 150-151, 154-160, 162-166, 170-172, 175-182, 184-192, 194-196, 199-207, 209-212, 214, 217-222, 226, 229, 231, 234, 237-242, 244-245, 247-253) to Exhibit #16, 25, 26 thereto. The motion refers to matters that are currently the subject of orders directing that they be kept under seal by this Court or another court, and/or are otherwise protected by law from public dissemination including the following categories of records: medical, school, military, social security, psychiatric, FBI and other official government records.

WHEREFORE, the motion should be granted.

DATED: March 19, 2013

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2013, the above-captioned document was served electronically on Roseann Ketchmark and Cynthia Cordes, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*