# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

2012 NOV 14 PM 2:40

| | | |
|---|---|---|
| Lisa M. Montgomery<br>*Plaintiff*<br>v.<br>United States of America<br>*Defendant* | ) | Civil Action No. 12-8001-CV-SJ-GAF<br><br>(If the action is pending in another district, state where: ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: CCA - Leavenworth, 100 Highway Terrace, Leavenworth, KS 66048

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: all institutional, medical, education, and psychological records pertaining to Lisa M. Montgomery, including visitor logs.

| Place: Christine M. Blegen, Attorney for Mrs. Montgomery<br>230 SW Main Street, Suite 217<br>Lee's Summit, MO 64063 | Date and Time:<br>By 12/14/12 at 5:00 p.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/14/12

*CLERK OF COURT*

_______________________ OR [signature]

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Lisa M. Montgomery, who issues or requests this subpoena, are:

Christine M. Blegen
230 SW Main Street, Suite 217
Lee's Summit, MO 64063