**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-8001-CV-W-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER TO SHOW CAUSE**

Movant, a convicted Federal prisoner currently sentenced to death, has filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255.

IT IS HEREBY ORDERED that Respondent is directed to answer Movant's allegations and show cause within 30 days from the date of this Order why the relief Movant seeks should not be granted.

Dated: March 20, 2013

/s/ Gary A. Fenner
GARY A. FENNER
United States District Judge