# DECLARATION OF JANET SANTANA

I, JANET SANTANA, declare as follows:

I am a paralegal in the Office of the Federal Public Defender for the Middle District of Tennessee in Nashville. As part of my employment, I traveled to Kansas City, Missouri and witnessed the interview of Stephanie Elliot by attorneys for Lisa Montgomery on January 23rd, 2013. Also present for the interview was Ray Conrad, the Federal Public Defender for the Western District of Missouri, Ms. Elliot's boss.

Ms. Elliot related that she is a paralegal at the Office of the Federal Public Defender in Kansas City, Missouri. In 2005, she met Dave Owen at a party hosted by his cousin who was also her friend. At that time she was an attorney in private practice handing child support enforcement actions and worker's comp cases. Mr. Owen told her that he was involved in a death penalty case involving a large number of documents and asked if she knew of any paralegals who would be interested in helping organize his case file. She found the idea interesting and indicated that she had prior experience in one civil case organizing a file which involved litigation in three jurisdictions in the same case. Ms. Elliot explained that she was hired to be the paralegal on the Lisa Montgomery case by the Office of the Federal Public Defender on the basis of her prior experience in that one case.

Ms. Elliot started work on Ms. Montgomery's case in approximately October 2005. Her job was purely that of a support paralegal; she did not make any legal decisions or contribute legal or mental health expertise. She handled sending releases to all the hospitals, schools, and other places identified by Deb Garvey as places from which the team should seek records. She sent countless releases and managed the filing of all the records received.

Ms. Elliot attended Ms. Montgomery's trial, sitting behind counsel table with Troy Schnack the computer information specialist. Ms. Montgomery sat in front of her at counsel table, generally between Ryland and Fred Duchardt. Because Ms. Montgomery's back was to her for most of the proceedings, she could not readily observe her behavior or demeanor. In January 2013, she drew a diagram of the way the defense team was positioned at counsel table for Ms. Montgomery's habeas counsel. The diagram, drawn by Ms. Elliot, is appended to this declaration.

Upon the conclusion of Ms. Montgomery's case in 2007, Ray Conrad, the Federal Public Defender, offered her a position to work full time in his office. She has continued to work as a paralegal in the Office of the Federal Defender in Kansas City since that time until now.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Janet Santana

Janet Santana

Signed this 15th day of March, 2013.


Screen
witness
clerk
law clerks
jury
USA
Stephanie
marshalls