IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, *Defendant/Movant,* v. UNITED STATES OF AMERICA, *Plaintiff/Respondent.* | ) | Case No. 12-CV-8001-SJ-GAF |

MOVANT LISA M. MONTGOMERY'S MOTION FOR LEAVE TO AMEND HER INITIAL MOTION FOR COLLATERAL RELIEF TO VACATE, SET ASIDE, OR CORRECT SENTENCE AND FOR A NEW TRIAL PURSUANT TO 28 U.S.C. §2255

COMES NOW Movant Lisa M. Montgomery, by and through undersigned counsel, and respectfully moves this Court pursuant to Fed. R. Civ. P. 15(a) for leave to amend her previously filed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 after the completion of additional and necessary factual investigation. [1] Mrs. Montgomery respectfully requests that she be granted a period of time, up to and including Monday, December 2, 2013 within which to file an amended motion. In support of this motion, Mrs. Montgomery states as follows:

1. Mrs. Montgomery is a federal prisoner under a sentence of death. Mrs. Montgomery filed her motion to vacate, set aside, or correct sentence and for a new trial on March 18, 2013.

2. Despite diligent efforts, undersigned post-conviction counsel were unable to complete their factual investigation prior to the deadline for filing the initial motion for post-

[1] By filing this motion, Movant does not waive her Motion to Reassign Case, Docket Entry No. 41. Mrs. Montgomery respectfully requests that all proceedings in this matter be stayed pending the resolution of that motion.

conviction relief. Specifically, post-conviction counsel have been unable to interview a number of key witnesses believed to have information relevant to the claims raised in Mrs. Montgomery's initial motion.

3. In addition, at least three witnesses refused to be interviewed by or failed to cooperate fully in interviews with undersigned counsel.

4. A separate motion for discovery will be filed asking the Court to approve certain discovery in this case that could not be completed prior to the filing of the Motion.

5. Undersigned counsel wish to have Mrs. Montgomery examined by certain experts, but it was not possible to schedule and complete such examinations prior to the filing deadline for the initial motion. Upon information and belief, such examinations and testing will provide additional support for the claims raised in Mrs. Montgomery's initial motion.

6. Pursuant to Fed. R. Civ. P. 15(a) leave to amend "shall be freely given when justice so requires." Mrs. Montgomery asks the Court to find that the interests of justice so require here and that the Court afford her an opportunity to complete necessary investigation of certain issues and witnesses as well as to complete expert examinations. Courts in this jurisdiction, and others, routinely grant extensions to amend similar to the instant motion.

7. Undersigned counsel believes it will be possible to complete such investigation and examinations as well as file an amended 2255 motion by Monday, December 2, 2013.

WHEREFORE, for the reasons stated above, movant Lisa M. Montgomery respectfully requests that she be granted leave to amend her pending motion to vacate, set aside, or correct sentence and for a new trial on or before Monday, December 2, 2013 and that the Government's Answer to the Motion be delayed until after the filing of the Amended Motion.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10th, 2013, the above-captioned document was served electronically on Roseann Ketchmark and Cynthia Cordes, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*