IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 12-8001-CV-W-GAF<br>Crim. No. 05-06002-01-CR-W-GAF |

**GOVERNMENT'S RESPONSE TO**
**MONTGOMERY'S MOTION FOR EXTENSION**
**OF TIME TO AMEND HER 28 U.S.C. § 2255 MOTION**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and Assistant United States Attorney Roseann A. Ketchmark, and provides the following response to Lisa M. Montgomery's April 10, 2013, motion for an extension of time to amend her motion for collateral relief pursuant to 28 U.S.C. § 2255.

1. The Government does not oppose Montgomery's motion for an extension of time to file an amended motion for collateral relief, but does take issue with the length of the extension request.

2. Therefore, the Government would oppose any future and additional requests by Montgomery to extend the due date of her amended response past the September 2013 request.

3. The Government also notes that a hearing has been scheduled for May 6, 2013, to hear oral arguments from the parties regarding Montgomery's Motion to

Reassign Case. In light of this scheduled hearing and Montgomery's request for an extension of time to amend, the Government respectfully requests that the time period for the Government to respond to Montgomery's original § 2255 motion be stayed until this Court has made a ruling as to both the Motion to Reassign and the Motion for Extension to Amend.

Wherefore, the United States respectfully does not oppose Montgomery's Motion for Extension and requests a stay on Government's response due date.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By */s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 19, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney