IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, *Defendant/Movant,* v. UNITED STATES OF AMERICA, *Plaintiff/Respondent.* | ) | Case No. 12-CV-8001-SJ-GAF |

MOVANT LISA M. MONTGOMERY'S REPLY IN SUPPORT OF HER MOTION FOR LEAVE TO AMEND HER INITIAL MOTION FOR COLLATERAL RELIEF TO VACATE, SET ASIDE, OR CORRECT SENTENCE AND FOR A NEW TRIAL PURSUANT TO 28 U.S.C. §2255

COMES NOW Movant Lisa M. Montgomery, by and through undersigned counsel, and respectfully submits this Reply in further support of her motion for leave to amend her previously filed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 after the completion of additional and necessary factual investigation. Mrs. Montgomery has requested that she be granted a period of time, up to and including Monday, December 2, 2013 within which to file an amended motion.

In the Government's Response, counsel for the Government state that they have no objection to an extension of time; however, they suggest a deadline in September 2013. The Government does not give a reason for suggesting that the deadline to amend be set in September rather than December 2, 2013.

With all due respect to Government counsel, counsel for Mrs. Montgomery are in the best position to know how much remains to be completed before a final version of the Section 2255 may be filed. Undersigned post-conviction counsel have taken into account the schedules of the investigators and mitigation specialists available to complete the investigation as well as the

schedules of counsel and experts. Undersigned counsel believe that all investigation and the drafting of the amended motion can be completed by December 2, 2013.

As stated in the initial motion, undersigned counsel were unable to complete their factual investigation prior to the deadline for filing the initial motion for post-conviction relief. Specifically, a number of key witnesses believed to have information relevant to the claims raised in Mrs. Montgomery's initial motion have not yet been interviewed. These witnesses will most likely be interviewed by investigators or mitigation specialists whose schedules have been taken into account in requesting the December 2nd deadline.

At least three witnesses refused to be interviewed by or failed to cooperate fully in interviews with undersigned counsel. A separate motion for discovery will be filed asking the Court to approve certain discovery in this case that could not be completed prior to March 18, 2013, but it is anticipated that undersigned counsel will conduct the interviews of at least three witnesses.

In addition, undersigned counsel wish to have Mrs. Montgomery examined by certain experts, but it was not possible to schedule and complete such examinations prior to the filing deadline for the initial motion. Upon information and belief, such examinations and testing will provide additional support for the claims raised in Mrs. Montgomery's initial motion. Scheduling of these interviews will require not only working with the experts' schedules, but also coordinating with Carswell Medical Center where Mrs. Montgomery is detained.

Finally, the Government notes that this case has been set for oral argument on May 6, 2013 on Mrs. Montgomery's Motion to Reassign Case. The briefing and preparation time for this oral argument should also be taken into account in considering Mrs. Montgomery's request that the amendment deadline be set on December 2, 2013.

WHEREFORE, for the reasons stated above, movant Lisa M. Montgomery respectfully requests that she be granted leave to amend her pending motion to vacate, set aside, or correct sentence and for a new trial on or before Monday, December 2, 2013.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd, 2013, the above-captioned document was served electronically on Roseann Ketchmark and Cynthia Cordes, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*