**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# ORDER OF NOTICE

Notice is hereby given that in attendance at the meeting on April 20, 2006, concerning Ms. Clarke as a member of the defense team, between the undersigned, David Owen and Ray Conrad, was the Honorable John T. Maughmer. Judge Maughmer will make himself available for interview by counsel prior to the scheduled hearing on Monday, May 6, 2013, at 1:30 p.m, if counsel for the parties wish to speak with him.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 2, 2013