**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Pursuant to the request of Movant's counsel, Lisa G. Nouri, for an interview with the Honorable John T. Maughmer, it is

ORDERED that said interview with the Honorable John T. Maughmer is to be on the record.

IT IS FURTHER ORDERED that counsel for the Government is to be provided an opportunity to be present and to participate.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 2, 2013