IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN SUPPORT OF MOTION TO REASSIGN**

COMES NOW, Lisa Montgomery, by and through undersigned counsel, and provides notice of the following supplemental authorities in support of her motion to reassign case.

1. *Edgar v. K.L.*, 93 F.3d 256 (7th Cir. 1996) which held:

As for the question whether information secured in chambers can be "personal" knowledge: although § 455 is principally concerned with knowledge that is "extrajudicial" in the sense that the judge acquires it outside a courthouse, see *Liteky v. United States*, 510 U.S. 540, 114 S.Ct. 1147, 127 L. Ed. 2d 474 (1994), the Court rejected the argument that *only* such information can lead to disqualification. Id. at ---, 114 S. Ct. at 1157. **The point of distinguishing between "personal knowledge" and knowledge gained in a judicial capacity is that information from the latter source enters the record and may be controverted or tested by the tools of the adversary process. Knowledge received in other ways, which can be neither accurately stated nor fully tested, is "extrajudicial."** Thus information a judge learns at a workshop devoted to a subject is extrajudicial, *In re School Asbestos Litigation*, 977 F.2d 764 (3d Cir. 1992); *Hathcock v. Navistar International Transportation Corp*., 53 F.3d 36, 41 & n.4 (4th Cir. 1995), even though the workshop is open to other persons, and evidence could be taken about the proceedings. Off-the-record briefings in chambers, by contrast, leave no trace in the record--and in this case the judge has forbidden any attempt at reconstruction. What information passed to the judge, and how reliable it may have been, are now unknowable. This is "personal" knowledge no less than if the judge had decided to take an undercover tour of a mental institution to see how the patients were treated. Instead of going himself, this judge appointed agents, who made a private report of how they investigated and what they had learned. **Mandatory disqualification under § 455(b)(1) follows.**

Edgar, 93 F.3d at 259 (italics in original, bold emphasis added).

2. *In Re: Kensington Int'l Ltd, LLC*, 368 F.3d 289 (3rd Cir. 2004), which noted:

"The theme running through both *Edgar* and *Hall* is that there is an almost irrebutable presumption that a judge is 'tainted' and must be disqualified where, as here, he surrounds himself with individuals who may not be truly disinterested." *In re Kensington Int'l, Ltd*., 368 F.3d at 308. Additionally, the Court observed:

> We have previously described ex parte communications as "anathema in our system of justice." *School Asbestos*, 977 F.2d at 789. One leading reason is that ex parte meetings are often, as they were here, unrecorded. Consequently, there is no official record of what was said during those meetings. Of even greater concern is the argument urged upon us by the Petitioners who, without knowledge of what was discussed at these meetings, contended that they could not respond to these "silent" facts.

*Id.*, 368 F.3d at 309.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No.
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2013, the above-captioned sealed document was served via email on Roseann Ketchmark and Cynthia Cordes, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*