IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Date: 5/6/2013 |
| vs. | ) | Case No. 12-8001-CV-W-GAF |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES OF HEARING

HONORABLE Gary A. Fenner presiding at Kansas City, Missouri.

==================================================================

Nature of Proceeding: Motion Hearing

Time Commenced: 1:35 p.m. Time Terminated: 2:30 p.m.

Movant by: Lisa Nouri, Christine Blegen, Kelley Henry, FPD Amy Harwell, FPD

Respondent by: Cynthia Cordes, AUSA Roseann Ketchmark, AUSA

| **Remarks:** |
|---|
| Court in session at 1:35 p.m. Attorneys appear at noted on the record. Court takes up Motion to Reassign. Court hears arguments. Court takes the matter under advisement. Court in recess at 2:30 p.m. |

Court Reporter: Kathy Calvert By: Tracy Diefenbach, Courtroom Deputy