**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Now on this 6th day of May, 2013, comes the Court herein and having heard from counsel on Movant's Motion to Reassign Case Pursuant to 28 U.S.C. § 455(b)(5)(iv) (Doc. #41), hereby authorizes the attorneys for Movant and the Government to depose Mr. Raymond C. Conrad, Jr., Federal Public Defender for the Western District of Missouri.

Said deposition is limited to any discussion between Mr. Conrad and the Court relating to the conflicts between the Office of the Federal Public Defender for the Western District of Missouri and Ms. Judy Clarke in the handling of the underlying case herein, specifically, but not limited to, the meeting in question on April 20, 2006.

Mr. Conrad is under no obligation to discuss in general the operation of his office or personalities or conflicts within his office or any matters not taken up and discussed with the Court. The deposition is to be scheduled as soon as possible, but no later than three (3) weeks from the date of this Order. The deposition shall not exceed one (1) hour for Movant's questions and shall not exceed thirty (30) minutes for questions from the Government.

Counsel for Movant is given ten (10) days from receipt of the transcript of the deposition to file any additional suggestions in support of Movant's Motion to Reassign Case, and the

Government is given seven (7) days from the date of the filing of any such suggestions to respond. Any reply will be filed within five (5) days of the Government's response.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 6, 2013