**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-08001-CV-W-GAF |
| | ) | Crim. No. 05-06002-01-CR-W-GAF |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE RESPONSE**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and undersigned Assistant United States Attorneys, and moves this Court for a one (1) week extension of time to file a response to Montgomery's Supplemental Suggestions in Support of Her Motion to Reassign Case. The United States offers the following in support of its motion:

1. On May 6, 2013, the Court granted Montgomery's request to depose Federal Public Defender Raymond Conrad. The Court's order also allowed Montgomery the opportunity to file supplemental suggestions in support of her motion to reassign the case within ten days of the receipt of the deposition transcript. The Court order stated the government could file its response within seven days after Montgomery's supplemental suggestions were filed.

2. On May 28, 2013, the parties received the deposition transcript.

3. On June 6, 2013, Montgomery filed her supplemental suggestions in support of her motion to reassign the case.

4. Because of the unknown timing of the parties' receipt of the deposition transcript and the unknown date in which Montgomery would then file her supplemental suggestions, the government was not able to anticipate the timing of the due date for the government's response and other pending matters and deadlines were scheduled for both government counsel on the case. Further, in drafting the government's response, the United States has obtained additional information which may be useful to the court in issuing its order on Montgomery's motion and would like time to properly research and articulate it for the court in the government response.

5. On June 7, 2013, the Court granted Montgomery's motion for additional time to amend her motion to vacate/set aside/correct her sentence pursuant to 18 U.S.C. Section 2255 to and including October 1, 2013.

6. The government has consulted with counsel for Montgomery, Lisa Nouri, and she has no opposition to the government's request.

WHEREFORE, because the movant has already been granted additional time to and including October 1, 2013, to amend her 2255 and therefore will not be prejudiced by a nominal delay in the Court's receipt of the government's response to the supplemental motion to reassign, the government respectfully requests that this Court afford the

government one (1) additional week to file a response in opposition to Montgomery's supplemental suggestions in support of her motion to reassign the case, to and including, Thursday, June 20, 2013.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By *[/s/ Roseann A. Ketchmark](/s/ Roseann A. Ketchmark)*

ROSEANN A. KETCHMARK
Assistant United States Attorney

By */s/ Cynthia L. Cordes*

CYNTHIA L. CORDES
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 11, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney