**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| **Movant,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 12-8001-CV-SJ-GAF** |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

**NOTICE CONCERNING BUDGET AND CJA REPRESENTATION FOR MOVANT**

Please be advised that a meeting has been scheduled for July 12, 2013, at 1:30 p.m., in chambers, on the record, with all counsel of record on behalf of Movant to discuss budget considerations specifically relating to fees for CJA counsel. I would like to discuss counsel's perspective on the number of attorneys necessary from this point forward to adequately represent Movant herein. Counsel for Respondent need not appear.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 28, 2013