IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

MOVANT LISA M. MONTGOMERY'S MOTION TO STAY PROCEEDINGS

COMES NOW Movant Lisa M. Montgomery, by and through undersigned counsel, and respectfully moves this Court to stay all proceedings in this Court pending a ruling on Mrs. Montgomery's Petition for Writ of Mandamus in the United States Court of Appeals for the Eighth Circuit. In support of this motion, Mrs. Montgomery states as follows:

1. Mrs. Montgomery is a federal prisoner under a sentence of death. Mrs. Montgomery filed her motion to vacate, set aside, or correct sentence and for a new trial on March 18, 2013.
2. Contemporaneously with her motion to vacate, set aside, or correct sentence and for a new trial, Mrs. Montgomery filed a motion asking that this case be assigned to a different judge.
3. Based upon information known to her as of March of 2013 and additional information developed in May of this year, Mrs. Montgomery has now filed a petition for writ of mandamus asking the United States Court of Appeals to require that this case be assigned to a different judge for adjudication of Mrs. Montgomery's motion to vacate, set aside, or correct sentence and for a new trial.

4. The United States Court of Appeals for the Eighth Circuit docketed the writ today and set a briefing schedule. Mrs. Montgomery respectfully requests that all proceedings in this Court be stayed pending a ruling on the writ by the United States Court of Appeals for the Eighth Circuit.
5. Mrs. Montgomery's Amended 2255 Motion is currently due on October 1, 2013. Mrs. Montgomery moves that a stay be entered and the she be given until 30 days after the United States Court of Appeals for the Eighth Circuit rules on the writ to file her Amended 2255 motion.

WHEREFORE, for the reasons stated above, movant Lisa M. Montgomery respectfully requests that a stay be entered in this Court and that she be given thirty days after the United States Court of Appeals rules on the writ within which to file her amended motion to vacate, set aside, or correct sentence and for a new trial.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5 , 2013, the above-captioned document was served electronically on Roseann Ketchmark and Cynthia Cordes, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Christine M. Blegen*