**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-8001-CV-W-GAF |
| | ) | Crim. No. 05-06002-01-CR-W-GAF |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S OPPOSITION TO MONTGOMERY'S MOTION TO STAY PROCEEDINGS**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and Assistant United States Attorney Roseann A. Ketchmark, and provides the following reply in opposition to Lisa M. Montgomery's Motion to Stay Proceedings.

**1. Background**

In October of 2007, a jury found Lisa Montgomery guilty of the offense of kidnapping resulting in death and recommended that she be sentenced to death. This Court ordered, on April 4, 2008, that Montgomery be sentenced to death.

Three years later, the United States Court of Appeals for the Eighth Circuit denied Montgomery's direct appeal on June 22, 2011. In March of 2012 the United States Supreme Court denied Montgomery's Writ of Certiorari.

The following year, on March 19, 2013, Montgomery filed an action under 28 U.S.C. § 2255 attacking her conviction and sentence on a number of grounds, including a claim that *pro hac vice* counsel Judy Clarke was improperly removed from the case by this Court at the

urging of attorney's with the local Federal Public Defender's Office then representing Montgomery who also served as the sponsoring local attorney for Ms. Clarke's *pro hac vice* appointment. In connection with that claim, Montgomery's current attorneys attempted to recuse this Court, on the ground that Judge Fenner is a necessary witness to the facts surrounding Ms. Clarke's removal as attorney for Montgomery. This Court denied that recusal request.

Shortly after filing her § 2255 action and recusal motion, on April 10, 2013, Montgomery filed a motion for an extension of time to amend her § 2255 motion. This Court granted Montgomery's request, and ordered Montgomery's amended § 2255 motion to be filed by October 1, 2013.

On September 5, 2013, Montgomery filed a petition with the United States Court of Appeals for the Eighth Circuit seeking a writ of mandamus, directing Judge Fenner to recuse himself from the ongoing § 2255 proceedings, claiming that this Court is a material witness to the facts surrounding Ms. Clarke's removal as attorney for Montgomery. Contemporaneous with the filing of the petition for writ, Montgomery filed a motion to stay proceedings with this Court. In her motion, Montgomery requests that a stay be entered in this Court and that she be given thirty days after the United States Court of Appeals rules on the writ to file her amended § 2255 motion.

**2. <u>Government's Opposition to Request for Stay</u>**

The Government opposes Montgomery's request for a stay and opposes Montgomery's request that she be given an additional thirty days from the Court of Appeal's writ of mandamus ruling in which to file her amended § 2255 motion.

Montgomery's amended § 2255 motion is currently due to be filed by October 1, 2013. The substantive facts and arguments contained in Montgomery's amended § 2255 motion will not be altered either way by the writ of mandamus ruling of the United States Court of Appeals.

Montgomery's current team of appellate attorneys have thoroughly exhausted their search for any evidence warranting a claim of fraud upon the court surrounding the removal of Judy Clarke from the Montgomery case. The defense team is undaunted with the lack of evidence as to their claim, and undoubtedly will make the same unfounded arguments regardless of the Court of Appeal's ruling.

Wherefore, the United States respectfully requests this Court to enter an order denying Montgomery's motion to stay proceedings and an order denying Montgomery's request that she be given an additional thirty days from the Court of Appeal's writ of mandamus ruling in which to file her amended § 2255 motion.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By */s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 23, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney