IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

MOVANT LISA M. MONTGOMERY'S REPLY IN SUPPORT OF HER MOTION TO STAY PROCEEDINGS

COMES NOW Movant Lisa M. Montgomery, by and through undersigned counsel, and in further support of her pending motion to stay all proceedings in this Court pending a ruling on Mrs. Montgomery's Petition for Writ of Mandamus in the United States Court of Appeals for the Eighth Circuit states as follows:

1. Mrs. Montgomery is a federal prisoner under a sentence of death. Mrs. Montgomery filed her motion to vacate, set aside, or correct sentence and for a new trial on March 18, 2013.
2. Contemporaneously with her motion to vacate, set aside, or correct sentence and for a new trial, Mrs. Montgomery filed a motion asking that this case be assigned to a different judge. That motion was denied by this Court and Mrs. Montgomery filed a Petition for Writ of Mandamus in the United States Court of Appeals for the Eighth Circuit.
3. Mrs. Montgomery has respectfully requested that all proceedings in this Court be stayed pending a ruling on the writ by the United States Court of Appeals for the Eighth Circuit.

4. Earlier today, the Government filed a response opposing Mrs. Montgomery's request for a stay and arguing that the "substantive facts and arguments contained in Montgomery's Amended §2255 motion will not be altered either way by a writ of mandamus ruling of the United States Court of Appeals." (Doc. #67).

5. Undersigned counsel disagrees with the Government's conclusion. One of the reasons asserted for reassigning the case is that Judge Fenner is a witness to certain *ex parte* conversations surrounding the removal of Judy Clarke as one of Mrs. Montgomery's attorneys.

6. While Judge Fenner has suggested that the attorneys currently representing Mrs. Montgomery could have questioned him about the *ex parte* conversations at the May 6, 2013 hearing (Doc. #65), counsel did not feel free to ask questions in that forum. If the United States Court of Appeals grants the writ of mandamus and the case is assigned to another district court judge, counsel for Mrs. Montgomery plan to seek a deposition of Judge Fenner to cross examine him about the *ex parte* conversations and such a deposition could affect Mrs. Montgomery's claims pertaining to the removal of Judy Clarke as one of her attorneys.

7. As a result, rather than filing her Amended 2255 Motion on the current due date of October 1, 2013, Mrs. Montgomery moves that a stay be entered and the she be given until 30 days after the United States Court of Appeals for the Eighth Circuit rules on the writ to file her Amended 2255 motion.

WHEREFORE, for the reasons stated above, movant Lisa M. Montgomery respectfully requests that a stay be entered in this Court and that she be given thirty days after the United

States Court of Appeals rules on the writ within which to file her amended motion to vacate, set aside, or correct sentence and for a new trial.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2013, the above-captioned document was served electronically on Roseann Ketchmark and Cynthia Cordes, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Christine M. Blegen*