IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

MOVANT LISA M. MONTGOMERY'S MOTION FOR EXPEDITED RULING ON MOTION TO STAY

COMES NOW Movant Lisa M. Montgomery, by and through undersigned counsel, and respectfully requests an expedited ruling on her pending Motion to Stay. In support of this Motion, Mrs. Montgomery submits the following:

1. Mrs. Montgomery's Amended 2255 Motion is currently due on October 1, 2013.
2. It is unlikely that the United States Court of Appeals will rule on her pending Petition for Writ of Mandamus prior to October 1, 2013.
3. For the reasons stated in Mrs. Montgomery's Reply, a ruling from the United States Court of Appeals may impact the claims to be asserted in the Amended 2255 Motion.
4. An expedited ruling is requested so that undersigned counsel may prepare to have the Amended 2255 motion on file by October 1, 2013 if necessary.

WHEREFORE undersigned counsel respectfully request an expedited ruling on Mrs. Montgomery's pending Motion to Stay.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2013, the above-captioned document was served electronically on Roseann Ketchmark and Cynthia Cordes, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Christine M. Blegen*