**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER DENYING MOVANT LISA M. MONTGOMERY'S**
**MOTION TO STAY PROCEEDINGS**

Now pending before the Court is Movant Lisa M. Montgomery's Motion to Stay Proceedings (Doc. #64). The Court having fully considered Movant's motion, it is

ORDERED that Movant Lisa M. Montgomery's Motion to Stay Proceedings (Doc. #64) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 24, 2013