**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| ***Movant,*** | ) | |
| | ) | |
| | ) | **Case No. 4:12-cv-08001-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Respondent.*** | ) | |

**NOTICE OF FILING**

COMES NOW, Lisa Montgomery, and hereby gives notice of filing Exhibits 1-7; 9-15, 16 (partial), 17-24, 27-35 to Docket Entry No. 71, by delivering an electronic copy of same via computer disk to the Courtroom Deputy for Judge Fenner. An exact duplicate will be delivered to the counsel for the United States Government. Exhibits 8, 25 and 26 to Document 32 (Original, Unamended Motion) are not re-filed as they remain under seal.

DATED: October 1, 2013

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2013, the above-captioned document was served electronically on Roseann Ketchmark, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*