**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-08001-CV-W-GAF |
| | ) | Crim. No. 05-06002-01-CR-W-GAF |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOVANT'S MOTION FOR COLLATERAL RELIEF TO VACATE, SET ASIDE, OR CORRECT SENTENCE AND FOR NEW TRIAL**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and undersigned Assistant United States Attorney, Roseann A. Ketchmark, and moves this Court for an extension of time to file a response to Montgomery's Amended Motion for Collateral Relief to Vacate, Set Aside, or Correct Sentence and For New Trial. The United States offers the following in support of its motion:

1. On June 7, 2013, the court granted Montgomery's motion for additional time to amend her motion to vacate/set aside/correct her sentence pursuant to 18 U.S.C. Section 2255 to and including October 1, 2013.

2. On October 1, 2013, Montgomery filed her amended motion for collateral relief to vacate, set aside, or correct sentence and for new trial which consisted of 238 pages. Accompanying said motion were exhibits in excess of 12 binders, of which some documents were not in existence at the time of trial.

3. Because Montgomery complains of over fifty (50) issues in her amended motion that span from defense trial preparation, trial execution and direct appeal, the Government is requesting a 90 day extension of time to respond to said motion.

WHEREFORE, the Government respectfully requests that this Court afford the government 90 additional days to file a response in opposition to Montgomery's Motion for Collateral Relief to Vacate, Set Aside, or Correct Sentence and For New Trial, to and including, Wednesday, January 15, 2014.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By /s/ *Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 17, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney