**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| **Movant,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 12-8001-CV-W-GAF** |
| | **)** | **Crim. No. 05-6002-01-CR-SJ-GAF** |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

**ORDER**

Now pending before the Court is the Government's Motion to Compel Defense Counsel to Provide An Affidavit (Doc. #75). The Court having fully considered said motion and the Movant's Response to the Government's Motion to Compel Defense Counsel to Provide Affidavits (Doc. #76), it is

ORDERED that Frederick A. Duchardt, Jr., John O'Connor, and David L. Owen, Jr., are to provide affidavits to the Government in response to the claims raised by Movant in her § 2255 motion. Mr. Duchardt, Mr. O'Connor, and Mr. Owen are to provide any and all documentary evidence and attorney notes which are relevant to the claims Movant raises in her § 2255 motion, and to redact any portions of the documentary evidence and notes which are not responsive to her claims.

IT IS FURTHER ORDERED that Mr. Duchardt, Mr. O'Connor, and Mr. Owen are not entitled to reimbursement for testimony provided in post-conviction proceedings from CJA funds.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: December 10, 2013