**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | Civil No. 12-08001-CV-W-GAF |
| v. | ) | Crim. No. 5-06002-01-CR-W-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S RESPONSE TO**
**DUCHARDT'S REQUEST FOR RECONSIDERATION AND**
**MODIFICATION OF ORDER FOR AFFIDAVITS**

The respondent, the United States of America, respectfully provides the following response to Fred Duchardt's "Request for Reconsideration and Modification of Order Directing that Defense Counsel Provide Affidavits, with Suggestions in Support":

1. On November 25, 2013, the Government filed a motion to compel Montgomery's trial attorneys, Fred Duchardt and John O'Connor, to provide affidavits responding to the ineffectiveness of counsel claims the movant, Lisa Montgomery, raised against them in her § 2255 motion.

2. On December 10, 2013, Montgomery filed a response in opposition to the Government's motion.

3. On December 10, 2013, this Court ordered O'Connor and Duchardt to provide affidavits.

4. On December 27, 2013, Duchardt filed a request for reconsideration and modification of the order directing O'Connor and Duchardt to provide affidavits. Specifically, Duchardt requests the order to be set aside and that O'Connor and Duchardt be deposed rather than be ordered to prepared affidavits. In the alternative, Duchardt requests the order to be modified to direct the Government to prepare written questions for Montgomery's review (to see if she had any valid Sixth Amendment objections) and to pay O'Connor and Duchardt for their time spent in preparing their written responses.[1] Duchardt further requests that O'Connor and Duchardt be given until June 16, 2014, to complete their affidavits.

5. On January 8, 2014, the Government received a 21-page affidavit from David Owen, who was co-counsel at Montgomery's trial with O'Connor and Duchardt.

6. After receiving David Owen's affidavit, the Government e-mailed Duchardt and O'Connor inquiring about the status of their affidavits. Duchardt responded that he is waiting for a ruling on his motion. (See Attachment "B")

**7.** Duchardt and O'Connor have long been aware that the Government's response is due on January 15, 2014. Duchardt's motion requests an affidavit deadline of June 16, 2014. The Government is somewhat sympathetic to Duchardt's and O'Connor's difficulty in prioritizing Montgomery's non-paying task over other casework in which they are involved. The Government is, however, opposed to their request for such a

[1] Previous to Duchardt filing his 12/17/13 request that this Court direct the Government to prepare questions, the Government had already e-mailed Duchardt and O'Connor a list of 81 questions on 12/3/13. (See Attachment "A")

protracted extension to June 16, 2014. The Government believes a 30-to-60 day extension would be more reasonable in light of all the circumstances involved.

Accordingly, the Government respectfully requests that this Court issue an order denying Duchardt's motion reconsideration and modification. The Government further requests that this Court issue an order directing Duchardt and O'Connor to submit their affidavits and supporting documents on a date certain on or before April 1, 2014, and that, as part of its order, this Court extend the time for filing the Government's response to Montgomery's § 2255 motion to May 1, 2014.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By */s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on January 9, 2014, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney