**Ketchmark, Roseann (USAMOW)**

| | |
|---|---|
| **From:** | Frederick Duchardt <fduchardt@yahoo.com> |
| **Sent:** | Tuesday, December 03, 2013 8:08 PM |
| **To:** | Ketchmark, Roseann (USAMOW); joconnor@wcllp.com |
| **Cc:** | Koppe, Phil (USAMOW); Mahoney, Kate (USAMOW) |
| **Subject:** | Re: Montgomery questions |

Good evening Roseann

Per your request, I have reviewed the list of questions which you provided. John and I certainly understand your concerns regarding your deadlines looming. However, as I trust you understand, John and I must still await direction from Lisa's legal team and Judge Fenner. We shall look for that.

Fred

On Tuesday, December 3, 2013 7:00 PM, "Ketchmark, Roseann (USAMOW)" <Roseann.Ketchmark@usdoj.gov> wrote:
Hello Fred and John: The Government's 2255 response is due 1/15/14. As you know, I have motioned the court to order that you both prepare affidavits with supporting documents, and recommended and requested that you be reimbursed for your time. Montgomery's attorneys are asking to have until 12/12/13 to file oppositions to my order to compel affidavits.

Because we are already running into a time crunch, I thought I'd put together questions that we would like addressed in an affidavit (and at an evidentiary hearing if need be). Will you please review the questions and start pulling your notes, thoughts, documents together to answer the attached questions? It won't be a waste of your time since you will eventually be asked these questions in some form/forum.

Please let me know if you want me to send you the 238-page 2255 motion, so that you better understand the context of the questions.

FYI - I'm not sure that I will be asking David Owen to prepare an affidavit since he has already supplied an 18-page declaration to the defense in which he is very harsh to other members of the defense team.

Thank you for your attention to this matter. Roseann

# Questions for Fred / John / David

1. What information were you given about Judy Clarke when you were first appointed to represent Ms. Montgomery (LM)?
2. Did you ever speak with Judy Clarke? (Fred called her and she was willing to get back on the case..p.66)
3. Did LM ever speak to you about Judy Clarke?
4. Did prior counsel ever discuss Judy Clarke with you? (Fred spoke with Susan…p.66)
5. What documents/material did you review that Judy Clarke was involved with?
6. Why didn't you follow up with Judy's experts (Dr. Dean Delis and Judith Herman)? (p.26)
7. Did you review the medical records of Mary Coleman (LM's father's sister) who had epilepsy, seizures, migraines AVM and an aneurism/stroke? (p.32)
8. Why did Fred and John not preserve for appeal the issue of Judy Clarke's removal? (p. 56)
9. Who did John ask to be co-counsel before Fred? Anyone refuse? (p.62)
10. Why did John, Fred and David have very few team meetings? (p.63)
11. Why didn't John meet with LM more often? (p.63)
12. Why did Fred jump to hire Dr. Gur? (p.66)
13. Why did Fred choose to hire Robert Fucetola over Dr. Delis? (p.67)
14. Why did Fred not meet with Lisa Rickert, Holly Jackson, Debra Garvey or David Freeman , or Judith Herman ? (p.70)
15. Was Fred unaware of the contract Judy Clarke had sent to Dr. Herman? (p.70)
16. What did Fred mean when he said, someone calling themselves a mitigation "expert" is almost laughable? (P.70)(see also exhibit 19)
17. Did Fred want LM to think of him as a "girl" like page 72 says? The underlying exhibit says, "not think of me as a guy" instead (p. 72)
18. What did Fred and his wife say to LM to get her to say Tommy was with her at the time of the offense? (p. 72)
19. Did Fred press Lisa over and over until she finally said Tommy was the culprit? (p.73)
20. Did Fred ever consider the Tommy story as a planted memory? (p. 73)
21. Did Fred ignore all the evidence that pointed to the fact that Tommy wasn't there (p. 73)
22. How did the theory of pseudocyesis develop into a defense without being diagnosed first? (p. 73)

23. What does Fred say about Dr. Logan's claim that Fred's theory was clinically incomplete, myopic and misguided?" (p. 74)
24. Did Fred lie to the Court on April 3, status conference regarding diagnosis and expert reports? (p. 75)
25. Did Fred lie to the Court on April 3 by claiming there was a previous prohibition about talking to Lisa about the crime? (P.76)
26. Did Fred continue with pseudocyesis defense just because he didn't want to be "found out" by the court he had "lied"? (p. 76)
27. Why did Fred tell the court about the Tommy defense when it then destroyed the relationship between LM's family and the defense team? (p. 77)
28. Is the Tommy defense and the Pseudocyesis defense inconsistent? If not why? (p. 81)
29. Is it true that Fred "created a situation in which her fourth defense team never figured out what was really going on with her psychologically and neurologically?" (p. 81)
30. Did Fred persuade Dr. Logan to agree with Ramanchdran's somatoform disorder?(p. 82)
31. Did Fred ignore the fact that LM never told anyone that she believed that the baby was hers? (p.82)
32. Did Fred minimize LM's confession? (p.82)
33. Why didn't Fred ask for a continuance when Dr. Gur was excluded as a witness? (p. 84)
34. What efforts did Fred make , if any, to negotiate a plea? (p.84)
35. Did the defense team encourage LM to talk about the Tommy defense to the experts? Even though they later abandoned that defense? (p. 85)
36. Who originated the Tommy defense? Was it defense team rather than LM? (p. 85)
37. Did Fred fail to engage in pretrial motion practice outside of a few boiler-plate form motions? (p. 85)
38. What efforts did Fred/John/David make to insure the jury selection process was carried out in a fair way? (p.86)
39. Why did defense not move to have LM declared incompetent to stand trial? (p.133)
40. How did the defense insure they had retained competent mental health and neurological experts? (p. 135)
41. How did the defense insure they conducted a mitigation investigation that complied with the ABA guidelines and prevailing professional norms? (p. 136)

42. Did the defense team understand the importance of a mitigation investigation? If so, how did they insure their mitigation investigation was complete? (p. 136)
43. Was Fred/John/David familiar with the ABA guidelines, basic principles of penalty phase investigation, and how to analyze mitigation information? (p. 139)
44. Did Fred insist that he was the only one to visit with LM's children? If so, why? (p. 140)
45. What efforts were made to investigate LM's social and mental health history? Was there something of importance that was not investigated before the trial? (p. 141)
46. What, if any, serious brain damage did LM have that Fred's team missed? (p. 143)
47. What, if anything, was missing (or was not presented to the jury) in the "life history" that has now been assembled by LM's appellate team? (What details about LM's life that should have been presented at trial that were not?) (p. 144)
48. Did LM have problems communicating with men? If so, what did Fred's team do, besides having Ryland attend meetings with LM to remedy the problem? (p. 149)
49. Was Fred's team aware that the USAO was not going to negotiate a plea, and was only going to seek a sentence of death?
50. Why did the defense file notice of intent to rely on a defense of mental illness on March 30, 2007? (p. 152)
51. What is Fred's response to the allegation that he made misrepresentations to the court (p. 152)
52. Why did Fred announce the "Tommy defense" as early as April of 2007 to the Court, and then not go forward with it? (p. 162)
53. What is Fred's response to the allegation that he maintained too big of a caseload? (p. 162)
54. Why did Fred believe pseudocyesis was a valid mental defense? (p. 163)
55. What is Fred's response to the allegation that he was overreaching with Dr. Gur's neuroimaging opinion? (p. 163)
56. Why didn't Fred's team try to exclude Dr. Case from the case? (p. 167)
57. What is Fred's response to the allegation that he was ineffective during voir dire? (p. 170)
58. What is Fred's response to the allegation that there was no cohesive theory of defense for trial? (p. 178)

59. What is Fred's response to the allegation that the defense of pseudocyesis was "unsustainable" and implausible, and that Dr. Ramachandran wasn't prepared for trial testimony? (p. 180)
60. What is Fred's response to the allegation that the defense should have focused more on the mitigating evidence in the guilt phase? (p. 182)
61. What is Fred's response to the allegation that he should have presented evidence that Judy, Carl and Kevin all abused LM? LM now says she was treated as a slave and tortured by Judy. Both Carl and Kevin physically abused her with forced sexual violence. (p. 183)
62. What is Fred's response to the allegation that he should have presented LM brain damage without trying to have Dr. Gur fit it into pseudocyesis theory? (p. 183)
63. What is Fred's response to the allegation that LM's medication had a negative impact on her demeanor at trial, and the jury should have been told of this? (p. 184)
64. What steps did Fred's team take to insure LM had an appropriate demeanor at trial? (p. 184)
65. What is Fred's response to the allegation that he failed to prepare witnesses for trial testimony? (p. 185)
66. What is Fred's response to the allegation that he should not have announced the Tommy defense so soon. (p. 186)
67. What is Fred's response to the allegation that he should not have reached out to McCandless during trial (p. 186)
68. What is Fred's response to the allegation that he failed to prepare McCandless for her testimony? (p. 187)
69. What is John's response to the allegation that he ineffectively questioned Dr. Laboy during trial? (p. 188)
70. What is John's response to the allegation that he should have objected to question posed to Ben Espey? (P. 189
71. What is John's response to the allegation that he ineffectively questioned Paul Gatewood during trial? (p. 190)
72. What is Fred's response to the allegation that he failed to confirm expert opinion that LM was unable to conform her behavior to the law as a result of her mental illness? (p. 190)
73. What is Fred's response to the allegation that he failed to learn of the abuse of LM by Judy and Carl and its impact on the gov't experts testimony? (p. 191)
74. What is Fred's response to the allegation that he should have objected to Dietz commenting about other notorious cases he was involved in? (p. 191)

75. What is Fred's response to the allegation that he should have objected to Dietz testimony regarding his profiling of women who kidnap? (p. 191)
76. What is Fred's response to the allegation that the defense failed to object to Dietz giving character testimony of LM? (p. 191)
77. What is Fred's response to the allegation that the defense should have investigated Dietz testimony in the Yates case? (p. 192)
78. What is Fred's response to the allegation that the defense failed to tell LM's story during the penalty phase? (p. 192)
79. What is Fred's response to the allegation that he should have objected to the 911 tape during trial and on appeal? (p. 194)
80. What is Fred's response to the allegation that LM was given inappropriate medicine (not Risperdal), was incompetent during trial, and was unable to participate in her trial and assist in her own defense? (p. 196)
81. When, and how, did the defense discover that Tommy Kleiner was at his probation officer's office during the crime? (p. 212)