**Ketchmark, Roseann (USAMOW)**

---

| | |
|---|---|
| **From:** | Frederick Duchardt <fduchardt@yahoo.com> |
| **Sent:** | Wednesday, January 08, 2014 5:36 PM |
| **To:** | Ketchmark, Roseann (USAMOW); joconnor@wcllp.com |
| **Subject:** | Re: Montgomery affidavits |

Good afternoon Roseann

I trust you have seen and read my motion regarding the affidavits. For the reasons I set forth in the motion, John and I are waiting for Judge Fenner to rule on that before we decide what to do and how to do it.

Fred

On Wednesday, January 8, 2014 1:56 PM, "Ketchmark, Roseann (USAMOW)" <Roseann.Ketchmark@usdoj.gov> wrote:
Hello John and Fred. I received David's affidavit today, and am curious where you are with yours. Thanks, Roseann

---

**From:** David Owen [mailto:davidowen@lodopc.com]
**Sent:** Wednesday, January 08, 2014 12:33 PM
**To:** Ketchmark, Roseann (USAMOW)
**Subject:** Affidavit

Ms. Ketchmark,

Attached is my Affidavit as requested.

*Dave*

718 Huntington Place
Highlands Ranch, CO 80126-4730
phone: 303-993-7092
fax: 720-242-8907
http://www.lodopc.com/
davidowen@lodopc.com

**Licensed in Colorado & Missouri**

NACDL
MEMBER

The information contained in this e-mail and any attachments hereto are for the exclusive use of the addressee and may contain confidential, privileged and nondisclosable information. If the recipient of this e-mail is not the addressee, or a person responsible for delivering this e-mail to the addressee, such recipient is strictly prohibited from reading, printing, photocopying, distributing or otherwise using this e-mail or any attachments hereto in any way. If the recipient has received this e-mail in error, please send return e-mail immediately notifying us of your receipt of this e-mail and delete the e-mail from your inbox. Thank you.