**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| **Movant,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 12-8001-CV-W-GAF** |
| | **)** | **Crim. No. 05-6002-01-CR-SJ-GAF** |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

**ORDER**

The Government's request for an extension of time in which to file its response to Movant's § 2255 motion (Doc. #79 at p. 3) is GRANTED. The Government's response to Movant's § 2255 Motion is due on or before May 1, 2014.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 15, 2014