IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY<br>Movant | ) | |
| v. | ) | Case Number 12-8001-CV-W-GAF<br>Criminal Case # 05-6002-CR-SJ-GAF |
| UNITED STATES<br>Respondent | ) | |

***<u>REQUEST BY FREDERICK A. DUCHARDT, JR. AND JOHN O'CONNOR FOR EXTENSION OF TIME TO FILE AFFIDAVITS</u>***

Comes now Frederick A. Duchardt, Jr., on behalf of himself and John O'Connor, and does hereby request an extension of time, until June 30, 2014, to file the affidavits called for in the Court's previous order (Doc. 84). The grounds for this request will be set forth in the subsequent numbered subparagraphs

1. This Court has ordered that undersigned counsel and John O'Connor, by June 1, 2014, prepare and file affidavits in response to the voluminous petition filed by Counsel for Mrs. Montgomery in the above captioned cause (Doc. 84)

2. Ever since the order by this Court was entered in this case, undersigned counsel has been engaged, more than full time, in the preparation for and trial of the capital case of ***United States v. Coonce and Hall***, WDMO Case # 10-3029-01/02-CR-S-GAF. Closing arguments were just concluded on May 30, 2014, and the jury is currently in deliberations.

3. Over the last several months, Mr. O'Connor has been similarly engaged (Doc. 78, p. 13-14).

4. In light of the foregoing conflicts, undersigned counsel and Mr. O'Connor have been unable to meet the deadline set by the Court for preparation and filing of their affidavits in this case.

5. In light of the hefty task ahead of them in preparing of affidavits, undersigned counsel and Mr. O'Connor ask that this Court extend the deadline for the filing of their affidavits until June 30, 2014.

WHEREFORE, undersigned counsel, on behalf of him and Mr. O'Connor, pray that this Honorable Court extend until June 30, 2014the deadline for the filing affidavits in response to the petition filed on behalf of Mrs. Montgomery.

Respectfully submitted

//s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
Mo.Bar Enrollment Number 28868
P.O. Box 216
Trimble MO 64492
Phone: 816-213-0782
Fax: 816-635-5155
e-mail: fduchardt@yahoo.com

## ***CERTIFICATE OF SERVICE***

I hereby certify that a copy of the foregoing was provided to the following

Roseann Ketchmark
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO  64106
Roseann.ketchmark@usdoj.gov

Christine Blegen
230 SW Main St., Suite 217
Lees Summit MO 64063
Christine@blegenlawfirm.com

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.