IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY<br>Movant | ) | |
| | ) | |
| v. | ) | Case Number 12-8001-CV-W-GAF |
| | ) | Criminal Case # 05-6002-CR-SJ-GAF |
| | ) | |
| UNITED STATES<br>Respondent | ) | |

***REQUEST BY FREDERICK A. DUCHARDT, JR. AND JOHN O'CONNOR FOR ORDERS DIRECTING RETURN OF FILES AND ALLOWING ACCESS TO ALL FILINGS MADE IN THE ABOVE CAPTIONED CAUSE***

Comes now Frederick A. Duchardt, Jr., on behalf of himself and John O'Connor, and does hereby request that this Honorable Court direct that current Counsel for Mrs. Montgomery return to undersigned counsel and Mr. O'Connor, complete and in original form, the case files for the Montgomery case prepared by undersigned counsel and Mr. O'Connor, which files were previously provided to current Counsel for Mrs. Montgomery per their insistence. It is also requested that this Court order that current Counsel for Mrs. Montgomery provide to undersigned counsel and Mr. O'Connor access to all filings made in the above captioned cause, including those filed under seal. The grounds for this motion will be set forth in the subsequent numbered subparagraphs.

1. This Court has ordered that undersigned counsel and John O'Connor, by June 1, 2014, prepare and file affidavits in response to the voluminous petition and

supplemental petition filed by Counsel for Mrs. Montgomery in the above captioned cause (Doc. 84). Yesterday, undersigned counsel requested an extension of that deadline until June 30, 2014 in light of engagement of him and Mr. O'Connor in other cases over the months since entry of the Order (Doc. 85).

2. In their process of assembling materials for their work in creating their petition and amended petition, current Counsel for Mrs. Montgomery requested that undersigned counsel and Mr. O'Connor provide to them their complete, original paper files prepared in connection with Mrs. Montgomery's case. It should be noted that, at the time, undersigned counsel urged current Counsel for Mrs. Montgomery to instead leave the files with their makers, and make arrangements for their review and copying of the files at the offices of undersigned counsel and Mr. O'Connor. Current Counsel for Mrs. Montgomery, instead, insisted upon taking the original files from undersigned counsel and Mr. O'Connor, and undersigned counsel and Mr. O'Connor complied.

3. In order to follow this Court's order for preparation of affidavits, undersigned counsel and Mr. O'Connor need for their files to be returned to them, unadulterated, for review and reference. Particularly, undersigned counsel emphasizes that, in order for those files to be useful for the required purposes, those files need to be returned complete and in the same form and order as they were provided to current Counsel for Mrs. Montgomery.

4. In response to an informal request for return of the complete, intact case files to undersigned counsel and Mr. O'Connor, rather than expressing their intent to immediately comply with this eminently reasonable request, current Counsel have instead indicated that "(o)ur 2255 team will discuss your request and determine the most appropriate way to make the files available for review and get back to both you and John…." In light of the wording chosen by current Counsel for Mrs. Montgomery, undersigned counsel has substantial concern that this constitutes a refusal by current Counsel for Mrs. Montgomery to return the files, complete and in original order, to the offices of undersigned counsel and Mr. O'Connor from whence those files came. Anything less than such return of the original files to the places from whence they came is totally unacceptable. For obvious reasons, the organization and completeness of the files is critical for their use by their creators, undersigned counsel and Mr. O'Connor. Also, since current Counsel for Mrs. Montgomery apparently believe that there is some other "appropriate way", not involving return of the files to the offices of undersigned counsel and Mr. O'Connor, to make the files available for review, it is abundantly clear that these attorney do not appreciate the undue burden which would be placed upon undersigned counsel and Mr. O'Connor by any alternative form of production. Undersigned counsel notes that this Court kindly and respectfully directed that undersigned counsel and Mr. O'Connor, without compensation,

discharge the admittedly large duties of preparation of affidavits (Doc. 84, p. 3). As officers of this Court, and out of their great respect for this Court, as well as appreciation for the trust which this Court has invested in them in giving them the privilege to offer services to many persons like Mrs. Montgomery, undersigned counsel and Mr. O'Connor are only too happy to invest whatever time is necessary to comply with the Court's order. Unfortunately, the various Counsel for the parties in the above captioned cause, while drawing compensation for themselves from various sources of government funds for every minute of time they invest, have already shown great alacrity for wasting the time of undersigned counsel and Mr. O'Connor, placing unnecessary demands and roadblocks in the way of them in discharging their duties as ordered by the Court. Current Counsel for Mrs. Montgomery appear poised to course in this same vein. Undersigned counsel requests that this Court not allow this to happen, and direct the return of the files of undersigned counsel and Mr. O'Connor to their offices in original, complete and intact form. In order to allow for completion of the affidavits by the currently requested deadline of June 30, 2014, it is specifically requested that this Court direct that the original, complete, intact files be produced not later than June 6, 2014.

5. Undersigned counsel also notes that, apparently, voluminous information has been filed under seal by current Counsel for Mrs. Montgomery. In light of

copious references made in the petition and supplemental petition to these items, it should be obvious to any counsel in the position of current Counsel for Mrs. Montgomery that all of this material needed to be provided to undersigned counsel and Mr. O'Connor in order for them to discharge the duties assigned to them by this Court in its order entered in January. Nevertheless, current Counsel for Mrs. Montgomery have not, in the many months since that order was entered, seen fit to undersigned Counsel and Mr. O'Connor any of those materials. When undersigned counsel brought this deficiency to the attention of current Counsel for Mrs. Montgomery, the response came that a conference between all current Counsel for Mrs. Montgomery would at some point convene to determine what "necessary" documents would be provided. When this response is coupled with the inexplicable failure since January to provide these items without request, it is obvious that current Counsel for Mrs. Montgomery are not a good source for obtaining these items. Therefore, it is requested, instead, that this Court direct that the Court's Clerk, by no later than June 6, 2014, provide to undersigned Counsel and Mr. O'Connor copies of all items filed in this case to date under seal.

WHEREFORE, it is prayed by undersigned counsel and Mr. O'Connor that this Honorable Court direct current Counsel for Mrs. Montgomery, by no later than June 6, 2014, return to undersigned counsel and Mr. O'Connor, in complete and original form, the case files for the Montgomery case prepared by undersigned

counsel and Mr. O'Connor, which files were previously provided to current Counsel for Mrs. Montgomery per their insistence. It is further prayed that this Court order that its Clerk, by no later than June 6, 2014, provide to undersigned counsel and Mr. O'Connor copies of all documents filed under seal to date in the above captioned cause.

Respectfully submitted

//s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
Mo.Bar Enrollment Number 28868
P.O. Box 216
Trimble MO 64492
Phone: 816-213-0782
Fax: 816-635-5155
e-mail: fduchardt@yahoo.com

***CERTIFICATE OF SERVICE***

I hereby certify that a copy of the foregoing was provided to the following

Roseann Ketchmark
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO 64106
Roseann.ketchmark@usdoj.gov

Christine Blegen
230 SW Main St., Suite 217
Lees Summit MO 64063
Christine@blegenlawfirm.com

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.