# AUTHORIZATION FOR RELEASE OF LEGAL FILES

TO: Fred Duchardt
PO Box 349
Kearney, MO 64060

You are hereby authorized and directed to release a complete and accurate copy of my legal file to include any and all documents such as, but not limited to, pleadings, correspondence, notes, medical records and reports, investigative reports, memoranda, discovery files, e-mails between you and any other attorney, paralegal, investigator, doctor, specialist or expert, time records, and all other information written or otherwise recorded in any format, contained in your legal file for *United States v. Lisa Montgomery* to the law firm of Lisa Nouri, 2526 Holmes, Kansas City, MO 64108, and to Christine Blegen, Blegen Law Firm, LLC, 230 SW Main Street, Suite 217, Lee's Summit, MO 64063.

I specifically authorize the release to Lisa Nouri and Christine Blegen information pertaining to confidential attorney-client communications, medical treatment and evaluation, drug and alcohol abuse and any related treatment, and any and all psychological and psychiatric evaluations and treatment contained in the files of your law practice.

THIS AUTHORIZATION HEREBY REVOKES ANY AND ALL PRIOR AUTHORIZATIONS TO RELEASE INFORMATION CONCERNING ME, EXCEPT AUTHORIZATIONS PROVIDED BY LAW. YOU ARE REQUESTED TO DISCLOSE **NO INFORMATION TO ANYONE ELSE** WITHOUT MY PRIOR WRITTEN AUTHORIZATION.

Dated this 28 day of June, 2012.

Lisa Montgomery

Lisa Montgomery, Client