Re: Documents needed for preparation of affidavits per Court order
Christine@blegenlawfirm.com
to:
Frederick Duchardt
05/30/2014 06:02 PM
Cc:
"Ketchmark Roseann (USAMOW)", Lisa Nouri, Kelley Henry, "amy_harwell@fd.org"
Hide Details
From: "Christine@blegenlawfirm.com" <Christine@blegenlawfirm.com>
To: Frederick Duchardt <fduchardt@yahoo.com>,
Cc: "Ketchmark Roseann (USAMOW)" <roseann.ketchmark@usdoj.gov>, Lisa Nouri <lisanouri_atty@hotmail.com>, Kelley Henry <Kelley_Henry@fd.org>, "amy_harwell@fd.org" <amy_harwell@fd.org>

Fred - I am certain we can accommodate your request and provide necessary documents. Let me confer with Lisa's other attorneys on the best means of providing these materials to you.

Sent from my iPhone

On May 30, 2014, at 5:52 PM, "Frederick Duchardt" <fduchardt@yahoo.com> wrote:

> Good evening Ladies
>
> I trust you have received my request for extension of time, until June 30, 2014, for the filing of affidavits on behalf of me and John O'Connor. I am reviewing the materials which I have, and I think that, unquestionably, I do not have all of the items filed on behalf of Mrs. Montgomery. Particularly, all I have are the original and amended petitions (Doc. 32, 71). There appear to be a bevy of supporting documents which seem to have been filed under seal, and which I have not been supplied. I would appreciate receiving all filings so I can get this daunting task completed by June 30. Please let me know immediately if you both can accommodate this request or if I need to ask Judge Fenner for help in this regard. I look forward to hearing from both of you at your earliest conveniences.
>
> Fred