Re: case files
Christine@blegenlawfirm.com
to:
Frederick Duchardt
05/31/2014 07:14 AM
Cc:
"Ketchmark Roseann (USAMOW)", John O'Connor, Lisa Nouri, Kelley Henry, "amy_harwell@fd.org"
Hide Details
From: "Christine@blegenlawfirm.com" <Christine@blegenlawfirm.com> Sort List...
To: Frederick Duchardt <fduchardt@yahoo.com>,
Cc: "Ketchmark Roseann (USAMOW)" <roseann.ketchmark@usdoj.gov>, John O'Connor <joconnor@wcllp.com>, Lisa Nouri <lisanouri_atty@hotmail.com>, Kelley Henry <kelley_henry@fd.org>, "amy_harwell@fd.org" <amy_harwell@fd.org>
History: This message has been forwarded.

Fred - Our 2255 team will discuss your request and determine the most appropriate way to make the files available for review and get back to both you and John on Monday morning.

Sent from my iPad

On May 31, 2014, at 5:47 AM, "Frederick Duchardt" <fduchardt@yahoo.com> wrote:

> Good morning Roseann and Christine
>
> I am in the midst of the petition, and it is clear that I shall need my own, intact files to assist with my preparation of the affidavit.  At the request of current Counsel for Lisa, I provided those intact files in 2012.  I shall need those back immediately, intact, in order to assist with my analysis of the claims. I suspect that John will need the same return of his files.  Please let me know how soon those can be delivered back to me at my office, and to John at his office.
>
> Fred