**Re: Lisa Montgomery case motions filed by Mr . Duchardt**

Laura Sova to: Lisa Nouri 06/02/2014 08:17 AM

Cc: "amy_harwell@fd.org", "christine@blegenlawfirm.com", Frederick Duchardt, "joconnor@wcllp.com", "kelley_henry@fd.org", roseann ketchmark

Thank you, all. I will pass this along to Judge.

Have a good week. See you soon, Fred!

Laura J. Sova
Judicial Law Clerk to the Hon. Gary A. Fenner
United States District Court for the Western District of Missouri
Charles E. Whittaker Courthouse
400 E. 9th St., Chambers 8452
Kansas City, MO 65101
Phone: (816) 512-5670, Fax: (816) 512-5673
laura_sova@mow.uscourts.gov

Lisa Nouri Ms. Sova: 05/31/2014 02:46:27 PM

From: Lisa Nouri <lisanouri_atty@hotmail.com>
To: "laura_sova@mow.uscourts.gov" <laura_sova@mow.uscourts.gov>,
Cc: roseann ketchmark <roseann.ketchmark@usdoj.gov>, Frederick Duchardt <fduchardt@yahoo.com>, "christine@blegenlawfirm.com" <christine@blegenlawfirm.com>, "kelley_henry@fd.org" <kelley_henry@fd.org>, "amy_harwell@fd.org" <amy_harwell@fd.org>, "joconnor@wcllp.com" <joconnor@wcllp.com>
Date: 05/31/2014 02:46 PM
Subject: Lisa Montgomery case motions filed by Mr. Duchardt

---

Ms. Sova:

We do not object to the motion for extension of time filed on Friday evening.

We disagree with several statements made in the motion filed on Saturday morning and request an opportunity to respond until Tuesday at 5 p.m.

Thanks and have a pleasant rest of your weekend.

Lisa Nouri