Fwd: 12-cv-08001-GAF Montgomery v. United States of America
Christine@blegenlawfirm.com
to:
Kelley Henry, amy_harwell@fd.org
06/02/2014 09:36 AM
Hide Details
From: "Christine@blegenlawfirm.com" <Christine@blegenlawfirm.com>
To: Kelley Henry <Kelley_Henry@fd.org>, "amy_harwell@fd.org" <amy_harwell@fd.org>,

FYI

Sent from my iPhone

Begin forwarded message:

**From:** "Terri_Moore@mow.uscourts.gov" <Terri_Moore@mow.uscourts.gov>
**Date:** June 2, 2014 at 9:33:12 AM CDT
**To:** "Christine@blegenlawfirm.com" <Christine@blegenlawfirm.com>, "lisanouri_atty@hotmail.com" <lisanouri_atty@hotmail.com>, "Ketchmark, Roseann (USAMOW)" <Roseann.Ketchmark@usdoj.gov>, "fduchardt@yahoo.com" <fduchardt@yahoo.com>
**Subject: 12-cv-08001-GAF Montgomery v. United States of America**

Good morning! Judge Fenner would like to set up a telephone conference today re: Mr. Duchardt and Mr. O'Connor's request for extension of time to file affidavits (doc. 85). Please let me know your availability today as soon as possible.

Thank you!

---

Terri Moore
Courtroom Deputy to U.S. District Judges
Gary A. Fenner and Dean Whipple
United States District Court
400 E. 9th St., 8th Floor ~ Kansas City, MO 64106
Direct line: (816) 512-5674