**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,**<br><br>**Movant,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA,**<br><br>**Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 12-08001-CV-W-GAF** |

**ORDER**

Now before the Court is Interested Parties Frederick A. Duchardt, Jr. ("Duchardt") and John O'Connor's ("O'Connor") Motion for Extension of Time to File Affidavits. (Doc. # 85). This Court ordered Duchardt and O'Connor to submit affidavits, no later than June 1, 2014, addressing Movant Lisa M. Montgomery's ("Movant") allegations of ineffective assistance of counsel raised in her Motion to Vacate, Set Aside, or Correct Sentence ("§ 2255 Motion"). (Doc. # 84). Duchardt and O'Connor presently request until June 30, 2014, to file their affidavits. (Doc. # 85 ¶ 1). Respondent United States of America (the "Government") and Movant do not oppose.[1] (Doc. # 87).

Also before the Court is Duchardt and O'Connor's Motion for Orders Directing Return of Files and Allowing Access to All Filings Made. (Doc. # 86). Duchardt and O'Connor provided their original files to Movant's present counsel. (*Id.* ¶ 2). Duchardt and O'Connor urge that their original files, in the same format provided to Movant's current counsel, need to be returned to them for review to assist them in preparing their affidavits. (*Id.* ¶ 3). They request the Court

[1] Movant's attorney, Lisa Nouri, indicated during a telephone conference held June 2, 2014, before the Court that Movant had no opposition to Duchardt and O'Connor's request for extension of time.

order Movant's current counsel to produce their original files no later than June 6, 2014. (*Id.* ¶ 4). Duchardt and O'Connor also request that Movant's current counsel, or the Clerk of Court, provide them with certain sealed documents, no later than June 6, 2014, to aid them in preparing their affidavits. (*Id.* ¶ 5).

On June 2, 2014, the Court held a telephone conference regarding these Motions with all parties and interested parties represented. Pursuant to the matters discussed during the telephone conference, it is

**ORDERED** Duchardt and O'Connor's Motion for Extension of Time to File Affidavits (Doc. # 85) is **GRANTED**. Duchardt and O'Connor have until June 30, 2014, to submit their affidavits addressing Movant's allegations of ineffective assistance of counsel raised in her § 2255 Motion.

**IT IS FURTHER ORDERED** the Government has until July 31, 2014, to submit its response to Movant's § 2255 Motion.

**IT IS LASTLY ORDERED** Duchardt and O'Connor's Motion for Orders Directing Return of Files and Allowing Access to All Filings Made (Doc. # 86) is **GRANTED**. Present counsel for Movant is **ORDERED** to produce to Duchardt and O'Connor the requested files in the form they were given to present counsel no later than June 6, 2014, at 4:00 p.m. Present counsel for Movant is also **ORDERED** to produce to Duchardt and O'Connor the requested documents filed under seal in disc format no later than June 6, 2014, at 4:00 p.m. Duchardt and O'Connor are **ORDERED** to not reveal the sealed documents and information to parties outside of counsel in this case or as necessary for them to respond to the issues that are raised in Movant's § 2255 Motion.

/s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: June 2, 2014.