IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY<br>Movant | ) ) ) | |
| v. | ) ) ) | Case Number 12-8001-CV-W-GAF<br>Criminal Case # 05-6002-CR-SJ-GAF |
| UNITED STATES<br>Respondent | ) ) | |

***REQUEST BY FREDERICK A. DUCHARDT, JR. FOR PRODUCTION OF COPY OF AUDIO RECORDING AND TRANSCRIPTION OF HIS INTERVIEW BY CURRENT COUNSEL FOR MOVANT***

Comes now Frederick A. Duchardt, Jr. and does hereby request that this Honorable Court direct that current Counsel for Mrs. Montgomery provide to him a copy of any audio recording made of the interview of him conducted by current Counsel for Mrs. Montgomery. Mr. Duchardt also requests that the Court order production of any transcription of such audio recording. The grounds for these requests will be set forth in the subsequent numbered subparagraphs.

1. This Court has ordered that undersigned counsel, by June 30, 2014, prepare and file an affidavit in response to the voluminous petition and supplemental petition filed by Counsel for Mrs. Montgomery in the above captioned cause (Doc. 91).

2. Prior to the filing of Mrs. Montgomery's petition, current Counsel for Mrs. Montgomery requested that undersigned counsel agree to be interviewed, and

undersigned counsel complied with that request. At the time of the interview, current Counsel for Mrs. Montgomery requested permission to audio record the interview, and undersigned counsel agreed to that request.

3. In the Petition filed on Mrs. Montgomery's behalf, current Counsel for Mrs. Montgomery make certain representations regarding responses by undersigned counsel during query by current Counsel for Mrs. Montgomery. Instead of referring to the audio recording of the meeting to support those representations, current Counsel for Mrs. Montgomery instead rely upon the recollections of the conversation as provided by an attendee of the meeting.

It is the estimation and belief of undersigned counsel that that attendee's recollections, as set forth in the Petition filed by current Counsel for Mrs. Montgomery, inaccurately account what was said by undersigned counsel. Particularly, the affiant engages in partially quoting sentences spoken by undersigned counsel in making certain points, and then using those partial quotations in another context to make very different points which are actually disagreed with by undersigned counsel. The affiant also engages in misinterpretation of the substance and tenor of responses of undersigned counsel without even bothering to use actual quotations to support the erroneous conclusions.

3. In discharging the duties assigned to him by this Court, it will obviously

be necessary for undersigned counsel to address these factual inaccuracies in the Petition which he perceives to exist. It would be very helpful to undersigned counsel to have the recording of the conversation, together with any transcription made of same, to point out to the Court the errors of omission and commission made by current Counsel for Movant and their affiant.

WHEREFORE, undersigned counsel prays that this Honorable Court direct current Counsel for Mrs. Montgomery, by no later than June 6, 2014, to produce for undersigned counsel a copy of the recording of the interview conducted with undersigned counsel by current Counsel for Mrs. Montgomery. It is further prayed that any transcription made of that recording be provided simultaneously.

Respectfully submitted

//s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
Mo.Bar Enrollment Number 28868
P.O. Box 216
Trimble MO 64492
Phone: 816-213-0782
Fax: 816-635-5155
e-mail: fduchardt@yahoo.com

## ***CERTIFICATE OF SERVICE***

I hereby certify that a copy of the foregoing was provided to the following

Roseann Ketchmark
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO 64106
Roseann.ketchmark@usdoj.gov

Christine Blegen
230 SW Main St., Suite 217
Lees Summit MO 64063
Christine@blegenlawfirm.com

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.