IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY,<br><br>*Defendant/Movant,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Plaintiff/Respondent.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 12-CV-8001-SJ-GAF |

RESPONSE TO MOTION OF WITNESS FREDERICK DUCHARDT'S REQUEST FOR COPY OF AUDIO RECORDING AND TRANSCRIPT OF WITNESS INTERVIEW

COMES NOW Movant Lisa M. Montgomery, by and through counsel, and responds to witness Frederick Duchardt's Motion to the Court for a copy of any audio recording of his interview with Movant's counsel as follows:

1. Mr. Duchardt's memory of the interview is inaccurate. He was never asked for permission to audio record his interview. No such audio recording was made.

2. Because there is no audio recording, there is no transcript. Mr. Armstrong's declaration is the best evidence of what Mr. Duchardt said during his interview. Mr. Armstrong was at the time an experienced, licensed, investigator who has testified in many courts. His credentials are impeccable. He has since retired from federal employment.

3. At the Government's request, this Court has ordered Mr. Duchardt to prepare a limited affidavit responsive only to those claims to which Mr. Duchardt is a witness and based on his own memory. Any dispute about what Mr. Duchardt said during that interview is best resolved at a hearing.

WHEREFORE, the motion should be denied as moot.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2014, the above-captioned document was served electronically on Roseann Ketchmark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*