IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

**NOTICE OF COMPLIANCE WITH COURT ORDER**

COMES NOW Movant, by counsel, and herby notifies the Court that she has complied with this Court's order of June 3, 2014, Docket Entry No. 91, by causing the originals of Mrs. Montgomery's files which were produced by trial counsel Frederick Duchardt to be shipped via federal express overnight delivery. The boxes will be delivered to the address specified by Mr. Duchardt no later than 4:00 p.m. on Friday, June 6, 2014. Signature is required for delivery. In addition, Mrs. Montgomery's files which were produced by trial counsel John O'Connor were also shipped via federal express overnight delivery. The boxes will be delivered to the address specified by Mr. O'Connor no later than 4:00 p.m. on Friday, June 6, 2014. Signature is required for delivery.

In addition, an electronic copy of the sealed documents filed in this case was also forwarded to Mr. Duchardt and Mr. O'Connor via federal express overnight delivery. The electronic copy will arrive no later that 4:00 p.m. on Friday, June 6, 2014, as per Court order.

Respectfully submitted,
/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2014, the above-captioned document was served electronically on Roseann Ketchmark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley J. Henry*