IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY<br>Movant | ) | |
| | ) | |
| v. | ) | Case Number 12-8001-CV-W-GAF |
| | ) | Criminal Case # 05-6002-CR-SJ-GAF |
| | ) | |
| UNITED STATES<br>Respondent | ) | |

***REQUEST BY FREDERICK A. DUCHARDT, JR. FOR LEAVE OF COURT TO WITHDRAW HIS MOTION FOR PRODUCTION OF COPY OF AUDIO RECORDING AND TRANSCRIPTION OF HIS INTERVIEW BY CURRENT COUNSEL FOR MOVANT***

Comes now Frederick A. Duchardt, Jr. and does hereby request leave of Court to withdraw his previously filed motion seeking Order to current Counsel for Mrs. Montgomery to provide to him a copy of any audio recording made of the interview of him conducted by current Counsel for Mrs. Montgomery. The grounds for this request to withdraw motion will be set forth in the subsequent numbered subparagraphs.

1. Undersigned counsel previously sought an order of this Court directing that current Counsel for Mrs. Montgomery produce any audio recording made of the interview of undersigned counsel conducted by current Counsel for Mrs. Montgomery; undersigned counsel made this request based upon his strong recollection that, at the time of the interview, current Counsel for Mrs.

Montgomery sought and received from undersigned counsel permission to tape record the interview (Doc. 92, p. 1-2). Undersigned counsel went on to explain in his motion that resort to such a recording would be valuable since a dispute has arisen between undersigned counsel and a certain affiant attendee of the interview regarding the context, substance, and ultimate meaning of certain of the responses made by undersigned counsel (Doc. 92, p. 2-3).

2. In response to the motion, current Counsel for Mrs. Montgomery disputes the recollection of undersigned counsel regarding the request for recording and affirmatively states that her choice, at the time of the interview, was that "(n)o such audio recording was made" (Doc. 93, p. 1).

3. In light of these representations by current Counsel, there is nothing which the Court can do in this regard, and therefore undersigned counsel withdraws the request. Instead, because of the unfortunate decision of current Counsel for Mrs. Montgomery to not audio record, it will be up to the Court to judge the matter based solely upon the recollections of undersigned counsel and the affiant put forth by current Counsel for Mrs. Montgomery.

WHEREFORE, in light of the foregoing, undersigned counsel does hereby seek leave of Court to withdraw his motion for production of audio recording (Doc. 92).

Respectfully submitted

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
Mo.Bar Enrollment Number 28868
P.O. Box 216
Trimble MO 64492
Phone: 816-213-0782
Fax: 816-635-5155
e-mail: fduchardt@yahoo.com

## ***CERTIFICATE OF SERVICE***

I hereby certify that a copy of the foregoing was provided to the following

Roseann Ketchmark
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO 64106
Roseann.ketchmark@usdoj.gov

Christine Blegen
230 SW Main St., Suite 217
Lees Summit MO 64063
Christine@blegenlawfirm.com

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.