IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

MOTION TO EXTEND FILING DEADLINE UNTIL 5:00 P.M. ON TUESDAY, JUNE 17, 2014 FOR RESPONSE TO WITNESSES' MOTION FOR CLARIFICATION OF COURT'S ORDER OF JANUARY 17, 2014

Lisa M. Montgomery, by and through counsel, requests and an extension of time until 5:00 p.m. on Tuesday, June 17, 2014 to respond to the motion filed by the witnesses for clarification of the Court's January 17, 2014 Order that Mrs. Montgomery's "attorney/client privilege" has been impliedly waived, "**to the extent necessary** to address all allegations of Movant's claims of ineffective assistance of counsel in her §2255 Motion." Order, Docket Entry No. 84, p. 3 (emphasis added).

1. Nearly six months after this Court ordered witnesses Duchardt, O'Connor, and Owen to prepare responsive affidavits to Mrs. Montgomery's motion, Witness Frederick Duchardt, on behalf of himself and Witness O'Connor, seeks clarification of this Court's Order regarding the extent of the implied waiver of attorney/client privilege previously found by this Court.

2. The witnesses' motion was filed on June 11, 2014. Under the local rules of this Court, Mrs. Montgomery would normally have until June 25, 2014 to respond. On June 13,

counsel received an email from this Court's judicial assistant advising that any response to Mr. Duchardt's request be filed no later than 8:00 a.m. on Monday, June 16, 2014.

3. Counsel have begun researching the issues presented by the motion and wish to file a thoughtful and thorough response. While the witnesses' motion may seem simple on its face, research into the issue reveals that the matter is complex and involves the interplay of former counsels' ethical duty of loyalty to their client; obligation to limit disclosures; right to defend against allegations of ineffective assistance of counsel; and the apparent novel request of former counsel to broaden a limited waiver in order to conduct an independent investigation in a matter to which they are not parties.

4. Given the complexity of the issues, counsel seek leave of court to have until Tuesday, June 17, at 5:00 p.m. in which to respond to the witnesses' motion. The request for additional time is modest and in keeping with this Court's apparent desire to expedite consideration of the motion. The additional time will benefit the Court by providing the Court with a concise analysis of the serious and weighty legal issues at stake and will prejudice no party to this litigation.

WHEREFORE, the Court should allow Mrs. Montgomery to have until 5:00 p.m. on June 17, 2014 in which to respond to the witnesses' motion.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217

Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2014, the above-captioned document was served electronically on Roseann Ketchmark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley J. Henry*