**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Nothing should be more important to a lawyer than his or her reputation for honesty and capable representation of the interests of their clients to the best of their ability. When a lawyer's representation is challenged as being less than honest and/or less than capable based upon the lawyer's lack of integrity, ability or effort, the lawyer should not be silenced or handicapped in defending their reputation. A former client waives attorney-client privilege to the extent necessary for a lawyer accused of ineffective assistance to respond fully to the allegations against them. In a difficult and complex case, such as any death penalty case, it is only reasonable that a lawyer might find it necessary to consult with some or all of their defense team to fully and adequately respond to allegations against them.

Having fully considered the Request for Detailed Clarification of Order Regarding Implied Waiver of Privileges (Doc. 84, P. 3) (Doc. #96), filed by Frederick A. Duchardt, Jr., as well as Movant's Suggestions in Opposition, it is hereby ORDERED that Federal Public Defender Office employees Stephanie Elliott and Troy Schnack, former Federal Public Defender Office employee Ron Ninemire, and retained expert Robert Fucetola, Ph.D., consult with and cooperate with former trial counsel for Movant, Mr. Duchardt and Mr. John O'Connor, by

answering their inquiries to the best of said employees' and retained expert's ability, as well as providing any records or documentation relevant to the claims raised against trial counsel. Records to be provided are to include records of The Federal Public Defender or any employee thereof regarding contact and payment for the services of Ms. Dani Waller, and records of computer usage summaries prepared by Mr. Troy Schnack, or anyone under his supervision, on behalf of the office of The Federal Public Defender, which reflect on whether such usage summaries were provided to experts before or during trial.

IT IS FURTHER ORDERED that Movant's request for an extension of time to 5:00 p.m., on Tuesday, June 17, 2014, to further respond herein is denied. Movant's motion for protective order is likewise denied.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 16, 2014