IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

EMERGENCY MOTION TO STAY ORDER

Lisa M. Montgomery, by and through counsel, moves this Court to stay its order of June 16, 2014, Docket Entry 100, in order for Mrs. Montgomery to seek a writ of mandamus/prohibition in the United States Court of Appeals for the Eighth Circuit. Mrs. Montgomery has no other remedy at law other than to seek the immediate intervention of the higher court since the harm will have already occurred. Fed. R. App. P. 8. The rules of appellate procedure require counsel to first seek a stay from the district court before moving for a stay in the Court of Appeals. All parties are advised that should this Court deny a stay, Mrs. Montgomery will immediately move for a stay in the Eighth Circuit.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063

(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2014, the above-captioned document was served electronically on Roseann Ketchmark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley J. Henry*