**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | **Crim. No. 05-6002-CR-SJ-GAF** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Pursuant to Frederick A. Duchardt, Jr.'s request for a copy of Document No. 80 in the case of *United States of America v. Lisa M. Montgomery*, Case No. 05-6002-CR-SJ-GAF, it is

ORDERED that a copy of said document is provided to Mr. Duchardt for his eyes and the eyes of co-counsel at trial only to the extent necessary to respond to the allegations of Movant's § 2255 motion herein.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 19, 2014