**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 14-2437

In re: Lisa M. Montgomery

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-08001-GAF)

---

**ORDER**

The district court's June 16, 2014 order is hereby stayed pending this court's ruling on Montogemery's petition for writ of mandamus/prohibition, which must be filed by 5:00 p.m., June 27, 2014.

June 20, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans