IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY<br>Movant<br><br>v.<br><br><br>UNITED STATES<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Case Number 12-8001-CV-W-GAF<br>Criminal Case # 05-6002-CR-SJ-GAF |

***<u>SECOND REQUEST BY FREDERICK A. DUCHARDT, JR. AND JOHN O'CONNOR FOR EXTENSION OF TIME TO FILE AFFIDAVITS</u>***

Comes now Frederick A. Duchardt, Jr., on behalf of himself and John O'Connor, and does hereby request a second extension of time, until August 29, 2014, to file the affidavits called for in the Court's previous order (Doc. 84). The grounds for this request will be set forth in the subsequent numbered subparagraphs

1. This Court previously ordered that undersigned counsel and John O'Connor, by June 1, 2014, prepare and file affidavits in response to the voluminous petition filed by Counsel for Mrs. Montgomery in the above captioned cause (Doc. 84). This Court has granted one extension of time, until June 30, 2014, for the filing of the affidavits (Doc. 91).

2. Through this month, undersigned counsel and Mr. O'Connor have been engaged, more than full time, in preparation of the affidavits as ordered by this

Court. That work has necessitated seeking of information, and this Court has granted all requests made in those regards. Had undersigned counsel and Mr. O'Connor been able to receive all of the information requested, as ordered by the Court, they believe they could have met the June 30, 2014 deadline for filing of affidavits.

3. Current Counsel for Mrs. Montgomery have sought and have been granted, a stay by the Eighth Circuit Court of Appeals of this Court's Order granting undersigned counsel information access. Current Counsel for Mrs. Montgomery have also advised undersigned counsel that it is their intent, as well, to seek an order prohibiting the filing of the affidavits without initial approval by them. Without the information requested, undersigned counsel and Mr. O'Connor cannot complete the tasks assigned to them by this Court. In addition, with the appeal by current Counsel for Mrs. Montgomery ongoing, there would be no way for the requestors of the affidavits, the government, to have access to those affidavits until the appeal process is complete.

4. Undersigned counsel and Mr. O'Connor have been delaying other work while investing their full time and effort in completing these affidavits. Should this Court permit an extension of time for the filing of the affidavits, undersigned counsel and Mr. O'Connor would be able to engage in other matters while the appeal process by current Counsel for Mrs. Montgomery is ongoing.

5. In light of the foregoing, it is requested that this Court grant until August 30, 2014 for the filing of the affidavits by undersigned counsel and Mr. O'Connor.

6. Undersigned counsel has solicited input from the parties about this request. The government has indicated having no objections to the granting of this extension. Current Counsel for Mrs. Montgomery have not responded to the request for comment.

7. In light of the foregoing, the interests of justice will best be served by this Court granting the extension of time sought in this motion.

WHEREFORE, undersigned counsel, on behalf of him and Mr. O'Connor, pray that this Honorable Court extend until August 29, 2014 the deadline for the filing affidavits in response to the petition filed on behalf of Mrs. Montgomery.

Respectfully submitted

//s/Frederick A. Duchardt, Jr.

FREDERICK A. DUCHARDT, JR.
Mo.Bar Enrollment Number 28868
P.O. Box 216
Trimble MO 64492
Phone: 816-213-0782
Fax: 816-635-5155
e-mail: fduchardt@yahoo.com

## ***CERTIFICATE OF SERVICE***

I hereby certify that a copy of the foregoing was provided to the following

Roseann Ketchmark
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO 64106
Roseann.ketchmark@usdoj.gov

Christine Blegen
230 SW Main St., Suite 217
Lees Summit MO 64063
Christine@blegenlawfirm.com

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.