Re: request for extension to file affidavits
Kelley Henry
to:
Frederick Duchardt
06/20/2014 10:20 AM
Cc:
"Ketchmark Roseann (USAMOW)", "Christine Blegen", "Lisa Nouri", "Phil Koppe", "John O'Connor"
Hide Details
From: Kelley Henry/TNMF/06/FDO Sort List...
To: "Frederick Duchardt" <fduchardt@yahoo.com>,
Cc: "Ketchmark Roseann (USAMOW)" <roseann.ketchmark@usdoj.gov>, "Christine Blegen" <christine@blegenlawfirm.com>, "Lisa Nouri" <lisanouri_atty@hotmail.com>, "Phil Koppe" <phil.koppe@usdoj.gov>, "John O'Connor" <joconnor@wcllp.com>
Fred,

We take no position on the motion.

Kelley

Sent from my iPad

On Jun 20, 2014, at 9:29 AM, "Frederick Duchardt" <fduchardt@yahoo.com> wrote:

> Good morning to the counsel for Montgomery v. US
>
> In light of the ruling by the Eighth Circuit staying Judge Fenner's order, and also in light of other factors, John and I shall be requesting an extension of time, until August 29, 2014, for the filing of our affidavits. Please let me know, as soon as you can, if you have any objections to that request. I intend to file the motion this morning, and I would like to include the positions of the parties as to the matters.
>
> Fred