**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| **Movant,** | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent.** | ) | |

**ORDER FOR PARTIES TO RESPOND TO DISCOVERY REQUESTS**

On June 20, 2014, trial counsel for Movant herein, Mr. Frederick P. Duchardt, Jr., by email to the court, requested discovery of the following:

1. Interview of Judge Maughmer in Movant's § 2255 proceeding;
2. Hearings on the record regarding the removal of Judy Clarke in open court on April 21, 2006, as well as chambers conferences regarding the same on April 25, 2006 and May 3, 2006; and
3. Record of the hearing before the court on May 6, 2013, wherein the court addressed the court's recollections regarding the removal of Judy Clarke.

As previously stated by email response to all of the parties, the court is not aware of any transcript of the interview of Judge Maughmer.

Additionally, the hearing before this court on May 6, 2013, is a matter of public record and available to Mr. Duchardt.

The hearings in 2006 referenced in #2 above were ordered sealed and there has been no transcript prepared for the April 21, 2006 hearing regarding the removal of Judy Clarke. The hearings conducted on April 25, 2006 and May 3, 2006, have been transcribed but have not been

officially filed with the court. However, the court is in possession of those transcripts as they were provided to the court by the Government in the appeal to the Eighth Circuit of the conviction and sentence herein. The court has no knowledge of these transcripts having been sealed on appeal.

None of these requests were addressed in the court's Order of June 16, 2014 (Doc. #100), the effect of which Order has been stayed by the Eighth Circuit herein.

Any objections to Mr. Duchardt being provided a copy of the transcripts of the hearings on April 25, 2006 and May 3, 2006, or any of the other requests by Mr. Duchardt addressed herein are to be filed with the court on or before June 25, 2014, at or before 11:00 a.m.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 23, 2014