**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| **LISA M. MONTGOMERY**,<br><br>Movant,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Respondent. | Case No. 12-8001-CV-W-GAF<br>Crim. No. 05-06002-01-CR-W-GAF |

**GOVERNMENT'S RESPONSE TO DISCOVERY REQUEST**

Comes now the United States of America, by and through Roseann A. Ketchmark, Assistant United States Attorney, and makes the following response to Mr. Frederick P. Duchardt, Jr.'s request for discovery:

1. May 6, 2013, Interview of Judge Maughmer

Assistant United States Attorney Roseann Ketchmark and former Assistant United States Attorney Cynthia Cordes were present when counsel for Montgomery interviewed Judge Maughmer on May 6, 2013. Undersigned counsel did not record the interview, and is not aware of any recording device having been utilized during the interview. Both AUSA Ketchmark and former AUSA Cordes took written notes of the interview. *See* Attachment "A" (Roseann Ketchmark's Notes) and Attachment "B" (Cynthia Cordes's Notes").

2. April 21, 2006; April 25, 2006; and May 3, 2006, Transcripts

The Government has no objection to the Court providing Montgomery's trial attorneys, Mr. Duchardt and Mr. O'Connor, with copies of the April 21, 2006, hearing on the record regarding the removal of attorney Judy Clarke; with copies of the April 25, 2006, chambers

conference regarding Ms. Clarke; and with copies of the May 3, 2006, chambers conference regarding Ms. Clarke.

3. Untranscribed Recordings and Sealed Transcripts

The Government requests that the April 21, 2006, hearing on the record regarding Ms. Clarke be ordered transcribed and unsealed. The Government further requests that the transcripts of April 25, 2006, and May 3, 2006, regarding Ms. Clarke be unsealed.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Roseann A. Ketchmark*

Roseann A. Ketchmark
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on June 23, 2014, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney