Interview of Judge Maughmer

~~Docket~~ ~~April 20th~~

# Roseann's Notes p. 1

- I not give testimony unless ordered
- Read last ordered

It wasn't until then that we knew Judge was there
came as a surprise to us

- How did you 1st become aware problem?
David O. stopped by office & alerted me to "issue" not specifics (just general).
Relationship w/ Judy wasn't good. I didn't do anything about that. No notes about that made.

April 17th David O. ~~according~~ to Susan H. problem between his office & Clark

Ray there? no
Ray talk to you? No just @ mtg. w/ Judge Jenner.

Discuss w/ Judge Jenner after 4-17? Could have but don't remember

worked? Rel. Knew Ht ... w/ ... Ray ... 
1) Briefing 15 min
2) Dunkins w/ Fenner 4-25 5-3
3) funding not a issue in decision
4) Judy was secondary
5) not need to consult w/ Judy & Δ matter forced to determine
* Fenner had reservations
6) Recall being present for 5-3 transcript
7) FPD that wanted Judy in case



) not atypical for Ct. appt counsel to come in ex parte to receive counsel

- How did get in chambers? By Judge Jenner's invite
- People already w/ him? Normally when sit in I get there before other folks - so that is my assumption
- Jenner say why you should come? Yes - to discuss representation
- He ask your opinion - don't recall
- Dave & Ray show up simultaneous Believe so
- ~~Who~~ Who spoke? Breakdown in commut relationship
- Was there a lot of detail? No recollection of Judge [illegible] something in particular
- (just friction between) the two
- Not sure I ever knew of source of friction

- Someone needed to go.
- Impune her competency? No
- Claim she was abusive? Don't Recall
- when mtg. going on what did Judge Jenner say? Not sure that he said much of anything
- Did he decide to get Judge off immediately? He typically decides later. Would not have expected him to say
- What did you talk about w/ Jenner? We agreed (too big breakdown) current construct of recom is not going to work
- Judge C. & Public Def. Office & it was not
- Someone had to go - his strong preference & belief in Committees re local control of cases.

Judge Former thought 3rd counsel

- Did anyone talk about what Susan Hunt thinks? Don't think so

- Input from Susan? Don't care

- ~~Rut~~ I thought problem w/ FPD & ~~[illegible]~~ Judge & one of them had to go

* - Should we receive input from Judge or Δ? Viewed it as as matter for the Court to determine

- Dave say much? I don't recall Dave saying anything of substance.

- What was Jenner's reaction? Don't recall Jenner displaying any reaction

- Any consid of - you can't work this out? They may have happened but I don't recall - that would seem to be a logical quest to ask

- Any discussion re: right to counsel? not that I recall

- Judy appear in front of you? no have no thoughts about her

- Receive emails from FPD re Judy Clark? Almost certain I did not

- Judy (Oct 2005) admitted - was there any discussion w/you? Yes, I'm sure I was aware of that, I think Jenner apprised me of that decision. Just generally aware of decision
* Think it was FPD's idea as opposed to Susan that wanted her - because she had set of tools.

- Any reservation? Jenner did have reservation about bringing someone in - outside the area. We know who to trust & who not to:
comfort level whose credibility we have comfort.

(6)

Amy said

- We've heard of that concept other places as well

Mac "It's pretty common" "Amy" "Yeah"

- Is Ex parte common? It's not common, but it's not atypical. Lawyers come in & seek guidance from Maughmer (think Lisa has come in to speak w/ Maughmer)

- Do you know Anita B. Yoder; back story? Friction between David & Anita

- another Mtg on May 1st? that was not recorded (call it - Complaining about Susan Hunt mtg) I can't remember

David, Ray, Susan, Jenner
- May 3rd? I may have been, at some point Susan gets off.
Remember sitting to the left of Ray
(Maughmer) (Ray) (David) When c/o Judy

- Believe @ the mtg where discuss of Susan getting off on FPD.

- Discuss w/ Jenner re: Susan?
~~After Jenner~~ May have been,
I remember that the representation
was a mess & we were
both disappointed at the
status of the representation

- Was $ a factor? From the
outset, the FPD had resources
available to help fund the case.
(Don't think economics was
a ~~function~~ factor)

- Were you aware that 2255?
Yes Judge Jenner
- Were you aware of reassign?
Yes Judge Jenner

- How? Jenner was going to set
(Reassign) hrg & wanted
Maughmer to set in a hrg.
there he provided me w/ a
copy of that motion.

* - Who remembered? I remembered.
& brought it to Jenner's attention

(8)

- Jenner asked that Maughmer be interviewed. (Maughmer expected this meeting)

- Talked w/ Ray, David, Susan, John, Ron
Fred? - no

- Talked w/ any other judges? Only Judge Jenner - Told Judge Larsen/Harp I would be occupied this afternoon.

- willing to sit down & talk again.

- Remember being in room w/ call to CCAP? Don't believe I was in room think I would remember if I was.

no discussion re: Could order to get Susan off black-ball her.

Ever seen mess like this? no.
take you & Jenner aback? yes
very disappointed

- April 20th mtg — 15-20 min
- Don't recall speaking
- Susan Hunt disappointed w/ Judy Doy case? Know she felt badly about circ
- Since I had conversations w/ Susan.
- Anyone make you aware that ~~Susan~~ Judy in area on 5-20.
- April 25th Mtg?
  Tuesday
  Susan,

Renee Ray, David Susan — mtg 5-3