## Fw: Montgomery v. United States

Laine Cardarella to: Kelley Henry 06/03/2014 09:06 AM

History: This message has been forwarded.

Kelley,

Please see the email string below which documents a written conversation between Fred Duchardt and myself over the weekend. I understand that you currently represent my office's former client Lisa Montgomery. I thought you should be aware of the contact.

Take care

Laine

---

Unless someone like you cares a whole awful lot, nothing's going to get better. It's not!
-*The Lorax* by Dr. Seuss

---


Laine Cardarella
Federal Public Defender
818 Grand Blvd - Suite 300
Kansas City, MO 64106

Phone: (816) 471-8282
FAX: (816) 471-8008
Web Site: mow.fd.org



*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.


----- Forwarded by Laine Cardarella/MOWF/08/FDO on 06/03/2014 08:59 AM -----

From: Laine Cardarella/MOWF/08/FDO
To: "Frederick Duchardt" <fduchardt@yahoo.com>
Cc: Stephanie Elliott/MOWF/08/FDO@fdo, Anita Burns/MOWF/08/FDO@fdo, Troy Schnack/MOWF/08/FDO@fdo

| | |
|---|---|
| Date: | 05/31/2014 12:25 PM |
| Subject: | Re: Montgomery v. United States |

Fred it is my policy not to have anyone in my office respond to a 2255 without a court order. The order you sent me directs you and John to respond but doesn't apply to us. Frankly I don't understand why you can't respond to the petition based on your own recollection since it will be your personal affidavit.

As I told you, I am out of town. I have asked that Ray and Ron be contacted.

Laine Cardarella
Federal Defender
Sent from my iPhone

On May 31, 2014, at 12:36 PM, "Frederick Duchardt" <fduchardt@yahoo.com> wrote:

> Good morning again Laine
>
> I respect your thoughtful concern in this regard, and I want to proceed in a way which properly addresses that concern. I would note that I had resisted preparation of the ordered affidavit, asking that I not be required to make the required sorts of revelations of strategy and confidences without an explicit waiver from Lisa. Judge Fenner refused that request, but did make a finding, consistent with a bevy of 8th Circuit and other holdings, that by filing her motion, Lisa had impliedly waived all privileges connected with the allegations of ineffectiveness which were raised on her behalf in her petition. A copy of that order is appended for your information. I believe that this order is more than broad enough to address any concerns you might have. However, that call in that regard is, of course, up to you. I ask that you look at the order, and get back to me with your thoughts. You have also mentioned desiring a Court order, and certainly I can request that if you believe that such an order can legitimately be directed to you under current circumstances. Let me know your thoughts on that as well., and I can nuke up a motion
>
> It would be well for me also to explain my reasoning behind wanting to discuss certain matters with you staff. While I am the predominant target of the claims set forth in the petition and amended petition filed on Lisa's behalf, that large target on my back consistent with my overarching role in trial and appeal in the case, no one is spared from invective, including everyone who I mentioned in my original e-mail to you. If this only involved legitimate claims, supported by legitimate facts, I would be more than happy to concede those. for Lisa's sake Unfortunately, there are host of hearsay attributions to many of the Federal Public Defender staff, hearsay attributions which are contrary to information I believe I have received from those very people. Those hearsay attributions, which I believe to be false, are then the critical foundation for claims which I believe to be specious. Those are the matters I want to address with your staff in proper manner. Basically, I want to find out if they believe my recollections are correct, and more importantly what they believe the actual facts of these matters

are.

Thanks for your attention to these matters. Get back to me, as soon as you can, with your further thoughts.

Fred

On Saturday, May 31, 2014 7:15 AM, Laine Cardarella <Laine_Cardarella@fd.org> wrote:

Hi Fred. I will need a court order before having anyone in my office to discuss representation of a current or former client.

I am out of town until Tuesday but will ask someone to reach out to Ray and Ron and give each of them your email.

Laine Cardarella
Federal Defender
Sent from my iPhone

On May 31, 2014, at 8:03 AM, "Frederick Duchardt" <fduchardt@yahoo.com> wrote:

> Good morning Laine
>
> Now that the jury is deliberating on my capital case in Springfield, I can now jump into preparation of the affidavit in response to the petitioner filed in the Montgomery case which I have been ordered by Judge Fenner to provide. Since I worked with your office on the Montgomery case, I shall be needing some considerable input from those in your office, and retired from your office who participated significantly in the case at one time or another, particularly Stephanie Elliott, Ron Ninemire, Troy Schnack, Ray Conrad and Anita Burns. By the way, Anita may well wonder why her name is included, since she was involved only for a brief time at the very beginning of the case. My need for confabbing with Anita is explained when one reads the petition, and certain accusations made regarding Anita being squeezed out of Lisa's representation by Dave Owen. Anita and I talked about that situation at the time. My recollection is that, at the time, Anita was very diplomatic about the matter, but explained enough details so that, along with my personal experiences about Dave Owen, I reached certain conclusions about the tenor of the situation (i.e. that Dave did essentially squeeze Anita out, wanting to be integrally involved in the case himself, and that since Dave was second in command in the office at the time, Anita bowed to the will of the hierarchy, and that was that). I am going to need to impose upon the time of Stephanie, Anita, Troy, Ray and Ron to read the entirety of the petitions filed on Lisa's behalf, and then confer with me about information and ideas which we exchanged at the time of case preparation and trial. If you can get me Ron's and Ray's current e-mail addresses, I can contact them directly about this.

I note that my deadline for the filing is June 30, 2014, therefore, I shall need this assistance very soon. Please get back to me as soon as you can and advise about your position regarding these requests. Thanks.

Fred

<Order denying motion for reconsideration and setting deadline.pdf>