Re: contacts with Montgomery case team members and experts
Kelley Henry
to:
Frederick Duchardt
06/10/2014 04:41 PM
Cc:
"Christine Blegen", "Lisa Nouri", "John O'Connor"
Hide Details
From: Kelley Henry/TNMF/06/FDO
To: "Frederick Duchardt" <fduchardt@yahoo.com>,
Cc: "Christine Blegen" <christine@blegenlawfirm.com>, "Lisa Nouri" <lisanouri_atty@hotmail.com>, "John O'Connor" <joconnor@wcllp.com>

Fred,

Over our objection you and John have been ordered to produce an affidavit which is to be based on your own personal recollections of your involvement in the case. Nothing in the Court's order authorizes you to interview witnesses or conduct an independent investigation. Our position is that if you were to engage in such interviews it would constitute tampering with the witnesses' memory. To be clear, this applies to all witnesses, including the expert witnesses. We do not waive Lisa's privilege with respect to Dr. Fucetola or any other expert witness.

I do appreciate you checking with us.

Kelley

Sent from my iPad

On Jun 10, 2014, at 4:26 PM, "Frederick Duchardt" <fduchardt@yahoo.com> wrote:

> Good afternoon to the Current Counsel for Lisa
>
> In order to properly address certain accusations made in the petition which you drafted, John and I need to have contact with former members of our defense team, particularly Ron Ninemire, Stephanie Elliott and Troy Schnack of the Federal Public Defender's Office. The position of Laine Cardarella is that these current and former staff members need either permission from you or a Court order in order for those folks to be made available to John and me for interview. Please let me know if you will permit this contact, or if I need to seek Judge Fenner's intervention upon the matter.
>
> Similarly, I need to speak with Dr. Rob Fucetola about Dr. Woods' perception of deficiencies in Fucetola's testing. Dr. Fucetola has agreed to talk with me later this week. However, I wanted to give you notice about that as well, in case you have any objections to that which might necessitate Judge Fenner's intervention as well.
>
> Please get back to me as soon as you can.
>
> Fred