12-cv-08001-GAF Montgomery v. United States of America

Lisa Mitchell to: christine, fduchardt, kelley_henry, lisanouri_atty, roseann.ketchmark, teresa.moore2 06/13/2014 08:33 AM

Counsel:

In regard to Mr. Duchardt's pending Request for Detailed Clarification of Order Regarding Implied Waiver of Privileges (Doc. #96), please be advised that if you wish to file a response, please do so by 8:00 a.m., on Monday, June 16, 2014.

Lisa Mitchell
Judicial Assistant to Judge Gary A. Fenner
8452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, MO 64106
Telephone: 816.512.5660
Fax: 816.512.5673