**Re: need for response to movant 's motion for stay**

Lisa Mitchell to: Frederick Duchardt 06/17/2014 10:41 AM

Cc: Christine Blegen, John O'Connor, Kelley Henry, Lisa Nouri, Phil Koppe, "Ketchmark Roseann \(USAMOW\)"

History: This message has been forwarded.

Good morning,

An Order denying the motion to stay was just entered.

Lisa Mitchell
Judicial Assistant to Judge Gary A. Fenner
8452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, MO 64106
Telephone: 816.512.5660
Fax: 816.512.5673

Frederick Duchardt Good morning Lisa I have noted that current Co... 06/17/2014 10:31:40 AM

From: Frederick Duchardt <fduchardt@yahoo.com>
To: "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>,
Cc: Lisa Nouri <lisanouri_atty@hotmail.com>, Christine Blegen <christine@blegenlawfirm.com>, Kelley Henry <kelley_henry@fd.org>, John O'Connor <joconnor@wcllp.com>, "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, Phil Koppe <phil.koppe@usdoj.gov>
Date: 06/17/2014 10:31 AM
Subject: need for response to movant's motion for stay

Good morning Lisa

I have noted that current Counsel for Mrs. Montgomery have filed a motion for stay of Judge Fenner's order entered yesterday. Current Counsel for Mrs. Montgomery have also contacted the members of my defense team and have urged them to not speak with me despite Judge Fenner's order. I am wondering if Judge Fenner wishes any response by me to that motion. In all honesty, my only response would be that current Counsel for Movant cite absolutely no authority for any of the contentions raised in their motion, and any response I would make would ultimately just make that point. Nevertheless, if such a response is desired by Judge Fenner, let me know and I'll cobble one together. Let me know. Thanks.

Fred