Re: Interview of defense team and meeting of the June 30, 2014 deadline for filing of affidavits
Frederick Duchardt
to:
Kelley Henry
06/17/2014 02:39 PM
Cc:
Christine Blegen, Robert Fucetola, Janet Santana, John O'Connor, Laine Cardarella, Laura Sova, Lisa Nouri, "lisa_mitchell@mow.uscourts.gov", Phil Koppe, "Ketchmark Roseann \(USAMOW\)"
Hide Details
From: Frederick Duchardt <fduchardt@yahoo.com> Sort List...
To: Kelley Henry <Kelley_Henry@fd.org>,
Cc: Christine Blegen <christine@blegenlawfirm.com>, Robert Fucetola <fucetolar@neuro.wustl.edu>, Janet Santana <janet_santana@fd.org>, John O'Connor <joconnor@wcllp.com>, Laine Cardarella <laine_cardarella@fd.org>, Laura Sova <laura_sova@mow.uscourts.gov>, Lisa Nouri <lisanouri_atty@hotmail.com>, "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>, Phil Koppe <phil.koppe@usdoj.gov>, "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>
Please respond to Frederick Duchardt <fduchardt@yahoo.com>
History: This message has been forwarded.

Good afternoon Kelley, and thanks for your speedy response.

In light of your decision to not seek a continuance from Judge Fenner, John and I shall soldier forward with our preparation in keeping with Judge Fenner's deadlines. As a courtesy to you, I shall hold off my interview of the team members named in the order until Friday of this week to see if the 8th Circuit sees fit to grant your stay application.

Fred

On Tuesday, June 17, 2014 2:27 PM, Kelley Henry <Kelley_Henry@fd.org> wrote:

Fred & John,

Thank you for checking in with us. I know that this is email and not a court filing, but given the risk that in a capital case a failure to correct a misstatement can be treated as assent, I must take issue with your characterization of the Court's order. The Court did not " specifically directing that all members of the defense team and all experts confer with John and [you]." The Court's order speaks for itself and was confined to the contours of the motion to which it was ruling on and applies to Stephanie Elliot, Troy Schnack, Ron Ninemire, and Dr. Fucetola. My clarification may seem trivial for present purposes but could pose a problem on down the road, so I just wanted to make that correction - I am sure it was inadvertent on your part.

As to the issue of further proceedings and timelines, we will be filing an Emergency Motion to Stay the Court's Order by no later than 9:00 AM Central time on June 18, 2014 (tomorrow). The Eighth Circuit has been informed that it motion is coming. We plan to be able to file our writ papers by next week.

We are mindful of the predicament you find yourself in, but we must prioritize our ethical obligations to our client. While we would have no objection to a motion to modify the filing deadlines for the filing of affidavits, since they are being prepared on behalf of the Government and over our strenuous objection, it is not our place to request a continuance.

I do apologize to the court officers who are copied here if this communication is improper, but felt as though it was important to respond

to all recipients to the originating email.

Thank you.

Kelley

Kelley J. Henry
Supervisory AFPD - Capital Habeas
810 Broadway, Suite 200
Nashville, TN 37203
(615) 695-6906 (direct)
(615) 337-0469 (cell)

From: Frederick Duchardt <fduchardt@yahoo.com>
To: Kelley Henry <kelley_henry@fd.org>, Christine Blegen <christine@blegenlawfirm.com>, Lisa Nouri <lisanouri_atty@hotmail.com>,
Cc: John O'Connor <joconnor@wcllp.com>, Laura Sova <laura_sova@mow.uscourts.gov>, "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>, Phil Koppe <phil.koppe@usdoj.gov>, Janet Santana <janet_santana@fd.org>, Laine Cardarella <laine_cardarella@fd.org>, Robert Fucetola <fucetolar@neuro.wustl.edu>
Date: 06/17/2014 01:52 PM
Subject: Interview of defense team and meeting of the June 30, 2014 deadline for filing of affidavits

Good afternoon to the current Counsel for Lisa

John and I have been trying our best to meet the June 30 deadline for the filing of our affidavits while also trying to accommodate the various concerns which you all have interposed. After Judge Fenner clarified his Order, specifically directing that all members of the defense team and all experts confer with John and me, I received an e-mail from Lisa N. indicating that there is contemplation for filing of an interlocutory appeal, but in that message, Lisa N. gave no timeline for such. I trust all would agree that, at this point, Judge Fenner's orders are crystal clear. I trust all understand as well that John and I must move quickly to get our work done by the deadline, now less than two weeks away. Of course, that work includes interview, asap, of members of our defense team and experts as outlined in my memo. Any further delays in our work will make things so that John and I will not be able to meet the June 30, 2014 deadline put upon us by Judge Fenner. Therefore, I intend to move forward with interview of members of our defense team and experts beginning tomorrow. If you wish for me to do otherwise, I respectfully suggest that you request an extension of time for the filing of the affidavits by John and me, and also provide a timetable for your seeking of interlocutory appeal. I look forward to hearing back from you all this afternoon in these regards.

Fred