**Re: Request for copy of Doc. 80 in the Montgomery case**

Lisa Mitchell to: Frederick Duchardt 06/19/2014 08:56 AM

Cc: Christine Blegen, John O'Connor, Kelley Henry, Lisa Nouri, Phil Koppe, "Ketchmark Roseann \(USAMOW\)"

History: This message has been forwarded.

Fred,

Judge Fenner has entered an Order allowing you to have a copy of Doc. 80 in the underlying criminal case. I have attached the document.

Montgomery Order Doc. 80.pdf


Lisa Mitchell
Judicial Assistant to Judge Gary A. Fenner
8452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, MO 64106
Telephone: 816.512.5660
Fax: 816.512.5673


Frederick Duchardt Good morning Lisa I would like to get a copy of... 06/19/2014 06:48:55 AM

From: Frederick Duchardt <fduchardt@yahoo.com>
To: "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>,
Cc: "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, Kelley Henry <kelley_henry@fd.org>, Christine Blegen <christine@blegenlawfirm.com>, Lisa Nouri <lisanouri_atty@hotmail.com>, John O'Connor <joconnor@wcllp.com>, Phil Koppe <phil.koppe@usdoj.gov>
Date: 06/19/2014 06:48 AM
Subject: Request for copy of Doc. 80 in the Montgomery case

Good morning Lisa

I would like to get a copy of Doc. 80 out of the original Montgomery file. That is an order by Judge Fenner pertaining to the termination of the appointment of Judy Clarke. While I have seen that before, I seem to no longer have a copy of that in my file, and I would like to review that in conjunction with the preparation of my affidavit to get the precise wording used in that order. If you could check with Judge Fenner, and see if it's OK to send that to me, that would be great. Thanks.

Fred