transcript of interview with Judge Maughmer
Frederick Duchardt
to:
lisa_mitchell@mow.uscourts.gov
06/20/2014 06:17 AM
Cc:
"Ketchmark Roseann \(USAMOW\)", Christine Blegen, Lisa Nouri, Kelley Henry, John O'Connor
Hide Details
From: Frederick Duchardt <fduchardt@yahoo.com> Sort List...
To: "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>,
Cc: "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, Christine Blegen <christine@blegenlawfirm.com>, Lisa Nouri <lisanouri_atty@hotmail.com>, Kelley Henry <kelley_henry@fd.org>, John O'Connor <joconnor@wcllp.com>
Please respond to Frederick Duchardt <fduchardt@yahoo.com>
History: This message has been forwarded.

Good morning Lisa

I note that the parties were allowed to interview Judge Maughmer for the record concerning the removal of Judy Clarke issue. I would like to review that if I may, and so I would appreciate getting a copy of that. If that could be arranged, that would be great. Let me know. Thanks.

Fred