transcript of the May 6, 2013 hearing
Frederick Duchardt
to:
lisa_mitchell@mow.uscourts.gov
06/20/2014 06:42 AM
Cc:
"Ketchmark Roseann \(USAMOW\)", Christine Blegen, Lisa Nouri, Kelley Henry, John O'Connor, Phil Koppe
Hide Details
From: Frederick Duchardt <fduchardt@yahoo.com> Sort List...
To: "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>,
Cc: "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, Christine Blegen <christine@blegenlawfirm.com>, Lisa Nouri <lisanouri_atty@hotmail.com>, Kelley Henry <kelley_henry@fd.org>, John O'Connor <joconnor@wcllp.com>, Phil Koppe <phil.koppe@usdoj.gov>
Please respond to Frederick Duchardt <fduchardt@yahoo.com>
History: This message has been forwarded.

Lisa

I also note that Judge Fenner used the May 6, 2013 hearing to address his recollections about the Judy Clarke matter.  I would appreciate having a copy of that transcript as well.  Thanks.

Fred