transcript of hearings on Clarke from 05-6002
Frederick Duchardt
to:
lisa_mitchell@mow.uscourts.gov
06/20/2014 07:12 AM
Cc:
"Ketchmark Roseann \(USAMOW\)", Christine Blegen, Lisa Nouri, Kelley Henry, John O'Connor, Phil Koppe, Laura Sova
Hide Details
From: Frederick Duchardt <fduchardt@yahoo.com> Sort List...
To: "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>,
Cc: "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, Christine Blegen <christine@blegenlawfirm.com>, Lisa Nouri <lisanouri_atty@hotmail.com>, Kelley Henry <kelley_henry@fd.org>, John O'Connor <joconnor@wcllp.com>, Phil Koppe <phil.koppe@usdoj.gov>, Laura Sova <laura_sova@mow.uscourts.gov>
Please respond to Frederick Duchardt <fduchardt@yahoo.com>
History: This message has been forwarded.

Good morning one more time Lisa

I seem to not be able to find my copy of the hearings which were conducted on the record regarding the Clarke matter back in 2006. In particular, there was a hearing in open Court at which Lisa was present on 4/21/06 and chambers conferences on 4/25/06 and 5/3/06. Judge Fenner allowed me to have those at the time. However, I can't seem to find my copies provided at that point. If I could receive another set of copies of those also, that would be great. Thanks.

Fred