**Re: transcript of hearings on Clarke from 05-6002**

Lisa Mitchell to: Christine@blegenlawfirm.com 06/20/2014 08:59 AM

Cc: Frederick Duchardt, John O'Connor, Kelley Henry, Laura Sova, Lisa Nouri, Phil Koppe, "Ketchmark Roseann (USAMOW)"

History: This message has been forwarded.

Christine,

I will pass this on to Judge Fenner.


Lisa Mitchell
Judicial Assistant to Judge Gary A. Fenner
8452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, MO 64106
Telephone: 816.512.5660
Fax: 816.512.5673


"Christine@blegenlawfirm.com" Lisa - as the 8th Circuit has grante... 06/20/2014 08:53:28 AM

From: "Christine@blegenlawfirm.com" <Christine@blegenlawfirm.com>
To: "Lisa_Mitchell@mow.uscourts.gov" <Lisa_Mitchell@mow.uscourts.gov>,
Cc: Frederick Duchardt <fduchardt@yahoo.com>, John O'Connor <joconnor@wcllp.com>, Kelley Henry <kelley_henry@fd.org>, Laura Sova <laura_sova@mow.uscourts.gov>, Lisa Nouri <lisanouri_atty@hotmail.com>, Phil Koppe <phil.koppe@usdoj.gov>, "Ketchmark Roseann (USAMOW)" <roseann.ketchmark@usdoj.gov>
Date: 06/20/2014 08:53 AM
Subject: Re: transcript of hearings on Clarke from 05-6002

Lisa - as the 8th Circuit has granted Mrs. Montgomery's motion for a stay of Judge Fenner's recent Order, we object to Mr. Duchardt and Mr. O'Connor being provided with any additional records at this time.

Sent from my iPad

On Jun 20, 2014, at 7:54 AM, "Lisa_Mitchell@mow.uscourts.gov" <Lisa_Mitchell@mow.uscourts.gov> wrote:

> Good morning Fred,
>
> I'll check with Judge Fenner on these requests and let you know.
>
> Lisa Mitchell
> Judicial Assistant to Judge Gary A. Fenner
> 8452 Charles Evans Whittaker United States Courthouse
> 400 East Ninth Street
> Kansas City, MO 64106
> Telephone: 816.512.5660
> Fax: 816.512.5673

From: Frederick Duchardt <fduchardt@yahoo.com>
To: "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>,
Cc: "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, Christine Blegen <christine@blegenlawfirm.com>, Lisa Nouri <lisanouri_atty@hotmail.com>, Kelley Henry <kelley_henry@fd.org>, John O'Connor <joconnor@wcllp.com>, Phil Koppe <phil.koppe@usdoj.gov>, Laura Sova <laura_sova@mow.uscourts.gov>
Date: 06/20/2014 07:12 AM
Subject: transcript of hearings on Clarke from 05-6002

---

Good morning one more time Lisa

I seem to not be able to find my copy of the hearings which were conducted on the record regarding the Clarke matter back in 2006. In particular, there was a hearing in open Court at which Lisa was present on 4/21/06 and chambers conferences on 4/25/06 and 5/3/06. Judge Fenner allowed me to have those at the time. However, I can't seem to find my copies provided at that point. If I could receive another set of copies of those also, that would be great. Thanks.

Fred