**Re: transcript of hearings on Clarke from 05-6002**

Lisa Mitchell to: Kelley Henry 06/20/2014 10:35 AM

Cc: "Christine Blegen", "Frederick Duchardt", "John O'Connor", Laura Sova, "Lisa Nouri", "Phil Koppe", "Ketchmark Roseann (USAMOW)"

History: This message has been forwarded.

Ms. Henry,

I have forwarded your email to Judge Fenner. Judge Fenner says that Mr. Duchardt can have access to the matters not under seal and Judge Fenner will review the request for matters under seal and respond later.

Lisa Mitchell
Judicial Assistant to Judge Gary A. Fenner
8452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, MO 64106
Telephone: 816.512.5660
Fax: 816.512.5673

Kelley Henry From: Kelley Henry/TNMF/06/FDO@FDO To: Li... 06/20/2014 10:11:15 AM

From: Kelley Henry/TNMF/06/FDO@FDO
To: Lisa Mitchell/MOWD/08/USCOURTS@uscourts,
Cc: "Frederick Duchardt" <fduchardt@yahoo.com>, "Christine Blegen" <christine@blegenlawfirm.com>, "John O'Connor" <joconnor@wcllp.com>, Laura Sova/MOWD/08/USCOURTS@uscourts, "Lisa Nouri" <lisanouri_atty@hotmail.com>, "Phil Koppe" <phil.koppe@usdoj.gov>, "Ketchmark Roseann (USAMOW)" <roseann.ketchmark@usdoj.gov>
Date: 06/20/2014 10:11 AM
Subject: Re: transcript of hearings on Clarke from 05-6002

Ms, Mitchell,

We agree that there is no transcript of the Judge Maughmer interview. We agree that the May 6, 2013 hearing was on the record and not under seal. The remaining subjects of Mr. Duchardt's email request to the Court are under seal. A member of the public cannot obtain them from the clerks office upon request.

We are concerned that these requests are occurring via email correspondence. We request an opportunity to respond on the record. Our Writ proceedings in the Eighth Circuit include the court's denial of our motion for protective order. These matters are directly relevant to the writ proceeding.

Thank you.

Sent from my iPad

On Jun 20, 2014, at 9:53 AM, "Lisa Mitchell" <Lisa_Mitchell@mow.uscourts.gov> wrote:

Counsel:

I have discussed Mr. Duchardt's requests for the transcripts with Judge Fenner. Judge Fenner doesn't believe there is a transcript of an interview with Judge Maughmer. In regard to the other 2 transcript requests, they are available on ECF and a matter of public record. Judge Fenner doesn't believe that his Order (Doc. #100) pertains to transcripts being provided to Mr. Duchardt, therefore, he does not believe the Stay Order is applicable to transcripts which are a matter of public record.

Lisa Mitchell
Judicial Assistant to Judge Gary A. Fenner
8452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, MO 64106
Telephone: 816.512.5660
Fax: 816.512.5673
Frederick Duchardt ---06/20/2014 07:12:35 AM---Good morning one more time Lisa I seem to not be able to find my copy of the hearings which were con

From: Frederick Duchardt <fduchardt@yahoo.com>
To: "lisa_mitchell@mow.uscourts.gov" <lisa_mitchell@mow.uscourts.gov>,
Cc: "Ketchmark Roseann \(USAMOW\)" <roseann.ketchmark@usdoj.gov>, Christine Blegen <christine@blegenlawfirm.com>, Lisa Nouri <lisanouri_atty@hotmail.com>, Kelley Henry <kelley_henry@fd.org>, John O'Connor <joconnor@wcllp.com>, Phil Koppe <phil.koppe@usdoj.gov>, Laura Sova <laura_sova@mow.uscourts.gov>
Date: 06/20/2014 07:12 AM
Subject: transcript of hearings on Clarke from 05-6002

---

Good morning one more time Lisa

I seem to not be able to find my copy of the hearings which were conducted on the record regarding the Clarke matter back in 2006. In particular, there was a hearing in open Court at which Lisa was present on 4/21/06 and chambers conferences on 4/25/06 and 5/3/06. Judge Fenner allowed me to have those at the time. However, I can't seem to find my copies provided at that point. If I could receive another set of copies of those also, that would be great. Thanks.

Fred