IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

**NOTICE OF FILING**

COMES NOW, Movant, by undersigned counsel, in compliance with this Court's Order of June 26, 2013 (Doc. 112), notices the filing of the transcript of proceedings in the underlying criminal case dated April 21, 2006. Exhibit 1.

The Court ordered the production of the transcript immediately. Undersigned counsel, Nouri and Henry, were in travel status upon receipt of the Court's order. Exhibit 2. The case file resides in Ms. Henry's office. Undersigned counsel have moved with speed to comply. However, it should be noted that this filing is provided over objection. The filing of the document is not a waiver of any of the arguments made in Movant's previous pleadings, including her response to Court order (Doc. 111). However, the Court's order that the transcript be provided **<u>immediately</u>** together with the Court's order denying Movant's motion to be afforded the full time provided under the local court rules, (Doc. 112 at 3), does not permit counsel the opportunity to seek relief from this Court or the Court of Appeals. Mrs. Montgomery maintains her right to litigate the propriety of this order in future proceedings.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Christine M. Blegen*
CHRISTINE M. BLEGEN, Mo. Bar No. 43758
BLEGEN LAW FIRM, LLC
230 SW Main Street, Suite 217
Lee's Summit, MO 64063
(816) 213-0384

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2014, the above-captioned document was served electronically on Roseann Ketchmark, Assistant United States Attorney representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley J. Henry*