IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | No. 08-01780 |
| | ) | April 21, 2006 |
| LISA MONTGOMERY, Defendant. | ) | |

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE GARY A. FENNER

UNITED STATES DISTRICT JUDGE.

A P P E A R A N C E S:

For the Plaintiff:
Mr. Matt Whitworth
Assistant U. S. Attorney
400 East 9th Street
Kansas City, Mo. 64106

For the Defendant:
Ms. Susan Hunt

Mr. Dave Owen
Assistant Federal Public Defender
818 Grand Ave.
Kansas City, Mo. 64106

ELIZABETH SHINN, BA, RPR
U. S. COURT REPORTER
400 EAST 9TH STREET, ROOM 8435
KANSAS CITY, MO. 64106

THE COURT: Thank you very much. You can be seated. Miss Montgomery, I am Judge Fenner and I am the judge who is presiding over this case against you. And I have asked that you and your attorneys come down today so that I could discuss with you and inform you of my decision to remove Miss Clark as one of the attorneys representing you in this case. And in the process of making that decision there are a number of things that I considered in determining Miss Clark should no longer be an attorney of record representing you in this case.

Miss Clark, as you know, is from California and was appointed in this case as an additional attorney on your defense team. The normal practice is for there to be in a case of this nature two attorneys appointed to represent a defendant.

At the time I appointed Miss Clark I was of the opinion that her involvement in the case might be helpful. At this time, I have come to the opinion that her involvement is no longer necessary and/or helpful. And particularly in that regard I have considered the legal representation that you presently have being Miss Hunt, who has a great deal of experience in cases where the government is seeking the death penalty against a defendant. I have had a lot of experience with Miss Hunt. Miss Hunt is universally acknowledged by the judges and attorneys in this

area as a very capable and bright attorney who is as knowledgeable as anyone on how to handle the circumstances that present themselves in a case of this nature.

And additionally Mr. Owen, who has not been involved with a case of this nature, has certainly a tremendous amount of experience as a criminal defense attorney. Mr. Owen has appeared before me on numerous occasions and I have always found Mr. Owen to conduct himself in a professional manner, to be very well prepared and to, within the bounds of ethics, do everything that is necessary and appropriate to represent the interests of his clients. I feel that you are very well represented by these attorneys. And obviously if I didn't feel that way I would not have appointed him. But if the circumstance arose where I had any concern over their ability and/or commitment to your case I certainly would reconsider their position in this matter as well. But I know that any circumstance of this nature can be a cause of concern for a party and I wanted to make sure you heard from me what my decision was in this case and that you had the opportunity to have an explanation from me as to why I made the decision that I made. And if there is anything you would like to ask me further about that I would be happy to discuss that with you further as well.

THE DEFENDANT: (Indicates no.)

THE COURT: Are you all right with this decision. Miss Hunt, I know this is all come up very quickly but have you had an opportunity to discuss any of this with Miss Montgomery. Has she expressed any concern to you you would like to relate to me?

MS. HUNT: Yesterday Mr. Ninemire met with her for about an hour and a half at C. C. A. We met with her this morning just before this hearing and while I think she's upset obviously -- and I have told her to be honest with the court and I don't know how she feels but she hasn't expressed any problems so far.

THE COURT: For the record here this morning Miss Montgomery indicated by nodding her head "no" when I asked her if she had any questions or anything further that she wanted to discuss in this matter.

Mr. Ninemire, do you have anything further from your conversation with Miss Montgomery you would like to offer by way of any concern she expressed to you I might address.

MR. NINEMIRE: No, Your Honor, I believe we had a long time to discuss it and I think she just expressed a lot of upset and I didn't hear any other concerns.

As Miss Hunt says we encouraged her if she had any concerns she should be honest with the court and tell you and it would not hurt our feelings.

THE COURT: Thank you very much. And, Miss Montgomery, it's understandable how a person in your situation might be apprehensive over what is going on, why has this happened you have an an attorney that now you don't have and I just want you to know that, not that it makes a whole lot of difference to you but I have been a judge for about 25 years and I have seen a lot of attorneys and you have got two excellent attorneys representing you in this case and none of us would want it to be any other way than that. I have no reservation about the ability of either one of these attorneys or the commitment they have for representing you and I believe that it is in your best interest and in the best interest of your case being handled properly, expeditiously and appropriately for me to have made the decision to remove Miss Clark and I guess the reality of it is the bottom line is it's my decision to make. I have made that decision. But I did want to give you the opportunity to hear from me as to what my position was in this and give you the opportunity if you had any questions about it to speak with me about it.

So if there is nothing further that you would like to ask about this, that is pretty much all I have to address to you on this matter today.

Mr. Owen, is there anything further that you feel should be brought up.

MR. OWEN: No, Your Honor.

THE COURT: All right, Miss Montgomery, I know that Miss Hunt and Mr. Owen are going to continue to represent you vigorously and I know they have got a lot of work to do in this case but I also know they are working hard to make sure that you are adequately and fully represented as you are entitled to be and have every confidence they will do exactly that.

All right, Miss Hunt, anything else that you would like to bring up.

MS. HUNT: No.

THE COURT: Mr. Owen, anything further from you.

MR. OWEN: No.

THE COURT: Thank you all for comeing down and that is all for this morning.

CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

Elizabeth Shinn
U.S. Court Reporter