## Re: Montgomery Case

Lisa Mitchell to: Kelley Henry 06/26/2014 02:36 PM

Cc: "Christine Blegen", "Lisa Nouri", "Phil Koppe", "Ketchmark Roseann"

I will forward your message to Judge Fenner. Thank you.


Lisa Mitchell
Judicial Assistant to Judge Gary A. Fenner
8452 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, MO 64106
Telephone: 816.512.5660
Fax: 816.512.5673


Kelley Henry Ms. Mitchell, This is to advise that on today's dat... 06/26/2014 02:32:42 PM

| | |
|---|---|
| From: | Kelley Henry/TNMF/06/FDO@FDO |
| To: | Lisa Mitchell/MOWD/08/USCOURTS@uscourts, |
| Cc: | "Lisa Nouri" <lisanouri_atty@hotmail.com>, "Christine Blegen" <christine@blegenlawfirm.com>, "Ketchmark Roseann" <roseann.ketchmark@usdoj.gov>, "Phil Koppe" <phil.koppe@usdoj.gov> |
| Date: | 06/26/2014 02:32 PM |
| Subject: | Montgomery Case |

Ms. Mitchell,

This is to advise that on today's date, Ms. Nouri and I are in travel status in Dallas, Texas. Ms. Nouri is about to board her plane back from Dallas. I am in a separate terminal and will board in one hour. I am making arrangements to comply with the Court's recent order of today's date subject to the ability to connect my government issued laptop to the internet. Thank you.

Kelley Henry

Sent from my iPad