**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER LIMITING PUBLIC FUNDED REPRESENTATION**

Having fully considered the status of Movant's Motion for Collateral Relief to Vacate, Set Aside or Correct Sentence and for New Trial (Doc. #71), the court believes that it is no longer required that Movant have the assistance of three public funded attorneys as well as support staff of the Federal Public Defender to adequately pursue her claims. Initially, two CJA Attorneys, Ms. Lisa Nouri and Ms. Christine Blegen, were named to represent Movant in her post-conviction request for relief from judgment and sentence. Ms. Nouri was considered by the court to be lead counsel. Subsequent to their appointment, Ms. Nouri and Mr. Blegen asked that Ms. Kelley Henry, Federal Public Defender from Nashville, Tennessee, be appointed to assist them. Ms. Henry and the staff of her office were to provide legal support and budget assistance to undertake discovery, retain experts and generally prepare for hearing.

Initially, the court was persuaded that to conduct a preliminary investigation and develop viable claims on behalf of Movant, the request for three public funded attorneys would be allowed. However, at this stage of the proceeding, one CJA attorney along with the Office of the Federal Public Defender are deemed to be more than capable of moving forward herein.

Wherefore, in the interest of allowing Movant to be adequately represented but also to appropriately shepherd the expenditure of public funds, Ms. Christine Blegen is to conclude her representation of Movant in an orderly fashion.

Ms. Blegen is not to perform any further services on behalf of Movant other than as not able to be handled by co-counsel at this time. Ms. Blegen is to file a notice of withdrawal no later than July 28, 2014.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 30, 2014