**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 14-2437

---

In re: Lisa M. Montgomery

Petitioner

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:12-cv-08001-GAF)

---

**JUDGMENT**

The petition for writ of mandamus/prohibition and the response thereto have been considered and the petition for writ of mandamus/prohibition is denied. The request for oral argument is denied as moot. This court's June 20, 2014 order granting a stay of the district court's June 16, 2014 order is vacated.

Mandate shall issue forthwith.

July 11, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans