IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff/Respondent*, | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| LISA M. MONTGOMERY, *Defendant/Movant.* | ) | |

**DECLARATION OF LISA MARIE MONTGOMERY**

I, LISA MARIE MONTGOMERY, declare as follows:

I am incarcerated under sentence of death at the Federal Medical Facility Carswell in Fort Worth, Texas. I am challenging my conviction and sentence in court. The court appointed two lawyers to assist me with my case: Lisa Nouri and Christine Blegen.

I first met Lisa and Christine in May 2012. Lisa and Christine have each visited with me several times. Sometimes they come together and sometimes they come alone or with another member of the team. About six months after I met Lisa and Christine, the court appointed Kelley Henry and the Office of the Federal Public Defender in Nashville to assist Christine and Lisa with my case. Since then Kelley and Amy Harwell from the FPD have joined the team and have been visiting me along with Lisa and Christine.

I talk to someone from the team every week. This contact is very important to me. The contact I have with all of my lawyers lets me know what is going on in my case and also to know that I am not alone, that my team is fighting for me.

Earlier this month, the team told me that the judge ordered that Christine Blegen to withdraw from my case. The idea of losing Christine as my lawyer is devastating. I don't understand why the Judge wants to keep taking away my attorneys. Not only do I depend on Christine as my counsel, she has been faithful in visiting

me and in supporting me through hard times in my case.

It is hard for me to describe blow the news about the court's order was. Even though my team told me that they would do everything they could to challenge the court's order, I began crying uncontrollably. The prison guards called for a psych consult, because they were afraid I might become suicidal or hurt myself.

I have met with the psych counselor numerous times since this news. Not only is it hard for me to fathom losing ~~Christmas~~ Christine, the idea that the judge might remove one of my lawyers - again - just throws me back to that horrible time before my trial when he removed my trial lawyers, first Judy Clarke, then Susan Hunt.

The news that the court is trying to take away one of my lawyers has shaken my confidence in how my case will be handled from here on out. I am afraid because my attorneys work as a team. I have grown to trust them all. I wasn't given any chance to tell the judge how I feel about my attorneys before he ordered Christine to withdraw. I wanted to let someone know how I am feeling.

I declare under the laws of the United States and the penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 16th day of July, 2014.

Lisa M. Montgomery