**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY**, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-08001-CV-W-GAF |
| | ) | Crim. No. 05-06002-01-CR-W-GAF |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE § 2255 RESPONSE**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and undersigned Assistant United States Attorneys, and moves this Court to allow the Government's response to Montgomery's motion to vacate her conviction and sentence under 18 U.S.C. § 2255 to be due 30 days from the date of the Government's receipt of the affidavits by Montgomery's trial counsel, Mr. Fred Duchardt and Mr. John O'Connor.

The United States offers the following in support of its motion:

1. The Government's response to Montgomery's § 2255 motion is currently due on July 31, 2014;

2. On May 20, 2014, the Court granted Montgomery's trial counsel an extension of time to file their affidavits until August 29, 2014;

3. The Government, in preparing its response to Montgomery's extensive § 2255 motion, is dependent on the information contained in Montgomery's trial

counsel's affidavits, and cannot complete its response until it has time to read and review those affidavits.

WHEREFORE, because the affidavits of Montgomery's trial counsel are to be filed by August 29, 2014, the Government respectfully requests that this Court afford the Government 30 days from the day the Government receives trial counsel's affidavits to file the Government's response to Montgomery's § 2255 motion.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By */s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

By */s/ Philip M. Koppe*

PHILIP M. KOPPE
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on July 25, 2014, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney