**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| **Movant,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 12-8001-CV-W-GAF** |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

**ORDER DENYING RENEWED MOTION FOR PROTECTIVE ORDER**

Now pending before the Court is Movant's Renewed Motion for Protective Order (Doc. #117). The Court having fully considered said motion, it is

ORDERED that Movant's Renewed Motion for Protective Order is denied.

IT IS FURTHER ORDERED that any objections to the affidavits of Mr. Duchardt or Mr. O'Connor will be taken up with input from all interested parties.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: July 30, 2014