**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

On June 30, 2014, this Court entered its Order Limiting Public Funded Representation (Doc. #114), in which Christine Blegen was ordered to withdraw as counsel of record for Movant on or before July 28, 2014. Said Order was challenged by Movant and the challenge by way of writ was denied by the Eighth Circuit Court of Appeals on August 13, 2014.

Given that Ms. Blegen continues to fail to comply with the Order of this Court to withdraw as counsel for Movant, Ms. Blegen is hereby removed as counsel of record for Movant, Lisa M. Montgomery.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 20, 2014