IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY<br>Movant | ) | |
| | ) | |
| v. | ) | Case Number 12-8001-CV-W-GAF |
| | ) | Criminal Case # 05-6002-CR-SJ-GAF |
| | ) | |
| UNITED STATES<br>Respondent | ) | |

***<u>THIRD REQUEST BY FREDERICK A. DUCHARDT, JR. AND JOHN O'CONNOR FOR EXTENSION OF TIME TO PROVIDE STATEMENTS</u>***

Comes now Frederick A. Duchardt, Jr., on behalf of himself and John O'Connor, and does hereby request a third and final extension of time, until September, 2014, to tender to counsel in this case the affidavits called for in the Court's previous order (Doc. 84). The grounds for this request will be set forth in the subsequent numbered subparagraphs

1. This Court previously ordered that undersigned counsel and John O'Connor, by June 1, 2014, prepare and provide for counsel in this case affidavits in response to the voluminous petition filed by Counsel for Mrs. Montgomery in the above captioned cause (Doc. 84). This Court has previous to this time granted two extensions of time, ultimately making the deadline August 29, 2014 (Doc. 91, 108).

2. By late last week, undersigned counsel and Mr. O'Connor had nearly

completed their work as assigned by the Court. However, it seemed that, even if the deadline could be met, the finished product still could use proofreading and correction, and that a few extra days for that process would be well. Therefore, undersigned counsel solicited input from the parties as to whether they had any objections to the deadline being extended one last time, until September 2, 2014. In response, Counsel for the government simply expressed no objections to the brief extension. Current Counsel for Mrs. Montgomery expressed no objections to the extension, but reminded of other objections to the production itself which they continued to advance. In light of these responses, undersigned counsel and Mr. O'Connor did not send their statements to the parties on August 29 as previously ordered, and instead did the extra work which they felt appropriate.

3. Thanks to the additional time taken, undersigned counsel and Mr. O'Connor have completed the assignment, have proofread and perfected the finished product, and are prepared to submit the items to counsel for the parties this morning.

4. In light of the foregoing, it is requested that this Court grant until September 2, 2014 for the submission of statements by undersigned counsel and Mr. O'Connor.

WHEREFORE, undersigned counsel, on behalf of him and Mr. O'Connor, pray that this Honorable Court extend until September 2, 2014 the deadline for the

submitting to the parties their statements in response to the petition filed on behalf of Mrs. Montgomery.

Respectfully submitted

//s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.
Mo.Bar Enrollment Number 28868
P.O. Box 216
Trimble MO 64492
Phone: 816-213-0782
Fax: 816-635-5155
e-mail: fduchardt@yahoo.com

## ***CERTIFICATE OF SERVICE***

I hereby certify that a copy of the foregoing was provided to the following

Roseann Ketchmark
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 E. 9th St., Fifth Floor
Kansas City, MO 64106
Roseann.ketchmark@usdoj.gov

Kelly J. Henry
Supervisory Assistant Federal Defender
810 Broadway, Suite 200
Nashville TN 37203
kelly_henry@fd.org

/s/Frederick A. Duchardt, Jr.
FREDERICK A. DUCHARDT, JR.