**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| **Movant,** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 12-8001-CV-W-GAF** |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Respondent.** | **)** | |

**ORDER**

Comes now the Court herein and directs that the statement of Frederick A. Duchardt, Jr. and John O'Connor is to be filed on the Court's Electronic Filing System ("ECF"), under seal. The parties are advised that if there is any objection to Mr. Duchardt and Mr. O'Connor's statement being filed under seal, the party making the objection should file a written motion on ECF and the Court will consider said objection.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 2, 2014