IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| *Defendant/Movant,* | ) | |
| | ) | |
| v. | ) | Case No. 12-CV-8001-SJ-GAF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff/Respondent.* | ) | |

MOTION TO STRIKE STATEMENT OF TRIAL COUNSEL FREDERICK DUCHARDT

COMES NOW MOVANT, Lisa Montgomery, by counsel, and hereby moves to strike the statement filed by Mr. Duchardt, Doc. No.129,[1] or in the alternative to strike portions of the statement. In support of the motion, Movant states as follows:

1. This Court is well aware of Mrs. Montgomery's objections to its Order directing Mr. Duchardt to file an affidavit. Those objections have been well stated in the record in this Court and in the Court of Appeals.[2] Though not waived, they will not be restated here. All previous objections are incorporated by reference as if set forth fully herein.

2. The statement ultimately filed by Mr. Duchardt is not what he was ordered to prepare by this Court. Instead the statement is an argumentative legal brief. To the extent that the statement contains factual averments, they are so closely intertwined with legal argument and *ad hominem* attacks on undersigned that it is nearly impossible to separate the wheat from the chaff.

[1] Mr. Duchardt was ordered to file an Affidavit. He titled his document "Statement."
[2] *See* Docket Entry Numbers 76, 80, 83, 99, 111, 117, and 121. See also, *Lisa Montgomery v. United States*, Court Of Appeals Case No. 14-2437, Motion for Stay and Attachments; Petition for Writ of Mandamus/Prohibition and Attachments.

3. Because the statement is not in proper form it should be wholly stricken. Alternatively, undersigned counsel would propose that the statement be partially stricken in accordance with Movant's Exhibit 1 to this motion which is our best attempt to redact the statement in such a way so that only the arguably factual averments remain.[3]

4. Undersigned counsel recognizes that the Government may seek additional time in which to file its Answer in order to address the objections presented by this Motion. Movant would not oppose such a request.

WHERFORE, the motion should be granted.

Respectfully submitted,
/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

[3] Movant disputes the accuracy of many of the factual averments, but that is for another day.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2014, the above-captioned document was served electronically on Roseann Ketchmark and Phil Koppe, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley J. Henry*