**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-08001-CV-W-GAF |
| | ) | Crim. No. 05-06002-01-CR-W-GAF |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE 2255 RESPONSE**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and undersigned Assistant United States Attorneys, and moves this Court for a sixty (60) day extension of time to file a response to Montgomery's Amended Motion for Collateral Relief to Vacate, Set Aside, or Correct Sentence. The United States offers the following in support of its motion:

1. The government's response to Montgomery's amended motion to vacate/set aside/correct her sentence pursuant to 18 U.S.C. § 2255 is currently due tomorrow, October 3, 2014.

2. On September 2, 2014, Montgomery's trial attorneys submitted their affidavits addressing Montgomery's allegations of ineffective assistance.

3. Additional time in needed to adequately incorporate the information given by Montgomery's trial attorneys into the government's response.

WHEREFORE, the government request an extension to December 3, 2014, to file the government's response to Montgomery's motion to vacate/set aside/correct her sentence pursuant to 18 U.S.C. § 2255.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By * /s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

By * /s/ Philip M. Koppe*

PHILIP M. KOPPE
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 2, 2014, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney