**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-08001-CV-W-GAF |
| | ) | Crim. No. 05-06002-01-CR-W-GAF |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE § 2255 RESPONSE**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and undersigned Assistant United States Attorneys, and moves this Court for a 30-day extension of time to file a response to Montgomery's amended motion under 28 U.S.C. § 2255. The United States offers the following in support of its motion:

1. The Government's response to Montgomery's 238-page amended motion under 18 U.S.C. § 2255 is currently due tomorrow, December 3, 2014;

2. On September 2, 2014, Montgomery's trial attorneys submitted their affidavits addressing Montgomery's allegations of ineffective assistance of counsel;

3. Since that time, undersigned counsel have been jointly working to draft a response to Montgomery's multi-faceted claims of ineffectiveness, a response that is now nearly 170 pages in length, and are attempting to incorporate the trial attorneys' sworn allegations into the Government's response, along with the applicable case law;

4. However, one of the Government's attorneys involved in responding to Montgomery's amended motion was concurrently reassigned several "no-further extension" briefs that were due in the United States Court of Appeals for the Eighth Circuit, including *United States v. Jett*, No. 14-2586 (which was filed on November 3, 2014), and *Boaz v. United States*, No. 14-1609 (which was filed on November 12, 2014);

5. As a result, the Government requests an additional 30 days, of up to and including January 2, 2015, within which to file the Government's response.

WHEREFORE, the Government requests an extension of until January 2, 2015, within which to file the Government's response to Montgomery's § 2255 motion.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By *\/s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

By */s/ Philip M. Koppe*

PHILIP M. KOPPE
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on December 2, 2014, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney