**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY**, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Case No. 12-08001-CV-W-GAF |
| | ) | Crim. No. 05-06002-01-CR-W-GAF |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE § 2255 RESPONSE**

The respondent, the United States of America, appears by and through Tammy Dickinson, United States Attorney, and undersigned Assistant United States Attorneys, and moves this Court for a 30-day extension of time to file a response to Montgomery's amended motion under 28 U.S.C. § 2255. The United States offers the following in support of its motion:

1. The Government's response to Montgomery's 238-page amended motion under 18 U.S.C. § 2255 is currently due today, January 2, 2015.

2. On September 2, 2014, Montgomery's trial attorneys submitted their affidavits addressing Montgomery's allegations of ineffective assistance of counsel, one of which was more than 150 pages in length.

3. Since that time, undersigned counsel have been jointly working to draft a response to Montgomery's multi-faceted claims of ineffectiveness, a response that is now over 200 pages in length, and are attempting to incorporate the trial attorney's sworn allegations into the Government's response, along with the applicable case law.

4. However, one of the Government's attorneys involved in responding to Montgomery's amended motion, after recently finishing two earlier "no further extensions" briefs that were filed in the United States Court of Appeals for the Eighth Circuit (*United States v. Jett*, No. 14-2586, filed on November 3, 2014; and *Boaz v. United States*, No. 14-1609, filed on November 12, 2014), has been assigned, and has been working on three additional "no further extensions" appellate briefs, *United States v. Taylor*, No. 14-2918 (due January 5, 2015); *Griffin v. United States*, No. 14-1591 (due January 6, 2015); and *United States v. Knowles*, No. 14-3250 (due January 13, 2015).

5. In addition, that same attorney has spent the last two weeks formatting, reviewing, and editing numerous appellate briefs and § 2255 responses written by other attorneys in the office, since his unit's supervisor and paralegal both have been on annual leave, leaving only one person to staff the appellate unit since the middle of December.

6. As a result, the Government requests an additional 30 days, of up to and including February 2, 2015, within which to file the Government's response to Montgomery's § 2255 motion.

WHEREFORE, the Government requests an extension of until February 2, 2015, within which to file the Government's response to Montgomery's § 2255 motion.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By *s/ Roseann A. Ketchmark*

ROSEANN A. KETCHMARK
Assistant United States Attorney

By *s/ Philip M. Koppe*

PHILIP M. KOPPE
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on January 2, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*s/ Roseann A. Ketchmark*
Roseann A. Ketchmark
Assistant United States Attorney