**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CHARLES EVANS WHITTAKER U.S. COURTHOUSE**
**400 EAST NINTH STREET, SUITE 8452**
**KANSAS CITY, MISSOURI 64106**

**Chambers of**
**Gary A. Fenner, District Judge**

**(816) 512-5660**

**January 13, 2015**

Christine M. Blegen
Blegen Law Firm
230 SW Main Street
Suite 217
Lee's Summit, MO 64063

Re: *Lisa Montgomery v. United States of America,* Case No. 12-8001-CV-W-GAF

Dear Ms. Blegen:

I have denied your request for CJA payment in the above referenced case submitted December 8, 2014. Some of your claims for services were beyond the date that you were ordered to withdraw as counsel. Additionally, you have requested expenses for travel that were not approved. However, my controlling consideration is that you have been more than fairly and adequately compensated in this case and I am not inclined to approve any additional payments from CJA funds.

Very truly yours,

Gary A. Fenner

GAF/lm