**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER DENYING MOTION FOR RECONSIDERATION OF CJA PAYMENT REQUEST BY CHRISTINE BLEGEN**

Now before the Court is the Motion for Reconsideration of CJA Payment Request (Doc. #138) filed by Christine Blegen. Ms. Blegen challenged the Court's Order directing her to withdraw from this case in the Court's effort to reasonably control public funded representation and failed to comply with the Court's Order that she minimize her representation. Even after counsel's challenge of the Court's Order directing her to withdraw was denied by the Eighth Circuit Court of Appeals, counsel failed to withdraw requiring her removal by the Court.

Moreover, counsel's payment herein of $131,097.83 is deemed to be more than fair compensation from public funds for her representation of Movant. Ms. Blegen's Motion for Reconsideration of CJA Payment Request (Doc. #138) is denied.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 26, 2015