| | |
|---|---|
| 1. Defense painted L.M. as a "fragile creature" who had been abused by her step-father, but turned out to be a hard worker and a good mother. | **474-475** "we are all such fragile beings" "Bobbie Jo Stinnett was that kind of a strong yet fragile creature…"<br>**2872** "what a good worker, a hard worker she was for them, that they wanted her as a worker but also what they saw of her mothering skills and how she did with her children."<br>**2873** 'Stephanie Herrick, the little lady in the wheelchair, the friendship (Lisa) provided to her. Just giving her a puppy"<br>**2873** "on this whole issue of Lisa's love as a mother, you heard from Carl Boman in the first phase…Carl had indicated how much Lisa loved those kids and how much she always showed the love to those kids and how good those kids are. That doesn't happen by accident."<br>**2929** "(Never) a doubt in (Kevin's) mind (Lisa) loved her kids"<br>**2963** (Wendy describes Lisa as) sweet, kind, always been generous….(Lisa sent Wendy) cans of jam, clothes, she made (Wendy) a blanket<br>**2965** "(Wendy saw Lisa as a mother who was) patient, kind of easy-going"<br>**2990** "In this particular case the (defendant's) difficulties were compounded by incest with the stepfather. Incest is somewhat different than child sexual abuse by a stranger because incest is abuse by someone to be trusted, someone who is your protector and it is a betrayal not only by the stepfather in this case but also by the mother who is supposed to be aware and protects. And particularly in this case when after abuse is revealed that the treatment is delayed. In fact, adolescence (Lisa) is blamed. It has a significant impact on the child's future relationships with men and as to women throughout their life."<br>**3125-26** "(Dr. Kuncel looked at) how hard (lisa) worked, everything from home schooling her kids, taking them on trips, ..things she was trying to do to counter her own background…set up a checking account for my child to try to show her how to balance a checkbook, how to handle and use money correctly, on and on and on. There were efforts on the part of the very damaged woman to try to do a better job than what had been done for her…given a very, very damaged woman she cares enormously about her children and worked very hard at parenting I think she did."<br>**3172** "Carl Boman, the man who wrote those terrible e-mails to Lisa, who admitted he was angry with her said she showed those kids love, she always showed those kids love." |
| 2. Defense team failed to tell the true story of L.M. life. | **2806** "The United States does not contest she was physically and sexually abused when she was younger when she had a rotten childhood.<br>**2814** "(Lisa's) life was built on, severe mental abuse, severe emotional abuse, severe physical abuse, severe sexual abuse. All the doctors, including the great Dr. Dietz, says post traumatic stress disorder is at work here."<br>**2833** "(Lisa's) had a life of abandonment, physical abuse, severe emotional abuse, no parenting skills, no coping skills. Her mother is her competition. Her mother telling people she stole her man."<br>**2871** "job to do now is to show you the real Lisa Montgomery<br>**2968** "(Wendy described Judy as) controlling and manipulative…and if Judy can't control you, you are out, you are black-balled. (Wendy) doesn't really |

| | |
|---|---|
| | hardly ever remember (Judy) speaking well of Lisa ever…(Wendy) can't even ever think she spoke positively of her..(Wendy never) saw Judy give Lisa any love, not physically or emotionally in any way"<br>**3132-33** "You take a really quiet, shy, unassertive child there is plenty of secondary information suggesting and then have her abused by a parenting figure, apparently repeatedly in a number of ways with no place to go for support. Not only did it seem like the other parent in the household was abusive but the family was constantly on the move." |
| 3. Lisa's family had a legacy of severe mental illness, neurological impairments, and physical deformities. | **2977** "(Cousin Wendy) had depression with psychosis and then not long after that they changed to bi-polar disorder"<br>**2979** "(Wendy was) hospitalized and saw a psychiatrists"<br>**2977-78** "(Cousin Kenny) had bi-polar disorder" |
| 4. Lisa's parents were alcoholics | **1703**; "I (John) was an alcoholic until 1960 drank close to a case of beer a night"<br>**1709** "I (John) am an alcoholic" |
| 5. Judy drank alcohol excessively and smoked throughout her pregnancy with Lisa | **1708** Judy was drinking when she was pregnant with Lisa"<br>**1710** "Judy was drinking when she was pregnant with Lisa" |
| 6. The trial team failed to share with the jury that Lisa's childhood was spent in terror-ridden home. | **476** "Jack Kleiner spent the early part of Lisa's childhood with him from about age four terrorizing her and terrorizing her sister Patty.<br>**1864** "Pat Brunton" described Judy's family as) the second most dysfunctional family I have ever worked with"<br>**2393** "I think I counted nearly 10 or 11 times that between age 4 or 5 and age 18 (Lisa moved some place)"<br>**239**4 "Lisa, saw her sister get such a severe beating she left there trembling. There was a lot of fear and I believe intimidation"<br>**2813** "Her dad abandoned her, she didn't get the hugs and kisses from her mother"<br>**2813** "She found a…a life of terror and abuse and survival. Those who were to protect her did not. There was mental abuse. There was physical abuse. There was sexual abuse."<br>**3161** "It comes down to this horrific childhood she had. Does any one of you think that we would be here at all if it wasn't for that horrific childhood. This is layer upon layer upon layer upon layer. This is not one-time abuse. This starts with abandonment. It starts when she was very, very young with her father leaving." |
| 7. (Judy) would punish Lisa for making any noise; (Judy) would tape Lisa's mouth shut | **2762** "(Dr. Dietz said) there are times when (Lisa) is triggered to remember her mother being critical of her which I believe happened a great deal in her childhood, (Lisa) could never do anything right." |

| | |
|---|---|
| with duct tape | |
| 8. John and Judy fought constantly in front of Diane and Lisa | **1710** "(John and Judy) we were constantly fighting" |
| 9. Judy's would shout, scream, yell, and hit the two girls and Judy would leave Lisa strapped in her highchair for hours. | **1716** "I (John) saw an incident with Diane…Judy spanked her, took her clothes off and put her in the shower and told her she would stay there until she ate her vegetables"<br>**2956** (Diane thought life with Judy) was like living walking on egg shells…you could never please her, it's like if you did something wrong you would get hit or, you know, you were told that you were not good enough."<br>**2973** "(Judy would berate) Lisa. (Judy) had no problems doing that and she had no problems doing it when Lisa was not around. If you could just imagine, it would be (Judy's) facial expressions, her, just, you know, just as if Lisa was stupid."<br>**3166** "(Lisa's) mother never supported her. Her mother always found things wrong with her. Her mother always blamed her for losing Jack." |
| 10. Judy brought men home, who molested Diane in the bedroom she shared with Lisa. | **1857** (One of Judy's kids told Pat Brunton that) Judy had sexual activity with men in front of the children"<br>**2957** "one of the men that were there and he was trying to get in the front door and Judy was trying to keep him out. And it was like a struggle. And I (Diane) am there with Patty on my hips and Lisa is behind me and she is clinging to me and I am hanging onto her. And we are being banged up against the wall. I was the one that protected them. I was the one that took care of them."<br>**3162** "You heard it from both John and Diane about the men fighting over her (Judy) in the front yard, about Diane trying to protect those kids, Lisa and Patty" |
| 11. Like Lisa, Patty was abandoned by Judy and Diane had to care for her. | **2956** "(Diane) ended up being taken away from Judy.and Judy kept telling (Diane) it was my fault, that I caused this. And I am thinking how is it my (Diane's) fault, I was the one that took care of these kids.<br>**2957** "I (Diane) was the one that fed them (Lisa and Patty) and clothed them and protected them. And when I left I am so sick because I knew who was going to take care of these kids any more."<br>**2958** "(The day Diane left, Lisa) was clinging to me (Diane). I (Diane) was her mother in reality, really. I mean I (Diane) took care of her. And Judy had to drag (Lisa) off me (Diane)"<br>**3162** "(Diane) was mother to Lisa and Patty. That she's the one because of a few years older she (Diane) was taking care of them and when she's dragged out of that home she doesn't know what is going on other than Judy telling her it's her fault." |
| 12. When Diane was 9, Judy sent her away to live with another family. | **1717** "(John received) a letter from Judy stating that Diane was gone, that she adopted her out."<br>**2878** "Diane, that was John Hedberg's daughter who was taken away from the family very early in Lisa's life"<br>**2878-79** "Judy tried to make (Diane) feel like it was (Diane's) fault she was |

| | |
|---|---|
| | being taken away, how Diane did indeed cry when she was taken away but crying for a lot of reasons related to her own terror and the terror she saw on Lisa and Patty's faces when she was taken away."<br>**2952** "(Judy) had given my daughter up, Diane, and I could not find her"<br>**2957** "(When Diane had to leave she) was holding onto Lisa and Patty" |
| 13. Kansas Dept. of Soc. Services got involved and placed Diane in foster care. | **1787-88** "Judy said Diane was taken from her custody by the state…(Diane) cried. She hung on to (Judy) and they forcibly took her out…somebody turned (Judy) in to SRS because (Judy) wasn't legally married to John anymore." |
| 14. Lisa learned that Judy was powerful enough to send a child away if the child fell out of Judy's good graces. | **2393** "When the parents divorced Judy (had Diane adopted out)…the effect will see in younger children (Lisa), they get rid of my older sister for some reason maybe if I am bad they get rid of me, too."<br>**3017-18** "(Lisa's) biological father disappears from her life and then her sister disappears without being old enough to understand possibly why either of these things might have happened to her. So people disappear is kind of a bottom line lesson that could come out of those experiences. Then there is will I disappear, will I be safe. What do I need to do to keep from disappearing."<br>**3022** "(Lisa) was shown from a very early age insecurity, of people being taken away from her..without knowing where or how or why"<br>**3162** "What happens here is Lisa learns something, a lesson, nothing is safe, nothing is for sure. If I do something wrong and I am the one who is next to get yanked out the door and taken, who know where." |
| 15. Lisa was traumatized by the loss of her beloved sister from her life. | **476** "(Diane) was given up to adoption and then began what ended up being a really chaotic childhood that Lisa then led with her mother."<br>**2878-79** "Judy tried to make her (Diane) feel like it was her fault she was being taken away, how Diane did indeed cry when taken away but crying for a lot of reasons related to her own terror and the terror she saw on Lisa and Patty's faces when she was taken away…(Lisa) learned something very critical to the rest of their life which is nothing is stable, you can't count on anything. And when you start with that as a foundation and then you layer on top years of physical and sexual abuse,..(Lisa's) personality and how she ended up being where she is is explained completely what happened to her." |
| 16. Jack Kleiner was an alcoholic | **476** "Jack Kleiner was a drunk"<br>**1730-31** "he would drink regularly a fifth of rum a night"<br>**1865-66** (Teddy Kleiner describes Jack as) a drunk…pretty abusive: |
| 17. (Jack) was a controlling tyrant was always mean and got meaner when he drank | **476-77** "Jack Kleiner was abusive.<br>**1730** "(Jack) was cruel, mean"<br>**1809-10** (Jackie Moffett described her dad, Jack as) very mean, an alcoholic…that beat her..he would get drunk and just come home and take it out on us (children)"<br>**2469** " you are aware of Lisa's pretty violent and degrading sexual abuse and physical abuse by her stepfather, Jack K."<br>**3162** "Jack Kleiner is a brutal, sadistic, perverted alcoholic. Jack Kleiner took pleasure in whipping these little girls. It doesn't go on for just a little |

| | |
|---|---|
| | while. It goes on from the time they're age 4, Patty put it I don't remember a time that he wasn't doing that to us." |
| 18. .Jack physically and emotionally abused the children from his first marriage. | **479** "If it stopped right there in terms of the abuse (of Lisa by Jack) it would be horrific enough, but what you are also going to hear is that Lisa then suffered emotional abuse steeped on top of that"<br>**1818-19** "(Becky Perkey) grew up in a house (of) constant terror because Jack was beating (her) all the time…he used his fists, his knees, he hit (Becky) in the mouth and chipped a tooth with a telephone receiver""<br>**1866** (Teddy Kleiner described Jack as ) pretty abusive<br>**2832** "The Kleiner girl breaking her teeth..from where she was hit with a telephone" |
| 19. Judy and Jack were drunk most of the time. | **1865** (Teddy Kleiner described Jack as) a drunk |
| 20. (Lisa and Patty) were singled out for harsh and painful treatment | **477** "(Jack's older daughters) would see these little girls (Lisa and Patty) shaking in terror.<br>**1812-13** "We were sitting at the dinner table one evening and Patty,…pottied in the (chair) and …dad picked Patty up by her pony tails, picked her out of the chair and carried her to the bathroom by the head of her hair…Lisa and (Jacky) were just sitting there just shaking"<br>**1821-22** (Becky saw) Patty wet her panties (at the dinner table) and (Judy and Jack) stripped her down and beat her with a belt…Lisa was sitting across the table (from Becky), (Lisa had her head down, her lips were quivering and she was shaking all over…terrified"<br>**2394** "there was significant physical abuse (of Lisa by Jack K.)"<br>**2469** "you are aware (Lisa's) sister Patty described herself and Lisa for a matter of 10 years being degraded, …take a child, strip them down naked, take them in the bathroom, make them wait on a beating and go in, administer a belt beating while they are naked"<br>**2698** "(Dr. Dietz said Lisa and Patty were) whipped with their clothes off. No, I believe that's true. And I believe that Jack Kleiner sexually abused her (which was) degrading"<br>**2813-14** "(Lisa) saw her little sister in a high chair in pony tails being grabbed by the pony tails and marched to a bathroom, stripped of her clothes and beaten with a belt. It was a scene all too familiar because she had been taken in that bathroom, too, on many occasions. She was stripped of her clothing, of her self esteem, of her worth, of her inner being and soul." |
| 21. .Jack and Judy would strip the girls naked and beat them with a belt and Jack or Judy would tape(Lisa's) mouth with duct tape | **477** "(Jack) would send (Lisa and Patty) to the bathroom, make them strip down naked, bend over the bathtub and inflict beatings on a regular basis:<br>**1731-32** (Judy heard that Jack) made them go in the bathroom and take their pants down and whip them with a belt. I did not see it"<br>**1803** Jack physically abused (Patty) and Lisa growing up..and he make (Patty and Lisa) strip down and use a belt on you in the bathroom"<br>**2213** "Information from Lisa and others that she and her sister Patty were whipped with a belt, made to strip down naked to receive these beatings and was receiving those for the years all the way from like age 3 or 4 all the way |

| | |
|---|---|
| | up until her teens"<br>**2394** "like having girls humiliated by stripping naked to get lashed with a belt and things that were really excessive"<br>**3022** "(Lisa) was subjected to really pretty degrading physical abuse with the stripped down by her stepfather and beaten"<br>**3143** "taking into account all of the stripping naked of these children to administer beatings to them from the time they were four"<br>**3163** "What a degrading way of doing it, stripping them naked and beats them." |
| 22. Lisa learn not to cry | **2973** "Lisa never cried. I (Wendy) never saw her cry. Even when people were, when her mother was mean to her or anybody was mean to her she just let it go as if it wasn't happening" |
| 23. Lisa would retreat, by reading books and entering her own little world. | **480** "(Lisa) got herself lost from the abuse she was suffering in her books. She would read. She would get away by being able to read.<br>**1770** (Judy said Lisa) was reading books almost like a speed reader…the house could burn down and she wouldn't smell the smoke because she would be too engrossed in a book. She would read constantly."<br>**2401** "Lisa was a shy, quiet person who primarily liked to read and escaped into fantasy. Other times she dealt with conflict by literally escaping by running away or changing her environment."<br>**2156-57** "(At CCA, Lisa) was an avid reader. She read the Bible especially a lot...she could memorize psalms and recite them to you beautifully."<br>**2470-71** "(Lisa) would escape in books as much as she could from the abuse she was getting" |
| 24. (Lisa's) grades began to decline in middle school, which coincides with Jack Kleiner beginning to molest and rape her | **477** "(Jack) started to fondle Lisa at about age 12. Then you will hear about years, literally years of this man raping that girl (Lisa) from thirteen to fourteen to fifteen to sixteen"<br>**1733** "(Judy said she) caught Jack with Lisa (during a rape, and that Lisa later told Judy) that He had been having sex with her for awhile back"<br>**1734** "I (Judy) caught him having intercourse on the floor (with Lisa) and it was on Feb. the 24th"<br>**1804** (Patty) saw Jack Kleiner sexually abusing Lisa"<br>**1825** "(Lisa) told (David Kidwell-cousin) that Jack raped Lisa<br>**1866** "(Teddy Kleiner saw) Lisa getting raped by (Jack)<br>**1926** (Lisa told Nancy W.) "that the sexual abuse began when she was in the 8th or 9th grade, and continued for approximately 2 years.<br>**2395** "(Lisa) was thrust into a role inappropriate for her age and she learned from her father her primary value from him was not to be nurtured or follow her own ambitions but service his sexual needs."<br>**2471** "you have seen the description of sexual abuse that began at age, well basically 8th or 9th grade and all the way up until she was almost 16 (years old)"<br>**3139** "(Lisa) used to take Tommy in bed with (her) but (Jack) would take Tommy and put him in his own bed…I (Lisa) wasn't allowed to stay in anybody's house over night. I couldn't have friends over."<br>**3163** "And so when you have got that kind of perverted stuff it takes its |

| | |
|---|---|
| | unfortunate course to exactly where it went, which is then starts abusing Lisa, fondling her and raping her and sodomizing her and doing it whenever he pleases from the time she's in about 8th grade all the way up until her mother catches them on the floor just before her 16th birthday. |
| 25. Jack had a special room built onto the trailer for Lisa | **478** "(Jack) added an extra room on for Lisa to be in so he could have his way with her just that much more easily for himself" <br> **1804** "Jack built and added on a room … in Sperry, Oklahoma" <br> **2394** "sexual abuse that went on by the stepfather which progressed from fondling to a point Lisa had her own bedroom at which point there was all-out sexual intercourse and this extended from about the time she was in the middle of 9th grand year to shortly before her 16th birthday" <br> **2813** "Her virginity was stolen on the floor of her bedroom by her father, a drunk alcoholic. She was told if she didn't submit her little sister would be next, she would regret it. Day after day this went on. A special room was built for this little girl so she could be taken there by a man with alcohol on his breath and lust in his heart and he would leave her on the floor, his fluid in her until the mood struck him again." |
| 26. (Lisa's room was ) so (Jack) could sexually assault her at will | **1806** (Patty) saw Lisa and Jack having sex (in this room) <br> **3023** "somewhere pre-teen, 12, 13, something like that, through 16 or 17 it was regular, it was probably weekly at least. It was whenever this man decided he wanted her and it was not just vaginal intercourse, he sodomized her both anally and orally" <br> **3164** "Jack raping Lisa" wasn't just once. It's repeated over and over and over again. It's not five times, it's not fifty times, it's whenever Jack Kleiner wanted it. It was so blatant the other kids saw it…the only thing she thought she was functional as is a sex object." |
| 27. Lisa drank jar after jar of homemade brews to numb herself | **2716** "(Lisa told Dr. Dietz that she) "took a bottle of Tylenol (at age) 14 , 15 (to harm herself)" |
| 28. Jack sexually molested Lisa 1-2 times per week in the summer of 1981. | **478** "(Jack raped Lisa) day after day after week after month after year, this girl being raped by this man" <br> **1924** (Lisa told Nancy W.) that the sexual abuse had been going on "for a couple of years" <br> **2697** "(Dr. Dietz testified that) I am convinced that Lisa Montgomery was physically abused for a long time by Jack Kleiner and that she was sexually abused for a shorter period of time." |
| 29. (Jack) threatened to hurt Lisa if she told anyone (about the sexual abuse) | **1926** "He told her if she told her mother she would regret it, and if she did not submit he would do it with (Patty). <br> **2397** ""..you also note from those records that Lisa was told by Jack that if she didn't submit she would regret it and if she didn't submit that Patty would start receiving the same sexual abuse" <br> **3165** "(Lisa) basically suffered years of abuse from a man who threatened to hurt her further, threatened to hurt her sister, to rape her sister if she didn't comply." |
| 30. Jack would bang | **2397** "Jack K. said he hit them with his fist, knees and a telephone…" |

| | |
|---|---|
| (Lisa's) head onto the floor | **2397-98** "would (Jack) follow up on the physical threats?..yes, this was a violent household" |
| 31. Lisa's mind went to a safer place (during the sexually abuse by Jack) | **1926** Nancy W. noted that "due to Lisa's blocking feelings and difficulty expressing emotions Lisa is a good candidate for immediate entry into Girls Group." |
| 32. (The safe realm of unreality) made (Lisa) wonder for the rest of her life what was real and what was not real. | **1924-25** Nancy W. noted that Lisa (was withdrawn, not assertive and maybe into the victim role and passively meeting others' needs." (Lisa was a parentified child / role reversal with her mother"<br>**1928** Nancy W. had 5 sessions with Lisa<br>**2407** "Certainly in Lisa's case her ability to deal with reality is somewhat plastic and changeable. If she gets an unpleasant truth I think she does not check outside of herself to see whether something is true but instead goes on what she feels insides. From what she feels inside she starts imagining scenarios which over time progress to become reality.<br>**3019-20** "But when everything (abandonment, physical abuse, sexual abuse) is confused there isn't that sense of knowing, what is real and what is not real."<br>**3127-28** "But we have a lady who from very early on what is true and what is real when you are lied to over and over, when you are treated and punished for things that you didn't do, there is a problem with reality testing that is created, that is very difficult to capture and explain such that memories or events that take place one time may not be understandable the other." |
| 33. Jack encouraged Jeff Batson to have sex with Lisa and Lisa was also sexually assaulted by a cousin, Kenny Alexander . | |
| 34. Judy walked in on Jack raping Lisa | **478** "Just before Lisa's 16th birthday her mother caught Jack in the act with Lisa"<br>**1743** "(Judy does) remember seeing (Jack) having sex with Lisa"<br>**1923** Nancy Wallentini counseled Lisa and her family from 12/20/84 to 4/1/85 |
| 35. Judy kicked Jack out of the home, but allowed him to return | **478** "mother made it possible for Jack to leave. But Jack came back, not that long afterwards and stayed again for another several months until..he struck Patty hard and Judy packed up"<br>**488** "(Judy) has still been telling people all over the place that Lisa stole her man away from her."<br>**864** "(Jack) was raping Lisa when she was a teenager…and Judy told me that Lisa allowed it because Lisa was jealous of Judy"<br>**865-66** "(Judy said the rapes by Jack) were Lisa's fault…that Lisa was trying to steal Judy's husband"" |

| | |
|---|---|
| | **1736** (Judy said she let Jack move back into the house after she caught him having sex with Lisa on Feb. 24, 1984)<br>**1747** "Jack moved out for a time but moved back into the house"<br>**2396** "(Lisa's) therapy wasn't nearly long enough and it appeared to have occurred quite a bit later in the situation…she didn't wind up getting any treatment until about ten months after this was discovered…the sexual sessions were very short, 4 or 5, and when the custody situation got resolved they stopped."<br>**2397** "the difficult thing is an issue you sometimes see in incest that really predicts a bad prognosis and that is the mother decides the daughter is a competitor and blames her being a home wrecker. Basically that's what happened in this case. And Lisa was portrayed at age 14 as being the seducer of her stepfather not someone who got pressured into having sex."<br>**2478** "witnesses who actually indicated that Judy was accusing Lisa of having stolen her man from her and she had actually brought the sexual abuse on herself"<br>**2700** "(Dr. Dietz understands) that Judy Shaughnessy makes accusation to the FBI when she was interviewed that supposedly Lisa had brought this abuse on herself" |
| 36. Carl began a sexual relationship with Lisa (in 1985) | **1060** "When (Lisa) turned 18…she moved in with (Carl) and (they) ended up getting married in August of (1996 when Lisa was 4 mths pregnant)"<br>**1088** (Carl) and Lisa developed a nice relationship…and by the time she was 18 she was pregnant by (Carl)"<br>**2814** "Then (Lisa and Carl) started sleeping together. Now this is her step brother. And they have the first of 4 children. And at age 22, after 4 children, in this background we see a snapshot into the life of Lisa Montgomery and we say we are surprised that mental illness is at work here." |
| 37. Lisa enlisted in the Air Force but not allowed because she was pregnant | **480** "(Lisa) had planned to go into the Air Force. The family was too poor to send her to college…but all of that changed when she became pregnant by Carl. When she became pregnant by Carl that then set her on her own odyssey."<br>**1088** "(Lisa) wanted to go into the air force and had actually signed up to do all of that but she couldn't because of the pregnancy" |
| 38. Lisa married Carl in 1985 at age 18 and had 4 stair-step children | **481** "Early on in Lisa's Odyssey she had four stair-step children with Carl."<br>**1091** "you (Carl and Lisa) had 4 …stair-step children right after that" |
| 39. Lisa began to dress in old cloths and (Lisa's) house was a mess | |
| 40. By 1988 Lisa's mood fluctuated noticeably from day to day | **1091** "Lisa just did not want to go out in public…she felt like people were staring at her because they all looked at her and said she was encouraging the rape" |

| | |
|---|---|
| 41. (Lisa) began to complain of headaches and was depressed | **2309-10** (Lisa told Dr. Rama.) "she had these very overwhelming migraine headaches that would overtake her" |
| 42. Lisa began to move from one place to another without notice or a plan | |
| 43. In 1990, Carl and Judy took Lisa's two oldest daughters to California; Lisa drove to California to get the girls back; With no money, Lisa had no choice but to stay with Carl in California | **2399** "Judy moved in and basically she and her then husband Richard wanted to take care of Desiree and Chelsea. So when they were very small children she took them for a while and refused to give them back to Lisa." |
| 44. Lisa's 4th pregnancy and labor were complicated; and Kayla was born premature and compromised and remained in the hospital for 7 weeks. | **482** "Kayla was two and a half months premature. Lisa had great difficulty carrying the baby." |
| 45. 1990 Lisa had a bilateral tubal fulgeration | **483** "the decision was made for Lisa to have what is commonly called a …tubal fulguration) |
| 46. Dispute as to why Lisa had this sterilization | **2403** "Lisa perceived that tubal ligation, although clearly in the medical records some indication for sterilization, she perceived she was pressured by Carl and her mother Judy….and once again Carl and Judy, particularly Judy according to Lisa, threatened to take her kids away if she didn't get sterilized….So this loss of her ability to reproduce was a real emotional trauma, one in which there was actually true by certainly emotion she felt it had been imposed on her or something taken away from her as either retaliation or what had happened to Jack K. by Judy or revenge by Carl because she had an affair with Brett"" |
| 47. Carl Boman and Judy say Lisa wanted to have this | **1064** "After Kayla was born (Carl and Lisa) were counseled by a doctor (for Lisa to be sterilized) because Kayla was premature and he wasn't sure she would be able to carry another child full term plus (Carl and Lisa) had 4" |

| | |
|---|---|
| procedure | **1065** "(Carl did not) force (Lisa to become sterile and neither did Judy)<br>**1068** (The sterilization procedure was a) mutual decision (of Carl and Lisas)<br>**1095** "The doctor suggested she do this because Kayla was so premature she wasn't sure she would even carry another one to term"<br>**1761** "(Judy says she) had nothing to do with (Lisa getting the procedure)…Lisa didn't show any sign of not wanting to have it done" |
| 48. Lisa says she was coerced into having this procedure by Judy | **483** "(Lisa) always regretted (the procedure)"<br>**2407** "the way (Lisa) viewed her tubal fulguration was a trigger for this (pseudocyesis). ..to lose your ability to reproduce has a profound effect on self-image particularly as you see it being done some kind of hostile retribution by relatives, even though it may be me medically necessary…certainly in Lisa's case her ability to deal with reality is somewhat plastic and changeable."<br>**2580** "(Dr. Dietz said Lisa) told Dr. Kuncel her mother and husband forced her to get her tubes tied. She told Dr. Logan her mother blackmailed her to have a tubal ligation by threatening to take the children if she refused. She told Dr. Ramach. The tubal ligation is punishment for bearing a child by a man other than her husband…and she told me that too."<br>**2992** "In her (Lisa's) own mind she twisted it to the point that Carl and her mother Judy had threatened her to have this done.'<br>**3000** "(Lisa) told (Dr. Logan) that Carl and Judy blackmailed her to have a tubal fulguration by threatening to take her other children.' |
| 49. 1991 Lisa was unable to focus and care for her 4 children | **482** "The pressure on (Lisa), four children so close together was the pressure that would have been on anyone. It was tremendous"<br>**1764** "(Judy said) Lisa threw lunch on the floor and said here's your lunch to one of the kids and I thought how rude and crude…I (Judy) gave those children a bath. They stunk. They were dirty."<br>**2400** "(Judy) reported Lisa was working a couple of jobs, didn't spend enough time with her children and reported her to the state social service" |
| 50. Lisa spent money intended for mortgage on frivolous items and kept house a mess | |
| 51. 1993 Lisa left Carl and began relationship with Brett Owens | **1068** "(Lisa) had another affair"<br>2402 "There also have been difficulties with Carl. They had decided after Lisa had an affair with a fellow named Brett they would re-unite and Lisa believed she had become pregnant by Brett" |
| 52. Carl took off with kids to California | **483** "Carl arranged for the kids to come to California with him to spend the summer"<br>**1780** (Judy) promised Carl (that Judy) wouldn't give Lisa back the kids…in 1994"<br>**2716** (Lisa told Dr. Dietz) my first husband was going to take my kids on a vacation to California with my mom and his dad and I got a letter saying they weren't going to bring the kids back and I wouldn't see them again. I went and just picked up a knife and was trying to cut my wrist." |

| | |
|---|---|
| | **2723** "(Lisa) went out to California to actually retrieve the kids there was a scene with her mother and her mother took the kids away and she was not able to get them" |
| 53. Judy and Carl conspired to keep the kids in California | **483** "In cahoots with Judy, Lisa's mother, Carl decided to try to keep the kids despite the court order. Lisa went to retrieve the kids in California. And Judy in a very public display took the kids away from Lisa, strong-armed her and took the kids back to her place, enrolling them in her school…incredibly traumatic experience for Lisa believing she was going to lose those children."<br>**1100** "Lisa went out to get the kids from her mother, Judy Shaughnessy, her name then was Judy Boman, but she wouldn't give them back to Lisa"…so Lisa couldn't get her own kids from Judy and (Lisa) came back extremely upset"<br>**1751** "(In 1994 Judy) left with the kids. (Judy) was taking them to their father…kept Lisa from getting the children"<br>**1781** "(Carl went with Judy and Richard to California with the kids) Lisa came out to get the kids and that's when (Judy) refused to give them (to Lisa)<br>**2702** "(Dr. Dietz agreed with Fred) that Lisa had gone through a situation in which her mother had refused to allow her to have her children back and this is in California…Lisa actually went to California to retrieve the children and her mother prevented that"<br>**2992** "The first false pregnancy (Lisa) had occurred at a time that followed Carl and her mother Judy taking the children out to California and refusing to return them. This is also a time when (Lisa) developed out that she actually gave birth to this child and that the mother kidnapped the child basically after Carl took it to visit Judy and never returned it and placed it some place for adoption she surmised." |
| 54. Carl and Lisa remarry in 1994 | **484** "(Lisa) and Carl reconciled and ended up moving to Arkansas"<br>**1070** "We (Carl and Lisa) ended up joining the Mormon church (in Springdale Arkansas) and we actually kind of reconciled and we got remarried again in 1994" |
| 55. Lisa claimed to be pregnant with twins. Judy visited Lisa and saw crib | **484** "The first sign of Lisa's ability to cope was cracking. When they moved to Arkansas Lisa began telling people she was pregnant"<br>**1071** "(In Arkansas Lisa) said she was pregnant with twins from Fred Owens, the one she divorced me (Carl) for"<br>**1098** "there was a problem and the problem was that Lisa was saying she believed she was pregnant and telling people about it"<br>**2588** "(Dr. Dietz said Lisa) told friends (but not Carl) that she was pregnant to Brett Owens after her affair with him and was carrying twins. And what Carl observed she acquired a crib, I seem to recall it wasn't put together, but no other baby items…she would later tell her friends she lost the babies and the body re-absorbed them." |
| 56. Judy confronted Lisa, who claimed she had miscarried | **1752** (Judy said) when I got to Arkansas…the neighbor is the one that told me Lisa was going to have a baby. And when Carl and Lisa came in and I confronted Carl and Lisa. Lisa turned her back and walked off. Carl sat |

| | |
|---|---|
| | there and talked to me..it was ridiculous…and there was a time I did talk to Lisa about going to counseling” |
| 57. 1995 Lisa and Carl moved to Deming, New Mexico | **1072** (Carl and Lisa) went back to Deming, New Mexico in ’97 or ‘98” |
| 58. Lisa and Carl had no running water, heat, a wood stove, a wringer washer, were impoverished and often had no food | **1839-40** “(Lisa and Carl lived in a ) tin house…ceilings were just a couple inches over six foot…wiring was bad…patch work concrete floor…portion of it (dirt floor)<br>**1842** “Carl worked for (William Boomhower) and he had the flu, (William) went out to check on him. And the place was a zoo. You could barely walk through because of the clothes laying all over and dirty dishes on the floor. And Lisa way laying on the couch reading a book and Carl was in the bedroom. He was pretty ill. He had the flu pretty bad” |
| 59. Carl would take off for months at a time leaving Lisa with 4 kids | |
| 60. Lisa began to drink a lot of alcohol. | **2096** (Dr. McCandless diagnosed Lisa with) “history of alcohol abuse, probably dependence”<br>**2402** “there was a period in which (Lisa) lived in Deming, New Mexico she engaged in pretty heavy alcohol.” |
| 61. Lisa returned to Kansas and met Kevin Montgomery | **486** “(Lisa) began a relationship with a man by the name of Kevin Montgomery”<br>**961-62** “(Kevin met Lisa) roughly in ‘98” |
| 62. 1999 Lisa made her 2nd false pregnancy claim of twins, and said told Kevin she was going to NM for an abortion | **962** “Before (Lisa and Kevin) married she said she was pregnant (by Kevin and said) she was going back to New Mexico and have an abortion”<br>**1767** “(Judy) heard Lisa was pregnant from Kevin in the year of ’99, **2000** and that he gave her money to go have an abortion.”<br>**2591** “Early in the defendant’s relationship with Kevin Montgomery she told Kevin she was pregnant and needed money for an abortion…(Lisa denied to Dr. Dietz) that that ever happened.”<br>**2759** “(Teddy Kleiner) said that Kevin told him that he gave the defendant $300 (for an abortion) |
| 63. 6 months later Lisa told Kevin she was pregnant again, and caused herself to have a miscarriage | **2591** “according to Dr. Hutchinson’s records the defendant reported she had a miscarriage at three months of pregnancy, at the end of her first year of marriage to Kevin Montgomery when she fell down the stairs in the spring of 2001 and she did not seek medical care for that.” |
| 64. 2000 Lisa and Kevin marry | **964** “(Kevin and Lisa) got married in 2000” |
| 65. Lisa and Kevin made $24,300 for their family of six | **486** “(Lisa) had stress of having to deal with supporting not only her children who were with her but also Kevin’s children who were with their mother but Kevin owed child support. So there were problems with finances.”<br>**965** “finances (were) tight” “money was tight, (Kevin) needed to go to work” |

| | |
|---|---|
| | **1054** (Kevin and Lisa) had to take bankruptcy (after the murder) because there wasn't enough money to pay all the bills |
| 66. Lisa loved her children, but was unable to parent them effectively | **482** "(Lisa) never did anything but show those children love"<br>**1093-94** "During the time that those kids were being raised and (Carl) was with them…Lisa showed them love…obvious love…and told them all the time she loved them..but was really not taking care of the house very well""<br>**1207** "(Patsy Hughes) thought (Lisa) had a good relationship with her kids" |
| 67. Lisa was dealing with psychotic thinking, dissociation, loss of contact with reality, extreme emotions, and rapid, uncontrollable mood swings. Her behavior would change in an instant | **481** "(After being abused as a child) Lisa was suffering from her own post traumatic stress disorder that was going completely untreated at this time and she was building her life on this completely unstable foundation."<br>**487** "Lisa was creating in her mind the delusion of the pregnancy. The delusion then carried forward to the ending of that pregnancy with a false story of the baby being born dead"<br>**2072** (Lisa) reported a history of mood swings at that time starting at the age of 28 or 29…and gave a history of going without sleep for 3 days at a time…these highs followed by depressive episodes. And in these episodes she would, quote, stare out the window, didn't want to shower, had no motivation, would isolate"<br>**2072** (Lisa) "always felt, depressed..the depressive episodes following the highs were more severe in intensity than base line depression."<br>**2249** "in Lisa's case it's possible in addition to the delusional state she went to the dissociate state and in that state you can perform acts of violence.'<br>**2405** You also get a disorder alarm clock, difficult sleeping, concentration, hyper vigilant, irritable, always keyed up and on edge. There is some instance of Lisa having post traumatic stress disorder that went untreated throughout her life and formed shifts in mood, nightmares, difficulty sleeping and it's not unusual in these conditions to have episodes of depression and anxiety. |
| 68. Lisa could not keep up with housework and her children had to help her with basic chores. | **1050** "(Lisa's children had jobs outside the home, were in high school, busy with their own lives, did a lot of cooking around the house, and were able to take care of themselves) |
| 69. Lisa suffered from severe migraine headaches that immobilized her | **2309-10** (Lisa told Dr. Rama.) "she had these very overwhelming migraine headaches that would overtake her" |
| 70. 2001 Wendy Treibs had tubal surgery reversed and Lisa knew of this | **2961** "I (Wendy) know she (Lisa) knew I had my tubes tied. I don't know if she knew I was going to get them tied…but I know she knew I had my tubes tied." |
| 71. 2002 Lisa told Kevin she was pregnant for a 3rd | **487** "Lisa announced she was pregnant. People saw her, believed she was pregnant…Kevin saw her abdomen getting bigger. He saw the things she was doing and the way she was acting, consistent with a woman being |

| | |
|---|---|
| time and he believed her | pregnant. He assumed the pregnancy was going on"<br>**964-65** "In the fall of 2002 Lisa (told Kevin) she was pregnant"…(and Kevin) believed her"<br>**967** "(Lisa told Kevin) there was problems through the pregnancy with the blood and everything, that it wasn't going to live" |
| 72. Later Lisa told Kevin the baby had been stillborn and she donated the body to science. | **896** "…you may remember we lost a daughter at birth about a year and a half ago due to extreme R. H. disease as well as other complications"<br>**970** "(Lisa) said she donated the baby to research"<br>**2594** "She told Kevin she delivered a still born child at the doctor's office in Topeka, Kansas on 5/20/03. And this occurs at a time the defendant is away from home for 6 to 8 hours and isn't answering her cell phone. The defendant also told her daughter Desiree the still born child had been sent to Kansas State University…at a court proceeding the defendant testified in '04 that the child was still born on 5/30/03 and she had a reversal tubal ligation in Topeka in April, 2002." |
| 73. Lisa had long history of starting projects without completing them | |
| 74. Lisa talked rapidly for long periods of time, without letting the other person get in a word. | **920** "we were visiting with (Lisa) for probably …3 hours and she did most of the talking. She talked a lot about just random life stuff"<br>**1145** "Lisa loved to talk. So, you know, if you were working with her she was going to be talking"<br>**1904** (Monica Guiterrez in 1995 thought) Lisa talked a lot….talked non stop…had rapid speech and repetitious speech"<br>**2081** (At CCA Lisa's speech was) "very, very rapid speech. Speech that is also increased in amount." |
| 75. 2002 Lisa was interested in gardening, canning, livestock and living off the land | **867** "(Lisa) liked to do crafts. Talked about doing crafts and talked about making home-made soaps and canning. And she was big into dogs, raising dogs and things and tatting and sewing and reading"<br>**1026** "Lisa made home-made soap. We put in a big garden. We stored potatoes in the cellar. She canned vegetables, fruits. She sewed things together for the kids. Made dresses for the kids. She crocheted hats, gloves."<br>**1207-08** "(Patsy Hughes) would describe Lisa as a Pioneer woman…Lisa told me they made ketsup" |
| 76. Lisa claim she wanted old-fashioned lifestyle yet spent most of her waking hours on the computer | **868** "I know they dressed up to do like pioneer old time clothes and things like that"<br>**976** "(Kevin and Lisa) liked to do things some of the old-fashioned ways"<br>**1016** "(Lisa) had a lot of country values about her..liked being around animals"<br>**975** "Lisa spend a great deal of time on the computer…which caused problems between (Kevin and Lisa)<br>**1041-42** "During that time (2004) "Lisa (was) getting on the internet and looking at things about home birthing and about birthing into water and about inducing pregnancy, labor by drugs and things like that (that she |

| | |
|---|---|
| | shared with Kevin)<br>**1857** "(SRS Patricia Brunton) considered (Lisa) a little eccentric in that she choose to do some things the olden ways. (Lisa) told (Patricia) that she raised goats and spun yarn from their hair and she would have things from the yarn."<br>**1946** (Desiree said that since her mom wasn't cooking and cleaning and taking care of the animals…"she was on the computer" (and read a lot) |
| 77. 2004 Lisa got involved in the custody of Justin; Lisa wore Laura Ingall's outfit to court; and she cried hysterically in court. | **1757** "Lisa was testifying in favor of one of your (Judy's) grandchildren, Justin, testifying in favor of him being adopted by foster parents"<br>**1891** "Lisa and her daughter Desiree actually testified at the request of two foster parents who were trying to adopt Justin"<br>1974 (Lisa testified for Becky Bodine to adopt Justin)<br>**2400** :wound up in a court hearing in which Lisa actually went before the court in a custody hearing over Justin and testified against her mother"<br>**2993** "Before the final pregnancy which led to this homicide Lisa had gone into court and testified against her mother in a custody hearing" |
| 78. Lisa testified she had her tubes un-tied and had a stillborn baby | **2595-96** "The defendant told Dr. Logan she hadn't had a reverse of her tubal ligation and she knew the claim of surgical reversal was not true though she testified to it."<br>**2615** "the defendant stood in court and lied under oath about having a reversal of her sterilization" |
| 79. Lisa's testimony was confusing to the judge | **2581** "(Dr. Dietz said Lisa) denied she ever thought she had (her sterilization) reversed. She admitted she did tell one of her sisters she had it reversed and she acknowledged she might have told other people, too. Then I asked if she remembered testifying in court she had a surgical reversal done in Topeka and she replied maybe. And when I asked more about it she admitted that she knew it wasn't true when she gave that testimony but she felt backed into a corner." |
| 80. Judy considered involuntarily committing Lisa to a psychiatric hospital and Judy was concerned that Lisa was trying to be her cousin Wendy Treibs | |
| 81. 2004 Lisa was alienated from everyone in her family | **846** "It seemed like (Lisa) was always the one that was at odds with the family; the one on the outside; it was never smooth sailing"<br>**857** "(Lisa) was usually on the out (Outside of her family)"<br>**1020** "Lisa have difficulties with her mother and her siblings, both before ..married (to Kevin) and after married:<br>**1021** "(Kevin) never saw Lisa get (help and encouragement) from her mother or her siblings"<br>**1043** "There was already conflict going on in the family (between Patty and Lisa) |

| | |
|---|---|
| | **1051** "Lisa didn't get along with her brother Tommy…she had a fight with Patty, (and at times Lisa) didn't get along with Patty her sister (and at times) Lisa didn't get along with her mother, Judy"<br>**1132** "(Cheryl Fine) was aware of the in-fighting that was going on in Lisa's extended family..everybody against Lisa"<br>**1789** "Lisa and (Judy) did not have a relationship from 2003 on"<br>**1859** "(Patricia Brunton) was under the impression that Lisa was the family scapegoat"<br>**1893** "(Roger Montgomery) had learned that there was all kinds of problems between Lisa and her mother and things going on between them at that time. (Roger) thinks Lisa had to take out a restraining order against her mother"<br>**2993** "so this is a family really that throughout their lives have been in the midst of severe turmoil that really went after each other" |
| 82. Carl unable to pay child support and Kevin had to increase his | **1019** "(Lisa) had difficulties getting child support payments from Carl Boman, her ex-husband…times when he would be fairly substantially in arrears. The combination of (Kevin) sometimes being out of work, the child support obligations (Kevin) had and the lack of money from Carl Boman made things difficult financially for (Lisa and Kevin)"<br>**1076-77** "There were times when (Carl) got a little behind…no more than $1500"<br>**2017** (Lisa emailed Carl)"I do not have the money t o hire an attorney, period. You have not paid child support in several months. You have only paid the correct amount for what, two months, you lie and refuse to give out what your income was in order for you to get out of paying. You refuse to pay your share of the kids' medical bills leaving me to pay them. You refuse to provide transportation. You left everything to me. Then you come back and make threats." |
| 83. Lisa worked 3 jobs | **486** " (Lisa) would work multiple jobs, three jobs at a time. ..she was working three jobs at a time trying to help the family make ends meet."<br>**1036** "in 2004, Lisa was actually working three jobs…actually working those three jobs at the same time."<br>**1156** (Judy Moore confirmed LM worked 3 jobs)<br>**1183** (Mona Marcotte confirmed LM worked 3 jobs) |
| 84. Lisa's house and garden went untended while she focused on rat terriers. | **489** "At the same time Lisa was engrossed in another kind of birth, little puppy dogs. She got herself started on breeding rat terrier dogs."<br>**1036-37** "(Lisa) had four children, she was working various part-time jobs, raising animals, raising a garden, making things, canning things, and the house got left to some degree"<br>**2574** "(Carl told Dr. Dietz that Lisa) was never any good at housecleaning or cooking but she was good at things that interested her such as craft projects, whatever her friends were doing or dog breeding." |
| 85. 2004 Lisa claimed to be pregnant to Kevin for a 4th time | **488** ""What Lisa believed so strongly in her mind and in her body was she was pregnant. She took a pregnancy test in April of 2004 and told Kevin, her husband, that it was positive. He did not see it. But she took the test, told him she was pregnant."<br>**971** "In April, 2004 (Lisa bought) an early pregnancy test (and told Kevin it |

| | |
|---|---|
| | was positive)"<br>**2597** "In April of 2004 the defendant told her husband that she hadn't menstruated in a couple of months and that a home pregnancy test she took privately was positive. She's repeatedly said she showed that test to her husband but he has repeatedly said she never did." |
| 86. Kevin calculated baby due in Oct. 2004, but Lisa said December | **977** "In October of 2004 (Lisa told Kevin) the baby was due in December, early December or mid December"<br>**2601-02** "the defendant ahd told Jenny Hays, …she was pregnant and due some time in late November, early December. And in late April, early May of 2004 she told a co-worker at Casey's she was pregnant and had a due date of December 11th or 12th…she told Miss Marcotte she was pregnant with twins..showed Miss Marcotte a blurry sonogram of the alleged twins and indicated one of the babies was a boy." |
| 87. Lisa told some people she was pregnant with a boy, with a girl, and with twins, but lost one of the babies. | **892** "She had found out recently she was having twins"<br>**896** "I have made it to term but face the possible loss of one of the babies…time is being granted to remaining baby to grow strong as they were both very small."<br>**909** "(Lisa) actually had posted that on the message board she was expecting twins."<br>**926** "(Lisa) believed she had lost one of her babies and she was expecting to have the other baby later in the week"<br>**1182** "(Lisa told Mona Marquette) she was pregnant with twins"<br>**1193** "(Lisa t old Patsy Hughes she was pregnant with twins)<br>**1197** "We lost one of the babies"<br>**2598** "the defendant even said the doctor believed the baby was a boy and supported that with an ultrasound photograph she brought home for the family to look at…Alsop in the summer of 2004 the defendant told her daughter Desiree she was pregnant with twins"<br>**2617** "She was inconsistent in telling people she was carrying one fetus or two." |
| 88. 2004 Lisa brought the dogs into the house, but didn't clean up after them | **1235** "I saw what appeared to be a lot of dog droppings throughout the house" |
| 89. Lisa displayed near constant mood swings. | **1037** "during the time that (Kevin was) with Lisa ..she would kind of go through mood cycles, she would be happy and then very, very sad, kind of switching moods at various times, (and it) concerned (Kevin)"<br>**1038** (Lisa) was overwhelmed with as much as she had to do"<br>**2080** (After Lisa in CCA) "her mood which seemed extremely labile, meaning it changed rapidly. It changed rapidly in the periods that I would interview her.'<br>**2083** (At CCA Lisa prescribed Depakote) "a mood stabilizer" |
| 90. Lisa always seemed tired and complained of headaches during | **1211-12** "(July of 2004) Lisa's demeanor during this Lexington dog show…she was a little tired, her and Desiree had driven a long journey to pick up Kayla. She was more into sitting back and watching. She watched her daughter handle a few dogs. She was just tired…pleasant…not irritable" |

| | |
|---|---|
| fall of 2004 | **2084** "One of the symptoms that Lisa has also presented over the years that you (Dr. McCandless) have been treating her is persistent migraine type headaches"<br>**2370** "but you see her (LM) description of migraine headaches"<br>**2614** "She reports a history of migraine headaches and those I believe have no relation to the charged offenses" |
| 91. Lisa fought with Kevin more than usual. | **979** "(Kevin got) angry with Lisa about not going to the doctor…(and probably had) arguments in front of the children"<br>**1031** "(Kevin's) relationship with Lisa…at times it was strained financial, problems with Lori and the kids. Sometimes those arguments happened in front of the kids"<br>**1031**" (Lisa) at times get angry enough to like throw a box of books down the stairs…kicked the box down the stairs"<br>**1170** (Lisa told Jenny Hays that "she and Kevin Montgomery argued frequently..and she was thinking of leaving Kevin" |
| 92. Lisa's children were distressed by their mother's increasingly bizarre behavior. | **894** "Lisa Montgomery's relationship with her children (was) distant" |
| 93. Carl McClain spoke with Lisa on the Tuesday before the offense, and Lisa was irritable and distraught | **487** "So finances were difficult. Raising four children was difficult. Dealing with the stresses just of a marriage was difficult and all on top of the mental illness that Lisa had."<br>**1046** (Around the week of the murder Lisa seemed) cranky, uncomfortable" |
| 94. Lisa felt Joy Montgomery was pressuring her | **488** "(Judy) goes to Lisa's father-in-law and mother-in-law and says Lisa is a liar, don't believe her. She's lying."<br>**1043** "(Judy told Kevin's) parents that Lisa could not get pregnant"<br>**1882** (Judy and Jerry) came to (Joy's house) to state that Lisa was not pregnant, she couldn't be, she had surgery" |
| 95. Kevin had arranged to have Friday of that week off from work for the baby's induction. | **982** '(Kevin) made a request to be off from work on Friday" |
| 96. Lisa was served with custody papers from Carl Boman, who was going to use the false pregnancy against Lisa | **1076** "At the time I (Carl) said I (Carl) was going to expose her lies (about being pregnant) and that I was going to take her to court for custody of the kids and I was going to prove she wasn't pregnant."<br>**1082-83** "(Carl had his ) lawyer file a motion for change of custody…on Dec. 10, 2004, and set for a hearing in court on Jan. 25, 2005 at 10:30 am"<br>**2600** "In the fall of 2004 Carl Boman and the defendant were engaged in legal proceedings involving custody of the children and Carl and his wife Vanessa exchanged a number of phone calls and e-mails with the defendant in which Carl and Vanessa threatened the defendant in court regarding her |

| | |
|---|---|
| | fabrication and about having been pregnant. Those e-mails are very clear and repeatedly state she's going to be exposed in court for fabricating pregnancy"<br>**2601** "Carl threatened to use the information about the false pregnancies to obtain custody of the children at the upcoming hearing and although the defendant initially wanted to work things out regarding custody, suddenly on Dec. 15th in a phone conversation she told Carl she intended to prove him wrong and to make a fool of him." |
| 97. All these stressors combined with mental illness, brain dysfunction and disconnect from reality led to the underlying crime | **481** "(After being abused as a child) Lisa was suffering from her own post traumatic stress disorder that was going completely untreated at this time and she was building her life on this completely unstable foundation."<br>**489-90** "But now you have her working 3 jobs, taking care of 4 children, trying to take care of a household. Having to deal with a mother who is incessantly telling stories on her that …aren't true..at this point we are not to the time when the perfect storm happens. We are in Dec. of 2004."<br>**493** "..what is going on is that the delusion is taking (Lisa) further and further and further away from reality. And that's what Drs. Logan and Ramachandran will tell you they believe,<br>**494** "What Drs. Ram. And Logan will explain to you is the only thing that makes any sense in any of this is pseudocyesis on top of the ptsd"<br>**1042** "and of course (Lisa) was taking care of the kids, working all those jobs and dealing with the dogs, too and of course dealing with both of your exs and the problems that were happening through them"<br>**1081** "(Carl noticed) a change in her (Lisa's) attitude sometime beginning in November of 2004…it was more confident, she wasn't quite so back on her heels about my threats and I was going to get custody of the kids. She just seemed more confident"<br>**1083** "C.J. called (Carl on Dec. 15, 2004,) and said Lisa had been served with papers and he said that mom was upset over the fact that she was served for those…(and Carl talked to Lisa) and she said she was going to prove me wrong and she was going to show me"<br>**1104** "You have to understand the emotions of two people (Carl and Lisa) divorcing and fighting for custody of the kids…there was a lot of emotion going on right then.."<br>**1104** to a reasonable degree of medical certainty, happened at the time that all of this happened in Skidmore."<br>**1933** (Fred asked if "you have a history of physical abuse, and that began at age 3 or 4, and the phusical abuse included stripping the child down naked and administering beatings with a belt and then right on the heels of that the sexual abuse began at about age 11, 12, 13, and then continued until age 16, is that a much more difficult situation to try to recover from?" and Nancy W. said "you are beginning to stack trauma upon trauma and so certainly the more was are traumatized the more often, the more frequently, it is going to be more difficult for a child to heal."<br>**2093-94** "the fact that after she kidnapped the other baby, walking around town with it and showing it to people, all of this seemed to in my (Dr. |

| | |
|---|---|
| | McCandless) opinion behavior that is my opinion is delusional cycling psychosis"<br>**2418** "Kevin .had been unemployed but now was working in Kansas city which was a long commute and not very much money and with a dispute with Carl and Vanessa, he was behind on child support. So there was a lot of financial pressure. One of her best friends died in an accident a few months earlier and she had not recovered from that loss. So the work was really closing in on her. And a delusional state of mid and faced with all of her difficulties right there at that particular point in the interaction with Bobbie Jo I think her mental illness drove her to kill without really an adequate consideration of the reality of the wrongfulness of what she was doing and the gravity of what she was doing."<br>**2500** "(Dr. Martel) concluded (Lisa) had Post traumatic stress disorder"<br>**2555** "the defendant was said to have been depressed by a number of doctors and her treating doctor at Leavenworth gave a diagnosis of bi-polar disorder."<br>**2556** "(lisa) had been diagnosed with personality disorder…and pseudocyesis"<br>**2605** "the final period leading up to the offense where the defendant during this time must be feeling desperate to come up with a child. The pressure she's going to be exposed…she only has a limited time to come up with a baby or a believable story."<br>**2996** "in her case, particularly the tenuous reality testing where not only she lied to others, which is part of anti-social, but she basically became convinced of stories, if not impossible, were fantastic. And then another factor was she also showed within these stories and within what she interacted with others periods of dissociation she had throughout her life.<br>**3166** "(Lisa) was a victim of the worse kind of sexual, degrading abuse you can witness..all of this shapes the thought process, all of this gets that person to the point that they figure out what are the things in life that are important, what are the things that make sense to me. And everything that Lisa put together here is of abandonment, of abuse, of torment, to the point the only thing that gives her any joy, any pleasure, are those little babies."" |
| 98. Lisa's trial lawyers painted a completely false picture of Lisa to the jury and the Court. | **2562** "(Dr. Dietz) found there is a family history of depression even within the materials I have been provided. And I think there may be a much bigger depression I know of because I haven't seen everything about all of her remote relatives."<br>**2565** "(Dr. Dietz said) based on everything I did have of that mood disorder which includes some missing data, there may be more there than I know about. I think the defendant may indeed have a mood disorder and just what it should be called, whether it's a desimec disorder, whether major depressive illness or whether it's party of a personality is where I am uncertain….but I did think she might really have a depression."<br>**2566-67** "(Dr. Dietz found) with respect to (PTSD) her psychological testing was consistent with post traumatic stress disorder…she has lots of possible causes of it. In particular she was abandoned by her father at age 3. She |

| | |
|---|---|
| | underwent emotional abuse and neglect by her mother. She was physically and sexually abused by her stepfather, Jack Kleiner and she witnessed violence in the home."<br>**2569-70** "The defendant was described as having a personality disorder by everyone who has examined her…she has had many short-term jobs, sometimes quitting without giving her employer notice, even walking off the job.. another issue is that her mother and her first husband both said she was neglectful to children in the home…another issue is she experimented with street drugs…likewise there was a period when she drank very heavily…was repeatedly unfaithful to her husband Carl."<br>**2573** "(Dr. Dietz said) most of these are clues to personality style known as borderline."<br>**2576** "(Dr. Dietz said) Dr. Kuncel diagnosed dependent personality disorder with border line features. Dr. Logan diagnosed personality disorder with borderline and dependent features. Dr. Ramachandran diagnosed borderline personality disorder. So you see the borderline theme comes up again and again…I agree with them that the defendant has a personality disorder though I would classify as a personality disorder with borderline anti-social features."<br>**2764** "(Dr Dietz) thinks that the (video clip) corroborates the finding I think all of us have made that she actually has a PTSD from childhood"<br>**2815-16** "We have heard from 4 medical doctors, Dr. McCandless, who told you she was bi-polar, borderline personality disorder; Dr. Ramachandran, PTSD, pseudocyesis, borderline personality disorder; Dr. Logan PTSD, borderline personality, pseudocyesis; Dr. Dietz, PTSD, borderline personality disorder.<br>**3167** "This is a woman who is at this point, who came to this point because of people named Jack Kleiner and Judy Shaughnessy..they killed Lisa's soul.<br>**3169** "Lisa was a victim of childhood physical and sexual abuse at the hands of her stepfather Jack Kleiner and was psychologically and emotionally damaged as a result of that abuse. Even their (Gov't) experts agree…Lisa Montgomery was a victim of childhood emotional abuse at the hands of her mother, Judy Kleiner, now Judy Shaughnessy and psychologically and emotionally damaged as a result of that abuse."" |
| **Other issue of Lisa on medication once in custody** | **2715** "(Lisa told Dr. Dietz she was) on 25 Wellbutrin, 625 Depakote and Xanax and 50 Elavil Analgesics"<br>**2721** "(Lisa explained to Dr. Dietz) her medication had been increased by Dr. McCandless (after the first interview with Dr. Dietz)"<br>**3026** "Lisa with medication and with help from the psychiatrist at CCA actually has improved…that medication that made I think a huge difference…the medication seemed from my perspective to cut down on the fear, control of fear, the anxiety, some of the depressive symptoms."<br>**3174** "Lisa Montgomery's mental health has substantially improved since her incarceration because she is now receiving psychiatric treatment including medication to address her condition. You heard this from Dr. McCandless…is giving her medication that seems to be helping her." |