IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY,<br>Movant,<br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>) | Case No. 12-8001-CV-W-GAF |

***MOTION FOR EXTENSION OF TIME TO REPLY TO THE GOVERNMENT'S SUGGESTIONS IN OPPOSITION TO MONTGOMERY'S §2255 MOTION TO VACATE***

Comes now Lisa Montgomery, movant, through counsel and requests an extension of time until August 9, 2015. In support of this motion, Mrs. Montgomery states as follows:

1. Mrs. Montgomery filed a § 2255 motion on March 19, 2013 and an amended motion October 1, 2013.
2. The government's response was due 30 days thereafter. The government sought and received six extensions totaling over 15 months.
3. On February 2, 2015, the government filed a 163 page response with three attachments which included affidavits of two of the trial counsel of Mrs. Montgomery. An unopposed motion to strike and/or redact trial counsel Duchardt's affidavit remains pending on this Court's docket. D.E. 131.
4. Based on local rule 9.2(h), Mrs. Montgomery's response is due February 9,

2015.[1]

5. Mrs. Montgomery and counsel have a tremendous amount of work to do to reply to the Government's suggestions in opposition, which rely heavily on the 106 page "Affidavit of Frederick A. Duchardt, Jr." The length and breadth of Mr. Duchardt's affidavit, the numerous factual disputes raised by the Response, as well as the government's suggestions in opposition make it impossible to reply by February 9, 2015.

6. Undersigned counsel have numerous professional obligations over the course of the next 90 days that make it very difficult to investigate Mr. Duchardt's statements, consult with Mrs. Montgomery, research the government's response and prepare a reply before August , 2015. Counsel Lisa Nouri has cases on the next three trial dockets in February, March and May at present. Counsel Kelley Henry and Amy Harwell have numerous briefing deadlines, clemency matters, and execution dates set. Additionally, Ms. Henry is lead counsel in the method of execution challenge case that is pending in the State of Tennessee.

---

1 The Local Rule does not differentiate between capital and non-capital habeas cases, nor does it differentiate between cases brought under 28 U.S.C. §2254 and §2255. By filing this motion for extension, Mrs. Montgomery does not waive her objections to the applicability of the local rule to her case . For example, the local rule is in conflict with established Supreme Court law regarding the standard of review at this stage of the proceedings. *See Anderson v. Liberty Lobby*, 477 U.S. 242 (1986). As a proceeding under 28 U.S.C. §2255 is quasi-civil and quasi-criminal in nature, the protections afforded Mrs. Montgomery are even stronger. Failure to provide her with a reasonable opportunity to Reply to the Government's Response would violate her rights to due process under the Fourteenth Amendment to the United States Constitution. Further, since this proceeding is her first opportunity to litigate her ineffective assistance of counsel claims, any failure to provide a reasonable opportunity to respond violates Mrs. Montgomery's Sixth and Fourteenth Amendment Rights, as well as her rights under 18 U.S.C. 3006(A) and other federal statutes, including her right to competent counsel in this proceeding. *See Christeson v.Roger*, 2015 WL 232187 (Jan. 20, 2015); Martinez *v. Ryan*, 132 S.Ct. 1309 (2012); *Martel v. Clair*, 132 S.Ct. 1276 (2012)

7. Counsel has conferred with AUSA Roseann Ketchmark who has no objection to an extension of 30 days but opposes any longer request. However, undersigned are seeking until August9, 2015. Undersigned counsel submit that the requested extension of time is reasonable and necessary in light of the numerous extensions granted to the Government, the voluminous nature of this case and number of complex factual and legal disputes put in issue by the Government's response.

WHEREFORE, Mrs. Montgomery prays that this Honorable Court make and enter an Order extending the time for replying to the Government's suggestions in opposition to Mrs. Montgomery's § 2255 motion to vacate until August 9, 2015.

Respectfully submitted,

/s/Lisa G. Nouri
Lisa G. Nouri
Bar Enrollment Number 32800
2526 Holmes
Kansas City, MO 64108
Phone: 816-471-1000
Fax: 816-471-1285

/s/Kelley J. Henry
KELLEY J. HENRY
Supervisory Assistant Federal Public Defender

/s/Amy Harwell
AMY HARWELL
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC

DEFENDER
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

ATTORNEYS FOR LISA MONTGOMERY

***Certificate of Service***

I hereby certify that on February 3, 2015, a copy of the foregoing Motion was electronically filed using the CM/ECF system.

/s/Lisa G. Nouri
Lisa G. Nouri