**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 12-8001-CV-W-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER GRANTING, IN PART, MOTION FOR EXTENSION OF TIME TO REPLY TO THE GOVERNMENT'S SUGGESTIONS IN OPPOSITION TO MONTGOMERY'S § 2255 MOTION TO VACATE**

Now pending before the Court is Movant's Motion for Extension of Time to Reply to the Government's Suggestions in Opposition to Montgomery's § 2255 Motion to Vacate (Doc. #141). The Court having considered said motion, it is

ORDERED that Movant is granted an extension of time to and including May 1, 2015, within which to file her reply.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 4, 2015