**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| ***Movant,*** | ) | |
| | ) | |
| | ) | **Case No. 4:12-cv-08001-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Respondent.*** | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**

MOVANT, by counsel, hereby requests an extension of time to and including September 1, 2015 in which to file the traverse in this 28 U.S.C. §2255 proceeding. In support of the motion, movant states the following:

1. Movant timely filed her Motion to Vacate, Set Aside or Correct Sentence on March 19, 2013. Movant amended her Motion on October 1, 2013. The Motion is lengthy and contains a number of complex and detailed federal constitutional claims.

2. After multiple extension requests, the Government filed their Response to the Motion on February 2, 2015. The Response is 163 pages in length and relies on two affidavits from trial counsel for a total of another 116 pages of allegations to which Movant must reply. Upon initial review, Movant immediately requested leave of court to have until August 9, 2015 in which to file her traverse. D.E. 141,

3. The Court's schedule currently requires Movant to file her Traverse by May 1, 2015. Due to circumstances which developed after this Court's order setting the May 1, 2015 deadline, undersigned counsel informs this Court that it is simply not possible to file a Traverse

answering the numerous allegations made in the Government's lengthy response in the time period allotted.

4. Undersigned counsel Kelley Henry is overwhelmed with litigation deadlines in the Tennessee method of execution case *West, et al. v. Schofield, et al.* Ms. Henry is lead counsel for 24 of the death row inmates involved in that lawsuit. Initially five of her clients had execution dates. Three of those dates have now been stayed. Two of her clients have active execution dates. The method of execution lawsuit involves not only Chancery Court litigation, but also two interlocutory appeals initiated by the State. The first interlocutory appeal related to a discovery dispute regarding the persons involved with the execution. That appeal was resolved by opinion from the Tennessee Supreme Court on March 10, 2015. *West v. Schofield*, 2015 WL 1044099 (Tenn. 2014).

By that opinion, the Tennessee Supreme Court has directed the Chancery Court to initiate the trial within 120 days and to conclude the trial within 150 days. The Chancery Court has scheduled the trial to begin on July 7, 2015. All discovery proceedings are to be expedited. Ms. Henry filed three pleadings in that case on Monday, April 6, 2015. Depositions will likely begin the week of April 13, 2015. In addition to depositions of 18 witnesses, Ms. Henry is also required to depose the State's experts and produce reports from her own experts.

At the same time, a separate interlocutory appeal is pending in the Tennessee Supreme Court relating to the challenge to the State's electrocution protocol. A brief is due in that case on April 10, 2015. Ms. Henry has arguments on motions in the Chancery Court also on April 10, 2015.

In addition, Ms. Henry has a Petition for Rehearing due in the United States Supreme Court on a separate Tennessee capital case (Henry Hodges) on April 10, 2015. Oral argument on

the electrocution appeal is May 6, 2015 and Ms. Henry has oral argument in a third Tennessee capital case (Charles Wright) in the United States Court of Appeals for the Sixth Circuit on June 17, 2015. Mr. Hodges has been on Tennessee's death row since 1992 and Mr. Wright since 1985. Mr. Wright had been facing a June execution date. Mr. Hodges will likely be facing an execution date. None of these deadlines can be extended in any way.

Given the above, Ms. Henry cannot draft, edit, or participate in the Traverse currently due in this case in any way until the trial of the Tennessee Method of Execution case comes to an end. The trial court has reserved three weeks for trial. None of these deadlines were set at the time the Court entered its order directing the Traverse to be filed by May 1, 2015.[1]

5. Ms. Nouri also has substantial deadlines. Ms. Nouri has an oral argument in the United States Court of Appeals for the Eighth Circuit in St. Louis, Missouri on Monday, April 13, 2015 in case no. 14-2603. The appeal in that case involves a voluminous record and is a highly paper intensive tax fraud case. The Court has requested oral argument. Ms. Nouri has devoted substantial time in preparation for the argument.

Ms. Nouri has a jury trial before Judge Whipple which will definitely go to trial on May 4. The case no. is 13-254-CR-W-DW. This case was previously set last April, but the

[1] Assistant Federal Public Defender Amy Harwell has been assisting on the case at Ms. Henry's request. However, Ms. Harwell also has substantial deadlines in her own capital habeas cases where she is counsel of record. In the James Dellinger case, Ms. Harwell must respond to the State's Objection to the Magistrate's Report and Recommendation on April 15, 2015; Ms. Harwell is lead counsel in that case. In the case of Stephen Hugueley, Ms. Harwell must respond to the State's Motion for Summary Judgment by June 13, 2015; Ms. Harwell is lead counsel in that case. Mr. Hugueley's case is complex and the preparation for this filing requires substantial investigation across the State of Tennessee. A number of expert witnesses are also involved in the case. Ms. Harwell also represents Lee Powers who is a Taiwanese national and spent his formative years in Taiwan. Ms. Harwell must respond to Summary Judgment in that case by September 1, 2015 and investigation in that case requires investigation in Taiwan. The other lawyers in Ms. Henry's office are similarly burdened. Further the paralegal assigned to Mrs. Montgomery's case is the paralegal for the method of execution challenge. Her assistance is needed to prepare a proper traverse here.

Government sought an interlocutory appeal. The mandate has returned from that appeal and the parties are prepared to proceed on May 4.

On April 14, Ms. Nouri will travel to Springfield, Missouri to participate in a CLE put on by the Federal Practice Committee. Ms. Nouri made this commitment some time ago. Ms. Nouri also has two sentencing dates the latter half of April in 12-291-6-CR-W-GAF and 13-408-3-CR-W-DW and one case set for plea in case no. 14-029-05-CR-W-DW along with several other court appearances the latter half of April while preparing for the May 4 trial.

After the May 4 trial, Ms. Nouri has three sentencing dates in May (Case No. 13-364-02-CR-W-GAF) two of which will require sentencing memorandums (Case Nos. 14-266-CR-W-DW and 10-332-09-CR-W-BCW). Further, Ms. Nouri has trial settings throughout the summer. Ms. Nouri also has other court appearances and pretrial motion filing deadlines. Finally Ms. Nouri has a trial set on August 17. Ms. Nouri expects that case to go to trial in case no. 14-6011-05-CR-W-HFS as no plea offer is expected. Ms. Nouri does not have any cases set for trial on September, but does have two others beginning October 26. Should these trials result in a plea, Ms. Nouri will have to visit all of the in custody clients to continue to prepare them for plea, sentencing, cooperation testimony, etc.

6. Given these substantial commitments in other cases and considering the gravity of this case as well as the complexity of the issues, undersigned counsel respectfully requests an extension of time to and including September 1, 2015.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, the above-captioned document was served electronically on Roseann Ketchmark and Phil Koppe, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*