**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

**LISA M. MONTGOMERY**,

Movant,

v.

**UNITED STATES OF AMERICA**,

Respondent.

Case No. 12-8001-CV-W-GAF
Crim. No. 05-06002-01-CR-W-GAF

**GOVERNMENT'S RESPONSE TO MOVANT'S**
**MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**

The United States of America, by United States Attorney, Tammy Dickinson, and Assistant United States Attorney, Roseann Ketchmark, hereby files its response to movant's Motion for Extension of Time to File Traverse. The Government has no objection to the movant's request for an extension.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By */s/ Roseann Ketchmark*

Roseann Ketchmark
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-4316

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and provided through the ECF system to the following:

*/s/ Roseann Ketchmark*
Roseann Ketchmark
Assistant United States Attorney