**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| ***Movant,*** | ) | |
| | ) | |
| | ) | **Case No. 4:12-cv-08001-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Respondent.*** | ) | |

**UNOPPOSED MOTION FOR THREE WEEK EXTENSION OF TIME TO FILE TRAVERSE**

MOVANT, by counsel, hereby requests a brief extension of time to and including September 22, 2015 in which to file the traverse in this 28 U.S.C. §2255 proceeding. In support of the motion, movant states the following:

1. The traverse in this complex federal capital proceeding is currently due September 1, 2015.

2. Undersigned counsel Kelley Henry recently completed a five week lethal injection trial in *West, et al. v. Schofield, et al.*, Davidson County Chancery Court Case No. 13-1627-I. Ms. Henry is lead counsel in that case for 23 death row inmates. During the course of the trial the State of Tennessee took two interlocutory appeals and the Chancery Court took a one week break to allow for the appeals and for additional discovery. The trial began with opening statements on July 7, 2015 and concluded with closing arguments on August 5, 2015. During the trial, Ms. Henry averaged a 16 hour workday during the business week and worked 12-14 hours

on a day on the weekends. Ms. Henry was both mentally and physically exhausted after that trial and did take a one week vacation to spend time with her family. [1]

3. Undersigned counsel Lisa Nouri has also had a number of professional and personal commitments during this time frame.

4. Both counsel have reviewed the Government's response and have devised a plan for the preparation and drafting of the traverse. Counsel's assessment is that an additional three weeks is required in order to provide the court with a thorough and useful traverse. No further extensions will be requested.

5. Opposing counsel, Roseann Ketchmark, has advised that the Government does not oppose this request for a brief extension.

WHEREFORE, considering the gravity of this case as well as the complexity of the issues, undersigned counsel respectfully requests an extension of time to and including September 22, 2015.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

[1] Assistant Federal Public Defender Amy Harwell who has been assisting on the case at Ms. Henry's request, has been unable to devote any time to Mrs. Montgomery's case during this time because of her obligations as lead counsel in three other Tennessee capital habeas cases.

*Attorneys for Movant Lisa Montgomery*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015, the above-captioned document was served electronically on Roseann Ketchmark and Phil Koppe, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*