**FEDERAL PUBLIC DEFENDER**
WESTERN DISTRICT OF MISSOURI
818 GRAND AVENUE
SUITE 300
KANSAS CITY, MISSOURI 64106

**RAYMOND C. CONRAD, JR.**
FEDERAL PUBLIC DEFENDER

(816) 471-8282
(FAX): (816) 471-8008
(WEB): www.fpdmow.org

March 7, 2006

Dr. Dean Delis
Psychology Service (116B)
3350 La Jolla Village Drive
San Diego, CA 92161
Tax ID 81-060-8729

Re: Contract for Services
United States v. Lisa Montgomery (W.D. Missouri)

Dear Dr. Delis:

Enclosed is a contract for your services in the above captioned case. The Federal Public Defender for the Western District of Missouri agrees to pay for your services at the rate of $350 per hour and travel time at $175 per hour. The Administrative Office of the U.S. Courts, our funding agency, requires that all FPD offices engage outside services through the use of the enclosed contract. We ask that you sign the contract (at the red X) and return it to me in the enclosed stamped envelope.

We have estimated that at this point your services, including expenses, will not exceed $30,000. As your work in the case proceeds if you begin to estimate that your billings will be greater than $30,000, please let me know so that we can send an additional contract.

Should any air travel be required, it should be booked through my office, as we can arrange for government travel rates. Your billing for services and expenses should be sent to my attention at the address on this letterhead.

Please let me know if you have any questions about this contract. Our legal team looks forward to working with you.

Sincerely,



Kristin Kertz/MOWF/08/FDO
03/17/2006 10:06 AM

To Dean Delis <ddelis@ucsd.edu>
cc
bcc
Subject Re: Lisa Montgomery

Hi Dr. Delis - I wanted to let you know that I need to make a change on your contract. The contract effective date through 12/30/06 has to be changed to 9/30/06. We cannot contract into the next government fiscal year. If your services are needed past 9/30/06 we will send you a new contract.

If you have any questions, please give me a call.

*Kristin L. Kertz*
Administrative Officer
Office of the Federal Public Defender
Western District of Missouri

Dean Delis <ddelis@ucsd.edu>



Dean Delis
<ddelis@ucsd.edu>
03/16/2006 01:10 PM

To Kristin Kertz <Kristin_Kertz@fd.org>
cc
Subject Re: Lisa Montgomery

Ms. Kertz,

Thank you for your help with this matter. My TID number is 81-060-8729.

Dr. Delis

At 12:16 PM 3/15/2006, you wrote:

>  Dear Dr. Delis:
>
>I am the adminstrator for the Office of the Federal Public
>Defender. I need to enter your information in our accouting system
>and I am lacking your tax id #. Would you please email me or call
>my office at (816)471-8282 with the information?
>
>Thank you.
>
>Kristin L. Kertz
>Administrative Officer
>Office of the Federal Public Defender
>Western District of Missouri

**Expert or Consultant Services Contract**

**Contract Number and Effective Date:**

Type of Contract (*check one block and insert the applicable information*)

☒ Labor Hour Contract The rate for these services is $ 350.00per. Hour (*rate per hour, per day, etc.*)

Travel $175.00 per Hour with a not to exceed price of $ 30,000.00 for the period of performance.

☐ Firm Fixed Price Contract The price for this contract is $

Period of Performance: Contract Effective Date through 9 /30 /2006 (*insert end date of contract*).

Statement of Work (*fill in the appropriate service, i.e. examine case, prepare testimony; provide deposition, etc.*)
The expert or consultant named as a party to this contract is requested to (*attach additional pages, if necessary*):

Review Materials, Conduct Neuropsychological Evaluation

Accounting and Appropriation Data

Name and Title of Signer (contractor) (*Type or print*)

Name of Contracting Officer (*Type or print*)

Office of the Federal Public Defender

BY
(*Signature of person authorized to sign*)

BY
(*Signature of Contracting Officer*)

Date Signed

Date Signed

Canceled

03-[illegible]