**Expert or Consultant Services Contract**

**Contract Number and Effective Date:**

Type of Contract (*check one block and insert the applicable information*)

☑ Labor Hour Contract — The rate for these services is $ 200.00 per hour (*rate per hour, per day, etc.*)

*with a not to exceed price of* $ 25,000 ~~0.00~~ for the period of performance.

☐ Firm Fixed Price Contract — The price for this contract is $ 0.00

Period of Performance: Contract Effective Date through Sept. 30, 2006 (*insert end date of contract*).

Statement of Work (*fill in the appropriate service, i.e. examine case, prepare testimony; provide deposition, etc.*)
The expert or consultant named as a party to this contract is requested to (*attach additional pages, if necessary*):

Consult with legal team regarding mental health and related medical issues

Accounting and Appropriation Data

Name and Title of Signer (contractor) (*Type or print*)

Dr. Judith Herman

BY X
(*Signature of person authorized to sign*)

Date Signed X

Name of Contracting Officer (*Type or print*)

David Owen

Office of the Federal Public Defender

BY
(*Signature of Contracting Officer*)

Date Signed

| Contract Terms, Conditions and Procedures | |
|---|---|
| ***Judiciary Procurement Program Procedure (JP3)* Clauses Incorporated by Reference** | |
| *JP3* B-5, Clauses Incorporated by Reference (AUG 2004) This procurement incorporates one or more clauses by reference *with the same force and effect as if they were given in full text. Upon request, the contracting officer will make the full text* available. Also, the full text may be accessed electronically at the following Internet address: http://www.uscourts.gov/procurement/clauses.htm | |
| **A. The following *JP3* clauses apply to all contracts** | |
| 1-1 | Employment by the Government ( JAN 2003 ) |
| 1-5 | Conflict of Interest (AUG 2004) |
| 1-10 | Gratuities or Gifts (JAN 2003) |
| 2 60 | Stop Work Order (JAN 2003) |
| 3-160 | (This clause is applicable unless the expert/consultant qualifies as an executive, administrative, or professional employee as defined in 29 CFR § 541.) Service Contract Act of 1965, as amended (JAN 2003) |
| 5-1 | Payments under Personal and Professional Services Contracts (AUG 2004) |
| 5-5 | Non disclosure (Professional Services) (JAN 2003) |
| 5-10 | Inspection of Professional Services (JAN 2003) |
| 5-20 | Records Ownership (JAN 2003) |
| 6-60 | (This clause is applicable if data is produced, furnished, or acquired under the contract.) Rights in Data - General (AUG 2004) |
| 7-1 | Contract Administration (JAN 2003) |
| 7-20 | Security Requirements (JAN 2003) |
| 7-30 | Public Use of the Name of the Federal Judiciary (JAN 2003) |
| 7-35 | Disclosure or Use of Information (AUG 2004) |
| 7-40 | Judiciary-Contractor Relationships (JAN 2003) |
| 7-45 | Travel (JAN 2003) |
| 7-60 | Judiciary Furnished Property or Services (JAN 2003) |
| 7-85 | Examination of Records (JAN 2003) |
| 7-115 | (This clause is applicable if the award is made before funds are available in the new fiscal year) Availability of Funds (JAN 2003) |
| 7-125 | Invoices (JAN 2003), Alt. I (AUG 2004) |
| 7-130 | Interest (Prompt Payment) (JAN 2003) |
| 7-145 | Government Purchase Card (JAN 2003) |
| 7-185 | Changes (JAN 2003) |
| 7-200 | Judiciary Delay of Work (JAN 2003) |
| 7-210 | Payment for Emergency Closures (AUG 2004) |

| | |
|---|---|
| 7-223 | Termination for Convenience of the Judiciary (Short Form) (AUG 2004) |
| 7-230 | Termination for Default (Fixed Price - Products and Services ) (JAN 2003) |
| 7-235 | Disputes (JAN 2003) |
| **B. The following *JP3* clauses are added to the clauses in Block A for those contracts which are valued at more than the judiciary's small purchase threshold ($25,000).** | |
| 3-35 | Covenant Against Contingent Fees (JAN 2003) |
| 3-45 | Anti-Kickback Procedures (JAN 2003) |
| 3-50 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (JAN 2003) |
| 3-55 | Price or Fee Adjustment for Illegal or Improper Activity (JAN 2003) |
| 3-65 | Limitation on Payments to Influence Certain Federal Transactions (JAN 2003) |
| 3-105 | Audit and Records - Negotiation (JAN 2003) |
| 7-25 | Indemnification (AUG 2004) |
| 7-110 | Bankruptcy (JAN 2003) |
| 7-175 | Assignment of Claims (JAN 2003) |