Fwd: Montgomery experts
Kelley Henry
to:
Lisa Nouri, Christine Blegen, Amy Harwell, Janet Santana
08/29/2014 01:32 PM
Hide Details
From: Kelley Henry/TNMF/06/FDO
To: "Lisa Nouri" <lisanouri_atty@hotmail.com>, "Christine Blegen" <christine@blegenlawfirm.com>, Amy Harwell/TNMF/06/FDO@fdo, Janet Santana/TNMF/06/FDO@fdo
FYI

Kelley Henry
615-337-0469

Begin forwarded message:

**From:** "Laine Cardarella" <Laine_Cardarella@fd.org>
**Date:** August 29, 2014 at 1:27:41 PM CDT
**To:** "Frederick Duchardt" <fduchardt@yahoo.com>
**Cc:** "Kelley Henry" <Kelley_Henry@fd.org>,"Lisa Nouri" <lisanouri_atty@hotmail.com>, "Christine Blegen" <christine@blegenlawfirm.com>
**Subject: Montgomery experts**

Fred

T he records I reviewed show that we obligated $30,000 to Dr. Delis for a neuropsychological evaluation, but didn't spend any of that. That's on a spreadsheet. I don't find a contract. There's an email from David Owen dated 5/25/06 answering a question from Kristin and advising her that Dr. Delis is being "discontinued."

For Dr. Herman, I have the same email saying she is being "discontinued," I have an email dated 6/7/06 from David Owen to Kristin Kertz advising her to pay a $400 bill that had been submitted, and telling her that will be the last from Dr. Herman, and I have the services contract and bill. She was contracted to "consult with legal team regarding mental health and related medical issues." Her rate was $200/hour not to exceed $25,000. She signed that contract 4/20/06, although it looks like the bill she sent has a date of service 4/5/06.

That's all I have for the two experts you asked about.

You did not drop off a hard drive for Troy to make another copy for you, so I'm guessing that you found yours.

Laine

---

Unless someone like you cares a whole awful lot, nothing's going to get better. It's not!
-*The Lorax* by Dr. Seuss

---

Laine Cardarella
Federal Public Defender
818 Grand Blvd - Suite 300
Kansas City, MO 64106

Phone: (816) 471-8282
FAX: (816) 471-8008
Web Site: mow.fd.org

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.