# DECLARATION OF DESIREE NICOLE BOMAN OFFUTT

I, DESIREE NICOLE BOMAN OFFUTT, declare as follows:

I am the oldest of Lisa Montgomery's four children. I was raised mostly by my mom, Lisa Montgomery. I have two sisters and one brother.

My mom had all four of us kids within a time span less than four years; there are only three years, seven months and seven days between me, the oldest, and Kayla, my youngest sister. My brother C.J., my sister Chelsea and I have the same father: Carl Boman. My sister Kayla might have the same father as we do, but we don't know for sure. Kayla's father might be someone else. Regardless, the four of us are close, and we are supportive of each other. We were together constantly as we grew up and we played together all of the time. Sometimes we lived in really isolated areas and only had each other to play with. When Mom got into trouble and was arrested, we tried to remain supportive and helpful towards each other.

I was a senior in high school in Melvern, Kansas, when my mom was arrested and went to jail. After Mom's arrest, I stayed in Melvern with her husband's parents, Roger and Joy Montgomery, and finished high school there in Melvern, Kansas. Roger and Joy were kind to me during that difficult time and were very supportive, as were my friends. After Mom got in trouble, my sister Chelsea and my brother C.J. went to stay with our dad, Carl Boman, in Bartlesville, Oklahoma. They all continued to live together until fairly recently. CJ and his new wife still live with our dad. For years, I encouraged Chelsea and C.J. to move out on their own and be independent, but it has taken a long time.

I obtained a two year college degree in Business Administration from Tulsa Community College. After I completed my degree, however, I realized that I truly wanted a career where I could help people. That is why I enrolled in nursing school. Nursing school is really hard, but I am going to complete it.

I believe that being independent and having an education is important. Not all of my family members believe that learning and education are important, but I always got a lot of encouragement to pursue my dreams from my Uncle Michael. My Uncle Michael Boman, who passed away from ALS (Amyotrophic Lateral Sclerosis), always encouraged me to get an education. I visited him when I was young, and also before he passed away, and we talked and emailed each other frequently as I grew up. Uncle Michael was like an older brother to me who wanted to see me make something of myself and get ahead. He believed in me, and that helped me to believe I can have a better life.

I have tried very hard to make sure that my adult life is not as confusing, chaotic and stressful as my childhood was. I try and have a good, normal life. I recently married Justin Offutt and we have new baby daughter, Colbie. Justin has his own local trucking business, and we live in Oklahoma. My husband's parents live about two hours from us in Dewey, Oklahoma. They are welcoming towards me and supportive of us. My husband is an only child, and even before he and I had our daughter, his parents loved my son, Tristan. My husband or his parents would go with me to Tristan's doctors' appointments – as if he were their kin. They have taken him into their hearts as if he is their natural born grandchild, even though he is the son of my first husband.

My son spends every other weekend with his dad, who lives near us. I want him to know his dad, even though I have full custody. If he ever wants to spend more time with his dad, that is fine with me. I don't want my son to go through the things we did as children, with people fighting over us. I remember one time in particular, our grandparents took us to California. Maybe they didn't tell my parents where we were going, because people were looking for us. There was a huge dramatic scene in a church with Grandma. People were yelling and fighting and then Grandma Judy hustled us out of the church building and put us all in the car and left

with us. I hope to shield my son from any angry family drama, like that. I am determined that my children not grow up as I did. They are going to have a better life.

I have worked hard to make it on my own. I have done everything I knew to do to make a better life for us: I even took a class called Breaking the Cycle of Poverty. I realize that is what I am trying to do: break the cycle of poverty. Because I grew up poor, poverty is what I know and I have had to learn a different way of life.

It has been a struggle, but I feel like we are making it. My son had to sleep in a play pen for a year, because that is all I had, but I was determined to get back on my feet. I told a social worker that my ex-husband's mother threatened to try and take custody away from me. The social worker told me I had nothing to worry about as far as losing custody because I was trying my best to be a good mom. I divorced Skyler Forth in Wagner County, Oklahoma in 2010 and returned to using my maiden name of Boman. I feel good about myself that I was able to get out of a bad situation and make life for my little son much better on my own.

Not everyone was supportive of me when I got a divorce from Skyler. My mom's husband's parents encouraged Skyler and me to marry when I became pregnant. I have been close to Kevin's parents at different times in my life. They are very traditional and believed that if I was pregnant, I should get married. They are conservative people and did not support my decision to get a divorce. More recently they have also expressed concern that my husband and I don't attend church. They just don't realize all the different churches I went to as a kid. Mom was always dragging us from one church to the next, always hoping that the next church would be perfect for her, and none of them ever were.

I think I learned from what my parents did and didn't do for us what I want and don't want for my child. My parents meant well, but I wouldn't want either of them raising my son. For example, my family growing up avoided talking about any problems. I remember that I learned from a cousin that my dad's sister, Aunt EthioI Marie's husband, got into trouble

because of young girls. Nobody in the family talked about what Uncle Jim did or what has happened to him now. Aunt Eithol divorced him, and he is gone from our lives, but he is somebody that was around us when we were in Oklahoma as children. I feel like I can count on my husband and my in-laws for a more stable life than mine has been.

When I was growing up, my mom and I communicated differently and always had different interests. I don't enjoy crafting or making things like she does, for instance. When we were young, Mom wanted us to participate in 4-H Club projects like raising farm animals, learning about farming and growing food, and living a farm type life. We did do some of the 4-H Club projects. We raised and showed goats at 4-H Club animal contests, and I have prize ribbons from winning in some of those contests. I really hated showing them in competition. The actual showing off of my goats was the worst. I didn't like people staring at me. I felt anxious. We did those things more for our mom, because she insisted – not because we liked it ourselves. She came up with ideas like 4H and we had to follow through – usually without her help, because she lost interest and moved on to another project.

Mom was different than other moms. She looked different than the moms of my friends. Mom was never put together as other moms – she wasn't even clean. You could tell she didn't shower as often as other parents. Sometimes, when I was a teenager especially, I felt embarrassed by the way she looked. Mom didn't wash her hair, sometimes for weeks at a time. She didn't bathe every day and she smelled bad, like old body odor and unwashed clothes. Mom never brushed her teeth, and didn't teach us to brush ours. My Aunt Ethiol Marie finally told me that I needed to at least brush my teeth twice daily. I am glad that she did. Mom never would have thought to teach me something like that, and she didn't teach us how to clean up the house, do laundry or anything like that, either. Mom just didn't think about things like that.

She tried to be a good mom but failed miserably because of constant mood changes. When she was on an upswing, she took us to museums and libraries and started big projects like

gardening or raising animals. If we were sick or got hurt, she took us to the hospital and doctors. She wanted us to do well in school. When her dark moods came, everything changed.

My mom has always had really strong mood swings. Mom was always either up or down but almost never in the middle. I could always tell when it was going to be a bad week for us with Mom. She flew off the handle at one of us kids over something very minor, like taking a pop from the refrigerator. Mom overreacted to small things like that when she was in a down-swing. She yelled and screamed during her dark moods. It was always over something minor, and we could never predict just what would set Mom off. If she was in a bad mood or feeling depressed, anything could set her off. It was of no use to try and guess what would make her angry each time. Even as a kid, I could tell that sometimes it seemed like her mood had nothing to do with what was actually going on.

Mom's bad episodes generally lasted a week or so. We all learned to avoid her and learned not to argue with her during her bad episodes. I tried to take care of my younger sisters and brother as best as I could, and tried to just keep them out of Mom's way when she was in the middle of a bad episode. I watched Mom to notice when she was going to come out of it. I knew Mom was pulling out of those dark periods when she came and apologized or suggested we go do something fun together. That was how I could tell that Mom was moving into a better period for a while.

Sometimes after Mom had been really down for a week or more, she took us shopping as a reward. Sometimes she bought things that were over our budget or bought items that we couldn't even use – even when she was in the happier mood, sometimes her choices didn't make sense.

My mom's mood swings were inherited from her mother: Grandma Judy had them too. My mom and her mom, Grandma Judy Shaughnessy, either fought with each other or they were really close. By that I mean their relationship was volatile, and you couldn't predict how they

would get along. Mom and Grandma Judy got angry with each other over little things. You just never knew what would set either one of them off on a shouting match. I did not see my Grandma Judy nor hear from her for a long time before she died. I invited her to my junior college graduation, but she didn't reply. I realized that if she didn't care about something that important to me, she didn't really care much about me. I was disappointed that she didn't come to graduation, but I refused to let her lack of support keep me from my goals.

When I was growing up we were always short of money. We didn't have nice houses to live in. We moved from one place to the next – a lot. Sometime people from social services came to our houses and asked me questions about the way we lived. I remember that we moved away soon after the social service worker came to our house in Bartlesville, Oklahoma. When we lived in New Mexico, we all lived in a little one bedroom travel trailer that we rented from someone. It sat in a field and was really just a room divided into a bedroom, bathroom, and kitchen/living room. All of us four kids slept in the bedroom on one bed that almost completely filled the little room. The couch in the living room made into a bed, and that is where Mom slept or where she and Dad slept before they separated. We had to heat water to take a bath at one place we lived. Some of the places that we lived in didn't have running water.

We moved around a lot when I was growing up. We lived in some places that were small and cramped and dirty, and then we also lived in some places that I liked a lot. One of my favorite places we lived when I was growing up was San Diego, California, because we hiked and went to the ocean, a big change for us. Going to the ocean felt like a real vacation, like other people have. I remember my Aunt Jerri was there too, when we went to the ocean. We were all together and we felt like a big family for that little time. I was in a bad car wreck when we lived in San Diego. I broke my arm and jaw. Doctors put my arm in a cast and wired my jaw to fix it. Mom and Dad forgot about my jaw wires and left them on too long.

My dad drank all the time when we were young. Dad's drinking changed his relationship with Mom and made them fight more. Mom drank too much also, especially after my parents separated in New Mexico. Sometimes Mom drank more than Dad did. When she drank it made her harder to be around. Mom was short-tempered when she was drunk. She forgot to take care of us when she drank, and she acted forgetful, confused, and like a little child sometimes when she drank.

Our parents got a divorce at one point, but they remarried later on, in Arkansas. Mom and Dad joined the Mormon Church in Arkansas, and both were baptized in the church. After that it seemed like the Mormons were always at our house for a while. The Mormons helped us by bringing us food and clothes, but they were picky about the food. You weren't supposed to have pop and other things that the Church didn't allow. A neighbor taught Mom how to quilt when we lived in Arkansas, and Dad worked at the Tyson's Chicken Plant.

Mom was home with us all of the time when we lived in Arkansas. She seemed better then, a little happier and a little less moody. Our life seemed more stable, and it may have been partly because my parents had support from the Church. When we moved again, things changed again and became chaotic, again. Every time we moved life became chaotic. Mom would be really hopeful and talk about the new place we were moving too as if was going to all work out perfectly, and then it just never did. It was the same each time we moved.

I was in third and fourth grades when my mom tried to homeschool me. She pulled us all out of school because she couldn't get rid of our head lice. She even shaved Kayla's head to try and get rid of the lice. The people at school checked our heads for lice over and over again, and sent us home if we had them. I don't think Mom really knew how to get rid of head lice, but she tried. Mom didn't really know how to homeschool us, either, but she tried that for a while too. At first Mom tried to follow a home school curriculum, using some books she bought second hand, but soon Mom stopped trying to actually hold classes. After a short time of being sort of

organized at homeschooling us, Mom stopped being interested in it. Then we were on our own and weren't doing anything school related. It was really boring. We didn't have school to go to, and we didn't have anything to distract us. That was when we were living in New Mexico.

When we were living in New Mexico it was the four of us kids and Mom and Dad at first, and then Dad left. Mom and Dad separated when we were all living near Deming, New Mexico. When Mom and Dad separated, Dad wanted some of us kids to move back with him. Dad took Chelsea and C.J. back to Oklahoma to live with him. Kayla and I stayed with Mom, and we played outside a lot. There wasn't much else to do, since we didn't have to go to school. After Dad left with Chelsea and C. J., Mom moved us into a double wide. I don't remember Mom being with us much; it was mostly me and Kayla. I tried to take care of Kayla best I could: I cooked her any food that was around, and we played in the yard. Mom was gone a lot of the time. She brought home food sometimes. I knew how to cook, so Kayla and I made out alright. Mom may have been at work all day, I don't know. We just didn't see her much. A woman named Norma stayed with us some. Norma didn't do anything for us – that's for sure! I don't know if she was paying Mom any rent or how they met. Norma didn't add anything helpful to the household, even though she was a grown up. Kayla and I basically were left on our own, and I did the best I could raising her.

After Dad left, Mom brought different men to our trailer, and sometimes she took us with her to their places. Mom had a lot of different men around her in the years after Dad left. When the men came over Mom used to tell us to go outside and play. Kayla and I went outside to play and Mom stayed inside the trailer with the men. Sometimes when Mom took us to the men's homes, she said the same thing: "go outside and play," and then we would go outside while Mom stayed inside the men's houses, or trailers, or trucks, or wherever we were.

We moved a lot, way more than other people. I can't really count the number of times we moved, but it was hard on me and on my brother and sisters. Sometimes we lived with both our

parents, sometimes just with one parent, and sometimes Mom left us with a grandparent. Everything changed all of the time.

Despite Grandma's constant arguments with Mom, my Grandma and whoever she was married to at the time, always lived close by us. When Grandma Shaughnessy married Grandpa Boman, they moved to New Mexico because his health was bad. My Mom and Dad followed them to New Mexico, and took us with them. We lived near Grandma almost every place that we lived while I was growing up.

Mom tried hard to make us four children enjoy what she liked to do for fun, like raise farm animals and crafting. We all tried – we wanted to make Mom happy, but by the time we were in middle school, we had all developed outside interests. I played basketball in school, even though I was a terrible athlete. I enjoyed being on a team and had a lot of fun playing, even though I wasn't very good. Mom came to some of my basketball games, but if Mom came to a game, she didn't watch it. She brought sewing or crocheting and did her craft project instead of watching us play.

C.J. especially didn't get any attention from Mom for his school sports. I don't think Mom knew what to do with C.J., being a boy. Mom didn't know that she was supposed to act like she was watching our games. Mom didn't act like the other parents. Her moods changed everything. We were all effected my her mood swings

Mental illness runs in my mother's family. My mom's first cousins, Wendy and Kenny, are both bipolar and have depression. Family members say that Mom's sister, Jerri, has problems with anxiety. My Aunt Patty threatened my mom in front of me and pointed at my step-father and threatened him too. My Aunt Patty has anger problems just like her mother, my Grandma, Judy Shaughnessy. Grandma Shaughnessy had anger issues. She was really strict and never gave us a chance to defend ourselves. Grandma Shaughnessy could be really mean and she held grudges. She also belittled Mom in front of us all the time. Kayla especially got in trouble

with her because she back talked, and the rest of us were afraid to do so. Grandma Shaughnessy also threatened my mom in front of me. Grandma made it seem like she would come and take us kids away from Mom, if Mom wasn't careful.

My mom had four children within less than four years. Later on, when I was older, Mom told us that she was pregnant again. The first time I recall Mom saying she was pregnant was when I was in high school, maybe my freshman year. That wasn't the only time that Mom told me that she was pregnant; of course the last time she told us that was my senior year when Mom got into trouble and was arrested. We were all living in Melvern, Kansas both times Mom told us that she was having a new baby. Mom seemed happier than usual during the times she said she was pregnant. She acted pregnant both times, and bought baby stuff both times. Mom set up a nursery and bought little clothes, diapers, and formula. The first time that Mom said she was pregnant, during my freshman year of high school, I believed she was pregnant. I was at a conference in Manhattan, Kansas when I heard from family that Mom had had a miscarriage. By the time I returned home, no one talked about it, but I thought she seemed depressed. The second time that Mom told us she was pregnant was during my senior year, not long before she was arrested. Mom looked and acted pregnant that time, too, and bought baby clothes, formula, and all the normal things she would need for a new baby. I thought that she was pregnant both times.

Having my mom in my life is really important to me. We stay in touch through the mail and now that she is permitted, email. My mom sends me a birthday cards and also has made clothing items for my children to wear. I have kept every card, every letter and all the things she has made for me or my children. I don't know what to say to my mom now, and I don't think she knows what to say to me either. It's heartbreaking to think of her behind bars, in jail. I want to think of my mom as a good mom and remember the happy times.

I was interviewed by my mom's legal team before her trial. I tried to answer all their questions honestly, and I would have told them the same things I have said here if they had asked me.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

DESIREE NICOLE BOMAN OFFUTT

Dated this 25 day of August, 2015