Name [redacted] Juror Number: ~~06-0089~~ 124

2. Age: 32 Date of Birth: [redacted]

City and State of Birth: C. Habana, Cuba

Sex: M ___ F ✓ Race: Hispanic

3. City/State/Zip of Residence: KC, MO [redacted]
(STREET ADDRESS NOT NEEDED) (City) (State) (Zip Code)

County: Jackson Number of Years at current residence: 6 year 9 months

Do you currently: own ✓, rent ___, live in someone else's home? ___

List first names of members of your household and their relationship to you.

[redacted] child

4. If you have lived at your current residence less than five years, please list the city, state, and zip code of each previous residence at which you have lived during the last five years:
(STREET ADDRESSES NOT NEEDED)
City State Zip Code

5. How long have you lived in Missouri? 11 years

6. a. How much education do you have?
Grade School or less ___
Some high school ___
High school graduate ✓
Technical or business school ___
Some college ___
Graduated from college with a degree in ___

Major areas of study in college included: ________________

—

Postgraduate degree ✓

Post graduate degree held in WElDing certificates

b. Are you presently a student?

Yes ____ No ✓

If yes, describe course of study and anticipated date of completion:

—

7. List each high school attended.

| Name of High School | City and State |
| --- | --- |
| Rep. Rumania C. Habana | Cuba. |

8. List any college or university you have attended.

| Name of College/University | City and State |
| --- | --- |
| Hendon career center | Raytonw missouri |

9. Have you earned any professional or vocational license or certificate?

Yes ____ No ✓

If yes, please state the type of license and year earned.

10. Do you have any special training or skills?

Yes ✓ No ____

If yes, please list that special training or those skills below.

Blue Print, Folklift, tig welding, mig welding

________________________________

11. When you are asked to learn a new task, how would you prefer to do that?

✓ I would read any information I could get on the subject

____ I would find someone who knew something about the subject and have them explain it to me

____ I would try to find a video about the subject, and watch that

____ I would just start doing the task, and learn by trial and error

____ Other (please explain) ____________

12. What is your occupation? WElDER

Name of your employer: Knappco /Civacon

Address of employer: 4304 mattox Rd Riverside, mo 64150
(City) (State) (STREET ADDRESS NOT NEEDED)

Length of employment: almost 3years.

Present job description: (describe briefly): ~~the~~ ~~to~~ Set up machine and get the part Ready, Inspect each piece that I make, to ensure Quality.

13. Do you have any supervisory responsibilities at work?

Yes ____ No ✓

If yes, how many people are under your supervision?____________

14. If you are not currently employed outside the home, please check the category below that applies to your employment status.

____ Homemaker ____ Stay at home parent

____ Retired ____ Unemployed-looking for work

____ Student ____ Disabled

____ Other: Please explain ____________________

15. Please list all jobs you have held in the past. Do not include your current employment if you are currently employed. (Please include a brief description of the tasks you performed in each job, how long you held the job, and your reason for leaving the job.)

| Name of Employer | Dates Worked | Duties | Why left job |
|---|---|---|---|
| A & E costum mfg | 7/03 / 4/04 | Assembler | welding opportunitie |
| Schroel mfg. | 7/98 / 6/03 | welding | needit a challenge. on the fi |
| Radisson Suit | 5/95 / 7/98 | Housekeeping/waitress | needit more income |

16. What is/was your father's occupation?

General label / cattering

17. What is/was your mother's occupation?

Waitress.

18. Are you: Married ____ Single ✓ Divorced ____ Widowed ____

Living with a significant other ____ Separated ____

19. How many times have you been married? Ø

20. Spouse's or significant other's:

First name: ____________ (crossed out)

Occupation: ____________

Prior Occupations: ____________

21. Do you have children? Yes ✓ No ___

If you have children, please list their sex and age for each child. If the child is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| male | 6 | Ø (Gabriel Washington) |

If your children are school-age, do they attend:

✓ Public School ___ Catholic School ___ Other Religious Private School

___ Other Private School ___ Home School

22. Do you have grandchildren? Yes ___ No ✓

If you do have grandchildren, please list the sex and age for each grandchild. If the grandchild is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| (crossed out) | | |

23. What are your hobbies and favorite kinds of recreations?

Sweiming, Skatting, movies, Walk on The Park
Expending time with my child

24. Please name the three public figures, living or deceased, whom you most admire.

(1) ______

(2) ______

(3) ______

25. Do you read books or listen to books on tape?

read ✓ listen on tape ____ both ____.

26. How often do you read or listen to books:

frequently ____ occasionally ✓ hardly ever ____

What authors and types of books do you tend to read or listen to?

Giovani Boccaccio, Dante alegeity, Pablo neruda
Homero., maria Esquivel.

What was the last book you read/listened to? the Divine Comedy
by Dante a.

Are you currently reading/listening to a book?

Yes ✓ No ____

If yes, what book are you reading/listening to? El Decameron
by Giovanni Boccaccio.

27. Please list your three favorite books you have ever read or listened to.

(1) the ~~[illegible]~~ iliada by Homero.

(2) The Divine comedy by Dante.

(3) The Dragon's Eye by Stefen King

28. Please list your three favorite movies you have ever seen.

(1) Man on Fire

(2) Borat

(3) troy.

29. Do you enjoy movies? Yes ✓ No ____

When you see movies, what kind of movies do you like?

Historical, comedies.

What movie did you see last? Borat

30. What television programs do you watch regularly? comedie shows such as Scrubs., ER, sometimes The new.

31. When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

✓ Local Channels (4, 5, 9, 41)

___ CNN

___ Christian Broadcasting Network

___ C-SPAN

___ Fox News Channel

___ MSNBC/CNBC

___ PBS (Public Broadcasting)

✓ Other-Please indicate which other channels you watch for news. Court TV.

___ I never watch news programs on TV

32. Do you watch TV news magazine, interview or talk shows?

Yes ___ No ✓

If your answer is yes, please list the names of the shows you watch.

33. What radio stations do you listen to?

Magic 107., Star 102., mix 93.3

34. Do you listen to radio talk shows? Yes ____ No ✓

If your answer is yes, please indicate to which radio talk shows you listen.

______________________________________________

______________________________________________

Have you ever called a radio talk show to express an opinion?

Yes ____ No ✓

If your answer is yes, please describe the opinions which you expressed.

______________________________________________

______________________________________________

______________________________________________

35. What newspapers and magazines do you read?

The Pitch, mechanical magazines, industrial magazines

______________________________________________

36. Do you use the Internet? Yes ✓ No ____

If "yes", for what purposes do you use the Internet? Please mark all that apply to you.

Obtain Information ____ Shopping ____ "chat-rooms" ____ "e-mail" ✓

Obtain local/national news ____ Access "blogs" ____ Instant messaging ____

Access "fserves" or other file sharing sites ____

Other (please explain) Play Video games.

Do you have a "web page", a "blog", or a "facebook" page? Yes ____ No ✓

If your answer is "yes", please explain content. ______________________

______________________________________________

37. Do you have any bumper stickers on your car?

Yes ____ No _✓_

If yes, what do the bumper stickers say?

________________________________________

________________________________________

38. In a political sense, which of the following best describes you?

_✓_ Liberal

____ Moderate

____ Conservative

____ Other: (Please explain) ________________________________________

________________________________________

39. Have you read any books or articles recently about the death penalty?

Yes ____ No _✓_

If your answer is yes, please indicate the books or articles you have read.

________________________________________

________________________________________

Please describe what impact this reading had on you.

________________________________________

________________________________________

40. Have you seen any movies or television programs about the death penalty?

Yes ____ No ✓

If your answer is yes, please indicate the movies or programs you have watched.

/

Please describe what impact this viewing had on you.

/

41. Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

I think that the person who deserve that sentence ~~[illegible]~~ is because it had commited a very serius crime, I believe that god is the only person Who is in charge of ~~of~~ giving or taken a live.

42. Which of the following best describes your feelings about the death penalty? Please read all of the statements carefully, take some time to think, and then mark all of the choices which you believe describe your feelings.

a. I am opposed to the death penalty, and I will never vote to impose the death penalty in any case, no matter what the facts.

b. I am opposed to the death penalty, and I would have a difficult time voting to impose the death penalty.

c. I am opposed to the death penalty, but could vote to impose the death penalty if I believed that the death penalty was called for in light of the facts and the law in the case.

d. I have no definite opinions for or against the death penalty. I could vote to impose the death penalty, or I could vote to impose a sentence of life imprisonment without possibility of parole, whichever I believed was called for in light of the facts and the law in the case.

e. I am in favor of the death penalty, but I could vote for a sentence of life imprisonment without possibility of parole if I believed that a sentence of life imprisonment without possibility of parole was called for in light of the facts and the law in the case.

f. I am strongly in favor of the death penalty, and I would have a difficult time voting for a sentence of life imprisonment without possibility of parole.

g. I am strongly in favor of the death penalty, and I would vote for the death penalty in every case in which the person charged is eligible for a death sentence.

h. None of the statements above correctly describes my feelings about the death penalty.

43. Have you read any books or articles about what life is like for a person doing time in prison?

Yes ____ No ✓

If your answer is "yes", please indicate the books or articles you have read.

/

Please describe what impact this reading had on you.

/

44. Have you seen any movies or television programs about what life is like for a person doing time in prison?

Yes ✓ No ____

If your answer is "yes," please indicate the movies or programs you have watched.

OZ, Prision break

Please describe what impact this viewing had on you.

I think is very cruel but if you Don't break the Law you should not be there.

45. Please describe your impression of what life is like for a person doing time in prison.

I couldn't Describe.

46. In the last ten years, are there any court cases which you have followed with interest?

Yes ✓ No ____

If your answer is "yes", please indicate what cases you have followed, why you were interested in each such case, and whether you agreed or disagreed with the outcome in each such case.

Jon bernet case, I was interested because I don't know How some one could hurt any child.

47. Are there guns in your home? Yes ____ No ✓

If yes, please indicate whether you or another member of your household owns guns, how many guns are owned, and what kinds of guns are owned (handgun, rifle, shotgun, semi-automatic, etc.)

48. Please describe your feelings about guns.

✓ I believe there should be gun control.

____ I am opposed to gun control of any kind.

____ I believe that a gun owner should be allowed to carry the gun concealed with him/her for protection.

____ Other, please explain ____

49. Do you have a religious affiliation or preference? Yes ___ No _✓_

If your answer is yes, what is your religion?

___

Do you attend church regularly? Yes ___ No _✓_

If you hold any position or office in your church, please describe the position or office which you hold.

___

Do you participate in a Bible study group?

Yes ___ No _✓_

50. Does your spouse/significant other have a religious affiliation?

Yes ___ No _✓_

If your answer is yes, what is his/her religion?

___

Does he/she attend church regularly? Yes ___ No _✓_

If he/she holds any position or office in the church, please describe the position or office which he/she holds.

___

Does he/she participate in a Bible study group? Yes ___ No ___

51. Would anything about your religious, moral or philosophical beliefs make it difficult for you to sit in judgment of another person?

Yes ___ No ___

If your answer is yes, please explain ___

___

___

52. Do you belong to any group or organization that is active in trying to protect the rights of crime victims, or is active in law enforcement or crime prevention? (Examples - Mothers Against Drunk Driving, a neighborhood watch group)

Yes ____ No ✓

If your answer is "yes", please indicate each such group to which you belong.

______________________________________________

53. Do you belong to any group or organization that is active in rehabilitation of people with problems or active in helping people in trouble with the law? (Examples - Alcoholics Anonymous, Narcotics Anonymous, support groups for persons with family members in prison such as the Seven Step Foundation?)

Yes ____ No ✓

If your answer is "yes", please indicate each such group to which you belong.

______________________________________________

54. Please list the names of all other organizations to which you belong, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

______________________________________________

______________________________________________

______________________________________________

If you hold an office or official position in any of the organizations you listed above, please state the organization and the position which you hold:

| Organization | Position Held |
| --- | --- |
| | |
| | |

55. Please list the names of all organizations to which your spouse/significant other belongs, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

____________________________________________

____________________________________________

____________________________________________

If your spouse holds an office or official position in any of the organizations you listed above, please state the organization and the position which your spouse holds.

Organization Position Held

____________________________________________

____________________________________________

56. Are you a dog owner?

Yes ____ No ✓

If your answer is "yes", please indicate the breed(s) of dog(s) you own.

____________________________________________

Have you, your spouse/significant other, or close family member ever been a breeder of dogs either as a hobby or as a business?

Yes ____ No ____

If your answer is "yes", please indicate who was involved in the dog breeding, when this dog breeding occurred and what dog breed was involved.

____________________________________________

____________________________________________

Have you, your spouse/significant other, or close family member ever been a member of a dog breeding association (American Kennel Club, etc.)?

Yes ____ No ____

If your answer is "yes", please indicate who was the member and in what association was the membership.

_______________________________________________

_______________________________________________

57. Have you or your spouse or significant other served in the military? (This includes the National Guard)

You: Yes ____ No ____ Spouse/Significant Other: Yes ____ No ____

If answer is yes above, please describe branch of service, dates of service, assignments, highest rank attained, medals or commendation, and nature of discharge, etc.:

_______________________________________________

_______________________________________________

58. Are you presently or have you ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes ____ No ____

If yes, name agency and position: _______________________________________________

_______________________________________________

59. Is your spouse presently or has your spouse ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes ____ No ____

If yes, name agency and position: ______________________________________________

_________________________________________________________________________

60. Have you ever applied for a job with any law enforcement agency, or any other governmental agency?

Yes ____ No ____

If yes, please indicate what agency, what job, and when you applied.

<u>Agency</u> <u>Job</u> <u>When applied</u>

_________________________________________________________________________

61. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?

Yes ____ No ____

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident.

_________________________________________________________________________

_________________________________________________________________________

62. Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?

Yes ____ No ____

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident.

_________________________________________________________________________

_________________________________________________________________________

\

63. In your opinion, how good of a job do you feel local law enforcement is doing in your community (local police, sheriff's department)?

I think they do a great Job, but I Think that The 911 call Shoulbe Answer Quicker That They are

64. In your opinion, how good of a job do you feel federal law enforcement agencies like the Federal Bureau of Investigation (FBI), the Bureau of Alcohol, Tobacco and Firearm (ATF), and other federal law enforcement agencies are doing?

They do a good Job too, the ATF could do better Trying to not sale toboco to minors

65. Have you ever served on a jury in a criminal or civil case?

Yes ____ No ✓

If your answer is "yes", please answer the following:

a. Type of case on which you served as a juror

Criminal ____ Civil ____ Both ____

b. Court(s)

Federal ____ State ____ Both ____

c. If you have been a criminal case juror, for each such case, please indicate the kind of case it was (murder, stealing, assault, etc.), the place where the case occurred, the approximate date when the trial occurred

| Kind of Case | Where | Date | Verdict? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

d. Did the jury set punishment in each criminal case which you listed above?

Yes ___ No ✓

e. Were you ever the foreperson of the jury in any of the cases above?

Yes ___ No ✓

f. Have you ever served on a grand jury?

Yes ___ No ✓

g. Have you ever served on a special or general court martial?

Yes ___ No ✓

h. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

Yes ___ No ✓

If yes, please explain: ______________________________

______________________________

66. Have you filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in Court?

Yes ___ No ✓

If your answer is yes, please indicate who brought the lawsuit, what the lawsuit was about, and the result of the lawsuit

| Who Brought Lawsuit | What Lawsuit was about | Result of Lawsuit |
| --- | --- | --- |
| | | |
| | | |

67. Have you or has someone close to you gone to a court of law for child custody issues?

Yes ___ No ✓

If yes, please indicate who was involved in the case, describe the situation, and describe your attitude about the situation.

68. Have you ever worked for a lawyer in a law office?

Yes ____ No ✓

If your answer is yes, please list for each such job when you worked at that job, for whom you worked (what lawyer or what firm), what kind of law the lawyer or firm practiced, and what your job duties were.

| Date | Lawyer/Firm | Law Practiced | Your Duties |
| --- | --- | --- | --- |

69. Do you have any legal training or have you taken any law courses?

Yes ____ No ✓

If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

| Title of Class/Training | Date |
| --- | --- |

70. Do you have any family members or close friends who are lawyers?

Yes ____ No ✓

If your answer is yes, for each person, please list the name of this lawyer, what your relationship is to that person, and what kind of law that lawyer practices.

| Name of lawyer | Relationship | Kind of law practiced |
|---|---|---|
| | | |
| | | |

71. Do you have any family members or close friends who are judges or retired judges?

Yes ____ No _✓_

If your answer is yes, for each judge, please list the name of the Judge, in what State that Judge works, and what your relationship is to that Judge.

| Name of Judge | State | Relationship |
|---|---|---|
| | | |
| | | |

72. Do you have any family members or close friends who work for a United States Attorney's Office or a State Prosecutor's Office?

Yes _✓_ No ____

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

| Office Where Works | Relationship |
|---|---|
| Wy Co. KC, KS | Friend (Jo Campos) |
| | |

73 Do you have any family members or close friends who work for a Public Defender's Office?

Yes ____ No _✓_

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works Relationship

______________________________________________

______________________________________________

74. Do you know anyone who works in a courthouse such a bailiff or clerk?

Yes ____ No ✓

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works Relationship

______________________________________________

______________________________________________

75. Have you ever undergone counseling, treatment or hospitalization for psychiatric, emotional, behavioral or substance abuse (alcohol/drug) problems?

Yes ____ No ✓

If yes, please give details: ______________________________

______________________________________________

______________________________________________

76. Have you, any family members or any close friends ever been employed in the medical field?

Yes ___ No ✓

If yes, please give details: ______________________________________________

________________________________________________________________________

________________________________________________________________________

77. Have you, any family members or any close friends ever been employed in the mental health field?

Yes ___ No ✓

If yes, please give details: ______________________________________________

________________________________________________________________________

________________________________________________________________________

78. Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

Yes ____ No ✓

If your answer is "yes", please indicate what was the crime, when it occurred, and what punishment you received.

________________________________________________________________________

________________________________________________________________________

79. Do you know personally or have you ever known personally anyone who has been convicted or pleaded guilty to a crime?

Yes ____ No ✓

If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation:

________________________________________________________________________

________________________________________________________________________

80. Have you ever visited a person in jail or in a penitentiary, or have you ever toured a jail or a penitentiary?

Yes ____ No _✓_

If your answer is yes, please indicate what impressions you received from the visit or visits to jails or penitentiaries which you made?

_______________________________________________

_______________________________________________

81. Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

Yes ____ No _✓_

If your answer was yes please describe each such incident, giving the date, who was involved (you or relative/friend), and what kind of crime was involved.

| Date | Who Involved (You, Relative/Friend) | Kind of Crime |
|---|---|---|
| | | |
| | | |
| | | |

82. Have you ever been a witness to a crime?

Yes ____ No _✓_

Have law enforcement officers ever asked you to assist with a criminal investigation?

Yes ____ No _✓_

If your answer was yes to either of the previous two questions, please describe the incident, giving the approximate date, the kind of incident involved, and whether you were called to court as a witness.

| Date | Kind of Incident | Called as Witness? |
|---|---|---|
| | | |

83. In your opinion, what are the most important causes of crime?

In my opinion the most important causes of crime are when a person is mental ill or is under any Sustance abuse. Sush as Drugs. but is not Justifie

84. In your opinion, what things should be done to solve the problem of crime?

try to have more control over The thing that are Causing The Crime.

85. In your opinion, are there problems with the criminal justice system?

Yes ✓ No ____

If your answer is yes, what are those problems as you see them?

lately I have seen or heard most crime are comitte by child under 18 and the Excuse to that is that They are mental ill, I believe that is not true.

If your answer was yes above, in your opinion, what should be done to solve the problems you have described?

Well if the child was mentaly ill, Why not Treat him before he kill it his parent -

86. What is your general impression about criminal case prosecutors?

I have never been in a court Room so ~~I~~ could not have any impression at all

87. What is your general impression about criminal case defense attorneys?

Same as above

88. Lisa M. Montgomery is the defendant in this case. Ms. Montgomery is thirty-eight years of age, and was born in Tacoma, Washington. Her maiden name is Lisa M. Hedberg. During her childhood, Ms. Montgomery's mother was married to a man named Jack Kleiner, and Ms. Montgomery was sometimes referred to by that last name. During her childhood, Ms. Montgomery lived in various places in the States of Washington, Oklahoma and Kansas. Since adulthood, Ms. Montgomery has lived in the States of Oklahoma, New Mexico, California, and Kansas. Ms. Montgomery was previously married, and at that time her name was Lisa M. Boman. After a divorce, she remarried and her name changed to Lisa M. Montgomery. Most recently, Ms. Montgomery lived in Melvern, Kansas. Do you know or have you heard of Lisa M. Montgomery; her husband, Kevin Montgomery; her ex-husband Carl Boman; or any of her other family members?

Yes ____ No ✓

If your answer is yes, please describe how you know or have heard of Lisa M. Montgomery or some member of her family.

89. In this case, Lisa M. Montgomery is being represented by John P. O'Connor of Kansas City, Missouri, David L. Owen, Jr. of Kansas City, Missouri, and Frederick A. (Fred) Duchardt, Jr., of Kearney, Missouri. Do you know or have you heard of any of these attorneys?

Yes ____ No ✓

If your answer is yes, please describe how you know or have heard of either Mr. O'Connor, Mr, Owen, or Mr. Duchardt.

90. The prosecutors in this case are Assistant United States Attorneys Matt J. Whitworth, Roseann A. Ketchmark, and Cynthia L. Phillips. Do you know or have you heard of any of these attorneys?

Yes ____ No _✓_

If your answer is yes, please describe how you know or have heard of Mr. Whitworth, Ms. Ketchmark or Ms. Phillips.

______________________________________________

______________________________________________

______________________________________________

91. During this trial, persons described as experts may be called as witnesses by the prosecution and defense to give opinions and testify in the case. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions. The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case. Choose all of the following statements which accurately describe how you would consider such expert testimony.

A. I would be able to follow the law, and consider expert testimony just like any other testimony. I would give the testimony as much weight as I thought it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case;

B. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the prosecution more than those called by the defense;

C. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the defense more than those called by the prosecution;

D. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would disregard anything such a witness would say, regardless of what the law says,

E. Other (please explain) ________________________________________

________________________________________

92. This case involves a crime that took place in Skidmore, Missouri about two years ago. A pregnant mother was killed, and her unborn baby was taken from inside her body. Do you recall reading, seeing, or hearing anything about this crime, or the people involved?

Yes ____ No _✓_

If your answer is yes, please describe all that you have read, seen and heard, and include the source from which you obtained the information (newspaper, television, radio, friends, family members, etc).

93. If your answer to question 92 above is "yes", have you discussed with others your or their thoughts about this crime?

Yes ____ No ✓

If your answer is yes, please describe these discussions.

94. If your answer to question 93 is "yes", do you believe that you could set aside any previous knowledge or discussions about this case and render a verdict based solely upon the evidence you will hear and see during the trial?

Yes ____ No _✓_

95. Trial of this case is expected to last four to five weeks. Do you have any of the following problems? (Please check all that apply to you)

____ Hearing difficulties

____ Vision problems

____ Regular Doctor appointments

____ Someone sick to care for

_✓_ Small children to care for

____ An elder family member to care for

____ Some other problem which will make it difficult for you to serve as a juror for several weeks (please explain)

______________________________________________

96. Do you have physical or medical problems which would make jury duty difficult for you?

Yes ____ No _✓_

If yes, please explain: ______________________________________________

______________________________________________

______________________________________________

______________________________________________

97. Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

_✓_ I would like to serve

____ I would rather not serve

____ I have no opinion

____ Other (Please explain): ______________________________

98. Did you have any problems reading and understanding this questionnaire?

Yes ____ No _✓_

If your answer is yes, please explain below

______________________________

______________________________

99. Is there anything else that you wish to bring to the attention of the court or the attorneys in this case?

Yes ____ No _✓_

If yes, please explain: ______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

Use the space on this page and on the following pages if you need additional space to answer any of the questions in this questionnaire:

I do hereby certify that the answers which I have given in this questionnaire are true and complete to the best of my knowledge and belief.

Doralis Torres

(Signature)

1/10/07

(Date)



Case 4:12-cv-08001-GAF Document 149-7 Filed 09/01/15 Page 37 of 37