Month 5/2006 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER

ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/16 | phone conf w/Judge Maughmer's staff re case issues, my appointment | | | | | | | | | 0.2 | |
| 5/16 | phone confs w/John O'Connor re case issues | | | | | | | | | 0.2 | |
| 5/16 | phone conf w/Matt Whitworth re case status issues | | | | | | | | | 0.3 | |
| 5/16 | phone conf w/Judy Clarke re case work done, issues | | | | | | | | | 0.6 | |
| 5/16 | phone conf w/Susan Hunt re case work done, issues | | | | | | | | | 0.4 | |
| 5/16 | read all case pleadings filed to date | | | | 6.5 | | | | | | |
| 5/17 | research issues related to status of relieved counsel, per question raised by Judy Clarke re propriety of re-moval (pro hac vice status and status of withdrawal of other counsel) | | | | | | | 1.2 | | | |
| 5/17 | research re mental health experts, review materials, contact w/office of Dr. Rubin Gur for consult | | | | | | | | | 1.5 | |
| 5/17 | phone conf w/John O'Connor | | | | | | | | | 0.2 | |
| 5/17 | travel KC, conf w/case team | | | | | | | | 1.2 | | |
| 5/17 | conf w/John O'Connor, Dave Owen, Ray Conrad, FPD staff re case issues | | | | | | | | | 1.5 | |
| | PAGE TOTAL | 0 | 0 | 0 | 6.5 | 0 | 0 | 1.2 | 1.2 | 4.9 | 13.8 |



Case 4:12-cv-08001-GAF Document 149-9 Filed 09/01/15 Page 1 of 2

Month 5/2006 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/19 | phone conf w/John O'Connor re case issues | | | | | | | | | 0.2 | |
| 5/19 | communications w/FDP staff re case issues | | | | | | | | | 0.5 | |
| 5/19 | phone conf w/Dr. Rubin Gur re his case participation | | | 0.4 | | | | | | | |
| 5/19 | further communications w/FPD staff re case issues | | | | | | | | | 0.3 | |
| 5/19 | investigation to find neuropsych testing expert | | | | | | | | | 1.5 | |
| 5/22 | phone conf Matt Whitworth re case scheduling issues | | | | | | | | | 0.2 | |
| 5/22 | phone conf w/John O'Connor re scheduling, other issues | | | | | | | | | 0.2 | |
| 5/24 | phone conf w/John O'Connor re mitigation specialist issues | | | | | | | | | 0.2 | |
| 5/25 | phone conf w/Kevin Curran, FPD in St. Louis re his use of Dr. Rubin Gur, his experience with neuropsych specialists, other issues | | | | | | | | | 0.3 | |
| 5/26 | conf w/client | 1.1 | | | | | | | | | |
| 5/26 | review discovery | | | | | 5.5 | | | | | |
| 5/27 | review discovery | | | | | 3.5 | | | | | |
| 5/30 | phone confs w/FPD staff and John O'Connor re mitigation specialist issues | | | | | | | | | 0.4 | |
| | PAGE TOTAL | 1.1 | 0 | 0.4 | 0 | 9 | 0 | 0 | 0 | 3.8 | 14.3 |



Case 4:12-cv-08001-GAF Document 149-9 Filed 09/01/15 Page 2 of 2