2/1

CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| | | | |
|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>MOW | 2. PERSON REPRESENTED<br>Lisa Montgomery | | VOUCHER NUMBER<br>08MOW 308 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>05-6002-01-CR-SJ-GAF | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (*Case Name*)<br>United States v. Street | 8. TYPE PERSON REPRESENTED<br>X Adult Defendant ☐ Appellant ☐ Other<br>☐ Habeas Petitioner ☐ Appellee | | 9. REPRESENTATION TYPE<br>☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital)<br>X D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 U.S.C. 1201 kidnapping, where death occurs

11. ATTORNEY'S NAME (*First Name, M.I., Last Name, including any suffix*), AND MAILING ADDRESS
Frederick A. Duchardt, Jr.
P.O. Box 216, 9701 Highway W
Trimble MO 64492

Telephone Number: 816-213-0782

13. NAME AND MAILING ADDRESS OF LAW FIRM
*(Only provide per instructions)*

12. COURT ORDER:
X O Appointing Counsel
☐ F Subs For Federal Defender
☐ P Subs For Panel
C Co-Counsel
☐ R Subs For Retained Attorney
☐ Y Standby Counsel

Prior Attorney's Name: ______ Appointment Date: ______

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL

Name of Co-Counsel or Lead Counsel: John O'Connor Appointment Date: ______

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

See attached

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order ______ Nunc Pro Tunc Date ______

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

| CAPITAL PROSECUTION | | HABEAS CORPUS | | OTHER PROCEEDING | |
|---|---|---|---|---|---|
| a. Pre-Trial | c. ☐ Appeal | g. ☐ Habeas Petition | k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | l. ☐ Stay of Execution | o. ☐ Other |
| b. x Trial | f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari | h. ☐ Evidentiary Hearing | | m. ☐ Appeal of Denial of Stay | |
| c. ☐ Sentencing | | i. ☐ Dispositive Motions | | n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay | |
| d. ☐ Other Post Trial | | j. ☐ Appeal | | | |

## HOURS AND COMPENSATION CLAIMED — FOR COURT USE ONLY

| 15. CATEGORIES (*Attach itemization of services with dates*) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ 166.00) | 89.4 | 14,830.40 | [redacted] | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | 7.8 | | | | |
| c. Witness Interviews | 11.9 | | | | |
| d. Consultation with Investigators & Experts | 20.2 | | | | |
| e. Obtaining & Reviewing the Court Record | 4.6 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 4.9 | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | 58.0 | | | | |
| i. Travel | 39.0 | | | | |
| j. Other (*Specify on additional sheets*) | 141.9 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = $ 166.00) | 288.3 | [redacted] | | [redacted] | |
| CLAIM FOR TRAVEL AND EXPENSES (*Attach itemization of expenses with dates*) | | | | | |
| 16. Travel Expenses (*lodging, parking, meals, mileage, etc.*) | | | | | |
| 17. Other Expenses (*other than expert, transcripts, etc.*) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: 10/1/2007 TO: 10/26/2007

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

20. CASE DISPOSITION

21. CLAIM STATUS ☐ Final Payment x Interim Payment Number 11 ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? X YES NO If yes, were you paid? X YES ☐ NO

Other than from the Court, have you, or to your knowledge has anyone else, received payment (*compensation or anything of value*) from any other source in connection with this representation? ☐ YES x NO If yes, give details on additional sheets.

**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney ______ Date 1/28/2008

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE 2-26-08 | 27a. JUDGE CODE |
|---|---|---|
| | | |

IN COURT HOURLY WORKSHEET (CJA-30) CASE NUMBER 05-6002 VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA M. MONTGOMERY

| Date | Brief Description of Services | In-Court Hrgs. |
|---|---|---|
| 10/1/07 | voir dire | 7.5 |
| 10/2/07 | voir dire | 4.5 |
| 10/3/07 | pretrial conference on Daubert issues | 0.6 |
| 10/4/07 | opening statements, govt evidence | 6.0 |
| 10/5/07 | government evidence | 6.1 |
| 10/9/07 | government evidence | 6.5 |
| 10/10/07 | government evidence | 6.2 |
| 10/11/07 | government evidence | 7.0 |
| 10/12/07 | govt evidence/defense evidence | 6.0 |
| 10/15/07 | defense evidence | 4.7 |
| 10/16/07 | defense evidence | 6.0 |
| 10/17/07 | defense evidence/govt rebuttal | 5.2 |
| 10/18/07 | government rebuttal evidence | 5.4 |
| 10/19/07 | government rebuttal evidence | 2.4 |
| 10/22/07 | closing argument first phase | 4.1 |
| 10/24/07 | penalty phase opening, evidence | 5.8 |
| 10/25/07 | penalty phase evidence, closing arg | 5.1 |
| 10/26/07 | jury deliberations | 0.3 |
| | TOTAL | 89.4✓ |

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1 | review materials, prep voir dire exam, exhibits | | | | | | | 2.5 | | | |
| 10/1 | travel to KC, trial | | | | | | | | 1.6 | | |
| 10/1 | pretrial prep at court | | | | | | | | | 0.8 | |
| 10/1 | review voir dire materials over lunch hour | | | | | | | 1.1 | | | |
| 10/1 | conf w/Dr. Mandracchia after end of session | | | 0.5 | | | | | | | |
| 10/1 | further review voir dire materials | | | | 3.5 | | | | | | |
| 10/1 | review witness materials, communications to case team | | | | | | | | | 0.3 | |
| 10/2 | review exhibit materials, further draft exhibit list | | | | | | | 1.5 | | | |
| 10/2 | further review voir dire materials | | | | 1.1 | | | | | | |
| 10/2 | travel to KC, trial | | | | | | | | 1.6 | | |
| 10/2 | pretrial prep at court | | | | | | | | | 1.0 | |
| 10/2 | noon hour voir dire prep | | | | | | | 1.0 | | | |
| 10/2 | review materials w/case team, and client, prep peremptory challenges | | | | | | | 2.2 | | | |
| 10/2 | conf w/case team re trial strategy issues | | | | | | | | | 1.4 | |
| 10/2 | review Gur report, phone conf w/Dr. Gur | | | 1.2 | | | | | | | |
| | PAGE TOTAL | 0 | 0 | 1.7 | 4.6 | 0 | 0 | 8.3 | 3.2 | 3.5 | 21.3 |

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2 | review materials, prep opening statement | | | | | | | 2.4 | | | |
| 10/2 | research/draft reply re motion in limine pertaining to Gur evidence, prep for hearing | | | | | | | 1.5 | | | |
| 10/3 | further work on reply re motion in limine re Gur evidence | | | | | | | 2.0 | | | |
| 10/3 | research re govt opening on rebuttal mental issue | | | | | | | 1.1 | | | |
| 10/3 | further work on opening | | | | | | | 3.8 | | | |
| 10/3 | travel to KC, hearing on Gur issue | | | | | | | | 1.3 | | |
| 10/3 | work with Troy on opening statement powerpoint | | | | | | | 1.2 | | | |
| 10/3 | research/draft motion in limine re govt opening on rebuttal mental issue | | | | | | | 1.8 | | | |
| 10/3 | further work on exhibit lst | | | | | | | 2.1 | | | |
| 10/3 | further work on opening | | | | | | | 4.5 | | | |
| 10/3 | phone conf w/Jerri Leonard | | 0.1 | | | | | | | | |
| 10/3 | phone conf w/Kevin Montgomery | | 0.2 | | | | | | | | |
| 10/3 | phone conf w/D Ramachandran | | | 0.1 | | | | | | | |
| 10/4 | further work on opening | | | | | | | 2.2 | | | |
| 10/4 | travel to KC, trial | | | | | | | | 1.6 | | |
| . | PAGE TOTAL | 0 | 0.3 / | 0.1 / | 0 | 0 | 0 | 22.6 / | 2.9 / | 0 | 25.9 |

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY2

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/4 | pretrial prep at courthouse | | | | | | | | | 1.0 | |
| 10/4 | noontime witness prep | | | | | | | | | 1.1 | |
| 10/4 | review materials, prep for witness cross | | | | | | | 3.5 | | | |
| 10/4 | review defense witness order, communicate to defense team | | | | | | | | | 1.2 | |
| 10/5 | prep witness exam | | | | | | | | | 1.5 | |
| 10/5 | travel to KC, trial | | | | | | | | 1.6 | | |
| 10/5 | pretrial prep at courthouse | | | | | | | | | 0.9 | |
| 10/5 | noontime witness prep | | | | | | | | | 0.8 | |
| 10/5 | conf w/Kevin Montgomery | | 0.4 | | | | | | | | |
| 10/5 | review/prep witness cross | | | | | | | | | 3.5 | |
| 10/6 | work on defense witness list and order, prep for witness exam | | | | | | | | | 2.2 | |
| 10/6 | travel to CCA, client conf | | | | | | | | 2.0 | | |
| 10/6 | conf w/client | 2.5 | | | | | | | | | |
| 10/6 | conf w/Dr. Mandracchia | | | 0.2 | | | | | | | |
| 10/6 | further review, prep for witness cross | | | | | | | | | 3.5 | |
| 10/6 | phone conf w/client | 0.4 | | | | | | | | | |
| 10/7 | review info, prep missive to Dr. Gur re court ruling and status of raw data | | | 0.5 | | | | | | | |
| | PAGE TOTAL | 2.9 | 0.4 | 0.7 | 0 | 0 | 0 | 3.5 | 3.6 | 15.7 | 26.8 |



Case 4:12-cv-08001-GAF Document 150-1 Filed 09/03/15 Page 5 of 10

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/7 | review materials, draft pleading re polygraph use | | | | | | | 3.5 | | | |
| 10/7 | further work on new witness list and order, e-mail to case team re matters | | | | | | | 3.2 | | | |
| 10/7 | computer investigation to locate witness Bev Kemper | | | | | | | | | 1.2 | |
| 10/7 | phone conf w/Bev Kemper | | 0.1 | | | | | | | | |
| 10/7 | prep materials for Kemper | | | | | | | | | 0.8 | |
| 10/7 | communications w/Dani Waller re witness issues | | | 0.3 | | | | | | | |
| 10/7 | phone confs w/Ron Ninemire | | | 0.3 | | | | | | | |
| 10/7 | communications w/CCA to set up phone confs w/Kleiners | | | | | | | | | 0.5 | |
| 10/7 | phone confs w/Tommy and Teddy Kleiner | | 0.3 | | | | | | | | |
| 10/7 | phone conf w/Dave Owen | | | | | | | | | 0.2 | |
| 10/7 | phone conf w/Ramachandran | | | 0.4 | | | | | | | |
| 10/7 | phone confs w/John O'Connor | | | | | | | | | 0.3 | |
| 10/7 | phone confs w/Carl, CJ and Kayla Boman | | 0.2 | | | | | | | | |
| 10/7 | phone conf w/Desiree Boman | | 0.1 | | | | | | | | |
| 10/7 | phone conf w/Chelsea Boman | | 0.2 | | | | | | | | |
| 10/7 | further work on expert witness testimony issues | | | | | | | | | 2.2 | |
| 10/7 | phone conf w/client | 0.2 | | | | | | | | | |
| . | PAGE TOTAL | 0.2 | 0.9 | 1 | 0 | 0 | 0 | 6.7 | 0 | 5.2 | 14 |

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/8 | phone conf w/client | 0.1 | | | | | | | | | |
| 10/8 | review materials, prep witness exam for defense and prosecution witnesses | | | | | | | | | 8.5 | |
| 10/8 | phone confs w/John O'Connor | | | | | | | | | 0.5 | |
| 10/8 | phone confs w/ Ramachandran | | | 0.2 | | | | | | | |
| 10/8 | travel to KCI, KC, conf w/Carl Boman | | | | | | | | 1.9 | | |
| 10/8 | conf w/Carl Boman | | 2.2 | | | | | | | | |
| 10/9 | prep witness exam | | | | | | | | | 1.5 | |
| 10/9 | travel to KC, trial | | | | | | | | 1.8 | | |
| 10/9 | morning pretrial prep | | | | | | | | | 0.6 | |
| 10/9 | noontime witness prep | | | | | | | | | 0.5 | |
| 10/9 | conf w/client | 0.2 | | | | | | | | | |
| 10/9 | phone conf w/O'Connor and Dr. Ramachandran | | | 1.0 | | | | | | | |
| 10/9 | phone conf w/Dr. Logan | | | 0.4 | | | | | | | |
| 10/9 | review materials, prep witness exam | | | | | | | | | 3.2 | |
| 10/10 | further prep witness exam materials, exhibits | | | | | | | | | 1.3 | |
| 10/10 | travel to KC, trial | | | | | | | | 1.9 | | |
| 10/10 | morning pretrial prep | | | | | | | | | 0.8 | |
| 10/10 | phone confs w/Nancy Wallentini | | 0.2 | | | | | | | | |
| . | PAGE TOTAL | 0.3 / | 2.4 / | 1.6 / | 0 | 0 | 0 | 0 | 5.6 / | 16.9 / | 26.8 |

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/10 | noontime trial prep | | | | | | | | | 0.7 | |
| 10/10 | conf w/client | 0.2 | | | | | | | | | |
| 10/10 | review/organize case materials, prep exhibits | | | | | | | | | 2.5 | |
| 10/10 | phone confs w/client | 0.2 | | | | | | | | | |
| 10/10 | phone conf w/D Ramachandran | | | 0.1 | | | | | | | |
| 10/11 | prep materials for defense witnesses | | | | | | | | | | |
| 10/11 | travel to KC, trial | | | | | | | | 1.9 | | |
| 10/11 | morning pretrial prep | | | | | | | | | 0.8 | |
| 10/11 | noontime trial prep | | | | | | | | | 0.6 | |
| 10/11 | conf w/client | 0.2 | | | | | | | | | |
| 10/11 | prep defense witness exam | | | | | | | | | 3.2 | |
| 10/11 | phone conf w/N Wallentini | | 0.1 | | | | | | | | |
| 10/12 | witness prep | | | | | | | | | 1.5 | |
| 10/12 | travel to KC, trial | | | | | | | | 1.8 | | |
| 10/12 | morning pretrial prep | | | | | | | | | 0.7 | |
| 10/12 | noontime witness prep | | | | | | | | | 1.2 | |
| 10/12 | conf w/client | 0.2 | | | | | | | | | |
| 10/12 | phone conf w/CCA, arrange client visit | | | | | | | | | 0.2 | |
| 10/12 | review Dietz tapes | | | | | | | | | 2.5 | |
| 10/12 | phone conf w/Dr. McCandless | | | 0.1 | | | | | | | |
| | PAGE TOTAL | 0.8 | 0.1 | 0.2 | 0 | 0 | 0 | 0 | 3.7 | 13.9 | 18.7 |

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/13 | phone conf w/Dr. McCandless | | | 0.6 | | | | | | | |
| 10/13 | phone conf w/Dr Mandracchia | | | 0.2 | | | | | | | |
| 10/13 | phone confs w/Nancy Wallentini | | 0.4 | | | | | | | | |
| 10/13 | review, prep materials from mental health experts, Wallentini | | | | | | | | | 8.5 | |
| 10/13 | phone conf w/Dr. Logan | | | 0.3 | | | | | | | |
| 10/13 | phone confs w/ Ramachandran | | | 0.9 | | | | | | | |
| 10/14 | review materials, prep for meeting re mental issues | | | | | | | | | 4.5 | |
| 10/14 | phone confs w/Ron Ninemire | | | 0.3 | | | | | | | |
| 10/14 | phone confs w/K Montgomery | | 0.3 | | | | | | | | |
| 10/14 | phone conf w/Joy and Roger Montgomery | | 0.2 | | | | | | | | |
| 10/14 | phone confs w/N Wallentini | | 0.2 | | | | | | | | |
| 10/14 | travel to KC, meet Boman Children, experts | | | | | | | | 0.7 | | |
| 10/14 | phone confs w/Boman witnesses | | 0.2 | | | | | | | | |
| 10/14 | brief conf w/Boman witnesses | | 0.3 | | | | | | | | |
| 10/14 | travel to Plaza, meet John and experts | | | | | | | | 0.3 | | |
| 10/14 | phone conf w/Dr. McCandless | | | 0.2 | | | | | | | |
| | PAGE TOTAL | 0 | 1.6 | 2.5 | 0 | 0 | 0 | 0 | 1 | 13 | 18.1 |

Month 10/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14 | conf w/O'Connor, Logan and Ramachandran (via phone) | | | 2.5 | | | | | | | |
| 10/14 | phone confs w/Whitworth | | | | | | | | | 0.3 | |
| 10/14 | travel downtown | | | | | | | | 0.3 | | |
| 10/14 | conf w/Boman witnesses | | 2.8 | | | | | | | | |
| 10/14 | return travel | | | | | | | | 0.7 | | |
| 10/15 | witness exam prep | | | | | | | | | 1.3 | |
| 10/15 | travel to KC, trial | | | | | | | | 1.8 | | |
| 10/15 | morning pretrial prep (juror late, issues related to Dr. McCandless) | | | | | | | | | 2.5 | |
| 10/15 | noontime witness exam prep | | | | | | | | | 1.0 | |
| 10/15 | phone conf w/Dr. McCandless | | | 0.3 | | | | | | | |
| 10/15 | travel to midtown KC, prep expert witnesses | | | | | | | | 1.6 | | |
| 10/15 | meeting w/Logan and Rama-chandran, prep testimony | | | 3.5 | | | | | | | |
| 10/16 | witness prep work | | | | | | | | | 2.2 | |
| 10/16 | travel to KC, trial | | | | | | | | 1.8 | | |
| 10/16 | morning trial prep | | | | | | | | | 1.0 | |
| 10/16 | noontime witness prep | | | | | | | | | 1.1 | |
| 10/16 | phone conf w/client | 0.2 | | | | | | | | | |
| 10/16 | prep for Dietz cross | | | | | | | | | 3.2 | |
| 10/17 | further prep Dietz cross | | | | | | | | | 2.1 | |
| . | PAGE TOTAL | 0.2 / | 2.8 / | 6.3 / | 0 | 0 | 0 | 0 | 6.2 / | 14.7 / | 30.2 |