**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** *Movant,* | ) | |
| **v.** | ) | **Case No. 4:12-cv-08001-GAF** |
| **UNITED STATES OF AMERICA,** *Respondent.* | ) | |

**NOTICE OF FILING**

COMES NOW movant Lisa M. Montgomery, by and through undersigned counsel, and hereby gives notice of filing the exhibits in support of her Motion for Collateral Relief to Vacate, Set Aside, or Correct Her Sentence and for a New Trial on the electronic record in this case. D.E. 71. These exhibits have previously been provided to the Court and opposing counsel. D.E. 72. These exhibits are incorporated by reference in the Movant's Traverse. D.E. 149. For the ease of the Court in reviewing the pleadings, to minimize the burden on court staff, and to ensure the completeness of the electronic record. Movant now files these exhibits, all of which have been unsealed by the Court.

Respectfully submitted,

/s/ *Lisa G. Nouri*

LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2015, the above-captioned document was served electronically on Roseann Ketchmark and Phil Koppe, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*