**Judy Clarke**

**From:** <Hjackson1@aol.com>
**To:** <SHunt5733@aol.com>
**Sent:** Friday, April 28, 2006 11:31 AM
**Subject:** Montgomery

Dear Susan,

David Owen called me yesterday while I was on the road. I spoke with you very briefly expressing my concerns about continuing to work with David Owen in light of recent events, and my continued desire to visit Lisa at her request (travel authorization request attached). In the last week, David played a critical role in removing a key member of the defense team without any meaningful consideration of the client's needs or sensitivity to the effect on her mental health (depression, suicidality, abandonments, detachments, just to name a few) – not to mention the lack of consideration over the loss of Judy's relationships with experts, her legal skills, negotiating genius, and many other talents Judy brought to the team. Moreover, just hours before David went to court on Thursday, I personally urged against any "changes" in the team during a telephone call with you and David on Wednesday night, April 19, 2006. David assured me we would discuss these matters when I arrived in Kansas City the following week. As a team member responsible in part for monitoring mental health matters, I had absolutely no say in this monumental decision and its potential implications and setbacks. David was aware, from past discussions, that whenever the subject of a change in any team-member came up, the primary consideration was always the effect that such a change would have on the client.

Kevin (per his conversation with Ron) mentioned to me that Lisa broke down in court, cried, and could not verbally agree with the decision to remove Judy. You have seen firsthand the effects this decision is having on Lisa. You have admitted your position that it was a mistake to have removed Judy and that the client and her case will suffer greatly for it. In addition to losing Judy's skills, the entire investigation and mental health screening will also suffer by the loss of Deb Garvey and David Freedman. You have attempted to remedy these mistakes by proposing to bring Judy, Deb and David back into the case. David Owen has done no such thing. He has not attempted to rectify the problem. He has not consulted with me once about any of these matters.

Next, David was advised that the client entrusted her true feelings about Judy's removal to her husband, Kevin, who said Lisa was very upset, tearful, and said she didn't trust "the Kansas City folks" because of this decision (which seem consistent with her feeling in court). Kevin also expressed his own distrust, especially in David, who he perceived to be in "control of the case," and who must not be looking out for Lisa by removing the person she trusted the most. Lisa's distrust of the Kansas City folks extended to Ron, who apparently visited Lisa on Monday and attempted to disprove or discredit Kevin's comments to me. Ron, himself has acknowledged the severity of Lisa's mental health issues and his lack of experience in this area. Dave apparently wholly accepted Ron's assessment of Lisa's functioning and true desires, despite my professional opinion that Lisa would not be able to disclose her true feelings face-to-face, with Kansas City folks, based on her life experiences and on the fact that she was just confronted with the terrible news only days earlier. In her past, when she confronted people, whether it be a step-father, or her mother over Justin, it always proved to be personally destructive. This situation is no different. Yet, only the Kansas City folks have had access to Lisa this past week.

David's blanket acceptance of opinions from people of his choosing, undermines any expertise or insight I can offer. This is detrimental to Lisa Montgomery.

These are my views. I have grave concerns about David Owen's judgment; his rash and uninformed decisions in significant matters, and his overall concern (and compassion) for Lisa Montgomery.

Finally, I'm very happy that my visit with Lisa has finally been approved. However, I want to be clear about my view of that visit. She asked me to come and see her and she will expect my honest opinions and feelings about the situation with Judy and the future of her case. Her best interests are paramount to me. I intend to give her my honest assessment of any questions she has.

-Holly