**Susan M. Hunt**
Attorney at Law
Scarritt Arcade
819 Walnut, Suite 413
Kansas City, Missouri 64106-1810
Office (816) 221-4588 SHunt5733@aol.com Fax (816) 222-0856

April 30, 2006

Dick Burr
Resource Counsel
Via Fax

Dear Dick,

Thank you for agreeing to help us get this case back up and running. I am sorry to burden you with the mess we created, but very much appreciate your help. In order to assist you in that endeavor I want to give you an update on the events in the Montgomery case since we met on Tuesday and some background information I think you need to know if you are to ever help us. I am sending a copy of this letter to David and he is free to disagree with anything I say and offer his own thoughts.

As you know David and I went and talked to the Court on the record. I began that meeting by telling the Court that Lisa Montgomery is mentally ill. While I did not dwell on that I did tell the Court she is the only client I have ever represented that has been diagnosed with a mental illness at CCA, that was being medicated and under constant psychiatric care. I then told the Court that I had no experience with clients with mental illness and had no experience in investigating and presenting a mental health mitigation case. I said neither David nor I had that experience. David told the Court he did have one case where his client suffered from a mental illness and he did present that and had a psychiatrist testify. However, David said he had never done this in a capital case. We then both agreed we needed someone on our team that had that background and experience.

I then told the Court that the events that led to the removal of Judy Clarke had created some problems that we did not anticipate. First, I believe it was devastating to the client, as she feels betrayed and lied to. As she told me, just like her whole life, decisions are made that effect her life without consulting her and she is just told about it after the decision is made. The Judge then said it was his decision to remove Judy Clarke. I then told the Court the loss of Judy Clarke and her people has put a big hole in our case, as she was very experienced in mental illness issues in capital cases. I told the Court we needed to fill that hole. I then went on and said we have

come up with some potential solutions to this problem we wanted to share with him and seek his input.

I told the Court my preference was to put this team back together. I told the Court we, David and I, both had a meeting with Judy Wednesday night and discussed the problems and the potential of her leaving the case. At the end of that meeting we agreed that I would think about it and call Judy the next day. I was tied up in Court the next morning and had not been able to call her prior to meeting in the Judge's Chambers on Thursday morning. I told the Court I was never allowed to make that call as David, without my knowledge or consent, told the Court Ray Conrad suggested the Judge cancel Judy's meeting with the client. The Court then said it was his decision to remove Judy Clarke and Ray Conrad has told him it was the correct decision. I told the Court that unbeknownst to me Judy had contacted resource counsel and come up with a plan for a meeting to try to work through the problems and keep this case on track. I said I would still like to have that meeting and have Judy put back in this case. David strongly objected and the Court denied that option.

I told the Court my next option was to remove the Federal Public Defender and have the San Diego Office take over the case with Judy Clarke and myself as co-counsel. I told the court I could work with Judy. Again, David strongly opposed this and gave his spiel about how his office was appointed by the Court and they have no intention of asking to withdraw. The Court then denied this request.

Finally, I told the Court we were going to look for additional counsel experienced in mental health issues in federal capital cases to join this team. We explained this is a mental health case and the guidelines required such a person being on this team. We told the Court this would definitely require a continuance as that person needed to get up to speed and we had taken a tremendous manpower hit with the loss of Judy and her folks. The Court did not seem to have a problem with a continuance. We also expressed that we believed our mitigation specialist, Holly Jackson, may quit this team. The Court inquired as to why and David told the Court she was "star struck" by Judy, seemed to want to be part of her team and that he was unhappy with some of the things she had said and done that he believed demonstrated her alliances to Judy and her folks and against us. After he finished I told the Court that since the events of the last week David had not talked with Holly but I had. I then told the Court Holly expressed great concern over the events leading up to the removal of Judy Clarke and expressed grave reservations as to whether or not she could even continue. Holly told me she did not have extensive mental health background and was unsure she could handle directing the team to experts etc. by herself. I told the Court that because of all of that Holly stated she was unsure if she could ethically or professionally continue on this team. I finally said that even if she decides to stay after what David just said I did not think David wants her to stay. David said he pays her paycheck, and the Court stated to tell Holly the Court wanted her to stay. We then concluded the meeting by telling

the Court we just wanted to keep him informed of what was going on and he said he appreciated that and to keep him informed of our progress.

I have spoken with the client every night this week. I finally asked her to write me a letter expressing her thoughts on what has happened. I told her the only one who has not had a voice in this decision is her and that she is the most important one and we needed to hear from her. I told her I understood it was hard for her to put her feelings in words and say them to us but hoped she could express herself in writing. I told her no one would be mad at anything she said and that we needed to know. She told me she would do that. During our conversation Wednesday night she told me she believed Ron lied to her and knew more than he would tell her. She said when she asked him why Judy did not come to see her he said he had no idea but CCA would not let her in. (She had just talked to David and was told that the Court removed Judy and that there would be a hearing on Friday during which the Court would explain the decision). Lisa reported when she told Ron the hearing was at 11:00 am on Friday, Ron said ok–but did not ask what the hearing was about or offer any explanation of the hearing. This led Lisa to believe he already knew about the hearing but was refusing to tell her. She said he told her he had no idea why Judy would be taken off the case and told her he had no idea what was going on. Lisa reported she did not believe Ron was telling her the truth.

I talked to Lisa again Thursday night and she told me she did not write the letter. We discussed it a little and I again encouraged her to write the letter and the importance of her speaking her mind. She told me she talked to David and he asked her if she was mad at him. She said she told David she cannot tell people when she is mad. (Which tells me she is mad a David and most likely me too). I acknowledged I understood her inability to express herself in person but again encouraged her to write her feelings in a letter. She again said she would try.

When we saw Lisa on Friday she did not have a letter, although she said she worked on it. She said she wrote several pages and kept starting over. I encouraged her to put her thoughts down even if just a stream of consciousness and she said she would.

Thursday night, David and I had a fight over the phone. The fight began when I told him Holly called me and told me she did not want to call him back but did want to come to town next week and see Lisa. (Lisa has asked to see Holly) David called Holly about this trip and left a message for her to call him. Holly told me she was going to send me her travel authorization as lead counsel and wanted me to approve it. I told Holly I could not approve it but would forward it to David. When I told David this he got angry and told me I did not have the authority to approve Holly's travel as she was on his payroll. He further told me Holly needed to send it to him and talk to him. I then got angry and told him this was one of the major problems in this case–he says I am lead counsel yet I have no authority to make any decisions as he controls all the money. He began to yell at me and told me he knew where this was going–I was going to

blame him for all the problems. I told him I did not blame him for all the problems–I certainly am to blame for some of this mess, however, I did blame him for trumping every decision I have tried to make recently. I then told him when we walked into the Judge's Chambers on Thursday I had every intention of calling Judy that afternoon, but was not given the chance because he and Ray Conrad already decided the Judge should cancel her visit and remove her from the case. I told him I would have welcomed the meeting Judy and you discussed Wednesday night but again I was not given that opportunity by him and Ray Conrad. I then asked just how am I lead counsel when you and Ray Conrad make all these decisions and do not even tell me about them. I also questioned how I could function as lead counsel when I decided the best thing to do was to get this team back together but he and Ray Conrad refused to do that, and told the Court they would not do that. I then asked how Ray Conrad is making any decisions in this case as he is not even a member of the team. David said Ray runs his office and I told him Ray does not run me, I do not work for him. I told David I have done a lot of soul searching this week about the things I did that led to this catastrophe and hoped he has or will do the same.

Things calmed down somewhat and we began to discuss how to solve the mess we are in. David is very hopeful you will find another person to join this team and fill in the void. I am worried finding that person, in the face of what has happened, is next to impossible. After thinking about this situation I am pretty convinced that even if you find someone qualified and who has the time to get involved in this case, once you explain to them the reason they are needed they will refuse to get involved in this situation. Frankly, if I was that person I would certainly refuse to walk into this mess. Additionally, there is a real issue regarding money. I do not believe the Court will appoint a third attorney, this particular Judge only appoints two attorneys because he is forced to by statute. That being said, I have grave doubts as to how it will be even financially possible to get another person to work on this case. However, like David I hope you can pull it off.

I told David if you can find such a person things need to change or we will find ourselves in the same predicament in a few months. I told him I have done a lot of thinking about how we could re-structure this new team. I told David this new person needs to have complete control over the mitigation mental health part of this case. This person needs to call the shots and not be second guessed or under minded. I told him in my mind this person needs to control the investigation and tell Ron what he can do and Ron needs to accept it and not complain to David. David agreed with some conditions. He believes this person needs to keep everyone informed and Ron needs to play a valuable role and not just be assigned mundane tasks. I believe this could be a potential problem. The old team came to the conclusion that Ron was not an experienced mitigation investigator. While they wanted to keep him on the team, they did not want him in charge of the investigation and did not want him involved with certain core witnesses. While this feeling caused much resistance on the part of David and Ron, they finally agreed to allow Deb Garvey to run the investigation.

David also believes this person should teach. When asked what he meant by that, David said the person needs to explain the necessity for the documents requested and the interviews and how they will fit into preparing the case. In my view I believe these explanations have been given throughout this case and are the subject of many team meetings,

I then said that when this new person or the team makes a decision that Holly or another investigator will have the relationship with a witness he needs to respect and honor that. I gave him the example of Judy Shaughnessey, Lisa's mother, who the team assigned to Holly. However, despite that decision David e-mails Judy without the team's knowledge. He asked why that was so bad and I told him we made that decision so she could not manipulate both him and Holly etc. He said well if anyone had ever explained that to him he would not have done it. Contrary to his claim that no one ever explained that to him, I recall that discussion recently at a team meeting when it was clearly outlined the necessity for only one person to maintain the relationship with some of the core witnesses. He did however, agree these team decisions need to be respected in the future, but said he did not believe that Holly could get through to Judy Shaughnessy because Holly was too naive. David's position has always been that no one on the team could tell him what witnesses he could or could not see.

We concluded the conversation with some agreements: We need a person to take over the mental health mitigation portion of his case. We need to make major changes in how this team is structured and functions We have damaged the client by our actions, however, we disagree about the extent of that damage. We need to put this back together soon and get on with this case. We both recognize we have made mistakes and need to change.

In a recent conversation I told David that Holly said he had terrible "bedside manner." He asked what she meant by that and I told him Holly said when they both interviewed Wendy Tribes, Lisa's cousin, Holly said after about one hour David got restless and wanted to leave. Holly said she had about two more hours to spend with Wendy. When told this to David he said he was a better judge of people than Holly and Wendy wanted the interview to end. While I am certain David is a good fact investigator, he like myself, has no training in mitigation investigation. If forced to choose I would certainly choose Holly's assessment as that is her background and experience. Again, this attitude needs to change if this team is ever to function.

Finally, I have not discussed the following with David because right now I am tired of fighting, but this is just another problem and a sign of the fact that I am not allowed to function as lead counsel in this case: I talked with Stephanie on Wednesday about returning some files. In the course of our conversation she told me they got a few records in on Mary Coleman, Lisa's biological father's sister. Apparently she has the following medical problems: adult-onset epilepsy, occasional seizures, migraine headaches, has suffered with AVM (Arterio Veneous

Malformations), and had an aneurism resulting in a slight stroke for which she had major surgery. However prior to the recent records they got two responses from other medical providers regarding her records--one has 972 pgs of records and wants around $700.00 the other provider wants around $300.00 for their records. Steph told me David has told her not to order the records because "he has not decided whether he wants to spend that money." This is the first I have ever heard of this. Steph said the first $700.00 request was a while ago and they just faxed the information again. He has never discussed this with me or anyone to my knowledge and he alone is making these decisions.

After much reflection on the events of the past few months I would like to make you aware of the following: While David consistently says I am lead counsel and call all the shots, the reality is he is in charge of this case. In fact he made the decision, without ever consulting me, to ask Judy to enter her appearance as an attorney in this case. While I agreed with that decision, it again demonstrates the fact he makes decisions without ever consulting anyone else. Due to the Judge telling us he wanted the budget to go through David's office he controls all the money in this case. As a result, he alone decides what records he will and will not order, without every even telling anyone else. He also has the final say on Holly's travel and work. As he told the Court "she is on my payroll." He also controls the work of Ron and Stephanie, as he states they work for him. While I do not have any complaints about Stephanie's work, the fact remains he directs her work. As I stated earlier he even believes he can ignore the clear agreement of the team that Holly alone have contact with Judy Shaughnessy and continued to e-mail her without anyone's knowledge or consent. Finally, he and Ray Conrad alone made the critical decision to cancel Judy's meeting with the client and remove her from the case, without ever telling me. In fact, he told me on Monday, April 17th, he went to Judge Maughmer, the Magistrate assigned to this case, and told him we want to have Judy Clarke removed from this case. Again, this was done without my knowledge or consent and before the decision was made to talk to Judy about resigning. Finally, he decided Judy Clarke would not be back on this case, despite my strong desire to re-constitute this team. It is clear that while I bear the ultimate responsibility for how this case proceeds, in reality I have got very little say in the critical decisions. I am not trying to beat David up but I think you need to know this information to help us put this case back together. Honestly, I have felt like I have been walking a tightrope since November, when David and Judy had an argument about some of the very things outlined above. Since then David has been angry at Judy and I have felt like I was being pulled by Judy on one side and David and his office on the other. Finally it became clear to me that to proceed on the way we were going not only was going to take a toll on me personally but ultimately not work. This team was doomed to fail in the state it was in.

I am sorry you had to get involved in this mess. I am not trying to lay all the blame for this situation on David, I bear responsibility myself. I have spent a great deal of time this past week agonizing over this situation and the events that led up to it. We need major changes and I

am extremely upset that we never had the opportunity to have the meeting Judy and you discussed Wednesday night. That may well have worked. Bottom line is we need help. I do not have the experience, knowledge or background to put this case together. While I do have some death penalty experience I am not even close to the top of anyone's list of skilled death penalty attorneys. I have recognized that from the outset and I think David is coming to that realization himself. Whatever way we go we need to do it soon as this case being in limbo is not healthy for anyone especially Lisa Montgomery.

I spoke with Kevin Saturday night and he told me he got a letter from Lisa on Friday. In that letter, Lisa said she has given up and that she lost all hope when Judy was removed from this case.

Finally, these are my perceptions and opinions as to what has transpired this week and in the past that lead to this disaster. This letter has been difficult to write, as I do not want to hurt David or Ron. I have known both of them for several years and consider them friends. However, in this situation I think personal feelings and friendships need to be put inside and the focus needs to be how to best represent Lisa Montgomery. I also am not dismissing either of their abilities at their jobs. David is a good lawyer and Ron an equally good investigator. However, this case, as all death cases, is different and I do not believe either of them have the background or experience to be in charge of this case or make the kinds of decisions that have been made. Frankly, I put myself in that category also, as this is a very difficult case. I also do not mean to lay all the blame on David. I share in the blame and frankly some of the blame lies with Judy and her people. If this case proceeds on with the current team of David, Ron, Phil and myself I do not believe we have the experience or skills to truly uncover the mitigation evidence necessary to present a compelling presentation to save Lisa Montgomery's life. I do not think Holly will stay and even if the experts stay I don't think Lisa will cooperate to the extent necessary to gain the evidence we desperately need. It is apparent she has given up and any cooperation would just be going through the motions and will not lead to meaningful or useful information. I remain convinced we made a terrible mistake and I am afraid the one that will ultimately suffer is Lisa Montgomery.

David is certainly free to disagree with anything I have said in this letter and express his own opinions and perceptions, and I hope he does so. Only then can we have an honest discussion and with the goal of salvaging this disaster.

Susan