**Judy Clarke**

**From:** "Richard Burr" <dick@burrandwelch.com>
**To:** <SHunt5733@aol.com>
**Cc:** <David.Owen@fd.org>; <Ray.Conrad@fd.org>
**Sent:** Monday, May 01, 2006 2:23 PM
**Subject:** RE: (no subject)

Dear Susan and David:

Since the meeting last week, I have become worried about my ability to recruit someone else into the case. Reflecting about how I would talk with potential recruits about what has happened and why Judy was out of the case, I became increasingly uncomfortable. I began to feel that any new lawyer would have similar problems, because I did not think – and never have – that the problems were all attributable to the way you, David, say Judy has treated you. I could not try to recruit someone and be dishonest about my appraisal, and if I were honest I began to think that no one that I contacted would be willing to jump in.

Susan's and Holly's emails have confirmed and deepened my concerns.

I now see what I have not previously seen – that you, David, seem to have a need to control the case, and that this is creating serious problems. It is not my style to exercise unilateral control of cases even where I am lead counsel. I try to reach consensus, and that usually works. However, I have worked with some co-counsel who feel a need to control the case in a more unilateral way. This situation has worked where that person is the most knowledgeable and experienced person in the case – and exercises good judgment. It has been a disaster otherwise. I do not see you having the requisite experience and knowledge and ability to make good judgments in this unique case, David.

It may be that, if you could agree, David, to pitch in and work as a team member and contribute from your experience and expertise, and the control of the case was really in Susan's hands – to exercise in the manner she sees fit – that this could work. Because of her experience, Susan is better able to make the decisions that need to be made in Lisa's best interest. Susan's judgment is that Judy needs to be back in the case, and that she, Susan, should be able to make the controlling decisions in the case where there is no consensus. I support that. I urge you to step back and let Susan be lead counsel and honor her decisions.

Dick

---

**From:** SHunt5733@aol.com [mailto:SHunt5733@aol.com]
**Sent:** Sunday, April 30, 2006 8:37 PM
**To:** dick@burrandwelch.com
**Cc:** David.Owen@fd.org
**Subject:** (no subject)

Dick attached is a letter I have written to you to try to explain the problems with this case from my perspective. I am sending a copy of this letter to David so he can respond and contradict anything I have said and offer his own opinions.

I will also be forwarding both of you an e-mail I received from Holly with her thoughts.

Susan