# LEGAL MAIL

[illegible]
Susan Hunt

Since I have trouble expressing myself verbally even in the best of circumstances, and especially so when I am upset or distressed, it was suggested to me that perhaps I could put in writing how I am feeling about Ms. Clarke being removed from my defense team.

At first, I thought — no problem. Surely I can write down how I feel about it. But I have found it very hard to put my thoughts and emotions into writing. I have never been a confrontational type person, and especially not so in a negative way. So this is hard for me to do.

But I asked myself if I would have regrets later on by not making a stand now? Would those regrets possibly be strong enough that I would feel the need now to say something, no matter how much it troubles me to do so? I feel the answer to that would be yes, and so I'm writing this.

Due to a history of ~~[illegible]~~ problems with lawyers in family courts, I have not trusted lawyers, even the ones appointed to me in this case. I have struggled greatly with being able to trust them.

I've already lost several team members without explanation: Anita Burns, one of the first attorneys appointed, and then Lisa Rickert, an investigator. Because of these losses, I have had to struggle with thinking the members of my defense team [illegible] would

Case 4:12-cv-08001-GAF Document 151-8 Filed 09/03/15 Page 1 of 3

stay after building a relationship with them.

When Judy was first appointed, I went through much of the same struggles with her. I have done my utmost to overcome these issues and learn to trust my attorneys again. Of all the lawyers I have had to date, I have felt the most comfortable with Judy.

I have felt she answered me in ways I could understand and I had started to feel a part of what was going on. I had even agreed to a trial period on medication that I had previously fought taking. I trusted in her advice that I should at least give it a try and when I wanted to quit taking it, her encouragement to keep trying showed she truly cared about my well-being. Being able to find an attorney that understands me and I in turn understand them is a difficult task. I felt I had found this combination in Judy.

And then on April 20, I was looking forward to a much anticipated visit with Judy. Only minutes before the visit I found out she had been removed from my defense team. No explanation was given to me. When I asked what was going on, I feel that information was being withheld from me.

Had I done something wrong? I was not aware of any problems with her, either with the rest of my defense team or myself. And so I have had trouble accepting what has



002/003
05/02/2006 16:48 FAX

happened. I have spent most of this past week in a state of shock. Little things have seemed to overwhelm me. I've had trouble sleeping, yet I don't want to get out of bed to do anything. I've missed out on activities that I once enjoyed because of this. I'm having trouble eating, only forcing myself to do so because I have to. The women here in the pod where I live have noticed changes in me and have expressed concern for my well-being. When I was asked what was wrong, I replied that I had lost all hope.

With Judy gone, it's difficult to have any confidence in the future of my case. Particularly since the decision to remove her was made without any input from me or any prior knowledge of it by me. Am I to now expect the same thing to happen in any other decisions to be made? Removing Judy from my team has been a devastating blow to me. This is a critical time in my life and I need to be surrounded by professionals who I can fully trust and I no longer feel that way.

Throughout this past week, Susan has shown a genuine concern for how I was feeling about this decision and I appreciate her effort to do so.

Lisa Montgomery