**MONTGOMERY DEFENSE TEAM**
**CONTACT INFORMATION**

| | | |
|---|---|---|
| **Stephanie Elliott**<br>stephanie_elliott@fd.org | 818 Grand Ave., #300<br>Kansas City, MO 64106 | 816/471-8282<br>(Fax) 816/471-8008<br>(Cell) 913/645-2400 |
| **Ron Ninemire**<br>ron.ninemire@fd.org | 818 Grand Ave., #300<br>Kansas City, MO 64106 | 816/471-8282<br>(Fax) 816/471-8008<br>(Cell) 816/769-9500 |
| home email; Ron64079@aol.com | | |
| **John P. O'Connor**<br>joconnor@wcllp.com | 4740 Grand Ave., Suite 300<br>Kansas City, MO 64112 | (direct)816/701-1180<br>(Fax) 816/531-2372<br>(Cell) 816/651-7970 |
| **P.J. O'Connor**<br>pjoconnor@wcllp.com | 4740 Grand Ave., Suite 300<br>Kansas City, MO 64112 | (Cell) 816/721-1815 |
| **David Owen**<br>david.owen@fd.org | 818 Grand Ave., #300<br>Kansas City, MO 64106 | 816/471-8282<br>(Fax) 816/471-8008<br>(Cell) 816/863-9860 |

**FEDERAL PUBLIC DEFENDER**
WESTERN DISTRICT OF MISSOURI
818 GRAND AVENUE
SUITE 300
KANSAS CITY, MISSOURI 64106

**RAYMOND C. CONRAD, JR.**
FEDERAL PUBLIC DEFENDER

(816) 471-8282
(FAX): (816) 471-8008
(WEB): www.fpdmow.org

May 9, 2006

CCA
Warden Fred Lawrence

Sent by fax only to: 913/727-2231

Re: Revised Approved visitor and phone number list for Lisa Montgomery

Dear Warden Lawrence:

Please make the following requested revisions to the approved visitor and phone number list for Lisa Montgomery:

Please remove Susan Hunt from the visitor's list, her phone numbers are 913/908-3737 and 913/432-9840.

Please remove Holly Jackson from the visitor's list, her phone numbers are 310/470-2317 and 310/710-4313.

Please add John O'Connor to the approved visitor's list, his phone number is 816/701-1180.

Please add P.J. O'Connor to the approved visitor's list, his phone number is 816/701-1100.

Thank you very much for your consideration and prompt attention to this request. Do not hesitate to call should you have any questions.

Sincerely,

David L. Owen, Jr.
First Assistant

**MONTGOMERY DEFENSE TEAM**
**CONTACT INFORMATION**

| | | |
|---|---|---|
| **Stephanie Elliott**<br>stephanie_elliott@fd.org | 818 Grand Ave., #300<br>Kansas City, MO 64106 | 816/471-8282<br>(Fax) 816/471-8008<br>(Cell) 913/645-2400 |
| **Ron Ninemire**<br>ron.ninemire@fd.org | 818 Grand Ave., #300<br>Kansas City, MO 64106 | 816/471-8282<br>(Fax) 816/471-8008<br>(Cell) 816/769-9500 |

home email; Ron64079@aol.com

| | | |
|---|---|---|
| **John P. O'Connor**<br>joconnor@wcllp.com | 4740 Grand Ave., Suite 300<br>Kansas City, MO 64112 | (direct)816/701-1180<br>(Fax) 816/531-2372<br>(Cell) 816/651-7970 |
| **P.J. O'Connor**<br>pjoconnor@wcllp.com | 4740 Grand Ave., Suite 300<br>Kansas City, MO 64112 | (Cell) 816/721-1815 |
| **David Owen**<br>david.owen@fd.org | 818 Grand Ave., #300<br>Kansas City, MO 64106 | 816/471-8282<br>(Fax) 816/471-8008<br>(Cell) 816/863-9860 |

Fred Duchardt
Tom Moss
Judge Maughmer
Judge Fenner