**Date: March 8, 2005**
**To: Defense Team**
**From: Lisa Rickert, Mitigation Specialist**

**Notes and Impressions from**
**Interview with Lisa Montgomery**
**March 1, 2005 8.25 hours**

Ron Ninemire, mitigation specialist, was with me and Lisa for the first hour. Ron introduced me to Lisa and waited with us for a notary to come witness Lisa sign a release form.

It was obvious Ron has a good relationship with Lisa. She was smiley and friendly with him.
Desiree told her to tell Ron why the kids call her “Martha.” She said it was a name given to her by her children when she would “tune them out.” Martha was the name used when the kids really needed her to respond.

Lisa expressed a desire to speak with a chaplain. Not Wheatley because he is a fact witness. Ron will look into it.

Lisa told Ron and I that she was not going to see her children tonight for visitation. It was just too hard. She can’t see them right now. She doesn’t feel worthy of visits, or their love and concern.

Ron left after an hour and Lisa and I had a long discussion about my role, the purpose of a mitigation investigation, how I work, who I contact on her behalf. She indicated she understood.
She said she wants to die, is not worthy of living if she in fact did this. “They say I did it and I must have. I had the baby.”
However, Lisa said she was okay with me proceeding with my work in an effort to save her life even if it was contrary to how she was feeling right now.
She said she was giving Ron 3 weeks. Three weeks for him to work on her behalf. That is the amount of time she needs to finish some things: settle some things with Kevin, her mother, her brother Tommy, and send her mother a birthday card.

Lisa indicated she is no longer on suicide watch but is being monitored every 15 minutes. There are also regular searches of her room. Lights are on 24 hours a day. She only sleeps 3-4 hours a night. It’s been that way since she was 16.

Lisa said she is not eating much or drinking much and that she is flushing her Triazadone (sp?). She denied saving the pills for later use. Medication was prescribed for sleeping problems.

Lisa was served lunch and dinner while I was there and she took only a couple bites of mashed potato for lunch and one piece of white bread for dinner. She drank milk and coffee.

Lisa wanted to know if I had kids.

Lisa cried often and easily today. Very sad about her losses: children; marriage; simple activities such as tatting, soap making, canning; going out to dinner.

Celebrated her birthday (Feb.27th) by drinking extra coffee and ice cream given to her by staff. She was also given 2 cupcakes which she shared with a male staff who has been nice to her. She sang "Happy Birthday" silently to herself. She seemed satisfied by this. She did not cry when telling me this.

Lisa brought up the fact that her kids and Carl were going to be on Montel Williams Thursday. I told her I planned on seeing her that day but I'd come after the program if she planned on watching it. She was unsure if she should watch the show given the topic and she agreed to switch the channel if she was uncomfortable. She said she does that all the time anyway if there is any program or commercial that shows babies.

We discussed her daily schedule:
9-10 am, recreation and book exchange. She watches some TV and exchanges books. She is reading a lot. She is not crazy about the choice of books.
We discussed that I planned on coming the next two days and she was in favor of missing her recreation so we could talk.

WHAT DOES SHE READ??

She loves a variety of music and had numerous CD's in her car that are not there anymore. The CDs included: soundtracks from musicals, jazz, rock, classical.

Lisa Marie Montgomery
DOB: 2/27/68
SSN: 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

**<u>Family:</u>**

Mother: Judy Shaughnessy, DOB: 3/18/47
Judy lives in Lyndon, KS. Address unk
Judy is married to Dan Shaughnessy who is a couple years younger.
Judy and Dan have no children together. They raise Justin, age 2 ½. They got custody last year.

Lisa's biological father is John Hedberg. She has had no relationship with him. He earliest memory of him was him coming over and bringing her a plastic gas pump for a birthday present.

Lisa thinks her parents were married Aug. of 69 and divorced in 1972.

Judy had a son, Randy, who was stillborn. Randy's father is unk.
Randy's grave marker is in Manhattan, KS at Sunset Cemetary.

Judy showed Lisa the marker about 4 or 5 years ago. One day she invited Lisa to go to the cemetery with her. Lisa's aunts have said that Randy's biological father was a friend of Judy's father.

Lisa said every generation there has been a stillborn child. Her grandmother's first born, Judy's first born and Lisa said she had a still born child.

Maternal side:

Lisa's grandmother had, in addition to the stillborn son, six girls and one boy: Ann, Elsie Miller, Ellen Linderman, Darlene Alexander, Alice Derry, Judy, and Bob Rignell.

Lisa said that she was told that when her mother was 2, Lisa's grandmother got polio. Judy was raised by her father and sister Ann, who was about 16 years her senior. Lisa's grandmother came home after a number of years of recuperation and Judy didn't know her.

Judy insinuated to Lisa that Ann was her real mother, that Ann and their father had an incestuous relationship.

Judy and her mother never go along.

Lisa was told that a letter was written by her grandmother that was supposed to be read at her funeral. She thinks it had something to do with the secret about Ann and her father. Ann was supposed to read the letter but chose not to. Uncle Bob apparently knows about the contents of this letter.

Ann is deceased. She died 2003 of cirhossis (sp?) of the liver. Lisa said the disease was not due to excessive drinking.

Ann was married with three children: David, Dennis, Johnny. All live in Topeka. Judy grew up with Ann's children. Dennis and David hate Judy.

Nelma Springer Rignell, Lisa's maternal grandmother; died 1996 of heart attack.
Nils Rignell, Lisa's maternal grandfather; came from Sweden; died 1982 or 83 of lung cancer.

Lisa's grandmother made all of her own dresses.
Grandfather was a farmer and also worked for the city of Manhattan,KS, she thinks for city maintenance of the parks??

Judy never graduated from high school, she became pregnant and lived with her sister Ann.

Aunt Elsie married Chuck Miller. They have many kids. Lisa didn't know all the names: Mike, Debbie, Charlie, Jimmy, Scott, Stacy. Lisa doesn't know them well. They lived in Sauk Village,IL. Elsie and Chuck moved to Kentucky. Lisa saw this family occasionally on holidays.

Aunt Ellen is divorced from FNU Linderman. Ellen lives in Wamego, KS. Kids: Tom, Tim, Tammy, Tina. Lisa thinks Ellen lives with her daughter Tina. Hasn't seen Ellen since Ann died in 2003.

Aunt Darlene married Marvin Alexander in Alaska. They live in Pipe Creek, near San Antonio, TX. Two kids: Wendy Tribes and Kenny Alexander. Wendy is married, very religious, and has seven kids all named after people from the bible: Hannah, Josia, Jael, Rebecca, Neamiah, Jonathan, and Esther. Wendy and Lisa are close. Wendy has written Lisa in jail. Lisa stayed with this family off and on in her life.
Kenny is a career criminal. In prison right now. Kenny had four children and does not have custody of any of them. Daughter Ashley was raised by Darlene and Marvin. She is now married and lives in Lisa's grandparent's old house in Leanardville, KS.

After grandmother died Uncle Bob bought the house, then Aunt Darlene and now Ashley.

Lisa was always close to Darlene but they recently had falling out. Darlene felt that Lisa should have supported her mother in getting custody of Lisa's brother, Teddy's son Justin.
Because Darlene raised her granddaughter Ashely, she understood how Judy wanted to raise Justin.

Aunt Alice married Vic Derry. Three children: Steven, 38; Ronny, Christina, 27. Lisa babysat for Ronny and his wife Diana's kids. She doesn't know Christina well.
Lisa's family stayed with Alice when they moved from OK to KS. Lisa and Carl or Lisa's mom and her siblings???

Judy was next in line and then Bobby Rignell.
Bobby is married to Cindy, they live in Riley, KS and have two kids: Lonnie, 27 and Brett. Lisa is not close to Bobby.

Right after discussing Uncle Bobby, Lisa said, "I don't remember what happened between 2:19 and 3:01 on that Thursday. Lisa said that she looked at the microwave clock in Bobbie Jo's home and saw those two times but doesn't know what happened in between. She believes the murder took place between that time frame but she has no memory of it.

Lisa said she had been having terrible migraines since Thanksgiving. She was taking a lot of Exedrin Aspirin. Kevin Montgomery was getting mad that she was taking so much medication and yet wouldn't see a doctor.

The Monday prior to the incident Lisa had an incident where she lost time during most of the day. She knows this because Kevin came home from work and questioned her about what she did all day and she had no clue.

Lisa recalls one other incident the Tuesday after Thanksgiving when she was to take a friend, Stephanie Herrick to a movie. Stephanie is married to Richard Herrick. Lisa and Richard were working on a dog breeding project together. The puppies had been born at Richard's and when they reached 8 weeks Lisa was going to take them to her house to sell. Stephanie is in a wheelchair. Stephanie pointed out the following day that it worked out better that they didn't go to the movies and Lisa was stunned that she forgot. She has no idea why she didn't go to the movies or what she did that day. She rescheduled for the following week and pulled her kids (Desi and Chelsea?) out of school to go with to make sure it wouldn't happen again.

Lisa is fairly sure these memory lapses have happened before but she cannot say when. She is only sure of the times when it is pointed out to her.

Lisa bounced to another subject about herself. She was involved in all sort of activities that she will miss: she spun her own yarn, canned food (watermelon pickles, peaches, potatoes, green beans) made jams and jellys, crocheted, tatted lace, made soap, drew pictures, went to auctions. She loved finding deals and called them "her treasures." She also raised animals such as sheep, dogs, rabbits, goats, chickens, a pig, and calf.

Lisa bounced back to talking about Bobbie Jo. Lisa said she drove to Bobbie Jo's house Tuesday and Wednesday. The offense occurred on Thursday. She said that they were unplanned visits to buy Kayla a puppy for Christmas. No one answered the door on Tuesday. On Wednesay Lisa had such a bad headache that she never stopped at Bobbie Jo's house. She got gas in Maryville and her head hurt so badly that she drove to St. Francis in Topeka. Instead of going in she said she couldn't get out of the car because the pain was so bad. She waited in the car for approximately 2 hours before the pain subsided and she drove back home.

Lisa had intended that day to finish her Christmas shopping for Chelsea and Kayla. She had a $70 check from Wendy's Restaurant. She never got any shopping done.

Kayla was supposed to come home, into Kansas City, by bus the following Tuesday. The plan was to pick out one of Bobbie Jo's dogs and pick it up on Tuesday just prior to picking up Kayla from the bus station.

Lisa said she attended three or four dog shows in the past year. July 04 was in Lexington, KY. Kayla went with her. April 04 in Abilene, KS. Lisa met Bobbie Jo Stinnet and her husband Zeb at this dog show. In addition to being around each other all day, Lisa went to dinner with Bobbie Jo, Zeb, Tracy Ramirez and her boyfriend, and a man named Steve LNU. Lisa remembers having a good time. October 04 in Denton, TX.

Lisa had often visited a website run by Jason Dawson for dog breeders. She would share family photos on the dog website. Others shared family stories and pictures as well.

Jason Dawson had the father dog of Bobbie Jo's puppies. (Lisa's story got so fast and confusing I couldn't follow it at all) Jason spread bad things about Lisa to other dog breeders. (I just couldn't follow it)

Lisa told me her brother Tommy killed one of the dogs, Cassie, by running over it with his car. This was when he violated a restraining order. He came to her work and then went to her home. Tommy had to serve 60 days and Lisa says he has another 6 months to serve pertaining to this violation. ??

Another dog, Mia, got run over too.
A third dog, Charm, went with Kayla, but Charm got sick and died.

(Lisa and I returned to talking about family members)

Lisa has no pictures of her biological father.
Judy was age 20 when she had Lisa. Lisa was born Fort Lewis, WA, 10:15 pm. Judy hated John Hedberg. He apparently kidnapped Lisa and Patty for a six week period. Lisa said Aunt Alice would know more.

John Hedberg had three children by other women. One of his daughters, Diana was being raised by his parents in Washington. Judy gave birth to Lisa in Washington. She moved back to Manhattan, KS with both Lisa and Diana, age 5 or 6.

John Hedberg was in Vietnam. Dates unk.

John Hedberg in military in Colorado Springs. Judy, Lisa, and Diana lived there too along with Judy's sister, Ellen. This was Judy's first house she owned.

Lisa was told John got Judy drunk and paid someone to have sex with her and that is how she became pregnant with Patty.

John Hedberg left Judy stating Patty was not his. Judy moved to Topeka, KS. Diana, 8, was placed in foster care and adopted in Kansas.

Lisa said her mother was cruel to Diana. Lisa said when she got older she searched for Diana, posted messages on the website to try and find her. Lisa's Aunt Ann told her to stop because Diana might not want to be found because of how badly she was treated by Judy.

Judy began seeing Jack Kleiner. Jack already had five children: Becky, Jackie, Timmy, Penny, and Terry. Judy was with Jack from the time Lisa was in kindergarten until age 16. First they lived in a trailer in Manhattan, KS. Next they lived in a house in Tulsa, OK. Lisa's bed was a cot in the closet. Then they lived with Jack's parents who are now deceased. This is where they lived when Lisa started Kindergarten. Lisa remembers Jack's mother dying in the home while they lived there.

Jack's other kids lived nearby. Lisa remembers walking to see them.

Lisa in kindergarten when Jack Kleiner killed all the kittens by breaking their necks in front of Lisa. Lisa said this was to teach her that she was not allowed to have cats.
Lisa said the moved again within the year to another house in Tulsa along with Jack's father, a couple of Jack's other children: Penny and Terry. Judy had three children by Jack: Teddy, DOB: 6/6/74; Jerry Jo, DOB: 6/26/75, and Tommy, DOB: 4/6/78.

Lisa had already moved four times just prior to and into Kindergarten. Not only did Judy and Jack move repeatedly sometimes every year or more, Judy also separated from Jack frequently and would move back with her mother.

Lisa began playing violin in fourth grade. Played until high school.
Summer between 5th and 6th grade, she stayed with her maternal grandparents. She was the only grandchild living there. She loved it. Her grandfather's relatives from Sweden were visiting.

When she returned her mother and Jack were living in Oregon, "living off the land."

Lisa said her mother and Jack fought constantly. Sometimes the police were called. Parenting was rigid and abusive by both parents. Children were not

allowed to make noise at the dinner table. You could get a beating if Judy or Jack heard you set your fork on your plate. Once Patty was swinging her legs and they were hitting the chair. Jack tied her legs to the chair with a telephone cord.

Jack beat with his hand or a belt often leaving marks on the backs of legs. Beatings were always naked up until 16.

Lisa would be whipped for her younger brother Tommy wetting the bed. She was blamed for not watching him well enough.

Jack Kleiner, alcoholic, stepfather, physically abusive to both her and sister Patty. Lisa only wore pants and long-sleeved shirts to cover frequent bruises from beatings with a belt. Age 12-14.

Jack's daughter Penny Kleiner is a drug addict living in Tulsa, OK. Lisa said she'd be able to tell us more about her father. Ask Teddy how to get a hold of her.

Judy, Jack, and all the kids moved to Modesto, CA. They all lived in a trailor for three months. Lisa has a class picture that she's not in from that time.

Judy and Jack then moved all the kids to San Antonio. They all stayed with Aunt Darlene until they found a house. Lisa continued to stay with Darlene to finish off the school year (6th grade). She'd come home on Fridays and return to Darlene's on Sunday night. It was during these rides to and from Darlene's that Jack Kleiner began to fondle Lisa. Lisa said she doesn't tell anyone. Jack is not beating her anymore so things are ok. I try to avoid him. "I desperately wanted to live with Darlene. She let us be kids. We could make noise, hike and explore the woods." Lisa recalls Kenny always being a trouble maker. He'd shoot things with his bb gun. Lisa said that Kenny always hated Lisa's mother.

Lisa loved her cousin Wendy who always gave her hand-me-down clothes and books to read.

End of 6th grade, June 1980, Lisa moved with her family to Tulsa. Jack always got jobs in the salvage yard. They lived in a 2 bedroom house.

7th grade Lisa attended Cleveland Jr. High. For once she attended a school for the entire year. She has the year book.

This year, Lisa's mother was sick and in the hospital for a week. Jack had an affair with a neighbor lady who had his baby daughter. The summer after 7th grade Judy and Jack and all kids moved to Sperry in a house in town and stayed for 3 months before moving to a trailer on a farm in Sperry. There was no running water for first couple weeks. They always used an outhouse.

Beatings were frequent, always naked. Jack used his hand or a belt. The beatings were once or week or more often and left marks on legs and arms.

Lisa said that she has a difficult time in jail with strip searches. She wouldn't be naked in front of her husband Kevin with lights on. In jail she sleeps with her clothes on because she is afraid a male jailer will see her changing.

The trailor in Sperry is still there. It is partly burned.

Lisa said Jack was a mean man to his neighbors. Jack would threaten people with a shot gun. Jack had Teddy throw rotten eggs at neighbors.

A couple named Ed and Diane weren't not scared off and may still live in the area. LNU. Lisa babysat for their son. They owned horses. Ask Patty who they are.

Lisa never played sports but she was a cheerleader in third grade for Salvation Army Boys Club.

In 7th grade, Lisa was tutored by Tulsa Philharmonic on violin. Judy sold Lisa's instrument when she was 15 or 16. Lisa is not sure why.

In 8th grade she played French horn in the marching band. She met friends, Carl McCain and Lauri Kime. Laurie married James Blalock and moved to Jackson, TX. She died in car accident.

Lisa never wore shorts in school due to bruises caused by beatings from Jack.

Summer after 10th grade Judy moved the kids to town of Sperry, OK. Judy separated from Jack.

Lisa attended summer program for low income kids at Roger's State College (Upward Bound Program). Lisa worked at horse stables and took courses of interest like pottery and photography.

Age 16, after Judy's divorce from Jack, Lisa work shorts and tank top for first time in a long time. She became very sunburned.

Summer 1984, Judy moved her children in with Richard Boman first to Vera, Ok and then to Cleveland, OK. Lisa was sent for part of that summer to Upward Bound and the other part to Aunt Darlene's in TX. Lisa desperately wanted to stay with Darlene. Lisa doesn't know why Darlene did this but she let Lisa listen in on a phone call from Judy that insisted Lisa return home, not because she was missed or loved, but because Judy needed her to care for the kids.

Judy was now working two jobs and Lisa had to care for kids, cook and clean. Tommy in Kindergarten.

Judy left Jack after an incident where he hit Patty very hard. Judy pointed a gun at Jack. Judy was already seeing Richard Boman and later married him. Richard is father to Lisa's ex-husband, Carl.

Lisa stated that Richard was a mayor, a chief of police, and a correctional officer at Conner Correctional Center in Hominy, OK. Carl and Richard's other son Michael now lived with Lisa and her family.

During divorce from Jack, Judy made Lisa go to counseling. Judy's lawyer suggested it. Lisa attended one-on-one and group counseling. Lisa said she never shared anything with the counselor. Lisa said Judy was distorting why the marriage broke up. Judy blamed Lisa for sleeping with Jack. Lisa was afraid the counselor would break confidences and tell her mother what she said. She never told the truth about the sexual abuse.

Lisa was made to testify during custody hearing for Judy. Lisa said she only said what her mother and the attorney told her to say. When Jack was granted visitation, Judy blamed Lisa for not doing a good enough job testifying.
Lisa said she cannot recall how she felt during this experience of testifying. "I don't' know." (vacant look on face)

Richard Boman used to drive Lisa to her counseling appointments so he might remember the name. Desiree is trying to locate Richard.

Lisa reported that she changed when she turned 16 and was no longer living with Jack Kleiner. She dressed more provocatively, bought her first bikini, started smoking marijuana at 17. Lisa was enjoying her "freedom."

Richard Boman took Lisa to get birth control. Carl Boman wanted to marry Lisa her jr. year of high school. She resisted. Lisa's mother pushed Lisa to marry Carl.

Carl gave her a ring and Lisa gave it back. Lisa's mother was mad at her. Lisa said she wanted me out of the house.

Lisa said Judy was "screwing around on Richard."

Lisa was babysitting and Judy would take the money she earned. Brenda and Don Knott. Brenda found out and gave Desi more money so she could keep some and give her money the rest.

Lisa and Carl on bowling league with Judy and Richard. Lisa said she used to get high and bowl.

Carl got into some legal trouble when Lisa was still in high school. Lisa said she didn't know what it was for. Lisa learned in her family "Don't ask."

Lisa made plans to go to the air force in August. Richard took her for all the tests. Lisa found out she was pregnant with Desiree in July 1986. Lisa said she was so disappointed and felt trapped. She married Carl August 21, 1986.

Carl got a job same correctional facility as Richard.

Richard and Judy moved to Texas and moved back again with in that year.

Lisa said she slept with other men before, during, and after her marriage to Carl. She is not sure Desiree is his daughter.

Brenda Kelly, Waverly KS, attorney for Bonnie ?, mother of brother Teddy's children. Lisa was going to call Brenda to write a legal response to Carl's child custody request on Dec. 13. Brenda was on vacation through the Christmas holiday.

Kevin Montgomery very controlling of Lisa. Kevin's first wife cheated on him so he did not trust women. Lisa's mother fueled these feelings in Kevin by telling him Lisa was sleeping around. Kevin made Lisa carry a cell phone and he insisted on knowing where she was and who she was with. Lisa didn't like this and when Carl and Laurie came to OK for a weekend, Lisa didn't tell Kevin what she was doing. She spent all weekend partying with Carl and Lisa. When??

I checked with Lisa almost hourly if she was doing ok and if she wanted to continue. She responded each time that she was doing fine and wished to continue.

Desiree was not planned. She might not be Carl's baby.

Lisa became upset and talked about her concerns that her mother is plotting to get her children. She had done it once before. Just prior to her divorce from Car the first time, Judy and Carl had taken Desiree, Chelsea, and CJ to CA. They wrote Lisa a letter telling her they were not returning the children. Lisa was so upset she slit her wrists. She did not seek medical treatment. She had some friends who were in the home and bandaged her wrists. (Shelly, Tim, Brett, LNU) Brett was someone Lisa was sleeping with.

The first time she tried to commit suicide was age 14, after her mother and Jack Kleiner had a room built on the trailor for Lisa. Lisa knew that would allow Jack access to her. She swallowed “a bottle” of aspirin. MEDICAL ATTN?

Lisa said that just prior to the offense date, Carl had sent a letter notifying her that he was again seeking custody of the children. She was fearful. Thought she was losing her kids. Lisa’s migraines became worse, she had episodes of losing time.

Lisa knows that her mother is providing Carl with a place to live and supporting him in his efforts to get custody of the kids. When Carl has them, Lisa believes that her mother will turn on Carl and start telling lies to get custody of the children for herself.

I checked with Lisa almost hourly if she was doing ok and if she wanted to continue and she indicated yes. Lisa was receptive to us talking tomorrow as well.

End of interview 5:20 pm

**Notes and Impressions from**
**Interview with Lisa Montgomery**
**March 2, 2005 (6 hours)**
**March 3, 2005 (1.5 hours)**

Lisa’s mood was brighter today. She was less tearful. She only ate a couple bites of her lunch.

Lisa talked about a secret she knows about Carl that she will reveal if she needs to keep her children safe from his influence. She told me that Carl was once married to a woman named Cindy. Carl was in the Navy at the time. Cindy cheated on Carl. Carl killed the man. She said he thought for sure he’d be caught and never was. Incident occurred in Norfolk, VA.

Carl had a daughter by Cindy who was killed in a car wreck at 16.

Carl had a girlfriend who was pregnant at the same time Lisa was pregnant with Desi. After Lisa and the other woman had their babies, Carl made her go over to this woman’s house to compare the babies—see if they both looked like him.

Lisa decided to allow Desi and CJ’s visit last night.

Desi told her she got an underage drinking ticket.
Desi upset about Lisa's family talking to media.
Lisa very upset after seeing her children. She enjoys seeing them but feels overwhelmed by what they tell her: Chelsea dyed her hair and is running the streets; kids not in school and will be home schooled by Carl.

Lisa described her children:

Desiree—"My little adult." Desi was really shy. Not anymore. Desi is very responsible. She is an FFA officer, cheerleader, was sent to Asset Building Conference recently in MN. Because of how responsible Desi is Lisa and Kevin bought her a truck to drive at 15.
Desi always did her chores.
Desi played basketball, worked at Wendys, babysat. Currently living with Joy and Roger.
Desi currently volunteers at Fast Track, a program at the community center where she teacher kids cheerleading and crafts.
Desi has boyfriend, Brett Cole, currently in Iraq since Feb. 04

Brett's mother, Mary Ann George from Lebo, KS attended the dog show with Lisa and Desi in Tx. Mary Ann's daughter Emma, 11 went along. They stopped to see Brett in Lawton, TX after the dog show.

Desi kind, generous, responsible, nurturing. Lisa says she is very close to Desi. Desi tells her everything. "Desi went through a lot with me. During all my drinking periods."
Desi was unwanted. I didn't hold her as a baby. I let her cry. Lisa admits to physically abusing and emotionally neglecting Desi in her early years.
It wasn't until the first year in NM when Desi, starving for attention was so helpful to her mother. Lisa finally recognized how "sweet" Desi was.

Lisa struggled in school. Lisa said she asked for her to be tested. It never happened.

Fall of 97 and 1998, Lisa drank every day. She drove drunk with her children in the car. She had one accident while drinking. She hit a deer. Was reckless in the car with her children.
Her friends in NM bought her a big bottle of Jack Daniels that year. "They knew what I wanted."

Patty Maddox was a friend during that period. Patty's daughter Cheyenne Teague was a friend of Kayla's from school. Lisa and Kevin stayed with Patty when they visited NM in 2000 or 2001.

Desi mothered the other children particularly Kayla. Lisa admits she wasn't capable of caring for the children during this period.

Lisa changed the subject when she thought about two jobs she hadn't told Ron NInemire about.

Age 15, Lisa worked at a café in Sperry, name unk . Didn't get paid a wage. She received a free lunch which she was grateful for. She was attended Tulsa Co. Vo Tech at the time (summer)

Age 17, Lisa worked at a salvage yard in Sperry, name unk. Not same one as Jack Kleiner.

Carl McCAin, friend from Sperry is back there living with his parents. He'll be able to show us where they lived.

Back to talking about Desi. Lisa found out she was pregnant at 3 mo and never saw a Dr. until 7 mo. Lisa admits she had no clue how to care for a baby. She did not breast feed.
Desi colicky. Needed special formula. Lisa had no money. She called her mother who purchased the formula but when she brought it over Judy expected a favor for having done this for her.

Lisa acknowledged that this is the way her family operates. Everyone expects something, no one does anything for anyone with no conditions attached, and everyone blackmails everyone.

Judy never watched Desi when she was younger. She was still upset Lisa didn't allow her in delivery room when she gave birth.

Aug. 86 lived in Cleveland, OK
Oct. 86 lived Hominy, OK . Lisa worked night shift at nursing home.
Jan.88 Moved to Cleveland, OK, trailer.
Moved again within couple months to bigger trailer outside of town.

Chelsea:
Chelsea never forgave Lisa for being sent with Carl for three months during period of divorce.
Lisa left Carl during her pregnancy. They planned a get-away with Desi to work things out. Got in car accident. Lisa hit head. Taken to Fairfax Hospital.

March 88, someone called Dept. of Human Services to report neglect of Desiree. Lisa thinks her mother called about Desi's diaper rash. Lisa said she got the rash from diapers her mother used on her. See journal 1988 about this.

Chelsea easy delivery, happy baby but sick a lot. Chelsea was allergic to diapers, soap. Lisa breast fed. Used cloth diapers.

Lisa calls Chelsea, "My loveable child." 5lbs at birth. Lisa said Desi never wanted to be held but Chelsea was a cuddler.

Chelsea and Desi struggled with learning. They were tested for lead poisoning and their blood lead levels were high. Tested in Bartlesville. Family moved to Hominy due to lead issue.
Three moves in 1988.

After Lisa and Carl divorced in 1998 and Carl took Chelsea and CJ for three months, Chelsea was angry at Lisa, never trusted Lisa. Lisa said Chelsea became disobedient and started lying.

Chelsea's visits to CCA are very emotional.

Chelsea is meticulous about hygiene, white teeth very important, attention seeker. Chelsea played volleyball, worked at Wendy's until Dec. 04.

Lisa pulled all kids out of school when they lived in NM. Home schooled in 1997.

Chelsea was a planned baby.

Carl Jr. (CJ)---not planned, not wanted. Lisa and Carl couldn't afford another child. Born 10/20/89 in Bartelsville, OK. "Delivery ok I guess." Lisa wouldn't let Judy in delivery room. Judy was angry. CJ was happy but sickly baby.
Carl left Lisa when CJ was six weeks.. Carl took Desi to CA for five weeks. Lisa working at Ponca City gas station. She'd take CJ to work.

Lisa not sure if marriage is over. Lisa slept with Gerald Upshaw, brother-in-law to her friend Roberta Upshaw. Lisa became pregnant by Gerald.

Feb. 90, Carl and Judy take off to CA with Desi and Chelsea.

Lisa's relationship with Gerald lasts until about March 1990.

Lisa went to Tx with CJ on her way to CA to get her other children. She stays with Aunt Darlene. Lisa had no money. She counted on tax money to get her back from CA to OK but Carl spent the tax check by the time she got there. She had no money to get back to OK so she stayed in CA.

Lisa stayed in trailer with Carl, the kids, Carl's sister and her husband and child. There was no food and no money. Carl worked as security guard and for Pepsi.

When Lisa found out she was pregnant with Kayla the news didn't go over well. Everyone knew the baby wasn't Carl's. Carl's sister was mad. Richard Boman was supportive so Lisa moved in with Richard and Judy June and July 1990.

Lisa was on welfare, saved money and bought an old van. She planned to leave for OK but she had Kayla 10 weeks early. Kayla in hospital 7 weeks.

Lisa moves back with Carl in trailer on same property as Richard and Judy.

Desi in hospital three times in six month period: herpes cold sores, high fever and dehydration; hit by baseball bat by Carl during family outing. Desi lost consciousness. The third visit was Desi in car accident with Jerri Kleiner and her boyfriend. The car rolled. Desi broke her arm and jaw. She had mouth wired.
Desi seen at Children's Hospital in San Diego for all medical needs.
Carl was seen once at hospital during this time. Carl drank a poisonous chemical that burned his throat. The worker who left the chemical came to hospital with Lisa to explain what happened.

Very chaotic time in CA. Lisa's sister Patty left her two children for Lisa and Judy.
Carl not a help at all with children.

Teddy and Michael (Richard's son) both stayed off and on with Judy and Lisa during this period.

Easter 1991. There should be a video. Lisa visited Carl's mother and grandmother with all the kids.

On that same vacation, Judy went back to OK with Tommy, Teddy and Jerri to bring them to Jack's to live. Lisa said Jack got drunk and told Teddy what he had done to Lisa. Kids refused to live with Jack. Teddy started to have major behavior problems.

During this same easter vacation, Lisa brought Kayla to Roberta Upshaw's to show her "her niece." Lisa said Gerald was with another woman. She never saw him again.

Lisa wants us to ask Roberta if she'd consider taking Kayla.

Lisa returned to CA after Easter vacation but life with her mother was too chaotic. Patty and Jerry both fighting with Judy. Lisa said Judy was planning on planting drugs in Patty's car in order to get Patty's children.

Summer 91, Lisa packed up her children, Carl and Teddy and moved to Bartlesville, OK. Teddy went to jail for shooting bb gun at Patty.

Lisa and Carl stayed with his mother and then moved to house. Lisa worked Braun's and then nursing home-night shift.

Early 1992. Carl and Lisa move to bigger house. Carl making good money so Lisa isn't working. Teddy moves in. Lisa left the family and got an apartment 2 blocks away. She left Teddy with the kids.

Lisa was sleeping with someone, working at Kentucky Fried Chicken, seeing the kids every day but not caring for them. Lisa went out with friends every night.

This is the time Lisa made the tattoos on her hand and back or shoulder area.

Lisa was gone from June-August 1992 and then moved back in with her kids. Her and Carl have no sexual relationship. Carl works all the time. Lisa said she cares for kids, runs errand for Carl's mother and grandmother.

Lisa said that prior to moving to OK summer 1991, she called the father of Patty's children to come get them. She didn't want her mother to get custody of Patty's daughter. He did come and Jessica is now living with him. Judy is furious.

Lisa said Jerry became pregnant during this period and moved to Ohio so her mother wouldn't try to get her child.

Christmas 92 video. Mother living in OK. Lisa sees her regularly. Carl making good money but relationship is nothing. Lisa partying with friends all the time.

Susan Brokshire, school counselor of Lisa's at Sperry thought Judy burned Lisa. Lisa said she leaned back on a furnace and burned her back. (high school)

Going back to 1992 time period, Lisa said her mother repeatedly called social services on her. Lisa said the social workers knew her mother was not credible given the number of calls they received. (Washington Co., Bartlesville, OK)

May 93, Carl moved all of Lisa's belonging and home furnishings to storage. Left her with nothing. Filed for divorce the next month.

June 93, Lisa and Carl in car accident. Hit two cows. Lisa had neck and head injuries. Lisa said when she was on pain meds that influenced her judgment she signed papers for custody she didn't mean to sign.

Two weeks later her mother and Carl are in CA with her four children. This is the time she is with friends: Brett, Shelly, Tim, when she cuts her wrists.
Brett is boyfriend.

July 93, Lisa and Brett drive to San Diego to get her children. Imperial Beach Police called. Lisa said she is hysterical. Returns to OK without children. Lisa returns to CA with Brett. Confronts her family at a church. Police called again. Judy and Tommy, Jerry, Richard all take off to TX with the children. Lisa returns

to OK with Brett. She is depressed, on anti-depressants, has bad headaches, sleeping with Brett, unemployed.

Lisa's friend Brett, Shelly, Tim help Lisa with place to stay. Lisa goes to court and gets joint custody with Carl. Carl has moved back to OK.

Social service referral summer 93 to check on inappropriate sexual behavior from Kayla.

October, 93 Lisa got custody. Carl wouldn't work so he didn't have to pay child support. Carl began treating Lisa really nice, he became involved with the kids. Lisa moved back with Carl Dec. 93. Lisa's friends: Shelly, Brett, Tim were furious after all they'd done for Lisa.

Feb. 94 Lisa and Carl and kids moved to AR. Lisa remarried Carl June 94. Desi still had wires on teeth from when jaws wired two years before. They moved so much they were never able to get it done.

Lisa describes their time in AR as good life, little money. They were away from chaos of her family. They were poor but she never considered that a negative. She just became more resourceful. Lisa learned to quilt from a neighbor.

By Aug. 94 the honeymoon was over. Carl moved back to Bartleville. Lisa moved soon after. Moved into Carl's mother and grandmother's. Not enough room or beds. Stay for about one year.
Lisa worked for home bound woman: Jan McClound paid for car for his wife Tammy, who had shot herself in head but lived. Lisa also worked Melody Ice Cream truck. Very poor but everyone pitching in. Lisa hadn't had contact with her mother for 2 years. Lisa and Judy reunited in July 95. Mom visited and wanted to see kids.

July 95, Lisa and Carl move to NM with Judy and all kids. They live in place with no running water, no heat, wood stove, wringer washer. Very poor. Got close to kids. We all had to work together.

Lisa worked Deming Newspaper, delivering papers for grocery money. Kids drive along.
Carl never home. Always at Moose Lodge with his father.
Lisa gardened, butchered rabbits and chickens for food. Neighbors helped with eggs, drank goat's milk.
Lisa said, "marriage was not good but life was not bad."

Carol Roach, friend from NM. Carol had daughter in Desi's class. Carol has written Lisa in jail.

Spring 96, Lisa and Carl moved into one bedroom trailer. Not enough room for everyone. Carl leaves Lisa summer 96. Lisa said he left because he told her not to attend a family reunion and she did. Lisa increased hours at work. Received help from supervisor Tamara Montez. She gave money advances and clothes. Lisa lived in that small trailer until March 98. Tommy lived with Lisa in trailer sometimes.

Carl moved back in Dec. 96 and left again sometime in 97. Carl had girlfriend and was in and out of Lisa's life.

Lisa's trailer was on Mom's property. Mom sleeping around. Richard left her. Judy married Hector Ochoa.

Mom accused Lisa of sleeping with Richard.

Spring 97, Lisa pulled kids out of school and home-schooled.

Carl moves to OK Feb. 98 and takes CJ and Chelsea. This is the time that Chelsea is angry about.

Lisa rents a bigger trailer in NM and allows a woman to live with her to care for kids. Her name is Norma LNU>
Lisa working at Country Club Gas. No longer delivering papers due to car accident that occurred on job (1/98) Kayla and Desi in car too.

**Doug Anderson and** girlfriend Fern took care of Lisa's kids while she went out and partied.
Is this the Doug that attended Lisa's wedding to Kevin????

Lisa partying all the time with Patty Maddox, getting couple hours of sleep.

Lisa dated Tim Flynn, asst DA in Luna Co. NM. She'd known him two years. He wanted to marry her.

Lisa also dated her divorce attorney, Robert Turner May-July 98. He didn't charge her for filing for divorce.

Lisa servied Carl with divorce papers July 98.

July 3, 98, stayed with Judy in Topeka. Judy now with Danny Shaughnessy.

Lisa working at Wells Fargo where she met Kevin. Lisa's duties were security guard at Essex.

Back to describing the kids.

Carl— (CJ) was happy child, quick learner, tall and thin now, looks like Chelsea, loves all kinds of music, has asthma, but not as bad as Chelsea, reads a lot, frugal, no friends his own age—same as Chelsea. CJ dropped out of sports, fascinated with ships, bright.

Lisa bought CJ hard cover books and model ships. Gifts that would last forever.

Kayla—Lisa was afraid she would die at birth so Lisa didn't see her much. Judy kept telling Lisa Kayla was going to die or be brain damaged. Judy called Lisa a baby for expressing any sadness or grief over Kayla. Carl and Judy insisted that if Kayla were brain damaged that Lisa would have to give her up. "They weren't caring for a bastard who wasn't normal."
Kayla was delayed about a year in everything. Only 4.5 lbs when she left the hospital.

Kayla has no learning difficulties now. In same grade as CJ.

Lisa's friend Laurie Blalock (KImes) died in car wreck this summer in OK. Lisa very sad over her death. Has hard time remembering when funeral was. She thinks summer sometime.

Lisa cannot recall last names of Shelly, Brett, or Tim but drew map to Tim's house. In Bartlesville.

**Demonstrative Evidence that Ron and I need to locate:**

Video (old tapes) of her at age 17 or 18. Cousin David Kidwell has them. David is son of Aunt Ann, now deceased.

Two yearbooks. That's all she has. Lisa needs to look through them. There is a girl who slept over in high school. Lisa barricaded the door so her stepfather wouldn't come in and want sex. Lisa told this girl about the abuse. She can't recall her name but if she sees her picture she'll know.

1988 journal

END of interview 3/2/05

**Notes and Impressions from**
**Interview with Lisa Montgomery**
**March 8, 2005    3 hours**

Lisa immediately asked if I'd heard what happened on Friday night and what's happening with her now. She asked if Ron told me, but before I could respond she said she is feeling so much better, she's eating, she's sleeping a lot, and she's gone to the bathroom. I asked what happened and she said that on Sunday afternoon she woke up from a nap or she's not sure she was sleeping but two angels came to her. The angels are with her all the time. Although she felt their presence while we were together they were not present to her the way they are in her room. "They are beautiful, soft, comforting." They are neither male nor female. They have no distinct facial features. They hold her hand, sit with her, talk to her, help her decipher bible passages, help her work out her daily stresses/dilemmas. She was told by the angels not to drink coffee or tea, not to watch television, to eat, drink lots of water, trust her defense team. The angels have helped her to not feel overwhelmed and to take one problem at a time.

The angels have encouraged her to be strong, patient, and forgiving of herself. They have told her they have always been here she just chose not to see them.

The angels taught Lisa a song that is very comforting. She sings it all the time or hears the song in her head. I asked her to sing it and she sang:

*When I go down to the river to pray, studying about that good old way*
*and who shall wear the robe and crown (or starry crown), oh Lord show me the way.*

*Oh brother (father, sister, mother, sinners) let's go down, let's go down, come on down. Oh brother let's go down, down in the river to pray.*

I began singing along and she wondered how I knew it. I asked her if she had ever seen the movie, "O Brother Where Art Thou." She had but a long time ago. She didn't recognize it as a song from that movie and she had never known the words to the song other than that time when she watched the movie.

She said the angels taught her every word. I asked more specifics about the song and she knew that "robe and crown" is sometimes replaced with "starry crown" and that when you sing the chorus about mothers you change the words a bit.

She loves the song and sings it often. It comforts her. The angels helped her understand a particular bible passage that discussed God as "The Way" and so the song has a special significance as it talks about "studying about that good old way."

Are you asleep or awake when the angels communicate with you? "I don't know." She thinks awake. She has see there presence and talked with them and then looked over at the guard who seems to be completely unaware that they are with Lisa.

She doesn't want them to know but she is told by the angels which guards might be open to hearing about what she is experiencing.

While Lisa is talking to me she is euphoric, calm, serene, her heart if full of joy, incredibly happy.

Lisa showed me her marks on her left wrist and the sore hand and broken hair and described her behaviors on Friday night. She described having a visual image of herself as a porcelain doll that was smashed on the floor in a million pieces. Lisa said she had intense headaches on Thursday night. Unsure about Friday. She said that she knows that she won't try to kill herself again because the angels said they will leave her forever if she did.

Lisa said since the angels are with her she hasn't felt like crying, everything seems clear, more manageable. The things in her life that are still stressful, like her relationship with her mother, or her visits from her children, will all work out or just have to wait until she is told how to manage the situation.

Last week Lisa struggled with wanting to send her mother a birthday card on March 18th feeling like her intentions were not "pure." She wondered if she only wanted to send it to cause her mother pain or make her feel guilty. The angels helped her understand that she should send the card and only sign her name.

Lisa had a completely different view of her mother this week. Lisa said she does not wish any suffering on her mother. When she visualizes her she sees her in "God's jail." Lisa said she worries about her mother because she has to face God's judgment someday and it won't be good.

In addition to the angels, Bobbie Jo or her spirit visited Lisa. Lisa said she was very pretty. Bobbie Jo sat on the side of the bed and held her hand. She told Lisa that she forgave her and that Lisa must forgive herself. Lisa initially said that she and Bobbie Jo talked about some other things but didn't elaborate. She later revealed that Bobbie Jo explained that she and Lisa were part of a larger plan and that Lisa doesn't know the entire reasons or purpose but she will know when the time if right. Bobbie Jo explained that she had to die and that Lisa had to be part of that, and she had to "shatter" in a many pieces like the porcelain doll so that she would know what to do when the time came for her purpose to be known. Bobbie Jo said Lisa will some day be called upon to save someone else but she wouldn't be able to do it if she hadn't gone through what she did.

Lisa stated that she felt no pain when she was banging her hand on the door, or scratching her wrist, or pulling out her hair. Lisa does not feel that she needs to be on suicide watch but she said Dr. McCandliss has told her she cannot get off unless Lisa tells her what she was thinking and why. Lisa does not quite know how to answer this and is also mindful of her attorney's warnings to not talk to Dr. McCandliss. Lisa said she isn't going to worry about being on suicide watch. It was out of her control, she was not going to talk with Dr. McCandliss. However long they decided to keep her on suicide watch was ok. She again reiterated that the angels have taught her to handle situations one at a time so as not to get overwhelmed.

Lisa was beaming and excited about her new purpose in life.

The angels told Lisa that she would one day hold her grandchild. She is unsure whose baby. She said "I can smell it, I can feel it, the blanket is fuzzy." Lisa again was beaming and she talked about this and her body was reacting as if yearning to hold a baby.

Lisa would later say again how happy and exited she was that her future held these two promises: holding her grandchild and saving someone.

Lisa beamed, "I can say Bobby Jo's name without crying." "I can see children on the TV without feeling pain." Last week Lisa said she could barely watch TV and had to keep switching the channels every time a child came on a program or commercial.

Lisa cannot receive visits while on suicide watch. She hopes Desiree doesn't worry. When I asked if she was willing to see her children when she got off she said "I don't know." She would wait to see how the angel's guided her on this. The children's visits have been stressful.

Lisa was very interested in hearing how Phil Thompson's visit with Kayla went.

I told Lisa I was going to be seeing her brother Tommy tomorrow. She said to tell him she loves him, she is sorry she couldn't see him this week and is sorry for the troubled relationship they have had. She is ready and anxious to see him when visits are allowed.

This attitude was much different from last week when she indicated that she had "business" to take care of with Tommy. Lisa seemed angry about him. She made it sound like he was one of the ones she needed to resolve some things or get some things off her chest before dying.

Lisa expressed her desire to live. She said the angels told her to trust her defense team and she wants to help in any way. She wanted us to get right down to business knowing I had questions. I told her I would like to know more about

her education history and she said lets get to it. She stayed on task throughout my interview questions on this topic and when she strayed with a story she is the one who said, “I'm getting off topic” and came back to answer the question. This was completely different from the week before where she was frequently getting sidetracked with a story and I'd have to bring her back.

Education

Kindergarten- (1973-74) Lisa attended a school in Manhattan, KS. Name unk. She has a class picture somewhere in her possessions. The name of the school might be on. She remembers a female teacher, a metal doll house with furniture, taking naps on little rugs. Lisa said she could read by age four but does not know how or who taught her. Her mother never read to her. Jack Kleiner's sister-in-law Jose Kleiner, who was married to Jack's brother Jerry worked in the school cafeteria and would drive Lisa home from school sometimes. Kindergarten at this school as a happy time. She felt safe. She saw the school years ago when she was with her mother to go see the grave marker at Sunset Cemetary of Randy (Judy's stillborn son) and the school is unused and falling apart.

Judy and Jack moved to Tulsa, OK.

Second half of kindergarten (1973-74)—Lisa said as often as her mother moved her she always tried to transfer the kids during a semester break.

Lisa attended Pershing Elementary. Lisa is not sure if she minded transferring. Lisa walked to this school. She made one friend, name unk, Korean girl adopted. Has no memory of teachers or experience.

First grade and first semester of Second grade—( 1974-75)

Lisa still lived in same house but was forced to transfer schools due to desegregation polices. She was bussed to Chouteau Elementary in Tulsa, OK.

Lisa remembers liking school, female teacher, was taught sign language so they communicate with deaf students at recess. Lisa remembers liking learning.

Judy and Jack moved to a house on Xyler St. Lisa had to move schools again.

Second half of second grade (1975-76) Lisa attended Jackson Elementary in Tulsa. She shared a bedroom with baby Jerri. Jerri had leg braces. Lisa walked to school, no memory of teachers or making friends. “you don't have friends if you know you're going to move.”

There should be a picture of Lisa and her family Easter time. All kids received a new dress and they'd attend church.

During this year, Lisa and Patty did something wrong and Judy cut their hair short like a boy. Lisa said her mother told her "only good girls have long hair."

Jack's sister visited and saw they children had no toys. She bought Lisa a doll. "We didn't get new things."

Jack's daughter Penny would live with them every summer. She'd babysit, make matching halters for her and her doll.

Third grade (1976-77) Jackson Elementary in Tulsa, OK
Recalls more than one teacher. Names unk. Liked school, was a cheerleader for the Boy's Club. Made art projects but wouldn't take them home because Lisa's mother would throw them away. Lisa said her IQ was tested this year and was told she could advance to 4th grade but her mother wouldn't let her.
Lisa got in trouble with other kids for putting tacks on chairs. Lisa said she was whipped at school and then again at home.
Lisa often visited a neighbor lady who allowed her and Patty to watch television. They were not allowed to watch TV at home. This woman, name unk, took her to the circus and to the airport to watch the planes. Lisa thinks she might have worked at the airport.

Jack and Judy moved again in Tulsa, OK. Lisa doesn't know the reasons for the frequent moves.

Fourth and Fifth grades (77/78 and 78/79) Lisa is enrolled back at Pershing Elementary. Lisa is reacquainted with her little Korean friend but wasn't very close. Lisa had to get home after school to help with childcare. She was never allowed to go to friend's houses or have a friend over to her home.

Family rules were very strict and punishment harsh. Children were not allowed to make any noise at the dinner table and that meant that you couldn't make noise setting your fork down on the plate. Once Patty was swinging her legs and they were hitting the chair. Jack tied her legs with a phone cord.

Judy was working for ARA (book distribution business). Lisa expected to help care for kids although they had a babysitter during day. Penny stayed with the family every summer.

Lisa doesn't remember any teachers or friends. She read a lot. She read Little Women. She won an award (an uncirculated coin set—later stolen) for reading the most. Began violin lessons.

Summer after fifth grade Lisa stayed with her grandparents. She loved this summer. She met her grandfather's relatives from Sweden.
Judy and Jack made plans to move their five children to Oregon to live off the land. They made it to Modesto, CA and stayed for three or four months.

Lisa attended half of sixth grade in Modesto. Name of school unk. It was an elementary school. She has a class picture from this school year even though she isn't on the picture. Doesn't recall teachers. Went to camp for one week where she learned outdoor survival skills. No friends. Lisa said she continued to get As and Bs in her classes.

In January Judy and Jack moved all five kids to San Antonio, TX. They stayed briefly with Aunt Darlene until they found their own place. Lisa doesn't recall name of school. Same school as her cousin Kenny. The second half of sixth grade was in a middle school. She doesn't recall teachers or any friends. She learned how to crochet and embroider. She made project for Aunt Darlene (doily and pillow). Cousin Wendy very good to her. They went to many movies. Wendy bought her books and gave her clothes.

Lisa got off track from what we were talking about and said that she had received letters recently from her friend Carl McCain, Kevin, and some woman who had written her from out of state. Lisa was thrilled to hear from Kevin who indicated he'd always be there for her. Lisa said she wrote back to this woman she didn't know.

Lisa apologized for getting off track and came back to the topic of education.

Judy and Jack moved back to Tulsa, OK summer after 6th grade.
They stopped to see friends in Winfield, KS. Names unk. Went to Denny's Restaurant to celebrate someone's birthday because they got a free meal. They never went out to eat so this was a big deal. They had no place to live when they reached Tulsa. They slept in car, got a paper the next day, and rented a small 2 bedroom. Lisa shared a bed with two sisters. She was eventually moved into the laundry room.

Jack Kleiner began fondling Lisa during sixth grade.

Seventh grade (1980-81) Cleveland Jr. High School in Tulsa, OK.
Difficult year in some ways. She said she kept her grades up but physical abuse by Jack Kleiner was often and severe. At least weekly Lisa received a beating by Jack's hand or belt, naked. She wore long sleeves and pants so people wouldn't notice bruising. She got in trouble for losing gym uniform and almost failed PE. Teacher was Ms. Wells.
Geography teacher, Mr. Verkins.
Has yearbook from this year.
Played first chair violin

Judy, Jack and family moved again to Sperry, OK

Eighth—eleventh grades (81/82, 82/83, 83/84, 84/85) Sperry Junior High and Howard Brookes High School.

Lisa lived in trailor with family. Was sexually abused by Jack Kleiner.
Refused to take gym class.
Struggled making friends. She was in band and made two friends: Laurie Kime and Carl McCain. Carl is currently writing Lisa. Laurie was married and died last year in car accident. Lisa describes their relationship as an intense bond. Lisa, Carl, and Laurie were all in marching band and attended all football games. Lisa played French horn.

Lisa's grades dropped. She still had some As and Bs but more Cs.
Lisa never remembers bringing homework home in all her school years.
Lisa always had to help with childcare, chores, feeding animals.

While Lisa was talking she was trying to recall names and dates and she said she had a headache. She said she was remembering things in "flashes." She said it was intense. I asked her about her headache and suggested the "paddy cake" remedy. She wouldn't do it and said her headache was "not that kind."

Lisa missed a lot of school. Judy kept her home to care for the kids. When Judy's father died her and Jack left Lisa alone with the kids for a week. Lisa had Tommy sleep with her. She didn't want to be alone.

Lisa had a friend, Jada Brinkley. Her father made Jada and Lisa a wooden hope chest. Jada was in band with Lisa. Lisa took hope chest when she moved out of house at age 18.

Eleventh grade was Lisa's worst. Judy and Jack separated. There was a bitter divorce battle and custody hearings over the children. Lisa had to testify. The family moved three times after the split: town of Sperry, Vera OK for summer and finally Cleveland, OK.

Lisa dropped out of band 11th grade. She had to take care of younger siblings.

Judy moved the children to Cleveland, OK because she was in a new relationship with Richard Boman, who was a correctional officer in Hominy, OK.

Lisa said Richard bought a 4 bedroom home and she got her own "real bedroom with a lamp."

Lisa said it took awhile before she trusted Richard but he talked with her about what she had gone through with Jack and that he respected her boundaries (not those words). He would argue with Judy about meeting Lisa's basic needs. She had no bra, deodorant, nice lotion. Richard provided all this and Judy got mad at him. Richard always said a gift shouldn't be a "need" it should be a "want." He wouldn't buy her tennis shoes that Judy insisted she get.

Lisa not allowed to listen to radio at home so was unable to talk with fellow students about music.  She would sneak and listen to “Top Ten at Ten” and memorize and the songs so she could talk intelligently to fellow students.

When Lisa earned money she bought herself a stereo.  Richard supported the idea.  Judy was angry.  Judy told Lisa she should be buying her own school clothes.

Lisa moved out of the house the day after she turned 18.  She moved in with Carl Boman, Richard’s son.  Lisa continued her schooling and graduated.  Her mother made some snide comment that she was surprised she graduated.  Richard bought her an outfit to wear.

There should be pictures of graduation day.

Lisa babysat for Don and Brenda Knott’s four children: Christopher, Cameron, Kathy, and Kenna.  Judy always took Lisa’s money.  Brenda found out and paid Lisa extra for her to keep.  Lisa bought bargain dishes in preparation for moving out at age 18.

Age 18 there was a family get-together and David Kidwell, cousin has a video of this event.

Judy moved to Texas right after Lisa graduated.

END