**LISA A. RICKERT, MSSW**
**Forensic Social Worker**
**P.O. Box 44331**
**Madison, Wisconsin 53744-4331**
**608-826-4271**
**608-826-4275 (Fax)**

August 8, 2005

RECEIVED

AUG 12 2005

FEDERAL PUBLIC DEFENDER
WESTERN DIST. MO.
KANSAS CITY

Susan Hunt
Attorney at Law
819 Walnut, The Scarritt Arcade
Kansas City, MO 64106

David Owen
Assistant Federal Public Defender
818 Grand Blvd., Ste. 300
Kansas City, MO 64106

Dear Susan and David:

Please accept this letter as my formal notice of resignation from my duties as mitigation specialist in *United States v. Lisa Montgomery*. As you are aware, we have continually struggled with differing opinions about what a mitigation investigation entails and how a mitigation investigation is conducted. Your mistrust of my general philosophy and methods regarding mitigation investigation and the way you regulated my work has undermined my ability to work effectively for Lisa Montgomery.

You shared with me that your training has taught you to fear the mitigation specialist, and to make sure that the mitigation specialist doesn't control your case. In no way could my efforts be construed as an attempt to control the case. However, in your attempt to keep me from controlling the case, you have insisted upon mitigation investigation methods that I consider questionable and you have created a working relationship fraught with mistrust and disrespect. I believe we would agree that the client's interests are paramount in this case. I do not believe that Lisa Montgomery is well served by the current relationship among defense team members. Perhaps you'll find another mitigation specialist whose philosophy and methods are more aligned with yours.

I have completed all interview summaries to date, and I have distributed them to the defense team as well as a list of individuals and locations for court searches. Release forms were signed the end of July by Judy Shaughnessy, Kevin Montgomery, and Teddy Kleiner. I gave the original documents to Ron Ninemire to file and copy for Debra Garvey. Roberta Upshaw gave me 10 pictures of Lisa that I gave to Ron Ninemire last week.

I have established trusting relationships with Lisa Montgomery and some of the mitigation witnesses, namely, Judy Shaughnessy and Kevin Montgomery. I would like the opportunity to write a letter to each of them explaining my change in status, expressing my support of the defense team, and informing them of who will be their contact person in the future. If I receive any calls from other mitigation witnesses from here on out, I will refer them to Ron Ninemire until or unless I hear otherwise from one of you.

The only documents that I have in my possession that you do not are the Family Tree Book and a letter from Lisa Montgomery I received today, which I will mail to Ron Ninemire.

I am willing to assist in the transition of the new mitigation specialist in whatever way you think would be helpful. I will submit my final invoice within the next three weeks.

I wish you all the best in your representation of Lisa Montgomery.

Sincerely,

Lisa Rickert

Lisa Rickert

Cc: Raymond Conrad, Federal Public Defender
Dick Burr, Federal Death Penalty Resource Counsel Project
Judy Clarke, National Capital Resource Counsel

Lisa Rickert
Forensic Social Worker

P.O. Box 44331
Madison, WI 53744-4331

MADISON WI 537
PM
9 AUG
2005

USA
2002

David L. Owen
Assistant Federal Public Defender
818 Grand Blvd., Ste. 300
Kansas City, MO 64106

64106+1910