| | |
|---|---|
| **From:** | danielle waller |
| **To:** | ron_ninemire@fd.org |
| **Subject:** | misc |
| **Date:** | 10/01/2007 09:29 PM |

---

ron, i don't want you to feel bad about me feeling out of the loop. it's just how it goes and actually you all have everything covered and have done a really good job-I have nothing but good things to say. It's just how it goes. probably similar to how you felt when David ran things-that's a bit what it's like for me with Fred running it-well, except Fred is a really nice man who didn't purposly cut me out. I just like being in the thick of things that's all. I looked at the list and you're right I really don't need to be there until the 15th. thanks so much for keeping me in the loops about things.  I promise to quit pouting now.

---

Connect to the next generation of MSN Messenger  Get it now!