ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF THOMAS ALLEN HEDBERG

I, Thomas Allen Hedberg, declare as follows:

I am the biological half-brother of John Joseph Hedberg Patterson. John Patterson is Lisa Montgomery's biological father.

I was born in Tacoma, Washington on [redacted]. I am 58 years old and I am divorced. I have one daughter, named Heather, and one son, named Daniel. My biological parents were Gordon Hedberg and Marie (Miller, Patterson, Hedberg) Stelma. My father died when I was 18 years old, in 1974. My mother died five years ago, in 2007. Before my mom married my dad, she was married to Robert Patterson. She and Robert had two kids. That's my brother, John, and my sister Mary. They are my half-siblings. After my mom married my dad they had two kids. That's me, and my sister Lori Mae. John and I live in Marysville, Washington. Mary lives in Federal Way, Washington, and Lori lives in Lynnwood, Washington. We were all raised in the Federal Way and Tacoma areas outside of Seattle, and then everyone but Mary kept on moving a little bit further north.

I was raised by my mom and my dad. I lived with them and my sister Lori mostly. My sister Mary left home as soon as she graduated high school and so did my brother John. I am twelve years younger than John. Growing up, he was my hero! I always missed him. When I heard him knock at the front door, home on leave, my feet never touched the porch! I literally leapt from the hallway into his arms. I worshipped him. He's my big brother. John was always here and then gone. He was in the Army for almost fifteen years, so he wasn't ever around. He's always been in and out of my life and never in touch much unless he decided to pop in and

see us. In the last ten, twelve years, since he married Christina and retired, he is around much more. Now I see him often, and we stay in touch. Late in his life he is more open to being a part of a family. He's been in our lives a lot more actually since our mother died in 2007. So for the last five years he and I have really gotten back together. My mother died December 22, 2007 in a nursing home in Lynnwood, Washington. She had dementia and Alzheimer's when she died.

I grew up in Federal Way, Washington. I was a very active person even as a kid. I loved playing outside, riding bikes, hiking, camping. Anything outdoors. As a family we were big campers. My mom and her sister, Aunt Kate, and all of the kids went to the Olympic Peninsula or Salt Hook Hot Springs and loved camping with the two families. Aunt Kate and Uncle Bud and the cousins. We spent a lot of time with them. One time we all went camping to Yellowstone Park, and another time to Disney. Mom and dad had a camper and we took the camper to go out to the coastline here to go fishing. Once mom and dad and Lori and I took a big vacation north through British Colombia to Bamff to Minot, North Dakota. That's where my dad was from. He wanted to go see North Dakota again, so we all made a big loop and camped out the whole way. I loved being outside.

When I was three years old I had spinal meningitis. I was really sick for a long time. The doctor told my mother that there are two types of spinal meningitis, and there is no way to know what type I have. He told my mom that one kind will kill me and the other kind won't kill me, and all she can do was wait to see. I didn't die, so the doctor thought I must have the type of meningitis that doesn't kill you. It didn't make my mom like doctors much, I can tell you! My memory of my childhood before I was about ten years old is bad. I can't remember whole parts of it. It's as if it is blurry to look at and I don't remember details. It's real spotty on my childhood. Home stuff I hardly remember anything. I remember playing outside when I was

little, I see myself ride a bike, in my mind, but I can't remember specific events like birthdays. I start to think I remember Christmases, but it's really only because I have seen the videos that my father shot back then.

One of the only clear and constant memories I have of the time before I was ten years old is playing in John's dead old Ford car. John drove it home one time and it never started again. It became my playhouse, for years. It was a 1959, I think, huge and parked in the yard at my mom and dad's house. It didn't start or anything but to me it was a magical spaceship! I stood on the seat, shifted the gear shifter, made engine noises, all day long! I loved that thing! I sat in that old car for hours, thinking about how when John came home on leave we would play rocket ship together.

I went to school in the Federal Way area, and I never liked school at all. School was dull. I hated it. I was either an A or an F student, with no in between. If I was interested in it, I excelled. If it bored me, I failed. If I was not interested in something, I never would be. I also got into trouble for never doing homework. In my mind, I figured that school should end when it ends. When I walked out of the door of the school, I put it out of my mind entirely until I had to go back the next day. I never thought about doing homework. When the teachers told me 'do your homework' I explained that for me, school ended when it ended and there was no doing schoolwork at home, after school was over. That was play time. No one ever understood, and so I did really badly in school. Nonetheless, I took an IQ test at the end of high school, and I scored within the top 3/4ths of my test group. I have a mechanical mind. I can take things apart and put them back together better and stronger than they were before. I can feel my way around things, even engines and stuff that I have no training on. I have an uncanny ability to feel out the problem in an engine or a machine, fix it, and put it back together. It is a gift that I have always

had. Unfortunately that's not something that is valued in school, so once I was out, I was done. I didn't go to college after high school. Later in life, I did go to electronics school. I had a 2.9 out of 3.0 grade point average in electronics school.

When I was about ten years old John's daughter Diane came to live with us. My mom took Diane in, since John was in the service and no one knew where Diane's mom had gone off to. Diane lived with us for about two years. She was a quiet, little red-haired girl. Diane was probably about a year old when she came to live with us. Maybe she was a little bit older. After Diane lived with us for about two years or so, John's new wife Judy moved nearby. Judy rented the back part of a house around the corner from us for less than a year. Judy was pregnant when she lived near us, and Diane lived with Judy. John wasn't around, as usual. He was stationed somewhere overseas that whole time. Judy had the baby and then she and the baby and Diane just disappeared. That baby must have been Lisa. No one knew where they had gone to, and John was still in the service, so we didn't know if he knew what had happened.

Some years later I heard that Diane got adopted away from Judy. The adoption people called my mom before they took Diane away from Judy, and they asked my mom if she would take Diane in. Mom would have taken Diane, but the adoption people never called her back to arrange anything. They never contacted us again and later I heard that Diane was gone. Even John had no idea where Diane was for almost 40 years.

My mom was a real strong willed woman before she died. She would have taken Diane back if the adoption people were more organized and called to arrange it. Since they didn't, there was nothing my mom could do. We never knew anything more about Diane until these last couple of years. Right before mom died John and Diane get back in touch. Diane came up to see mom in the nursing home. It was amazing. My mom knew exactly who Diane was the

instant that they saw each other. We hadn't seen Diane in almost 40 years, and my mom recognized her right away! Later in the day my mom took a turn for the worse and no longer recognized Diane. I am glad that Diane was been there while mom was having a good moment. At the end, mom's dementia and Alzheimer's came and went. She had good days and bad days and sometimes good parts of days and bad parts of days.

Mom never trusted doctors, so we don't really know how long mom had Alzheimer's and dementia, but I lived with her for four years before she went in to assisted care and I can tell you, she was losing it! Mom got angry at the neighborhood kids for playing in the street in front of her house. She was concerned, overly concerned, that the kids playing in the street might get hit by a car. It really worried her. Things like that really came to bother her in the end. Stuff she didn't have to worry about, she worried about. That was the dementia, or the Alzheimer's.

My mom never trusted doctors because when she was young she had a doctor that diagnosed her with Lupus, and then no other doctor even diagnosed her with Lupus again. She tested positive for it once but then didn't test positive for it again. After that experience mom decided to never trust doctors again, and she didn't. I don't know what symptoms of Lupus mom has had, but she told me that when her own mom passed away she was covered with scales. My grandma, my mom's mom, died in the 1960's and the doctors said that she died from sugar diabetes, but my mom questioned that on account of seeing scales and sores all over her mother's body when she died. Mom thought maybe her mom had had Lupus too. It's a skin disease and mom thought that's what the scales and sores were. When mom put her mind to something, it never changed. She decided not to trust doctors, and so she never did. Because she never saw a regular doctor, we really don't know how long mom had been struggling with dementia and we don't know when she started getting Alzheimer's.

Mom was the boss in our family. When things didn't go her way, she tried to make them go her way. Mom never laid a hand on us except for spankings. She spanked with her hand through our jeans. She was not physically abusive, but verbally abusive. Definitely verbally. She got loud. I learned never to contradict her opinion. If she said that's the way it was, that's the way it was. I learned immediately as a child never to question her. She would shout and yell at you if you did. Her temper was enough to keep us from getting her mad. I made sure that I never got caught doing the things that would make her mad. For example if she told me not to play in the woods, I made sure that she never saw me coming out of the woods. I cringed from her when she got mad. I knew her anger. I knew even back then that it was a part of her to stay away from. She carried on, yelling and shouting and banging things around. It was just easier to go along with her ideas and opinions, and to stay out of her way. Most of my memories of mom when I was younger, and even as I got older, are of me trying to appease her to keep her happy. It was just easier not to unleash her anger.

I think I inherited some of mom's anger problems. I can feel that when I get angry it comes up from deep inside of me. When I was younger we had a little dog that hated me. It snapped and growled and barked at me constantly. One time I had enough and I felt the anger inside of me rise up. I picked up the dog and threw it across the room, against the wall, to teach it to leave me alone. I can hit dogs if I am angry at them. I know that about myself, so I never have had a dog as an adult. My mom told me that she had something similar with her own anger inside. If she got into a fight she blacked out and then came to banging someone's head against the ground. She could not remember getting in the fight or actually fighting. Mom blacked out during the whole fight and then woke back up at the end, when she was getting pulled off the

person. Women in those days didn't fight, not like that. I don't even think that women fight physically like that, now!

When my sister Lori and I were teenagers, about thirteen or fourteen years old, we started skating in competitive roller skating competitions. Lori and I were a competitive dance duo and we won tons of prizes. We were really good at it! I enjoyed it because it was athletic, which I always enjoy, and it also taught me something new. Mom enjoyed it as well. She was really crafty, and always loved making crafts. Mom made all of our costumes for the competitions. She liked to sew and to knit and she was really good at making those shoebox triptychs, the box with the peephole at one end and a detailed scene inside? Mom was great at making those, too. Lori and I competed as a roller skating dance duo for four years until we thought we had gotten to the top of the local competition. By then I was about seventeen years old. This was just before our dad died in 1974.

After Lori and I stopped competing in roller skating dance competitions, we decided to become exhibition square dancers. We started training, and then dancing and performing locally. Mom made all of our costumes for the square dancing exhibitions, too. I actually met my first wife at a square dance competition. I was seventeen or eighteen years old when I met Debbie. Debbie and I became competitive square dance partners and competed all over the Seattle area. Debbie and I danced together for seven years, and then we got married. I can't remember why exactly, but I thought it was time I got married. Debbie and I were only married for nine months before we got a divorce. Neither of us wanted to really be married to each other.

In between competitions and rehearsals, I worked. My first job ever was flipping burgers at Hervey's, which was like Seattle's version of McDonald's. Then I worked for a small concrete and pottery warehouse for fifteen years, pouring concrete. When I was working

pouring concrete, I met and married my children's mother. Lanae and I met on a blind date. I had an extra ticket to the Neil Diamond concert, and a mutual friend told me that we might get along. It turned out that we did get along. Lanae and I got married and lived in Federal Way, Washington. We never really had any major problems and I feel like we always had a good marriage. Lanae and I just have different ideas about money and about stuff. I prefer to spend money on stuff that keeps me active and moving, not buy a house that keeps me pinned down to one place. Even now I am a renter, not an owner. I like to buy things that give me a chance to have fun. Lanae is more of someone who wanted the home. I am too much of a kid. I was 32 years old when I had my first child, Daniel, in 1983. Heather was born shortly after, in 1985. Even so, I was too much of a kid and eventually Lanae and I had disagreements about things and we separated.

I remember my dad was a workaholic. He constantly worked to play on the weekends. He was never home, working all week, in order to pay for the above ground pool or the camper or the vacations. To keep the campers rolling and the fun going, he was working constantly. I didn't want to be like that. I decided to go to electronics school to put some of my mechanical thinking to good use. I excelled at electronics school. I have a very mechanical mind and can see how something fits together even without taking it apart. I can sense where a problem might be in a machine. I rebuilt a 4x4 Sidekick truck from the ground up, and have rebuilt dirt bikes by hand, all without any training. I always knew that I am mechanical, and in electronics school I was able to learn a lot more about things I am interested in.

Unfortunately I didn't get to finish electronics school. In 1992 Lanae divorced me and I got custody of both of the kids, so I quit school. Once I became a single dad I got a job at a video store and worked there steady for ten years, raising my kids. After working at the video

store I got a job in Kirkland, Washington, at a fireplace store. I worked there for a long time, until I was laid off two years ago. I was out of work for a while. Recently I got a job in South Seattle at Florida Tile, where I am a warehouseman. The commute to and from South Seattle is pretty long, so I am going to look for something closer to Marysville. I took the job in South Seattle, even with a long commute, because I have been out of work for a while and want to get caught back up.

When Lanae and I got a divorce in 1992, I got custody of both Daniel and Heather. At the time, Daniel was about 9 years old and Heather was about 7 years old. They lived with me full time until Daniel was 15 years old and Heather was 13 years old. That is when Lanae got a new partner and the kids lived with Lanae and her new boyfriend, Greg, in Des Moines, Washington. When Lanae and Greg split up, Daniel and Heather stayed with their mom to finish high school. Lanae got married again, to Joe, and the four of them lived in Entiat, Washington. Both of my kids graduated from Entiat high school.

When I was out of work over the last couple of years my daughter Heather came to live with mc. She needed a place to stay and I could use the help, so we split the bills and the rent and all that. It has worked out well and has been wonderful for me to spend more time with my daughter. For many years while they lived with their mom, I didn't get to see my kids as often as I would have liked. Now we get along great, enjoy listening to the same music, and like to do a lot of the same things. Heather has major depression, and I have depression too. She and I are very honest with each other about feeling depressed, and when we think that we can't get over it on our own, we go outside and take long rides on my Harley. I have always used wind and speed to make my depression go away, and I taught Heather that she can do the same. I feel free from all worry and all depression when I am going fast on my bike. I feel good that I was able to

teach Heather a way to manage her own depression.

I have had problems with my back, and have damaged disks in my lower back. I have depression and do not take medicine for it. I prefer not to take medicine, but to be aware when I feel depressed and actively make myself do something to change my scenery. Changing my surroundings also changes how I feel. I have had headaches in my life, but had the very first migraine ever just a few weeks ago. I never knew what Heather really meant when she said she was having a migraine. I had it all – the noise sensitivity, the light sensitivity, feeling dizzy. I guess that is what makes a headache a headache and a migraine a migraine! My family has a history of heart disease. My dad, Gordon, died from heart disease, and so did his brother and his father. They all died at about 54 years old. My family also has a history of depression. Maybe my mom had it, and we thought it was all from the dementia and Alzheimer's. My daughter Heather and I both struggle with depression, and I think other people in my family that are not as open as we are have depression too.

I remember in 2005 when the attorney's for John's daughter, Lisa, called me. They didn't talk to me for very long and they didn't ask me very many details about my life. One time someone called and talked for a few minutes and another time someone else called and we spoke for less than a minute. Mostly they were trying to get information on where John was living. Once someone came to see me for a few minutes at my mother's house. My mom was there but no one tried to talk much to her. Mom had good days and bad days so they could have talked to her, but they didn't. At no time did the attorneys ask me specifics about my knowledge of my familial health history, my mother's issues with anger, my own issues with depression, or my daughter's struggle with depression. I learned recently from my brother John that Lisa's case was still ongoing. No one ever asked me to testify. If I had been called to testify then, I would

have testified to everything that I have stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Thomas Allen Hedberg

Signed this 19th day of January 2013