STATE OF WASHINGTON
DEPARTMENT OF HEALTH

WASHINGTON STATE DEPARTMENT OF HEALTH
BUREAU OF VITAL STATISTICS

# DELAYED CERTIFICATE OF BIRTH

Vol#29
State File No.

S. F. No. 6978-A—OS—7-61—7M.

**REGISTRANT** (Person whose birth is being registered)

1. Registrant's Full Name at Birth: Marie Josephine Miller
2. BIRTH DATE — Month / Day / Year: [redacted]
3. Color or Race:
4. Sex: female
5a. City or town of birth: Charleston
5b. County of birth: Kitsap

**FATHER**

6. Full Name of Father: Joseph Jacob Miller,
7. State or country of Father's birth: New Jersey

**MOTHER**

8. Full Maiden Name of Mother: Marie Knox
9. State or country of Mother's birth: Illinois

**AFFIDAVIT**

I hereby declare upon oath that the above statements are true to the best of my knowledge and belief.
10. Signature of Registrant if of legal age: Marie J Hedberg
11. Present address of Registrant: 3802 So 328th Auburn Wn

**NOTARY (Seal)**

Subscribed and sworn to before me on April 24, 1964
12. Signature of Notary Public: Bertha Richardson
13. Residence of Notary Public: Olympia, Washington

APPLICANT—DO NOT WRITE BELOW THIS LINE

| Type of Document | | By whom issued and signed / Full Name of Mother | Date Issued / Name of Father | Date Orig. Entry |
|---|---|---|---|---|
| Type of Document: Affidavit (mother's) | | By whom issued and signed: Mrs Marie Miller | Date Issued: 4-24-1964 | 4-24-1964 |
| Date of Birth: [redacted] | Birth place: Charleston,Wash. | Full Name of Mother: Marie Knox | Name of Father: Joseph Jacob Miller | |
| Type of Document: cert. copy voter's reg. record | | By whom issued and signed: Tacoma,Wash. City Clerk | Date Issued: 4-27-1963 | 3-21-1955 |
| Date of Birth: [redacted] | Birth place: Washington | Full Name of Mother: not stated | Name of Father: not stated | |
| Type of Document: #3290 Tacoma own child's birth cert. | | By whom issued and signed: Attending Physician | Date ~~Issued~~ filed: 10-4-1945 | 9-15-1945 |
| Date of Birth: 23 yrs. | Birth place: Charleston,Wn. | Full Name of Mother: not stated | Name of Father: not stated | |
| Type of Document: | | By whom issued and signed: | Date Issued: | |
| Date of Birth: | Birth place: | Full Name of Mother: | Name of Father: | |

**QUALIFYING INFORMATION**

**REGISTRAR'S CERTIFICATION** (Seal)

I hereby certify that no prior birth certificate has been found for this registrant and that documentary evidence has been reviewed which substantiates the facts as set forth in the foregoing abstract.

State Registrar: George H. Ormond
Evidence reviewed by: Bernice Kryer
Date Filed: 4-29-1964

THE SEAL OF THE STATE OF WASHINGTON 1889

DOH 01-003 (12/11)

Health

# Affidavit for Correction

**This is a legal Document. Complete in ink and do not alter.**

Center for Health Statistics
P.O. Box 47814
Olympia, WA 98504-7814
(360) 236-4300

**STATE OFFICE USE ONLY**

| State File Number | Fee Number | Initials | Date | Affidavit Number |
|---|---|---|---|---|
| | | | | |

**Use the section below for requesting any changes on the record.**

Record Type: ☐ **Birth** ☐ **Death** ☐ **Marriage** ☐ **Dissolution**

| 1. Name on record: | 2. Date of Event: | 3. Place of Event: (City or County) |
|---|---|---|
| | | |

| 4. Father's Full Name (For Birth): (Husband for Marriage or Dissolution) | 5. Mother's Full Maiden Name (For Birth): (Wife for Marriage or Dissolution) |
|---|---|
| | |

The Record is Incorrect or Incomplete as follows:

| **The Record now shows:** | **The True fact is:** |
|---|---|
| 6. | 7. |
| 8. | 9. |
| 10. | 11. |
| 12. | 13. |

14. I represent the person as: ☐ **Self** ☐ **Parent** ☐ **Guardian** ☐ **Informant** ☐ **Funeral Director** ☐ **Other (Specify)**

Telephone Number:

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.

| 15. Signature: | 16. Date: | 17. Address: |
|---|---|---|
| | | |

All vital records are registered as received.

**Most changes must be established by documentary proof submitted with the affidavit**

Examples of documentary proof:

- Certificate of Naturalization
- Hospital Medical Record
- Life Insurance Policy
- Marriage/Divorce Record
- Numident Report (Social Security Administration)
- Military Record (DD-214)
- Birth Record
- Passport
- School Transcripts (Official)
- Voter's Registration Card (if it bears an effective date)
- Alien Registration Card (front and back)
- We do not accept Driver's License, Social Security card or a hospital issued decorative birth certificate.

Birth Certificates:

1. Only a parent, legal guardian (if the child is under 18), or the adult themselves (if 18 or older) may change the birth certificate.
2. The proof(s) must match exactly the asserted true fact(s). For example, if the affidavit says the name is Mary Ann Doe, then the proof must show the name to be Mary Ann Doe. Mary A. Doe or M. A. Doe does not prove the name is Mary Ann Doe.
3. Child (under 18)
   - Only parent(s) or legal guardian can change the birth certificate.
   - Guardian must submit certified court order giving them authority to act on behalf of child(ren).
   - Up to age one, the last name of the child can be changed once, to the mother's maiden name, father's name (if present on the certificate) or any combination of the two. After age one a court ordered legal name change is required.
   - Parent(s) may change the child's first or middle name by completing this affidavit of correction. No proof is needed.
   - To correct birth date, place of birth or parent's information, one documentary proof is required.

   Adult (18 years or older)
   - Only the adult themselves can change the birth certificate.
   - If the first or middle name is absent, three pieces of documentary proof are required.
   - If the first and/or middle name is misspelled, two pieces of documentary proof are required.
   - To correct birth date, place of birth or parent's information, one documentary proof is required.
   - Proof must be five (or more) years old or have been established within five years of birth.
4. **This affidavit cannot be used to add a father to a birth certificate. (Use the paternity acknowledgment - form DOH/CHS 021)**

Death Certificates:

1. Only the informant, the funeral director, or executors/administrators (if evidence confirming such position is presented) may change the non-medical information.
2. The medical information (cause of death) may be changed only by the certifying physician or the coroner/medical examiner.
3. If it is less than sixty days from date of death please contact the county health department where the death occurred to make changes.

Marriage/Dissolution (Divorce) Certificates:

1. Personal fact(s) (minor spelling changes in name, date, or place of birth or residence) may be changed by affidavit (with proof) by the person.
2. To change the date or place of marriage or dissolution, the officiant (marriage) or clerk of court (dissolution) must sign the affidavit.

DOH/CHS 023a January 2012

CERTIFIED
CHRISTIE SPICE
DO NOT DESTROY

WW00664299