# STATE OF WASHINGTON
# DEPARTMENT OF HEALTH

Local File Number D1 **3806** **Washington State Certificate of Death** State File Number **7 74580**

**Part 1 completed by Funeral Director**

1. Legal Name (include AKA's if any) First / Middle / Last / Suffix: MARIE JOSEPHINE STELMA
2. Death Date: Dec. 22, 2007
3. Sex (M/F): Female
4a. Age – Last Birthday: 86
4b. Under 1 Year: Months / Days
4c. Under 1 Day: Hours / Minutes
5. Social Security Number: [redacted]
6. County of Death: Snohomish
7. Birthdate: [redacted]
8a. Birthplace (City, Town, or County): Sumner
8b. (State or Foreign Country): Washington
9. Decedent's Education: High School Diploma
10. Was Decedent of Hispanic Origin? (Yes or No) If yes, specify: No
11. Decedent's Race(s): White
12. Was Decedent ever in U.S. Armed Forces? No
13a. Residence: Number and Street (e.g. 624 SE 5th St.) (Include Apt. No.): [redacted]
13b. City or Town: [redacted]
13c. Residence County: [redacted]
13d. Tribal Reservation Name (if applicable): N/A
13e. State or Foreign Country: [redacted]
13f. Zip Code + 4: [redacted]
13g. Inside City Limits? ☒ Yes ☐ No ☐ Unk
14. Estimated length of time at residence: One Week
15. Marital Status at Time of Death: Widowed
16. Surviving Spouse's Name (Give name prior to first marriage):
17. Usual Occupation (Indicate type of work done during most of working life. DO NOT USE RETIRED): Homemaker
18. Kind of Business/Industry (Do not use Company Name): Own Home
19. Father's Name (First, Middle, Last, Suffix): Joseph Miller
20. Mother's Name Before First Marriage (First, Middle, Last): Mary Knox
21. Informant's Name: Lori Yates
22. Relationship to Decedent: Daughter
23. Mailing Address: Number and Street or RFD No. / City or Town / State / Zip: [redacted]
24. Place of Death, if Death Occurred in a Hospital:
Place of Death, if Death Occurred Somewhere Other than a Hospital: Nursing Home
25. Facility Name (If not a facility, give number & street or location): [redacted]
26a. City, Town, or Location of Death: [redacted]
26b. State: [redacted]
27. Zip Code: [redacted]
28. Method of Disposition: Burial
29. Place of Final Disposition (Name of cemetery, crematory, other place): Floral Hills Cemetery
30. Location-City/Town, and State: Lynnwood, Washington
31. Name and Complete Address of Funeral Facility: [redacted]
32. Date of Disposition: December 29, 2007
33. Funeral Director Signature X Shannon Lewis

**Part 2 completed by Certifier**

**Cause of Death (See instructions and examples)**

34. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Add additional lines if necessary.

| | | | Interval between Onset & Death |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → | a. | Failure to Thrive | Months |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. Due to (or as a consequence of): | Severe End Stage Dementia | yrs |
| | c. Due to (or as a consequence of): | | |
| | d. Due to (or as a consequence of): | | |

35. Other significant conditions contributing to death but not resulting in the underlying cause given above:
36. Autopsy? ☐ Yes ☒ No
37. Were autopsy findings available to complete the Cause of Death? ☐ Yes ☐ No
38. Manner of Death: ☒ Natural ☐ Homicide ☐ Accident ☐ Undetermined ☐ Suicide ☐ Pending
39. If female: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days before death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year
40. Did tobacco use contribute to death? ☐ Yes ☐ Probably ☐ No ☒ Unknown
41. Date of Injury (mm/dd/yyyy):
42. Hour of Injury (24 hrs):
43. Place of Injury (e.g. Decedent's home, construction site, restaurant, wooded area):
44. Injury at Work? ☐ Yes ☐ No ☐ Unk
45. Location of Injury: Number & Street / Apt No. / City or Town: / County: / State: / Zip Code + 4:
46. Describe how injury occurred:
47. If transportation injury, specify: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other (Specify)
48a. Certifying Physician - To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) and manner stated. X [signature]
48b. Medical Examiner/Coroner - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated. X
49. Name and Address of Certifier (Physician, Medical Examiner or Coroner (Type or Print)): Joseph Palermo M.D., [redacted]
50. Hour of Death (24 hrs): 1538
51. Name and Title of Attending Physician if other than Certifier (Type or Print):
52. Date Signed (mm/dd/yyyy): 12/27/07
53. Title of Certifier: M.D.
54. License Number: GP0836
55. ME/Coroner File Number: NJA 07SN3827
56. Was case referred to ME/Coroner? ☒ Yes ☐ No
57. Registrar Signature x Gary Goldbaum, MD, MPH
58. Date Received (mm/dd/yyyy): DEC 28 2007
59. Amendments

THE SEAL OF THE STATE OF WASHINGTON 1889

DOH/CHS 003 Rev 2/06/2004

DOH 01-003 (12/11)

Health

# Affidavit for Correction

This is a legal Document. Complete in ink and do not alter.

Center for Health Statistics
P.O. Box 47814
Olympia, WA 98504-7814
(360) 236-4300

**STATE OFFICE USE ONLY**

| State File Number | Fee Number | Initials | Date | Affidavit Number |
|---|---|---|---|---|
| | | | | |

**Use the section below for requesting any changes on the record.**

Record Type: ☐ Birth ☐ Death ☐ Marriage ☐ Dissolution

| 1. Name on record: | 2. Date of Event: | 3. Place of Event: (City or County) |
|---|---|---|
| | | |

| 4. Father's Full Name (For Birth): (Husband for Marriage or Dissolution) | 5. Mother's Full Maiden Name (For Birth): (Wife for Marriage or Dissolution) |
|---|---|
| | |

The Record is Incorrect or Incomplete as follows:

| The Record now shows: | The True fact is: |
|---|---|
| 6. | 7. |
| 8. | 9. |
| 10. | 11. |
| 12. | 13. |

14. I represent the person as: ☐ Self ☐ Parent ☐ Guardian ☐ Informant ☐ Funeral Director ☐ Other (Specify)

Telephone Number:

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.

| 15. Signature: | 16. Date: | 17. Address: |
|---|---|---|
| | | |

All vital records are registered as received.

**Most changes must be established by documentary proof submitted with the affidavit**

Examples of documentary proof:

- Certificate of Naturalization
- Hospital /Medical Record
- Life Insurance Policy
- Marriage/Divorce Record
- Numident Report (Social Security Administration)
- Military Record (DD-214)
- Birth Record
- Passport
- School Transcripts (Official)
- Voter's Registration Card (if it bears an effective date)
- Alien Registration Card (front and back)

We do not accept Driver's License, Social Security card or a hospital issued decorative birth certificate.

Birth Certificates:

1. Only a parent, legal guardian (if the child is under 18), or the adult themselves (if 18 or older) may change the birth certificate.
2. The proof(s) must match exactly the asserted true fact(s). For example, if the affidavit says the name is Mary Ann Doe, then the proof must show the name to be Mary Ann Doe. Mary A. Doe or M. A. Doe does not prove the name is Mary Ann Doe.
3. Child (under 18)
   - Only parent(s) or legal guardian can change the birth certificate.
   - Guardian must submit certified court order giving them authority to act on behalf of child(ren).
   - Up to age one, the last name of the child can be changed once, to the mother's maiden name, father's name (if present on the certificate) or any combination of the two. After age one a court ordered legal name change is required.
   - Parent(s) may change the child's first or middle name by completing this affidavit of correction. No proof is needed.
   - To correct birth date, place of birth or parent's information, one documentary proof is required.

   Adult (18 years or older)
   - Only the adult themselves can change the birth certificate.
   - If the first or middle name is absent, three pieces of documentary proof are required.
   - If the first and/or middle name is misspelled, two pieces of documentary proof are required.
   - To correct birth date, place of birth or parent's information, one documentary proof is required.
   - Proof must be five (or more) years old or have been established within five years of birth.
4. **This affidavit cannot be used to add a father to a birth certificate. (Use the paternity acknowledgment - form DOH/CHS 021)**

Death Certificates:

1. Only the informant, the funeral director, or executors/administrators (if evidence confirming such position is presented) may change the non-medical information.
2. The medical information (cause of death) may be changed only by the certifying physician or the coroner/medical examiner.
3. If it is less than sixty days from date of death please contact the county health department where the death occurred to make changes.

Marriage/Dissolution (Divorce) Certificates:

1. Personal fact(s) (minor spelling changes in name, date, or place of birth or residence) may be changed by affidavit (with proof) by the person.
2. To change the date or place of marriage or dissolution, the officiant (marriage) or clerk of court (dissolution) must sign the affidavit.

DOH/CHS 023a January 2012

CERTIFIED
CHRISTIE SPICE
STATE REGISTRAR
VITAL RECORDS
DO NOT DESTROY

WW00649396