ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF MARY LEE COLEMAN

I, Mary Lee (Patterson, Hedberg) Coleman, declare as follows:

I am the biological sister of John Joseph Hedberg Patterson. John Patterson is Lisa Montgomery's biological father.

I am 67 years old and I am divorced. I have one daughter. I currently live in Federal Way, Washington, which is south of the Seattle area. My biological parents are the same as John's biological parents: Marie (Miller, Patterson, Hedberg) Stelma was my mother and Robert Lee Patterson was my father. My parents were married in 1941, in Washington State, and they lived in Tacoma, Washington for the duration of their marriage. My brother, John, was born in Tacoma, Washington on [redacted]. I was born on [redacted], also in Tacoma. My mother divorced my father immediately after I was born. No one in my family, except for my brother John, saw or heard from my father after the fall of 1945.

My mother said that she married my father to get out of her house, and that my father married her to avoid going into the military. My mother looked down on my father for that. Marriage to my father was not what my mother wanted. My father cheated and was unfaithful to my mother. My parents fought a lot. My mother thought my father was a coward for failing to join the military, and she yelled a great deal. My father and mother did not communicate well, and they argued constantly.

My mother re-married in about 1948. She and my step father, Gordon Hedberg, moved from Tacoma, Washington to Seattle, Washington. Gordon was a truck mechanic and had steady work in the area. My mother, Gordon, John and I lived in Seattle until about 1954. About the

time that my half-brother, Tom, was born, Gordon moved the family back to the Tacoma area. My mother and Gordon had two children of their own, both born in Tacoma, Washington: Tom and Lori. Tom Hedberg was born [redacted] and Lori Mae Hedberg (Yates) was born [redacted].

Gordon and my mother bought a house in Federal Way, Washington, which is very near to Tacoma, Washington. They settled in Federal Way and raised their new, young children. Tom and Lori were ten to twelve years younger than me, so I didn't spend a lot of time with them. I was a teenager when they were little. I was more interested in doing teenager things, like meeting up with friends and talking to boys, than playing with babies. My mother was very involved with Tom and Lori. Mother did all sorts of activities with them, like roller skating, square dancing, competitive skate dancing, all types of things. Mother spent the majority of her time with Tom and Lori.

I moved out of the house when I graduated high school. I graduated high school in 1963 and met and married my husband, and the father of my daughter. I was married to David Coleman for several years, and then we got a divorce. My daughter, Stephanie, lives in the Seattle area.

My step father, Gordon Hedberg, died in 1974. Gordon died of heart disease, which also killed his brother and his father. All three of the Hedberg men died in their mid-fifties of heart disease. After Gordon died my mother married a friend of the family named Russ Stelma. Russ lived in the neighborhood and his wife had passed away. Russ died in about 2000, of a heart attack. My mother, Marie, is also dead. My mother, Marie, died in 2007 in Lynwood, Washington. My mother had Alzheimer's disease and dementia when she died. At the end of her life, my mother had to live in specialty assisted living, for people with severe dementia.

My mother divorced my father when I was born, and no one saw my father again, except for my brother, John. When I was a baby, about a year old, John was four years old and playing in the front yard. John was taken out of the yard by my biological father, Robert Lee Patterson. John was missing for a year. My mother told me that she was so scared, not knowing where John was. Finally after about a year and a few months, my mother got word from Robert Patterson's parents. They had gone to wherever Robert was keeping John, brought him back to Washington State, and had him at their home in Puyallup, Washington. My mother was relieved. She went to get John, who didn't recognize her at all. John had been gone for over a year, and had no recollection of my mother. He cried and cried when he had to leave our grandparent's home in Puyallup.

Because John was so young at the time, he couldn't tell anyone where he had been for that year. The Patterson's probably knew, but my mother never asked. When John got older he asked my mother where he had lived when he had been kidnapped. Mom didn't know.

John and I were raised by our mother, Marie and our step father, Gordon. Marie was hard. She was quick to get angry. Marie argued with people. She was always right. Gordon tried to keep the lid on Marie, but he did not succeed. Gordon married my mother when she was divorced and had two children. Most women in the late 1940's were not divorced. I appreciate that Gordon took John and I in when he married our mother, but I think he could have done better as a father. He never seemed interested in John or me. Both Gordon and my mother focused all of their attention on Tom and Lori. I felt shunted to the side. I felt second class compared to Tom and Lori. John felt the same way. Marie was harder on us than she was on Tom and Lori. Marie appeared to care more for Tom and Lori. That is how I felt. When my mother died on December 22, 2007, I did not go to the funeral. I didn't want to. I felt like she

had been dead for a long time to me already.

John Patterson is my older brother. He is three years older than I am, and those three years made a difference in how much time we spent together as kids. John and his friend Ron Figg were always together, doing boy stuff and playing outside. I was not included in most of the boy games. I was not interested in playing ball in the street or running through the woods. I remember John joining the Army after high school. I suppose he joined the Army to get away from our mother. She was quick to anger and even though she was never physical with any of us, her words were very hurtful. John wanted a life away from her anger.

John was never around much. He was older than me and then he was gone. He joined the military straight after graduating from high school, and was in the military for almost fifteen years. John came back to Washington State sometimes when he was on leave. Most of the time he lived somewhere else. John wasn't a letter writer, so I never was sure where he was stationed. We did not stay in touch.

John joined the Army when he graduated high school in 1960. Right about the time that he joined the Army, John got involved with a friend of mine from high school, named Joyce Hamner. John and Joyce went out a couple of times, and Joyce turned up pregnant. John and Joyce got married in 1963, and Joyce had a baby girl [redacted]. Joyce wasn't a good mother, and the baby was taken away from Joyce by the State. The State gave custody to my mother and step father, and baby Diane Hedberg moved in with my parents. Diane was about a year and a half old when she moved in with my parents.

John and Joyce got divorced when baby Diane moved in with my parents. I heard that Joyce had problems with drugs, and no one ever saw her again.

My mother and step father raised Diane for two years. John wasn't around; he was

stationed overseas that whole time. After John had been in the service for several years, John got involved with a woman named Judy. John met Judy in Kansas, where Judy was from. John was stationed at Fort Riley, Kansas, at the time. Judy turned up pregnant, and John decided to marry her. He moved Judy up from Kansas to live next door to my mother and Gordon in Washington. Judy rented the back of a house near my parents. Judy, John and Diane lived around the corner from my parents, until John was stationed overseas again. John was sent off to Vietnam, and Judy was pregnant with John's baby. Judy kept little Diane at the rented house, and Diane came over and spent a lot of time with my mother, as well. My mother and Diane loved each other. I don't know about Judy and Diane. I met Judy a couple of times. I liked her at first. She was friendly and nice at first.

Judy didn't act like you would think women would act at that time. She was more forward. Later I found out that while she was showing, while she was very pregnant, she slept with one of my boyfriends. Judy was crazy. No one knew what Judy was up to. Judy wasn't a very good mother. She was more interested in what she wanted than what a child wanted. She ignored Diane, John's first daughter, and my mother had to show Judy how to care for baby Lisa. Judy didn't change Lisa's diapers enough and my mother had to show Judy how to do that more often. Judy wasn't interested in parenting.

Judy didn't live next door to my mother and Gordon for very long. After she had the baby, who must have been Lisa, Judy moved away. Judy, Diane and baby Lisa all packed up and left Washington when Lisa was about six months old. It must have been about 1968. I never heard from Judy again. I think that John saw Judy for a short time after he got back from Vietnam, and then they got a divorce. Judy adopted Diane out while John was stationed overseas, so John lost track of his first daughter. Judy kept Lisa, but I don't think he was in

touch with Lisa for the rest of Lisa's life, until Lisa's arrest.

I thought it was strange that John had families all over. That's not how it was done at the time. People didn't pick up and leave wives and children. Doing that didn't seem to bother John. He had his first child, Diane, with his first wife, Joyce, and then never saw them again. John then had baby Lisa with Judy, and then got a divorce and never saw them again, either. In 1973 John met and got together with a woman in Germany. She had twins by John, and one of the babies died. John and the German woman were together, with the baby that lived, for a couple of years, and then he left them and never saw them again until he went to visit in 2001.

After John left his family in Germany, he was transferred by the Army to Fort Hood, Texas and met a lady named Sang. Sang is Korean and worked near the Army base. They got married, had a baby girl and lived together for about two years, and then John never stayed in touch with them, either. He left Sang in Texas and moved to Washington State. I saw Sang once while they were married. She came up to Washington State briefly. I don't know anything about her. We never talked and John never shared any information about her with me. John never talked about any of the women he married.

After John divorced Sang he married a woman named Sharon and they lived in Washington State. I met Sharon once or twice as well. John and Sharon never had any kids. That marriage didn't last either, and now John is married to Christina, his current wife. I have met her once or twice as well. She seems nice.

I have one daughter, Stephanie, and even though she is grown, I know where she is. We keep in touch. We might not talk every day, but even when we are not in constant contact I know where she is and how she is doing. She always knows what I am doing and how I am doing. Normal things you would share with your child. John was not like that. He never was,

even when he was young. He never told my mother where he was at or what he was doing. Even when John was stationed overseas in wars, he didn't tell my mother where he was or how he was doing. He never cared.

I don't want to see John suffer if Lisa gets put to death. He has tried to keep in touch with her now because he never cared before.

When Lisa's attorneys came to talk to me in 2006 they asked me about having seizures. I have adult onset epilepsy. I do not know what caused the epilepsy. I told Lisa's attorneys at that time that I didn't not know what caused my seizures and I still do not know. I have also had back surgery to correct damage to several disks. I have suffered from migraines for most of my adult life. I had an aneurism which caused a small stroke several years ago and had to have surgery to repair damage from the stroke.

If Lisa's attorneys had asked me in 2006 to testify, I would have testified to everything that I have stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Mary L Coleman

Mary Lee Coleman

Dated this 17th day of January 2013