**Confidential: Attorney Work Product**

ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF JOHN JOSEPH HEDBERG PATTERSON

John Joseph Hedberg Patterson
DOB: [redacted]
SSN: [redacted]
[redacted]

I, John Joseph Hedberg Patterson, declare as follows:

I am the biological father of Lisa Montgomery. Lisa Montgomery is my second oldest daughter. I have had seven children: the first is a male child who was adopted away from my first girlfriend at birth. I do not know that child's name or location. He was born in 1959. My second child is my daughter, Diane Rae Hedberg Mattingly. Diane was born [redacted]. Lisa Marie Hedberg Montgomery is my third child and the second oldest girl. Lisa was born [redacted]. My daughter Patty Hedberg is my fourth child. Patty was born [redacted]. My fifth and sixth daughters were twins. One twin, Angela Katze, died as a baby. Her sister, Mary Lee Katze, lives in Germany near her mother. Angela and Mary were born [redacted], [redacted]. My seventh child, Genevieve Patterson Coker, was born on [redacted]. Genevieve is my last child.

I was born in Tacoma, Washington on [redacted]. My parents were Marie Miller Hedberg and Robert Lee Patterson. My mother was born on [redacted] in Sumner, Washington. Her background is Scottish and Irish. Her family came to the United States in the 1800's. My father was born [redacted] in Robinsville, North Carolina. My father's

background is mostly German, and a small part Cherokee Indian. My father's family lived in Oklahoma and then came up north to Washington State. My father's relatives live primarily over near Summit, Washington, which is near Puyallup, Washington.

My parents were married in Tacoma, Washington, in 1940 or 1941. Being married to my father was not easy for my mother. My mother described the marriage as a catastrophe. She got married to get out of the home of her controlling parents, and Robert got married in order to avoid joining the military. Neither of them was happy in the marriage. My mother believes that my father cheated on her for the entire duration of their marriage. My mother was constantly angry at my father, and they fought all the time.

In 1942 I was born, and three years later my sister, Mary Lee Patterson, was born. Mary was born in Tacoma, Washington, on [redacted], and after that, my parents got a divorce. No one in my family ever saw my biological father again. Except for me.

When I was four years old, in 1946, I was living with my mother and my sister in Tacoma, Washington. My sister Mary was just a baby, only one year old at the time. I was playing in the front yard of our house when someone came into the front yard and kidnapped me. I did not recognize the man who kidnapped me at all. Later I learned that this man was my biological father. He took me without any toys, clothes, or food. I do not remember where he took me, but I have horrible nightmares about a large drafty house on a lake. The house was always cold and dark and I was alone almost all of the time. I have a strong memory of my first day of school, which occurred while I was kidnapped. My father drove me to a building and told me to get out of the car. It was either too early for school to start, or we were late, because no one was outside of the building. My father told me to get out of the car, and so I did. I stood in the front of this building all alone, crying and crying. I was so scared and I had no idea why I

had been put out of the car. A lady came out, a teacher, and she took me inside. That was my first day of kindergarten.

After I had been kept by my biological father for one year, I was taken away from him by an older couple. They were my paternal grandparents, whom I had never met. Grandma and Grandpa Patterson took me away from wherever my father had kept me. We travelled by train to my grandparent's home in Puyallup, Washington. It was a two or three day train ride from wherever my father had been keeping me to my grandparent's home. I have no idea how they found out that my father had kidnapped me, but they tried to make it right. I lived with them at their home for a couple of months. I was so happy! I could go outside to play, and the house was warm and felt safe. I no longer had to worry constantly about being alone all the time, being in the dark or being hungry. Living with my grandparents was my happiest memory in my short life.

After I lived with my Grandma and Grandpa Patterson for two or three months, a strange woman came to take me away. I had no idea who she was. My grandparents told me that she was my mother! I did not remember her at all. I cried and screamed and begged to stay with my grandparents. I had never felt so warm or loved or safe before, and I was terrified that my life would go back to the bleak loneliness I experienced living with my father. My grandparents told me to go with my mother, and so I did. I never saw Grandma or Grandpa Patterson again.

My mother and I travelled from Puyallup, Washington to Tacoma, Washington. My mother, Marie Patterson, was very strict with me. I had to be very quiet, not cause any fuss, and not bother her at all. I remember the ride was a terrible experience for me. I thought that my life was over. I felt as if a stranger was taking me, again, and I had no control over the situation.

In many ways, living with Grandma and Grandpa Patterson for those short two or three

months were the best moments of my young life. My mother was not any warmer towards me when we arrived at her home in Tacoma. She was cold and distant, and I did not feel loved whatsoever. My mother told me that I was a difficult child when I came back to her. I cried for no reason, she said, and was deathly afraid of the dark. I was extra sensitive to cold and drafty rooms, and I couldn't be left alone anywhere that didn't have lots of lights on. When she tried to give me a bath I screamed bloody murder when the water was cooling off. I acted as if I was afraid of cold water. I was afraid to be left alone, because I never knew when I could be kidnapped again.

Many years later my mother admitted that she should have taken me to a doctor after I was returned from the kidnapping. My mother thought later that I had behavior problems and issues with anger and fear that stemmed from the year I lived alone with my biological father. As an adult I have tried to remember more about where I might have been kept when my father kidnapped me. I have images in my mind of a house on a lake, so for a while I thought maybe he had taken me to the Great Lakes region, maybe near Chicago. I also remember being very cold that whole year, so for a while I wondered if he had taken me somewhere in the northern part of the country. It was two or three days by train from wherever I had been to Washington State, so I tried to figure out where that could have been. I never found out, and anyone who did know is now dead. My father's parent's both died long ago, in 1962, and my father died in 2002. My mother, Marie, died in 2007. On her deathbed she told me "I wish I had had you checked out back then." I knew then that she regretted not taking better care of me. Nonetheless, I will never know where I was taken to.

My mother never stopped comparing me to my father. She told me that I looked just like him and that I acted just like him. These were all negatives to her. She never forgave me, and

she never forgave my sister, Mary, for being related to our father. She hated him so much that it spilled over and she acted like she hated us, too. My mother was very critical of my father, even when he was long gone. She reminded us that our father was a coward for marrying her to stay out of the military. My mother told me that I was a coward as well, just like my father. This was a hard thing for a very young child to understand. When I was small I wondered if she blamed me for my father leaving her, and if she blamed me for getting kidnapped. She's dead, now, so I will never know.

After I was kidnapped and returned, my mother said that I talked funny. I used strange words to describe everyday things, and I had a funny accent. My mother told me that I didn't communicate like a regular little boy, and that I was either too loud or too quiet for her taste. I just couldn't make her happy.

Shortly after I was returned from my kidnapping, when I was six years old, my mother enrolled me in the first grade at Tacoma Elementary School. While I was in the first grade my mother met and married a man named Gordon Hedberg. Gordon was a good man and did the best he could with my mother and her two children. Not every man takes on a woman that has had two young children already! I was six and my sister was three when my mother and Gordon got married. We lived in his house in Tacoma, Washington, and I completed the first grade there. My mother asked me if I wanted to use Gordon's last name, Hedberg, instead of my biological father's last name, Patterson. At the time I was very young and changing last names seemed like a fun thing to do. Part of me knew that not having my biological father's last name attached to my name might help make my mother less angry at me. Or so I thought. It never really worked that way, though. My mother treated me just the same after I changed my last name to Hedberg. It didn't make her any warmer towards me. I started using the last name

Hedberg, and I thought that Gordon had adopted my sister Mary and me. I found out much later in life that Gordon never formally adopted us, so my two different last names caused confusion when I became an adult. Eventually, when I was 26 years old, the Army took care of it for me and got my last name legally changed back to Patterson.

During the summer of 1948 Gordon, my mother, my sister Mary and I moved to Seattle, Washington. Gordon was a truck mechanic and had good work in the Seattle area. My mother enrolled me in Ridgecrest Elementary School in Seattle, and I attended the second through the fifth grade there. Ridgecrest Elementary School is part of the Shoreline School District, in the northern part of Seattle. At that time the neighborhood was kind of a military neighborhood, since it was close to the base. The area between Tacoma and Seattle was wooded then, open and wild. There were lots of woods and places with no houses on them. Now that part of Washington State has grown to feel like it is all part of Seattle, but in 1948 it was woodsy and wide open. The woods was a perfect place for me to go and escape my mother's yelling and shouting. I loved being in the woods. I could just be myself there, and not have to worry all the time about making my mother angry, inciting her wrath. When I was in the woods, playing by myself, I used my imagination and felt happy.

School was no fun for me. It was just a place to go. I knew I had to go, so I did. I am very smart, and I get bored easily. I was able to do the school work, no problem, so I spent most of my time having fun with my best friend, Ron Figg. Ron and I met when we were both in the second grade, and we hit it off straightaway! He is a shorter guy, like me, and he's very smart, like me. Ron and I were in the same Boy Scout Troop and the same class at school, too, so we hung out all the time. Ron and I ran around in the woods like crazy, playing little boy games like hide and seek and playing soldiers and climbing trees. He and I ran around those woods all the

time. We had so much fun! Ron and I palled around, playing ball in the street in front of my house and playing with the other kids in the neighborhood. Ron came over to my house for Boy Scouts, too, since my mother and his mother were the Troop leaders. Ron's mom, Grace, and my mother, Marie, were friends.

My mother didn't have a lot of friends. She had a hard time forming sustained relationships, but she and Grace stayed friends for sixty years. My mother was very creative, and liked to sew and knit and make crafts. Our Boy Scout Troop didn't go camping or do a lot of outdoor activities. Instead we made crafts and art projects indoors, with my mother and Grace helping us. We painted little pictures and made paper and yarn crafts. We made ceramic projects and painted ornaments. Boy Scouts was good fun and I enjoyed it. Ron and I remained friends for our whole lives. We are still friends and still see each other often. We have been friends for sixty five years now!

My mother was an angry person, very volatile and loud if she did not get her way. She crashed around in the kitchen, slamming cupboard doors and knocking things against each other when she was mad. I learned very early on to never make her mad. It was much easier to just agree with her and pretend that she was always right, instead of confronting her and trying to change her mind. This is almost impossible for a smart child to handle. I wanted to change her mind about the world and I wanted her to understand me. We argued and fought about how differently we saw the world, and about how angry she was at my biological father. Now I see that she was probably mentally ill. I didn't understand it at the time, of course, since I was just a child. My mother had Alzheimer's and dementia when she died, in 2007, and in hindsight I have to wonder if she maybe had symptoms of both of those diseases her whole life. Maybe something was wrong with her even back when I was young. She didn't hit me, but she never

made me feel like she loved me either. My mother was cold towards me. She didn't talk to me, she bossed me. My mother didn't listen to other people, she railroaded them until they agreed with her ideas. My mother yelled a lot, and I learned to stay out of her way. Maybe that's why I played outside so often!

When my mother was getting sicker and sicker, in 2007, she told me that her mother maybe had dementia or Alzheimer's disease when she had died. I didn't know my mother's mother, and I wasn't around when she died. I thought that it was interesting that my mother told me this at the end of her life. Maybe she was warning me that it runs in my family, and if so, I appreciate her telling me.

My mother was fair as a housekeeper. Not great. If I wanted to have a friend come over to play, I had to clean the house. The house was messy when we did Boy Scouts there, but we were all only seven or eight years old so I doubt that anyone noticed except for me. Later it bothered me and I tried to pick up the house. This made my mother mad, as if I was commenting on her abilities, or lack of abilities, as a housekeeper. I guess in a way, I was. I mean, I don't think we lived in filth, but the house was not really that clean.

When I was twelve years old my mother and Gordon had a baby, named Thomas Allen Hedberg. Tom was born [redacted]. Three years later my mother and Gordon had another baby, named Lori Mae Hedberg. Lori was born [redacted]. After Tom and Lori were born my mother made a real point of turning her back on me and on my sister Mary. My mother had always made me feel like I was no good, because I was a reminder of my father. Now with two new children, my mother turned her back on her first family and focused entirely on her second family. Gordon tried his best, but he was constantly working and left the parenting entirely to my mother. My mother was controlling of me and yelled at me when she thought I

was doing something wrong. My mother had very specific ideas about the world and as I became a teenager I tried to challenge some of her ideas. I thought that she had old fashioned, out of date ideals and I tried to change them.

When I was a teenager I started to learn about socialism, and I became very interested in those ideals. I decided that I was a socialist. My mother was convinced that I was a communist and she raged at me. I never could get her to understand the difference between socialism and communism. She died thinking I was a communist, all those years later! Looking back now, I feel as if something was always kind of strange about my mother. I didn't understand mental illness when I was growing up, and I know that the people around me didn't either. Now when I think back on my mother, I wonder if what was really a mental illness was attributed it to dementia and to Alzheimer's disease.

I was raised very sheltered and very naïve. Even though I had had the terrible experience of being kidnapped, the rest of my elementary and high school years were very sheltered. When I was in the ninth grade I started hanging out with some guys at my school who were considered to be gangsters. Not like you might think about gangsters now, but back then it was more about switchblades and fistfights, like in West Side Story. I was going to Gray Junior High School in Tacoma, Washington, which was a small little school in a small little town, so nothing really terrible was going to happen to us. We were pretend gangsters. We stole a few little things from shops in town, that kind of thing. I got caught stealing from one of the shops in Tacoma and my parent's found out. I got dropped off at the house by a police officer, and my mother was very, very angry. She shouted and raged at me, and eventually she and Gordon decided that they had to move. Gordon was looking for a quieter, safer environment to raise Tom and Lori in, and my getting into trouble solidified his idea to move. Gordon had been saying that he wanted to make

a better life for Tom and Lori, to move out of Seattle, and this gave him that opportunity.

During the summer of 1954 Gordon and my mother, my sisters Mary and Lori and my brother Tom and I all moved to Federal Way, Washington. Federal Way was very upwardly mobile, and had more money than our old neighborhood in Seattle. The kids in Federal Way were rich and I was not. Gordon was a truck mechanic and I felt like I stuck out. I hated high school. I didn't have my friend Ron anymore, and I was a nerd. I did meet a girl, named Dixie, and we started to date. Dixie was beautiful and she really liked me. I was so sheltered and shy, I didn't know anything about girls. My mother had never talked to me about girls or sex, and my stepfather never really did, either. All he said to me about sex was "if you do something, wear something. If you don't wear something, don't bother bringing something home." I learned nothing from his "sex talk" and I was actually more confused afterwards! Dixie really tried to bring me out of my shell. I might have been a teenager, but inside I was still a scared little boy. Dixie got frustrated with me and broke it off with me after I didn't respond to her advances. She had wanted to consummate our relationship and I was too naïve and dumb to know that that is what she wanted! I look back on this experience and think about how young and stupid I was!

I might have hated high school but inside, I knew that I was smarter than my grades showed. In my sophomore year of high school I took an IQ test and I scored 111. I thought that was pretty good for barely paying attention all through school. I graduated from Federal Way High School on June 6, 1960, and I enlisted in the Army twenty nine days later. I knew that I wasn't going to college, because Gordon didn't have the money. I had bad grades in high school so I didn't know what type of job I could get. I knew that I needed to get out from under the control of my angry mother, and I believed the Army when they said they needed ambassadors of the US to go to far off lands and help people. I hadn't had any real life experience, and I

hadn't had any real experience with girls, so I thought I could learn a lot about a lot of things if I joined the Army.

When I came home after enlisting, Gordon was really proud of me. My step father had been an enlisted man in World War II, and he was proud that I was becoming an enlisted man, too. When I walked in the door and told him that I had enlisted, he tossed me the keys to his car and said "here son." I felt so proud that he was proud of me! I hadn't felt that from a parent in my entire life. It was a wonderful feeling.

After my high school girlfriend, Dixie, broke up with me, I started dating another girl in my class, named Marsha. She went to my high school, and so I knew who she was for several years. I knew her through a friend of a friend, and I liked her. I didn't meet her parents or know if she had siblings, but when I saw her at school I found her very attractive. Marsha was a pretty girl, shy and really nice to me. She hadn't had a lot of sexual experience either, and so I felt a little more comfortable with her. She and I fooled around some, and one day she came to me and told me she was pregnant! I had no idea what to do. I barely knew about sex, let alone pregnancy, parenting and fatherhood! I had just completed Basic Training and I knew that I was about to go to accounting school for the Army in Indiana. Marsha told her parents that she was pregnant and they decided that Marsha needed to leave town and go to relatives in California. Marsha left Federal Way, Washington, went to California and had the baby. The baby was born in June of 1961. After she gave the baby up for adoption Marsha came back to live with her parents in Federal Way, Washington. I only saw her one time afterwards, and she told me that the baby was a little boy.

After I enlisted in the Army I went to Fort Ord in California for Basic Training. While I was there I took a placement test and the Army found out that I had a strong ability for

accounting. Once Basic Training at Fort Ord was over, in September 1960, the Army sent me to Fort Benjamin Harrison in Indiana for accountant training. I graduated from the Army accounting and CPA training on December 30, 1960. That same day I re-enlisted for a three year tour in the Army. They assigned me to the 4th Administrative Unit at Fort Lewis, Washington.

When I was examined by the Army medical doctors, I realized how little my mother had taught me about being an adult. She never even taught me to keep myself clean. I was cited for not keeping myself clean enough for Army standards, and the Army discovered that I had a lot of problems with my teeth. I had an abscess on my shoulder at one point and the Army doctors told me I needed to take more frequent showers, and brush my teeth more often. I had never been taught how to care for myself. I almost got kicked out of the Army for that. My mother was more interested in her second set of kids than in her first set of kids, and I really saw how that had left me out of learning how to care for myself. I basically learned, from the Army, how to be a grown up.

1960 was a life changing year for me. I graduated high school, joined the Army, got out from underneath my mother's angry, controlling thumb, and I started drinking alcohol. I drank alcohol to forget my childhood pain, and to relax me. I was so shy and backwards that I had a hard time interacting with people, especially girls. My old friend Ron Figg from high school was working for his dad, running a flooring company, and was in a rock and roll band. I went to see him play, and I drank and tried to meet girls. In 1960 a lot of things changed for me.

I was stationed at Fort Lewis, in Washington, for three years. While I was stationed at Fort Lewis I developed a pen pal relationship with a girl named Joyce, whom I had distantly known in high school. She was actually friends with my sister, Mary, when we went to school

together at Federal Way High School. Joyce's parents were part Cherokee Indian and part Uchee Indian, so she seemed very exotic to me. After graduation Joyce moved to Alaska and she was really bored up there. She was in a small town and there was nothing to do, so Joyce wrote me long, graphic letters about what she wanted to do to me sexually when she saw me. I was hooked! I was in the Army, surrounded by guys, working as a CPA and an accountant for the Army, and still in Washington State. I was not living the adventure I had dreamed of when I enlisted. Joyce's letters were explicit and confusing and arousing and full of fantasy. I was still very naïve, practically a virgin, and Joyce sounded so experienced and worldly. I might have been twenty years old at the time, but inside I still felt like I was fourteen years old. When she moved back to Washington State we went out one or two times, and it was all about the sex. It was 1963, and the world was still pretty conservative. I had always thought that I should get married, have sex, have kids and raise a family. I think that that is just what men of the time expected to do. So when Joyce told me she was pregnant, I knew that we had to get married. It was how I was trained by society, to marry someone that is carrying your child. It wasn't an option when Marsha found out she was pregnant, but now I was a few years older and living on my own. I thought it was the right thing to do.

Joyce and I got married in Tacoma, Washington, in 1963. We never lived together as a married couple, because immediately after we got married the Army stationed me in Munich, Germany. I left for Munich on March 12, 1963 and was out of the country when my baby daughter was born. Diane Rae Hedberg was born [redacted] in Auburn, Washington. Joyce didn't know how to be a mother and she was more interested in taking care of her wants and needs than the wants and needs of a newborn baby. When Diane was a year and a half old, the State of Washington removed baby Diane from Joyce's home. Diane was severely neglected,

couldn't walk or crawl, even at a year and a half old. The State placed Diane with my mother and my stepfather, and Diane began living with them legally. Joyce had a problem with drugs and was in no way able to care for a baby. Joyce couldn't even care for herself. When the State of Washington removed little Diane from Joyce's home, the courts tried to locate Joyce to attend a custody hearing. The courts were unable to locate Joyce anywhere. In the end, the courts granted my mother and step father full custody of Diane, without Joyce's knowledge. Joyce wouldn't have cared, anyways. She didn't give Diane the care that a mother should when she had custody of little Diane. We never saw Joyce again. I tried to find Joyce online after I retired and had time on my hands. The most that I could find is that someone with my former last name, Hedberg, and the first name of Joyce, had been shot in the head in downtown Seattle. I read that in the newspaper last year. I have wondered since then if it was the same Joyce Hedberg that I knew, all those years ago.

Munich was a good place for a naïve young man to grow up. I was drinking all the time, meeting women that hung around the base. I snuck off the base to meet up with women, went out drinking and carousing, had fun with other guys in the Army. It was a good time. I kept getting caught for sneaking off the base. I stuffed pillows in my bed and snuck out, or I made them think that I was working late to miss bed check, and then snuck out. I was working in accounting, so I could move around the base more than a regular enlisted man. A couple of times I signed out an Army vehicle and my buddies and I drove around Munich, all drunk and crazy, having fun. Once the Army caught on that I had signed out a vehicle without proper authority, and they reprimanded me. I never got into a lot of trouble at that point, though, just reprimands and write ups reminding me to do a better job.

After I completed a year and half being stationed in Munich, Germany, I was transferred

back to the United States. I petitioned the courts for full custody of Diane and it was granted to my mother and stepfather. I petitioned for a divorce and it was granted. The marriage was annulled, since we had never lived together. One day in court and it was all wrapped up. The Army sent me to Fort Wolters, in Texas, and as soon as I got there I knew that I wanted to get out into the world again, as fast as possible. Guys from Fort Wolters were about to be sent to Vietnam, so I signed up for that right away.

I was sent to Cahm Rahn Bay in Vietnam on May 13, 1965. Cahm Rahn Bay is a harbor in Vietnam that was used by the Japanese troops during World War II. Later the United States Army used it during the Vietnam War. Cahm Rahn Bay is a beach, tropical and beautiful. Vietnam that time was relatively quiet, for me. I was working a desk job, doing accounting. Our base was getting shelled and mortared, but I always told myself that I was safe. Everyone in the service deals with fear in their own way, and I dealt with it by convincing myself that I was always, no matter what, safe.

I was still working on the administration side of the Army, doing accounting and basic CPA duties. When I had been stationed in Munich, Germany, I started to get interested in the supply end of the Army, because I thought that it was a good fit for my mind. I am smart, and I can organize things, and with my training in accounting I thought that organizing the supply and stock for each base might be a good idea. My commanders suggested that if I trained in and learned supply, it might keep me out of all the trouble I kept getting into in Germany. I started training in supply while I was in Vietnam. I learned how to do audits and how to do orders. I kept the supply area logged accurately and efficiently. It was easy for me, and it was a way for my superiors to look at me and think "hey, that kid really shaped up." I knew that that is what they were thinking about me, so I played them. I told one group that I was going to go do one

project, and told another group that I was going to go do another project, and then I could take off and go have some fun.

I was enjoying myself in Vietnam thoroughly, drinking and meeting girls and having a crazy night life. I was young and dumb and unmarried, drinking constantly and having lots of sex. Cahm Rahn Bay is on the beach, in a very tropical setting. For a shy, naïve boy from Federal Way, Washington, I was in heaven! There were always girls hanging around the base, and girls that were only interested in Army guys, like me. I remember one night a woman who ran a house of prostitution saved my life. I was in back, with a lady, and local thugs broke open the door of the house, demanding money. They wanted money, but it they had found me in there it would have been curtains for me! The woman who ran the business came and grabbed me and pushed me out a window. Later I realized that my life had just been saved. It reinforced my belief that I was always going to be safe, no matter what. It sounds like a reckless way to live your life, but everyone deals with the fear of being in combat differently. I dealt with it by literally convincing myself I was always safe, no matter what.

I had always known that I had different ideas than my conservative parents, and I always felt like I saw the world differently than other people. I didn't think that traditional religions, like Catholicism or Protestantism were for me. When I was in Vietnam I learned more about their religions. Some of them made sense to me and fit with how I see the world. I believe in being good to people and that good will come back to you. I believe that the world is what it is and you should make the best of it while you are alive. Later I decided that I was a Buddhist. My interest in other religions started during that first tour of Vietnam. I learned about meditation and the ying yang symbol of life. I started to wear a ying yang symbol, to signify my belief that I was always going to be safe. It's almost as if I was meditating myself to be calm, to believe

that even in times of combat, I should be alright. And overall, my first tour of duty in Vietnam went smoothly. I contracted malaria while I was in Vietnam, and I had to take a round of pills to counter the effects of malaria. Other than a tropical disease, I came back from my first tour of Vietnam in pretty good shape.

After I served fifteen months in Cahm Rahm Bay, Vietnam, the Army shipped me back to the United States. On July 7, 1966 I was stationed to Fort Riley, Kansas. I was working in supply now, organizing the supply and stock end of the Army organizations. I worked as an accountant as well, doing the books for the Army. Fort Riley was just a place, you know, flat and dull and with nothing much to do. I ended up at the bars just outside the base, looking for fun and distractions. I met my second wife, Judy Rignell, at one of those bars near base.

I had been stationed in Kansas for just two weeks when I met a girl who worked as a bar girl for one of the drinking establishments off of the base. Liquor was very carefully controlled in Kansas in those days, so you had to drink at an established "club." You could buy beer and wine at the package store, if you wanted to drink at home, but liquor was another story. The "clubs" charged a $10.00 membership fee, and they sold you a bottle of your preferred liquor to keep behind their bar. The "club" sold beer and wine too. If you were a member of the "club" you could bring friends in and drink. The clubs had women, girls, really, who worked at the bar encouraging soldiers to drink more, in order for the bar owners to sell more alcohol. Judy was one of those girls.

I was living on base at Fort Riley, Kansas. I went out drinking all the time. When I met Judy, she was basically drinking for a living, sitting with enlisted men in the bar where she worked, drinking with them and encouraging them to buy more alcohol from the bar owners. Judy and I basically drank for fun. I could drink two cases of beer a night, and Judy was right

there with me. She could put it away as well as I could. My drink was a 7 and 7, or I drank beer. Judy and I both smoked cigarettes too, about a pack and a half each per day. We had that in common. We both stayed away from drugs. I had seen a lot of my buddies in Vietnam using drugs, and it never ended well. They acted like fools or they got into trouble, or they got themselves killed doing stupid things while on drugs. I knew that drugs were not for me. Alcohol, though, that was for me, for sure!

When I met Judy, I found her attractive. Bar girls were known to be easier, and I was looking for easier. She was available and willing, and that was exactly what I was looking for in a woman. She had qualities that I found attractive, like being comfortable with people and being social. When I first met Judy, before we stated dating, she asked me if she could borrow my car. I was trained by my mother to always say yes when a woman asked for anything, so I lent Judy my car. She returned it to me a week later and it was completely wrecked. She had crashed and totaled my car! I forgave her, basically in order to have sex with her.

Judy and I dated off and on for about a year. Judy's parents were farmers. Her mother, Nelma Rignell, was from New Jersey, and her father, Nils Rignell, was from Sweden. They lived nearby on a farm, and we often went out to play cards with her folks. They were absolute farmers, living on a farm and everything. They didn't drink, so we made sure never to appear drunk when we went to visit them. Judy's parents were conservative farmers from Kansas. The real salt of the earth type of folks. Judy had been raised in Manhattan, Kansas, on that farm. Manhattan, Kansas was a really small town. It had maybe 500 people living there, and they only had running water in the town itself, not in the outskirts. The farm where Judy was raised didn't have running water or the modern conveniences you expect. Fort Riley, the Army base was well equipped, but the town closest to the base was very rural.

Judy's parents were at home in this small town. They thought Judy was a waitress in a respectable restaurant. Judy used to pick up shifts at this breakfast place, and her folks thought that was her only job. I went in and sat in Judy's section over and over, drinking coffee and watching her for hours when she worked at the restaurant. Her folks wouldn't have approved of her other job, sitting in a bar with enlisted men, encouraging them to drink.

When I first met Judy, she lived with someone. I never met him, and shortly after she and I started dating, she left the other guy. I recognized that she moved from man to man kind of fast, but I thought that with me it would be different. I rented a house in Manhattan, Kansas, and Judy moved in with me. With a house off base, and a woman in my life, my life was going pretty well. I talked to my mother and my step father, and they agreed to send my daughter, Diane, down to live with me. Diane arrived in Kansas when she was three years old, and she lived with me and Judy for a year and a few months.

My relationship with Judy appeared to be going well, to me. I was still very naïve about women, and so anytime Judy told me something, I instantly believed her. She stayed out all night and came home at five in the morning; when she told me she worked late, I believed her. She flirted with other men in front of me but somehow I never caught on that she was being unfaithful to me. I never knew that Judy cheated on me the entire time we were together, until much later in my life. Later I found out that Judy was notorious on the base, and that other people knew that she was cheating on me. I honestly didn't know.

I was drinking steadily back then, and when I hung out with my buddies after work I put away a case or two of beer in a night. At the time it helped me get through long days in the Army. Drinking took my mind off of my worries and anxieties left over from my childhood. Judy and I started to have problems. We fought sometimes, all throughout our relationship. I

thought that that was normal, since I had grown up in a house filled with my mother's yelling. Whenever Judy and I fought we made up, and I figured that our relationship was working out okay.

Judy and I had been living together for about a year when she told me that she was pregnant. It was in July of 1967. I knew what I had to do – we got married. My first marriage to Joyce was like it never happened, so I felt like I was getting married for the first time. I didn't ask Judy at the time if she had ever been married. Being so naïve about women, it wasn't something that I thought of. Later I found out that she actually had been married before, and she never told me! Judy was actually married when I first met her, and for several months while she lived with me. She got a divorce while she lived with me, and then married me less than five months after that divorce! At the time, I had no idea what Judy was really like. I had been trained to get married and start a family, so I figured that Judy was looking for the same thing that I was looking for. I thought Judy was also looking for a monogamous relationship.

Judy and I got married in Miami, Oklahoma, on August 4, 1967. We lived together for four months as a married couple, at my rented house in Manhattan, Kansas. I worked on the base every day, and at the time I thought that Judy was going to work every day too. Later I found out that she was actually entertaining men at my house while I was at work. Once I remember she and I threw a party and a friend of mine from the Army came to the party. He and Judy went into the bathroom off the room where the party was, and were in there for some time. That was the first time that I started to wonder if Judy was faithful to me.

When Judy was six months pregnant I found out that I was going to be stationed in Korea. In December of 1967 I moved Judy and my daughter, Diane, from Manhattan, Kansas to Federal Way, Washington. I took Judy to Washington to meet my mother and my step father,

and they ended up helping us rent Judy an apartment at the back of a neighbor's house. She was living right around the corner from my mother and my step-father. My daughter Diane lived with Judy at the rented apartment. I had finally built a real family.

Judy and I had continued our lifestyle of going out drinking and socializing the entire time she was pregnant. When we moved up to Washington State, we did the same. I only lived with Judy in Washington State for two weeks, so we didn't have much time together there. I tried to make it fun for Judy, show her around, make her like living up near my parents.
Judy liked to go out, so when we were in Washington State, we went out several times. Going out meant going to a tavern, bar or restaurant and eating and drinking. One time one of the waitresses at a bar asked for ID, and it was so funny because the waitress was actually pretending to ask my unborn child for ID! Another time Judy had to show ID to get into a bar, and we found out that she actually wasn't old enough to be drinking in Washington State. The drinking age in Kansas was eighteen years old, and in Washington State it was twenty one years old. We never knew about the drinking age in Kansas, because Judy looked older than she was, so no one had ever asked her for ID. She worked at a bar in Kansas, so I figured she was old enough. That time, in Washington State, even though she was underage and very pregnant, they ended up letting us into the bar.

I left for Korea on January 1, 1968. Judy and my daughter Diane were living near my parents in Federal Way, and I thought that my life was on a good track. My wife was about to have my second baby, and I was doing well at managing supply for any base where I was stationed. My second daughter, Lisa Marie, was born on [redacted] Judy wrote me and told me that Lisa had been born. I was very happy.

While I was stationed in Korea I worked in supply. They sent me to Seoul first, a little

base south of Seoul. That base said they didn't need me to run stock for them, so then I got sent to northern Korea. I ended up travelling from base to base, doing audits on supply and stock for bases all over Korea. I impressed my higher-ups. I did something that was easy for me, organizing stockrooms and keeping the supply counts accurate for several different bases, and it made my higher-ups look good. They promoted me to Sergeant. It turns out that they really didn't have a system in place, or if they did, it was badly broken. I reorganized the stock and supply chain for the Army in Korea, and got to travel all over the country. They gave me combat pay for my work in Korea.

I didn't hear from Judy very often. I was not much of a letter writer back then, but I tried to keep in touch. My old friend, Ron Figg, worked at the University of Washington at that time, and he stopped in to check on Judy a couple of times. I wanted to make sure that she was settling in alright, and that she didn't need anything. Ron took Judy out for a meal a couple of times while Judy was very pregnant with baby Lisa, and a couple of times after Judy had given birth. Then Ron wrote me and told me he wouldn't be stopping by to check on Judy anymore. Judy had tried to have sex with Ron, and Ron was offended that she could do that to me. He told me he wasn't going to see how she was anymore. Ron never saw Judy again after that. All these years later and he still remembers that incident.

I wasn't faithful to Judy while I was in Korea. I regret that, but it is true. I had a girlfriend or two while I was over there. Nothing serious, but I wasn't faithful. One night I was entertaining my girlfriend and some of her friends, and I remembered how my mother's mother had taught me how to read palms. When I was a little boy my mother's mom thought she was a psychic. She did psychic readings, palm readings and all sorts of things for people. My maternal grandmother really believed that she was psychic, and she taught me how to read palms all those

years back. I did it as kind of a parlor trick for my Korean girlfriend and her friends, just for fun. I thought it was funny. Well, they took it seriously. People started banging on my door, asking me to read their palms. I told one woman that her lifeline was short, and she immediately went home and prepared to die. When I heard about that, I knew I had to stop. I didn't take palm reading seriously, but the Koreans did. I learned just how different I was from them.

I had been in Korea for eight months when I heard from Judy by mail. She told me she wanted a divorce. I was shocked! I thought that she and I were building a real family, and finding out that she wanted a divorce came as a surprise to me. I requested emergency leave from the Army, and they granted it. I flew home to Federal Way, Washington, right away. Judy was already gone, and she had taken baby Lisa. Judy left little Diane with my parents, and moved out of Washington State. I found out that Judy was living with baby Lisa in Kansas, so I flew down to Kansas to reconcile with her. I spent the night with Judy, and I thought that she and I had reconciled and were back on track. I flew back to Korea and rejoined my platoon.

I re-enlisted for another three year tour of duty on December 11, 1968. I was still in Korea at the time. I wasn't one hundred percent happy being in the Army, and I disagreed with some of their rules and regulations, but overall I was doing well, getting promoted, so I re-enlisted. They paid me, and I tried to send some of that money home to my parents for Diane's expenses. I tried to send some money home to Judy to help with Lisa's expenses, but sometimes I didn't have enough money to go around.

Just after I re-enlisted in December of 1968 I got another letter from Judy. She told me that she still wanted a divorce and she demanded that I come back to the United States to deal with the situation. Since I was very close to the end of my tour in Korea, my supervisors allowed me another emergency leave. I flew from Korea to Kansas to try and reconcile with

Judy for the second time. Judy and I spent a couple of nights together, and I thought that I had managed to patch up my relationship with her, again. On March 3, 1969 the Army assigned me to Fort Carson in Colorado. I went out to Colorado Springs, which is very near to Fort Carson, and I bought a house. The Army signed me up for a loan through the G.I. Bill, and I was able to buy a house for only $123.00 per month. I thought that was pretty reasonable. The house was a two bedroom home, with an unfinished basement. Judy and Lisa and I moved to Fort Carson, and then I sent for Diane. My parents had been taking care of Diane this whole time, but they agreed that since I had reconciled with Judy, bought a house, and was building a family, Diane should live with me. I signed the house in Fort Carson over to Judy. I put her name on the ownership papers, because I thought that that might make her want to stay with me.

Judy and I were constantly fighting by then, arguing over anything and everything. She went out and stayed out overnight, and that made me mad. She was nice one minute and mean the next minute, and I was drinking steady all the time, so I got angry. I really did think that giving Judy a house would make her happy. Judy had a temper. If she got mad, she got mad quickly and stayed mad. She overreacted to any small thing I said and stormed out of the house, to be gone all night. If I asked where she had been all night, she got mad again. She never told me where she had been. One afternoon Judy left the house about five P.M. to go for cigarettes. She came back home in the morning, the next day. That morning, I had had it. Judy and I got into a knock down fight. She came home after being gone all night, and she acted like it was no big deal. I pushed her out the front door and pulled her by the hair. I told her to leave the house. She did, for the day, but then she came back.

The house had two bedrooms, and Judy slept in one. I slept on the couch and a friend of Judy's slept in the other bedroom. He was a boarder, a renter. Judy knew him from around

town. I knew him through Judy. One night while I was lying on the couch, I heard the boarder go into Judy's room. I could hear everything that was going on in there. After that night, there was no more pretending that Judy was faithful to me. I knew after that night that Judy wasn't looking for a monogamous relationship, and I knew that I couldn't make it work with her. When I got to work at the base that day, I decided to re-enlist and go back for another tour of duty in Vietnam.

Living with Judy after I decided to go back to Vietnam didn't get any easier. Lisa was a year old, and Diane was six years old. Judy didn't act like she loved the girls at all. Judy was very authoritative towards the girls, and never showed them any love or affection. Judy was cold towards the girls. She was hard on them. I should have stepped in when Judy punished the girls, but I was drinking heavily all the time, and I didn't stop Judy when I should have. Judy slapped Lisa and Diane with the flat of her hand. She hit them in the head and in the face. Judy spanked the girls, and she told me to spank the girls as well. I am ashamed to say that I did what Judy told me to do, and spanked my girls. Judy strapped the girls on the backs of their legs, and hit Diane on the head with a broom stick. If baby Lisa didn't eat everything on her high chair tray, Judy left her for hours at the table, strapped into the high chair, crying. Judy punished Diane the most. There were nights when Diane didn't eat everything on her plate, and Judy spanked her and then threw Diane into a cold water shower and left her in there, naked and shivering. Judy pulled Lisa and Diane by their pigtails and punished them often for things that they did not understand. Judy liked to tell Diane that she had been a bad girl, and leave her out on the stoop of the house. Judy told Diane that she was being sent away for being a bad girl, and sometimes Judy even went so far as to pack Diane's clothes in a suitcase and leave it out on the stoop with Diane. I am ashamed to say that when Judy told me to go along with this abuse, I did. I didn't

stop it.

One night Judy left Diane naked and shivering in the cold shower for about an hour, until I finally stepped in and said 'enough'. I regret that I didn't step in more often. I could have stopped some of Judy's abuse of the girls. Judy spanked the girls roughly. Judy was physically abusive of the girls, as well as emotionally and verbally abusive. Little girls don't understand that kind of treatment at all. Judy yelled at the girls for acting just like little girls do. If Lisa played and made noise, Judy yelled at her. If Diane didn't make her bed or do some menial little chore, Judy screamed at her. Judy belittled the girls, making them feel poorly about themselves. I could see it. I should have stopped it. At that time, I was drinking and trying to lose myself, and later in my life I regretted not stepping in. I regretted it terribly. Judy was a terrible mother and I regret not stepping in and making her stop abusing my girls.

Once I decided to go to Vietnam, Judy just behaved however she wanted to. One day I was at the house with the girls, babysitting them while Judy was out. Two of Judy's boyfriends showed up in the front yard and got into a fistfight over Judy, right there! I am inside the house with my little daughters, Judy is out on the town, and two men show up to fight over her while she was still married to me. I found that to be unbelievable. Judy just stopped caring what I thought. Maybe she never cared what I thought, and I was under the impression that she did. Looking back I realize I never knew Judy that well. I didn't ask the right questions when we met. I didn't find out what she was like, because at that time I was an alcoholic, a practicing alcoholic, and all I wanted was to drink and have sex. I didn't know what Judy was actually like beyond her interest in those two things.

Finally one day, I had had enough. Judy was gone from the house and I told the little girls we were going on an adventure. Because of my work in the supply and stock end of the

Army administration, I knew where there was an empty barracks with no men assigned to live there. I told the little girls we were going on a sleep out, and the three of us snuck into the empty barracks. I told the girls to be very quiet, that it was an adventure. We stayed in the barracks for a couple of nights before Judy figured out where we were. Judy busted onto the base, yelling and screaming, and she took the girls from me and went back to the house that I had bought for her. Judy told me that she could report me for kidnapping. I told her that I took the girls away for some down time away from Judy's anger and Judy's bad moods. Later, when Diane was a grown up and came up to Washington State to visit me, Diane and I talked about that sleep out in the barracks. Diane remembered it, and told me that it was her best memory as a little girl – the overnight vacation away from Judy.

Looking back on my life I see that I put my daughters in the same position that my mother had put me into. My mother hated me because I reminded her of my father. She said I looked and acted just like him. My mother remembered my father as a cheat and a liar. My mother punished me for being related to my father. I made the same thing happen between Judy and my daughters. Because Judy was so angry at me, she took it out on my girls. Judy abused my daughters to get back at me, just the way my mother abused me to get back at my father. It doesn't make sense, but it's what happened. I have great regrets about leaving my girls with Judy. That was a bad decision and I have regretted it for forty or more years.

The fall of 1969 I was working on base at Fort Carson, and preparing to be shipped off to Vietnam. I was awarded a good conduct medal in August of that year, and I completed a sharpshooter course in November, winning another award. On December 6, 1969 I was shipped off to Vietnam. I left Lisa and Diane with Judy, in the house that I had bought. I lived in Fort Collins, Colorado for only six months, but it had been a chaotic six months. I was sad about

leaving my girls, but I was relieved to get away from Judy. Just as I was leaving Judy told me that she was pregnant, again.

Judy sold the house immediately upon me leaving the country. She kept all of the money from the sale of the house.

Vietnam the second time around was a much different experience than when I was there in 1965 and 1966. When the plane dropped us off in Saigon, Vietnam, this time the pilot had to circle the city for over an hour because the base below was being hit continually with mortars. Finally the pilot dropped us off and told us to run straight for the bunkers as fast as we could. Vietnam in 1969 was much, much different than in 1965. The base got hit with mortars and gunfire all the time. The rule was that if we heard mortars or gunfire, we had to run straight for the bunkers. I still told myself that I was always safe, that it was a mind over matter thing, and I continued to convince myself of that the entire time I was in Vietnam. That doesn't mean I didn't have the sense to run for the bunkers when I heard mortars! Vietnam didn't feel safe, so the only way for me to deal with the fear was to keep telling myself I would be okay. I just repeated that to myself, over and over. I wore my ying yang necklace every day.

I was stationed at Camp Bonday, a real small brigade post, from December 1969 until December 1970. At night the fighters hiding in the hills near the base ambushed people and cut their heads off. One evening the people in the hills ambushed and killed a bunch of our people. In the morning the enemy threw cut off heads down on us. It was a terrible thing to see. It stayed with me.

The Army sprayed Agent Orange all around the base, in order to defoliate the trees. The Army hoped that this might make fighting in such strange, tropical terrain easier for our troops. The Agent Orange stripped everything off of everything, not just the leaves off the trees. It took

the bark off too, and all the ground vegetation and killed all the animals. Now we know so much more about the damage that Agent Orange caused our enlisted troops, including myself, but at the time we had no idea what it did. The Army thought they were helping us.

The Army tried to keep our spirits up. They flew in American movies for us to watch on base. One night we were all watching Easy Rider, and enjoying ourselves. The base started receiving mortar hits and every single person watching that movie ran as fast as they could to the bunker. Except me. I sat in the room and watched the rest of Easy Rider all by myself, as mortars hit all around the base around me. I told myself I was going to be okay, and I kept watching the movie, and in the end I was okay. I didn't care too much for the movie, though. It was alright, not great, but alright.

Being in Vietnam in 1969 was always living on high alert. You never knew when someone was sneaking into the base. And some people didn't even have to sneak in. We hired locals to come on the base and do our laundry! That was a terrible idea. Every so often one of the Vietnamese laundry guys got caught with a detailed map of the base in his pocket, or a list of intel. Someone got caught with a chart of information about the base, and yet, the Army kept on hiring the locals to come right onto base and do the laundry. Unbelievable. It is completely impossible to use local people to do chores for the Army when the Army is stationed in a foreign land. You can't go to a country and tell them you are there to help them, hire them to do labor in the compound, and not expect some people to try and get information. It's human nature. Some people will do honest work and other people will be compelled to sneak information out to the rebels. It's just how it goes. It's a fact of war.

I was on high alert the entire time I was in Vietnam in 1969 and 1970. The mortars went off constantly, and the retaliation of Army bullets filled the sky. Every fifth bullet was a tracer,

so the red lines in the sky were constant. The tracer bullets were so thick that when I looked up into the sky, it appeared as if I could walk up a bridge of light into the sky. The guns just rattled out hundreds of bullets all day and all night. Every so often if you were outside and saw bam bam bam, enemy sniper bullets coming straight at you, blasting up dirt as they headed towards you. That's when you had to hustle to get to the bunker!

I worked supply, and I got promoted to Supply Sergeant in March of 1970. My superior officers noticed that I did a good job, and promoted me. I just did what I knew how to do – organize supply and stock and make sure that the audit counts were always done correctly. Maybe they weren't used to someone doing a thorough job, but regardless, they felt I was doing an excellent job. Later when I came back stateside the Army awarded me a Bronze Star for my time in Vietnam, and also an oak leaf cluster award. In June of 1970 I also got word from Judy that she had had our daughter, Patty Renee. Patty was born on [redacted]. For the next six months, until I left Vietnam and actually laid eyes on Patty, I thought she was my daughter. When I finally caught up with Judy and saw Patty, I could tell immediately that she was not my biological daughter. Patty has very dark coloring, almost Middle Eastern or American Indian looking. I loved Patty from the moment I laid eyes on her, and I consider her my daughter, but there is no way that she is biologically mine. I am not surprised, the way Judy ran around.

One night when I was stationed in Vietnam, my life was saved, again. This time by me getting kicked off of a plane. I was drunk, and we all loaded onto a plane to go somewhere nearby. My higher-ups kicked me off the plane, and I just went back to my bunk. Once that plane landed, everyone on the plane was loaded onto a bus to continue the rest of the journey. They had to take a bus to get to the end of a road where the other bunker was set up. That bus was ambushed and blown up by the enemy. Every single person was killed. Not me. I was back

on the base, safe in my bunk, because I had been kicked off the plane. My life has been ruled by a series of lucky events, and every single one reminds me thank my lucky stars for luck. I have been lucky many many times, in combat and in regular life. I still wear a ying yang necklace around my neck, to this day.

I caught malaria the second time I was in Vietnam, same as the first time. The first time I caught malaria, the medics caught it in time with a round of pills. The second time I got all the symptoms. Night sweats, cold shakes, fever, trembling attacks, all of it. Malaria stays in your bloodstream for your entire life. Some of the night sweats and trembling attacks that I have now I attribute to the malaria still being in my blood.

In December of 1970 my second tour of duty in Vietnam drew to a close. I was going to be sent back to the United States on December 30, 1970. Just as my tour was coming to a close, I received a letter from Judy that shook my entire world. She told me that she had adopted Diane out to another family, and that Diane was gone. I couldn't believe it. I thought maybe she was lying to get a rise out of me. It was very close to the end of my tour of duty, so the Army flew me home a couple of days early. I flew to Seattle and stayed for a few days with my mother, stepfather and two younger siblings. Judy called me. I don't know how she knew that I was back in the US or how she knew that I was staying with my parents, but she did. She told me that she wanted me back. I wishfully thought that she was telling the truth. I had to find out what had happened to Diane, and I really did think that I loved Judy, so I flew down to Kansas, where she was living. When I got there I went to the address she had given me. I could see Judy inside the house with her new boyfriend. Judy saw me through the window and came outside. She seemed happy to see me. She went back in the house, kicked her new boyfriend out and brought me inside. I thought we were reconciling. I was happy. Judy told me that she had given Diane to a

local family, the children of her neighbor, Mrs. Paine. Diane was living outside of town on a farm with the Paine family. The way that Judy explained it to me, it made sense. I thought that Diane might be better cared for with the Paines, and so I went along with it.

I spent the night with Judy, and we had a night of passion. In the morning she asked me for all the money I had on me, and I foolishly gave it to her. Then she kicked me out of the house! I had nowhere to go! When I protested and told her that I thought we were back together, Judy snubbed me. She told me I was lucky to have just had the best sex of my entire life, and that was all I was getting. She took my money and kicked me out. Diane was gone and I still hadn't gotten to the bottom of that story, so I couldn't leave town. Lisa was only two years old, and Patty, the new baby, was only a few months old. I needed to stick around, and so I went up to the attic of Judy's house and slept there for two weeks. I kept trying to get back together with Judy. Judy rented the house and lived with her new boyfriend. While I was there, trying to get back together with Judy, Judy and her boyfriend, baby Patty and my daughter Lisa all lived downstairs, and I lived up in the attic. It was no place for someone to sleep. It didn't really have a floor or anything, just the wood that held up the ceiling below. After I had been sleeping up there for about two weeks, Judy's sister Ellen told me that I could sleep on her couch for a few days until I figured out what to do.

I was supposed to have reported back to the Army for my next posting orders. Originally the Army told me that I could take a couple of days leave but that I needed to be back in Washington State for my new orders by the first week of January, 1971. Well, I went AWOL trying to get back with Judy there in Kansas. The Army cited me for excessive leave repeatedly in the month of January. They expected me back that first week in January, and I wasn't there. Then they expected me back on the 21st of January, and then on the 25th of January. I just kept

staying in Kansas, trying unsuccessfully to get back together with Judy. Finally when January and February had passed, I knew that it was really over between me and Judy. I knew that I couldn't win her back, and I saw that she had moved on. She was living with her new boyfriend, and I could see that Judy no longer cared for me. Maybe she never cared for me. I began to understand that I needed to move on, as well.

Little Lisa turned three years old on [redacted]. I stuck around Kansas long enough to attend the small birthday party that Judy had for her. It wasn't much, but I wanted to be there. I left to go back to the Army immediately afterwards. On March 1, 1971 the Army assigned me to Grosse Auheim base in Hanau, Germany. Lisa, Diane and Patty disappeared from my life. I didn't see them again until my daughter Lisa's trial started and defense counsel introduced us to one another again, after 35 years.

I was assigned to the Army base in Hanau, Germany. I started working in the supplies department again, and kept on drinking. I thought that my drinking was not getting in the way of my duties for the Army. I took several stock and supply training courses, and I did well in them. My commander gave me a positive evaluation and commended me for doing a good job in the stock course. I had scored 93.5% out of 100% on the final exam.

In June of 1971 I got a letter from Judy. She told me that Diane had been returned to her by the foster family, the Paines, and that Judy contacted the State to have Diane formally removed from the home. The adoption people wrote me a letter and I told them that Diane living with Judy was a totally unacceptable situation and that I didn't want Diane to remain at Judy's home. The adoption people didn't contact me again, and later I learned that Diane was removed from Judy's home and placed up for adoption. I didn't know where Diane was for the next 35 years.

While I was in Germany for my second tour of duty, I got into trouble several times. One time really taught me about my anger issues. My mom told me that she had suffered from blackouts and got into fights while drinking, blacked out, and came to banging someone's head against the ground. My mom never remembered the start of the fight or the actual fighting. Well, this happened to me while I was in Germany. I blacked out during a fight and when I came to, I was holding a knife to a man's throat, threatening him. When I came to, I backed away from the fight. After that I tried not to get into physical altercations, since I wasn't sure what could happen when I did.

I experienced some disciplinary problems within the Army. I was formally divorcing Judy and the Army found out that I was behind on child support payments and other bills. My commander gave me an unfavorable evaluation in June 1972, and told me that it was because I had been reported for unpaid bills and unpaid child support. My commander placed a bar to re-enlistment in my file, and told me to work hard to remove the bar to re-enlistment if I wanted to stay in the Army. My commander gave me an unfavorable evaluation again in January 1973. My commander told me that I needed to gain more experience dealing with the troops, and told me he did not recommend that I be promoted to first sergeant. My commander gave me another unfavorable evaluation in February of 1973, and told me to work harder if I wanted to re-enlist.

My drinking was becoming a problem. I got into a terrible car accident on February 18, 1973, in Bundes Strasse, Germany, near where I was stationed. I had taken an Army vehicle off base without permission, and I crossed the center line while driving. I crashed into a German national and the police came to the scene of the accident. When the police got around to giving me a breathalyzer test, two hours after the crash, my blood alcohol content was still .238, more than a little drunk. My commander gave me a negative evaluation and a citation for drunk

driving and causing an accident. I also received a warning for taking a military vehicle off of the base without permission. They ordered me to attend a race relations seminar in Hanau, Germany. After I attended the seminar, things for me seemed to go a little bit better. In July of 1973 my same commander changed his mind, and suggested in an evaluation that I did possess first sergeant potential. The Army allowed me to re-enlist.

While I was stationed in Germany I met a beautiful woman named Jadwiga Katze. She lived near the base and she and I developed a relationship. Jadwiga worked in a job where she had to know English, so we had no problem communicating. We rented an apartment near the base and set up a household. I was happy with Jadwiga, but I was still reeling from my terrible relationship with Judy, and I treated Jadwiga badly. I wasn't respectful to her and I wasn't faithful to her. Jadwiga found out that she was pregnant in the summer of 1973, and I was really happy. I thought that I was rebuilding a happy, family life.

Jadwiga gave birth to twin baby girls on [redacted]. Twins! I was excited. When Jadwiga had been six months pregnant she had a scare and had to go to the hospital. She almost had a miscarriage at six months pregnant, so she was relieved when she carried the pregnancy full term. There was not an ultrasound available while Jadwiga had been carrying the babies, so no one knew that she had been carrying twins until she gave birth. Even the doctor was surprised. It was wonderful. We named the babies Mary and Angela. Mary was healthy, a good, large baby. Angela was sickly. She was thin and weak and couldn't leave the hospital. The doctor told me that one of the twins had used up more than her share of the nutrients, leaving the other twin to grow weak inside of Jadwiga. The doctors told Jadwiga and me that little Angela had to stay in the hospital.

I loved living with little Mary and Jadwiga at our apartment near the base. I carried little

Mary around in the crook of my arm, and I changed her and fed her. Mary was such a good baby. She slept at night and was cheerful during the day. I loved her very much. I lived with Jadwiga and little Mary for two months, until March 1, 1974 when the military reassigned me to Fort Hood, Texas. I talked to Jadwiga when I found out about my reassignment. I tried to get her to move to the United States with me. I encouraged her to move to Texas, and to bring baby Mary. Jadwiga didn't want to leave Germany; little Angela was still sickly, and still in the hospital. Angela was only two months old when I shipped back to the United States. She died after I returned state side. Mary and I tried to stay in touch, but eventually I lost track of her. Much later, when I retired, I got back in touch with Jadwiga and Mary online.

In March of 1974 the Army sent me from Germany to Fort Hood, Texas. I lived on the base at Fort Hood, and continued working in supply. I missed Jadwiga and the baby girls all of the time. I applied for a compassionate reassignment. I hoped that the Army would understand and send me back to Germany. A month after my arrival at Fort Hood the Army reclassified me to "administrative accounting". I stopped working in the supply end of things, and went back to working in the accounting end of things. I really started to feel that the Army was not the place for me. I was reprimanded twice in June of 1974 for taking excessive leave, and when I applied for compassionate reassignment, asking the Army to send me back to Germany, I was denied. The Army actually denied my request for compassionate reassignment on the very same day that I was reclassified and started back working in accounting; June 9, 1974. A month later I saw a dentist on the base. I have always had a lot of trouble with my teeth, and I had had dentures fitted while I was enlisted. This time the dentist told me that I was doing a poor job of cleaning my dentures and cleaning my teeth. He made me take a dental hygiene course, on the base at Fort Hood. Again, the Army thought that I was doing a poor job of keeping myself clean!

Fort Hood, Texas, is a terrible place to be. It was not a good place for me to be, at that point in my life. I was depressed about leaving Jadwiga, Mary and Angela behind in Germany. I was mad that the Army had denied my request for compassionate reassignment. I drank all day, every day. I had buddies who drank with me and we drank way too much. I could still put away a case or two of beer in a night, and my Army buddies could sure drink, too. One night one of my buddies was in a bar fight in the parking lot of one of the places we hung out. My friend fell face down into a puddle and none of us were in any shape to help him out. My friend died, face down in that puddle. I told myself that it was time I made a change. I thought that I would try and improve my life, by trying to drink less. I decided to re-enlist for one more tour of duty with the Army. My commander gave me a favorable evaluation, and wrote in my file that it was his opinion that I appeared to have overcome the alcoholic and indebtedness problems incident to separation and divorce proceedings that led to Bar to Reenlistment from earlier, unfavorable evaluations. I still had some differences of opinion with the Army, and I wasn't completely happy being enlisted, but it was still a better job than most, and I thought that I could continue to do an alright job staying enlisted.

In December of 1974 my commander gave me a favorable review; but the Bar to Reenlistment wasn't lifted. I went to re-enlist, and I was denied. The Army transferred me to the transfer point, a barracks at Fort Hood where the Army processed the guys that were transferring out of service. I moved to the transfer point on January 16, 1975. My days in the Army were almost over.

I left the Army on February 2, 1975. I continued to live near Fort Hood, Texas, in a small town nearby called Killeen. I dated a dancer at a bar, and I continued to drink. My girlfriend, Sang Ye An, danced at a bar for off duty soldiers. Sang had come from Korea to

Texas only recently, and she spoke some English, but not a lot. Sang was learning English when we moved in together. In June of 1975 Sang told me that she was pregnant. I decided that I would marry Sang, and give the baby my last name. That is just what I did. Sang and I were married in Killeen, Texas, and on [redacted] she gave birth to a beautiful baby girl. On [redacted] I became a father for the last time.

Baby Genevieve Patterson was born on [redacted] and I was thrilled. Sang came through the birth alright, and she was relieved. It was her first pregnancy, so she didn't know what to expect. Genevieve was a good baby, smart and content. She was small and petite, just like her mom. I took care of Genevieve while Sang continued to work at the bar. Sang shifted between dancing at the bar and waitressing at the same bar, depending on what was needed of her each night. I picked up work at a warehouse in Killeen, but I lost the job and decided instead to stay home and care for little Genevieve.

After Sang and I had been married for about a year, we started to have problems. Looking back I think that Sang's language barrier was a problem in our communication. I wanted to make the relationship work, and we tried to stay together for about another year. When Genevieve was two years old Sang told me that she was finished. Sang wanted a divorce. I was hurt; I had been trying to make our relationship work. I applied for a job at the University of Washington hospital, and I got the job. I took little Genevieve to Washington State, to my mother's house. Sang didn't know where Genevieve and I were; Sang called my mother and my mother told her that we were there, in Federal Way, Washington. Sang flew up to Washington and took baby Genevieve back to Texas. That was the last time that I saw little Genevieve.

After Sang took Genevieve away from Washington State, I stayed. I accepted the job at the University of Washington hospital. My old friend Ron Figg helped me out with that. While

I had been in the Army, Ron had made quite a name for himself. Ron had always been incredibly smart and really talented at details. He became involved in the University of Washington's computer program, right at the start of the computer era. Ron was a programmer and a designer and was quite a big deal by the time that I returned to the area. I was pleased for my old buddy.

Ron called me while I was still living in Texas, after I left the Army, and told me that the University of Washington Hospital was hiring. I did an interview over the phone and they offered me a position as an orderly. Without Sang and Genevieve, I was single again and looking for something to fill my time. Working at the hospital seemed like a good idea, and it was. I enjoyed working at the hospital. I cleaned things and fixed things, ran the autoclave to sterilize the instruments and basically did anything that they asked me to do. The University of Washington hospital is a large place, and I made some new friends. I was able to quit drinking in 1980, and I really felt that that made a huge difference in my life.

Once I quit drinking I started to take better care of myself. One of the things that I noticed was that my heart raced, sometimes for no reason. This had happened to me all during my childhood, but my mother always dismissed it. When it happened when I was young, my mother told me to stop over exerting myself so much, and she blamed me for my racing heartbeat. She told me to calm down, and my heartbeat would slow down. Sometimes that worked but often my heart raced for several minutes at a time. When I had a heart racing attack, I could see my pulse in my throat and neck, beating really fast. The Army never told me that I had anything wrong with my heart, so I never really knew what it was.

In 1982 I went to the doctors at the University of Washington hospital, to check on my racing heartbeat problems. Medicine had changed in the years since I complained about an

overwhelming heartbeat to my mother; these doctors did a ton of tests. One of the doctors knew exactly what was wrong with me. On May 20, 1982 I was diagnosed with Wolff Parker White syndrome, which is an electrical problem of the heart. The heart will have one too many electrical pathways, and the extra pathway causes the heart to beat too rapidly. The doctor prescribed Inderal, and potassium supplements. The doctor told me to be careful overexerting myself, and to stay on the medicine, so I did. Later the doctor changed my medicine to Verapamil, and Atenolol, both of which relax the heart muscles so that the heart doesn't have to work so hard to pump.

When I was working at the hospital I met a woman named Sharon Carroll. Sharon was a receptionist and a volunteer at the hospital, and she and I developed a relationship and got married. Sharon and I were married in Seattle, Washington, on October 12, 1984 and we decided to buy a house together. My health problems were pretty much in check; after my diagnosis of Wolff Parker White syndrome, the doctor prescribed several heart medicines for me, and I continued to take them. My racing heartbeat normalized, and I had quit drinking. I still smoked cigarettes, but overall I felt much healthier.

Sharon and I had a good time together. We liked to travel around the area and look at the mountains. We lived on a boat for a while in the harbor and that was fun. My relationship with Sharon was good. I tried to give Sharon the best of myself. I realized that my entire life I had wanted the wrong things from women. I had been with women who were not good to me and who didn't respect me, like Judy. This made me hurtful and mean towards good women who did care for me, like Jadwiga. I regretted this a great deal, and I tried to make certain that my relationship with Sharon was a good one. I was faithful to her and I respected her. She and I had a good relationship. Sharon had kids from a prior marriage, and one of those kids had a child

that she couldn't care for. Sharon's daughter, Julie, was hooked on drugs. Julie brought her daughter, Robin, to live with Sharon and me. Sharon and I cared for Robin from when she was only a few weeks old, until Sharon and I split up ten years later. Robin was a good girl, and Sharon and I loved her a great deal. Even after Sharon and I divorced I tried to stay in contact with Robin. I did, too, for a while.

For me, one of the side effects of the heart medicine that I was taking was depression. The doctors told me that depression was not one of the possible side effects, but I felt as if it was. I felt depressed. I became withdrawn and nothing gave me any joy. Even though I loved my job at the University of Washington hospital, I ended up quitting it suddenly. In February of 1988 I took a job as a night time stock person at the neighborhood Safeway Grocery, near my house. It wasn't my favorite job, but I had quit my other job. Later I regretted quitting the job at the University of Washington hospital. That job was the best job I ever had. I loved working with everyone at the hospital, and I liked how varied my tasks were. I enjoyed the location of the hospital and just the whole atmosphere. Later I really regretted leaving the hospital job.

Working as a stocker was hard work, physically. I hurt my back several times on the job. I learned a new skill, though, working at Safeway Grocery. I had always had a hard time walking up and talking to total strangers; I never knew what to say. Now, at Safeway, I developed the ability to go up and speak to anyone. I focused on something that they had on, or something that they were buying, and walked up and was friendly. I made a little joke and they laughed, and then I felt comfortable. When I worked at Safeway I became more outgoing and more jokey. I learned to be a little more comfortable around strangers, and I learned that I enjoyed talking to people, telling jokes and having a fun conversation.

In October of 1991 I started feeling the effects of my heart syndrome, again. I felt light

headed, even when sitting down. I could feel my heart race. I went back to the doctors at the University of Washington hospital. The doctor suggested I have an ablation surgery to remove the damaged pathway in my heart, and I did. During the ablation surgery the surgeon accidentally punctured my left lung. It was incredibly painful when I woke up from anesthesia. Breathing was a real struggle. Afterwards recovery took a long time, but in the end I felt better, overall. My heart didn't race as often anymore. I still had the shakes from my fear and nerve problems, but I couldn't see my heart pounding in my throat or neck anymore. I felt somewhat better. I felt less depressed and found more joy in my life. I was able to go back to work at Safeway, and I continued to work at Safeway until I finally retired from the workforce in 2004.

My health was better, but my relationship wasn't so good. Sharon and I started having problems and we separated in September of 1994. I continued to work at Safeway, and I continued not to drink. I realized that I had been an alcoholic, and I learned to steer clear of exposure to alcohol. I moved a little bit further north, to Marysville, Washington, and continued to work at Safeway.

In 1997 I met a sweet lady, named Christina Juarez. Christina worked as a fuel tank sealer at the Boeing aircraft factory there in Marysville, and she had a strong opinion about things. Christina and I started developing a relationship and it turned out that we were really a good match. My divorce from Sharon was finalized December 1, 1999, and Christina and I got married shortly afterwards. Christina and I bought a little house in Marysville, and moved in together.

I was honest with Christina about my health problems and my exposure to neurotoxins. I had to be; on one of the first nights that we spent together, I woke up with one of my panic attacks. When I have a panic attack, I sweat all the way through the bedding. It starts sometimes

with a nightmare, and I had to warn Christina not to try to wake me up. Sometimes I sweat through the bedclothes, and sometimes I get terrible tremors and feel chilled to the bone. When I have an attack, they come on all of a sudden. Nowhere feels safe when I feel a shaking attack coming on. I have to turn up the heat in the house, get a lot of blankets and pile them on the bed, and get underneath. I sweat and shake, sometimes for an hour, until the attack passes. When I am having an attack, I feel scared and panicky. I feel a lot of fear. The attacks come with anxiety and make me think of being kidnapped again. I start to feel like I did when I was five years old and kidnapped; as if no place is safe and as if I could be taken at any minute. The attacks are very disconcerting to me, and can come on anywhere. Most of the time I get a shaking attack when I am at home, but once I had one when I was at Bingo with my wife. Nowhere is really safe. I explained all of this to Christina, and she understands. Christina will get me more blankets if I am shivering, or she will help me change the bed if I sweat through the sheets. She knows not to wake me up during a nightmare.

I have other health issues as well. I suffer from arthritis and even after I was diagnosed with Wolf Parker White syndrome, and after I had surgery for my heart problem twenty years ago, my heart still races sometimes. I also suffer from panic attacksand vertigo. I have a cataract in my right eye and am in the process of scheduling surgery to alleviate the vision problems. I have neuropathy in my feet and neuropathy in my genitals which the doctor biopsied. The biopsy was incredibly painful. The doctor asked me a lot of questions about my exposure to Agent Orange and other neurotoxins while I served in the military. Particularly in Vietnam, I was exposed to air born neurotoxins when the military sprayed Agent Orange in and around the compounds to remove foliage from the jungles around us. The doctor told me that neuropathy is one of the symptoms of possible neurotoxin exposure. I am working with my

doctor now, to see if he can suggest anything to alleviate the neuropathy in my both my feet and in my genitals.

As I have gotten older, I have started to deal with some of my regrets about the past. In 2001 I searched for and found my daughter, Mary Lee Katze, living in Germany. I went to go meet her, and her mother, in September 2001. It was wonderful to see them both. I had a chance to apologize to Jadwiga, for not being more respectful towards her, when we were together. I had the opportunity to get to spend almost two weeks with my daughter, Mary. She is beautiful. Mary was working as a translator when I visited her in 2001, so she spoke English with no problem. We had a chance to talk and I hope that she forgave me for leaving her when she was a baby.

When I retired, at the age of 63, in 2004, I started using the internet a lot more. I tried to find my daughters that I had lost over the course of my life. I used the internet to stay in touch with my daughter, Mary, in Germany. We instant message one another online. It is a wonderful feeling to be back in touch with her.

After I retired I started taking a lot of photos and travelling across this part of the country to photograph things that I am interested in. Christina and I have travelled and photographed numerous lighthouses on the west coast, and gone to the mountain ranges all across the west. I love photography and making photos. It is one of the joys of my life now.

In 2005 I reconnected with my daughter, Lisa. Lisa's attorneys contacted me and told me that they were representing her in court. I was shocked to hear what Lisa had done, but happy to have found her. I started to mail Lisa postcards in jail, and started to try and build a relationship with her. When I went to Lisa's trial the attorneys let me talk to her for a little bit. Lisa and I got to sit face to face and speak to one another. It was both the hardest and the most wonderful thing

I have ever had to do. It was terrible to see my daughter in court, on trial for her life. It was wonderful to find her after all of these years. I still mail Lisa postcards, and I still hope that we can see each other again and speak, face to face.

During the course of Lisa's trial I reconnected with my first daughter, Diane. Diane and I speak over the phone now, and she came up to see my mother just before my mother died in 2007. I am proud of how Diane has turned out, and I continue to build my relationship with her all the time.

In 2005 Lisa's legal team came and talked to me several times at my home. They asked me general questions about my life, my history, where I had served in the military and where I worked. The legal team asked me a lot of questions about my marriage to Judy Rignell, and about her relationship with my daughters. At no time in 2005 did Lisa's legal team ask me specifics about my knowledge of my familial health history, my mother Marie's struggles with anger, dementia and Alzheimer's, my own issues with depression and anxiety, or other family member's struggles with depression and anxiety. Looking back, I feel as if my daughter's legal team asked me a lot of general questions, only, and they seemed focused on my ex-wife, Judy. If my daughter's legal team had asked me specifics about my past, instead of just general questions, I would have testified to everything I stated above.

My daughter's legal team spoke with me the night before I was to testify. We didn't talk for long, but the attorneys told me what questions they would ask me. We talked about things that I thought that I would have a chance to talk about in front of the jury, and then the attorneys didn't ask me those same questions when I was on the stand. The jury never got to hear the whole story.

When I got up on the stand to testify, I saw my daughter, Lisa, in the courtroom. I was

overcome with a rush of love for her, and I was emotionally overwhelmed with all the things that I wanted to say. I didn't have a chance to talk about many of the things in my past that I wanted to talk about. I was emotionally overwhelmed, and the attorneys didn't ask me what I thought they were going to.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

______________________________

John Joseph Hedberg Patterson

Signed this 18 day of January 2013