THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| | | |
|---|---|---|
| ...OLE N... ...N JOSEPH | 2. SERVICE NUMBER RA 19 669 708 | 3. SOCIAL SECURITY NUMBER 553 36 1429 |

**PERSO...**

| | | | | | | |
|---|---|---|---|---|---|---|
| ... COMPONENT AND BRANCH OR CLASS: ARMY-RA | 5a. GRADE, RATE OR RANK: SSG (T) | b. PAY GRADE: E-6 | 6. DATE OF RANK | DAY: 24 | MONTH: Aug | YEAR: 67 |
| 7. U. S. CITIZEN: [XX] YES [ ] NO | 8. PLACE OF BIRTH (City and State or Country): Tacoma, Washingtón | | 9. DATE OF BIRTH | DAY: 15 | MONTH: Jun | YEAR: 42 |

**SELECTIVE SERVICE DATA**

| | | | |
|---|---|---|---|
| 10a. SELECTIVE SERVICE NUMBER: NA | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE: NA | c. DATE INDUCTED | DAY: / MONTH: NA / YEAR: |

**TRANSFER OR DISCHARGE DATA**

| | | | | |
|---|---|---|---|---|
| 11a. TYPE OF TRANSFER OR DISCHARGE: Discharge | b. STATION OR INSTALLATION AT WHICH EFFECTED: Camp Howze, Korea, APO SF 96224 | | | |
| c. REASON AND AUTHORITY: AR 635-200, SPN 313 Discharge for Immediate Reenlistment | d. EFFECTIVE DATE | DAY: 10 | MONTH: Dec | YEAR: 68 |
| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: Btry D, 6th Bn 37th Arty, 2d Inf Div | 13a. CHARACTER OF SERVICE: HONORABLE | b. TYPE OF CERTIFICATE ISSUED: DD Form 256-A | | |
| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED: NA | 15. REENLISTMENT CODE: RE-1 | | | |

**SERVICE DATA**

| | | | | | |
|---|---|---|---|---|---|
| 16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION — DAY: / MONTH: NA / YEAR: | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION — a. SOURCE OF ENTRY: [ ] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [X] REENLISTED [ ] OTHER | b. TERM OF SERVICE (Years): 3 | c. DATE OF ENTRY | DAY: 17 / MONTH: Jan / YEAR: 66 | |
| 18. PRIOR REGULAR ENLISTMENTS: Two (2) | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC: E-3 | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): Cam Ranh Bay, Vietnam | | | |

21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code)
Route #3, Box 1380 A
Auburn, King Co, Washington 98002

23a. SPECIALTY NUMBER & TITLE
76Y40
Unit&Org Sup Spec

b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER
NA

| 22. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 10 | 23 |
| | (2) OTHER SERVICE | 05 | 06 | 17 |
| | (3) TOTAL (Line (1) plus Line (2)) | 08 | 05 | 10 |
| b. TOTAL ACTIVE SERVICE | | 08 | 05 | 10 |
| c. FOREIGN AND/OR SEA SERVICE | | 01 | 04 | 15 |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

VNCM AFEM (Korea)
VNSM 2 O/S Bars
NDSM

25. EDUCATION AND TRAINING COMPLETED

Code of Conduct
Military Justice

**VA AND EMP. SERVICE DATA**

| | | | | |
|---|---|---|---|---|
| 26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years): None | b. DAYS ACCRUED LEAVE PAID: NA | 27a. INSURANCE IN FORCE (NSLI or USGLI): [X] YES [ ] NO | b. AMOUNT OF ALLOTMENT: $2.00 | c. MONTH ALLOTMENT DISCONTINUED: NA |
| | 28. VA CLAIM NUMBER: C- NA | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: [X] $10,000 [ ] $5,000 [ ] NONE | | |

**REMARKS**

30. REMARKS

Civilian Education: 12 yrs
Blood Group: "O"
Not paid for accrued leave.
Ref item #5a: SP5 E5 (P) 16 Feb 67

**...ENTICATION**

| | |
|---|---|
| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code): Same as item #21. | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: [signature] |
| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: ROBERT P. SAW, 1LT AGC, Asst AG | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: [signature] |

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| 1. LAST NAME-FIRST NAME-MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | YEAR | MONTH | DAY |
|---|---|---|---|---|---|---|
| HEDBERG, JOHN JOSEPH | M | 553 \| 36 \| 1429 | | 42 | 06 | 15 |

| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 6a. GRADE, RATE OR RANK | b. PAY GRADE | 7. DATE OF RANK | YEAR | MONTH | DAY |
|---|---|---|---|---|---|---|
| ARMY RA | SFC | E7 | | 70 | 04 | 28 |

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) |
|---|---|---|
| None | NA | Route #3 Box 1380-A<br>Auburn, WA 98002 |

| 9a. TYPE OF SEPARATION | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Discharged | Fort Hood, Texas |

| c. AUTHORITY AND REASON | d. EFFECTIVE DATE | YEAR | MONTH | DAY |
|---|---|---|---|---|
| Chap 2, AR 635-200 SPD JBK | | 75 | 02 | 06 |

| e. CHARACTER OF SERVICE | f. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| HONORABLE | DD Form 256A | RE-3&3B |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| Co A 34th Spt Bn 1st Cav Div FORSCOM | NA |

| 13. TERMINAL DATE OF RESERVE/MSS OBLIGATION (YEAR / MONTH / DAY) | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD YEAR | MONTH | DAY |
|---|---|---|---|---|
| None | APO SF 96224 | 68 | 12 | 11 |

| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER |
|---|---|
| 76Z50 Senior Supply Sgt 70/04/28<br>None | 223.138 Stock Clerk Supervisor |

| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER |
|---|---|
| 76Y40 Armorer/Unit Supply Spec 67/08/24<br>66074/02 | 632.281 Armorer |

| 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|
| (a) NET ACTIVE SERVICE THIS PERIOD | 6 | 0 | 28 |
| (b) PRIOR ACTIVE SERVICE | 8 | 5 | 10 |
| (c) TOTAL ACTIVE SERVICE (a + b) | 14 | 6 | 8 |
| (d) PRIOR INACTIVE SERVICE | 0 | 0 | 0 |
| (e) TOTAL SERVICE FOR PAY (c + d) | 14 | 6 | 8 |
| (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 4 | 3 | 25 |

19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964: [xx] YES [ ] NO 13May65 to 11Jul66 (See 27)

20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years): SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades) COLLEGE 0 YRS

| 21. TIME LOST (Preceding Two Yrs) | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25a. PERSONNEL SECURITY INVESTIGATION TYPE | b. DATE COMPLETED |
|---|---|---|---|---|---|
| None<br>5 days (Ex Lv)<br>(See #27) | None | [ ] $15,000 [ ] $5,000 [ ] $10,000 [ ] NONE<br>X $20,000 | [ ] NO [ ] YES<br>AMOUNT NA | None | NA |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

Republic of Vietnam Campaign Medal; National Defense Service Medal; Good Conduct Medal; Bronze Star Medal w/Oak Leaf Cluster; Vietnam Service Medal w/1 Silver & 1 Bronze Service Star; Expert (Rifle); Armed Forces Expeditionary Medal (Korea)

27. REMARKS

Item #19: 7 Dec 69 to 6 Dec 70
~~Item #21:~~ 29 days lost under Title 10 USC 972 from 11 Jan 71 thru 21 Jan 71 and 25 Jan 71 thru 11 Feb 71.
Excess Leave of 5 days from 4 Jun 74 thru 8 Jun 74.
Tables 2-5 AR 601-210 & 2-3 AR 601-280 apply, Provisions of AR 600-37 complied with
Retained in service 27 days for the convenience of the Government
Last overseas service: Germany
USATC/7th US Army - Leadership Course

| 28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code) | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 3802 S. 328th Street<br>Auburn, WA 98002 | [signature] |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| L. H. ANDERSON, Jr. MAJ, SigC, Asst AG | [signature] |

Case 4:12-cv-08001-SAP Document 153-2 Filed 09/03/15 Page 2 of 211

LEGEND: Insert N/A to the items below which are not applicable

PERSONAL

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3a. GRADE, RATE OR RANK | b. DATE OF RANK (Day, Month, Year) |
|---|---|---|---|
| rg, John Joseph | RA 19 669 708 | PFC E-3 (P) | 6 March 61 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | | | 5. PLACE OF BIRTH (City and State or Country) | 6. DATE OF BIRTH DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|
| ARMY | RA | AG | Tacoma, Washington | 15 | Jun | 42 |

| 7 a. RACE | b. SEX | c. COLOR HAIR | d. COLOR EYES | e. HEIGHT | f. WEIGHT | 8. U.S. CITIZEN | 9. MARITAL STATUS |
|---|---|---|---|---|---|---|---|
| Caucasian | Male | Brown | Blue | 70" | 140 | ☒ YES ☐ NO | Single |

| 10 a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED | b. MAJOR COURSE OR FIELD |
|---|---|
| 12 yrs. | Academic |

TRANSFER OR DISCHARGE DATA

| 11 a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Discharge | Fort Lewis, Washington |

| c. REASON AND AUTHORITY | | d. EFFECTIVE DATE DAY | MONTH | YEAR |
|---|---|---|---|---|
| AR 635-205 | SPN 313 | 16 | Jan | 63 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13 a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| 4th Admin Co, 4th Inf Div Fort Lewis, Washington | Honorable | DD 256 A |

SELECTIVE SERVICE DATA

| 14. SELECTIVE SERVICE NUMBER | | | | 15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE | 16. DATE INDUCTED DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 45 | UNK | 42 | UNK | Local Board, UNK Tacoma, Pierce Co., Washington | | N/A | |

SERVICE DATA

17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED

N/A

| 18. TERMINAL DATE OF RESERVE OBLIGATION DAY | MONTH | YEAR | 19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION a. SOURCE OF ENTRY | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| N/A | | | ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER: | 3 | 30 | Jun | 60 |

| 20. PRIOR REGULAR ENLISTMENTS | 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE | 22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| N/A | RCT E-1 (P) | RMS, Seattle, Washington |

23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State)

Rt #3, Box 1380 A
Auburn, King County, Washington

| 24. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 06 | 17 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| | (3) TOTAL (Line (1) + line (2)) | 02 | 06 | 17 |
| b. TOTAL ACTIVE SERVICE | | 02 | 06 | 17 |
| c. FOREIGN AND/OR SEA SERVICE | | 00 | 00 | 00 |

| 25 a. SPECIALTY NUMBER AND TITLE | b. RELATED CIVILIAN OCCUPATION AND D. O. T. NUMBER |
|---|---|
| 768.20 | 1-38.01 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

SS (Carbine)

27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known)

None

| 28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED — SCHOOL OR COURSE a | DATES (From - To) b | MAJOR COURSES c | 29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED |
|---|---|---|---|
| Finance Proc Crse | 5 weeks 60 | Ft Benjamin Harrison Ind. | None |
| Fin Mgt Integrated Acct Crs | 5 weeks 60 | " | |

VA DATA

| 30 a. GOVERNMENT LIFE INSURANCE IN FORCE | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|
| ☒ YES ☐ NO | $4.90 | N/A |

| 31 a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type) | b. VA CLAIM NUMBER |
|---|---|
| None | C- N/A |

AUTHENTICATION

32. REMARKS

Time Lost: None
Blood type: O+
SSAN: 533 36 1429

Reenlisted

| 33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State) | 34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| Same as item #23 | John Joseph Hedberg |

| 35 a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| NORMAN E. WHEELER, Capt, Inf, Adjutant | Norman E. Wheeler |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 3 of 211

DD FORM 1 NOV 55 214 REPLACES EDITION OF 1 JUL 52, WHICH IS OBSOLETE. ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE

RE-1

*LEGEND: Insert N/A to the items below which are not applicable*

**PERSONAL DATA**

1. LAST NAME - FIRST NAME - MIDDLE NAME: HEDBERG, JOHN JOSEPH
2. SERVICE NUMBER: RA19669708
3 a. GRADE, RATE OR RANK: PFC E3 (P)
b. DATE OF RANK (Day, Month, Year): 19 Dec 65
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: ARMY-RA-CE
5. PLACE OF BIRTH (City and State or Country): Tacoma, Washington
6. DATE OF BIRTH: DAY 15 | MONTH Jun | YEAR 42
7 a. RACE: Caucasian
b. SEX: Male
c. COLOR HAIR: Brown
d. COLOR EYES: Blue
e. HEIGHT: 5'7"
f. WEIGHT: 140
8. U.S. CITIZEN: [X] YES [ ] NO
9. MARITAL STATUS: Married
10 a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED: 12 years
b. MAJOR COURSE OR FIELD: General

**TRANSFER OR DISCHARGE DATA**

11 a. TYPE OF TRANSFER OR DISCHARGE: Discharge
b. STATION OR INSTALLATION AT WHICH EFFECTED: Cam Ranh Bay, Vietnam
c. REASON AND AUTHORITY: AR 635-200 SPN 201 Expiration term of service
d. EFFECTIVE DATE: DAY 16 | MONTH Jan | YEAR 66
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HHC, 864th Engr Bn (Const) USARPAC
13 a. CHARACTER OF SERVICE: Honorable
b. TYPE OF CERTIFICATE ISSUED: DD Form 256A

**SELECTIVE SERVICE DATA**

14. SELECTIVE SERVICE NUMBER: NA
15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE: NA
16. DATE INDUCTED: DAY NA | MONTH | YEAR
17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: NA

**SERVICE DATA**

18. TERMINAL DATE OF RESERVE OBLIGATION: DAY | MONTH | YEAR
19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: [ ] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [X] REENLISTED [ ] OTHER:
b. TERM OF SERVICE (Years): 3
c. DATE OF ENTRY: DAY 17 | MONTH Jan | YEAR 63
20. PRIOR REGULAR ENLISTMENTS: Two
21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE: PFC E3 (P)
22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): Fort Lewis, Washington
23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State): RR 3, Box 808 Auburn, King Co., Washington

24. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 3 | 0 | 0 |
| | (2) OTHER SERVICE | 2 | 6 | 17 |
| | (3) TOTAL (Line (1) + line (2)) | 5 | 6 | 17 |
| b TOTAL ACTIVE SERVICE | | 5 | 6 | 17 |
| c. FOREIGN AND/OR SEA SERVICE | USARPAC | 2 | 7 | 15 |

25 a. SPECIALTY NUMBER AND TITLE: 76K30 General Supply Specialist
b. RELATED CIVILIAN OCCUPATION AND D. O. T. NUMBER: NA
26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: Vietnam Service Medal
27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known): None
28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| SCHOOL OR COURSE a | DATES (From - To) b | MAJOR COURSES c |
|---|---|---|
| Finance Proc Crse | 10 Sep 60-15 Oct 60 | Finance Procedures |
| Finance Acct Crse | 20 Oct 60-30 Nov 60 | Finance Accounting |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED:

**VA DATA**

30 a. GOVERNMENT LIFE INSURANCE IN FORCE: [X] YES [ ] NO
b. AMOUNT OF ALLOTMENT: $2.00
c. MONTH ALLOTMENT DISCONTINUED: NA
31 a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type): None
b. VA CLAIM NUMBER: C-

**AUTHENTICATION**

32. REMARKS
Blood Group 0
Lump sum payment for 42 days accrued leave.
SSAN 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
Reenlisted
Last paid reenlistment bonus - reenlistment 1st
Total amount of bonus received on or subsequent to 1 October 1949: $372.00

33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State): 3802 S. 328th St, Auburn, King, Washington
34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: John Joseph Hedberg
35 a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: K.R. IVEY, CWO W4, Asst Asst Adjutant
b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: [signature]



DD FORM 214 REPLACES EDITION OF 1 JUL 52 WHICH ... ARMED FORCES OF THE UNITED STATES

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

**1. ...DLE N...:** ...N JOSEPH

**2. SERVICE NUMBER:** RA 19 669 708

**3. SOCIAL SECURITY NUMBER:** 553 36 1429

**4. ...NT, COMPONENT AND BRANCH OR CLASS:** ARMY-RA

**5a. GRADE, RATE OR RANK:** SSG (T)

**b. PAY GRADE:** E-6

**6. DATE OF RANK:** DAY 24 MONTH Aug YEAR 67

**7. U.S. CITIZEN:** XX YES ☐ NO

**8. PLACE OF BIRTH** *(City and State or Country)*: Tacoma, Washington

**9. DATE OF BIRTH:** DAY 15 MONTH Jun YEAR 42

SELECTIVE SERVICE DATA

**10a. SELECTIVE SERVICE NUMBER:** NA

**b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE:** NA

**c. DATE INDUCTED:** DAY — MONTH NA YEAR —

TRANSFER OR DISCHARGE DATA

**11a. TYPE OF TRANSFER OR DISCHARGE:** Discharge

**b. STATION OR INSTALLATION AT WHICH EFFECTED:** Camp Howze, Korea, APO SF 96224

**c. REASON AND AUTHORITY:** AR 635-200, SPN 313 Discharge for Immediate Reenlistment

**d. EFFECTIVE DATE:** DAY 10 MONTH Dec YEAR 68

**12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND:** Btry D, 6th Bn 37th Arty, 2d Inf Div

**13a. CHARACTER OF SERVICE:** HONORABLE

**b. TYPE OF CERTIFICATE ISSUED:** DD Form 256-A

**14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED:** NA

**15. REENLISTMENT CODE:** RE-1

SERVICE DATA

**16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION:** DAY — MONTH NA YEAR —

**17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION**
a. SOURCE OF ENTRY: ☐ ENLISTED *(First Enlistment)* ☐ ENLISTED *(Prior Service)* X REENLISTED ☐ OTHER
b. TERM OF SERVICE *(Years)*: 3
c. DATE OF ENTRY: DAY 17 MONTH Jan YEAR 66

**18. PRIOR REGULAR ENLISTMENTS:** Two (2)

**19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC:** E-3

**20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE** *(City and State)*: Cam Ranh Bay, Vietnam

**21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE** *(Street, RFD, City, County, State and ZIP Code)*:
Route #3, Box 1380 A
Auburn, King Co, Washington 98002

**22. STATEMENT OF SERVICE**

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 02 | 10 | 23 |
| | (2) OTHER SERVICE | 05 | 06 | 17 |
| | (3) TOTAL *(Line (1) plus Line (2))* | 08 | 05 | 10 |
| b. TOTAL ACTIVE SERVICE | | 08 | 05 | 10 |
| c. FOREIGN AND/OR SEA SERVICE | | 01 | 04 | 15 |

**23a. SPECIALTY NUMBER & TITLE:** 76Y40 Unit&Org Sup Spec

**b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER:** NA

**24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:**
VNCM AFEM (Korea)
VNSM 2 O/S Bars
NDSM

**25. EDUCATION AND TRAINING COMPLETED:**
Code of Conduct
Military Justice

VA AND EMP. SERVICE DATA

**26a. NON-PAY PERIODS/TIME LOST** *(Preceding Two Years)*: None

**b. DAYS ACCRUED LEAVE PAID:** NA

**27a. INSURANCE IN FORCE** *(NSLI or USGLI)*: X YES ☐ NO

**b. AMOUNT OF ALLOTMENT:** $2.00

**c. MONTH ALLOTMENT DISCONTINUED:** NA

**28. VA CLAIM NUMBER:** C- NA

**29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE:** X $10,000 ☐ $5,000 ☐ NONE

REMARKS

**30. REMARKS:**
Civilian Education: 12 yrs
Blood Group: "O"
Not paid for accrued leave.
Ref item #5a: SP5 E5 (P) 16 Feb 67

AUTHENTICATION

**31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE** *(Street, RFD, City, County, State and ZIP Code)*: Same as item #21.

**32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED:** John Joseph Hedberg [signature]

**33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER:** ROBERT P. SAW, 1LT AGC, Asst AG

**34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN:** [signature]

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| Field | Entry |
|---|---|
| 1. LAST NAME - FIRST NAME - MIDDLE NAME | HEDBERG, JOHN JOSEPH |
| 2. SEX | M |
| 3. SOCIAL SECURITY NUMBER | 553 36 1429 |
| 4. DATE OF BIRTH (YEAR / MONTH / DAY) | 42 / 06 / 15 |
| 5. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | ARMY RA |
| 6a. GRADE, RATE OR RANK | SFC |
| b. PAY GRADE | E7 |
| 7. DATE OF RANK (YEAR / MONTH / DAY) | 70 / 04 / 28 |
| 8a. SELECTIVE SERVICE NUMBER | None |
| b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | NA |
| c. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, State and ZIP Code) | Route #3 Box 1380-A Auburn, WA 98002 |
| 9a. TYPE OF SEPARATION | Discharged |
| b. STATION OR INSTALLATION AT WHICH EFFECTED | Fort Hood, Texas |
| c. AUTHORITY AND REASON | Chap 2, AR 635-200 SPD JBK |
| d. EFFECTIVE DATE (YEAR / MONTH / DAY) | 75 / 02 / 06 |
| e. CHARACTER OF SERVICE | HONORABLE |
| f. TYPE OF CERTIFICATE ISSUED | DD Form 256A |
| 10. REENLISTMENT CODE | RE-3&3B |
| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | Co A 34th Spt Bn 1st Cav Div FORSCOM |
| 12. COMMAND TO WHICH TRANSFERRED | NA |
| 13. TERMINAL DATE OF RESERVE/MSS OBLIGATION (YEAR / MONTH / DAY) | None |
| 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City, State and ZIP Code) | APO SF 96224 |
| 15. DATE ENTERED ACTIVE DUTY THIS PERIOD (YEAR / MONTH / DAY) | 68 / 12 / 11 |
| 16a. PRIMARY SPECIALTY NUMBER AND TITLE | 76Z50 Senior Supply Sgt 70/04/28 None |
| b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 223.138 Stock Clerk Supervisor |
| 17a. SECONDARY SPECIALTY NUMBER AND TITLE | 76Y40 Armorer/Unit Supply Spec 67/08/24 66074/02 |
| b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 632.281 Armorer |

| 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|
| (a) NET ACTIVE SERVICE THIS PERIOD | 6 | 0 | 28 |
| (b) PRIOR ACTIVE SERVICE | 8 | 5 | 10 |
| (c) TOTAL ACTIVE SERVICE (a + b) | 14 | 6 | 8 |
| (d) PRIOR INACTIVE SERVICE | 0 | 0 | 0 |
| (e) TOTAL SERVICE FOR PAY (c + d) | 14 | 6 | 8 |
| (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 4 | 3 | 25 |

| Field | Entry |
|---|---|
| 19. INDOCHINA OR KOREA SERVICE SINCE AUGUST 5, 1964 | xx YES ☐ NO 13May65 to 11Jul66 (See 27) |
| 20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years) | SECONDARY/HIGH SCHOOL 12 YRS (1-12 grades) COLLEGE 0 YRS |
| 21. TIME LOST (Preceding Two Yrs) | None 5 days (Ex Lv) (See #27) |
| 22. DAYS ACCRUED LEAVE PAID | None |
| 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | ☐ $15,000 ☐ $5,000 X $20,000 ☐ $10,000 ☐ NONE |
| 24. DISABILITY SEVERANCE PAY | ☐ NO ☐ YES AMOUNT NA |
| 25. PERSONNEL SECURITY INVESTIGATION a. TYPE | None |
| b. DATE COMPLETED | NA |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

Republic of Vietnam Campaign Medal; National Defense Service Medal; Good Conduct Medal; Bronze Star Medal w/Oak Leaf Cluster; Vietnam Service Medal w/1 Silver & 1 Bronze Service Star; Expert (Rifle); Armed Forces Expeditionary Medal (Korea)

27. REMARKS

Item #19: 7 Dec 69 to 6 Dec 70
Item #21: 29 days lost under Title 10 USC 972 from 11 Jan 71 thru 21 Jan 71 and 25 Jan 71 thru 11 Feb 71.
Excess Leave of 5 days from 4 Jun 74 thru 8 Jun 74.
Tables 2-5 AR 601-210 & 2-3 AR 601-280 apply, Provisions of AR 600-37 complied with
Retained in service 27 days for the convenience of the Government
Last overseas service: Germany
USATC/7th US Army - Leadership Course

28. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and ZIP Code)
3802 S. 328th Street
Auburn, WA 98002

29. SIGNATURE OF PERSON BEING SEPARATED
[signature]

30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER
L. H. ANDERSON, Jr., MAJ, AGC, Asst AG

31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN
[signature]

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 6 of 211

*LEGEND: Insert N/A to the items below which are not applicable*

**PERSONAL DATA**

- ME - FIRST NAME - MIDDLE NAME: rg, John Joseph
- 2. SERVICE NUMBER: RA 19 669 708
- 3a. GRADE, RATE OR RANK: PFC E-3 (P)
- b. DATE OF RANK (Day, Month, Year): 6 March 61
- ENT. COMPONENT AND OR CLASS: ARMY RA AG
- 5. PLACE OF BIRTH (City and State or Country): Tacoma, Washington
- 6. DATE OF BIRTH: Day 15, Month Jun, Year 42
- 7a. RACE: Caucasian
- b. SEX: Male
- c. COLOR HAIR: Brown
- d. COLOR EYES: Blue
- e. HEIGHT: 70"
- f. WEIGHT: 140
- 8. U.S. CITIZEN: [X] YES [ ] NO
- 9. MARITAL STATUS: Single
- 10a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED: 12 yrs.
- b. MAJOR COURSE OR FIELD: Academic

**TRANSFER OR DISCHARGE DATA**

- 11a. TYPE OF TRANSFER OR DISCHARGE: Discharge
- b. STATION OR INSTALLATION AT WHICH EFFECTED: Fort Lewis, Washington
- c. REASON AND AUTHORITY: AR 635-205 SPN 313
- d. EFFECTIVE DATE: Day 16, Month Jan, Year 63
- 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 4th Admin Co, 4th Inf Div, Fort Lewis, Washington
- 13a. CHARACTER OF SERVICE: Honorable
- b. TYPE OF CERTIFICATE ISSUED: DD 256 A

**SELECTIVE SERVICE DATA**

- 14. SELECTIVE SERVICE NUMBER: 45 UNK 42 UNK
- 15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE: Local Board, UNK, Tacoma, Pierce Co., Washington
- 16. DATE INDUCTED: N/A
- 17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: N/A

**SERVICE DATA**

- 18. TERMINAL DATE OF RESERVE OBLIGATION: N/A
- 19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION — a. SOURCE OF ENTRY: [X] ENLISTED (First Enlistment) [ ] ENLISTED (Prior Service) [ ] REENLISTED [ ] OTHER:
- b. TERM OF SERVICE (Years): 3
- c. DATE OF ENTRY: Day 30, Month Jun, Year 60
- 20. PRIOR REGULAR ENLISTMENTS: N/A
- 21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE: RCT E-1 (P)
- 22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State): RMS, Seattle, Washington
- 23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County and State): Rt #3, Box 1380 A, Auburn, King County, Washington
- 25a. SPECIALTY NUMBER AND TITLE: 768.20
- b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: 1-38.01

24. STATEMENT OF SERVICE

| | Years | Months | Days |
|---|---|---|---|
| a. Creditable for basic pay purposes (1) Net service this period | 02 | 06 | 17 |
| (2) Other service | 00 | 00 | 00 |
| (3) Total (Line (1) + line (2)) | 02 | 06 | 17 |
| b. Total active service | 02 | 06 | 17 |
| c. Foreign and/or sea service | 00 | 00 | 00 |

- 26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: SS (Carbine)
- 27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known): None

28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| School or Course (a) | Dates (From - To) (b) | Major Courses (c) |
|---|---|---|
| Finance Proc Crse | 5 weeks 60 | Ft Benjamin Harrison Ind. |
| Fin Mgt Integrated Acct Crs | 5 weeks 60 | " |

- 29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED: None

**VA DATA**

- 30a. GOVERNMENT LIFE INSURANCE IN FORCE: [X] YES [ ] NO
- b. AMOUNT OF ALLOTMENT: $4.90
- c. MONTH ALLOTMENT DISCONTINUED: N/A
- 31a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type): None
- b. VA CLAIM NUMBER: C- N/A

**AUTHENTICATION**

32. REMARKS

Time Lost: None
Blood type: O+
SSAN: 533 36 1429

Reenlisted

- 33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County and State): Same as item #23
- 34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: John Joseph Hedberg
- 35a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: NORMAN E. WHEELER, Capt, Inf, Adjutant
- b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: Norman E. Wheeler

RE-1

*LEGEND: Insert N/A to the items below which are not applicable*

**PERSONAL DATA**

1. LAST NAME - FIRST NAME - MIDDLE NAME: HEDBERG, JOHN JOSEPH
2. SERVICE NUMBER: RA19669708
3 a. GRADE, RATE OR RANK: PFC E3 (P)
b. DATE OF RANK *(Day, Month, Year)*: 19 Dec 65
4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: ARMY-RA-CE
5. PLACE OF BIRTH *(City and State or Country)*: Tacoma, Washington
6. DATE OF BIRTH: DAY 15 MONTH Jun YEAR 42
7 a. RACE: Caucasian
b. SEX: Male
c. COLOR HAIR: Brown
d. COLOR EYES: Blue
e. HEIGHT: 5'7"
f. WEIGHT: 140
8. U.S. CITIZEN: [X] YES [ ] NO
9. MARITAL STATUS: Married
10 a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED: 12 years
b. MAJOR COURSE OR FIELD: General

**TRANSFER OR DISCHARGE DATA**

11 a. TYPE OF TRANSFER OR DISCHARGE: Discharge
b. STATION OR INSTALLATION AT WHICH EFFECTED: Cam Ranh Bay, Vietnam
c. REASON AND AUTHORITY: AR 635-200 SPN 201 Expiration term of service
d. EFFECTIVE DATE: DAY 16 MONTH Jan YEAR 66
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: HHC, 864th Engr Bn (Const) USARPAC
13 a. CHARACTER OF SERVICE: Honorable
b. TYPE OF CERTIFICATE ISSUED: DD Form 256A

**SELECTIVE SERVICE DATA**

14. SELECTIVE SERVICE NUMBER: NA
15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE: NA
16. DATE INDUCTED: DAY NA MONTH YEAR

**SERVICE DATA**

17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: NA
18. TERMINAL DATE OF RESERVE OBLIGATION: DAY MONTH YEAR
19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: [ ] ENLISTED *(First Enlistment)* [ ] ENLISTED *(Prior Service)* [X] REENLISTED [ ] OTHER:
b. TERM OF SERVICE *(Years)*: 3
c. DATE OF ENTRY: DAY 17 MONTH Jan YEAR 63
20. PRIOR REGULAR ENLISTMENTS: Two
21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE: PFC E3 (P)
22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE *(City and State)*: Fort Lewis, Washington
23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE *(Street, RFD, City, County and State)*: RR 3, Box 808 Auburn, King Co., Washington
25 a. SPECIALTY NUMBER AND TITLE: 76K30 General Supply Specialist
b. RELATED CIVILIAN OCCUPATION AND D. O. T. NUMBER: NA

24. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 3 | 0 | 0 |
| | (2) OTHER SERVICE | 2 | 6 | 17 |
| | (3) *TOTAL (Line (1) + line (2))* | 5 | 6 | 17 |
| b. TOTAL ACTIVE SERVICE | | 5 | 6 | 17 |
| c. FOREIGN AND/OR SEA SERVICE | US ARPAC | 2 | 7 | 15 |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: Vietnam Service Medal
27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES *(Place and date, if known)*: None
28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| SCHOOL OR COURSE (a) | DATES *(From - To)* (b) | MAJOR COURSES (c) |
|---|---|---|
| Finance Proc Crse | 10 Sep 60-15 Oct 60 | Finance Procedures |
| Finance Acct Crse | 20 Oct 60-30 Nov 60 | Finance Accounting |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED:

**VA DATA**

30 a. GOVERNMENT LIFE INSURANCE IN FORCE: [X] YES [ ] NO
b. AMOUNT OF ALLOTMENT: $2.00
c. MONTH ALLOTMENT DISCONTINUED: NA
31 a. VA BENEFITS PREVIOUSLY APPLIED FOR *(Specify type)*: None
b. VA CLAIM NUMBER: C-

**AUTHENTICATION**

32. REMARKS
Blood Group O
Lump sum payment for 42 days accrued leave.
SSAN 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
Reenlisted
Last paid reenlistment bonus - reenlistment 1st
Total amount of bonus received on or subsequent to 1 October 1949: $372.00

33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE *(Street, RFD, City, County and State)*: 3802 S. 328th St, Auburn, King, Washington
34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: John Joseph Hedberg
35 a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: K.R. IVEY, CWO W4, Asst Asst Adjutant
b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: K R Ivey



DD FORM 214 REPLACES EDITION OF 1 JUL 52 WHICH ... ARMED FORCES OF THE UNITED STATES

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

SPECIAL ORDERS
NUMBER 118
EXTRACT

28 April 1970

3. TC 422. Following enlisted personnel APPOINTED/PROMOTED as indicated.

HEDBERG, JOHN J 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 SSG HHC 18th Engr Bde (C7CA) APO 96377

Authority: Para 7-13 AR 600-200
To be: Sergeant First Class (E7)
Appointed by: CG, 18th Engr Bde
Type: Temporary
MOS awarded: 76Z50
MOS withdrawn: 76Y40
MOS in which promoted: 76Z50
PMOS (how acquired): J
Effective date: 28 Apr 70
Date of rank: 28 Apr 70

FOR THE COMMANDER:

FRANK E. RUGGLES
Major, AGC
Adjutant

OFFICIAL:

W. D. Van Hoesen

W. D. VAN HOESEN
CPT, AGC
Asst Adjutant

DISTRIBUTION:
1-Rec Set
1-Ref Set
2-HHC 18th Engr Bde
1-Postal Locator
5-UPO (Internal Dist)
5-Indiv 201 File
5-Indiv FDRF
10-Indiv conc

DEPARTMENT OF THE ARMY
HEADQUARTERS III CORPS AND FORT HOOD
FORT HOOD, TEXAS 76544

AFZF-AG-T

SUBJECT: Request/Decline Narrative Reason for Separation

HEDBERG, JOHN J 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

1. Department of the Army policy provides that each individual being separated from active duty, who receives a DD Form 214 be offered a separate document indicating the narrative reason for his separation, a narrative description of the regulatory or statutory authority for separation and the reenlistment code upon the individual's request.

2. You are hereby informed that if you desire to receive a separate document explaining the above information, it will be made available to you prior to your separation and departure from this station, it is strictly your option. You are further advised of the following:

a. That the option statement explaining the reason and authority for your separation from active duty, and your reenlistment code could be of assistance to you in securing employment or acceptance for enrollment in a civilian institution after discharge.

b. That if you elect to receive this document, copies will be forwarded to State Adjutants General or US Army Reserve Area Commanders who receive copies of your DD Form 214. In addition, a copy will be attached to the DD Form 214 filed permanently in your Official Military Personnel File.

3. The appropriate choice will be made on the reverse side of this form.

R. A. KETTLESON
1LT, AGC
Asst AG

AFZF-AG-T

SUBJECT: Request/Decline Narrative Reason for Separation

I request/~~decline~~ a separate document explaining the narrative reason for my separation from the United States Army, a narrative description of the authority for my separation and the reenlistment code.

DEPARTMENT OF THE ARMY
HEADQUARTERS III CORPS AND FORT HOOD
FORT HOOD, TEXAS 76544

AFZF-AG-T

6 FEBRUARY 1975

SUBJECT: Reason and Authority for Separation

SFC JOHN JOSEPH HEDBERG US ARMY
553 36 1429
3802 S. 328th Street
Auburn, WA 98002

The following information pertaining to your separation from active duty is provided per your request.

1. Date of Separation: 6 FEBRUARY 1975

2. Reason for Separation: Completion of required service (ETS)

3. Authority for Separation: Chap 2 AR 635-200 SPD JBK

4. RE Code: 3 & 3B

FOR THE COMMANDER:

L.H. ANDERSON JR.
MAJ, SigC
Asst AG

AMERICAN REVOLUTION BICENTENNIAL 1776-1976

FH FL 83, Rev 1 Aug 74

## ENLISTMENT CONTRACT - ARMED FORCES OF THE UNITED STATES

*(Also to be used by AFEES in conjunction with induction processing as a means of providing data for manpower information reporting systems.)*

*Form Approved Budget Bureau No. 22-R0016*

| | | | | |
|---|---|---|---|---|
| 1. SERVICE NO. 19669708 | 2. HIGHEST SCHOOL GRADE COMPLETED E | 3. RATE/GRADE SP5 E5 | 4. BRANCH/CLASS AND COMPONENT RA | 5. LAST NAME - FIRST NAME - MIDDLE NAME HEDBERG, JOHN JOSEPH |
| 6. DATE OF ENL/INDUC 11 Dec 68 | 7. TERM OF ENLISTMENT/INDUC 6 YEARS ☐ MINORITY | 8a. MARITAL STATUS NA / 8b. NO. DEPEND. NA | | 9. NAME & LOCATION OF ACTIVITY EFFECTING ENLISTMENT/REENLISTMENT/INDUCTION Camp Howze, Korea, APO SF 96224 |
| 10. AFQT SCORE NA | 11. ENLISTED/REENLISTED/INDUCTED ☐ 1ST ENLIST ☒ REENL. ☐ INDUCTION | | | 12. AUTHORITY FOR ENLISTMENT/REENLISTMENT/INDUC Table 6-3, AR 601-280 |
| 13. TERM OF ACDU (Reserve only) NA MONTHS | 14. ACTIVE/INACTIVE STATUS (Reserve only) ☐ RETAINED ON AD ☐ IMMED AD (within 24 hrs) ☐ INACTIVE DUTY NA | | | 15. ACCEPTED AT NA |
| 16. DATE MIL OBLI INC NA | 17. PMOS/AFS CODE/MOD 76Y40 | 18. RELIGION NA | 19. SSAN NA | 20. CONTRACT DUTY LIMITATIONS NA |
| 21. DATE OF BIRTH 15 Jun 42 | 22. CITIZENSHIP ☒ US ☐ NAT US ☐ COUNTRY (Specify) | | | 23. PLACE OF BIRTH (City, state or country) NA |
| 24. DATE OF TRANSFER NA | 25. PHYSICAL PROFILE 111121 B | | 26. NA | 27. TRANSFER TO (Activity and location) NA — 28. NA |
| 29. DATE LAST DC/RAD NA | 30. SVC FROM WHICH LAST DISCHARGED NA | 31. NA | 32. NA | 33. TYPE OF LAST DISCHARGE DD Form 256-A — 34. NONE |
| 35. DATE OF RATE/GR NA | 36. SELECTIVE SERVICE NO. NA | | 37. RATE/GR APT/RAPT SSG E6 | 38. SELECTIVE SERVICE LOCAL BD (Bd No., city & state) NA |
| 39. B ASD/ADBD: NA | 40. TOTAL ACTIVE FEDERAL SERVICE 08 YEARS 05 MONTHS 10 DAYS | | | 41. HOME OF RECORD Route #3, Box 1380 A Auburn, King Co., Washington 98002 |
| 42. BP ED/PEBD NA | 43. TOTAL INACTIVE FEDERAL SERVICE 00 YEARS 00 MONTHS 00 DAYS | | | 44. MENTAL TEST SCORES GT 123; CL 116; GM 113 |
| 45. SEX M / 46. RACE CAU | 47. DATA PROCESSING CODE NA | | | |

48. REENL FOR PRESENT DUTY ASSIGNMENT

49. PRIOR SERVICE

| BRANCH & CLASS/ ARMED FORCE & COMPONENT | SERVICE NUMBER | DATE ENL, IND, APT, AND/OR OAD | DATE OF DISCHARGE OR RELEASE | GRADE/ RATE OR RANK | TYPE OF DISCHARGE | REASON FOR DISCHARGE | TIME LOST (No. Days) |
|---|---|---|---|---|---|---|---|
| | | 17Jan66 3 yrs | 10Dec68 | SSG E6 | HON | SPN 313 AR 635-200 | 00 |

ORGN AT DISCHARGE: Btry D, 6th Bn 37th Arty, 2d Inf Div, APO SF 96224

50. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment and that, if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance.

I am of the legal age to enlist. I have never deserted from and I am not a member of the Armed Forces of the United States, the US Coast Guard or any Reserve component thereof; I have never been discharged from the Armed Forces or any type of civilian employment in the United States or any other country on account of disability or through sentence of either civilian or military court unless so indicated by me in item 56, "Remarks" of this contract. I am not now drawing retired pay, a pension, disability allowance, or disability compensation from the government of the United States.

51. SECTION 5538 OF TITLE 10 OF THE UNITED STATES CODE is quoted: "(a) The Secretary of the Navy may extend enlistments in the Regular Navy and the Regular Marine Corps in time of war or in time of national emergency declared by the President for such period as he considers necessary in the public interest. Each member whose enlistment is extended under this section shall be discharged not later than six months after the end of the war or national emergency, unless he voluntarily extends his enlistment. (b) The substance of this section shall be included in the enlistment contract of each person enlisting in the Regular Navy or Regular Marine Corps."

52. SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE is quoted: "(a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section —(1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service."

53. I understand that, upon enlistment in a Reserve component of any of the Armed Forces of the United States, or upon transfer or assignment thereto, in time of war or National emergency declared by Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter, or such other period authorized by law.

54. I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated in attached statement for enlistment.

DD FORM 4, 1 APR 68 REPLACES DD FORM 4, 1 AUG 66, WHICH IS OBSOLETE.

55. I swear (or affirm) that the foregoing statements have been read to me, that my statements have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting.

| SIGNATURE OF WITNESS | SIGNATURE OF APPLICANT (First Name - Middle Name - Last Name) |
|---|---|
| Benjamin F. Hall for 559 | John Joseph Hedberg |

56. REMARKS

Ref item #3 and #37: Para 2-8, AR 601-280

57. **OATH OF ENLISTMENT** *(For service in Regular or Reserve Component of the Armed Forces except National Guard or Air National Guard)*

I, JOHN JOSEPH HEDBERG *(First Name - Middle Name - Last Name)*, do hereby acknowledge to have voluntarily enlisted under the conditions prescribed by law, this 11TH day of DECEMBER, 1968, in the UNITED STATES ARMY for a period of SIX (6) years unless sooner discharged by proper authority; and I do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations, and the Uniform Code of Military Justice. So help me God.

SIGNATURE John Joseph Hedberg

58. **OATH OF ENLISTMENT** *(For service in National Guard or Air National Guard)*

I do hereby acknowledge to have voluntarily enlisted this ______ day of ______, 19___, in the *(Army) (Air)* National Guard of the State of ______ and as a Reserve of the *(Army) (Air Force)* with membership in the *(Army National Guard of the United States) (Air National Guard of the United States)* for a period of ______ *(Years - Months - Days)* under the conditions prescribed by law, unless sooner discharged by proper authority.

I, ______ *(First Name - Middle Name - Last Name)*, do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States and of the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to them; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law, regulations, and the Uniform Code of Military Justice. So help me God.

SIGNATURE

59. **CONFIRMATION OF ENLISTMENT**

The above oath was subscribed and duly sworn to before me this 11TH day of DECEMBER, 1968. To the best of my judgement and belief, enlistee fulfills all legal requirements, and in enlisting this applicant, I have strictly observed the regulations governing such enlistment. The above oath, as filled in, was read to the applicant prior to subscribing thereto.

| TYPED NAME, GRADE/RANK, AND ORGANIZATION OF ENLISTING OFFICER | SIGNATURE OF ENLISTING OFFICER |
|---|---|
| ROBERT P. SAW, 1LT AGC, Asst AG | [signature] |

IMMEDIATE REENLISTMENT

# ENLISTMENT RECORD - ARMED FORCES OF THE UNITED STATES

*Form Approved Budget Bureau No. 22-R016*

CODING COLUMN

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3. SEX | 4. RACE |
|---|---|---|---|
| HEDBERG, JOHN JOSEPH | RA19669708 | Male | Cau |

5. PHYSICAL AND MENTAL DATA

a. PHYSICAL CATEGORY:

b. AFQT PERCENT 65 TEST PT TA

| TEST | SCORE | GROUP |
|---|---|---|
| GM | EL | GT |
| 113 | 116 | 123 |

6. HOME ADDRESS *(No. and street, or rural route. If none so state; City, Town or PO, County and State)*: 3802 S. 328th Street, Auburn, King Co., Washington

| 7. PLACE OF ENLISTMENT | 8. DATE ENLISTED | 9. FOR SERVICE IN *(Give Armed Force and Component)* | 10. NO. YEARS TO SERVE |
|---|---|---|---|
| Cam Ranh Bay, Vietnam | 17 Jan 66 | Regular Army REENL-RA | 3 |

| 11. GRADE | 12. AUTHORITY FOR GRADE | 13. INITIAL ASSIGNMENT | 14. ENLISTMENT AUTHORITY |
|---|---|---|---|
| PFC E3 (P) | Para 13a AR 601-210 | REENL FOR PRESENT DUTY ASSIGNMENT | AR 601-210 |

## DECLARATION OF APPLICANT

15. DATE OF BIRTH — DAY: 15 MONTH: Jun YEAR: 42

16. PLACE OF BIRTH *(City and State)*:

17. COLOR OF — EYES: HAIR:

18. a. HEIGHT: b. WEIGHT:

19. CITIZEN ☐ YES ☐ NO. IF NO, LAWFULLY ADMITTED FOR PERMANENT RESIDENCE ☐ YES ☐ NO

20. IF NATURALIZED, GIVE DATE, PLACE AND COURT OF JURISDICTION

21. NATURALIZATION OR ALIEN REGISTRATION RECEIPT CARD *(Form I-151)* NUMBER

22. MARITAL STATUS

23. NUMBER, RELATIONSHIP AND AGE OF PERSONS DEPENDENT ON YOU FOR SUPPORT[1] X

24. CIVILIAN EDUCATION *(Years completed in each. Give kind of degree, if any)*

| a. GRAMMAR YEARS | GRADUATED YES | NO | b. HIGH SCHOOL YEARS | GRADUATED YES | NO | c. COLLEGE YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS | d. OTHER CIVILIAN SCHOOLS ATTENDED YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

25. a. MAIN CIVILIAN OCCUPATION — b. YEARS AND MONTHS EMPLOYED — c. AVERAGE WEEKLY WAGE $

26. a. REGISTERED FOR SSVC YES NO — b. NUMBER — c. CLASSIFICATION — d. SELECTIVE SERVICE BOARD NUMBER AND ADDRESS *(City, County and State)*

27. HAVE YOU EVER BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? ☐ YES ☒ NO IF YES, GIVE DETAILS. *(Do not include minor traffic violations.) (Prior service personnel consider only period since last active service)*[1] JJH X

28. HAVE YOU EVER BEEN CONVICTED OF A FELONY OR ANY OTHER OFFENSE, OR ADJUDICATED A YOUTHFUL OFFENDER OR JUVENILE DELINQUENT *(Including violations of local ordinances)*? ☐ YES ☒ NO IF YES, GIVE DETAILS. *(Prior service personnel consider only those convictions & adjudications since last active service)*[1] JJH X

29. HAVE YOU EVER BEEN IMPRISONED UNDER SENTENCE OF ANY COURT? ☐ YES ☒ NO IF YES, GIVE DETAILS. *(Prior service personnel consider only those imprisonments since last active service)*[1] JJH X

30. ARE YOU NOW OR HAVE YOU EVER BEEN ON SUSPENDED SENTENCE, PAROLE, PROBATION, OR ARE YOU AWAITING FINAL ACTION ON CHARGES AGAINST YOU? ☐ YES ☒ NO *(Prior service personnel consider only period since last active service)*[1] JJH X

31. HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY OF THE ARMED FORCES OR BEEN DISCHARGED FROM PREVIOUS SERVICE UNDER OTHER THAN HONORABLE CONDITIONS, UNDER PERSONNEL SECURITY REGULATIONS OR BY REASON OF UNSUITABILITY OR UNDESIRABLE HABITS OR TRAITS OF CHARACTER, OR FOR MEDICAL REASONS? ☐ YES ☒ NO IF YES, GIVE SERVICE, DATE, PLACE AND CAUSE.[1] JJH X

32. PRIOR SERVICE

| ARMED FORCE | COMPONENT | SERVICE NUMBER | DATE OF ENL, IND, APPT AND/OR ORDER TO ACTIVE DUTY | DATE OF DISCHARGE OR RELEASE | TYPE OF DISCHARGE | REASON FOR DISCHARGE | GRADE AT DISCHARGE | MOS/AFSC | TIME LOST (Days) | VERIFIED FROM |
|---|---|---|---|---|---|---|---|---|---|---|

Date of Discharge: 16 Jan 66
Type of Discharge: Honorable
Grade: PFC E3 (P) MOS: 76K30 Organization: HHC, 864th Engr Bn (Const)
Date and term of last enlistment: 17 Jan 63 for three (3) years

33. PRIOR ROTC OR CADET TRAINING *(Years - Type Unit)*

34. RESERVE COMMISSIONED STATUS *(Service, grade and SN now held)*

35. TOTAL SERVICE

| ACTIVE YEARS | ACTIVE MONTHS | ACTIVE DAYS | INACTIVE YEARS | INACTIVE MONTHS | INACTIVE DAYS |
|---|---|---|---|---|---|
| 5 | 6 | 17 | 0 | 0 | 0 |

36. TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, ARE YOU NOW SOUND AND WELL? ☐ YES ☐ NO IF NO, GIVE DETAILS

37. REMARKS

DD FORM 1 OCT 63 4 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

[1] To be initialed by enlistee where X appears.

38. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment, and that if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance. I have read or had explained to me Par 13, AR 604-10 *(not applicable to Air Force Personnel)* which sets forth the criteria *(reasons)* for discharge and types of discharge, and certify that I ☐ HAVE ☒ HAVE NEVER *(check one)* engaged in disloyal or subversive activities as defined therein. I understand that I am expected to be available for order to active duty at any time during this enlistment in event of a mobilization or emergency requiring any services. I understand that if I am ordered to active duty I will be given a physical examination and may be discharged if found physically disqualified on that examination. I certify that I ☐ AM ☒ AM NOT *(check one)* now drawing retired pay from the government of the United States. I further certify that I ☐ AM ☒ AM NOT *(check one)* now drawing a pension, disability allowance, or disability compensation from the government of the United States. I declare that I am not now a member of any of the Armed Forces *(Army, Air Force, Navy, Marine Corps or Coast Guard)* or any reserve components thereof in active, inactive, reserve, or retired status unless so indicated and explained by me; that the foregoing questions and answers thereto have been read to me; that my answers have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting.

GIVEN AT *(Place of acceptance)*: Cam Ranh Bay, Vietnam

DATE OF ACCEPTANCE: 17 Jan 66

SIGNATURE OF WITNESS *(First Name, Middle Name, Last Name)*: Ashley Lee Smith

SIGNATURE OF APPLICANT *(First Name, Middle Name, Last Name)*: John Joseph Hedberg

39. REMARKS *(For use by the Enlisting Officer)*

a. DATE DD FORM 53 FORWARDED

VERIFIED AT: Cam Ranh Bay, Vietnam

BY *(Signature of Enlisting Officer)*:

GRADE AND ORGANIZATION OF ENLISTING OFFICER: 1st Lt, 864th Engr Bn (Const)

40. **OATH OF ENLISTMENT** *(For service in National Guard or Air National Guard)*

STATE OF ______ ss.

CITY, TOWN OR COUNTY ______

I do hereby acknowledge to have voluntarily enlisted this ______ day of [3] ______, 19 ______, in the *(Army) (Air)*[5] National Guard of the State of ______ and as a Reserve of the *(Army) (Air Force)*[5] with membership in the *(Army National Guard of the United States) (Air National Guard of the United States)*[5] for a period of[6] ______ (YEARS - MONTHS - DAYS) under the conditions prescribed by law, unless sooner discharged by proper authority.

I, ______ (FIRST NAME, MIDDLE NAME, LAST NAME), do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States and of the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to them; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law, regulations, and the Uniform Code of Military Justice. So Help me God.

______ [4]
SIGNATURE *(First Name, Middle Name, Last Name)*

41. **OATH OF ENLISTMENT** *(For service in Regular Army, Regular Air Force, Army Reserve, or Air Force Reserve)*

STATE OF Republic of Vietnam ss.

CITY, TOWN, OR MILITARY POST Cam Ranh

I,[2] John Joseph Hedberg (FIRST NAME, MIDDLE NAME, LAST NAME), do hereby acknowledge to have voluntarily enlisted, under the conditions prescribed by law, this[3] 17th day of December, 19 66, in the United States Army for a period of Three (3) (WORDS AND FIGURES) X years unless sooner discharged by proper authority; and I, do solemnly swear *(Or Affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations, and the Uniform Code of Military Justice. So help me God.

John Joseph Hedberg [4]
SIGNATURE *(First Name, Middle Name, Last Name)*

42. **CONFIRMATION OF ENLISTMENT**

The above oath was subscribed and duly sworn to before me this[3] Seventeenth day of January 19 66. This enlistee was minutely inspected by me prior to subscribing to the oath, and was found to be entirely sober and in full possession of all mental faculties. To the best of my judgment and belief, enlistee fulfills all legal requirements, and in enlisting this applicant, I have strictly observed the regulations governing such enlistment. The above oath, as filled in, was read to the applicant prior to subscribing thereto.

TYPED NAME, GRADE AND ORGANIZATION OF ENLISTING OFFICER: PAUL R. HABLE JR., 1st Lt, 864th Engr Bn (C)

SIGNATURE OF ENLISTING OFFICER:

1/ *To be initialed by enlistee where "X" appears.*
2/ *Carefully compare with the name at top of page 1.*
3/ *The dates in oath and confirmation must be the same day.*
4/ *The signature must be identical with that subscribed to Declaration of Applicant.*
5/ *Delete one.*
6/ *Specify period in years, months and days.*

43. **FINGERPRINTS OF RIGHT HAND**

| 1. THUMB | 2. INDEX | 3. MIDDLE | 4. RING | 5. LITTLE |
|---|---|---|---|---|
| | | | | |



PPC-Japan

MENT OF DEFENSE
INGTON 25, D. C.

Renton Washington

# ENLISTMENT RECORD - ARMED FORCES OF THE UNITED STATES

Form Approved
Budget Bureau No. 22-R016.5

1. LAST NAME - FIRST NAME - MIDDLE NAME: HEDBERG, JOHN JOSEPH
2. SERVICE NUMBER: RA 19 669 708
3. SEX: Male
4. RACE: Cauc

CODING COLUMN

5. PHYSICAL AND MENTAL DATA
a. PHYSICAL CATEGORY: B
b. MENTAL TEST DATA — TEST: AFQT; SCORE: 56-65; GROUP: II

6. HOME ADDRESS (No. and street, or rural route. If none so state; City, Town or PO, County and State): R #3 Box 1380A, Auburn (King) Washington

7. PLACE OF ENLISTMENT: RMS/ Seattle Wash.
8. DATE ENLISTED: 30 June 1960
9. FOR SERVICE IN (Give Armed Force and Component): Regular Army "INITIAL ENL"
10. NO. YEARS TO SERVE: 3

11. GRADE: Rct E-1
12. AUTHORITY FOR GRADE: Par 20a(1)(a) AR 601-210
13. INITIAL ASSIGNMENT: Finance Procedures Crs Crse 14R-730.0
14. ENLISTMENT AUTHORITY: AR 601-230 & TWX TAG WashDC dtd 18 April 1960

DECLARATION OF APPLICANT

15. DATE OF BIRTH — DAY: 15; MONTH: June; YEAR: 1942
16. PLACE OF BIRTH (City and State): Tacoma, Washington
17. COLOR OF — EYES: Blue; HAIR: Brown
18. a. HEIGHT: 68"
b. WEIGHT: 130
19. CITIZEN: [X] YES [ ] NO
IF NO, FILED DECLARATION [ ] YES [ ] NO

20. IF NATURALIZED OR DECLARANT, GIVE DATE, PLACE AND COURT OF JURISDICTION: N/A
21. NATURALIZATION OR DECLARANT NO.: N/A
22. MARITAL STATUS: Single

23. NUMBER, RELATIONSHIP AND AGE OF PERSONS DEPENDENT ON YOU FOR SUPPORT[1]: None — JJH X

24. CIVILIAN EDUCATION (Years completed in each. Give kind of degree, if any)

| a. GRAMMAR YEARS | GRADUATED YES | NO | b. HIGH SCHOOL YEARS | GRADUATED YES | NO | c. COLLEGE YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS | d. OTHER CIVILIAN SCHOOLS ATTENDED YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | X | | 4 | X | | | | | | None | | | | | None |

25. a. MAIN CIVILIAN OCCUPATION: None
b. YEARS AND MONTHS EMPLOYED: N/A
c. AVERAGE WEEKLY WAGE: $ N/A

26. a. REGISTERED FOR SSVC: X YES NO
b. NUMBER: 45 UNK 42 UNK
c. CLASSIFICATION: 1-A
d. SELECTIVE SERVICE BOARD NUMBER AND ADDRESS (City, County and State): LB Unk, Tacoma, Pierce, Washington

HAVE YOU EVER BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? [ ] YES [X] NO IF YES, GIVE DETAILS. (Do not include minor traffic violations.) (Prior service personnel consider only period since last active service)[1] — JJH X

HAVE YOU EVER BEEN CONVICTED OF A FELONY OR ANY OTHER OFFENSE, OR ADJUDICATED A YOUTHFUL OFFENDER OR JUVENILE DELINQUENT (Including violations of local ordinances)? [ ] YES [X] NO IF YES, GIVE DETAILS. (Prior service personnel consider only those convictions & adjudications since last active service)[1] — JJH X

HAVE YOU EVER BEEN IMPRISONED UNDER SENTENCE OF ANY COURT? [ ] YES [X] NO IF YES, GIVE DETAILS. (Prior service personnel consider only those imprisonments since last active service)[1] — JJH X

ARE YOU NOW OR HAVE YOU EVER BEEN ON SUSPENDED SENTENCE, PAROLE, PROBATION, OR ARE YOU AWAITING FINAL ACTION ON CHARGES AGAINST YOU? [ ] YES [X] NO (Prior service personnel consider only period since last active service)[1] — JJH X

HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY OF THE ARMED FORCES OR BEEN DISCHARGED FROM PREVIOUS SERVICE UNDER OTHER THAN HONORABLE CONDITIONS, UNDER PERSONNEL SECURITY REGULATIONS OR BY REASON OF UNSUITABILITY OR UNDESIRABLE HABITS OR TRAITS OF CHARACTER, OR FOR MEDICAL REASONS? [ ] YES [X] NO IF YES, GIVE SERVICE, DATE, PLACE AND CAUSE.[1] — JJH X

JJH X

PRIOR SERVICE

| COMPONENT | SERVICE NUMBER | DATE OF ENL, IND, APT AND/OR ORDER TO ACTIVE DUTY | DATE OF DISCHARGE OR RELEASE | TYPE OF DISCHARGE | REASON FOR DISCHARGE | GRADE AT DISCHARGE | MOS/AFSC | TIME LOST (Days) | VERIFIED FROM |
|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | |

ROTC OR CADET TRAINING (Years - Type Unit): None

35. TOTAL SERVICE

| ACTIVE YEARS | MONTHS | DAYS | INACTIVE YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| | | Not Applicable | | | |

ACTIVE COMMISSIONED STATUS (Service, grade and SN now held): None

TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, ARE YOU NOW SOUND AND WELL? [X] YES [ ] NO IF NO, GIVE DETAILS

REMARKS

PROMISES MADE: ENLISTMENT COMMITMENT MADE ON THE BASIS OF QUALIFYING AQB APTITUDE AREA SCORES ATTAINED AT RMS WILL BE HONORED.

FORM 4
SEP 57

REPLACES EDITION OF 1 AUG 55.

[1] To be initialed by enlistee where X appears.

I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment, and that if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance. I have read or had explained to me Par 13, AR 604-10 *(not applicable to Air Force Personnel)* which sets forth the criteria *(reasons)* for discharge and types of discharge, and certify that I ☐ HAVE ☒ HAVE NEVER *(check one)* engaged in disloyal or subversive activities as defined therein. I understand that I am expected to be available for order to active duty at any time during this enlistment in event of a mobilization or emergency requiring any services. I understand that if I am ordered to active duty I will be given a physical examination and may be discharged if found physically disqualified on that examination. I certify that I ☐ AM ☒ AM NOT *(check one)* now drawing retired pay from the government of the United States. I further certify that I ☐ AM ☒ AM NOT *(check one)* now drawing a pension, disability allowance, or disability compensation from the government of the United States. I declare that I am not now a member of any of the Armed Forces *(Army, Air Force, Navy, Marine Corps, or Coast Guard)* or any Reserve components thereof in active, inactive, reserve, or retired status unless so indicated and explained by me; that the foregoing questions and answers have been read to me; that my answers have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting.

GIVEN AT *(Place of acceptance)*: Seattle Washington

DATE OF ACCEPTANCE: 30 June 1960

SIGNATURE OF WITNESS *(First name, middle name, last name)*: [signature]

SIGNATURE OF APPLICANT *(First name, middle name, last name)*: John Joseph Hedberg

39. REMARKS *(For use by the Enlisting Officer)*

U. S. CITIZEN BY BIRTH
Canvasser: MSgt Almiron Segar

a. DATE DD FORM 53 FORWARDED: 30 June 1960

VERIFIED AT: Seattle Wash

BY *(Signature of Enlisting Officer)*: [signature]

GRADE AND ORGANIZATION OF ENLISTING OFFICER: Capt Arty Det #1 (6040-01)

40. OATH OF ENLISTMENT *(For service in National Guard or Air National Guard)*

STATE OF ______ ss:

CITY, TOWN, OR COUNTY ______

I,[2] ______ (FIRST NAME, MIDDLE NAME, LAST NAME) do hereby acknowledge to have voluntarily enlisted this[3] ______ day of ______, 19___, in the (Army) (Air) National Guard of ______ (STATE) and as a Reserve of the (Army) (Air Force)[4] with membership in the (National Guard of the United States) (Air National Guard of the United States)[4] for a period of ______ years under the conditions prescribed by law, unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America and to the State of ______; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law and regulations, and/or the Uniform Code of Military Justice.

SIGNATURE *(First name, middle name, last name)* [5]

41. OATH OF ENLISTMENT *(For service in Regular Army, Regular Air Force, Army Reserve, or Air Force Reserve)*

STATE OF WASHINGTON ss:

CITY, TOWN, OR MILITARY POST SEATTLE

I,[2] JOHN JOSEPH HEDBERG (FIRST NAME, MIDDLE NAME, LAST NAME) do hereby acknowledge to have voluntarily enlisted, under the conditions prescribed by law, this[3] 30th day of JUNE 19 60, in the UNITED STATES ARMY for a period of THREE (3) (WORDS AND FIGURES) JJH X years unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States, and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.

John Joseph Hedberg
SIGNATURE *(First name, middle name, last name)* [5]

42. CONFIRMATION OF ENLISTMENT

The above oath was subscribed and duly sworn to before me this[3] 30th day of JUNE 19 60. This enlistee was minutely inspected by me prior to subscribing to the oath, and was found to be entirely sober and in full possession of all mental faculties. To the best of my judgment and belief enlistee fulfills all legal requirements, and in enlisting this applicant I have strictly observed the regulations governing such enlistment. The above oath, as filled in, was read to the applicant prior to subscribing thereto.

TYPED NAME, GRADE AND ORGANIZATION OF ENLISTING OFFICER: LEONARD G. RENFER JR. Capt Arty Det#1 (6040-01)

SIGNATURE OF ENLISTING OFFICER: [signature]

[1] To be initialed by enlistee where X appears.
[2] Carefully compare with the name at top of page 1.
[3] The dates in oath and confirmation must be the same.
[4] Delete one.
[5] The signature must be identical with that subscribed to Declaration of Applicant.

43. FINGERPRINTS OF RIGHT HAND

| 1. THUMB | 2. INDEX | 3. MIDDLE | 4. RING | 5. LITTLE |
|---|---|---|---|---|



Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 18 of 211

DIATE REENLISTMENT

DEPARTMENT OF DEFENSE
WASHINGTON 25, D. C.

# ENLISTMENT RECORD - ARMED FORCES OF THE UNITED STATES

Form Approved
Budget Bureau No. 22-R016.5

CODING COLUMN

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3. SEX | 4. RACE |
|---|---|---|---|
| Hedberg, John Joseph | RA 19 669 708 | Male | Caucasian |

5. PHYSICAL AND MENTAL DATA — a. PHYSICAL CATEGORY: — AFQT MENT 65 TEST DA II

| TEST | SCORE | GROUP |
|---|---|---|
| GT 123 | CL 116 | GM 113 |

6. HOME ADDRESS (No. and street, or rural route. If none so state; City, Town or PO, County and State): Rt #3, Box 1380 A, Auburn, King County, Washington

| 7. PLACE OF ENLISTMENT | 8. DATE ENLISTED | 9. FOR SERVICE IN (Give Armed Force and Component) | 10. NO. YEARS TO SERVE |
|---|---|---|---|
| Fort Lewis, Washington | 17 January 1963 | Regular Army Reenl RA | 3 |

| 11. GRADE | 12. AUTHORITY FOR GRADE | 13. INITIAL ASSIGNMENT | 14. ENLISTMENT AUTHORITY |
|---|---|---|---|
| E-3 PFC (P) | Par 20 AR 601-210 | USAREUR | ACN 48-63 AR 601-225 |

## DECLARATION OF APPLICANT

| 15. DATE OF BIRTH — DAY | MONTH | YEAR | 16. PLACE OF BIRTH (City and State) | 17. COLOR OF EYES | HAIR | 18. a. HEIGHT | b. WEIGHT | 19. CITIZEN ☐YES ☐NO; IF NO, FILED DECLARATION ☐YES ☐NO |
|---|---|---|---|---|---|---|---|---|
| 15 | Jun | 42 | | | | | | |

20. IF NATURALIZED OR DECLARANT, GIVE DATE, PLACE AND COURT OF JURISDICTION — 21. NATURALIZATION OR DECLARANT NO. — 22. MARITAL STATUS

23. NUMBER, RELATIONSHIP AND AGE OF PERSONS DEPENDENT ON YOU FOR SUPPORT[1] X

24. CIVILIAN EDUCATION (Years completed in each. Give kind of degree, if any)

| a. GRAMMAR — YEARS | GRADUATED YES | NO | b. HIGH SCHOOL — YEARS | GRADUATED YES | NO | c. COLLEGE — YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS | d. OTHER CIVILIAN SCHOOLS ATTENDED — YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

25. a. MAIN CIVILIAN OCCUPATION — b. YEARS AND MONTHS EMPLOYED — c. AVERAGE WEEKLY WAGE $

26. a. REGISTERED FOR SSVC YES NO — b. NUMBER — c. CLASSIFICATION — d. SELECTIVE SERVICE BOARD NUMBER AND ADDRESS (City, County and State)

27. HAVE YOU EVER BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? ☐YES ☐NO IF YES, GIVE DETAILS. (Do not include minor traffic violations.) (Prior service personnel consider only period since last active service)[1] X

28. HAVE YOU EVER BEEN CONVICTED OF A FELONY OR ANY OTHER OFFENSE, OR ADJUDICATED A YOUTHFUL OFFENDER OR JUVENILE DELINQUENT (Including violations of local ordinances)? ☐YES ☐NO IF YES, GIVE DETAILS. (Prior service personnel consider only those convictions & adjudications since last active service)[1] X

29. HAVE YOU EVER BEEN IMPRISONED UNDER SENTENCE OF ANY COURT? ☐YES ☐NO IF YES, GIVE DETAILS. (Prior service personnel consider only those imprisonments since last active service)[1] X

30. ARE YOU NOW OR HAVE YOU EVER BEEN ON SUSPENDED SENTENCE, PAROLE, PROBATION, OR ARE YOU AWAITING FINAL ACTION ON CHARGES AGAINST YOU? ☐YES ☐NO (Prior service personnel consider only period since last active service)[1] X

31. HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY OF THE ARMED FORCES OR BEEN DISCHARGED FROM PREVIOUS SERVICE UNDER OTHER THAN HONORABLE CONDITIONS, UNDER PERSONNEL SECURITY REGULATIONS OR BY REASON OF UNSUITABILITY OR UNDESIRABLE HABITS OR TRAITS OF CHARACTER, OR FOR MEDICAL REASONS? ☐YES ☐NO IF YES, GIVE SERVICE, DATE, PLACE AND CAUSE.[1] X

32. PRIOR SERVICE

| ARMED FORCE | COMPONENT | SERVICE NUMBER | DATE OF ENL, IND, APT AND/OR ORDER TO ACTIVE DUTY | DATE OF DISCHARGE OR RELEASE | TYPE OF DISCHARGE | REASON FOR DISCHARGE | GRADE AT DISCHARGE | MOS/AFSC | TIME LOST (Days) | VERIFIED FROM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 30 Jun 60 3 yrs. | 16 Jan 63 | Hon | | PFC E-3 | 768.2 | | |

ORGANIZATION: 4th Admin Co, 4th Inf Div, Fort Lewis, Washington

33. PRIOR ROTC OR CADET TRAINING (Years - Type Unit)

34. RESERVE COMMISSIONED STATUS (Service, grade and SN now held)

35. TOTAL SERVICE

| ACTIVE — YEARS | MONTHS | DAYS | INACTIVE — YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 02 | 06 | 17 | 00 | 00 | 00 |

36. TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, ARE YOU NOW SOUND AND WELL? ☒YES ☐NO IF NO, GIVE DETAILS JJH

37. REMARKS

No promises made other than the ones listed in items 11 & 13

DD FORM 1 SEP 57 4 — REPLACES EDITION OF 1 AUG 55.

[1] To be initialed by enlistee where X appears.

## STATEMENT OF MEDICAL CONDITION

(WHEN EXAMINED MORE THAN 3 DAYS PRIOR TO SEPARATION)

For use of this form, see AR 40-501; the proponent agency is the Office of The Surgeon General

DATE: 6 FEB 75

| NAME (Last, First, MI) | SSN | GRADE | BRANCH |
|---|---|---|---|
| Hedberg John J | 533-36-[illegible] | E-7 | Army |

ORGANIZATION: AG Transfer Point Ft Hood Texas

**LAST SEPARATION EXAMINATION**

| DATE | MEDICAL TREATMENT FACILITY |
|---|---|
| 10 Dec 74 | US DAH FHT |

I UNDERWENT A SEPARATION MEDICAL EXAMINATION MORE THAN 3 WORKING DAYS PRIOR TO MY DEPARTURE FROM PLACE OF SEPARATION.

TO THE BEST OF MY KNOWLEDGE, SINCE MY LAST SEPARATION EXAMINATION:

- [x] There has been no change in my medical condition.
- [ ] My medical condition has changed as follows:

[signature]

(Signature of Individual)

DA FORM 1 DEC 73 3082 REPLACES DA FORM 3082-R, 1 FEB 66, WHICH IS OBSOLETE. U.S. GPO: 1974 O-768-379/174

**SECTION II - ACKNOWLEDGMENT OF NOTIFICATION**

THRU: ______ 1 15 March 1973 (Date)

THRU: ______ 1

TO: Commander 8
85th Maintenance Battalion
*(Organization)*

I acknowledge receipt of the foregoing communication. Trial by court-martial is not 3 demanded.5
*(is) (is not)*

Matters 3 in extenuation, mitigation, or defense are not 3 submitted herewith.
*(The following matters) (Matters)* *(are) (are not)*

______ 3
*(and are attached hereto) (and are contained in Section V)*

JOHN J. HEDBERG, SFC E-7; 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 /s/ [signature]
*(Typed or printed name, grade and Service No./SSAN)*

**SECTION III - IMPOSITION OF PUNISHMENT**
*(If, at this time, it is determined that no punishment is warranted, the individual concerned shall be notified of this fact and the record destroyed.)*

THRU: ______ 1 26 March 1973 (Date)

THRU: CDR, 26th S&S Co, APO 09165 1

TO: SFC John J. Hedberg, 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
*(Grade, first name, middle initial, last name, Service No./SSAN)*

26th Supply and Service Company
*(Organization)*

1. The following punishment(s)4 are 3 hereby imposed:
*(is) (are)*

1. Forfeiture of $200.00 per month for a period of two (2) months.
2. Official written reprimand.

"The above-described punishment was imposed personally by the Commanding Officer. The person upon whom the above-described punishment was imposed was given an opportunity to present any matters in defense, extenuation or mitigation, in a face-to-face meeting with the undersigned and thereafter the said punishment was announced by the undersigned to him". 9

2. You are advised of your right to appeal in accordance with para 135, MCM, 1969. You are directed to indicate on Section IV of this form the date of receipt of this communication within 72 hours 3 after your receipt thereof and to make any appeal you may desire to make.6 If you exercise your right to appeal, your appeal should be addressed
*(hours) (days)*

to Commander, 130th Engineer Brigade APO 09165 10

______ Incl

HARRY D. WALKER, LTC, OrdC
*(Typed or printed name, grade and branch)*

Commanding /s/ [signature]
*(Title)*





Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 21 of 211

## RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

For use of this form, see AR 27-10; the proponent agency is the Office of the Judge Advocate General.

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof is considered appropriate punishment.

| NAME | SERVICE NUMBER/SSAN | BASIC PAY PER MONTH | SEA OR FOREIGN DUTY PAY | TOTAL PAY |
|---|---|---|---|---|
| HEDBERG, John J. | 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 | $667.20 | None | $667.20 |
| **ORGANIZATION** | **DATE OF BIRTH** | **GRADE** | **CONTRIBUTION TO QUARTERS ALLOWANCE (Class Q) (Para 131c (8) and (9) MCM, 1969)** | |
| 26th S&S Co, 85th Maint Bn | 15 June 1942 | SFC E-7 | N/A | |

### SECTION I - NOTIFICATION

ORGANIZATION AND STATION OF NOTIFYING OFFICIAL

Headquarters, 85th Maintenance Battalion, APO New York 09165

THRU: [1]

THRU: CDR, 26th S&S Co, APO 09165 [1]

1973

(Date)

TO: SFC John J. Hedberg, 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
(Grade, first name, middle initial, last name, Service No./SSAN)

26th Sup & Svc Co, 85th Maint Bn
(Organization)

1. It has been reported that, on or about 0100 hours, 18 February 19 73, at Highway 3309, Gross Auheim, ~~XX~~ Germany, having Knowledge of a lawful order issued by the Commander in Chief, to wit: Paragraph #6, USAREUR Regulation 190-2, dated 23 June 1970, an order which it was his duty to obey, did, willfully disobey the same. This is in violation of Article 92, of the Uniform Code of Military Justice.

2. It has been further reported that, on or aboutn0100 hours, 18 February 1973, at Highway 3309, Gross Auheim, Germany, on Highway 3309, 3,564 feet west of Bundes Strasse, operate a vehicle, to wit: A Passenger car, While drunk in a reckless manner, by losing control of your vehicle and crossing the center line, and did thereby cause said vehicle to strike a vehicle driven by Horst Kappler and injure the said Horst Kappler, a German National. This is in violation of Article 111 of the Uniform Code of Military Justice. [2]

2. It is the [3] ~~(my)~~ (the) intention of ~~(me)~~ (of) ~~XXXXXXXXXXXXXXXXXX~~ the [3] Commanding Officer [3] (Officer) ~~(General)~~ of this organization ~~XXXXXXXXXXXXXXXXXX~~ [3] to impose nonjudicial punishment upon you as to such offense(s)[4] under the provisions of Article 15, UCMJ unless you expressly demand trial by court-martial.[5]

3. You are directed to acknowledge receipt of this communication in Section II of this form within 72 hours [3] (hours) ~~(days)~~ after your receipt thereof.[6] You may submit any matter in mitigation, extenuation, or defense. That is to say you may present any excuses, explanations, or reasons for your actions whatever.

4. You are hereby informed that under the provisions of Article 31, UCMJ, you are not required to make any statement regarding the offense(s)[4] described above, and that any statement you may desire to make concerning the offense(s)[4] may be used as evidence against you in a trial by court-martial. EM has been advised of his right to acquire counsel.

FOR THE COMMANDER:[7]

MICHAEL E. VOGELSANG, 1LT, INF
(Typed or printed name, grade and branch)

Assistant Adjutant
(Title)

/s/ [signature]

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 22 of 211

SECTION IV - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: 1

THRU: 1

THRU: ~~CDR, 26th S&S Co APO 09165~~ 1

TO: CDR, 85th Maintenance Battalion ~~APO 09165~~ 11

25 April 1973
(Date)

I received the foregoing communication (Section III) on 26 Mar 73
(Date)

I do NOT [3] appeal from this punishment. [12]
(Do) (do not)

[13]

Incl

JOHN J. HEDBURG, SFC E-7, 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
(Typed or printed name, grade and Service No./SSAN)

/s/ John J. Hedburg

SECTION V

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. THIS SPACE ALSO MAY BE USED FOR SUMMARIZING AND ORAL PROCEEDINGS. (See 133a, MCM, 1969.) IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE OF THIS PAGE OR ATTACH ADDITIONAL SHEETS NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 5.

(See Reverse Side)

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 23 of 211

SECTION V *(CONTINUED)*

*USE THE FOLLOWING INSTRUCTIONS WHERE THE CORRESPONDING NUMBER APPEARS ON THE FORM.*

1/ Complete only if applicable. If record is transmitted through channels, intermediate commanders need only line out and initial.

2/ Insert language describing the nature of the alleged misconduct in the form of a concise statement of the offense charged in such terms that a specific violation or violations of the UCMJ is clearly stated. If more than one offense is involved, add language substantially as follows: "It has also been reported that on or about ______ at ______ you..." If additional space is required, use Section V.

3/ Insert applicable word(s).

4/ Strike out inapplicable word or letter.

5/ If the alleged offender is attached to or embarked in a vessel, he is not permitted to demand trial by court-martial in lieu of nonjudicial punishment. In such cases, all reference to a demand for trial by court-martial shall be lined out and an appropriate remark will be made in Section V indicating the official name of the vessel and that the alleged offender was attached to, or embarked in such vessel at the time nonjudicial punishment was imposed.

6/ The time within which acknowledgment of receipt is to be made should be determined in light of the circumstances of the case. The addressee may request an extension of time.

7/ If signed personally, strike out command line.

8/ Insert title of officer who is to impose the punishment and his organization.

9/ If punishment includes correctional custody, the officer imposing the punishment will state where the correctional custody will be served. *(See para 3 - 8c(2), AR 27-10).* If a punishment is suspended, the action should so state and should specify the duration of the suspension. *(See para 134, MCM, 1969.)* If punishment includes a written admonition or reprimand, this should be attached to this form and listed as an inclosure. If punishment includes a reduction, the reduction order *(See para 3 - 8e(3), AR 27-10)* should be attached to this form and listed as an inclosure.

10/ Designate by title the next superior authority to whom the appeal should be directed. *(See para 135, MCM, 1969 and AR 27-10).*

11/ When no appeal is made, address to the officer who imposed the punishment(s). If an appeal is made, address to the officer specified in para 2, Section III.

12/ If desired, state the reasons for the appeal. If additional space is required, use Section V. Attach any documents desired to be considered to the back of this form and list the number of inclosures. If none, leave blank.

13/ In the event the person punished exercises his right to appeal, the superior authority shall utilize DA Form 2627-2 which, when completed, will be attached to this form.



Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 24 of 211

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

GENERAL ORDER
NUMBER 1077

20 November 1970

Award of the Bronze Star Medal

TC 439. The following AWARDS are announced.

SECTION I

FOSS, Blaine, [redacted], Sergeant, United States Army,
Headquarters Company, 18th Engineer Brigade, APO 96377,
January 1970 to November 1970

RICHARDSON, Don M., 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, Specialist Four, United States Army,
Headquarters Company, 18th Engineer Brigade, APO 96377,
January 1969 to December 1970

SECTION II

HEDBERG, John J., 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, Sergeant First Class, United States Army,
Headquarters Company, 18th Engineer Brigade, APO 96377,
December 1969 to December 1970

Awarded: Bronze Star Medal............................Section I
Bronze Star Medal, First Oak Leaf Cluster.....Section II
Dates of Service: As Indicated in Standard Name Line
Theater: Republic of Vietnam
Authority: By direction of the President under the provisions of
Executive Order 11046 and AR 672-5-1
Reason: For Meritorious Service

FOR THE COMMANDER:

R. C. BALDWIN
Major, AGC
Adjutant General

OFFICIAL:

Michael R Leibbert

MICHAEL R. LEIBBERT
1LT, CE
Acting Asst Adjutant General

DISTRIBUTION:
1-Rec Set
1-IO, 18th Engr Bde
1-CG, USAECV(P) ATTN: AVCC-A
1-COMUSMACV
7-CINCUSARPAC
2-CINCUSARPAC ATTN: GPOP-MH
2-Each Individual Concerned

SPECIAL DISTRIBUTION:
3-USA PER SVC SPT CNTR ATTN: AGPE-F
Ft Bn Harrison, Ind
2-Ch, OPO ATTN: EPADS-C
2-Ch, OPO ATTN: EPADS-G
2-Ch, OPO ATTN: EPADS-M

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

GENERAL ORDER
NUMBER 950

23 October 1970

TC 469. The following AWARDS are changed as indicated.

Action: Amendment
So Much Of: GO 924, this HQ, dated 14 October 1970
Pertaining To: HEDBERG, John J., 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, Sergeant First Class, United States Army, Headquarters Company, 18th Engineer Brigade, APO 96377, 1 June 1970 to 1 October 1970
As Reads: Army Commendation Medal
How Changed: Amended to Read; Bronze Star Medal

Action: Revocation
So Much Of: GO 811, this HQ, dated 9 September 1970
Pertaining To: KEILTY, Daniel F., 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, Private First Class, United States Army, Company A, 14th Engineer Battalion (Combat), APO 96495, January 1969 to October 1970

Action: Revocation
So Much Of: GO 829, this HQ, dated 14 September 1970
Pertaining To: MORRISON, John, [redacted] Sergeant First Class, United States Army, Company C, 864th Engineer Battalion (Construction), APO 96317, April 1970 to October 1970

Action: Revocation
So Much Of: GO 914, this HQ, dated 13 October 1970
Pertaining To: SMITH, Glenn E., [redacted] Specialist Four, United States Army, Headquarters Company, 589th Engineer Battalion (Construction), APO 96321, November 1969 to November 1970

Authority: By direction of the Secretary of the Army under the provisions of AR 672-5-1

FOR THE COMMANDER:

OFFICIAL:

Michael R. Leibbert

MICHAEL R. LEIBBERT
1LT, CE
Acting Ajutant General

R. C. BALDWIN
Major, AGC
Adjutant General

GENERAL ORDER NUMBER 950, dated 23 October 1970, DEPARTMENT OF THE ARMY, Headquarters, 18th Engineer Brigade, APO San Francisco 96377 (Cont)

DISTRIBUTION:
1-Rec Set
1-IO, 18th Engr Bde
1-CG, USAECV(P) ATTN: AVCC-A
1-COMUSMACV
7-CINCUSARPAC
2-CINCUSARPAC ATTN: GPOP-MH
2-Each Individual Concerned
3-201 File
2-35th Engr Gp
2-864th Engr Bn
2-Co C, 864th Engr Bn
2-589th Engr Bn
2-45th Engr Gp
2-14th Engr Bn
2-Co A, 14th Engr Bn

SPECIAL DISTRIBUTION:
4-USA PER SVC SPT CNTR ATTN: AGPE-F
Ft Bn Harrison, Ind
2-Ch, OPO ATTN: EPADS-C
2-Ch, OPO ATTN: EPADS-G
2-Ch, OPO ATTN: EPADS-M

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

GENERAL ORDER
NUMBER 924

14 October 1970

AWARD OF THE ARMY COMMENDATION MEDAL

TC 439. The following AWARDS Are announced

SECTION I

GAY, John B., [redacted] First Lieutenant, Corps of Engineers, United States Army, Company D, 19th Engineer Battalion (Combat), APO 96240, 1 February 1970 to 24 July 1970

HANKS, George S., [redacted] Specialist Five, United States Army, Company A, 864th Engineer Battalion (Construction), APO 96317, 1 July 1970 to 31 August 1970

HEDBERG, John J., 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, Sergeant First Class, United States Army, Headquarters Company, 18th Engineer Brigade, APO 96377, 1 June 1970 to 1 October 1970

MCKAY, Stanley W., [redacted], First Lieutenant, Corps of Engineers, United States Army, Headquarters Company, 14th Engineer Battalion (Combat), APO 96495, 6 April 1970 to 5 August 1970

MICHAELIS, Richard L., [redacted] Specialist Four, United States Army, Company B, 14th Engineer Battalion (Combat), APO 96495, 13 September 1970

ORMSBY, Leonard H., [redacted] Staff Sergeant, United States Army, Company A, 299th Engineer Battalion (Combat), APO 96294, 24 April 1970 to 15 September 1970

THOMAS, Harold A., [redacted] Staff Sergeant, United States Army, Headquarters Company, 299th Engineer Battalion (Combat), APO 96226, 1 September 1970 to 30 September 1970

WELLS, Benjamin F. Jr, [redacted], Specialist Six, United States Army, Company A, 864th Engineer Battalion (Construction), APO 96317, 1 May 1970 to 30 June 1970

ZOLLICOFFER, Gene A., [redacted], Staff Sergeant, United States Army, Company D, 299th Engineer Battalion (Combat), APO 96226, 27 May 1970 to 13 September 1970

SECTION II

JOAQUIN, Ronald S., [redacted] Specialist Five, United States Army, Headquarters Company, 27th Engineer Battalion Combat), APO 9639[illegible], 1 April 1970 to 30 September 1970

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 28 of 211

GENERAL ORDER NUMBER 924, dated 14 October 1970, DEPARTMENT OF THE ARMY, Headquarters, 18th Engineer Brigade, APO San Francisco 96377 (Cont)

Awarded: Army Commendation Medal.............................Section I
Army Commendation Medal, Second Oak Leaf Cluster.....Section II

Dates of Service: As Indicated in Standard Name Line
Theater: Republic of Vietnam
Authority: By direction of the Secretary of the Army under the provisions of AR 672-5-1
Reason: For Meritorious Achievement

FOR THE COMMANDER:

OFFICIAL:

PAUL L. BORSSUCK
1LT, CE
Asst Adjutant General

R. C. BALDWIN
Major, AGC
Adjutant General

DISTRIBUTION:
1-Rec Set
1-IO, 18th Engr Bde
1-CG, USAECV(P) ATTN: AVCC-A
1-COMUSMACV
7-CINCUSARPAC
2-CINCUSARPAC ATTN: GPOP-MH
2-Each Individual Concerned
3-201 File
2-35th Engr Gp
2-864th Engr Bn
2-Co A, 864th Engr Bn
2-45th Engr Gp
2-14th Engr Bn
2-Co B, 14th Engr Bn
2-27th Engr Bn
2-937th Engr Gp
2-19th Engr Bn
2-Co D, 19th Engr Bn
2-299th Engr Bn
2-Co A, 299th Engr Bn
2-Co D, 299th Engr Bn

SPECIAL DISTRIBUTION:
2-TAGO ATTN: AGPF-F
2-USA PERS SVC SPT CNTR ATTN: AGPE-F
Ft Bn Harrison, Ind
2-Ch, OPO ATTN: EPADS-C
2-Ch, OPO ATTN: EPADS-G
2-Ch, OPO ATTN: EPADS-M
2-Ch, OPO ATTN: OPD-CE

DEPARTMENT OF THE ARMY
HEADQUARTERS 1ST CAVALRY DIVISION
Fort Hood, Texas 76545

SPECIAL ORDERS
NUMBER 066
EXTRACT

4 April 1974

232. TC 214. Following reassignment directed. No travel involved.

HEDBERG JOHN J 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 SFC 76Z50 15th AG Co (Repl Det)
1st Cavalry Division (WAGXAIB) Fort Hood, Texas 76545

ADMINISTRATIVE ACCOUNTING DATA
Auth: VOCG 1st Cav Div
PCS MDC: NZE4

FOR THE INDIVIDUAL
Assigned to: Co A 34th Spt Bn
1st Cavalry Division (W CBJAOA )Fort Hood, Texas 76545.
Reporting date: 9 Apr 74
Leave Data: Not Applicable
Special Instructions: Enlisted Man for duty in DMOS: 76Z50 POSNO 0202

FOR THE COMMANDER:

Hdqrs 1st Cav Div
★ OFFICIAL ★
Fort Hood, Texas

EDWARD F. CORCORAN
Colonel, GS
Chief of Staff

E. H. WILLIAMS
LTC, AGC
Adjutant General

DISTRIBUTION:
1- ea indiv in para
1- 1st Cav Div F&A (Rin Records)
1- AG-PSD-PR (201)
1- AG-ASD (Record Set)
1-Post Locator
1-AG-PSD-PM
1-CO 15th AG Co (Relp Det)(MR & Admin)
1-CO Co A 34th Spt Bn (MR & Admin)

1ST CAV DIV OP 17
22 Aug 73 AG-PSD-PM

DEPARTMENT OF THE ARMY
HEADQUARTERS, 9TH INFANTRY DIVISION AND FORT LEWIS
Fort Lewis, Washington 98433

SPECIAL ORDERS
NUMBER 161
EXTRACT

10 June 1974

778. TC 400. ATTACHMENT/RELIEF FROM ATTACHMENT directed as indicated.

HEDBERG, John J 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 SFC 76Z50 (INVAL) Co A 34th Spt Bn 1st Cav Div
Ft Hood, TX 76545
ADMINISTRATIVE ACCOUNTING DATA
Auth: VOC
Acct clas: N/A

FOR THE INDIVIDUAL
Action: Attached to 9th AG Repl Det (Trans) (WDF501-A) Ft Lewis, WA 98433

Effective date: 9 June 1974
Reporting date: 10 June 1974
Period: Indef
Purpose: Pending Compassionate Reassignment

Special Instructions: Comply with the following lettered items of Fort Lewis Supplemental Instructions: for duty and further assignment.

FOR THE COMMANDER:

KENNETH W. KOCH
Colonel, GS
Chief of Staff

OFFICIAL:
LINDA J. SPILGER
2LT, AGC
Asst AG

DISTRIBUTION:
5 - AGA-O
10 - Indiv conc
3 - AGE-M
2 - Finance
2 - Post Locator
2 - AFZH-AGE-CAA
2 - AFZH-AGE
*5 - Cdr, Co A 34th Spt Bn, 1st CAV Dn Ft Hood, TX
*5 - Cdr, 9th AG Repl Det Ft Lewis, WA 98433

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 31 of 211

*For M/R and admin purposes.

DEPARTMENT OF THE ARMY
Headquarters, United States Army, Europe and Seventh Army
APO New York 09403

28 January 1974

SPECIAL ORDERS
NUMBER 28
EXTRACT

2768. TC 202. Following reassignment directed. Individual will proceed on PERMANENT CHANGE OF STATION as indicated.

HEDBERG, JOHN J 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 SFC 76Z50 26th S&S Co (WHILAAA) APO NY 09165

ADMINISTRATIVE ACCOUNTING DATA
Auth: CAP XII Asg Roster Cycle No XL dtd 4 December 1973
Aloc: Apr 74
OPO C&L No: SSP 2004
Lv adrs: 21 Wilderstrasse, Gross Auheim, FRG
Mo os(curr tour): 36 (NT 36 )
PCS MDC: 5CE4
PCCN: NA
CIC: 211A03
Ultimate asg: 15th AG Admin Co (WAGXB//) Ft Hood, TX 76544

FOR THE INDIVIDUAL
Assigned to: 15th Adjutant General Administration Company (WAGXB//) Fort Hood, Texas 76544
Reporting date: 2 April 1974
Leave data: 30 days delay enroute authorized
Availability date: 27 March 1974
Port call data: Not Applicable

Special Instructions: Comply with the following numbered items of Department of Army Supplemental Instructions (Appendix B, Army Regulation 310-10) 1,31,32,33,37,39,40,44,48,50,51,54,61,62,64,65,84.
YOU OR YOUR AGENT ARE REQUIRED TO REPORT TO THE FAMILY HOUSING/HOUSING REFERRAL OFFICE SERVICING YOUR NEW DUTY STATION BEFORE RENTING OR LEASING ANY OFF POST HOUSING. The United States government does not pay claims for loss of cameras, jewelry, watches or other small items of value of $50.00 or more that are not personally handcarried during transit, unless the owner requests shipment by an expedited mode and makes a written itemized declaration of such items at the time of application for shipment (see paragraph 11-6J, Army Regulation 27-20). United States Army members and dependents may travel at personal expense by United States flag carriers over any route they chose and claim reimbursement. Members are entitled to reimbursement for transoceanic travel not to exceed the Military Airlift Command tariff charge from Rhein-Main Air Force Base to Charleston Air Force Base, South Carolina

INQUIRIES CONCERNING THESE ORDERS WILL BE DIRECTED TO THE COMMANDER, ARMY REGIONAL PERSONNEL AND ADMINISTRATION CENTER (P) HANAU APO NY 09165. TELEPHONE HANAU MILITARY (2309) 8325/8736

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 32 of 211

Reimbursement for baggage in excess of the free commercial allowance (normally 20 kilos/44 pounds per person) is not authorized. Payment for land travel in the continental United States will be limited to that from Charlestom Air Force Base, South Carolina to the new duty station or from the actual port of entry in the continental United States to the new duty station, whichever distance is lesser. Other expenses incurred as a result of this travel will be at the members expense and are not reimbursable. CLASSIFIED MATERIAL NOT AUTHORIZED ABOARD COMMERCIAL AIRCRAFT.
AUTHORIZED DEPARTURE DATE ON OR ABOUT 25 February 1974
ENLISTED MAN IS BARRED FROM REENLISTMENT UNDER PROVISIONS OF CHAPTER 1, SECTION VIII, ARMY REGULATION 601-280 WEAPONS WILL NOT BE TRANSPORTED INCIDENT TO TRAVEL.

FOR THE COMMANDER IN CHIEF:

WILLIAM R. KRAFT JR
Major General, GS
Chief of Staff

OFFICIAL:

JOHN E LITTELL
1LT, AGC
Asst AG

DISTRIBUTION:
A plus
10 - CDR, 26th S&S Co APO NY 09165
(FOR MORNING REPORT AND OTHER ADMIN PURPOSES)
5 - CDR, 15th AG Admin Co Ft Hood, TX 76544
(FOR MORNING REPORT AND OTHER ADMIN PURPOSES)
1 - CDR, Ft Hood, TX 76544
ATTN: POSTAL OFFICER
1 - CINCUSAREUR, ATTN: AEAAG-RP APO NY 09403

DEPARTMENT OF THE ARMY
HEADQUARTERS 1ST CAVALRY DIVISION
Fort Hood, Texas 76545

SPECIAL ORDERS
NUMBER 014
EXTRACT

20 January 1975

405. TC 469. Following orders are changed as indicated.

Action: Amendment
So much of: Para 402 SO 012 this HQ CS dtd 16 January 1975
Pertaining to: TC 205 of: HEDBERG JOHN JOSEPH 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 Co A 34th Spt Bn 1st Cavalry Division (WCBJAOA) Fort Hood, Texas 76545
As reads: AUTH: Chap 2 AR 635-200
How changed: IATR: AUTH: Chap 2 AR 635-200 SPD: JBK
Authority: VOCG 1st Cav Div

FOR THE COMMANDER:

JACK N. MERRITT
Colonel, GS
Chief of Staff

OFFICIAL

E.H. WILLIAMS
LTC, AGC
Adjutant General

DISTRIBUTION:
15-ea indiv
12-PR Out processing
3-PSD (FO)
1-Post Locator
2-SIDPERS
3-Cdr, Co A 34th Spt Bn
1-Education Center 1st Cav Div

DEPARTMENT OF THE ARMY
HEADQUARTERS 1ST CAVALRY DIVISION
Fort Hood, Texas 76545

SPECIAL ORDERS
NUMBER 012
EXTRACT

16 January 1975

402 . TC 214. Following reassignment directed. No travel involved.

HEDBERG JOHN JOSEPH 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 SFC 76Z50 CO A 34TH SPT BN
1st Cavalry Division (WCBJAOA) Fort Hood, Texas 76545

ADMINISTRATIVE ACCOUNTING DATA
Auth: Chap 2 AR 635-200
PCS MDC: NZ5 5

FOR THE INDIVIDUAL
Assigned to: Adjutant General Transfer Point US Army Garrison (WOVC1A9)
Fort Hood, Texas 76545
Reporting date: 0700 HRS 20 JAN 75
Leave data: Not Applicable
Special Instructions: Enlisted Man assigned for purpose of Separation Processing.

FOR THE COMMANDER:

OFFICIAL

JACK N. MERRITT
Colonel, GS
Chief of Staff

E. H. WILLIAMS
LTC, AGC
Adjutant General

DISTRIBUTION:
15-Individual
12-PR Out Processing
3-PSD (FO)
1-Post Locator
2-SIDPERS
1-1st Cav Div Education Center
1-Chief PSD
3-Cdr, Co A 34th Spt Bn

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 35 of 211

## PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is MILPERCEN;

| TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|
| COMMANDER, 1ST CAVALRY DIVISION<br>ATTN: AFUA-AG-PSD-SIB<br>FORT HOOD, TEXAS 76545 | COMMANDER, CO H, 34TH SUPPORT BATTALION<br>1ST CAVALRY DIVISION, FORT HOOD, TEXAS 76545 |

### SECTION I - PERSONAL IDENTIFICATION

| NAME | GRADE/PAY GRADE | SSN |
|---|---|---|
| HEDBERG, JOHN JOSEPH | SFC E-7 | 553 36 1429 |

### SECTION II - DUTY STATUS CHANGE

The above member's duty status is changed from ATTACHED / (Released) to PRESENT FOR DUTY

effective 0700 HOURS hours, 24 JUNE 1974

### SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| | | | |
|---|---|---|---|
| | Volunteer for Foreign Service | | Service School |
| | Excess Leave | | Airborne Training |
| | Leave outside CONUS | | Ranger Training |
| | Leave to CONUS *(O/S only)* | | Special Forces Duty |
| | Permissive Reassignment | | ROTC or NGUS Duty |
| | Exchange Reassignment | | Deferment from O/S |
| | Hardship Reassignment | | (Re)enlistment/Extension |
| | Reassignment *(General)* | | Officer Candidate |
| | Separation *(School)* | | Change of Name |
| | Separation *(Dep/Hardship)* | | Identification Card |
| | Discharge *(Unfit/Unsuit)* | | Identification Tags |
| | Separate Rations | | On-the-job Training |
| | Quarters Allowance | | Other *(Specify)* |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

### SECTION IV - REMARKS *(Applies to Sections II and III) (Cont page auth)*

SM was Attached to 9th AG Repl Det (TRANS) (WDF501-A) Ft. LEWIS, WA 98433, 9 JUNE 74, and was Released 24 JUNE 74.

Purpose: Application for Compassionate Reassignment has been disapproved.

SO. 175

PARA. 773

### SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein

☐ has been verified. ☐ is approved. ☐ is disapproved.

| COMMANDER/AUTH. OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| JOSEPH F. LOBAGAN<br>CPT., QM, COMMANDING | [signature] | 22 AUG 74 |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 36 of 211

# PERSONNEL ACTION

For us[e of this] form, see AR 680-1; the proponent agency is MIL[PE]RCEN.

| TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|
| COMMANDER 1st CAV<br>ATTN: AFVA-AG-PSD-SIB<br>FORT, HOOD, TEXAS, 76545 | Commander Co A, 34th SPT BN<br>1st Cav Div, Ft. Hood TX 76545 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME | GRADE/PAY GRADE | SSN |
|---|---|---|
| HEDBURG JOHN JOSEPH | SFC E-7 | 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 |

## SECTION II - DUTY STATUS CHANGE

The above member's duty status is changed from Ordinary Leave

to Absent without leave

effective 0700 hours, 10 JUNE 19 74

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| | | | |
|---|---|---|---|
| | Volunteer for Foreign Service | | Service School |
| | Excess Leave | | Airborne Training |
| | Leave outside CONUS | | Ranger Training |
| | Leave to CONUS *(O/S only)* | | Special Forces Duty |
| | Permissive Reassignment | | ROTC or NGUS Duty |
| | Exchange Reassignment | | Deferment from O/S |
| | Hardship Reassignment | | (Re)enlistment/Extension |
| | Reassignment *(General)* | | Officer Candidate |
| | Separation *(School)* | | Change of Name |
| | Separation *(Dep/Hardship)* | | Identification Card |
| | Discharge *(Unfit/Unsuit)* | | Identification Tags |
| | Separate Rations | | On-the-job Training |
| | Quarters Allowance | | Other *(Specify)* |

| SIGNATURE OF MEMBER *(When required)* | DATE |
|---|---|
| | |

## SECTION IV - REMARKS *(Applies to Sections II and III) (Cont page auth)*

14 JUN 1974

## SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein

☒ has been verified. ☐ is approved. ☐ is disapproved.

| COMMANDER/AUTH. OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| JOSEPH FLANAGAN<br>CPT. QM Commanding | [signature] | 14 JUN 74 |

DA FORM 4187, 1 Jan 74 MILITARY PERSONNEL OFFICE

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 37 of 211

## PERSONNEL ACTION

For use of this form, see AR 680-1; the proponent agency is

| TO: *(Include ZIP Code)* | FROM: *(Include ZIP Code)* |
|---|---|
| Commander 1st Cav Div<br>ATTN: AFVA-AG-PSD-SIB<br>Fort Hood, TX 76545 | Commander Co, A 34th SPT BN<br>1st Cavalry Division Ft. Hood TX |

**SECTION I - PERSONAL IDENTIFICATION**

| NAME | GRADE/PAY GRADE | SSN |
|---|---|---|
| HEDERG, JOHN J. | SFC E-7 | 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 |

**SECTION II - DUTY STATUS CHANGE**

The above member's duty status is changed from ~~Absent without leave~~ ORDINARY LV to Attached OR

effective 0700 hours, 9 JUNE 19 74

**SECTION III - REQUEST FOR PERSONNEL ACTION**

I request the following action:

| | | | |
|---|---|---|---|
| | Volunteer for Foreign Service | | Service School |
| | Excess Leave | | Airborne Training |
| | Leave outside CONUS | | Ranger Training |
| | Leave to CONUS *(O/S only)* | | Special Forces Duty |
| | Permissive Reassignment | | ROTC or NGUS Duty |
| | Exchange Reassignment | | Deferment from O/S |
| | Hardship Reassignment | | (Re)enlistment/Extension |
| | Reassignment *(General)* | | Officer Candidate |
| | Separation *(School)* | | Change of Name |
| | Separation *(Dep/Hardship)* | | Identification Card |
| | Discharge *(Unfit/Unsuit)* | | Identification Tags |
| | Separate Rations | | On-the-job Training |
| | Quarters Allowance | | Other *(Specify)* |

SIGNATURE OF MEMBER *(When required)* DATE

**SECTION IV - REMARKS** *(Applies to Sections II and III) (Cont page auth)*

SM was Pick up ERRONEOUSLY, 10 JUNE 74 AS being IN AWOL Status, from Ordinary Leave. SM is Currently Pending Compassionate Reassignment, Attached to 9th AG Repl Det (TRANS) (WDF501-A) Ft. Lewis, WA.

**SECTION V - CERTIFICATION/APPROVAL/DISAPPROVAL**

I certify that the duty status change *(Section II)* or that the request for personnel action *(Section III)* contained herein --

[X] has been verified. [ ] is approved. [ ] is disapproved.

| COMMANDER/AUTH. OFFICIAL | SIGNATURE | DATE |
|---|---|---|
| JOSEPH F. [illegible]<br>CPT. QM Commanding | [signature] | 18 JUN 74 |

DA FORM 4187, 1 Jan 74 ARMY-FT RILEY, KANS H-913 MILITARY PERSONNEL OFFICE

DEPARTMENT OF THE ARMY
HEADQUARTERS 1ST CAVALRY DIVISION
Fort Hood Texas 76545

SPECIAL ORDERS
NUMBER 014
EXTRACT

20 January 1975

425. TC 469. Following orders are changed as indicated.

Action: Revocation
So much of: Para 402 SO012 this HQ CS dtd 16 January 1975
Pertaining to: TC 214 of: HEDBERG JOHN JOSEPH 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 SFC 76Z50 Co A 34th Spt Bn 1st Cavalry Division (WCBJAOA) Fort Hood Texas 76545
As reads: NA
How changed: Revoked
Authority: VOCG, 1st Cav Div

FOR THE COMMANDER:

JACK N. MERRITT
Colonel, GS
Chief of Staff

E. H. WILLIAMS
LTC, AGC
Adjutant General

DISTRIBUTION:
5-ea indiv
12-PR Out Processing
3-PSD (FO)
1-Post Locator
2-SIDPERS
2-Cdr, Co A 34th Spt Bn
1- Education Center

HEADQUARTERS
864TH ENGINEER BATTALION (CONSTRUCTION)
APO US FORCES 96312

SPECIAL COURT-MARTIAL ORDER
NUMBER 37

18 December 1965

The unexecuted portion of the sentence to forfeit forty five dollars ($45.00) per month for six (6) months, in the case of Private First Class E-3 John J Hedberg, RA 19 669 708, US Army, Headquarters and Headquarters Company, 864th Engineer Battalion (Construction), APO San Francisco 96312, promulgated in Special Court-Martial Order Number 29, this Headquarters, dated 6 October 1965, is remitted effective 18 December 1965.

BY ORDER OF LIEUTENANT COLONEL BUNCH:

WALTER P ROBERTSON
2nd Lt, CE
Adjutant

DISTRIBUTION:
1 - CO, USARCIR, Ft Holabird, Md 21219
1 - Pvt Hedberg
4 - SJA, USARV APO 96307
1 - CO, USA Pers Svc Spt Cen, Indianapolis, Ind 46240
1 - Ch, Exam Div, MPO, USA FC, Indianapolis, Ind 46249
2 - PM, HSAS CI, APO 96243
1 - G2, USARV, APO 96307
1 - F&AO, 22nd Fin Det, APO 96240
1 - CG, 18th Engr Brigade
1 - CO, 35th Engr Group
1 - CO, 864th Engr Bn
1 - Ea Co, 864th Engr Bn
12 - Pers Sec, 864th Engr Bn
15 - S-1, 864th Engr Bn

AGPF

HEADQUARTERS
864TH ENGINEER BATTALION (CONSTRUCTION)
APO US FORCES 96312

SPECIAL COURT-MARTIAL ORDER
NUMBER 29

6 October 1965

Before a Special Court-Martial which convened at Cam Ranh Bay, Vietnam pursuant to Court-Martial Appointing Order Number 19 this Headquarters, dated 8 July 1965 was arraigned and tried:

Private First Class E-3 John J Hedberg, RA 19 669 708, US Army, Headquarters and Headquarters Company, 864th Engineer Battalion (Construction), APO San Francisco 96312.

Charge: Violation of the Uniform Code of Military Justice, Article 121.

Specification: In that Private First Class E3 John J Hedberg, US Army, Headquarters and Headquarters Company, 864th Engineer Battalion (Construction), APO US Forces 96312, did on or about 2 July 1965, while traveling from Nha Trang, Vietnam, to Cam Ranh Bay, Vietnam, on a LCM operated by the 1097th Transportation Company, enter a conex container and steal; three (3) elephant hide billfolds, having some value, the property of PFC Jack E Kiper, and one pistol and one holster having some value, the property of Sgt Herman F Jones.

PLEA

To the Specification and Charge: Not Guilty

FINDINGS

Of the Specification and Charge: Guilty

SENTENCE

To be reduced to the lowest enlisted pay grade and to perform hard labor without confinement for three (3) months and to forfeit forty five dollars ($45.00) per month for six (6) months. (No previous convictions considered.)

The sentence was adjudged on 21 July 1965.

ACTION
HEADQUARTERS
864TH ENGINEER BATTALION (CONSTRUCTION)
APO US FORCES 96312

6 October 1965

In the foregoing case of Private First Class E3 John J Hedberg, RA 19 669 708, US Army, Headquarters and Headquarters Company, 864th Engineer Battalion, (Construction), APO US Forces 96312, the action taken by me on 28 July 1965 is withdrawn and the following substituted therefore: Only so much of the sentence as provides for hard labor without confinement for one (1) month and forfeiture of forty five dollars ($45.00) per month for six (6) months is approved and will be duly executed.

/s/ James E Bunch
/t/ JAMES E BUNCH
Lt Colonel, Corps of Engineers
Commanding

Special Court Martial Order Number 19, this headquarters, dated 28 July 1965, is rescinded.

BY ORDER OF LIEUTENANT COLONEL BUNCH:

WALTER P ROBERTSON
2nd Lt, CE
Adjutant

HEADQUARTERS
SUPPORT TROOPS, UNITED STATES ARMY VIETNAM
Office of the Staff Judge Advocate
APO San Francisco 96307

The record of trial in this case has been examined in this office and found to be correct in law and fact.

FOR THE STAFF JUDGE ADVOCATE:

William P. [illegible]
EXAMINER, Military Justice Division
Capt, JAGC 2 Nov 65

DISTRIBUTION:

1 - TAG, ATTN: AGPF-F, Washington D C 20310
1 - Ch Exam Div, MFO, USA Fin Cen Indianapolis, Ind 46249
1 - CO, USA Criminal Inves Repository, Ft Gordon, Ga 30905
1 - PM DEPT, HSAS (CID)
1 - AGA, USARV
1 - G2, USARV
4 - SJA, Spt Trps, USARV
1 - CO, 1st Log Command
1 - CO, 35th Engr Group
1 - CO, 864th Engr Bn
1 - Accused
2 - Ea Company, 864th
12 - Pers Sec, 864th
15 - S1 Clerk, 864th

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 42 of 211

3739

# RECORD OF PROCEEDINGS UNDER ARTICLE 15 UCMJ

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof is considered appropriate punishment.

| NAME | SERVICE NUMBER | BASIC PAY PER MONTH | SEA OR FOREIGN DUTY PAY | TOTAL PAY |
|---|---|---|---|---|
| HEDBERG, John J | RA19669708 | 123.00 | None | 163.00 |
| ORGANIZATION | DATE OF BIRTH | GRADE | CONTRIBUTION TO QUARTERS ALLOWANCE (Class Q) (Para 131c (8) and (9) MCM, 1951) | |
| Co C, 3d Engr Bn, C 0213 | 15 Jun 42 | PVT E2 | $40.00 | |

## SECTION I - NOTIFICATION

UNIT DESIGNATION AND STATION

Company C, 3d Engineer Battalion, APO US Forces 09029, Henry Kaserne, Munich, Germany

THRU: N/A [1]

THRU: ~~CO, Co C, 3d Engr Bn, APO US Forces 09029~~ 1/40

TO: PVT John J Hedberg, RA19669708

(Grade, first name, middle initial, last name, Service No.)

Co C, 3d Engr Bn, APO US Forces 09029

(Organization)

10 Feb ~~26~~ January 1965

(Date)

1. It has been reported that, on or about 0200 hours 26 December 1964, at Henry Kaserne Munich, Germany, you did, without proper authority absent yourself from your unit to wit: Company C, 3d Engineer Battalion, APO US Forces 09029, and did remain so until on or about 2020 hours 26 December 1964. A violation of the uniform code of military justice, Article 86. [2]

2. It is the [3] intention of the [3] Commanding Officer [3] of this organization [3] to impose nonjudicial punishment upon you as to such offense(s)[4] under the provisions of Article 15, UCMJ unless you expressly demand trial by court-martial.[5]

(~~my~~) (the) — (~~as~~) (of) (~~a principal assistant to whom the~~) (the) — (Officer) (~~General~~) — (~~has delegated his Article 15 authority~~)

3. You are directed to acknowledge receipt of this communication in Section II of this form within 72 hours [3] (hours) (~~days~~) after your receipt thereof.[6] You may submit any matter in mitigation, extenuation, or defense.

4. You are hereby informed that under the provisions of Article 31, UCMJ, you are not required to make any statement regarding the offense(s)[4] described above, and that any statement you may desire to make concerning the offense(s)[4] may be used as evidence against you in a trial by court-martial.

FOR THE COMMANDER:[7]

C SIDNEY SMITH JR, CAPT CE

(Typed or printed name, grade and branch)

Adjutant

(Title)

/s/ [signature]

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 43 of 211

## SECTION II - ACKNOWLEDGMENT OF NOTIFICATION

THRU: N/A 1 15 JAN ~~20 January 1965~~

THRU: ~~CO, Co C, 3d Engr Bn, APO US Forces 09029~~ JRC (Date)

TO: CO, 3d Engineer Battalion, APO US Forces 09029

(Organization)

I acknowledge receipt of the foregoing communication. Trial by court-martial is not [3] demanded.[5]
~~(is)~~ (is not)

Matters [3] in extenuation, mitigation, or defense are not [3] submitted herewith
~~(The following matters)~~ (Matters) ~~(are)~~ (are not)

[3]

(and are attached hereto) (and are contained in Section V)

JOHN J HEDBERG, PVT (E-2), RA19669708 /s/ John J. Hedberg

(Typed or printed name, grade and Service No.)

## SECTION III - IMPOSITION OF PUNISHMENT

(If, at this time, it is determined that no punishment is warranted, the individual concerned shall be notified of this fact and the record destroyed.)

THRU: N/A 1 20 January 1965

THRU: ~~CO, Co C, 3d Engr Bn, APO US Forces 09029~~ JRC (Date)

TO: PVT (E-2) JOHN J HEDBERG, RA19669708

(Grade, first name, middle initial, last name, Service No.)

Co C, 3d Engr Bn, APO US Forces 09029

(Organization)

1. The following punishment(s)[4] are [3] hereby imposed:
~~(is)~~ (are)

Forfiture of forty (40) dollars foe one (1) month, and thirteen (13) days correctional custody effective 20 January 1965. "Correctional Custody will be served in the facility operated by the kaserne coordinator at Will Kaserne."

[9]

2. You are advised of your right to appeal in accordance with para 135, MCM, 1951. You are directed to indicate on Section IV of this form the date of receipt of this communication within 7 days [3] after your receipt thereof and to make any appeal you may desire to make.[6] If you exercise your right to appeal, your appeal should be addressed
(hours) ~~(days)~~

to Commanding General, 24th Infantry Division, APO US Forces 09112 [10]

_____ Incl

CARROLL E ADAMS Jr, Lt Col, CE

(Typed or printed name, grade and branch)

Commanding Officer, 3d Engr Bn, APO US Forces 09029 /s/ For the commander D. Ledley [illegible]

(Title)



7/ If signed personally, strike c... ...will be attached to this form.

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 44 of 211

AGL (I) 2-63-140M-93609

3739

RECORD OF PROCEEDINGS UNDER ARTICLE 15 UCMJ

## SECTION IV - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: N/A [1]

THRU: N/A [1]

THRU: CO, C Co, 3d Engr Bn, APO US Forces 09029

TO: CO, 3d Engineer Battalion, APO US Forces 09029

20 January 1965 (Date)

I received the foregoing communication (*Section III*) on 20 January 1965 (Date)

I do not [3] appeal from this punishment.[12]

(do) (do not)

[13]

Incl

JOHN J HEDBERG, PVT (E-2), RA19669708

(*Typed or printed name, grade and Service Number*)

/s/ John J. Hedberg

## SECTION V

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. THIS SPACE ALSO MAY BE USED FOR SUMMARIZING ANY ORAL PROCEEDINGS. (*See 133a, MCM, 1951*). IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE OF THIS PAGE OR ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 5.



(*See Reverse Side*)

IMMEDIATE REENLISTMENT

# ENLISTMENT RECORD - ARMED FORCES OF THE UNITED STATES

Form Approved
Budget Bureau No. 22-R016

CODING COLUMN

1. LAST NAME - FIRST NAME - MIDDLE NAME: HEDBERG, JOHN JOSEPH
2. SERVICE NUMBER: RA19669708
3. SEX: Male
4. RACE: Cau

5. PHYSICAL AND MENTAL DATA
a. PHYSICAL CATEGORY:
b. AFQT 65 / TEST DATA

| TEST | SCORE | GROUP |
|---|---|---|
| GM | CL | GT |
| 113 | 116 | 123 |

6. HOME ADDRESS (No. and street, or rural route. If none so state; City, Town or PO, County and State): 3802 S. 328th Street, Auburn, King Co., Washington

7. PLACE OF ENLISTMENT: Cam Ranh Bay, Vietnam
8. DATE ENLISTED: 17 Jan 66
9. FOR SERVICE IN (Give Armed Force and Component): Regular Army REENL-RA
10. NO. YEARS TO SERVE: 3

11. GRADE: PFC E3 (P)
12. AUTHORITY FOR GRADE: Para 13a AR 601-210
13. INITIAL ASSIGNMENT: REENL FOR PRESENT DUTY ASSIGNMENT
14. ENLISTMENT AUTHORITY: AR 601-210

## DECLARATION OF APPLICANT

15. DATE OF BIRTH

| DAY | MONTH | YEAR |
|---|---|---|
| 15 | Jun | 42 |

16. PLACE OF BIRTH (City and State):
17. COLOR OF — EYES: — HAIR:
18. a. HEIGHT — b. WEIGHT
19. CITIZEN ☐ YES ☐ NO — IF NO, LAWFULLY ADMITTED FOR PERMANENT RESIDENCE ☐ YES ☐ NO

20. IF NATURALIZED, GIVE DATE, PLACE AND COURT OF JURISDICTION
21. NATURALIZATION OR ALIEN REGISTRATION RECEIPT CARD (Form I-151) NUMBER
22. MARITAL STATUS

23. NUMBER, RELATIONSHIP AND AGE OF PERSONS DEPENDENT ON YOU FOR SUPPORT[1]

X

24. CIVILIAN EDUCATION (Years completed in each. Give kind of degree, if any)

| a. GRAMMAR — YEARS | GRADUATED YES | NO | b. HIGH SCHOOL — YEARS | GRADUATED YES | NO | c. COLLEGE — YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS | d. OTHER CIVILIAN SCHOOLS ATTENDED — YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

25. a. MAIN CIVILIAN OCCUPATION — b. YEARS AND MONTHS EMPLOYED — c. AVERAGE WEEKLY WAGE $

26. a. REGISTERED FOR SSVC: YES / NO — b. NUMBER — c. CLASSIFICATION — d. SELECTIVE SERVICE BOARD NUMBER AND ADDRESS (City, County and State)

27. HAVE YOU EVER BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? ☐ YES ☒ NO IF YES, GIVE DETAILS. (Do not include minor traffic violations.) (Prior service personnel consider only period since last active service)[1]

X

28. HAVE YOU EVER BEEN CONVICTED OF A FELONY OR ANY OTHER OFFENSE, OR ADJUDICATED A YOUTHFUL OFFENDER OR JUVENILE DELINQUENT (Including violations of local ordinances)? ☐ YES ☒ NO IF YES, GIVE DETAILS. (Prior service personnel consider only those convictions & adjudications since last active service)[1]

X

29. HAVE YOU EVER BEEN IMPRISONED UNDER SENTENCE OF ANY COURT? ☐ YES ☒ NO IF YES, GIVE DETAILS. (Prior service personnel consider only those imprisonments since last active service)[1]

X

30. ARE YOU NOW OR HAVE YOU EVER BEEN ON SUSPENDED SENTENCE, PAROLE, PROBATION, OR ARE YOU AWAITING FINAL ACTION ON CHARGES AGAINST YOU? ☐ YES ☒ NO (Prior service personnel consider only period since last active service)[1]

X

31. HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY OF THE ARMED FORCES OR BEEN DISCHARGED FROM PREVIOUS SERVICE UNDER OTHER THAN HONORABLE CONDITIONS, UNDER PERSONNEL SECURITY REGULATIONS OR BY REASON OF UNSUITABILITY OR UNDESIRABLE HABITS OR TRAITS OF CHARACTER, OR FOR MEDICAL REASONS? ☐ YES ☐ NO IF YES, GIVE SERVICE, DATE, PLACE AND CAUSE.[1]

X

32. PRIOR SERVICE

| ARMED FORCE | COMPONENT | SERVICE NUMBER | DATE OF ENL, IND, APT AND/OR ORDER TO ACTIVE DUTY | DATE OF DISCHARGE OR RELEASE | TYPE OF DISCHARGE | REASON FOR DISCHARGE | GRADE AT DISCHARGE | MOS/AFSC | TIME LOST (Days) | VERIFIED FROM |
|---|---|---|---|---|---|---|---|---|---|---|

Date of Discharge: 16 Jan 66
Type of Discharge: Honorable
Grade: PFC E3 (P) MOS: 76K30 Organization: HHC, 864th Engr Bn (Const)
Date and term of last enlistment: 17 Jan 63 for three (3) years

33. PRIOR ROTC OR CADET TRAINING (Years - Type Unit)

34. RESERVE COMMISSIONED STATUS (Service, grade and SN now held)
X

35. TOTAL SERVICE

| ACTIVE YEARS | ACTIVE MONTHS | ACTIVE DAYS | INACTIVE YEARS | INACTIVE MONTHS | INACTIVE DAYS |
|---|---|---|---|---|---|
| 5 | 6 | 17 | 0 | 0 | 0 |

36. TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, ARE YOU NOW SOUND AND WELL? ☐ YES ☐ NO IF NO, GIVE DETAILS

PROCESSED

37. REMARKS

38. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment, and that if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance. I have read or had explained to me Par 13, AR 604-10 *(not applicable to Air Force Personnel)* which sets forth the criteria *(reasons)* for discharge and types of discharge, and certify that I ☐ HAVE ☒ HAVE NEVER *(check one)* engaged in disloyal or subversive activities as defined therein. I understand that I am expected to be available for order to active duty at any time during this enlistment in event of a mobilization or emergency requiring any services. I understand that if I am ordered to active duty I will be given a physical examination and may be discharged if found physically disqualified on that examination. I certify that I ☐ AM ☒ AM NOT *(check one)* now drawing retired pay from the government of the United States. I further certify that I ☐ AM ☒ AM NOT *(check one)* now drawing a pension, disability allowance, or disability compensation from the government of the United States. I declare that I am not now a member of any of the Armed Forces *(Army, Air Force, Navy, Marine Corps or Coast Guard)* or any reserve components thereof in active, inactive, reserve, or retired status unless so indicated and explained by me; that the foregoing questions and answers thereto have been read to me; that my answers have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting.

GIVEN AT *(Place of acceptance)*: Cam Ranh Bay, Vietnam

DATE OF ACCEPTANCE: 17 Jan 66

SIGNATURE OF WITNESS *(First Name, Middle Name, Last Name)*: [signature] Oakley Lee Smith

SIGNATURE OF APPLICANT *(First Name, Middle Name, Last Name)*: [signature] John Joseph Hedberg

39. REMARKS *(For use by the Enlisting Officer)*

a. DATE DD FORM 53 FORWARDED

VERIFIED AT: Cam Ranh Bay, Vietnam

BY *(Signature of Enlisting Officer)*: [signature]

GRADE AND ORGANIZATION OF ENLISTING OFFICER: 1st Lt, 864th Engr Bn (Const)

40. OATH OF ENLISTMENT *(For service in National Guard or Air National Guard)*

STATE OF ______ ss:

CITY, TOWN OR COUNTY ______

I do hereby acknowledge to have voluntarily enlisted this ______ day of[3] ______, 19 ______, in the *(Army)* *(Air)*[5] National Guard of the State of ______ and as a Reserve of the *(Army)* *(Air Force)*[5] with membership in the *(Army National Guard of the United States)* *(Air National Guard of the United States)*[5] for a period of[6] ______ YEARS - MONTHS - DAYS under the conditions prescribed by law, unless sooner discharged by proper authority.

I, ______ (FIRST NAME, MIDDLE NAME, LAST NAME), do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States and of the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to them; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law, regulations, and the Uniform Code of Military Justice. So Help me God.

______ SIGNATURE *(First Name, Middle Name, Last Name)* 4

41. OATH OF ENLISTMENT *(For service in Regular Army, Regular Air Force, Army Reserve, or Air Force Reserve)*

STATE OF Republic of Vietnam ss.

CITY, TOWN, OR MILITARY POST Cam Ranh

I,[2] John Joseph Hedberg (FIRST NAME, MIDDLE NAME, LAST NAME), do hereby acknowledge to have voluntarily enlisted, under the conditions prescribed by law, this[3] 17th day of December, 19 66, in the United States Army for a period of Three (3) [initials] (WORDS AND FIGURES) X years unless sooner discharged by proper authority; and I, do solemnly swear *(Or Affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations, and the Uniform Code of Military Justice. So help me God.

[signature] John Joseph Hedberg
SIGNATURE *(First Name, Middle Name, Last Name)* 4

42. CONFIRMATION OF ENLISTMENT

The above oath was subscribed and duly sworn to before me this[3] Seventeenth day of January 19 66. This enlistee was minutely inspected by me prior to subscribing to the oath, and was found to be entirely sober and in full possession of all mental faculties. To the best of my judgment and belief, enlistee fulfills all legal requirements, and in enlisting this applicant, I have strictly observed the regulations governing such enlistment. The above oath, as filled in, was read to the applicant prior to subscribing thereto.

TYPED NAME, GRADE AND ORGANIZATION OF ENLISTING OFFICER: PAUL R. HABLE JR., 1st Lt, 864th Engr Bn (C)

SIGNATURE OF ENLISTING OFFICER: [signature]

1/ To be initialed by enlistee where "X" appears.
2/ Carefully compare with the name at top of page 1.
3/ The dates in oath and confirmation must be the same day.
4/ The signature must be identical with that subscribed to Declaration of Applicant.
5/ Delete one.
6/ Specify period in years, months and days.

43. FINGERPRINTS OF RIGHT HAND

| 1. THUMB | 2. INDEX | 3. MIDDLE | 4. RING | 5. LITTLE |
|---|---|---|---|---|
| | | | | |

PPC-Japan

STATEMENT (AR 601-210)

PART I

Date 17 Jan 66

In connection with my enlistment in the Regular Army this date, I hereby acknowledge that I completely understand the following:

That all promises made to me are contained in items 11, 13, or 37 of the DD Form 4, my enlistment record.

That I have not been guaranteed technical school training unless the title of the school course has been entered in item 13, DD Form 4.

That should there be any material omission or misstatement of fact in connection with any of my enlistment documents, I agree to accept any assignment in accordance with the needs of the Army and will complete the period for which I enlisted.

That should I choose an option which requires a security clearance after I have enlisted, I agree to accept any assignment in accordance with the needs of the Army and will complete the period for which I enlisted.

That my choice of initial assignment shown in items 13 or 37 of the DD Form 4 does not constitute any guarantee that my entire enlistment, will be served in that initial assignment. That military necessity may make it necessary to effect my reassignment at any time to any other assignment within the continental United States or an oversea command.

That should my enlistment involve a commitment for a school course or a commitment for specialized training or a selective assignment, conduct on my part which occurs subsequent to my enlistment and which involved disciplinary action could cause me to be reassigned to any other assignment within the continental United States or oversea command.

That if my enlistment is for Airborne and in the event I fail to qualify for airborne duty subsequent to enlistment, i.e., satisfactory completion of required training; attaining the standards for Physical Fitness Test, or for existing medical reasons I will not be offered another assignment choice but will be reassigned in accordance with the needs of the Army.

That acceptance for enlistment carries no promise whatsoever relative to furnishing transportation for dependents to oversea commands or to the furnishing of family quarters either in oversea commands or in the continental United States.

PART II

To further emphasize the importance of understanding the promises made to me I certify that I have listed below in my handwriting all promises both oral and written that have been made to me in connection with my enlistment in the Regular Army:

None

(signature) (signature: John Joseph Sedberg)

(Name, Gr, and SN of Witnessing Officer) (Signature of Applicant)

PAUL R. HABLE JR., 1st Lt, CE, 098739

HEADQUARTERS
864TH ENGINEER BATTALION (CONSTRUCTION)
APO San Francisco 96312

SPECIAL ORDERS
NUMBER 14

17 January 1966

E X T R A C T

2. TC 415. As auth by AR 635-200 fol indiv DISCHARGED eff on EDCSA fpur enl/reenl in RA.

HEDBERG, JOHN J RA19669708 PFC E3 76K30 HHC 864th Engr Bn (Const) Cam Ranh Bay, Vietnam.
Type of disch: Honorable DD Form 256A
HOR: Auburn, King County, Washington
PL EAD: Fort Lewis, Washington
ACLV: lump sum payment made for 42 days ACLV.
SPN: 201
Comp: RA
EDCSA: 16 Jan 66

3. TC 120. Fol indiv enl/reenl RA this sta on EDCSA. Eff on EDCSA indiv ASG curr org and APT UP par 13 AR 601-210 to temp gr as indic.

HEDBERG, JOHN J RA19669708 PFC E3 76K30 HHC 864th Engr Bn (Const) Cam Ranh Bay, Vietnam.
Enl/reenl for: Own vacancy
Temp gr-DOR: NA
Perm gr-DOR: PFC E3 19 Dec 65
Total mo OS: 31
COA: NB
Auth: AR 601-210
No depn: 2
ADC: 3 yrs
BASD: 30 Jun 60
BPED: 30 Jun 60
DEROS: 11 Aug 66
ETS: 16 Jan 69
EDCSA: 17 Jan 66

FOR THE COMMANDER:

OFFICIAL:

K R Ivey

K R IVEY
CWO W-4, USA
Asst Adjutant

WALTER P ROBERTSON
2nd Lt, CE
Adjutant

Distribution: A

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 49 of 211

IMMEDIATE REENLISTMENT

DEPARTMENT OF DEFENSE
WASHINGTON 25, D. C.

## ENLISTMENT RECORD - ARMED FORCES OF THE UNITED STATES

Form Approved
Budget Bureau No. 22-R016.5

CODING COLUMN

1. LAST NAME - FIRST NAME - MIDDLE NAME: Hedberg, John Joseph
2. SERVICE NUMBER: RA 19 669 708
3. SEX: Male
4. RACE: Caucasian

5. PHYSICAL AND MENTAL DATA
a. PHYSICAL CATEGORY:
b. MENTAL TEST DATA: AFQT 65 I

| TEST | SCORE | GROUP |
|---|---|---|
| GT 123 | CL 116 | GM 113 |

6. HOME ADDRESS (No. and street, or rural route. If none so state; City, Town or PO, County and State): Rt #3, Box 1380 A, Auburn, King County, Washington

7. PLACE OF ENLISTMENT: Fort Lewis, Washington
8. DATE ENLISTED: 17 January 1963
9. FOR SERVICE IN (Give Armed Force and Component): Regular Army Reenl RA
10. NO. YEARS TO SERVE: 3
11. GRADE: E-3 PFC (P)
12. AUTHORITY FOR GRADE: Par 20 AR 601-210
13. INITIAL ASSIGNMENT: USAREUR
14. ENLISTMENT AUTHORITY: ACN 48-63 AR 601-225

### DECLARATION OF APPLICANT

15. DATE OF BIRTH: DAY 15 MONTH Jun YEAR 42
16. PLACE OF BIRTH (City and State):
17. COLOR OF EYES: HAIR:
18. a. HEIGHT b. WEIGHT
19. CITIZEN ☐ YES ☐ NO IF NO, FILED DECLARATION ☐ YES ☐ NO
20. IF NATURALIZED OR DECLARANT, GIVE DATE, PLACE AND COURT OF JURISDICTION
21. NATURALIZATION OR DECLARANT NO.
22. MARITAL STATUS
23. NUMBER, RELATIONSHIP AND AGE OF PERSONS DEPENDENT ON YOU FOR SUPPORT[1]

X

24. CIVILIAN EDUCATION (Years completed in each. Give kind of degree, if any)

| a. GRAMMAR | | | b. HIGH SCHOOL | | | c. COLLEGE | | | | | d. OTHER CIVILIAN SCHOOLS ATTENDED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEARS | GRADUATED YES | NO | YEARS | GRADUATED YES | NO | YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS | YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS |
| | | | | | | | | | | | | | | | |

25. a. MAIN CIVILIAN OCCUPATION b. YEARS AND MONTHS EMPLOYED c. AVERAGE WEEKLY WAGE $

26. a. REGISTERED FOR SSVC YES NO b. NUMBER c. CLASSIFICATION d. SELECTIVE SERVICE BOARD NUMBER AND ADDRESS (City, County and State)

27. HAVE YOU EVER BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? ☐ YES ☐ NO IF YES, GIVE DETAILS. (Do not include minor traffic violations.) (Prior service personnel consider only period since last active service)[1]

X

28. HAVE YOU EVER BEEN CONVICTED OF A FELONY OR ANY OTHER OFFENSE, OR ADJUDICATED A YOUTHFUL OFFENDER OR JUVENILE DELINQUENT (Including violations of local ordinances)? ☐ YES ☐ NO IF YES, GIVE DETAILS. (Prior service personnel consider only those convictions & adjudications since last active service)[1]

X

29. HAVE YOU EVER BEEN IMPRISONED UNDER SENTENCE OF ANY COURT? ☐ YES ☐ NO IF YES, GIVE DETAILS. (Prior service personnel consider only those imprisonments since last active service)[1]

X

30. ARE YOU NOW OR HAVE YOU EVER BEEN ON SUSPENDED SENTENCE, PAROLE, PROBATION, OR ARE YOU AWAITING FINAL ACTION ON CHARGES AGAINST YOU? ☐ YES ☐ NO (Prior service personnel consider only period since last active service)[1]

X

31. HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY OF THE ARMED FORCES OR BEEN DISCHARGED FROM PREVIOUS SERVICE UNDER OTHER THAN HONORABLE CONDITIONS, UNDER PERSONNEL SECURITY REGULATIONS OR BY REASON OF UNSUITABILITY OR UNDESIRABLE HABITS OR TRAITS OF CHARACTER, OR FOR MEDICAL REASONS? ☐ YES ☐ NO IF YES, GIVE SERVICE, DATE, PLACE AND CAUSE.[1]

X

32. PRIOR SERVICE

| ARMED FORCE | COMPONENT | SERVICE NUMBER | DATE OF ENL, IND, APT AND/OR ORDER TO ACTIVE DUTY | DATE OF DISCHARGE OR RELEASE | TYPE OF DISCHARGE | REASON FOR DISCHARGE | GRADE AT DISCHARGE | MOS/AFSC | TIME LOST (Days) | VERIFIED FROM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 30 Jun 60 3 yrs. | 16 Jan 63 | Hon | | PFC E-3 | 768.2 | | |

ORGANIZATION: 4th Admin Co, 4th Inf Div, Fort Lewis, Washington

33. PRIOR ROTC OR CADET TRAINING (Years - Type Unit)

34. RESERVE COMMISSIONED STATUS (Service, grade and SN now held)

35. TOTAL SERVICE

| ACTIVE | | | INACTIVE | | |
|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS |
| 02 | 06 | 17 | 00 | 00 | 00 |

36. TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, ARE YOU NOW SOUND AND WELL? ☒ YES ☐ NO IF NO, GIVE DETAILS

JJH

37. REMARKS

No promises made other than the ones listed in items 11 & 13

DD FORM 1 SEP 57 4 REPLACES EDITION OF 1 AUG 55.

[1] To be initialed by enlistee where X appears.

38. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court-martial or discharge for fraudulent enlistment, and that if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance. I have read or had explained to me Par 13, AR 604-10 *(not applicable to Air Force Personnel)* which sets forth the criteria *(reasons)* for discharge and types of discharge, and certify that I ☐ HAVE ☒ HAVE NEVER *(check one)* engaged in disloyal or subversive activities as defined therein. I understand that I am expected to be available for order to active duty at any time during this enlistment in event of a mobilization or emergency requiring any services. I understand that if I am ordered to active duty I will be given a physical examination and may be discharged if found physically disqualified on that examination. I certify that I ☐ AM ☒ AM NOT *(check one)* now drawing retired pay from the government of the United States. I further certify that I ☐ AM ☒ AM NOT *(check one)* now drawing a pension, disability allowance, or disability compensation from the government of the United States. I declare that I am not now a member of any of the Armed Forces *(Army, Air Force, Navy, Marine Corps or Coast Guard)* or any Reserve components thereof in active, inactive, reserve, or retired status unless so indicated and explained by me; that the foregoing questions and answers thereto have been read to me; that my answers have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting.

GIVEN AT *(Place of acceptance)*: 4th Admin Co, 4th Inf Div, Fort Lewis, Washington

DATE OF ACCEPTANCE: 17 January 1963

SIGNATURE OF WITNESS *(First name, middle name, last name)*: Paul William Nash

SIGNATURE OF APPLICANT *(First name middle name, last name)*: x John Joseph Hedberg

39. REMARKS *(For use by the Enlisting Officer)*

a. DATE DD FORM 53 FORWARDED

| VERIFIED AT | BY *(Signature of Enlisting Officer)* | GRADE AND ORGANIZATION OF ENLISTING OFFICER |
|---|---|---|
| | | |

40. OATH OF ENLISTMENT *(For service in National Guard or Air National Guard)*

STATE OF ______________________ ss:

CITY, TOWN, OR COUNTY ______________________

I,[2] ______________________ (FIRST NAME, MIDDLE NAME, LAST NAME) do hereby acknowledge to have voluntarily enlisted this[3] ________ day of ____________, 19____, in the (Army) (Air)[4] National Guard of ____________ (STATE) and as a Reserve of the (Army) (Air Force)[4] with membership in the (National Guard of the United States) (Air National Guard of the United States)[4] for a period of ____________ years under the conditions prescribed by law, unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America and to the State of ____________; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States and the Governor of ____________ and the orders of the officers appointed over me, according to law and regulations, and/or the Uniform Code of Military Justice.

______________________
SIGNATURE *(First name, middle name, last name)* 5

41. OATH OF ENLISTMENT *(For service in Regular Army, Regular Air Force, Army Reserve, or Air Force Reserve)*

STATE OF Washington ss:

CITY, TOWN, OR MILITARY POST Fort Lewis

I,[2] JOHN JOSEPH HEDBERG (FIRST NAME, MIDDLE NAME, LAST NAME) do hereby acknowledge to have voluntarily enlisted, under the conditions prescribed by law, this[3] 17th day of January, 19 63, in the UNITED STATES ARMY for a period of THREE (3) (WORDS AND FIGURES) JJH X years unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States, and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.

x John Joseph Hedberg
SIGNATURE *(First name, middle name, last name)* 5

42. CONFIRMATION OF ENLISTMENT

The above oath was subscribed and duly sworn to before me this[3] 17th day of January 19 63. This enlistee was minutely inspected by me prior to subscribing to the oath, and was found to be entirely sober and in full possession of all mental faculties. To the best of my judgment and belief enlistee fulfills all legal requirements, and in enlisting this applicant I have strictly observed the regulations governing such enlistment. The above oath, as filled in, was read to the applicant prior to subscribing thereto.

| TYPED NAME, GRADE AND ORGANIZATION OF ENLISTING OFFICER | SIGNATURE OF ENLISTING OFFICER |
|---|---|
| REGINALD D COURT, 1st Lt, Inf, CO, 4th Admin Co | Reginald D. Court |

1 To be initialed by enlistee where X appears.
2 Carefully compare with the name at top of page 1.
3 The dates in oath and confirmation must be the same.
4 Delete one.
5 The signature must be identical with that subscribed to Declaration of Applicant.

43. FINGERPRINTS OF RIGHT HAND

| 1. THUMB | 2. INDEX | 3. MIDDLE | 4. RING | 5. LITTLE |
|---|---|---|---|---|
| | | | | |



U.S. GOVERNMENT PRINTING OFFICE : 1958 O—475877

Date 17 January 1963

PART I

In connection with my enlistment in the Regular Army this date, I hereby acknowledge that I completely understand the following:

That all promises made to me are contained in items 11, 13 or 37 of the DD Form 4, my enlistment record.

That I have not been guaranteed technical school training unless the title of the school course has been entered in item 13, DD Form 4.

That should I choose an option which requires a security clearance and I am not granted such clearance after I have enlisted, I agree to accept any assignment in accordance with the needs of the Army and will complete the period for which I enlisted.

That my choice of initial assignment shown in items 13 or 37 of the DD Form 4 does not constitute any guarantee that my entire enlistment, or any specific portion thereof, will be served in that initial assignment.

*That should my enlistment involve a commitment for a school course or a commitment for specialized training for a selective assignment, conduct on my part which occurs subsequent to my enlistment and which involves disciplinary action could cause me to be reassigned to any other assignment within the continental United States or an oversea command.

That acceptance for enlistment carries no promise whatsoever relative to furnishing transportation for dependents to oversea commands or to the furnishing of family quarters either in oversea commands, or in the continental United States

PART II

To further emphasize the importance of understanding the promises made to me I certify that I have listed below in my handwriting all promises both oral and written that have been made to me in connection with my enlistment in the Regular Army:

Reginald D Court

REGINALD D COURT, 1st Lt, Inf CO, 4th Admin (Name, grade, and Service No. of witnessing officer)

John Joseph Hedberg

JOHN JOSEPH HEDBERG (Signature of applicant)

HEADQUARTERS 4TH INFANTRY DIVISION TRAINS
Fort Lewis, Washington

SPECIAL ORDERS
NUMBER 10

17 January 1963

EXTRACT

1. TC 350. Following indiv this station APPOINTED.

BADER, GERALD L Jr 05510391 1ST LT 4th MI Det 4th Inf Div
Apt to: Class "A" Agent to Accountable Disbursing Officer for members of 4th MI Det 4th Inf Div for the month of January 1963.
Eff date: NA
Pd: January 1963
Purpose: To make regular, supplemental & check payment to member of 4th MI Det 4th Inf Div for the month of Jan 63.
Auth: Par 15-3c AR 37-104 & VOCO 16 Jan 63
Sp instr: Funds not to be untrusted to any other person

2. TC 333. Fol indiv this station auth to RATION SEPARATELY. These orders remain in eff after disch and reenl without break svc unless sooner term.

ODOM, JESSIE A RA24965556 SSGT E6 4th Avn Co 4th Inf Div
Eff date: 11 Jan 63
VOCO date cfm: 11 Jan 63

ANDREWS, VICTOR H RA12476412 PFC E3 4th Admin Co 4th Inf Div
Eff date: 14 Jan 63
VOCO date cfm: 14 Jan 63

BROWN, JACK L US56348335 PFC E3 4th Avn Co 4th Inf Div
Eff date: 10 Jan 63
VOCO date cfm: 10 Jan 63

3. TC 120. Following indiv enl/reenl RA this station on EDCSA. Eff on EDCSA indiv ASSIGNED current organization and APPOINTED under provisions of Par 20 AR 601-201 to temporary grade as indicated.

HEDBERG, JOHN J RA19669708 PFC E3 4th Admin Co 4th Inf Div
Enl/reenl for: USAREUR in PMOS 768.20 for further assignment to 1st BG 19 Inf, APO 112 New York, NY Feb 63 allocation.
Temp gr-DOR: NA
Perm gr-DOR: PFC E3 6 Mar 61
Total mo OS: None
COA: 99
Auth: UP of AR 601-225 and ACN 48-63 VO-CHIEF OPO Mr. Skelton 2 Jan 63.
No depn: None
ADC: 3yrs
BPED: 30 Jun 60
DROS: NA
ETS: 16 Jan 66
EDCSA: 17 Jan 63
BASD: 30 Jun 60

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 53 of 211

SO 10 Hq 4th Inf Div Tns Ft Lewis Wash dtd 17 Jan 63 (Cont'd)

4. TC 370. Fol orders AMENDED:

SMO: Par 3 SO 247this Hq dtd 20 Dec 62
Pert to: HARTLEY, CLINTO RA37412364 SP4 E4 4th Trans Det (Acft Maint) 4th Inf Div
As reads: "Awarded P1
IATR: Contined P2

5. TC 371. Fol orders REVOKED.

SMO: Par 5 SO 8 this Hq CS
Pert to: RICHARDSON, KENNETH RA14733198 SP4 E4 4th Trans Det 4th Inf Div
MAXWELL, ROBERT RA13675508 SP4 E4 4th Trans Det 4th Inf Div
EVELHOCH, JAMES RA13696340 SP4 E4 4th Trans Det 4th Inf Div
BROWN, CLYD E RA19658048 SP4 E4 4th Trans Det 4th Inf Div
HARTLEY, CLINTON RA37412364 SP4 E4 4th Trans Det 4th Inf Div
HARRIS, JOHM S RA135224986 SP5 E5 4th Trans Det 4th Inf Div
ALANI, VICTOR H Jr RA30121792 SP5 E5 4th Trans Det 4th Inf Div
JONES, LEONARD L Jr RA18546741 SP5E5 4th Trans Det 4th Inf Div
ESHELMAN, CLOYD R RA13427532 SP5 E5 4th Trans Det 4th Inf Div

FOR THE COMMANDER:

NORMAN E. WHEELER
Captain, Infantry
Adjutant

OFFICIAL:

W. E. HALL
CWO, W-3, USA
Asst Adjutant

DISTRIBUTION
A
Plus
10-Tns Genl Office

SO 10

Post 10 (6003) Ft Ord Calif

RS/ Renton Washington

DEPARTMENT OF DEFENSE
WASHINGTON 25, D. C.

Form Approved
Budget Bureau No. 22-R016.5

# ENLISTMENT RECORD - ARMED FORCES OF THE UNITED STATES

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3. SEX | 4. RACE | CODING COLUMN |
|---|---|---|---|---|
| HEDBERG, JOHN JOSEPH | RA 19 669 708 | Male | Cauc | |

5. PHYSICAL AND MENTAL DATA — a. PHYSICAL CATEGORY: B — b. MENTAL TEST DATA: TEST: AFQT; SCORE: 5b-65; GROUP: II

6. HOME ADDRESS (No. and street, or rural route. If none so state; City, Town or PO, County and State): R #3 Box 1380A, Auburn (King) Washington — 1

7. PLACE OF ENLISTMENT: RMS/ Seattle Wash.
8. DATE ENLISTED: 30 June 1960
9. FOR SERVICE IN (Give Armed Force and Component): Regular Army "INITIAL ENL"
10. NO. YEARS TO SERVE: 3 — 00

11. GRADE: Rct E-1
12. AUTHORITY FOR GRADE: Par 20a(1)(a) AR 601-210
13. INITIAL ASSIGNMENT: Finance Procedures Crs Crse 14R-730.0
14. ENLISTMENT AUTHORITY: AR 601-230 & VO TAG WashDC dtd 18 April 1960 — 63 — 42

DECLARATION OF APPLICANT

15. DATE OF BIRTH: DAY 15, MONTH June, YEAR 1942
16. PLACE OF BIRTH (City and State): Tacoma, Washington
17. COLOR OF: EYES Blue; HAIR Brown
18. a. HEIGHT: 68" b. WEIGHT: 130
19. CITIZEN: [X] YES [ ] NO — IF NO, FILED DECLARATION [ ] YES [ ] NO — 1

20. IF NATURALIZED OR DECLARANT, GIVE DATE, PLACE AND COURT OF JURISDICTION: N/A
21. NATURALIZATION OR DECLARANT NO.: N/A
22. MARITAL STATUS: Single — 00? — 2

23. NUMBER, RELATIONSHIP AND AGE OF PERSONS DEPENDENT ON YOU FOR SUPPORT[1]: None — JJH X

24. CIVILIAN EDUCATION (Years completed in each. Give kind of degree, if any)

| a. GRAMMAR YEARS | GRADUATED YES | NO | b. HIGH SCHOOL YEARS | GRADUATED YES | NO | c. COLLEGE YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS | d. OTHER CIVILIAN SCHOOLS ATTENDED YEARS | GRADUATED YES | NO | DEGREE | MAJOR SUBJECTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | X | | 4 | X | | | | | | None | | | | | None |

25. a. MAIN CIVILIAN OCCUPATION: None — b. YEARS AND MONTHS EMPLOYED: N/A — c. AVERAGE WEEKLY WAGE: $ N/A

26. a. REGISTERED FOR SSVC: YES X — b. NUMBER: 45 UNK 42 UNK — c. CLASSIFICATION: 1-A — d. SELECTIVE SERVICE BOARD NUMBER AND ADDRESS (City, County and State): LB Unk, Tacoma, Pierce, Washington

27. HAVE YOU EVER BEEN ARRESTED, CHARGED, OR HELD BY FEDERAL, STATE, OR OTHER LAW ENFORCEMENT AUTHORITIES FOR ANY VIOLATION OF ANY FEDERAL LAW, STATE LAW, COUNTY OR MUNICIPAL LAW, REGULATION OR ORDINANCE? [ ] YES [X] NO IF YES, GIVE DETAILS. (Do not include minor traffic violations.) (Prior service personnel consider only period since last active service)[1] — JJH X

28. HAVE YOU EVER BEEN CONVICTED OF A FELONY OR ANY OTHER OFFENSE, OR ADJUDICATED A YOUTHFUL OFFENDER OR JUVENILE DELINQUENT (Including violations of local ordinances)? [ ] YES [X] NO IF YES, GIVE DETAILS. (Prior service personnel consider only those convictions & adjudications since last active service)[1] — JJH X

29. HAVE YOU EVER BEEN IMPRISONED UNDER SENTENCE OF ANY COURT? [ ] YES [X] NO IF YES, GIVE DETAILS. (Prior service personnel consider only those imprisonments since last active service)[1] — JJH X

30. ARE YOU NOW OR HAVE YOU EVER BEEN ON SUSPENDED SENTENCE, PAROLE, PROBATION, OR ARE YOU AWAITING FINAL ACTION ON CHARGES AGAINST YOU? [ ] YES [X] NO (Prior service personnel consider only period since last active service)[1] — JJH X

31. HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY OF THE ARMED FORCES OR BEEN DISCHARGED FROM PREVIOUS SERVICE UNDER OTHER THAN HONORABLE CONDITIONS, UNDER PERSONNEL SECURITY REGULATIONS OR BY REASON OF UNSUITABILITY OR UNDESIRABLE HABITS OR TRAITS OF CHARACTER, OR FOR MEDICAL REASONS? [ ] YES [X] NO IF YES, GIVE SERVICE, DATE, PLACE AND CAUSE.[1] — JJH X

32. PRIOR SERVICE

| ARMED FORCE | COMPONENT | SERVICE NUMBER | DATE OF ENL, IND, APPT AND/OR ORDER TO ACTIVE DUTY | DATE OF DISCHARGE OR RELEASE | TYPE OF DISCHARGE | REASON FOR DISCHARGE | GRADE AT DISCHARGE | MOS/AFSC | TIME LOST (Days) | VERIFIED FROM |
|---|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | | |

33. PRIOR ROTC OR CADET TRAINING (Years - Type Unit): None

34. RESERVE COMMISSIONED STATUS (Service, grade and SN now held): None

35. TOTAL SERVICE — ACTIVE: YEARS, MONTHS, DAYS; INACTIVE: YEARS, MONTHS, DAYS — Not Applicable

36. TO THE BEST OF YOUR KNOWLEDGE AND BELIEF, ARE YOU NOW SOUND AND WELL? [XX] YES [ ] NO IF NO, GIVE DETAILS

PROCESSED

37. REMARKS
NO PROMISES MADE: ENLISTMENT COMMITMENT MADE ON THE BASIS OF QUALIFYING AQB APTITUDE AREA SCORES ATTAINED AT RMS WILL BE HONORED.

DD FORM 1 SEP 57 4 — REPLACES EDITION OF 1 AUG 55.

[1] To be initialed by enlistee where X appears.

38. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment; and that if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance. I have read or had explained to me Par 13, AR 604-10 *(not applicable to Air Force Personnel)* which sets forth the criteria *(reasons)* for discharge and types of discharge, and certify that I ☐ HAVE ☒ HAVE NEVER *(check one)* engaged in disloyal or subversive activities as defined therein. I understand that I am expected to be available for order to active duty at any time during this enlistment in event of a mobilization or emergency requiring any services. I understand that if I am ordered to active duty I will be given a physical examination and may be discharged if found physically disqualified on that examination. I certify that I ☐ AM ☒ AM NOT *(check one)* now drawing retired pay from the government of the United States. I further certify that I ☐ AM ☒ AM NOT *(check one)* now drawing a pension, disability allowance, or disability compensation from the government of the United States. I declare that I am not now a member of any of the Armed Forces *(Army, Air Force, Navy, Marine Corps or Coast Guard)* or any Reserve components thereof in active, inactive, reserve, or retired status unless so indicated and explained by me; that the foregoing questions and answers thereto have been read to me; that my answers have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting.

GIVEN AT *(Place of acceptance)*: Seattle Washington

DATE OF ACCEPTANCE: 30 June 1960

SIGNATURE OF WITNESS *(First name, middle name, last name)*

SIGNATURE OF APPLICANT *(First name middle name, last name)*: John Joseph Hedberg

39. REMARKS *(For use by the Enlisting Officer)*

U. S. CITIZEN BY BIRTH
Canvasser: MSgt Almiron Segar

a. DATE DO FORM 53 FORWARDED: 30 June 1960

VERIFIED AT: Seattle Wash

BY *(Signature of Enlisting Officer)*

GRADE AND ORGANIZATION OF ENLISTING OFFICER: Capt Arty Det #1 (6040-01)

40. OATH OF ENLISTMENT *(For service in National Guard or Air National Guard)*

STATE OF ________ ss:

CITY, TOWN, OR COUNTY ________

I,[2] ________ (FIRST NAME, MIDDLE NAME, LAST NAME) do hereby acknowledge to have voluntarily enlisted this[3] ________ day of ________, 19____, in the (Army) (Air)[4] National Guard of ________ (STATE) and as a Reserve of the (Army) (Air Force)[4] with membership in the (National Guard of the United States) (Air National Guard of the United States)[4] for a period of ________ years under the conditions prescribed by law, unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America and to the State of ________; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States and the Governor of ________ and the orders of the officers appointed over me, according to law and regulations, and/or the Uniform Code of Military Justice.

________
SIGNATURE *(First name, middle name, last name)* 5

41. OATH OF ENLISTMENT *(For service in Regular Army, Regular Air Force, Army Reserve, or Air Force Reserve)*

STATE OF WASHINGTON ss:

CITY, TOWN, OR MILITARY POST SEATTLE

I,[2] JOHN JOSEPH HEDBERG (FIRST NAME, MIDDLE NAME, LAST NAME) do hereby acknowledge to have voluntarily enlisted, under the conditions prescribed by law, this[3] 30th day of JUNE, 19 60, in the UNITED STATES ARMY for a period of THREE (3) (WORDS AND FIGURES)[1] X years unless sooner discharged by proper authority; and I do solemnly swear (or affirm) that I will bear true faith and allegiance to the United States of America; that I will serve them honestly and faithfully against all their enemies whomsoever; and that I will obey the orders of the President of the United States, and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice.

John Joseph Hedberg
SIGNATURE *(First name, middle name, last name)* 5

42. CONFIRMATION OF ENLISTMENT

The above oath was subscribed and duly sworn to before me this[3] 30th day of JUNE 19 60. This enlistee was minutely inspected by me prior to subscribing to the oath, and was found to be entirely sober and in full possession of all mental faculties. To the best of my judgment and belief enlistee fulfills all legal requirements, and in enlisting this applicant I have strictly observed the regulations governing such enlistment. The above oath, as filled in, was read to the applicant prior to subscribing thereto.

TYPED NAME, GRADE AND ORGANIZATION OF ENLISTING OFFICER: LEONARD G. RENFER JR. Capt Arty Det#1 (6040-01)

SIGNATURE OF ENLISTING OFFICER

[1] To be initialed by enlistee where X appears.
[2] Carefully compare with the name at top of page 1.
[3] The dates in oath and confirmation must be the same.
[4] Delete one.
[5] The signature must be identical with that subscribed to Declaration of Applicant.

43. FINGERPRINTS OF RIGHT HAND

1. THUMB 2. INDEX 3. MIDDLE 4. RING 5. LITTLE





U.S. GOVERNMENT PRINTING OFFICE : 1958 O—475875

0110

# SUMMARIZED RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

This form will be used ONLY in cases involving enlisted personnel and then ONLY when no punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof has been imposed.

| NAME | SERVICE NUMBER | GRADE |
|---|---|---|
| HEDBERG, John J | RA 19 669 708 | PFC E-3 |
| ORGANIZATION | DATE OF BIRTH | BASIC PAY PER MONTH |
| Co C, 3d Engr Bn, APO 29 C 0213 | 15 June 1942 | $164.00 |

## SECTION I - IMPOSITION OF PUNISHMENT

UNIT DESIGNATION AND STATION

Company "C", 3d Engineer Battalion, APO 29, US Forces, Henry Kaserne, Munich, Germany

1. On 25 November, 1964, the above described individual, then appearing before me, was informed that a report had been made that (he) (she)[1] did on or about 21 November, 1964, at Henry Kaserne Munich Germany, miss bed check on or about 0330 hours and 0430 hours.[2]

After having been advised of (his) (her)[1] rights under the provisions of Article 31, UCMJ, and being informed of my intention to impose nonjudicial punishment upon (him) (her)[1] as to such offense(s) under the provisions of Article 15 unless (he) (she)[1] expressly demanded trial by court-martial,[3] (he) (she)[1] was further informed that if (he) (she)[1] did not demand trial by court-martial,[3] (he) (she)[1] should submit any matters in extenuation, mitigation, or defense which (he) (she)[1] desired me to consider.

2. No demand for trial by court-martial for the offense(s)[1] described above was made.[3] Matters in extenuation, mitigation, or defense were not submitted[4, 5]
(not submitted) (submitted and considered).

3. On 25 November 1964 1964, the punishment(s)[1] specified below (was) (were)[1] imposed:

______[4]
(Oral (admonition) (reprimand))

Restriction to ______ for ___ days, ______[4]
(suspended until__)

Extra duties for ___ days, ______[4]
(suspended until__)

Restriction to Company area for 14 days and extra duties for 14 days to run concurrently

______[4]
(suspended until__).

4. PFC John J Hedberg was advised of (his) (her)[1] right to appeal in accordance with para 135, MCM, 1951, and informed if (he) (she)[1] desired to appeal, (his) (her)[1] appeal should be directed to

Commanding Officer, 3d Engineer Battalion, APO 29, US Forces[6]

RICHARD L CURL, Capt, CE
(Typed or printed name, grade and branch of officer imposing punishment)

[signature]

Commanding Officer, Co C, 3d Engr Bn, APO 29
(Title)

DA FORM 1 FEB 63 2627 — THIS FORM AND DA FORMS 2627-1 AND 2627-2, 1 FEB 63, REPLACE DD FORM 789, 1 SEP 54, WHICH IS OBSOLETE FOR ARMY USE.

## SECTION II - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: N/A 7

TO: CO, Co C, 3d Engr Bn, APO 29, US Forces

25 November 1964 (Date)

I have examined the foregoing record of proceedings which resulted in the imposition of punishment under the provisions Article 15 UCMJ.

I ~~do not~~ (do) (do not) 4 appeal from this punishment.

8

_____ Incl

JOHN J. HEDBERG, (PFC E-3), RA19669708
(Typed or printed name, grade and service no.)

/s/ John J. Hedberg

## SECTION III

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. IF ADDITIONAL SPACE IS REQUIRED, ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 3.

*USE THE FOLLOWING INSTRUCTIONS WHERE THE CORRESPONDING NUMBER APPEARS ON THE FORM*

1/ Strike out inapplicable word or letter.

2/ Insert language describing the nature of the alleged misconduct in the form of a concise statement of the offense charged in such terms that a specific violation or violations of the UCMJ is clearly stated. If additional space is required, use Section III.

3/ If the alleged offender is attached to or embarked in a vessel, he is not permitted to demand trial by court-martial in lieu of nonjudicial punishment. In such cases, all reference to a demand for trial by court-martial shall be lined out and an appropriate remark will be made in Section III indicating the official name of the vessel and that the alleged offender was attached to or embarked in such vessel at the time nonjudicial punishment was imposed.

4/ Insert applicable word*(s)*.

5/ Written material which is submitted for consideration should be attached to this form.

6/ Designate by title the next superior authority to whom the appeal should be directed *(see para 135, MCM, 1951 and AR 22-15)*.

7/ In the event the person punished exercised his right to appeal, this form should be transmitted to the next superior authority specified in para 4, Section I. The superior authority acting on the appeal shall utilize DA Form 2627-2, which when completed will be attached to this form.

8/ Here, if desired, state the reasons for the appeal. If additional space is required, use Section III. Attach any documents desired to be considered to this form and list the number of inclosures. If none, leave blank

## RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

4/263

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof is considered appropriate punishment.

| NAME | SERVICE NUMBER | BASIC PAY PER MONTH | SEA OR FOREIGN DUTY PAY | TOTAL PAY |
|---|---|---|---|---|
| HEDBERG, John J | RA19669708 | $164.00 | NONE | $164.00 |
| ORGANIZATION: Co C, 3d Engr Bn, C 0213 APO 29 | DATE OF BIRTH: 15 Jun 42 | GRADE: PFC E-3 | CONTRIBUTION TO QUARTERS ALLOWANCE (Class Q) (Para 131c (8) and (9) MCM, 1951) $40.00 | |

### SECTION I - NOTIFICATION

UNIT DESIGNATION AND STATION

Company C, 3d Engineer Battalion, APO 29, US Forces, Henry Kaserne, Munich, Germany

THRU: N/A [1]

THRU: N/A [1]

19 December 1964
(Date)

TO: John J. Hedberg (PFC E3) RA19669708
(Grade, first name, middle initial, last name, Service No.)

Co C, 3d Engineer Battalion, APO 29, US Forces
(Organization)

1. It has been reported that, on or about 19 December 1964, at Henry Kaserne Munich, Germany you were absent without proper authority from your unit from 0001 hrs 19 December 1964 until on or about 0040 hrs 19 December 1964, and that you had in your possession a dangerours weapon, i.e. Switchblade knife. [2]

2. It is ~~my~~ (my)(the) [3] intention as the (as) (of)(the principal assistant to)(the) [3] Commanding Officer (Officer) (General) [3] of this organization N/A (has delegated his Article 15 authority) [3] to impose nonjudicial punishment upon you as to such offense(s)[4] under the provisions of Article 15, UCMJ unless you expressly demand trial by court-martial.[5]

3. You are directed to acknowledge receipt of this communication in Section II of this form within 48 hours (hours) (days) [3] after your receipt thereof.[6] You may submit any matter in mitigation, extenuation, or defense.

4. You are hereby informed that under the provisions of Article 31, UCMJ, you are not required to make any statement regarding the offense(s)[4] described above, and that any statement you may desire to make concerning the offense(s)[4] may be used as evidence against you in a trial by court-martial.

FOR THE COMMANDER:[7]

RICHARD L. [illegible], Capt, CE
(Typed or printed name, grade and branch)

Commanding Officer, Co C, 3d Engr Bn, APO/s 29 [signature]
(Title)

DA FORM 2627-1, 1 FEB 63 — THIS FORM AND DA FORMS 2627 AND 2627-2, 1 FEB 63, REPLACE DD FORM 789, 1 SEP 54, WHICH IS OBSOLETE FOR ARMY USE

1

## SECTION II - ACKNOWLEDGMENT OF NOTIFICATION

THRU: N/A [1]

THRU: N/A [1] — 19 December 19[illegible] (Date)

TO: Commanding Officer [8]

Co C, 3d Engineer Battalion, APO 29, US Forces (Organization)

I acknowledge receipt of the foregoing communication. Trial by court-martial is not [3] demanded.[5]
(is) (is not)

matters [3] in extenuation, mitigation, or defense are not [3] submitted herewith
(The following matters) (Matters) (are) (are not)

XXXXXXXXXXXXXXX [3]
(and are attached hereto) (and are contained in Section V)

John J. Hedberg (PFC E3) RA19669700 /s/ John J. Hedberg
(Typed or printed name, grade and Service No.)

## SECTION III - IMPOSITION OF PUNISHMENT

*(If, at this time, it is determined that no punishment is warranted, the individual concerned shall be notified of this fact and the record destroyed.)*

THRU: N/A [1]

THRU: N/A [1] — 19 December 1964 (Date)

TO: John J. Hedberg (PFC E3) RA19669700
(Grade, first name, middle initial, last name, Service No.)

Co C, 3d Engr Bn, APO 29, US Forces
(Organization)

1. The following punishment(s)[4] are [3] hereby imposed:
(is) (are)

Reduction to the grade of Private E-2 with 14 days restriction and 14 days extra duty.

[9]

2. You are advised of your right to appeal in accordance with para 135, MCM, 1951. You are directed to indicate on Section IV of this form the date of receipt of this communication within 7 days [3] after your receipt thereof and to make any appeal you desire to make.[6] If you exercise your right to appeal, your appeal should be addressed
(hours) (days)

to Commanding Officer, 3d Engineer Battalion, APO 29, US Forces [10]

_____ Incl

[illegible]
(Typed or printed name, grade and branch)

Commanding Officer, Co C, 3d Engr Bn, APO 29 /s/ [signature]
(Title)



... which, when completed, will be attached to this form.

7/ If signed personally, strike command line.

RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ                                                                    4/263

## SECTION IV - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: N/A [1]

THRU: N/A [1]

THRU: N/A [1]

TO: Commanding Officer [11]
Co C, 3d Engr Bn, APO 29, US Forces

19 December 1964
(Date)

I received the foregoing communication (Section III) on 19 December 1964
(Date)

I do not [3] appeal from this punishment.[12]
(do) (do not)

[13]

Incl

JOHN J HEDBERG, (PFC E3), RA19669708
(Typed or printed name, grade and Service Number)

/s/ John J. Hedberg

## SECTION V

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. THIS SPACE ALSO MAY BE USED FOR SUMMARIZING ANY ORAL PROCEEDINGS. (See 133a, MCM, 1951). IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE OF THIS PAGE OR ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 5.

(See Reverse Side)

# RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof is considered appropriate punishment.

| NAME | SERVICE NUMBER | BASIC PAY PER MONTH | SEA OR FOREIGN DUTY PAY | TOTAL PAY |
|---|---|---|---|---|
| ~~HEDBERG, John J~~ | ~~RA19669700~~ | ~~$190.00~~ | ~~None~~ | ~~$190.00~~ |
| **ORGANIZATION** | **DATE OF BIRTH** | **GRADE** | **CONTRIBUTION TO QUARTERS ALLOWANCE** *(Class Q) (Para 131c (8) and (9) MCM, 1951)* | |
| ~~Co C, 3d Engr Bn C 0213~~ | ~~15 Jun 42~~ | ~~Sp4 (E4)~~ | ~~$40.00~~ | |

## SECTION I - NOTIFICATION

UNIT DESIGNATION AND STATION

~~Company "C", 3d Engineer Battalion, APO 29, US Forces, Henry Kaserne, Munich Germany~~

THRU: ______________________ 1

~~20 July 1964~~ (Date)

THRU: ______________________ 1

TO: ~~Sp4 E4 John J Hedberg, RA19669700~~
(Grade, first name, middle initial, last name, Service No.)

~~Co C, 3d Engineer Battalion, APO 29, US Forces~~
(Organization)

1. It has been reported that, on or about ~~2400 Hours, 18 July~~ 19 ~~64~~, at ~~Henry Kaserne, Munich, Germany~~ you ~~were absent without proper authority from your unit from 0001 hrs 19 July 1964 until on or about 0330 hours 19 July 1964, and that you stuffed your bed with TA 21 equipment for the purpose of missing bed check.~~ 2

2 It is my 3 intention as the 3 Commanding
(my) (the) (as) (of) (a principal assistant to whom the) (the)
officer 3 of this organization ______________________ 3 to impose nonjudicial punish-
(Officer) (General) (has delegated his Article 15 authority)
ment upon you as to such offense(s)4 under the provisions of Article 15, UCMJ unless you expressly demand trial by court-martial.5

3. You are directed to acknowledge receipt of this communication in Section II of this form within 48 hours 3 (hours) (days) after your receipt thereof.6 You may submit any matter in mitigation, extenuation, or defense.

4. You are hereby informed that under the provisions of Article 31, UCMJ, you are not required to make any statement regarding the offense(s)4 described above, and that any statement you may desire to make concerning the offense(s)4 may be used as evidence against you in a trial by court-martial.

FOR THE COMMANDER:7

Richard L Curl, Capt, CE
(Typed or printed name, grade and branch)

Commanding Officer, Co C, 3d Engr Bn /s/ [signature]
(Title)

## SECTION II - ACKNOWLEDGMENT OF NOTIFICATION

THRU: _____ 1

THRU: _____ 1

TO: ~~Commanding Officer~~ 8

~~Co C, 3d Engineer Battalion, APO 29, US Forces~~

(Organization)

20 July 1964

(Date)

I acknowledge receipt of the foregoing communication. Trial by court-martial is not 3 demanded. 5

(is) (is not)

matters 3 in extenuation, mitigation, or defense are not 3 submitted herewith

(The following matters) (Matters) (are) (are not)

_____ 3

(and are attached hereto) (and are contained in Section V)

~~John J Hedberg, Sp4 (E4) RA19669708~~ /s/ John J. Hedberg

(Typed or printed name, grade and Service No.)

## SECTION III - IMPOSITION OF PUNISHMENT

*(If, at this time, it is determined that no punishment is warranted, the individual concerned shall be notified of this fact and the record destroyed.)*

THRU: _____ 1

THRU: _____ 1

TO: ~~Sp4 E4 John J Hedberg, RA19669708~~

(Grade, first name, middle initial, last name, Service No.)

~~Co C, 3d Engr Bn, APO 29, US Forces~~

(Organization)

~~20 July 1964~~

(Date)

1. The following punishment(s) 4 are 3 hereby imposed:

(is) (are)

Reduction to the grade of Private First Class (E3) with 7 days restriction to the Company Area and 7 days unlimited extra duty.

9

2. You are advised of your right to appeal in accordance with para 135, MCM, 1951. You are directed to indicate on Section IV of this form the date of receipt of this communication within 7 days 3 after your receipt thereof and to make any appeal you may desire to make. 6 If you exercise your right to appeal, your appeal should be addressed

(hours) (days)

to Commanding Officer, 3d Engineer Battalion, APO 29, US Forces 10

_____ Incl

Richard L Curl, Capt, CE

(Typed or printed name, grade and branch)

~~Commanding Officer, Co C, 3d Engr Bn~~ /s/ [signature]

(Title)



11 If signed personally, strike out command line.



AGL (1) 10-63-500M-95650

7739

**SECTION IV - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT**

THRU: ____ 1 — 20 July 1964 (Date)

THRU: ____ 1

THRU: ____ 1

TO: Commanding Officer 11
Co C, 3d Engr Bn, APO 29, US Forces

I received the foregoing communication (Section III) on 20 July 1964 (Date)

I do not (do) (do not) 3 appeal from this punishment. 12

13

Incl

John J Hedberg, Sp4 E4, RA 19669708 (Typed or printed name, grade and Service Number)

/s/ John J Hedberg

**SECTION V**

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. THIS SPACE ALSO MAY BE USED FOR SUMMARIZING ANY ORAL PROCEEDINGS. (See 133a, MCM, 1951). IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE OF THIS PAGE OR ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 5.

(See Reverse Side)

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 64 of 211

1529

# RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof is considered appropriate punishment.

| NAME | SERVICE NUMBER | BASIC PAY PER MONTH | SEA OR FOREIGN DUTY PAY | TOTAL PAY |
|---|---|---|---|---|
| HEDBERG, John J. | RA19669708 | $190.00 | N/A | $190.00 |
| ORGANIZATION | DATE OF BIRTH | GRADE | CONTRIBUTION TO QUARTERS ALLOWANCE (Class Q) (Para 131c (8) and (9) MCM, 1951) | |
| Co C, 3d Engr Bn, APO 29 C 0213 | 15 Jun 42 | Sp4 (E-4) | $40.00 | |

## SECTION I - NOTIFICATION

UNIT DESIGNATION AND STATION

Company "C", 3d Engineer Battalion, APO 29, US Forces, Henry Kaserne, Munich Germany

THRU: ____________ [1]

THRU: ____________ [1]

6 July 1964 (Date)

TO: Sp4 E4 John J. Hedberg, RA19669708
(Grade, first name, middle initial, last name, Service No.)

Co C, 3d Engineer Battalion, APO 29, US Forces
(Organization)

1. It has been reported that, on or about 3 July 1964, at Henry Kaserne, Munich, Germany you were absent without proper authority from your unit to wit: Company "C" 3d Engineer Battalion, APO 29, US Forces from 0001 hours 3 July 1964 until on or about 0120 hours 3 July 1964. [2]

2. It is my [3] (my) (the) intention as the [3] (as) (of) (a principal assistant to whom the) (the) Commanding Officer [3] (Officer) (General) of this organization ____________ [3] (has delegated his Article 15 authority) to impose nonjudicial punishment upon you as to such offense(s)[4] under the provisions of Article 15, UCMJ unless you expressly demand trial by court-martial.[5]

3. You are directed to acknowledge receipt of this communication in Section II of this form within 48 Hours [3] (hours) (days) after your receipt thereof.[6] You may submit any matter in mitigation, extenuation, or defense.

4. You are hereby informed that under the provisions of Article 31, UCMJ, you are not required to make any statement regarding the offense(s)[4] described above, and that any statement you may desire to make concerning the offense(s)[4] may be used as evidence against you in a trial by court-martial.

FOR THE COMMANDER:[7]

Richard L Curl, Capt, CE
(Typed or printed name, grade and branch)

Commanding Officer, Co C, 3d Engr Bn /s/ [signature]
(Title)

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 65 of 211

## SECTION II - ACKNOWLEDGMENT OF NOTIFICATION

THRU: 1 — 6 July 1964 (Date)

THRU: 1

TO: ding Officer 8
, 3d Engineer Battalion, APO 29, US Forces
(Organization)

I acknowledge receipt of the foregoing communication. Trial by court-martial is not 3 demanded.5
(is) (is not)

matters 3 in extenuation, mitigation, or defense 3 submitted herewith
(The following matters) (Matters) (are) (are not)

3
(and are attached hereto) (and are contained in Section V)

John J Hedberg, Sp4 (E-4) RA19669708 /s/ John J. Hedberg
(Typed or printed name, grade and Service No.)

## SECTION III - IMPOSITION OF PUNISHMENT

(If, at this time, it is determined that no punishment is warranted, the individual concerned shall be notified of this fact and the record destroyed.)

THRU: 1 — 6 July 1964 (Date)

THRU: 1

TO: Sp4 John J Hedberg, RA19669708
(Grade, first name, middle initial, last name, Service No.)
Co C, 3d Engr Bn, APO 29, US Forces
(Organization)

1. The following punishment(s)4 are 3 hereby imposed:
(is) (are)

Reduction to the grade of Private First Class E-3 suspended for 30 days, restriction to the Company Area for 14 days, with unlimited extra duty.

9

2. You are advised of your right to appeal in accordance with para 135, MCM, 1951. You are directed to indicate on Section IV of this form the date of receipt of this communication within 7 days 3 after your receipt thereof and to make any appeal you may desire to make.6 If you exercise your right to appeal, your appeal should be addressed
(hours) (days)

to Commanding Officer, 3d Engineer Battalion, APO 29, US Forces 10

_____ Incl

Richard L Curl, Capt, CE
(Typed or printed name, grade and branch)

Commanding Officer, Co C, 3d Engr Bn /s/ Richard L Curl
(Title)



7/ If signed personally, strike out command line.

## SECTION IV - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: ______ [1] ______ (Date)

THRU: ______ [1]

THRU: ______ [1]

TO: Commanding Officer [11]
Co C, 3d Engr Bn, APO 29, US Forces

I received the foregoing communication *(Section III)* on 6 July 1964
*(Date)*

I do not [3] appeal from this punishment.[12]
*(do) (do not)*

[13]

Incl

John J Hedberg, Sp4 (E-4) RA19669708 /s/ John J. Hedberg
*(Typed or printed name, grade and Service Number)*

## SECTION V

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. THIS SPACE ALSO MAY BE USED FOR SUMMARIZING ANY ORAL PROCEEDINGS. *(See 133a, MCM, 1951)*. IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE OF THIS PAGE OR ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 5.



*(See Reverse Side)*

## SUMMARIZED RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

This form will be used ONLY in cases involving enlisted personnel and then ONLY when no punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof has been imposed.

| NAME | SERVICE NUMBER | GRADE |
|---|---|---|
| HEDBERG, John J | RA 19 669 708 | SP4 E4 |
| **ORGANIZATION** | **DATE OF BIRTH** | **BASIC PAY PER MONTH** |
| Co C, 3d Engr Bn - C 0213 | 15 June 1942 | $180.00 |

### SECTION I - IMPOSITION OF PUNISHMENT

UNIT DESIGNATION AND STATION

Co C, 3d Engineer Battalion, APO 29, US Forces, Henry Kaserne, Munich, Germany

1. On 9 June, 1964, the above described individual, then appearing before me, was informed that a report had been made that *(he)* ~~(she)~~[1] did on or about 2400 hours 9 June, 1964, at Henry Kaserne, Munich, Germany, You were absent without proper authority from 2400 hours 9 June 1964 until on or about 0300 hours 10 June 1964 from your unit.

2

After having been advised of *(his)* ~~(her)~~[1] rights under the provisions of Article 31, UCMJ, and being informed of my intention to impose nonjudicial punishment upon *(him)* ~~(her)~~[1] as to such offense(s) under the provisions of Article 15 unless *(he)* ~~(she)~~[1] expressly demanded trial by court-martial,[3] *(he)* ~~(she)~~[1] was further informed that if *(he)* ~~(she)~~[1] did not demand trial by court-martial,[3] *(he)* ~~(she)~~[1] should submit any matters in extenuation, mitigation, or defense which *(he)* ~~(she)~~[1] desired me to consider.

2. No demand for trial by court-martial for the offense(s)[1] described above was made.[3] Matters in extenuation, mitigation, or defense were not submitted[4, 5]

*(not submitted)* ~~(submitted and considered)~~

3. On 10 june, 1964, the punishment(s)[1] specified below ~~(was)~~ *(were)*[1] imposed:

__________[4]

~~(oral admonition or reprimand)~~

Restriction to ______ for ___ days, ______[4] *(suspended until__)*

Extra duties for ___ days, ______[4] *(suspended until__)*

Restriction to Company Area for 7 days and extra duties for 7 days to run concurrently

__________[4]

~~(suspended until)~~.

4. SP4 Hedberg was advised of *(his)* ~~(her)~~[1] right to appeal in accordance with para 135, MCM, 1951, and informed if *(he)* ~~(she)~~[1] desired to appeal, *(his)* ~~(her)~~[1] appeal should be directed to

Commanding Officer, 3d Engineer Battalion, APO 29, US Forces[6]

Richard L Curl, Capt, CE

*(Typed or printed name, grade and branch of officer imposing punishment)*

Commanding Officer, Co C, 3d Engr Bn

*(Title)*

/s/ [signature]

DA FORM 2627, 1 FEB 63 — THIS FORM AND DA FORMS 2627-1 AND 2627-2, 1 FEB 63, REPLACE DD FORM 789, 1 SEP 54, WHICH IS OBSOLETE FOR ARMY USE.

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 68 of 211

## SECTION II - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: 7

TO: CO, Co C, 3d Engr Bn, APO 29, US Forces

10 June 1964
(Date)

I have examined the foregoing record of proceedings which resulted in the imposition of punishment under the provisions Article 15 UCMJ.

I do not 4 appeal from this punishment.
~~(do)~~ (do not)

8

_____ Incl

John J Hedberg, SP4 (E4), RA19669708
(Typed or printed name, grade and service no.)

/s/ John J. Hedberg

## SECTION III

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. IF ADDITIONAL SPACE IS REQUIRED, ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 3.

*USE THE FOLLOWING INSTRUCTIONS WHERE THE CORRESPONDING NUMBER APPEARS ON THE FORM*

1/ Strike out inapplicable word or letter.

2/ Insert language describing the nature of the alleged misconduct in the form of a concise statement of the offense charged in such terms that a specific violation or violations of the UCMJ is clearly stated. If additional space is required, use Section III.

3/ If the alleged offender is attached to or embarked in a vessel, he is not permitted to demand trial by court-martial in lieu of nonjudicial punishment. In such cases, all reference to a demand for trial by court-martial shall be lined out and an appropriate remark will be made in Section III indicating the official name of the vessel and that the alleged offender was attached to or embarked in such vessel at the time nonjudicial punishment was imposed.

4/ Insert applicable word(s).

5/ Written material which is submitted for consideration should be attached to this form.

6/ Designate by title the next superior authority to whom the appeal should be directed (*see para 135, MCM, 1951 and AR 22-15*).

7/ In the event the person punished exercised his right to appeal, this form should be transmitted to the next superior authority specified in para 4, Section I. The superior authority acting on the appeal shall utilize DA Form 2627-2, which when completed will be attached to this form.

8/ Here, if desired, state the reasons for the appeal. If additional space is required, use Section III. Attach any documents desired to be considered to this form and list the number of inclosures. If none, leave blank



AGL (1) 2-63-140M-93607

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 69 of 211

## SUMMARIZED RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

This form will be used ONLY in cases involving enlisted personnel and then ONLY when no punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof has been imposed.

| NAME | SERVICE NUMBER | GRADE |
|---|---|---|
| JOHN J HEDBERG | RA 19 669 708 | SP4 E4 |
| **ORGANIZATION** | **DATE OF BIRTH** | **BASIC PAY PER MONTH** |
| Co C, 3d Engr Bn, APO 29, US Forces, C 0213 | 15 June 1942 | $180.00 |

**SECTION I - IMPOSITION OF PUNISHMENT**

UNIT DESIGNATION AND STATION

Company "C", 3d Engineer Battalion, APO 29, US Forces, Henry Kaserne, Munich, Germany

1. On 6 November, 1963, the above described individual, then appearing before me, was informed that a report had been made that *(he)* ~~(she)~~[1] did on or about 6 November, 1963, at Henry Kaserne Munich, Germany, did without proper authority operate a government vehicle without a log book.

2

After having been advised of *(his)* ~~(her)~~[1] rights under the provisions of Article 31, UCMJ, and being informed of my intention to impose nonjudicial punishment upon *(him)* ~~(her)~~[1] as to such offense(s) under the provisions of Article 15 unless *(he)* ~~(she)~~[1] expressly demanded trial by court-martial,[3] *(he)* ~~(she)~~[1] was further informed that if *(he)* ~~(she)~~[1] did not demand trial by court-martial,[3] *(he)* ~~(she)~~[1] should submit any matters in extenuation, mitigation, or defense which *(he)* ~~(she)~~[1] desired me to consider.

2. No demand for trial by court-martial for the offense(~~s~~)[1] described above was made.[3] Matters in extenuation, mitigation, or defense were not submitted [4, 5]

*(not submitted)* ~~(submitted and considered)~~

3. On 6 November, 1963, the punishment(s)[1] specified below ~~(was)~~ *(were)*[1] imposed:

_______________ [4]
*(Oral (admonition) (reprimand))*

Restriction to _______________ for ___ days, _______________ [4] *(suspended until___)*

Extra duties for ___ days, _______________ [4] *(suspended until___)*

Restriction to the kaserne for 7 days and extra duties for 7 days to run concurrently

_______________ [4]
*(suspended until___)*.

4. SP4 E4 John J Hedberg was advised of *(his)* ~~(her)~~[1] right to appeal in accordance with para 135, MCM, 1951, and informed if *(he)* ~~(she)~~[1] desired to appeal, *(his)* ~~(her)~~[1] appeal should be directed to

Commanding Officer, 3d Engineer Battalion, APO 29, US Forces [6]

ROBERT R HARDIMAN, 1st Lt, CE
*(Typed or printed name, grade and branch of officer imposing punishment)*

Commanding, Co C, 3d Engr Bn
*(Title)*

/s/ Robert R. Hardiman
*(Signature)*

DA FORM 2627, 1 FEB 63 — THIS FORM AND DA FORMS 2627-1 AND 2627-2, 1 FEB 63, REPLACE DA FORM 789, 1 SEP 54, WHICH IS OBSOLETE FOR ARMY USE.



Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 70 of 211

## SECTION II - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: N/A [7]

TO: Commanding Officer, Co C, 3d Engr Bn

6 November 1963
(Date)

I have examined the foregoing record of proceedings which resulted in the imposition of punishment under the provisions Article 15 UCMJ.

I do not [4] appeal from this punishment.
(do) (do not)

[8]

_____ Incl

JOHN J HEDBERG, SP4 E4, RA19669708
(Typed or printed name, grade and service no.)

/s/ John J. Hedberg

## SECTION III

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. IF ADDITIONAL SPACE IS REQUIRED, ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 3.

*USE THE FOLLOWING INSTRUCTIONS WHERE THE CORRESPONDING NUMBER APPEARS ON THE FORM*

1/ Strike out inapplicable word or letter.

2/ Insert language describing the nature of the alleged misconduct in the form of a concise statement of the offense charged in such terms that a specific violation or violations of the UCMJ is clearly stated. If additional space is required, use Section III.

3/ If the alleged offender is attached to or embarked in a vessel, he is not permitted to demand trial by court-martial in lieu of nonjudicial punishment. In such cases, all reference to a demand for trial by court-martial shall be lined out and an appropriate remark will be made in Section III indicating the official name of the vessel and that the alleged offender was attached to or embarked in such vessel at the time nonjudicial punishment was imposed.

4/ Insert applicable word(s).

5/ Written material which is submitted for consideration should be attached to this form.

6/ Designate by title the next superior authority to whom the appeal should be directed *(see para 135, MCM, 1951 and AR 22-15)*.

7/ In the event the person punished exercised his right to appeal, this form should be transmitted to the next superior authority specified in para 4, Section I. The superior authority acting on the appeal shall utilize DA Form 2627-2, which when completed will be attached to this form.

8/ Here, if desired, state the reasons for the appeal. If additional space is required, use Section III. Attach any documents desired to be considered to this form and list the number of inclosures. If none, leave blank



AGL (1) 2-63-140M-93607

# RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof is considered appropriate punishment.

| NAME | SERVICE NUMBER | BASIC PAY PER MONTH | SEA OR FOREIGN DUTY PAY | TOTAL PAY |
|---|---|---|---|---|
| JOHN J HEDBERG | RA19669708 | $190.00 | None | $190.00 |
| **ORGANIZATION** | **DATE OF BIRTH** | **GRADE** | **CONTRIBUTION TO QUARTERS ALLOWANCE** (Class Q) (Para 131c (8) and (9) MCM, 1951) | |
| Co C, 3d Engr Bn, APO 29 C 0213 | 15Jun42 | SP4 E4 | $40.00 | |

## SECTION I - NOTIFICATION

UNIT DESIGNATION AND STATION

Company "C", 3d EngineerBattalion, APO 29, US Forces, Henry Kaserne, Munich, Germany

THRU: N/A [1]

THRU: N/A [1]

TO: SP4 E4 John J Hedberg, RA19669708

(Grade, first name, middle initial, last name, Service No.)

Co C, 3d Engineer Battalion, APO 29, US Forces

(Organization)

2 December 1963

(Date)

1. It has been reported that, on or about 1 December 1963, at Henry Kaserne, Munich, Germany, you were absent without proper authority from your unit to wit: Company "C", 3d Engineer Battalion, APO 29, US Forces from 0101 hours 1 December 1963 until on or about 1715 hours 1 December 1963.

[2]

2. It is my [3] intention as the [3] Commanding Officer [3] of this organization N/A [3] to impose nonjudicial punishment upon you as to such offense(s)[4] under the provisions of Article 15, UCMJ unless you expressly demand trial by court-martial.[5]

(my) (the) (as) (the) (Officer) (has delegated his Article 15 authority)

3. You are directed to acknowledge receipt of this communication in Section II of this form within 48 hours [3] after your receipt thereof.[6] You may submit any matter in mitigation, extenuation, or defense.

(hours)

4. You are hereby informed that under the provisions of Article 31, UCMJ, you are not required to make any statement regarding the offense[4] described above, and that any statement you may desire to make concerning the offense[4] may be used as evidence against you in a trial by court-martial.

FOR THE COMMANDER:[7]

ROBERT R HARDIMAN, 1st Lt, CE

(Typed or printed name, grade and branch)

Commanding Officer, Co C, 3d Engr Bn, APO 29 /s/ Robert R Hardiman

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 72 of 211

## SECTION II - ACKNOWLEDGMENT OF NOTIFICATION

THRU: N/A [1]
THRU: N/A [1]
TO: Commanding Officer [8]
Co C, 3d Engineer Battalion, APO 29, US Forces
(Organization)

2 December 1963
(Date)

I acknowledge receipt of the foregoing communication. Trial by court-martial is not [3] demanded.[5]
(~~is~~) (is not)

Matters [3] in extenuation, mitigation, or defense are not [3] submitted herewith
(~~The following matters~~) (Matters) (~~are~~) (are not)

N/A [3]
(and are attached hereto) (and are contained in Section V)

JOHN J HEDBERG, SP4 E4, RA19669708
(Typed or printed name, grade and Service No.)

/s/ John J. Hedberg

## SECTION III - IMPOSITION OF PUNISHMENT

(If, at this time, it is determined that no punishment is warranted, the individual concerned shall be notified of this fact and the record destroyed.)

THRU: N/A [1]
THRU: N/A [1]
TO: SP4 E4 John J Hedberg, RA19669708
(Grade, first name, middle initial, last name, Service No.)
Co C, 3d Engineer Battalion, APO 29, US Forces
(Organization)

2 December 1963
(Date)

1. The following punishment(s)[4] are [3] hereby imposed:
(~~is~~) (are)

Forfeiture of $37.00, restriction to the Company area for 14 days with unlimited extra duty for 14 days.

[9]

2. You are advised of your right to appeal in accordance with para 135, MCM, 1951. You are directed to indicate on Section IV of this form the date of receipt of this communication within 15 days [3] after your receipt thereof and to make any appeal you may desire to make.[6] If you exercise your right to appeal, your appeal should be addressed
(~~hours~~) (days)

to Commanding Officer, 3d Engineer Battalion, APO 29, US Forces [10]

____ Incl

ROBERT R HARDIMAN, 1st Lt, CE
(Typed or printed name, grade and branch)

Commanding Officer, Co C, 3d Engr Bn, APO 29
(Title)

/s/ Robert R. Hardiman



7/ If signed personally, strike out command line.

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 73 of 211

AGL (1) 2-63-140M-93609

RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

SECTION IV - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT

THRU: N/A [1]

THRU: N/A [1]

THRU: N/A [1]

TO: Commanding Officer [11]
Co C, 3d Engineer Battalion, APO 29, US Forces

2 December 1963
(Date)

I received the foregoing communication (Section III) on 2 December 1963
(Date)

I do not [3] appeal from this punishment.[12]
(XXX) (do not)

[13]

Incl

JOHN J HEDBERG, SP4 E4, RA19669708
(Typed or printed name, grade and Service Number)

/s/ John J. Hedberg

SECTION V

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. THIS SPACE ALSO MAY BE USED FOR SUMMARIZING ANY ORAL PROCEEDINGS. (See 133a, MCM, 1951). IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE OF THIS PAGE OR ATTACH ADDITIONAL SHEETS, NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 5.

(See Reverse Side)

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 74 of 211

PART I PERSONAL DATA (To Be Completed by Personnel Officer)

A. NAME, RANK, ORGANIZATION and STATION

HEDBERG, JOHN J.
SFC
26th Supply and Service Company
85th Maintenance Battalion
APO New York 09165

B. PMOSC: 76Z50

D. SMOSC: 76Y40

E. DMOSC: 76Z50

G. PAY GRADE: 1 2 3 4 5 6 7 8 9

H. DOES EM HAVE OVER 8 YEARS' SERVICE? YES NO

I. TYPE OF REPORT: REG SPEC CDY CR PCS OTHER

J. SSAN: 5 3 3 3 6 1 4 2 9

E. DUTY POSITION TITLE

Senior Supply Sergeant

F. DATE OF RANK

21 Mar 70

K. PERIOD OF REPORT — BEGINNING MONTH / BEGINNING YEAR / ENDING MONTH / ENDING YEAR

PART II RATER (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS, IF ANY.

SFC Hedberg's principal function has been as NCOIC of the Major Items section of this unit's DSU.

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | | | | ▮ | | | A |
| 2. ATTITUDE | | | | ▮ | | | A |
| 3. INITIATIVE | | | | ▮ | | | A |
| 4. LEADERSHIP | | | | ▮ | | | A |
| 5. RESPONSIBILITY | | | | ▮ | | | A |
| 6. DUTY PERFORMANCE | | | | ▮ | | | A |

C. ADVANCEMENT POTENTIAL.

IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

PROMOTE EM IMMEDIATELY (1, 2) — PROMOTE EM AHEAD OF CONTEMPORARIES (3, 4) — PROMOTE EM WITH CONTEMPORARIES (5, 6 ▮) — NOT PROMOTE EM (7) — DENY EM CONTINUED ACTIVE DUTY (8)

RV: 6

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted In Score)

| | YES | NA | | YES | NA |
|---|---|---|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | ▮ | | 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS ______) | | ▮ |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL | | ▮ | 5. DA NCO DEVELOPMENT COURSE. | ▮ | |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS ______) | | ▮ | 6. SELECTION FOR CIVILIAN SCHOOLING. | | ▮ |

E. COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided) EM has no First Sergeant materal.

SFC Hedberg actively supports the Army's Equal Opportunity Program. During his tenure as Plt Sgt and NCOIC of his section, SFC Hedberg's lack of positive leadership and apparent apath have been very real considerations in the analysis of the decline of his section; control of accountability was marginal and there was little or no follow-through on problem areas.(cont.)

F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT

26th Sup & Svc Co, 85th Maint Bn
Platoon Leader

G. NAME AND RANK

WILLIAM J. RICARDO, 1LT

H. RATER'S SIGNATURE

*William J. Ricardo*

I. DATE

27 February 1974

PART III REVIEWER (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER ▮

I DO NOT CONCUR WITH RATER FOR THE FOLLOWING REASONS:

*I wish To Rebut This EER*

COPY RECEIVED *John J. Hedberg* DATE *28 Feb 74*

B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT

26th Sup & Svc Co, 85th Maint Bn
Commander

C. NAME AND RANK

WILLIAM GRANT JR., MAJ

D. REVIEWER'S SIGNATURE

*William Grant Jr.*

E. DATE

*27 Feb 74*

DA FORM 2166-4, 1 JUL 70

# ENLISTED EVALUATION DATA REPORT
(AR 600-200 and AR 135-205)

SECTION I - IDENTIFICATION

THRU: COMMANDER

USAERC

04/27/74

TCO NUMBER 542

ROSTER S

7406441 0

TO: HEDBERG JOHN J

UIC: WH1LAA

EVALUATED IN MOS 76Y40

EVAL. PERI[OD] FEB

SSAN 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

GRADE E

SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATIO[N] SCORE |
|---|---|---|---|---|---|---|---|---|
| Average EER Score | Average for Grade | Number Correct | Average for Grade | PT 1 Score | PT 1 Average Sc | PT 2 Score | PT 2 Average Sc | |
| 74 | 117 | 67 | 75 | | | | | S 66 |

SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Y FEB 74 ) | % of TEST | VERY LOW | LOW | AVER-AGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| PUBLICATIONS | 11 | | | X | | |
| REQUEST, RECEIPT, STORAGE + TURN-IN PROCEDURES | 16 | | | X | | |
| PROPERTY BOOKS AND SUPPORTING DOCUMENTS | 18 | | | X | | |
| INVENTORIES RELIEF FROM RESPONSIBILITY | 12 | X | | | | |
| SPECIAL ACCOUNTING PROCEDURES | 14 | X | | | | |
| REPAIR PARTS SUPPLY AND LAUNDRY PROCEDURES | 15 | | X | | | |
| SUPPLY ADMINISTRATICN + PERSONNEL SUPERVISION | 14 | X | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[SEC]TION IV - CAREER MANAGEMENT INFORMATION

[MO]S Verification: VERIFIED

b. Proficiency Pay Eligibility

[SECTI]ON V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORTS MEANING AND IMPACT ON CAREER DEVELOPMENT.

☐ AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.

☐ EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.

☐ MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

DATE

SIGNATURE OF COMMANDER/SUPERVISOR

[P]ERSONAL IN NATURE - USE PROTECTIVE COVER & ENVE[LOPE]

[...] 10 Previous edition of this form is obsolete.

INFORMATI[ON] Distr: [...]

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 76 of 211

ENLISTED EFFICIENCY REPORT
(AR 600-200 a. .R 135-205)

PO INITIAL

PART I PERSONAL DATA (To Be Completed By Personnel Officer)

A. NAME, RANK, ORGANIZATION and STATION

Hedberg, John J.
SFC
26th Sup & Svc Co
85th Maint Bn
APO NY 09165

C. PMOSC: 76Z50

D. SMOSC: 76Y40

E. DMOSC: 76Z50

F. DATE OF RANK: 28 Apr 70

G. PAY GRADE: 1 2 3 4 5 6 7 8 9

H. DOES EM HAVE OVER 3 YEARS' SERVICE? YES NO

I. TYPE OF REPORT: REG SPEC CDY CR PCS OTHER

J. SSAN: 5 3 3 3 6 1 4 2 9

B. DUTY POSITION TITLE

Platoon Sergeant

K. PERIOD OF REPORT

BEGINNING MONTH: J F M A M J J A S O N D

BEGINNING YEAR: 70 71 72 73 74 75 76 77 78 79

ENDING MONTH: J F M A M J J A S O N D

ENDING YEAR: 70 71 72 73 74 75 76 77 78 79

PART II RATER (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS, IF ANY.

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | | | | | | | E |
| 2. ATTITUDE | | | | | | | E |
| 3. INITIATIVE | | | | | | | E |
| 4. LEADERSHIP | | | | | | | E |
| 5. RESPONSIBILITY | | | | | | | AA |
| 6. DUTY PERFORMANCE | | | | | | | E |

C. ADVANCEMENT POTENTIAL.

IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

PROMOTE EM IMMEDIATELY 1 2
PROMOTE EM AHEAD OF CONTEMPORARIES 3 4
PROMOTE EM WITH CONTEMPORARIES 5 6
NOT PROMOTE EM 7
DENY EM CONTINUED ACTIVE DUTY 8
RV 4

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted In Score)

| | YES | NA |
|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | | |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL. | | |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS ______) | | |
| 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS ______) | | |
| 5. DA NCO DEVELOPMENT COURSE. | | |
| 6. SELECTION FOR CIVILIAN SCHOOLING. | | |

COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided)

SFC Hedberg actively supports the Army's equal opportunity program.
SFC Hedberg Possesses xx first sergeant potential.

F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT

26th Sup & Svc Co
85th Maint Bn
APO 09165 Platoon Leader

G. NAME AND RANK

DAVID R. GASS, 1LT

H. RATER'S SIGNATURE

I. DATE: 2 Jul 73

PART III REVIEWER (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER

I DO NOT CONCUR WITH RATER FOR THE FOLLOWING REASONS:

COPY RECEIVED DATE 2 Jul 73

B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT

26th Sup & Svc Co
85th Maint Bn
Commander

C. NAME AND RANK

WILLIAM GRANT JR, MAJ

D. REVIEWER'S SIGNATURE

E. DATE: 2 Jul 73

DA FORM 2166-4, 1 JUL 70

# ENLISTED EVALUATION DATA REPORT

(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 542 | P 1025 |

SECTION I - IDENTIFICATION 07/29/73 7320605 0

USAERC

UIC: WH1LAA

| EVALUATED IN MOS | EVAL. PERIOD |
|---|---|
| 76Z50 | MAY 73 |

TO: HEDBERG JOHN J

| SSAN | GRADE |
|---|---|
| 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 | E-7 |

SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Score | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| 71 | 114 | 53 | 56 | | | | | P 61 |

SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Z MAY 73 ) | % of TEST | VERY LOW | LOW | AVERAGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| MGT OF SMALL PURCHASES + PROPERTY DISPOSAL | 10 | | X | | | |
| PROPERTY ACCOUNTABILITY + INVENTORY MGT | 28 | | | X | | |
| MAINT MANAGEMENT STORAGE MANAGEMENT | 14 | | | X | | |
| MGT OF SUPPLY SUPPORT IN COMBAT AREAS | 12 | | X | | | |
| MANAGEMENT OF FIELD OPERATIONS | 12 | | X | | | |
| UNIT ORGANIZATION ADMINISTRATION + MGT | 12 | | X | | | |
| PERSONNEL ACCOUNTING | 12 | | | X | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| NOT VERIFIED | NOT ELIGIBLE FOR SUPERIOR PERFORMANCE PAY |

SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORT'S MEANING AND IMPACT ON CAREER DEVELOPMENT.

☐ AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.

☐ EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.

☐ MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

DATE

SIGNATURE OF COMMANDER/SUPERVISOR

PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE!

USAEEC FORM 10 ... Previous edition of this form is obsolete.

INFORMATION COPY

**PART I PERSONAL DATA** (To Be Completed By Personnel Officer)

| A. NAME, RANK, ORGANIZATION and STATION | C. PMOSC | G. PAY GRADE | J. SSAN |
|---|---|---|---|
| HEDBERG, John L.<br>SFC E-7<br>26th Sup & Svc Co, 85th Maint Bn<br>APO NY 09165 | 76Z50 | 1 2 3 4 5 6 7 8 9 (7 marked) | 533361429 |
| | D. SMOSC: None | H. DOES EM HAVE OVER 3 YEARS' SERVICE? YES (marked) NO | |
| | E. DMOSC: 76Z50 | I. TYPE OF REPORT: REG (marked) SPEC CDY CR PCS OTHER | |
| B. DUTY POSITION TITLE: NCOIC MAJOR ITEMS SECTION | F. DATE OF RANK: 28 Sep 70 | | |

K. PERIOD OF REPORT — BEGINNING MONTH: J (Jul marked); BEGINNING YEAR: 71; ENDING MONTH: D; ENDING YEAR: 72

**PART II RATER** (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS, IF ANY.

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | X | | | | | | O |
| 2. ATTITUDE | | | | X | | | A |
| 3. INITIATIVE | | X | | | | | E |
| 4. LEADERSHIP | | | | X | | | A |
| 5. RESPONSIBILITY | | | | X | | | A |
| 6. DUTY PERFORMANCE | | | X | | | | AA |

C. ADVANCEMENT POTENTIAL. IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

PROMOTE EM IMMEDIATELY (1, 2) — PROMOTE EM AHEAD OF CONTEMPORARIES (3, 4) — PROMOTE EM WITH CONTEMPORARIES (5, 6) — NOT PROMOTE EM (7) — DENY EM CONTINUED ACTIVE DUTY (8) — RV

Marked: 5. RV: 5

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted in Score)

| | YES | NA |
|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | X | |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL. | | X |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS ______) | | X |
| 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS ______) | | X |
| 5. DA NCO DEVELOPMENT COURSE. | | X |
| 6. SELECTION FOR CIVILIAN SCHOOLING. | | X |

E. COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided)

SFC Hedberg does not possess First Sergeant potential. SFC Hedberg actively supports the Army's Equal Opportunity Program.

F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT
26th S&S Co, 85th Maint & Sup Bn, APO 09165
Platoon Leader

G. NAME AND RANK: DAVID R. GASS, 1LT

H. RATER'S SIGNATURE: [signature]

I. DATE: 10 Jan 73

**PART III REVIEWER** (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER (marked)
I DO NOT CONCUR WITH RATER FOR THE FOLLOWING REASONS:

EM has been given a copy of this EER and ~~(does)~~ (does not) desire to make a statement of rebuttle (SEE ATTACHED) if does.

"COPY RECEIVED" Date: 15 JAN 73 /s/ [signature]

B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT
26th S&S Co, 85th Maint & Sup Bn, APO 09165
Commander

C. NAME AND RANK: WILLIAM GRANT JR., MAJ

D. REVIEWER'S SIGNATURE: [signature]

E. DATE: 10 Jan 73

DA FORM 2166-4, 1 JUL 70

(AR 600-200 and AR 135-205)

**PART I PERSONAL DATA** (To Be Completed By Personnel Officer)

| | |
|---|---|
| A. NAME, RANK, ORGANIZATION and STATION | HEDBERG, JOHN J.<br>SFC<br>26th S&S Co<br>APO NY 09165 |
| B. DUTY POSITION TITLE | First Sergeant |
| C. PMOSC | 76Z50 |
| D. SMOSC | 76Y40 |
| E. DMOSC | 76Z50 |
| F. DATE OF RANK | 28 Apr 70 |
| G. PAY GRADE (1 2 3 4 5 6 7 8 9) | 7 |
| H. DOES EM HAVE OVER 3 YEARS' SERVICE? YES / NO | YES |
| I. TYPE OF REPORT (REG SPEC CDY CR PCS OTHER) | REG |
| J. SSAN | 5 5 3 3 6 1 4 2 9 |
| K. PERIOD OF REPORT | Beginning Month: N; Beginning Year: 71; Ending Month: A; Ending Year: 72 |

**PART II RATER** (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS, IF ANY. First Sergeant of a Headquarters and Headquarters Company consisting of 7 Officers, 1 WO, and 75 Enlisted Men.

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | | | ▮ | | | | AA |
| 2. ATTITUDE | | | ▮ | | | | AA |
| 3. INITIATIVE | | | ▮ | | | | AA |
| 4. LEADERSHIP | | | | ▮ | | | A |
| 5. RESPONSIBILITY | | | | ▮ | | | A |
| 6. DUTY PERFORMANCE | | | ▮ | | | | AA |

C. ADVANCEMENT POTENTIAL.
IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

| PROMOTE EM IMMEDIATELY | | PROMOTE EM AHEAD OF CONTEMPORARIES | | PROMOTE EM WITH CONTEMPORARIES | | NOT PROMOTE EM | DENY EM CONTINUED ACTIVE DUTY | RV |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 ▮ | 6 | 7 | 8 | 5 |

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted in Score)

| | YES | NA |
|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | | ▮ |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL | ▮ | |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS N/A) | | ▮ |
| 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS N/A) | | ▮ |
| 5. DA NCO DEVELOPMENT COURSE. | ▮ | |
| 6. SELECTION FOR CIVILIAN SCHOOLING. | | ▮ |

E. COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided) SFC Hedberg does promote the Army's Equal Opportunity program as the First Sergeant of the company. He must however, gain more experience in dealing with the troops. He can improve on his leadership abilities and responsibilities as a First Sergeant. He must be able as First Sergeant, to draw that line that makes him above that of his subordinates when confronted with thesituation that demands him to be the 1S and not one of the group of soldiers.

| | |
|---|---|
| F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT | HHC, 14th Sup & Svc Bn<br>APO 09165<br>Commanding Officer |
| G. NAME AND RANK | RODNEY S. OKABAYASHI, CPT, QMC |
| H. RATER'S SIGNATURE | [signature] |
| I. DATE | 21 Jun 72 |

**PART III REVIEWER** (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER ▮
I DO NOT CONCUR WITH RATER ▯ FOR THE FOLLOWING REASONS:

| | |
|---|---|
| B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT | HHC, 14th Sup & Svc Bn APO 09165<br>EXECUTIVE OFFICER |
| C. NAME AND RANK | ROBERT E. O'LEARY MAJ, QMC |
| D. REVIEWER'S SIGNATURE | [signature] |
| E. DATE | 22 June 72 |

DA FORM 2166-4 1 JUL 70

# ENLISTED EVALUATION DATA REPORT

(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 542 | S 0164 |

## SECTION I - IDENTIFICATION 09/07/72

THRU: COMMANDING OFFICER

DAPO-EPC-SR

UIC: WCA4AA

TO: HEDBERG JOHN J

| EVALUATED IN MOS | EVAL. PERIOD |
|---|---|
| 76Y40 | FEB 72 |
| **SSAN** | **GRADE** |
| 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 | SFC E-7 |

## SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Score | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| | | 73 | 79 | | | | | S 100 |

## SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Y FEB 72 ) | % of TEST | VERY LOW | LOW | AVERAGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| PROPERTY ACCOUNTABILITY | 20 | | | X | | |
| CLOTHING AND EQUIPMENT | 12 | | | X | | |
| REPAIR PARTS AND EQUIPMENT RECORDS | 11 | | | X | | |
| LAUNDRY SERVICE MOVEMENT WEAPONS SECURITY | 10 | | X | | | |
| INVENTORY ADJUSTMENT RELIEF OF RESPONSIBILITY | 12 | | | X | | |
| STORAGE REPORTS OF INSPECTIONS DATA PROCESSING | 14 | | | X | | |
| UNIT SUPPLY ADMINISTRATION | 21 | | | X | | |
| | | | | | | |
| | | | | | | |

CORRECTED COPY**REASON COMPUTER ERROR**DESTROY PREVIOUS COPIES*

## SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| VERIFIED | |

## SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORT'S MEANING AND IMPACT ON CAREER DEVELOPMENT.

☐ AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.

☐ EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.

☐ MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

DATE

SIGNATURE OF COMMANDER/SUPERVISOR

PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE!

(AR 600-200 and AR 1?5-205)

**PART I PERSONAL DATA** (To Be Completed By Personnel Officer)

| A. NAME, RANK, ORGANIZATION and STATION | C. PMOSC | G. PAY GRADE | J. SSAN |
|---|---|---|---|
| HEDBERG, JOHN J.<br>SFC<br>26th S&S Co<br>APO NY 09165 | 76Z50 | 1 2 3 4 5 6 7 8 9 (7 marked) | 5 5 3 3 6 1 4 2 9 |
| | D. SMOSC: 76Y40 | H. DOES EM HAVE OVER 3 YEARS' SERVICE? YES (marked) NO | |
| | E. DMOSC: 76Z50 | | |
| B. DUTY POSITION TITLE: Battalion Senior Supply Sergeant | F. DATE OF RANK: 29 Apr 70 | I. TYPE OF REPORT: REG (marked) SPEC CDY CR PCS OTHER | |

K. PERIOD OF REPORT — BEGINNING MONTH: J F M A M J J A S O N D (M marked); BEGINNING YEAR: 70 71 72 73 74 75 76 77 78 79 (71 marked); ENDING MONTH: J F M A M J J A S O N D (O marked); ENDING YEAR: 70 71 72 73 74 75 76 77 78 79 (71 marked)

**PART II RATER** (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS, IF ANY.

None

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | X | | | | | | O |
| 2. ATTITUDE | X | | | | | | O |
| 3. INITIATIVE | | X | | | | | E |
| 4. LEADERSHIP | | X | | | | | E |
| 5. RESPONSIBILITY | X | | | | | | O |
| 6. DUTY PERFORMANCE | | X | | | | | E |

C. ADVANCEMENT POTENTIAL. IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

| PROMOTE EM IMMEDIATELY | | PROMOTE EM AHEAD OF CONTEMPORARIES | | PROMOTE EM WITH CONTEMPORARIES | | NOT PROMOTE EM | DENY EM CONTINUED ACTIVE DUTY | RV |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 (marked) | 6 | 7 | 8 | 5 |

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted In Score)

| | YES | NA |
|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | X | |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL. | | X |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS N/A) | | X |
| 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS 76Z50) | X | |
| 5. DA NCO DEVELOPMENT COURSE. | | X |
| 6. SELECTION FOR CIVILIAN SCHOOLING. | | X |

E. COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided)

SFC Hedberg is very knowledgeable in his field, is an effective manager, can control more than one situation at one time, and is very cooperative. He strives to do his best in every situation and can be counted on to work long and continuous hours on his own time to insure that the job is done and done right.

F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT: HHC, 14th Sup & Svc Bn, APO 09165 Asst S-4 Officer

G. NAME AND RANK: Jerry M. De Wald, 1LT, QMC

H. RATER'S SIGNATURE: Jerry M. DeWald

I. DATE: 29 OCT 71

**PART III REVIEWER** (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER (marked)
I DO NOT CONCUR WITH RATER ☐ FOR THE FOLLOWING REASONS:

B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT: HHC, 14th Sup & Svc Bn, APO 09165 Bn S-4/Log Opns Officer

C. NAME AND RANK: RICHARD AILING, MAJOR

D. REVIEWER'S SIGNATURE: Richard Ailing

E. DATE: 3 NOV 71

DA FORM 2166-4, 1 JUL 70

# ENLISTED EVALUATION DATA REPORT

(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 001 | P 0339 |

## SECTION I - IDENTIFICATION

71 AUG 20

THRU: COMMANDING OFFICER
0014 S & S BN HHC
APO NY 09165 UIC: WCA4AO NY

TO: HEDBERG JOHN J

| EVALUATED IN MOS | EVAL. PERIOD | SSAN | GRADE |
|---|---|---|---|
| 76Z50 | MAY 71 | 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 | SFC E-7 |

## SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Score | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| 107 | 108 | 42 | 55 | | | | | P 76 |

## SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Z MAY 71) | % of TEST | VERY LOW | LOW | AVERAGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| SUPPLY PROCEDURES AND MATERIEL READINESS | 10 | X | | | | |
| STOCK CONTROL AND ACCOUNTING | 14 | X | | | | |
| FIELD STORAGE | 10 | X | | | | |
| LOGISTICS MANAGEMENT IN THEATERS OF OPERATIONS | 17 | | X | | | |
| LOGISTICAL SUPPORT OF TACTICAL OPERATIONS | 12 | | | X | | |
| UNIT ADMINISTRATION AND MANAGEMENT | 24 | | X | | | |
| PERSONNEL ACCOUNTING | 13 | | | X | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| VERIFIED | NOT ELIGIBLE FOR SUPERIOR PERFORMANCE PAY |

## SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORT'S MEANING AND IMPACT ON CAREER DEVELOPMENT.

☐ AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.

☐ EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.

☐ MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

DATE SIGNATURE OF COMMANDER/SUPERVISOR

PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE!

USAEEC FORM 10, 1 MAY 71 Previous edition of this form is obsolete. DISTRIBUTION: ORIG — INDIV 201 FILE 1ST COPY — INDIV



ORIGINAL

(AR 600-200 and AR 135-205)

Dec

PART I PERSONAL DATA (To Be Completed By Personnel Officer)

| A. NAME, RANK, ORGANIZATION and STATION | C. PMOSC | G. PAY GRADE | J. SSAN |
|---|---|---|---|
| Hedberg, John J.<br>SFC<br>14TH S&S BN, CO "A"<br>APO NY 09165 | 76Z50 | 1 2 3 4 5 6 7 8 9 (marked: 7) | 5 5 3 3 6 1 4 2 9 |
| | D. SMOSC: 76V50 | H. DOES EM HAVE OVER 3 YEARS' SERVICE? YES (marked) NO | |
| | E. DMOSC: 76Z50 | | |
| B. DUTY POSITION TITLE: Plt Sgt | F. DATE OF RANK: APR 70 | I. TYPE OF REPORT: REG (marked) SPEC CDY CR PCS OTHER | |

K. PERIOD OF REPORT — BEGINNING MONTH: J F M A M J J A S O N D (marked: O); BEGINNING YEAR: 70 71 72 73 74 75 76 77 78 79 (marked: 70); ENDING MONTH: J F M A M J J A S O N D (marked: A); ENDING YEAR: 70 71 72 73 74 75 76 77 78 79 (marked: 71)

PART II RATER (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS, IF ANY.

None

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | | X | | | | | E |
| 2. ATTITUDE | | | X | | | | AA |
| 3. INITIATIVE | | | X | | | | AA |
| 4. LEADERSHIP | | X | | | | | E |
| 5. RESPONSIBILITY | | X | | | | | E |
| 6. DUTY PERFORMANCE | | | X | | | | AA |

C. ADVANCEMENT POTENTIAL.
IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

| PROMOTE EM IMMEDIATELY | | PROMOTE EM AHEAD OF CONTEMPORARIES | | PROMOTE EM WITH CONTEMPORARIES | | NOT PROMOTE EM | DENY EM CONTINUED ACTIVE DUTY | RV |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 (marked) | 5 | 6 | 7 | 8 | 4 |

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted In Score)

| | YES | NA |
|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | X | |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL. | | X |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS N/A) | | X |
| 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS N/A) | | X |
| 5. DA NCO DEVELOPMENT COURSE. | | X |
| 6. SELECTION FOR CIVILIAN SCHOOLING. | X | |

E. COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided)

Since his arrival, SFC Hedberg has done a very good job in my platoon. He is eager to learn, grasps new concepts quickly, and is an energetic, hard worker.

F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT
Co. A, 14th S+S, Bn
Platoon Leader

G. NAME AND RANK
Michael E. Vogelsang 1LT

H. RATER'S SIGNATURE
[signature]

I. DATE
26 April 71

PART III REVIEWER (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER (marked)
I DO NOT CONCUR WITH RATER FOR THE FOLLOWING REASONS:

B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT
Co A, 14th S&S Bn
Commanding

C. NAME AND RANK
LARRY L. ARNDT, CPT

D. REVIEWER'S SIGNATURE
[signature]

E. DATE
30 APRIL 71

DA FORM 2166-4

**PART I PERSONAL DATA** (To Be Completed By Personnel Officer)

| | |
|---|---|
| A. NAME, RANK, ORGANIZATION and STATION | Hedberg, John J. SFC<br>HHC 18th Engr Bde APO 96377 |
| C. PMOSC | 76Z50 |
| D. SMOSC | 76Y40 |
| E. DMOSC | 76Z50 |
| F. DATE OF RANK | 28Apr70 |
| G. PAY GRADE | 1 2 3 4 5 6 7 8 9 |
| H. DOES EM HAVE OVER 3 YEARS' SERVICE? | YES NO |
| I. TYPE OF REPORT | REG SPEC CDY CR PCS OTHER |
| J. SSAN | 5 5 3 3 6 1 4 2 9 |
| B. DUTY POSITION TITLE | Asst Supply NCO |
| K. PERIOD OF REPORT | BEGINNING MONTH J F M A M J J A S O N D; BEGINNING YEAR 70 71 72 73 74 75 76 77 78 79; ENDING MONTH J F M A M J J A S O N D; ENDING YEAR 70 71 72 73 74 75 76 77 78 79 |

**PART II RATER** (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS. IF ANY.

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | | | | | | | O |
| 2. ATTITUDE | | | | | | | O |
| 3. INITIATIVE | | | | | | | O |
| 4. LEADERSHIP | | | | | | | E |
| 5. RESPONSIBILITY | | | | | | | O |
| 6. DUTY PERFORMANCE | | | | | | | O |

C. ADVANCEMENT POTENTIAL.
IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

PROMOTE EM IMMEDIATELY (1, 2) — PROMOTE EM AHEAD OF CONTEMPORARIES (3, 4) — PROMOTE EM WITH CONTEMPORARIES (5, 6) — NOT PROMOTE EM (7) — DENY EM CONTINUED ACTIVE DUTY (8) — RV 3

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted In Score)

| | YES | NA |
|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | | |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL. | | |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS ______) | | |
| 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS ______) | | |
| 5. DA NCO DEVELOPMENT COURSE. | | |
| 6. SELECTION FOR CIVILIAN SCHOOLING. | | |

E. COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided) SFC Hedberg continually displays a high degree of initiative and professionalism. He is constantly looking for better ways to improve supply accounting and reporting procedures within the 18th Engineer Brigade. His thorough knowledge of the supply system is a great asset to the Brigade Supply Section. SFC Hedberg is a great credit to the 18th Engineer Brigade and the United States Army.

| | |
|---|---|
| F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT | HHC, 18th Engineer Brigade<br>APO 96377 |
| G. NAME AND RANK | 1Lt Donald E. Howard, Asst Supply Officer |
| H. RATER'S SIGNATURE | Donald E Howard |
| I. DATE | 6 November 1970 |

**PART III REVIEWER** (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER
I DO NOT CONCUR WITH RATER FOR THE FOLLOWING REASONS:

| | |
|---|---|
| B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT | HHC, 18th Engineer Brigade<br>APO 96377 |
| C. NAME AND RANK | WILLIAM D. MATTHEWS, MAJ, BDE SUP OFFICER |
| D. REVIEWER'S SIGNATURE | William Matthews |
| E. DATE | 6 November 1970 |

DA FORM 2166-4, 1 JUL 70

ENLISTED EFFICIENCY REPORT (AR 600-200 and AR 135-205) — PO INITIAL

PART I PERSONAL DATA (To Be Completed By Personnel Officer)

A. NAME, RANK, ORGANIZATION and STATION

Hedberg, John J. SFC E-7
HHC 18th Engr Bde
APO 96377

C. PMOSC: 76Z50

D. SMOSC: 76Y40

E. DMOSC: 76Z50

F. DATE OF RANK: 28 Apr 70

G. PAY GRADE: 1 2 3 4 5 6 7 8 9

H. DOES EM HAVE OVER 3 YEARS' SERVICE? YES NO

I. TYPE OF REPORT: REG SPEC CDY CR FCS OTHER

J. SSAN

B. DUTY POSITION TITLE

Assistant Supply NCO

K. PERIOD OF REPORT — BEGINNING MONTH: J F M A M J J A S O N D — BEGINNING YEAR: 70 71 72 73 74 75 76 77 78 79 — ENDING MONTH: J F M A M J J A S O N D — ENDING YEAR: 70 71 72 73 74 75 76 77 78 79

PART II RATER (To Be Completed By Rater)

A. BRIEF DESCRIPTION OF DUTIES OR RESPONSIBILITIES NOT INDICATED BY DUTY MOS, IF ANY.

| B. CHARACTERISTICS | O | E | AA | A | BA | U | RV |
|---|---|---|---|---|---|---|---|
| 1. ADAPTABILITY | | | | | | | O |
| 2. ATTITUDE | | | | | | | O |
| 3. INITIATIVE | | | | | | | E |
| 4. LEADERSHIP | | | | | | | E |
| 5. RESPONSIBILITY | | | | | | | E |
| 6. DUTY PERFORMANCE | | | | | | | O |

C. ADVANCEMENT POTENTIAL.
IF I HAD THE AUTHORITY AND RESPONSIBILITY TO DO SO I WOULD:

PROMOTE EM IMMEDIATELY (1, 2) — PROMOTE EM AHEAD OF CONTEMPORARIES (3, 4) — PROMOTE EM WITH CONTEMPORARIES (5, 6) — NOT PROMOTE EM (7) — DENY EM CONTINUED ACTIVE DUTY (8) — RV: 4

D. RECOMMENDATIONS FOR CAREER DEVELOPMENT (Not Counted In Score)

| | YES | NA |
|---|---|---|
| 1. CONTINUE IN CURRENT DUTY MOS AT PRESENT ORGANIZATIONAL LEVEL. | | |
| 2. ASSIGNMENT IN CURRENT DUTY MOS AT HIGHER ORGANIZATION LEVEL. | | |
| 3. ASSIGNMENT IN DIFFERENT DUTY MOS. (IF YES, SPECIFY MOS ______) | | |
| 4. ADVANCED MOS-ORIENTED SCHOOLING (IF YES, SPECIFY MOS ______) | | |
| 5. DA NCO DEVELOPMENT COURSE. | | |
| 6. SELECTION FOR CIVILIAN SCHOOLING. | | |

E. COMMENTS OF RATER (Brief Specific Comments, Limit To Space Provided) SFC Hedberg is extremely knowlegeable in supply procedures and adapts readily to unique supply problems. He recently developed a supply checklist which he uses to assist units of the 18th Engr Bde in detecting deficiencies in supply procedures. SFC Hedberg conducts himself in a military manner at all times and reflects great credit on the 18th Engr Bde, and the United States Army.

F. RATER'S ORGANIZATION AND DUTY ASSIGNMENT

HHC 18th Engineer Brigade
Parts Supply Officer

G. NAME AND RANK: DONALD E. HOWARD 1LT CE

H. RATER'S SIGNATURE: Donald E Howard

I. DATE: 22 July 1970

PART III REVIEWER (To Be Completed By Reviewer)

A. THIS REPORT WAS PREPARED BY CORRECT RATER. I CONCUR WITH RATER
I DO NOT CONCUR WITH RATER FOR THE FOLLOWING REASONS:

B. REVIEWER'S ORGANIZATION AND DUTY ASSIGNMENT

HHC, 18th Engineer Brigade S-4
Brigade Supply Officer

C. NAME AND RANK: WILLIAM D. MATTHEWS, MAJ, CE

D. REVIEWER'S SIGNATURE: William D Matthews

E. DATE: 24 July 1970

DA FORM 2166-4, JUL 70

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 86 of 211

RVN

**APPLICANT**

LEAVE THIS SPACE BLANK

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX |
|---|---|---|---|
| HEDBERG | JOHN | JOSEPH | MALE |

SIGNATURE OF PERSON FINGERPRINTED: John J. Hedberg

RESIDENCE OF PERSON FINGERPRINTED: Hq 18th Engr Bde APO SF 96377

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS: [illegible signature] 178th MP Det. (PM)

TYPE OR PRINT ALL REQUESTED DATA

CONTRIBUTOR AND ADDRESS: DOD NAC Center, P.O. Box 4, Fort Holabird, MD 21219

COMPANY AND ADDRESS: Headquarters, 18th Engr Bde, APO SF 963777

RACE: CAU

HT (IN): 68 | WT.: 145

DATE OF BIRTH: 15 Jun 42

HAIR: Brown | EYES: Hazel

NUMBER:

DATE FINGERPRINTED: 3 MAR 70

PLACE OF BIRTH: Tacoma, Washington

CITIZENSHIP: United States

LEAVE THIS SPACE BLANK

CLASS. ______

REF. ______

SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS







PPC-Japan

# STATEMENT OF PERSONAL HISTORY

INSTRUCTIONS: Read the certification at the end of this questionnaire before entering the required data. Print or type all answers. All questions and statements must be completed. If the answer is "None," so state. Do not misstate or omit material fact since the statements made herein are subject to verification. If more space is needed, use the Remarks section, item 20, and attach additional sheets if necessary. The information entered hereon is for official use only and will be maintained in confidence.

1. (*Print*) FIRST NAME--MIDDLE NAME--MAIDEN NAME (*If any*)—LAST NAME
☒ MR. ☐ MRS. ☐ MISS — John Joseph Hedberg

2. STATUS: CIVILIAN ☐ MILITARY ON ACTIVE DUTY ☒

3. ALIAS(ES), NICKNAME(S), OR CHANGES IN NAME (*Other than by marriage*):

4. PERMANENT MAILING ADDRESS: 1603 Maxwell St Colo Springs Colo

5. DATE OF BIRTH (*Day, month, year*): 15 June 1942
PLACE OF BIRTH (*City, County, State, and Country*): Tacoma, Pierce USA
PLACE CERTIFICATE RECORDED: Tacoma Wash.

HEIGHT: 5' 9" WEIGHT: 145 COLOR OF EYES: Blue COLOR OF HAIR: Brown SCARS, PHYSICAL DEFECTS, DISTINGUISHING MARKS:

6. DO YOU HAVE A HISTORY OF MENTAL OR NERVOUS DISORDERS? ☐ YES ☒ NO ARE YOU NOW OR HAVE YOU EVER BEEN ADDICTED TO THE USE OF HABIT FORMING DRUGS SUCH AS NARCOTICS OR BARBITURATES? ☐ YES ☒ NO ARE YOU NOW OR HAVE YOU EVER BEEN A CHRONIC USER TO EXCESS OF ALCOHOLIC BEVERAGES? ☐ YES ☒ NO IF THE ANSWER TO ANY OF THE ABOVE IS "YES," EXPLAIN IN ITEM 20.

7. U. S. CITIZEN ☒ — NATIVE: ☒ YES ☐ NO
IF NATURALIZED, CERTIFICATE NO.:
IF DERIVED, PARENTS' CERTIFICATE NO(S).:
DATE, PLACE, AND COURT:

ALIEN ☐ REGISTRATION NO: NATIVE COUNTRY: DATE AND PORT OF ENTRY: DO YOU INTEND TO BECOME A U. S. CITIZEN? ☐ YES ☐ NO

8. MILITARY SERVICE

ARE YOU PRESENTLY ON ACTIVE DUTY IN THE U. S. ARMED FORCES DRAWING FULL PAY? ☒ YES ☐ NO IF "YES," COMPLETE THE FOLLOWING:

| GRADE AND SERVICE NO. | SERVICE AND COMPONENT | ORGANIZATION AND STATION | DATE CURRENT ACTIVE SERVICE STARTED |
|---|---|---|---|
| SSG 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 | Army | HHC, 18 Eng Bde APO 91377 | 1960 |

ARE YOU PRESENTLY A MEMBER OF A U. S. RESERVE OR NATIONAL GUARD ORGANIZATION? ☐ YES ☒ NO IF "YES," COMPLETE THE FOLLOWING:

| GRADE AND SERVICE NO. | SERVICE AND COMPONENT | ORGANIZATION AND STATION OR UNIT AND LOCATION |
|---|---|---|
| | | |

HAVE YOU PREVIOUSLY SERVED TOURS OF EXTENDED ACTIVE DUTY, DRAWING FULL PAY, FROM WHICH YOU WERE DISCHARGED OR SEPARATED TO CIVILIAN STATUS? ☐ YES ☒ NO IF "YES," COMPLETE THE FOLLOWING:

| COUNTRY | SERVICE | COMPONENT | FROM (*Date*) | TO (*Date*) | TYPE DISCHARGES OR SEPARATIONS—GRADE AND SERVICE NO. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

9. EDUCATION (*Account for all civilian schools and military academies. Do not include service schools*)

| MONTH AND YEAR FROM— | TO— | NAME AND LOCATION OF SCHOOL | GRADUATE YES | GRADUATE NO | DEGREE |
|---|---|---|---|---|---|
| 1948 | 1953 | Ridgecrest Elematary Seattle Wn. | | | |
| 1953 | 1954 | Manitou Elementary Tacoma Wn | | | |
| 1954 | 1957 | Gray Jr High Tacoma Wn | | | |
| 1957 | 1960 | Federal Way High Federal Way Wn | X | | |

10. FAMILY (*List in order given, parents, spouse, guardians, stepparents, foster parents, parents-in-law, former spouse(s) (if divorced give date and place), children, brothers and sisters, even though deceased. Include any others you resided with or with whom a close relationship existed or exists. If the person is not a U. S. citizen by birth, give date and port of entry, alien registration number, naturalization certificate number and place of issuance.*)

| RELATION AND NAME | DATE AND PLACE OF BIRTH | PRESENT ADDRESS, IF LIVING | U. S. CITIZEN YES | U. S. CITIZEN NO |
|---|---|---|---|---|
| FATHER: Gordon B. Hedberg | [redacted] | [redacted] | X | |
| MOTHER (*Maiden name*): Maire J. Hedberg | [redacted] | [redacted] | X | |
| SPOUSE (*Maiden name*): Judy K. Rignell | [redacted] | [redacted] | X | |
| OTHER (*Specify*) Father-in-law: Nils Rignell | | [redacted] | X | |
| Mother in law: Nelma Rignell | | [redacted] | X | |
| Daughter: Diane R. Hedberg | Tacoma, Wash 14 Aug 63 | 1603 Maxwell St Colo Springs Colo | X | |
| Daughter: Lisa M. Hedberg | Tacoma, Wash 22 Feb 67 | 1603 Maxwell Colo Springs | | |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 88 of 211

11. **OTHER RELATIVES AND ALIEN FRIENDS LIVING IN FOREIGN COUNTRIES** *(List grandparents, first cousins, aunts, uncles, brothers- and sisters-in-law, and other persons with whom a close relationship existed or exists)*

| RELATIONSHIP AND NAME | AGE | OCCUPATION | ADDRESS | CITIZENSHIP |
|---|---|---|---|---|
| NONE | | | | |

12. **FOREIGN TRAVEL** *(Other than as a direct result of United States military duties)*

| DATES FROM— | DATES TO— | COUNTRY VISITED | PURPOSE OF TRAVEL |
|---|---|---|---|
| NONE | | | |

13. **EMPLOYMENT** *(Show every employment you have had and all periods of unemployment)*

| MONTH AND YEAR FROM— | MONTH AND YEAR TO— | NAME AND ADDRESS OF EMPLOYER | NAME OF IMMEDIATE SUPERVISOR | REASON FOR LEAVING |
|---|---|---|---|---|
| JUN 1960 | — | U.S ARMY | | |

DID ANY OF THE ABOVE EMPLOYMENTS REQUIRE A SECURITY CLEARANCE? ☐ YES ☒ NO DO YOU HAVE ANY FOREIGN PROPERTY OR BUSINESS CONNECTIONS, OR HAVE YOU EVER BEEN EMPLOYED BY A FOREIGN GOVERNMENT, FIRM, OR AGENCY? ☐ YES ☒ NO HAVE YOU EVER BEEN REFUSED BOND? ☐ YES ☒ NO IF THE ANSWER TO ANY OF THE ABOVE IS "YES," EXPLAIN IN ITEM 20

SOCIAL SECURITY NO. 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

14. **CREDIT AND CHARACTER REFERENCES** *(Do not include relatives, former employers, or persons living outside the United States or its Territories.)*

| | NAME *(List 3 credit and 5 character)* | YEARS KNOWN | STREET AND NUMBER *(Business address preferred)* | CITY | STATE OR TERRITORY |
|---|---|---|---|---|---|
| CREDIT | 1ST NATIONAL BANK | | | | |
| CREDIT | | | | | |
| CREDIT | | | | | |
| CHARACTER | Ronald Figg | 18 | 2231 E ~~166~~ 169 ST | SEATTLE | WASH. |
| CHARACTER | | | | | |
| CHARACTER | | | | | |
| CHARACTER | | | | | |
| CHARACTER | | | | | |

## STATEMENT OF PERSONAL HISTORY

INSTRUCTIONS: Read the certification at the end of this questionnaire before entering the required data. Print or type all answers. All questions and statements must be completed. If the answer is "None," so state. Do not misstate or omit material

**15. LIST ALL RESIDENCES FROM 1 JANUARY 1937**

| MONTH AND YEAR FROM— | MONTH AND YEAR TO— | STREET AND NUMBER | CITY | STATE OR COUNTRY |
|---|---|---|---|---|
| June 1942 | July 1948 | 1119 East 59 ST | TACOMA | WASHINGTON |
| July 1948 | Aug 1953 | 2231 E 23 ST | SEATTLE | WASHINTON |
| Aug, 1953 | Jun 1957 | 7106 S 71 ST | TACOMA | WASHINGTON |
| JUN 1957 | JUN 1960 | 3802 S. 328th ST | Auburn | WASHINTON |
| Jul 1960 | Sep, 1960 | BAsic TRAINING | FT ORD | CALIFORIA |
| Sep 1960 | DEC 1960 | Finance School | FT Ben HARRISON | Indiana |
| DEC 1960 | JAN 1963 | 4th Admin Co | FT Lewis ~~Wash~~ | WASHington |
| JAN 1963 | Feb 1965 | Co D 3RD Eng Bn | Munich | GERMANY |
| Feb 1965 | MAY 1965 | HHC, 864th Eng Bn | FT Wolters | TEXAS |
| MAY 1965 | Aug 1966 | HHC, 864th Eng Bn | CAM RAnh BAY | Viet Nam |
| Aug, 1966 | JAN 68 | HHC 541ST S&S BN | FT Riley | KANSAS |
| JAN 68 | FEB 69 | BTRY D 6/37 FA | Mun San | KOREA |
| Feb 69 | DEC 69 | HHC, 315 Eng GP | FT CARSON | Colo |

**16. PAST AND/OR PRESENT MEMBERSHIP IN ORGANIZATIONS**

| NAME AND ADDRESS | TYPE (Social, fraternal, professional, etc.) | OFFICE HELD | MEMBERSHIP FROM— | MEMBERSHIP TO— |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**17.**

| YES | NO | |
|---|---|---|
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF THE COMMUNIST PARTY U. S. A., OR ANY COMMUNIST ORGANIZATIONS ANYWHERE? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF A FASCIST ORGANIZATION? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF ANY ORGANIZATION, ASSOCIATION, MOVEMENT, GROUP OR COMBINATION OF PERSONS WHICH ADVOCATES THE OVERTHROW OF OUR CONSTITUTIONAL FORM OF GOVERNMENT, OR WHICH HAS ADOPTED THE POLICY OF ADVOCATING OR APPROVING THE COMMISSION OF ACTS OF FORCE OR VIOLENCE TO DENY OTHER PERSONS THEIR RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES, OR WHICH SEEKS TO ALTER THE FORM OF GOVERNMENT OF THE UNITED STATES BY UNCONSTITUTIONAL MEANS? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN AFFILIATED OR ASSOCIATED WITH ANY ORGANIZATION OF THE TYPE DESCRIBED ABOVE AS AN AGENT, OFFICIAL, OR EMPLOYEE? |
| | X | ARE YOU NOW ASSOCIATING WITH, OR HAVE YOU ASSOCIATED WITH ANY INDIVIDUALS, INCLUDING RELATIVES, WHO YOU KNOW OR HAVE REASON TO BELIEVE, ARE OR HAVE BEEN MEMBERS OF ANY OF THE ORGANIZATIONS IDENTIFIED ABOVE? |
| | X | HAVE YOU EVER ENGAGED IN ANY OF THE FOLLOWING ACTIVITIES OF ANY ORGANIZATION OF THE TYPE DESCRIBED ABOVE: CONTRIBUTION(S) TO, ATTENDANCE AT OR PARTICIPATION IN ANY ORGANIZATIONAL, SOCIAL, OR OTHER ACTIVITIES OF SAID ORGANIZATIONS OR OF ANY PROJECTS SPONSORED BY THEM: THE SALE, GIFT, OR DISTRIBUTION OF ANY WRITTEN, PRINTED, OR OTHER MATTER, PREPARED, REPRODUCED, OR PUBLISHED, BY THEM OR ANY OF THEIR AGENTS OR INSTRUMENTALITIES? |

IF "YES," DESCRIBE THE CIRCUMSTANCES. ATTACH ADDITIONAL SHEETS FOR A FULL DETAILED STATEMENT. IF ASSOCIATED WITH ANY OF THE ABOVE ORGANIZATIONS, SPECIFY NATURE AND EXTENT OF ASSOCIATION WITH EACH, INCLUDING OFFICE OR POSITION HELD, ALSO INCLUDE DATES, PLACES, AND CREDENTIALS NOW OR FORMERLY HELD. IF ASSOCIATIONS HAVE BEEN WITH INDIVIDUALS WHO ARE MEMBERS OF THE ABOVE ORGANIZATIONS, THEN LIST THE INDIVIDUALS AND THE ORGANIZATIONS WITH WHICH THEY WERE OR ARE AFFILIATED.

18. HAVE YOU EVER BEEN DETAINED, HELD, ARRESTED, INDICTED OR SUMMONED INTO COURT AS A DEFENDANT IN A CRIMINAL PROCEEDING, OR CONVICTED, FINED, OR IMPRISONED OR PLACED ON PROBATION, OR HAVE YOU EVER BEEN ORDERED TO DEPOSIT BAIL OR COLLATERAL FOR THE VIOLATION OF ANY LAW, POLICE REGULATION OR ORDINANCE *(excluding minor traffic violations for which a fine or forfeiture of $25, or less was imposed)*? INCLUDE ALL COURT MARTIALS WHILE IN MILITARY SERVICE. ☒ YES ☐ NO
IF "YES," LIST THE DATE, THE NATURE OF THE OFFENSE OR VIOLATION, THE NAME AND LOCATION OF THE COURT OR PLACE OF HEARING, AND THE PENALTY IMPOSED OR OTHER DISPOSITION OF EACH CASE.

CortMartial, July 1965 STOLE 1 Pistol & 3 Empty Wallets
6 Month Confinement, suspended 6 Months Hard Labor
5 Months Suspended, $45.00 a month Fine for 5 Month
Speeding Ticket El Paso County Court $18.00 Fine C-!

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 90 of 211

19. ARE THERE ANY INCIDENTS IN YOUR LIFE NOT MENTIONED HEREIN WHICH MAY REFLECT UPON YOUR LOYALTY TO THE UNITED STATES OR UPON YOUR SUITABILITY TO ... THE DUTIES WHICH YOU MAY BE CALLED UPON TO TAKE OR WHICH MIGHT REQUIRE FURTHER EXPLANATION? ☐ YES ☒ NO IF "YES" GIVE DETAILS

20. REMARKS

I CERTIFY THAT THE ENTRIES MADE BY ME ABOVE ARE TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND ARE MADE IN GOOD FAITH. I UNDERSTAND THAT A KNOWING AND WILLFUL FALSE STATEMENT ON THIS FORM CAN BE PUNISHED BY FINE OR IMPRISONMENT OR BOTH *(See U. S. Code, title 18, section 1001)*

| DATE | SIGNATURE OF PERSON COMPLETING FORM | |
|---|---|---|
| 12 Dec 1969 | John S. Dedberg | |
| | TYPED NAME AND ADDRESS OF WITNESS | SIGNATURE OF WITNESS<br>Wayne G. Kirsch |

21. *THIS SECTION TO BE COMPLETED BY AUTHORITY REQUESTING INVESTIGATION*

BRIEF DESCRIPTION OF DUTY ASSIGNMENT AND DEGREE OF CLASSIFIED MATTER *(top secret, secret, etc.)* TO WHICH APPLICANT WILL REQUIRE ACCESS

RECORD OF PRIOR CLEARANCES

| DATE OF CLEARANCE | TYPE OF CLEARANCE | AGENCY THAT COMPLETED INVESTIGATION |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

REMARKS.

DEPARTMENT OF THE ARMY
Headquarters
5th Infantry Division (Mechanized) and Fort Carson
Fort Carson, Colorado 80913

SPECIAL ORDERS
NUMBER 321
EXTRACT

17 November 1969

25. TC 442. Announcement is made of AWARDS as indicated.

Type of Award: As indicated in Standard Name Line
Date of familiarization/qualified: 14 Nov 69
Weapon: M 16 Rifle
Score: As indicated in Standard Name Line
Course: Record Fire
Attached to: NA
Authority: AR 622-5

LEE, TERRENCE C [redacted]PFC Co B 2d Bn 137th Inf (WPWHBOA)
Type of award: Expert. Score: 80.

HEDBERG, JOHN J 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 SSG HHC 31st Engr Gp (WGEPAAA)
Type of award: Sharpshooter. Score: 52.

ANDERSON, ROBERT P [redacted] 2LT HHC 31st Engr Gp (WGEPAAA)
Type of award: Expert. Score: 68.

GEORGIA, MYRON R [redacted] 2LT HHC 31st Engr Gp (WGEPAAA)
Type of award: Expert. Score: 80.

INDIVIDUAL COPIES

KAGE, HARVEY [redacted] 283d Avn Co (WDBWAAA)
Type of award: Expert. Score: 80.

JONES, MICHAEL D [redacted]SP5 283d Avn Co (WDBWAAA)
Type of award: Expert. Score: 88.

CHAPMAN, IVEY [redacted] SP5 283d Avn Co (WDBWAAA)
Type of award: Expert. Score: 68.

BRIGHT, CHARLES [redacted]P5 HHC 20th Avn Bn (WGDQAAA)
Type of award: Expert. Score: 56.

BELL, BENNIE JR [redacted]SFC HHC 70th Ord Bn (WETOAAA)
Type of award: Expert. Score: 80.

SERRANO, ANIBOL [redacted]PFC HQ & Co A 5th Med Bn (WANSTOA)
Type of award: Expert. Score: 88.

BOONE, JOHN Q [redacted] Co D 5th Med Bn (WANSDOA)
Type of award: Marksman. Score: 40.

DRUMMOND, DAVID [redacted]LT Co B 5th Sig Bn (WANKBOA)
Type of award: Expert. Score: 68.

DEPARTMENT OF THE ARMY
Headquarters
5th Infantry Division (Mechanized) and Fort Carson
Fort Carson, Colorado 80913

SPECIAL ORDERS
NUMBER 270

EXTRACT

27 September 1969

18. TC 322. UP AR 622-5 fol indiv from units indic this sta qual and badge-score indic. Awd BADGES as indic.

FNI fr HHC 613th Engr Bn
Weapon: M14 Crs: Trainfire I & II Date qual: 16 Sep 69

| NAME | SSAN | RANK | SCORE |
|---|---|---|---|
| STARCK, COURTNEY | [redacted] | SFC | 56 SS |
| KENNEDY, GILBERT | [redacted] | SSG | 56 SS |
| POOLE, ROBERT | [redacted] | PFC | 53 SS |
| YOUNG, JAMES | [redacted] | SSG | 51 SS |
| DUNMEYER, LUCIOUS | [redacted] | SP4 | 46 SS |
| WILLIS, ANTHONY | [redacted] | SP4 | 44 MM |
| RENSHAW, JERRY | [redacted] | SP4 | 61 EX |
| WAGNER, FLOYD | [redacted] | PFC | 61 EX |
| MELTON, CLYDE | [redacted] | SP5 | 60 EX |
| HANKINS, RICHARD | [redacted] | PFC | 60 EX |
| DUNN, BOBBY | [redacted] | SSG | 59 SS |
| WHITE, PAUL | [redacted] | SP4 | 59 SS |
| SLUSS, PAUL | [redacted] | SSG | 58 SS |
| DILLARD, ALEX | [redacted] | PFC | 58 SS |
| BRYANT, IRONES | [redacted] | SSG | 57 SS |
| GRAVES, CLAYBORN | [redacted] | SSG | 57 SS |

FNI fr HHC 31st Engr Gp
Weapon: M14 Crs: Record Fire Date qual: 16 Sep 69

| NAME | SSAN | RANK | SCORE |
|---|---|---|---|
| LYON, SPENCER A | [redacted] | SP4 | 66 EX |
| MC COLGAN, WILLIAM H | [redacted] | SP4 | 64 EX |
| PAPPAS, CHRIS J | [redacted] | SP4 | 65 EX |
| RUSSELL, WILLIAM C | [redacted] | SP4 | 69 EX |
| SANCOMB, LAWRENCE R | [redacted] | SP4 | 61 EX |
| SWAINE, TIMOTHY S | [redacted] | SP4 | 60 EX |
| BURNS, GEORGE F | [redacted] | PFC | 65 EX |
| KIRKPATRICK, PETER F | [redacted] | 2LT | 65 EX |
| KESSLER, EVERETT C | [redacted] | CW2 | 61 EX |
| BERGERON, RICHARD F | [redacted] | SFC | 69 EX |
| ~~HEDBERG, JOHN J~~ | ~~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~~ | ~~SSG~~ | ~~60 EX~~ |
| BILBO, RAYMOND C JR | [redacted] | SP4 | 54 SS |
| CARTER, JIMMY J | [redacted] | SP4 | 58 SS |
| GREER, LAVELLE | [redacted] | SP4 | 60 EX |
| JERMELAND, DAVID A | [redacted] | SP4 | 53 SS |

DEPARTMENT OF THE ARMY
HEADQUARTERS
5TH INFANTRY DIVISION (MECHANIZED) AND FORT CARSON
Fort Carson, Colorado 80913

GENERAL ORDERS
NUMBER 258

19 September 1969

## AWARD OF GOOD CONDUCT MEDAL

TC 321. AWARD OF THE GOOD CONDUCT MEDAL - Announcement is made of the following award for exemplary behavior, efficiency and fidelity for the period indicated under the provisions of Section III, para 44, AR 672-5-1.

### Good Conduct Medal (First Award)

HEDBERG, JOHN J [redacted] ~~SSG HHC 31st Engr Gp 11 August 1966 to~~ 10 August 1969
MORRIS, WILLIAM C [redacted] SSG HHC 31st Engr Gp 19 August 1963 to 18 August 1966
ADERMAN, ROBERT D JR [redacted] SP5 5th Admin Co 11 October 1966 to DOSOA 10 October 1969

### Good Conduct Medal Clasp (Second Award)

MORRIS, WILLIAM C [redacted] SSG HHC 31st Engr Gp 19 August 1966 to 18 August 1969
MC CONNELL, JOHN E [redacted] SSG HHC USAG 4 July 1966 to 3 July 1969

### Good Conduct Medal Clasp (Third Award)

PETERSON, LLOYD [redacted] SFC 19th MP Co 14 November 1964 to 13 November 1967

### Good Conduct Medal Clasp (Fourth Award)

SHEPARD, GEORGE M [redacted] SFC 19th MP Co 24 March 1966 to 23 March 1969

### Good Conduct Medal Clasp (Sixth Award)

DAUGHERTY, SHELBY B [redacted] SFC 19th MP Co 11 January 1965 to 10 January 1968

FOR THE COMMANDER:

C. H. CURTIS
Colonel, GS
Chief of Staff

OFFICIAL:

RONALD L. KELLY
Captain, AGC
Assistant Adjutant General

GENERAL ORDERS NUMBER 258, HQ, 5th Inf Div (Mech) and HQ, Ft Carson, Fort Carson, Colo. 80913, dated 19 September 1969

DISTRIBUTION:
8 - AG-PSD/PR
5 - Indiv
2 - Unit Concerned
2 - CO, Fifth DPSC, Ft Sheridan, Ill 60037
8 - US Army Personnel Services Support Center, Ft Benjamin Harrison, Ind 46249

ACKNOWLEDGEMENT OF SERVICE OBLIGATION
UMT&S ACT AS AMENDED BY RESERVE FORCES ACT OF 1955

Date 30 June 1960

I, John Joseph Hedberg, a citizen of the United States or None, for the purpose of amplifying the statements made in the enlistment record this date, do hereby acknowledge that I have voluntarily enlisted this 30th day of June 1960, for a period of Three (3) years, in the Regular Army of the United States of America. I understand that upon release from active duty, I will, if qualified, be transferred to the Army Reserve to complete my 6 year service obligation, and that I hereby become a member of the Ready Reserve. I further understand that while I remain a member of the Ready Reserve I will be required to participate in training with a Reserve Unit or as a member of a Control Group, as directed, and that when the Ready Reserve training requirements have been fulfilled, I may request transfer to the Standby Reserve for the remainder of the 6 year period for which I am obligated.

John Joseph Hedberg
(Signature)

John Joseph Hedberg, RA 19 669 708
(Name and Service number typed)

SAR 24 (30 Jun 58)
Reproduced SEA RMS(21 Jan 60 )

Date 30 1960

In connection with my enlistment in the Regular Army this date, I hereby acknowledge that I completely understand the following:

That all promises made to me in connection with my enlistment are contained in items 11, 13 or 37 of the DD Form 4, my enlistment record.

That unless a period of time is shown in items 13 or 37 of the DD Form 4, my initial assignment promise does not constitute any guarantee that my entire enlistment or any specific portion thereof will be served in that initial assignment.

That, unless an assignment commitment for a specific period of time is entered in item 13 or 37 of the DD Form 4, military requirements may make it necessary for the Army to effect my reassignment at any time to any other assignment within the continental United States or an oversea command.

That acceptance for enlistment carries no promise whatsoever relative to furnishing transportation for dependents to oversea commands or to the furnishing of family quarters either in oversea commands, or in the continental United States.

I further acknowledge that entered under item 37 of the enlistment record are all promises made to me other than those listed in item 11 and 13 thereof.

SAR 26 (1 Jul 59)(Revised 5 Jul 59)
REPRODUCED SEARMS 10 Feb 60.

John Joseph Hedberg

John Joseph Hedberg, RA 19 669 708

ENLISTMENT OF HIGH SCHOOL GRADUATES FOR SPECIFIC
ARMY SCHOOLING

30 June 1960
(Date)

1. Paragraph 4, AR 610-230, Enlistment of High School Graduates for Specific Army Schooling has been explained to me, and I understand the provisions set forth therin.

2. I understand that--

a. I must satisfactorily complete basic combat training (basic training for female personnel) prior to attending the school of my choice.

b. My initial assignment is for attendance at the Finance Procedures, currently consisting of Six weeks training, after which I will be assigned in accordance with the needs of the Army.

c. If the school course is discontinued before I attend the course, I will be required to complete the period of service for which I enlisted. However, I will be provided the opportunity to elect a related course or any other course for which qualified and quotas are available and that such election will be honored.

d. If I am releived from the school course for academic deficiency, disciplinary reasons, or if the school course prerequisites require a security clearance and I fail to receive the required clearance, I will be reassigned inaccordance with the needs of the Army and required to complete the period of service for which I enlisted.

e. If I waive my initial enlistment commitment for any reason whatsoever, my initial enlistment commitment will not be reinstated at a leter date.

John Joseph Hedberg
(Signature)

JOHN J HEDBERG
(Typewriten Name)

## APPLICATION FOR ENLISTMENT OF HIGH SCHOOL GRADUATES FOR SPECIFIC ARMY SCHOOLING

(AR 601–230)

### SECTION I—APPLICATION

| 1. LAST NAME—FIRST NAME—MIDDLE INITIAL | | 2. ADDRESS |
|---|---|---|
| Hedberg John J. | | Rt 3 Box 1388<br>Auburn, Washington |
| 3. DATE OF BIRTH<br>15 June 1942 | 4. RACE<br>Caucasian | |

Complete item 5 if you are a graduate of public or private high school. If you are a graduate of a course equivalent to high school graduation or possess a state high school certificate, complete items 6 and 8 or 7 and 8.

| CHECK ONE | X | 5. HIGH SCHOOL GRADUATE (*Furnish diploma to recruiter for review*) | | 6. HIGH SCHOOL CERTIFICATE (*Furnish certificate to recruiter for review*) | | 7. HIGH SCHOOL EQUIVALENT (*Furnish statement of high school equivalent to recruiter for review*) |
|---|---|---|---|---|---|---|

8. IF NOT HIGH SCHOOL GRADUATE, FURNISH NAME AND LOCATION OF AGENCY AWARDING CERTIFICATE OR EQUIVALENT

9. I have studied the courses listed in AR 601–230 and I wish to apply for training in one of the following courses:

| (A) FIRST CHOICE | (B) SECOND CHOICE |
|---|---|
| 14-R-730.0 | |

### SECTION II—CONTRACT

10. If I am qualified to attend one of the courses that I have chosen, or an alternate course, I will be ready to enlist at the local recruiting office on or after 15 June 1960 (Give day, month, and year)

(*This date must not be sooner than 15 days nor later than 90 days after mailing this application.*)

11. I understand that if I am scheduled to take this schooling, I must meet the following requirements before entering the course:

(A) Present myself to the local recruiting office for enlistment in the Regular Army unassigned for 3, 4, 5 or 6 years;

(B) Be found physically, mentally and otherwise qualified for enlistment;

(C) Enlist in grade of private (*E–1 or E–2*);

(D) Successfully complete the required basic training.

12. I understand that if the course I am scheduled to attend is discontinued prior to my entering that course, I will be considered for attendance in a related or alternate course.

13. I understand that I must make satisfactory progress in the course to insure retention in the school. I understand that if I fail to complete the course for any reason, I will be relieved from the school, reassigned according to the needs of the Army, and required to complete my term of enlistment. I further understand that after I satisfactorily complete the school training, no promise can be made as to a specific job or location of duty, and that I will be assigned according to the needs of the Army.

14. By signing in this space, I acknowledge that I have read and understand the above information. I have also read and understand paragraph 4, AR 601–230.

| DATE | TYPED OR PRINTED NAME | SIGNATURE |
|---|---|---|
| 15 April 60 | John J. Hedberg | John Hedberg |

### SECTION III—RECOMMENDATION

(*To be completed by a person of the applicant's community known but not related to the applicant, such as Minister or Priest, school official, public official, employer*)

15. This applicant for Army schooling is known by me and is believed to be of good character and reputation in this community.

| DATE | TYPED OR PRINTED NAME | SIGNATURE |
|---|---|---|
| April 20, 1960 | Donald E. Fowler | Donald E. Fowler |

| TITLE | ADDRESS |
|---|---|
| Principal | Federal Way High School, Federal Way, Wash. |

DA FORM 1 DEC 55 161 REPLACES DA FORM 161, MAY 54

SE . IV—RECRUITING OFFICER'S INDORSEMENT

TO: THE ADJUTANT GENERAL
DEPARTMENT OF THE ARMY
WASHINGTON 25, D. C.
ATTENTION: AGSE-S

Forwarded for necessary action. Recommend application be approved.
Interview and preliminary screening indicate that applicant is qualified for the training requested.

CHECK APPROPRIATE ITEMS

☒ 1. I have personally examined applicant's high school ☐ Diploma ☐ Certificate ☐ Equivalent ☐ High School Level GED test. (*Check appropriate box*)

☐ I have personally examined a letter from applicant's high school principal stating he has graduated and will receive a diploma on ______ (Date)

☒ Inclosed herewith is a letter from applicant's high school principal stating there is reasonable assurance applicant will graduate in the present graduating class.

☐ 2. Inclosed herewith is a transcript of high school credits or GED certificate. (*This to be checked and inclosed, particularly when The Army School Catalog requires credit for certain courses, i. e., algebra, trigonometry, general science, etc.*)

☒ 3. Applicant has attained a raw score of 37 on EST.

☒ Applicant has attained a percentile score of 65 on AFQT (*or AFWST*).

☒ 4. I have personally informed applicant of the provisions of paragraph 4, AR 601-230.

5. REMARKS Applicant qualified in accordance with DA Pam 20-21

COM-A 111 EL 108 MM 89 GT 116

COM-B 103 GM 99 CL 105 RC ______

Course Number: 14-R-730.0 Course Title: FINANCE PROCEDURES

Class commencing date: 23 SEPT 60 Date quota obtained: 18 APR 60

Requested by SFC TRIPLETT, Seattle RMS, obligated by MISS WASHINGTON, Army School Section, Washington, D.C. Enlistment accomplished 30 June 60. Applicant to start BCT on 14 JUL 60.

DISPOSITION
Orig Copy - Atch to DA Form 4
DupCopy - RMS Files

| ADDRESS ALL REPLIES TO: | SIGNATURE OF RECRUITING OFFICER | |
|---|---|---|
| U. S. ARMY RECRUITING OFFICER | Almiron L. Segars | |
| STREET AND NUMBER Room 1 Wood Bldg. 302 Main Street | DATE 25 April 1960 | GRADE AND TITLE MSGT Recruiter |
| CITY AND STATE Renton, Washington | | |

U. S. GOVERNMENT PRINTING OFFICE. 1956—O-369920

U. S. ARMY RECRUITING MAIN STATION
1519 S. Alaskan Way
Seattle 4, Washington

SPECIAL ORDERS )
30 June 1960

NUMBER 136 )

E X T R A C T

3. TFN EM having enl RA this date, TOE 3 yrs, ETS 29 Jun 63, BPED 30 Jun 60, MOS 006, OS Svc None, in grd RCT E-1 are asgd & WP on 30 Jun 60 to US Army Reception Station, Det 10(6003) Ft Ord, Calif., via coml air RUAT to CO NLT 1000 hrs 1 Jul 60 for proc, clas & asgmt. TC will furn nec trans & issue No AMT IAW para 5052 JTR, as amended. Mov of depn & HHG at govt expense not auth. PCS TDN 2102010 01-4 P1311-02 S99-999. EDCSA 1 Jul 60. TPA not auth.

| NAME | SN | YOB | For ASGMT In | AUTHORITY |
|---|---|---|---|---|
| CLEMANS, Richard L | RA19 669 676 | 42 | RA-Career Gp#91 | AR 601-215 |
| HOLOMBO, Robert L | RA19 669 670 | 42 | RA-Career Gp#95 | AR 601-215 |
| KANSKI, David L | RA19 669 709 | 41 | RA-Unasgd | AR 601-210 |
| LIUM, Gary E | RA19 669 675 | 41 | RA-Career Gp#35 | AR 601-215 & VOTAG Wash D.C. 28 Jun 60. |
| AMUNDSEN, Darrel W | RA19 669 671 | 42 | RA-EUROPE Gp#13 | AR 601-215 |
| #KONSCHUH, Peter E G | RA19 669 669 | 42 | RA-School | AR 601-230 & VOTAG Wash D.C. 18 Apr 60 |
| GUSTAFSON, Dennis L | RA19 669 668 | 42 | RA-School | AR 601-230 & VOTAG Wash D.C. 8 Jun 60 |
| BENNETT, Richard G | RA19 669 707 | 42 | RA-School | AR 601-230 & VOTAG Wash D.C. 22 Apr 60 |
| GOERISCH, Frederick W | RA19 669 698 | 42 | RA-ACS | Msg 6th USA AMRCT-O C-9 24 Mar 60 |
| HODGSON, Bill D | RA19 669 607 | 43 | RA-Career Gp#52 | AR 601-215 & VC 6USA dtd 22 Jun 60 |
| NEWMAN, William C | RA19 669 662 | 43 | RA-Career Gp#35 | AR 601-215 & VOTAG Wash D.C. 27 Jun 60 |
| CRAPE, Walter A | RA19 669 359 | 42 | RA-EUROPE Gp#13 | AR 601-215 |
| WRENN, John L Jr | RA19 669 684 | 41 | RA-Career Gp#91 | AR 601-215 |
| OTTO, Donald E | RA19 669 685 | 42 | RA-Career Gp#95 | AR 601-215 |
| JOHNSON, Robert N | RA19 669 695 | 40 | RA-School | AR 601-230 & VOTAG Wash D.C. 29 Jun 60 |
| BARNES, Claude M | RA19 669 686 | 42 | RA-ACS | Msg 6th USA AMRCT-O C-9 24 Mar 60 |
| SLETTEN, Keith C | RA19 669 697 | 42 | RA-ACS | Msg 6th USA AMRCT-O C-9 24 Mar 60 |
| ROSE, Carl G | RA19 669 665 | 42 | RA-School | AR 601-230 & VOTAG Wash D.C. 17 May 60 |
| HEDBERG, John J | RA19 669 708 | 42 | RA-School | AR 601-230 & VOTAG Wash D.C. 18 Apr 60 |
| BAKER, Glenn D | RA19 669 699 | 42 | RA-Career Gp#91 | AR 601-215 |
| SHINDLER, Jean P | RA19 669 714 | 41 | RA-EUROPE Unasgd | AR 601-215 & ltr 6th USA 23 Mar 60 |
| MAINE, Leonard L | RA19 669 358 | 38 | RA-Career Gp#63 | AR 601-215 |
| #SERFOZO, John M | RA19 669 667 | 42 | RA-School | AR 601-230 & VOTAG Wash D.C. 16 May 60 |
| #HAGEN, Ronald A | RA19 669 664 | 42 | RA-School | AR 601-230 & VOTAG Wash D.C. 27 Apr 60 |
| #CARD, Howard R | RA19 669 696 | 42 | RA-Career Gp#71 | AR 601-215 |

LIUM RA 601-215 Enlistment Commitment Army Career Group #35. EM should begin BCT 7 Jul 60.

KONSCHUH for proc & asgmt AR 601-230 Commitment for Automotive Repair Course 9-R-635.1 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

GUSTAFSON, for proc & asgmt AR 601-230 Commitment for Field Carrier Equipment Repair Course 11-R-294.1 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

BENNETT, for proc & asgmt AR 601-230 Commitment for Dial Central Office Repair Course 11-R-332.1 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

GOERISCH after Basic Combat Tng to be asgd to USA Alaskan Communication System (6427) Seattle, Washington for OJT in MOS 723.10 per Msg 6USA AMRCT O-C-9, 24 Mar 60 & ACS ltr 29 Jun 60

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 101 of 211

SPECIAL ORDERS )
NUMBER 136 ) **E X T R A C T** 30 June 1960

3. CONTINUED:

HODGSON for AR 601-215 Enlistment Commitment Army Career Group #52. EM should begin BCT 7 Jul 60.

NEWMAN for AR 601-215 Enlistment Commitment Army Career Group #35. EM should begin BCT 7 Jul 60.

JOHNSON for proc & asgmt AR 601-230 Commitment for Recovery & Evacuation Course 9-R-633.1 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

BARNES after Basic Combat Tng to be asgd to USA Alaska Communication System (6427) Seattle, Washington for OJT in MOS 723.10 per Msg 6 USA AMRCT 0-C-9, 24 Mar 60 and ACS ltr dtd 28 Jun 60.

SLETTEN after Basic Combat Tng to be asgd to USA Alaska Communication System (6427) Seattle, Washington for OJT in MOS 723.10 per Msg 6 USA AMRCT 0-C-9, 24 Mar 60 and ACS ltr dtd 29 Jun 60.

ROSE for proc & asgmt AR 601-230 Commitment for Field Radio Repair Course 11-R-296.1 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

HEDBERG for proc & asgmt AR 601-230 Commitment for Finance Procedures Course 14-R-730.0 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

SERFOZO for proc & asgmt AR 601-230 Commitment for Field Radio Repair School Course 11-R-296.1 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

HAGEN for proc & asgmt AR 601-230 Commitment for Welding Course 9-R-442.1 rptg 16 Sep 60. EM should begin BCT 7 Jul 60.

# Enlisted under AR 601-213 "Buddy Assignment Plan."

FOR THE COMMANDER:

LEONARD G. RENFER, JR.
Capt, Arty
Asst Adjutant

OFFICIAL:

LEONARD G. RENFER, JR.
Capt, Arty
Asst Adjutant

CERTIFICATE

EM named in para 3 this order last rat to incl S this date. Depart Seattle 1800 hrs this date via coml air. Furn Govt T & No AMT.

DISTRIBUTION:

| | |
|---|---|
| CO Det 10(6003) Ft Ord........ | 5 |
| TAG.......................... | 5 |
| ACS.......................... | 5 |
| EM & RECORDS................. | 375 |
| FILES........................ | 15 |

LEONARD G. RENFER, JR. CAPT, ARTY, ASSTADJ.

## ENLISTMENT CONTRACT - ARMED FORCES OF THE UNITED STATES

*(Also to be used by AFEES in conjunction with induction processing as a means of providing data for manpower information reporting systems.)*

*Form Approved Budget Bureau No. 22-R0016*

| 1. SERVICE NO. | 2. HIGHEST SCHOOL GRADE COMPLETED | 3. RATE/GRADE | 4. BRANCH/CLASS AND COMPONENT | 5. LAST NAME - FIRST NAME - MIDDLE NAME |
|---|---|---|---|---|
| 19669708 | E | SP5 E5 | RA | HEDBERG, JOHN JOSEPH |

| 6. DATE OF ENL/INDUC | 7. TERM OF ENLISTMENT/INDUC | 8a. MARITAL STATUS | 8b. NO. DEPEND. | 9. NAME & LOCATION OF ACTIVITY EFFECTING ENLISTMENT/REENLISTMENT/INDUCTION |
|---|---|---|---|---|
| 11 Dec 68 | 6 YEARS ☐ MINORITY | NA | NA | Camp Howze, Korea, APO SF 96224 |

| 10. AFQT SCORE | 11. ENLISTED/REENLISTED/INDUCTED | 12. AUTHORITY FOR ENLISTMENT/REENLISTMENT/INDUC |
|---|---|---|
| NA | ☐ 1ST ENLIST ☒ REENL. ☐ INDUCTION | Table 6-3, AR 601-280 |

| 13. TERM OF ACDU (Reserve only) | 14. ACTIVE/INACTIVE STATUS (Reserve only) | 15. ACCEPTED AT |
|---|---|---|
| NA MONTHS | ☐ RETAINED ON AD ☐ IMMED AD (within 24 hrs) ☐ INACTIVE DUTY NA | NA |

| 16. DATE MIL OBLI INC | 17. PMOS/AFS CODE/MOD | 18. RELIGION | 19. SSAN | 20. CONTRACT DUTY LIMITATIONS |
|---|---|---|---|---|
| NA | 76Y40 | NA | NA | NA |

| 21. DATE OF BIRTH | 22. CITIZENSHIP | 23. PLACE OF BIRTH (City, state or country) |
|---|---|---|
| 15 Jun 42 | ☒ US ☐ NAT US ☐ COUNTRY (Specify) | NA |

| 24. DATE OF TRANSFER | 25. PHYSICAL PROFILE | 26. | 27. TRANSFER TO (Activity and location) | 28. |
|---|---|---|---|---|
| NA | 111121 B | NA | NA | NA |

| 29. DATE LAST DC/RAD | 30. SVC FROM WHICH LAST DISCHARGED | 31. | 32. | 33. TYPE OF LAST DISCHARGE | 34. |
|---|---|---|---|---|---|
| NA | NA | NA | NA | DD Form 256-A | NONE |

| 35. DATE OF RATE/GR | 36. SELECTIVE SERVICE NO. | 37. RATE/GR APT/RAPT | 38. SELECTIVE SERVICE LOCAL BD (Bd No., city & state) |
|---|---|---|---|
| NA | NA | SSG E6 | NA |

| 39. B ASD/ADBD | 40. TOTAL ACTIVE FEDERAL SERVICE | 41. HOME OF RECORD |
|---|---|---|
| NA | 08 YEARS 05 MONTHS 10 DAYS | Route #3, Box 1380 A Auburn, King Co, Washington 98002 |

| 42. BP ED/PEBD | 43. TOTAL INACTIVE FEDERAL SERVICE | 44. MENTAL TEST SCORES |
|---|---|---|
| NA | 00 YEARS 00 MONTHS 00 DAYS | GT 123; CL 116; GM 113 |

| 45. SEX | 46. RACE | 47. DATA PROCESSING CODE |
|---|---|---|
| M | CAU | NA |

48.

REENL FOR PRESENT DUTY ASSIGNMENT

49. PRIOR SERVICE

| BRANCH & CLASS/ARMED FORCE & COMPONENT | SERVICE NUMBER | DATE ENL, IND, APT, AND/OR OAD | DATE OF DISCHARGE OR RELEASE | GRADE/RATE OR RANK | TYPE OF DISCHARGE | REASON FOR DISCHARGE | TIME LOST (No. Days) |
|---|---|---|---|---|---|---|---|
| | | 17Jan66 3 yrs | 10Dec68 | SSG E6 | HON | SPN 313 AR 635-200 | 00 |
| | ORGN AT DISCHARGE: | | Btry D, 6th | Bn 37th | Arty, 2d | Inf Div, APO SF | 96224 |

50. I know that if I secure my enlistment by means of any false statement, willful misrepresentation or concealment as to my qualifications for enlistment, I am liable to trial by court martial or discharge for fraudulent enlistment and that, if rejected because of any disqualification known and concealed by me, I will not be furnished return transportation to place of acceptance.

I am of the legal age to enlist. I have never deserted from and I am not a member of the Armed Forces of the United States, the US Coast Guard or any Reserve component thereof; I have never been discharged from the Armed Forces or any type of civilian employment in the United States or any other country on account of disability or through sentence of either civilian or military court unless so indicated by me in item 56, "Remarks" of this contract. I am not now drawing retired pay, a pension, disability allowance, or disability compensation from the government of the United States.

51. SECTION 5538 OF TITLE 10 OF THE UNITED STATES CODE is quoted: "(a) The Secretary of the Navy may extend enlistments in the Regular Navy and the Regular Marine Corps in time of war or in time of national emergency declared by the President for such period as he considers necessary in the public interest. Each member whose enlistment is extended under this section shall be discharged not later than six months after the end of the war or national emergency, unless he voluntarily extends his enlistment. (b) The substance of this section shall be included in the enlistment contract of each person enlisting in the Regular Navy or Regular Marine Corps."

52. SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE is quoted: "(a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section —(1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service."

53. I understand that, upon enlistment in a Reserve component of any of the Armed Forces of the United States, or upon transfer or assignment thereto, in time of war or National emergency declared by Congress, or when otherwise authorized by law, I may be ordered to active duty for the duration of the war or National emergency and for six months thereafter, or such other period authorized by law.

54. I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concern-ng assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents ept as indicated in attached statement for enlistment.

55. I swear *(or affirm)* that the foregoing statements have been read to me, that my statements have been correctly recorded and are true in all respects and that I fully understand the conditions under which I am enlisting.

SIGNATURE OF WITNESS: Benjamin F. Rasel Jr 559

SIGNATURE OF APPLICANT *(First Name - Middle Name - Last Name)*: John Joseph Hedberg

56. REMARKS

Ref item #3 and #37: Para 2-8, AR 601-280

57. **OATH OF ENLISTMENT** *(For service in Regular or Reserve Component of the Armed Forces except National Guard or Air National Guard)*

I, JOHN JOSEPH HEDBERG *(First Name - Middle Name - Last Name)*, do hereby acknowledge to have voluntarily enlisted under the conditions prescribed by law, this 11TH day of DECEMBER, 1968, in the UNITED STATES ARMY for a period of SIX (6) years unless sooner discharged by proper authority; and I do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations, and the Uniform Code of Military Justice. So help me God.

SIGNATURE: John J. Hedberg John Joseph Hedberg

58. **OATH OF ENLISTMENT** *(For service in National Guard or Air National Guard)*

I do hereby acknowledge to have voluntarily enlisted this ______ day of ______, 19___, in the *(Army) (Air)* National Guard of the State of ______ and as a Reserve of the *(Army) (Air Force)* with membership in the *(Army National Guard of the United States) (Air National Guard of the United States)* for a period of ______ *(Years - Months - Days)* under the conditions prescribed by law, unless sooner discharged by proper authority.

I, ______ *(First Name - Middle Name - Last Name)*, do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States and of the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to them; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law, regulations, and the Uniform Code of Military Justice. So help me God.

SIGNATURE

59. **CONFIRMATION OF ENLISTMENT**

The above oath was subscribed and duly sworn to before me this 11TH day of DECEMBER, 1968. To the best of my judgement and belief, enlistee fulfills all legal requirements, and in enlisting this applicant, I have strictly observed the regulations governing such enlistment. The above oath, as filled in, was read to the applicant prior to subscribing thereto.

| TYPED NAME, GRADE/RANK, AND ORGANIZATION OF ENLISTING OFFICER | SIGNATURE OF ENLISTING OFFICER |
|---|---|
| ROBERT P. SAW, 1LT AGC, Asst AG | [signature] |

# STATEMENTS FOR ENLISTMENT
## PART VI - PRESENT DUTY ASSIGNMENT OPTION
*(AR 601-280)*

**TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR THIS OPTION**

1. IN CONNECTION WITH MY ENLISTMENT IN THE REGULAR ARMY FOR THE PRESENT DUTY ASSIGNMENT OPTION, I HEREBY ACKNOWLEDGE THAT:

| LINE | ACKNOWLEDGEMENT |
|---|---|
| a | MY ENLISTMENT FOR THIS OPTION GUARANTEES ONLY THAT I WILL BE INITIALLY ASSIGNED TO *(Complete as appropriate)*: (1) [X] MY PRESENT DUTY ASSIGNMENT, OR (2) [ ] ________ *(Print Unit Identification)* |
| b | NO PERMANENT CHANGE OF STATION IS AUTHORIZED IN CONNECTION WITH MY ENLISTMENT FOR THIS OPTION. |
| c | IF I AM SURPLUS TO GRADE AND MOS REQUIREMENTS UPON ENLISTMENT FOR THIS OPTION, I MAY BE REASSIGNED AT ANY TIME SUBSEQUENT TO MY ENLISTMENT. |
| d | ENLISTMENT FOR THIS OPTION CARRIES NO GUARANTEE OR IMPLIED PROMISE THAT ANY SPECIFIC PORTION OF MY ENLISTMENT WILL BE SERVED IN THE ASSIGNMENT FOR WHICH I HAVE ENLISTED. |

2. I HAVE READ AND UNDERSTAND THE MEANING OF EACH OF THE ABOVE STATEMENTS. FURTHERMORE, TO AVOID MISUNDERSTANDINGS I HAVE RECORDED BELOW IN MY OWN WORDS AND HANDWRITING, ALL THE SPOKEN AND WRITTEN PROMISES THAT HAVE BEEN MADE TO ME IN CONNECTION WITH MY ENLISTMENT IN THE REGULAR ARMY. *(At the end of statement, applicant will print the word "END")*:

Present duty Assignment - End

| DATE | SIGNATURE OF APPLICANT |
|---|---|
| 11 December 1968 | John Joseph Hedberg |

**CONFIRMATION OF OPTION OR AGREEMENT TO ALTERNATE OPTION**
*(Applicant will check or complete, as appropriate, statements shown below)*

3. ALL REQUIRED PRE-ENLISTMENT PROCESSING HAVING BEEN COMPLETED, IT HAS BEEN DETERMINED THAT:

a. [X] I CAN ENLIST FOR THE OPTION PROMISED AND I HEREBY CONFIRM MY INTENTION TO DO SO.

b. [ ] I CANNOT ENLIST FOR THE OPTION PROMISED TO ME IN THE ABOVE BECAUSE OF ________

c. [ ] AS AN ALTERNATE OPTION, I AGREE TO ACCEPT ________ AND I HAVE COMPLETED THE APPROPRIATE STATEMENT FOR THIS OPTION WHICH IS ATTACHED.

d. [ ] I DO NOT DESIRE TO SELECT AN ALTERNATE OPTION OR TO ENLIST AT THIS TIME.

| SIGNATURE OF CAREER COUNSELOR | SIGNATURE OF APPLICANT |
|---|---|
| [signature] | John Joseph Hedberg |

| DATE | TYPED NAME, GRADE, AND SERVICE NUMBER/SOCIAL SECURITY ACCT NO. OF CAREER COUNSELOR |
|---|---|
| 11 December 1968 | ROBERT P. SAW, 1LT AGC, 05340956, 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 |

DA FORM 1 APR 68 3286-22

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 105 of 211

HEADQUARTERS [illegible] INFANTRY DIVISION
APO San Francisco 96224

STATEMENT OF LAW VIOLATIONS
(To be completed in applicant's handwriting)

Date 11 December 1968

1. The following is a complete and accurate record of all violations and offenses (including minor traffic violations) for which I have been arrested (regardless of subsequent disposition of my case) by civil law enforcement officials. (Prior service personnel list only those violations occurring during and/or subsequent to last period of honorable action service, except for offenses not previously revealed.) If none, so state.

| OFFENSE | DATE AND PLACE | DISPOSITION |
|---|---|---|
| NONE | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2. I certify that the recruiter/reenlistment counselor has informed me that should I fail to reveal any such violations pertaining to me I may leter be subject to disciplinary action or discharge upon their discovery.

[signature: John Joseph Hedberg]
(signature of applicant)

11 December 1968
(signature witnessed on (date)

ROBERT P. SAW, 1LT AGC, Asst AG [signature]
(signature and title of witness)

EAID FL 260
25 Feb 66

# STATEMENT

11 December 1968
DATE

I, JOHN JOSEPH HEDBERG, SSG, RA 19 669 708, fully acknowledge
NAME, GRADE, SVN

that by being discharged under the provisions of AR 635-200, SPN 313, discharge prior to expiration term of service (ETS) for the purpose of Immediate Reenlistment, I WILL NOT be eligible to be paid for accrued leave nor will I be eligible to collect travel pay.

[signature]
SIGNATURE OF WITNESS

ROBERT P. SAW, 1LT AGC, Asst AG
TYPED, NAME, GRADE, OF WITNESS

11 December 1968
DATE

[signature: John Joseph Hedberg]
SIGNATURE

JOHN JOSEPH HEDBERG, SSG
TYPED, NAME, GRADE, SVN
RA 19 669 708

Btry D, 6/37 Arty, 2d Inf Div
UNIT ASSIGNED

DEPARTMENT OF THE ARMY
Headquarters 2d Infantry Division
APO San Francisco 96224

SPECIAL ORDERS
NUMBER 346

11 December 1968

EXTRACT

37. TC 415. As auth by AR 635-200 fol indiv DISCHARGED eff on EDCSA FPUR enl/reenl RA.

HEDBERG, JOHN JOSEPH RA19669708(SSAN 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)SSG 76Y40 Btry D 6/37 Arty Bn
Type Disch: Honorable DD Form 256-A
HOR: Rt#3 Box 1380A Auburn, Wash
Pl EAD: Cam Ranh Bay, RVN
SPN: 313
ACLV: N/A
COMP: RA
EDCSA: 10 Dec 68

38. TC 120. Fol indiv enl/reenl RA this station on EDCSA. Eff on EDCSA indiv assigned this organization and APPOINTED under provisions of Para 2-8, AR 601-280 temporary grade as indicated.

HEDBERG, JOHN JOSEPH RA19669708(SSAN 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)SSG 76Y40 Btry D 6/37 Arty Bn
Enl/Reenl for: Present Duty Assignment
Temp gr-DOR: SSG 24 Aug 67
Perm gr-DOR: SP5 16 Feb 67
Total mo OS: 16 mos
Auth: AR 601-280
PCS (MDC): 1GE9
VRB: N/A
No Depn: (2) Two
ADC: (6) Six yrs
BASD: 30 Jun 60
BPED: 30 Jun 60
DEROS: 18 Feb 69
ETS: 10 Dec 74
EDCSA: 11 Dec 68
Sp Instr: N/A

FOR THE COMMANDER:

OFFICIAL:

WILLIAM B. WIER
Colonel, GS
Chief of Staff

for MICHAEL K. FOX
1LT, AGC
Asst AG

DISTRIBUTION:
50 EAID AG-PB
2 EAID AG-P
15 Indiv
4 EAID FI
2 Redeployment
5 Btry D 6/37 Arty Bn(MR purposes)

DEPARTMENT OF THE ARMY
HEADQUARTERS COMPANY, 31ST ENGINEER GROUP (COMBAT)
Fort Carson, Colorado 80913

18 September 1969

SUBJECT: Letter of Commendation - HEDBERG, John J SSG E6

TO ALL CONCERNED

1. Staff Sergeant John J Hedberg, 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, has served with this unit from 20 May 1969 until the present. His duty assignment is Supply Sergeant for this company.

2. SSG Hedberg has performed his duty as supply sergeant of this company in an outstanding manner. To comprehend the magnitude of the mission he has accomplished, some background information is necessary. Headquarters Company is a separate company and maintains its own property book, document register and account with Installation Supply Office. On 19 May 69 this company failed its AGI in the area of supply administration. The supply sergeant was relieved on the spot and the next day SSG Hedberg took over as supply sergeant. He immediately initiated vigorous corrective action. No absentee files had been maintained. SSG Hedberg personally inventoried each absentees personal and organizational clothing. Clothing records were made incorrectly and in some cases were missing. SSG Hedberg remade all clothing records and had them verified by CIF. The IG found that property book accountability was very poor. Numerous items of non-expendable property were not on hand and no action had been taken to account for them. SSG Hedberg initiated two Reports of Survey and one Report of Quarterly Droppage. Every item of installation and organizational property is now accounted for. Hand receipts did not carry required registration and serial numbers. SSG Hedberg personally corrected this. On 20 June 69, this unit received a CMMA inspection. The Quartermaster area received an excellent rating. In one short month this man corrected all noted deficiencies and began to build this supply room into one of the best in the Group. By working many nights and weekends, SSG Hedberg posted and ordered all necessary publications and initiated all administrative work which had previously been neglected. This administrative work included a suspense file, the document register, a visible file, property books and related records. Much of the installation property was unserviceable at the time SSG Hedberg took over supply. He and one clerk have submitted over 100 work orders in a 3 month period. No equipment is presently in an unserviceable condition. Component parts of many end items were missing. All these have been inventoried, ordered and received. In addition, many items excess to this units TOE have been turned in resulting in a considerable savings to the government. In addition, SSG Hedberg and his one clerk have painted and repaired much of the units installation property. This fine NCO's initiative is limitless.

SUBJECT: Letter of Commendation - HEDBERG, John J SSG E6

His supply room is now the model for the whole 31st Engineer Group. Through sheer hard work he has achieved outstanding results. The Group Commander has complimented SSG Hedberg numerous times regarding his supply procedures. SSG John J Hedberg is a credit to himself, this unit and the United States Army.

3. A copy of this letter will be maintained in this NCO's 201 File.

PETER F O'HALLORAN
2LT, CE
Commanding

# STATEMENTS FOR ENLISTMENT
## PART VI - PRESENT DUTY ASSIGNMENT OPTION
*(AR 601-280)*

**TO BE COMPLETED BY ALL APPLICANTS ENLISTING FOR THIS OPTION**

1. IN CONNECTION WITH MY ENLISTMENT IN THE REGULAR ARMY FOR THE PRESENT DUTY ASSIGNMENT OPTION, I HEREBY ACKNOWLEDGE THAT:

| LINE | ACKNOWLEDGEMENT |
|---|---|
| a | MY ENLISTMENT FOR THIS OPTION GUARANTEES ONLY THAT I WILL BE INITIALLY ASSIGNED TO *(Complete as appropriate)*: (1) XX MY PRESENT DUTY ASSIGNMENT, OR (2) ☐ ________ *(Print Unit Identification)* |
| b | NO PERMANENT CHANGE OF STATION IS AUTHORIZED IN CONNECTION WITH MY ENLISTMENT FOR THIS OPTION. |
| c | IF I AM SURPLUS TO GRADE AND MOS REQUIREMENTS UPON ENLISTMENT FOR THIS OPTION, I MAY BE REASSIGNED AT ANY TIME SUBSEQUENT TO MY ENLISTMENT. |
| d | ENLISTMENT FOR THIS OPTION CARRIES NO GUARANTEE OR IMPLIED PROMISE THAT ANY SPECIFIC PORTION OF MY ENLISTMENT WILL BE SERVED IN THE ASSIGNMENT FOR WHICH I HAVE ENLISTED. |

2. I HAVE READ AND UNDERSTAND THE MEANING OF EACH OF THE ABOVE STATEMENTS. FURTHERMORE, TO AVOID MISUNDERSTANDINGS I HAVE RECORDED BELOW IN MY OWN WORDS AND HANDWRITING, ALL THE SPOKEN AND WRITTEN PROMISES THAT HAVE BEEN MADE TO ME IN CONNECTION WITH MY ENLISTMENT IN THE REGULAR ARMY. *(At the end of statement, applicant will print the word "END")*:

Present duty Assignment - End

| DATE | SIGNATURE OF APPLICANT |
|---|---|
| 11 December 1968 | |

**CONFIRMATION OF OPTION OR AGREEMENT TO ALTERNATE OPTION**
*(Applicant will check or complete, as appropriate, statements shown below)*

3. ALL REQUIRED PRE-ENLISTMENT PROCESSING HAVING BEEN COMPLETED, IT HAS BEEN DETERMINED THAT:

a. [X] I CAN ENLIST FOR THE OPTION PROMISED AND I HEREBY CONFIRM MY INTENTION TO DO SO.

b. ☐ I CANNOT ENLIST FOR THE OPTION PROMISED TO ME IN THE ABOVE BECAUSE OF ________

c. ☐ AS AN ALTERNATE OPTION, I AGREE TO ACCEPT ________ AND I HAVE COMPLETED THE APPROPRIATE STATEMENT FOR THIS OPTION WHICH IS ATTACHED.

d. ☐ I DO NOT DESIRE TO SELECT AN ALTERNATE OPTION OR TO ENLIST AT THIS TIME.

| SIGNATURE OF CAREER COUNSELOR | SIGNATURE OF APPLICANT |
|---|---|
| | |

| DATE | TYPED NAME, GRADE, AND SERVICE NUMBER/SOCIAL SECURITY ACCT NO. OF CAREER COUNSELOR |
|---|---|
| 11 December 1968 | ROBERT P. SAW, 1LT AGC, [redacted] |

DA FORM 1 APR 68 3286-22

DEPARTMENT OF THE ARMY
Headquarters 2d Infantry Division
APO San Francisco 96224

SPECIAL ORDERS
NUMBER 346

11 December 1968

EXTRACT

37. TC 415. As auth by AR 635-200 fol indiv DISCHARGED eff on EDCSA FPUR enl/reenl RA.

HEDBERG, JOHN JOSEPH RA19669708(SSAN 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)SSG 76Y40 Btry D 6/37 Arty Bn
Type Disch: Honorable DD Form 256-A
HOR: Rt#3 Box 1380A Auburn, Wash
Pl EAD: Cam Ranh Bay, RVN
SPN: 313
ACLV: N/A
COMP: RA
EDCSA: 10 Dec 68

38. TC 120. Fol indiv enl/reenl RA this station on EDCSA. Eff on EDCSA indiv assigned this organization and APPOINTED under provisions of Para 2-8, AR 601-280 temporary grade as indicated.

HEDBERG, JOHN JOSEPH RA19669708(SSAN 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)SSG 76Y40 Btry D 6/37 Arty Bn
Enl/Reenl for: Present Duty Assignment
Temp gr-DOR: SSG 24 Aug 67
Perm gr-DOR: SP5 16 Feb 67
Total mo OS: 16 mos
Auth: AR 601-280
PCS (MDC): 1GE9
VRB: N/A
No Depn: (2) Two
ADC: (6) Six yrs
BASD: 30 Jun 60
BPED: 30 Jun 60
DEROS: 18 Feb 69
ETS: 10 Dec 74
EDCSA: 11 Dec 68
Sp Instr: N/A

FOR THE COMMANDER:

OFFICIAL:

WILLIAM B. WIER
Colonel, GS
Chief of Staff

for MICHAEL K. FOX
1LT, AGC
Asst AG

DISTRIBUTION:
50 EAID AG-PB
2 EAID AG-P
15 Indiv
4 EAID FI
2 Redeployment
5 Btry D 6/37 Arty Bn(MR purposes)

REMARKS *(Continued)*

**CERTIFICATION**

In regard to any part of this questionnaire concerning which I have had any question as to the meaning, I have requested and have obtained a complete explanation. I certify that the statements made by me under Part IV above and on any supplemental pages hereto attached, are full, true, and correct.

| TYPED FULL NAME OF PERSON MAKING CERTIFICATION | SERVICE NUMBER *(If any)* | SIGNATURE OF PERSON MAKING CERTIFICATION |
|---|---|---|
| JOHN JOSEPH HEDBERG | 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 | John Joseph Hedberg |
| TYPED NAME OF WITNESS | DATE | SIGNATURE OF WITNESS |
| FREDERICK LEE LAMPHERE, CW3, USA | 12Sep70 | |

U.S. GOVERNMENT PRINTING OFFICE : 1963 O—676451

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 114 of 211

# ARMED FORCES SECURITY QUESTIONNAIRE

## IV.—QUESTIONS

*(For each answer checked "Yes" under question 2, set forth a full explanation under "Remarks" below)*

| Question | YES | NO |
|---|---|---|
| 1 I have read the list of names of organizations, groups, and movements set forth under Part II of this form and the explanation which precedes it. | ✓ | |
| 2. Concerning the list of organizations, groups and movements set forth under Part II above: | | |
| a. Are you now a member of any of the organizations, groups, or movements listed? | | ✓ |
| b. Have you ever been a member of any of the organizations, groups, or movements listed? | | ✓ |
| c. Are you now employed by any of the organizations, groups, or movements listed? | | ✓ |
| d. Have you ever been employed by any of the organizations, groups, or movements listed? | | ✓ |
| e. Have you ever attended any meeting of any of the organizations, groups, or movements listed? | | ✓ |
| f. Have you ever attended any social gathering of any of the organizations, groups, or movements listed? | | ✓ |
| g. Have you ever attended any gathering of any kind sponsored by any of the organizations, groups, or movements listed? | | ✓ |
| h. Have you prepared material for publication by any of the organizations, groups, or movements listed? | | ✓ |
| i. Have you ever corresponded with any of the organizations, groups, or movements listed or with any publication thereof? | | ✓ |
| j. Have you ever contributed money to any of the organizations, groups, or movements listed? | | ✓ |
| k. Have you ever contributed services to any of the organizations, groups, or movements listed? | | ✓ |
| l. Have you ever subscribed to any publication of any of the organizations, groups, or movements listed? | | ✓ |
| m. Have you ever been employed by a foreign government or any agency thereof? | | ✓ |
| n. Are you now a member of the Communist Party of any foreign country? | | ✓ |
| o. Have you ever been a member of the Communist Party of any foreign country? | | ✓ |
| p. Have you ever been the subject of a loyalty or security hearing? | | ✓ |
| q. Are you now or have you ever been a member of any organization, association, movement, group or combination of persons not on the Attorney General's list which advocates the overthrow of our constitutional form of government, or which has adopted the policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States, or which seeks to alter the form of government of the United States by unconstitutional means? | | ✓ |
| r. Have you ever been known by any other last name than that used in signing this questionnaire? | | ✓ |

REMARKS

# ENLISTED EVALUATION DATA REPORT

(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 542 | S 0066 |

SECTION I - IDENTIFICATION 04/27/74 7406441 0

THRU: COMMANDER
0026 CS CO FLD SVC DS
APO NEW YORK NY 09165 UIC: WH1LAA

| EVALUATED IN MOS | EVAL. PERIOD |
|---|---|
| 76Y40 | FEB 74 |

TO: HEDBERG JOHN J

| SSAN | GRADE |
|---|---|
| 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 | E-7 |

SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Score | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| 74 | 117 | 67 | 75 | | | | | S 66 |

SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Y FEB 74 ) | % of TEST | VERY LOW | LOW | AVERAGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| PUBLICATIONS | 11 | | | X | | |
| REQUEST, RECEIPT, STORAGE + TURN-IN PROCEDURES | 16 | | | X | | |
| PROPERTY BOOKS AND SUPPORTING DOCUMENTS | 18 | | | X | | |
| INVENTORIES RELIEF FROM RESPONSIBILITY | 12 | X | | | | |
| SPECIAL ACCOUNTING PROCEDURES | 14 | X | | | | |
| REPAIR PARTS SUPPLY AND LAUNDRY PROCEDURES | 15 | | | X | | |
| SUPPLY ADMINISTRATION + PERSONNEL SUPERVISION | 14 | | X | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| NOT VERIFIED | |

SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORTS MEANING AND IMPACT ON CAREER DEVELOPMENT.

- [ ] AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.
- [x] EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.
- [x] MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

28 May 1974
DATE

[signature] 1LT XO
SIGNATURE OF COMMANDER/SUPERVISOR

PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE!

USAEEC FORM 10, 1 NOV 72 Previous edition of this form is obsolete. Dist: ORIG—MPRJ, 2d CY—IND, 3d CY—PERS OFC SUSPENSE

ORIGINAL

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 115 of 211

# RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

For use of this form, see AR 27-10; the proponent agency is the Office of the Judge Advocate General.

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition or reprimand, restriction for 14 days or less, extra duties for 14 days or less, or a combination thereof is considered appropriate punishment.

| NAME | SERVICE NUMBER/SSAN | BASIC PAY PER MONTH | SEA OR FOREIGN DUTY PAY | TOTAL PAY |
|---|---|---|---|---|
| HEDBERG, John J. | 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 | $667.20 | None | $667.20 |
| **ORGANIZATION** | **DATE OF BIRTH** | **GRADE** | **CONTRIBUTION TO QUARTERS ALLOWANCE** (Class Q) (Para 131c (8) and (9) MCM, 1969) | |
| 26th S&S Co, 85th Maint Bn | 15 June 1942 | SFC E-7 | N/A | |

## SECTION I - NOTIFICATION

ORGANIZATION AND STATION OF NOTIFYING OFFICIAL

Headquarters, 85th Maintenance Battalion, APO New York 09165

THRU: [1]

THRU: CDR, 26th S&S Co, APO 09165 [1]

TO: SFC John J. Hedberg, 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

(Grade, first name, middle initial, last name, Service No./SSAN)

26th Sup & Svc Co, 85th Maint Bn

(Organization)

8 MAR 1973

(Date)

1. It has been reported that, on or about 0100 hours, 18 February 19 73, at Highway 3309, Gross Auheim, ~~XX~~ Germany, having Knowledge of a lawful order issued by the Commander in Chief, to wit: Paragraph #6, USAREUR Regulation 190-2, dated 23 June 1970, an order which it was his duty to obey, did, willfully disobey the same. This is in violation of Article 92, of the Uniform Code of Military Justice.

2. It has been further reported that, on or aboutn0100 hours, 18 February 1973, at Highway 3309, Gross Auheim, Germany, on Highway 3309, 3,564 feet west of Bundes Strasse, operate a vehicle, to wit: A Passenger car, While drunk in a reckless manner, by losing control of your vehicle and crossing the center line, and did thereby cause said vehicle to strike a vehicle driven by Horst Kappler and injure the said Horst Kappler, a German National. This is in violation of Article 111 of the Uniform Code of Military Justice. [2]

2. It is the [3] (my) (the) intention of ~~XXX~~ (of) ~~XXXXXXXXXXXXXXXXXXXXXXXX~~ (the) the [3] Commanding Officer [3] (Officer) (~~XXXXX~~) of this organization ~~XXXXXXXXXXXXXXXXXXXXXXXX~~ [3] to impose nonjudicial punishment upon you as to such offense(s)[4] under the provisions of Article 15, UCMJ unless you expressly demand trial by court-martial.[5]

3. You are directed to acknowledge receipt of this communication in Section II of this form within 72 hours [3] (hours) ~~XXXXX~~ after your receipt thereof.[6] You may submit any matter in mitigation, extenuation, or defense. That is to say you may present any excuses, explanations, or reasons for your actions whatever.

4. You are hereby informed that under the provisions of Article 31, UCMJ, you are not required to make any statement regarding the offense(s)[4] described above, and that any statement you may desire to make concerning the offense(s)[4] may be used as evidence against you in a trial by court-martial. EM has been advised of his right to acquire counsel.

FOR THE COMMANDER:[7]

MICHAEL E. VOGELSANG, 1LT, INF

(Typed or printed name, grade and branch)

Assistant Adjutant

(Title)

/s/ [signature]

## SECTION II - ACKNOWLEDGMENT OF NOTIFICATION

THRU: ______ [1] 15 March 1973 (Date)

THRU: ______ [1]

TO: Commander [8]
85th Maintenance Battalion
(Organization)

I acknowledge receipt of the foregoing communication. Trial by court-martial is not [3] (is) (is not) demanded.[5]

Matters [3] (The following matters) (Matters) in extenuation, mitigation, or defense are not [3] (are) (are not) submitted herewith.

______ [3]
(and are attached hereto) (and are contained in Section V)

JOHN J. HEDBERG, SFC E-7, 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 /s/ [signature]
(Typed or printed name, grade and Service No./SSAN)

## SECTION III - IMPOSITION OF PUNISHMENT

*(If, at this time, it is determined that no punishment is warranted, the individual concerned shall be notified of this fact and the record destroyed.)*

THRU: ______ [1] 26 March 1973 (Date)

THRU: CDR, 26th S&S Co, APO 09165 [1]

TO: SFC John J. Hedberg, 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
(Grade, first name, middle initial, last name, Service No./SSAN)

~~26th Supply and Service Company~~
(Organization)

1. The following punishment(s)[4] are [3] (is) (are) hereby imposed:

1. Forfeiture of $200.00 per month for a period of two (2) months.
2. Official written reprimand.

"The above-described punishment was imposed personally by the Commanding Officer. The person upon whom the above-described punishment was imposed was given an opportunity to present any matters in defense, extenuation or mitigation, in a face-to-face meeting with the undersigned and thereafter the said punishment was announced by the undersigned to him". [9]

2. You are advised of your right to appeal in accordance with para 135, MCM, 1969. You are directed to indicate on Section IV of this form the date of receipt of this communication within 72 hours [3] (hours) (days) after your receipt thereof and to make any appeal you may desire to make.[6] If you exercise your right to appeal, your appeal should be addressed

to Commander, 13th Engineer Brigade APO 09165 [10]

______ Incl

[illegible]
(Typed or printed name, grade and branch)

Commanding /s/ [signature]
(Title)

**RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ**

For use of this form, see AR 27-10; the proponent agency is the Office of the Judge Advocate General.

This form will be used in ALL cases involving officers and warrant officers, and in those cases involving enlisted personnel when punishment OTHER THAN oral admonition ...

**SECTION IV - ACKNOWLEDGEMENT OF IMPOSITION OF PUNISHMENT**

25 April 1973
(Date)

THRU: CDR, 26th S&S Co, APO09165 [1]
THRU: CDR, 85th Maint Bn APO 09165 [1]
THRU: [1]
TO: [11]

I received the foregoing communication *(Section III)* on 26 Mar 73 *(Date)*

I do not [3] appeal from this punishment. [12]
*(Do) (do not)*

[13]

Incl

JOHN J. HEDBURG, SFC E-7,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
*(Typed or printed name, grade and Service No./SSAN)*

/s/ John J Hedburg

**SECTION V**

THIS SPACE MAY BE USED FOR ADDITIONAL REMARKS AND CONTINUATION OF SECTIONS. THE CORRESPONDING SECTION BEING CONTINUED SHOULD BE INDICATED. THIS SPACE ALSO MAY BE USED FOR SUMMARIZING AND ORAL PROCEEDINGS. *(See 133a, MCM, 1969.)* IF ADDITIONAL SPACE IS REQUIRED, USE REVERSE SIDE OF THIS PAGE OR ATTACH ADDITIONAL SHEETS NUMBERING EACH SHEET CONSECUTIVELY STARTING WITH PAGE 5.

FORFEITURE OR DETENTION OF PAY

430

HEDBERG, John J. 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 SFC 76Z50 26th S&S Co (WH1LAAA) APO NY 09165

PRD LEGAL
PRD FLAG
30 APR 1973

| | |
|---|---|
| Action: | Forfeiture |
| Authority: | Article 15, UCMJ and AR 27-10 |
| Amount: | $200.00 per month for a period of two (2) months |
| Imposed by: | CDR, 85th Maint Bn |
| Reason: | Misconduct |
| Effective date: | 26 March 1973 |

MICHAEL E. VOGELSANG, 1LT, INF, Asst. Adjutant

# ENLISTED EVALUATION DATA REPORT
(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 542 | P 1025 |

SECTION I - IDENTIFICATION 07/29/73 7320605 0

THRU: COMMANDER
0026 CS CO FLD SVC DS UIC: WH1LAA
APO NEW YORK NY 09165

TO: HEDBERG JOHN J

| EVALUATED IN MOS | EVAL. PERIOD |
|---|---|
| 76Z50 | MAY 73 |

| SSAN | GRADE |
|---|---|
| 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 | E-7 |

SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Score | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| 71 | 114 | 53 | 56 | | | | | P 61 |

SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Z MAY 73 ) | % of TEST | VERY LOW | LOW | AVERAGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| MGT OF SMALL PURCHASES + PROPERTY DISPOSAL | 10 | | X | | | |
| PROPERTY ACCOUNTABILITY + INVENTORY MGT | 28 | | | X | | |
| MAINT MANAGEMENT STORAGE MANAGEMENT | 14 | | | X | | |
| MGT OF SUPPLY SUPPORT IN COMBAT AREAS | 12 | | X | | | |
| MANAGEMENT OF FIELD OPERATIONS | 12 | | X | | | |
| UNIT ORGANIZATION ADMINISTRATION + MGT | 12 | | X | | | |
| PERSONNEL ACCOUNTING | 12 | | | X | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| NOT VERIFIED | NOT ELIGIBLE FOR SUPERIOR PERFORMANCE PAY |

SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORT'S MEANING AND IMPACT ON CAREER DEVELOPMENT.

- [x] AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.
- [x] EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 60[illegible]
- [ ] MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

17 Aug 73
DATE

DAVID R. GASS
1LT QMC
Accountable Officer
SIGNATURE OF COMMANDER/SUPERVISOR

PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 120 of 211

USAEEC FORM 10 1 NOV 72 Previous edition of this form is obsolete. Distr: ORIG—MPRJ, 1st CY—INDIV, 2d CY—PERS OFC SUS

1ST COPY

DEPARTMENT OF THE ARMY
HEADQUARTERS, 85TH MAINTENANCE BATTALION
APO NEW YORK 09165

AETVSC-MD-CO 2 April 1973

SUBJECT: Letter of Reprimand

Sergeant First Class John J. Redberg
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
26th Supply and Service Company
85th Maintenance Battalion
APO New York 09165

1. On 18 February 1973 on Highway 3309 in Gross Auheim, West Germany, you were driving a POV while in an intoxicated state. Because of your condition, you lost control of your vehicle, crossed the center-line, and struck a vehicle driven by Horst Koppler, injuring the same. To compound your negligence, you were driving the POV without being in possession of a valid USAREUR POV drivers permit.

2. This is the second letter of reprimand that you have received in a period of less than two months. It is apparent that you have not taken the necessary steps to correct your unsatisfactory behavior. This indicates that you have been culpably inefficient and unable to accept the responsibilities of a Sergeant First Class. I, therefore, have no choice but to inform you that if you involve yourself in another incident of discreditable nature, action will be taken to reduce you to a grade that is equivalent to your demonstrated responsibility and maturity.

3. I admonish you for your actions. Your conduct and efficiency will not be tolerated further. As stated above, if you fail to conduct yourself as a noncommissioned officer, you will be subject to reduction in grade, loss of pay, and, if necessary, elimination from the military service.

4. You will acknowledge receipt of this letter by indorsement hereon.

AETVSC-MD-CO
SUBJECT: Letter of Reprimand

2 April 1973

5. A copy of this correspondence will be placed in your personnel records.

HARRY D. WALKER
LTC, OrdC
Commanding

SFC Hedberg, John J. 1st Ind
SSAN 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 (2 Apr 73)

DA, SFC John J. Hedberg, 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, 26th Supply and Service Company, 85th Maintenance Battalion, APO New York 09165

TO: Commander, 85th Maintenance Battalion, APO New York 09165.

I acknowledge receipt of the foregoing communication this date, 3 April 73.

JOHN J. HEDBERG
SFC, 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
26th Supply and Service Company
85th Maintenance Battalion

# ENLISTED EVALUATION DATA REPORT

(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 542 | S 0164 |

SECTION I - IDENTIFICATION 09/07/72

THRU: COMMANDING OFFICER
HHC 14TH S+S BN
39TH FS APO NY 09

UIC: WCA4AA
09165

TO: HEDBERG JOHN J

| EVALUATED IN MOS | EVAL. PERIOD |
|---|---|
| 76Y40 | FEB 72 |
| **SSAN** | **GRADE** |
| 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 | SFC E-7 |

SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Score | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| | | 73 | 79 | | | | | S 100 |

SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Y FEB 72 ) | % of TEST | VERY LOW | LOW | AVERAGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| PROPERTY ACCOUNTABILITY | 20 | | | X | | |
| CLOTHING AND EQUIPMENT | 12 | | | X | | |
| REPAIR PARTS AND EQUIPMENT RECORDS | 11 | | | X | | |
| LAUNDRY SERVICE MOVEMENT WEAPONS SECURITY | 10 | | X | | | |
| INVENTORY ADJUSTMENT RELIEF OF RESPONSIBILITY | 12 | | | X | | |
| STORAGE REPORTS OF INSPECTIONS DATA PROCESSING | 14 | | | X | | |
| UNIT SUPPLY ADMINISTRATION | 21 | | | X | | |
| | | | | | | |
| | | | | | | |

CORRECTED COPY**REASON COMPUTER ERROR**DESTROY PREVIOUS COPIES*

SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| VERIFIED | |

SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORT'S MEANING AND IMPACT ON CAREER DEVELOPMENT.

☐ AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.

☐ EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.

☒ MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

4 Aug 72
DATE

[signature], CPT
SIGNATURE OF COMMANDER/SUPERVISOR

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 123 of 211

PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE!

# ENLISTED EVALUATION DATA REPORT
(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 542 | P 0645 |

SECTION I - IDENTIFICATION 02/05/73 7221611

THRU: COMMANDING OFFICER
COMMANDER
APO 09165

UIC: WCA4AA

TO: HEDBERG JOHN J

| EVALUATED IN MOS | EVAL. PERIOD |
|---|---|
| 76Z50 | MAY 72 |
| **SSAN** | **GRADE** |
| 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 | E-7 |

SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Score | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| 71 | 111 | 59 | 65 | | | | | P 64 |

SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Study Guide DA PAM 12- 76Z MAY 72 ) | % of TEST | VERY LOW | LOW | AVER-AGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| SUPPLY PROCEDURES AND MATERIEL READINESS | 11 | | | X | | |
| STOCK CONTROL AND ACCOUNTING | 14 | | X | | | |
| FIELD STORAGE | 11 | | | X | | |
| LOGISTICS MANAGEMENT IN THEATERS OF OPERNS | 17 | | X | | | |
| LOGISTICAL SUPPORT OF TACTICAL OPERATIONS | 11 | | X | | | |
| UNIT ADMINISTRATION AND MANAGEMENT | 24 | | | X | | |
| PERSONNEL ACCOUNTING | 12 | | | X | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| NOT VERIFIED | NOT ELIGIBLE FOR SUPERIOR PERFORMANCE PAY |

SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORT'S MEANING AND IMPACT ON CAREER DEVELOPMENT.

- ☐ AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.
- ☐ EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.
- ☐ MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

DATE

SIGNATURE OF COMMANDER/SUPERVISOR



PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE!

AETVSC-QA-CO (28 Sep 71) 1st Ind
SUBJECT: Letter of Commendation

DA, HQ, 14th Supply and Service Battalion, APO 09165 29 Sep 71

THRU: Commanding Officer, 26th Supply and Service Company, APO 09165

TO: Sergeant First Class John J. Hedberg, 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, 26th Supply and Service Company, APO 09165

1. I wish to personally commend you for your outstanding performance in achieving a high academic rank after completion of the DS/GS Mechanized Stock Control Course, LOG 85-OEC-12.

2. I am proud to have a man of your ability in my command and am looking forward to additional success from you in all of your future military endeavors. Once again, you have my sincere congratulations on a job well done.

3. A copy of this correspondence will be inserted into your official 201 file.

201 File

WILLIAM C. HARRIMAN
LTC, QMC
Commanding

DEPARTMENT OF THE ARMY
HEADQUARTERS, V CORPS SUPPORT COMMAND
APO 09757

AETVSC-CG

28 SEP 1971

SUBJECT: Letter of Commendation

THRU: Commanding Officer
14th Supply & Service Battalion
APO 09165

THRU: Commanding Officer
26th Supply & Service Company
APO 09165

TO: SFC John J. Hedberg, 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
26th Supply & Service Company
APO 09165

1. I am pleased to note that you qualified as a Honor Graduate, fourth in a class of twenty-one, in the DS/GS Mechanized Stock Control Course, LOG 85-OEC-12, United States Army School, Europe. I commend you on this achievement. Continued display of such initiative and diligence by you will result in future successes on your part. Please accept my congratulations for this exemplary performance.

2. A copy of this correspondence will be placed in your military record.

Albert E. Hunter

ALBERT E. HUNTER
Brigadier General, USA
Commanding

1 Incl
Academic Report

# ACADEMIC REPORT

(Exempt from Reports Control per para 7–2j, AR 335–15)

| Thru: | To: | From: |
|---|---|---|
| Commanding General<br>V Corps<br>ATTN: AETVGC-T<br>APO 09079 | Commanding Officer<br>14th Supply & Service Battalion<br>APO 09165 | Headquarters,<br>United States Army School, Europe<br>APO 09172 |

THE DATA BELOW ARE FOR YOUR INFORMATION AND APPROPRIATE ENTRIES IN INDIVIDUAL'S QUALIFICATION RECORDS. WHERE NO ENTRY IS MADE, "NOT APPLICABLE" IS UNDERSTOOD.

| Name of Student | Grade | SN | Organization |
|---|---|---|---|
| HEDBERG, JOHN J. | SFC | 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 | Co A |

| Course attended (Number & Title) | Duration From | Duration To |
|---|---|---|
| LOG 85-OEC-12 DS/GS MECHANIZED STOCK CONTROL | 14 June 71 | 25 June 71 |

Academic Performance (If incomplete or failure, give reasons)

| | |
|---|---|
| X | Graduated; Final Grade 93.5 |
| | Completed but failed; Final Grade ____ |
| | Incomplete |
| | Completed (Ungraded Course) |

Academic Rank: He was Number 4 in a Class of 21

Remarks:

SUPERIOR STUDENT

| Date | Typed Name, Title and Department | Signature |
|---|---|---|
| 28 June 1971 | JOHN M. HOLKO, Jr. LTC, QMC<br>Director, Logistics Department | John M Holko Jr |

AEUO Form 61 (1 Jun 70) Replaces edition of 1 Dec 67, existing supplies of which will be used until exhausted. M–199–1

7

# ENLISTED EVALUATION DATA REPORT

(AR 600-200 and AR 135-205)

| TCO NUMBER | ROSTER NUMBER |
|---|---|
| 542 | P 0339 |

ECTION I - IDENTIFICATION 71 AUG 20

HRU: COMMANDING OFFICER
0014 S & S BN HHC UIC: WCA4A0
APO NY 09165 NY

O: HEDBERG JOHN J

| EVALUATED IN | EVAL. PERIOD |
|---|---|
| 76Z50 | MAY 71 |
| **SSAN** | **GRADE** |
| 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 | SFC E-7 |

SECTION II - SCORES

| a. EFFICIENCY REPORTS | | b. MOS TEST - WRITTEN | | c. MOS TEST - PERFORMANCE | | | | d. MOS EVALUATION SCORE |
|---|---|---|---|---|---|---|---|---|
| | | | | PT 1 | | PT 2 | | |
| Average EER Sc | Average for Grade | Number Correct | Average for Grade | Score | Average Sc | Score | Average Sc | |
| 107 | 108 | 42 | 55 | | | | | P 76 |

SECTION III - MOS TEST RATINGS

| Major Areas (See MOS Test Aid DA PAM 12- 76Z MAY 71) | % of TEST | VERY LOW | LOW | AVERAGE | HIGH | VERY HIGH |
|---|---|---|---|---|---|---|
| SUPPLY PROCEDURES AND MATERIEL READINESS | 10 | X | | | | |
| STOCK CONTROL AND ACCOUNTING | 14 | X | | | | |
| FIELD STORAGE | 10 | X | | | | |
| LOGISTICS MANAGEMENT IN THEATERS OF OPERATIONS | 17 | | X | | | |
| LOGISTICAL SUPPORT OF TACTICAL OPERATIONS | 12 | | | X | | |
| UNIT ADMINISTRATION AND MANAGEMENT | 24 | | X | | | |
| PERSONNEL ACCOUNTING | 13 | | | X | | |

SECTION IV - CAREER MANAGEMENT INFORMATION

| a. MOS Verification | b. Proficiency Pay Eligibility |
|---|---|
| VERIFIED | NOT ELIGIBLE FOR SUPERIOR PERFORMANCE PAY |

SECTION V - COMMANDER'S/SUPERVISOR'S REVIEW

I HAVE REVIEWED THIS REPORT AND HAVE DISCUSSED WITH THE INDIVIDUAL THE REPORT'S MEANING AND IMPACT ON CAREER DEVELOPMENT.

[X] AVERAGE EER SCORE (SEC IIa) is BELOW the average for individual's grade. I have recommended actions to improve duty performance.

[ ] EVALUATION SCORE (SEC IId) is BELOW 70 and I have taken action in accordance with para. 2-35, AR 600-200.

[X] MOS TEST RATINGS (SEC III) show LOW or VERY LOW results. I have suggested methods to improve job knowledge.

7 Sept 71
DATE

[signature]
SIGNATURE OF COMMANDER/SUPERVISOR

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 128 of 211

PERSONAL IN NATURE - USE PROTECTIVE COVER & ENVELOPE

USA EEC FORM 10, 1 JAN 71 Previous edition of this form is obsolete. DISTRIBUTION: ORIG — INDIV 201 FILE 1ST COPY — INDIV

DEPARTMENT OF THE ARMY
HEADQUARTERS, 14TH SUPPLY AND SERVICE BATTALION
APO 09165

AETVSC-QA-ADM

17 August 1971

SUBJECT: Letter of Commendation

THRU: Commanding Officer
26th Supply and Service Company
APO 09165

TO: Sergeant First Class John J. Hedberg
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
26th Supply and Service Company
APO 09165

1. I would like to take this opportunity to congratulate you on your outstanding performance after successfully completing the Mechanized Stock Control Course.

2. I am proud to have a man of your ability in my command and am looking forward to additional success from you in all of your future military endeavors. Once again, you have my sincere congratulations on a job well done.

3. A copy of this correspondence will be inserted into your official 201 file.

WILLIAM C. HARRIMAN
LTC, QMC
Commanding

DEPARTMENT OF THE ARMY
HEADQUARTERS, COMBAT SUPPORT TRA... CENTER
UNITED STATES ARMY, EUROPE
APO 09172

AEUO-LD

29 June 1971

SUBJECT: Letter of Commendation

THRU: Commanding Officer
14th Supply and Services Battalion
APO 09165

TO: Sergeant First Class John J. Hedberg
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
Company A
14th Supply and Services Battalion
APO 09165

1. On behalf of the Commanding Officer, I am pleased to designate you as a Superior Student of the DS/GS Mechanized Stock Control Course, LOG 85-OEC-12, of the Logistics Department. To qualify for this honor you attained a grade average of 93.5%.

2. I commend you on this achievement. Continued application of initiative and diligence such as that displayed here will result in additional success. Please accept my congratulations for this exceptional performance.

JOHN M. HOLKO, Jr.
LTC, QMC
Director

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 130 of 211

# Citation

BY DIRECTION OF THE PRESIDENT

# THE BRONZE STAR MEDAL

FIRST OAK LEAF CLUSTER

IS PRESENTED TO

SERGEANT FIRST CLASS JOHN J. HEDBERG
UNITED STATES ARMY

who distinguished himself by outstandingly meritorious service in connection with military operations against a hostile force in the Republic of Vietnam. During the period

DECEMBER 1969 TO DECEMBER 1970

he consistently manifested exemplary professionalism and initiative in obtaining outstanding results. His rapid assessment and solution of numerous problems inherent in a combat environment greatly enhanced the allied effectiveness against a determined and aggressive enemy. Despite many adversities, he invariably performed his duties in a resolute and efficient manner. Energetically applying his sound judgment and extensive knowledge, he has contributed materially to the successful accomplishment of the United States mission in the Republic of Vietnam. His loyalty, diligence and devotion to duty were in keeping with the highest traditions of the military service and reflect great credit upon himself and the United States Army.

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

GENERAL ORDER
NUMBER 1077

20 November 1970

## Award of the Bronze Star Medal

TC 439. The following AWARDS are announced.

SECTION I

FOSS, Blaine, [redacted] Sergeant, United States Army, Headquarters Company, 18th Engineer Brigade, APO 96377, January 1970 to November 1970

RICHARDSON, Don M., [redacted], Specialist Four, United States Army, Headquarters Company, 18th Engineer Brigade, APO 96377, January 1969 to December 1970

SECTION II

HEDBERG, John J., 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, Sergeant First Class, United States Army, Headquarters Company, 18th Engineer Brigade, APO 96377, December 1969 to December 1970

Awarded: Bronze Star Medal..............................Section I
Bronze Star Medal, First Oak Leaf Cluster.....Section II
Dates of Service: As Indicated in Standard Name Line
Theater: Republic of Vietnam
Authority: By direction of the President under the provisions of Executive Order 11046 and AR 672-5-1
Reason: For Meritorious Service

FOR THE COMMANDER:

R. C. BALDWIN
Major, AGC
Adjutant General

OFFICIAL:

Michael R Leibbert
MICHAEL R. LEIBBERT
1LT, CE
Acting Asst Adjutant General

DISTRIBUTION:
1-Rec Set
1-IO, 18th Engr Bde
1-CG, USAECV(P) ATTN: AVCC-A
1-COMUSMACV
7-CINCUSARPAC
2-CINCUSARPAC ATTN: GPOP-MH
2-Each Individual Concerned
3-201 File

SPECIAL DISTRIBUTION:
3-USA PER SVC SPT CNTR ATTN: AGPE-F
Ft Bn Harrison, Ind
2-Ch, OPO ATTN: EPADS-O
2-Ch, OPO ATTN: EPADS-G
2-Ch, OPO ATTN: EPADS-M

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

GENERAL ORDER
NUMBER 950

23 October 1970

TC 469. The following AWARDS are changed as indicated.

Action: Amendment
So Much Of: GO 924, this HQ, dated 14 October 1970
Pertaining To: HEDBERG, John J., 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, Sergeant First Class, United States Army, Headquarters Company, 18th Engineer Brigade, APO 96377, 1 June 1970 to 1 October 1970
As Reads: Army Commendation Medal
How Changed: Amended to Read; Bronze Star Medal

Action: Revocation
So Much Of: GO 811, this HQ, dated 9 September 1970
Pertaining To: KEILTY, Daniel F., [redacted] Private First Class, United States Army, Company A, 14th Engineer Battalion (Combat), APO 96495, January 1969 to October 1970

Action: Revocation
So Much Of: GO 829, this HQ, dated 14 September 1970
Pertaining To: MORRISON, John, [redacted] Sergeant First Class, United States Army, Company C, 864th Engineer Battalion (Construction), APO 96317, April 1970 to October 1970

Action: Revocation
So Much Of: GO 914, this HQ, dated 13 October 1970
Pertaining To: SMITH, Glenn E., [redacted] Specialist Four, United States Army, Headquarters Company, 589th Engineer Battalion (Construction), APO 96321, November 1969 to November 1970

Authority: By direction of the Secretary of the Army under the provisions of AR 672-5-1

FOR THE COMMANDER:

R. C. BALDWIN
Major, AGC
Adjutant General

OFFICIAL:

Michael R. Leibert

MICHAEL R. LEIBERT
1LT, CE
Acting Ajutant General

GENERAL ORDER NUMBER 950, dated 23 Ocober 1970, DEPARTMENT OF THE ARMY, Headquarters, 18th Engineer Brigade, APO San Francisco 96377 (Cont)

DISTRIBUTION:
1-Rec Set
1-IO, 18th Engr Bde
1-CG, USAECV(P) ATTN: AVCC-A
1-COMUSMACV
7-CINCUSARPAC
2-CINCUSARPAC ATTN: GPOP-MH
2-Each Individual Concerned
3-201 File
2-35th Engr Gp
2-864th Engr Bn
2-Co C, 864th Engr Bn
2-589th Engr Bn
2-45th Engr Gp
2-14th Engr Bn
2-Co A, 14th Engr Bn

SPECIAL DISTRIBUTION:
4-USA PER SVC SPT CNTR ATTN: AGPE-F
Ft Bn Harrison, Ind
2-Ch, OPO ATTN: EPADS-C
2-Ch, OPO ATTN: EPADS-G
2-Ch, OPO ATTN: EPADS-M

AETVSC-GA-R HEDBERG, John J. 3rd Ind
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 (21 Jun 72)
SUBJECT: Bar to enlistment/reenlistment

Headquarters, V CORPS SUPPORT COMMAND, APO 09757

TO Commanding Officer, 14th Sup & Svc Bn, APO 09165

Your attention is invited to 2d Ind.

FOR THE COMMANDER:

P.K. McGEE
2LT AGC
ASST AG

1 Incl
nc

TEL: FM 6119

# Department of the Army

## Certificate of Training

*This is to certify that*

SFC JOHN J. HEDBERG, SSAN: 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

*has successfully completed*

V COSCOM EIGHTEEN HOUR RACE RELATIONS SEMINAR

*Given at*

HANAU, GERMANY
19-22 MARCH 1973

GEORGE H. ZEIGLER JR.
RACE RELATIONS OFFICER

DA FORM 87
1 SEP 54 REPLACES DA FORM 87, 1 JAN 49, WHICH IS OBSOLETE

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

SPECIAL ORDERS
NUMBER 294
EXTRACT

21 October 1970

3. TC 438. Following MOS action directed.

HEDBERG, JOHN J 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 SFC 76Z50 HHC 18th Engr Bde (WC7CAA) APO 96377 SP

Awarded: S 76Y40
Withdrawn: NA
Source of PMOS: NA
Authority: Para 2-20, AR 600-200
Effective date: 21 Oct 70
Special Instructions: NA

FOR THE COMMANDER:

OFFICIAL:

R. C. BALDWIN
Major, AGC
Adjutant General

F. L. LAMPHERE
CW3, USA
Asst Adjutant General

DISTRIBUTION:
1-Rec Set
1-Ref Set
2-HHC 18th Engr Bde
1-Postal Locator
1-PIO
10-UPO
1-Indiv 201 File
5-Indiv conc

DEPARTMENT OF THE ARMY
Headquarters, 18th Engineer Brigade
APO San Francisco 96377

GENERAL ORDER
NUMBER 924

14 October 1970

AWARD OF THE ARMY COMMENDATION MEDAL

TC 439. The following AWARDS Are announced

SECTION I

GAY, John B. [redacted] First Lieutenant, Corps of Engineers, United States Army, Company D, 19th Engineer Battalion (Combat), APO 96240, 1 February 1970 to 24 July 1970

HANKS, George S., [redacted] Specialist Five, United States Army, Company A, 864th Engineer Battalion (Construction), APO 96317, 1 July 1970 to 31 August 1970

~~HEDBERG, John J.,~~ 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, Sergeant First Class, United States Army, Headquarters Company, 18th Engineer Brigade, APO 96377, 1 June 1970 to 1 October 1970

MCKAY, Stanley W., [redacted], First Lieutenant, Corps of Engineers, United States Army, Headquarters Company, 14th Engineer Battalion (Combat), APO 96495, 6 April 1970 to 5 August 1970

MICHAELIS, Richard L., [redacted] Specialist Four, United States Army, Company B, 14th Engineer Battalion (Combat), APO 96495, 13 September 1970

ORMSBY, Leonard H., [redacted], Staff Sergeant, United States Army, Company A, 299th Engineer Battalion (Combat), APO 96294, 24 April 1970 to 15 September 1970

THOMAS, Harold A. [redacted] Staff Sergeant, United States Army, Headquarters Company, 299th Engineer Battalion (Combat), APO 96226, 1 September 1970 to 30 September 1970

WELLS, Benjamin F. Jr, [redacted] Specialist Six, United States Army, Company A, 864th Engineer Battalion (Construction), APO 96317, 1 May 1970 to 30 June 1970

ZOLLICOFFER, Gene A., [redacted] Staff Sergeant, United States Army, Company D, 299th Engineer Battalion (Combat), APO 96226, 27 May 1970 to 13 September 1970

SECTION II

JOAQUIM, Ronald S., [redacted] Specialist Five, United States Army, Headquarters Company, 27th Engineer Battalion Combat), APO 96395, 1 April 1970 to 30 September 1970

GENERAL ORDER NUMBER 924, dated 14 October 1970, DEPARTMENT OF THE ARMY, Headquarters, 18th Engineer Brigade, APO San Francisco 96377 (Cont)

Awarded: Army Commendation Medal.....................................Section I
Army Commendation Medal, Second Oak Leaf Cluster.....Section II

Dates of Service: As Indicated in Standard Name Line
Theater: Republic of Vietnam
Authority: By direction of the Secretary of the Army under the provisions of AR 672-5-1
Reason: For Meritorious Achievement

FOR THE COMMANDER:

R. C. BALDWIN
Major, AGC
Adjutant General

OFFICIAL:

PAUL L BORSSUCK
1LT, CE
Asst Adjutant General

DISTRIBUTION:
1-Rec Set
1-IO, 18th Engr Bde
1-CG, USAECV(P) ATTN: AVCC-A
1-COMUSMACV
7-CINCUSARPAC
2-CINCUSARPAC ATTN: GPOP-MH
2-Each Individual Concerned
3-201 File
2-35th Engr Gp
2-864th Engr Bn
2-Co A, 864th Engr Bn
2-45th Engr Gp
2-14th Engr Bn
2-Co B, 14th Engr Bn
2-27th Engr Bn
2-937th Engr Gp
2-19th Engr Bn
2-Co D, 19th Engr Bn
2-299th Engr Bn
2-Co A, 299th Engr Bn
2-Co D, 299th Engr Bn

SPECIAL DISTRIBUTION:
2-TAGO ATTN: AGPF-F
2-USA PERS SVC SPT CNTR ATTN: AGPE-F
Ft Bn Harrison, Ind
2-Ch, OPO ATTN: EPADS-C
2-Ch, OPO ATTN: EPADS-G
2-Ch, OPO ATTN: EPADS-M
2-Ch, OPO ATTN: OPD-CE

K

AEAAG-PR HEDBERG, John J. 2d Ind MSG Daniels/mmm/7387
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 (21 Jun 72)
SUBJECT: Bar to Enlistment/Reenlistment

Headquarters, United States Army, Europe and Seventh Army, APO 09403
3 Jul 72

TO Commanding General, V Corps Support Command, ATTN: AETVSC-GA-R, APO 09757

1. Approved under the provisions of Chapter 1, Section VIII, Para 1-31(c)(2), AR 601-280.

2. A signed copy of this correspondence will be placed in the soldier's Personnel Records Jacket, (DA Form 201) where it will remain a permanent part of the file. The remark "Not recommended for further service" will be entered in the "Remarks" section of the DA Form 20.

3. Subject enlisted man will be advised that provided future performance and conduct warrant, this bar to enlistment/reenlistment may be voided.

FOR THE COMMANDER IN CHIEF:

C H Hare

1 Incl
nc

C. H. HARE
LTC, AGC
Asst Adjutant General

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 140 of 211

AETVSC-GA-R HEDBERG, John J., SFC, 1st Ind
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 (21 Jun 72)
SUBJECT: Bar to Enlistment/Reenlistment

DA, HEADQUARTERS, V CORPS SUPPORT COMMAND, APO 09757 28 JUN 1972

TO: Commander-In-Chief, U.S. Army, Europe & Seventh Army,
ATTN: AEAAG-PR, APO 09403

Recommend approval.

FOR THE COMMANDER:

P. K. McGEE
2LT AGC
ASST AG

1 Incl
DA Form 20

DATE 21 JUN 1972

BAR TO E[illegible]LISTMENT/REENLISTMENT
(USAREUR Suppl 1 to AR 601-280)

| TO | THRU | FROM |
|---|---|---|
| Commanding Officer<br>14th Sup & Svc Bn<br>APO 09165 | SFC John J. Hedberg<br>HHC, 14th Sup & Svc Bn<br>APO 09165 | Commanding Officer<br>HHC, 14th Sup & Svc Bn<br>APO 09165 |

SECTION I - COMMANDER'S CERTIFICATE

UP of Chapter I, Section VIII, paragraph 1-31, AR 601-280, I recommend the below named individual be barred from enlistment/reenlistment in the US Army for reasons indicated in item(s) 9 thru 12 as may be applicable. Prior to submission of this recommendation individual was counseled by the undersigned about his undersirable traits which are the basis for this action. Individual concerned has been counseled and advised of the adverse consequences that may ensue from this or similar personnel action.

| 1. NAME | 2. SSAN | 3. GRADE | 4. ETS | 5. DEROS |
|---|---|---|---|---|
| Hedberg, John J. | 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 | SFC E7 | 8 Jan 75 | 24 Feb 74 |

| 6. TOTAL ACTIVE SERVICE | 7. CONDUCT | 8. EFFICIENCY |
|---|---|---|
| 11 YRS 11 MOS 19 DAYS | UNSAT | GOOD |

9. RECORD OF COURT-MARTIAL CONVICTIONS (Indicate type, offense, sentence, date adj and app)

Special Court-Martial - Theft - Reduced to PV1, to perform hard labor without confinement for 3 months and forfeiture of $45.00 per month for six months - 2 months of 3 months hard labor suspended - Adj: 21 Jul 65, App 28 Jul 65.

10. RECORD OF NON-JUDICAL PUNISHMENT (Art 15) (Indicate offense, sentence and date)

None

11. RECORD OF NON-PAYMENT OF JUST DEBTS (Indicate dates of Letters of Indebtedness, Counseling, and Results)

Stereo Tape Club of America - 15 Sep 71
Beneficial Finance Company - 31 Aug 71, 6 Apr 72, 24 Apr 72
Household Finance Corporation - 12 Jan 72, 26 Apr 72
Government Employees Financial Corp. of Denver - 22 Mar 72

12. OTHER FACTUAL AND RELEVANT INDICATORS OF UNTRAINABILITY OR UNSUITABILITY (See Para 1-30, AR 601-280)

SFC Hedberg can definitely be an effective NCO if he can handle his own personal affairs. The letters of indebtedness on a senior NCO is a serious unwarranted matter and is not the way toward a professional Army. In addition to numerous letters of indebtedness, SFC Hedberg has had marital problems involving non-child support which has been discussed extensively between him, SFC Hedberg and the Battalion CSM. Again the above two situations alone make SFC Hedberg undesirable, at this time, for reenlistment into the Modern Professional Army.

| TYPE NAME, GRADE, BR OF COMMANDING OFFICER | SIGNATURE |
|---|---|
| RODNEY S. OKABAYASHI, CPT, QMC, COMMANDING | [signature] |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 142 of 211

SECTION II - INDIVIDUAL'S REVIEW

1. I have been furnished a copy of my Commanding Officer's Certificate (Section I) to bar me from further enlistment/reenlistment.

2. I have been counseled and advised of the basis for this action.

3. I ☐ do ☒ do not desire to submit a statement in my own behalf. (If applicable, statement attached.)

| TYPE NAME, GRADE, SSAN AND DATE | SIGNATURE |
|---|---|
| JOHN J. HEDBERG, SFC, 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 | [signature] |

SECTION III - REVIEW AND RECOMMENDATION OF BATTALION OR NEXT HIGHER COMMAND

| TO: | THRU: | FROM: |
|---|---|---|
| COMMANDING GENERAL<br>V COSCOM<br>APO 09757 | COMMANDING OFFICER<br>14TH S&S BN.<br>APO 09165 | COMMANDING OFFICER<br>HHC, 14TH S&S BN.<br>APO 09165 |

I have reviewed Section I and II of bar to enlistment/reenlistment and recommend that the individual:

☒ Be barred from enlistment/reenlistment.

☐ Not be barred from enlistment/reenlistment.

COSCOM REENL
26 JUN 1972

| TYPE NAME, GRADE AND BR OF OFFICER | SIGNATURE |
|---|---|
| WILLIAM C. HARRIMAN LTC, QMC COMMANDING | [signature] |

INSTRUCTIONS

1. This form will be prepared in sufficient copies so as to arrive at approving headquarters in triplicate.

2. If more space for items is required, continue on separate sheet and attach.

3. After completion of Section I by the unit commander, the Bar to Enlistment/Reenlistment will be referred to the individual being barred for a statement in his own behalf, as required by AR 640-98, and completion of Section II. The individual will be allowed a reasonable period of time for the preparation of his comment and collection of any documents and/or pertinent materials. One copy of this form will be provided the individual being barred before referral to the next higher headquarters.

4. The Battalion or/equivalent level Commander will personally review Section I and II and make appropriate recommendation in Section III and then forward to the Brigade/Group/Regiment Commander for further indorsement to the approving headquarters.

DISPOSITION FORM

For use of this form, see AR 340-15; the proponent agency is The Adjutant General's Office.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
| --- | --- |
| AFVA-34SPT-A | Review of Bar to Reenlistment; HEDBERG, John J. |

TO Commander
1st Cavalry Division
ATTN: AFVA-AG-PSD
Fort Hood, Texas 76545

FROM Commander, Company A
34th Support Battalion
1st Cavalry Division
Fort Hood, Texas 76545

DATE 31 Jan 75

CMT 1

1. SFC Hedberg's records have been reviewed and all matters have been considered in reference to the Bar to Reenlistment now in SFC Hedberg's records.

2. I recommend that the Bar to Reenlistment now in SFC Hedberg's records not be lifted.

JOSEPH F. LABASAN
CPT, QM
Commanding

DA FORM 1 FEB 62 2496 REPLACES DD FORM 96, EXISTING SUPPLIES OF WHICH WILL BE ISSUED AND USED UNTIL 1 FEB 63 UNLESS SOONER EXHAUSTED.

☆GPO: 1971 O - 426-725

AFVA-34SPT-A

Review of Bar to Reenlistment; HEDBERG, John J.

Commander
1st Cavalry Division
ATTN: AFVA-AG-PSD
Fort Hood, Texas 76545

Commander, Company A
34th Support Battalion
1st Cavalry Division
Fort Hood, Texas 76545

31 Jan 75

1. SFC Hedberg's records have been reviewed and all matters have been considered in reference to the Bar to Reenlistment now in SFC Hedberg's records.

2. I recommend that the Bar to Reenlistment now in SFC Hedberg's records not be lifted.

JOSEPH F. LABASAN
CPT, QM
Commanding

AFVA-34SPT-A

Review of Bar to Reenlistment; HEDBERG, John J.

Commander
1st Cavalry Division
ATTN: AFVA-AG-PSD
Fort Hood, Texas 76545

Commander, Company A
34th Support Battalion
1st Cavalry Division
Fort Hood, Texas 76545

31 Jan 75

1. SFC Hedberg's records have been reviewed and all matters have been considered in reference to the Bar to Reenlistment now in SFC Hedberg's records.

2. I recommend that the Bar to Reenlistment now in SFC Hedberg's records not be lifted.

JOSEPH F. LABASAN
CPT, QM
Commanding

AFVA-34SPT-A

Review of Bar to Reenlistment; HEDBERG, John J.

Commander
1st Cavalry Division
ATTN: AFVA-AG-PSD
Fort Hood, Texas 76545

Commander, Company A
34th Support Battalion
1st Cavalry Division
Fort Hood, Texas 76545

31 Jan 75

1. SFC Hedberg's records have been reviewed and all matters have been considered in reference to the Bar to Reenlistment now in SFC Hedberg's records.

2. I recommend that the Bar to Reenlistment now in SFC Hedberg's records not be lifted.

JOSEPH F. LABASAN
CPT, QM
Commanding

AFVA-34SPT-A

Bar of Reenlistment RE: Hedberg, John J. 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

Commander
34th Support Battalion
1st Cavalry Division
Fort Hood, Texas 76545

Commander, Company A
34th Support Battalion
1st Cavalry Division
Fort Hood, Texas 76545

26 Dec 74

1. Recommend that the Bar to Reenlistment in the case of SFC Hedberg, John J. 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 be lifted.

2. SFC Hedberg is currently assigned as PSG of this unit's Supply Platoon. He has performed the inherent duties of that position in an outstanding manner, and appears to have overcome the alcoholic and indebtedness problems incident to separation and divorce proceedings that led to Bar to Re-enlistment.

3. It is my opinion that the army would lose a valuable asset in not allowing SFC Hedberg to extend in service.

JOSEPH F. LABASAN
CPT, QM
Commanding

AFVA-34SPT-31

TO: Commander
2nd Brigade
1st Cavalry Division
Fort Hood, Texas 76545

FROM: Commander
34th Support Battalion
1st Cavalry Division
Fort Hood, Texas 76545

DATE: 1 Jan 75 CMT: 2

1. Strongly recommend that the bar to reenlistment in the case of SFC Hedberg, John J., 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, be lifted.

2. In my opinion, SFC Hedberg can and does perform his job in a reliable, efficient and professional manner. He has demonstrated that his problems have been overcome and will no longer affect his job performance.

CHARLES L. HERRING
MAJ, OD
Acting Commander

7351
5-7521
2303

SD | | C-7 34th Sup

**SECTION I**

1. The following personnel security action is effective this date — (date)
*(Action is taken under provisions of AR 604–5 unless otherwise stated.)*

| | DEGREE OF CLEARANCE | INTERIM OR FINAL | CRYPTO | CRYPTO ACCOUNT NUMBER |
|---|---|---|---|---|
| ISSUE | | | | |

| | DEGREE OF CLEARANCE | GRANTED BY | DATE GRANTED |
|---|---|---|---|
| VALIDATION | Secret | HQ 14th Sup & Svc Bn | 5 Aug 71 |

☐ Under provisions of AR 690–1, security determination is granted.
☐ DA Form 873 is temporarily held in this office pending completion of personnel security action per para 22, AR 604–5.

2. Request the following action (as applicable):
*(Action is taken under provisions of AR 604–5 unless otherwise stated.)*

☐ File inclosure(s) in official personnel folder file;
make appropriate entry on DA Form 1;
return any previously granted interim clearance; and
destroy this correspondence upon completion of action.

| | TYPE INVESTIGATION | COMPLETED BY | DATE |
|---|---|---|---|
| ☐ Verify or enter data at right on DA Form 20 or DA Form 66. | LFC | HQ 14th S&S Bn | 5 Aug 71 |
| | TYPE BRING UP | COMPLETED BY | DATE |
| | | | |

☐ UP AR 600–200, enter the following security code on DA Form 20: (security code)

☐ Maintain this form as record of security clearance and familiarization with pertinent security regulations *(See Section III)*. Complete Section II and return to security clearance section only on change of status.

| INCLOSURES *(with personnel copy)* | SIGNATURE |
|---|---|
| | [signature] |

**SECTION II** *(Complete and return to security clearance section upon change of status)*

| DATE DUTY TERMINATED OR STATUS CHANGED | REASON FOR CHANGE OF STATUS |
|---|---|
| | ☐ PERMANENT CHANGE OF STATION |
| ☐ COPY OF ORDERS ATTACHED: ORDERS NUMBER | ☐ INTRAPOST/ACTIVITY TRANSFER |
| ☐ SUBJECT INDIVIDUAL WAS DEBRIEFED IN ACCORDANCE WITH PARAGRAPH 29, AR 380–5, AND THE FOLLOWING: | ☐ TERMINATION OF SERVICE ☐ OTHER *(explain in Remarks)* |
| | ☐ DEATH ☐ NAME CHANGE *(explain in Remarks)* |

REMARKS

*(SECTION III ON REVERSE)*

FH FORM 17 FEB 60 1033 (SEC) **NOTIFICATION OF PERSONNEL SECURITY ACTION**

# SECURITY TERMINATION STATEMENT AND DEBRIEFING CERTIFICATE

For use of this form, see AR 380-5; proponent agency is OACSI.

DATE: 6 FEB 75

## PART I - BASIC INFORMATION

FROM (Originating Headquarters): AG Transfer Point Fort Hood Texas

LAST NAME - FIRST NAME - MIDDLE INITIAL: HEDBERG John S.

DOSSIER NO.:

GRADE (Mil or Civ): E-7

SOCIAL SECURITY ACCOUNT NO.: 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

DATE OF BIRTH (Day, Mo. Yr): 15 Jun 42

PLACE OF BIRTH (City, State, Country): TACOMA, WASHINGTON Pierce

## PART II - REFERENCES

a. APPLICABLE TO ALL PERSONNEL WHO HAVE HAD ACCESS TO DEFENSE INFORMATION:

(1) ESPIONAGE LAWS: TITLE 18, U.S. CODE, SECTIONS 793, 794 AND 798 (*"temporary extension of Section 794"*).

(2) INTERNAL SECURITY LAWS: TITLE 50, U.S. CODE, SECTION 783.

(3) AR 380-5

b. ADDITIONALLY APPLICABLE TO PERSONNEL WHO HAVE HAD ACCESS TO *RESTRICTED DATA:*

(1) ATOMIC ENERGY ACT OF 1954: TITLE 42, U.S. CODE, SECTIONS 2014, 2162, 2274, 2275, 2276 AND 2277.

(2) AR 380-150

c. ADDITIONALLY APPLICABLE TO PERSONNEL WHO HAVE HAD ACCESS TO *CRYPTOGRAPHIC* MATERIAL OR INFORMATION:

(1) ESPIONAGE LAWS: TITLE 18, U.S. CODE, SECTION 798.

(2) AR 380-40

d. ADDITIONALLY APPLICABLE TO PERSONNEL WHO HAVE HAD ACCESS TO INFORMATION SPECIALLY COMPARTMENTED BY DOD OR DA DIRECTIVE:

LETTER, AGAM-P *(M)* *(23 Dec 63)* ACSI-AS, HQ DA, 2 JAN 64, SUBJECT: "SECURITY POLICY FOR MILITARY SPACE PROGRAMS".

e. OTHER: *(Specify)**

## PART III - SECURITY TERMINATION AND DEBRIEFING STATEMENT

1. I acknowledge that I have read the applicable material for the level of classified information to which I have had access, and I understand that the revelation of classified information to an unauthorized person or agency is prohibited and punishable by law. My initials below attest to the level of access which I have had and to the applicable material, as identified in References, which I have read.

**EXTENT OF ACCESS**

| INITIALS | |
|---|---|
| JSH | a. TOP SECRET - SECRET (circled) - CONFIDENTIAL defense information *(Reference a)*. |
| | b. RESTRICTED DATA *(Reference b)*. |
| | c. CRYPTOGRAPHIC material or information *(Reference c)*. |
| | d. Information specially compartmented by Department of Defense or Department of the Army directives. *(SPECIAL ACCESS Information)* |
| | e. Other: *(Specify)** |

2. I do not have classified material or documents in my possession.
3. I will not divulge classified information orally, in writing, or by any other means, to an unauthorized person or agency.
4. I will immediately report to the Federal Bureau of Investigation, my supervisor/commander, or other military authority, as appropriate, any attempt by an unauthorized person or agency to obtain classified information.
5. I received an oral debriefing, immediately prior to the execution *(i.e., signature)* of this Security Termination Statement.
6. Final briefing under provisions of AR 381-12 conducted this date.

* *Can include access to information covered by treaties involving the U.S. (i.e., AR 380-15, AR 380-16, or AR 380-17) plus any travel restrictions.*

DISTRIBUTION:
FIELD 201 FILE *(Military)*
LOCAL SECURITY FILE

SIGNATURE: [signature]

DA FORM 2962, 1 JAN 71 — EDITION OF 1 APR 65 IS OBSOLETE.

HEDBERG, John J.
E-7
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

# DEPENDENT MEDICAL CARE AND DD FORM 1173 STATEMENT

*INSTRUCTIONS FOR PREPARATION AND DISPOSITION IN SECTION III.*

2. DATE OF PREPARATION
6 FEB 75

## SECTION I - DEPENDENT MEDICAL CARE STATEMENT

3. I STATE: *(Check appropriate box and complete "b" if applicable)*

a. [X] I DO NOT HAVE A DEPENDENT RECEIVING MEDICAL CARE IN A UNIFORMED SERVICES MEDICAL FACILITY OR CIVILIAN CARE UNDER THE UNIFORMED SERVICES HEALTH BENEFITS PROGRAM.

b. [ ] THE FOLLOWING INFORMATION IS FURNISHED PERTAINING TO EACH OF MY DEPENDENTS RECEIVING MEDICAL CARE IN A UNIFORMED SERVICES MEDICAL FACILITY OR CIVILIAN MEDICAL CARE UNDER THE UNIFORMED SERVICES HEALTH BENEFITS PROGRAM.

| NAME OF DEPENDENT | RELATIONSHIP | NAME AND ADDRESS OF SERVICE OR CIVILIAN MEDICAL FACILITY *(Include ZIP Code)* | NAME AND ADDRESS OF CIVILIAN PHYSICIAN *(if applicable)* *(Include ZIP Code)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## SECTION II - DD FORM 1173 *(UNIFORMED SERVICES IDENTIFICATION AND PRIVILEGE CARD)* STATEMENT

4. I AM UNABLE TO SURRENDER DD FORMS 1173 ISSUED TO MY DEPENDENTS DUE TO THE FOLLOWING CIRCUMSTANCES:

5. I STATE: *(Check applicable box)*

a. *(PERSONNEL BEING SEPARATED BY OTHER THAN RETIREMENT)*

[X] I UNDERSTAND THAT AFTER 2400 HOURS ON THE EFFECTIVE DATE OF MY SEPARATION, MY DEPENDENTS WILL NOT BE ELIGIBLE FOR MEDICAL CARE AT UNIFORMED SERVICES FACILITIES OR FOR CIVILIAN MEDICAL CARE UNDER THE UNIFORMED SERVICES HEALTH BENEFITS PROGRAM.

b. *(RETIREES)*

[ ] I UNDERSTAND THAT THE GOVERNMENT'S RESPONSIBILITY FOR CHARGES INCIDENT TO CIVILIAN MEDICAL CARE OF MY DEPENDENTS WILL BE AS ESTABLISHED FOR DEPENDENTS OF RETIRED MEMBERS.

6. SHOULD DD FORMS 1173 BE LOCATED, I WILL RETURN THEM BY MAIL TO THE HEADQUARTERS OF THE PARENT SERVICE.

7. SIGNATURE OF SEPARATEE
[signature]

## SECTION III - INSTRUCTIONS FOR PREPARATION AND DISPOSITION

8. PREPARATION

a. SECTION I, DEPENDENT MEDICAL CARE STATEMENT, will be completed by all individuals who are being separated or released from active duty. Members retiring will complete item 3b only if dependents are receiving civilian medical care under the Health Benefits Program.

b. SECTION II, DD FORM 1173 STATEMENT, will be completed by all individuals being separated who are unable to surrender all DD Forms 1173 issued to their dependents.

c. Form will be prepared in original copy only.

d. Item 1 will be completed by use of Standard Personnel Addressing Machine Plate, other personnel plate, or typewriter when the use of the plate has not been authorized.

9. DISPOSITION

a. When an individual checks box 3b, commander effecting separation or retirement will comply with the provisions of the Joint Regulations, "Uniformed Services Health Benefits Program," *(AR 40-121/SECNAV INST 6320.8C/AFR 168-9/ PHS GEN. CIR. No. 6/CG COMDTINST 6320.2A)* regarding notification to (1) the uniformed services medical facility concerned *(other than retirement)* or (2) the Executive Director, Office for Civilian Health and Medical Program of the Uniformed Services or oversea commander, as appropriate.

b. Item 6-When an individual cannot produce a DD Form 1173 issued to his dependents due to refusal of the dependent to surrender the DD Form 1173, commander effecting separation or retirement will forward a letter of particulars, including address of the dependent, to the Headquarters of the parent service.

c. This form will be disposed of as indicated below. When action is taken in accordance with paragraph 9a above, a copy of the action will be attached to this form for filing.

(1) For Army personnel, file as a permanent document in individual's Personnel Records Jacket *(DA Form 201)*.

(2) For Navy personnel, forward to Chief of Naval Personnel *(Pers-E)*.

(3) For Air Force personnel, file as a permanent document in individual's personnel records.

(4) For Marine Corps personnel, file in the Service Record Book or Officer Qualification Jacket, as appropriate.

(5) For Coast Guard personnel; enlisted, file as permanent document in individual's Service Record; officer, forward to Commandant *(PO)*.

(6) For Environmental Science Services Administration personnel, file as a permanent document in the Personnel File of the individual.

DD FORM 1 JUL 67 1407 REPLACES EDITION OF 1 NOV 62, WHICH IS OBSOLETE. ☆GPO—1972—769-275/1088

DEPARTMENT OF THE ARMY
HEADQUARTERS 1ST CAVALRY DIVISION
Fort Hood, Texas 76545

SPECIAL ORDERS
NUMBER 025
EXTRACT

3 February 1975

416. TC 214. Following reassignment directed. No travel involved.

HEDBERG JOHN JOSEPH 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 SFC 76Z50 Co A 34th Spt Bn

1st Cavalry Division (W CBJAOA) Fort Hood, Texas 76545

ADMINISTRATIVE ACCOUNTING DATA
Auth: Chap 2 AR 635-200 SPD: JBK
PCS MDC: NZE5

FOR THE INDIVIDUAL
Assigned to: Adjutant General Transfer Point US Army Garrison (WOVC1A9)
Fort Hood, Texas 76545
Reporting date: 0700 hrs 6 Feb 75
Leave data: Not Applicable
Special Instructions: Enlisted Man assigned for purpose of Separation Processing.

FOR THE COMMANDER:

HQDRS 1ST CAV DIV
OFFICIAL
FORT HOOD TEXAS

JACK N. MERRITT
Colonel, GS
Chief of Staff

E. H. WILLIAMS
LTC, AGC
Adjutant General

DISTRIBUTION:
15-Individual
12-PR Out Processing
3-PSD (FO)
1-Post Locator
2-SIDPERS
1-1st Cav Div Education Center
1-Chief PSD
3-Cdr, Co A 34th Spt Bn

1st Cav Div Form-57
7 Nov 74 AFVA-AG-PSD-OP

DEPARTMENT OF THE ARMY
HEADQUARTERS, III CORPS and FORT HOOD
Fort Hood, Texas 76544

SPECIAL ORDERS
NUMBER 26
EXTRACT

5 February 1975

43. TC 300. Following individual DISCHARGED as indicated. TDN TPA

HEDBERG, JOHN J 553 36 1429 SFC 76Z50
AG Trf Pt USAG (WOVCIA) Fort Hood, Texas 76544 FORSCOM

ADMINISTRATIVE ACCOUNTING DATA
Auth: Not required
HOR: Rt #3 Box 1380-A, Auburn, WA
Perm adrs: 3802 S. 328th St., Auburn, WA 98002
Pl EAD or OAD: Republic of Vietnam
Last perm dy sta: Co A 34th Spt Bn 1st Cav Div
Ft Hood TX 76545 FORSCOM
SPD: NA
PCS MDC: 7BE5

FOR THE INDIVIDUAL
Reserve grade, component: NA
Reserve assignment: NA
Effective date of discharge: 6 February 1975 A-7-6
Type of discharge: HONORABLE Department of Defense Form 256A Authorized.
Reason: Not required
UMTS Act obligation: NA
Special Instructions: Table 2-5 AR 601-210 applies; AR 600-37 complied with. Individual to report to Post Transportation immediately upon receipt of orders if shipment of HHG is desired.

FOR THE COMMANDER:

JOSEPH N. JAGGERS, JR
Colonel, GS
Chief of Staff

OFFICIAL:

L[illegible] H. ANDERSON, JR
Major, SigC
Assistant AG

Para43 SO26 DA, HQ III Corps & Ft Hood, Ft Hood, TX 76544 dtd 5 February 1975

DISTRIBUTION:
5 Adjutant General of WA Camp Murray, Tacoma, WA 98430
25 to: SFC Hedberg
3 FDRF
2 AG Trf Pt File
35 AG Orders Sec (Record Set)
1 AER
1 Stockade Provost Sgt
2 Post Locator Ft Hood, TX 76544
5 AG Trf Pt USAG (WOVCIA) Ft Hood (For MR Pur)
1 Postal Officer Co A 34th Spt Bn 1st Cav Div
1 G2/DSEC Attn: Pers Scty
2 ALBBAG-PR(RCCC)

DEPARTMENT OF THE ARMY
HEADQUARTERS, III CORPS and FORT HOOD
Fort Hood, Texas 76544

SPECIAL ORDERS
NUMBER 26
EXTRACT

5 February 1975

43. TC 300. Following individual DISCHARGED as indicated. TDN TPA

HEDBERG, JOHN J 553 36 1429 SFC 76Z50
AG Trf Pt USAG (WOVCIA) Fort Hood, Texas 76544 FORSCOM

ADMINISTRATIVE ACCOUNTING DATA
Auth: Not required
HOR: Rt #3 Box 1380-A, Auburn, WA
Perm adrs: 3802 S. 328th St., Auburn, WA 98002
Pl EAD or OAD: Republic of Vietnam
Last perm dy sta: Co A 34th Spt Bn 1st Cav Div
Ft Hood TX 76545 FORSCOM
SPD: NA
PCS MDC: 7BE5

FOR THE INDIVIDUAL
Reserve grade, component: NA
Reserve assignment: NA
Effective date of discharge: 6 February 1975 A-7-6
Type of discharge: HONORABLE Department of Defense Form 256A Authorized.
Reason: Not required
UMTS Act obligation: NA
Special Instructions: Table 2-5 AR 601-210 applies; AR 600-37 complied with. Individual to report to Post Transportation immediately upon receipt of orders if shipment of HHG is desired.

FOR THE COMMANDER:

JOSEPH N. JAGGERS, JR
Colonel, GS
Chief of Staff

OFFICIAL:

HEADQUARTERS III CORPS AND FORT HOOD
- Official -
FORT HOOD, TEXAS

L[illegible] H. ANDERSON, JR
Major, SigC
Assistant AG

Para43 SO26 DA, HQ III Corps & Ft Hood, Ft Hood, TX 76544 dtd 5 **February** 1975

DISTRIBUTION:
5 Adjutant General of WA Camp Murray, Tacoma, WA 98430
25 to: SFC Hedberg
3 FDRF
2 AG Trf Pt File
35 AG Orders Sec (Record Set)
1 AER
1 Stockade Provost Sgt
2 Post Locator Ft Hood, TX 76544
5 AG Trf Pt USAG (WOVCIA) Ft Hood (For MR Pur)
1 Postal Officer Co A 34th Spt Bn 1st Cav Div
1 G2/DSEC Attn: Pers Scty
2 ALBBAG-PR(RCCC)

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 156 of 211

HEDBERG JOHN JOSEPH

HEDBERG, JOHN JOSEPH

~~RA 19 669 708~~ 553 36 1429

RA 19669708

1. NAME (Last, first, middle initial) AND SERVICE NUMBER

| 2. GRADE | 3. DATE OF RANK | 4. PPD | 5. ADD PAY ELIG | * | 6. DATE OF BIRTH | 7. RACE | * | 8. DUTY MOS |
|---|---|---|---|---|---|---|---|---|
| SFC | 700428 | | — | | 15Jun42 | CAU | | |

| 9. RELIGION | * | 10. MAR. STATUS and NO. DEPN | | * |
|---|---|---|---|---|
| Presbyterian | | MARD | 3 | |

**22. MILITARY OCCUPATIONAL SPECIALTIES**

| VERIF | TYPE | CODE | TITLE | * | DATE |
|---|---|---|---|---|---|
| | P MOS | 76Z50 | Supply NCO | J | 28Apr70 |
| | S MOS | 76Y40 | Unit & Org Spl Spec | | 24Aug67 |
| | MOS | | | | |
| | MOS | | | | |

**23. MOS EVALUATION SCORES**

| DATE OF EVAL | SCR | DATE OF EVAL | SCR | DATE OF EVAL | SCR |
|---|---|---|---|---|---|
| 7105 | 76 | MAY72 | 64 | 73025 | 67 |
| 6862 | 100 | FEB72 | 100 | 7402 | 76 |

**11. ENLISTED, INDUCTED, REENLISTED, EXTENDED, AND/OR OAD**

| COMPONENT | EFFECTIVE DATE (Day,Month,Year) | LENGTH | * | EXPIRATION DATE (Day,Month,Year) |
|---|---|---|---|---|
| RA | 681211 | 6yrs | | 750109 |
| | | | | |
| ORDERED TO ACTIVE DUTY | | | | 2708T |

12. NON-CONUS RESIDENT — *

13. ENLISTED OR VOLUNTEERED FOR —

**14. — RESERVE COMPONENT INFORMATION**

| | |
|---|---|
| READY RESERVE OBLIGATION EXPIRATION DATE | |
| DA FORM 1140 AGREEMENT EXPIRATION DATE | |
| RETIREMENT YEAR ENDING DATE | |
| SERVICE OBLIGATION EXPIRATION DATE | |
| CRITICAL OCCUPATION AND DOT CODE | |
| HOME OF RECORD | |

**15. — RES COMM AND WO STATUS**

| GRADE | BRANCH | SERVICE NUMBER |
|---|---|---|
| | | |

DA FORM 67-S SUBM FOR PERIOD

**16. SERVICE DATES**

| TYPE | DATE |
|---|---|
| BASD | 60 07 29 |
| BPED PEBD | 60 07 29 |
| BESD | 60 07 29 |
| LAST PCS | 740801 |
| SDA CODE AEA 6 | — |

**24. APTITUDE TESTS**

| FORM | SCORE | RETEST SCORE | APTITUDE AREAS | SCORE | RETEST SCORE |
|---|---|---|---|---|---|
| VE- | 115 | 123 | IN | | 75 |
| AR- | 116 | 122 | AE | | 99 |
| SM- | 94 | 114 | EL | 108 | 96 |
| PA- | 109 | 111 | GM | 99 | 113 |
| ACS- | 100 | 112 | MM | 89 | 99 |
| AI- | 84 | 90 | CL | 105 | 116 |
| MA- | 100 | 117 | GT | 116 | 123 |
| ELI- | 112 | 85 | RC | None | None |
| GIT- | 107 | | CO-A | 111 | |
| CI- | 52 | | CO-B | 103 | |
| ARC- | Unsat | | | | |
| PLACE TESTED | FtOrd,CA | | PLACE RETESTED | | |
| DATE TESTED | 15Apr60 | | DATE RETESTED | 15Jul60 | |

**25. OTHER TESTS**

| TEST | SCORE | GROUP | DATE |
|---|---|---|---|
| MDB-1 | 113 | | 5Jul60 |
| OCT- | | | |
| ALAT- | 25 | | 5Jul60 |
| Types | 35 WPM | | |

26. TRAINING RECOMMENDED —

**27. MILITARY EDUCATION**

| TITLE OF COURSE | MOS CODE | SCHOOL | WEEKS | YEAR |
|---|---|---|---|---|
| Finance Proc Crse | 730.00 | Fin | 5 | 60 |
| FinMgtIntegratedAcctCrs | 733.10 | Fin | 5 | 60 |
| NCO Academy 7th Army | | 7th Army | 5 wks | 71 |

**17. PHYSICAL STATUS**

| P | U | L | H | E | S | CODE | DATE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | 1 | A | 741210 |

HEIGHT 70 IN. WEIGHT 140 LBS. GLASSES ☐ YES ☒ NO

18. ASSIGNMENT LIMITATIONS — *

19. INVESTIGATIONS AND CLEARANCES *

~~NAC 28Jan70 DOD NACC~~ "S"

~~SPH Comp: 12Dec69~~ Para 3-1d AR 604-5

LFC 5Aug71

**28. Ref45 SPECIALIZED TRAINING**

| TYPE | WEEKS | COMPLETED |
|---|---|---|
| ATP 21-114 | | 9Aug60 |
| Code of Cond | | 690722 |
| ~~Mil Just~~ | | ~~28 Feb 70~~ |
| SE & E | | 690623 |
| Civil Affairs | | 23Jun69 |
| CBR Tng | | 700314 |
| RVN Tng | | 15Nov69 |

**29. QUALIFICATION IN ARMS**

| WEAPON | COURSE | QUAL | SCORE | DATE |
|---|---|---|---|---|
| M-14 Rifle | RF | EX | 60 | 6009 |
| M-16 Rifle | RF | SS | 52 | 6911 |

**20. BIRTHPLACE AND CITIZENSHIP** *

| | | |
|---|---|---|
| SELF | TacomaWash | US |
| SPOUSE | Manhatten,Kan. | US |
| FATHER | Minot N.D. | US |
| MOTHER | TacomaWash | US |

**21. — RESIDENCE IN FOREIGN COUNTRY**

| LAST YEAR | COUNTRY | LENGTH |
|---|---|---|
| | | |

**30. — LANGUAGES (Specify)**

| LANGUAGE | INTER. | TRANS. | SPK ABIL | SPK SCR | READ ABIL | READ SCR | DATE OF TEST AND/OR INTERVIEW | DATE DA FORM 330 SUBMITTED |
|---|---|---|---|---|---|---|---|---|
| | | | | | — | — | | |

DA FORM 20, 1 JAN 65 — REPLACES DA FORMS 20, 1 NOV 54 AND 24, 1 JUN 61 WHICH ARE OBSOLETE EFFECTIVE 1 APR 65.

ENLISTED QUALIFICATION RECORD (AR 600-200)

* Space reserved for future coding.

| 39. CAMPAIGNS | |
|---|---|
| DESIGNATION | AUTHORITY |
| Vietnam Defense Campaign | ~~NUAL~~ USARPACGO490 5Sep68 |
| Vietnam Counter Offensive | ~~NUAL~~ USARPACGO491 5Sep68 |
| ~~Vietnam Counter Offensive Phase II~~ | ~~DA Msg 826198 Aug67~~ |
| ~~[illegible]~~ | ~~DA Msg DIC 021746Z Jan70~~ |
| VN Counteroffensive Phase II | USARPACGO492 5Sep68 |
| VN WINTER/SPRING | DA Msg 282101Z Aug70 |
| VN SANCTUARY | DA Msg (AR672-5-1) |
| VN COUNTER OFFENSIVE PH VII | DA Msg (AR672-5-1) |

| 41. AWARDS AND DECORATIONS | | | |
|---|---|---|---|
| TYPE | * | AUTHORITY | ISSUED |
| ~~VNSM VCM~~ RVNCM | | ~~AR 672-5-1~~ | |
| ~~VNSM~~ VSM | | AR 672-5-1 | |
| NDSM | | AR 672-5-1 | |
| 2 O/S Bars | | AR 670-5 | |
| AFEM (Korea) | | AR 672-5-1 | |
| GCMDL (1st Awd) | | GO#258 Hq5thInfDiv(MO)1969 | |
| 3rd O/S Bar | | AR 670-5 | |
| ~~ARCOM~~ | | ~~GO#924 HQ18thEngrBde (14Oct70)~~ | ~~Yes~~ |
| RVNCM W/60Device | | AR 672-5-1 | |
| +BSM | | GO950HQ18thEngrBde 23Oct70 | ~~yes~~ |
| 4th O/S Bar | | AR 670-5 | |
| BSM w 1st OLC | | GO1077HQ18thEngrBde 20Nov70 | ~~yes~~ |

| 40. WOUNDS | |
|---|---|
| BRIEF DESCRIPTION | DATE |

42. REMARKS

~~CONUS AREA OF PREF~~

~~OVERSEAS AREA OF PREF~~

~~EM Will Complete 2 Yr Service Obligation 27 Apr 72~~

PHOTO TAKEN:

RE-3B+3

Chap 2 AR635-200 Table 2-5 AR601-210

Honorable SPD JBK applies

"Not recommended for further service".

Tables 2-2 & 2-3 AR 601-280

EER sbm to USAEEC 730702 for pd inding7303/

Reviewed - Not recom for removal

CONUS Area of Preference FT RILEY, KS 52

Oversea Area of Preference Europe 5

UCMJ & Bfts of Hon Disch 700228 Photo taken

Geneva-Hague Conventions inst 700221

43. INSERTS

DATE DA FORM 20A FOR CONTINUATION OF ITEMS ON BASIC DA FORM 20 ADDED

DATE DA FORM 20B RECORD OF COURT-MARTIAL CONVICTION ADDED 28Jul65

44. TIME LOST UNDER SECTION 972, TITLE 10, UNITED STATES CODE AND SUBSEQUENT TO NORMAL DATE ETS

| FROM | TO (Inc) | DAYS | REASON |
|---|---|---|---|
| 11JAN71 | 21JAN71 | 11 | AWOL |
| 25JAN71 | 11FEB71 | 18 | AWOL |
| | | | 29 DBT |

45. ITEM CONTINUATION

| ITEM NO. | DATA |
|---|---|
| ~~20~~ | ~~/Geneva Conv/21Feb70/~~ |

46. SUBMISSION OF DUPLICATE DA FORM 20 AND REPORT OF CHANGES

| DATE DUPL DA FORM 20 SUBMITTED | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [redacted] | | | | | | | | | | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 29Apr | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

47. SIGNATURE OF INDIVIDUAL (Name, grade and date)

John J. Hedberg SFC 29 Apr 70

48. DATE OF AUDIT

74/12/10

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 158 of 211

38.

RECORD OF ASSIGNMENTS

| EFFECTIVE DATE | DUTY MOS | PRINCIPAL DUTY | ORGANIZATION AND STATION OR THEATER | EP CONDUCT MO/YR | EP EFFICIENCY MO/YR | REASON |
|---|---|---|---|---|---|---|
| 30Jun60 | | Basic Combat Training | CoD7thBC3rdBde(TNG) Ft.Ord, Cal | EXC | EXC | PCS |
| 10Aug60 | | Basic Combat Training | CoB7thBC3rdBde(TNG) Ft.Ord, Cal | EXC | EXC | PCS |
| 23Sep60 | 730.00 | Svc Sch Fin Proc Crs | CoB(R/S)FSUSA(9703) Ft.Ord, Cal | - | EXC | TDY |
| 31Oct60 | 733.10 | FinMgtIntegratedActCrs | CoB(R/S)FSUSA(9703) Ft.Ord, Cal | EXC | EXC | PCS |
| 15Dec60 | 733.10 | Actg Sp Ex Lava Plain | 4thAdminCo Ft.Lewis, Wash | EXC | EXC | TDY |
| 27Jul61 | 733.10 | Actg Sp Ex Lava Plain | Ex Sea Wall | Good | Good | PCS |
| 15Aug61 | 540.00 | Duty Soldier | 4thAdminCo Ft.Lewis, Wash | - | EXC | TDY |
| 13Dec62 | 760.00 | Supply Clerk | 4thAdminCo Ft.Lewis, Wash | EXC | EXC | PCS |
| 3Apr63 | 768.20 | Armorer | CoC3rdEngrBn USAREUR | Good | Good | PCS |
| 2Apr65 | 768.10 | General Supply Clerk | HHC864thEngrBn(C) Ft.Wolters,Tex(U PCS | EXC | EXC | TDY |
| 10May65 | 768.20 | Armorer | HHC864thEngrBn(C) USARPAC(RVN) | Good | EXC | SEP |
| 16Jan66 | 76K30 | Armorer | HHC864thEngrBn(C) USARPAC(RVN) | Good | Good | PCS |
| 10Aug66 | - | Casual | Enroute to CONUS | - | - | - |
| 19Sep66 | 76P30 | ~~Casual~~ Supply Specialist | 387th Repl Co Ft. Riley, Kansas | EXC | EXC | PCS |
| 9Jan67 | 76P40 | Supply Sergeant | HHC 541st S&S Bn Ft. Riley, Kansas | EXC | EXC | TDY |
| 30Nov67 | 57G40 | Duty Foreman | HHC 541st S&S Bn Ft. Riley, Kasas | UNK | UNK | PCS |
| 14Dec67 | - | Casual | Enroute to(6thBn 37th Arty APO 96224) | - | - | - |
| 6Feb68 | 76Y40 | Supply Sergeant | DBtry6thBn37thArtyUSARPAC | EXC | EXC | PCS |
| 4Mar69 | - | Casual | Enroute to DONUS | - | - | - |
| 15Apr69 | 76Y40 | Supply Sergeant | HHC 31st Engr Grp Ft. Carson, Col. | UNK | UNK | PCS |
| 16Apr69 | 76Y40 | Supply Sergeant | HHC 613thEngrBn Ft.Carson, Col.(atchd) | EXC | EXC | PCS |
| 30May69 | 76Y40 | Supply Sergeant | HHC 31st Engr Grp Ft. Carson, Col. | EXC | EXC | PCS |
| 23Nov69 | - | Casual | Enroute to USARPAC (RVN) | - | - | - |
| 12Dec69 | 76P40 | Stock Control Supv Spec | HHC 18th Engr Bde USARPAC (RVN) | UNK | - | CR |
| 5Jan70 | 76P40 | Stock Control Supv Spec | HHC 18th Engr Bde USARPAC (RVN) | - | EXC | TDY |
| 18Jan70 | 76Z50 | Asst Supply NCO | HHC 18th Engr Bde USARPAC (RVN) | EXC | - | CR |
| 28Feb70 | 76Z50 | Asst Supply NCO | HHC 18th Engr Bde USARPAC (RVN) | EXC | - | CR |
| 9May70 | 76Z50 | Asst Supply NCO (S-4) | HHC 18th Engr Bde USARPAC(RVN) | EXC | EXC | PCS |
| 3Dec70 | - | Casual | Enroute to USAREUR-Germany | - | - | - |
| 1Mar71 | 76Z50 | Platoon SGT | Co A 14th S&S Bn USAREUR | | | PCS |
| 29Jul71 | 76Z50 | Platoon SGT 03/02 | 26th S&S Co USAREUR | Unsat | G | BAR |
| ~~25Aug71~~ | ~~76Y40~~ | ~~Supply SGT~~ ~~03/02~~ | ~~(ATTACHED) HHC 14th S&S Bn USAREUR~~ | | | |
| 3Jul72 | 76Z50 | Plat SGT | 26th S&S Co USAREUR | 0573 | 02 74 | CR |
| 740301 | --- | Casual | Enr CONUS | -- | -- | -- |
| 740403 | 76Z50 | SR SUPP SGT | CoA34thSptBnFtHoodT | [illegible] | [illegible] | [illegible] |
| 750206 | | HON DISCH | | | | |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 159 of 211

## 31. FOREIGN SERVICE

| FROM | THROUGH | OVERSEA COMMAND | * | MONTHS | TYPE | NTC |
|---|---|---|---|---|---|---|
| 12Mar63 | 22Feb65 | USAREUR Germany | | 23 | A | Yes |
| 13May65 | 11Jul66 | USARPAC Vietnam | | 14 | V | Yes |
| 19Jan68 | 5Mar69 | USARPAC Korea | | 13 | B | Yes |
| 7Dec69 | 6Dec70 | USARPAC Vietnam | | 12 | V | Yes |
| 1Mar71 | 740331 | USAREUR- Germany | | 36 | 1 | Yes |

## 32. CIVILIAN EDUCATION

| NAME AND LOCATION OF SCHOOL | DEGREE AND/OR MAJOR SUBJ | * | YEAR COMPLETED |
|---|---|---|---|
| Auburn, Wash (HS) | HS Dipl | | 1960 |

SPECIAL SUBJECTS MATH, GEOGRAPHY [illegible]

## 33. APPOINTMENTS AND REDUCTIONS

| GRADE | DATE OF RANK | AUTHORITY |
|---|---|---|
| PVT E-1(P) | 30Jun60 | AR 601-210 |
| PVT E-2(P) | 30Oct60 | Para 18a AR 624-200 |
| PFC E-3(T) | 6Mar61 | UO#11 4th Admin Co 1961 |
| PFC E-3(P) | 6Mar61 | Para 24 AR 624-200 |
| SP4 E-4(T) | 12Sep63 | SO#245Hq24thInfDiv 1963 |
| PFC E-3(P) | 20Jul64 | SO#206Hq24thInfDiv (Miscond) 1964 |
| PVT E-2(P) | 19Dec64 | UO#46CoC3rdEBn (Miscond) 1964 |
| PFC E-3(P) | 19Apr65 | UO#17HHC864thEBn(C) 1965 |
| PVT E-1(P) | 28Jul65 | SCMO#19Hqs864thEBn(C) 1965 |
| PVT E-2(P) | 18Dec65 | Para 7-19 AR 600-200 1965 |
| PFC E-3(P) | 19Dec65 | UO#71HHC864thEngrBn(C) 1965 |
| SP4 E-4(T) | 16Apr66 | UO#31HHC864thEngrBn(C) 1966 |
| SP4 E-4(P) | 16Apr66 | AR 600-200 Para 7-22 1967 |
| SP5 E-5(T) | 16Feb67 | SO#34HQSPTRPS Ft. Riley, Kan. 1967 |
| SSG E-6(T) | 24Aug67 | SO#173HQ Ft. Riley, Kan. 1967 |
| SSG E-6(P) | 24Aug67 | Para 721a AR 600-200 1969 |
| SFC E-7(T) | 28Apr70 | SO#118HQ18thEngrBde 1970 |

## 34. CIVILIAN OCCUPATION

| | JOB TITLE | DOT CODE | MOS | MONTHS EMPLOYED |
|---|---|---|---|---|
| MAIN OCCUPATION | NONE | | | |

DUTIES PERFORMED

| | JOB TITLE | DOT CODE | MOS | MONTHS EMPLOYED |
|---|---|---|---|---|
| 2ND OCCUPATION | | | | |

DUTIES PERFORMED

## 35. AVOCATIONS

## 36. SPORTS (Specify)

| | AMAT | PRO | CH |
|---|---|---|---|

## 37. OCCUPATIONAL LICENSES OR CERTIFICATES HELD

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 160 of 211

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued)

13. PILOT RATINGS

| ORIGINAL | DATE | CURRENT | DATE |
|---|---|---|---|
| | | | |

14. FLYING STATUS ☐ CONT

INSTRUMENT CERTIFICATION

15. INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT

| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR |
|---|---|---|---|
| | | | |

16. HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT

| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT |
|---|---|---|---|---|
| | | | | |

17. CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT

| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR |
|---|---|---|---|---|
| Auburn HS | General | | Yes | 1960 |
| Fin | FinanceProcCrs | 5wks | Yes | 1960 |
| Fin | FinMgtIntegrAcct | 5wks | Yes | 1960 |
| 7thArmy | NCO Academy | 5wks | Yes | 1971 |

## SECTION III – SERVICE, TRAINING AND OTHER DATES

18. APPOINTMENTS AND REDUCTIONS ☒ CONT

| GRADE | COMP | EFFECTIVE DATE | DATE OF ELIG/RANK |
|---|---|---|---|
| PV1E1 | | | 600630 |
| PV2E2 | | | 601030 |
| PFCE3 | | | 610306 |
| SP4E4 | | | 630912 |
| PFCE3 | | | 640720 |
| PV2E2 | | | 641219 |
| PFCE3 | | | 650419 |
| PV1E1 | | | 650728 |
| PV2E2 | | | 651218 |
| PFCE3 | | | 651219 |
| SP4E4 | | | 660416 |
| SP5E5 | | | 670216 |

19. SPECIALIZED TRAINING ☐ CONT

| SUBJECT | DATE |
|---|---|
| ATP 21-114 (BCT) | 600809 |
| Geneva-Hague Conventions | 700221 |
| Military Justice | 70[illegible] |
| Benefits of Honorable Discharge | [illegible] |

20. BASIC ENLISTED SERVICE DATE (BESD) ⟶ 600709

21. TIME LOST (Sec 972, Title 10, USC) ☐ CONT

| FROM | THRU | DAYS | REASON |
|---|---|---|---|
| | | | |

## SECTION IV – PERSONAL AND FAMILY DATA

22. PHYSICAL STATUS

| HEIGHT | WEIGHT | GLASSES |
|---|---|---|
| 69 | 130 | ☐ YES ☒ NO |

DATE OF EXAM 69/1/21

23. PLACE OF BIRTH AND CITIZENSHIP

SELF Washing ton

SPOUSE KANSAS

CITIZENSHIP OF SPOUSE US

24. NUMBER OF DEPENDENTS

| ADULT | CHILDREN |
|---|---|
| 1 | 2 |

25. HOME OF RECORD/ADDRESS

Rt 3 Box 13[illegible]

AUBURN WN.

26. CIVILIAN OCCUPATION

JOB TITLE: None

DOT CODE

CRITICAL OCCUPATION ☐ YES ☐ NO

NO. MONTHS EMPLOYED

MOSC

DUTIES PERFORMED

EMPLOYER

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 161 of 211

## SECTION I – IDENTIFICATION DATA

1. NAME: HEDBERG JOHN JOSEPH

2. SSN: 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

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA

3. MOS EVALUATION SCORES ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| 76Z[illegible] | 7105 | 74 P | [illegible] | 69(P) | 7305 | 61(P) |
| 76Y40 | 68[illegible] | 100 | [illegible] | 100 | [illegible] | 66 S |

4. ASSIGNMENT CONSIDERATIONS ☐ CONT

RE 3+3B Inelig for Reenl

Not Recommended for further Military Service (Reviewed - NOT Recom for Removal)

"Para 3-1d AR 604-5"

5. OVERSEA SERVICE ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | DEPN ARR OS |
|---|---|---|---|---|---|---|
| 630312 | 650222 | EURA-Germany | 23 | A | Yes | |
| 650513 | 660711 | FEPA-RVN | 14 | V | Yes | |
| 680119 | 690305 | FEPA-ROK | 13 | B | Yes | |
| 691207 | 701206 | FEPA-RVN | 12 | V | Yes | |
| 710301 | 740301 | EURA-Germany | 36 | 1 | Yes | |

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued)

6. MILITARY OCCUPATIONAL SPECIALTIES ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| 76Z 50 | Supply NOC | 700428 |
| 76Y 40 | Unit & Orig Spl Spec | 670824 |

7. AVIATION ASI & GUNNERY QUALIFICATION ☐ CONT

| AIRCRAFT F/W | AIRCRAFT R/W | INSTR PILOT F/W | INSTR PILOT R/W | GUNNERY SYSTEM TNG | GUNNERY SYSTEM INSTR |
|---|---|---|---|---|---|

8. APTITUDE AREA SCORES ☒ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| IN | 75 | | |
| AE | 99 | | |
| EL | 96 | | |
| GM | 113 | | |
| MM | 99 | | |
| CL | 116 | | |
| GT | 123 | | |
| RC | None | | |
| COA | None | | |
| COB | None | | |

DATE: 60 0715

PLACE:

9. AWARDS, DECORATIONS & CAMPAIGNS ☐ CONT

NDSM/VSM/AFEM(Korea)/RVNCMw60dev/ BSM/BSMw1stOLC/GCMDL(1stAwd)/

Vietnam Defense Campaign/Vietnam Counter offensive/VNCounteroffensive PH II/ VN WINTER-SPRING, VN SANCTUARY, VN COUNTER-OFFENSIVE PH VII

10. OTHER TESTS ☐ CONT

| TEST | SCORE | DATE |
|---|---|---|
| MDB-1 | 113 | 600705 |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST- | | |
| OB | | |
| WOCB | | |

11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD ☐ CONT

12. LANGUAGE PROFICIENCY

| DA FORM 330 SUBMITTED | DATE |
|---|---|

DA FORM 2-1 1 JAN 73

PERSONNEL QUALIFICATION RECORD – PART II

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 162 of 211

## SECTION V – MISCELLANEOUS

27 REMARKS

RE-3B
Chap 2 AR 635-200 Table 2-5 AR 601-210
Honorable SPD JBK applies

28 ITEM CONTINUATION

| ITEM NO. | DATA |
|---|---|
| 8 | ACB: VE, 123: AR, 122: SM, 114: PA, 111: ACS, 112: AI, 90: MA, 117: ELI, 85: GIT, None: CI, None: ARC, None: |
| 18 | SSGE6/670824/SFC/700428 |

(29) DATE DA FORM 20B PREPARED:

(30) DATE DUPLICATE DA FORM 2-1 SUBMITTED:

[31] REPORT OF CHANGES

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

## SECTION IX – RESERVE COMPONENT DATA

32a. READY RESERVE OBLIGATION EXPIRATION DATE:

b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE:

c. SERVICE OBLIGATION EXPIRATION DATE:

d. MANDATORY REMOVAL FROM ACTIVE STATUS:

e. RETIREMENT YEAR ENDING DATE:

| 33. DATE PREPARED | 33. DATE REVIEWED | 34. SIGNATURE |
|---|---|---|
| 740502 | 741210 | John J. Hedberg |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 163 of 211

## SECTION VII – CURRENT AND PREVIOUS ASSIGNMENTS

35. RECORD OF ASSIGNMENTS ☐ CONT

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS / EFFCY RATING | NON-RATED DAYS / CONDUCT RATING | TYPE REPORT |
|---|---|---|---|---|---|---|
| 740403 | 76Z[illegible] | SC SUPPLY SGT | CoA34thSptBnFtHoodTX | — | — | [illegible] |

# PERSONNEL QUALIFICATION RECORD – PART II

## SECTION 1 – IDENTIFICATION DATA

1. NAME: HEDBERG JOHN JOSEPH
2. SSN: 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

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA

3. MOS EVALUATION SCORES ☐ CONT

| MOSC | YR & MO | SCORE | YR & MO | SCORE | YR & MO | SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | 66 |

4. ASSIGNMENT CONSIDERATIONS ☐ CONT

5. OVERSEA SERVICE ☐ CONT

| FROM | THRU | AREA AND COUNTRY | MO | TYPE | NTC | DEPN ARR OS |
|---|---|---|---|---|---|---|
| 630312 | 650222 | EURA-Germany | 23 | A | Yes | |
| 650513 | 660711 | FEPA-RVN | 14 | V | Yes | |
| 680119 | 690305 | FEPA-ROK | 13 | B | Yes | |
| 691207 | 701206 | FEPA-RVN | 12 | V | Yes | |
| 710301 | 740301 | EURA-Germany | 36 | 1 | Yes | |

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued)

6. MILITARY OCCUPATIONAL SPECIALTIES ☐ CONT

| MOSC | TITLE | DATE |
|---|---|---|
| 76Z 50 | Supply NOC | 700428 |
| 76Y 40 | Unit & Orig Spl Spec | 670824 |

7. AVIATION ASI & GUNNERY QUALIFICATION ☐ CONT

| AIRCRAFT F/W | AIRCRAFT R/W | INSTR PILOT F/W | INSTR PILOT R/W | GUNNERY SYSTEM TNG | GUNNERY SYSTEM INSTR |
|---|---|---|---|---|---|
| | | | | | |

8. APTITUDE AREA SCORES ☒ CONT

| AREA | SCORE | AREA | SCORE |
|---|---|---|---|
| IN | 75 | | |
| AE | 99 | | |
| EL | 96 | | |
| GM | 113 | | |
| MM | 99 | | |
| CL | 116 | | |
| GT | 123 | | |
| RC | None | | |
| COA | None | | |
| COB | None | | |

DATE: [illegible]
PLACE:

9. AWARDS, DECORATIONS & CAMPAIGNS ☐ CONT

NDSM/VSM/AFEM(Korea)/RVNCMw60dev/
BSM/BSMw1stOLC/GCMDL(1stAwd)/

Vietnam Defense Campaign/Vietnam Counter offensive/VNCounteroffensive PH II/

10. OTHER TESTS ☐ CONT

| TEST | SCORE | DATE |
|---|---|---|
| MDB-1 | 113 | 600705 |
| OCT | | |
| DLAT | | |
| OQI-1 | | |
| FAST-OB | | |
| WOCB | | |

11. AMERICAN BOARD CERTIFICATION & LICENSES OR CERTIFICATES HELD ☐ CONT

12. LANGUAGE PROFICIENCY

| DA FORM 330 SUBMITTED | DATE |
|---|---|
| | |

DA FORM 2-1 1 JAN 73

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 165 of 211

## SECTION II – CLASSIFICATION AND ASSIGNMENT DATA (Continued)

13. PILOT RATINGS

| ORIGINAL | DATE | CURRENT | DATE |
|---|---|---|---|
| | | | |

14. FLYING STATUS ☐ CONT

INSTRUMENT CERTIFICATION

15. INTERNSHIPS, RESIDENCIES AND FELLOWSHIPS ☐ CONT

| HOSPITAL | TYPE OR SERVICE | MONTHS | YEAR |
|---|---|---|---|
| | | | |

16. HOSPITAL/TEACHING APPOINTMENTS AND PRIVATE PRACTICE ☐ CONT

| FROM | THRU | INSTITUTION/LOCATION | TYPE | DURAT |
|---|---|---|---|---|
| | | | | |

17. CIVILIAN EDUCATION AND MILITARY SCHOOLS ☐ CONT

| SCHOOL | MAJOR/COURSE/MOSC | DURAT | COMP | YEAR |
|---|---|---|---|---|
| Auburn HS | General | | Yes | 1960 |
| Fin | FinanceProcCrs | 5wks | Yes | 1960 |
| Fin | FinMgtIntegrAcct | 5wks | Yes | 1960 |
| 7thArmy | NCO Academy | 5wks | Yes | 1971 |

## SECTION III – SERVICE, TRAINING AND OTHER DATES

18. APPOINTMENTS AND REDUCTIONS ☒ CONT

| GRADE | COMP | EFFECTIVE DATE | DATE OF ELIG/RANK |
|---|---|---|---|
| PV1 E1 | | | 600630 |
| PV2 E2 | | | 601030 |
| PFC E3 | | | 610306 |
| SP4 E4 | | | 630912 |
| PFC E3 | | | 640720 |
| PV2 E2 | | | 641219 |
| PFC E3 | | | 650419 |
| PV1 E1 | | | 650728 |
| PV2 E2 | | | 651218 |
| PFC E3 | | | 651219 |
| SP4 E4 | | | 660416 |
| SP5 E5 | | | 670216 |

19. SPECIALIZED TRAINING ☐ CONT

| SUBJECT | DATE |
|---|---|
| ATP 21-114 (BCT) | 600809 |
| Geneva-Hague Conventions | 700221 |
| Military Justice | [illegible] |
| Benefits of Honorable Discharge | [illegible] |

20. BASIC ENLISTED SERVICE DATE (BESD) → 600729

21. TIME LOST (Sec 972, Title 10, USC) ☐ CONT

| FROM | THRU | DAYS | REASON |
|---|---|---|---|
| | | | |

## SECTION IV – PERSONAL AND FAMILY DATA

22. PHYSICAL STATUS

| HEIGHT | WEIGHT | GLASSES |
|---|---|---|
| 69 | 130 | ☐ YES ☒ NO |

DATE OF EXAM 69/1/01

23. PLACE OF BIRTH AND CITIZENSHIP

SELF Washington

SPOUSE KANSAS

CITIZENSHIP OF SPOUSE US

24. NUMBER OF DEPENDENTS

| ADULT | CHILDREN |
|---|---|
| 1 | 2 |

25. HOME OF RECORD/ADDRESS RT 5 Box [illegible]

Auburn [illegible]

26. CIVILIAN OCCUPATION

JOB TITLE: None

| DOT CODE | CRITICAL OCCUPATION | NO. MONTHS EMPLOYED | MOSC |
|---|---|---|---|
| | ☐ YES ☐ NO | | |

DUTIES PERFORMED

EMPLOYER

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 166 of 211

## SECTION V – MISCELLANEOUS

27 REMARKS

28 ITEM CONTINUATION

| ITEM NO. | DATA |
|---|---|
| 8 | ACB: VE, 123: AR, 122: SM, 114: PA, 111: ACS, 112: AI, 90: MA, 117: ELI, 85: GIT, None: CI, None: ARC, None: |
| 18 | SSG E6/670824/SFC/700428 |

29 DATE DA FORM 20B PREPARED:

30 DATE DUPLICATE DA FORM 2-1 SUBMITTED:

31 REPORT OF CHANGES

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 |
| 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 |
| 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

## SECTION IX – RESERVE COMPONENT DATA

32a. READY RESERVE OBLIGATION EXPIRATION DATE:

b. DA FORM 3726 OR 3726-1 AGREEMENT EXPIRATION DATE:

c. SERVICE OBLIGATION EXPIRATION DATE:

d. MANDATORY REMOVAL FROM ACTIVE STATUS:

e. RETIREMENT YEAR ENDING DATE:

| 33. DATE PREPARED | DATE REVIEWED | 34. SIGNATURE |
|---|---|---|
| 740502 | 741210 | John J. Hedberg |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 167 of 211

## SECTION VII – CURRENT AND PREVIOUS ASSIGNMENTS

35. RECORD OF ASSIGNMENTS

☐ CONT

| EFFECTIVE DATE | DUTY MOSC | PRINCIPAL DUTY | ORGANIZATION AND STATION OR OVERSEA COUNTRY | NON-DUTY DAYS / EFFCY RATING | NON-RATED DAYS / CONDUCT RATING | TYPE REPORT |
|---|---|---|---|---|---|---|
| 740403 | 76Z50 | SR. SUPPLY SGT | CoA34thSptBnFtHoodTX | | | |

# INSERT SHEET TO DA FORM 20
## RECORD OF COURT-MARTIAL CONVICTION
(AR 600-200)

NAME (Last, first, middle initial) AND SERVICE NUMBER: [illegible], John J. RA 19 669 708

| 49. TYPE COURT MARTIAL | a. NUMBER | b. HEADQUARTERS | c. ARTICLE |
|---|---|---|---|
| Special | 19 | 864th Engr Bn (Const) | 121 |

50. SYNOPSIS OF SPECIFICATIONS, INCLUDING DATE OF OFFENSE
Ch: o/a 2Jul65 steal three(3)elephant hide billfolds and one pistol and one holster.

51. SENTENCE AS APPROVED, INCLUDING DATE ADJUDGED AND DATE APPROVED
Red to PVT E-1, perf hard labor w/o conf for 3mos & forf $45.00 per mo for 6mos. 2mos of the 3mos H/L w/o conf susp for 2mos Adj: 21Jul65 App: 28Jul65

52. I CERTIFY THAT THE FOREGOING IS CORRECT (Signature and typed or printed name, grade, organization)
K R Ivey
K.R. IVEY CWO W-4, USA Hqs, 864th Engr Bn (Const).

53. ~~ALTERATION, SUSPENSION,~~ REMISSION, ~~SETTING ASIDE OF~~ TRIAL RESULTS PER[1] SCMO#37, Hqs, 864th Engr Bn (Const) 18Dec65

[1]Delete words not applicable

54. SIGNATURE & TYPED OR PRINTED NAME, GRADE, ORG
K.R. IVEY, CWO W-4, USA Hqs, 864th Engr Bn (Const) K R Ivey

55. ORDERS SUSPENDING SENTENCE VACATED PER

56. SIGNATURE & TYPED OR PRINTED NAME, GRADE, ORG

| 49. TYPE COURT MARTIAL | a. NUMBER | b. HEADQUARTERS | c. ARTICLE |
|---|---|---|---|
| | | | |

50. SYNOPSIS OF SPECIFICATIONS, INCLUDING DATE OF OFFENSE

51. SENTENCE AS APPROVED, INCLUDING DATE ADJUDGED AND DATE APPROVED

52. I CERTIFY THAT THE FOREGOING IS CORRECT (Signature and typed or printed name, grade, organization)

53. ALTERATION, SUSPENSION, REMISSION, SETTING ASIDE OF TRIAL RESULTS PER[1]

[1]Delete words not applicable

54. SIGNATURE & TYPED OR PRINTED NAME, GRADE, ORG

55. ORDERS SUSPENDING SENTENCE VACATED PER

56. SIGNATURE & TYPED OR PRINTED NAME, GRADE, ORG

| 49. TYPE COURT MARTIAL | a. NUMBER | b. HEADQUARTERS | c. ARTICLE |
|---|---|---|---|
| | | | |

50. SYNOPSIS OF SPECIFICATIONS, INCLUDING DATE OF OFFENSE

51. SENTENCE AS APPROVED, INCLUDING DATE ADJUDGED AND DATE APPROVED

52. I CERTIFY THAT THE FOREGOING IS CORRECT (Signature and typed or printed name, grade, organization)

53. ALTERATION, SUSPENSION, REMISSION, SETTING ASIDE OF TRIAL RESULTS PER[1]

[1]Delete words not applicable

54. SIGNATURE AND TYPED OR PRINTED NAME, GRADE, ORG

55. ORDERS SUSPENDING SENTENCE VACATED PER

56. SIGNATURE & TYPED OR PRINTED NAME, GRADE, ORG

(Rev. June 1956)

# 'ORT OF MEDICAL EXAMINAT._

| 1. LAST ... —FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| HEDBERG, John Joseph | E-1 | RA19669708 |

| 4. HOME ADDRESS (*Number, street or RFD, city or town, zone and State*) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
|---|---|---|
| RT#3, Box 1380A, Auburn(King) Wash | RA-Enl. | 15 April 1960 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| Male | Cauc | None | None | Reg. Army | |

12. DATE OF BIRTH: 15 June 1942

13. PLACE OF BIRTH: Tacoma, Washington

14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN: Marie Josephine Hedberg(Mother) [redacted]

15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: AFES- Seattle, Washington

16. OTHER INFORMATION: none

17. RATING OR SPECIALTY

TIME IN THIS CAPACITY (*Total*) | LAST SIX MONTHS

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| X | 18. HEAD, FACE, NECK, AND SCALP | |
| X | 19. NOSE | |
| X | 20. SINUSES | |
| X | 21. MOUTH AND THROAT | |
| X | 22. EARS—GENERAL (*Int. & ext. canals*) (*Auditory acuity under items 70 and 71*) | |
| X | 23. DRUMS (*Perforation*) | |
| X | 24. EYES—GENERAL (*Visual acuity and refraction under items 59, 60 and 67*) | |
| X | 25. OPHTHALMOSCOPIC | |
| X | 26. PUPILS (*Equality and reaction*) | |
| X | 27. OCULAR MOTILITY (*Associated parallel movements, nystagmus*) | |
| X | 28. LUNGS AND CHEST (*Include breasts*) | |
| X | 29. HEART (*Thrust, size, rhythm, sounds*) | |
| X | 30. VASCULAR SYSTEM (*Varicosities, etc.*) | |
| X | 31. ABDOMEN AND VISCERA (*Include hernia*) | |
| X | 32. ANUS AND RECTUM (*Hemorrhoids, fistulae*) (*Prostate, if indicated*) | |
| X | 33. ENDOCRINE SYSTEM | |
| X | 34. G-U SYSTEM | |
| X | 35. UPPER EXTREMITIES (*Strength, range of motion*) | |
| X | 36. FEET | |
| X | 37. LOWER EXTREMITIES (*Except feet*) (*Strength, range of motion*) | |
| X | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | X |
| X | 40. SKIN, LYMPHATICS | |
| X | 41. NEUROLOGIC (*Equilibrium tests under item 72*) | |
| X | 42. PSYCHIATRIC (*Specify any personality deviation*) | |
| | 43. PELVIC (*Females only*) (*Check how done*) ☐ VAGINAL ☐ RECTAL | |

NOTES. (*Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.*)

39. ANT: VSLA,
POST: S½" lt middle finger

(*Continue in item 73*)

44. DENTAL (*Place appropriate symbols above or below number of upper and lower teeth, respectively.*)

O—*Restorable teeth* | /—*Nonrestorable teeth* | X—*Missing teeth* | XXX—*Replaced by dentures* | (6 X 8)—*Fixed bridge, brackets to include abutments*

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 LEFT |
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: Acceptable

## LABORATORY FINDINGS

45. URINALYSIS: A. SPECIFIC GRAVITY 1.018

B. ALBUMIN NEG

C. SUGAR NEG

D. MICROSCOPIC NE

46. CHEST X-RAY (*Place, date, film number and result*): AFES, SEATTLE WASHINGTON 15 April 1960 Normal # 3053

| 47. SEROLOGY (*Specify test used and result*) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| CLMF-NEG | NE | NE | NONE |

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 67½ | 125 | Brown | Blue | [X] SLENDER [ ] MEDIUM [ ] HEAVY [ ] OBESE | 98.6 |

**57. BLOOD PRESSURE** (*Arm at heart level*)

| A. SITTING | B. RECUMBENT | C. STANDING (3 min.) |
|---|---|---|
| SYS. 132 / DIAS. 72 | SYS. / DIAS. NE | SYS. / DIAS. NE |

**58. PULSE** (*Arm at heart level*)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 96 | 110 | 98 | NE | NE |

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/ 25 | CORR. TO 20/ 25 | BY | S. | OX | CORR. TO | BY |
| LEFT 20/ 20 | CORR. TO 20/ 20 | BY | S. P.H. | OX | NE CORR. TO | BY |

**62. HETEROPHORIA** (*Specify distance*)

ES° 20' Ortho R. H. L. H. PRISM DIV. PRISM CONV. PC PD CT

| 63. ACCOMMODATION | 64. COLOR VISION (*Test used and result*) | 65. DEPTH PERCEPTION (*Test used and score*) | UNCORRECTED / CORRECTED |
|---|---|---|---|
| RIGHT NE LEFT | AOC 1940-Normal | NE | |

| 66. FIELD OF VISION | 67. NIGHT VISION (*Test used and score*) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| NE | NE | NE | Normal |

**70. HEARING**

RIGHT WV 15 /15 SV /15

LEFT WV 15 /15 SV /15

**71. AUDIOMETER**

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | NE | |

**72. PSYCHOLOGICAL AND PSYCHOMOTOR** (*Tests used and score*)

NE

**73. NOTES** (*Continued*) AND SIGNIFICANT OR INTERVAL HISTORY

(*Use additional sheets if necessary*)

**74. SUMMARY OF DEFECTS AND DIAGNOSES** (*List diagnoses with item numbers*)

Def Vis NCD

**75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED** (*Specify*)

**76. A. PHYSICAL PROFILE**

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | 1 |

**77. EXAMINEE** (*Check*)

A. [X] IS QUALIFIED FOR Enl RA

B. [ ] IS NOT QUALIFIED FOR

**B. PHYSICAL CATEGORY**

| A | B | C | E |
|---|---|---|---|
| | XXX | | |

**78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

| | |
|---|---|
| 79. TYPED OR PRINTED NAME OF PHYSICIAN<br>D. ADLER, MC, CAPT USAR | SIGNATURE [signature] |
| 80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE [signature] |
| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (*Indicate which*) | SIGNATURE |
| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE — NUMBER OF ATTACHED SHEETS |

U. S. GOVERNMENT PRINTING OFFICE : 1957 O—432298

Standard Form 89
(Rev. Aug. 1950)
PROMULGATED BY
BUREAU OF THE BUDGET
CIRCULAR A-24

# REPORT OF MEDICAL HISTORY

THIS INFORMATION IS FOR OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| HEDBERG, John Joseph | E-1 | RA19669708 |
| 4. HOME ADDRESS (*Number, street or RFD, city or town, zone and State*) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
| RT#3, Box 1380A, Auburn(King) Washington | RA-Enl. | 15 April 1960 |

| 7. SEX | 8. RACE | 9. TOTAL YRS. GOVT. SERVICE — MILITARY | CIVILIAN | 10. DEPARTMENT, AGENCY, OR SERVICE | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| Male | Cauc | None | None | Regular Army | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 15 June 1942 | Tacoma, Washington | Marie Josephine Hedberg(Mother) [redacted] |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| AFES- Seattle, Washington | nonee |

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS. (*Follow by description of past history, if complaint exists*)

I am in good health

18. FAMILY HISTORY

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | 42 | Good | | |
| MOTHER | 37 | Good | | |
| SPOUSE | | | | |
| BROTHERS AND SISTERS | 13 | Good | | |
| | 5 | Good | | |
| | 2 | Good | | |
| | | | | |
| | | | | |
| CHILDREN | | | | |
| | | | | |
| | | | | |
| | | | | |

19. HAS ANY BLOOD RELATION (*Parent, brother, sister, other*) OR HUSBAND OR WIFE:

| YES | NO | (Check each item) | RELATION(S) |
|---|---|---|---|
| | X | HAD TUBERCULOSIS | |
| | X | HAD SYPHILIS | |
| | X | HAD DIABETES | |
| | X | HAD CANCER | |
| | X | HAD KIDNEY TROUBLE | |
| | X | HAD HEART TROUBLE | |
| | X | HAD STOMACH TROUBLE | |
| | X | HAD RHEUMATISM (*Arthritis*) | |
| | X | HAD ASTHMA, HAY FEVER, HIVES | |
| | X | HAD EPILEPSY (*Fits*) | |
| | X | COMMITTED SUICIDE | |
| | X | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW (*Place check at left of each item*)

| YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | SCARLET FEVER, ERYSIPELAS | | X | GOITER | | X | TUMOR, GROWTH, CYST, CANCER | | X | "TRICK" OR LOCKED KNEE |
| X | | DIPHTHERIA | | X | TUBERCULOSIS | | X | RUPTURE | | X | FOOT TROUBLE |
| | X | RHEUMATIC FEVER | | X | SOAKING SWEATS (*Night sweats*) | | X | APPENDICITIS | | X | NEURITIS |
| | X | SWOLLEN OR PAINFUL JOINTS | | X | ASTHMA | | X | PILES OR RECTAL DISEASE | | X | PARALYSIS (*Inc. infantile*) |
| X | | MUMPS | | X | SHORTNESS OF BREATH | | X | FREQUENT OR PAINFUL URINATION | | X | EPILEPSY OR FITS |
| | X | WHOOPING COUGH | | X | PAIN OR PRESSURE IN CHEST | | X | KIDNEY STONE OR BLOOD IN URINE | | X | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | X | FREQUENT OR SEVERE HEADACHE | | X | CHRONIC COUGH | | X | SUGAR OR ALBUMIN IN URINE | | X | FREQUENT TROUBLE SLEEPING |
| | X | DIZZINESS OR FAINTING SPELLS | | X | PALPITATION OR POUNDING HEART | | X | BOILS | | X | FREQUENT OR TERRIFYING NIGHTMARES |
| | X | EYE TROUBLE | | X | HIGH OR LOW BLOOD PRESSURE | | X | VENEREAL DISEASE | | X | DEPRESSION OR EXCESSIVE WORRY |
| | X | EAR, NOSE OR THROAT TROUBLE | | X | CRAMPS IN YOUR LEGS | | X | RECENT GAIN OR LOSS OF WEIGHT | | X | LOSS OF MEMORY OR AMNESIA |
| | X | RUNNING EARS | | X | FREQUENT INDIGESTION | | X | ARTHRITIS OR RHEUMATISM | | X | BED WETTING |
| | X | CHRONIC OR FREQUENT COLDS | | X | STOMACH, LIVER OR INTESTINAL TROUBLE | | X | BONE, JOINT, OR OTHER DEFORMITY | | X | NERVOUS TROUBLE OF ANY SORT |
| | X | SEVERE TOOTH OR GUM TROUBLE | | X | GALL BLADDER TROUBLE OR GALL STONES | | X | LAMENESS | | X | ANY DRUG OR NARCOTIC HABIT |
| | X | SINUSITIS | | X | JAUNDICE | | X | LOSS OF ARM, LEG, FINGER, OR TOE | | X | EXCESSIVE DRINKING HABIT |
| | X | HAY FEVER | | X | ANY REACTION TO SERUM, DRUG OR MEDICINE | | X | PAINFUL OR "TRICK" SHOULDER OR ELBOW | | X | HOMOSEXUAL TENDENCIES |

| 21. HAVE YOU EVER (Check each item) | | | | | | 22. FEMALES ONLY: A. HAVE YOU EVER— | | | B. COMPLETE THE FOLLOWING: | |
|---|---|---|---|---|---|---|---|---|---|---|
| | X | WORN GLASSES | | X | ATTEMPTED SUICIDE | | | BEEN PREGNANT | | AGE AT ONSET OF MENSTRUATION |
| | X | WORN AN ARTIFICIAL EYE | | X | BEEN A SLEEP WALKER | | | HAD A VAGINAL DISCHARGE | | INTERVAL BETWEEN PERIODS |
| | X | WORN HEARING AIDS | | X | LIVED WITH ANYONE WHO HAD TUBERCULOSIS | | | BEEN TREATED FOR A FEMALE DISORDER | | DURATION OF PERIODS |
| | X | STUTTERED OR STAMMERED | | X | COUGHED UP BLOOD | | | HAD PAINFUL MENSTRUATION | | DATE OF LAST PERIOD |
| | X | WORN A BRACE OR BACK SUPPORT | | X | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION | | | HAD IRREGULAR MENSTRUATION | | QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY |

| 23. HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS? | 24. WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS? MONTHS | 25. WHAT IS YOUR USUAL OCCUPATION? | 26. ARE YOU (Check one) |
|---|---|---|---|
| | | | ☒ RIGHT HANDED ☐ LEFT HANDED |

16—62269-1

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED "YES" MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT |
|---|---|---|
| | | 27. HAVE YOU BEEN UNABLE TO HOLD A JOB BECAUSE OF: |
| | ✓ | A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. |
| | | B. INABILITY TO PERFORM CERTAIN MOTIONS |
| | | C. INABILITY TO ASSUME CERTAIN POSITIONS |
| | | D. OTHER MEDICAL REASONS (*If yes, give reasons*) |
| | | 28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE? |
| | | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? (*If yes, give details*) |
| | | 30. HAVE YOU EVER BEEN REFUSED EMPLOYMENT BECAUSE OF YOUR HEALTH? (*If yes, state reason and give details*) |
| | | 31. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? (*If yes, state reason and give details*) |
| | | 32. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? (*If yes, describe and give age at which occurred*) |
| | | 33. HAVE YOU EVER BEEN A PATIENT (*committed or voluntary*) IN A MENTAL HOSPITAL OR SANATORIUM? (*If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic*) |
| | | 34. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? (*If yes, specify when, where, and give details*) |
| | | 35. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? (*If yes, give complete address of doctor, hospital, clinic, and details*) |
| | | 36. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? (*If yes, which illnesses*) |
| | | 37. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date and reason for rejection*) |
| | | 38. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability*) |
| | ✓ | 39. HAVE YOU EVER RECEIVED, IS THERE PENDING, HAVE YOU APPLIED FOR, OR DO YOU INTEND TO APPLY FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? (*If yes, specify what kind, granted by whom, and what amount, when, why*) |

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| | John Hedberg |

40. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA (*Physician shall comment on all positive answers in items 20 thru 39*)

Examinee denies all serious illnesses and major surgery.

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| R. N. ADLER<br>Captain MC | 15 APR 1960 | [signature] | |

16—62289-1 U. S. GOVERNMENT PRINTING OFFICE : 1952—O-213344

PROMULGATED BY
BUREAU OF THE BUDGET
CIRCULAR A-24

# REPORT OF MEDICAL HISTORY

THIS INFORMATION IS FOR OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| HEDBERG, John Joseph | E-1 | RA19669708 |
| **4. HOME ADDRESS** *(Number, street or RFD, city or town, zone and State)* | **5. PURPOSE OF EXAMINATION** | **6. DATE OF EXAMINATION** |
| RT#3, Box 1380A, Auburn(King) Washington | RA-Enl. | 15 April 1960 |

| 7. SEX | 8. RACE | 9. TOTAL YRS. GOVT. SERVICE — MILITARY | CIVILIAN | 10. DEPARTMENT, AGENCY, OR SERVICE | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| Male | Cauc | None | None | Regular Army | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 15 June 1942 | Tacoma, Washington | Marie Josephine Hedberg(Mother) [redacted] |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| AFES- Seattle, Washington | nonee |

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS. *(Follow by description of past history, if complaint exists)*

I am in good health

18. FAMILY HISTORY [illegible]

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | 42 | Good | | |
| MOTHER | 37 | Good | | |
| SPOUSE | | | | |
| BROTHERS AND SISTERS | 12 | Good | | |
| | 5 | Good | | |
| | 1 | Good | | |
| | | | | |
| | | | | |
| CHILDREN | | | | |
| | | | | |
| | | | | |
| | | | | |

19. HAS ANY BLOOD RELATION *(Parent, brother, sister, other)* OR HUSBAND OR WIFE: [illegible]

| YES | NO | *(Check each item)* | RELATION(S) |
|---|---|---|---|
| | X | HAD TUBERCULOSIS | |
| | | HAD SYPHILIS | |
| | | HAD DIABETES | |
| | | HAD CANCER | |
| | | HAD KIDNEY TROUBLE | |
| | | HAD HEART TROUBLE | |
| | | HAD STOMACH TROUBLE | |
| | | HAD RHEUMATISM *(Arthritis)* | |
| | | HAD ASTHMA, HAY FEVER, HIVES | |
| | | HAD EPILEPSY *(Fits)* | |
| | | COMMITTED SUICIDE | |
| | X | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW *(Place check at left of each item)*

| YES | NO | *(Check each item)* | YES | NO | *(Check each item)* | YES | NO | *(Check each item)* | YES | NO | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | SCARLET FEVER, ERYSIPELAS | | X | GOITER | | X | TUMOR, GROWTH, CYST, CANCER | | X | "TRICK" OR LOCKED KNEE |
| X | | DIPHTHERIA | | X | TUBERCULOSIS | | X | RUPTURE | | X | FOOT TROUBLE |
| | X | RHEUMATIC FEVER | | X | SOAKING SWEATS *(Night sweats)* | | X | APPENDICITIS | | X | NEURITIS |
| | X | SWOLLEN OR PAINFUL JOINTS | | X | ASTHMA | | X | PILES OR RECTAL DISEASE | | X | PARALYSIS *(Inc. infantile)* |
| X | | MUMPS | | X | SHORTNESS OF BREATH | | X | FREQUENT OR PAINFUL URINATION | | X | EPILEPSY OR FITS |
| | X | WHOOPING COUGH | | X | PAIN OR PRESSURE IN CHEST | | X | KIDNEY STONE OR BLOOD IN URINE | | X | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | X | FREQUENT OR SEVERE HEADACHE | | X | CHRONIC COUGH | | X | SUGAR OR ALBUMIN IN URINE | | X | FREQUENT TROUBLE SLEEPING |
| | X | DIZZINESS OR FAINTING SPELLS | | X | PALPITATION OR POUNDING HEART | | X | BOILS | | X | FREQUENT OR TERRIFYING NIGHTMARES |
| | X | EYE TROUBLE | | X | HIGH OR LOW BLOOD PRESSURE | | X | VENEREAL DISEASE | | X | DEPRESSION OR EXCESSIVE WORRY |
| | X | EAR, NOSE OR THROAT TROUBLE | | X | CRAMPS IN YOUR LEGS | | X | RECENT GAIN OR LOSS OF WEIGHT | | X | LOSS OF MEMORY OR AMNESIA |
| | X | RUNNING EARS | | X | FREQUENT INDIGESTION | | X | ARTHRITIS OR RHEUMATISM | | X | BED WETTING |
| | X | CHRONIC OR FREQUENT COLDS | | X | STOMACH, LIVER OR INTESTINAL TROUBLE | | X | BONE, JOINT, OR OTHER DEFORMITY | | X | NERVOUS TROUBLE OF ANY SORT |
| | X | SEVERE TOOTH OR GUM TROUBLE | | X | GALL BLADDER TROUBLE OR GALL STONES | | X | LAMENESS | | X | ANY DRUG OR NARCOTIC HABIT |
| | X | SINUSITIS | | X | JAUNDICE | | X | LOSS OF ARM, LEG, FINGER, OR TOE | | X | EXCESSIVE DRINKING HABIT |
| | X | HAY FEVER | | X | ANY REACTION TO SERUM, DRUG OR MEDICINE | | X | PAINFUL OR "TRICK" SHOULDER OR ELBOW | | X | HOMOSEXUAL TENDENCIES |

21. HAVE YOU EVER *(Check each item)*

| YES | NO | *(Check each item)* | YES | NO | *(Check each item)* |
|---|---|---|---|---|---|
| | X | WORN GLASSES | | X | ATTEMPTED SUICIDE |
| | X | WORN AN ARTIFICIAL EYE | | X | BEEN A SLEEP WALKER |
| | X | WORN HEARING AIDS | | X | LIVED WITH ANYONE WHO HAD TUBERCULOSIS |
| | X | STUTTERED OR STAMMERED | | X | COUGHED UP BLOOD |
| | X | WORN A BRACE OR BACK SUPPORT | | X | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION |

22. FEMALES ONLY: A. HAVE YOU EVER—

| YES | NO | A. | B. COMPLETE THE FOLLOWING: | |
|---|---|---|---|---|
| | | BEEN PREGNANT | AGE AT ONSET OF MENSTRUATION | |
| | | HAD A VAGINAL DISCHARGE | INTERVAL BETWEEN PERIODS | |
| | | BEEN TREATED FOR A FEMALE DISORDER | DURATION OF PERIODS | |
| | | HAD PAINFUL MENSTRUATION | DATE OF LAST PERIOD | |
| | | HAD IRREGULAR MENSTRUATION | QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY | |

| 23. HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS? | 24. WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS? MONTHS | 25. WHAT IS YOUR USUAL OCCUPATION? | 26. ARE YOU *(Check one)* |
|---|---|---|---|
| | | | ☒ RIGHT HANDED ☐ LEFT-HANDED |

16—62269-1

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED "YES" MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT |
|---|---|---|
| | | 27. HAVE YOU BEEN UNABLE TO HOLD A JOB BECAUSE OF: |
| | X | A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. |
| | X | B. INABILITY TO PERFORM CERTAIN MOTIONS |
| | X | C. INABILITY TO ASSUME CERTAIN POSITIONS |
| | X | D. OTHER MEDICAL REASONS (*If yes, give reasons*) |
| | X | 28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE? |
| | X | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? (*If yes, give details*) |
| | X | 30. HAVE YOU EVER BEEN REFUSED EMPLOYMENT BECAUSE OF YOUR HEALTH? (*If yes, state reason and give details*) |
| | X | 31. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? (*If yes, state reason and give details*) |
| | X | 32. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? (*If yes, describe and give age at which occurred*) |
| | X | 33. HAVE YOU EVER BEEN A PATIENT (*committed or voluntary*) IN A MENTAL HOSPITAL OR SANATORIUM? (*If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic*) |
| | X | 34. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? (*If yes, specify when, where, and give details*) |
| | X | 35. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? (*If yes, give complete address of doctor, hospital, clinic, and details*) |
| | X | 36. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? (*If yes, which illnesses*) |
| | X | 37. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date and reason for rejection*) |
| | X | 38. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability*) |
| | X | 39. HAVE YOU EVER RECEIVED, IS THERE PENDING, HAVE YOU APPLIED FOR, OR DO YOU INTEND TO APPLY FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? (*If yes, specify what kind, granted by whom, and what amount, when, why*) |

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| John Joseph Hedberg | John Hedberg |

40. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA (*Physician shall comment on all positive answers in items 20 thru 39*)

Examinee denies all serious illnesses and major surgery.

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED |
|---|---|---|---|
| | APR 1966 | | |

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

# REPORT OF MEDICAL EXAMINATION

88-111-01

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HEDBERG John JOSEPH | 2. GRADE AND COMPONENT OR POSITION<br>SSG E-6 | 3. IDENTIFICATION NO.<br>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 |
| 4. HOME ADDRESS (*Number, street or RFD, city or town, zone and State*)<br>1603 MAXwell ST STRATMOOR VALLEY<br>Colo Springs, Colo | 5. PURPOSE OF EXAMINATION<br>Ret | 6. DATE OF EXAMINATION<br>21 Nov 69 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| M | CAU | 9 | | ARMY | HHC 31ST Engr Gp |

| | | |
|---|---|---|
| 12. DATE OF BIRTH<br>15 Jun 42 | 13. PLACE OF BIRTH<br>TACOMA WASH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>Gordon Hedberg FATHER<br>[redacted] |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>USAH FT. Carson Colo. | | 16. OTHER INFORMATION |
| 17. RATING OR SPECIALTY | | TIME IN THIS CAPACITY (*Total*) / LAST SIX MONTHS |

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| / | 18. HEAD, FACE, NECK, AND SCALP | |
| \| | 19. NOSE | |
| \| | 20. SINUSES | |
| \| | 21. MOUTH AND THROAT | |
| \| | 22. EARS—GENERAL (*Int. & ext. canals*) (*Auditory acuity under items 70 and 71*) | |
| \| | 23. DRUMS (*Perforation*) | |
| \| | 24. EYES—GENERAL (*Visual acuity and refraction under items 59, 60 and 67*) | |
| \| | 25. OPHTHALMOSCOPIC | |
| \| | 26. PUPILS (*Equality and reaction*) | |
| \| | 27. OCULAR MOTILITY (*Associated parallel movements, nystagmus*) | |
| \| | 28. LUNGS AND CHEST (*Include breasts*) | |
| \| | 29. HEART (*Thrust, size, rhythm, sounds*) | |
| \| | 30. VASCULAR SYSTEM (*Varicosities, etc.*) | |
| \| | 31. ABDOMEN AND VISCERA (*Include hernia*) | |
| \| | 32. ANUS AND RECTUM (*Hemorrhoids, fistulae*) (*Prostate, if indicated*) | |
| \| | 33. ENDOCRINE SYSTEM | |
| \| | 34. G-U SYSTEM | |
| \| | 35. UPPER EXTREMITIES (*Strength, range of motion*) | |
| \| | 36. FEET | |
| \| | 37. LOWER EXTREMITIES (*Except feet*) (*Strength, range of motion*) | |
| \| | 38. SPINE, OTHER MUSCULOSKELETAL | |
| \| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| \| | 40. SKIN, LYMPHATICS | |
| \| | 41. NEUROLOGIC (*Equilibrium tests under item 72*) | |
| | 42. PSYCHIATRIC (*Specify any personality deviation*) | |
| / | 43. PELVIC (*Females only*) (*Check how done*) ☐ VAGINAL ☐ RECTAL | |

NOTES. (*Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.*)

(*Continue in item 73*)

44. DENTAL (*Place appropriate symbols above or below number of upper and lower teeth, respectively.*)

O—*Restorable teeth*
/—*Nonrestorable teeth*
X—*Missing teeth*
XXX—*Replaced by dentures*
(6 X 8)—*Fixed bridge, brackets to include abutments*

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES
Class I

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (*Place, date, film number and result*)<br>70mm Film No. [illegible] USAH, Ft. Carson, Colo.<br>Dry Reading Neg. |
| B. ALBUMIN | D. MICROSCOPIC NEG | |
| C. SUGAR NEG | | |
| 47. SEROLOGY (*Specify test used and result*)<br>CARDIOLIPIN MICRO FLOCCULATION NEG | 48. EKG<br>NONE | 49. BLOOD TYPE AND RH FACTOR<br>NONE |
| 50. OTHER TESTS<br>NONE | | |

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: (Check one) | SLENDER | MEDIUM | HEAVY | OBESE | 56. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 5' 9" | 130 | BROWN | HAZEL | | | ✓ | | | |

57. BLOOD PRESSURE (*Arm at heart level*)

| A. SITTING | SYS. 125 | B. RECUMBENT | SYS. | C. STANDING (*3 min.*) | SYS. |
|---|---|---|---|---|---|
| | DIAS. 65 | | DIAS. | | DIAS. |

58. PULSE (*Arm at heart level*)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 70 | | | | |

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/20 | CORR. TO 20/ | BY | S. | CX | CORR. TO | BY |
| LEFT 20/20 | CORR. TO 20/ | BY | S. | CX | CORR. TO | BY |

62. HETEROPHORIA (*Specify distance*)

ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. CT PC PD

| 63. ACCOMMODATION | | 64. COLOR VISION (*Test used and result*) | 65. DEPTH PERCEPTION (*Test used and score*) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | | | CORRECTED |

| 66. FIELD OF VISION | 67. NIGHT VISION (*Test used and score*) | 68. RED LENS TEST | 69. INTRAOCULAR TENSION |
|---|---|---|---|
| | | | |

70. HEARING

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

71. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | / | 10 | 5 | 5 | / | 10 | / | / |
| LEFT | / | 10 | 10 | 5 | / | 10 | / | / |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (*Tests used and score*)

73. NOTES (*Continued*) AND SIGNIFICANT OR INTERVAL HISTORY

(*Use additional sheets if necessary*)

74. SUMMARY OF DEFECTS AND DIAGNOSES (*List diagnoses with item numbers*)

NONE

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (*Specify*)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

77. EXAMINEE (*Check*)

A. ☒ IS QUALIFIED FOR

B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| ✓ | | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| | |
|---|---|
| 79. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| 80. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
| 81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (*Indicate which*) | SIGNATURE |
| 82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

NUMBER OF ATTACHED SHEETS

☆ U.S. GOVERNMENT PRINTING OFFICE : 1967 O—272-599

STANDARD FORM 93
JANUARY 1971
GSA FPMR 101-11.8

Approved
Office of Management and Budget No. 29-R0191

# REPORT OF MEDICAL HISTORY

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

1. LAST NAME—FIRST NAME—MIDDLE NAME: HEDBERG, JOHN JOSEPH

2. SOCIAL SECURITY OR IDENTIFICATION NO.: 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

3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE): 3802 S. 328th ST, Auburn, Washington 98002

4. POSITION (Title, grade, component): E /

5. PURPOSE OF EXAMINATION: ETS

6. DATE OF EXAMINATION: 10 Dec 74

7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code): PHYS EXAM SVCS USDAH FORT HOOD TEXAS

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| X | | Lived with anyone who had tuberculosis |
| | X | Coughed up blood |
| | X | Bled excessively after injury or tooth extraction |
| | X | Attempted suicide |
| | X | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | X | Wear glasses or contact lenses |
| X | | Have vision in both eyes |
| | X | Wear a hearing aid |
| | X | Stutter or stammer habitually |
| | X | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | ✓ | | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | | ✓ | | Frequent indigestion | | ✓ | | Foot trouble |
| | ✓ | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | ✓ | | Neuritis |
| ✓ | | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | | ✓ | Epilepsy or fits |
| | ✓ | | Eye trouble | | ✓ | | Adverse reaction to serum, drug, or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | | | | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Broken bones | | ✓ | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Rupture/hernia | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Piles or rectal disease | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hay Fever | | ✓ | | Frequent or painful urination | | | | |
| | ✓ | | Head injury | | ✓ | | Bed wetting since age 12 | | | | |
| ✓ | | | Skin diseases | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Tuberculosis | ✓ | | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Asthma | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Shortness of breath | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Chronic cough | | ✓ | | Lameness | | | | |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Loss of finger or toe | | | | 12. FEMALES ONLY: HAVE YOU EVER |
| | ✓ | | Heart trouble | | ✓ | | Painful or "trick" shoulder or elbow | | | | Been treated for a female disorder |
| | ✓ | | High or low blood pressure | | ✓ | | Recurrent back pain | | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

14. ARE YOU (Check one) [X] Right handed [ ] Left handed

93-101-01

| | |
|---|---|
| √ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sun light, etc. |
| √ | B. Inability to perform certain motions. |
| √ | C. Inability to assume certain positions. |
| √ | D. Other medical reasons (If yes, give reasons.) |
| | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) |
| √ | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) |
| √ | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) |
| √ | 19. Have you ever been a patient in any type of hospitals? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) |
| √ | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| √ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| √ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) |
| √ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) |
| √ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.
I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| John J. Hedberg | [signature] |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

No unusual findings

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| | Dec 10 '72 | [signature] | |

☆ U.S. GOVERNMENT PRINTING OFFICE: 1971—O—424-008

E OF STANDARD FORM 93

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.)

Health Record Current from [illegible]

# REPORT OF MEDICAL EXAMINATION

88-107-01

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| HEDBERG, JOHN JOSEPH | PVT E2 RA | RA 19 669 708 |
| 4. HOME ADDRESS (*Number, street or RFD, city or town, zone and State*) | 5. PURPOSE OF EXAMINATION | 6. DATE OF EXAMINATION |
| Rt 3, Box 1380A, Auburn, Wash | FINAL-OVERSEA | 17 APR 65 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| MALE | CAU | 5 | | ARMY | 64TH ENGR BN HQ Co FT WOLTERS TEXAS |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 15Jun42 | Tacoma, Washington | Kathren Joyce Hedberg (WIFE) Rt 3, Box 1380A, Auburn, Wash |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| BEACH ARMY HOSP FT WOLTERS TEX | NONE |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (*Total*) | LAST SIX MONTHS |
|---|---|---|
| XX DMOS-758.10 | 22 Months | YES |

## CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK, AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (*Int. & ext. canals*) (*Auditory acuity under items 70 and 71*) | |
| ✓ | 23. DRUMS (*Perforation*) | |
| ✓ | 24. EYES—GENERAL (*Visual acuity and refraction under items 59, 60 and 67*) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (*Equality and reaction*) | |
| ✓ | 27. OCULAR MOTILITY (*Associated parallel movements, nystagmus*) | |
| ✓ | 28. LUNGS AND CHEST (*Include breasts*) | |
| ✓ | 29. HEART (*Thrust, size, rhythm, sounds*) | |
| ✓ | 30. VASCULAR SYSTEM (*Varicosities, etc.*) | |
| ✓ | 31. ABDOMEN AND VISCERA (*Include hernia*) | |
| ✓ | 32. ANUS AND RECTUM (*Hemorrhoids, fistulae*) (*Prostate, if indicated*) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (*Strength, range of motion*) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (*Except feet*) (*Strength, range of motion*) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (*Equilibrium tests under item 72*) | |
| ✓ | 42. PSYCHIATRIC (*Specify any personality deviation*) | |
| | 43. PELVIC (*Females only*) (*Check how done*) ☐ VAGINAL ☐ RECTAL | |

NOTES. (*Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.*)

(Continue in item 73)

44. DENTAL (*Place appropriate symbols above or below number of upper and lower teeth, respectively.*)

O—Restorable teeth
/—Nonrestorable teeth
X—Missing teeth
XXX—Replaced by dentures
(6 X 8)—Fixed bridge, brackets to include abutments

RIGHT
Upper: X1 2 /3 (4) /5 (6) (7) (8) (9) (10) (11) (12) (13) 14 (15) X16
Lower: X32 (31) 30 (29) (28) (27) 26 25 24 23 22 (21) (20) (19) /18 X17
LEFT

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

Cl 3 17 Apr 65 FSS

## LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.022 | | 46. CHEST X-RAY (*Place, date, film number and result*) |
|---|---|---|
| B. ALBUMIN NEGATIVE | D. MICROSCOPIC | PA CHEST ........ NEGATIVE X-RAY # 17 Apr 65 BEACH ARMY HOSPITAL FORT WOLTERS, TEXAS |
| C. SUGAR NEGATIVE | NEGATIVE | |

| 47. SEROLOGY (*Specify test used and result*) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| | | | |

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: (Check one) | SLENDER | MEDIUM | HEAVY | OBESE | 56. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|---|
| 68 1/4 | 138 | Brn | Blue | | ✓ | | | | |

**57. BLOOD PRESSURE** (*Arm at heart level*)

| A. SITTING | | B. RECUMBENT | | C. STANDING (3 min.) | |
|---|---|---|---|---|---|
| SYS. 126 | DIAS. 80 | SYS. | DIAS. | SYS. | DIAS. |

**58. PULSE** (*Arm at heart level*)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 80 | 100 | 84 | | |

| 59. DISTANT VISION | | 60. REFRACTION | | | 61. NEAR VISION | |
|---|---|---|---|---|---|---|
| RIGHT 20/20 | CORR. TO 20/ | BY | S. | OX | 20/20 CORR. TO | BY |
| LEFT 20/20 | CORR. TO 20/ | BY | S. | OX | 20/20 CORR. TO | BY |

**62. HETEROPHORIA** (*Specify distance*)

ES° EX° R. H. L. H. PRISM DIV. PRISM CONV. CT PC PD

**63. ACCOMMODATION** — RIGHT — LEFT

**64. COLOR VISION** (*Test used and result*) Hoc Plates Pass

**65. DEPTH PERCEPTION** (*Test used and score*) — UNCORRECTED — CORRECTED

**66. FIELD OF VISION**

**67. NIGHT VISION** (*Test used and score*)

**68. RED LENS TEST**

**69. INTRAOCULAR TENSION**

**70. HEARING**

RIGHT WV 15 /15 SV /15

LEFT WV 15 /15 SV /15

**71. AUDIOMETER**

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

**72. PSYCHOLOGICAL AND PSYCHOMOTOR** (*Tests used and score*)

**73. NOTES** (*Continued*) **AND SIGNIFICANT OR INTERVAL HISTORY**

(*Use additional sheets if necessary*)

**74. SUMMARY OF DEFECTS AND DIAGNOSES** (*List diagnoses with item numbers*)

None

**75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED** (*Specify*)

None

**76. A. PHYSICAL PROFILE**

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

**77. EXAMINEE** (*Check*)

A. ☑ IS QUALIFIED FOR Overseas

B. ☐ IS NOT QUALIFIED FOR

**B. PHYSICAL CATEGORY**

| A | B | C | E |
|---|---|---|---|
| ✓ | | | |

**78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**

**79. TYPED OR PRINTED NAME OF PHYSICIAN** Jackson K. Walker Major, MC — SIGNATURE Jackson K Walker

**80. TYPED OR PRINTED NAME OF PHYSICIAN** — SIGNATURE

**81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** (*Indicate which*) — SIGNATURE

**82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY** — SIGNATURE — NUMBER OF ATTACHED SHEETS

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—632119

Standard Form 89
(Rev. Aug. 1950)
Bureau of the Budget
Circular A-32

89-103-01

# REPORT OF MEDICAL HISTORY

THIS INFORMATION IS FOR OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HEDBERG, JOHN JOSEPH | 2. GRADE AND COMPONENT OR POSITION<br>PVT E2 RA | 3. IDENTIFICATION NO.<br>RA 19 669 708 |
| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State)<br>Rt 3, Box 1380, Auburn, Wash | 5. PURPOSE OF EXAMINATION<br>FINAL-OVERSEA | 6. DATE OF EXAMINATION<br>17 APR 65 |
| 7. SEX: MALE / 8. RACE: CAU / 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 5, CIVILIAN | 10. AGENCY<br>ARMY | 11. ORGANIZATION UNIT<br>64TH ENGR BN<br>HQ Co FT WOLTERS TEXAS |
| 12. DATE OF BIRTH: 15Jun42 / 13. PLACE OF BIRTH: Tacoma,Washington | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>Kathren Joyce Hedberg (WIFE)<br>Rt 3, Box 1380A, Auburn, Wash | |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>BEACH ARMY HOSP FT WOLTERS TEX | 16. OTHER INFORMATION<br>NONE | |

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS. *(Follow by description of past history, if complaint exists)*

I am in good health

18. FAMILY HISTORY

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | 47 | Good | | |
| MOTHER | 43 | Good | | |
| SPOUSE | 21 | Good | | |
| BROTHERS AND SISTERS | 19 | Good | | |
| | 10 | Good | | |
| | 7 | Good | | |
| CHILDREN | 1 | Good | | |

19. HAS ANY BLOOD RELATION *(Parent, brother, sister, other)* OR HUSBAND OR WIFE:

| YES | NO | (Check each item) | RELATION(S) |
|---|---|---|---|
| | ✓ | HAD TUBERCULOSIS | |
| | ✓ | HAD SYPHILIS | |
| | ✓ | HAD DIABETES | |
| | ✓ | HAD CANCER | |
| | ✓ | HAD KIDNEY TROUBLE | |
| | ✓ | HAD HEART TROUBLE | |
| | ✓ | HAD STOMACH TROUBLE | |
| | ✓ | HAD RHEUMATISM *(Arthritis)* | |
| | ✓ | HAD ASTHMA, HAY FEVER, HIVES | |
| | ✓ | HAD EPILEPSY *(Fits)* | |
| | ✓ | COMMITTED SUICIDE | |
| | ✓ | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW *(Place check at left of each item)*

| YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | SCARLET FEVER, ERYSIPELAS | | ✓ | GOITER | | ✓ | TUMOR, GROWTH, CYST, CANCER | | ✓ | "TRICK" OR LOCKED KNEE |
| | ✓ | DIPHTHERIA | | ✓ | TUBERCULOSIS | | ✓ | RUPTURE | | ✓ | FOOT TROUBLE |
| | ✓ | RHEUMATIC FEVER | | ✓ | SOAKING SWEATS *(Night sweats)* | | ✓ | APPENDICITIS | | ✓ | NEURITIS |
| | ✓ | SWOLLEN OR PAINFUL JOINTS | | ✓ | ASTHMA | | ✓ | PILES OR RECTAL DISEASE | | ✓ | PARALYSIS *(Inc. infantile)* |
| ✓ | | MUMPS | | ✓ | SHORTNESS OF BREATH | | ✓ | FREQUENT OR PAINFUL URINATION | | ✓ | EPILEPSY OR FITS |
| | ✓ | WHOOPING COUGH | | ✓ | PAIN OR PRESSURE IN CHEST | | ✓ | KIDNEY STONE OR BLOOD IN URINE | | ✓ | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | ✓ | FREQUENT OR SEVERE HEADACHE | | ✓ | CHRONIC COUGH | | ✓ | SUGAR OR ALBUMIN IN URINE | | ✓ | FREQUENT TROUBLE SLEEPING |
| | ✓ | DIZZINESS OR FAINTING SPELLS | | ✓ | PALPITATION OR POUNDING HEART | | ✓ | BOILS | | ✓ | FREQUENT OR TERRIFYING NIGHTMARES |
| | ✓ | EYE TROUBLE | | ✓ | HIGH OR LOW BLOOD PRESSURE | | ✓ | VENEREAL DISEASE | | ✓ | DEPRESSION OR EXCESSIVE WORRY |
| | ✓ | EAR, NOSE OR THROAT TROUBLE | | ✓ | CRAMPS IN YOUR LEGS | | ✓ | RECENT GAIN OR LOSS OF WEIGHT | | ✓ | LOSS OF MEMORY OR AMNESIA |
| | ✓ | RUNNING EARS | | ✓ | FREQUENT INDIGESTION | | ✓ | ARTHRITIS OR RHEUMATISM | | ✓ | BED WETTING |
| | ✓ | CHRONIC OR FREQUENT COLDS | | ✓ | STOMACH, LIVER OR INTESTINAL TROUBLE | | ✓ | BONE, JOINT, OR OTHER DEFORMITY | | ✓ | NERVOUS TROUBLE OF ANY SORT |
| | ✓ | SEVERE TOOTH OR GUM TROUBLE | | ✓ | GALL BLADDER TROUBLE OR GALL STONES | | ✓ | LAMENESS | | ✓ | ANY DRUG OR NARCOTIC HABIT |
| | ✓ | SINUSITIS | | ✓ | JAUNDICE | | ✓ | LOSS OF ARM, LEG, FINGER, OR TOE | | ✓ | EXCESSIVE DRINKING HABIT |
| | ✓ | HAY FEVER | | ✓ | ANY REACTION TO SERUM, DRUG OR MEDICINE | | ✓ | PAINFUL OR "TRICK" SHOULDER OR ELBOW | | ✓ | HOMOSEXUAL TENDENCIES |

21. HAVE YOU EVER *(Check each item)*

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | WORN GLASSES | | ✓ | ATTEMPTED SUICIDE |
| | ✓ | WORN AN ARTIFICIAL EYE | | ✓ | BEEN A SLEEP WALKER |
| | ✓ | WORN HEARING AIDS | | ✓ | LIVED WITH ANYONE WHO HAD TUBERCULOSIS |
| | ✓ | STUTTERED OR STAMMERED | | ✓ | COUGHED UP BLOOD |
| | ✓ | WORN A BRACE OR BACK SUPPORT | | ✓ | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION |

22. FEMALES ONLY A. HAVE YOU EVER—

| YES | NO | |
|---|---|---|
| | | BEEN PREGNANT |
| | | HAD A VAGINAL DISCHARGE |
| | | BEEN TREATED FOR A FEMALE DISORDER |
| | | HAD PAINFUL MENSTRUATION |
| | | HAD IRREGULAR MENSTRUATION |

B. COMPLETE THE FOLLOWING:

AGE AT ONSET OF MENSTRUATION
INTERVAL BETWEEN PERIODS
DURATION OF PERIODS
DATE OF LAST PERIOD
QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY

23. HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS? 0

24. WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS? MONTHS

25. WHAT IS YOUR USUAL OCCUPATION? Student

26. ARE YOU *(Check one)* ☒ RIGHT HANDED ☐ LEFT HANDED

| | |
|---|---|
| ✓ | 27. HAVE YOU BEEN UNABLE TO HOLD A JOB BECAUSE OF: |
| ✓ | A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. |
| ✓ | B. INABILITY TO PERFORM CERTAIN MOTIONS |
| ✓ | C. INABILITY TO ASSUME CERTAIN POSITIONS |
| ✓ | D. OTHER MEDICAL REASONS (*If yes, give reasons*) |
| ✓ | 28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE? |
| ✓ | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? (*If yes, give details*) |
| ✓ | 30. HAVE YOU EVER BEEN REFUSED EMPLOYMENT BECAUSE OF YOUR HEALTH? (*If yes, state reason and give details*) |
| ✓ | 31. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? (*If yes, state reason and give details*) |
| ✓ | 32. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? (*If yes, describe and give age at which occurred*) |
| ✓ | 33. HAVE YOU EVER BEEN A PATIENT (*committed or voluntary*) IN A MENTAL HOSPITAL OR SANATORIUM? (*If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic*) |
| ✓ | 34. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? (*If yes, specify when, where, and give details*) |
| ✓ | 35. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? (*If yes, give complete address of doctor, hospital, clinic, and details*) |
| ✓ | 36. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? (*If yes, which illnesses*) |
| ✓ | 37. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date and reason for rejection*) |
| ✓ | 38. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability*) |
| ✓ | 39. HAVE YOU EVER RECEIVED, IS THERE PENDING, HAVE YOU APPLIED FOR, OR DO YOU INTEND TO APPLY FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? (*If yes, specify what kind, granted by whom, and what amount, when, why*) |

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| John J. Hedberg | John J. Hedberg |

40. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA (*Physician shall comment on all positive answers in items 20 thru 39*)

U.C.H.D. Age 18 -

| OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| | [illegible] | [illegible] | |

U.S. GOVERNMENT PRINTING OFFICE : 1964 O—717-095

Standard Form 88
(Rev. June 1956)
Bureau of the Budget
Circular A-32 (Rev.) 5-6-7

# REPORT OF MEDICAL EXAMINATION

88-104-01

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HEDBERG, JOHN JOSEPH | 2. GRADE AND COMPONENT OR POSITION<br>PFC E-3 RA | 3. IDENTIFICATION NO.<br>19 669 708 |
| 4. HOME ADDRESS (Number, street or RFD, city or town, zone and State)<br>Rt 3 Box 1380A<br>Auburn, Washington | 5. PURPOSE OF EXAMINATION<br>Seperation Reenl | 6. DATE OF EXAMINATION<br>12:30<br>10 January 63 |
| 7. SEX: Male / 8. RACE: Caucasian / 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 2 CIVILIAN | 10. AGENCY<br>ARMY | 11. ORGANIZATION UNIT<br>4th Admin Co, 4th Inf Div |
| 12. DATE OF BIRTH: 15 June 1942 / 13. PLACE OF BIRTH: Tacoma, Washington | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>MARIE HEDBERG (mother)<br>[redacted] | |
| 15. EXAMINING FACILITY OR EXAMINER AND ADDRESS<br>POST DISPENSARY, FORT LEWIS, WASHINGTON | 16. OTHER INFORMATION | |
| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |

## CLINICAL EVALUATION

| NOR-MAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|
| | 18. HEAD, FACE, NECK, AND SCALP | |
| | 19. NOSE | |
| | 20. SINUSES | |
| | 21. MOUTH AND THROAT | |
| | 22. EARS—GENERAL (Int. and ext. canals) (Auditory acuity under items 70 and 71) | |
| | 23. DRUMS (Perforation) | |
| | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| | 25. OPHTHALMOSCOPIC | |
| | 26. PUPILS (Equality and reaction) | |
| | 27. OCULAR MOTILITY (Associated parallel movements, nystagmus) | |
| | 28. LUNGS AND CHEST (Include breasts) | |
| | 29. HEART (Thrust, size, rhythm, sounds) | |
| | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| | 31. ABDOMEN AND VISCERA (Include hernia) | |
| | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| | 33. ENDOCRINE SYSTEM | |
| | 34. G-U SYSTEM | |
| | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| | 36. FEET | |
| | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ |
| | 40. SKIN, LYMPHATICS | |
| | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

(39) Left Index fingers

(Continue in item 73)

44. DENTAL (Place appropriate symbols above or below number of upper and lower teeth, respectively.)
O—Restorable teeth / —Nonrestorable teeth / X—Missing teeth / XXX—Replaced by dentures / (8 X 9)—Fixed bridge, brackets to include abutments

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | | | | | | | | | | | | | X | |
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |
| | X | | | | | | | | | | | | O | O | O | X | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES
Cl 3

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.022 | | 46. CHEST X-RAY (Place, date, film number and result)<br>Fort Lewis, Wash.<br>[illegible] |
| B. ALBUMIN neg | D. MICROSCOPIC | |
| C. SUGAR neg | | |
| 47. SEROLOGY (Specify test used and result)<br>Cardiolipin<br>non-reactive | 48. EKG / 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |

## MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 69 | 140 | Brn | Blu | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | 98 |

57. BLOOD PRESSURE (Arm at heart level)

| A. SITTING | | B. RECUMBENT | | C. STANDING (3 min.) | |
|---|---|---|---|---|---|
| SYS. | 110 | SYS. | | SYS. | |
| DIAS. | 80 | DIAS. | | DIAS. | |

58. PULSE (Arm at heart level)

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 64 | 96 | 80 | | |

59. DISTANT VISION — RIGHT 20/20 CORR. TO 20/ ; LEFT 20/20 CORR. TO 20/

60. REFRACTION — BY S. CX ; BY S. CX

61. NEAR VISION — CORR. TO BY ; CORR. TO BY

62. HETEROPHORIA (Specify distance)
ES 20 ft: normal Cover Test  L.H.  PRISM DIV.  PRISM CONV.  PC  PD

63. ACCOMMODATION — RIGHT LEFT
64. COLOR VISION (Test used and result) Passed FRV
65. DEPTH PERCEPTION (Test used and score) UNCORRECTED / CORRECTED
66. FIELD OF VISION
67. NIGHT VISION (Test used and score)
68. RED LENS TEST
69. INTRAOCULAR TENSION

70. HEARING — RIGHT WV 15/15 SV /15 ; LEFT WV 15/15 SV /15

71. AUDIOMETER

| | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | X | 10 | 5 | 10 | X | 5 | X | 10 |
| LEFT | X | 10 | 5 | 10 | X | 5 | X | 10 |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)
No assignment limitations.

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

B. PHYSICAL CATEGORY — A B C E

77. EXAMINEE (Check)
A. ☒ IS QUALIFIED FOR Separation + Reenlistment
B. ☐ IS NOT QUALIFIED FOR

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN
ORVAL M. ESHELMAN, CAPT, MC — SIGNATURE [signature]

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which)
WILLIAM J. HURT, COL, DC — SIGNATURE [signature]

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE — NUMBER OF ATTACHED SHEETS


U.S. GOVERNMENT PRINTING OFFICE : 1960—O-540314

Standard Form 600
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

HEALTH RECORD

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | 547TH GENERAL DISPENSARY GRAFENWOHR APO 114, US ARMY Rash |
| APR 23 1964 | Herpes nodes conforme |
| | Mercury oint. |
| | [signature] |
| | FR. HERR[illegible] CIV PHY |
| AUG 21 1964 | 547TH GENERAL DISPENSARY GRAFENWOHR APO 114, US ARMY |
| | Fungus on (R) foot |
| | Dermatophytosis right foot - crusted |
| | - no evidence of secondary infection. |
| | Rx: clean BID. Undecylenic acid oint. |
| | [signature] |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | C-[illegible] | SP-4 | C [illegible] | RA | [illegible] |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| [illegible] John J | 15 [illegible] | RA [illegible] |

AGL (1) 11-62-300M-91598

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

Circular A—32
600—102

HEALTH RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| Medical Clinic Nr D-3 Fort Ord, California | LD Yes Disposition Hosp |
| AUG 1 1960 | Diagnosis Smallpox vaccination c good take. Vaccination site is high on (L) shoulder rather than arm, however Px oozing vaccination site. Rx Admit |
| | E. V. JOHNSON, Capt, MC |
| 8 aug 60 USAH FT ORD | DISCHARGE DX: Abscess, left shoulder due to Staph. aur. coag pos. TREATMENT: DISPOSITION: m. ago. Duty — healed |
| | N Teara Maj MC |
| OUT PATIENT CLINIC U. S. ARMY HOSPITAL FORT BENJAMIN HARRISON, INDIANA | |
| HQ CO DISPENSARY 4th INF DIV | |
| 21 APR 1962 | Laceration, rt. index finger. Rx Cleaned c Phisohex and sterile dressing. Duty [illegible] |
| 8 June 62 | HQ HQ Co DISP |
| DX | Very small cut left thumb |
| RC | Cleaned with Phisohex & applied dressing |
| | Duty [illegible] |

MEDICAL EXAMINATION WAS ACCOMPLISHED AT
US ARMY DISPENSARY FORT LEWIS WASH ON 10 JAN 1963

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| | | PFC | [illegible] | | |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY—MONTH—YEAR) | IDENTIFICATION NO. |
|---|---|---|
| HEDBERG, JOHN JOSEPH | 15 Jun 42 | RA 19 669 708 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| 21 Jan 63 | Hq Hq Disp 4th. Inf Div. |
| | Patient injured cranium by a fall in his |
| | room. Received two laceration on the right |
| | side of cranium. |
| | Rx. Removed hair around injured area cleaned |
| | with Physohex, applied Butterfly stiches. |
| | |
| | Rx. Cleaned with Physohex, dress applied bacitracin |
| | ointment. |
| | Sp Chavez |

U.S. GOVERNMENT PRINTING OFFICE : 1960 O—539874

Form 600
v. 1952
of the Budget
cular A—32
600–102

# HEALTH RECORD

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1967 | Time in 2145 Time Seen |
| | BP 98 Complaint constipation and swelling of rectum |
| | Ext Hemorrhoid |
| | Rx Hemorrhoidal Supp. |
| | [signature] |
| | HOSPITAL DISPENSARY IRWIN ARMY HOSPITAL FORT RILEY, KANSAS |
| APR 1974 | LEFT Med Med |
| APR 18 1974 | THIS RECORD HAS BEEN SCREENED IN ACCORDANCE WITH AR 40-15 OR AR 604-5 AND (WAS) (WAS NOT) CLEARED |
| | [signature] |

| RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|
| Cau | 55G E-6 | 34 SPT 544 SFS | RA | Army |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME: [illegible]DBERG, JOHN J

DATE OF BIRTH (DAY-MONTH-YEAR): 15 J[illegible] 4[illegible]

IDENTIFICATION NO.: 19669708

CHRONOLOGICAL RECORD OF ME[illegible]

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| JUL 1 0 1974 | CLINIC 3240 |
| | FORT HOOD, TEXAS 76545 c/o Shortness of breath for 6 mo - |
| | PE Chest - Clear to auscultation |
| | Chest X-Ray - To be Read in Am By Hosp |
| | Disp - Return in am for blood work |
| | SFC [illegible] |
| | CLINIC |
| JUL 1 1 1974 | pt returned for blood test for SOB |
| | FORT HOOD, TEXAS 76545 & to get chest x-ray read by radiologist |
| | plan - SMA 12 - |
| | WBC count - |

* U.S. GOVERNMENT PRINTING OFFICE : 1960 O—574078

Standard Form 600
Nov. 1952
Bureau of the Budget
Circular A—32
600–102

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |
|---|---|
| A.M. | UNIT DISPENSARY |
| | DIV. ARTY. INF. DIV. |
| | APO S.F. 96224 |
| | Pt has area of parotitis |
| | Diag: Neg [illegible] |
| | [illegible] M.D. |
| MAY 28 1969 | DISPENSARY E FT CARSON, COLO |
| | L O D YES NO PENDING |
| | DISP: DUTY QTS HOSP OTHER |
| | Pt c/o (R) upper eye lid swollen, |
| | Pt has had trouble for five days — |
| | Refer to Dr. [illegible] |
| | Small Abscess margin |
| | of (L) upper lid. Will |
| | I&D & [illegible] soaks |
| | [illegible] |
| | Apo 96377, 18th Engr Bde |
| 28 May '70 | Pt. has stye of (R) eye & furuncle of |
| | (L) infraorbital region. D. W. GESCHKE, M.D. |
| | Plan: Ampicillin qid. |
| | Soaks qid. [signature] |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| | | | | | |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600

Standard Form 600
Nov. 1952
Bureau of the Budget
Circular A—32
600–102

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| 28 July 65 | - G.I.'s + Cramps. |
| | RX - Pro-Banthine + Tetracycline |
| 19 Sept 65 | 864 aid Station |
| | cc: G.C. - Smear - Positive |
| | ~~Rx~~ Pt. states he has had reaction to Penicillin |
| | Rx (1) Tetracycline ii qid |
| | (2) Rtn for Serology in 6 wks. |
| | duty Pfc. Finch |
| 23 MAY 66 | Pt. Says he has discharge + Burning when Urinating - Last contact 13 days ago Pt. has smear taken 8 days ago and test did not come Back to dispensary. |
| | SP6 Sanders |
| 23 MAY 66 | Pt has + GRID - |
| | 1. Tetracycline 2 every 6 hours for 14 days. |
| | SP6 Sanders |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | Cau | Pvt | [illegible] | RA | Army |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| BERG, John J. | 15 Jul 42 | 19660708 |

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 192 of 211

CHRONOLOGICAL RECORD OF MEDI[CAL CARE]
Standard Form 600

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2 JUN. 66 | Pt CUT HAND WITH KNIFE |
| | Rc 1) DRESSED |
| | 2) BOOSTER TETANUS |
| | 864th Engineer Bn Dispensary Cam Ranh Bay, Vietnam |
| 19 June 1966 | Pt. was struck with shovel full of |
| | sand Rt. eye: |
| | Imp: Corneal abrasion O.D. |
| | TX: 1.) Proparacaine (3 drops) |
| | 2.) Fluorescein dye. |
| | 3.) Eye irrigated c̄ saline |
| | 4.) Neosporin Ointment |
| | 5.) Eye Patch |
| | 5) 4 Darvon Comp. 32 mg |
| | Return for sick call in A.M. & |
| | see Dentist for dental appointment |
| | Sp/4 [illegible] |
| | W Lebedovych Capt MC |
| | 864th Engineer Bn Dispensary Cam Ranh Bay, Vietnam |
| 6 Aug 66 | Cleared for CONUS |
| | W. Lebedovych, Capt, MC |
| 26 Sept 66 | Follow up V.D. test RTC in 3 days |
| | [illegible signature] |

U.S. GOVERNMENT PRINTING OFFICE : 1960 O—574078

...rd Form 88
...d April 1968
...ral Services Administration
...ragency Comm. on Medical Records
...MR 101-11.809-3

# REPORT OF MEDICAL EXAMINATION

88-117-04

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HEDBERG, John J. | 2. GRADE AND COMPONENT OR POSITION<br>[redacted] Army E-7 | 3. IDENTIFICATION NO. |
| 4. HOME ADDRESS (*Number, street or RFD, city or town, State and ZIP Code*)<br>3802 S. 328Th St Auburn, Wn 98002 | 5. PURPOSE OF EXAMINATION<br>ETS | 6. DATE OF EXAMINATION<br>10 Dec 74 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY | CIVILIAN | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| M | CAU | 14 | | DA | Co A, 34Th Spt, 1st Cav Div |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| 32<br>15 Jun 42 | TACOMA, WASHINGTON | MAIRE J. HEDBERG, MOTHER<br>[redacted] |

| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS | 16. OTHER INFORMATION |
|---|---|
| PHYS EXAM SVCS USDAH FORT HOOD TEXAS | |

| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (*Total*) | LAST SIX MONTHS |
|---|---|---|
| 76Z50 SENIOR SupPly Sgt | 4 YEARS | |

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column; enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| | 18. HEAD, FACE, NECK AND SCALP | |
| | 19. NOSE | |
| | 20. SINUSES | |
| | 21. MOUTH AND THROAT | |
| | 22. EARS—GENERAL (*Int. & ext. canals*) (*Auditory acuity under items 70 and 71*) | |
| | 23. DRUMS (*Perforation*) | |
| | 24. EYES—GENERAL (*Visual acuity and refraction under items 59, 60 and 67*) | |
| | 25. OPHTHALMOSCOPIC | |
| | 26. PUPILS (*Equality and reaction*) | |
| | 27. OCULAR MOTILITY (*Associated parallel movements, nystagmus*) | |
| | 28. LUNGS AND CHEST (*Include breasts*) | |
| | 29. HEART (*Thrust, size, rhythm, sounds*) | |
| | 30. VASCULAR SYSTEM (*Varicosities, etc.*) | |
| | 31. ABDOMEN AND VISCERA (*Include hernia*) | |
| | 32. ANUS AND RECTUM (*Hemorrhoids, fistulae*) (*Prostate, if indicated*) | |
| | 33. ENDOCRINE SYSTEM | |
| | 34. G-U SYSTEM | |
| | 35. UPPER EXTREMITIES (*Strength, range of motion*) | |
| | 36. FEET | |
| | 37. LOWER EXTREMITIES (*Except feet*) (*Strength, range of motion*) | |
| | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| | 40. SKIN, LYMPHATICS | |
| | 41. NEUROLOGIC (*Equilibrium tests under item 72*) | |
| ✓ | 42. PSYCHIATRIC (*Specify any personality deviation*) | |
| | 43. PELVIC (*Females only*) (*Check how done*) ☐ VAGINAL ☐ RECTAL | |

**NOTES.** (*Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.*)

2 JAN 1975

(*Continue in item 73*)

44. DENTAL (*Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.*)

Restorable teeth — Non-restorable teeth — Missing teeth — Replaced by dentures — Fixed Partial dentures

| RIGHT | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY 1.011<br>B. ALBUMIN NEGATIVE | D. MICROSCOPIC NEGATIVE | 46. CHEST X-RAY (*Place, date, film number and result*)<br>NEGATIVE<br>CHEST X-RAY<br>70mm DRY READING<br>63 |
| 47. SEROLOGY (*Specify test used and result*)<br>NON REACTIVE<br>20 | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |

BUREAU OF THE BUDGET
CIRCULAR A-32

# REPORT OF MEDICAL HISTORY

89-103

THIS INFORMATION ... R OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHO... PERSONS

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HEDBERG, JOHN JOSEPH | 2. GRADE AND COMPONENT OR POSITION<br>PFC E-3 RA | 3. IDENTIFICATION NO.<br>19 669 708 |
| 4. HOME ADDRESS (*Number, street or RFD, city or town, zone and State*)<br>Rt 3 Box 1380A<br>Auburn, Washington | 5. PURPOSE OF EXAMINATION<br>Seperation Reenl | 6. DATE OF EXAMINATION<br>12:30<br>10 January 63 |

| | | | | | |
|---|---|---|---|---|---|
| 7. SEX<br>Male | 8. RACE<br>Caucasian | 9. TOTAL YEARS GOVERNMENT SERVICE — MILITARY<br>2 | CIVILIAN | 10. AGENCY<br>Army | 11. ORGANIZATION UNIT<br>4th Admin Co, 4th Inf Div |

| | | |
|---|---|---|
| 12. DATE OF BIRTH<br>15 Jun 42 | 13. PLACE OF BIRTH<br>Tacoma, Washington | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>MARIE HEDBERG (mother)<br>[redacted] |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>POST DISPENSARY, FORT LEWIS, WASHINGTON | | 16. OTHER INFORMATION |

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS. (*Follow by description of past history, if complaint exists*)

TO THE BEST OF MY KNOWLEDGE: GOOD

18. FAMILY HISTORY

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | 42 | Good | | |
| MOTHER | 38 | Good | | |
| SPOUSE | | | | |
| BROTHERS AND SISTERS | 17 | Good | | |
| | 8 | Good | | |
| | 5 | Good | | |
| | | | | |
| CHILDREN | | | | |
| | | | | |
| | | | | |
| | | | | |

19. HAS ANY BLOOD RELATION (*Parent, brother, sister, other*) OR HUSBAND OR WIFE:

| YES | NO | (Check each item) | RELATION(S) |
|---|---|---|---|
| | X | HAD TUBERCULOSIS | |
| | X | HAD SYPHILIS | |
| | X | HAD DIABETES | |
| | X | HAD CANCER | |
| | X | HAD KIDNEY TROUBLE | |
| | X | HAD HEART TROUBLE | |
| | X | HAD STOMACH TROUBLE | |
| | X | HAD RHEUMATISM (*Arthritis*) | |
| | X | HAD ASTHMA, HAY FEVER, HIVES | |
| | X | HAD EPILEPSY (*Fits*) | |
| | X | COMMITTED SUICIDE | |
| | X | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW (*Place check at left of each item*)

| YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | SCARLET FEVER, ERYSIPELAS | | X | GOITER | | X | TUMOR, GROWTH, CYST, CANCER | | X | "TRICK" OR LOCKED KNEE |
| X | | DIPHTHERIA | | X | TUBERCULOSIS | | X | RUPTURE | | X | FOOT TROUBLE |
| | X | RHEUMATIC FEVER | | X | SOAKING SWEATS (*Night sweats*) | | X | APPENDICITIS | | X | NEURITIS |
| | X | SWOLLEN OR PAINFUL JOINTS | | X | ASTHMA | | X | PILES OR RECTAL DISEASE | | X | PARALYSIS (*Inc. infantile*) |
| X | | MUMPS | | X | SHORTNESS OF BREATH | | X | FREQUENT OR PAINFUL URINATION | | X | EPILEPSY OR FITS |
| | X | WHOOPING COUGH | | X | PAIN OR PRESSURE IN CHEST | | X | KIDNEY STONE OR BLOOD IN URINE | | X | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | X | FREQUENT OR SEVERE HEADACHE | | X | CHRONIC COUGH | | X | SUGAR OR ALBUMIN IN URINE | | X | FREQUENT TROUBLE SLEEPING |
| | X | DIZZINESS OR FAINTING SPELLS | | X | PALPITATION OR POUNDING HEART | | X | BOILS | | X | FREQUENT OR TERRIFYING NIGHTMARES |
| | X | EYE TROUBLE | | X | HIGH OR LOW BLOOD PRESSURE | | X | VENEREAL DISEASE | | X | DEPRESSION OR EXCESSIVE WORRY |
| | X | EAR, NOSE OR THROAT TROUBLE | X | | CRAMPS IN YOUR LEGS | | X | RECENT GAIN OR LOSS OF WEIGHT | | X | LOSS OF MEMORY OR AMNESIA |
| | X | RUNNING EARS | | X | FREQUENT INDIGESTION | | X | ARTHRITIS OR RHEUMATISM | | X | BED WETTING |
| | X | CHRONIC OR FREQUENT COLDS | | X | STOMACH, LIVER OR INTESTINAL TROUBLE | | X | BONE, JOINT, OR OTHER DEFORMITY | | X | NERVOUS TROUBLE OF ANY SORT |
| | X | SEVERE TOOTH OR GUM TROUBLE | | X | GALL BLADDER TROUBLE OR GALL STONES | | X | LAMENESS | | X | ANY DRUG OR NARCOTIC HABIT |
| | X | SINUSITIS | | X | JAUNDICE | | X | LOSS OF ARM, LEG, FINGER, OR TOE | | X | EXCESSIVE DRINKING HABIT |
| | X | HAY FEVER | | X | ANY REACTION TO SERUM, DRUG OR MEDICINE | | X | PAINFUL OR "TRICK" SHOULDER OR ELBOW | | X | HOMOSEXUAL TENDENCIES |

21. HAVE YOU EVER (*Check each item*)

| YES | NO | (Check each item) | YES | NO | (Check each item) |
|---|---|---|---|---|---|
| | X | WORN GLASSES | | X | ATTEMPTED SUICIDE |
| | X | WORN AN ARTIFICIAL EYE | | X | BEEN A SLEEP WALKER |
| | X | WORN HEARING AIDS | | X | LIVED WITH ANYONE WHO HAD TUBERCULOSIS |
| | X | STUTTERED OR STAMMERED | | X | COUGHED UP BLOOD |
| | X | WORN A BRACE OR BACK SUPPORT | | X | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION |

22. FEMALES ONLY: A. HAVE YOU EVER—

| YES | NO | |
|---|---|---|
| | | BEEN PREGNANT |
| | | HAD A VAGINAL DISCHARGE |
| | | BEEN TREATED FOR A FEMALE DISORDER |
| | | HAD PAINFUL MENSTRUATION |
| | | HAD IRREGULAR MENSTRUATION |

B. COMPLETE THE FOLLOWING:

| | |
|---|---|
| | AGE AT ONSET OF MENSTRUATION |
| | INTERVAL BETWEEN PERIODS |
| | DURATION OF PERIODS |
| | DATE OF LAST PERIOD |

QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY

| | | | |
|---|---|---|---|
| 23. HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS? | 24. WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS?<br>MONTHS | 25. WHAT IS YOUR USUAL OCCUPATION? | 26. ARE YOU (*Check one*)<br>☐ RIGHT HANDED ☐ LEFT HANDED |

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED "YES" MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT |
|---|---|---|
| | | 27. HAVE YOU BEEN UNABLE TO HOLD A JOB BECAUSE OF: |
| | X | A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. |
| | X | B. INABILITY TO PERFORM CERTAIN MOTIONS |
| | X | C. INABILITY TO ASSUME CERTAIN POSITIONS |
| | X | D. OTHER MEDICAL REASONS (*If yes, give reasons*) |
| | X | 28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE? |
| | X | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? (*If yes, give details*) |
| | X | 30. HAVE YOU EVER BEEN REFUSED EMPLOYMENT BECAUSE OF YOUR HEALTH? (*If yes, state reason and give details*) |
| | X | 31. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? (*If yes, state reason and give details*) |
| | X | 32. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? (*If yes, describe and give age at which occurred*) |
| | X | 33. HAVE YOU EVER BEEN A PATIENT (*committed or voluntary*) IN A MENTAL HOSPITAL OR SANATORIUM? (*If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic*) |
| | X | 34. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? (*If yes, specify when, where, and give details*) |
| | X | 35. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? (*If yes, give complete address of doctor, hospital, clinic, and details*) |
| | X | 36. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? (*If yes, which illnesses*) |
| | X | 37. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date and reason for rejection*) |
| | X | 38. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability*) |
| | X | 39. HAVE YOU EVER RECEIVED, IS THERE PENDING, HAVE YOU APPLIED FOR, OR DO YOU INTEND TO APPLY FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? (*If yes, specify what kind, granted by whom, and what amount, when, why*) |

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| HEDBERG, JOHN J. | John J. Hedberg |

40. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA (*Physician shall comment on all positive answers in items 20 thru 39*)

Medical history reviewed and determined to be of no clinical significance.

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| ORVAL M. ESHELMAN, CAPT, MC | 11 Jan 63 | [signature] | mci |


U.S. GOVERNMENT PRINTING OFFICE 1959 O-527655

THIS INFORMATION ... R OFFICIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHOR... PERSONS

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>HEDBERG, JOHN JOSEPH | 2. GRADE AND COMPONENT OR POSITION<br>PFC E-3 RA | 3. IDENTIFICATION NO.<br>19 669 708 |
| 4. HOME ADDRESS (*Number, street or RFD, city or town, zone and State*)<br>Rt 3 Box 1380A<br>Auburn, Washington | 5. PURPOSE OF EXAMINATION<br>Seperation Reenl | 6. DATE OF EXAMINATION<br>12:30<br>10 January 63 |

| | | | | | |
|---|---|---|---|---|---|
| 7. SEX<br>Male | 8. RACE<br>Caucasian | 9. TOTAL YEARS GOVERNMENT SERVICE<br>MILITARY 2 | CIVILIAN | 10. AGENCY<br>Army | 11. ORGANIZATION UNIT<br>4th Admin Co, 4th Inf Div |

| | | |
|---|---|---|
| 12. DATE OF BIRTH<br>15 Jun 42 | 13. PLACE OF BIRTH<br>Tacoma, Washington | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>MARIE HEDBERG (mother)<br>[redacted] |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>POST DISPENSARY, FORT LEWIS, WASHINGTON | | 16. OTHER INFORMATION |

17. STATEMENT OF EXAMINEE'S PRESENT HEALTH IN OWN WORDS. (*Follow by description of past history, if complaint exists*)

TO THE BEST OF MY KNOWLEDGE: GOOD

18. FAMILY HISTORY

| RELATION | AGE | STATE OF HEALTH | IF DEAD, CAUSE OF DEATH | AGE AT DEATH |
|---|---|---|---|---|
| FATHER | 42 | Good | | |
| MOTHER | 38 | Good | | |
| SPOUSE | | | | |
| BROTHERS AND SISTERS | 17 | Good | | |
| | 8 | Good | | |
| | 5 | Good | | |
| | | | | |
| | | | | |
| CHILDREN | | | | |
| | | | | |
| | | | | |
| | | | | |

19. HAS ANY BLOOD RELATION (*Parent, brother, sister, other*) OR HUSBAND OR WIFE:

| YES | NO | (Check each item) | RELATION(S) |
|---|---|---|---|
| | X | HAD TUBERCULOSIS | |
| | X | HAD SYPHILIS | |
| | X | HAD DIABETES | |
| | X | HAD CANCER | |
| | X | HAD KIDNEY TROUBLE | |
| | X | HAD HEART TROUBLE | |
| | X | HAD STOMACH TROUBLE | |
| | X | HAD RHEUMATISM (*Arthritis*) | |
| | X | HAD ASTHMA, HAY FEVER, HIVES | |
| | X | HAD EPILEPSY (*Fits*) | |
| | X | COMMITTED SUICIDE | |
| | X | BEEN INSANE | |

20. HAVE YOU EVER HAD OR HAVE YOU NOW (*Place check at left of each item*)

| YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) | YES | NO | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | SCARLET FEVER, ERYSIPELAS | | X | GOITER | | X | TUMOR, GROWTH, CYST, CANCER | | X | "TRICK" OR LOCKED KNEE |
| X | | DIPHTHERIA | | X | TUBERCULOSIS | | X | RUPTURE | | X | FOOT TROUBLE |
| | X | RHEUMATIC FEVER | | X | SOAKING SWEATS (*Night sweats*) | | X | APPENDICITIS | | X | NEURITIS |
| | X | SWOLLEN OR PAINFUL JOINTS | | X | ASTHMA | | X | PILES OR RECTAL DISEASE | | X | PARALYSIS (*Inc. infantile*) |
| X | | MUMPS | | X | SHORTNESS OF BREATH | | X | FREQUENT OR PAINFUL URINATION | | X | EPILEPSY OR FITS |
| | X | WHOOPING COUGH | | X | PAIN OR PRESSURE IN CHEST | | X | KIDNEY STONE OR BLOOD IN URINE | | X | CAR, TRAIN, SEA, OR AIR SICKNESS |
| | X | FREQUENT OR SEVERE HEADACHE | | X | CHRONIC COUGH | | X | SUGAR OR ALBUMIN IN URINE | | X | FREQUENT TROUBLE SLEEPING |
| | X | DIZZINESS OR FAINTING SPELLS | | X | PALPITATION OR POUNDING HEART | | X | BOILS | | X | FREQUENT OR TERRIFYING NIGHTMARES |
| | X | EYE TROUBLE | | X | HIGH OR LOW BLOOD PRESSURE | | X | VENEREAL DISEASE | | X | DEPRESSION OR EXCESSIVE WORRY |
| | X | EAR, NOSE OR THROAT TROUBLE | X | | CRAMPS IN YOUR LEGS | | X | RECENT GAIN OR LOSS OF WEIGHT | | X | LOSS OF MEMORY OR AMNESIA |
| | X | RUNNING EARS | | X | FREQUENT INDIGESTION | | X | ARTHRITIS OR RHEUMATISM | | X | BED WETTING |
| | X | CHRONIC OR FREQUENT COLDS | | X | STOMACH, LIVER OR INTESTINAL TROUBLE | | X | BONE, JOINT, OR OTHER DEFORMITY | | X | NERVOUS TROUBLE OF ANY SORT |
| | X | SEVERE TOOTH OR GUM TROUBLE | | X | GALL BLADDER TROUBLE OR GALL STONES | | X | LAMENESS | | X | ANY DRUG OR NARCOTIC HABIT |
| | X | SINUSITIS | | X | JAUNDICE | | X | LOSS OF ARM, LEG, FINGER, OR TOE | | X | EXCESSIVE DRINKING HABIT |
| | X | HAY FEVER | | X | ANY REACTION TO SERUM, DRUG OR MEDICINE | | X | PAINFUL OR "TRICK" SHOULDER OR ELBOW | | X | HOMOSEXUAL TENDENCIES |

| 21. HAVE YOU EVER (Check each item) | | | | | | 22. FEMALES ONLY: A. HAVE YOU EVER— | | | B. COMPLETE THE FOLLOWING: | |
|---|---|---|---|---|---|---|---|---|---|---|
| | X | WORN GLASSES | | X | ATTEMPTED SUICIDE | | | BEEN PREGNANT | | AGE AT ONSET OF MENSTRUATION |
| | X | WORN AN ARTIFICIAL EYE | | X | BEEN A SLEEP WALKER | | | HAD A VAGINAL DISCHARGE | | INTERVAL BETWEEN PERIODS |
| | X | WORN HEARING AIDS | | X | LIVED WITH ANYONE WHO HAD TUBERCULOSIS | | | BEEN TREATED FOR A FEMALE DISORDER | | DURATION OF PERIODS |
| | X | STUTTERED OR STAMMERED | | X | COUGHED UP BLOOD | | | HAD PAINFUL MENSTRUATION | | DATE OF LAST PERIOD |
| | X | WORN A BRACE OR BACK SUPPORT | | X | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION | | | HAD IRREGULAR MENSTRUATION | | QUANTITY: ☐ NORMAL ☐ EXCESSIVE ☐ SCANTY |

| | | | |
|---|---|---|---|
| 23. HOW MANY JOBS HAVE YOU HAD IN THE PAST THREE YEARS?<br>1 | 24. WHAT IS THE LONGEST PERIOD YOU HELD ANY OF THESE JOBS?<br>MONTHS 24 | 25. WHAT IS YOUR USUAL OCCUPATION?<br>[illegible] | 26. ARE YOU (*Check one*)<br>☑ RIGHT HANDED ☐ LEFT HANDED |

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED "YES" MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | | 27. HAVE YOU BEEN UNABLE TO HOLD A JOB BECAUSE OF: | |
| | X | A. SENSITIVITY TO CHEMICALS, DUST, SUNLIGHT, ETC. | |
| | X | B. INABILITY TO PERFORM CERTAIN MOTIONS | |
| | X | C. INABILITY TO ASSUME CERTAIN POSITIONS | |
| | X | D. OTHER MEDICAL REASONS (*If yes, give reasons*) | |
| | X | 28. HAVE YOU EVER WORKED WITH RADIOACTIVE SUBSTANCE? | |
| | X | 29. DID YOU HAVE DIFFICULTY WITH SCHOOL STUDIES OR TEACHERS? (*If yes, give details*) | |
| | X | 30. HAVE YOU EVER BEEN REFUSED EMPLOYMENT BECAUSE OF YOUR HEALTH? (*If yes, state reason and give details*) | |
| | X | 31. HAVE YOU EVER BEEN DENIED LIFE INSURANCE? (*If yes, state reason and give details*) | |
| | X | 32. HAVE YOU HAD, OR HAVE YOU BEEN ADVISED TO HAVE, ANY OPERATIONS? (*If yes, describe and give age at which occurred*) | |
| | X | 33. HAVE YOU EVER BEEN A PATIENT (*committed or voluntary*) IN A MENTAL HOSPITAL OR SANATORIUM? (*If yes, specify when, where, why, and name of doctor, and complete address of hospital or clinic*) | |
| | X | 34. HAVE YOU EVER HAD ANY ILLNESS OR INJURY OTHER THAN THOSE ALREADY NOTED? (*If yes, specify when, where, and give details*) | |
| | X | 35. HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, HEALERS, OR OTHER PRACTITIONERS WITHIN THE PAST 5 YEARS? (*If yes, give complete address of doctor, hospital, clinic, and details*) | |
| | X | 36. HAVE YOU TREATED YOURSELF FOR ILLNESSES OTHER THAN MINOR COLDS? (*If yes, which illnesses*) | |
| | X | 37. HAVE YOU EVER BEEN REJECTED FOR MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date and reason for rejection*) | |
| | X | 38. HAVE YOU EVER BEEN DISCHARGED FROM MILITARY SERVICE BECAUSE OF PHYSICAL, MENTAL, OR OTHER REASONS? (*If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability*) | |
| | X | 39. HAVE YOU EVER RECEIVED, IS THERE PENDING, HAVE YOU APPLIED FOR, OR DO YOU INTEND TO APPLY FOR PENSION OR COMPENSATION FOR EXISTING DISABILITY? (*If yes, specify what kind, granted by whom, and what amount, when, why*) | |

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.
I AUTHORIZE ANY OF THE DOCTORS, HOSPITALS, OR CLINICS MENTIONED ABOVE TO FURNISH THE GOVERNMENT A COMPLETE TRANSCRIPT OF MY MEDICAL RECORD FOR PURPOSES OF PROCESSING MY APPLICATION FOR THIS EMPLOYMENT OR SERVICE.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| HEDBERG, JOHN J. | John J. Hedberg |

40. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA (*Physician shall comment on all positive answers in items 20 thru 39*)

Medical history reviewed and determined to be of no clinical significance.

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| ORVAL M. ESHELMAN, CAPT, MC | 11 Jan 63 | [signature] | nil |

# REPORT OF MEDICAL EXAMINATION

Rt 1 Box 1580A
Auburn, Washington

Male — Caucasian

15 June 1945 — Tacoma, Washington

Fort Lewis, Washington

Separation — 10 January 63

Army — 4th Admin Co, 4th Inf Div

(mother)

## CLINICAL EVALUATION

(35) Left Index finger

(Continue in item 73)

44. DENTAL

Remarks and additional dental defects and diseases: Q-3

## LABORATORY FINDINGS

45. URINALYSIS: A. Specific gravity 1.027

47. SEROLOGY: Cardiolipin non-reactive

46. CHEST X-RAY: Fort Lewis, Wash.

MEASUREMENTS AND OTHER FINDINGS

20/20 correct Coverteat

No assignment limitations.

ORVAL M. ESHELMAN, CAPT, MC

WILLIAM J. HURT, COL, MC

4

Standard Form 601
Promulgated Nov. 1952
By Bureau of the Budget
Circular A—32

# HEALTH RECORD — IMMUNIZATION RECORD

*All entries in ink to be made in block letters*

## VACCINATION AGAINST SMALLPOX (*Number of previous vaccination scars*)

| | DATE | ORIGIN | BATCH NUMBER | RESULT* 2–3 DAYS | RESULT* 7–10 DAYS | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | 14 JUL 1960 | | | | ACC | FT ORD, CALIF. | D Roberts |
| | 28 Sept 61 | | | Revaccinate | | | [illegible] |
| | 25 Sept 62 | | | Acc | | | M.C. Thomas CAPT MC |
| | 19 Sep 63 | | | Acc | | | W. Pier Capt MC |
| | 21 Sep 64 | | | | | | W. Pier Capt MC |
| 6 | | | | | | | |

*ENTER RESULTS AS: IMMEDIATE REACTION (*of immunity*); ACCELERATED REACTION (*Vaccinoid*); TYPICAL PRIMARY VACCINA

## TRIPLE TYPHOID VACCINE

| | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME | | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 JUL 60 | .5CC | | KC | 7 | 2 Sep 64 | 1/2 cc | | Capt Pier M.C. |
| 2 | 20 Jul 60 | ½cc | | W Honley | 8 | | | | |
| 3 | AUG 23 '60 | 0.50cc | | WALLACE D. HONLEY | 9 | | | | |
| | 28 Sept 61 | | | [illegible] | 10 | | | | |
| | 25 Sept 62 | .5cc | | M.C. Thomas CAPT MC | 11 | | | | |
| | 19 Sep 63 | | | W. Pier Capt MC | 12 | | | | |

## TETANUS TOXOID

| | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME | | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 Jul 60 | ½cc | | W Honley | 4 | 22 JAN 63 | ½cc | | J.D. Moorhead MC |
| 2 | 20 Jul 60 | ½cc | | W Honley | 5 | | | | |
| | 28 Sept 61 | | | [illegible] | 6 | | | | |

## SCHICK TESTING AND DIPHTHERIA IMMUNIZATION

| | DATE | DOSE | REACTION | PHYSICIAN'S NAME | | DATE | DOSE | REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| TEST | | | | | TEST | | | | |
| | | | | | | | | | |
| 1 | | | | | 5 | | | | |
| 2 | | | | | 6 | | | | |
| 3 | | | | | 7 | | | | |
| 4 | | | | | 8 | | | | |

## TYPHUS VACCINE

| | DATE | DOSE | REACTION | PHYSICIAN'S NAME | | DATE | DOSE | REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 Dec 60 | | | Col Harris | 4 | 17 Jan 63 | 0.5 | | Capt Morehead |
| | 23 AUG 60 | | | [illegible] | 5 | | | | |
| | 28 Sept 61 | | | [illegible] | 6 | | | | |

## CHOLERA VACCINE

| | DATE | ORIGIN | BATCH NO. | PHYSICIAN'S NAME | | DATE | ORIGIN | BATCH NO. | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 Dec 60 | | | Col Harris | 7 | | | | |
| 2 | 28 Sept 61 | | | [illegible] | 8 | | | | |
| | 23 Mar 62 | | | [illegible] | 9 | | | | |
| 4 | | | | | 10 | | | | |
| 5 | | | | | 11 | | | | |
| 6 | | | | | 12 | | | | |

## YELLOW FEVER VACCINE

| | DATE | ORIGIN | BATCH NO. | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | 6 Dec 60 | Nat Drug Co | 4756 | Fort Lewis, Wash | Col Harris |
| 2 | | | | | |
| 3 | | | | | |

| SEX | RACE | GRADE, RATING OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | Cau | PFC | [illegible] | RA | ARMY |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| HEDBERG, JOHN JOSEPH | 15 Jun 42 | RA 19 669 708 |

16—67730-1

IMMUNIZATION RECORD
Standard Form 601

OTHER IMMUNIZATIONS

| | DATE | TYPE | DOSE | REACTION | REMARKS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | 5 Jul 60 | Polio | 1cc | WH | | |
| 2 | 7 JUL 60 | FLU-P | 1 CC | DR | | |
| 3 | 25 JUL 60 | ADENO-VACC | 1 cc | | | |
| 4 | | POLIO #2 | | | | COB |
| | 28 Sept 61 | POLIO (3) | | | | [illegible] |
| | 28 Sept 61 | FLU | | | | [illegible] |
| | 25 Sept 62 | Polio (4) | 1 cc | | | [illegible] |
| | 8 JAN 63 | Flu | 1 cc | | | M C Thomas CHOT MC |
| 9 | 4 Mar 63 | Sabin I | | | | Morehead Capt MC |
| 10 | 1 Apr 63 | Sabin II & III | | | | Wilson Capt MC |
| 11 | 8 Oct 63 | Flu | | | | Wilson Capt MC |
| 12 | 17 NOV 64 | flu | flu | | | [illegible] Capt MC |
| 13 | 30 Apr 63 | Oral Polio | 1, 2, 3 | | | [illegible] |
| 14 | | | | | | C H Bowman Capt MC |
| 15 | | | | | | |

SENSITIVITY TESTS (*Tuberculin, etc.*)

| | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

REACTIONS (*To transfusions, drugs, sera, foods, allergens, etc.*)

| | DATE | AGENT | TYPE OF REACTION | SEVERITY | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

BLOOD TYPING

| | DATE | TYPE (*International*) | Rh FACTOR | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 1 | 25 Apr 62 | O | Positive | [illegible] |
| 2 | | | | |
| 3 | | | | |

REMARKS AND RECOMMENDATIONS (*Including history of diseases for which any of the above immunizing agents were given with year and place of attack*)

THIS RECORD IS IS[SU]ED IN AC[COR]DANCE WITH ARTICLE 99, WHO SANITARY [RE]GULATI[ON] NO. 2.

U. S. GOVERNMENT PRINTING OFFICE 16—67730-1

Circular A—32

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | |

| SEX | RACE | GRADE, RATING, OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| M | Cau | PFC | C Co, 3d Engr Bn | RA | Army |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| HEDBERG JOHN JOSEPH | 15 JUN 1942 | 19669708 |

AGL (1) 5-62-300M-89091

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Standard Form 600

Rev. November 1953
Promulgated
By Bureau of the Budget
Circular A—32 (Rev.)

# HEALTH RECORD — DENTAL

## SECTION I. DENTAL EXAMINATION

1. PURPOSE OF EXAMINATION

| X | INITIAL | | SEPARATION | | OTHER (*Specify*) |
|---|---|---|---|---|---|

2. TYPE OF EXAM.: 1 [X] 2 3 4

3. DENTAL CLASSIFICATION: 1 2 [X] 3 4 5

4. MISSING TEETH AND EXISTING RESTORATIONS




REMARKS

Bleeding tendency [] Rheumatic fever []
Heart condition [] Diabetes []
Drug sensitivity [] TB []
Negative []

ETS June 63

PLACE OF EXAMINATION: FT. ORD, CALIFORNIA
DATE: JUL 14 1960

SIGNATURE OF DENTIST COMPLETING THIS SECTION: J. J. Monahan Capt DC

5. DISEASES, ABNORMALITIES, AND X-RAYS




A. CALCULUS

| | SLIGHT | | MODERATE | | HEAVY |
|---|---|---|---|---|---|

B. PERIODONTOCLASIA

| | LOCAL | | GENERAL |
|---|---|---|---|
| | INCIPIENT | | MODERATE | | SEVERE |

C. STOMATITIS (*Specify*)

| | GINGIVITIS | | VINCENT'S |
|---|---|---|---|

D. DENTURES NEEDED
(*Include dentures needed after indicated extractions*)

| FULL | | PARTIAL | |
|---|---|---|---|
| U | L | U | L |

ABNORMALITIES OF OCCLUSION—REMARKS

E. INDICATE X-RAYS USED IN THIS EXAMINATION

| | FULL MOUTH PERIAPICAL | X | POSTERIOR BITE-WINGS | | OTHER (*Specify*) |
|---|---|---|---|---|---|

DATE: JUL 14 1960

PLACE OF EXAMINATION: FT. ORD, CALIFORNIA

SIGNATURE OF DENTIST COMPLETING THIS SECTION: J. N. Satake Maj. DC

## SECTION II. PATIENT DATA.

| 6. SEX | 7. RACE | 8. GRADE, RATING, OR POSITION | 9. ORGANIZATION UNIT | 10. COMPONENT OR BRANCH | 11. SERVICE, DEPT., OR AGENCY |
|---|---|---|---|---|---|
| M | Cau | SFC E-7 | 348PT | | |

| 12. PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | 13. DATE OF BIRTH (DAY—MONTH—YEAR) | 14. IDENTIFICATION NO. |
|---|---|---|
| [illegible], JOHN JOSEPH | 15 Jun 42 | RA 19 569 700 |

16—67875-2

ROT: MAR 74

SSAN 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

DENTAL
Standard Form 603

## SECTION III. ATTENDANCE RECORD

**15. RESTORATIONS AND TREATMENTS** (*Completed during service*)




REMARKS

**16. SUBSEQUENT DISEASES AND ABNORMALITIES**




REMARKS
11 June 70 Pros - Up Immed Denture - MB

**17. SERVICES RENDERED**

| DATE | DIAGNOSIS—TREATMENT | CLASS | OPERATOR AND DENTAL FACILITY | INITIALS |
|---|---|---|---|---|
| | | | Ft. Lewis, Wash. | |
| 8 Mar 61 | Type 2 Exam XRay B/W | 3oc | James A Lien | JAL |
| 13 Mar 61 | Failed 1415 Oper Appt | | | |
| 10 Apr 62 | T/2 Exam, IOH, B/W 2,5 | 3so | James H Rummel | JHR |
| 10 Apr 62 | NRC #2, Ext, Su | | Henri DePicciotto | HD |
| 17 Apr 62 | POT Su Rem 20 Apr 62 POT | 3o | Henri DePicciotto | HD |
| | | | U. S. ARMY DENTAL CLINIC | |
| | Bleeding tendency Y N; Heart disease Y N | | MUNICH WILL KASERNE | |
| | Diabetes; Rheumatic fever | | DC#5 FT.RILEY,KANSAS | |
| | Drug Sensitivity; Under phys care | | DC#5 FT.RILEY.KANSAS | |
| | Negative; Date, Initial | | U.S. ARMY DENTAL CLINIC #1 | |
| | | | FORT CARSON, COLO. | |
| AUG 21 1969 | Exam Type [illegible] | 5 | ROGER V. MAJERUS LTC DC | Rvm |
| 21 aug 69 | Curettage Scaling, Reappoint for prophy. | | E. Moore | EM |
| 28 Aug | # 12, 13, 14, 15, 16 NRC ext Su 3, gtts, | | W.A. SCOTT | WAS |
| 29 Aug | [illegible] | | W. A Scott | WAS |
| 2 Sept | Su Rem | | R. [illegible] | |
| 8 Sept | #18 NRC #20 & 21 rt tip ext | | D. [illegible] | D.G. |
| 12 Sept | Su Rem | | D. [illegible] | D.G. |
| 16 Sept | #1, 2, 3, 4, 5 NRC ext Su Cont. Bone Trim, gtts 14 Comp x 6 | | | |
| 18 Sept | pak | | M.E. [illegible] | |
| 22 Sept | [illegible] - Su rem | | M. [illegible] | MB |
| 24 Sept | #27, 28, 29 rt tips, #30 NRC ext Su 2 gtts | | S. [illegible] | SS |
| 3 Oct | Su rem | | | |
| 2 Oct. 1970 | #19 MOD (Exp) dycal cop Am | | WA Scott | WAS |
| | | | 934 Dental Det ADS SFG | 63LC |
| 11 June 70 | preliminary impression / E POH Recommend operative prior to completion of [illegible] | | M. Baslin | MB |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 205 of 211

Standard Form 603-A
December 1958
Bureau of the Budget
Circular A-32 (Rev.)

HEALTH RECORD — PAGE II — DENTAL—Continuation

SECTION III. ATTENDANCE RECORD

15. RESTORATIONS AND TREATMENTS (*Completed during service*)



REMARKS

16. SUBSEQUENT DISEASES AND ABNORMALITIES



12 Jul 74

REMARKS

PD 1. FMX
2 Col Lyon FU/FL
3 surg

17. SERVICES RENDERED

| DATE | DIAGNOSIS—TREATMENT | CLASS | OPERATOR AND DENTAL FACILITY | INITIALS |
|---|---|---|---|---|
| | | | U.S. ARMY DENTAL CLINIC | |
| | | | PIONEER KASERNE | |
| 1971 | | | APO 09165 | |
| 4 March | RECORDS REVIEWED | | JACK D. RICE LTC DC | JDR |
| | USA DENTAL CLINIC #3 FT. HOOD, TEXAS 76544 | | | |
| 12 JUL 1974 | II--EXAM, BWX, W/R, D/R, PAX | | RAYMOND PORTNOFF CAPT. D. C. | RP |
| 31 Jul 74 | FM-13 exp | | E. Kellogg | EK |
| 6 Aug | Consult refer to Col Lyon for TP | | James Wilbanks | |
| 12 AUG 74 | Pros eval: I don't feel this patient will be motivated to maintain lower arch — and I don't feel max immed is indicated. Recommend (1) ext remaining max teeth (2) After healing max complete denture to be constructed. (3) Treat mand teeth as necessary | | R Lyon | |
| 13 Aug | #7, 8, 9, 10, 11 - Dec ext. Disp. Darvon (SIG-1 cont.) no duty | | W R Reed | WRR |
| 16 Aug | POT Sut Rem | | W R Reed | WRR |
| 30 Aug | Failed appt | | Paul M. Sullivan | PMS |

PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME

IDENTIFICATION NO.

DENTAL—Continuation
Standard Form 603-A
603-202

Standard Form 513
Rev. August 1954
Bureau of the Budget
Circular A-32

871-281
U.S. GOVERNMENT PRINTING OFFICE : 1961 O—586373

**CLINICAL RECORD** | **CONSULTATION SHEET**

**REQUEST**

TO: Cam Ranh Bay

FROM: (Requesting ward, unit, or activity) Dong Ba Thin

DATE OF REQUEST 27 May 1970

REASON FOR REQUEST (Complaints and findings)

Attn. Cpt. Bristow
Could you please evaluate for prosthetic purposes. If my Oper., Surg. or peris. could be done here at your request, Sir, Doctor, Cpt, God.

PROVISIONAL DIAGNOSIS

Thank you for your time & patience.

DOCTOR'S SIGNATURE D. S. Parvat, Cpt. DC

APPROVED Archie

PLACE OF CONSULTATION ☐ BEDSIDE ☒ ON CALL

☐ EMERGENCY ☒ ROUTINE

**CONSULTATION REPORT**

Archie –
We plan to construct an upper immediate denture for this patient while you undertake the operative and other essentials on lower arch – OK – Mike

(Continued on reverse side)

SIGNATURE AND TITLE | DATE | IDENTIFICATION NO. | ORGANIZATION

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Hedberg, John J.
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

REGISTER NO. | WARD NO.

CONSULTATION SHEET
Standard Form 513
513-104

DENTAL PATIENT ME...ICAL HISTORY

DATE: 12 ...

| | | (Circle your answer) | |
|---|---|---|---|
| 1. | Have you ever had a reaction from a local anesthetic such as novacaine? | YES | (NO) |
| 2. | Are you allergic to any drugs or medicines (penicillin, etc)? | YES | (NO) |
| 3. | Are you allergic to dust, grasses, or any foods? | YES | (NO) |
| 4. | Have you ever had hay fever or asthma? | YES | (NO) |
| 5. | Have you ever fainted? | YES | (NO) |
| 6. | Have you ever had shortness of breath, swelling of ankles, or palpitation of heart? | (YES) | NO |
| 7. | Are you taking any shots for anything? | YES | (NO) |
| 8. | Are you now, or have you recently been taking any medicine? | YES | (NO) |
| 9. | Have you ever had prolonged bleeding from injury or tooth extraction? | YES | (NO) |
| 10. | Have you ever had any problems with any dental treatment? | YES | (NO) |
| 11. | Have you or any of your immediate family had diabetes? | (YES) | NO |
| 12. | Are you under the professional care of a physician at present? | YES | (NO) |
| 13. | Have you been hospitalized in the past five years? | YES | (NO) |
| 14. | Have you ever been treated for: | | |
| | a. Rheumatic fever | YES | (NO) |
| | b. Heart condition | YES | (NO) |
| | c. High blood pressure | YES | (NO) |
| | d. Any blood disease | YES | (NO) |
| | e. Liver disease (Yellow Jaundice, Infectious Hepatitis) | YES | (NO) |
| | f. Lung disease (Tuberculosis, etc.) | YES | (NO) |
| | g. Thyroid disease | YES | (NO) |
| | h. Kidney disease | YES | (NO) |

LAS 10 JAN 75

IF FEMALE: Are you married ________?

Are you pregnant ________? If so, name and address of your doctor.

...ture of patient/parent)

(Signature of Reviewing Dental Officer)

...m 213 (DMA-DD)
73 Replaces Previous Edition

VERIFICATION OF TRAINING IN ORAL DISEASE CONTROL

Participant's Acknowledgement of Instruction:

I, EDBERG, John J SFC 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 Co A, 34th Spt Bn
(Name, Rank, SSN, and Unit)

have attended programed instruction in oral disease control on 25 July 1974. I have been instructed that controlling the daily buildup of bacteria that cause cavities and gum disease is my responsibility and that only I can keep my mouth healthy and free from disease. I further understand that before a dentist can, in good conscience, restore my teeth (with fillings, dentures, bridges, etc.) he must be assured that my active disease is stopped. I have been instructed that so long as I notice bleeding when I floss and brush, that my mouth is not healthy; but that I can stop this tendency to bleed by keeping the oral bacteria that cause disease disorganized for a period of 5 to 7 days.

INSTRUCTOR'S VERIFICATION OF ATTENDANCE:

The participant named above has received instruction in oral disease control.

JUL 1974

(Preventive Dentistry Officer)

FH Form 1365
21 Apr 71

Standard Form 601
Nov. 1952
Bureau of the Budget
Circular A-32

**HEALTH RECORD** | **IMMUNIZATION RECORD** | *All entries in ink to be made in block letters*

## VACCINATION AGAINST SMALLPOX *(Number of previous vaccination scars)*

| | DATE | ORIGIN | BATCH NUMBER | RESULT* 2-3 DAYS | RESULT* 7-10 DAYS | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|
| 1 | 17 Apr 64 | | | | | Ft Wolters Tex | [illegible] |
| 2 | 14 Dec 67 | | | | | Ft Riley Kans | Dory Harris |
| 3 | 7 Oct 64 | | | | | | [illegible] Capt MC |
| 4 | 1 Nov 70 | | | | | | [illegible] |
| 5 | 28 MAR 74 | | 8 - 346 | | | | Gerald D. Moss Maj. MC |
| 6 | | | | | | | |

*ENTER RESULTS AS: IMMEDIATE REACTION (*of immunity*); ACCELERATED REACTION (*Vaccinoid*); TYPICAL PRIMARY VACCINA

## TRIPLE TYPHOID VACCINE S/C from records/ 47

| | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME | | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 28 Sept 64 | | | Geir M.D. | 7 | | | | |
| 2 | 21 FEB 66 | 1/2 cc | | Capt L Polok MC | 8 | | | | |
| 3 | 14 Dec 67 | 1/2 cc | | Dory Harris MC | 9 | | | | |
| 4 | 28 MAR 74 | 0.5 cc | | Gerald D. Moss Maj. MC | 10 | | | | |
| 5 | | | | | 11 | | | | |
| 6 | | | | | 12 | | | | |

## TETANUS TOXOID S/C 1961 from old records

| | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME | | DATE | DOSE | UNTOWARD REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 28 Sept 64 | | | R C E. | 4 | 28 MAR 74 | 0.5 | Gerald D. Moss Maj. MC | |
| 2 | 2 JUN 66 | | | Capt Leuedemych | 5 | | | | |
| 3 | 14 Dec 67 | | | Dory Harris MC | 6 | | | | |

## SCHICK TESTING AND DIPHTHERIA IMMUNIZATION

| | DATE | DOSE | REACTION | PHYSICIAN'S NAME | | DATE | DOSE | REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| TEST | | | | | TEST | | | | |
| | | | | | | | | | |
| 1 | | | | | 5 | | | | |
| 2 | | | | | 6 | | | | |
| 3 | | | | | 7 | | | | |
| 4 | | | | | 8 | | | | |

## TYPHUS VACCINE

| | DATE | DOSE | REACTION | PHYSICIAN'S NAME | | DATE | DOSE | REACTION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 Aug 66 | .5 cc | | Ew Kalrdrayde | 4 | | | | |
| 2 | 14 Dec 67 | | | Dory Harris MC | 5 | | | | |
| 3 | | | | | 6 | | | | |

## CHOLERA VACCINE S/C 61 from records

| | DATE | ORIGIN | BATCH NO. | PHYSICIAN'S NAME | | DATE | ORIGIN | BATCH NO. | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 17 Apr 65 | | | J McGilley | 7 | | | | |
| 2 | 4 Nov 65 | | | L Polok | 8 | | | | |
| 3 | 6 Aug 66 | | | Ew Kalrdrayde | 9 | | | | |
| 4 | 14 Dec 67 | | | Dory Harris MC | 10 | | | | |
| 5 | 7 Oct 64 | | | [illegible] Capt MC | 11 | | | | |
| 6 | 1 Dec 70 | | | [illegible] | 12 | | | | |

## YELLOW FEVER VACCINE

| | DATE | ORIGIN | BATCH NO. | STATION | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | 10 Nov 60 | WDC | | Ft Lewis Wash | Col Hau[illegible] |
| 2 | | | | | |
| 3 | | | | | |

| SEX | RACE | GRADE, RATING OR POSITION | ORGANIZATION UNIT | COMPONENT OR BRANCH | SERVICE, DEPT. OR AGENCY |
|---|---|---|---|---|---|
| Man | Cau | E-7 | 34 SPT | RA | ARMY |

| PATIENT'S LAST NAME—FIRST NAME—MIDDLE NAME | DATE OF BIRTH (DAY-MONTH-YEAR) | IDENTIFICATION NO. |
|---|---|---|
| HEDBERG John Joseph | 15 June 42 | RA 19669708 |

601-102

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

**IMMUNIZATION RECORD**
Standard Form 601

Case 4:12-cv-08001-GAF Document 153-2 Filed 09/03/15 Page 210 of 211

## OTHER IMMUNIZATIONS

| | DATE | TYPE | DOSE | REACTION | REMARKS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | 1 Mar 65 | T.P. | S/C 1-3 | from Ser... | | [illegible signature] |
| 2 | 21 APR 1965 | AGUE | | | | J. A. McKillop Capt. MC |
| 3 | 20 May 65 | Plague 2 | 1 cc | | | [illegible signature] |
| 4 | 22 Jun 65 | [illegible] | 3 cc | | | [illegible signature] |
| 5 | 28 Sept 65 | Plague 3 | | | | [illegible signature] |
| 6 | 4 Nov 65 | Flu | | | | [illegible signature] |
| 7 | 26 Nov 65 | [illegible] | 7cc | | | [illegible signature] |
| 8 | 7 Oct 69 | PLAGUE | .2cc | | | [illegible signature] |
| 9 | 27 Jan 70 | FLU | 1.00 cc | | | LUIS R. [illegible], MAJ, [illegible] |
| 10 | 30 Oct 70 | Flu | 1.0 cc | | | [illegible signature] |
| 11 | 1 Dec 70 | Plague | .2cc | | | [illegible signature] |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |

## SENSITIVITY TESTS (*Tuberculin, etc.*)

| | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|---|---|---|---|---|---|
| 1 | 7 Oct 69 | TINE | | | | [illegible signature] |
| 2 | 28. Mar. 74 | Time-Test | | | | Gerald D. Moss Maj. MC |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

## REACTIONS (*To transfusions, drugs, sera, foods, allergens, etc.*)

| | DATE | AGENT | TYPE OF REACTION | SEVERITY | PHYSICIAN'S NAME |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

## BLOOD TYPING

| | DATE | TYPE (*International*) | Rh FACTOR | PHYSICIAN'S NAME |
|---|---|---|---|---|
| 1 | | O+ | | |
| 2 | | | | |
| 3 | | | | |

REMARKS AND RECOMMENDATIONS (*Including history of diseases for which any of the above immunizing agents were given with year and place of attack*)

THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.

U.S. GOVERNMENT PRINTING OFFICE : 1961 O—590886