ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF CHRISTINA JUAREZ PATTERSON

I, Christina Juarez Patterson, declare as follows:

I am John Patterson's wife and Lisa Montgomery's step-mother. I have been married to John Patterson for twelve years. We were married in 2000, and were together for three years prior to getting married. John and I live in a home we purchased in Marysville, Washington. We have lived in Washington State the entire time we have been married.

I am originally from Lancaster, California. I am descended from the Yaqui Indian tribe. Yaqui Indian ancestors are from the Rio Yaqui valley in northern Mexico and today, many Yaqui Indians live in Arizona. Because of intermarriages among the Yaqui Indians and Spanish settlers, some people might think that I am Spanish, or that I am from Mexico. My great grandfather lived in Mexico, and my maiden name, Juarez, is descended from him. Nonetheless, I identify as Yaqui Indian, as did my mother and father. I was raised by my mother and father in Lancaster, California. My father was a lifelong devout Jehovah's Witnesses, and I was a member of the Jehovah's Witness religion for much of my early life. When I was 20 years old I married and my husband and I raised our three children in the Jehovah's Witness religion for several years. Eventually we got busy raising three children and living busy lives, and my husband and I stopped attending services. We stopped following the Jehovah's Witness beliefs. One Halloween a neighbor asked me if our children would like to go trick or treating with his children. I thought about it and realized that since my husband and I had stopped actively following the Jehovah's Witness traditions, perhaps it was time to allow our children to follow

other traditions, like Halloween. I decided that raising children in a strict Jehovah's Witness tradition was hard on the children, as they would see their peers celebrating things like birthdays and Halloween, for example. After that, I no longer considered myself a Jehovah's Witness. My first husband and I were married for twenty years. We were best friends, and are still very close friends. After all, he is the father of my children, so we are still friends.

For the first ten years of motherhood I stayed home and raised my three children. After ten years I decided that I wanted to work outside of the home. My husband was working at Lockheed at the time, and I trained there to work on building airplanes and parts for airplanes. Even after my husband and I divorced we both continued to work at Lockheed. Since we were still friends, it was not awkward. Eventually I took a job with Boeing and moved to Washington State. I still work at Boeing. I am a fuel tank sealer. This requires that I climb inside of the fuel tanks and seal all of the seams. I have to be very patient, and extremely detail oriented. I also have to not be claustrophobic, as the entry into the fuel tanks is less than two feet square. I enjoy my job and find a great deal of satisfaction in doing it well. I will be retiring from Boeing in the next couple of years.

I met John Patterson fifteen or sixteen years ago here in Washington State. Back then John was working at Safeway Grocery. When we met I knew that he had been married before, and I knew that he had children from his previous marriages. I knew that he had served for many years in the Army and had suffered numerous health problems after he got out of the Army. One of the first times we spent the night together I found out how severe John's suffering was. In the middle of the night John started having a violent nightmare. He moved erratically and thrashed around. He soaked the bed with sweat. My instinct was to try and hold him close until the nightmare was over. When John finally woke up he told me to never try and touch him or hold

him while he is in the midst of a nightmare. He told me not to try and wake him up and not to try and communicate with him. When John is having night terrors he does not know who is trying to touch him or who is trying to wake him up. He told me that he is not here when he has the nightmares, but he is somewhere else inside the dream. Now when he has nightmares I know not to try and wake him.

John still suffers nightmares, or night terrors, in his sleep. I think that they are from things he saw and things that happened to him while he was in the service. He and I have talked a great deal about the things that he saw during different tours of duty. I can completely understand how being in Vietnam twice could give a man nightmares that lasted an entire lifetime.

I have wondered if John was exposed to Agent Orange in Vietnam. He suffers from a heart condition called Wolf Parker White syndrome, where his heart beats exceptionally fast. It can make him feel like he is having an anxiety attack. John also has tremors in his hands and arms, as well as neuropathy in his feet. John was an alcoholic for twenty years. He stopped drinking in 1980. John also smoked cigarettes when he was younger. He stopped smoking as well in 2004.

I knew John's mother, Marie Stelma, before she died. She died of complications from dementia. Sometimes she knew who you were when she saw you, and sometimes she would not. When she did not know who you were she could be very very difficult to be around. I have learned from John that his mother was a very hard person to have as a mother. She was verbally abusive to him and of his sister, Mary Lee. John's mother didn't care for him and basically washed her hands of him at an early age. John suffered greatly because of her neglect. He never knew love, and never had any love demonstrated towards him. Any time John and I have trouble

with our own relationship it is because I am a cuddly and demonstrative person and he never learned how to demonstrate love. John has learned how to accept love and how to show love more in his older age. Being raised by someone as unloving as Marie made John unable to recognize love. He thought he was not worthy of love. Now he knows he is worthy of love, and he works to be more demonstrative towards me and towards his friends. He struggles against the feelings of unworthiness that Marie instilled in him. That is a terrible thing to do to a child.

When John and I met and fell in love, I didn't know about his daughter Lisa Montgomery. John didn't talk about his previous marriage to Judy Rignell (now Shaunessey) or their child, Lisa. John's relationship with Judy was terrible. They fought and argued and eventually John stopped trying to have a relationship with Judy. John left Judy for good when Lisa was just three years old, and he thought he would never see little Lisa again. This caused him great pain and guilt for all the years in between. At the time he put it out of his mind by drinking, but when he stopped drinking and accepted help for his alcoholism, he began to feel pain about leaving his children Diane, Lisa, Patty, Mary and Genevieve.

Because John had been raised without knowing what love was, he didn't keep in touch with his family or with his children. This caused John a great deal of torment as he grew older. He tried to reach out to find some of his children as he grew older. In 2000, just about the time that John and I were getting married, John reconnected with his daughter Mary Katze in Germany. Mary Katze is John's child with Jadwiga Katze. John and Jadwiga were together while John was stationed in Munich, Germany, from 1971 until 1974. Jadwiga and John never got married, but they lived together while he was stationed in Germany. When Jadwiga gave birth, everyone was surprised to see that she had been carrying twins. One of the twins was born with congenital defects that made her very weak. She never developed. Her name was Angela

Katze and she stayed in the hospital until she died. Mary Katze is the surviving twin. John lived with Jadwiga and Mary until Mary was about a year and a half old, and then he came back to the United States. It was hard for him to reach out later to Mary and Jadwiga, and it was a positive thing for him when he did. He and Mary reconnected over the internet and in 2001 John went to Germany to spend ten days with them. He actually left on 9.11.2001. I don't know what flight he was on, and I only knew that he was flying out of Vancouver. I was so terrified all day that he was on one of the planes that had been hijacked. When he got to Germany he called me and I was so incredibly relieved that he was alright. John always tells me that his whole life had been ruled by luck, and this is a perfect example of that. He was extremely lucky to be on an international flight that was not hijacked on 9/11.

In 2004 or 2005 attorneys from Lisa's defense team came to our home here in Crystal Tree Village Park and talked to us about John's daughter Lisa. They explained that they were trying to defend her in court. At that time John became very interested in reaching out to Lisa and tried to begin to build a relationship with her. This is not easy, as Lisa is in jail, but they have made it work. John tries to mail Lisa a postcard every single day of the week. He takes photos of beautiful things in Washington State, or he downloads photos that Lisa's children send him of Lisa's grandchildren. John turns these photos into picture postcards and sends them to Lisa with messages of encouragement on them. John and Lisa also talk by phone when Lisa is allowed to use the phone, and they write letters back and forth. John sends Lisa books on topics that he enjoys and thinks that she also might enjoy. I see that John feels happy that he has been able to successfully build new relationships with both Mary and with Lisa. He lived for many years thinking that his children were gone to him, and even though it is a terrible way to meet your daughter again, he finds joy just in the fact that he was able to meet her once more. John is

happy that he is able to build that relationship with Lisa, and as a result, build a relationship with Lisa's children. John loves Lisa's children very much and is in contact with them often. Some of Lisa's children have come up to Washington State to visit with us, and when John went to Lisa's trial he was able to spend time with his grandchildren. Now Lisa's children are having children of their own, and John enjoys building a relationship with is great grandchildren. He never thought that he would be able to try and repair the damage caused by his abandonment of Lisa when she was a baby.

If Lisa was to be put to death for her crime it would effect John enormously. He loves Lisa and wants to do anything he can do to help her. It is hard to help her financially, as he is retired and I am close to retirement, so we do not have a lot of extra money. Lisa is far away from us and so we cannot travel to see her as often as John would like. John tries to help Lisa by mail, by keeping her spirits up and by sending her positive words of encouragement. John helps Lisa emotionally. He loves Lisa very much.

When the attorneys for Lisa came to see us in 2004 or 2005, they didn't ask me very many questions. At no time did they ask me to give them information about John's health problems, his service in the military, his nightmares, his prior marriages or his other children. At no time did they ask me to share information about his past. If I had been asked, I would have shared everything that I know, which is what I have shared here. If I had been called to testify, I would have testified to everything that is stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Christina J Patterson

Dated this 19 day of December 2012.

Witnessed by Jessica M Carroll