# DECLARATION OF DIANE RAE MATTINGLY

I, Diane Rae Mattingly, declare as follows:

I am the oldest sister of Lisa Montgomery. Lisa and I have the same biological father, John Joseph Hedberg Patterson. I am five years older than Lisa Montgomery, and we have different mothers. My mother's name was Joyce Hamner Hedberg, and Lisa's mother's name is Judy Rignell Hedberg.

I was born in Auburn, Washington on [redacted]. My father, John, never lived with my mother, Joyce. When I was born John was stationed in Germany with the Army. My mother, Joyce, raised me until I was a year and a half old. At that point Joyce took me to live with my father's mother and stepfather. Joyce gave up custody of me permanently to Marie and Gordon Hedberg, my biological father's mother and step-father. I lived in Federal Way, Washington, with Marie and Gordon Hedberg until I was three years old. When I was three years old my father, John, met a woman named Judy. John was stationed at Fort Riley Army base, in Kansas. They rented a house together off base in nearby Manhattan, Kansas. John asked his parents to send me to live with him and Judy in Manhattan, Kansas, and I flew from Washington to Kansas to live with them. I lived in Manhattan, Kansas for a year and a half. In July of 1967 Judy found out that she was pregnant and she and John decided to get married. John and Judy were married on August 4, 1967 and Judy and I moved up to Federal Way, Washington, to live around the corner from John's parents. John only stayed with us in Federal Way for four months before he was shipped off to Korea.

Judy gave birth to my half-sister, Lisa, on [redacted]. I loved that little baby from the moment I laid eyes on her! Lisa was tiny, pale and blonde. She was a small sized baby,

and I doted on her. Judy never cared for Lisa, and so I took care of Lisa all the time. I was only four years old, but I acted like baby Lisa's mother. I fed her and changed her, I dressed her and took care of her. Lisa and I shared a bedroom in the apartment that Judy rented. I spent a lot of time around the corner with my Grandma Marie.

When baby Lisa was a few months old Judy wrote John and told him that she wanted a divorce. Judy, Lisa and I moved from Federal Way, Washington to Kansas, near to the town where Judy grew up. Judy was raised in Manhattan, Kansas, on a farm. Her parents still lived on the farm when Judy moved Lisa and me down to Kansas. When Judy moved us down to Kansas, we lived for a while with her sister, Ellen. After a short while at Ellen's house, Judy rented a house and the three of us moved into the rented house. That's where John found us.

John was in Korea when he got Judy's letter telling him that she wanted a divorce. John came to Kansas, and he and Judy patched things up. Then John went back to Korea. While John was back in Korea Judy wrote him again, telling him that she really did want a divorce. When John finished his tour of duty in Korea he was stationed at Fort Carson, Colorado. He came to Kansas and got Judy and Lisa and me, and the four of us moved to Fort Collins, Colorado, which is very near the Fort Carson Army base. John bought a house in Fort Collins for the four of us to live in.

John's relationship with Judy was absolutely terrible. Judy paraded men in and out of the house constantly. She was not faithful to John, and the two of them got into terrible fights continually. Both John and Judy drank a great deal and the drinking did not help the fighting. I protected baby Lisa from the fighting as best a small child can. John lived in the house in Fort Collins for two weeks before Judy kicked him out. John went to live on the base, and Lisa and I stayed with Judy in the house that John had bought.

Judy was a very angry person. She shouted and screamed and yelled and hit us. Judy punished us in terrible ways. If little Lisa didn't want to eat all of the food on her tray, Judy left

Lisa strapped into her highchair for hours. If I didn't eat all of my vegetables, Judy threw me into the shower by my hair and turned the taps on cold. Judy left me in the cold shower, naked and terrified, for hours. Judy spanked me on my bare bottom, strapped me across my legs, and slapped me across the face with an open hand. She hit me on the head with a broom handle repeatedly.

Judy's mood shifted all the time. One moment she acted loving and the next moment she beat me. Judy singled me out for particular punishments because I was John's daughter and not related to her in any way except for by marriage. Sometimes Judy acted loving towards me, asked me to come sit on her lap and tell me that she loved me. That's when Judy was very drunk. The smell of liquor on her breath was awful. It made me want to get away from her, but I craved any sign of love or attention. I wanted desperately for someone to love me. Most of the time Judy either ignored me or punished me for small things that I didn't understand. I learned to stay out of Judy's way as much as I could, and I tried not to get into trouble.

Judy's greatest pleasure was finding the one thing that I held sacred and destroying it. Judy exploited my greatest fear. Judy knew that my greatest fear was being sent away from my family. She saw that I found joy in being with baby Lisa. Judy tortured me by pretending that I was about to be sent away from the family, all the time. She stripped me naked, packed all of my clothes into a suitcase, and forced me outside onto the stoop of the house. She told me that people were just about to come and take me away. I stood out on the stoop of the house, naked and afraid, many many times. Judy continued to tell me that I was about to be taken from the family. She knew that this was my greatest fear and she played on it. Anytime I found joy in something that Lisa did, Judy told me that I was just about to be taken away. Judy found pleasure in torturing me with the idea that I was about to be taken away from my family. Even if my family life was terrible, it was the only thing I knew, and I was desperate to keep it. Judy knew this and exploited my fear over and over again.

Judy never showed any love towards me, or towards Lisa. She never protected me from the men that she brought into the house. I shared a very small bedroom with Lisa and a man started coming into the bedroom and molesting me regularly. Little Lisa was in the bed next to mine every time. I never saw this man's face. I think it was the same man, but as a small child being molested, it is hard to tell.

John was living on the Army base and one night in the middle of the night he came to the house. Judy wasn't home. John told me that we are going to go on an adventure away from Judy. I was excited to get away from her! John took us to the Army base and we spent the night in one of the empty barracks. We had to be really quiet, but we still had fun. It was a pleasure to be away from Judy, even for one night. A day or so later John realized that if the military found out that we were on the base, he would get into a lot of trouble. He brought us back to Judy.

John was sent to Vietnam in December 1969. Judy packed us up and we moved back to Kansas. Judy rented a house back in Ogden, Kansas. She was pregnant with my sister Patty at the time. I took care of Lisa, who was a year and a half old. I tried to keep Lisa very quiet, so that Judy wouldn't punish us.

In Ogden, Kansas, Judy told me that I was going to go stay with John's parents! John's mother and step father sent for me and Judy put me on a plane to Washington. I was so happy! I walked down the gangway of the plane and I saw my Grandma Marie and Grandpa Gordon, and their two children, Tom and Lori. I ran towards them and Grandpa bent all the way down, picked me up and swooped me in a big circle. I was never so happy in my life. I loved sitting on Grandma Marie's lap. One night she told me something that has stuck with me for the past forty years. Grandma Marie said to me 'no matter what happens to you, Diane, I want you to remember that I always love you.' It filled my heart with joy. No one had ever shown me love or made me feel like I was a real part of the family. I was happy living with Grandma Marie and Grandpa Gordon.

I was just sent to Washington for a vacation, not for a permanent home. I flew back to Kansas and Judy picked me up. Life with Judy went back to the same abuse and loneliness I had experienced before. I still found joy in playing with baby Lisa, and I still took care of her all of the time. Judy never cared for Lisa, and so I felt like I was Lisa's mother. I loved her like I thought a mother should, even though I never had had any example of motherly love from Judy.

When I came back to Kansas Judy told me that John's mom, Grandma Marie, was dying. She told me that I would never see Grandma Marie again. I was heartbroken. Grandma Marie showed me love and affection that I craved. I mourned Grandma Marie's passing for a long time. I was an adult before I found out that Judy had lied to me and that Grandma Marie was alive and well in Washington. What a cruel thing to do to a small child.

Judy had baby Patty on [redacted]. In the same way that Judy ignored Lisa, Judy ignored Patty. I took care of Patty, fed her and changed her and dressed her. I tried to be a good mother to both of the babies. I was 7 years old, so I didn't know a lot about what to do. When Judy and her boyfriends fought I tried to hide the three of us away from the chaos and the noise. When Judy and her boyfriends drank I tried to hide the three of us away from the men.

When I turned 8 years old Judy sent me away. Across the street from Judy's rented house in Kansas was a woman with a last name of Paine. Her children lived on a farm in Kansas and Judy sent me to go live with them. I was there for about 9 months. The Paines were not good foster parents. They neglected me just as Judy had. One day I fell down a flight of stairs and I really hurt my neck. The Paines did not take me for medical care, and my neck was permanently injured. As some point the Paines finally did take me to a doctor, and the doctor turned us away. He said that the Paines had no legal right to be taking me to a doctor, since they were not legal foster parents. He questioned how I had ended up with them. The Paines returned me to Judy. Judy had moved while I was gone. Now she lived in Ogden, Kansas.

I didn't know at the time, but the Board of Child and Protective Services was already

watching me. When the Paines took me to the doctor, the Kansas Social Services people took note of me. I returned to Judy's house in Ogden, and Judy acted really lovingly towards me. She told me that she was happy I was back and that she always loved me. I re-entered my role of caring for the girls, and Judy continued to abuse me verbally, emotionally and physically. Judy again left me vulnerable to sexual abuse by her many boyfriends.

In February 1972 two social workers came back to Judy's house. The case worker assigned to me sat and talked to Judy. They talked about places that I could go and live and have a permanent home. Judy told the social worker that my Grandma Marie was dead. The social worker took me away! As I was leaving Judy leaned over and told me that I was being taken away from her because I was bad. She told me that it was my fault! What a terrifying thing for a young old girl to hear. I clung to Lisa as I was leaving. I knew deep down that if I left for good, the sexual abuse that I had continually experienced while living with Judy would start to happen to Lisa. I knew that when I left no one would take care of baby Patty. Lisa was only four years old so I knew that she couldn't care for a new baby. I was very depressed when I left Lisa and Patty. I was eight and a half years old and I thought that I would never see my beloved sister Lisa again. I was sort of correct. The next time that I laid eyes on my sister Lisa, I was being placed on the stand to testify at her trial. Thirty four years had passed.

The social worker from Kansas Child and Protective Services took me to Salina, Kansas. I was placed with my first real foster family, the Gwinn family. I lived with the Gwinns for a year and a few months, and then they decided that they did not want to adopt me. The social worker took me from the Gwinn family and placed me with the Borsdorf family. I was placed with Floyd and Pauline Borsdorf in May of 1973. The Borsdorf family was physically abusive. I tried to be a good girl and not get into trouble. In January of 1974 the Borsdorf's told me that they were going to adopt me. They asked me if I would like to change my name when they did adopt me. I told them that I would like to change my first name to Patty, to remember my baby

sister that I had left behind. I missed Patty and Lisa desperately. I longed for them. I thought about them all of the time. The two baby girls were the only real family that I had ever known, and I thought that I would never ever see them again. The Borsdorf's said that I could change my first name to Patty, so when we went to court my name was legally changed to Patricia Diana Borsdorf.

I lived with Floyd and Pauline as their adopted daughter for ten months, and then they told me that they no longer wanted to adopt me. They didn't tell me why. I thought that I had been a bad girl so they were getting rid of me. Social workers came and took me from the Borsdorf house to the Bushyhead house. The Bushyhead family lived in Salina, Kansas, too.

I moved into Jesse and Marie Bushyhead's house right before Christmas in 1974. A few months later the Borsdorf's signed the papers stating that they no longer wished to adopt me. The Bushyhead family told Kansas Child and Protective Services that they would like to adopt me, and then they did. I was legally adopted on August 13, 1975 by Jesse and Maria Bushyhead, and my legal name became Patricia Diana Bushyhead. I lived in their home until I was legally an adult. Salina, Kansas is an awful place. It is no place to live. I never felt loved while I lived with them, and I never felt like I was a whole person. There was a hole in my heart and in my soul knowing that I had left Lisa in the control of someone as mean and abusive as Judy.

As I grew to become a teenager I began to feel depression. I was depressed for weeks at a time. I blamed myself for being taken away from Lisa, and I blamed myself for not being able to protect Lisa from Judy. I went over the scenes in my head over and over again, torturing myself with what I could have done. I lived in a state of depression for two dozen years or more after I was removed from Judy's home. Judy's home was a terrible place to live. Judy neglected us, abused us, verbally belittled us and told us that we were less than nothing. But Judy's house was my home, and my sisters were there, so I missed it.

When I graduated from high school I went to college in Louisville, Kentucky, for two

Years. I attended National Business College. I studied business and accounting. In November 1982, when I was 20 years old I met and married my first husband. Paul Robinson is 12 years older than me, and marrying him was a big mistake. I thought that I needed to get married in order to be an adult and build my own life. I was struggling with depression, and getting married didn't alleviate that depression. I left Paul after being married to him for only one month. I ended up getting pregnant, and eight months after I left him I had my first child, Jessica Marie Robinson. Jessica was born [redacted] in Kansas. Paul Robinson was never in either of our lives after I left him, and he never supported his daughter or spent any time with her.

I lived for several years in Salina, Kansas. I worked as a waitress and a dancer, as a secretary and other small jobs, just to keep my bills paid. I struggled to find myself and I tried to overcome my depression. At one point I saw a counselor and was prescribed and placed on Prozac. I was diagnosed with bipolar disorder, but later the doctors changed the diagnosis to PTSD and depression. I didn't feel like the Prozac made a difference in my depression, so I didn't stay on it.

In my mid-twenties I decided to legally change my name back to my original first and middle name, Diane Rae. I was working at getting to know myself, and I thought this was a positive step in the right direction.

Early in1988 I met and married my second husband, John Bernard Thompson. John and I were married on February 27, 1988 in Hardin, Kentucky. John was raised in neighboring Lebanon, Kentucky. John was in the Army, and after we got married we moved to Fort Knox, Kentucky. John was stationed at the base there, and I got pregnant for a second time. On [redacted] my second child, Jonathan Caleb Thompson, was born. I called him Caleb, to keep him separate from his father, who is named John already.

I was raised without love. I never had a real family and I never knew parental love and affection. I never had a consistent family that came all the way through my life with me, or

siblings that I knew my whole life, so I didn't know how to form lasting relationships or how to have a family. I had to teach myself. No one ever told me that I did a good job and no one ever rewarded me for no reason. Everyone always had an agenda when they rewarded me. Judy rewarded me in order to take away the reward in punishment. I never knew my biological father, and I was raised by a series of foster homes and adoptive families. None of the foster homes or adoptive families were better than living with Judy. I experienced emotional terror, physical pain and verbal abuse at every single house I was placed at. When I had my two little babies, I resolved to personally stop the cycle of violence. I told myself that the abuse was going to stop with me.

My children saw me when I was depressed. They saw me crying and sad, depressed and overwhelmed. What I made certain that they never saw was when I would go into the bedroom and scream into a pillow, in order to make myself not hit them. I never hit my kids, and I broke the cycle of abuse and poverty that I had been raised in. Even though it did not come naturally to me, I became demonstrative towards my kids and I always told them out loud how much I loved them. I hugged them and kissed them and made sure that they knew that I loved them beyond all else. I would die to protect my children. I am blessed that I was able to stop the circle of abuse, and I am blessed that both of my children know where I came from and what I overcame. I told Jessica and Caleb over and over again that I wanted my life to be better than how I was raised and I want their lives to be better than how I raised them.

After 13 years of marriage to Caleb's father, I got a divorce. John and I were divorced on January 29, 2001. We separated in November of 1998. John Thompson struggles with direction and motivation. He is depressive and hard to be around. He could have been a better father and a better husband, and I knew that I was better off without him. We were living in Kentucky when we got a divorce. I left John with nothing to my name, so I had to start all over. I worked three jobs, and the kids and I lived in a crummy trailer. I tried hard to get us back on track. I

worked as a secretary at a church, and at a movie theatre, and at a retail store all at the same time in order to get our bills paid and save some money. Finally I found a good, steady job at the Kentucky Cabinet for Families and Children. I joined a local church in order to meet people and have a community. I met my third husband, Sam Ewing, at the church.

The kids and I attended services, classes and events at a nondenominational Christian church called Abundant Life Assembly of God in Lebanon, Kentucky. Sam attended the same church. I don't know if we should have gotten married, but we did. We were married for just one year before I left him. Sam and I were married on August 4, 2001 and divorced on January 27, 2003. We separated long before the marriage was formally dissolved. Sam hit my son, Caleb, when Caleb was in the 5th grade. I took out a restraining order against Sam and I left him immediately. Caleb went to live with his dad and his dad's new wife near Louisville, Kentucky, and Jessica and I moved into a rented apartment in Lebanon, Kentucky. Again, I struggled with depression and I struggled to get our lives back on track. I started working at Curtis Maruyasu Manufacturing, which is here in Lebanon, Kentucky. They manufacture Toyota parts for Toyota factories all over the world. I was a secretary in the offices at Curtis Maruyasu, when I met my fourth and final husband.

James Robert Mattingly, or Robbie, as we all call him, is a kind and loving gentleman. He is protective of me and loves me even though I shared with him all the details of my terrifying childhood. He helped me heal from so much of the abuse, and he helped me see that I was good enough and smart enough to overcome how I had been raised. Robbie is smart and loving and he took in both of my children as if they were his own. He loves Jessica and Caleb as if he has known them their whole lives. Robbie cares for us all and I am so blessed to have found him. When I married Robbie I was able to relax a little and start to really heal. I still struggle sometimes with anxiety, fear and depression, but I don't have nightmares. I don't have as many panic attacks. I am able to draw a deep breath and remind myself that my abusive past

is in the past. I can live in the now, thanks to Robbie's love and support.

When I met Robbie I started working for the State of Kentucky, in the Food Stamp program. I am a case manager for food stamp assistance, which means that I interview families and help to find them different kinds of assistance. I face people struggling with poverty all day long at work. I find the work both hard, and rewarding. I am good at my job and I was recently promoted. My upbringing has made me more compassionate towards people who are struggling, but it has also made me tougher. I can tell when people are not working hard enough to change their circumstances. You can't get much past me!

I struggled with depression, and I was lucky enough to have people around me at the time to help me. When I reached out for assistance, people helped me. My husband helped me and my children helped me. When I think about my sister Lisa struggling with depression, I break down. The people around Lisa were as damaged as she was, so they couldn't help her out of the black hole. The people around Lisa didn't know how to help her if she asked. Maybe Lisa didn't know how to ask. Her weird behavior didn't seem that weird to them, since they were all struggling with their own issues.

I have made mistakes in my life. I learned from every single one of them. I feel like four marriages is a lot. In my twenties I was really struggling to find myself. I was learning about myself and learning who I was. I mellowed in my thirties and got a bit happier. In my forties I met and married the love of my life, and began to know true happiness. Now when I feel anxiety and fear, it is about Lisa. I feel guilt about my testimony on the stand at her trial. I feel like if I had been better prepared by her attorneys, I could have gotten out what I needed the jury to hear. Lisa's attorneys only spoke with me for five minutes the night before I had to testify. They wouldn't let me see Lisa in advance. They told me that I was a surprise witness and no one could know that I was there. It was incredibly painful for me to lay eyes on my beloved sister for the first time in 34 years while I was on the stand and she was behind a table, on trial for her

life. I couldn't speak well enough to get the jury to understand the level of abuse Judy put us through. Seeing Lisa like that, for the first time in so long, in a courtroom full of strangers, was overwhelming for me. I had so many thoughts all at once. The memories came rushing back and flooded me. It was hard for me to think straight or concentrate on the questions that were being asked of me. The attorneys never asked me the questions they had told me they were going to ask me. I was on the stand for a very short period of time, and I never got to tell the jury about the molestation and the verbal abuse. I thought that I would be able to speak longer, and I wasn't able to. Even now, thinking about testifying at Lisa's trial, I am wracked with anxiety.

I still struggle with anxiety. When I have to go back to Kansas to visit my adoptive father, Jesse Bushyhead, I start to panic a few weeks in advance. By the day before my trip, I feel sick and am in full panic mode. Kansas represents my past to me. It's where the catalysts of everything terrible happened to me, and I hate to go back. Even though my life with the Bushyhead family was no better than living with Judy, I have a certain amount of guilt that makes me go back twice a year to visit my adoptive father. My adoptive mother, Maria Bushyhead, died some years back, so Jesse is on his own. He is 84 years old and has Alzheimer's. It's terrible to go back for me. My husband usually accompanies me, or one of my kids. I can't go back alone. Just thinking about visiting fills me with anxiety, even now.

I no longer take any pills for my depression. Since I learned to value myself through Robbie's eyes, I am no longer so depressed. I find great joy in my children and in my life with Robbie. We have two little dogs and live in a nice community. I enjoy my job and I love my good life. A good life to me has no relationship to cars, houses or possessions. A good life to me means that I have peace of mind, I am happy, and I am content. My kids are safe and loved. That is the good life for me. I always told myself that I could live in a shack if I had love and respect. I always wanted a better life and I worked hard to get here.

My sister Lisa never got to live a good life. She never had anyone solid to reach out to for help. If she was to be put to death it would destroy me. I continually feel pain thinking about the possibility of her being put to death. I don't know what I would do if that happened.

Members of my sister Lisa's first defense team interviewed me over the phone for a few minutes, and they came to my house to speak to me. When I called them before I had to testify, they called me back. I spoke with Lisa's trial attorneys for five minutes the night before I testified, and when I asked if I could see Lisa afterwards, they told me that I had to leave right away. I have never gotten to sit down and talk to Lisa. I regret this enormously. I would like very much to talk to her face to face. I love her and have loved her my whole life.

Remembering and talking about what happened all those years ago is very hard for me. I have spoken at length to Lisa's current defense team, but doing so makes my physically ill with all the memories it brings back for me. Still, I am willing to do it because I know it is important for the Court to understand what life was really like for Lisa, Patty and I living with Judy.

At no time did my sister Lisa's attorneys ask me specific questions about mental health, depression or other problems in my family. They asked me general questions only. They asked me things that I thought that I would have a chance to talk about in front of the jury, and then they didn't ask me those same questions when I was on the stand. The jury never got to hear the whole story.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Diane Mattingly
------------------------------------------------
Diane Rae Mattingly

Dated this 10 day of January 2013