Result Type: Discharge Summary
Service Date: December 08, 1995 12:00 AM
Result Status: Unauthenticated
Result Title: DISCHARGE SUMMARY
Performed By: Oelschlager, MD, Brant Kurt on December 08, 1995 12:00 AM
Cosigned By: Winn, MD, H Richard on December 12, 1995 12:00 AM
Encounter info: HXH20134391512040700, HMC, Inpatient, 12/4/1995 - 12/8/1995

**DISCHARGE SUMMARY**

ADMISSION DIAGNOSIS:
Left ophthalmic artery aneurysm.

DISCHARGE DIAGNOSES:
Left ophthalmic artery aneurysm.
Left frontal arteriovenous malformation.
Seizure disorder.

PROCEDURES PERFORMED:
On 12/04/95, modified Dolenc's pterional craniotomy for aneurysm clipping.

HISTORY OF PRESENT ILLNESS: The patient is a 50-year-old female, with left frontal AVM first diagnosed in 1970, status post seizure. Workup demonstrated that the AVM was too large and proximal to the cortex and surgery was not performed. She has been followed by Dr. Overfield in Puyallup who also manages her antiepileptics. She was re-referred to Dr. Winn to see if this AVM could be adjusted by any further change in therapy.

After discussion with Dr. Winn, it was felt that the AVM was resectable with help of embolization by the interventional neurological radiologist, Dr. Eskridge. She underwent two courses of anti-embolization in anticipation of surgical resection. She did well except for some delayed left-sided weakness and dysarthria following embolization on 10/18/95. Most of this has resolved. She still has some speech hesitancy.

MEDICATIONS:
Dilantin 300 mg po, qhs.
Mysoline 500 mg po, qhs.

HOSPITAL COURSE: She was admitted this admission for clipping of the left ophthalmic aneurysm by the modified Dolenc's approach. She underwent left ophthalmic artery aneurysm clipping. The patient tolerated the procedure well. Follow up angio revealed left AVM, no evidence of residual aneurysm.

She did well, continued to increase mobility. Her hematocrit did drop to a low of 22%. She was started on iron and was not particularly symptomatic from this low hematocrit with the exception of some weakness.

Physical Therapy, Occupational Therapy and Rehabilitation saw her and were fine with her being discharged home.

She was on Decadron postoperatively, was to be tapered on 12/11/95. She also was on Axid for GI prophylaxis. All of her stools have been guaiac negative, no evidence of bleeding
from anywhere.

MEDICATIONS ON DISCHARGE:
Decadron taper 2 mg po, q6h X 24 hours on 12/08/95, 2 mg po, q12h X 24 hours on 12/09/95, 1 mg po, q12h X 24 hours on 12/10/95, 1 mg po, qday X 24 hours on 12/11/95 and then off.
Iron Sulfate 325 mg po, tid.
Mysoline 500 mg po, qhs.
Axid 150 mg po, bid.
Dilantin 400 mg po, qhs.
Colace 250 mg po, bid.

REFERRING PHYSICIANS: Dr. Dale Overfield in Puyallup, Dr. Douglas Harrounn and Dr. Joseph Eskridge, Department of Radiology.

FOLLOWUP:
The patient was discharged on 12/08/95.

1. She will come back to the Neurosurgery office on 12/11/95 at 10:30 to see Dr. Winn for suture removal.
2. She will follow up in the Neurosurgery office on 01/08/96 at 9:00 a.m. for postoperative follow up. She was discharged to home with supervision of her daughter.

BO/ mi
DD: 12/08/95
DT: 12/12/95

Brant Oelschlager, M.D.
RESIDENT

H. Richard Winn, M.D.
ATTENDING
Neurosurgery

6117121295

CC:

DOUGLASS HARROUN
34709 9TH AVE SOUTH
SUITE B-300
FEDERAL WAY, WA 98003-

W. DALE OVERFIELD
1322 3RD ST SE
SUITE 220
PUYALLUP, WA 98372-

JOSEPH M ESKRIDGE
HARBORVIEW MEDICAL CNTR
DEPT OF RADIOLOGY
325 9TH AVENUE
SEATTLE, WA 98104-
356470

| | |
|---|---|
| Result Type: | Operative Report |
| Service Date: | December 04, 1995 12:00 AM |
| Result Status: | Unauthenticated |
| Result Title: | OPERATIVE REPORT |
| Performed By: | Kim, MD, DoKyun Kyle on December 05, 1995 12:00 AM |
| Cosigned By: | Winn, MD, H Richard on July 01, 2003 4:35 PM |
| Encounter info: | HXH20134391512040700, HMC, Inpatient, 12/4/1995 - 12/8/1995 |

**OPERATIVE REPORT**

PREOPERATIVE DIAGNOSIS: Left ophthalmic aneurysm; left frontal arteriovenous malformation.

POSTOPERATIVE DIAGNOSIS: Same.

TITLE OF OPERATION: Left pterional craniotomy for clipping of ophthalmic aneurysm; Camino intracranial pressure monitor placement.

SURGEONS: H. Richard Winn, M.D.
Kyle Kim, M.D.

ANESTHESIA: General through endotracheal tube.

EBL: 250 cc. Curved Yasargil clip applied to neck.

INDICATIONS: The patient is a 50-year-old woman with a seizure history and left frontal arteriovenous malformation. The patient has undergone a series of embolizations since diagnosis of the arteriovenous malformation. Following the last round of embolization, an ophthalmic aneurysm on the left side was noted and this had previously been obscured by the arteriovenous malformation. Prior to further treatment of the arteriovenous malformation, the patient is brought to the Operating Room for clipping of the aneurysm.

PROCEDURE: In the supine position with the head secured in Mayfield head rest, the scalp was then prepped and draped in the usual sterile fashion. A frontal temporal scalp flap was then fashioned with a #10 blade. The temporalis muscle was incised separately and the scalp flap and muscle were reflected anteriorly inferiorly and retracted using fish hooks. Multiple bur holes were placed and a frontal temporal bone flap based on the pterion was elevated using Midas Rex drill. Multiple dural tackup sutures were then placed. The patient had undergone lumbar cerebrospinal fluid drain

placement. Lumbar cerebrospinal fluid drainage, in addition to Mannitol infusion and Lasix infusion, resulted in excellent brain relaxation. This permitted drilling of the roof of the orbit and sphenoid wing with the Midas Rex drill and a cutting bur. In addition, the roof of the optic nerve
was decompressed and a modified Doling procedure completed with removal of the anterior clinoid. Hemostasis was then achieved with Surgicel and bipolar coagulation. The dura was then opened over the frontal region and dural flap was based anteriorly and inferiorly. Dural flap was placed on tension sutures. The arteriovenous malformation and number of draining veins and several feeders were evident on the surface. Once these feeding vessels notably contained embolization material. Judicious frontal lobe retraction was then applied following covering exposed brain with Surgicel, Gelfoam and Telfa strips. With minimal frontal lobe retraction, the optic nerve which was splayed medially and the ophthalmic aneurysm was noted in view. The internal carotid artery could not be visualized and only opening the dura overlying the removed anterior clinoid resulted in exposure of the distal internal carotid artery as well as proximal ICA. The neck of the aneurysm could not be defined. The aneurysm itself could be separated easily from the optic nerve. The ophthalmic artery itself was not well visualized since on angiograms it was located well inferiorly to the neck of the aneurysm. The dural ring itself was not incised. The aneurysm was then clipped with a curved Yasargil clip. After several clip adjustments, it was clear that the aneurysm was well clipped without impinging on the native ICA. The aneurysm was then opened, first with a spinal needle and then with a scissors, thereby documenting successful clipping of the aneurysm. The neck of the aneurysm was then wrapped with a single piece of cotton. Care was taken to keep the cotton away from the optic nerve. Subdural space was then irrigated with saline. The dural opening made intradurally overlying the intact dural ring was then repaired with primary sutures as well as pericranial patch graft. The repair was then sealed with fibrin glue made from cryoprecipitate. The dura was repaired with 4-0 silk in primary fashion
and the opening posterior to the removed anterior clinoid was then further repaired extradurally with pericranium followed by fibrin glue. The dura was then covered with Surgicel and the bone flap was secured with titanium plates and screws. Multiple dural tackup sutures were placed through the bone flap. Temporalis muscle was then repaired primarily with 2-0 Dexon. Scalp flap was then closed in two layers over a subgaleal drain. The wound was dressed with a sterile dressing and head was wrapped with Kerlix followed by Kling. The procedure was aided with the use of loupe magnification and head light illumination. The microdissection was

performed under the operating microscope. The patient received intravenous antibiotics prior to the skin incision.

KK/ml
DD: 12/5/95
DT: 12/5/95

Kyle Kim, M.D.
RESIDENT

H. Richard Winn, M.D.
ATTENDING
Neurosurgery

480712059