ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF HEATHER HEDBERG

I, Heather Hedberg, declare as follows:

My father is Thomas Allen Hedberg. He is the half-brother of John Patterson. John Patterson is Lisa Montgomery's biological father. Lisa Montgomery is my paternal half cousin.

I am 27 years old and I am married. I have one daughter, who is 7 years old and named Missy Darlene Anne Brooks Hart. Missy lives with her biological paternal great grandparents, the Harts. I never married Missy's father, James Tyler Brooks III. My daughter Missy lives with James Tyler Brooks III's grandparents. I live with my father, Tom Hedberg, and my husband, Nathan McAlvey. Nathan and I have been married for about a year and a half, since 2010, and I am not sure if it is going to work out. I feel like I have a lot of things to work on in my own life right now.

I was raised mostly in Federal Way, Washington, which is south of Seattle. Until I was five years old I lived with my dad, Tom, my mother, Lanae, and my brother, Daniel. When I was about five years old my mom and dad got a divorce and my dad, Daniel and I went to live with my paternal grandmother. Grandma Marie also lived in Federal Way. I lived there with dad, Grandma Marie and Daniel until my mother met and moved in with a man named Greg when I was 13 years old. When I was 13 years old I moved to Des Moines, Washington, and lived with my mom and her new boyfriend, Greg. I started attending the 7th grade in Des Moines, Washington. Greg had two daughters younger than me, named Liz and Christina, and they lived with their mom. Liz and Christina came to visit us in Des Moines, Washington. Almost immediately upon me moving in with my mom and Greg, Greg started to sexually

assault me. He specifically told me that if I didn't go along with him, he would rape Liz and Christina. When he told me that I knew that I had no choice but to go along with Greg, in order to protect his two daughters. I put myself in the line of fire to protect them. I knew that I had to, because I was older and they were younger than me. At the time I was already feeling very depressed, and I thought that since my life was already terrible, I would try and make Liz and Christina's lives better without them even knowing.

I have had angry voices and thoughts in my head for as long as I can remember. I was always a depressed little kid, and I always knew that I was different. I have trouble learning and trouble reading like regular people, and so I always was depressed about that. Until Greg started raping me, I never put any of those thoughts to words. As soon as the sexual assaults started, my bad feelings developed words and I started to have suicidal thoughts that I could say out loud. Before that it had always been terrible pictures in my head, with no way to describe them. One time when Liz and Christina were visiting, I shared my suicidal thoughts and feelings with them. My mother overheard us and I got in to lot of trouble. My mother told me that suicidal thoughts and feelings are wrong, and that I had no business telling the younger girls what I was feeling.

When I realized that I would be getting into trouble for telling Liz and Christina that I wanted to kill myself, I decided that I should tell my father what Greg was doing to me. I knew my mother wouldn't believe me or help me, so I told my real dad, Tom. He got involved and we reported Greg. Dad knew that I needed to file a police report, and I so did. My mom was mad! My mother told me that she would try and talk to Greg and get it taken care of. Greg got arrested and was sent to jail for six months. At first my mother didn't believe me, at all. Then she said it was all my fault. My mother told me that we could have kept Greg out of jail if I had only come to her, and not told anyone else first. She never supported me.

Greg was banned from seeing me until I was 21 years old. The whole thing made me mad. My mother actually told me to tone it down, so that Greg didn't go to jail for too long. It was terrible and she didn't support me at all. I was only 13 years old at the time.

Now I can look back with all that I have learned and I understand that Greg was trapping me into getting raped, when he told me that he would attack his younger children if I didn't go along with him. Now I know that that is a tool rapists use against children. Now I have the words and understanding to look at Greg and see that he was the one who was wrong, not me.

When I became an adult I went to find Greg and I told him that all of his badness, his sexual abuse of me and his manipulation, no longer meant anything to me. I gave it all back to him. I told him that he has to deal with the regret of what he has done, not me. After I saw him, I felt better, so I know it was the right thing to do. His problems are his problems, not mine.

After my mom and Greg split up, my mom married Joe Stegaman. They were married February 2, 2002. Joe, my mom, Daniel and I lived in Eniat, Washington, and Daniel and I graduated high school from Entiat high school. When we lived in Des Moines, Daniel and I both were doing really badly in school. Daniel started doing a lot better in Entiat, because the classes were so small. I stayed about the same. I was always in special ed for math and reading. My issues with reading are weird. If it takes a normal person a week to read a book, like the Twilight books, it will take me one and half months to read it. I can read, it's just that the words jump around, or they aren't spelled how I think they should be spelled, so I don't recognize them. Sometimes if I try to write someone a letter, I just give up, because even with spellchecker on the computer the words are not spelled right. Sometimes spellchecker will tell me "no suggestions" for a word that I typed, and that I think makes sense. This makes me depressed and so I really don't write anyone letters.

I graduated from Entiat high school and I moved back to Federal Way, Washington. My dad was living with my Grandma Marie at the time, at her house in the South part of Federal Way. We all called it the South House. Then dad and I moved to a house in Marysville, Washington. I stayed there for a little while, and then I got pregnant by my boyfriend at the time, James Tyler Brooks III. James has been in and out of trouble his entire life. He started getting into trouble when he was just 13 years old. When I found out that I was pregnant I decided to keep the baby, but I decided not to marry James.

As soon as I got pregnant it was like I lost my mind. All I could do is sleep. I lost my memory, and if someone told me something I had forgotten it by the time they stopped talking. The entire pregnancy was like this. Even after I gave birth, and I was living with my mom for a few months while the baby was tiny, all I could do was sleep. The doctors put me on Wellbutrin and that made me like a robot. I couldn't think or talk at all. I stopped taking the Wellbutrin and just slept all the time. I felt very very tired.

When my baby was just seven weeks old I almost dropped her in the shower. I thought it would be nice, to take a shower with my baby. I had been sleeping so much and my mom had been taking care of the baby all the time, and I thought it would be a nice bonding time. Well, I had no idea that wet babies are so slippery! I practically dropped her, and later that day she had a bruise on her face from where I grabbed her. I took her to the doctor the next day to make sure that the bruise was OK. The doctor gave my baby an X-ray and then the next thing I knew, my baby was gone and social services was talking to me. It was the most horrible thing you can imagine.

The doctor told me that my baby, only 7 weeks old, had ten fractures in her rib bones. I panicked and thought maybe I had broken her ribs the day before when I almost dropped her in

the shower. The doctor told me that no, these are old and healing fractures. The social worker asked me about my mother. They knew that my mother had been trained to work in an old folks home and that she may know ways to manipulate the body to get it to break but not leave bruising. This thought blew me away. My mother? I trusted her. She was the only person I would let stay with my new baby while I slept. The doctor showed me the X-rays. He told me off the record that it looked like someone had drop kicked my baby across a room, more than once. I broke down. I didn't know where to turn or who to ask for help. The social worker took me aside and told me that I needed to keep away from my mother. My baby girl was placed in temporary care, and then the State helped me arrange an adoption with the Hart family.

The Harts are my baby's great grandparents, and they are so loving and caring and they have the means to raise my daughter. Her name was actually Darlene until she started living with the Harts. They always called her "little missy" and so when she got older and learned to talk, she thought that that was her real name – Missy. The Harts were concerned that Missy, having had such a terrible beginning, would be confused by having two names, and so they legally changed her name to Missy Darlene. That way, Little Missy will know all of the names that people who love her call her.

The whole time that my social worker and the State and the Harts and I were working on the details of Missy's adoption, my mother was trying to stop it all from happening. She called the CPS worker three times a day, accusing the Harts of all kinds of horrible things and accusing me of abusing Missy. She tried to ruin Missy's adoption any way she could think of. She even brought up when Greg raped me back when I was 13 years old, like that was my fault! My mother told CPS that Grandpa Hart was a child molester and all sorts of lies. The State actually told the Hart family that they should take out a restraining order against my mother. After

Missy's adoption went through, my mother and I stopped talking. I haven't talked to her in five years now. I began to develop a relationship more with my dad, and I came to rely on him when I needed support. I know that I can never look to my mom again, for anything. She didn't support me when I was 13 years old and her boyfriend was sexually abusing me, and then she did terrible things to my baby daughter. I send her holiday cards, only. I don't talk to her or contact her.

The Harts and I made an open adoption. I am allowed by the court to see Missy twice a year, but the Harts go above and beyond what the court says. They actively try to help me to move closer to them, so that I can see Missy every day if I want.

Missy doesn't see her dad much. He just got out of jail for charges of carjacking at knifepoint, so the Harts try to keep Missy sheltered from all of that. She will know her full story later, when she is older, but now she just knows that my mom, Lanae, is off limits for ever. Missy doesn't know why, but we can tell her later, when she's older. Maybe later when she is older she and her dad can build a relationship. I hope so. My relationship with my father is so important to me, and I hope that Missy can have that too, someday.

My relationship with my dad is really open and honest. When the adoption of Missy was all arranged and I started getting a handle on my own depression, I came to my dad and was very honest with him. I wanted to learn more about his side of the family, to see where the depression might be inherited from. I had to wonder if I inherited that from my dad's side.

After I adopted Missy out, I started taking Tai Chi classes. I became very involved in learning the theory of Tai Chi, and using it as both a way to exercise and a way to relax. Now I also use it as a way of life. I was able to give Greg, my rapist, all of his guilt and bad feelings back, and I am working on being able to do that with my mother. I am working on myself right

now, getting stronger and more confident. I hope to be able to get confident in myself enough so that I can learn to drive. Anytime I get behind the wheel of a car I have crippling panic attacks and anxiety so bad that I can't even start the car. I am absolutely positive, all the time, that I am about to run someone over with the car. I start to think that I will kill someone around every turn. It makes me not able to drive. My Tai Chi class is encouraging me to learn to drive, so I can go to the studio where the classes are held. I go to regular classes, but I would also like to go to the weekend workshops, and to do that, I have to drive.

I also started working at Value Village, here in Marysville, after Missy moved in with the Harts. I have worked at Value Village now for over five years. I am the children's clothing sorter, and I am responsible for sorting and hanging over 1000 items of children's clothing each week. I have to make sure each piece is presentable and ready for sale, and then hang it up so that the stockers can take it to the sales floor. The Value Village in Marysville is very very busy, and I take pride in doing my job well.

Now that I am working on myself, I am no longer taking medicine for my depression. In the beginning depression would overtake me for a week or more at a time. It overwhelmed me and I felt like I was at the end of a long tunnel, with no way out. Now when I feel depression coming on, I have learned ways that I can fight it off or make it last a shorter amount of time. I will get up and move around, do Tai Chi, meditate, or get my dad to drive me on the back of his Harley! It is like magic. My dad told me that wind and speed help alleviate his depression, and it works! That is another reason that I want to learn to drive. My dad rebuilt a 4x4 Sidekick from the ground up, replacing all the wheels and the axels with off road equipment. It has a huge stereo system and all kinds of add-ons and extras. I want to feel free to drive the Sidekick and go fast, listen to music, drive off-road and have fun. I want to be happy and feel normal, and I am

fighting hard for that.

That's part of the reason why I think I won't stay married to Nathan. It's not like we fight, but I don't know if we should have gotten married. We are like friends, more than partners. He works full time building custom orthotics for a shoe company, and when he comes home from work all he wants to do is game. He is big on the online computer games. Me, I am social. I want to go out, talk to friends, go to events at the Tai Chi studio, go out and talk to people. Nathan is the opposite. I don't know if we are a good match.

Growing up with my dad, my brother Daniel, and my Grandma Marie in her house in Federal Way, I got to really know her. I saw how angry and confused she could be, and it made me wonder later if she had dementia or Alzheimer's earlier than people said she did. I saw her one day and she accused me of coming after her money. She told me 'you are only visiting me to get at my money' and when I tried to explain that I lived there or that I was visiting from living with my mom, it had no effect. Grandma Marie just didn't understand why I would be there, unless I was after her money.

Back when I was small and lived with my dad and Daniel and Grandma Marie, Grandma Marie kept the house up pretty well. The house had a small little kitchen and three bedrooms, a living room and a basement. Grandma Marie tried to keep it clean back then. Later when I lived with my mother, or was living on my own, I visited my dad and Grandma Marie. At that time the house was messier, kind of mildew-y and musty and dusty. My dad isn't one to jump in and clean things, so things just get left.

My dad told me little things about living with my Grandma Marie. Like that you had to be good or someone would get it. I know that she was very hard on her kids, and very loud with them when they did something wrong. Now I guess we call it verbal and emotional abuse,

but back then I don't know if anyone noticed. I recognized in my dad and my Aunt Lori's behavior things that I have seen in me and in my brother, Daniel. I saw them jump when Grandma Marie started ranting, so I know what that was. My mother was the same way. She didn't hit us when we were young, but she was mean and controlling. The minute she came home she said 'leave me alone and go to your rooms.' If we wanted to go outside we could only play directly in front of the window where she could see us. She had to see us all the time. If we did something wrong she belittled us and made us feel terrible about ourselves. I saw my dad and my Aunt Lori act like that same way around Grandma Marie, so it made me think she did the same thing to her kids. The people in the grocery store used to stop my mother and say 'you have such well-behaved children' and even when I was a little girl I thought 'you are wrong – we aren't well behaved, we are scared!' I always wondered why people couldn't tell that she was mean to us. I guess people couldn't tell that Grandma Marie was mean to her kids, either.

The more I get to understand and learn about my paternal side, the more I understand where my depression comes from. I am so lucky because when I called out for help, people came to help me. My dad came to support me and the Harts came to help me, and the State and my social worker. My best friend and his mom are totally supportive of me and are helping me learn to drive. My Tai Chi instructor is really really supportive. I am so lucky that when I needed help, I had the right people around me.

If Lisa was put to death while she is in jail, it would really hurt my Uncle John, me and my family. Even though we don't really know Lisa, Uncle John loves her and talks about her. If she died it would be really hard for him. Also I think that talking to Lisa would help me understand my own depression and the feelings I had after I was pregnant. My therapist and I talked about that, and I think that someone like Lisa could help me understand more about how

I felt. Depression runs on my paternal side, and I am interested to learn more about it.

Besides depression, I think that heart attacks run in my family. My dad's dad, my dad's uncle and my dad's Grandfather all died of heart attacks when they were young. Also dementia and Alzheimer's run in the family, since Grandma Marie had both when she died. I am trying to keep them away from me by taking vitamins, and doing crafts and Tai Chi. I am learning how to manage my depression with Tai Chi, meditation, and changing my scenery when I start to feel depressed.

My brother was depressed too, for most of his life. When he was younger he went to Las Vegas and took a bottle of pills and drank a cup of bleach in a hotel room. He was trying to kill himself. No one found him and eventually he just woke back up in the hotel room and called our mom. Ever since that day, Daniel is different. We never knew that he was so depressed. Finally a few years ago he told me and my dad 'you guys, I am gay' and we were like 'whatever, no big deal, we always knew that' and I literally watched a curtain lift from my brother's face. He had been so scared to tell us and I wonder if that made him depressed. When it turned out that we still love him and we support him in anything he wants to do, he became much happier. He is a long distance truck driver now for Colombia Distribution. He and his partner are planning on getting married in Canada soon. Daniel's partner is Canadian, and so they want to get married up there. I am trying to convince them to have a US ceremony and a Canadian ceremony, so everyone can go! Other than heart attacks, depression and dementia, I don't know what else runs in my family. I am learning more all the time, but not everyone is as open as my dad is. My dad has depression, anxiety and headaches.

At no time in 2005 did Lisa's attorneys ask me specifics about my knowledge of my familial health history, my Grandma Marie's struggles with anger, dementia and Alzheimer's,

my own issues with depression and anxiety, or my father's struggles with depression and anxiety. No one ever asked me about what I knew about my Grandma Marie, my dad or my dad's family. No one ever asked me to testify. If I had been called to testify, I would have testified to everything that I have stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Heather Hedberg

Signed this 19 day of January 2013