ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF LORI MAE HEDBERG YATES

I, Lori Mae Hedberg Yates, declare as follows:

I am the biological half-sister of John Joseph Hedberg Patterson. John Patterson is Lisa Montgomery's biological father.

I was born in Auburn, Washington on [redacted]. I am 55 years old and I am married to Gary Yates. Gary and I have been together since I was 17 years old. I have one daughter, named Penny, and one grandchild, named Michael. My biological parents were Gordon Hedberg and Marie (Miller, Patterson, Hedberg) Stelma. My father died when I was 16 years old, in 1974. My mother died five years ago, in 2007.

Before my mom married my dad, she was married to Robert Patterson. She and Robert had two children. My half-brother John was born [redacted] and my half-sister Mary was born [redacted]. They are my half-siblings but I consider them to just be my brother and my sister. My mom and Robert Patterson were divorced right after my sister Mary was born, in 1945. My mom was alone for a couple of years, and then she met and married my dad, Gordon, in 1948, in Tacoma, Washington. After my mom married my dad they had two kids. My brother Tom was born [redacted], and I was born three years later. I am my mother's last child, the baby of the family. Tom and I were both born in Washington State.

My husband Gary and I live in Lynnwood, Washington, in a house we bought 26 years ago. We raised our daughter, Penny, here, and later raised our grandchild, Michael here as well. Both of my brothers live north of Lynnwood, in Marysville, Washington. Mary lives in Federal Way, Washington, which is south of Seattle and south of Lynnwood. We were all raised in the

Federal Way and Tacoma areas outside of Seattle, and then everyone but Mary moved north of the city.

I was raised by my mom and my dad. I lived with them and my brother Tom mostly. My sister Mary left home as soon as she graduated high school and so did my brother John. I am fifteen years younger than John, so I didn't get to spend a lot of time with him as a child. John was always here and then gone. He was in the Army for fifteen years, so he wasn't ever around. It feels like John was in the service my whole childhood. John's always been in and out of my life and never in touch much. John was never interested in building a family relationship until recently. When my dad died in 1974 John was there for me in a way he never had been before. As he gets older he is more interested in being part of a family, and when my dad died John really reached out to me. He was my rock then. John was really supportive of me during that time, and really showed me that he was struggling to learn how to be a part of a family unit.

My mother died December 22, 2007, in a nursing home in Lynnwood, Washington. She had dementia and Alzheimer's when she died. I was the primary care person for my mom during the years she was in the nursing home. I helped her to make decisions, helped her to move from one nursing home to another if she needed to move, and ended up being the executor of mom's estate after she died.

I grew up in Federal Way, Washington. I was a very active, sporty person as a kid. I loved roller skating, playing softball, and playing outside. I was a speed skater on a roller skating team for most of my youth, and my brother Tom and I were competitive skate dancers as well. As a family we were big on going camping. My mom and dad, and my mom's sister Aunt Kate and her husband used to get all of the kids together and go on camping tours. We went to the Olympic Peninsula, Salt Hook Hot Springs, Yellowstone National Park and Disney, camping

with the two families. We spent a lot of time with them as I was growing up. Mom and dad had a camper and we took the camper to go out to the coastline here to go fishing. Once mom and dad and Tom and I took a long vacation north through British Colombia to Banff to Minot, North Dakota. That's where my dad was from. He wanted to go see North Dakota again, so we all made a big trip of it and camped out the whole way.

My dad, Gordon, was a soft spoken, gentle man. He wasn't gregarious or angry. Dad was always even tempered. He was a master mechanic and always had projects going. Sometimes dad sold campers on the side, in addition to working on trucks. Dad worked during the week and then took weekend time to camp out with us, go fishing, go on vacations. He worked hard but he also knew when to take time off and spend time with mom and us kids. I was definitely daddy's little girl. I loved him so much. Before Tom and I were born mom and dad lived in Seattle and then moved to Federal Way looking for a quieter life, to raise us in. Dad was happy in Federal Way, working as a master mechanic and working on his projects.

Mom liked Federal Way, too. She gardened and made sure that the yard and the flowers always looked nice. Mom loved animals, and we used to say that she was the neighborhood animal doctor. Every kid that found a hurt animal, a baby bird that fell out of the nest, or anything, all came to mom. We had robins that mom had raised from when they fell out of their nest, and when the robins got old enough to fly, they flew away. But not far! When mom was out in the garden, turning over soil, those robins were right there with her, looking for worms. The robins visited mom in the garden for years. She loved all animals and cared for them with compassion and love.

Federal Way, Washington was a quiet, safe place to grow up. At that time the land between Federal Way, Tacoma, Seattle and the other towns was still rural and wooded. It hadn't

yet been developed. Federal Way was a small town then, and I attended school from kindergarten through high school at the Federal Way schools. I was involved in school athletics, played softball, ran track and enjoyed it all. I was a sprinter on the track team, and really fast. I also was a speed skater, basically doing sprints on roller skates. I liked the short, quick bursts of incredible speed. I was not one to do long distance running.

When I was growing up, my brother Tom and I were skate dancers for several years, competing locally. Mom was always big on crafting, sewing and making things. Mom made our costumes for the competitions, and later when Tom and I started to do exhibition square dancing, mom made our costumes for that, as well. Mom was a wonderful artist. She never thought she was very good, but she was. Mom did pencil drawings, portraits and paintings. They were always very good. Later in mom's life, after my dad died, she married a man named Russ Stelma. Russ had a woodshop and made dollhouses for mom, and then mom furnished the dollhouses perfectly. Mom used to make the furniture, the decorations inside the house, all in fine miniature. Mom made the people that lived in the dollhouse, and their clothes. Mom had an artistic part of her and she had a real eye for fine detail, like doing dollhouses. I regret that we didn't keep more of mom's art. Mom never thought she was talented, so she didn't keep a lot of it. She gave the dollhouses away and things got lost each time she moved. I regret that I don't have more of mom's art to remember her by.

My brother, John, was in the service the entire time that I was growing up, so I only saw him when he came home on leave. Even when he was home on leave, we didn't spend time together. He spent more time with my brother, Tom, because they were guys and did guy stuff like tinker with John's car. John was always friendly towards me, but I never knew him until we became adults. I knew when I was very young that John had been married and had a baby girl, named Diane.

When I was about ten years old John's daughter Diane came to live with us. Diane was about a year and a half old when she moved in with us. My mom took Diane in, since John was in the service and no one knew where Diane's mom had gone off to. Diane lived with us for about two years. She was a reserved, quiet, little red-haired girl. Diane and I shared a bedroom the entire time she lived with us. I loved her. I finally had a baby sister of my own! I had so much fun with little Diane. Tom and I took her right in as a sibling, as if we had known her our entire lives. I think he liked having another little sister too, to fuss at. Tom and I used to play tricks on Diane, like telling her to try foods we knew she would think were gross. Diane was so sweet and good natured, and the three of us felt like she was a real part of our permanent family.

After Diane lived with us for about two years or so, John's new wife Judy moved nearby. Judy rented the back part of a house around the corner from us for less than a year. Judy was pregnant when she lived near us, and Diane left our house and lived with Judy. John wasn't around, as usual. He was stationed somewhere overseas that whole time. Diane still came over to our house all of the time. She and my mom had a real bond, and my mom loved Diane with all of her heart. Diane used to sit on mom's lap and I could tell that Diane was happy with my mom. I don't remember much detail about Judy, John's wife. I remember she was pregnant, and then had the baby. After Judy had the baby she left town with her new baby. That baby must have been Lisa. When Judy and baby Lisa left, Diane came back to stay with us. Diane lived with us again for a few months, and then John and Judy called and asked for Diane to come down to live with them in Kansas. My mom and dad put little Diane on an airplane and then John met Diane at the other end. I never saw Diane again, until we were both adults. I missed her for a long time. I really loved her and really loved having her as my little sister.

A few years later Diane got adopted away from Judy. The adoption people called my

mom before they took Diane away from Judy, and they asked my mom if she could take Diane in. Mom said "sure", but the adoption people never called her back to arrange anything. The adoption people never contacted us again and later we learned that Diane was gone, adopted out to a foster family who adopted her in the end.

Mom loved Diane with all of her heart. She doted on little Diane. She would have taken Diane back in to our house if the adoption people had arranged it. Since they didn't, there was nothing my mom could do. We never knew anything more about Diane until these last couple of years. Right before mom died John and Diane got back in touch. Diane came up to see mom in the nursing home. I am so glad that Diane got to see mom before mom passed away, and I am glad that Diane came up to Washington State because she and I reconnected and became friends. Diane told me that all those years in foster care, getting bounced from one family to the next, she was so confused. She kept on thinking "I know there are people out there who love me, why haven't they come for me?" Diane thought that my mom and dad would find her somehow and bring her back to us. She didn't know that we had no idea where she was or what had happened.

Diane left our family when I was about 13 years old, the same year that I met the man who later became my husband, Gary. Gary and I were both square dancers, doing exhibition dances and going around to different dance clubs, dancing. Gary was one of my dance partners, and we became friends. Gary and I have known each other for so long, I feel as if we grew up together. Gary and I were friends and dance partners for a couple of years, and then we became a couple. I got pregnant when I was 17 years old, and I dropped out of school to have my baby, little Penny. Gary and I set up house together and worked hard to raise Penny. It wasn't always easy and we made some mistakes along the way. I had grown up in a house full of yelling, and so sometimes I found myself yelling more than I wanted to. I worked hard to stop the cycle of volatile communication that my mom had, and I eventually was successful. It's not easy not to

become what you've seen your whole life.

Mom was a yeller and a slammer. She had a volatile personality and she was loud. Mom had a temper and a strong opinion of everything. Mom was never physically abusive, and I never felt neglected or unloved, but she was definitely the boss of the house. She and I butted heads when I was a teenager. All teenagers are a trial to be around, just by definition, but mom had a strong personality and I have a strong personality, so we argued. I wanted mom to see things from my perspective, and she wanted me to see things through her perspective, so we butted heads. We were both strong willed, so we argued about everything. Mom yelled and I thought "why do you have to yell all the time?" I hated being yelled at. There wasn't anything that I could do to avoid mom's yelling; it was what it was and I just learned to avoid her. Her way of reacting to anything was to yell about it, put her opinion out there over yours, loudly.

Even when mom and I fought, I always knew that she loved me and was looking out for my best interest. Even that can be frustrating to a teenager, knowing inside that your mom was right. She and I may have fought when I was a teen, but when I became a mom and started raising my daughter, mom and I became close again. I had been such a good kid. I never did drugs, I never smoked cigarettes until I was an adult, I was never interested in drinking alcohol. I had too many other things going on, with sports in school and competitive skating any time I could. I never got into real trouble all through high school.

Mom always taught me that I was strong and capable, and that I could achieve anything I set my mind to. Mom taught me to be independent and self-contained, and I am. When I had my baby, Penny, I learned that I had to demand more out of life. I am headstrong and strong willed, so I just pushed my way through to make sure that I could care for my daughter and my family. I started working at a doctor's office, even though I didn't have a high school diploma. I paid attention, I listened and I learned, and I was eventually promoted again and again. My hard work and perseverance ensured that I could care for my family. Now I am the Practice Manager

for a medical company, and I guarantee that no one there knows that I didn't graduate from high school. I have worked at the same place for 32 years, and so I have 32 years of on the job training, which makes me very competent. I worked hard. Mom was always very self-assured and carried herself as if she had all the answers. She taught me to be self-assured as well, and so I always knew that I could take care of me. I have my mom to thank for that life lesson.

Raising my daughter wasn't always easy. Penny was a headstrong child, and she ran wild for a few years. When Penny was 11 years old she was arrested for grand theft auto with some of her friends. Penny hadn't stolen anything, but she was with friends that did, so she got into a lot of trouble. There were nights when Gary and I drove around town, looking for her. We really worried about Penny and really struggled to know what to do. Penny thought that she had all the answers and that she didn't need parenting. I always tell people that Penny getting pregnant at only 16 years old actually saved her life. When Penny found out that she was pregnant I told her "if you keep on doing what you've been doing, the State will come and take that baby away from you as soon as it's born." Penny turned to me with a force in her eyes and said "absolutely not!" From that day, Penny turned her life around. She stopped running the streets, hanging out with her old friends, doing anything bad. Penny buckled down and became healthy, for her baby. When Penny had baby Michael, they moved in with Gary and me. Penny was only 16, so she was still finishing school. I took care of baby Michael a lot. I took him to school and to play dates. I reveled in it. Michael is such a wonderful boy, so smart and caring and gentle and protective of his mom. They lived with us until Michael was about 6 years old, and he and Penny got their own place.

Penny is 36 years old now, and she has some health issues. Penny has Crohn's disease, which causes her a lot of pain and discomfort. It took a long time for Penny to figure out how to manage her Crohn's and now she takes Rimicaid Biologicals to help. Penny sometimes struggles with depression, and she knows when she starts to feel depressed. She calls me and

tells me that she is "down in the hole" and I talk to her for a long time, make her feel better about herself.

Depression is tough. I was depressed after my mom died, but I think that my brothers suffer from a more day to day depression that colors their world. I always describe it as a chip on their shoulder, but it really is depression.

I felt depressed after mom died, December 22, 2007. The last couple years with her were really a struggle. Mom got confused and agitated. She was always a very very smart person, so she knew how to cover her confusion and forgetfulness in front of the doctors and other people at the nursing homes. She fooled them, and then when we were alone she revealed how paranoid and worried she really was. Mom told me that there were people spying on her at the nursing homes, and that we weren't safe. Mom was clever and for a long time, her doctors didn't see her dementia. We don't really know for sure how long mom was suffering from dementia, because she was so clever in covering. Dementia and Alzheimer's come and go and mom had good days and bad days. At the end she had more bad days, and became agitated, paranoid and confused. Eventually I moved mom into a specialized care facility here in Lynnwood, Washington, just for people with her diseases. It was rough. Mom left 100 messages a day on my phone, because she forgot that she had just called me, so she called again. I took care of mom the most, although my brother, Tom, tried to help to the extent of his abilities. Tom had lived with mom just before she had to go into assisted care, and after living with mom he thought his part of her care was done.

When mom died, I felt like all the air went out of the room. I had been so heavily vested in caring for mom at the end of her life, and I felt an overwhelming let down after experiencing such enormous stress. I holed up in my house, felt sad, didn't want to see my friends, and I lost touch with some of my family. My husband, Gary, and my friends brought me out of it. My friends told me that they had decided to let me be depressed "for a while" and then they came

and yanked me back to reality. In general I am not a depressed person. I am upbeat and I love my husband, my friends, my daughter and my grandchild with all my heart. But after mom died I did experience some depression, so know I know how hard it must be for people that are depressed all of the time.

My family has some health problems that are inherited. My dad, Gordon, died of an aneurism, and so did his father and one of his brothers. My mom had anger problems and suffered from Alzheimer's disease and dementia when she died. Mom also thought that she had Lupus her whole life. Mom had dry, scaly patches of skin, and she thought that it was Lupus. It might have just been eczema, but back then we didn't know much about skin problems. My brother, Tom, has back problems and suffers from anxiety and depression. My brothers both have depression, which makes it hard for them to have sustained relationships with people. My brother, John, never learned how to make lasting relationships with people and so he walked away from numerous wives and children over the course of his life. Something is missing in John, and as he gets older he is trying to fix that problem in himself. John also has Wolff Parker White syndrome, which is a problem with the electrical currents in his heart. My sister, Mary, has had a brain tumor and suffers from adult onset epilepsy. Mary also has had back problems and had surgery to correct problems that she suffered during a small stroke. My daughter suffers from Crohn's disease and depression. I have had stress related heart flutters, which my doctor told me were related to stress at work. I have had depression, but only after my mother passed away.

I am not close to my siblings. I have built a family around me of my friends, my husband and my daughter and her son. When my mom was ailing, at the end of her life, my siblings didn't step up and help me help our mother. We lost touch around that time, and I really only stay in touch with my brother, John. Even with John, we are not in touch with one another as much as we could be. I don't know about their day to day lives, and they don't know about

mine. I do remember when John told me that one of his lost daughters had been found. Attorneys for John's daughter, Lisa, contacted him and told him that they were defending her in court. John got back in touch with his daughter, Lisa, at that time, and then during Lisa's trial John reconnected with another lost daughter, Diane.

After Lisa's trial I reconnected on my own with Diane. My husband and I went to visit Diane in Kentucky and it was wonderful to be with her again. Diane shared parts of her life with me and I am so amazed and proud at all that she was able to overcome. I loved Diane when she was a little girl, living with my family, and it was wonderful to become friends with her now that we are both adults.

I remember in 2005 or 2006 when the attorney's for John's daughter, Lisa, called me. They didn't talk to me for very long and they didn't ask me very many details about my life. Two people from Lisa's legal team came out to Lynnwood, Washington and took Gary and me out to dinner. Mostly they were trying to get information on where John was living, and they mostly had questions about John's life.

At no time did the attorneys ask me specifics about my knowledge of my familial health history, my mother's issues with anger, my sibling's issues with depression, or my daughter's struggle with depression.

No one ever asked me to testify. If I had been called to testify then, I would have testified to everything that I have stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Lori Mae Hedberg Yates

Lori Mae Hedberg Yates

Signed this 21 day of January 2013