Enrollment Information Blank
Elementary School
Tacoma Public Schools
Form A8? August, 1953
20M Pioneer Inc.

Tacoma Public Schools

# ENROLLMENT INFORMATION BLANK

**Present Grade** 5 Date Sept 7, 1955 **Roll Teacher** Mr. Peterson

Pupil Hedberg (Last Name) "Mary Lee" (1st Name) ____ (Middle Name) Boy ( ) Girl ( )

Age 9 Birth Date Sept. (Month) 15 (Day) 1945 (Year) Birthplace Tacoma (City) Wash (State)

School last attended Tacoma (City) Manitou (School) 4 (Grade)

Name of the last Tacoma school attended Manitou

Name of Parents Gordon B. Hedberg (Father's Name) Marie J. Hedberg (Mother's Name)

Address 7106 So. Tyler Home Telephone Ma 2850

With whom does child live? Gordon B Hedberg (Name) 7106 So. Tyler (Address)

Occupation of wage earner Mechanic Where employed? Kaye Ridge Motors

Birthplace of parents Denny Brook N.D. (Father) Bremerton Wash (Mother)

If foreign born, has father become an American citizen? ____ Has mother? ____

Race or Nationality of Father? American Race or Nationality of Mother? American

Language spoken in home English

Names and ages of brothers John J Hedberg - 13 yr.
Thomas L. Hedberg - 2 yr.

Names and ages of sisters ____

Name of person to be called in case of serious illness or accident when parents cannot be reached (e. g. the family doctor)

Mr. & Mrs. J.J. Miller (Name) 1112 E. 58th (Address) Ma-1751 (Phone)

Please answer these questions for any child entering the Tacoma Public Schools for the first time:

What diseases and serious injuries has the child had? ____

Dates of immunization, vaccination? ____

Is child's eyesight defective? ____

Is child's speech defective? ____

Is child's hearing defective? ____

SIGNATURE OF PARENT OR GUARDIAN

Case 4:12-cv-08001-GAF Document 154-6 Filed 09/03/15 Page 1 of 1