SCHL- 5320 EISENHOWER MIDDLE SCHOOL

| LAST | FIRST | MIDDLE | APP AKA | FORMER | SSN | EXT ID | ALIAS | STDT ID |
|---|---|---|---|---|---|---|---|---|
| BOMAN | DESIREE | NICOLE | | | 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 | | | 444947878 |

| CONTACT | TYPE | ADDRESS 1 | ADDRESS 2 | CITY | ST ZIP+4 | GEOCODE |
|---|---|---|---|---|---|---|
| | R | 01919 SE ADAMS ST | 15 | TOPEKA | KS 66607 | |

| SEX | RACE | BIRTH | BIRTH PLACE | ST | CO | VER | HOME PHONE | PUB HOUSEHOLD DIS SCHL | PL | SL | HM | LP | SURV | CH | RE | MS | MC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | W | 01/11/1987 | TOPEKA | KS | US | Y | (785)235-5746 | | EN | | EN | ZZ | / / | | Z | | |

| ECODE | EDATE | SCHL | GRD | CL | THM | HMRM | TM | ASG-SCHL | WCODE | WDATE | CSL | LN | LCKR | COMB | GRAD-PL | PS | EARLY | MSRTS # | MIG | FI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E00 | 09/01/1998 | 5320 | 06 | 01 | | | | | W51 | 05/21/1999 | | | | | | | Z | | | |

TYPE ELG APP DATE PRT ELG DATE TCKT # AUDIT WTH DATE TRANS: YEAR ROUTE AP STOP C E YEAR ROUTE AP STOP C E

| CD | NAME | HM PHONE | WK PHONE | EXT# | CN | PU | CS | RL | HOUSEHOLD |
|---|---|---|---|---|---|---|---|---|---|
| 01 | BOMAN, LISA | (785)235-5746 | (785)276-2150 | | P | Y | Y | MR | |
| 02 | BOMAN, CARL | | | | P | Y | Y | FR | |
| 05 | HECTOR OCHOA, | | | | E | N | N | OT | |

EXAM EX DATE IMM STAT DOCTOR PHONE RISK

| | EX | DOSE-1 | DOSE-2 | DOSE-3 | DOSE-4 | DOSE-5 | | EX | DOSE-1 | DOSE-2 | DOSE-3 | DOSE-4 | DOSE-5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DPT | | | | | | | MMR | | | | | | |
| DT | | | | | | | MEA | | | | | | |
| TD | | | | | | | MUM | | | | | | |
| POLIO | | | | | | | RUB | | | | | | |
| HIB | | | | | | | HEPB | | | | | | |
| VAR | | | | | | | VRD | | | | | | |
| VMENG | | | | | | | | | | | | | |

HEALTH CODES:

ELIG: FTE-1 FTE-2 FTE-3 FTE-4 PRIDE: MATH SCI SOCTY WRTNG BACCL: FTE SCRE CEEB OTHER: MISC1 MISC2 MISC3 MISC4