STATE OF WASHINGTON, County of Pierce
ss: I, Julie Anderson, of the above entitled county, do hereby certify that this forgoing instrument is a true and correct copy of the original now on file in my office. IN WITNESS WHEREOF, I hereunto set my hand and the Seal of Said County.

By: Missy N [signature] Deputy

Date: MAR 04 2013

COUNTY AUDITOR PIERCE COUNTY SEAL WASHINGTON

No. 71243

STATE OF WASHINGTON, County of Pierce } ss.

# MARRIAGE CERTIFICATE

THIS IS TO CERTIFY, that the undersigned, a Minister by authority of a License bearing date the 5 day of aug A.D. 1941, and issued by the County Auditor of the County of Pierce did, on the 8 day of aug A. D. 1941, at the hour of 7 PM in the County and State aforesaid, join IN LAWFUL WEDLOCK Robert L Patterson of Tacoma State of Wash and Marie Miller of Tacoma State of Wash with their mutual assent, in the presence of Kenneth Kuper Mrs Marie Miller Witnesses.

IN TESTIMONY WHEREOF, Witness the signatures of the parties to said ceremony, the witnesses and myself, this 8 day of aug A.D. 1941

| WITNESS | PARTIES | OFFICIATING CLERGYMAN OR OFFICER |
|---|---|---|
| Kenneth Kuper | Robert L Patterson (MALE) | Rev Ed L Coy [redacted] |
| Marie Miller | marie Miller (FEMALE) | P. O. ADDRESS [redacted] |

Filed , 19

County Clerk

By

Deputy

The person performing the ceremony must fill out this Certificate within 30 days thereafter, and file the same with the County Clerk of the County wherein the ceremony is performed; under penalty of a fine of not less than $25.00 or more than $300.00. The County Clerk's Fee for filing was paid at the time the license was issued.