PLACE OF BIRTH

County Graham

Township Cheoah

Town

City

North Carolina State Board of Health

BUREAU OF VITAL STATISTICS

CERTIFICATE OF BIRTH

264

Registration District No. 385483

File No. 70

Registered No.

(No. St.; Ward)

FULL NAME OF CHILD Patterson

| Sex of Child | Twin, triplet, or other? | Number in order of birth (To be answered only in event of plural births) | Legiti-mate? | Date of birth |
|---|---|---|---|---|
| Boy | | | Yes | [redacted] (Month) (Day) (Year) |

| FATHER | MOTHER |
|---|---|
| FULL NAME William Patterson 367 | FULL MAIDEN NAME Lurlie Morgan |
| RESIDENCE Robbinsville N.C. | RESIDENCE Robbinsville NC |
| COLOR White AGE AT LAST BIRTHDAY 47 (Years) | COLOR White AGE AT LAST BIRTHDAY 26 (Years) |
| BIRTHPLACE N.C. | BIRTHPLACE N.C. |
| OCCUPATION Farmer | OCCUPATION Housewife |
| EDUCATIONAL ATTAINMENTS Read Write | EDUCATIONAL ATTAINMENTS Read Write |
| Number of children born to this mother, including present birth 3 | Number of children of this mother now living 2 |

CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE*

I hereby certify that I attended the birth of this child, who was alive (Born Alive or Stillborn) at 3 00 .m., on the date above stated.

Signature Allen S. Steller M.D.

(Physician or Midwife)

Given name added from a supplemental report

Filed Sept 27 19 [illegible] REGISTRAR

I certify that the photocopy on the reverse side is a true copy
of the original record filed in the vault of North Carolina
Vital Records, N.C. Department of Health and Human Services.

State File Number 1918000737264 183777

Date Issued 02-11-2013

Linda Brinkley

Linda Brinkley
North Carolina State Registrar