| SERIAL NUMBER | 1. NAME (Print) | | | ORDER NUMBER |
|---|---|---|---|---|
| 1782 | Robert (First) | Lee (Middle) | Patterson (Last) | 2431 |

2. ADDRESS (Print)

[redacted]

(Number and street or R. F. D. number) (Town) (County) (State)

| 3. TELEPHONE | 4. AGE IN YEARS | 5. PLACE OF BIRTH | 6. COUNTRY OF CITIZENSHIP |
|---|---|---|---|
| | 22 | Graham Co. (Town or county) | U. S. |
| (Exchange) (Number) | DATE OF BIRTH [redacted] (Mo.) (Day) (Yr.) | N. C. (State or country) | |

7. NAME OF PERSON WHO WILL ALWAYS KNOW YOUR ADDRESS

Mr. (Mr., Mrs., Miss) Will (First) B. (Middle) Patterson, (Last)

8. RELATIONSHIP OF THAT PERSON

Father

9. ADDRESS OF THAT PERSON

[redacted]

(Number and street or R. F. D. number) (Town) (County) (State)

10. EMPLOYER'S NAME

Morrison Knudson Co.

11. PLACE OF EMPLOYMENT OR BUSINESS

[redacted]

(Number and street or R. F. D. number) (Town) (County) (State)

I AFFIRM THAT I HAVE VERIFIED ABOVE ANSWERS AND THAT THEY ARE TRUE.

REGISTRATION CARD
D. S. S. Form 1

(over)

16—17105

Robert L Patterson
(Registrant's signature)