ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF GRACE A. FIGG BAUM

I, Grace A. Figg Baum, declare as follows:

I am, as far as I know, the last living friend of Marie (Miller, Patterson, Hedberg) Stelma, John Patterson's biological mother. John Patterson is Lisa Montgomery's biological father.

I am 94 years old and am a widow. When my husband Walter Baum passed away, my children helped me move into an assisted living apartment. I have three children of my own and I also raised my husband's cousin's son Wesley. Wesley's father was an alcoholic, and when Wesley was ten years old I offered to take him in and raise him. My son Ron Figg lives across Puget Sound and visits me once a week. My son Frank Figg lives nearby and visits me as well, as does my daughter Barbara. My son Ronald Figg is John Patterson's oldest living friend. They have been close friends since they were six years old and met when they were in the first or second grade. They are both 70 years old now. That is a long time for a friendship.

I raised my family and lived in the Seattle area in a part of town known as Shoreline. One of my closest friends was Marie (Patterson) Hedberg, John Patterson's mother. Marie and I spent a great deal of time together. We liked to do many of the same things. Even when Marie and her husband Gordon moved away from Washington State, we still kept in touch. Marie and Gordon left for about one year and then returned to the area. When they returned our families lived near one another again and we continued to see each other often.

I first met Marie Hedberg when both of our boys were six years old and in the Cub Scouts. I was a Den Mother for the Cub Scouts for three or four years, and Marie became a Den Mother and my helper. Both of our sons were in our Cub Scout troop. We did many activities with the Cub Scouts; making little craft projects, drawing and painting and playing games.

Marie liked to make paper mache flowers. She was very artistic that way, and our Cub Scouts did lots of art projects. We had to make certain that we had something going on the minute those children arrived, or else they would start acting out! Marie had a very loud voice and sure knew how to use it to keep the boys in line! She could keep order just with her voice and the way she used it. All of the little boys paid attention when she got loud!

Before I met Marie she worked at Boeing as a riveter for airplanes. This was during the war when the factories were hiring women. She had also worked in the Ballard section of Seattle at Manning's, a place that made ground coffee. For some of the time that I knew her, Marie was a bus driver for the Federal Way School District. She was a good driver and was able to keep the children in line on the school bus using her authoritative loud voice. Those children paid attention to her on the school bus when she raised her voice. She was able to keep order, which could not have been an easy task, just with her voice. She knew how to tone the children down and keep them in their seats.

Marie and I liked to go out walking in our neighborhood. When we took walks we talked about many things. One of the things that Marie talked about often was how before we had met, her ex-husband Robert Lee Patterson, had come to Washington State one day and stolen their little son John out of the yard. Robert Patterson took John with just the clothes on his back and took him for one year to live in Montana. John's father took him without any packed clothes or toys or anything at all. He literally came into the yard where John was playing and kidnapped him. After a year of not knowing where little John was, Marie got word from Robert Patterson's parents that she could come and pick John up at their home. Marie went by train to go get her son. Marie thought that John was different when they returned him to her. He had behavior problems and seemed shy, timid and scared. Marie was never able to find out exactly where

Robert Patterson had taken little John, and she was never able to get John to tell her what had happened. She noticed that John talked funny when he came back. It wasn't that he had an accent from a different place, but it was as if he hadn't learned how to talk correctly. He expressed himself differently than other little boys. He used different words for things. Marie always said that John was different his whole life because of that experience. Marie said 'that's what made him the way he is, and why he has the personality he has.' I thought that John was a good little boy so I didn't know exactly what Marie was referring to. This occurred before I had met Marie, so I never met John's biological father, Robert Patterson.

When I met John he was about six years old. I remember he was a shy, polite little boy, and quite small. He was a small little guy, about the same size as my son Ron. Ron was a small little guy too. John and Ron hit it off immediately and became the best of friends. They played in the woods, played ball in the street and ran around acting like little boys do. When John came over to our house at dinner I noticed that he was always very polite, but that he had a sense of humor. My husband liked absolute quiet at the table. There was very little talking at our dinner table. John abided by this rule, but he had a funny little smile on his face the whole time. That little smile made Ron start to giggle, and then I started to giggle, and then we all broke down laughing. Since my husband hadn't noticed John's funny little smile, he didn't know why we were giggling and he got mad. Other than making us laugh at the dinner table, John never gave me any trouble whatsoever. He was a good boy.

Marie's husband Gordon died about thirty five or more years ago. She was alone for a while. During that time Marie and I went on outings. We took a six day cruise to Alaska during that time. I noticed then that Marie's temper was different. Before Gordon died Marie had a temper, that is true. She raised her voice and got loud. But when we were on the cruise I

noticed that if something did not go her way she would tell me 'I'm going to take the next plane home!' The least little thing could set her off. Marie wasn't as short tempered when she was married to Gordon. When she was younger I remember her raising her voice, but not being so short tempered. Marie told me that she thought she had lupus her whole life. Later she had Alzheimer's and dementia.

After Gordon died my husband and I introduced Marie to our neighbor, Russ Stelma. His wife, Doris, had passed away and I thought that Marie and Russ should meet. Marie and Russ did get married and then they lived right near us in the same neighborhood. We got together and played the piano, played the organ, had dinners together, and went on camper trailer trips. Russ worked at Del-Teet Furniture back then, making custom Danish furniture. Russ helped my husband outfit the inside of our camper with custom cabinets and other things. He did very nice work. Marie and Russ had a camper too and we went out to Westport, west of Seattle on the coast, and went fishing. We took the camper down to Reno, Nevada when Russ and Marie got married. We went on little trips, just the adults, and we always had fun. Marie and Russ were part of a dance club that did ballroom and square dancing. I was in a ladies choir called The Sweet Adeline's for twenty years and they came to see me sing. My husband Walter and Marie's husband Gordon bought a boat together and they loved to go fishing. We went fishing on that boat all the time. Gordon actually died while he was bringing that boat in to shore nearby here, on Whidby Island. He died on his 25th wedding anniversary with Marie. That was very sad.

Marie had two children with her first husband, Robert Patterson. That's John and Mary Lee. Then when she married Gordon Hedberg they had two children, Lori and Tommy. Lori and Tommy were a skating duo, and performed in competitions. Mary Lee was very

beautiful as a little girl. She had problems with her brain later in life. We wondered if it was because she was in a car accident. She had a lesion or something on her brain that gave her seizure problems when she became an adult.

Marie always did a lot of hollering around at her children. She did a lot of hollering around at other people's children, too. She kept the Cub Scouts in line and she kept the children on the school bus in line by hollering. When her husband Russ died Marie used to holler at the children playing in the street in front of her house. That's when her family had to come and take her to a nursing home. Marie was bawling out the neighborhood children all the time, when they were playing in the street, and so someone called her children and her children placed Marie in a home. Marie couldn't stay at that facility; she shouted at the staff and got violent. The nursing staff said she had to move, so her family moved her to Northgate Plaza. Marie couldn't stay there, either, for the same reasons. She forgot where she was and she forgot who people were. Marie often got very loud and lost her temper. Marie banged on the doors and waved her cane around, and the people at Northgate said she had to move. At that point Marie moved to Scriber Gardens. I was there at that time, too, and she and I would visit if Marie was having a good day. Marie had good days and bad days, and sometimes she forgot that she had loaned me something and got very upset. One time she was banging on my door and shouting and the people at Scriber Gardens had to ask her to leave. It was very upsetting to her family to continually have to find new places for Marie to live. Eventually her family moved her to a place on 188th street that was just for people with memory loss, and that's where she lived until she died.

At no time did John's daughter Lisa's attorneys contact me or ask me about my knowledge of John's mother, Marie. No one asked me about Marie's problems with her temper, Alzheimer's, dementia or Mary's problems with seizures. At no time did any attorneys ask me

to testify at trial. If I had been called to testify, I would have testified to everything that I have stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Grace A Baum

---

Grace A. Figg Baum

Dated this 20 day of December 2012