**LISA MONTGOMERY**

**DECLARATION OF WENDY ALEXANDER TREIBS**

I, WENDY ALEXANDER TREIBS, declare as follows:

I am the first cousin of Lisa Montgomery. My mother, Darlene Alexander, and Lisa's mother, Judy Shaughnessy, are sisters. Lisa's and my maternal grandparents were Nils Rignell and Nelma Springer Rignell. Our grandfather, Nils, was born in 1902 in Sweden. He and his brother immigrated to the United States during their mid- twenties to start a new life. My grandfather had been in the Swedish Navy. The brothers ended up in Kansas, and the family home place was a house and forty acres in Georgetown, Kansas. There they raised corn, had farm animals, and our grandmother made cheese. Later they sold their land and moved to Leonardville, Kansas.

Nils and Nelma had a large family. Before my aunts and uncle were born, Nelma gave birth to a child who died. Nils and Nelma's children who survived childbirth were: my Aunt Ann Kidwell Scarborough who is now deceased, then Aunt Elsie Miller who is in her 80's and lives with her daughter, Stacy, in Missouri. My Aunt Ellen was born next, though she is now deceased also. Those first three children were like one family; they were so close because they were close in age. The next group of siblings included: Aunt Alice Derry who lives in Topeka, Kansas, my mom, Darlene Alexander was born next, followed by Lisa's mother, Judy Shaughnessy, and finally the only boy, Uncle Bobby Rignell. Uncle Bobby, as the youngest, was everyone's favorite, and still is. He is a lot of fun and has a good sense of humor. I am very fond of him and was delighted when he came to my wedding.

My mom and Lisa's mother were particularly close as sisters. My parents have lived in Texas most of my life, and Lisa and her family moved around a lot. Nonetheless, Lisa and I have always been close to one another all of our lives. Our families visited one another often throughout the years. My brother, Kenny, who is two years younger than I am, always had a fascination with snakes as a child. It wasn't unusual to find snakes he had found in our house. My mother screamed and even jumped on the table when one of Kenny's snakes startled her! I put on my shoe one day, only to find a snake in it. When we moved, we found a dead snake carcass

under the couch. I imagine my cousins remember Kenny's interest in collecting snakes and other wild animals.

For a month, when we were growing up, Lisa and her family actually lived with me and my family. At one point, when Aunt Judy was married to Jack Kleiner, they brought their family to live with my parents, my brother Ken, and me in San Antonio for about a month before they bought a home in nearby Meadow Village, San Antonio. I was probably a freshman in high school then, and Lisa would have been in middle school, since she is three years younger than I am. Out of all my cousins, I feel the closest to Lisa. I just feel a special bond with her, more like I am an older sister to her, rather than a cousin. Whenever we spent the night at each other's houses, Lisa and I always slept in the same bed. People say we look like sisters, and I think that is true.

My memories of my grandfather are as a very strict, stern man. For example: he had a rule that you never touch a fence, because a fence had a purpose -- for keeping cattle in. One day I leaned up against the fence to smell a flower. Before I knew it, grandpa was switching my legs in punishment for touching the fence. I didn't forget his fence rule again. Another time when I was in first grade and we lived with Grandma and Grandpa Rignell, Grandpa chased away a little boy who had brought me flowers. Grandpa Rignell ran that little boy right off of the property and told him to never come back.

My maternal grandfather was a very strict man with his children and with his grandchildren, but it didn't end there. My maternal grandfather was very physically and verbally abusive to my grandmother. My mother talked to me about witnessing that abuse. Even though Grandpa abused her, Grandma stayed with him until he died. My mother told me of a particular incident when her father hit her mother. Mom was so angry at him that she told him she would kill him if he did it again. Aunt Ann intervened to stop my mom from trying to fight her father. When I was about eighteen years old, we drove to Kansas to visit Grandpa when he was dying of lung cancer. No one talked about how mean he had been to grandma while he was dying.

Our grandmother contracted non-paralytic polio when her children were young. My mother told me that her mother mostly stayed upstairs during her illness, and the children were not allowed to go upstairs for fear that they might also become ill. The family doctor sometimes

made home visits to take care of our grandmother. She not only survived that illness but lived to know several of her grandchildren.

My mother, my brother Kenny, and I lived with my grandparents in Kansas when I was in first and second grades, because my parents separated. Our family had been living in Germany where my dad, Marvin Alexander, was stationed in the military, but mom left dad and brought us back to Kansas.

Though my parents have stayed married, they have separated several times. It is not unusual for my mother to leave my dad for periods of time. My mom's siblings' marriages have had their issues also. My Aunt Ellen's husband cheated on her, and Aunt Ann had three husbands. Aunt Judy has had so many husbands they are hard to count. I think that Aunt Judy has been married six times now.

One of Aunt Judy's husbands was a man named Jack Kleiner. Jack Kleiner is not Lisa's real father, and he was a mean man. I can't describe precisely how I knew that or what that meant to me as a young person, but that is what I thought of him back then. As a child, I was scared of him. Jack Kleiner was gruff, intimidating, and I felt unsafe with him. I avoided being left alone with him. When Jack came into a room, the atmosphere changed. That was in stark contrast to my Uncle Bobby, who played practical jokes on us, took me hunting, brought me to church and with whom I felt totally safe. Jack Kleiner was different. Jack and Judy lived in a really dirty, run down trailer. The trailer in which Aunt Judy and Jack lived had huge roaches infesting it. Their roaches were bold, certainly not afraid of people and were running around during day as well as at night. My family and I always stayed with Aunt Judy a few days on trips to see my grandparents, and I dreaded sleeping there, knowing that the giant roaches were there.

I always felt deep down that Jack Kleiner was a mean man and I tried to stay away from him. When I got a little older I learned that my instincts as a child were absolutely correct. Aunt Judy caught Jack raping Lisa one night. Aunt Judy kicked Jack out of the house, but not for very long. I am still very upset that my Aunt Judy allowed Jack Kleiner to live in her home after she caught him raping Lisa. I cannot believe that Judy wouldn't try and protect her daughters better. I confronted my mother with questions about Jack at the time, even though I was only a teenager myself. I knew that it was wrong, what Jack was doing to Lisa, and that Jack was dangerous.

My intuitive wariness of him was proven warranted, but the adults in the family did nothing about him! Not only did Aunt Judy not protect Lisa, she actually blamed Lisa, her own child, rather than Jack. Aunt Judy told Lisa that it was her fault that Jack had to leave. Aunt Judy made it seem like it was Lisa's fault that Jack raped her.

As a child, I was aware of the fact that my family was privileged compared to Lisa's family. We gave Lisa's family our hand me down clothes, and I gave Lisa and her sisters my old Barbie dolls. Aunt Judy took me with her once to pick up her food stamps. Aunt Judy never stayed in the same place for very long, and Aunt Judy also changed churches regularly. I went with her once to her church that was charismatic, where people spoke in tongues. Usually Aunt Judy really liked the people at church at first, but then in a short time she decided they were not good to her and moved on to a different church, repeating the same pattern.

Aunt Judy criticized and demeaned Lisa for many things as Lisa grew up and had a family of her own: poor housekeeping, dirty children, Lisa's lack of organization; anything Judy could find to criticize, she criticized. Judy visited Lisa and then put Lisa down to the rest of the family for her shortcomings, instead of pitching in and supporting her as a loving parent would. Judy could have stepped in and given Lisa a hand with the kids and the chores, until Lisa could better handle things herself. Judy never did that. I believe that Lisa feared her mother would somehow take her children away from her. It must be awful to know that your own mother won't help you, but moreover that she will try to sabotage you, so that you can't trust her.

Lisa and I are both mentally ill. I, like Lisa, was molested. Because of the sexual abuse I experienced and the familial predisposition that I have for mental illness, I battle daily to stay as healthy as I can for myself and for my children. I find this extremely difficult to discuss and am only sharing my very personal information to help the Court realize that Lisa lives a similar struggle.

Aunt Judy denigrated Lisa constantly. Judy broadcast to family members -- and anyone else who listened -- that Lisa tried to take all of Judy's husbands away by either having or trying to have sex with them. Judy used to say this all of the time, even about Jack Kleiner, who was caught in the middle of raping Lisa. Lisa was an innocent child who was used and manipulated. Judy wanted all of us to think badly of Lisa. Judy's incessant criticism, put-downs and lies resulted in Lisa thinking badly of herself and having absolutely no self-confidence. One time

Lisa flew out to visit me in San Antonio when her son, CJ, was a baby. Lisa told me her mother was forcing her oldest daughter, Desiree, to potty train and that Judy spanked Desiree when Desiree had an "accident." Lisa was upset with her mother, but also felt powerless because she felt controlled by her mother as well. Lisa didn't have the confidence or emotional energy to stand up to her mother.

Since Lisa's arrest, her sisters have banded together around Judy. Lisa's sisters have nothing to do with Lisa, and she is truly an outcast in the family. Judy acts as if Lisa's mental illness might reflect badly on Judy, and refuses to acknowledge that Lisa has been mentally ill for years. Lisa always wanted her mother's approval, but she didn't get it. After Lisa married Kevin, she got an embroidery machine, bought some inexpensive towels and embroidered my children's names on them. Judy criticized Lisa for what I consider to have been a very thoughtful gift and gesture. Lisa's mother viewed it as competition and spoke negatively about the embroidery work; Judy viewed anything positive that Lisa accomplished as a competition. Lisa didn't make me gifts as a competition with her mother; Lisa loves to make crafts. I still receive homemade items from Lisa, who is talented and creative with needlework and other crafts.

Lisa inherited the mental illness and depression that runs throughout our family. When Lisa's earlier defense team came to talk to me, I told them that for all those years before Lisa's arrest, Aunt Judy said that Lisa was mentally ill. Judy talked openly in my presence about Lisa being mentally ill when she visited my mother. Back then I asked Aunt Judy how we could get Lisa help. Judy dismissed suggestions that Lisa needed help and claimed that she had tried. Judy claimed that Lisa was unwilling to let Judy help her.

I don't understand, even now, why Lisa's trial team did not tell the Court about Lisa's long history of mental illness and about how it runs on our mothers' side of the family. I know that numerous family members related to Lisa are mentally ill. I don't want to have to share details about my family's struggles with mental illness, but I will to help my cousin Lisa. My brother, Kenny, and I have both been hospitalized for treatment of mental illness many times. I volunteered that private information to Dave Owen, one of Lisa's attorneys. I am an extremely private person, am a registered nurse, and do not want the world to know my personal problems. Despite my own need for privacy, I initiated contact with Lisa's trial team, because I wanted to

help Lisa. I made clear to Mr. Owen I was willing to share the details of my mental health history at Lisa's trial to help people understand Lisa's familial heritage of serious mental illness. I am not familiar with criminal legal proceedings and did not talk with or meet Mr. Duchardt, Lisa's main attorney until we were in court. Once I was in court, I was not asked about the details of my mental illness as I thought I would be. I was caught off balance and do not believe that I adequately communicated what I could have to the jury about our family and about Lisa.

Like me, my brother, Kenny Alexander, has a long history of hospitalizations for mental illness. When Kenny was younger, he had a child with a girl named Kim, who was about fifteen years old when she gave birth to their daughter, Ashley Hatcher. Because she was young and immature, Kim frequently left their daughter with my mother. As she matured, Kim spent more time with Ashley and eventually married and had a child with another man. When Kim moved with her family to California they took Ashley with them. My mother Darlene, Lisa's aunt, hired a private investigator to go to California. The investigator got Ashley and brought her back to Texas for a grandparent custody or visitation hearing. Because Kim and her husband did not have the money to return to Texas for court proceedings, my parents ended up keeping and raising Ashley.

My mother, Darlene, has had periods of significant depression. She was very depressed when Ashley lived in California with her mother and stepfather, and became determined to raise Ashley. My mother is repeating this pattern again, now, in 2013. She is trying to get custody of Ashley's youngest children, my mother's great grandchildren. My mother wants to raise Ashley's children, or to have Kenny, their grandfather, to be awarded custody. Kenny is in no position to take custody of children. Kenny also has serious mental issues and experiences depression as well. Kenny, as my mother well knows, had to be hospitalized yet again last year in Fredricksburg for psychiatric issues. Kenny is certainly not able to raise his grandchildren. My mother believes that if Kenny is awarded custody, she will be able to take the children from Kenny.

This family legacy of mental illness seems to have passed to Kenny's and my children. A few weeks ago, Kenny's daughter Ashley entered a psychiatric facility after allegedly running over her boyfriend with a car. Being in the psychiatric facility left Ashley vulnerable to my mother trying to take custody of her children. One of my daughters was also committed for

psychiatric care for a time. She has been diagnosed with bipolar disorder. My daughter, now twenty, is a brilliant young woman who earned a full scholarship to college. During her freshman year, a friend of hers at the college contacted me concerned because she had not seen my daughter in some time. I immediately drove to their school and found my daughter in her room, emaciated and unkempt. I brought her home with me. My daughter works hard to try to maintain her mental stability, but has been unable to resume her college studies. She works as a bagger at the local grocery store now. She spends a lot of time on the computer and tends to isolate herself. Her behavior can be off putting to people who do not know her well. For example, she jumps up from her seat at the home computer, and paces the perimeter of the room rapidly several times an hour. While pacing for several minutes, she cocks her head oddly--like she sees something that in reality isn't there. During these episodes of pacing, my daughter appears unaware of the presence of those of us around her. Sometimes she even runs into us. She is in her own world during these periods. When she was a young child, she escaped her father's harshness by reading and living in the fantasy of her books.

Lisa and I have another cousin who has been described as mentally ill. My Aunt Elsie, my mom's sister, has a son named Jimmy Miller. Jimmy is a couple of years older than I am, and family members describe him as mentally ill.

I have battled my own psychiatric disease for years. I have been committed at least nine times. My disease became acute while I was still a college student. The first hospitalization I can recall came about because I needed treatment for anorexia when I was nineteen or twenty years old. At first anorexia was my diagnosis, but the doctors changed it fairly soon to Depression with Psychotic Features. In my early twenties, my diagnosis was revised to Bipolar Disorder. The doctors said I had a Conversion Reaction, and I was treated with ECT (Electro Convulsive Therapy) during one of my hospitalizations. ECT helped me.

I have eight children born between February 1992 and June 2005. In March 2000, I delivered twin boys, Jonathan and Nehemiah. My ex-husband, David, did not allow me to go to doctors hardly at all, although he trusted the family practitioners who delivered our children. After the twins were born my doctor told us that I became psychotic. David refused for me to be committed for treatment, even though I was not sure what was real and what was not real. Because David did not consent to psychiatric treatment, my medical doctor treated me with

medication instead. When my twins were born in March 2000, I had my tubes tied afterwards. I must have agreed to it, but I was very upset later when I realized I could have no more children. I found a doctor in Jackson, Tennessee who reversed the procedure on May 17, 2001. After that my husband and I had two more daughters born in January 2003 and in June 2005.

In 2009 my long term family doctors committed me to Laurel Ridge Hospital in San Antonio, Texas over the objection of my then husband, David. I received medications for bipolar disorder, Risperdal and Lithium. Earlier in 1994, the doctors had stopped my Lithium because it caused changes in my thyroid.

The treatment I have received for my mental health issues has been greatly affected by my ex-husband's views. He was -- and is -- a very religiously conservative person and does not approve of psychiatrists or psychologists. I married David when we were both only twenty-six years old. My husband was raised Pentecostal, but we attended a conservative Baptist church. Over time, David became even more conservative than his upbringing. David did not allow me to wear makeup or trousers, and I had to have my hair long. While we were married, David required me to home school all our children. The mitigation decree in our divorce requires us to agree on our children's education; I continue to home school the younger children, because I would have to take David to court to change this. It is just easier to continue to homeschool our younger children, rather than go back to court with David.

I don't think I could have divorced David had it not been for our children. His physical abuse of one of our daughters gave me the courage to leave him. I made a plan to leave, but did not tell the younger children at all and only told the older children the day before. I couldn't risk my husband finding out that we planned to leave him because I feared he would become violent. I believe he is capable of killing. The day that I finally left David, I gathered up my children and we left the family compound. The family compound is where my husband's parents had lived and where his brother's family also lives. I took my children and went to stay with my parents. My dad loaned me the money to obtain my divorce.

Since I divorced my husband, I have been going to a counselor weekly for a year. One of the psychiatrists who treated me during one of my commitments told me I needed to be treated by a psychiatrist and not just a general practitioner. David would have never allowed that, but now I can choose my own course of treatment. Thus far, I have chosen to stay with my long time

doctors who know me well and whom I trust. Though we had difficulties over the years, I still love my husband and hope someday we might reconcile after all our children are grown. My children don't want to visit him frequently, but I remind them that he is their father and that he loves them.

I still struggle every day with my own mental illness. In September 2012, after my divorce from David, I became agitated and confused at work when an elderly patient with dementia grabbed me and became violent. I don't remember much at all about the incident itself. A physician treating me told me later that I dissociated when the patient grabbed me. I do not know, since I cannot recall the details. The staff took me to the Emergency Room, and I was admitted to the Kerrville Crises Stabilization Unit at the Kerrville State Mental Hospital for about two weeks. While I was an inpatient, the doctors treated me with Celexa; now I am on Seroquel.

My doctors want me take antipsychotic drugs, which I only recently agreed to do. I recognize that my thinking is now more clear. I don't hear voices as frequently. I am now able to sleep, and I have gained my weight back. The medication is helping me to improve my life. For example, this week I took an art class on sketching with one of my daughters. I wouldn't have been able to do that before going on the medication. I am excited also, as I am picking up my guitar again after twenty years. Even though the drugs sometimes make me sleepy, it feels great to finally feel better.

My struggle with mental illness is ongoing and difficult. I am fortunate to have long term physicians whom I trust, parents who care about me, and a stable supportive group of people at my work. Nursing is a field I love, and I believe that I am helping people through my work.

When I heard that Lisa had gotten into trouble, my heart went out to her. Family had told me Lisa said that she was pregnant before she got into trouble, but I knew she was not pregnant and that she was mentally ill. I know that Lisa is a gentle soul. I don't think that she could knowingly hurt someone. Her mental illness caused her to act in a way that isn't normal. When I had a mental breakdown, I was so lucky to have people around me who could help me. Lisa never had that support. I feel like I should have done something for Lisa to intervene before she deteriorated so dramatically. I love Lisa. I only wish our family had reached out to Lisa and gotten her psychiatric help.

Lisa's previous defense team spoke briefly with me. When I testified for Lisa at court, I do not believe that I was properly prepared in advance. I did not get to say many of the things that I had been planning on saying. The jury never got the whole picture about Lisa. If asked, I would have testified to the foregoing information at Lisa's trial.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Wendy K Treibs

Wendy Treibs

Signed this 23 day of February, 2013.