# STATE OF WASHINGTON
# DEPARTMENT OF HEALTH

TYPE OR PRINT IN PERMANENT BLACK INK

0286
LOCAL FILE NUMBER

Washington State Department of Health

## CERTIFICATE OF DEATH

146 2 16710
STATE FILE NUMBER

**DECEDENT**

1. NAME (First, Middle, Last): Robert Lee Patterson
2. SEX (M / F): Male
3. DEATH DATE (Mo, Day, Yr): 05/13/2002
4. AGE LAST BIRTHDAY (Yrs): 83
5. UNDER 1 YEAR (MOS, DAYS):
6. UNDER 1 DAY (HOURS, MINS):
7. BIRTHDATE (Mo, Day, Yr): [redacted]
8. BIRTHPLACE (City, State or Foreign Country): Robinsville, NC
9. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes / No): yes
10. COUNTY OF DEATH: Clallam
11. CITY, TOWN OR LOCATION OF DEATH: Port Angeles, WA
12. PLACE OF DEATH — ☒ BOX FOR PLACE THEN GIVE ADDRESS OR INSTITUTION NAME: 1. ☒ HOME 2. ☐ IN TRANSPORT 3. ☐ EMERG. RM/OUT PTN 4. ☐ HOSP. 5. ☐ NUR HOME 6. ☐ OTHER PLACE — [redacted]
13. SMOKING IN LAST 15 YEARS? (Yes / No): No
14. MARITAL STATUS — Married, Never married, Widowed, Divorced (Specify): Widowed
15. SURVIVING SPOUSE (If wife, give maiden name):
16. SOCIAL SECURITY NO.: [redacted]
17. DECEDENT'S EDUCATION (Specify only highest grade completed): Elementary/Secondary (0-12): 8; College (1-4 or 5+):
18. USUAL OCCUPATION (Give kind of work done during most of working life. DO NOT USE RETIRED): Log Truck Driver
19. KIND OF BUSINESS OR INDUSTRY: Logging
20. Was Decedent of Hispanic origin or descent? (Ancestry) (Specify Yes or No. If Yes, specify Cuban, Mexican, Puerto Rican, etc.) (Yes / No) Specify: no
21. RACE (Specify): white
22. RESIDENCE — NUMBER AND STREET: [redacted]
23. CITY/TOWN, OR LOCATION: [redacted]
24. INSIDE CITY LIMITS? (Yes / No): yes
25A. COUNTY: [redacted]
25B. LENGTH OF RES. IN CO.: 50 yrs.
26. STATE: [redacted]
27. ZIP CODE: [redacted]

**PARENTS**

28. FATHER'S NAME — FIRST, MIDDLE, LAST: (U) Patterson
29. MOTHER'S NAME — FIRST, MIDDLE, MAIDEN SURNAME: (U)
30. INFORMANT — NAME: Drennan & Ford Funeral Home
31. MAILING ADDRESS (STREET OR RFD NO., CITY OR TOWN, STATE, ZIP): [redacted]

**DISPOSITION**

32. BURIAL, CREMATION, REMOVAL, OTHER (Specify): Cremation
33. DATE (Mo, Day, Yr): 5/24/2002
34. CEMETERY/CREMATORY — NAME: Drennan-Ford Crematory
35. LOCATION — CITY/TOWN, STATE: Port Angeles, WA
36. FUNERAL DIRECTOR SIGNATURE: x Steve Ford 1664
37. NAME OF FACILITY: Drennan-Ford Funeral Home & Crematory
38. ADDRESS OF FACILITY: [redacted]

**CERTIFIER**

TO BE COMPLETED ONLY BY **CERTIFYING PHYSICIAN**

39. **TO THE BEST OF MY KNOWLEDGE**, DEATH OCCURRED AT THE TIME, DATE AND PLACE AND WAS DUE TO THE CAUSE(S) STATED.
SIGNATURE AND TITLE: x [signature] MD
40. DATE SIGNED (Mo, Day, Yr): 5/13/02
41. HOUR OF DEATH (24 Hrs.): 0200
42. NAME AND TITLE OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print):

TO BE COMPLETED ONLY BY **MEDICAL EXAMINER OR CORONER**

43. ON THE BASIS OF EXAMINATION AND/OR INVESTIGATION, IN MY OPINION DEATH OCCURRED AT THE TIME, DATE AND PLACE AND WAS DUE TO THE CAUSE(S) STATED.
SIGNATURE AND TITLE: x
44. DATE SIGNED (Mo., Day, Yr):
45. HOUR OF DEATH (24 Hrs.):
46. PRONOUNCED DEAD (Mo., Day, Yr):
47. HOUR PRONOUNCED DEAD (24 Hrs.):
48. NAME AND ADDRESS OF CERTIFIER — PHYSICIAN, MEDICAL EXAMINER OR CORONER (Type or Print): Larry A. Gordon, MD--433 E 8th Street, Port Angeles, WA 98362
49. ME/CORONER FILE NUMBER:

**CAUSE OF DEATH**

50. ENTER THE DISEASES, INJURIES, OR COMPLICATIONS WHICH CAUSED THE DEATH:

IMMEDIATE CAUSE (Final disease or condition resulting in death).

DO NOT ENTER THE MODE OF DYING, SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE ON EACH LINE. Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury which initiated events resulting in death) LAST.

| | Cause | Interval between onset and death |
|---|---|---|
| A. | ~~unknown cause~~ ② stroke natural causes; etiology unknown | N.A. |
| B. | DUE TO, OR AS A CONSEQUENCE OF: | |
| C. | DUE TO, OR AS A CONSEQUENCE OF: | |
| D. | DUE TO, OR AS A CONSEQUENCE OF: | |

51. OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVE ABOVE:
52. AUTOPSY? (Yes / No): no
53. WAS CASE REFERRED TO MEDICAL EXAMINER OR CORONER? (Yes / No): no
54. ACC., SUICIDE, HOM., UNDET., OR PENDING INVEST. (Specify):
55. INJURY DATE (Mo, Day, Yr):
56. HOUR OF INJURY (24 Hrs):
57. DESCRIBE HOW INJURY OCCURRED:
58. INJURY AT WORK? (Yes / No):
59. PLACE OF INJURY — AT HOME, FARM, STREET, FACTORY, OFFICE BLDG, ETC. (Specify):
60. LOCATION — STREET OR RFD NO., CITY/TOWN, STATE:

61. RECORD AMENDMENT (Registrar use only): ITEM / DOCUMENTARY EVIDENCE / REVIEWED BY / DATE: 8,9,14,17, da-941 tj 5/19/03
62. REGISTRAR SIGNATURE: x [signature]
63. DATE RECEIVED (Mo., Day, Yr): MAY 24 2002

FOR INSTRUCTIONS SEE BACK AND HANDBOOK

DOH 110-008 (Rev. 7/91) (formerly DSHS 9-150)

THE SEAL OF THE STATE OF WASHINGTON 1889

A

DOH 01-003 (5/99)



THIS IS A CERTIFIED COPY OF THE RECORD ON FILE WITH CENTER FOR HEALTH STATISTICS. CERTIFIED COPIES MUST HAVE THE OFFICIAL SEAL.

Washington State Department of Health

# Affidavit for Correction

**This is a legal Document. Complete in ink and do not alter.**

**Center for Health Statistics**
P.O. Box 9709
Olympia, WA 98507-9709
(360) 236-4300

**STATE OFFICE USE ONLY**

| State File Number | Fee Number | Initials | Date | Affidavit Number |
|---|---|---|---|---|
| | | | | |

**Use the section below for requesting any changes on the record.**

Record Type: ☐ **Birth** ☐ **Death** ☐ **Marriage** ☐ **Dissolution**

| 1. Name on record: | 2. Date of Event: | 3. Place of Event: (City or County) |
|---|---|---|
| | | |

| 4. Father's Full Name (For Birth): (Husband for Marriage or Dissolution) | 5. Mother's Full Name (For Birth): (Wife for Marriage or Dissolution) |
|---|---|
| | |

The Record is Incorrect or Incomplete as follows:

| **The Record now shows:** | **The True fact is:** |
|---|---|
| 6. | 7. |
| 8. | 9. |
| 10. | 11. |
| 12. | 13. |

14. I represent the person as: ☐ **Self** ☐ **Parent** ☐ **Guardian** ☐ **Informant** ☐ **Funeral Director** ☐ **Other (Specify)**

Telephone Number:

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.

| 15. Signature: | 16. Date: | 17. Address: |
|---|---|---|
| | | |

All vital records are registered as received. An item may be changed by affidavit only once. Subsequent changes must be made by court order. The incorrect certificate must be returned within one year of the date it was issued to receive a replacement copy free of charge.

**All changes must be established by documentary proof submitted with the affidavit**

Examples of documentary proof: Certificate of Naturalization, Hospital Records, Insurance Records, Marriage/Divorce Records, Medical Record, Military Record (DD-214), Birth Record, Passport, School Record, Voter's Registration Card (if it bears an effective date), Alien Registration Card (front and back)

Birth Certificates:

1. Only a parent, legal guardian (if the child is under 18), or the adult themselves (if 18 or older) may change the birth certificate.
2. The proof(s) must match exactly the asserted true fact(s). For example, if the affidavit says the name is Mary Ann Doe, then the proof must show the name to be Mary Ann Doe. Mary A. Doe or M.A. Doe does not prove the name is Mary Ann Doe.
3. Proof must be five (or more) years old or have been established within five years of birth.
4. Up to age one, the parent(s) or legal guardian may change the child's last name with an affidavit for correction, provided:
   - This is a one time only change. Subsequent changes will require a certified copy of a court ordered name change.
   - The new last name may be the mother's maiden name or father's name (if present on the certificate) or any combination of the two.
   - After age one, last name changes require a certified copy of a court ordered name change. Minor spelling changes may be made with an affidavit and documentary proof.
5. Parent(s) may change their child's first or middle name by completing and signing an affidavit for correction (until their child's 18th birthday).
6. **This affidavit cannot be used to add a father to a birth certificate. (Use the paternity affidavit - form DOH/CHS 021)**

Death Certificates:

1. Only the informant, the funeral director, or executors/administrators (if evidence confirming such position is presented) may change the non-medical information.
2. The medical information (cause of death) may be changed only by the certifying physician or the coroner/medical examiner.
3. If it is less than sixty days from date of death please contact the county health department where the death occurred to make changes.

Marriage/Dissolution (Divorce) Certificates:

1. Personal fact(s) (minor spelling changes in name, date or place of birth or residence) may be changed by affidavit (with proof) by the person.
2. To change the date or place of marriage or dissolution, the officiant (marriage) or clerk of court (dissolution) must sign the affidavit.

DOH/CHS 023 (Rev. 9/2002)




NN00736604



APR 06 2006