ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF RONALD J. FIGG

I, Ronald J. Figg, declare as follows:

I am, as far as I know, the oldest living friend of Lisa Montgomery's biological father, John Joseph Hedberg Patterson.

I am 70 years old and am married to my second wife, Sue Figg. Sue and I were married in 1995 and used to live in Lynnwood, Washington, which is across the Puget Sound from where we live now in Port Orchard, Washington. We moved to the Port Orchard area about eight years ago and started building this house. First we built the barn, and then we built the house. The house is seven years old now.

I retired in 1995 after about 26 years as the head of the computer department at the University of Washington. Retirement did not suit me, so after just a few months of retirement, I accepted an hourly position in my old department back at the University of Washington. As an hourly worker I worked at the University for another 11 years. I was a programmer of computer mainframes. I wrote a scheduling software program that the University is still using after many years. Computers and programming computers was something that I was gifted in. Five years after graduating high school I taught myself all there was to know, at the time, about computers. Then I spent the next 40 years or so working on computer mainframes, writing programs, writing code, programming mainframe computers and watching the technology world change around me. Some

people are gifted at understanding computers and systems programming; I am one of those few people.

I finally fully retired from the University of Washington about 4 years ago. Sue and I don't have any kids between us, but we both have kids from our first marriages. I have two daughters. One is the Assistant Director of a nursing home in Issaquat, WA and is almost done getting her RN license. My other daughter ran a background check business for many years. It was very successful and when she sold it, she bought a winery and vineyard on the Eastern side of Puget Sound. Ever since she bought the winery she has worked more than full time there. She works hard to make it successful. My wife Sue's children are also grown. She has three daughters. We are close to all of our children. Sue and I have known each other almost our entire adult lives. She was the best friend of my first wife. She's a liberal, but we still get along! We just agree not to talk about politics. At all!

I have the same deal with my old friend John. He and I don't talk about politics either. We both know that we will just disagree!

I have known John Patterson since we met in the second grade. John and I were in the same second grade class at Shoreline Schools Elementary. The Shoreline Schools were in the North Seattle area of Seattle, Washington. At that time, the Shoreline area was kind of a military neighborhood. Back then Seattle and Tacoma were still separated by an open, wooded area and undeveloped land. Now the two cities have grown and that whole part of Washington feels like it is all part of Seattle; Federal Way, Tacoma, Shoreline, South Seattle. Back when John and I were small, it was wooded and rural. We ran around in the woods, amusing ourselves for hours. John came over to my house

and we played in the woods, doing all that type of running around. It was a different time then; we walked around the neighborhood and no one had to worry about what we were up to. It was safe.

John and I were also in the same Cub Scout Troop. Looking back, I am not sure if John and I met at school, or if we actually met through Cub Scouts. John's mother, Marie Hedberg (Shaunessay), was the Den Mother of our Cub Scout Troop, and she was also close friends with my own mother, Grace Figg. John and I were in the same second grade class but really got to know each other and became close friends during Cub Scouts.

Our Cub Scout Troop didn't go camping or go on trips. Instead we did projects, crafts and made artwork at Marie's home. Back then, Marie was married to John's stepfather, Gordon Hedberg. We used to meet for Cub Scouts at Marie and Gordon's home. We made ceramic projects, did oil paintings and made little crafts. Marie and Gordon lived in a rambler style home.

John and I just palled around, being kids. We ran through the woods, played ball in the street, and did all of the normal outdoorsy type things that young kids do. I had a bike and I rode my bike around. John didn't have a bike so that was not something we could do together. Back then we just walked all over, palling around, hanging out.

Marie didn't seem to like John too much, but she always made a point of telling me and showing me how much she liked me. Marie used to always be very nice to me, always made a point of being on my side. In fact, I remember one time that John and I were arguing over a girl. We were pretty young, too young to have any real idea about girls, and we were standing in Marie's yard with her fence in between us. I can't

remember who said what or what was said, but John and I were suddenly throwing punches at each other across the fence. I remember that Marie leaned out of the house, and instead of trying to break up the fight, and instead of trying to get me to stop fighting with her son, she actually yelled out to me "Hit him harder! Take him out!" She had an opportunity to break the fight up and instead she leaned out of the house and threw oil on the fire. Even when I was a young kid, even when that first happened, I thought that that was strange. Strange for a mom to encourage the neighbor kid to hit her son harder and not to defend her own son. I thought it was strange then, and it stayed with me all these years.

I met John when we were both about six years old, in the second grade. I knew back then that John had been kidnapped before I met him. His dad came out from North Dakota when John was in kindergarten or before he started school, even, and kidnapped him for one year. It was North Dakota where John's father had taken him. John and I never really talked about all that. I must have overheard it from my mom and Marie talking. They talked a lot. They would go to parties, go out and do social stuff together. They were good friends.

In fact, when Marie's husband Gordon died, must have been about 30, 35 years ago, it was my mom and dad that introduced Marie to her next husband, Russ. Russ Stelma – he lived next door to my parent's and they introduced Marie to Russ and then later Marie and Russ got married. That was funny because Roy Stelma, Russ's son, was my really good friend and later became John's step-brother. John was my best friend, and Roy was my other best friend. It's funny how out of one group of people I made the two best friends I would have my whole life. Roy just died a couple of weeks ago.

So John and I ran around playing outside, hanging out, palling around in the woods, all that back then. I remember that John's sister, Mary, was always sort of around. In the background, you know. She was younger than us, and she was a girl, so we didn't play with her, but she was around some. One time I remember hearing that Mary had fallen out of the car! I heard that while Marie and Gordon and John and Mary were driving somewhere, something happened and Mary fell out of the car door! I saw Mary after she fell out of the car and she had plasters all over her arms and legs. Not casts, but plaster bandages, covering her injuries. She had marks on her limbs from falling out of the car, from the scrapes.

When we were in the fifth grade John and Marie and Gordon and John's sister Mary moved away for about a year or so. I am not sure where they went. John and I stayed in touch. We wrote letters to each other. It must have been my mom that helped us stay in touch. I bet, looking back, that it was actually our moms that kept us in touch. His family moved around a lot and we stayed in touch.

After John had been gone from my school for about a year, maybe a little longer, he and his family moved back to the Tacoma area. He went to another school in the area for sixth grade through junior high. Even when we weren't going to the same school, we would still hang out, get together. During our breaks from school we would go to each other's house and spend like a week at a time together. John always preferred to come to my house. He said that he felt like this was his real family.

I remember that John used to get me in trouble at the dinner table when he'd come over. My family was a quiet table type of family. You know, where there is no talking at

dinner but just eating? That was my father's rule. Well John was so good at seeming to be polite, appearing to be being good, but really twisting it around. He'd make a face or something, I don't even know what set us off, maybe just the silence, and he'd keep a straight face. I'd start giggling, laughing under my breath but trying to keep it together, and that would get my mom to start giggling laughing. Well, my father liked quiet at the table so next thing you know, I am in trouble and sent to my room, for starting trouble at the table! John would just sit there, like he was innocent, eating dinner, as if he wasn't the one that started all the giggling. That's John. Always with the last word, to get that jab in.

Back when John and I were in high school and we started being able to drive, we could go do more things. Before that we had had to walk everywhere so there was only so much to do! Later when we could drive we could get into more trouble. Not real trouble, but just go to dancehalls, go to meet girls. We were always trying to meet girls. The dancehalls had live music, bands, playing. John was always the good looking one of us two. He was always a better dancer. Girls liked him. They wanted to be around him, and so because of John, I met a lot of girls back then, too! I wasn't jealous of John. We always got along. Except for that fight when we were little kids, when Marie told me to beat John up, John and I never had a single fight.

When we were in high school I started working all the time with my dad. He had worked in a wire rope factory, and then worked for Shoreline School District, doing glazing. That's cutting glass and installing replacement windows when kids break them. He worked for the School District for a while, and then he decided to open his own business. He ran a flooring business and he and I would lay down hardwood floors for

people. Its hard work, but rewarding. I did this for all of high school and after high school, too. I also started playing drums in a rock band. Our band played parties, high school dances and some events at the University of Washington. I would go to the gig and John would come, watch us play. It was fun.

When we graduated I remember John telling me he was joining the military. At the time it didn't make an impression on me. It was a way for kids to get education money then, and since I was working for my dad full time, it didn't occur to me to enlist too. I thought that it made sense for John to go into the military. Maybe he was trying to get away from his mom.

Marie was not nice to John. Not to his sister, Mary, either. It's nothing that they ever told me. They never had marks on them or anything, so I don't know if she was physically abusive, but I think she was mean. All the time, angry and mean. I think she blamed John and Mary for being from her relationship with her first husband. I don't know his name but he wasn't ever around. Still, Marie never let them live that down, being related to their father. I didn't know her, so I can't speak as to what was in her mind, but it's just a feeling I remember having, that she didn't care for them.

Marie and Gordon had two kids of their own, Lori and Tom, and it seemed that Marie sure cared for those kids more than she did for John and Mary. Maybe she didn't want John and Mary. Maybe she did, but she didn't act like it. John's other siblings were born at a different time, and they got a better deal from Marie. Marie was starting over with them. I don't know too much about Lori and Tom now. Lori and Tom were a skate dance team together for a while, in competitions and things like that. I have heard

that Tom maybe lacks motivation, doesn't do much now. John told me that Tom lives near him up in Marysville.

Marie was what I call a "slammer." So if she was angry or worked up, you'd be sure to hear it wherever you were in the house. She'd be sure to put a little extra "zing" when she closed the cupboard door, or you could hear her in the kitchen, putting a little extra into chopping and cooking. You know – a slammer. You always knew when she was uptight because she'd put a little extra noise into everything she did. She seemed to always be irritated. Maybe that's why John loved to come to my house.

John's sister Mary was always in the background when we were young. We didn't play with her, since she was a girl and all, but then later I noticed that she was really beautiful. She was really pretty, with dark hair. I started to think she was OK. We went on a date one time. I kissed her one time. Just once! It was just like they say, "kissing your sister!" It only happened the one time. John had that family in Germany with the lady he ended up having twins with, and one of them died? Well the other twin, Mary, John's daughter, looks JUST LIKE John's sister Mary used to look. Just the same. In fact when John showed me a picture of his daughter Mary in Germany, I thought that it was an old photo of his sister Mary, that's how much they look the same.

John went into the military, and he worked in Supply. He did that I think the whole time. John never wanted to talk too much about what went on while he was in the military. Now we know so much more about what happened in Vietnam, what those guys saw and what happened to them. At the time we had no idea, and we were both young. It's just not something that John talked about, and even though I was his best friend, I somehow knew not to ask about it. When he came back in to town on leave we

would go out and do the stuff we liked to do from before – mainly go to a party, or a barroom, have a few drinks, meet girls. The usual. I was never much of a drinker. I could drink maybe six beers back then, and I don't remember John as a big drinker back then, either. Later on in life he told me that he had been a big drinker from about 1960 til about 1980. Since I never saw him for more than a few days in a row, before he'd be shipped off again, I never really caught on to that part of him. I thought he was just partying because he was home on leave. It's hard to see how someone truly is when you only see them for a few sets of days a year.

Looking back, we did go to a few parties, went out a few times, but I think that we were actually pretty boring. Not much to do around here, back then. When John came home on leave he'd stop by, come see my band play, have a drink or two, that was about it. Not a lot going on.

John went to Vietnam after he did his basic training. When he was leaving he had hooked up with a woman named Judy and they got married. Judy had dark hair and was medium build. She was a little crazy. Judy got attached to me when John was out of town, and she tried to get tricky with me. She got too attached to me and I had to get rid of that.

I had told John that I would keep in touch with Judy, his new wife, while he was abroad with the Army. John wanted to make sure that Judy was settling in alright, having moved up to Washington, being pregnant and all, plus living next door to his folks. She was pregnant and living next door to Marie and Gordon back then. John's first daughter, Diane, from his first relationship, was living with Judy too. I just saw Diane, maybe one time, through the door of the house. She was a little kid then. So Judy's living next door

to John's folks, and she's pregnant. Then later she had the baby. I guess that was Lisa. I bounced the baby on my knee a few times. She was just born. I don't know if she was a big baby or a small baby. I just remember her being the standard size. I never got to know Judy. I never asked her about her life before she met John, and I never talked to her about her family. I stopped by maybe three, four times, just to make sure she was settling in alright. I don't know what she liked to do for fun, but one time I took her to the Space Needle in Seattle, to the revolving restaurant at the top, for cocktails. Another time we went out to dinner. Nothing big. Just checking in on a buddy's girl, making sure she was doing OK. Somehow Judy I guess got too attached to me. She started thinking that I was "coming to see her." She called me one night, late, and she was yelling at me. She told me 'if you don't come over here right now I am going to commit suicide!' 'I will kill myself!' Well, I told her 'go ahead.' I am not getting involved in any of that! I told her I wouldn't be coming by to check on her any more. I told John too. Judy was manipulative, crazy. Maybe she was alright before she met John, but I remember Judy as being manipulative and crazy. I never saw her again after she had called me and threatened to kill herself that night. I think she left John after that and must have moved away. I heard later that she had two brothers or sisters, I don't know. That's all I really knew about her.

I do know that John had a lot of marriages in his life. I met some of John's wives after his divorce from Judy. I met Sang, the gal from Texas. She was Asian, and a club dancer. Not so much a bar girl or a bar waitress, but more of a dancer, dancer. She had a daughter. Sang is not in contact with John now and neither is her daughter. I met Sharon, too, John's wife after Sang. She was pretty nice as well. I never got to know any

of John's wives well until Christina, the gal he's married to now. I think now John is trying to make amends in his life, ever since he moved back up here and settled down. I think he wanted to go back through his life and make amends with his kids. Ever since hooking up with Chris, maybe, he's more open to that. He used to be real introverted, and then later he became more extroverted. He will go up to a stranger and just start talking to them! He can talk to anyone, now. That's not how he was before. There has been a real change in John in the last few years. Maybe facing your own mortality makes you think you only get one shot at life so, why not? His relationships lately have been more normal, I guess. I think he recovered from the crazy time with Judy, and came to terms with some of what happened in the service. When he married Sharon in the 1980s his life settled down. He said he stopped drinking and so that made his life settle down, too. Now with Christina, he's more open to talking to people, more extroverted, for sure. He used to be really serious. Now he's more jokey. More open to new things, like talking to the people around you.

When John's stepfather died, my parents introduced his mom to the next man she married. Russ Stelma. He was my parent's neighbor, and he had been married before too. He had a son, Roy, who was about my age. Roy and I became real good friends. I got a feeling from Roy that Marie wasn't good to him, either. That she didn't like him. She treated him badly. After Russ died, Marie went into the nursing home. She had dementia at the end. At first she was in a nursing home with my mom, and then later she was in a different nursing home.

John started to build a relationship with his daughter Lisa Montgomery after she was already in jail, so there was no way I would have met her. At no time did Lisa's previous attorneys contact me or ask me about my long time knowledge of John. At no time did John's daughter Lisa's lawyers ask me to testify at trial. If I had been called to testify, I would have testified to everything that is stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Ronald J Figg

Ronald J Figg

Dated this 18 day of December 2012.