ancestry.com

# U.S., Department of Veterans Affairs BIRLS Death File, 1850-2010

| | |
|---|---|
| Name: | **Gordon Hedberg** |
| Gender: | Male |
| Birth Date: | 20 Jun 1917 |
| Death Date: | 28 May 1974 |
| SSN: | 535106430 |
| Branch 1: | ARMY |
| Enlistment Date 1: | 29 Apr 1942 |
| Release Date 1: | 24 Nov 1945 |

**Source Information:**
Ancestry.com. *U.S., Department of Veterans Affairs BIRLS Death File, 1850-2010* [database on-line]. Provo, UT, USA: Ancestry.com Operations, Inc., 2011.
Original data: *Beneficiary Identification Records Locator Subsystem (BIRLS) Death File*. Washington, D.C.: U.S. Department of Veterans Affairs.

**Description:**
This index contains birth and death dates for more than 14 million veterans and VA beneficiaries who served during the years 1800–2010.

© 2013, The Generations Network, Inc.