(Use typewriter and/or black ink)

Department of Health
Bureau of Vital Statistics
Boise, Idaho

# STATE OF IDAHO

State File No. ____________

County File No. 44[illegible]

County of Kootenai

## Marriage License

BOOK 94 PAGE 348

KNOW ALL MEN BY THIS CERTIFICATE: That any regularly ordained minister of the Gospel, authorized by the rites and usages of the church or denomination of Christians, Hebrews, or religious body of which he may be a member, or any Judge or Justice of the Peace, or competent officer to whom this may come, he not knowing of any lawful impediments thereto, is hereby authorized and empowered to solemnize the rites of Matrimony between:

GROOM AND BRIDE

1. Full Name John Joseph Hedberg
2. Address: Auburn (City) King (County) Washington (State)
3. Age 20 4. Color or Race W 5. Single S 6. Widowed ____ 7. Divorced ____
8. Birthplace: City Tacoma State Washington

9. Full Name Joyce Katherine Hammer
10. Address Tacoma (City) Pierce (County) Washington (State)
11. Age 18 12. Color or Race W 13. Single S 14. Widowed ____ 15. Divorced ____
Maiden Name if previously married ----
17. Birthplace: City Decatur State Alabama

And to certify the same to said parties, or either of them under his hand and seal, in his ministerial or official capacity, and thereupon he is required to deliver this copy to the parties so married.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal, at Coeur d'Alene, Kootenai County, Idaho, this 6th day of February, A. D. 1963.

E. W. LARSON
Recorder

Ora E. Swan
Deputy

## Marriage Certificate

I, Orland A. Scott, a Minister residing at Coeur d'Alene, in the county of Kootenai in the State of Idaho do certify that, in accordance with the authority on me conferred by the above license, I did on this 6th day of February in the year A. D. 1963 at Coeur d'Alene in the County of Kootenai, in the State of Idaho, solemnize the rites of matrimony between John Joseph Hedberg of Auburn in the County of King, of the State of Washington and Joyce Katherine Hammer of Tacoma, in the County of Pierce of the State of Washington, in the presence of Mary J. Kilborn and John Hazel

WITNESS My Hand at the County aforesaid, this 6th day of February, A. D. 1963

In the presence of:
Mary J. Kilborn
and John Hazel

Orland A. Scott

Date received by County Recorder FEB 1963 Signature E. W. Larson County Recorder Recorded Book ____ Page ____ Date Received by State Registrar ____

Officiant should send this copy back to the County Recorder immediately.

OH 61-027

STATE OF IDAHO
COUNTY OF KOOTENAI }ss

FEB 27 2013

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE ORIGINAL NOW ON FILE OR RECORDED IN THIS OFFICE

MARRIAGE / INSTRUMENT # 447778

BOOK 94 PAGE 348 ☐ NOT TO SCALE

CLIFFORD T. HAYES BY Christine Sessions
CLERK/RECORDER DEPUTY PAGE COUNT 1 PAGES