CYF-808
(Rev.1-1-61)

STATE DEPARTMENT OF SOCIAL WELFARE OF KANSAS

REPORT TO THE COURT

PROBATE COURT OF **Saline** COUNTY

AUG 1 1975

In the Matter of

the Adoption of

**Patricia D. Borsdorf**

A Minor

Date Petition received by State Department of Social Welfare **7-18-75**

Date Consent received by State Department of Social Welfare **7-18-75**

Date report sent to Court **8-13-75**

SUBJECT OF ADOPTION

Name **Patricia Diana Borsdorf** Verified **X**
Birthdate **8-26-63** Verified **X** Birthplace **Tacoma, Wash.** Verified **X**
Date placed in Adoptive Home **12-20-74**
Relationship of Petitioners to Child: Step-parent ___ Relative ___ Non-relative **X**
Consent by Guardian ___ Father ___ Mother ___ Child over 14 ___
Health **good**
Observed - Yes **X** No ___ Interviewed - Yes **X** No ___
Suitable for adoption - Yes **X** No ___ Undetermined ___

NATURAL PARENTS

| Father | | Mother | |
|---|---|---|---|
| Birthdate | **6-15-42** Race **Cauc.** | Birthdate | **age 31** Race **Cau.** |
| Nationality | **German** | Nationality | **American** |
| Education | **high school** | Education | **unknown** |
| Health | **good** | Health | **unknown** |
| Occupation | **Military** | Occupation | **unknown** |
| Religion | **none** | Religion | **unknown** |
| Interviewed - | Yes ___ No **X** | Interviewed - | Yes ___ No **X** |

PETITIONERS

| Father | | Mother | |
|---|---|---|---|
| Name | **Jesse Franklin Bushyhead** | Name | **Maria Kok** |
| Birthdate | **6-13-29** Race **Cauc.** | Birthdate | **5-22-35** Race **Cauc.** |
| Nationality | **American - ¼ Indian** | Nationality | **Dutch** |
| Education | **high school** | Education | **high school** |
| Health | **good** | Health | **good** |
| Occupation | **retired military** | Occupation | **homemaker** |
| Religion | **protestant** | Religion | **protestant** |
| Interviewed - | Yes **X** No ___ | Interviewed - | Yes **X** No ___ |

Other Children in Adoptive Home

| Name | Sex | Birth Date | Health | Relationship to Petitioners | Observed | Inter-viewed |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

mily Resource Information

Contact Person ______ Address ______ Phone ______

Physician ______ Address ______ Phone ______

Religion ______ Pastor ______ Phone ______

Other Agency or Court Contacts

| Agency | Case | Purpose |
|---|---|---|
| | | |
| | | |
| | | |

~~Education and Employment of Adults:~~

| Name of Person | Education Completed | Type of Work |
|---|---|---|
| Mrs. Joyce Hedberg (Mother)<br>Address: Whereabouts Unknown | | |
| John Joseph Hedberg (Father)<br>Address: Whereabouts Unknown | | U.S. Army |

Legal Action:

| Name of Person | Type Legal Action | Date | Type of Commitment | Outcome |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date of Relinquishment: By Mother ______ By Father ______ By Agency ______

Significant Relatives or Other Persons:

| Name | Address | Relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Placement for Care:

| Name and Address of Facility | Date Placed | Reason | Date Removed | Reason |
|---|---|---|---|---|
| Mr. & Mrs. Floyd Gwinn,<br>818 E. Kirwin, Salina, Kansas | 2-14-72 (8 yrs old) | (Boarding Home) | 5-21-73 | For adoptive placement |
| Floyd J. & Pauline C. Borsdorf<br>721 Cherokee, Salina, Kansas | 5-21-73 | (Adoptive Home) | | |
| | | | | |

Case 4:12-cv-08001-GAF Document 154-17 Filed 09/03/15 Page 2 of 6

# FACE SHEET FOR SOCIAL SERVICES

2-1-71 Commitment (Permanent Custody)

ace: White County Riley Date: May 25, 1972

Acceptance Date: June 14, 1972

ase Name HEDBERG, Diane Ray Case No. SDSW #5314

(B. August 26, 1963, Auburn, Washington) VER: YES(B #63-41545)

Area of Service Date

Adult

Children

Family

Home Evaluation

ddress City Phone

uardian Address Phone

ross References

ther Agencies Currently Involved:

ENERAL IDENTIFYING INFORMATION:

| NAME | Sex | Race | Birthdate & Place | Relationship | Soc. Sec. Number | Vet. Serial Number | Death |
|---|---|---|---|---|---|---|---|
| dults | | | | | | | |
| 1 HEDBERG, John Joseph | M. | White | | Father | | | |
| 2 HEDBERG, Joyce | F. | White | | Mother | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| XXXXXX Siblings: | | | | | | | |
| 0 | | | | | | | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |

SIGNIFICANT PROBLEM OR HANDICAPS (PHYSICAL, MENTAL, VISUAL, EMOTIONAL)

| Person | Problem or Handicap |
|---|---|
| | |
| | |
| | |
| | |
| | |

ther Comments:

CYF-808
(Rev.1-1-61)

STATE DEPARTMENT OF SOCIAL WELFARE OF KANSAS

REPORT TO THE COURT

PROBATE COURT OF Saline COUNTY

In the Matter of

the Adoption of

Patricia D. Borsdorf

A Minor

Date Petition received by State Department of Social Welfare 7-18-75

Date Consent received by State Department of Social Welfare 7-18-75

Date report sent to Court 8-13-75

SUBJECT OF ADOPTION

Name Patricia Diana Borsdorf Verified x
Birthdate 8-26-63 Verified x Birthplace Tacoma, Wash. Verified x
Date placed in Adoptive Home 12-20-74
Relationship of Petitioners to Child: Step-parent ___ Relative ___ Non-relative x
Consent by Guardian ___ Father ___ Mother ___ Child over 14 ___
Health good
Observed - Yes x No ___ Interviewed - Yes x No ___
Suitable for adoption - Yes x No ___ Undetermined ___

NATURAL PARENTS

Father
Birthdate 6-15-42 Race Cauc.
Nationality German
Education high school
Health good
Occupation Military
Religion none
Interviewed - Yes ___ No x

Mother
Birthdate age 31 Race Cau
Nationality American
Education unknown
Health unknown
Occupation unknown
Religion unknown
Interviewed - Yes ___ No x

PETITIONERS

Father
Name Jesse Franklin Bushyhead
Birthdate 6-13-29 Race Cauc.
Nationality American - ½ Indian
Education high school
Health good
Occupation retired military
Religion protestant
Interviewed - Yes x No ___

Mother
Name Maria Kok
Birthdate 5-22-35 Race Cauc.
Nationality Dutch
Education high school
Health good
Occupation homemaker
Religion protestant
Interviewed - Yes x No ___

Other Children in Adoptive Home

| Name | Sex | Birth Date | Health | Relationship to Petitioners | Observed | Interviewed |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

REPORT TO COURT

In the interest of:

Patricia Diana Borsdorf, age 11

Patty Borsdorf was placed with petitioners, Jesse and Maria Bushyhead on December 20, 1974, by the Salina District Office of Social and Rehabilitation Services. The placement with the Bushyheads was made with the idea that they would provide foster care for Patty while problems in Patty's adoptive home were worked out. Dependency/neglect proceedings were initiated after the Borsdorfs had spanked Patty severely, resulting in multiple bruising. While in the Bushyhead home, Patty continued visiting the Borsdorfs regularly and received counseling at the Central Kansas Mental Health Center. On June 25, 1975, at the D/N hearing, the Borsdorfs unexpectedly decided to relinquish their parental rights to Patty. It was after this decision that the Bushyheads seriously considered adopting the child.

Patty has been under the care and custody of the Department of SRS since March of 1972, when her parental rights were severed by the Riley County Juvenile Court. In the summer of 1973, Patty was placed with adoptive parents, Mr. and Mrs. Floyd Borsdorf. The adoption was finalized in January of 1974. In the summer of 1974, the Borsdorfs began experiencing difficulties in Patty's behavior, which subsequently resulted in severe spankings and Patty running away in November of 1974.

Patty's natural parents are John Joseph Hedburg and Joyce Hamner Hedburg. Patty was the only child of this union. She first came under the wardship of the court when she was a year and ½ old. Her parents were divorced when she was 3. She lived with several different relatives until she was 9 and was residing in the home of her step-mother, Judy Hedburg, when she was first placed in an agency foster home.

Patty is a child who has experienced much insecurity and lack of stability in her short life. The problems that arose in her former adoptive home were due to a number of causes including Patty's special needs for attention. Patty and her current foster parents, the Bushyheads, are well aware of past difficulties and it is felt they have examined these before proceeding with adoption plans.

Patty is an attractive 11 year old with strawberry blond hair, blue eyes and a freckled complexion. She is 4'10" tall and is a slender 85 pounds. Since being at the Bushyheads, she has gained 20 pounds. She is in good health. Patty is an average student, but she feels she does best in Math. According to the Bushyheads, she has not been a discipline problem.

Mr. and Mrs. Bushyhead have been known to the agency since December of 1973. Prior to caring for Patty, they had provided foster care for teenage boys.

Mr. Bushyhead is 46 years old. He is a large man with graying hair and dark eyes. He is currently retired from the Army, and works part time for a packing and storage company. Mr. Bushyhead is originally from Kansas but has spent 12 years in Europe. It was there that he met his wife, Maria Kok Bushyhead. Mrs. Bushyhead is 40 years old and a native of Amsterdam, Holland. She is a large woman with dark hair. Mrs. Bushyhead also works part time for the same storage company. Both Mr. and Mrs. Bushyhead are in good health. Both have rather strong personalities and were very communicative about themselves and Patty.

The Bushyheads have been married for 14 years. There have been no previous marriages. The couple appear to have a secure, stable relationship.

This past summer, the Bushyheads made plans to return to Amsterdam to make their home. Mrs. Bushyhead's mother has lived with the family since last January and she is ready to go home. The plans for living in Europe have been discussed with Patty and she is anxious to go with her foster family. Because of the indefinite fate of Patty and the unexpected relinquishment of her former parents' rights, the Bushyheads postponed their trip in order to pursue this adoption. They will be ready to leave for Europe as soon as the proceedings are completed.

Under normal circumstances, we would recommend a continuance of this case for a six month supervisory period in the home. Although Patty has been with the petitioners for eight months, it has only been 6 weeks that she has been free for adoption and not visiting regularly in the Borsdorf home. Also, since Patty has already experienced an unsuccessful adoptive placement, we would want to proceed cautiously in recommending the finalization of a second adoption. However, in view of the family's plan to move, we would hesitate to recommend a further delay. Patty has been seen regularly by personnel at the Central Kansas Mental Health Center since bieng in foster care at the Bushyheads. Dr. James Clopton of the Center views this adoption positively and has made the family aware of mental health services available in Amsterdam should problems arise. Patty appears to have developed a close, loving relationship with the petitioners and has voiced her consent to the adoption.

The petitioners are wanting the subject of adoption to be named Patricia Diana Bushyhead.

It is recommended the adoption be granted.

Prepared By: Mary Hayes

(Mrs.) Mary Hayes, SW I
Abilene Branch Office, SRS
Courthouse
Abilene, Kansas 67410

lav