**Adoption Records of Diane Hedberg**

| | |
|---|---|
| 1/65 | Diane Ray Hedberg comes under wardship of the court-her parents are still married. [this is in Washington State] |
| 1966 | Diana's parents divorce; she lives with different relatives. |
| 2/14/72 | Diana is placed with Mr. and Mrs. Floyd Gwinn in Salina, Kansas. This is a boarding home. She was living with her step mother Judy Hedberg. |
| **3/72** | **Parental rights were severed by the Riley County Juvenile Court.** |
| 5/21/73 | Diana is placed with Floyd and Pauline Borsdorf |
| 1/74 | Diana is adopted by the Borsdorf's. Her name is changed to Patty Diana Borsdorf |
| 12/20/74 | Patty Borsdorf placed with Jesse and Maria Bushyhead |
| 6/25/75 | The Borsdorf's relinquish their parental rights to Patty. |
| 8/13/75 | The Bushyhead's adopt Patty. |