KANSAS DEPARTMENT OF SOCIAL
AND REHABILITATION SERVICES
915 SW HARRISON STREET, TOPEKA, KANSAS 66612

JANET SCHALANSKY, SECRETARY

LYNDON SRS
P.O. BOX 130
LYNDON, KS 66451
(785) 828-4491
(785) 828-3137 fax

July 26, 2001

Anita Talley
ICPC Coordinator
915 SW Harrison
Topeka, KS 66612

Dear Ms. Talley:

Enclosed is the home study completed by Rhonda Staufenberg of Lyndon SRS on Judy and Danny Shaughnessy. At this time, it would be recommended that Hope Kleiner be placed with her grandmother and step-grandfather for the purposes of adoption.

If you have any questions surrounding this home study and my recommendations, please feel free to contact me or my supervisor at the Lyndon SRS office, (785) 828-4491.

Sincerely,

Rhonda Staufenberg, LBSW
Social Worker

Susan St. John-Edds, LSCSW
Social Work Supervisor

01529

# ICPC HOME STUDY

**Placement For:**
Hope Kleiner

**Placement Resource:**
Judy Shaughnessy SSN: 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
Danny Shaughnessy SSN: 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
1673 E. 249th
Lyndon, KS 66451
(785) 828-3811

**Completed By:**
Rhonda Staufenberg
Lyndon SRS
715 Washington
Lyndon, KS 66451

**Referring Worker:**
Phyllis Perdue
Tulsa DFS
444 S. Houston
Tulsa, OK 74127

**Date Completed:**
July 18, 2001

**Type of Placement Requested:**
Adoptive

**Basis for Home Study:**

Tulsa, Oklahoma Department of Human Services has requested of Lyndon, Kansas SRS to conduct a home study assessment on the home of Judy and Danny Shaughnessy. The purpose for this home study is for the possible adoptive placement of Hope Kleiner. Judy and Danny Shaughnessy are Hope's paternal grandmother and step-grandfather.

Hope was born with a medical condition identified as Gastroskeisis which required surgery and subsequent hospitalization for one month. Hope was delivered full-term, but had a very low birth weight of 4 pounds, 3 ounces. It was reported that Hope's natural mother sought limited pre-natal care and admitted to smoking cigarettes and marijuana during her pregnancy. At birth, both Hope and her birth mother tested positive for marijuana. Hope is currently in good health.

Tulsa, Oklahoma Court system terminated the parental rights of both Teddy Kleiner and Bonnie Taylor and placed Hope Kleiner with DFS for the purposes of adoption. It has been requested by DFS that neither biological parent be allowed visitation with Hope.

**Motivation to care for Specific Child:**

Judy and Danny Shaughnessy are very anxious to be given the opportunity to care for their granddaughter, Hope Kleiner. The Shaughnessy's have purchased furniture and have prepared a room for Hope in anticipation of her placement in their home. Since Hope's birth, Judy and Danny Shaughnessy have been actively advocating for her rights. Judy and Danny have appeared in court in Tulsa, Oklahoma stating their desire to have Hope placed in their home. Judy Shaughnessy has been traveling between Kansas and Oklahoma on a frequent basis in order to have visitation with Hope. Judy reports that she looks forward to the time spent with Hope and feels as if they have a connection. Danny is eager to participate in visitation but it has

been limited to Judy only at this time.

**Specific Need of the child:**

Hope was born with Gastroskeisis which has been maintained at this time. Oklahoma DFS reports no specific medical, educational or special education needs for Hope at this time.

**Social History:**

Daniel " Danny" Shaughnessy
DOB: 5-28-50
Race: Caucasion
Employment: Licensed Mental Health Technician II

Judy Shaughnessy
DOB: 3-18-47
Race: Caucasian
Employment: Not employed outside of the family home

Danny and Judy Shaughnessy reside in Lyndon, Kansas. They have been married for 19 months and have no children together. They have lots of extended family within Kansas and nearby states.

Parent # 1
Danny Lee Shaughnessy was born in Parson, Kansas to Robert and Dolores Shaughnessy. Danny is the oldest of three siblings born into this marriage. Danny's siblings reside in Parsons, Kansas and Danny sees them often. Danny's parents were happily married for 24 years before they divorced. Danny's father, Robert, remarried and remained married for 20 years to Rowann Shaughnessy. Danny's mother, Dolores, never remarried. Robert Shaughnessy passed away 7 ½ years ago. Dolores passed away 4 years ago. Danny's step-mother, Rowann, has recently been diagnosed with advanced stages of Cancer and is not anticipated to survive much longer.

Danny's father was a pipeliner overseas when he was growing up and Robert was only home about 30 days out of the year. Danny worked hard to support his family growing up. Danny worked on farms doing manual labor to earn income for his family. Danny's father sent some money home to support the children. Danny reports to have had a distant relationship with his father due to Robert being gone the majority of his developmental years. Danny completed highschool at Parson's High and went on to attend college for several years. Danny enlisted in the United States Navy from July 1968 until September 1972. Danny completed three tours of duty to Vietnam. Danny received Honorable Discharge from the United States Navy in 1972. Danny was licensed as a Mental Health Technician in 1974.

Danny Shaughnessy was previously married to Terry Futz in 1974 in Topeka, Kansas. They remained married for 23 years and four children were born into this union. Danny cites incompatibility as the reason for the divorce. Danny visits his youngest children every other weekend, and his oldest two children as much as possible.

Parent # 2

Judy Karen Rignell was born in St. George, Kansas to Nils and Nelma Mae Springer Rignell. Judy is the sixth of seven children born into this marriage. Judy was raised in both St. George and Leonardville, Kansas. Judy did not complete highschool nor has she obtained her GED. Judy's parents were happily married for 53 years before her father's death in 1983. Judy's mother died in 1996. Judy reports being very close to her siblings and tries to see them often. Judy's siblings are scattered about the United States in Kansas, Texas, and Tennessee. Every two to three years, Judy's family gets together for a large family reunion. Judy has had four unsuccessful marriages before she married Danny Shaughnessy. Judy bore 5 children from the first four marriages. Judy has described her past marriages as having failed for reasons including substance abuse, domestic violence, extra-marital affairs and the Vietnam war. Judy has felt blessed for having met and married Danny, whom she considers a giant teddy bear and her " soul mate".

Danny had a time in his life where he struggled with alcohol dependency. He successfully completed alcohol treatment at Valley Hope in Kansas. Danny attends AA meetings at the VA Hospital in Topeka, Kansas to address his continued sobriety. Danny has been sober for 3 ½ years.

Judy and Danny report no major health problems. Neither Judy or Danny participate in mental health treatment. After Judy's divorces and experiences as being a victim of espousal abuse, she turned to her family who provided the support and nurturing she needed to overcome the emotions associated with domestic violence. Judy feels that she is a strong and determined woman who has learned from her experiences. Neither Judy or Danny has had any involvement with SRS prior to this request for the ICPC home study.

**Marital Status:**

Danny and Judy have been happily married for the past 19 months. Prior to their marriage they had formed a friendship which developed into a committed relationship of two years and then subsequently marriage. Both Danny and Judy feel they have married their best friend and have built a solid foundation for their relationship to build upon.

Danny has had one previous marriage. Judy has had four previous marriages. Both Judy and Danny come from families where marriage is a lifelong commitment and are determined to enjoy each other and grow old together. Judy and Danny share many of the same common interests and both have a love for family. When Judy and Danny have disagreements they share and communicate until the problem is worked through.

**Parenting Ability:**

Judy reports that when she raised her children she used spanking as one form of discipline as it was socially acceptable at that time. Judy and Danny have both utilized grounding and revoking privileges/ possessions in regards to disciplining their respective children. However, Judy and Danny have chosen not to spank as a form of discipline in regards to their grandchildren. Judy reports that she has done a lot of observation and has found that time out and taking away special privileges has been effective with her grandchildren. Judy reports that she rarely has to discipline her grandchildren when they are with her so she generally

has to only raise her voice a little and they follow direction.

Judy and Danny report positive parenting experiences with their own children. Judy reports that her daughter Lisa became difficult and defiant as a teenager which was very trying. Judy states that Lisa as an adult is very headstrong and independent and does a wonderful job raising her own children.

**Support of Extended Family Member/ Community:**

Lyndon SRS has had the opportunity to visit with three of Judy's children in regards to the possibility of Hope being placed with Judy and Danny. This social worker has met Tommy, Lisa, and Jerri Jo. All of Judy's grown children support the placement of Hope with their mother and step-father. The children feel that Hope will develop and mature with family who love and care for her deeply. They feel that Judy and Danny will be able to provide a nurturing and stable home life full of love and experience with which to raise Hope. They feel that Judy and Danny have a strong and secure marriage with a shared respect and adoration for the other person. They have values and morals that are honorable and to be respected. Judy and Danny are hard workers and have earned their way in life through strong will and determination.

Judy and Danny have been accepted into the Lyndon community by their neighbors. Judy and Danny enjoy socializing with local farm families at the café for coffee in the morning. Judy and Danny enjoy going to auctions and have met a lot of people through their love of antiques. Judy and Danny report that they feel at home in their community.

**Educational Needs of Child:**

At this time, Hope is not of age to participate in formal education. When Hope is of age to attend school, there are two local pre-schools in the Lyndon community which would be able to provide for her educational and emotional needs. Should Hope need special education services, these could be provided through the local Three Lakes Special Educational Cooperative who provides services for children birth to age 18. Lyndon, Kansas also has available an excellent program, Parents as Teachers, which provides in home educational and developmental skills services for children birth to three years of age.

**Child Care Plans:**

Currently no child care would be needed as Judy does not work outside of the family home. Should Judy choose to obtain employment outside of the family home, she has reported she would utilize family to provide child care services for Hope. Lyndon, Kansas has five registered and licensed family day care homes which would be able to provide care to Hope. .

**Physical Characteristics of the Home:**

Judy and Danny live in a 14x80 trailer home on 37.5 acres in rural Lyndon, Kansas. Judy and Danny live alone. The home has three bedrooms and two bathrooms. There is a spacious living room and large kitchen. The home is clean, comfortable, and orderly. It is abundantly furnished and is decorated with Angel figures, which Judy collects. The home has

one bedroom which has been established as " Hope's Room". It is furnished with a crib, dresser, bookshelf complete with books, and a rocking chair. Judy and Danny are prepared to furnish the bedroom with a twin bed for Hope if she has been transitioned from a crib to a bed in her current placement. Hope would not have to share a room with anyone else. Hope would have her own bathroom.

The home is complete with working smoke detectors and a fire extinguisher is placed in the kitchen. The home was more then adequate to provide for Hope's safety. There were no safety concerns found in the home or on the surrounding property. The property has a lagoon for the sewer system which is fenced to meet the standards of the health department and would provide no safety concern.

On the acreage there is a barn, a cabin, and a chicken coop. Judy and Danny have a working farm complete with 20-25 egg laying chickens, 4 roosters, 36 pigs, 4 cows, 1 goose, 4 outdoor cats, and 2 goats. Judy and Danny used to own two dogs but they were given to another family as they did not adjust to life in the country. The farm animals are away from the house and are adequately housed in stables and pens. Judy reports that her other grandchildren love to come and help take care of the animals, especially the baby pigs.

Judy and Danny also grow crops and have an abundance of fresh fruits and vegetables. Judy has a pantry filled with food and a large deep freeze filled with meat, vegetables, and various other assorted food items.

**Employment History:**

Danny is employed full-time on second shift as a Mental Health Technician II at Kansas Neurological Institution. Danny provides care for children and adults with developmental disabilities who reside on campus. Danny was previously employed with the Menniger Foundation as a paraprofessional at their on-campus school. Danny's job was terminated when Menniger closed their on-campus school to prepare for the hospitals move to Texas. Judy is a full-time home maker. Judy and Danny also sell and restore antiques as a hobby and business. They report a combined yearly income of $ 32, 000.

Judy has had several occupations in her lifetime. Judy has worked in merchandising, as a clerk, housekeeper, laundry attendant, waitress, and for an educational book manufacturer.

**Finances and Monthly Expenses:**

Danny and Judy report a combined yearly income of $ 32, 000. Judy and Danny report that the home and the land is completely paid for so there is no mortgage payment. Providing for the necessities of the family has never been a problem. Judy and Danny report no large outstanding debt, stating they prefer to pay everything up front when possible so there are no large bills. Judy and Danny do have utility bills and insurance premiums to pay but they have adequate income to cover these expenses. Judy and Danny feel that adding Hope to their family would be financially manageable.

Understanding of resources available to assist them to care for the child:

Judy and Danny are aware of the community services available to help them provide care to Hope. Judy and Danny are aware that Hope is not guaranteed to be eligible for any adoption subsidy money and are prepared to care for her without it. Judy and Danny are aware of the option to apply for TANF and Medicaid and they are aware that they may not qualify for these services as they are income based.

**KBI Checks:**

Judy reports no police involvement. A KBI background check was performed on Judy and it registered a clean background check. Danny was up-front in regards to his police involvement. Danny admitted to receiving a DUI conviction in 1994. Danny was also arrested for passing a bad check after his divorce. Danny cites that his ex-wife liquidated his the funds of their joint account and did not inform him that the account had no funds in it. A KBI background check was completed on Danny and it registered a DUI arrest in 1994 and an arrest for a worthless check in 1998. Danny is not on any diversion or probation program. He has not been in trouble with the law since these two arrests.

**Child Abuse Checks:**

Judy and Danny have no record of SRS involvement on the CANIS system.

**References:**

Lisa Montgomery, daughter of Judy
Dean and Pat Burkdall, friends and neighbors in the community
Lavon Harris, bank manager of their community

**Summary and Recommendation:**

Judy and Danny are a very devoted, hard working, and Christian family. They appear eager and financially able to care for their granddaughter, Hope Kleiner. Judy and Danny are both excited about the possibility of Hope coming to live with them. Judy only expressed concern that she had hoped that Hope's parents would have been able to be the parents to Hope that they should have been. Both Judy and Danny are supportive of Hope being placed with them and are prepared to protect and care for her.

Judy and Danny appear to be hard working and a family oriented couple who would love and care for Hope to the best of their ability. It would be my opinion, despite Danny's past involvement with the law, that this would be an exceptional placement and adoptive family for Hope as it would provide her with a safe and stable home environment where her physical and emotional needs were being met.

Rhonda Staufenberg, LBSW
Social Worker

Susan St. John-Edds, LSCSW
Social Work Supervisor