Form I-13

DEPARTMENT OF COMMERCE
Bureau of the Census

STATE BOARD OF HEALTH
Division of Vital Statistics, State of Kansas

# STANDARD CERTIFICATE OF LIVE BIRTH

Registrar's No. 1947-167

DO NOT WRITE IN THIS SPACE: 281 7706

**1. PLACE OF BIRTH:**
(a) County Riley
(b) City or township Manhattan (If outside city or town limits write RURAL)
(c) Name of hospital or institution: The Saint Mary Hospital
(If not in hospital or institution give street number or location)
(d) Mother's stay before delivery:
In hospital or institution 1/2 hr. In this community 30 yrs (Specify whether years, months or days)

**2. USUAL RESIDENCE OF MOTHER:** 81
(a) State Kansas
(b) County Riley
(c) City or town Manhattan (If outside city or town limits write RURAL)
(d) Street No. R. R. 4 (If rural give location)

3. Full name of child Judy Karen Rignell
4. Date of birth 3-18-47 (Month) (Day) (Year)
5. Sex: Female 6. Twin or [redacted]iplet ........ If so—born 1st, 2d, or 3d ........
7. Number months of pregna[redacted] 9
8. Legitimate? yes

**FATHER OF CHILD**

9. Full na[redacted]ils Rignell
10. Color o[redacted]wh 11. Age at time of this birth 44[redacted]s.
12. Birthpl[redacted]hus Sweden[redacted] (City, town, or county) (State or foreign coun[redacted])
13. Usual o[redacted]ion Farming
14. Industr[redacted]usiness Renter

**MOTHER OF CHILD**

[redacted]5.[redacted]ul[redacted]aiden name Nelma Mae Springer
[redacted]6.[redacted]ol[redacted]or race wh 17. Age at time of this birth [illegible] yrs.
[redacted]8.[redacted]ir[redacted]lace Stockdale Kansas (City, town, or county) (State or foreign country)
[redacted]9.[redacted]su[redacted] occupation H. W.
[redacted]0. Industry or business Home

21. Childre[redacted] to this mother:
(a) How man[redacted] children of this mother are now living? 5
(b) How man[redacted] children were born alive but are now de[redacted] 1
(c) How m[redacted]ildren were born dead? [redacted]0

[redacted]2. Mother's mailing address for registration notice:
Mrs Nils Rignell
Manhattan Kansas
R. R. 4

23. I hereb[redacted]fy that I attended the birth of th[redacted]hild who was born alive at the hour of 11:44 a.m. on the date above stated and t[redacted]e information given was furnished [redacted] Mrs Nils Rignell related to this child as mother

24. Date received by local registrar 4-12-47
25. Registrar's own signature A. L. Hy[redacted]t.
26. Date on which given name added ........ by [redacted] D Registrar.

Attendant's own signature K. H. Baldwin
M. D., ~~midwife, or other~~ M.D. Date signed 4-10-47
Address Manhattan, Kansas

(PLEASE FILL OUT REVERSE SIDE)

21-1825-s 12-45—60M

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2006 APR 12 PM 1:49

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02986007

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

COPY

Form I-13

49

DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS
STATE BOARD OF HEALTH
Division of Vital Statistics, State of Kansas

# STANDARD CERTIFICATE OF LIVE BIRTH

Registrar's No. 1947-167

DO NOT WRITE IN THIS SPACE: 281 7706

**1. PLACE OF BIRTH:**
(a) County Riley
(b) City or township Manhattan (If outside city or town limits write RURAL)
(c) Name of hospital or institution: The Saint Mary Hospital (If not in hospital or institution give street number or location)
(d) Mother's stay before delivery:
In hospital or institution 1/2 hr. In this community 30 yrs (Specify whether years, months or days)

**2. USAL RESIDENCE OF MOTHER:**
(a) State Kansas 81
(b) County Riley
(c) City or town Manhattan (If outside city or town limits write RURAL)
(d) Street No. R. R. 4 (If rural give location)

3. Full name of child Judy Karen Rignell
4. Date of birth 3-18-47 (Month) (Day) (Year)
5. Sex: female
6. Twin or triplet ______ If so—born 1st, 2d, or 3d ______
7. Number months of pregnancy 9
8. Legitimate? yes

**FATHER OF CHILD**
9. Full name Nils Rignell
10. Color or race wh. 11. Age at time of this birth 44 yrs.
12. Birthplace Ahus (City, town, or county) Sweden (State or foreign country)
13. Usual occupation Farming
14. Industry or business Renter

**MOTHER OF CHILD**
15. Full maiden name Nelma Mae Springer
16. Color or race whi. 17. Age at time of this birth 38 yrs.
18. Birthplace Stockdale (City, town, or county) Kansas (State or foreign country)
19. Usual occupation H.W.
20. Industry or business Home

21. Children born to this mother:
(a) How many other children of this mother are now living? 5
(b) How many other children were born alive but are now dead? 1
(c) How many children were born dead? 0

22. Mother's mailing address for registration notice:
Mrs. Nils Rignell
Manhattan Kansas
R. R. 4

23. I hereby certify that I attended the birth of this child who was born alive at the hour of 11:44 a.m. on the date above stated and that the information given was furnished by Mrs. Nils Rignell related to this child as mother

24. Date received by local registrar 4-12-47
25. Registrar's own signature A. L. Hjert
26. Date on which given name added ______ by ______ Registrar.

Attendant's own signature K. H. Baxter
M. D., midwife, or other M.D. Date signed 4-10-47
Address Manhattan, Kansas

(PLEASE FILL OUT REVERSE SIDE)

12-45—60M 21-1825-s

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas; certified on the date stamped below.

2006 APR 12 PM 1:49

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02986008

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

COPY COPY COPY COPY COPY COPY COPY COPY