A. Sure.

CROSS EXAMINATION

BY MR. HASTERT:

Q. What was the date of that meeting?

A. I wasn't there but it was around October 24th or something like that.

Q. All right. Thank you.

THE COURT: Anyone else? Okay. You may step down.

(The witness stepped down.)

MR. HELVEY: Your Honor, we would call Desiree Boman.

DESIREE BOMAN,

called as a witness in behalf of Interested Parties, Jeff and Becky Bodine, having been first duly sworn, testified as follows:

THE WITNESS: I do.

DIRECT EXAMINATION

BY MR. HELVEY:

Q. Please state your name for the Court.

A. Desiree Boman.

Q. How old are you?

A. Seventeen.

Q. Where do you live?

A. Melvern, Kansas.

Q. Who lives with you?
A. My mom, my brother, and two sisters. My stepdad.
Q. Who is your mom?
A. Lisa Montgomery.
Q. Can you read, write, and understand English?
A. Yes, I can.
Q. Do you know the difference between a truth and a lie?
A. Yes, I do.
Q. If I say the sky is green, what's that?
A. It's not true.
Q. Okay. Now are you related to Justin Kleiner?
A. Yes, I am.
Q. What's your relationship?
A. He's my cousin.
Q. Are you ever there -- have you been there when Justin's on a visit?
A. Yes, I have.
Q. Is there cigarette smoking in the house?
A. There has been.
Q. How much -- or do people smoke right in the room with Justin?
A. Yes.
Q. Were you there on Thanksgiving?
A. Yes, I was.
Q. Who else was there?

A. My sister, grandma, Uncle Tommy, Aunt Patty, Aunt Jerri. I think that's all I can remember right now.
Q. Was anybody smoking then?
A. Grandma was and Aunt Patty.
Q. Right there in the trailer?
A. Yes.
Q. Tommy was there, too?
A. Yes, he was.
Q. Did Tommy stay out on the back porch?
A. He was with everybody.
Q. Did he come inside?
A. Yes.
Q. Did he play with Justin?
A. Yes, he did.
Q. What did he tell Justin; do you remember?
A. He's like, Justin, who is your favorite uncle.
Q. Do you think there's supposed to be cigarette smoking around Justin?
A. No.
Q. What makes you think that?
A. Grandma said, and plus he's got asthma.
Q. What does Grandma do before she takes him back to the foster parents?
A. We've seen her give him a bath so he's all clean and doesn't smell like smoke before she takes him back.

Q. What happens before the social worker comes to visit?
A. She has cleaned her house so it looks nice and doesn't smell like smoke.
Q. Have you ever heard Judy threaten your parents?
A. Yes.
Q. Tell me about that.
A. Like what?
Q. Well, what was the threat about?
A. She threatened -- at a Christmas program she came up to me with Aunt Jerri and she told me to tell Mom to watch her back. That's when a lot of it started.
Q. When was that?
A. In December.
Q. Beginning of December?
A. Yeah.
Q. Are you -- are you afraid in any way of testifying today?
A. A little bit.
Q. Why?
A. I just don't want any more family problems.
Q. Has Judy ever taken you away from your mother?
A. Yes, she has.
Q. And you remember that?
A. Uh-huh.
Q. Are you afraid that will happen again?

A. Yes and no.
Q. Has Judy talked to you about it?
A. Maybe a couple years ago.
Q. What did she say?
A. She's just like if there is anything, you can come live with us, if there is any problems between you and Mom and Kevin..
Q. Are you afraid of Tommy?
A. Yes.
Q. What makes you afraid of Tommy?
A. Because he's done things to mom to hurt her. He, like, tried to strangle her with a phone cord one time. He's hit her. He makes threats all the time.
Q. Why would you be afraid of Tommy now?
A. Because he's angry because of we're testifying today, for one reason. He's angry because Grandma will probably tell him to do something. He can be provoked very easily.
Q. And Grandma knows how to provoke him?
A. Yes.

MR. HELVEY: Nothing further, Your Honor.

THE COURT: Okay. Who wants to start?

CROSS EXAMINATION

BY MR. McDANIEL:

Q. I just have a couple quick questions.

You said you were at visitations at Thanksgiving and you were around Justin; where was that?
A. At Thanksgiving was at Grandma's house.
Q. And you stated, I think, you've been around sometimes during visitation with Justin, too?
A. Yes, I have.
Q. And where was that?
A. His birthday was at the park here in Lyndon. And then we had been at Grandma's house with Justin.
Q. Okay. I have no further questions.

CROSS EXAMINATION

BY MR. COFFMAN:
Q. The relationship between your mother and your grandmother, how would you characterize that relationship?
A. It's not very good. I mean, at points it has been good, but not lately.
Q. And it was just a few weeks ago that we were up here on the third floor about a restraining order, weren't we?
A. Yeah.
Q. That your mother had filed. And ultimately that got dismissed, is that right, do you know?
A. I don't know.
Q. Do you know if there is any restraining order in

place at this time?
A. I'm not sure.
Q. Okay. You alluded to a statement about from your grandmother to your mother about saying watch your back?
A. Yeah.
Q. You have no idea what the context of that statement is, do you? Do you know what conversation happened before or after, or what she's supposed to watch out for?
A. I don't know. Grandma just came up to me and told me, or Aunt Jerri.
Q. Who did? Aunt Jerri said it to you?
A. Yeah.
Q. Aunt Jerri said it to you?
A. Yeah, Grandma said that and Aunt Jerri.
Q. Said it to you or your mother?
A. Said it to me.
Q. Your grandmother, as I understand it, has offered the use of her home to you if you should ever be in need of that; is that correct?
A. Yes.
Q. Is your family in the process of getting ready to move?
A. I'm not sure.

Q. Have you heard that it is?
A. They were thinking about it, but I'm not sure.
Q. Are you thinking about moving out of the house?
A. If my family moves, I will stay here to finish school.
Q. Is that what you would like to do---
A. To finish school, yes.
Q. ---stay here?

You don't know how long Tommy would have been at the house in November, do you?
A. I don't know.
Q. Was he there long enough to have dinner or not?
A. Yeah, he was there when we got there and he was there when we left.
Q. Okay. I don't think I have anything else.

THE COURT: Anyone else has?

CROSS EXAMINATION

BY MR. HASTERT:
Q. Miss Boman, how many times have you been to your grandmother's house in the last year?
A. I'm not sure, five, maybe.
Q. And you had testified that your grandmother had cleaned her house prior to the social services people coming over?
A. Yes.

Q. And when were you at her house where you actually witnessed that?
A. When she first applied for a home study, we were there. That's when my parents were getting along, my grandma and my mom, and we helped her.
Q. So you and your mom went over to your grandmother's house to help her clean prior to the home study -- to the lady to come over and do the home study?
A. Yeah.
Q. And your grandmother was probably doing that to make a good impression, more than likely; correct?
A. Yeah.
Q. And is that the only time that you have witnessed that type of activity?
A. Yes, besides when we see her wash Justin, we were there on a visit.
Q. So you saw your grandmother give Justin a bath and put him in new clothes and return him to the foster family?
A. Yes.
Q. Have you been at your grandmother's house any other times when she prepared Justin for the trip back to Topeka to return him to the foster home?
A. Just like two or three times probably.
Q. Did she always clean him up and put on new clothes?

A. Every time I was there, we saw her do it.
Q. Okay. Now you had said that on Thanksgiving that your mother was also at your grandmother's house?
A. No, Mom wasn't there at Thanksgiving.
Q. She wasn't?
A. No.
Q. Where was she at?
A. She was at my stepfather's parents' house.
Q. With her husband?
A. Yeah.
Q. Okay. And did you have any idea that Tommy was going to be at your grandmother's house?
A. No, we just knew that Aunt Jerri and Aunt Patty was there.
Q. Okay. Now you had also testified that Tommy had choked your mom with a phone cord?
A. Yeah, I think a couple years ago when we first moved up here.
Q. Were you present during that?
A. Yes.
Q. Have you had an opportunity to be around Tommy with your mom also present since that date?
A. Yes.
Q. So your mom is not that concerned about you being around him?

A. At times, when he's not himself, like when he's been drinking and stuff, then she doesn't want us around him.
Q. Was he drinking on Thanksgiving?
A. No, not that I know of.
Q. And you currently live in Melvern; is that correct?
A. Yes.
Q. How many bedrooms do you have in your home?
A. It's a six bedroom house, but we just use five of them.
Q. And you have two sisters?
A. Uh-huh.
Q. And how old are they?
A. 15 and 13.
Q. Does your mother plan on having any more children?
A. Not that I know of.
Q. Has she ever told anyone that she was having more children?
A. She was pregnant about a year ago and she lost it.
Q. Did she tell you that or did someone else tell you that?
A. No, she told us.
Q. Okay. I was under the impression that your mother couldn't have any more children, that she had that problem medically taken care of?

A. She went to a doctor and had it undone.
Q. Really. So when did she have a reversal?
A. I don't know the date or anything.
Q. Do you remember when she had that procedure; was she off work for awhile?
A. I don't remember.
MR. HELVEY: Your Honor, I would like to object to this line of questioning. I don't see how it's relevant to the case we're talking about.
MR. HASTERT: It's relevant if her mom never had the reversal surgery, then I think her mother would have some psychological problems.
THE COURT: Well, I'm going to allow to continue on this.
But you need to speak up, I didn't hear some of it. I didn't catch how many rooms are in the house.
THE WITNESS: It's a six bedroom house, but we only use five of them.
THE COURT: Okay. You need to speak up.
Q. (By Mr. Hastert) When do you think your mother had this reversal surgery?
A. I don't know, but she has doctor papers to prove it.
Q. And you've seen these papers?
A. Yes.
Q. What situation facilitated that she showed these

papers to you?
A. We were just going through papers to see if we needed to get rid of them or keep them.
Q. And how many weeks along was your mother when she had this miscarriage?
A. She was full term and she lost it. She was a little overdue and when she went in they said it was stillborn.
Q. So did she have a D and C at the time?
A. I wasn't there, I was in Manhattan at the time.
Q. What year?
A. Last year.
Q. So she had the big stomach and everything?
A. Yeah.
Q. Was she off work for awhile after that?
A. Yes, sir. She didn't work the rest of the summer until August or September, she started going back to work.
Q. Okay. Thank you.

CROSS EXAMINATION

BY MR. CAMPBELL:
Q. Desiree, my name is James Campbell and I'm guardian ad litem; do you know what that term means?
A. No.
Q. The guardian ad litem is -- I'm the attorney for

Justin actually and that's my only concern, my only interest is as Justin's attorney. And my duty is to protect his best interests. Do you understand that?
A. (Witness nods.)
Q. Now back here behind these two attorneys on the front row, do you see the two ladies clear over on that side, do you see the one in the light blue dress and the one in the dark blue dress beside her, that's Mrs. Gales and Mrs. Alexander; do you know them?
A. I talked to them one time before.
Q. Okay. You talked to them once before?
A. Uh-huh.
Q. Did you talk to them in person or on the phone?
A. In person.
Q. Where did you do that?
A. Here in the courthouse.
Q. I'm going to come around here because I want you to talk to the Judge.
Now you talked to them, where?
A. In the room next to this room.
Q. So like back in the jury room, big long table with chairs?
A. Yes.
Q. And when was that?
A. I don't know the date. We came up here, I think it

was the last hearing for Justin.
Q. Okay. It was the last hearing for Justin, so you were here with your mom?
A. Yes.
Q. Now I don't do this to be mean, but I'm going to try and talk about some kind of important dates just to give you an idea, okay. And sometimes we can tie off that a little bit. Now it was obviously during the week, because we had court, so did you miss school to go to that?
A. Yes.
Q. Did your mom come get you out of school to go to that?
A. Yeah.
Q. Now what year of school are you in?
A. I'm a junior.
Q. Do you remember what classes you missed?
A. We have block schedule, I don't remember what days.
Q. Do you recall what time your mom came and got you?
A. I don't know.
Q. Was it before lunch or after?
A. I think I might have missed all day, I can't remember, it's been awhile.
Q. Okay. Now and what did you -- did you meet with both Miss Alexander and Miss Gales?

A. I don't remember her, but I remember.....
Q. This is Mrs. Gales, the one in the light blue.
A. I think she was there.
Q. She was there. Miss Alexander wasn't?
A. Yeah, she was there. All three of them were there.
Q. All three of them. Who was the third -- Miss Brunton?
A. Yes.
Q. So the three of them were there, and you were there. Was anybody else there?
A. My sister, Mr. Helvey.
Q. Mr. Helvey?
A. Yeah.
Q. And your sister. And was your mom there?
A. And my mom, yes.
Q. Why did you meet with these ladies?
A. They wanted to talk about Justin's case.
Q. Okay. They wanted to talk about it.
How did you get there, did you ask to meet with them?
A. I don't know. My mom did, I think.
Q. Okay. Your mom did. And this was after we'd been in court one day?
A. Yes.
Q. Did your mom tell you what she wanted you to talk to

the ladies about?
A. Just like the smoking in the house and when we had seen Justin.
Q. Okay. Now you said that you've been over at your grandma's about five times in the last year. Now that -- how many times had you been at your grandma and grandpa's house since you started back to school this fall?
A. Maybe two, three.
Q. Maybe two or three. So one of those was Thanksgiving?
A. Yeah.
Q. Were you there at Christmas?
A. No.
Q. When is your birthday?
A. January.
Q. Were you there for your birthday?
A. No, but I did see -- Grandma came out and told me happy late birthday.
Q. So Thanksgiving and two other times?
A. Yeah.
Q. And once was to clean?
A. It was like before school started. It was like when Grandma cleaned her house, it was like before she had Justin.

Q. Before she had Justin or anything?
A. It was when she first did her home study.
Q. It was before you went back to school?
A. Uh-huh.
Q. So it was in the summer?
A. I don't know, whenever she did her home study.
Q. You don't know when it was?
A. Uh-huh.
Q. Your mom just said it was before the home study. Is that what your mom told you?
A. What?
Q. Your mom told you that you helped clean right before the home study?
A. Grandma told me that she was having them come out and do it.
Q. But you don't know when it was?
A. Uh-huh.
Q. So that was one time, and Thanksgiving was one time, and when was the last time?
A. That would have been Thanksgiving.
Q. You haven't been there since then?
A. Huh-uh.
Q. And you went and talked with the nice ladies from SRS because your mom told you to?
A. Yes.

Q. And your mom had talked to Mr. Helvey.
Did your mom tell you what she wanted you to tell the ladies?
A. No.
Q. So all through the summer, and in the fall, and to today, so for basically the last year, you've been at your grandma's three times; is that right?
A. Uh-huh.
Q. And one was to clean and that was in the summer?
A. Yes.
Q. And one other time?
A. I believe two, Justin's birthday and then two and then.
Q. Okay.
MR. CAMPBELL: I have nothing further, Your Honor.
THE COURT: Anyone else with regard to this witness?
MR. HELVEY: Yes, Your Honor.

REDIRECT EXAMINATION

BY MR. HELVEY:
Q. Desiree, do you remember talking to me and Mr. Coffman?
A. Yes.
Q. We went into that same room with you and your sister,

Kayla, didn't we, and we talked about all this with Mr. Coffman; is that correct?

A. Yes.

Q. Was there any SRS workers there?

A. No.

Q. Anybody else besides me and Mr. Coffman?

A. No.

Q. Thank you very much for testifying.

MR. HELVEY: Judge, is she released?

THE COURT: Just a second. Mr. Coffman has a question.

RECROSS EXAMINATION

BY MR. COFFMAN:

Q. The meeting where you spoke with me and Mr. Helvey was after the one where SRS was there; is that correct?

A. Yes.

Q. And it was at the same time we were here for protection from stalking that your mother had filed; is that right?

A. Yes.

Q. Thank you.

THE COURT: Anything else?

You may step down.

(The witness stepped down.)