# M E M O R A N D U M

TO: File

FROM: Ron Ninemire

DATE: June 27, 2007

SUBJECT: Interview of Ron Gieck

Tom Moss and I interviewed Ron Gieck today at the BP Station in Lebo, Kansas which is located at the intersection of 75 and I-35 highways. Mr. Gieck was shown my identification and given a business card and we explained that we represented Lisa Montgomery in a pending federal criminal case. He provided the following information:

Ron Gieck
**home**
2620 S. Shore Drive
Vasser, Kansas 66543
785-828-3292
DOB - 5/13/67
wife - Maryann
**employment** -
BP Station
2754 Highway 75
Lebo, Kansas 66856
620-256-6280
Manager

CONFIDENTIAL

Ron met Lisa for the first time when she began employment for the station, which was an Amoco station in the summer of 2001. He immediately noticed that Lisa was "eccentric". When asked what "eccentric" meant to him, he stated that she made her own soap and would not buy commercially produced soap. She talked about her goats incessantly and told everyone she would hand feed the young goats. She made her own jam and Ron described Lisa as being "real country". She was employed as the night shift cashier and was there for about 10 months.

Lisa's children and husband came in occasionally. Ron remembered thinking. Kevin would tell Lisa exactly what route to take to the store and kept track of her every move. Ron remembers that Kevin was "very controlling" and described Kevin as a "control freak". Ron believed Kevin controlled all of Lisa's movements closely. Lisa did not like this and it annoyed her. Ron described Lisa as a "free spirit".

Ron thought the kids were normal and did not see any problems with them. Lisa called on one occasion and stated that her brother had taken her car and that she would be unable to report to work until later. Lisa did not get along well with her mom. On one occasion Lisa's mother, sister

(Ron described her as having dark hair) and brother (who looked like a "junkie" according to Ron) came to visit her at the station. When Lisa saw them through the window she told Ron she was going to the cooler and asked him to tell them that she was gone. Lisa told him that the family fought frequently and that she did not trust them. Ron recalls that Lisa's mother worked as a waitress for the Green Acres Restaurant in Vasser, Kansas and that when he took his family in there to eat, she seemed fairly normal to him.

Lisa got along well with the other employees. The employees however started calling her "goat woman" soon after she began employment there. He stated they called her this because all she wanted to talk about were goats. He recalled Lisa telling him she would spend the nights with the goats to help them deliver their babies and he said she was "not scared of any of that". He remembers at the time that he and his wife were expecting their second child and he was reluctant to go into the delivery room. Lisa told him that there wasn't much "blood or gore" and that it was not bad. He did then witness the birth of his second child and felt it was a good experience.

Lisa would talk to him about the fact that she could live without any modern conveniences. Ron enjoys fishing and recalls talking with Lisa about the fish. He normally catches and then releases the fish because he does not want to clean them. Lisa however did not mind cleaning the fish at all.

As an employee Lisa did well until the last week or two which was December of 2002. She was always polite with customers and Ron thought she was a fairly laid back person. When she started not showing for work he began trying to call her but was unable to reach her. When he did finally speak to her she advised him that she had lost her baby and would not be returning to work. The owner of the Amoco station sent her flowers. Ron recalled that when she told him she had lost the baby he thought to himself that she didn't appear pregnant and others in the station did not believe that she looked pregnant either.

CONFIDENTIAL

Ron described Lisa as a good mother. She planned trips with her children and did a lot of activities with them. Lisa said that when she was living in New Mexico, she talked about an ex-boyfriend and/or her ex-husband. She left New Mexico because of one of these relationships.

Lisa would come in to the station in dirty clothes many times and did not appear clean. In fact Ron told her a few times that she had to wear clean clothes. Not only did her clothes not appear clean, she did not appear clean either. She would then tell him that she had spent the night in the barn with the goats.

Lisa left her employment at the Amoco station on December 13, 2002. I asked Ron to obtain all of her employment records and to fax them to me. He stated he would do that in the near future.

We explained that he may need to testify in court and he stated he would be willing.