# DECLARATION OF TEDDY J. KLEINER

I, Teddy J. Kleiner, declare as follows:

I am the son of Jack Kleiner and Judy Shaughnessy (Rignell, Barabash, Patterson, Kleiner, Boman, Ochoa). Lisa Montgomery and I have the same mother so she is my half sister. I was born [redacted], and am six years younger than Lisa.

My father Jack Kleiner and his first wife, Willadean, had five children: Terry, Timothy (Tim), Penny (Craig), Jackie Jo (Moffett) and Becky (Perky)—these are also my half siblings. My mother Judy Rignell and my father Jack Kleiner had three children: me, Tommy Kleiner and Jerri Jo Kleiner (Leonard). My mother has two children from a previous marriage: Lisa Montgomery and Patty Baldwin—these are my half sisters. My mother also had a baby when she was just a teenager, but the baby was stillborn.

It was obvious that Lisa and Patty had different fathers but for whatever reason my mom always played it like they had the same father. Patty had a dark complexion and did not look like the rest of us. My brothers and sisters and I always called Patty "squaw" or "nigger" and that's what the kids at school called her too. I called her that my entire life. There were very few black or brown people in the part of Oklahoma where we lived, so it was obvious that she didn't belong.

When I was a child Lisa took care of me. When I remember being fed, clothed and comforted it is Lisa I remember, not my mother. When I was sad or scared it was Lisa who comforted me. When our parents had violent brawls it was Lisa who sheltered us and took us to a safe hiding place.

Lisa was the oldest and she did the best she could to raise me and my other siblings, Patty, Tommy and Jerri Jo Kleiner, but she was just a child herself. She did a lot of the cooking, cleaning and laundry. She's the closest thing I ever had to a real mom.

Lisa was different from other people and even as a child I knew that. She went into her own little world a lot. She often spaced out, stared into space or lost herself in a book for hours on end. She was quiet, timid, shy and very passive as a child and as an adult.

Patty and Lisa received a lot of their punishment in the bathroom, especially from my dad. He and my mom beat them and then threw them in the shower and held them under the cold water. Tommy, Jerri Jo and I cried and cried for my mom and dad to stop hurting Lisa and Patty but they didn't listen.

My mom often choked us so that we couldn't breathe. It was so scary because I couldn't catch my breath and I thought I was going to die. I remember a time when my mom was choking me and Lisa came in and my mom stopped. Lisa tried to protect us. Today, I go crazy if someone touches my neck. I react violently and I don't even think about it. I just react. I cannot take someone touching my neck.

Sometimes when my dad started in on me he turned out all of the lights. That was the worst. I didn't know where the next blow was coming from so I didn't know how to protect myself. I curled up and just tried to count the seconds until it was over. I remember shaking after it was over, even after he was gone. I don't know what made me shake after he was gone. It was over by that time. It is still hard for

me to be in complete darkness. I think a lot about my childhood and the violent beatings I received from my mother and father. Even as an adult those memories haunt me and invade my thoughts to the point that sometimes it is hard for me to think of anything else.

When I was in first or second grade I got swats from the teacher for not dressing out into gym shorts for P.E. class. I didn't want to change into shorts because people could see the bruises on my legs. I forged a pathetic note from my mom stating that I could participate in P.E. class but I did not have to dress out into gym shorts. I wanted to play with the other kids—I just didn't want to be embarrassed when I changed in front of everyone. Of course the school knew the excuse note was a fake and they called my mom into the office. She signed an excuse for me just like that, no questions asked. I wish I had known it would be that easy.

One time my mom held a knife to Jerri Jo's tongue and said she was going to cut Jerri Jo's tongue out. It happened on Jerri Jo's birthday. I begged my mom—"please don't kill Jerri Jo, please don't kill her!" I was terrified that Jerri Jo was going to die right then.

I tried not to worry about myself being hurt, but I was very afraid that Lisa or Patty would get seriously injured or worse. Lisa and Patty got the worst of it from my mom and dad. I remember lying in bed praying that my parents wouldn't kill my sisters. It seemed like my dad beat on Patty more and my mom was meanest to Lisa.

We lived on Admiral Street in Tulsa for a time, which was in a very dangerous neighborhood. The racial tension was especially high there. There was a terrible fight one night and there was a shoot out between all the neighbors, black people,

Mexicans, and us. There weren't many other white people in the neighborhood. I was so scared; I could hear the guns firing and the screaming. I was little, maybe in the first grade. Lisa took all of us, and we hid in the back of the house.

At that same house on Admiral in Tulsa there was a garage apartment, a side house, or a basement where a Mexican family lived. They were around often. The father worked with my dad at the salvage yard. They had two daughters close to my age.

We went to a Pentecostal church when I was a kid. A bus picked us up and they gave us candy. The church had a raffle every week after service: one drawing for $5, one drawing for $4 and so on. I looked forward to that. With so many of us we were bound to win something but my mom took the money we won anyway. One time I got a fishing pole because I had perfect Sunday school attendance. But the laying on hands and speaking in tongues frightened me as a small child. People flopped around on the floor and passed out. I was scared that it would happen to me and I would die. Those churches freaked me out as a kid but getting a couple bucks was a plus because we were so poor. It confused me.

My mom and dad always had a lot of people over and there was a lot of random people coming in and going out. The purpose of all the coming and going as I remember was drinking, drinking, drinking. There was a lot of drinking. Grandpa Ernie made moonshine and it tasted like peppermint. Ernie wasn't really our grandpa, we just called him that. The moonshine was so strong a spoonful made you pass out. My mom gave it to us when we were sick. One couple, Kerry Bliss and his wife Joyce, came over a lot. They lived on Frankford Street in Tulsa, behind where

we later lived with Richard Boman. Later I sold dope to them. When I recognized them, I thought, "Wow! My parents were hanging out with dopers." I didn't realize they were dopers when I was a kid.

The police came to the house on Archer in Tulsa one time because they couldn't find me anywhere. I was just hiding.

My dad had an el Camino that was very nice. I've often wondered how they afforded that house and that car with a salvage yard salary.

The house on Archer Street had a small room with a window and a kitchen chair. The room was very small; I don't think it was a bedroom. When my mom and dad started fighting each other, Lisa rounded us up and took us to that room and told us everything was going to be okay, don't cry and keep quiet. She watched through the window to make sure they weren't coming for us. She protected us.

The police were called to our home at least twice over my parents fighting each other. My mom had to go to the hospital when my dad knocked out her teeth. When my dad was sober he was not mean, but he was distant. When he was drinking he was irritable, violent, and unpredictable. My mom was the same way. When they first started drinking they were fun, but their behavior got out of control the more drinks they had.

Drinking was a part of life; I don't remember a time not drinking. When I was very small, four or five years old, I made myself what everyone else was drinking. I didn't know what to call the feeling then, but I definitely was drunk a lot as a kid. My mom and dad didn't seem to notice or care. I didn't try and hide it, and no one ever told me I couldn't or tried to stop me. It was just a normal way of life; I didn't

know any different. I was born addicted to alcohol. My mom told me and I've been told by other family members that I had to be weaned off alcohol as a baby. I was born blind in my left eye and hard of hearing in both ears.

I started using drugs when I was 11 or 12, and not just using—shooting up. Drugs are a religion for people with problems and that's my religion. My half sister, Penny Craig, gave me my first fix. Penny is thirteen years older than I am. She told me, "here's the way out," and it was. Drugs put everything on hold. Nothing hurt; nothing mattered.

My dad worked at the salvage yard during the day, and as soon as he got home he and my mom started drinking. He drank Bacardi rum and Coke and my mom drank gin. I remember the gin and the way it tasted. They drank until they passed out. Patty and Lisa made drinks for my parents and their friends. Sometimes it was fun; they laughed and we all danced and carried on, but eventually it turned bad and my mom started beating on him or he started beating on her. It was not a slap here and there; they were both in it to win it and it got dirty. One time I watched my mom strike my dad across the face with a cast iron skillet, and I thought, "Oh! That is going to kill him," but it didn't. Then he knocked out several of my mom's teeth and the cops came and arrested him, and my mom went and bailed him out of jail. I think my mom was pregnant with Tommy at the time.

My dad got several DUIs. When I was very young, four or five years old, my dad was so drunk that he had me get on his lap so I could drive the car. I couldn't keep the car straight and ran up against a curb. My dad vomited all over me

because he was so drunk. A cop came, helped me out of the car and took my dad to jail. We were living in Tulsa at the time.

My mom and dad had people in and out of our house all the time. Most of the people were from the salvage yard. Mom and dad let random people stay in our house around us kids. Several child molesters hung around the salvage yard and by consequence also around our house. Jeff Batson is one that comes to mind immediately. He molested me and had sex with my sister Lisa, who was just a kid. He was a predator. It is difficult for me to talk about what people from the salvage yard did to us. My parents should have never allowed those people to stay in our home. I cannot understand why my parents allowed those types of people to stay with us. They did nothing to protect us from them; they were too drunk to notice what was going on.

Our trailer in Sperry was in the middle of nowhere, and I had all this space to run and hide and play. I had a tree house, a whole pasture, my animals, and a Cadillac hood that I hid in. The Cadillac hood was the best place to hide because I could go and just get lost out there. There was always somewhere to go where no one could find me and hurt me. My safe haven was the pasture where the Cadillac hood was. I killed chickens sometimes, I don't know why. I shot the chickens in their legs with my pellet gun, but then my mom started asking why so many chickens had broken legs so I just started killing them instead of wounding them. I took the chickens out to the pasture and buried them so my mom wouldn't know I was killing them. My dog followed me around everywhere; he was about the only friend I had besides the retarded kid down the road. I thought my dog knew that we

could only mess with the chickens in the pasture. I was only eight at the time; I didn't know that my dog didn't understand that he couldn't drag a dead chicken into the yard where my mom could see it. One day I got off the school bus and my mom had my dog. As soon as I got off the bus I knew. She hit my dog in the head with the back end of a shovel and he started walking and falling and losing his balance. His brains came out of his head. He wouldn't die. Grandma Margaret Applegate shot him in the head. Grandma Margaret wasn't our grandma—she was a drinking buddy of my mom's. I wasn't old enough to understand that my dog didn't know the rules, but I knew it was my fault that he was killed. It devastated me. My mom waited to kill my dog until I was home from school. She wanted me to see her kill him. I will never forget seeing that happen.

The only other friend I had was the retarded kid who lived down the road from us, Norvin Hollingsworth. I didn't invite other kids over to our house—I never knew what could happen and I would have never lived it down if my parents got drunk and started fighting in front of someone I brought home. Norvin was okay because he didn't know the difference. Plus, Norvin's mom, Norma Hollingsworth, was a drunk too so he probably was okay with the way my parents acted. We were not allowed to visit friends. Norvin's parents took me on a trip to Dog Patch U.S.A. That was the coolest thing ever. I'd never been on a trip like that before and I was so glad they took me along to keep Norvin company.

At the house in Sperry, Lisa had her own special room that my dad built on to the rest of the trailer. Lisa had a separate room in the house in Tulsa too, I think it

was in the basement. I always though that was strange because there was so many of us and the rest of us had to share bedrooms.

We got our shoes out of the dumpster. I guess that is where we got our clothes. We did not go to stores and shop for school clothes.

I don't have many good memories. We drove a lot from one town to the next and moved a lot. It was difficult because it was never easy to make friends. Going to a new school always made me anxious. But when we took long trips, especially with my mom, I got to sit with her in the front seat because I was the only one who could stay up that long. My brother and sisters fell asleep. It was just me and her, and she paid attention to me during those drives. I felt special riding next to her in the front seat.

Now that I'm an adult, sober, and can think back, I know what was going on when we lived in Sperry. Men used to come and go from our trailer. The propane man came a couple of times a week and spent time alone with my mom. The electrician came to see her, too, and the plumber. These men were all old. Mom told us the men were doing work at the house. When these men came, mom sent us outside while the men were in the house with my mom and Lisa. My mom told me not to tell my dad about the men who came and went from our house during the day.

When my mom finally left my dad it was because of his drinking, not because of what he did to Lisa. He had gotten another DUI or something and she kicked him out. We all piled into the car and went to the propane man's house. He had a wife, which must have been weird for her, but maybe she didn't know about his daytime

visits to see my mother. After we left the propane gas man's house, we went to Kerry and Joyce Bliss' house. My mom dumped all of us kids there, and she left to go stay with Richard Boman. She eventually came back to get us.

The first time my mom kicked my dad out he stayed in a motel and my mom told us that dad couldn't come back until he quit drinking. He quit drinking and came back and I remember it like it was yesterday. He took all of us, the whole family, to Wal-Mart because he was supposed to be spending more time with us. It was the first time I had been to a Wal-Mart and I couldn't believe how big it was. There was a popcorn machine and we had popcorn and he gave us a quarter for Gatorade. I didn't understand why my mom allowed my dad back in the house after he raped Lisa. It didn't make sense to me, and I was so confused.

Dad's not drinking didn't last, and when he started drinking again my mom left him for good.

My Aunt Alice Derry was good to me and I loved going to her house. She was firm but I never felt threatened at her house. I knew what to expect when I was at Aunt Alice's house. Her children, Ronnie Burton, Steve Burton and Christina Derry were great playmates and I hung out with them even as an adult. I stayed with my Aunt Alice for an extended time when I was a kid. I didn't want to go back home. My mom didn't like that one bit. Aunt Alice was kind to me and I loved her very much. I wished she was my mother.

My Aunt Alice's second husband, Vick Derry, was strange. He married my Aunt Alice when I was a small child. He really liked my sisters and touched them inappropriately. He was a drunk too. He stroked their arms and back and made

them sit on his lap. My sisters called him "Sick Vick." My sisters and I stayed the night when we went to visit Aunt Alice.

My grandmother, Nelma Rignell, hated me because I was my father's son. She was a terrible, mean woman. She told me I was worthless. Most of the time I was made to sit in the car when my mom visited her because my grandmother hated me so. I don't know why she hated me; I was just a little kid. Children were not allowed to talk in her presence, because she believed children were to be seen and not heard. That rule was only for us though, because she loved my Uncle Bobby's kids.

My mom told me that my Grandpa Nils used to rape my grandmother and that is why she was so mean. My Grandpa Nils had a strong accent. I liked him, and he was nice to me.

The unbreakable rule in our home was not to ask my mom or dad "why?"—we were not allowed to ask questions about anything. I tried hard not to break the rule—I guess for whatever reason I knew better. Maybe that's why I'm so confused—nothing was ever explained to me. My mom had the answers; she was in control and there was no questioning her.

When I was a hard drug addict I was shooting a lot of meth, smoking a lot of weed and just living a really hard life. I slept in dirty places, I was around very dangerous people and my life then was so much better than what my life was as a kid. That's got to say something about the way we grew up. It was better to live in a crack house than be a kid in my mom and dad's house.

When my mom left my dad it was a relief. He was gone. He was a mean old man. When he drank he was violent with us and with my mom, but my mom was just as violent with us and with him. Their beating each other up was a two way street.

I was 12 years old or so when we moved in with Richard Boman. He was terrible to me. My mom stopped drinking for the most part when she married Richard. Richard didn't drink so my mom didn't really drink unless she was with her sisters, Alice and Darlene. After my mom married Richard she really stepped up the psychological and mental abuse of us. Since she wasn't drunk all the time she messed with our minds instead of beating the daylights out of us. Don't take that to mean she stopped beating on us though. She never stopped completely beating us up.

My mom was very cruel. Sometime after moving in with Richard we celebrated Patty and my birthdays. Patty's birthday is June 3 and my birthday is June 6. On Patty's birthday we had a big cake and a special dinner. She got a camera and money. On my birthday I got a dollar store Frisbee. There was no cake, there was no dinner. I was just a little kid. I wondered why my birthday was different from Patty's.

I was miserable living with Richard Boman. He beat me pretty regularly. When we moved in with Richard, I was the last to know what was going on. Lisa, Patty, even Tommy acted like they knew Richard. Tommy told me he knew Richard from Debbie's Diner where Richard bought him biscuits and gravy. My mom had

been working on finding another husband for some time before she left my dad but I was the last to know.

Richard was abusive to my mom. I remember the first time it happened I stepped in and tried to protect her and got beaten for my effort. I remember thinking, "my dad beats me, my mom beats me, now this guy gets to beat me?" There really was no safe place.

After we moved in with Richard, Lisa moved in with Richard's son, Carl Boman, and then she married him. I missed my sister. I didn't realize how much she took care of us until she was gone. She had always cooked and cleaned and taken care of us.

When Lisa lived with Carl their trailers and houses were disgusting. Dirty dishes, dirty clothes, and spoiled food were strewn about everywhere. There were piles of trash on the floor. Lisa just didn't seem able to keep a house clean. Her hygiene was also bad. She smelled of body odor, and she didn't bathe often. When they lived in Deming, New Mexico, they didn't have running water and their house was in especially bad shape. It is surprising to me that social services never took Lisa's kids away. Lisa loved her children, but she had a difficult time caring for them. She often left them unattended when she spent time with other men, or let them fend for themselves for food and clothing. I don't think she consciously neglected them, but I do think she wasn't able to manage all of the responsibilities of being a mother to four children. She was overwhelmed most of the time. Even though her children needed care, or the house needed cleaning, or the children needed something to eat she sat and read for hours instead.

Carl Boman was unfaithful to Lisa for most of their marriage. When they were living in Bartlesville, Oklahoma Lisa told me that he was stepping out on her so she started seeing a guy from Dewey, Oklahoma. He seemed to really like my sister. She took me to his house so I could give her my opinion. Lisa and Carl always played games like that with each other, and both of them were unfaithful.

When I was around eighteen or nineteen years old, Lisa and Carl were living on Colorado Street in Bartlesville, Oklahoma. I think I was trimming trees near there at the time. I went over to Lisa's to hang out with a guy named Kevin that lived down the street. Lisa and Carl were gone at the time. Kevin and I were sitting around and I put a video in the VCR. I thought it was a movie. It was a home video and it showed Carl raping and beating my sister. It was violent and like a scene out of a horror movie. My sister was crying and in pain. I felt sick watching the video. I didn't know what to do or how to talk to my sister about it.

After my mom and dad got divorced sometimes I stayed with my dad on the weekends. When he beat on me, I ran away to my half sister's, Penny's, house. She lived in the projects in Tulsa. The projects were a whole new world for me, and I was enthralled. Dope was everywhere, and I thought I was some tough kid. It was a terrible environment for a child, but at the time I thought it was exciting. Now as a recovering drug addict I know how harmful it was for me to be there.

One time after my dad beat me up pretty badly I called Pat, one of my mom's old friends, and she came to get me. This was when my dad lived in Manhattan next to the Blue Stem Kennel. I stayed with Pat until my mom came to get me.

My dad's first wife, Willadean, was a very kind, compassionate woman. Even though my dad left her for my mom she was always very kind and loving toward me. I went to Willadean's house often to see my half siblings, Tim, Terry and Penny. Later, when Willadean and my dad got back together, I went to Willadean's if I wanted to see my dad. My dad was horrible to Willadean. He called her "moo moo." One time my father was drunk and coming to strike me, and she stepped in and hit him in the head with a pan. My own mother never did that for me, but a woman who had no reason in the world to love me protected me from him. She made a special meal when we came to visit. She was a very kind person.

In the sixth grade, when we lived in Cleveland or Bartlesville, Oklahoma, I tried to run away. I tried to walk all the way to Penny's house in Tulsa. I stopped at a house along the way to use the phone and to call my sister to let her know I was on my way. The people who let me use the phone must have called the police. The police officer was very kind to me, and I told him about the abuse I was suffering at home. He told me if I ran he couldn't chase me, so I ran. I finally made it to Penny's house and the police came to get me. ~~I was taken to a juvenile facility~~. My mom came and was so nice to me, she promised me that Richard would stop beating me and I wouldn't have to go to dad's again so I agreed to leave with her. She lied to me and took me the police station and then the police took me to a children's home in Bartlesville and left me there. I was there for a month or two. I actually liked living there—it was much better than living at home.

When we lived in California my mom tried to steal Patty's daughter but Patty wasn't about to let that happen. One of Patty's boyfriends lived with us at the time. Patty had been out on a date with one of the managers at the McDonald's where she

worked. When Patty got home, her boyfriend started in on her and was going to hit her. I stepped in to stop him and we began fighting. My mom tried to take Patty's daughter during the chaos of the fight. My mom was telling Patty and her boyfriend to get out and that she was keeping the baby. Patty screamed and yelled for me to help her and not let mom take her daughter. I knew my mom would do it so I took the baby from my mom and helped Patty leave.

I was also in a juvenile facility when we lived in California—it was part of the California Youth Authority. I shot Patty's car windows out, and she had me arrested for it. I was with Lisa when I was arrested. I ~~was~~ also went to counseling ~~in a group home~~ somewhere TK in Tulsa for a short time. My mom was supposed to go with me but she only went once. We never attended again. TK

One of the times we lived in California we lived in a house that had a pool. Lisa, Carl, and their kids lived in a house on the same property. There was a nudist colony next door. This was sometime after Lisa's daughter, Kayla, was born. Carl came over to the main house to talk with my mom al lot. It seemed like he spent more time there with us than he did with Lisa and his kids.

When we lived in San Diego Carl and Patty had an affair. Patty is a sex fiend, so it wasn't all that big of a shocker to me. I saw them having sex in the pool with my own eyes. At that time, Lisa and Carl lived with all four of their kids in a small trailer a few miles away. I lived with my mom, Richard, Michael, Tommy, Jerri Jo, Patty, and her daughter Karen. All of us lived together while Lisa was off all by herself in that trailer taking care of all those kids.

When Lisa and all her kids were living in that trailer park, Patty and I stole all of Lisa's cans. Lisa was flat broke. She had all those babies. She picked up cans from

the side of the road and dumpsters, saved them and turned them in for money at the recycling center. She had a big bag of cans all saved up on her porch, and Patty and I stole them to buy dope. I can't believe I did that. She needed that money and I stole from her.

When I was a sophomore my mom said, "pack your bags," because we had gotten into a fight and she had beaten me pretty severely. She drove me to Manhattan, Kansas and dropped me off at my dad's. She didn't even get out of the car. She went back to Ponca City, Oklahoma and started seeing some drunk, Jacey Rainwater. TK I stayed with my dad and entered my sophomore year in Manhattan, Kansas. I stayed as long as I could take it but eventually I could not stand my dad beating on me anymore, and I ran away to live with my sister Patty. That was great--we did dope and had a lot of fun together. My mom stayed with Jacey Rainwater for a while. After that a guy named Lonnie started living with us because he needed a place to stay. Later, Lonnie lived with Lisa and then with Carl and Lisa for a while too.

I wanted to kill my dad for what he did to Lisa and because he beat us so much. My dad was one mean dude, and I was very scared of him but not as scared as I was of my mom. I have nightmares about what she did and will do to me. She's destroyed or taken everything I've ever loved and she holds so much power that I know she is capable of anything, Sometimes I think I'll never be safe. At other times, I think maybe my mom will love me, will help me because that is what moms are supposed to.

It is very hard for me to think. My mind races so fast I can't keep up with all of my thoughts. It's been like that ~~since I was a teenager or my early twenties.~~ as long as I can remember. TK Ideas rush around in my head so much that sometimes I can almost hear them. I feel overwhelmed a lot of the time. I don't like being in crowds or around a lot of people. I get really paranoid and I have to leave to be alone. I've never liked being around a lot of people. I get anxious and trip out. It is easier to be alone. I took Geodon and Zyprexa in jail. I am not taking any medications right now.

Sometimes I see falling lights from the ~~left and~~ right side of my vision. The lights fall to the floor and disappear. TK

When my dad died I went to the funeral and that was rough. I still loved my dad, and I hated to see him dead but I was so damaged by what he did to me and my sisters. I felt guilty for feeling sad that he was dead, and I felt guilty for wanting him dead. I couldn't make sense of my feelings. That day I knew I was going to commit suicide—I was just going to blow my brains out. I went back to the cemetery after everyone else left, and I just kind of lost it. I was emotional and pretty much a mess. I was sick of life, sick of my life, and being dead sounded so peaceful. I don't know why I decided not to do it, but I sold everything I had on me, bought some dope and got high. I had been clean and I fell down again.

Most of my sisters and brothers have alcohol and or substance abuse addictions. I am an alcoholic and a methamphetamine addict. My sisters Penny Craig, Patty Baldwin and Jerri Jo Leonard all have a history of addiction to methamphetamine. My brother Tommy Kleiner is also a drug addict. He is in prison

now. Lisa was an alcoholic, too. Patty got MSRA from smoking drugs and it about killed her.

Two of Jerri Jo's children are disabled and have a lot of problems. ~~After those two children were born she got cervical cancer thought she could not have any more children~~. I believe ~~that was why~~ my mom wanted custody of my daughter Hope and my son Justin for Jerri Jo. My mom was trying to get Jerri Jo another baby – my baby -- and I was the last to know. Lisa warned me and she was right. TK

Jerri Jo called me when she worked at the nursing home and wanted me to bring her some dope so I did. We did it in the car together and then she went back into work. It must have been really dirty because I began to trip out and I couldn't see anything.

Penny and I got high together a lot. I lived with her off and on starting when I was a teenager. We did a lot of dope together and sometimes when she was really high she cried about my dad and/or Tim molesting and raping her. ~~She told me how much she hated our dad~~. Penny and I have always been close and I will always love her for giving me my first hit of meth. It's complicated but meth is my first great love and she gave me that escape. TK

My sister Penny tried to get on disability for mental health issues. She was living in Tulsa at the time. The last time I saw Penny she looked pretty close to dead.

I'm the father of three children: Hope Kleiner, Justin Kleiner and Teddy Kleiner. Hope and Justin were taken from me by state social services in Oklahoma and Kansas after very difficult custody battles with my mother. Hope, my first child, tested positive for drugs when she was born and was placed in foster care. My mom

tried to get custody of Hope but the state didn't approve her. A nice family adopted Hope and I think they live in Florida. I know Hope has my DNA so that's something against her but maybe she's got a shot there in Florida with a normal family that loves her. I tell myself they love her and that they are a perfect family.

My second child Justin was taken by state social services in Kansas when he was just a few months old. My wife and I were very involved in drugs and struggled unsuccessfully to get off drugs. I went into rehab and my wife lived with Lisa and her family who really tried to help us get clean. We failed though, and my mom was given custody of Justin. She promised that she would let my little boy stay in touch with me and let me have a relationship with him, but she didn't keep her promise. She doesn't even give Justin the letters I write him weekly.

My mother's last husband, Danny Shaughnessy, was a stand up guy. He finally saw the writing on the wall and left my mom. He was nice to me, told me he didn't want to take Justin away, that they just wanted to get more VA money out of the deal. My mom said the same thing—"we don't want to take him from you—we just want to adopt him for the extra VA money." I believed her.

My youngest child, Teddy Jr., was recently involved with Kansas SRS because my wife, Bobbie Jo Kleiner, is using drugs again. I've begged her to get straight. I can't handle having another child taken away from me.

My mom takes advantage of a situation to get what she needs without regard to how much she hurts other people. For instance, she sold me ephedrine pills from the store where she worked and then reported me to the police for buying them.

She wanted me arrested and in jail so that she could have a better chance of getting custody of Justin.

My brother Tommy was making and selling meth with me. My mom and Patty came to me after I was arrested for manufacturing meth, and told me to rat out Tommy so that he would be imprisoned along with me. My mom wanted Tommy in jail because she was afraid of him--and she should be. Tommy has beaten my mom many times. Tommy gets confused and over emotional. Living with my mom puts him in a constant state of confusion and makes him go off into the deep end. He's pulled a knife on my mom before for playing her games.

~~My wife~~ Bonnie and I lived with Lisa in 2003 when we tried to get clean. I was convinced Lisa was pregnant. She looked and acted pregnant. The nursery was all done up but that was weird too. It was more like a shrine than a nursery. Lisa wanted to help me stay clean. ~~One morning~~ We went to Kevin's church several times. I think Lisa was trying to help me get on the right path, she just had a lot of problems herself. TK TK

Lisa's kids are great; they are smart and really good kids, but Lisa was too out of it to handle the regular stress of being a parent. Lisa flipped out on Chelsea a few times, and screamed at her and hit her. I had never seen Lisa go crazy like that and hit anybody. I stepped in and stopped her. She looked at me like she didn't know what I was doing or what was going on. I began to realize that something was really wrong with Lisa, but I was so caught up in my own problems that I couldn't do anything for her. She kept a bottle of liquor under the kitchen sink. Kevin wasn't happy about it and was upset with Lisa for drinking.

Lisa always had horrible migraines, and they were painful for her. She had a lot of migraines when I lived with them in Melvern. It seemed like all she did was eat Excedrin. Sometimes she cried she was in so much pain. Sometimes her headaches lasted for days.

Lisa was very different during the time I was around her when she lived with Kevin. She was very determined to live this Amish type lifestyle. She only saw things one way, almost cult like. They had chickens, goats, rabbits, and dogs. Lisa got the children up very early to take care of the animals. The kids hated it and didn't even want the animals. It was chaos. She made her own soap and tried to make clothes for the family. The kids didn't want to wear those old-timer clothes. She was really intent on living an alternative, old-fashioned lifestyle but it wasn't working.

Lisa was under a lot of stress. Kevin was out of work, and Lisa worked a lot. Then she came home and tried to live like the Amish. Carl could not pay child support, and they were strapped for money. Lisa used a credit card and spent too much on lottery tickets and yarn of every type and kind. On top of her other stresses she tried to help me, which caused major turmoil with our mom, who wanted custody of Justin. Everything was out of control during that time and my sister definitely could not handle it. She spaced out even more than she normally did. Any little thing set her off and made her upset.

Lisa and Kevin took me and Bonnie out on a boat when we lived with them. I hate boats and water and I didn't want to go but Lisa insisted. It was cold. It was

very weird and uncomfortable. I don't know why she took us out for a boat ride in the middle of winter. She was acting very strange at the time.

Lisa is definitely the smartest one of the whole lot. The amount of information that she can talk about is exhausting. Sometimes I just left the room to get away from her talking and talking and talking.

Lisa and my cousin Wendy Treib are a lot alike, and they've always been close. They are both do-gooders, although Wendy is more of a churchgoer than my sister is. Lisa wanted to be like Wendy. If Wendy did something, then my sister had to do it too. My sister saw how much my mom loved Wendy and always talked about how proud she was of Wendy.

When my mom was married to Danny Shaughnessy she drank with Aunt Darlene and Aunt Alice. Danny used meth. ~~One Thanksgiving, my mom told me to give Danny some meth.~~ My mom told me that When Danny got drunk he fondled Lisa if she was there. One time he grabbed Lisa's hand and put it on his crotch. Lisa told my mom about it and my mom and Danny fought. My mom slapped Danny several times. My mom acted like it was Lisa's fault though. TC

The trial attorneys, or someone anyway, came to see me a few times. I remember Ron Ninemire. I answered the questions they had and I tried to help my sister. I just didn't know what they wanted, and they didn't talk with me about how I could help. No one came to talk to me when I was in holding before I testified. I was nervous and scared. We did not discuss my testimony or the questions they would ask me. I wanted to help my sister by telling everything I knew.

I would have testified to everything I have stated here at my sister's trial had I been asked.

I declare under the penalty of perjury under the laws of the State of Kansas and the United States that the foregoing is true as far as I know.

Dated this 15th day of February, 2013

Teddy J. Kleiner