# SOCIAL SECURITY ADMINISTRATION

Baltimore, Maryland 21235

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 United States Code 902. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 30th day of May, 2006.

Steven Donnell
Division Director
Division of Earnings Record Operations
Office of Central Operations

Form **SSA-473** (3-96)
Destroy Prior Edition

-1826 ITEMIZED STATEMENT OF EARNINGS JOB:
ERSION 1984.002 * * * FOR SSN 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 * * *

FROM: SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
300 N. GREENE STREET
BALTIMORE, MARYLAND 21290-0300

FEDERAL PUBLIC DEFENDER

818 GRAND AVE
STE 300

KANSAS CITY MO 64106

NUMBER HOLDER NAME:
JUDY K SHAUGHNESSEY

PERIOD REQUESTED JANUARY 1966 THRU DECEMBER 2005

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER: 48-0723670
JUDSON LADEL BROWN
MERRY-GO-ROUND
601 NORTH 3RD
MANHATTAN KS 66502-0000

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1966 | | 236.00 | | | $ | 236.00 |
| 1970 | | | | 117.00 | $ | 117.00 |

EMPLOYER NUMBER: 48-0636847
SAM L GILMAN
CHUCK WAGON
314 HOUSTON
MANHATTAN KS 66502-0000

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1966 | | | 10.65 | | $ | 10.65 |

EMPLOYER NUMBER: 48-0725190
SAM & JOHN GILMAN PTR
619 N MANHATTAN
1315 LARAMIE
MANHATTAN KS 66502-4004

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1966 | | | 75.00 | 79.38 | $ | 154.38 |

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| EMPLOYER NUMBER: 48-0726734<br>BENNIE O DICK JR MELBA M GENTRY &<br>BETTY J DICK<br>HWY 24<br>ROSSVILLE KS 66533-0000 | | | | | | |
| 1966 | | | 38.63 | | $ | 38.63 |
| EMPLOYER NUMBER: 48-0561807<br>SUE KAY MAR<br>BOX 878<br>MANHATTAN KS 66502-0000 | | | | | | |
| 1966 | | | | 157.55 | $ | 157.55 |
| 1967 | | | 457.50 | | $ | 457.50 |
| EMPLOYER NUMBER: 48-0690353<br>PALACE DRUG COMPANY INC<br>KELLSTROM PHARMACY<br>1860 CLAFLIN RD<br>MANHATTAN KS 66502-3413 | | | | | | |
| 1966 | | | | 105.50 | $ | 105.50 |
| 1967 | 322.50 | | | | $ | 322.50 |
| EMPLOYER NUMBER: 48-0727008<br>MR BS INC<br>914 REDWOOD<br>JUNCTION CITY KS 66441-0000 | | | | | | |
| 1967 | | 188.75 | 64.00 | | $ | 252.75 |
| EMPLOYER NUMBER: 48-0699620<br>HUGH A JONES<br>PALACE TAVERN<br>509 MAPLE ST<br>JUNCTION CITY KS 66441-0000 | | | | | | |
| 1967 | | | 102.00 | | $ | 102.00 |

A-1826 ITEMIZED STATEMENT OF EARNINGS JOB:
ERSION 1984.002 * * * FOR SSN 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 * * *

EMPLOYER NUMBER: 84-0509873
SEAL & SEAL
TRAILS END MOTEL
2010 E 4TH ST
PUEBLO CO 81001-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1969 | | 210.64 | 77.50 | | $ | 288.14 |

EMPLOYER NUMBER: 84-0574976
WEE GS INC
WEE GS
517 E PIKES PEAK AVE
COLORADO SPRINGS CO 80903-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1969 | | 61.25 | | | $ | 61.25 |

EMPLOYER NUMBER: 75-0584290
PIKES PEAK DRUMSTICK INC
C-O JACK HAYES
3100 PLAINS BLVD
AMARILLO TX 00000-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1969 | | | 120.66 | | $ | 120.66 |

EMPLOYER NUMBER: 48-0465606
WE WAREHAM HARRY WAREHAM RALPH
WAREHAM & BLAKE WAREHAM
WAREHAM HOTEL COMPANY
418 POYNTZ AV BOX 398
MANHATTAN KS 66502-0000

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1971 | | | | 616.40 | $ | 616.40 |
| 1972 | 316.80 | | | | $ | 316.80 |

EMPLOYER NUMBER: 73-0724189
COLONIAL MANOR NURSING HOME INC
1815 E SKELLY DR
TULSA OK 74105-5919

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1973 | 36.00 | | | | $ | 36.00 |

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER: 73-0544137
LEO WALLER
LOTTA BURGERS & WALLER PRODUCTS CO
1635 S HARVARD
TULSA OK 74112-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| 1974 | 109.50 | | | | $ | 109.50 |

EMPLOYER NUMBER: 95-1478014
LOUIS FISHMAN
EDER MANAGEMENT CO
% HENRY A PLATTNER 208
439 S LA CIENEGA BLVD
LOS ANGELES CA 90048-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| 1974 | 10.40 | | | | $ | 10.40 |

EMPLOYER NUMBER: 95-2051630
ARAMARK SERVICES INC
PO BOX 13477
PHILADELPHIA PA 19101-3477

| | | | | | | |
|---|---|---|---|---|---|---|
| 1978 | - | - | - | - | $ | 3,385.59 |
| 1979 | - | - | - | - | $ | 1,320.86 |

EMPLOYER NUMBER: 23-2181588
ARAMARK MAGAZINE & BOOK SERVICES
1101 MARKET ST 25TH FLR
PHILADELPHIA PA 19107-2934

| | | | | | | |
|---|---|---|---|---|---|---|
| 1984 | - | - | - | - | $ | 1,803.18 |
| 1985 | - | - | - | - | $ | 7,539.72 |

EMPLOYER NUMBER: 73-0536810
T G & Y STORES CO BANKRUPTCY
TAX DEPARTMENT
2955 E MARKET ST
YORK PA 17402-2408

| | | | | | | |
|---|---|---|---|---|---|---|
| 1984 | - | - | - | - | $ | 523.72 |

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| EMPLOYER NUMBER: 73-1201781<br>OSAGE SENIOR CITIZENS MULTI PURPOSE<br>BOX 2<br>OSAGE OK 74054-0002 | | | | | |
| 1985 | - | - | - | - | $ 1,026.00 |
| EMPLOYER NUMBER: 73-1242962<br>12 & 12 INC<br>6333 E SKELLY DR<br>TULSA OK 74135-6106 | | | | | |
| 1987 | - | - | - | - | $ 2,075.00 |
| EMPLOYER NUMBER: 73-0535749<br>PONCA CITY COUNTRY CLUB<br>1101 N PECAN RD<br>PONCA CITY OK 74604-4115 | | | | | |
| 1988 | - | - | - | - | $ 704.27 |
| EMPLOYER NUMBER: 73-0688300<br>BILLY J & PHYLLIS NIMMO<br>1123 N 14TH<br>PONCA CITY OK 74601-2956 | | | | | |
| 1988 | - | - | - | - | $ 640.91 |
| 1989 | - | - | - | - | $ 1,616.96 |
| EMPLOYER NUMBER: 73-1337925<br>NIMMO INC<br>1123 N 14TH<br>PONCA CITY OK 74601-2956 | | | | | |
| 1989 | - | - | - | - | $ 2,120.05 |

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER: 84-1103135
MTR GAMING GROUP INC & SUBSIDIARIES
RR 2
CHESTER WV 26034-9802

| | | | | | | |
|---|---|---|---|---|---|---|
| 1990 | - | - | - | - | $ | 9,837.54 |
| 1991 | - | - | - | - | $ | 3,646.47 |

EMPLOYER NUMBER: 33-0207142
STERLING SECURITY SERVICES INC
% JOHN F SCHAFFER PRES
7263 ENGINEER RD STE D
SAN DIEGO CA 92111-1415

| | | | | | | |
|---|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ | 34.97 |

EMPLOYER NUMBER: 33-0383503
NORTHEASTERN SECURITY SERVICE
PO BOX 1551
BONSALL CA 92003-1551

| | | | | | | |
|---|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ | 127.50 |

EMPLOYER NUMBER: 36-3179778
BURNS INTERNATIONAL SECURITY
SERVICES CORP
% TAX DEPT
TWO CAMPUS DRIVE PO BOX 330
PARSIPPANY NJ 07054-0330

| | | | | | | |
|---|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ | 4,999.55 |

EMPLOYER NUMBER: 95-2305210
SHIELD SECURITY INC
ED KLOSTERMAN
1063 N GLASSELL ST
ORANGE CA 92867-5602

| | | | | | | |
|---|---|---|---|---|---|---|
| 1993 | - | - | - | - | $ | 2,533.13 |

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|
| 1994 | - | - | - | - | $ | 5,392.69 |

EMPLOYER NUMBER: 85-0396385
DEMING VENTURES PARTNERSHIP
BEST WESTERN MIMBRES VALLEY INN
% MICHAEL P CLUTE
PO BOX 550
MESILLA NM 88046-0550

| | | | | | | |
|---|---|---|---|---|---|---|
| 1994 | - | - | - | - | $ | 550.38 |
| 1995 | - | - | - | - | $ | 1,689.38 |
| 1996 | - | - | - | - | $ | 3,524.07 |

EMPLOYER NUMBER: 85-0353092
DEMING HOME CENTER INC
4615 COLUMBUS RD SE
DEMING NM 88030-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| 1995 | - | - | - | - | $ | 2,667.03 |

EMPLOYER NUMBER: 85-0113644
LAMAR ADVERTISING SOUTHWEST INC
PO BOX 66338
BATON ROUGE LA 70896-6338

| | | | | | | |
|---|---|---|---|---|---|---|
| 1996 | - | - | - | - | $ | 2,189.02 |
| 1997 | - | - | - | - | $ | 3,266.10 |

EMPLOYER NUMBER: 85-6014303
DEMING LODGE NO 2088
LOYAL ORDER OF MOOSE
2088
PO BOX 1267
DEMING NM 88031-1267

| | | | | | | |
|---|---|---|---|---|---|---|
| 1996 | - | - | - | - | $ | 216.54 |

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER: 36-2062697
AMERICAN DRUG STORES INC
% ATTN TAX ACCOUNTING
PO BOX 20
BOISE ID 83726-0020

| | | | | | | |
|---|---|---|---|---|---|---|
| 1997 | - | - | - | - | $ | 1,640.56 |
| 1998 | - | - | - | - | $ | 512.08 |

EMPLOYER NUMBER: 48-0195947
DICKINSON THEATRES INC
6801 W 107TH ST
OVERLAND PARK KS 66212-1825

| | | | | | | |
|---|---|---|---|---|---|---|
| 1997 | - | - | - | - | $ | 407.19 |

EMPLOYER NUMBER: 48-0222760
FLEMING COMPANIES INC
KORS ROBERT A DEBTOR IN POSSESSION
5801 N BROADWAY STE 100
OKLAHOMA CITY OK 73118-7482

| | | | | | | |
|---|---|---|---|---|---|---|
| 1997 | - | - | - | - | $ | 4,782.76 |
| 1998 | - | - | - | - | $ | 6,349.50 |

EMPLOYER NUMBER: 48-0828198
TOPEKA SERVICES INC
MANPOWER INC
MANPOWER 2901 SW BURLINGAME ROAD
TOPEKA KS 66611-0000

| | | | | | | |
|---|---|---|---|---|---|---|
| 1997 | - | - | - | - | $ | 215.63 |

EMPLOYER NUMBER: 48-1068636
KANSAS PERSONNEL SERVICES INC
% KEY PERSONNEL
2815 SW WANAMAKER RD
TOPEKA KS 66614-4267

| | | | | | | |
|---|---|---|---|---|---|---|
| 1997 | - | - | - | - | $ | 1,110.20 |

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER: 48-1140944
PAYLESS SHOESOURCE DISTRIBUTION INC
PO BOX 1249
TOPEKA KS 66601-1249

| | | | | | |
|---|---|---|---|---|---|
| 1997 | - | - | - | - | $ 253.45 |

EMPLOYER NUMBER: 85-0374450
MOTEL MANAGEMENT ASSOCIATION LLC
CLUTE MICHAEL P GEN PTR
PO BOX 550
MESILLA NM 88046-0550

| | | | | | |
|---|---|---|---|---|---|
| 1997 | - | - | - | - | $ 343.19 |

EMPLOYER NUMBER: 48-1182735
LINDYS INC
% KENT LINDEMUTH
4350 NW GREENHILLS PL
TOPEKA KS 66618-1631

| | | | | | |
|---|---|---|---|---|---|
| 1998 | - | - | - | - | $ 6,855.16 |

EMPLOYER NUMBER: 41-1426933
SAGEBRUSH CORPORATION
3601 MINNESOTA DR STE 550
MINNEAPOLIS MN 55435-5848

| | | | | | |
|---|---|---|---|---|---|
| 1999 | - | - | - | - | $ 13,243.08 |
| 2000 | - | - | - | - | $ 2,949.00 |

EMPLOYER NUMBER: 48-1143293
NATIONWIDE LEARNING RESOURCES INC
PO BOX 19244
TOPEKA KS 66619-0244

| | | | | | |
|---|---|---|---|---|---|
| 1999 | - | - | - | - | $ 2,504.00 |

| YEAR | JAN - MARCH | APRIL - JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER: 48-0845993
WALTHERS OIL COMPANY
2599 US HIGHWAY 36
CUBA KS 66940-8083

| | | | | | | |
|---|---|---|---|---|---|---|
| 2002 | - | - | - | - | $ | 3,203.89 |
| 2003 | - | - | - | - | $ | 7,287.12 |

EMPLOYER NUMBER: 80-0002436
RENO HOLDINGS INC
PO BOX 19332
TOPEKA KS 66619-0332

| | | | | | | |
|---|---|---|---|---|---|---|
| 2002 | - | - | - | - | $ | 48.00 |

EMPLOYER NUMBER: 71-0794409
WAL-MART ASSOCIATES INC
702 SW 8TH STREET
BENTONVILLE AR 72716-6209

| | | | | | | |
|---|---|---|---|---|---|---|
| 2005 | - | - | - | - | $ | 6,808.92 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER 2004 MAY NOT BE SHOWN, OR ONLY PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 010 END

EMPLOYMENT RECORDS

SAGEBRUSH CORP.