74360

(Do Not Write In This Box)

66 000094

# CERTIFICATE OF STILLBIRTH (FETAL DEATH)

KANSAS STATE BOARD OF HEALTH
Division of Vital Statistics

1966-56

Registrar's Number 81-B

1. PLACE OF DELIVERY a. County: Riley 0812

b. City, Town, or Location: Manhattan

c. Is Place of Delivery Inside City Limits? Yes [X] No [ ]

d. Name of Hospital or Institution (If not in Hospital, give Street Address): 2 Memorial Hospital 3

2. USUAL RESIDENCE OF MOTHER a. State: [redacted] b. County: [redacted] 0812

c. City, Town, or Location: [redacted]

d. Is Residence Inside City Limits? Yes [X] No [ ]

e. Street Address: [redacted]

f. Is Residence On a Farm? Yes [ ] No [X]

THE CHILD

3. NAME (if given) First: Randy Middle: Lee Last: Rignell

4. SEX: Male

5a. THIS BIRTH Single [X] Twin [ ] Triplet [ ]

5b. IF TWIN OR TRIPLET (this child born) 1st [ ] 2nd [ ] 3rd [ ]

6. DATE OF BIRTH (Month) (Day) (Year): [redacted]

FATHER

7. NAME (First) (Middle) (Last): INFORMATION WITHHELD

8. COLOR OR RACE:

9. AGE: Years

10. BIRTHPLACE (State or Foreign Country):

11a. USUAL OCCUPATION:

11b. Kind of Business or Industry:

MOTHER

12. MAIDEN NAME (First) Judy (Middle) Karen (Last) Rignell

13. COLOR OR RACE: White

14. AGE: 18 Years

15. BIRTHPLACE (State or Foreign Country): Kansas

16. PREVIOUS DELIVERIES TO MOTHER (Do NOT Include This Child)

a. How many children are now living? 0

b. How many children were born alive but are now dead? 0

c. How many previous fetal deaths (fetuses born dead at ANY time after conception)? 0

17. INFORMANT: Judy Karen Rignell

18. MEDICAL CERTIFICATION

CAUSE OF FETAL DEATH

I. DIRECT CAUSE — State fetal or maternal condition directly causing fetal death (do not use such terms as stillbirth or prematurity). (a) Unknown [illegible] cord and neck

ANTECEDENT CAUSES — State fetal and/or maternal conditions, if any, giving rise to the above cause (a) stating the underlying cause last.

Due to (b)

Due to (c) [illegible]

II. OTHER SIGNIFICANT CONDITIONS of fetus or mother which may have contributed to fetal death, but, in so far as is known, were not related to direct cause of fetal death. [illegible] before [illegible], 74360

I hereby certify that this child was born dead on the date stated above.

19a. SIGNATURE: [illegible signature]

19b. ATTENDANT AT BIRTH M.D. [X] D.O. [ ] OTHER (Specify)

19c. ADDRESS: [redacted]

19d. DATE SIGNED: 14 March 65

20a. Burial, Cremation, Removal (Specify): Burial

20b. DATE: March 14 1966

20c. Name of Cemetery or Crematory: Sunset Cemetery

20d. Location (City, Town, or County) (State): [redacted]

21a. Date Rec'd by Local Registrar: 3-15-66

21b. Registrar's Signature: [illegible] Wesche 8173

22. Funeral Director: 07-1-3 Yorgensen-Cowan-Edwards Address: Manhattan, Ks

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2005 DEC 29 PM 3:54

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02860198

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**