STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

- - - - - - - - - - -

Leo M. Barabash,

Plaintiff,

-vs-

Judy Barabash,

Defendant.

- - - - - - - - - - -

350741

D E C R E E

[illegible] 247 [illegible] [illegible]

Pursuant to the Findings of Fact, Conclusions of Law and Order for Judgment entered herein on the 17 day of March, 1967, it is hereby

ORDERED, ADJUDGED and DECREED

I.

The bonds of matrimony now and heretofore existing between the parties are hereby forever dissolved.

II.

Defendant shall have no alimony, either past, present or future.

III.

Each of the parties shall have the personal property presently in his and her respective possession.

Dated this 17 day of March.

BY THE COURT

E. J. FITZGERALD, Clerk

BY: [signature]

Deputy

FORM APPROVED: [signature]

Judge of District Court

[illegible] 247 [illegible] 41

LYNAE K.E. OLSON, Court Administrator, Ramsey County, State of Minnesota, does hereby certify that the attached instrument is a true and correct copy of the original on file and of record in my office.

Dated this 20th day of March, 2007
LYNAE K.E. OLSON, Court Administrator
By Kari D Brown Deputy
File No. 350741

STATE OF MINNESOTA

COUNTY OF RAMSEY

DISTRICT COURT

SECOND JUDICIAL DISTRICT

- - - - - - - - - - -

Leo M. Barabash,

Plaintiff,

-vs-

Judy Barabash,

Defendant.

- - - - - - - - - - -

#350741

FINDINGS OF FACT

CONCLUSIONS OF LAW

ORDER FOR JUDGMENT

The above entitled action came on for trial before the undersigned Judge of the above Court in the Court House in the City of Saint Paul, Minnesota, on the 17 day of March, 1967.

Plaintiff appeared personally and was represented by his attorney, Joseph A. Rheinberger. There was no appearance by defendant, she having previously entered into a Stipulation on file herein, and the matter was tried by default. The Court having heard the evidence of plaintiff and his witnesses, having consulted all the files and records herein, and being fully advised in the premises, makes the following

F I N D I N G S O F F A C T

I.

The true and correct names of the parties are as set forth in this caption; the plaintiff's age is twenty-one (21) years and the defendant's age is nineteen (19) years.

II.

Plaintiff and defendant were intermarried at Manhattan, Kansas, on the 9th day of June, 1966, and since that date they have been, and are now, husband and wife.

III.

There is no issue of this marriage.

IV.

Plaintiff is now, and for more than one year immediately preceeding the filing of this Complaint and the commencement of this action has been, a resident of the County of Ramsey and State of Minnesota.

V.

That during the course of this marriage, defendant has treated plaintiff in a cruel and inhuman manner, as a result of which plaintiff has been made to suffer mental anguish, and a continuance of this marriage will result in his suffering further mental anguish.

VI.

The parties are the owners of no real estate or significant personal property.

VII.

Defendant is healthy, gainfully employed, and capable of supporting herself.

VIII.

The parties have entered into a Stipulation, wherein defendant waived all rights to alimony, past, present and future, and wherein each of the parties shall have exclusive ownership of that portion of the personal property presently in his and her respective possession.

## C O N C L U S I O N S O F L A W

I.

Plaintiff is entitled to judgment of this Court awarding him an absolute divorce dissolving the bonds of matrimony now and heretofore existing between the parties.

II.

Plaintiff is entitled to judgment that defendant shall have no alimony herein, either past, present or future.

III.

The parties are entitled to judgment that each may keep that portion of the personal property presently in his and her respective possession.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated this 17 day of March, 1967.

[signature]

Judge of District Court

Case 4:12-cv-08001-GAF Document 154-27 Filed 09/03/15 Page 4 of 5

LYNAE K.E. OLSON, Court Administrator, Ramsey County, State of Minnesota, does hereby certify that the attached instrument is a true and correct copy of the original on file and of record in my office.

Dated this 20th day of March, 2007

LYNAE K.E. OLSON, Court Administrator

By Karen D Baun Deputy

File No. 350741