| | | |
|---|---|---|
| 115070 AUG 17 1971<br>LOCAL FILE NUMBER | KANSAS STATE DEPARTMENT OF HEALTH<br>Division of Vital Statistics | 71 005093<br>STATE FILE NUMBER |

# ABSOLUTE DIVORCE OR ANNULMENT

| | | | |
|---|---|---|---|
| HUSBAND—NAME FIRST<br>1. Joh[redacted] | MIDDLE<br>J[redacted]seph | LAST<br>Hedberg, aka (Patterson) | |
| RESIDENCE—STATE<br>2a. Kansas | COU[redacted]<br>2b. Riley | CITY, TOWN, OR LOCATION<br>2c. Ft. Riley | INSIDE CITY LIMITS (SPECIFY YES OR NO)<br>2d. No |
| STREET AND NUMBER<br>2e. | | STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY)<br>3. Washington | DATE OF BIRTH (MONTH, DAY, YEAR)<br>4. June 15, 1942 |
| WIFE—NAME FIRST<br>5a. Judy | MIDDLE<br>Kare[redacted] | LAST<br>Hedberg | MAIDEN NAME<br>5b. Rignell |
| RESIDENCE—STATE<br>6a. Kansas | COUNTY<br>6b. Shawnee | CITY, TOWN, OR LOCATION<br>6c. Rossville | INSIDE CITY LIMITS (SPECIFY YES OR NO)<br>6d. yes |
| STREET AND NUMBER<br>6e. Box 93 | | STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY)<br>7. Kansas | DATE OF BIRTH (MONTH, DAY, YEAR)<br>8. Mar. 18, 1947 |
| PLACE OF THIS MARRIAGE—COUNTY<br>9a. Miami | STATE (IF NOT IN U.S.A., NAME COUNTRY)<br>9b. Oklahoma | DATE OF THIS MARRIAGE (MONTH, DAY, YEAR)<br>9c. Aug 4, 1967 | APPROXIMATE DATE COUPLE SEPARATED (MONTH, YEAR)<br>10. Dec. 1969 |
| LIVING CHILDREN—TOTAL NUMBER<br>11a. Two | UNDER 18 YEARS [redacted] AGE<br>2 | PLAINTIFF HUSBAND, WIFE, OTHER (SPECIFY)<br>12. wife | |
| ATTORNEY FOR PLAINTIFF—NAME<br>13a. George R. Remer | | ADDRESS (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP)<br>13b. Silver Lake, Kansas | |
| I CERTIFY THAT THE MARRIAGE OF THE ABOVE NAMED PERSONS WAS DISSOLVED ON: MONTH DAY YEAR<br>14a. 7 13 1971 | | TYPE OF DECREE—ABSOLUTE DIVORCE OR ANNULMENT (SPECIFY)<br>14b. Divorce | DECREE GRANTED TO HUSBAND, WIFE, OTHER (SPECIFY)<br>14c. wife |
| LEGAL GROUNDS FOR DECREE (SPECIFY)<br>14d. Incompatibility | | COUNTY OF DECREE<br>14e. Shawnee | DATE OF RECORDING (MONTH, DAY, YEAR)<br>14f. Aug. 2, 1971 |
| COURT OFFICIAL—SIGNATURE<br>14g. Lucille Wm. Carter | | TITLE OF COURT OFFICIAL<br>14h. Clerk Dist. Court | COURT—NAME<br>14i. Dist. Court-Div. 1. |

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2006 APR 12 PM 1:57

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02165443

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

115070 AUG 17 1971

LOCAL FILE NUMBER

KANSAS STATE DEPARTMENT OF HEALTH

Division of Vital Statistics

# ABSOLUTE DIVORCE OR ANNULMENT

71 005093

STATE FILE NUMBER

| Field | Value |
|---|---|
| 1. HUSBAND—NAME (First / Middle / Last) | Joh[redacted] Joseph Hedberg, aka (Patterson) |
| 2a. RESIDENCE—STATE | Kansas |
| 2b. COU[redacted] | Riley |
| 2c. CITY, TOWN, OR LOCATION | Ft. Riley |
| 2d. INSIDE CITY LIMITS (SPECIFY YES OR NO) | No |
| 2e. STREET AND NUMBER | |
| 3. STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) | Washington |
| 4. DATE OF BIRTH (MONTH, DAY, YEAR) | June 15, 1942 |
| 5a. WIFE—NAME (First / Middle / Last) | Judy Karen Hedberg |
| 5b. MAIDEN NAME | Rignell |
| 6a. RESIDENCE—STATE | Kansas |
| 6b. COUNTY | Shawnee |
| 6c. CITY, TOWN, OR LOCATION | Rossville |
| 6d. INSIDE CITY LIMITS (SPECIFY YES OR NO) | yes |
| 6e. STREET AND NUMBER | Box 93 |
| 7. STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) | Kansas |
| 8. DATE OF BIRTH (MONTH, DAY, YEAR) | Mar. 18, 1947 |
| 9a. PLACE OF THIS MARRIAGE—COUNTY | Miami |
| 9b. STATE (IF NOT IN U.S.A., NAME COUNTRY) | Oklahoma |
| 9c. DATE OF THIS MARRIAGE (MONTH, DAY, YEAR) | Aug 4, 1967 |
| 10. APPROXIMATE DATE COUPLE SEPARATED (MONTH, YEAR) | Dec. 1969 |
| 11a. LIVING CHILDREN—TOT[redacted] NUMBER | Tw[redacted] |
| 11b. [redacted]NDER 18 YEARS [redacted] AGE | 2 |
| 12. PLAINTIFF (HUSBAND, WIFE, OTHER (SPECIFY)) | wife |
| 13a. ATTORNEY FOR PLAINTIFF[redacted] NAME | George R. Remer |
| 13b. ADDRESS (STREET OR R.F.D. NO., CITY OR TOWN, STATE, ZIP) | Silver Lake, Kansas |
| 14a. I CERTIFY THAT THE MARRIAGE OF THE ABOVE NAMED PERSONS WAS DISSOLVED ON: (MONTH / DAY / YEAR) | 7 [redacted] 1971 |
| 14b. TYPE OF DECREE—ABSOLUTE DIVORCE OR ANNULMENT (SPECIFY) | Divorce |
| 14c. DECREE GRANTED TO HUSBAND, WIFE, OTHER (SPECIFY) | wife |
| 14d. LEGAL GROUNDS FOR DECREE (SPECIFY) | Incompatibility |
| 14e. COUNTY OF DECREE | Shawnee |
| 14f. DATE OF RECORDING (MONTH, DAY, YEAR) | Aug. 2, 1971 |
| 15a. COURT OFFICIAL—SIGNATURE | Lucile(?) ... Carter |
| 15b. TITLE OF COURT OFFICIAL | Clerk Dist. Court |
| 15c. COURT—NAME | Dist. Court-Div. 1. |

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2006 APR 12 PM 1:56

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02165444

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**