# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 02/17/2005

Patty Renee Baldwin, date of birth June 3, 1970, social security account number 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, home address 711 Elm Street, P.O. Box 173, Nortonville, Kansas, 66060, cell phone number 913-426-3903 was advised of the identity of the interviewing Agents and the purpose of the interview. Baldwin then provided the following information:

Baldwin said that Lisa Montgomery is "nuts but she is not nuts." Baldwin elaborated that she believes Lisa knew what she was doing and that she did not think Lisa was schizophrenic-type, "nuts". Baldwin further stated Lisa had a tubal ligation in 1990.

Baldwin currently attends Cosmetology School at the American Academy of Hair Design located at 37th and Topeka Boulevard in Topeka, Kansas. She was 11 days from graduation at the time of the interview.

Baldwin was born in Forbes Field, Topeka. Montgomery and Baldwin never got along growing up as children. Patty was a cheerleader and was athletic and into sports. Lisa on the other hand, was more of a book worm and was nerdy. About the time they lived in Sperry, Oklahoma Lisa became, "scummy" and more of a "slut". Patty tried hard to stay out of trouble and Lisa claimed that she was an "ass kisser". Lisa was disrespectful towards their mother. Lisa had Desiree when Patty was approximately 16 years old. She tried hard to have a relationship with Lisa at this time, but to no avail. Their sibling rivalry has continued through adulthood.

In High School Lisa tried hard to get attention by being sexually active with guys. Baldwin advised that Lisa spoke frequently about her sexual exploits, but Baldwin did not know if they were true or not. Lisa was a judge in an oral "big penis contest" that involved a guy Patty was interested in as a contestant. Lisa rubbed this in Baldwin's face.

The night before Judy Shaughnessy married Richard Bowman, Lisa and Baldwin snuck out of the house. Lisa was 18 years old at the time and felt she did not have to do what her mother said. Lisa left Baldwin and Leslie, last name unknown (LNU), at a lake for three hours that night while she went "parking" with Mike LNU.

Investigation on 01/28/2005 at Topeka, Kansas

File # 7C-KC-88014 Date dictated 02/02/2005

by SA Arch Glenn Gothard, IV:lal
SA Dirk Tarpley

02081

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



MONTGOMERY

When they returned home and tried to sneak back through the window their mother caught them and they got into big trouble. Baldwin did not want to tell on Lisa because Lisa was involved with Carl Boman at the time and she did not want to hurt him.

At one point Lisa started using Kleiner as a last name. Jack Kleiner beat both Montgomery and Baldwin when they were children. He hit them with a closed fist and choked them. Baldwin did not see Kleiner beat his own children, but he did not hesitate to beat the rest of them. At one point DHS was notified of the abuse while they were living in Sperry, Oklahoma. DHS called to announce that they would be visiting the residence and Jack Kleiner threatened Baldwin with more physical abuse if she told DHS the truth. When DHS arrived Baldwin told them that marks on her neck were from a rope burn rather than abuse.

On one occasion when they were living in Modesto, California Baldwin and Lisa were arguing over whose turn it was to wash the dishes. Kleiner sent them out to the garage to fight and told them not to come back until one of them "had drawn blood." Montgomery picked up a broom and hit Baldwin with it.

Baldwin recounted memories of Kleiner telling them to go into the bathroom, pull their pants down, bend over the tub, and wait for a beating. Baldwin remembered this practice continuing even when Lisa was as old as 15. She said she hated Jack Kleiner and she had a horrible childhood with him in her life. Kleiner used belts on them and he punched and slapped them. Lisa reacted submissively and put up with the abuse, while Baldwin on the other hand, resisted and tried to get away. Lisa claimed if she had not been submissive, Kleiner would have gone after Baldwin, but Baldwin never believed this excuse.

Eventually Kleiner's abuse towards Lisa became sexual. Baldwin believes this started as abuse and was non-consensual early on. When Lisa was older things seemed more consensual. When Lisa was approximately 15 years old, Kleiner built an addition onto their trailer so that Lisa could have her own room. He claimed he built the addition because Lisa needed her privacy, but Baldwin believes the addition was really for Kleiner. Since the addition was on the side of the trailer in proximity to where the bathroom window had been, a person could look through the window in the bathroom and see into Lisa's bedroom. One night Baldwin looked through this window and saw Lisa on top of Kleiner and she was naked from the waist up. They were covered by bedding from the

waist down. They were having what appeared to be consensual sex. Baldwin was 13 at the time and went to tell her mother about what had happened, however, her mother did not believe her. Approximately three or four days later, Baldwin's mother caught Kleiner and Lisa together and she packed up the kids and they all moved out.

Baldwin now suspects that the timing of when Lisa started becoming more sexually active in school coincides with the time that she suspects that Kleiner started sexually abusing Lisa. By the time she was 15 years old, Montgomery was very sexually active.

Lisa was not faithful to Carl Bowman when she was dating him. Lisa accused Baldwin and Bowman of wanting each other and having sex, however, they never did. Baldwin always considered Bowman to be her brother and said that she still loves him as a brother currently. Bowman is now extremely religious but he was not as a child. Baldwin remembered that the first time she smoked marijuana was with Bowman.

Eventually Lisa and Bowman became married and they moved into a little apartment. Baldwin sang at Montgomery's wedding and remembered that she and a girlfriend that also performed at the ceremony were laughing. This upset Montgomery and she never forgave her. At this time, there were rumors around town that Lisa was still fooling around with other men. Baldwin advised that Kayla does not look like Carl Bowman at all and that Bowman had told her he was not sexually active with Montgomery when she got pregnant with Kayla. Baldwin said that Bowman knows Kayla is not his but will not say who the father is. It was not uncommon for Lisa to take off and come back days or weeks later. Kayla was born very pre-mature and could fit in the palm of Bowman's hand when she was born. Baldwin remembered Lisa being very self-centered even after the birth of Kayla. She made statements to the effect of "what about me?" When Bowman was at Imperial Beach in San Diego for a time, Lisa was messing around with other men.

In approximately December of 1991 or 1992, Baldwin moved to Ohio to get away from her family and stayed away until approximately 2002. Until approximately 2002, Baldwin was married to Alan Baldwin, a man that was very involved in the church. They had Kaylee together. Baldwin had previously been married to Mike Harness and they had a daughter Karen together. Karen is approximately 16 years old. Baldwin additionally has a daughter named Jessica who lives in Florida with her father, Troy McCall.

In approximately 2002, after Alan Baldwin had filed for divorce, Baldwin moved back to Lyndon, Kansas to be close to her family. She rented a house on Ash Street and became friends with Lisa Green. Baldwin said she always played the peacemaker role. Lisa Montgomery continued to be manipulative and lied to all of them. Baldwin feels like she was always fighting with Lisa for their mother's attention. Because of this family turmoil Baldwin moved out of Lyndon, Kansas.

Baldwin recalled a time when she returned from Ohio to visit at a family reunion in Riley, Kansas, in approximately 1996. Kaylee was about one and one half to two months old at the time. Lisa and Baldwin got into a fight because Montgomery was mad that Baldwin had a baby.

There was another family reunion on Tyler Street in Topeka. This was shortly after Lisa got together with Kevin Montgomery. Lisa was not invited to this family reunion. Baldwin went to Oklahoma and picked up Lisa's children, Desiree, Chelsea, Kayla and Carl, Jr., to take them to the reunion. Bowman was given money so that he could come to the reunion at a later time. Lisa showed up and took their kids to the park. Baldwin and Lisa got into a fight because Lisa allowed the kids to talk to some unknown adult males that were working on their vehicle.

When Baldwin moved back to the Kansas area in 2002 she tried to make peace with Lisa. Lisa appeared to make an effort and took her to buy groceries, but this came with a price. Lisa talked bad about their mother. On an occasion when Baldwin and her boyfriend were at a restaurant with Lisa, Lisa said that she had spoke with their grandmother on the Hedberg's side and that Judy Shaughnessy had a one-night stand and Baldwin was not Hedberg's child. Lisa claimed that Baldwin was the bastard child that she always knew she was.

Around the summer of 2002, Lisa claimed to Baldwin that she was pregnant. When Baldwin confronted her, Lisa claimed she had gone to Topeka, Kansas and had her tubal ligation reversed. When asked how much it cost Montgomery said approximately $2,000 to $3,000. She would not say what medical facility she had gone to for the procedure and would not produce the doctor's name or number. Baldwin told Lisa that was funny because her cousin Wendy from Texas had gone to Tennessee to have the procedure done and it had cost approximately $10,000.

Lisa never said anything to her mother about being pregnant at this time. Supposedly she was due in February of 2003. Lisa did look as if she was pregnant, however, Baldwin knew she was not because she knew about the 1990 tubal ligation. Lisa even had a very nice nursery for a baby set up at her house.

Justin, Teddy, and Bonnie Kleiner lived with Baldwin in her house for a short period of time. The two of them were physically abusive towards each other and she told them that one of them had to go. They fought and had very poor communication skills. They all left her house and were walking down the road and Lisa came by and picked them up. They then lived with Lisa and Kevin Montgomery for a short period of time. Both Lisa and Judy Shaughnessy called SRS in Lyndon about Justin Kleiner. Teddy Kleiner had been involved with methamphetamine since he was approximately 14 years old. Baldwin believes Lisa wanted Justin. Teddy Kleiner was eventually arrested at his house in Ottawa, Kansas. Lisa contacted the DEA to obtain permission to remove items from Teddy Kleiner's house. Tommy Kleiner came over and got into an argument with Lisa but there was no physical altercation. Lisa filed charges against Tommy Kleiner. Baldwin went to Lisa's house to talk to her about the incident with Tommy Kleiner. She confronted Lisa and took that opportunity to tell Kevin Montgomery that Lisa could not get pregnant. Lisa's children were not there at the time. Baldwin said she would never say bad things about Lisa to her children. Lisa called the police and said that Baldwin had threatened her with violence. Baldwin contacted the Osage Police Department to verify what she had said and told them where they could find her, she further requested that they make a journal entry to that affect. Eventually Lisa filed for a restraining order against Baldwin and Judy Shaughnessy.

A.J. Schmidt, a DEA officer from Franklin County Kansas, read a report discussing statements made by Baldwin. Baldwin said she was never interviewed by Schmidt and that either Lisa had met with Schmidt and told him that or the DEA drafted a fraudulent report.

During one of Justin Kleiner's court hearings Desiree Bowman came up to Baldwin to talk to her. When Lisa saw this she demanded that officers of the court arrest Baldwin. Baldwin has not spoken with Lisa since their last confrontation and she does not have any desire to speak with her.

Anita Green, Tommy Kleiner's girlfriend, called Baldwin when she was on her way to school. She congratulated Baldwin on being an aunt and said that Lisa had a baby. Later that night Jerri Jo called her and told her about the news and she went to Jerri Jo's apartment. At first Baldwin thought that Lisa had bought the baby from the person who had killed Bobbie Jo Stinnett. She said that she had a hard time visualizing Lisa physically doing something like this. It did not seem real and it was hard to comprehend. She did not think that Lisa was like that but she knows that she did it and that she has confessed that she did it. Baldwin stayed at Jerri Jo Kleiner's all night and has not gone out much since. She did not want to have to deal with people talking about the matter. This incident put a huge damper on Baldwin's Christmas. She flew her children out of Kansas earlier then she had intended to for purposes of getting them away from the whole thing. They stayed with her until about January 3rd.

Baldwin said that she spoke with Karen Dillon from The Kansas City Star and that was the only person she had really talked to about the matter. Baldwin commented that the paper configured her statements in the order that they wanted to. While she did say the things the paper printed, the sequencing took them out of context.

Baldwin's current boyfriend, Jeremy Toll, has a friend named Bobby LNU who said that a girl at a party said she was with Lisa Montgomery the night the incident occurred. Baldwin agreed to try to get this woman's name and/or contact information and/or Bobby's name and contact information to provide it to SA Gothard.

Baldwin said this was a desperate act for Lisa to "save her ass." She had cried wolf so many times that she was going to have to prove it and she needed a baby to save face. Carl Bowman was going to confront her in court during the custody hearings for their children. Baldwin thought that Lisa would have bought or stolen a child, not killed for one. Baldwin said she did not think that Lisa is crazy. Baldwin said Lisa did things intentionally and she knew what she was doing.

Because Kayla was involved in the dog breeding matters with her mother she had met and knew Bobbie Jo Stinnett. Baldwin said that Lisa may have sent Kayla to Alabama because she knew Bobbie Jo Stinnett, and Lisa Montgomery was planning to do this. Baldwin felt it was very strange for a mother to leave a child with

someone else, as in the case of Kayla. Kayla was close to Lisa and was involved in the dog breeding with her.

Lisa Montgomery did not consider the repercussions on her children and her family.