NOTE — In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than three days, prior to the issuance of the license.

**Consent Affidavit — In Person (1)**

I, the undersigned, state that I am the ______ of ______ named in the above application as being of the age of ______ years, and in the presence of the issuing official, I do hereby consent to ______ marriage to ______

In the presence of EDDIE SIMPSON, Court Clerk
By ______ Deputy

Signed this ______ day of ______, 19 ______. ______ Signature

OR ______ District Judge

**Consent Affidavit — In Person (2)**

I, the undersigned, state that I am the ______ of ______ named in the above application as being of the age of ______ years, and in the presence of the issuing official, I do hereby consent to ______ marriage to ______

In the presence of EDDIE SIMPSON, Court Clerk
By ______ Deputy

Signed this ______ day of ______, 19 ______. ______ Signature

OR ______ District Judge

## MARRIAGE LICENSE

**STATE OF OKLAHOMA, COUNTY OF OTTAWA, ss** **IN DISTRICT COURT**

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY — GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. Jack Glen Kleiner of Manhattan
County of Riley, State of Kansas, Age 42, years, and
Mrs. Judy Karen Hedberg of Tulsa
County of Tulsa, State of Okla., Age 27 years, and
by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized. Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Miami, Oklahoma, this 24th day of Oct., 19 74

EDDIE SIMPSON, Court Clerk

(SEAL) By Earl Gonce Deputy

## ENDORSEMENT

By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

✓ (1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both parties.
______ (2) An order of the District Judge, with memoranda of reasons for the order dispensing with statutory requirements relative to the examination and health of either or both parties.
______ (3) An order of the District Judge, with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.
______ (4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute (43 O. S. 1961 § 3).
______ (5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute (43 O.S. Supp. 1963 § 3).

Credentials indicated above filed on this 24th day of Oct., A.D., 19 74, and thereafter said License delivered according to Law.

EDDIE SIMPSON, Court Clerk

(SEAL) By Earl Gonce Deputy

## CERTIFICATE OF MARRIAGE

**STATE OF OKLAHOMA, COUNTY OF OTTAWA, ss**

I, Rev. Carol Holden (NAME), Minister (OFFICIAL DESIGNATION), ______ (COURT OR CONGREGATION)

of Miami in Ottawa County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married on the 24th day of Oct., A. D., 19 74, at Miami, Ottawa County, State of Oklahoma, in the presence of LaVern Harris of Miami, Okla. and Norma Pyle of Miami, Okla.

My credentials of authority are recorded in Minister's Credentials ______ Book ______, at page ______ of ______ County, Oklahoma.

Rev. Carol Holden
(PERSON PERFORMING CEREMONY)

Minister
(OFFICIAL DESIGNATION)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book **49-A** at page **149**

on this the 25th day of Oct., 19 74.

EDDIE SIMPSON, Court Clerk

By Irene Jones Deputy

State of Oklahoma }
Ottawa County } ss

I, Cathy Williams, Court Clerk do hereby certify that I have compared the foregoing copy of a MARRIAGE LICENSE with book 49-A page 149

The records now remaining on file in this office and that the same is a full true and exact copy thereof.

In witness whereof I hereunto set my hand and affix my official seal this 20th day of ______, 20 ______.

CATHY WILLIAMS, Court Clerk
By [signature]