# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 04/03/2007

Jerri Jo Kleiner, self-described as a white/female, born June 26, 1975, Social Security Account Number 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, telephonically contacted the interviewing agent via his cell phone. Kleiner declined, for privacy reasons, to furnish a home address or telephone number. Kleiner advised she could always be reached through her sister, Patty Baldwin. Thereafter, Kleiner provided the following information:

In direct response to the interviewing agent's inquiry, Kleiner noted she was 99% certain that her brother, Tommy Kleiner, and his girlfriend, Nina Green, were at her house on December 16, 2004, at approximately 4:15 PM. Kleiner explained that Nina was attending the American Academy of Cosmetology in Topeka, Kansas, at that time and Tommy and Nina only had one car. Tommy drove Nina to school and then went to his job. Kleiner believed Tommy worked some of construction job at the time, but could not recall any more specific details. Nina finished school at 4:00 PM. Tommy picked up Nina from school and they both went to Kleiner's residence.

Jerri worked part time cleaning apartments at her apartment complex and Tommy helped her clean after his construction job. Jerri opined Tommy might have been cleaning an apartment for her the evening of December 16, 2007. Nina and Tommy left Jerri's apartment before Judy Shaughnessy arrived.

Kleiner further recalled that on December 16, 2004, her mother, Judy Shaughnessy, spent the night at her residence because Shaughnessy was going to buy a house and Kleiner was helping her. Kleiner estimated Shaughnessy arrived at her residence about 9:30 PM. The following morning (December 17, 2004) Kleiner and Shaughnessy went to Citizens State Bank to withdraw money to pay property taxes and someone, possibly Shaughnessy's attorney, congratulated Shaughnessy, stating he understood Lisa had her baby

Investigation on 04/03/2007 at Kansas City, Missouri (telephonically)

File # 7C-KC-88014 Date dictated 04/03/2007

by SA Kurt Lipanovich:kl

02644

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



MONTGOMERY

and Shaughnessy was a grandmother yet again. Shaughnessy's reply was Lisa either stole the baby or bought it.

Thereafter, Kleiner and Shaughnessy went to the Osage County Courthouse to pay the real estate property tax on the residence Shaughnessy was purchasing and someone told them Lisa had been there showing off her new baby. Kleiner noted neither she nor her mother believed Lisa had a baby because they knew Lisa was a liar and had previously faked pregnancies.

Later that evening, still on December 17, 2004, Shaughnessy telephoned Kleiner and told her to get on the Internet and look up a story about a pregnant woman in Missouri who was murdered and had her fetus taken. Kleiner then looked on the Internet and located the story about a pregnant woman from Skidmore, Missouri, who was murdered and her unborn fetus cut from her womb. Kleiner knew as soon as she saw the article that Lisa was committed the murder and stolen the baby. Nina Green and Tommy were at Jerri's residence when Shaughnessy called.

Jerri recalled an incident that happened earlier in December 2004. Jerri estimated that on or about December 11 or 12, she drove to Oklahoma to bring Carl Boman back to Kansas so he could attend a change a custody hearing. Boman apparently did not have a car so Jerri agreed to drive to Oklahoma and transport him to Kansas. Jerri could not recall the specific date of Boman's custody hearing. During the trip from Oklahoma to Kansas, Jerri made the comment to Carl that Lisa was either going to kill some woman for her baby or buy one because Lisa's back was up against a wall and she had to have a baby.

Jerri recalled during that same time frame, December 2004, Tommy and Lisa were not even talking to each other. Jerri did not believe Tommy had anything to do with Lisa killing Bobbie Jo and taking the baby.

Jerri related an incident which occurred in November 2003. Jerri and Shaughnessy were in Melvern, Kansas, and heard Lisa was telling people she was pregnant. Jerri and Shaughnessy stopped by Lisa's in-laws' house, one of Lisa' girls was there, and told them Lisa was not pregnant and could not become pregnant because she had her tubes tied in 1990. Lisa's in-laws accused Jerri and Shaughnessy of lying and they left.