# DECLARATION OF TOMMY LEE KLEINER

I, Tommy Lee Kleiner, declare as follows:

I am the son of Judy Shaughnessy (Rignell, Barabash, Patterson, Kleiner, Boman) and Jack Kleiner. Lisa Montgomery (Hedberg, Boman) is my half sister because we have the same mother. I was born on [redacted] so Lisa is eleven years older than me.

Lisa took care of me when I was little. I remember her feeding me, changing my diapers, bathing me and basically just taking care of me. Lisa did our laundry, cleaned and cooked for us. She was good at taking care of us, even though she was just a kid. Lisa took me to bed with her sometimes, I remember sleeping with her a lot. I was the baby of the family.

Lisa was quiet when she was a kid. She liked to be by herself and she read a lot. She was often in her own little world and she seemed to like being alone. She could read for hours and hours. My mom used to say that the house could burn down around Lisa and she wouldn't notice. My mom was right.

I remember living on the farm in Sperry. I was very young when we lived there. There was a barn that we played in. I remember drinking my dad's alcohol—I must have been three or four years old. No one seemed to notice. My dad was always drunk; he drank from the minute he got off work until he went to bed. He usually passed out sometime during the night. I remember him buying cases of vodka and other liquor. Alcohol was always around and I don't remember a time not drinking it.

My dad sometimes beat my mom. I think I was spared a lot from my dad because I was the youngest.

My mom left my dad because of his drinking and we moved in with Richard Boman. I hate Richard. He was very authoritarian, like he was still in the military. I remember going to AA meetings when I was seven or eight years old. Richard made us go because he was a recovering alcoholic.

My childhood was chaos. We moved all the time. I can't even remember how many schools I went to because we moved so often. My childhood is kind of a blur. We moved all the time. I hated it. I was never able to make any friends. I don't even remember my teachers because I never stayed in a school long enough.

My favorite memories as a child are when I went to my Aunt Alice's house. I went to stay with my Aunt Alice in the summers. I loved going to stay with her. Being at her house was so peaceful. Her daughter, my cousin Christina, is about my age so we played together a lot. Aunt Alice took us places like the movies, to play miniature golf and fishing. I was never stressed out being there. Aunt Alice's was a calm place and that is what I loved most about it.

I've been using drugs, mostly methamphetamine, since I was fifteen years old. I started using when we lived in New Mexico. I don't think my mom knew then that I was on drugs. Meth has been a big part of my life since I started using. I'm a recovering addict now and I hope I can stay clean. The best thing about meth is that it slowed me down and mellowed me. It helped my mind and thoughts slow down and I was able to manage my anger better when I was using. I'm an alcoholic too,

but I don't drink much anymore. I prefer using drugs to drinking. Drinking makes me violent and my temper and anger get worse if I'm drinking.

I was in high school and we were living in Deming, New Mexico. My mom was with Hector Ochoa at that time. I woke up one morning and my mom was gone. She left and went back to Kansas. I guess it was okay because I was tired of moving anyway, but it was scary to be left in New Mexico and not know where my mom was. Sherrie Tackitt let me move in with her when my mom left. Nick and Curtis Tackitt were my friends and Sherri was their mother. She took care of me and let me live there for a while. I got kicked out of school in New Mexico and I left not long after that.

It seemed like every time we moved, Lisa and Carl and their kids followed us. They came with us to California and New Mexico and then back and forth between California and Kansas. Why Lisa and Carl wanted to follow us to all those moves is a mystery to me. Sometimes my mom, Patty, Jerri Jo and Lisa got along and sometimes they didn't. It seemed like something was always going on with them.

Lisa and her husband, Carl Boman, and their four children also lived in Deming, New Mexico. Lisa's trailer was filthy. There were roaches in the trailer and in her car. The trailer was so dirty that I couldn't stand to be inside. I remember sleeping outside in my car instead of sleeping in Lisa's trailer. You had to clean out the seat of her car before you got into it because there wasn't any room to sit for all the trash. All of Lisa's houses and trailers were like that until she met Kevin. Sometimes the kids were hungry. I remember Desiree crying because she was

hungry so I took her with me. Lisa loved her kids but something else was on her mind a lot of the time. I'm sure having four kids was a lot for her.

Lisa had a lot of men in her life when we lived in Deming. It seemed like she was always sleeping around with someone new. To be honest, Lisa was with a lot of men throughout her entire marriage to Carl. After she married Kevin Montgomery she settled down but she still spent time with some guy that lived in the country between Melvern and Topeka, Kansas. I sold drugs to him. TK

When we lived in California Lisa dropped her kids off with my mom so she could run off with one of her boyfriends, Brett Owen. Carl came and told my mom not to let Lisa have the kids. Lisa and the boyfriend came back and there was a big altercation at church. My mom, Carl, Richard and I fled with Lisa's kids. It was terrible. I try not to remember things like that. There was a lot of screaming and yelling and fighting. My mom didn't think Lisa was capable of caring for her kids at the time. We fled California and went to my Aunt Darlene Alexander's in Texas. We stayed with Aunt Darlene for a while and then we went back to California. Eventually, Lisa got her kids back. TK

We lived on a ranch in California. Lisa, Carl and their kids lived in a house on the same property. Teddy lived there for a short time too, but he had to leave because he was going to beat Richard with a hammer. I think Patty and her daughter Karen lived ~~there~~ in California then too. Carl spent a lot of time at our house with my mom. My mom and Carl got along pretty good most of the time. TK

Lisa generally smelled of body odor and rarely bathed. She wore dirty clothes a lot of the time. I never told her she smelled bad because I didn't want to hurt her feelings, but everyone knew it and it was hard to be around her.

I helped Lisa sell some of her stuff so she could afford to leave New Mexico. Once we got a little money together we left for Kansas. Lisa and the kids were driving a Trooper and pulling a trailer. I followed them in a red Probe. We stopped somewhere in Kansas and Lisa got into a semi-truck with some guy to have sex with him. I think she took the kids into the cab with her. It was a hot day and after three or four hours, I was tired of waiting and I wanted to get on the road. Desiree came to me and told me she was hot and hungry so I told Lisa that I was taking Desiree because she wasn't fit to have her. Desiree and I drove the rest of the way to Kansas. Eventually, Lisa showed up in Kansas too. I don't know who the trucker was.

Sometimes Lisa spent a lot of time in bed. I don't know if it was because of her headaches or what the cause was. She would spend days in bed and just lay there in silence.

That Lisa has mental problems is a fact. I've known it for a long time and so has everyone else. She told everyone she was having a baby many times and honestly I think she believed it every time. We all knew she was not pregnant when she said that over the years, but she believed it just the same.

Lisa talks a lot. I mean a lot. She can talk for hours and hours. The best thing to do is ignore it because it will drive you crazy.

When Lisa married Kevin it was like a whole new life for her. Kevin's family was nice and normal and it was like Lisa who was from way down at the bottom

made it to the top. Their house was nice and clean. They had nice furniture. Kevin was making money and so was Lisa. She seemed happier than I remember her being before she married Kevin. Kevin was a mental and emotional abuser though. I don't think my sister could ever do anything well enough for Kevin or his family. It was like they knew she didn't belong.

Kevin wanted a baby and I think Lisa knew she had to give him a baby or he would leave her. I remember Kevin and Lisa talking about how Kevin wanted a baby girl. She was overwhelmed and didn't know how to get out and then all the family drama started with Teddy and Justin's custody battle. Then Lisa filed charges against me. Things just got out of control. I think being married to Kevin is what sent her over the edge because she couldn't please Kevin and that was the only thing she wanted to do. She must have snapped under the pressure of being unable to give him what he wanted.

I stayed with Lisa and Kevin in Melvern for a short time. I left because Lisa and I got into a huge fight over goat's milk. I wanted some cereal and asked Lisa for the milk and she told me the kids would be in with the milk in a minute. The kids came in from milking the goat and I flipped. The milk was gross and they all thought it was the greatest thing ever. Lisa ended up calling the cops on me and I left.

Lisa was into old-timer living when she lived in Melvern. She wore long skirts and old-timer clothes. She wasn't ever fashionable or anything, but it seemed like she was on an old-timer kick when she lived in Melvern. She did that sometimes, she would get really interested in something and spend a lot of time on it and then she wouldn't be interested anymore. Another example was when she and Carl were

living in Arkansas. All the sudden they were Mormon. I got into Lisa's car one day and there was a bible in the seat and I was like "oh this must be Lisa's thing right now."

Lisa had severe headaches ever since I can remember--at least since she and Carl were together. She would eat Tylenol after Tylenol to try and make the headache stop. Sometimes they were so painful that she would cry. I get severe headaches too.

I remember going to the hospital in Corpus Christie because I was allergic to the salt in the air. I would pass out and turn blue. Eventually they figured out I was allergic to the salt and we moved.

I was prescribed Paxil, Trazadone and Lithium when I was in jail. I think I was diagnosed as bipolar, but I'm not sure. When I was in CCA holding to testify in Lisa's trial they tried to make me take Depakote but I refused. I was in treatment for anger management with Fred Eiseland and that helped me, but I stopped going.

I have an anger problem and I go from 0 to 100 instantly when something triggers me. Being around cops is a trigger for me and I lose control and my anger takes over. I can be violent when provoked. I usually regret what I've done later, but at the time I can't even think straight. I feel my body tense up and I lose it. Drugs usually helped me manage my anger.

The last time I saw Lisa before her arrest was in court. She showed up with a mechanical baby that we all knew was Desiree's school assignment. Lisa held the baby close and covered it up with a blanket and acted like it was a real baby. It was weird and crazy.

I spent a lot of time in jail over all the charges Lisa filed against me and for a long time I was really angry with Lisa about it. I don't know why she did it, but I think it is because I look like my dad. Lisa hated my dad and I think she took it out on me by filing all kinds of false charges against me. I have forgiven her because I know she isn't right in the head and she needs help.

My recent charges involve my sister Patty Baldwin and her husband Jeremy Tull. Patty claimed that I tried to assault her and Jeremy, but it's not true. My mom has cancer and doesn't have much longer to live. Patty made those charges against me so I would go to jail [redacted] and not be around when TK when she died. I'm out now though so that isn't going to happen. I'm so thankful to be out so I can be with my mom while she is sick.

There are times when I lose consciousness for a few seconds. I know when it's coming because I get dizzy and I have a twinge in my neck, but I fall out so quickly after those feelings that I don't have time to grab something to hold onto. It happened once when I was on work release in Wichita. I fell and hit my head really hard on the concrete. It happened another time in the [redacted] Shawnee County Jail. TK

Lisa's attorneys came to see me and I didn't trust them for one second. They were shady and the FBI told me they took my cigarette butts after I met with them. They tried to make it like I was with Lisa when she did this and I wasn't. Lisa's attorneys talked with me about where I was on December 16 and who I was with. They didn't ask me about our childhood or anything else.

I love my sister. She has a lot of good qualities and I am thankful that she took care of me when I was little. She tried to get me off drugs and it isn't her fault

that I couldn't stay clean. I know that something must have gone terribly wrong in her mind for her to do this. The Lisa I know is not capable of it. She must have snapped. Lisa has had mental problems for a long time and they must have finally gotten the best of her.

I declare under the penalty of perjury under the laws of the State of Kansas and the United States that the foregoing is true as far as I know.

Dated this 8th day of February 2013.

Tommy Lee Kleiner