License No. SN1997M 000662

STATE OF KANSAS

DEPARTMENT OF HEALTH AND ENVIRONMENT

Office of Vital Statistics

97-010926

97 8301

# Marriage License

State File Number

1. GROOM'S NAME FIRST MIDDLE LAST
HECTOR DOMINGUEZ OCHOA

2. RESIDENCE–CITY OR TOWN: TOPEKA

3. COUNTY: SHAWNEE

4. STATE: KS

5. BIRTHPLACE (State or Foreign Country): NEW MEXICO

6. DATE OF BIRTH (Month, Day, Year): August 13, 1949

7. FATHER'S NAME (First, Middle, Last): RALPH OCHOA

8. BIRTHPLACE (State or Foreign Country): MEXICO

9. MOTHER'S NAME (First, Middle, Maiden Surname): MARY DOMINGUEZ

10. BIRTHPLACE (State or Foreign Country): TX

11. BRIDE'S NAME FIRST MIDDLE LAST
JUDY KAREN BOMAN

12. MAIDEN SURNAME (if different): RIGNELL

13. RESIDENCE–CITY OR TOWN: TOPEKA

14. COUNTY: SHAWNEE

15. STATE: KS

16. BIRTHPLACE (State or Foreign Country): KS

17. DATE OF BIRTH (Month, Day, Year): March 18, 1947

18. FATHER'S NAME (First, Middle, Last): NILS RIGNELL

19. BIRTHPLACE (State or Foreign Country): SWEDEN

20. MOTHER'S NAME (First, Middle, Maiden Surname): NELMA MAE SPRINGER

21. BIRTHPLACE (State or Foreign Country): KS

22. NAME OF PARENT OR GUARDIAN CONSENTING (if applicable)

**This License Authorizes the Marriage in This State of the Parties Named Above By Any Person Duly Authorized to Perform a Marriage Ceremony Under the Laws of the State of Kansas.**

23. DATE LICENSE ISSUED (Month, Day, Year): July 1, 1997

24. EXPIRATION DATE (Month, Day, Year): December 28, 1997

25. SIGNATURE OF ISSUING OFFICIAL: Cora G. Meakins

26. TITLE OF ISSUING OFFICIAL: Deputy Clerk

27. I CERTIFY THAT THE ABOVE NAMED PERSONS WERE MARRIED ON: (Month, Day, Year): 07-3-97

28. WHERE MARRIED–CITY OR TOWN: Topeka

29. COUNTY: Shawnee

30. SIGNATURE OF PERSON PERFORMING CEREMONY: Daniel L Mitchell

31. TITLE: District Judge

32. NAME OF PERSON PERFORMING CEREMONY (Please type or print): Daniel L Mitchell

33. ADDRESS OF PERSON PERFORMING CEREMONY (Street and No. or Rural Route, City or Town, State, ZIP Code): 200 E. 7th Topeka, Ks 66603

34. GROOM'S SIGNATURE: ▶ Hector D. Ochoa

35. BRIDE'S SIGNATURE: ▶ Judy K. Boman

36. SIGNATURE OF WITNESS TO CEREMONY: ▶ Denzyl V. Derry

37. SIGNATURE OF WITNESS TO CEREMONY: ▶ Alice M. Derry

Completed marriage license is to be returned to issuing District Court within 10 days after marriage:

38. DISTRICT COURT OF ISSUANCE: Third Judicial District Court Shawnee County, Kansas

39. DATE RECEIVED BY COURT OFFICIAL: 7-7-97

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2006 APR 12 PM 1:50

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02986009

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**