E

PREPARED BY:
O. W. Bobo III - #10599
Attorney at Law
[redacted]
Attorney for Petitioner

FILED BY CLERK
KS. DISTRICT COURT
THIRD JUDICIAL DIST
1999 SEP 27 P 1:26
GENERAL JURISDICTION
TOPEKA, KANSAS

IN THE DISTRICT COURT OF **SHAWNEE COUNTY,** KANSAS
DIVISION 12

In the Matter of the Marriage of

Judy Karen Ochoa and **Hector Dominquez** Ochoa

Case No. **99-D**2108

**P E T I T I O N**
**(Pursuant to Chapter 60,** K.S.A.)

COMES NOW the petitioner and for her cause of action, alleges and states:

1. That she is now and has been for more than past sixty (60) days a bona fide resident of the State of Kansas and is presently residing in Shawnee County, Kansas.

2. That the respondent is a resident of Shawnee County, Kansas, and may be served with Summons by O. W. Bobo, III, Attorney for Petitioner.

3. That the parties were married on July 3, 1997, in Topeka, Kansas, and have been since that time and are now husband and wife.

4. That no children have been born to the parties during their marriage.

5. That the basis for this action of absoiute divorce alleged by the petitioner is incompatibility.

6. Petitioner and respondent have accumulated personal property and incurred certain indebtedness during the course of

their marriage.

WHEREFORE, petitioner **prays** that she be granted a decree of divorce from the respondent, that an equitable division be made of the property and debts **of** the parties, and for such other and further relief as the Court deems just and equitable in the premises.

Judy Karen Ochoa

**Judy Karen Ochoa**

STATE OF **KANSAS** )
) ss:
COUNTY OF SHAWNEE )

Judy Karen Ochoa, of lawful age, being first duly sworn on her oath, deposes and states:

That she is the petitioner in the above-entitled matter, that she has read the above and foregoing Petition, that she is familiar **with the contents thereof and that** all statements and allegations contained therein are true and correct.

Judy Karen Ochoa

**Judy Karen Ochoa**

**SUBSCRIBED AND SWORN** to before me this 24th **day** of September, **1999.**

Janet A. Clifton

**Notary Public**

My Appointment Expires: JANET A. CLIFTON NOTARY PUBLIC State Of Kansas My Appt. Expires May 16, 2001

PREPARED BY:
O. W. Bobo III - #10599
Attorney at Law
[redacted]
Attorney for Petitioner

FILED BY CLERK
KS. DISTRICT COURT
THIRD JUDICIAL DIST

1999 SEP 27 P 1:26

GENERAL JURISDICTION
TOPEKA, KANSAS

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
DIVISION 12

In the Matter of the Marriage of

Judy Karen Ochoa and Hector Dominquez Ochoa

Case No. 99-D 2108

**PETITION**
**(Pursuant to Chapter 60,** K.S.A.)

COMES NOW the petitioner and for her cause of action, alleges and states:

1. That she is now and has been for more than past sixty (60) days a bona fide resident of the State of Kansas and is presently residing in Shawnee County, Kansas.

2. That the respondent is a resident of Shawnee County, Kansas, and may be served with Summons by O. W. Bobo, III, Attorney for Petitioner.

3. That the parties were married on July 3, 1997, in Topeka, Kansas, and have been since that time and are now husband and wife.

4. That no children have been born to the parties during their marriage.

5. That the basis for this action of absolute divorce alleged by the petitioner is incompatibility.

6. Petitioner and respondent have accumulated personal property and incurred certain indebtedness during the course of

their marriage.

**WHEREFORE**, petitioner prays that she be granted a decree of divorce from the respondent, that an equitable division be made of the property and debts of the parties, and for such other and further relief as the Court deems just and equitable in the premises.

Judy Karen Ochoa
**Judy Karen Ochoa**

STATE OF **KANSAS** )
) ss:
COUNTY OF SHAWNEE )

Judy Karen Ochoa, of lawful age, being first duly sworn on her oath, deposes **and** states:

That she is the petitioner in the above-entitled matter, that she has read the above and foregoing Petition, that she is familiar with the contents **thereof** and that all statements and allegations contained therein are true and correct.

Judy Karen Ochoa
**Judy Karen Ochoa**

**SUBSCRIBED AND SWORN** TO before me this 24th **day** of September, **1999.**

Janet A. Clifton
**Notary Public**

My Appointment Expires: JANET A. CLIFTON NOTARY PUBLIC State Of Kansas My Appt. Expires May 16, 2001

PREPARED BY:
O. W. Bobo III - #10599
Attorney at Law
[redacted]
Attorney for Petitioner

FILED KS. DISTRICT COURT THIRD JUDICIAL DISTRICT
DEC 8 8 56 AM '99
GENERAL JURISDICTION TOPEKA, KANSAS

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
DIVISION 12

In the Matter of the Marriage of
Judy Karen Ochoa and Hector Dominquez Ochoa

Case No. 99-D-2108

**JOURNAL ENTRY OF JUDGMENT AND DECREE OF DIVORCE**

NOW on this 8th day of December, 1999, the above-captioned matter comes on regularly for final hearing. The petitioner appears in person and by her attorney, O. W. Bobo, III. There are no other appearances.

After examining the Court's file, receiving the evidence and hearing statements by counsel, the Court finds as follows:

1. That the respondent has entered his Voluntary Entry of Appearance, waived the issuance of Summons to him, and waived notice of this hearing, and that the Court has jurisdiction over the parties and the subject matter of this action.

2. The statements and allegations in petitioner's Petition are true.

3. That the petitioner and respondent were married on July 3, 1997 in Topeka, Kansas, and have been since that time and are now husband and wife.

4. There were no children born to the parties during their marriage.

5. Petitioner and respondent are incompatible and the

petitioner is granted an absolute decree of divorce, setting aside and dissolving the bonds of matrimony which have existed between the parties, and holding the same for naught.

6. The petitioner and respondent have entered into a Property Settlement Agreement, dated September 24, 1999, whereby they have made an equitable division of the property and debts of their marriage and have further determined their rights and duties arising out of their marriage and subsequent separation. The Court finds this Agreement to be fair, just and equitable, and the original of said Agreement is attached hereto and incorporated into this Decree in its entirety, and is made a part hereof.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the petitioner is hereby granted an absolute Decree of Divorce from respondent, dissolving and setting aside the bonds of matrimony previously existing between them.

IT IS FURTHER ORDERED that the above findings numbered 1 through 6 shall be and do become the orders of this Court.

JUDGE OF THE DISTRICT COURT

PREPARED AND APPROVED BY:

O. W. Bobo III
Attorney for Petitioner



Case 4:12-cv-08001-GAF Document 155-3 Filed 09/03/15 Page 6 of 13

APPROV'ED:

Judy Karen Ochoa

Judy Karen Ochoa
Petitioner

Hector D. Ochoa

Hector Dominquez Ochoa
Respondent

PREPARED BY:
O. W. Bobo III - #10599
Attorney at Law
[redacted]
Attorney for Petitioner

FILED ... KS. DISTRICT COURT THIRD ... DISTRICT
DEC 8 8 56 AM '99
GENERAL JURISDICTION TOPEKA, KANSAS

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
DIVISION 12

In the Matter of the Marriage of
Judy Karen Ochoa and Hector Dominquez Ochoa

Case No. 99-D-2108

**JOURNAL ENTRY OF JUDGMENT AND DECREE OF DIVORCE**

NOW on this 8th day of December, 1999, the above-captioned matter comes on regularly for final hearing. The petitioner appears in person and by her attorney, O. W. Bobo, III. There are no other appearances.

After examining the Court's file, receiving the evidence and hearing statements by counsel, the Court finds as follows:

1. That the respondent has entered his Voluntary Entry of Appearance, waived the issuance of Summons to him, and waived notice of this hearing, and that the Court has jurisdiction over the parties and the subject matter of this action.

2. The statements and allegations in petitioner's Petition are true.

3. That the petitioner and respondent were married on July 3, 1997 in Topeka, Kansas, and have been since that time and are now husband and wife.

4. There were no children born to the parties during their marriage.

5. Petitioner and respondent are incompatible and the

petitioner is granted an absolute decree of divorce, setting aside and dissolving the bonds of matrimony which have existed between the parties, and holding the same for naught.

6. The petitioner and respondent have entered into a Property Settlement Agreement, dated September 24, 1999, whereby they have made an equitable division of the property and debts of their marriage and have further determined their rights and duties arising out of their marriage and subsequent separation. The Court finds this Agreement to be fair, just and equitable, and the original of said Agreement is attached hereto and incorporated into this Decree in its entirety, and is made a part hereof.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the petitioner is hereby granted an absolute Decree of Divorce from respondent, dissolving and setting aside the bonds of matrimony previously existing between them.

IT IS FURTHER ORDERED that the above findings numbered 1 through 6 shall be and do become the orders of this Court.

JUDGE OF THE DISTRICT COURT

PREPARED AND APPROVED BY:

O. W. Bobo III
Attorney for Petitioner

**APPROVED:**

Judy Karen Ochoa

Judy Karen Ochoa
Petitioner

Hector D. Ochoa

Hector Dominquez Ochoa
Respondent

PREPARED BY:
O. W. Bobo III - #10599
Attorney at Law
[redacted]
Attorney for Petitioner

THIRD JUDICIAL DISTRICT
DEC 8 8 56 AM '99

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
DIVISION 12

In the Matter of the Marriage of
Judy Karen Ochoa and Hector Dominguez Ochoa

Case No. 99-D-2108

**JOURNAL ENTRY OF JUDGMENT AND DECREE OF DIVORCE**

NOW on this 8th day of December, 1999, the above-captioned matter comes on regularly for final hearing. The petitioner appears in person and by her attorney, O. W. Bobo, III. There are no other appearances.

After examining the Court's file, receiving the evidence and hearing statements by counsel, the Court finds as follows:

1. That the respondent has entered his Voluntary Entry of Appearance, waived the issuance of Summons to him, and waived notice of this hearing, and that the Court has jurisdiction over the parties and the subject matter of this action.

2. The statements and allegations in petitioner's Petition are true.

3. That the petitioner and respondent were married on July 3, 1997 in Topeka, Kansas, and have been since that time and are now husband and wife.

4. There were no children born to the parties during their marriage.

5. Petitioner and respondent are incompatible and the

petitioner is granted an absolute decree of divorce, setting aside and dissolving the bonds of matrimony which have existed between the parties, and holding the same for naught.

6. The petitioner and respondent have entered into a Property Settlement Agreement, dated September 24, 1999, whereby they have made an equitable division of the property and debts of their marriage and have further determined their rights and duties arising out of their marriage and subsequent separation. The Court finds this Agreement to be fair, just and equitable, and the original of said Agreement is attached hereto and incorporated into this Decree in its entirety, and is made a part hereof.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the petitioner is hereby granted an absolute Decree of Divorce from respondent, dissolving and setting aside the bonds of matrimony previously existing between them.

IT IS FURTHER ORDERED that the above findings numbered 1 through 6 shall be and do become the orders of this Court.

JUDGE OF THE DISTRICT COURT

PREPARED AND APPROVED BY:

O. W. Bobo III
Attorney for Petitioner



Case 4:12-cv-08001-GAF Document 155-3 Filed 09/03/15 Page 12 of 13

APPROVED:

Judy Karen Ochoa
Petitioner

Hector Dominquez Ochoa
Respondent