NO. 41

Receipt No. 74141

# Marriage Record No. 112-B

SE&I No. 106 (1964)

## APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF OTTAWA, ss IN DISTRICT COURT

We, the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name DANNY LEE SHAUGHNESSY Age 49 Race W
of TOPEKA, County of SHAWNEE, State of KS.
Name MS. JUDY K. OCHOA Age 52 Race W
of TOPEKA, County of SHAWNEE, State of KS.

and for the purpose of procuring same, we do solemnly swear that the names, ages and places of residence as set out above are true and correct, as evidenced by documents described in particular as follows: Date of Birth [redacted] D.L. ☒ — B.C. ☐ Date of Birth [redacted] D.L. ☒ — B.C. ☐

and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

(X) Danny L Shaughnessy Applicant (X) Judy K. Ochoa Applicant

Subscribed and sworn to me this 14TH day of JANUARY A. D., 19 2000.

District Judge OR BEVERLY STEPP, Court Clerk
By TERESA KORONIS Deputy

NOTE — In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than three days, prior to the issuance of the license.

"I hereby waive the 72-hour waiting period between the application and issuance of the license. (43 O.S. Supp. 1989, § 5)
X ____ (Signature)" Consent Affidavit — In Person (1)

I, the undersigned, state that I am the ____ of ____ named in the above application as being of the age of ____ years, and in the presence of the issuing official, I do hereby consent to ____ marriage to ____

In the presence of BEVERLY STEPP, Court Clerk Signed this ____ day of ____, 19 ____ X ____ Signature
By ____ Deputy OR ____ District Judge

"I hereby waive the 72-hour waiting period between the application and issuance of the license. (43 O.S. Supp. 1989, § 5)
X ____ (Signature)" Consent Affidavit — In Person (2)

I, the undersigned, state that I am the ____ of ____ named in the above application as being of the age of ____ years, and in the presence of the issuing official, I do hereby consent to ____ marriage to ____

In the presence of BEVERLY STEPP, Court Clerk Signed this ____ day of ____, 19 ____ X ____ Signature
By ____ Deputy OR ____ District Judge

## MARRIAGE LICENSE

STATE OF OKLAHOMA, COUNTY OF OTTAWA, ss IN DISTRICT COURT

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY — GREETINGS:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. DANNY LEE SHAUGHNESSY of TOPEKA
County of SHAWNEE State of KS. Age 49 years, and
M MS. JUDY K. OCHOA of TOPEKA
County of SHAWNEE, State of KS. Age 52 years, and

by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized. Issued under my hand and official seal; and recorded in my Marriage Record before delivery, at Miami, Oklahoma, this 14TH day of JANUARY, 19 2000

(SEAL) BEVERLY STEPP, Court Clerk
By TERESA KORONIS Deputy

## ENDORSEMENT

By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstance indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

X (1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both parties.
____ (2) An order of the District Judge, with memoranda of reasons for the order dispensing with statutory requirements relative to the examination and health of either or both parties.
____ (3) An order of the District Judge, with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.
____ (4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute (43 O.S. Supp. 1971 § 3).
____ (5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute (43 O.S. Supp. 1971 § 3).
____ (6) Affidavit of three persons authorizing marriage of an underage person when parents are deceased or otherwise incapable of giving consent. Statute 43 O.S. Supp. 1971 § 3.
____ (7) Waiver of the seventy-two hour waiting period of an underage person executed by parent or guardian. (43 O.S. Supp. 1989 § 3).

Credentials indicated above filed on this 14TH day of JANUARY A.D., 19 2000 and thereafter said License delivered according to Law

(SEAL) BEVERLY STEPP, Court Clerk
By TERESA KORONIS Deputy

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, COUNTY OF OTTAWA, ss

I, REV. LESLIE COUCH (Name), MINISTER (Official Designation), BAPTIST (Court or Congregation)
of QUAPAW in Ottawa County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married on the 14TH day of JANUARY A.D., 19 2000 at MIAMI, Ottawa County, State of Oklahoma, in the presence of LAVERN HARRIS of MIAMI, OK
and PATRICIA JONES of MIAMI, OK.

My credentials of authority are recorded in Minister's Credentials Book 3 at page 54 of OTTAWA County, Oklahoma.

LESLIE COUCH (Person Performing Ceremony)
BAPTIST MINISTER (Official Designation)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book 112-B at page 415 on this the 18TH day of JANUARY, 19 2000.

BEVERLY STEPP, Court Clerk
By TERESA KORONIS Deputy

State of Oklahoma } SS.
Ottawa County

I, Beverly Stepp, Court Clerk, do hereby certify that I have compared the foregoing copy of a MARRIAGE LICENSE with book ____ page ____ The records now remaining on file in this office and that the same is a full, true and exact copy thereof.

In witness whereof I have hereunto set my hand and affixed my official seal this ____ day of ____, 19 ____.

BEVERLY STEPP, Court Clerk
By ____ Deputy

White's

State of Oklahoma } ss
Ottawa County

I, Cathy Williams, Court Clerk do hereby certify that I have compared the foregoing copy of a MARRIAGE LICENSE with book 112-B page 415

The records now remaining on file in this office and that the same is a full true and exact copy thereof.

In witness whereof I hereunto set my hand and affix my official seal this 20 ____ day of March, 20 06.

CATHY WILLIAMS, Court Clerk
By ____ Deputy

Case 4:12-cv-08001-GAF Document 155-4 Filed 09/03/15 Page 1 of 1