ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF JESSICA MARIE ROBINSON THOMPSON BROWN

I, Jessica Marie Robinson Thompson Brown, declare as follows:

I am the only daughter of Diane Hedberg (Bushyhead Robinson Thompson Ewing Mattingly). My mother is Lisa Montgomery's half-sister, related through their shared father, John Joseph Hedberg Patterson. Lisa Montgomery is my maternal aunt. My mother, Diane, lived with Lisa Montgomery until Diane was 8 years old and Lisa was 3 years old. My mother was adopted away from Lisa when my mother was 8 years old. My mom never saw her half-sister Lisa again, until Aunt Lisa's trial.

I attended Central Bible College in Springfield, Missouri. After college I got a job as a secretary working at the Louisville Public Defender's Office. I worked for the Public Defender's Office for two and a half years and then decided to start working for the State. I currently work for the Jefferson County, Kentucky, Department for Community Based Services in Louisville, Kentucky. I am a counselor for food stamps and for Medicaid. I work with children and with families that have children that need assistance. I am currently in school again, and will soon become a middle school science teacher. My job is rewarding and difficult at the same time. I have always wanted to help people in my job, and while I enjoy assisting families with children obtain the necessary help that they need, I want to be more hands on. That is why I decided to become a middle school teacher.

My mom, Diane, has two children. My younger brother, Jonathan Caleb Thompson, was born [redacted]. His biological father's name is John, so we all call my brother by his middle name, Caleb. Caleb and I have different fathers. I was born on [redacted] My biological father and my mom's first husband is Paul Robinson. My mom and Paul Robinson were married for only one month before they got separated and divorced. Paul Robinson is not involved at all

in my life at all, and he never was. Paul Robinson never saw me after I was born, and never assisted my mom in any way after my birth.

My mom's second husband, and my brother's biological father, is John Bernard Thompson. My mom and Caleb's dad were married for about 13 years before they got divorced. John Thompson legally adopted me, when the marriage first occurred, and after the divorce my mom had primary custody of both Caleb and me. Later my mom had sole custody of me and my mom and John had shared custody of Caleb.

After my mom and John Thompson got divorced my mother married Sam Ewing. They were married for one year before they separated. One year after they separated they were legally divorced, but they had never reconciled or gotten back together in any way during the year they were separated. My mom and Sam met at church. Sam attended the Abundant Life Assembly of God in Lebanon, Kentucky. He acted as if he was very pious. Sam acted as if he was a man of God, but it was all a lie.

Sam Ewing was very controlling of my mom. He didn't let her wear clothes that she wanted to wear, and he didn't let her go out with her friends. Sam was physically abusive of his daughter, Samantha. Samantha lived with her biological mother, but she visited us when we lived with Sam. One time Samantha was lying on the living room floor of Sam's house. Samantha and I were talking and she was relaxing on the floor. Sam walked up to her and kicked her in the side as hard as he could. Sam acted like it was no big deal, kicking his teenage daughter as hard as he could. Afterwards Sam just walked away. I remember knowing that something terrible was wrong with Sam at that point.

My mom packed up and moved out of Sam's house one night after Sam physically abused my little brother, Caleb. Caleb was 13 years old and he was cleaning his room. I was home, visiting from college. My mom and I were sitting in the living room when Sam came home. Sam decided that Caleb had not cleaned his room to Sam's exacting specifications, so he

grabbed Caleb by both shoulders and slammed his body against the wall. From where I was sitting in the living room, I looked down the hallway and saw the entire thing happen. I told my mom that Sam had just hit Caleb, and my mom jumped up and ran down the hallway. Mom and Sam got into a huge fight and Sam walked out the front door, slamming it as he left. All the glass in the front door shattered. We left that house right away, with shards of broken glass all over the floor. Mom got a restraining order against Sam, and she and Caleb moved into a little apartment. Having terrible relationships with her partners is only part of the struggle that my mom has overcome in her life.

When I was 10 years old my mom sat me down and began explaining her life to me. It didn't happen all in one night. Over the next year my mom shared all of the horrors of her childhood with me, one by one. By the time I was 11 years old I knew that my mom had been physically, verbally, emotionally and sexually abused by more than one person, over her entire childhood. I knew about things that had happened to my mom that I was too young to understand. Knowing how much my mom had overcome, seeing how hard my mom worked every day to overcome her childhood, made me so proud of my mom. My mother is the strongest person I know, and when I think about all the abuse that she overcame, I start to cry. My mom struggled and worked hard, and she is finally finding herself in a way that makes her happy. It was a 50 year journey and none of it was easy.

My mom was born on [redacted]. Her mother was Joyce Hamner Hedberg and her father is John Joseph Hedberg Patterson. Mom was born in Auburn, Washington. When mom was born her father, John, was away serving in the Army. He was stationed in Germany when mom was born. My mom lived with her mother, Joyce, for a year and a half before the State of Washington removed my mom from Joyce's home for failure to thrive and for severe neglect. My mom was a year and a half old and she had not yet learned to walk, and she wasn't even strong enough to crawl! A social worker found out about my mom's condition and removed her

from Joyce's home. The social worker helped place my mom with her biological father's parents. John's mother's name was Marie and John's step father's name was Gordon Hedberg. Mom lived with the Hedberg's for about two years. Mom loved living with the Hedberg family. Marie, my great grandma, was really kind to my mom and made sure that my mom had everything that she needed. It was the first time that my mom had been loved, well fed, and cared for properly.

Mom lived with the Hedberg's for about two years. During that time her father, John, was in the Army. He had been in Germany for a lot of that time, and then later he was stationed in Vietnam. When John got back from Vietnam he was stationed to the Army base in Fort Riley, Kansas. That's where John met his wife, Judy.

When John married Judy he decided to send for my mom. My mom was heartbroken, because all she could remember was living with the Hedberg family. John had rented a house near the Army base in Kansas, so Marie and Gordon Hedberg put my mom on a plane and she flew to Kansas. John picked her up at the airport and took her to the rented house near Fort Riley Army base.

Living with Judy was terrible. Judy was severely physically abusive to my mom, and Judy berated and yelled at my mom constantly. My mom was only three and a half years old when she arrived in Kansas, and she didn't understand Judy's verbal abuse. The Hedberg family had been kind to my mom, making Judy's verbal and mental abuse even more terrifying for my mom. Judy didn't take care of my mom. Mom was hungry all the time. Judy forced my mom into cold water showers for hours at a time as punishment. Judy found out that the smell and taste of onions make my mom gag and Judy tried to force my mom to eat onions, just to laugh at her as she sat at the table, gagging violently.

John and Judy never really lived together. John mostly lived on the Army base. Judy had lots of boyfriends that came in and out of the house. One of Judy's boyfriends sexually

molested my mom repeatedly. Judy never protected my mom from any of the boyfriend's sexual abuse, and Judy never showed my mom any real love. Judy pretended to love my mom for a minute, and get my mom to think that she was going to be hugged or kissed. Then Judy slapped my mom instead. Judy was drunk much of the time, and didn't take care of my mom the way an adult should. Judy had two little girls, Lisa and Patty, that my mom took care of constantly. My mom loved both of those little girls so much. Lisa and Patty were the joys of my mom's life. When Judy got my mom removed from the home, my mom missed Lisa and Patty terribly. My mom thought about Lisa and Patty every day for the rest of her life. When I was 10 years old and my mom started to share her life with me, explaining where she had come from, my mom explained to me how she had two beloved baby sisters that she hadn't seen since 1972. It was heartbreaking for her.

Judy sent my mom away to live in 1972, when my mom was about eight and a half years old. Mom was torn away from Patty and Lisa, as they clung to her. Judy told my mom that she was being taken away because she had been a bad girl. Can you imagine telling a little girl that? Judy was cruel. A social worker came to take my mom away from Judy's house. John was never around. He was always stationed overseas for the Army and when he did come to stay with Judy, all they did was drink and fight. When John and Judy separated Judy called the State and told them that Diane, my mom, wasn't supposed to be at the house. Judy told the State that they needed to come and get my mom and take her away, since my mom wasn't related to Judy in any way except by her former marriage to John. The State agreed with Judy and removed my mom from Judy's home. The State placed my mom with a foster family in Kansas. Zella Gwinn and her husband kept my mom for a little less than a year, and then they returned her to the State. I don't know why the Gwinn's decided not to adopt her, and I don't know if the Gwinn's know, either. About a year ago my mom and I took a trip to Kansas and we had lunch with Zella Gwinn. Zella told us that the only regret she had in her 85 year long life was NOT adopting my

mom. Zella said she no longer recalled why they hadn't adopted my mom. It was tragic to hear. If the Gwinn's had adopted my mom, it would have saved her so much pain and abuser later.

After the Gwinn's decided not to adopt my mom, a family named Borsdorf adopted my mom legally. They changed her name to Patricia Diana Borsdorf. The Borsdorf family was no better than Judy had been. They were physically abusive of my mom, as well. Eventually a neighbor took my mom, all beat up, to the police. The police removed my mom from the Borsdorf home and the State took my mom and placed her up for adoption again. The third foster family was named the Bushyhead family, and they legally adopted my mom when she was 12 years old. My mom lived with three or four foster families over three and a half years, and they were all pretty terrible except for the Gwinns. It is such a shame that the Gwinns did not adopt her when they had the chance.

The Bushyhead family is American Indian and Dutch. Jesse Bushyhead, the man that I call Grandpa, was from an American Indian family. Jesse was in the military and was stationed in Holland when he met his wife, my Grandma Maria, who was Dutch. Maria was a prostitute in Amsterdam at the time. Maria had had a child, a little girl, while she was a prostitute. The little girl had been taken away by the government and placed with Maria's parents. When Jesse and Maria got married, they moved to Kansas and decided to adopt a child to replace the little girl that had been taken away.

Maria Bushyhead, my grandma, died several years ago. Jesse Bushyhead, my grandpa, is still alive. He is 84 years old and has dementia and maybe Alzheimer's. My mom and I have gone to Kansas for the last couple of years, twice a year, to visit him. Jesse is a demanding, controlling person with an inappropriate sense of personal space. He doesn't have boundaries that other people have. Jesse constantly brings up what he sees as my mom's faults, like the fact that she was a dancer at a bar to make ends meet. Jesse drank very heavily for most of his life and I think it changed his brain. I know things about Jesse that he doesn't know that I know. It

makes me very, very mad when he shouts at my mom for something small, like what is for dinner, when I think he should be grateful she visits him at all. Jesse Bushyhead sexually abused my mom when she was his adopted daughter. He did it more than once. He also used to invite his friends over to watch pornographic movies, and make my mom sit in the same room with them. At the time, my mom was only 16 years old. She shared these terrible facts with me, and still she goes to visit him! I think she should stop visiting, but my mom has a huge amount of guilt that makes her go and visit him. Jesse is all alone, and a terrible person to be around. My mom feels like she should still go visit him until he dies, since he has no one else. Mom wants that family dynamic that she never had a chance to have, and she still seeks it. Even from someone like Jesse, mom is still seeking family and love and affection.

My mom lived with the Bushyhead family from when she was 12 years old until she turned 18 years old. When she turned 18 she moved out and got a job at a bar in Salina, Kansas. My mom was a bartender, and a waitress, and a dancer at the bar. She tried to make ends meet by working three jobs at once. My mom met, married, and got pregnant by my biological father when she was 19 years old. When my mom left my biological father, after only one month of marriage, she moved back in with Jesse and Maria. She gave birth to me in 1983 and then I lived with the Bushyhead family until I was 5 years old. At the time, I was very small. I didn't know what Jesse had done to my mom. I didn't know that when my mom told Maria what Jesse was doing to her, Maria accused my mom of instigating the sexual abuse. Maria blamed my mom for being raped by her step father! I didn't know all of that when I was living there. I did think, even at that young age, that my mom was really protective and overbearing when I spent time with my grandpa. I remember thinking that my mom was always hanging around in the background when I spent time with my grandpa. Later I understood why. Jesse Bushyhead never sexually molested me, and I have my mom's watchful eye to thank for that.

When I was 5 years old my mom met and married John Thompson. John was in the

Army when he met and married my mom. My mom got pregnant by John, with my brother Caleb, and we all moved to Fort Knox, Kentucky. John was stationed there for a year, and then he was transferred to Fort Shafter in Oahu, Hawaii. We lived in a small house off base. Life in Oahu was very isolating. My mom had two small children at home, and John was never around. John cheated on my mom continually during their marriage. John lied and cheated and was a bad husband, overall. John has depression and it can make him very difficult to be around. John failed to pass his evaluations by the Army, and when he didn't pass, he didn't get paid.

My mom was looking for community when we lived in Oahu, and she ended up joining a non-denominational Christian church. Mom was hoping to find a family dynamic through the church. Mom looked for a family to surround herself with her entire life. She made some friends through the church, and they suggested she send me to a church school. My mom decided instead to homeschool me. Some of her friends from the church helped. All of my workbooks were Christian and had big gaps in education, like in the science department. At the time, I didn't know that I was getting such a bent version of an education. Later when I went to college and my world opened up, my eyes were opened and I was shocked by how much I had missed out on! That's why I am so interested in science, biology and evolution now, and why I want to teach science to middle schoolers. I really missed out on such a vital part of learning, by being homeschooled with such specifically Christian workbooks. They taught Creationism!

John got kicked out of the Army at some point, when I was about 10 years old, and we all moved back to Kentucky. John was never a very good person to be in the Army. He really didn't like to be told what to do. John had his own ideas about everything and he was not open to listening to other people's opinions. He only thought of himself. Living with John was all about staying out of his way, and getting him what he asked for from the kitchen anytime you caught his eye and he made you do something for him. John is from Kentucky and at the time the Army fired him, his parents were getting old and ill. He wanted to move back here, and so

we did. John and my mom were divorced soon after, and my mom met and married Sam Ewing. Her marriage to Sam Ewing was thankfully brief, and then she and I and Caleb lived in a rental apartment while mom tried to get her life back on track.

The divorce from John and the subsequent divorce from Sam had left my mom with nothing. She had to start all over. I took on a lot of responsibility, raising Caleb. I did the dishes, cleaned the house, did the grocery shopping and all of the cooking, and put Caleb to bed each night. Mom was working three jobs, at a movie theatre, a store and as a family support specialist for the State's Food Stamp Program, just to make ends meet. I was being homeschooled, and I tried my best to take care of the house and take care of Caleb. Sometimes I am overcome with guilt that I didn't do a better job as a mom to Caleb, but I try and remember that I was just a teenager back then, and I did my best. I was pretty lenient with dinner times, bed times, and bath times. Nonetheless, Caleb and I survived my mom's hard times.

When mom was working so much she was also struggling with depression. Mom was diagnosed once with bipolar disorder and depression, but her doctor changed the diagnosis after a while to depression and PTSD. The doctor thought that mom had post traumatic stress disorder from all of the horrific abuse that she had suffered. The doctor put mom on Prozac, which turned her into a robot. She felt no joy about anything around her. Even Christmas, my mom's very favorite holiday, held no joy for her. Mom just sat there while I scrambled for Christmas decorations and tried to make the holiday fun for little Caleb. The Prozac, combined with the depression, made mom lifeless. She cried and slept all of the time that she wasn't working. Then mom started going to counseling and she started to get a handle on her feelings.

Mom had suffered from endometriosis her entire life. She had a great deal of scarring and pain from endometriosis. Her gynecologist recommended a hysterectomy, and mom had the operation in early 2000. After that she felt much better. She got her energy back, and she started really benefiting from counseling. Mom worked very hard to put her past behind her. She

struggled to overcome her depression and she fought to find a healthy relationship with a man. After her operation mom met a man at work when she worked at Curtis Maruyasu Manufacturing, which is a plant here in Lebanon, Kentucky that makes Toyota parts. Mom met the General Manager of Curtis Maruyasu, Robbie Mattingly. Mom and Robbie got married about seven years ago and they are very much in love. Mom is relaxed around Robbie. He is the first man in her life that she shared her entire past with, and he still loves and respects her. Mom worked so hard to overcome so much; I am really proud to see her happy and content now.

When my mom started sharing her life history with me, I was only 10 years old. By the time my own mother was 10 years old she had already suffered for numerous years at the hands of nameless, numerous abusers. She had been sexually molested repeatedly, and made to suffer at the hands of a mentally, verbally and physically abusive, drunk step mother who hated my mom specifically for reminding her of her absentee husband. My mom's biological father was never in her life, and my mom's first step mother was horrible. Life when my mom left her step mother, Judy's, home, was no better. Mom was abused almost everywhere she went. When she was finally adopted, her adoptive father sexually abused her, and her adoptive mother blamed my mom for the abuse. My mother never had a safe harbor, and yet she continued to hope. My mom has always told me to hope for a better life. Mom tells me all the time that she wants her life to be better than the life she came from, and she wants my life to be better than the life that I came from. I try to remember this all of the time. Knowing where my mom came from made me change how I looked at the world. I try and learn from my mom's struggles and I try and be as strong as she is. My mom is the strongest person I know. The more that I learn in school, about early childhood development, the more that I am amazed at what my mom has had to overcome.

Mom told me over and over again about her lost little sisters, and she tried to find them many times. In about 2004 my mom sat down and really started trying to find her sisters, Lisa

and Patty. My mom saw the story about what Lisa had done on the news, and she told me 'that could be my missing baby sister. That lady has the same name.' Imagine my mom's horror when she found out that it WAS her baby sister Lisa on the news! What a tragic way to find your sister again.

Mom was devastated when in 2006 Aunt Lisa's attorneys called and told her what had happened to Aunt Lisa. My mom has always shared her overwhelming guilt with me. My mom feels guilty that she got out of Judy's abusive house, leaving her little sister. My mom always felt terrible about leaving Lisa with Judy, and I remind her that there was nothing she could do. Mom was only eight and a half when the State removed her from Judy's home. Still, mom feels a huge amount of guilt about leaving little Lisa.

My mom struggles with a great deal of guilt about the way she testified for Aunt Lisa's trial. Lisa's attorneys didn't talk to my mom enough before, and then when mom was on the stand she was overwhelmed seeing her missing sister for the first time in over 30 years, in a courtroom, on trial for her life. Mom had so much built up inside her, that she got flustered on the stand and didn't tell the full story of Lisa's abusive childhood. Mom feels guilt about this all of the time. She talks about it all the time.

If Aunt Lisa was to be put to death, it would wreck my mom all over again. My mom cares about Aunt Lisa a great deal. I knew about mom's missing baby sister when I was only 10 years old. If Aunt Lisa was gone from my mom's life again, it would be heartbreaking.

At no time did my mom's sister Lisa's attorneys contact me or ask me about my knowledge of depression in my family. I remember when they came to talk to my mom. They came and talked to her for a little while, and then they left. They never asked to talk to me or to Caleb. No one asked me about my family or my mom's history of abuse, depression, PTSD or bipolar disorder. At no time did any attorneys ask me to testify at trial. If I had been called to testify, I would have testified to everything that I have stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

---------------------------------------------------------------------------------
Jessica Marie Robinson Brown

Dated this 22nd day of January 2013