Intake Interview
Re: Patricia Borsdorf (also known as Diane Headberg)



Patty sometimes gets upset about religion or fearing death. One of the first times she came home from church, she was crying and very frightened because she said everyone was praying for her at the church and some of the people at the church were crying. Both the Bushyheads say that at times when they raise their voice, reprimand or correct Patty, she seems to withdraw and often asks questions about her past. She asks things about wondering where her real mother is, didn't her real mother love her, does she look like her real mother, etc. Patty has visited her adoptive parents one time and has a visit scheduled this next week.

Jesse Bushyhead is attending Vocational Technical School in auto mechanics; he is a retired military person and will graduate from Vo-Tech School in May 1975. Mary Bushyhead works at the Mayflower Trucking Company half-days. They say that they are willing to keep Patty for some time as they enjoy having her.

I talked with Patty about the present and some of the things that happened to her at the Borsdorf home. Patty understands the purpose for this evaluation and her appointments here; she says all she wants is "to be with a family that loves her." Patty says she likes Parsons School better as it is smaller and she feels she is doing better in her work. Math is her best subject and English is her worst. Patty is a healthy young girl.

Patty was adopted by the Borsdorfs about 1 year ago. She says things went pretty well at first--she was adopted January 2, 1974. A few weeks after the adoption was final, Gail, Mrs. Borsdorf's 16-year-old niece came to live with the Borsdorf family. Patty talked a great deal about Gail, saying that Mrs. Borsdorf always wanted Gail to live with her and Gail always wanted to live with Mrs. Borsdorf. Patty felt that her mother loved Gail better, wanted Gail for a daughter and always stood up for Gail. Patty was closer to her father. Patty says "mother treated Gail like a daughter and me like a dog." Patty says that Gail made up stories about her and got her in trouble. Gail ran away on two occasions and finally was returned to her own family in Virginia; Mrs. Borsdorf told Patty it was her fault that Gail left. Patty tells of the incident where Mrs. Borsdorf called Patty a name and the father and mother got into a fight over it; Patty says that Gail then pointed a gun at Mr. Borsdorf because he was fighting with Mrs. Borsdorf and the police came. Patty feels that things would have gone well with the Borsdorfs if Gail had never come into the family. Patty talked about her mother making her stay in her room all the time after school and weekends; she said she was never allowed to join organizations, girl scouts or any activities. Patty said the only TV show she was ever allowed to watch was The Waltons as she had to stay in her room much of the other time. Patty does not want to return to live with the Borsdorfs. She said that the visits go well but she says "if they want to get me back, of course they'll act nice." Patty is very angry with her mother and feels that her mother loved Gail better than she loved Patty and mistreated Patty. Patty says that her mother told her that "Patty, you're crazy" and that the mother then took Patty to see Dr. Hilton, private Salina psychiatrist in summer 1974. Patty says they terminated because mother said it was not helping.

COPIED FROM MICROFILM
CONFIDENTIAL INFORMATION
Not to be revealed to any member of the patient's family or other agency

Intake Interview
Re: Patricia Borsdorf (also known as Diane Headberg)

Cont'd
Pg. 3

Conclusion:

Patty and her adoptive parents the Borsdorfs need to be seen at this Center for an evaluation and subsequent recommendations about where Patty should live. If it seems that Patty will remain with the Bushyheads and needs counseling, the Bushyheads would like to be involved in that counseling.

Later afternoon appointments are much more convenient for the Bushyheads as Mr. is out of school.

(Ms.) Pat Murray, MSW
Psychiatric Case Worker
Central Kansas Mental Health Center
PM/mk

**CONFIDENTIAL INFORMATION**
Not to be revealed to any member of the patient's family or other agency

COPIED FROM MICROFILM

Case Closing:
9-15-75

Re: Patricia Borsdorf, age 12

On 12-16-74, Judge Weckel of the Saline County Juvenile Court requested an evluation of Patty Borsdorf and her parents, Mr. and Mrs. Floyd Borsdorf, to help determine if they were compatible and could try to live together again. Patty had been placed in a foster home after a dependency and neglect petition had been filed against her parents.

Patty and her foster parents, Mr. and Mrs. Jesse Bushyhead, were seen by Mrs. Pat Murray, Clinical Social Worker, for an intake interview on 2-4-75. On 3-10-75, I interviewed Mr. and Mrs. Borsdorf, and they each completed personality testing (MMPI) the same day. I interviewed Patty Borsdorf and her foster parents separately on 3-13-75. In preparing an evaluation report for Judge Weckel I also talked with an elementary school counselor and a child service worker for Social and Rehabilitation Services. In my report to Judge Weckel (3-27-75), I recommended that Patty not be returned to live with her parents. Mrs. Borsdorf appeared not to see any need for a change in her treatment of Patty, and I questioned Mrs. Borsdorf's capacity to give Patty the warmth and encouragement that Patty needed.

On 4-10-75 I attended an informal conference at the Saline County Juvenile Court. I was asked by Doug Smith, Chief Juvenile Probation Officer, and Ben Sellers, Jr., guardian ad litem, to set up weekly appointments for both Patty and her parents. Therefore, Patty had nine weekly sessions with Mrs. St. John, Clinical Social Worker. I set up weekly appointments with Mr. and Mrs. Borsdorf but we only met three times. They postponed three appointments and did not keep or cancel two others. Two appointments had to be rescheduled because I was out of town.

On 6-25-75, I again went to the Saline County Juvenile Court and was informed that Mr. and Mrs. Borsdorf were going to file a motion to have their custody of Patty be severed and to have Patty placed for adoption. On 6-26-75, I wrote Judge Weckel a letter in which I recommended that Patty be adopted by Mr. and Mrs. Bushyhead. Patty had consistently told Mrs. St. John that she wanted to live the Bushyheads, and they expressed their desire to adopt her. Furthermore, I told Judge Weckel that Mrs. St. John and I did not think that further counselling for Patty was a critical need.

At present, Mr. and Mrs. Bushyhead are in the process of adopting Patty and are also preparing to move to the Netherlands. I do not expect further contact with Patty Borsdorf.

James R. Clopton

James R. Clopton, Ph.D.
Clinical Psychologist
Central Kansas Mental Health Center

JRC:mlr

COPIED FROM MICROFILM

Intake Interview
2-4-75

Name: Patricia Borsdorf (also known as Diane Headberg)

Address: Route 5, Box 77
Salina, Kansas

Phone: 823-8310

Age: 11 (8-26-63)

School Status: 5th grade, Parsons School, Mr. James McKain, teacher

Family Physician: Dr. Scott, Salina, Ks.

Representative Persons: Jesse and Maria "Mary" Bushyhead, same address, foster parents

Adoptive Parents: Floyd and Pauline Borsdorf, 721 Cherokee Dr., Salina, Ks.

Sex: Female Race: Caucasian

Church: Free Will Baptist Church

Referral:

Patty and her adoptive parents are referred to this Center by the juvenile court of Saline County for an evaluation to determine whether Patty and her adoptive parents are compatible and could try to live together again or not. A dependency and neglect has been filed against the Borsdorfs and Patty is presently living in a foster home.

This information was obtained in separate interviews with Patty Borsdorf and with her foster parents the Bushyheads. The adoptive parents are to be involved with this assessment. Background information is available in the file and have been provided by the Saline County Dept. of Social and Rehabilitative Services.

CONFIDENTIAL INFORMATION
Not to be revealed to any member of the patient's family or other agency

Current Situation:

On November 17, 1974 Patty went to the police station after school and reported that she would not return home because her adoptive parents, the Borsdorfs, had beaten her severely the night before. Patty was placed in a foster home at that time for a few days and then in another foster home till right before Christmas. Patty came to live with the Bushyheads right before Christmas. She changed schools from Sunset School to Parsons School right after Christmas. The Bushyheads do not report any major problems or real concerns about Patty. As far as they know she is doing well in school. The Bushyheads do not expect Patty to do any major chores other than clean her room; she does help around the house without being asked at times. They understand that Patty has lied and stolen in the past but they have no evidence of that in their home. Patty has gained 12 lbs. since she came to live with the Bushyheads; she is having some dental work done now. Patty hates to go to bed each night and tries to prolong going to bed and stretch the time out; the family does not feel this is any different from most children. Patty is the only child in this family; they've had one foster boy before. Patty does not like to take baths; she will not take a bath, wash her face or her teeth unless Mrs. Bushyhead is in the bathroom with her and helping her wash her hair. Patty brings up incidents that she's heard someone say that her father tried to drown her in the stool in the past and that's why she's afraid of water. Patty asked the Bushyheads if she could attend her Sunday school after she came to their home; one of the Bushyheads takes Patty to Sunday school every Sunday even though they are not involved themselves.

COPIED FROM MICROFILM