CONFIDENTIAL MEMO

To: Ron Ninemire, David Owen, Stephanie Elliott, Fred Duchardt, John O'Connor
From: Dani Waller
Date: October 21, 2006 interview

RE: **Diane Rae (Thompson) Mattingly** [redacted]

[redacted]

---

**Ron Ninemire** and I met with **Diane** at her home in Lebanon, Kentucky. Her husband of 6 weeks, **Robbie Mattingly**, was also present. They live in a well maintained, large house on the edge of town. Robbie is the general manager of Quality Control for Curtis Maryasu. It is a plant which manufactures parts for Toyota. Diane is a support worker for the Cabinet for Health and Family Services; a Kentucky State agency.

**Diane** was born in Auburn, Washington to **John** and **Joyce Hedberg**. When she was 18 months old, she was taken from her mother due to suffering from malnutrition. She then was in the custody of her father and lived with her paternal grandparents for a period of time.

**Diane** remembers sitting in her grandmother's living room when her father walked in the door with **Judy**. Her grandmother told her that he was her father. He was already with Judy when Diane entered their lives. Judy was the first mother figure Diane recalls. Diane was approximately 5 or 6 years old at this time (1968 or 1969).

**Diane** has fearful memories of the time she lived with **Judy**. There are some memories which are permanently implanted in her mind, but she stressed that living in terror was an everyday occurrence. The children always walked on egg shells and the fear they felt was always there. One time in Washington, Judy sent Diane down to her grandmothers. However, her grandmother wasn't home. Diane remembers being afraid to return to Judy's house. Finally, Judy came to retrieve Diane and began yelling at her. Diane remembers being very afraid.

**Judy** was very controlling and it was her way or no way at all. Judy would hit **Diane** with broom stick handles or whatever was in her hands. She often would poke Diane in the chest, while yelling in her face. Diane remembers that this was painful and occurred more days then not. Diane felt she couldn't ever do anything right. Judy's abuse was physical violence more often then not.

**Diane** was in charge of taking care of both **Lisa** and **Patty**. She would get them ready for bed, up in the morning and cook them meals. **Judy** would sit and watch as Diane did the work.

**Diane** has vivid memories of being forced to eat onions by **Judy**. Judy would stand above her at the table and yell at her until the onion was gone. Diane would chock on the onion, but Judy wouldn't let up. Diane continues to hate onions today and cannot make herself eat them due to Judy's behavior. She believes she may have developed a taste for them if her palate had been allowed to develop naturally.

Diane's father **John Hedberg** was transferred to Ft. Collins in Colorado. While living here with **Judy, Diane** remembers a time when she did something wrong. Her father and Judy striped her naked, opened the front door and told her she had to leave. It was dark outside and she was crying. She begged them to let her stay. She doesn't recall what she had done, but she remembers promising them to never do it again. They did allow her to stay on the condition that she would never repeat her mistake.

For many years **Diane** idealized her father. However, recent memories of him have caused her to believe he allowed **Judy** to abuse her.

They then moved to an area outside of Topeka, Kansas; near Judy's brother. **Diane** believes her father lived on the military base at this point. It was here that she remembers her father taking both her and **Lisa** in the middle of the night. She thought he was her hero and that "*dad was coming to save me from **Judy**.*" She remembers that both she and Lisa had to be very quiet because they weren't supposed to be in the barracks. However, the next day they ended up back at Judy's house. She doesn't know what transpired between her father and Judy. She also began thinking that **Patty** was not her father's daughter as he left Patty behind that night.

While living in Kansas, **Diane** befriended an older woman who was living across the street. This woman had family, the **Panes**, who lived in Topeka, Kansas. Diane was sent to live with them. She does not know who initiated this arrangement (**Judy** or the neighbor), but knows it was informal not done through proper channels. After staying with them for 9 months, Diane hurt her neck. The Panes were not able to consent to medical treatment so she was returned to live with Judy. She, later in life, found the Panes and they told her they wanted to adopt her, but her father wouldn't consent to the adoption. She loved living with them (they had 5 children of their own) and feels her life would have been different had she been allowed to remain with them.

Shortly after returning to Judy's house from the Pane's, **Judy** told **Diane** she loved her. It was strange because Judy had never expressed any affection in the past. Judy was sitting at the dining room table and Diane felt she couldn't trust her; she didn't believe Judy's words as they rang hollow. She was "*shocked*."

**Diane** was taken away in 1972 when she was 8 ½ years old. She remembers the day vividly. **Judy** kept telling her it was her own fault and that she was the one who wanted

to go. Judy told Diane that it was her choice. Diane felt she was leaving her two sisters behind. She knew she was being taken away, but doesn't recall how long she was aware of this fact. She was sitting on the couch with **Lisa** and **Patty**. They were trying to console her by hugging her. She was nervous and upset. She kept vomiting as well. Judy was not sympathetic to her getting sick. She was "*indifferent.*" When the case worker took Diane, she had to pull her car over a couple of times because Diane continued to get sick.

**Diane** does not remember why she was taken away. She doesn't know if she said something to a teacher or neighbor. All she knows is she still lives with a feeling of guilt for leaving her sisters behind.

This guilt feeling is primarily due to the fact that **Diane** was **Lisa** and **Patty's** "*protecto*r" and she was "*leaving them to the wolves*." **Judy** often brought strange men home from the bars. Judy drank a lot as she frequented the bar near their house. She was at the bar more nights then not. Judy would get in fights with these men at their house. She would scream and throw things at them. Diane recalls one particular time when she was trying to shove one man out their front door. Diane put Lisa behind her and had Patty clinging on her hip. She backed them all up into a corner, holding them as tight as she could to keep them out of the line of fire.

Some of these men would take an interest in the girls and try to talk to them. One night, near the time **Diane** was taken away, a strange man whom **Judy** had left in charge of the girls, came into Diane and **Lisa'**s bedroom. He molested Diane.

**Lisa** and **Diane** shared a room and if each stretched their arm out from their beds, they would touch. Lisa was in her bed while Diane was being sexually abused. Diane believes this may not have been the first time it happened. This is primarily due to the fact that when the man entered their bedroom, she recalls telling herself that she needed to remain very quiet. In reflection, she believes this may have been a reaction to previous abusers. After the man made her perform sexual acts, her memory goes blank. She does not know if Lisa was asleep or not.

**Diane** feels guilty that she never said anything about the molester because she thought as the older sister she was supposed to protect her younger sisters. She was taken away shortly after being molested thus, unable to protect them. She feared what would happen to them when she left them behind.

**Diane** was then placed with foster parents; the **Gwins** 2/14/1972. She was there for approximately 1 year. The Gwins were good people, but she was sexually abused by their son. She now feels they should have known something was going on.

On March 21, 1973 she was adopted by the **Boradorf** family. She was with them about 9 months. They wanted to change her name. She suggested the name **Patricia** so she wouldn't ever forget her sisters.

**Mrs. Boradorf** wanted **Diane** to call her mom. This was something Diane had a hard time doing which made her adoptive mother very angry. Diane's school made a child abuse report due to bruises on Diane. She was then placed back at the **Gwins** for a couple of nights before being placed with the **Bushyheads.** They were her foster parents for 8 months before adopting her on 8/13/75.

They moved to Holland for a couple of years. When **Diane** was 12 years old (1975) and the family was living in Holland, her adoptive father began molesting her. Her mother found out when she was 14 years old. She made him return to the states.

**Diane** knew her mother blamed her because their relationship completely changed. Before, Diane had been "*her girl*" and now her adoptive mother was cold and distant toward her. From then on out, Diane could do nothing right for her mother. It wasn't long after this that her adoptive mother sent her back to the states to live with her father (the man who had molested her) and her parents divorced.

She lived with her father for 2 years before her mother returned. Eventually, they remarried. The sexual abuse did not resume while living with her father in the states. He never touched her again after being caught. In looking back on her past history of sexual abuse, **Diane** said "*I felt like I was wearing a sign.*" She has asked her adoptive father about this abuse and how he could have done it to her; he never has any answers. People don't understand why Diane maintains a relationship with him, but she believes "*a bad family is better then no family.*"

When **Diane** got pregnant, she made a conscious decision to not parent as **Judy** had done, *"I had to teach myself how to be a parent.*" Judy was authoritative, cruel and terrorizing. Diane sees that at times she lets her kids; **Jessica** and **Caleb** run over her because she tries so hard to be different from Judy. What's most important to her is that at the end of the day, her children feel loved. Diane never felt loved in the household.

**Diane** said "*I had to fight like hell to be a good mom.*" She said she's had trouble keeping her emotions in check and has made mistakes, but she's been determined to break the pattern of poor parenting.

**Diane** graduated high school from Salina, Kansas in 1982. By age 19 she was pregnant with her daughter **Jessica Marie** (now age 23). She married Jessica's father **Paul Robinson,** but he left when she was 3 months pregnant. She was forced to raise her daughter alone. She considered giving her up for adoption. She began working as a stripper to make ends meet. She did this for 2 years until she met **J.B. Thompson**.

After she married **J.B**. she was able to take classes at a community college in Louisville and earned her associates in business. J.B. is the father of her son **Jonathon Caleb** age 17. **Diane** was married to J.B. for 13 years (separated for the last 2). In 1995, while married to J.B., Diane decided to change her name back from **Patricia** to Diane. She hoped that by doing this, **Lisa** and **Patty** might have a better chance of finding her.

When **Diane** was pregnant with her son (1989), numerous emotions came to the surface and she felt immobilized. She began counseling and continued for the first year of her son's life. This helped her cope with what was happening to her and with her past. She started to see she had to make changes. She believes her kids were her saviors and attributes their existence for her ability to get on with her life.

**Diane** has also struggled with a fear of abandonment throughout her life. She is always waiting for her partners to leave her and readily gives in out of fear that they will leave. She often apologizes for things she has not done wrong and her current husband stated this is still an issue they deal with on a regular basis.

**Diane** acknowledges that she is like a chameleon, changing to fit the other person's needs. She tries to figure out what someone's expectation of her is, and then tries to meet that expectation.

Throughout the years she has suffered from anxiety. She will suddenly start panicking. Her heart rate will race, she won't be able to catch her breath and her blood pressure will drop. She'll have racing thoughts and not be able to turn them off.

This happened most recently right after she got married. She believes it was due to her fear of abandonment **"***what if it doesn't work out again***?"** She was recently prescribed Vistaril for anxiety by her physician. **Diane** believes this anxiety and fear of abandonment began with the abuse she suffered from **Judy.**

**Diane** believes she understands what could have driven **Lisa** to commit such an act. She believes she knows what it's like to feel that desperate.

<u>Impressions:</u>
**Diane** clearly cares dearly about **Lisa** and **Patty**, still carrying the guilt of leaving them. She was very emotional, but held strong. At one point, she needed to take a break to gather herself, but after that she was strong.

We did not push her for details regarding the sexual abuse due to the trauma she's occurred already.

She's struggling over whether she should get involved in the case and take the stand for **Lisa.** We advised the attorneys decide which witnesses testify, but that we felt confident, it would ultimately be up to her. We reassured her we were not in the business of forcing anyone to do anything and the attorneys were very sensitive to her issues and needs. Her husband stated he would have to pick up the pieces once it was all over and that was his concern. We empathized. When we left, **Diane** said she was going to do the right thing. She also gave us pictures to give to **Lisa.**

**Diane** currently works in the kinship care section of her agency. She tries to help women who come to her by telling them, if she made it, they can too. It helps to empower her.

She made an interesting observation. She said, her office has regular staffings with the case workers. Inevitably a comment will be made about a client being crazy. Before, she would listen, but now she says "*can't we do anything*." She sees how people fall through the cracks.

**Diane** is still upset over the fact that she was taken out of the home (Judy's) without anyone getting involved and looking at all the issues/abuses that were occurring in that home. Why was she taken while her sisters were left behind?

**Diane** cannot recall if **Judy** did anything to **Lisa** and **Patty** specifically as most of her memories center on what she experienced. She does know they all lived in fear and she feared what would happen to her sisters once she wasn't there to protect them. It seems Judy picks on the oldest child to extensively abuse. It is not unusual to have an identified child who gets the brunt of the abuse. Once **Diane** was gone, **Lisa** was next in line.

**Judy** told **Diane** when she was being taken away, "it was your choice" so maybe Judy wasn't trying to get rid of her? Maybe Diane said something to a teacher about the abuse? Why would Judy try to get rid of a child who was running her household for her? It makes more sense that Diane wanted out.

**Diane** still has a relationship with her adoptive father who sexually abused her. She said he "*did the worse*" (intercourse?) and it lasted for 2 years, but she's decided to forgive him. She still gets anxious when he visits or she visits him. She said "a bad family is better then no family." This is exactly why **Lisa** could never entirely break free from **Judy!**

<u>Diane's Names</u>:
1) Diane Rae Hedberg-birth name
2) Patricia Diane Boradorf (first family that adopted her)
3) Patricia Diane Bushyhead (second family that adopted her)
4) Married at 19 in 1982 and became Patricia Diane Robinson
5) Married at 24 and became Patricia Diane Thompson
6) Legally changed name back to Diane Rae in 1995 while living in Hawaii
7) Married a third time in 2000 and became Diane Rae Ewing
8) Married a fourth time in September 2006 and became Diane Rae Mattingly

**<u>Diane & Lisa's life similarities</u>**
1) Sexually abused by step-father
2) Blamed by mother for the sexual abuse (although Diane was not humiliated by having her mother tell everyone that she seduced him the way Judy did to Lisa)
3) fall-out from sexual abuse 1) Lisa is promiscuous 2) Diane goes through several marriages and is a stripper for 2 years
3) Aspirations of college (Diane did get BA)-brains must be from John Hedberg
4) Both consciously sought stable relationship with man from close family (Lisa with Kevin and Diane with Robbie)

5) Each wanted to parent differently from Judy
6) Emphasis on their kids
7) Fear of abandonment-I believe this is why Lisa was so protective "controlling" with her kids and losing them to Carl drove her over the edge. Also, to a lesser extent losing her mother entirely (even though it's a sick relationship) plays a part. If Judy was right, and Lisa wasn't pregnant, Judy would write her off indefinitely.

**Differences:**
1) Diane was able to make amends with her abuser
2) Diane got into counseling
3) Diane got away from the emotional, physical and verbal abuse of Judy
4) Diane's early years 18 months to 5 years old were spent with a loving caregiver; paternal grandmother. Lisa always only had Judy.

**To do/ Questions**
1) can we talk to the Panes in Topeka, KS? Want to know if Judy approached them to take Diane;
2) Can we get Diane's adoptive file?