Kansas Department of Health and Environment
Office of Vital Statistics

# CERTIFICATE OF DEATH

115-2009-16232
State File Number

| | | | | |
|---|---|---|---|---|
| 1. Decedent's Legal Name (First, Middle, Last)<br>JACKIE GLENN KLEINER | 2. Sex<br>MALE | 3. Date Of Death (Month, Day, Year)<br>09/15/2009 | 4. Social Security Number<br>[redacted] | 5. Date Filed By State Registrar<br>09/28/2009 |
| 6. If Female, Name Prior to First Marriage | 7a. Date Of Birth<br>[redacted] | 7b. Age<br>77 YEAR(S) | 8. Place Of Birth (City And State Or Foreign Country)<br>RANDOLPH, KANSAS | 9. Decedent Ever In U.S. Armed Forces<br>NO |
| 10a. Place Of Death<br>NURSING HOME | 10b. Facility Name (If Not Institution, Street And Number)<br>ENTERPRISE ESTATES | | 10c. County Of Death<br>DICKINSON | 10d. Zip Code<br>67441 |
| 10e. City or Town Of Death<br>ENTERPRISE | 11. Marital Status<br>DIVORCED | 12. Surviving Spouse (If Wife, Name Before First Marriage) | | 13a. Residence – Street Address<br>[redacted] |
| 13b. State or Foreign Country<br>[redacted] | 13c. County or Province<br>[redacted] | 13d. City or Town<br>[redacted] | 13e. Zip Code<br>[redacted] | 13f. Inside City Limits<br>YES |
| 14. Decedent's Ancestry<br>GERMAN, SWEDISH | 15. Decedent's Race<br>WHITE | | | |
| 16. Decedent's Hispanic Origin<br>NOT SPANISH, HISPANIC, LATINO | | | | |
| 17. Decedent's Education<br>9TH - 12TH GRADE, NO DIPLOMA | 18. Decedent's Occupation<br>CLERK/SALESMAN | | 19. Decedent's Industry<br>SALVAGE COMPANY | |
| 20. Father's Name (First, Middle, Last)<br>FRED KLEINER | | 21. Mother's Name Prior To First Marriage (First, Middle, Last)<br>DORA LOUSIE CYRENE | | |
| 22a. Informant's Name (First, Middle, Last)<br>GARY SCHOOLEY | 22b. Mailing Address (Street, Number, City, State, And Zip Code)<br>[redacted] | | 22c. Relationship To Decedent<br>MEDICAL RECORDS | |
| 23. Method Of Disposition<br>BURIAL | 24a. Place Of Disposition<br>RILEY CEMETERY | | 24b. Location<br>RILEY, KANSAS | |
| 25. Funeral Service Licensee And License Number<br>/S/ DOUGLAS P MELOAN - 2049 | | 26. Name Of Embalmer And License Number<br>BRIAN W WADDINGTON - 3379 | | |
| 27. Name And Address Of Firm YORGENSEN-MELOAN-LONDEEN FUNERAL HOME, [redacted] | | | | |

28. Cause Of Death
*Part I.* Events (diseases, injuries, or complications) that directly caused the death.

| | | Approximate Interval: Onset To Death |
|---|---|---|
| IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death) | a. ASPIRATION PNEUMONIA | WEEKS |
| | Due To (Or As A Consequence Of): | |
| | b. PARKINSON DISEASE | YEARS |
| Conditions, if any, leading To cause listed on line a. UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LISTED LAST | Due To (Or As A Consequence Of): | |
| | c. | |
| | Due To (Or As A Consequence Of): | |
| | d. | |

| | | | |
|---|---|---|---|
| Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I. | 29a. Autopsy<br>NO | 29b. Autopsy Findings Available To Complete The Cause Of Death | 29c. Coroner Contacted<br>NO |
| 30. Did Tobacco Use Contribute To Death?<br>NO | 31. If Female: | | 32. Manner Of Death<br>NATURAL |
| 33a. Date Of Injury (Month, Day, Year) | 33b. Time Of Injury | 33c. Injury At Work | 33d. How Injury Occurred |
| 33e. Place Of Injury | 33f. Location (Street And Number Or Rural Route, City Or Town, State, And Zip Code) | | |

| | | | | |
|---|---|---|---|---|
| 34a. Date Pronounced Dead (Month, Day, Year)<br>09/15/2009 | 34b. Time Pronounced Dead<br>6:25 AM | 34c. Actual Or Presumed Time Of Death<br>6:25 AM | 34d. Name Of Person Pronouncing Death | 34e. License No. |
| 35a. Pronouncing and Certifying Physician<br>/S/ GARY COLEMAN - MD | 35b. License No.<br>415439 | 35c. Date Certified<br>09/18/2009 | 35d. Address And Zip Code Of Person Completing Cause Of Death<br>[redacted] | |

VS231A - Rev. 07/01/2009

Death 1/31/2013 V220109544 01 KLEINER 200904016232 lc ** Priority **

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

**2013 JAN 31 AM 08:16**

Elizabeth W. Saadi, Ph.D
State Registrar
Office of Vital Statistics
Department of Health & Environment

A05839746

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**