FIND A GRAVE

**Actions**

[Begin New Search](#)
[Refine Last Search](#)
[Cemetery Lookup](#)
[Add Burial Records](#)
[Help with Find A Grave](#)

Find all **Kleiner**s in:

- Riley Cemetery
- Riley
- Riley County
- Kansas
- Find A Grave

Top Contributors
Success Stories
Discussion Forums
Find A Grave Store
Support Find A Grave

Log In

**Search for obituaries**

www.ancestry.com

Search millions of obituaries in thousands of newspapers.

# Jackie G "Jack" Kleiner

Memorial Photos Flowers Sha

Learn about removing the ads from this memorial...

Birth: [redacted]
Randolph
Riley County
Kansas, USA

Death: Sep. 15, 2009
Enterprise
Dickinson County
Kansas, USA

Jackie "Jack" G. Kleiner, age 77, of Manhattan, died Tuesday September 15, 2009 at the Enterprise Estates in Enterprise, Kansas.

He was born on [redacted] in Randolph, Kansas the son of Fred and Dora (Cyrene) Kleiner. He moved to Tulsa, Oklahoma in 1970 and worked as a clerk for a salvage company. In the mid 1980's he returned to Manhattan where he later retired. Jackie was a member of the Faith Baptist Church in Manhattan.

Survivors include his four daughters: Becky Perkey, Jackie Moffett, Penny Craig, and Jerri Jo Leonard; and his four sons: Timmy Kleiner, Terry Kleiner, Teddy Kleiner, and Tommy Kleiner

In addition to his parents he was also preceded in death by four sisters: Alberta Kleiner, Maxine Keley, Arlene Knowles, and Darlene Webster; and a brother Jerald Kleiner.

Funeral services for Mr. Kleiner will be at 2 p.m. Thursday September 17, 2009 at the Yorgensen-Meloan-Londeen Funeral Home with Pastor David Byford officiating. A visitation will be from 1 p.m. Thursday until service time. Interment will follow in the Riley Cemetery, Riley, Kansas.

Online condolences may be left for the family by clicking on "Send Condolences" on this page.

Memorial donations may be made to the Household of Faith Baptist Church, Abilene, Kansas, and may be left in care of the Yorgensen-Meloan-Londeen Funeral Home,



Added by: NANCY W



Added by: McKinney Memori



Cemetery Photo
Added by: McKinney Memori

Add a photo for this person | Request A Photo

Photos may be scaled.



Advertisement





[redacted]

Click on image for full size.

Burial:
Riley Cemetery
Riley
Riley County
Kansas, USA



- Betty
Added: Sep. 23, 2010

Leave flowers and a note

Created by: Betty
Record added: Jan 02, 2010
Find A Grave Memorial# 46245593


Advertisement

Vital Records Found For **Jackie Kleiner** in **Kansas**

1 **Death Certificates** found for **Jackie Kleiner**

55 **Marriage Certificates** found for **Jackie Kleiner**

1 **Birth Certificates** found for **Jackie Kleiner**

14 **Divorce Certificates** found for **Jackie Kleiner**

71 **Vital Records** for **Jackie Kleiner**

Sponsored by


Accuracy and Copyright Disclaimer