CRAIG, PENNY
KLEINER 1-159-85
KPF081861
DOB 08-18-61
ADMIT DATE 05-20-05

12 & 12 INCORPORATED

# PHYSICIAN'S ORDERS

Client Name: Penny Craig Date: 6/26/06

May take medications as ordered by Dr. S. Harnish
① Lexapro 20mg T tab. p.o. QAM
② Seroquel 200mg II tabs. p.o. at bedtime
③ Albuterol MDI II puffs Q4-6 PRN
per protocol / Dr. Yarborough / [signature]

Noted 6/26/06 1530 [signature]

"This information has been disclosed to you from records protected by Federal confidentiality rules (42CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

6/29/06 ① Premarin 0.625mg [illegible]
② Ranitidine 150mg T tab. p.o. BID
T.O. Dr. Troy Martin / [signature]

Noted 6/29/06 1409 [signature]

7-5-06 0850 Risperdal T mg PO q 6hr PRN
T.O. Dr Reid [signature]
Noted [signature] 7/5/06 0858

Physician's Signature

1



Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 1 of 92

12 & 12 INCORPORATED

CF G, PENNY
KLEINER [illegible] 1-15?-?5
KPF081861
DOB 08-18-61
ADMIT DATE 05-20-05

# PHYSICIAN'S ORDERS

**Client Name:** Penny Craig **Date:** 7/11/06

1) Protonix 40mg T Bid PO
2.) Bactrim DS T PO Bid
3.) Motrin 800mg T every 8 hrs c̄ food
T.O. Dr Green ——— [signature]

Noted [signature] 7/11/06 1100

7/13/06
BMP

[signature] D.O.

7/25/06 Continue current Protocol.
Lasix 20 mg PO daily x 10 days.
Ted hose to both legs (knee high)
Elevate legs [signature] Suraj Suhu M.D

NOTED 7/25/06 1130 [signature]

This information has been disclosed to you from [illegible] protected by Federal confidentiality rules [illegible] The Federal rules prohibit you from making any further disclosure of this information unless [illegible] expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by [illegible] A general authorization for the release of medical or other information is NOT sufficient for this purpose. [illegible] Federal rules restrict any use of the information to [illegible] investigate or prosecute any alcohol or drug abuse patient.

1

Physician's Signature



Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 3 of 92

12 & 12 INCORPORATED

CRAIG, PENNY
KLEINER
KPF081861
DOB 08-18-61
ADMIT DATE 05-20-06

# PHYSICIAN'S ORDERS

**Client Name:** Penny L. Craig **Date:** ______

Cont. c̄ meds prescribed by Dr. Nancy Merritt
1) Furosemide (Lasix) 20mg po 1/2 tab daily for 10 days
per protocol Dr. Yarborough Katherine Cheek LPN
N/V

noted 7/26/06 @ 1350 Katherine Cheek LPN

Gentol c̄ Ferrex 18 Tonic 1/2 tablespoon daily after a meal
Dr. Yarborough Katherine Cheek LPN
N/V

noted 7/27/06 @ 1800 Katherine Cheek LPN

8/8/06 OK to give pt Lainicaine gel for tooth/dental pain
[signature] MD
BUTCHER

noted [signature] 8/8/06 1050
N/V

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Physician's Signature

1

12 12

CRAIG, PENNY
1-156-85
KPF081861
DOB 08-18-61
DATE 06-20-06

# PSYCHIATRIC PHYSICIAN VISIT PROGRESS NOTE

PATIENT NAME: Penny Craig ICIS# KPF081861 DATE: 6-20-06

BEHAVIORS, SYMPTOMS, DATA, PATIENT COMPLAINT:

Depressed

MENTAL STATUS Depressed

CURRENT MEDICATIONS: Zoloft 20
Seroquel 400

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

MEDICATION ORDER:
1) Wellbutrin 150 XL [illegible]
2) Continue meds

DIAGNOSIS - AXIS I: MDD, Recurrent 296.31
Meth Dep, 304.40

PHYSICIAN'S SIGNATURE [signature]

DATE 6-20-06

1

CR. G, PENNY
KLEINER 1-156-85
KPF081861
08-18-61
DATE 06-20-05

# PSYCHIATRIC PHYSICIAN VISIT PROGRESS NOTE

PATIENT NAME: Penny Craig ICIS# KPF081861 DATE: 6-27-06

BEHAVIORS, SYMPTOMS, DATA, PATIENT COMPLAINT:

Symptoms of ADD

MENTAL STATUS Irritable; Can't Concentrate

CURRENT MEDICATIONS: Wellbutrin XL 150mg i q AM
Lexapro 20mg i q AM
Seroquel 200mg ii q HS

MEDICATION ORDER:
1) Strattera 18mg q am
2) Continue meds

DIAGNOSIS - AXIS I: MDD, Recurrent 296.31
Meth. Dep. 304.40

This information has been disclosed to ... protected by Federal confidentiality rules ... The Federal rules prohibit you from ... disclosure of this information unless ... expressly permitted by the written ... whom it pertains or as otherwise permitted ... A general authorization for the release ... information is NOT sufficient for ... Federal rules restrict any use of the information ... investigate or prosecute any alcohol or drug abuse ...

PHYSICIAN'S SIGNATURE [signature]

DATE 6-27-06

1

C. IG. PENNY
KLEINER 1-156-85
K[illegible]081861
DOB 08-18-51
ADMIT DATE 05-20-05

# PSYCHIATRIC PHYSICIAN VISIT PROGRESS NOTE

PATIENT NAME: Penny Craig ICIS# KPFC081861 DATE: 7/11/06

BEHAVIORS, SYMPTOMS, DATA, PATIENT COMPLAINT:

[illegible]

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

MENTAL STATUS [illegible]

CURRENT MEDICATIONS: Strattera 18mg i q AM
Wellbutrin XL 150mg i q AM, Lexapro 20mg i q AM
Risperdal 1mg i q6° PRN, Seroquel 200mg ii q HS

MEDICATION ORDER:
1) ↑ Stratt [illegible] 36 [illegible]
2) ↑ Risperd[illegible] [illegible]
3) [illegible]

DIAGNOSIS - AXIS I: MDD, Recurrent 296.31
Meth Dep, 304.40

[signature]
PHYSICIAN'S SIGNATURE

7-11-06
DATE

1

CRAIG, PENNY
KLEINER
1-155-85
05-18-51
ADMIT DATE 05-20-05

# PSYCHIATRIC PHYSICIAN VISIT PROGRESS NOTE

PATIENT NAME: Penny Craig ICIS# KPF081861 DATE: 7-18-06

BEHAVIORS, SYMPTOMS, DATA, PATIENT COMPLAINT:

Want to take more Strattera

MENTAL STATUS [illegible]

CURRENT MEDICATIONS: Strattera 18mg ii q AM
Wellbutrin XL 150mg i q AM, Lexapro 20mg i q AM
Risperdal 1mg ii q 6° PRN, Seroquel 200mg ii q HS

MEDICATION ORDER:

1) ↑ Strattera to 18mg iii q am
2) Neurontin 300mg tid

DIAGNOSIS - AXIS I: MDD, Recurrent 296.31
Meth Dep. 304.40

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

PHYSICIAN'S SIGNATURE [signature]

DATE 7-18-06

1

CRAIG, PENNY
KLEINER
1-15S-85
81861
DOB 08-18-51
ADMIT DATE 05-20-05

# PSYCHIATRIC PHYSICIAN VISIT PROGRESS NOTE

PATIENT NAME: Penny Craig ICIS# KPR081861 DATE: 7-28-06

BEHAVIORS, SYMPTOMS, DATA, PATIENT COMPLAINT:

Anxiety

MENTAL STATUS: Anxious ; [illegible]

CURRENT MEDICATIONS: Strattera 18mg iii q AM
Wellbutrin XL 150mg i q AM, Lexapro 20mg i q AM
Neurontin 300mg i TID, Risperdal 1mg ii q 6° PRN
Seroquel 200mg ii q HS

MEDICATION ORDER:
1) ↑ Strattera to 18mg IV [illegible]
2) ↑ Neurontin to 600mg TID
3) Continue meds

DIAGNOSIS - AXIS I: MDD, Recurrent 296.31
Meth Dep. 304.40

PHYSICIAN'S SIGNATURE [signature] DATE

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by [illegible]. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

1

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 15 of 92

12 12

# PSYCHIATRIC PHYSICIAN VISIT PROGRESS NOTE

CRAIG, PENNY
KLEINER
KPF081861
DOB 08-19-61
ADMIT DATE 05-20-05
5-15-05

PATIENT NAME: Penny Craig ICIS# KPF081861 DATE: 8-1-06

BEHAVIORS, SYMPTOMS, DATA, PATIENT COMPLAINT:

[illegible]

MENTAL STATUS [illegible]

CURRENT MEDICATIONS: Lexapro 20mg i q AM
Wellbutrin XL 150mg i q AM, Strattera 18mg i q AM
Neurontin 600mg i TID, Seroquel 200mg ii q HS
Risperdal 1mg ii q 6° PRN

MEDICATION ORDER:
1) ↑ Strattera 18mg [illegible] (90mg)
2) [illegible]

DIAGNOSIS - AXIS I: MDD, Recurrent 296.31
Meth Dep. 304.40

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by the Federal rules. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

PHYSICIAN'S SIGNATURE [signature] DATE 8-1-06

1

12 12

CRAIG, PENNY
KPFOR1861
DOB 08-18-51
ADMIT DATE 05-20-05

# PSYCHIATRIC PHYSICIAN VISIT PROGRESS NOTE

PATIENT NAME: Penny Craig ICIS# KPF081861 DATE: 8-8-06

BEHAVIORS, SYMPTOMS, DATA, PATIENT COMPLAINT:

Dizzy tremor (5 days)

MENTAL STATUS Positive attitude

CURRENT MEDICATIONS: Lexapro 20mg i q AM
Wellbutrin XL 150mg i q AM, Strattera 18mg i q AM
Neurontin 600mg i TID, Seroquel 200mg ii q HS
Risperdal 1mg ii q 6° PRN

MEDICATION ORDER:

Continue meds

DIAGNOSIS - AXIS I: MDD, Recurrent 296.31
Meth Dep. 304.40

PHYSICIAN'S SIGNATURE DATE 8-8-06

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

1

**Addiction Severity Index, Fifth Ec n** (Clinical/Training Version)

CR , PENNY

CLIENT NAME Penny Craig

## GENERAL INFORMATION

G1. ID No.: KPF0818196I

G2. SS No.: 509 - 74 - 6427

G4. Date of Admission 06 / 20 / 06

G5. Date of Interview: 06 / 22 / 06

G6 Time Begun: (Hour: Minutes) 14 : 06

G7. Time Ended: (Hour:Minutes) 15 : 06

G8. Class: 1. Intake 2. Follow-up — 1

G9. Contact Code: 1. In person 2. Telephone (Intake ASI must be in person) — 1

G10. Gender: 1. Male 2. Female — 2

G99. Treatment Episode No.: 02

G11. Interviewer Code No./ Initials: CAB

G12. Special: 1. Patient terminated 2. Patient refused 3. Patient unable to respond — 1

Penny Craig
Name

1124 E 64th St Apt C
Address 1

Address 2

Tulsa OK 74136 918 749-2037
City State Zip Code Telephone Number

G14. How long have you lived at this address? 00 Years / 06 Months

G15. Is this address owned by you or your family? 0-No 1-Yes — 0

G16. Date of birth: (Month/Day/Year) 08 / 18 / 61

G17. Of what race do you consider yourself? — 1
1. White (not Hisp) 2. Black (not Hisp) 3. American Indian 4. Alaskan Native 5. Asian/Pacific 6. Hispanic-Mexican 7. Hispanic-Puerto Rican 8. Hispanic-Cuban 9. Unknown

G18. Do you have a religious preference? — 1
1. Protestant 2. Catholic 3. Jewish 4. Islamic 5. Other 6. None

G19. Have you been in a controlled environment in the past 30 days? — 3
1. No 2. Jail 3. Alcohol/Drug Treat. 4. Medical Treatment 5. Psychiatric Treatment 6. Other: ____________
•A place, *theoretically*, without access to drugs/alcohol.

G20. How many days? — 05
•"NN" if Question G19 is No. Refers to total number of days detained in the past 30 days.

### ADDITIONAL TEST RESULTS

### SEVERITY PROFILE

| PROBLEMS | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| MEDICAL | ✓ | | | | | | | | | |
| EMP/SUP | ✓ | | | | | | | | | |
| ALCOHOL | ✓ | | | | | | | | | |
| DRUGS | | | | | ✓ | | | | | |
| LEGAL | ✓ | | | | | | | | | |
| FAM/SOC | | | ✓ | | | | | | | |
| PSYCH | | | | | ✓ | | | | | |

### GENERAL INFORMATION COMMENTS
(Include the question number with your notes)

G14 lives with 2 sons but youngest went back to jail.

G18 Christian

G19 Dtx @ St John's

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 21 of 92

## diction Severity Index 5th Edi 1

Clinical/Training Version

CRAIG, PENNY
KLEINER
KPE081861
1-156-85

CLIENT NAME: Penny Craig


A. Thomas McLellan, Ph.D.
Deni Carise, Ph.D.
Thomas H. Coyne, MSW
T. Ron Jackson, MSW


***Remember: This is an interview, not a test***

*≈Item numbers circled are to be asked at follow-up.≈*
*≈Items with an asterisk * are cumulative and should be rephrased at follow-up.≈*

**INTRODUCING THE ASI:** Introduce and explain the seven potential problem areas: Medical, Employment/Support Status, Alcohol, Drug, Legal, Family/Social, and Psychiatric. All clients receive this same standard interview. All information gathered is confidential; explain what that means in your facility; who has access to the information and the process for the release of information.
There are two time periods we will discuss:

1. The past 30 days
2. Lifetime

**Patient Rating Scale:** Patient input is important. For each area, I will ask you to use this scale to let me know how bothered you have been by any problems in each section. I will also ask you how important treatment is for you for the area being discussed.
The scale is:
- 0 - Not at all
- 1 - Slightly
- 2 - Moderately
- 3 - Considerably
- 4 - Extremely

Inform the client that he/she has the right to refuse to answer any question. If the client is uncomfortable or feels it is too personal or painful to give an answer, instruct the client not to answer. Explain the benefits and advantages of answering as many questions as possible in terms of developing a comprehensive and effective treatment plan to help them.

***Please try not give inaccurate information!***

**INTERVIEWER INSTRUCTIONS:**
1. Leave no blanks.
2. Make plenty of Comments (if another person reads this ASI, they should have a relatively complete picture of the client's perceptions of his/her problems).
3. X = Question not answered.
4. N = Question not applicable.
5. Terminate interview if client misrepresents two or more sections.
6. When noting comments, please write the question number.
7. Tutorial/clarification notes are preceded with "•".

**HALF TIME RULE:** If a question asks the number of months, round up periods of 14 days or more to 1 month. Round up 6 months or more to 1 year.

**CONFIDENCE RATINGS:**
⇒ Last two items in each section.
⇒ Do not over-interpret.
⇒ Denial does not warrant misrepresentation.
⇒ Misrepresentation = overt contradiction in information.

***Probe, cross-check and make plenty of comments!***

**HOLLINGSHEAD CATEGORIES:**
1. Higher execs, major professionals, owners of large businesses.
2. Business managers if medium sized businesses, lesser professions, i.e., nurses, opticians, pharmacists, social workers, teachers.
3. Administrative personnel, managers, minor professionals, owners/proprietors of small businesses, i.e., bakery, car dealership, engraving business, plumbing business, florist, decorator, actor, reporter, travel agent.
4. Clerical and sales, technicians, small businesses (bank teller, bookkeeper, clerk, draftsperson, timekeeper, secretary).
5. Skilled manual - usually having had training (baker, barber, brake person, chef, electrician, fireman, machinist, mechanic, paperhanger, painter, repairperson, tailor, welder, police, plumber).
6. Semi-skilled (hospital aide, painter, bartender, bus driver, cutter, cook, drill press, garage guard, checker, waiter, spot welder, machine operator).
7. Unskilled (attendant, janitor, construction helper, unspecified labor, porter, including unemployed).
8. Homemaker.
9. Student, disabled, no occupation.

**LIST OF COMMONLY USED DRUGS:**

| | |
|---|---|
| Alcohol: | Beer, wine, liquor |
| Methadone: | Dolophine, LAAM |
| Opiates: | Pain killers = Morphine, Diluaudid, Demerol, Percocet, Darvon, Talwin, Codeine, Tylenol 2,3,4, Robitussin, Fentanyl |
| Barbiturates: | Nembutal, Seconal, Tuinol, Amytal, Pentobarbital, Secobarbital, Phenobarbital, Fiorinol |
| Sed/Hyp/Tranq: | Benzodiazepines = Valium, Librium, Ativan, Serax Tranxene, Xanax, Miltown, Other = ChloralHydrate (Noctex), Quaaludes Dalmane, Halcion |
| Cocaine: | Cocaine Crystal, Free-Base Cocaine or "Crack, and "Rock Cocaine" |
| Amphetamines: | Monster, Crank, Benzedrine, Dexedrine, Ritalin, Preludin, Methamphetamine, Speed, Ice, Crystal |
| Cannabis: | Marijuana, Hashish |
| Hallucinogens: | LSD (Acid), Mescaline, Mushrooms (Psilocybin), Peyote, Green, PCP (Phencyclidine), Angel Dust, Ecstacy |
| Inhalants: | Nitrous Oxide, Amyl Nitrate (Whippits, Poppers), Glue, Solvents, Gasoline, Toluene, Etc. |
| Just note if these are used: | Antidepressants, Ulcer Meds = Zantac, Tagamet Asthma Meds = Ventoline Inhaler, Theodur Other Meds = Antipsychotics, Lithium |

**ALCOHOL/DRUG USE INSTRUCTIONS:**
The following questions refer to two time periods: the past 30 days and lifetime. Lifetime refers to the time prior to the last 30 days.
⇒ 30 day questions only require the number of days used.
⇒ Lifetime use is asked to determine extended periods of use.
⇒ Regular use = 3+ times per week, binges, or problematic irregular use in which normal activities are compromised.
⇒ Alcohol to intoxication does not necessarily mean "drunk", use the words "to feel or felt the effects", "got a buzz", "high", etc. instead of intoxication. As a rule of thumb, 3+ drinks in one sitting, or 5+ drinks in one day defines "intoxication".
⇒ How to ask these questions:
→ "How many days in the past 30 have you used....?"
→ "How many years in your life have you regularly used....?"

## MEDICAL STATUS

CLIENT NAME: Penny Craig — CRAI PENNY 1-155-85 KPF081861
Page 2

**M1.** * How many times in your life have you been hospitalized for medical problems? [01]
- Include O.D.'s and D.T.'s. Exclude detox, alcohol/drug, psychiatric treatment and childbirth (if no complications). Enter the number of *overnight* hospitalizations for medical problems.

**M2.** How long ago was your last hospitalization for a physical problem? [04] Yrs. [06] Mos.
- If no hospitalizations in Question M1, then this is coded "NN".

**M3.** Do you have any chronic medical problems which continue to interfere with your life? 0 - No 1 - Yes [1]
- *If "Yes", specify in comments.*
- A chronic medical condition is a serious physical condition that requires regular care, (i.e., medication, dietary restriction) preventing full advantage of their abilities.

**M4.** Are you taking any prescribed medication on a regular basis for a physical problem? 0 - No 1 - Yes [1]
- *If Yes, specify in comments.*
- Medication prescribed by a MD for medical conditions; ***not psychiatric medicines***. Include medicines prescribed whether or not the patient is currently taking them. The intent is to verify chronic medical problems.

**M5.** Do you receive a pension for a physical disability? 0 - No 1 - Yes [1]
- *If Yes, specify in comments.*
- Include Workers' compensation, exclude psychiatric disability.

**M6.** How many days have you experienced medical problems in the past 30 days? [30]
- Include flu, colds, etc. Include serious ailments related to drugs/alcohol, which would continue even if the patient were abstinent (e.g., cirrhosis of liver, abscesses from needles, etc.).

**For Questions M7 & M8, ask the patient to use the Patient Rating scale.**

**M7.** How troubled or bothered have you been by these medical problems in the past 30 days? [3]
- Restrict response to problem days of Question M6.

**M8.** How important to you now is treatment for these medical problems? [2]
- If client is currently receiving medical treatment, refer to the need for *additional* medical treatment by the patient.

### INTERVIEWER SEVERITY RATING

**M9.** How would you rate the patient's need for medical treatment? [2]
- Refers to the patient's need for ***additional*** medical treatment.

### CONFIDENCE RATINGS

**Is the above information significantly distorted by:**

M10. Patient's misrepresentation? 0 - No 1 - Yes [ ]

M11. Patient's inability to understand? 0 - No 1 - Yes [ ]

### MEDICAL COMMENTS
(Include question number with your notes)

(M1) 4 or 5 years ago infection caused by teeth heading to heart → almost a month.

(M3) ruptured disc, dislocated elbow - going through law ~~suit to~~ err/cb suit
- twisted ankle
- fall on street & ~~hurt~~ err/cb hurt hand & bruised knee

(M4) was taking Lortab but not regular use

(M5) should get check around 28th - back pay - then 603^00/month

(M9) Needs to get to eye doctor to replace nose piece on glasses
Client needs premarin and zantac.

This information has been disclos[ed] ... protected by Federal confidentiality ... The Federal rules prohibit you ... disclosure of this information ... expressly permitted by the writ[ten] ... whom it pertains or as otherwise ... A general authorization for the ... information is NOT sufficient for ... Federal rules restrict any use of the informa[tion] ... investigate or prosecute any alcohol or drug abu[se] ...

## EMPLOYMENT/SUPPORT STATU

CRAIG, PENNY
KLEINER
KPF 001861
1-155-85

CLIENT NAME Penny Craig
Page 3
DATE 05-20-05

E1.* Education completed: 10 Mos. 00 Yrs.
- GED = 12 years, note in comments.
- Include formal education only.

E2.* Training or Technical education completed: 00 Mos.
- Formal/organized training only. For military training, only include training that can be used in civilian life (i.e., electronics, computers)

E3. Do you have a profession, trade, or skill? 0 - No 1 - Yes [1]
- Employable, transferable skill acquired through training.
- If "Yes" (specify) Cashier/certified med aide

E4. Do you have a valid driver's license? 0 - No 1 - Yes [0]
- Valid license; not suspended/revoked.

E5. Do you have an automobile available? 0 - No 1 - Yes [0]
- If answer to E4 is "No", then E5 must be "No". Does not require ownership, only requires availability on a regular basis.

E6. How long was your longest full time job? 03 Yrs. 00 Mos.
- Full time = 35+ hours weekly; does not necessarily mean most recent job.

E7.* Usual (or last) occupation? (specify) Nursing home/Cashier [6]
(use Hollingshead Categories Reference Sheet)

E8. Does someone contribute to your support in anyway? 0 - No 1 - Yes [0]
- Is patient receiving any regular support (i.e., cash, food, housing) from family/friend. Include spouse's contribution; exclude support by an institution.

E9 Does this constitute the majority of your support? 0 - No 1 - Yes [N]
- If E8 is "No", then E9 is "N".

E10. Usual employment pattern, past three years? [6]
1. Full time (35+ hours)
2. Part time (regular hours)
3. Part time (irregular hours)
4. Student
5. Service
6. Retired/Disability
7. Unemployed
8. In controlled environment
- Answer should represent the majority of the last 3 years, not just the most recent selection. If there are equal times for more than one category, select that which best represents the current situation.

### EMPLOYMENT/SUPPORT COMMENTS
(Include question number with your notes)

E6 Cashier

## EMPLOYMENT/SUPPORT (cont.)

CR..G, PENNY 1-156-85

**CLIENT NAME** Penny Craig

Page 4

E11. How many days were you paid for working in the past 30 days? **00**
- Include "under the table" work, paid sick days and vacation.

**For Questions E12-17: How much money did you receive from the following sources in the past 30 days?**

E12. Employment? **00000**
- Net or "take home" pay, include any "under the table" money.

E13. Unemployment Compensation? **00000**

E14. Welfare? **00152**
- Include food stamps, transportation money provided by an agency to go to and from treatment.

E15. Pensions, benefits or Social Security? **00603**
- Include disability, pensions, retirement, veteran's benefits, SSI & workers' compensation.

E16. Mate, family, or friends? **00000**
- Money for personal expenses, (i.e. clothing), include unreliable sources of income. Record *cash* payments only, include windfalls (unexpected), money from loans, legal gambling, inheritance, tax returns, etc.).

E17. Illegal? **00000**
- *Cash* obtained from drug dealing, stealing, fencing stolen goods, illegal gambling, prostitution, etc. ***Do not*** attempt to convert drugs exchanged to a dollar value.

E18. How many people depend on you for the majority of their food, shelter, etc.? **02**
- Must be regularly depending on patient, do include alimony/child support, do not include the patient or self-supporting spouse, etc.

E19. How many days have you experienced employment problems in the past 30? **00**
- Include inability to find work, if they are actively looking for work, or problems with present job in which that job is jeopardized.

**For Questions E20 & E21, ask the patient to use the Patient Rating scale.**

E20. How troubled or bothered have you been by these employment problems in the past 30 days? **0**
- If the patient has been incarcerated or detained during the past 30 days, they cannot have employment problems. In that case an "N" response is indicated.

E21. How important to you now is counseling for these employment problems? **0**
- Stress help in finding or preparing for a job, not giving them a job.

### INTERVIEWER SEVERITY RATING

E22. How would you rate the patient's need for employment counseling? **0**

### CONFIDENCE RATINGS

**Is the above information significantly distorted by:**

E23. Patient's misrepresentation? 0-No 1-Yes **0**

E24. Patient's inability to understand? 0-No 1-Yes **0**

### EMPLOYMENT/SUPPORT COMMENTS

(Include question number with your notes)

E15 603/MO SSDI

E21 "I'm not able to work."

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit ... disclosure of this information ... expressly permitted by ... whom it pertains or as otherwise permitted ... A general authorization ... information is NOT sufficient ... Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

## ALCOHOL/DRUGS

CRAI..., PENNY
KLEINER 1-156-85
K...
**CLIENT NAME** Penny Craig
Page 5
... DATE 05-20-05

**Route of Administration Types:**
1. Oral 2. Nasal 3. Smoking 4. Non-IV injection 5. IV

• *Note the usual or most recent route. For more than one route, choose the most severe. The routes are listed from least severe to most severe.*

| | Past 30 Days | Lifetime (years) | Route of Admin |
|---|---|---|---|
| D1 Alcohol (any use at all) | 00 | 00 | |
| D2 Alcohol (to intoxication) | 00 | 00 | |
| D3 Heroin | 00 | 00 | N |
| D4 Methadone | 00 | 00 | N |
| D5 Other Opiates/Analgesics | 01 | 01 | 1 |
| D6 Barbiturates | 00 | 00 | N |
| D7 Sedatives/Hypnotics/ Tranquilizers | 00 | 00 | N |
| D8 Cocaine | 09 | 00 | N |
| D9 Amphetamines | 00 | 25 | 5 |
| D10 Cannabis | 03 | 30 | 3 |
| D11 Hallucinogens | 00 | 00 | N |
| D12 Inhalants | 00 | 03 | 2 |
| D13 More than 1 substance per day (including alcohol) | ~~00~~ 01 (err/CB) | 25 | |

D14. According to the interviewer, which substance(s) is/are the major problem? **16**
• Interviewer should determine the major drug or drugs of abuse. Code the number next to the drug in questions 01-12, or "00" = no problem, "15" = alcohol & one or more drugs, "16" = more than one drug but no alcohol. Ask patient when not clear.

D15. How long was your last period of voluntary abstinence from this major substance? **01** Mos.
• Last attempt of at least one month, not necessarily the longest. Periods of hospitalization/incarceration ***do not count.*** Periods of antabuse, methadone, or naltrexone use during abstinence ***do count.***
•"00" = never abstinent

D16. How many months ago did this abstinence end? **02** Mos.
• If D15 = "00", then D16 = "NN".
• "00" = still abstinent.

D17. * How many times have you had: Alcohol DT's? **00**
• ***Delirium Tremens*** (DT's): Occur 24-48 hours after last drink, or significant decrease in alcohol intake, shaking, severe disorientation, fever, hallucinations, they usually require medical attention.

D18. * Overdosed on Drugs? **00**
• ***Overdoses*** (OD): Requires intervention by someone to recover, not simply sleeping it off, include suicide attempts by OD.

### ALCOHOL/DRUGS COMMENTS
(Include question number with your notes)

D1 social - didn't like it when she got older

D9 client used Strattera and had a dirty UA 2 of them for 4 days

D9 over a year since using meth off & on 25 years

D12 huffed paint for 3 years beginning @ age 17.

D14 "I still think about Meth."

D10 smoked pot 4 x in a year 30 year hx

CRAIG, PENNY
KLEINER 1-155-85

CLIENT NAME Penny Craig
Page 6

How many times in your life have you been treated for :

| | | |
|---|---|---|
| * | Alcohol abuse? | 00 |
| D20 * | Drug abuse? | 01 |

- Include detoxification, halfway houses, in/outpatient counseling, and AA or NA (if 3+ meetings within one month period).

How many of these were detox only:

| | | |
|---|---|---|
| D21 * | Alcohol? | NN |
| D22 * | Drugs? | 00 |

- If D19 = "00", then question D21 is "NN"
If D20 = '00', then question D22 is "NN"

How much money would you say you spent during the past 30 days on:

| | | |
|---|---|---|
| D23. | Alcohol? | 00000 |
| D24. | Drugs? | 00000 |

- Only count actual *money* spent. What is the financial burden caused by drugs/alcohol?

D25 How many days have you been treated in an outpatient setting for alcohol or drugs in the past 30 days? • Include AA/NA — 00

How many days in the past 30 have you experienced:

| | | |
|---|---|---|
| D26 | Alcohol problems? | 00 |
| | Drug problems? | 04 |

- Include: Craving, withdrawal symptoms, disturbing effects of use, or wanting to stop and being unable to.

**For Questions D28-D31, ask the patient to use the Patient Rating scale. The patient is rating the need for additional substance abuse treatment.**

How troubled or bothered have you been in the past 30 days By these:

| | | |
|---|---|---|
| D28 | Alcohol problems? | 0 |
| D29 | Drug problems? | 4 |

How important to you now is treatment for these:

| | | |
|---|---|---|
| D30 | Alcohol problems? | 0 |
| D31 | Drug problems? | 4 |

**INTERVIEWER RATING**

How would you rate the patient's need for treatment for:

| | | |
|---|---|---|
| D32. | Alcohol problems? | 0 |
| D33. | Drug problems? | 4 |

**CONFIDENCE RATINGS**

**Is the above information significantly distorted by:**

| | | | |
|---|---|---|---|
| D34 | Patient's misrepresentation? | 0-No 1-Yes | 0 |
| | Patient's inability to understand? | 0-No 1-Yes | 0 |

**ALCOHOL/DRUGS COMMENTS**
(Include question number with your notes)

D20 Monarch '96 → 3 months

D27 cravings

"This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

D33 25 yr hx of meth dep.
No tx since '96 IV

## LEGAL STATUS

L1. Was this admission prompted or suggested by the criminal justice system? 0 - No 1 - Yes [1]
- Judge, probation/parole officer, etc.

L2. Are you on parole or probation? 0 - No 1 - Yes [1]
- Note duration and level in comments.

**How many times in your life have you been arrested and charged with the following:**

| | | | | | |
|---|---|---|---|---|---|
| L3 * | Shoplift/Vandal | 00 | L10* | Assault | 00 |
| L4 * | Parole/Probation Violations | 00 | L11* | Arson | 00 |
| L5 * | Drug Charges | 02 | L12* | Rape | 00 |
| L6 * | Forgery | 00 | L13* | Homicide/Mansl. | 00 |
| L7* | Weapons Offense | 00 | L14* | Prostitution | 00 |
| L8* | Burglary/Larceny/B&E | 00 | L15* | Contempt of Court | 00 |
| L9 * | Robbery | 00 | L16* | Other: ____________ | 00 |

- Include total number of counts, not just convictions. Do not include juvenile (pre-age 18) crimes, unless they were charged as an adult.
- Include formal charges only.

L17* How many of these charges resulted in convictions? [02]
- If L3-16 = 00, then question L17 = "NN".
- Do not include misdemeanor offenses from questions L18-20 below.
- Convictions include fines, probation, incarcerations, suspended sentences, guilty pleas, and plea bargaining.

**How many times in your life have you been charged with the following:**

L18. * Disorderly conduct, vagrancy, public intoxication? [00]

L19. * Driving while intoxicated? [01]

L20. * Major driving violations? [00]
- Moving violations: speeding, reckless driving, no license, etc.

L21* How many months were you incarcerated in your life? [~~99~~ 11] Mos.
- If incarcerated 2 weeks or more, round this up to 1 month. List total number of months incarcerated. er/CB

L22. How long was your last incarceration? [05] Mos.
- Of 2 weeks or more. Enter "NN" if never incarcerated.

L23. What was it for? [05]
- Use code 03-16, 18-20. If multiple charges, choose most severe. Enter "NN" if never incarcerated.

L24. Are you presently awaiting charges, trial, or sentence? 0 - No 1 - Yes [0]

L25. What for? [NN]
- Use the number of the type of crime committed: 03-16 and 18-20
- Refers to Q. L24. If more than one, choose most severe.

L26. How many days in the past 30, were you detained or incarcerated? [00]
- Include being arrested and released on the same day.

CLIENT NAME Penny Craig

Page 7

CRA..., PENNY ...1-156-85

### LEGAL COMMENTS
(Include question number with your notes)

L1 "mutual decision"

L2 Comm sent - Chrissie Rose (Claremore) Nancy Bulmer Human Skills

L5 4-8-05 CDS
'96 intent

L18 93 July.

L21 2 x 141 days
30 days Tulsa

L22 141

L23 drug charge

Penny Craig 1-156-85

LEGAL STATUS (cont.)

CLIENT NAME
Page 8

L27. How many days in the past 30 have you engaged in illegal activities for profit? [00]
- Exclude simple drug possession. Include drug dealing, prostitution, selling stolen goods, etc. May be cross checked with Question E17 under Employment/Family Support Section.

For Questions L28-29, ask the patient to use the Patient Rating scale.

L28. How serious do you feel your present legal problems are? [4]
- Exclude civil problems

L29. How important to you now is counseling or referral for these legal problems? [0]
- Patient is rating a need for *additional* referral to legal counsel for defense against criminal charges.

INTERVIEWER SEVERITY RATING

L30. How would you rate the patient's need for legal services or counseling? [0]

CONFIDENCE RATINGS

**Is the above information significantly distorted by:**

L31. Patient's misrepresentation? 0 - No 1 - Yes [0]

L32. Patient's inability to understand? 0 - No 1 - Yes [0]

LEGAL COMMENTS
(Include question number with your notes)

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

## FAMILY HISTORY

**Have any of your blood-related relatives had what you would call a significant drinking, drug use, or psychiatric problem? Specifically, was there a problem that did or should have led to treatment?**

| Mother's Side | Alcohol | Drug | Psych. |
|---|---|---|---|
| H1. Grandmother | 0 | 0 | 0 |
| H2. Grandfather | 1 | 0 | 0 |
| H3. Mother deceased | 0 | 0 | 0 |
| H4. Aunt | N | N | N |
| H5. Uncle | 1 | 0 | 0 |

| Father's Side | Alcohol | Drug | Psych. |
|---|---|---|---|
| H6. Grandmother | 0 | 0 | 0 |
| H7. Grandfather | 0 | 0 | 0 |
| H8. Father | 1 | 0 | 0 |
| H9. Aunt | X | X | X |
| H10. Uncle | 0 | 0 | 0 |

| Siblings | Alcohol | Drug | Psych. |
|---|---|---|---|
| H11. Brother little brother died Dec. | 0 | 0 | 0 |
| H12. Sister | 0 | 1 | 0 |

0 = Clearly No for any relatives in that category X = Uncertain or don't know
1 = Clearly Yes for any relatives in that category N = Never was a relative

•In cases where there is more than one person for a category, record the occurrence of problems for *any* in that group. Accept the patient's judgment on these questions.

FAMILY HISTORY COMMENTS

(H2) owned a honky tonk
(H7) bootlegger
(H12) they have legal presriptions.

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 29 of 92

## FAMILY/SOCIAL STATUS

CRAIG, PENNY
KLE IR
KPF081861
1-155-85

**CLIENT NAME** Penny Craig
Page 9

**F1.** Marital Status: [1]
1-Married 3-Widowed 5-Divorced
2-Remarried 4-Separated 6-Never Married
• Common-law marriage = 1. Specify in comments.

**F2.** How long have you been in this marital status (Q #F1)? [02] Yrs. [00] Mos.
• If never married, then since age 18.

**F3.** Are you satisfied with this situation? 0-No 1-Indifferent 2-Yes [2]
• Satisfied = generally liking the situation.
• Refers to Questions F1 & F2.

**F4.*** Usual living arrangements (past 3 years): [1]
1-With sexual partner & children
2-With sexual partner alone
3-With children alone
4-With parents
5-With family
6-With friends
7-Alone
8-Controlled Environment
9-No stable arrangement
• Choose arrangements most representative of the past 3 years. If there is an even split in time between these arrangements, choose the most recent arrangement.

**F5.** How long have you lived in these arrangements? [02] Yrs. [00] Mos.
• If with parents or family, since age 18.
• Code years and months living in arrangements from Question F4.

**F6.** Are you satisfied with these arrangements? 0-No 1-Indifferent 2-Yes [2]

**Do you live with anyone who:**

F7. Has a current alcohol problem? 0-No 1-Yes [0]

F8 Uses non-prescribed drugs? 0-No 1-Yes [0]
(or abuses prescribed drugs)

**F9.** With whom do you spend most of your free time? 1-Family 2-Friends 3-Alone [1]
• If a girlfriend/boyfriend is considered as family by patient, then they must refer to them as family throughout this section, not a friend.

**F10.** Are you satisfied with spending your free time this way? 0-No 1-Indifferent 2-Yes [2]
• A satisfied response must indicate that the person generally likes the situation. Referring to Question F9.

**F11.** How many close friends do you have? [2]
• Stress that you mean *close*. Exclude family members. These are "reciprocal" relationships or mutually supportive relationships.

**Would you say you have had a close reciprocal relationship with any of the following people:**

| | | | |
|---|---|---|---|
| F12. Mother | [1] | F15 Sexual Partner/Spouse | [1] |
| F13. Father | [0] | F16 Children | [1] |
| F14 Brothers/Sisters | [1] | F17 Friends | [1] |

0 = Clearly No for all in class X = Uncertain or "I don't know
1 = Clearly Yes for any in class N = Never was a relative
• By reciprocal, you mean "that you would do anything you could to help them out and vice versa".

### FAMILY/SOCIAL COMMENTS
(Include question number with your notes)

F2 '95
husband incarcerated - will get out in Oct. (Since June 05)

F13 yeah, but no because he doesn't understand the drug problem"

F14 brothers

## PSYCHIATRIC STATUS

CRAIG, PENNY
KLEIN,
KPF081861
DOB 07-18-61
1-155-85

CLIENT NAME Penny Craig
Page 11

**How many times have you been treated for any psychological or emotional problems:**

P1* In a hospital or inpatient setting? 01

P2* Outpatient/private patient? 01

- Do not include substance abuse, employment, or family counseling. Treatment episode = a series of more or less continuous visits or treatment days, not the number of visits or treatment days.
- Enter diagnosis in comments if known.

P3. Do you receive a pension for a psychiatric disability? 0-No 1-Yes 1

**Have you had a significant period of time (that was not a direct result of alcohol/drug use) in which you have:** 0-No 1-Yes

| | Past 30 Days | Lifetime |
|---|---|---|
| P4. Experienced serious depression-sadness, hopelessness, loss of interest, difficulty with daily function? | 0 | 1 |
| P5. Experienced serious anxiety/ tension-uptight, unreasonably worried, inability to feel relaxed? | 1 | 1 |
| P6. Experienced hallucinations-saw things/ heard voices that others didn't see/hear? | 0 | 1 |
| P7. Experienced trouble understanding, concentrating, or remembering? | 1 | 1 |
| P8. Experienced trouble controlling violent behavior including episodes of rage, or violence? • Patient can be under the influence of alcohol / drugs. | 0 | 1 |
| P9. Experienced serious thoughts of suicide? • Patient seriously considered a plan for taking his/her life. Patient can be under the influence of alcohol/drugs. | 0 | 1 |
| P10. Attempted suicide? • Include actual suicidal gestures or attempts. • Patient can be under the influence of alcohol / drugs. | 0 | 1 |
| P11. Been prescribed medication for any psychological or emotional problems? • Prescribed for the patient by a physician. Record "Yes" if a medication was prescribed even if the patient is not taking it. | 1 | 1 |

P12. How many days in the past 30 have you experienced these psychological or emotional problems? 98
- This refers to problems noted in Questions P4-P10.

**For Questions P13-P14, ask the patient to use the Patient Rating scale**

P13. How much have you been troubled or bothered by these psychological or emotional problems in the past 30 days? 0
- Patient should be rating the problem days from Question P12.

P14. How important to you now is treatment for these psychological or emotional problems? 4

**PSYCHIATRIC STATUS COMMENTS**
(Include question number with your comments)

P1 to get meds balanced
Counselor Mike @
FaCS
"BiPolar affected Schizo
& I have insomnia".
(DR Reid dx MDD)

P6 audio - Radio not
plugged in.
P8 in jail with No Meds

P10 '94

P11 Lexapro, 20 mg AM,
Wellbutrin 150 mg "
Seroquel 400 mg P.M.
P12 a couple of times a
week.

## FAMILY/SOCIAL (cont.)

CR. J. PENNY
KREINER
CLIENT NAME Penny Craig
1-156-85
Page 10
DOB 10-18-61

**Have you had significant periods in which you have experienced serious problems getting along with:**

| | | 0 - No 1 - Yes Past 30 days | In Your Life |
|---|---|---|---|
| F18 | Mother | N | 0 |
| F19 | Father | N | 1 |
| F20 | Brother/Sister | 1 | 1 |
| F21 | Sexual Partner/Spouse | 0 | 1 |
| F22 | Children | 0 | 0 |
| F23 | Other Significant Family (specify)______ | 0 | 0 |
| F24 | Close Friends | 0 | 0 |
| F25 | Neighbors | 0 | 0 |
| F26 | Co-workers | N | 0 |

- "Serious problems" mean those that endangered the relationship.
- A "problem" requires contact of some sort, either by telephone or in person. If no contact code "N"

**Has anyone ever abused you?**

| | | 0- No 1-Yes Past 30 days | In Your Life |
|---|---|---|---|
| F27. | Emotionally? • Made you feel bad through harsh words. | 0 | 1 |
| F28. | Physically? • Caused you physical harm. | 0 | 1 |
| F29. | Sexually? • Forced sexual advances/acts. | 0 | 1 |

**How many days in the past 30 have you had serious conflicts:**

F30 With your family? 0

F31 With other people (excluding family)? 0

**For Questions F32-35, ask the patient to use the Patient Rating scale.**
**How troubled or bothered have you been in the past 30 days by:**

F32. Family problems ? 0

F33. Social problems? 0

**How important to you now is treatment or counseling for these:**

F34. Family problems 0
- Patient is rating his/her need for counseling for family problems, not whether they would be willing to attend.

F35. Social problems 0
- Include patient's need to seek treatment for such social problems as loneliness, inability to socialize, and dissatisfaction with friends. Patient rating should refer to dissatisfaction, conflicts, or other serious problems.

**INTERVIEWER SEVERITY RATING**

F36. How would you rate the patient's need for family and/or social counseling? 2

**CONFIDENCE RATING**

**Is the above information significantly distorted by:**

F37. Patient's misrepresentation? 0-No 1-Yes 0

F38. Patient's inability to understand? 0-No 1-Yes 0

### FAMILY/SOCIAL COMMENTS

(Include question number with your notes)

F20 "sisters think they are better than me."

F21 "lived together 14 years b4 we got married."

F27 dad ex-children's biological dad.

F28 ex

F29 ex

F34&35 "I've dealt with them"

"This information has been disclosed to you from [illegible] protected by Federal confidentiality rules [illegible] The Federal rules prohibit you from [illegible] disclosure of this information unless expressly permitted by the written con[illegible] whom it pertains or as otherwise permitted [illegible] A general authorization for the release [illegible] information is NOT sufficient for this [illegible] Federal rules restrict any use of the information [illegible] investigate or prosecute any alcohol or drug [illegible]

CRAIG PENNY
KLEINER
KPF081861
DO? ...18-6?
? ? DATE 03-20-06

1-156-85

## PSYCHIATRIC STATUS (cont.)

The following items are to be completed by the interviewer:

**At the time of the interview, the patient was:** 0-No 1-Yes

| | | |
|---|---|---|
| P15 | Obviously depressed/withdrawn | 0 |
| P16 | Obviously hostile | 0 |
| P17 | Obviously anxious/nervous | 0 |
| P18 | Having trouble with reality testing, thought disorders, paranoid thinking | 0 |
| P19 | Having trouble comprehending, concentrating, remembering | 0 |
| P20 | Having suicidal thoughts | 0 |

**INTERVIEWER SEVERITY RATING**

P21 . How would you rate the patient's need for psychiatric/psychological treatment? 4

**CONFIDENCE RATING**

**Is the above information significantly distorted by:**

| | | | |
|---|---|---|---|
| P22 | Patient's misrepresentation? | 0-No 1-Yes | 0 |
| P23 | Patient's inability to understand? | 0-No 1-Yes | 0 |

CLIENT NAME Penny Craig

Page 12

**PSYCHIATRIC STATUS COMMENTS**

(Include question number with your notes)

P21 Client may want to add Strattera to meds

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CRAIG, PENNY
KLEINER
KPF081861
09-18-61
1-156-85

Client: Penny Craig ICIS #: KPF081861

Recreational/leisure history

"Swimming", "Riding bikes", "4 wheeler"

Present living arrangement

Client & oldest son live in apt...other son & Client's spouse are incarcerated.

Current medications, prescribing physician, strength, dosage, and length of time on medication

Lexapro 20 mg i TAB P.O. QAM
Seroquel 200mg ii TABS PO at bedtime
Albuterol MDI ii puffs q4-6 prn

Strengths/assets and weakness/liabilities of the client

Strengths: "big-hearted", "patient", "good listener", "I can give out pretty good advice"

Weaknesses: "I feel fat"

Client's expectations in terms of service

"To become more stable & if there is anything I might have missed, I'll learn it here."


Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 35 of 92

12 & 12 INCORPORATED

CRAIG, PENNY
KLEINER
DOB 08-18-61
ADMIT DATE 05-20-05

1-156-85

# ASI BIOPSYCHOSOCIAL ASSESSMENT ADDENDUM

Client Penny Craig ICIS # KPF 081861

Presenting problem

"To get help because of court"

History of present problem

30 year hx of cannabis abuse, 3yr hx of huffing paint
25 year hx of amph. dep.

Previous treatment for domestic violence to include batterers' treatment or victim services (3C)

Counseling @ FACS for abuse issues

History of violent behavior, perpetrator of domestic violence, and sexual assault

None per client

Educational history and difficulties

Concentration was a problem - hard for me to think.

Cultural orientation

American

Military History

None per client

Sexual history, including HIV/AIDS and STD at-risk behavior

NO past STD's OR present at-risk behavior.

CRAIG, PENNY
KLEINER 1-156-85
KPF081861
DOB 08-18-61
ADMIT DATE 08-29-05

Client Penny Craig

ICIS # KPF 08 1861

## DSM IV DIAGNOSIS

Axis I MDD, recurrent 296.31 meth dep 304.40 Cannabis dep. 303.30

Axis II 799.9 deferred

Axis III Client report ruptured disc, dislocated elbow, twisted ankle, hand & knee bruised in a fall

Axis IV Primary support group, transportation, legal

Axis V, current GAF: 32 Past Year 32

## INTERPRETIVE SUMMARY

Summary (Predominant themes)

"To get help and because of Court" are reasons Client is here. She has a 25 yr hx of on & off meth use but claims last use was > a year ago. Client did fail UA's. She thinks it was from Strattera. Client also smokes marijuana. Husband in prison till October 06. Youngest son in prison, too. Client received care from f&CS.

Recommendation for Level of Care

dual residential treatment

"This information has been disclosed to you from records protected by Federal confidentiality rules (42CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

CR G, PENNY
KLL .NER
KPF081861
DOB 09-18-61
ADMIT DATE 06-20-06

1-156-85

Client Penny Craig ICIS # KPF081861

Treatment Recommendations/Interventions, Techniques

daily goals, education, & support group meetings; gender specific process group 5 x weekly; 1:1 counseling; 1:1 with psychiatrist; med management; case management; HIV education

Prognosis

guarded pending client's engagement in treatment process.

Cathy Budd, LPC/LADC Intern 6-22-06

Signature of Interviewer Date



Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 38 of 92

12 & 12 INCORPORATED

CRAIG, PENNY
KLEINER 1-155-05
KPF081861
DOB 08-18-61
DATE 05-20-05

# CLIENT ASSESSMENT RECORD

Patient Name PENNY Craig ICIS# KPF081861 Date 6-22-06

1. FEELING/MOOD AFFECT SCORE 27

Descriptions: Client does experience anxiety - difficulty sleeping.

2. THINKING/MENTAL PROCESS SCORE 28

Descriptions: Audio hallucinations

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

3. SUBSTANCE USE SCORE 32

Descriptions: 30 year marijuana history - used 3x in last month. IV meth use over a year ago

4. MEDICAL/PHYSICAL SCORE 37

Descriptions: Client cannot work due to medical problems - psych, too. Ruptured disc, dislocated elbow, twisted ankle, fell & hurt hand & bruised knee

5. FAMILY SCORE 26

Descriptions: Husband & youngest son are presently incarcerated.

3

CRAIG 'ENNY
KLEINE..     1-156-85
KPF081861
DOB 08-18-61
... -20-05

6. INTERPERSONAL     SCORE 27

Descriptions: Client has 2 close friends

ROLE PERFORMANCE     SCORE 40

Descriptions: unable to work - SSDI

8. SOCIO-LEGAL     SCORE 35

Descriptions: 4-8-05 poss of CDS
'96 poss. with intent

9. SELF-CARE/BASIC NEEDS     SCORE 29

Descriptions: Client depends on food stamps & SSDI

10. CARE GIVER RESOURCES (client's under 21 years of age)     SCORE ______

Descriptions: ______

STAFF SIGNATURE Cathy Budd, LPC/LADC Int     DATE: 6-22-06

**3**

12 & 12 INCORPORATED

G. PENN
NER -185-F5
41P61
-18-61
DATE 05-20-06

# CLIENT ASSESSMENT RECORD

Patient Name Penny Craig ICIS# KPF081866 Date 08-08-06

1. FEELING/MOOD AFFECT SCORE 26

Descriptions: Client is stable on psychiatric meds.

2. THINKING/MENTAL PROCESS SCORE 19

Descriptions: No hallucinations reported - logical thought process.

"This information has been disclosed to you from records
protected by Federal confidentiality rules
The Federal rules prohibit you from
disclosure of this information unless
expressly permitted by the written
whom it pertains or as otherwise permitted
A general authorization for the release
information is NOT sufficient
Federal rules restrict any use of the information
investigate or prosecute any alcohol or drug

3. SUBSTANCE USE SCORE 29

Descriptions: past dependence on Meth 30 yrs marijuana history.

4. MEDICAL/PHYSICAL SCORE 37

Descriptions: Client has toothache. She reports a ruptured disc, swelling in legs & feet & chronic pain.

5. FAMILY SCORE 25

Descriptions: Client appears to be close to her immediate family & her mother.

3

CRAIG, FERN
KLEINE[illegible]
KPFOR1[illegible] 1
DOB 08-15-51
ADMIT DATE 06-20-05

6. INTERPERSONAL SCORE 25

Descriptions: Client has gotten along well with others in treatment.

ROLE PERFORMANCE SCORE 40

Descriptions: unable to work SSDI

8. SOCIO-LEGAL SCORE 32

Descriptions: 2 past possession charges - on probation - Human Skills - working on probation requirements

9. SELF-CARE/BASIC NEEDS SCORE 29

Descriptions: depends on food stamps & SSDI

10. CARE GIVER RESOURCES (client's under 21 years of age) SCORE ______

Descriptions: ______

STAFF SIGNATURE Cathy Budd, LPC/LADC Intern DATE: 08-08-06

**3**

CF G, PENNY
K[illegible]NER
KPF081861
DOB 08-18-61
ADMIT DATE 06-20-06

1-155-85

# INDIVIDUAL TREATMENT PLAN

Client Name: Penny Craig　　ICIS # KPF08186

Presenting Problem: "To get help and because of court"

Prioritized Problem List from the Individual Client Assessment:

Drugs
Psychiatric

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

| Client Strengths/Assets | Client Weaknesses/Liabilities |
|---|---|
| "big hearted" | "I feel fat." |
| "patient" | |
| "good listener" | |
| "I can give out pretty good advice." | |

Problem # 1: "I've not totally quit - I keep relapsing."

Goal (the desired effect of treatment): "to learn how to stay quit"

| Objectives (measurable, behavioral and time framed): | Target Date | End Date |
|---|---|---|
| A. "I will attend daily goals, education & support grp mtgs" | 6/29/06 | 8/8/06 |
| B. "I will meet with my counselor 1x weekly" | 6/22/06 | 8/8/06 |
| C. "I will write my life story & present it to group." | 7/15/06 | 7/18/06 |
| D. "I will write goodbye to drugs letter & read to group". | 7/29/06 | 7/11/06 |
| E. "I will find a temporary sponsor." | 7/5/06 | 7/12/06 |
| F. "I will complete recovery maintenence workbook | | |
| and write out my own relapse prevention plan" | 7/29/06 | 7/4/06 |
| G. "I will list 10 triggers for drug use & 10 alternate choices | 7/29/06 | 6/22/06 |

White: Consumer Record　Yellow: Counselor　Pink: Client

5

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 43 of 92

7-17-06

Client Name Penny Craig

ICIS # KPF081861 1-156-85

CI PENNY
KPF081861
DATE 05-20-05

Problem #: 2 "I worry a lot about things - think so much my head hurts"

Goal (the desired effect of treatment: "to stop worrying so much"

| Objectives (measurable, behavioral and time framed): | Target Date | Date End |
|---|---|---|
| A. "I will attend gender specific process group 5x weekly" | 6/21/06 | 8/8/06 |
| B. "I will meet with Dr Reid 1x weekly" | 6/21/06 | 8/8/06 |
| C. "I will take meds as directed." | 6/22/06 | 8/9/06 |
| D. "I will continue to keep a journal, writing down the things that worried me" | 6/21/06 | 8/9/06 |
| E. "I will design an exercise program for my health." | 7/15/06 | 7/28/06 |

Problem #:

Goal (the desired effect of treatment:

| Objectives (measurable, behavioral and time framed): | Target Date | Date End |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[margin note:] Item ... work with counselor ... 7/20/06

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

5

White: Consumer Record Yellow: Counselor Pink: Consumer

**Client Name** Penny Craig

ICIS # KPF081861

KLEINE 1-156-85

KPF081861

DOB 08-18-61

List the types and frequency of services to be provided:

daily goals, education & support group meetings; 1:1 with Counselor 1x weekly; gender specific process group 5x weekly; 1:1 with psychiatrist 1x weekly; Med management; Case management.

Primary person responsible for the coordination of the client's care: Cathey Budd, LPC/LADC Intern

Individualized Discharge Criteria: Completion of treatment plan objectives ... sober living environment ... stable on meds ... P.O. approval

Client's involvement in developing the treatment plan: Client helped with goals & objectives.

Client's response to the treatment plan:

I will do it.

This treatment plan will be updated on (use specific date/s): ~~6-2-06~~ err/CB 7-4-06, 7-11-06, 8-1-06

This information has been disclosed to you from records protected by Federal confidentiality rules (42CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**I have been given a copy of my Treatment Plan. Furthermore, I agree with the composition of my treatment team:**

Client Signature Penny Craig Date 6/22/06

Counselor Signature Cathey Budd, LPC/LADC Int. Date 6-23-06

Treatment Team Signatures:

Sharon Sneed MS LADC Intern Date 6-23-06

George Phillips, LPC, LADC Date 6/23/06

Steve Knight MS LADC Intern 6/23/06

5

**White: Consumer Record** **Yellow: Counselor** **Pink: Client**

12 STEP 12 INCORPORATED

CR G, PENNY
KLEINER
KPF081861
ADMIT DATE 05-20-05

1-156-85

# INDIVIDUAL TREATMENT PLAN UPDATE

Client Name: Penny Craig

ICIS # KPF081861

Date of Update: 7-4-06

1. Identification of any new problems, goals, or objectives? Yes ____ No X
   (If yes list on an attached page)

2. Has there been a change in the primary counselor? Yes ____ No X

   If yes, name of current primary counselor:

3. Change in type & frequency of services? None

4. New discharge criteria, (if any): None

"This information has been disclosed to you from records protected by Federal confidentiality rules (42CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

5. Discharge Plan (including projected discharge date): Drug Court client D/C 8/18/06 ... planning to go home.

**PROGRESS TOWARDS EXISTING INDIVIDUAL TREATMENT PLAN GOALS & OBJECTIVES**

**Problem #1**: "I've not totally quit. I keep relapsing

Summary of progress toward goal & objectives: Client has excellent attendance at meetings and groups. She completed Life Management workbook & wrote out her own recovery plan. She has not found a temporary sponsor yet.

**Problem #2**: "I worry a lot about things & think so much my head hurts."

Summary of progress toward goal & objectives: Client is experiencing a lot of anxiety. I will have nurse call Dr Reid tomorrow & request a P.R.N. (Risperadol) I will give client self esteem materials this week.

5

12 & 12 INCORPORATED

CRAIG, PENNY
KLEINER 1-156-85
KPF081861
DOB 09-18-51
ADMIT DATE 05

Client Name Penny Craig ICIS # KPF081861

**Problem #3:**

Summary of progress toward goal & objectives:

**Problem #4:**

Summary of progress toward goal & objectives:

**Problem #5:**

Summary of progress toward goal & objectives:

**Problem #6:**

Summary of progress toward goal & objectives:

**Problem #7:**

Summary of progress toward goal & objectives:



Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 50 of 92

12 & 12 INCORPORATED

CRAIG, PENNY
KPF081861
DOB 02-18

1-15 G-85

## NEW PROBLEMS, GOALS, AND OBJECTIVES

Client Name Penny Craig ICIS# KPF081861

Problem #: No New problem

Goal (The desired effect of treatment):

| Objectives (Measurable, behavioral and time framed): | Target Date | Date End |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Problem #:

Goal (The desired effect of treatment):

| Objectives (Measurable, behavioral and time framed): | Target Date | Date End |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Counselor Signature: Cathy Budd, LPC/LADC Intern Date: 7-4-06

Treatment Team Name AND Date:

Sharon Sneed MSLADC Int. 7-4-06

[illegible], LPC LADC 7/5/06

[illegible] MSLADC Int 7/5/06

**ATTENTION: Please put next review date on the Individual Treatment Plan form**

5


Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 51 of 92

12 Step 12 Incorporated

CRAIG, PENNY
KLEINER 1-156-85
KPF081861

# INDIVIDUAL TREATMENT PLAN UPDATE

DATE 05-20-05

Client Name: Penny Craig ICIS # KPF081861

Date of Update: 7-17-06

"This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

1. Identification of any new problems, goals, or objectives? Yes ___ No X
   (If yes list on an attached page)

2. Has there been a change in the primary counselor? Yes ___ No X

   If yes, name of current primary counselor: ___

3. Change in type & frequency of services? No change

4. New discharge criteria, (if any): None

Gerr/CB

5. Discharge Plan (including projected discharge date): 8-18-06 client will be going home. Drug Court

**PROGRESS TOWARDS EXISTING INDIVIDUAL TREATMENT PLAN GOALS & OBJECTIVES**

**Problem #1**: "I've not totally quit — I keep relapsing."

Summary of progress toward goal & objectives: Client is attending the majority of groups, meetings & classes. She will present her Life Story today in process group along with her good-bye letter. She has completed the other objectives

**Problem #2**: "I worry a lot about things and think so much my head hurts."

Summary of progress toward goal & objectives: Client completed the self esteem worksheets & shared results with counselor. She would like to ↑ Strattera again & possibly replace Risperdal which she believes is not working.

5

12
12
INCORPORATED

CRAIG, PENNY
KLEINER 1-155-85
KPF081661
DOB 02-18-51
ADMIT DATE

Client Name Penny Craig ICIS# KPF081861

**Problem #3:**

Summary of progress toward goal & objectives:

**Problem #4:**

Summary of progress toward goal & objectives:

**Problem #5:**

Summary of progress toward goal & objectives:

**Problem #6:**

Summary of progress toward goal & objectives:

**Problem #7:**

Summary of progress toward goal & objectives:

12 & 12 INCORPORATED

CRAIG, PENNY
KL NER
KPF081861
1-156-85
-18-51
DATE 05-20-05

**NEW PROBLEMS, GOALS, AND OBJECTIVES**

Client Name Penny Craig ICIS # KPF081861

Problem #: No New problems

Goal (The desired effect of treatment):

| Objectives (Measurable, behavioral and time framed): | Target Date | Date End |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Problem #:

Goal (The desired effect of treatment):

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

| Objectives (Measurable, behavioral and time framed): | Target Date | Date End |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Counselor Signature Cathy Budd, LPC/LADC Intern Date: 7-17-06

Treatment Team Name AND Date:

Ruby Gibbs [illegible], LPC/LADC 7/17/06
[illegible], LPC, LADC 7/17/06
[illegible] MS LADC [illegible] 7/17/06
Sharon Sneed MS LADC [illegible] 7/17/06

5

**ATTENTION: Please put next review date on the Individual Treatment Plan form**

12 & 12 INCORPORATED

CRAIG ... KLEINER KOFCRIF...
ADMIT DATE 05-2?-0?

# INDIVIDUAL TREATMENT PLAN UPDATE

Client Name: Penny Craig ICIS # KPF 081861

Date of Update: 8-1-06

1. Identification of any new problems, goals, or objectives? Yes ______ No X
(If yes list on an attached page.)

2. Has there been a change in the primary counselor? Yes ______ No X

If yes, name of current primary counselor ______

3. Change in type & frequency of services? NO change

4. New discharge criteria, (if any): None

5. Discharge Plan (including projected discharge date): Client will graduate on 8-9-06 & go live with daughter

This information has been disclosed to you ... protected by Federal confidentiality rules ... The Federal rules prohibit you ... unless ... disclosure ... expressly permitted by the written ... whom it pertains or as otherwise per... A general authorization for the ... information is NOT sufficient for ... Federal rules restrict any use of the information ... investigate or prosecute any alcohol or drug abuse pati...

**PROGRESS TOWARDS EXISTING INDIVIDUAL TREATMENT PLAN GOALS & OBJECTIVES**

**Problem #1**: "I've Not totally quit. I keep relapsing."

Summary of progress toward goal & objectives: excellent attendance. All objectives are completed with exception of client continuing to go to all groups, classes & meetings.

**Problem #2**: "I worry a lot about things & think so much my head hurts"

Summary of progress toward goal & objectives: DR Reid ↑ Strattera once more. Client continues to journal & attend process group 5x weekly.

5

12 12 INCORPORATED

CRAIG, PENNY
KLEINER -156-F5
KPF091861
DOB 08-1
ADMIT DATE 05-20-05

**Client Name** Penny Craig **ICIS #** KPF081861

**Problem #3**: ______

Summary of progress toward goal & objectives: ______

**Problem #4**: ______

Summary of progress toward goal & objectives: ______

**Problem #5**: ______

Summary of progress toward goal & objectives: ______

**Problem #6**: ______

Summary of progress toward goal & objectives: ______

**Problem #7**: ______

Summary of progress toward goal & objectives: ______



Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 58 of 92

12 & 12 INCORPORATED

CRAIG, ...
KPF081...
DOB ...
ADULT

## NEW PROBLEMS, GOALS, AND OBJECTIVES

**Client Name** Penny Craig **ICIS #** KPF081861

Problem #: No New problems

Goal (The desired effect of treatment):

| Objectives (Measurable, behavioral and time framed): | Target Date | Date End |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Problem #:

Goal (The desired effect of treatment):

| Objectives (Measurable, behavioral and time framed): | Target Date | Date End |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

This information has been disclosed to you from ... protected by Federal confidentiality rules ... The Federal rules prohibit you from ... disclosure of this information unless ... expressly permitted by the written ... whom it pertains or as otherwise per... A general authorization for the release ... information is NOT sufficient for ... Federal rules restrict any use of the information ... investigate or prosecute any alcohol or drug abuse pa...

Counselor Signature: Cathey Budd, LPC/LADC Intern Date: 8-1-06

Treatment Team Name AND Date:

| | | | |
|---|---|---|---|
| Sharon Sneed MS, LADC Intern | 8-1-06 | | |
| [illegible], LADC, LMHC | 8/13/06 | | |
| | | | |
| | | | |
| | | | |

**ATTENTION: Please put next review date on the Individual Treatment Plan form** 5



Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 59 of 92

12 & 12 INCORPORATED

# CONTINUING CARE PLAN

CF G. PENNY KLEINER KPF081861 3-15-05
"This information has been disclosed to you from records protected by Federal confidentiality rules 06-20-05. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

After reviewing the ASAM continued service criteria for this level of care and the consumer's progress to recovery, the following Continuing Care Plan has been developed.

Client name: Penny Craig KPF081861

Reason for discharge: program completion

Progress in treatment / toward recovery: learned tools... temporary sponsor (2)... Celebrate recovery (with husband)... 45 days clean

Discharge medication(s) and dosage(s): Lexapro 20 mg, Wellbutrin 150 mg, Neurontin 600 mg, Strattera 90 mg, Seroquell 400 mg, Risperdal 2mg, Protonix, Lasix, Proventil inhaler

Strengths and abilities at discharge: honesty ...open-mindedness

Weaknesses and needs at discharge: job... selfesteem ↓... home group (with dual emphasis)... health problems

Support systems needed at discharge: 12 step support groups, family support, sober support from friends

Community services needed at discharge: Family & Children's ... Comm Sent - Human Skills & Resources

5

WHITE TO CHART YELLOW TO CLIENT

CRAIG PENNY
KLEINER
KPF081861

Client name Penny Craig ICIS # KPF081861

Recommendation/specific referrals, as needed (name, telephone, location, hours and days of services): Sept 7 - DR Harnish for Meds & Lauren for Counseling Human Skills & Resources

Client's preferences: Same

Casemanager's follow-up to service referral with client's permission (to ensure linkage):

Contact person if client experiences need for post-discharge services: intake ext 1064

Did client cooperate with formation of continuing care plan? ✓ Yes ___ No

Client response to continuing care plan? OK!

If client is not available for response, state why: ______

I have provided input and participated in the development of this plan and received a copy:

Client: Penny Craig Date: 8/8/06

Counselor/Nurse Signature: Cathy Budd, LPC/LADC Date 8/8/06

Casemanager: ______ Date ______

The following signatures are optional to reflect the involvement of others in the development of the Continuing Care Plan:

Family Member: ______ Date ______

Legally Authorized Rep ______ Date ______

Referral Source ______ Date ______

Other: ______ Date ______

"This information has been disclosed to you from records protected by Federal confidentiality rules (42CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

WHITE TO CHART YELLOW TO CLIENT 5

12 & 12 INCORPORATED

RAIG, PENNY
EINER )-155-85
F081861
08-18-61
IT DATE 06-20-06

# DISCHARGE SUMMARY

Client name: Penny Craig

ICIS #: KPF081861 Admission date: 6/20/06 Discharge date: 8-9-06

Presenting problem: "To get help & because of court."

Condition at intake: Ct affect appeared calm, alert.

Treatment Provided:

- ✓ Group Counseling
- ✓ Individual Counseling
- ✓ Substance Abuse Education
- ✓ 12 Step Support Groups
- ✓ Dual Diagnosis Education
- ___ 24 Hour Nursing Assessment/Observation
- ___ Detox Protocol Initiated
- ___ Detox Protocol Completed
- ___ PPD/CSR
- ✓ Medication Education
- ✓ Recreation/Exercise
- ✓ Interpersonal Skills Education
- ✓ HIV Education/Refer for Testing
- ✓ Stress Management Education
- ___ VS Monitored q 6 X 72 hr Then Daily
- ___ Nutrition/Fluid Intake Monitor 3 x Daily

Identify ______

___ Other: ______

"This information has been disclosed to you from records protected by Federal confidentiality rules ([illegible] Part 2) [illegible] rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by [illegible] Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

Treatment outcome: client completed treatment plan objectives and is stable on meds.

5

12 & 12

CRAIG. [illegible]
KLEINER
KPF081861
DOB 08-18-61
ADMIT DATE 05-2?-06

Penny Craig
Client Name

KPF081861
ICIS Number

Reason for discharge: program completion

Diagnostic impression at discharge:

Axis I: MDD, recurrent 296.31; meth dependence 304.40; cannabis dep. 304.30

Axis II: 799.9 deferred

Axis III: Client reports swelling in feet & legs, toothache & ruptured disc

Axis IV: legal, transportation, dental

Axis V: LOF (Current GAF): 45

Condition at discharge: ct was alert and [illegible]

Medication summary: Lexapro 20 mg, Seroquel 400 mg
Wellbutrin XL 150mg - Strattera 18mg - Furosemide 20mg
& albuterol Inhaler
Protonix 40mg - Ranitidine 150mg - Neurontin 600mg - Risperdal 1mg

Prognosis: guarded pending continuation in 12 step meetings & recovery-related activities.

Cathy Budd, LPC/LADC Int. 8-9-06

Counselor

Date

5

12 & 12 INCORPORATED

CRAIG, PENNY
KLEINER 1-156-85
KPF081861
DOB 08-18-61
ADMIT DATE 06-20-06

# PROGRESS NOTE

Client Name Penny Craig ICIS # KPF080861

| Date/Time | Goal Objective | |
|---|---|---|
| 06/20/06 | | Voluntary admit of 44 year old white |
| 09:30 | | female to dual as referred by self. |
| | | Ct. presents casually dressed c̄ no |
| | | s/s of recent use or withdrawal. She |
| | | appears alert & oriented. Ct. states |
| | | she hopes "to learn how to be clean |
| | | and sober and happy and healthy." |
| | | LOF appears to be 3.2 ASAM indicates |
| | | most appropriate for dual. Ct. reports |
| | | being allergic to codeine. Allergy alert |
| | | completed for chart. Ct. states she did |
| | | bring medications c̄ her. Medications |
| | | have been taken to nurses station to |
| | | obtain approval. |
| | | Michelle Anderson, BS |
| | | |
| | | |
| | | This information has been disclosed to you from [illegible] |
| | | protected by Federal confidentiality rules (42 CFR [illegible]) |
| | | The Federal rules prohibit you from [illegible] disclosure |
| | | disclosure of this information unless [illegible] |
| | | expressly permitted by the written consent of the [illegible] |
| | | whom it pertains or as otherwise permitted by [illegible]. The |
| | | A general authorization for the release [illegible] for this purpose |
| | | information is NOT sufficient for this purpose. [illegible] to criminally |
| | | Federal rules restrict any use of the information to criminally |
| | | investigate or prosecute any alcohol or drug abuse patient. |
| | | |

7

C .G, PENNY
KLEINER 1-156-85
KPT081861
DOB 02-18-61
DATE 05-20-05

Client Name ______________________ ICIS #

| Date/Time | Goal Objective | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 68 of 92

12 & 12 INCORPORATED

CRAIG, PENNY
KLEINER
1-156-85
DATE 05-20-05

"This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

# PROGRESS NOTE

Client Name: Penny Craig ICIS #: KPF 081861

| Date/Time | Goal Objective | |
|---|---|---|
| 6/20/06 1030 | | Ct admitted to dual tx at this time. Ct's property searched & contraband removed. Ct rec'd 12&12 bed linen. Ct was oriented to unit by ct host. Ct affect appeared alert. Man Jones |
| 6·20·06 1030-1500 | | Ct attended all groups. Affect appeared alert. Man Jones |
| 6-20-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appear WNL — Ruben Herron CDT |
| 6/21/06 2300-0700 | | Ct appeared to be asleep during the bed check — Deb Page CDT |
| 6/21/06 1000am | | Saw pt for sore Ⓛ hand, Ⓛ ankle & Ⓡ knee. Benign exam. Cont. Ibuprofen & Tylenol — [illegible] Mark, M.D. |
| 6-21-06 0700-1500 | | Ct did not attend groups but did attend Psychoeducation. Ct at sick call during education. Ct affect appeared alert and WNL — [illegible] CDT |
| 6-21-06 1500-2300 | | Ct attended new Ct orientation also attended all groups and meetings as scheduled. Ct affect appear WNL — Ruben Herron CDT. |

7

CR. , PENNY
KLEINER 1-156-85
KPF081861
22-10-51

Client Name PENNY CRAIG ICIS # KPF08 05-20-05

| Date/Time | Goal Objective | |
|---|---|---|
| 6-22-06 2300/0700 | | Ct appeard asleep at bed checks<br>William Butler COT |
| 6-22-06 0700/1500 | | Client attended all meetings & groups. She says she feels better today. Cathey Budd, LPC/LADC Intern |
| 6-22-06 1400-1500 1530-1600 30min | ASI CAR | Completed ASI & car scores. Will meet with client tomorrow to write treatment plan. Cathey Budd, LPC/LADC Intern |
| 6-22-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appr WNL<br>Ruben Herr[illegible] CPT |
| 6-23-06 2300/0700 | | Ct appeard asleep at bed checks<br>William Butler COT |
| 6-23-06 0830-0930 60m | Intl TX Plan. | client and I met to write treatment plan together. She was given a copy. ASI indicated 2 areas of concern: Drugs & Psychiatric. Cathey Budd, LPC/LADC Intern |
| 6-23-06 0700/1500 | | Ct. attended all meetings & groups. affect appeared [illegible]. socialized in the courtyard during freetime.<br>[illegible] CPT |
| 6-23-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appr WNL<br>Ruben Herr[illegible] CPT |
| 6/24/06 2300-0700 | | Ct appeared to be asleep during the hourly bed checks<br>[illegible] CPT |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 70 of 92

12 & 12 INCORPORATED

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CRAIG PENNY 1-156-85
KLEINER
KPF081861
08-18-61
DATE 06-20-06

# PROGRESS NOTE

Client Name Penny Craig ICIS # KPF081861

| Date/Time | Goal Objective | |
|---|---|---|
| 6-24-06 | | Ct. attended all groups + meetings. Ct. affect |
| 0700-1500 | | appeared WNL ——— [signature] COT |
| 6-24-06 | | Ct. attended all meetings + groups. Ct. affect |
| 1500-2300 | | appeared WNL ——— [signature] COT |
| 6-25-06 | | Ct appeared to be asleep during the pm |
| 2300-0700 | | bed checks ——— [signature] COT |
| 06.25.06 | | Ct attended all Scheduled groups Affect |
| 0700.1500 | | appeared content [signature] BA COT |
| 6-25-06 | | Ct. attended all groups + meetings. Ct. affect |
| 1500-2300 | | appeared WNL ——— [signature] |
| 6-26-06 | | Ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 6-26-06 | | Ct attended all groups and |
| 0700-1500 | | activities. Ct affect appeared alert |
| | | and WNL ——— [signature] COT |
| 6-26-06 | | Ct attended all groups and meetings |
| 1500-2300 | | as scheduled. Ct affect appeared WNL |
| | | [signature] COT |
| 6/27/06 | | Ct appeared to be asleep during the |
| 2300-0700 | | pm bed checks [signature] COT |
| 6-27-06 | | Ct attended all groups and |
| 0700-1500 | | activities. Ct affect appeared |
| | | alert and WNL [signature] COT |
| 6-21-06 | 1:1 CX | Client and I met to review progress |
| 1500-1600 | 1B 1A 2A | and concerns. Client has excellent |
| 60 | 2B | group attendance. She saw DR Reid |

7

CRA[illegible], PENNY
KLE[illegible] ER
KPF081861 [illegible]AMP USE ONLY
D[illegible] 08-12-51
[illegible] DATE 06-20-05
1-156-85

Client Name Penny Craig ICIS # KPF081861

| Date/Time | Goal Objective | |
|---|---|---|
| 6-21-06 | Cont. 2C | today, and he added Strattera. "Now I don't have to self-medicate." Also, "I crave knowledge & now I'll be able to concentrate better". Client read |
| | 1G | triggers & alternatives to me. She completed 2 workbooks. I told client if she continues to do well, I will give her a pass in August for grandchild's bday. Client is graduating on her own Bday. She is already connected with Human Skills & Resources and Family & Childrens. Client says, "It's all working out. I have found hope here." Cathey Budd, LPC/LADC Intern |
| 6-27-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appears WNL — Ruben Herron CDT |
| 6/28/06 2300-0700 | | Ct appeared to be asleep during the room bed check — Deborah [illegible] CDT |
| 6-28-06 0950 | | Ct. off unit @ NPN @ this time [illegible] CDT |
| 6-28-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appears WNL — Ruben Herron CDT |
| 6-29-06 2300/0700 | | Ct appeard asleep at most bed checks — William Butler CDT |
| 6-29-06 0700-1500 | | Ct attended all groups and activities Ct affect appeared alert and WNL |

7

12 & 12 INCORPORATED

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

PENNY CONFIDENTIAL 1-156-85 DATE 05-20-06

# PROGRESS NOTE

Client Name Penny Craig ICIS# KPF081861

| Date/Time | Goal Objective | |
|---|---|---|
| | | Melvey Rollo T |
| 6-29-06 0945 | | Ct off unit on transport to K-mart to pick-up Meds. |
| | | Melvey Rollo T |
| 6-29-06 ~~0700/1500~~ | 1220 | Ct returned to the unit c her face. Cts affect appears [illegible] [illegible] CDT |
| 6/29/06 1500-2300 | | Ct attended all scheduled groups & activities. Ct appears alert |
| | | Whitney Dawson CDT |
| 6-30-06 2300/0700 | | Ct appeared asleep at bed checks William Butler CDT |
| 6-30-06 0700/1500 | | Ct attended all scheduled groups and activities, affect appeared [illegible]. [illegible] CDT |
| 6-30-06 1500 | | Ct is on a 2 hr pass allowed by her CX Ruben Herrera CDT |
| 6-30-06 1700-2300 | | Ct returned from pass. Ct personal items were searched, No contraband found, Ct was put on the U.A list. Ct attended all evening groups and meetings as scheduled. Ct affect appears happy Ruben Herrera CDT |
| 7-1-06 2300-0700 | | Ct appeared asleep at bed check - Barbara [illegible] CDT |
| 7-1-06 0700/1500 | | Ct attended all scheduled groups and activities. affect appeared [illegible]. Ct did laundry most of the day. [illegible] CDT |

7

CRAIG PENNY
KLEIN
KPF081261
DOB 08-18-61
1-156-85
DATE 05-20-05

Client Name Penny Craig ICIS #

| Date/Time | Goal Objective | |
|---|---|---|
| 7/1/06 | | Ct. attended OSM. Affect |
| 1500/2300 | | appeared WNL. [illegible] COT |
| 7-2-06 | | Ct appeared to be asleep during |
| 2300-0700 | | the am bed checks. [illegible] COT |
| 07.02.06 | | Ct attended all scheduled groups Affect |
| 0700.1500 | | appeared content. Jennifer Stewart BA COT |
| 07.02.06 | | Ct attended all Scheduled groups. Affect |
| 1500.2300 | | appeared content. Jennifer Stewart BA COT |
| 7-3-06 | | Ct appeard asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 7/3/06 | | Ct attended all scheduled groups & |
| 0700.1500 | | activities. Ct appears alert |
| | | Whitney Davis COT |
| 7/3/06 | | Ct attended all scheduled groups |
| 1500.2300 | | & activities. Ct appears content |
| | | Whitney Davis COT |
| 7-4-06 | | Ct appeard asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 7-4-06 | | Ct. attended all scheduled |
| 0700/1500 | | groups and activities. affect |
| | | appeared [illegible]. [illegible] COT |
| 7-4-06 | TX plan | Client was upset because her son |
| 1200-1300 | ↑ date | was put in jail last night for |
| 60m | 1B | possession and an outstanding |
| | | warrant in Rogers county. "I |
| | | feel like it is my fault as a |
| | | mother". Client's other son will |
| | | be getting out of jail tomorrow. |
| | | Client complaining of anxiety. I will |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 74 of 92

12 & 12 INCORPORATED

"This information has been disclosed [to you from records] protected by Federal confidentiality [rules]. The Federal rules prohibit you [from making any further] disclosure of this information [unless further disclosure is] expressly permitted by the written [consent of the person to whom it pertains]. A general authorization for the [release of medical or other] information is NOT sufficient for [this purpose. The] Federal rules restrict any use of [the information to criminally] investigate or prosecute any alcohol or drug abuse [patient]."

PENNY 1-155-85 ... 08-18-61 DATE 06-20-06

# PROGRESS NOTE

Client Name: Penny Craig ICIS #: KPF081861

| Date/Time | Goal Objective | |
|---|---|---|
| 7-4-06 | cont. 2B, C | Have the nurse call DR Reid tomorrow to request a p.r.N. (Risperdol) Client |
| | 1A, 2A | has excellent attendance @ mtgs & |
| | | groups. She completed life |
| | 1F | Management workbook & wrote out |
| | | her own recoveryplan. She has |
| | 1E | Not found a temporary sponsor |
| | | yet. Client is working on her life |
| | 1C | Story. Cathey Budd, LPC/LADC Intern |
| 7/4/06 1500-2300 | | Ct attended all scheduled groups & activities. Ct appears alert — Whitney Davis CDT |
| 7-5-06 2300/0700 | | Ct appeared asleep at bed checks William Butler CDT |
| 7-5-06 0800 | | Ct off the unit @ this time. [illegible] CDT |
| 7-5-06 1030 | | Ct returned to unit at 1030 from Morton. — Melissa Rob CDT |
| 7-5-06 0700-1800 | | Ct did not attend groups [illegible] role call due to transport. Ct did return for part of education. Ct affect appeared alert and WNL — Melissa R CDT |
| 7-5-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appears WNL — Ruben Herrera CDT |

7

CR. J. PENNY
KLEINER
KPF081861
1-156-85

Client Name PENNY CRAIG

ICIS# KPF081861

DATE 05-20-05

| Date/Time | Goal Objective | |
|---|---|---|
| 7-6-06 | | Ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| | | |
| 7/6/06 | OU IM Resident | |
| 1122 | Pt seen/examined. | |
| | C/O today (+) cough, chest tightness, | |
| | malaise, mildly productive cough, | |
| | sore throat, (+) congestion. | |
| | -Hx asthma 2° smoke inhalation | |
| | -No allergies. | |
| | | |
| | Exam: | Gen: Cooperative. Appropriate |
| | | HEENT: ~~Dull TM~~ TM's wnl |
| | | + swollen nasal turb |
| | | (+) cervical lymphadenopathy |
| | | pharyngeal erythema |
| | | |
| | | CN: NNR 5 (M) |
| | | Lungs: Good air mvt (B) |
| | | Occas wheeze |
| | | ∅ Rales/Rhonchi |
| | | |
| | (A) 1. | Bronchitis |
| | 2. | H/O asthma |
| | | |
| | (P) 1. Zithromax 500mg day 1, 250mg day 2-5 | |
| | (2) Cont albuterol MDI q 4-6° PRN | |
| | | McMerritt D.O. |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 76 of 92

12 & 12 INCORPORATED

C IG, PENNY
KLEINER
1-156-85
05-20-05

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

# PROGRESS NOTE

Client Name Penny Craig ICIS # KPF081861

| Date/Time | Goal Objective | |
|---|---|---|
| 7-6-06 | | Ct. attended goals, graduation, |
| 0700/1500 | | process, but missed Ed group |
| | | due to being @ sick call. [signature] CDT |
| 7/6/06 | | Ct attended all scheduled groups |
| 1500-2300 | | & activities. Ct appears content. |
| | | Whitney Dawson CDT |
| 7-7-06 | | Ct appeared asleep at bed checks |
| 2300/0700 | | William Butler CDT |
| 7-7-06 | | Ct off unit to helping hands for Rx. Ct |
| 0830 | | transported by 12 & 12 tech — Wayetta Brandy CDT |
| 7-7-06 | | Ct. returned from transport @ this |
| 1230 | | time. [signature] CDT |
| 7-7-06 | | Ct. attended morning group + process, |
| 0700/1500 | | Ct was on transport during |
| | | education group. [signature] CDT |
| 7/7/06 | | ct attended all scheduled groups |
| 1500-2300 | | & activities. ct appears content |
| | | Whitney Dawson CDT |
| 7/8/06 | | Ct appeared to be asleep for the bed |
| 2300-0700 | | check [signature] CDT |
| 7-8-06 | | Ct. attended all scheduled groups |
| 0700/1500 | | and activities, affect appeared |
| | | happy. [signature] CDT |
| 7/8/06 | | Ct. went to OSP. |
| 1500/2300 | | Marvelina Foster CDT |
| | | |

7

CRAIG, P[illegible]NY
KLEINER
KPF081861
DOB 0?-18-61
DATE 05-20-05

1-155-85

CARD STAMP USE ONLY

Client Name PENNY CRAIG

ICIS # KPF 081861

| Date/Time | Goal Objective | |
|---|---|---|
| 7-9-06 2300-0700 | | Ct appeared to be asleep during [illegible] bed check — [illegible] CDT |
| 07-09-06 0700-1500 | | Ct attended all scheduled groups. Affect appeared content. Jennifer Stowers BA, CDT |
| 07-09-06 1500-2300 | | Ct attended all scheduled groups. Affect appeared content. Jennifer Stowers BA, CDT |
| 7-10-06 2300/0700 | | Ct appeard asleep at bed checks — William Butler CDT |
| 7-10-06 0700-1500 | | Ct attended all groups and activities. Ct affect appeared alert and WNL — [illegible] CDT |
| 7/10/06 1500-2300 | | Ct attended all scheduled groups & activities. Ct appears WNL — Whitney [illegible] |
| 7-10-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appears WNL — [illegible] CDT |
| 7-11-06 2300/0700 | | Ct appeard asleep at bed checks — William Butler CDT |
| 7-11-06 0810 | | Ct off unit @ this time to the Morton Clinic @ Archer & Denver. [illegible] CDT |
| 7-11-06 ~~1205~~ | | Ct returned to unit @ this time. [illegible] CDT |
| ~~1215 7-11-06 0700/1500~~ | | ~~Ct attended all scheduled groups and activities. Affect appeared happy.~~ Error [illegible] [illegible] CDT |
| 7-11-06 0700/1500 | | Ct did not attend any groups ~~this~~ shift, due to being on transport. [illegible] CDT |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 78 of 92

12 & 12 INCORPORATED

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CRAIG, PENNY 1-15-65
E. 05-20-05

# PROGRESS NOTE

Client Name Penny Craig   OIS # KPF 031861

| Date/Time | Goal Objective | |
|---|---|---|
| 7-11-06 | | Ct attended all groups and meetings |
| 1500-2300 | | as scheduled. Ct affect appr. WNL. |
| | | [illegible] CT. |
| 7-12-06 | | Stayed [illegible] |
| 2300-0700 | | [illegible] CDT |
| 7-12-06 | | Client attended all meetings & groups. |
| 0700/1500 | | Affect appeared bright. Cathey Budd LPC/LADC Int. |
| 7-12-06 | 1:1 CX | Client has been attending all meetings |
| 1700-1800 | 1B 1A, 2A | & groups. "I don't like missing things |
| 60 | | when I'm out on transport." She |
| | 1C | has completed her Life Story & |
| | 1D | good-bye letter & is ready to present |
| | | them to the group. She will bring |
| | 2F | her self-esteem worksheets to our |
| | | Next session. Clients legs & fingers |
| | | are swollen so she has put in a sick |
| | | Call for tomorrow. Dr. Kerd has ↑ |
| | 2B, C | Strattera & Risperdal & Client is |
| | | anxious to start taking the new dose. |
| | | She will talk to Steve about arranging |
| | | transport next week to DHS so |
| | | Client can get medical card. |
| | | She has filled out a application |
| | | with the Lions club for glasses. |
| | | Cathey Budd, LPC/LADC Intern |

7

Client Name Penny Craig ICIS # KPF08186

| Date/Time | Goal Objective | |
|---|---|---|
| 7-12-06 0700-1500 | | Ct. attended all scheduled groups and activities. Affect appeared [illegible] [signature] COT |
| 7-12-06 1500-2300 | | Ct attended all groups as scheduled. Ct affect appear WNL [signature] COT |
| 7-13-06 2300/0700 | | Ct appeard asleep at bed checks William Butler COT |
| 7/13/06 0955 | OV IM Resident | |
| | Pt seen + examined. | |
| | Concerned of swelling in feet (B). | |
| | No Hx of heart or kidney dx. No | |
| | chest pain, SOB c exertion or | |
| | pillow orthopnea. Has been | |
| | concious of salt in diet | |
| | PE: General appropriate | |
| | CV: RRR s (M) Lung Clear | |
| | abd: obese | |
| | LE: +1 pitting edema (B) | |
| | (A) 1. Dependent edema of LE | |
| | (P) 1. Cont Low salt diet | |
| | 2. Will check BMP. | |
| 7-13-06 | | [signature] Merrit D.O. |
| 0700-1500 | | Ct attended all groups and active. Ct affects appear WNL [signature] COT |
| 7/13/06 1500-2300 | | Ct attended all scheduled groups & activities. Ct appears WNL Whitney [signature] COT |
| 7-14-06 2300/0700 | | Ct appeard asleep at bed checks William Butler COT |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 80 of 92

12 & 12 INCORPORATED

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CRAIG PENNY
1-156-85
DATE 06-20-06

# PROGRESS NOTE

Client Name Penny Craig ICIS # [illegible]

| Date/Time | Goal Objective | |
|---|---|---|
| 7-14-06 0945 | | Ct. off unit @ this time @ the ARML lab. [signature] CDT |
| 7-14-06 1240 | | Ct - returned to the unit @ this time. [signature] CDT |
| 7-14-06 0700/1500 | | Ct - attended goals, graduation and process group. [signature] CDT |
| 7-14-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appear WNL. [signature] CDT |
| 7/15/06 2300-0700 | | Ct appeared to be asleep during the am bed checks. [signature] CDT |
| 7-15-06 0700-1500 | | ct attended all scheduled groups & meetings. ct affect appears WNL. [signature] CDT |
| 7-15-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appear WNL. [signature] CDT |
| 7-16-06 2300-0700 | | Ct appeared to be asleep during the am bed checks. [signature] CDT |
| 7/16/06 0700-1500 | | Ct attended all scheduled groups & activities. Ct appears alert. Whitney [signature] |
| 7-16-06 15-2300 | | attended all activities appear WNL. [signature] CDT |
| 7-17-06 2300/0700 | | ct appeard asleep at bed checks. William Butler CDT |

7

CRA. , PENNY
KLEINER
KPF081861
ICIS # KPF081861

Client Name Penny Craig

| Date/Time | Goal Objective | |
|---|---|---|
| 7-17-06 1100-1200 60 | Tx Plan ↑ date 1B, 1A, 2A 1C, 1D 1E, F, G | met with client to review progress on treatment plan. Client is attending the majority of groups, meetings & classes. She will present her lifestory & goodbye letter in process group this afternoon. She has completed the other objectives listed under problem #1. Client |
| | 2F | completed the self-esteem worksheets and shared results with counselor. |
| | 2B, C | She would like to ↑ Risperdal again or replace it since "it's not doing anything." She also wants to ↑ Strattera. Client is waiting on blood test results regarding swelling in legs & arms. Cathy Budd, LPC/IADC Intern |
| 7-17-06 0700/1500 | | Ct. attended all groups and ~~activities~~. affect appeared [illegible]. ~~[illegible]~~ CDT |
| | | Ct attended all scheduled groups. Ct appears alert — Whitney Davis |
| 7-18-06 2300/0700 | | Ct appeared asleep at bed checks William Butler CDT |
| 7-18 0700-1500 | | Ct attended all AM groups affects appear WNL — [illegible] CDT |
| | | Ct attended all scheduled groups Ct appears alert — Whitney Davis CDT |
| 7-19-06 2300/0700 | | ct appeard asleep at bed checks William Butler CDT |

7

12 & 12 INCORPORATED

G. PENNY 1-155-85

'This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

05-20-05

# PROGRESS NOTE

Client Name PENNY CRAIG ICIS # 1??108187

| Date/Time | Goal Objective | |
|---|---|---|
| 7-19-06 0900-0910 10 | CX Note | Spoke with Regional Medical Lab. Results of bloodwork are being faxed this morning to Dr. Yarborough's attention. Cathey Budd, LPC/LADC Intern |
| 7-19-06 0700-1500 | | Ct attended all groups and activities. Ct affect appeared alert and WNL. Milo Ross |
| 7/19/06 1500-2300 | | Ct attended all scheduled groups. Ct appears WNL. Whitney Davis CDT |
| 7-20-06 2300/0700 | | Ct appeard asleep at bed checks. William Butler CDT |
| 7/20/06 0700-1500 | | Ct attended all scheduled groups. Ct appears WNL. Whitney Davis CDT |
| 7/20/06 1500 | | Ct off unit @ 1500. Ct on 4hr. pass. Whitney Davis CDT |
| 7/20/06 1910 | | Ct returned to unit @ this time. Ct appeared WNL. Whitney Davis CDT |
| 7/20/06 1500-2300 | | Ct attended all evening meetings. Ct appears alert. Whitney Davis CDT |
| 7-21-06 2300/0700 | | Ct appeard asleep at bed checks. William Butler CDT |
| 7-21-06 0700-1500 | | Ct attended all scheduled groups & meetings. Ct affect appears WNL. [illegible] Brawley CDT |
| 7/21/06 1500-2300 | | Ct attended all scheduled groups. Ct appears WNL. Whitney Davis CDT |

7

CRAI PENNY
KLEI..R 1-156-85
KPF081861
DOB 08-18-61
T DATE 05-20-03

Client Name Penny Craig

ICIS # KPF 081861

| Date/Time | Goal Objective | |
|---|---|---|
| 7-22-06 | | Appeared asleep at the [illegible] |
| 2300-0700 | | [illegible] D [illegible] CDT |
| 7-22-06 | | Ct attended all groups and |
| 0700/1500 | | affect appeared happy - [illegible] CDT |
| 7-22-06 | | Ct went to celebrate recovery from 1815-2200 |
| 15-2300 | | appear WNL [illegible] CDT |
| 7/23/06 | | Ct appeared to be asleep [illegible] |
| 2300-0700 | | [illegible] D [illegible] CDT |
| 7/23/06 | | ct attended all scheduled groups & meetings. Ct |
| 0700-1500 | | affect appears happy. — Waynetta Brandy CDT |
| 7-23-06 | | Ct attended all scheduled groups. Affect |
| 1500-2300 | | appeared content. [illegible] BA, CDT |
| 7-24-06 | | Ct appeared asleep at bed checks |
| 2300/0700 | | William Butler CDT |
| 7-24-06 | | Ct off unit. Ct went to St. |
| 0930 | | Francis hospital for swollen |
| 7 | | ankles at 0930. [illegible] CDT |
| | | |
| | | |
| 7-24-06 | | Ct attended goals and roll call |
| 0700-1500 | | Ct on transport during Education |
| | | to go to St. Francis. Ct affect |
| | | appeared alert and WNL |
| | | [illegible] CDT |
| 7-24-06 | | Ct returned to unit from St Francis Hosp |
| 1730 | | Ct had no meds to report to nurse. 1 Rx |
| | | for Support Hose. Ct had her form return |
| | | to 12+12 filled out by St Francis Dr as |
| | | required. Ct affect appr flat - [illegible] CDT |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 84 of 92

12 & 12 INCORPORATED

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

1-156-85

20-06

# PROGRESS NOTE

Client Name: Penny Cra[illegible] CIS# [illegible]861

| Date/Time | Goal Objective | |
|---|---|---|
| 7-24-06 | | Ct attended all evening groups as |
| 1730-2300 | | Scheduled. Ct affect [illegible] WNL |
| | | [illegible] CDT |
| 7-25-06 | | Ct appeard asleep at most bed checks |
| 2300/0700 | | William Butler CDT |
| 7/25/06 | | PA seen and examined. C/o BLE edema. |
| 11:15 | | swelling x 2 wks. |
| | | PE: Pt appears comfortable, in NAD. |
| | | lungs: CTA (B) |
| | | CV: nl S1S2 |
| | | Ext: BLE 2+ edema. |
| | | Imp: (1) 45 y/o female c BLE edema. |
| | | - Lasix x 10 days |
| | | - Elevate legs while resting |
| | | - Support hose to LE. |
| | | (2) Cont current Protocol. |
| | | [illegible] M.D. |
| 7-25-06 | | Ct attended all morning groups |
| 0700-1500 | | and activities. Ct affect appeared |
| | | at WNL [illegible] CDT |
| 7/25/06 | | Ct attended all scheduled groups |
| 1500-2300 | | Ct appears WNL [illegible] |
| 7-26-06 | | Ct appeard asleep at bed checks |
| 2300/0700 | | William Butler CDT |
| 7-26-06 | | Ct off unit at 0930 to pick |
| 0930 | | up Meds. [illegible] |

7

Client Name Penny Craig

CRAIG, PENNY
KLEINER
ICIS #1861 KPF081851-156-85
DOB 08-18-61
ADMIT DATE 05-20-06

| Date/Time | Goal Objective | |
|---|---|---|
| 7-26-06 | | Ct returned to unit from transport |
| 1230 | | Mellon RN |
| 7-26-06 | | ct attended all groups affects |
| 0700-1500 | | appear WNL - Eve [illegible] COT |
| 7-26-06 | | Ct attended all groups and meeting |
| 1500-2300 | | as scheduled. Ct affect appear WNL |
| | | [illegible] Herron CDT |
| 7-27-06 | | ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 7-27-06 | | Ct attended all A.M groups |
| 0700-1500 | | affects appear WNL - Eve [illegible] COT |
| 7/27/06 | | Ct ~~attended~~ did not attend |
| 1500-2300 | | roll-call. Ct attended the rest |
| | | of evening meetings. [illegible] |
| 7-28-06 | | ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 7-28-06 | | Ct attended all scheduled groups |
| 0700/1500 | | and ~~activities~~. affect appears |
| | | Neutral. [illegible] |
| 7-28-06 | 1:1 CX | Client & I discussed progress & concerns. |
| 1400-1500 | 1B | She has decided that her exercise |
| 60 | 2E | program will include walking, weights, |
| | | c daughter's BowFlex. She has |
| | | made a feelings collage & will show |
| | | it to group next week. "I got on |
| | | my knees & prayed & it all just came |
| | | together." Client will be graduating |
| | | on 8-11-06 as she has almost completed |
| | 2C | treatment plan & is stable on meds. |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 86 of 92

12 & 12 INCORPORATED

This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

1-156-85

PENNY

05-20-05

# PROGRESS NOTE

Client Name Penny Craig ICIS # KP-081861

| Date/Time | Goal Objective | |
|---|---|---|
| 7-28-06 | Cont. | Her aftercare plan is to live with her daughter until her son gets out of jail. He will get a job & then they'll move out into an apartment. She wants to get her GED. She has a lawsuit pending due to a fall in an oil spill & wants to use settlement for a house. She mentioned that family & children's services have day treatment & she may want to go. Client is pleased with Neurontin's effect on her pain. Cathy Budd, LPC/LADC Int. |
| 7/28/06 1500-2300 | | Ct attended all scheduled groups. Ct appears content. [illegible] |
| 7/29/06 2300-0700 | | Ct appeared to be asleep @ bed check. [illegible] CDT |
| 7-29-06 0700/1500 | | Ct. attended all scheduled groups and activities. Affect appeared [illegible]. [illegible] CDT |
| 7-29-06 1815 | | Ct attended Roll Call as scheduled. Ct attended Celebrate Recovery at 1815. [illegible] |
| 7/30/06 2300-0700 | | Ct appeared asleep @ am bed check. [illegible] CDT |

7



Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 87 of 92

CRAIG, PENNY
KLEINER 1-155-65
KPF081861
Client Name ______ ICIS # 02-18-61
ADMIT DATE 06-20-06

| Date/Time | Goal Objective | |
|---|---|---|
| 7/30/06 | | Excused from groups Ct wasn't |
| 0700-1500 | | feeling well. Affects appear to be |
| | | WNL — Eve ___ COT |
| 07-30-06 | | Ct did not attended 1700 role call. Ct attended |
| 1500-2300 | | other groups. Affect appeared content. Jennifer ___ 34 COT |
| 07/30/06 | | CT is congested and have a ear ache |
| | | will be resting the remaining evening. |
| 7-31-06 | | ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 7-31-06 | | Ct attended all groups and |
| 0700-1500 | | activities. Ct affect appeared |
| | | alert and WNL — Mel ___ COT |
| 7/31/06 | | Ct attended all scheduled groups |
| 1500-2300 | | Ct appears WNL — Whitney ___ |
| 8-1-06 | | Ct appeard asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 8-1-06 | | Ct attended all morning groups |
| 0700-1500 | | and activities. Ct affect appeared |
| | | alert and WNL — Mel ___ COT |
| 8-1-06 | Tx Plan | Client and I met to review progress on |
| 1600-1700 | ↑ date | treatment plan objectives. All |
| 60m | 1B | objectives have been completed except |
| | 2D | client continues to journal & |
| | 1A,2A | attend all meetings groups & classes |
| | 2B,C | DR Reid ↑ Strattera again today & |
| | | that should be a therapeutic dose. |
| | | Client is able to concentrate better. |
| | | "I finished reading an entire book & |
| | | I'm never able to do that!" Cathey Budd LPC/LADC Int. |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 88 of 92

'This information has been disclosed to you from records protected by Federal confidentiality rules. The Federal rules prohibit [illegible] disclosure of this information [illegible] expressly permitted by the written [illegible] whom it pertains or as otherwise [illegible] general authorization for the release [illegible] information is NOT sufficient for [illegible] Federal rules restrict any use of the information [illegible] investigate or prosecute any alcohol or drug abuse [illegible]

CRAIG, PENNY
KCPF081861
1-156-85
DOB 08-18-61
ADMIT DATE 05-20-05

# PROGRESS NOTE

Client Name Penny Craig ICIS # KCPF081861

| Date/Time | Goal Objective | |
|---|---|---|
| 8-1-06 | | Ct attended all group and meeting |
| 1500-2300 | | as scheduled. Ct affect appears WNL |
| | | Ruben Herrera COT |
| 8-2-06 | | Ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 8-2-06 | | Ct attended all groups as |
| 0700-1500 | | scheduled affects appear to be |
| 8-2-06 | | WNL Eric [illegible] COT |
| 1245 | | Ct off unit at 1245 for counseling |
| | | Eric [illegible] COT |
| 8/2/06 | | Ct on unit @ 1530. Ct appears |
| 1530 | | alert Whitney Dawson |
| 8/2/06 | | Ct attended all scheduled groups |
| 1500-2300 | | ct appears content Whitney Dawson |
| 8-3-06 | | Ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 8-3-06 | | Ct attended all groups as |
| 0700-1500 | | scheduled, affects WNL Eric [illegible] COT |
| 8/3/06 | | Ct attended all scheduled groups. |
| 1500-2300 | | Ct appears content Whitney Dawson |
| 8-4-06 | | Ct appeared asleep at bed checks |
| 2300/0700 | | William Butler COT |
| 8-4-06 | | Ct. ~~attended~~ ~~appeared~~ all groups |
| 0700/1500 | | and ~~attitude~~ affect appeared happy |
| | | [illegible] COT |
| | | |

7

CRAIG PENNY
KLEINL..
KPF081861 1-156-85
DOB 08-18-61
DATE 05-20-05

Client Name Penny Craig

ICIS# KPF0818 61

| Date/Time | Goal Objective | |
|---|---|---|
| 8-4-06 1500-2300 | | Ct attended all groups and meetings as scheduled. Ct affect appeared WNL Ruben Herrera CDT |
| 8/5/06 2300/0700 | | Ct appeared to be asleep @ bed check [illegible] CDT |
| 8-5-06 0700/1500 | | Ct. attended all scheduled groups and activities. affect appeared [illegible] [illegible] CDT |
| 8/6/05 2300/0700 | | Ct appeared asleep @ bed checks [illegible] CDT |
| 08-06-06 0700-1500 | | Ct attended all scheduled groups. Affect appeared Content. Jennifer Serrano BA, CDT |
| 8-06-06 1500/2300 | | Client did not attend scheduled group. CT states meds are causing her to sleep & feeling drowsy. CT put in a sick call request. [illegible] CDT |
| 8-7-06 2300/0700 | | ct appeard asleep at bed checks William Butler CDT |
| 8-7-06 0700-1500 | | Ct attended all groups and activities. Ct affect appeared alert and WNL [illegible] CDT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

7

12 & 12 INCORPORATED

...information has been disclosed ... protected by Federal confidentiality ... The Federal rules prohibit you from ... disclosure of this information ... expressly permitted by ... whom it pertains or as ... authorization for the release ... information is NOT sufficient for ... Federal rules restrict any use of the information ... investigate or prosecute ... alcohol or drug abuse ...
CONFIDENTIAL
DATE: 05-20-05

# PROGRESS NOTE

Client Name: Perry Craig  ICIS #:

| Date/Time | Goal Objective | |
|---|---|---|
| 8/7/06 | | C/O (R) side of mouth toothache |
| | | Ibuprofen 800mg PO given [illegible] |
| 8-7-06 | | Ct attended all groups and meetings |
| 1500-2300 | | as scheduled. Ct affect appears WNL |
| | | Ruben Deran CDT |
| 8-8-06 | | Ct appeard asleep at bed checks |
| 2300/0700 | | William Butler COT |
| | | |
| 8/8/06 | Pt seen + examined. | Meds reviewed. c/o |
| | feeling tired/fatigue | x 1 week. |
| | Pt reports recent | meds Δ's → Lasix, |
| | Neurontin, Strattera. | Denies fever/chills, |
| | CP, SOB, abd pain, | N/V/D, hematuria/dysuria. |
| | | |
| | GEN - | NAD |
| | CV - | RRR |
| | RESP - | CTA |
| | ABD - | soft NTTP |
| | EXTR - | trace (B) LE edema, + TED hose |
| | | |
| | A/P: 1. | fatigue - etiol? Likely 2° new meds/ |
| | | doses, pt adjusting. |
| | 2. | dental pain - to PMU when D/C |
| | | tomorrow. Rx Lanicaine gel prn. |
| | | [signature] MD |
| | | BUTCHER |

7

CRAIG, PENNY
KLE...ER
KPF081861
DOB 08-18-61
ADMIT DATE 05-20-06

Client Name Penny Craig  ICIS#

| Date/Time | Goal Objective | |
|---|---|---|
| 8/8/06 1015 | | Xylocaine 2% to toothache as directed/cottonball [signature] |
| 8-8-06 0900/1300 | | client attended all morning groups & meetings. Affect appeared WNL. Cathey Budd, LPC/LADC Int. |
| 8-8-06 1100-1200 60 | Discharge Noted | Client and I completed all discharge paperwork. Client will be living with dtr after d/c till she & son can get a place. She will contact comm/sent immediately after d/c & is set up with F&CS for med management & counseling. Cathey Budd, LPC/LADC Int. |
| 8/8/06 1500-2300 | | Ct did not attend roll-call ct did attend rest of evening meetings — Whitney Dawson |
| 8-9-06 2300/0700 | | ct appeared asleep at tex bed checks William Butler COT |
| 8-9-06 0700-1500 | | Ct attended goals and graduated from Dual — [signature] |
| 8-9-06 0900 | | Ct was discharged from Dual at 0900. Ct returned all 12 to 12 property and received and signed for all personal belongings. Discharge paperwork completed. Discharge summary initiated. Ct was escorted off unit by staff [signature] |

7

Case 4:12-cv-08001-GAF Document 155-11 Filed 09/03/15 Page 92 of 92