**<u>CONFIDENTIAL WORK PRODUCT</u>**

**Summary from phone call with Josie Kleiner**
**Date: May 13, 2005**

**Josie Kleiner, 84**
[redacted]

Josie was married to Gerald Kleiner, Jack's brother. Jack also had a sister Maxine who died at age 25 and left five children. Josie helped care for them.
Jack's other siblings?

Jack was rude, spoiled, drank a lot, I was scared of him, I didn't trust him.

Jack was married to his first wife and had five children: Becky, Jackie, Timmy, Terry, Penny. Jack had three more with Judy: Teddy, Tommy, Jerri (named after her husband).

Josie said that Jack's older five children want nothing to do with him. Penny is a drug addict. She doesn't know where she lives. Josie reluctantly gave me Becky's number but doesn't want anyone to know she is talking about Jack. She is afraid of him.
Becky is married to Rex Perkey, Tulsa, OK [redacted].

Jack cheated on his first wife.

Judy and Jack lived with their children with Jack's parents where they could live for free. Jack's mother died and they continued to live with Jack's father until his death.

Jack and Judy were wild people. Josie said that she and Gerald were Christian and didn't like to associate with them because they drank. Josie would see the little girls: Lisa and Patty, when they'd visit Gerald and Jack's parents.

Josie said she worked in the cafeteria at Woodrow Wilson School. Lisa remembered that Josie worked in the cafeteria and that she sometimes took her home from school. Josie doesn't recall Lisa at school but maybe if she was shown a picture

**Remember to bring school pictures**

Josies' husband Gerald died approximately 10 years ago. Prior to his death he suffered from diabetes. Judy and Jack came over and said they were going to take Gerry because Josie wasn't caring for him well enough. Josie was furious and told them so. Josie felt that Jack and Judy wanted to help care for Gerry so they could get his retirement money. Jack and Judy left before dinner.

After Jack and Judy's divorce Jack was in jail in OK on a DUI.  The jail in Tulsa flooded and they ended up telling him to get out of OK and not to come back.  Jack and his son Teddy (high school age) showed up at Josie and Gerald's door all dirty needing a place to stay.  Josie and Gerald were going to be gone all day and told them they couldn't stay. Josie didn't trust Jack in her home when they weren't there.  Jack and Teddy stayed out in the truck all day in the winter.  Josie gave them a place to stay when they got home. Jack hollered at Josie to get him coffee. She was furious and told him never to talk to her that way and told him he needed to be out in three days, which he was.

A couple years after Gerald died Jack called her to say that they should "get together." She hung up on him.  Her son told her to call the police if he ever called again.

Jack lives somewhere in Manhattan but Josie chooses to not know where.  She said he is not listed in the phone book.  She gave me Becky's number but that is all she felt comfortable doing.

Josie knows that Lisa must have had an awful life with Jack Kleiner.

"I feel sorry for that little girl (Lisa)."  Josie said she'd help us in any way.

She is 84 years old and has arthritis.  She'd like me to call the day before just to see if she's okay enough for company.

She didn't want to write my name or number down and just told me to call her again. We'll meet Tuesday, June 1, 2005 at 10:00 at her home.

END