# MEMORANDUM

TO: File

FROM: Ron Ninemire

DATE: January 22, 2005

RE: Lisa Montgomery

ALB, Susan, and I visited with Lisa's brother, Teddy J. Kleiner at Lansing State Prison. ALB took the notes and this a recitation of those notes.

Teddy stated that his father is Jack Glen Kleiner, whose date of birth is [redacted]/( year unknown), who lives in Manhattan, KS. by himself. He described his father as a heavy drinker, does not like him and that he is "a piece of shit". Teddy does not see him but the last time he saw Jack he was suffering from emphysema and was dying. Teddy's mother is Judy Karen Shaugnessy, her date of birth is [redacted], and she currently resides at [redacted]. Teddy has a girlfriend by the name of Bonnie Jean Taylor, who is currently on the run from the law but lives somewhere in the Tulsa, Oklahoma area. Bonnie's mother is Rachael Taylor, who is living with boyfriend, Toby Houston at [redacted], no telephone.

Teddy seemed to be very supportive of Lisa throughout our interview. He stated that Lisa's best friend is Wendy (last name unknown) and possibly Charlie Dedman ( AFPD from Kansas) may have her phone number. Another friend Elsie Miller who lives in Chicago (No other information is known). Throughout his early childhood Teddy remembered physical fights between his mom and dad. He stated that his dad was drunk most of the time and so was his mother. He stated that his mother lies.

Teddy's sister, Jerri Jo Kleiner Leonard lives in Topeka and works at TJ Max which is located near the CiCi's and Target store. She is currently single, as her husband has left her. Her husband was in the Air Force, went on vacation and never came home. Jerri has a felony from California for receiving stolen property which occurred when she was seventeen years old. This was somewhere near San Francisco, California.

Tommy Lee Kleiner, DOB [redacted] and he is single. He lives at [redacted] He may be going to jail soon as he threatened Lisa. Katie stated that Lisa lied about the threat and that she had a restraining order against Tommy. However, Tommy still is defending Lisa. He went to jail for this restraining order once and then he drove by Casey's where upon Lisa called the police again and Tommy was in trouble with the law enforcement.

Patty Rene Baldwin, DOB [redacted], is Lisa's real sister. Teddy doubts this because she is so dark. He doesn't know who her real father is. She is currently residing in Nortonville, KS with a Jeremy Tall. Jeremy works at Snow Creek in Weston, MO.

Diane Ray Hedberg is supposedly Teddy's mother's first child but he has never met her.

He believes however, that through information that he has gained over the years that Diane maybe located somewhere in the state of Washington.

Teddy's maternal aunt, Ann Scarborough is deceased. She use to live at the Potowatomie County Sheriff's Department. Her children are Johnny, Dennis and David and they all live in Topeka. Johnny has a different biological father so his name may not be Scarborough.

Teddy's maternal aunt, Ellen (Last name unknown) lives in Topeka, KS. Teddy does not know her children. Teddy lived in Oklahoma for a long period of time.

Another maternal aunt, Alice Derry and husband Victor live in Montara, which is a housing division. Montara is across Hwy 75 from Forbes Field.

Teddy's maternal uncle, Bobby Rignell and wife Cindy live in Raliegh, KS. Their sons are Lonnie and Brett Rignell.

Another maternal aunt, Darlene Alexander and husband Marvin live on Florida Avenue in Leonardville, KS. They have three children, Ashley, who lives with her parents and Wendy and Kenny. Wendy was described as being very religious and she has eight or nine kids and is pregnant with twins. Kenny is on the run for child support in Florida. According to Teddy, Wendy and Lisa were best friends and they emailed each other all the time.

A maternal aunt Elsie Miller and husband Chuck live in Chicago, IL. There children are Stacie and Scotty.

Teddy reported that during family reunions that some of the cousins would get together and have sex in the bathroom during the reunion. He said this was especially frequent between Stacie and Johnny.

Teddy reported that John Hedberg (Lisa's father)was in the Army and that his mother had been with him for a while. Lisa is the oldest child and was six years older than Teddy. His earliest memory of both his parents is that they were drunk most of the time. The dad back handed Lisa and Patty frequently and he recalled on one occasion where his father had tied Patty's feet together and to the leg of a chair. Teddy stated that his mom is a liar and she lies about drinking. She drank gin and his dad drank rum. They fought frequently and even went to jail. The father has knocked out the mom's teeth and that is why she has false teeth today. On one occasion they started fighting and Lisa got all of the kids out of the room. Teddy watched through a window and Lisa told him not to watch. His parents were hitting each other when the police came and the police then "kicked the shit out of dad". Apparently police officers thought Jack was going for a gun when the altercation took place. He was trying to reach under his bed for a bag of money to use as bond. Both his mom and dad worked but when they came home they drank heavily. Lisa and Patty fixed their father's rum and coke and he would slap the kids if his drink wasn't just right. One time Patty kicked the dinner table so Jack ripped the phone out of the wall and tied her feet together with the cord. Another time he made Patty sit in the tub with a plate of vomit because she got sick of eating broccoli and made her eat it. Supposedly Lisa was being molested by his father but Teddy does not believe that is true. He does believe that his

father cheated on his mom all the time and that his dad even has a child by one of their babysitters.

Teddy reported that his mother paid little attention to the children and that Lisa was more like a mother to the kids and the caretaker of the family. He believes Lisa is 36, he does not know Patty's age and he is 30 years old. He also stated that his mother use to beat on Lisa and pulled her hair and threw her up against the walls. One time Teddy threw a shoe at his mom to get her off of Lisa. Lisa's skin by her mouth was broken from her mom throwing her against a wall. As an example of his parents cruelty, Teddy remembers one Christmas a neighbor and her mom went dumpster diving. Teddy got a green jeep truck that came out of the dumpster and he commented that it had a broken wheel. His mother grabbed him by the ear and beat him . She then threw him in a room and then his dad came in and beat him. His father broke out the light bulb so it was completely dark in the room and told Teddy not to come out or there would be more consequences. To this day even as an adult Teddy is still scared of the dark because of this incident. They made the kids eat soap if they said anything bad. Teddy stated that they had enough food, a car and a home to live in. However, Teddy believes that his dad took money under the counter at the auto parts store for extra money. Teddy also since becoming an adult has talked with people who are involved in the Hell's Angels that knew Teddy's dad, so he surmises that his dad might have sold drugs, guns and auto parts to the Hell's Angels because he didn't have a bike and didn't ride a motorcycle.

Teddy's mother worked at ARA in Tulsa at Ted's Hamburgers. He believes that his mother cheated with the owner of Ted's Hamburgers and that's the reason his name was Teddy. He remembered his mom at one time had kicked his dad out of the home and his dad stayed gone for about a week. His father wanted to come back and one of the conditions set by the mother was that he spend more time with the children. Two weeks later the children and Judy moved out of the home and moved in with the mayor of Sperry, Oklahoma. That mayor's name was Richard Boman. Teddy thinks his mom made Lisa claim that she was molested by Jack Kleiner in order to get a divorce. His mother took Lisa to the doctor and Teddy doesn't think the dad was ever charged criminally with molesting Lisa.

Teddy remembers how strange it was to live with the mayor of Sperry, Oklahoma and he remembers eating at a café with the mayor. (This has no particular significance, but it was a memory). Teddy said that Richard Boman is a "piece of shit" who beat Teddy. Teddy was the only kid that Richard beat. Lisa met Carl Boman and Teddy believes that they were really in love in the beginning but he described Carl as a "piece of shit". Teddy says his whole family is weird and the siblings all compete to be mom's best child.

Lisa wanted to adopt Teddy's son since he was selling dope in Oklahoma. Two of his sisters were arrested. Teddy decided that he wanted to quit the dope business and called his mother for help. Lisa was angry with Teddy because he had contacted his mother. Teddy was later told by his mother that Lisa would not have anything to do with him or their mother if Teddy allowed his mother to help him. Teddy does not know if all of this is true but that's what his mom said. He again reminded us that his mother is quite a liar.

Teddy's sister Patty brought Teddy back to Lyndon and he lived with Patty for a while.

However, people began to come to Patty's home and smoke marijuana. He decided to leave and get his girlfriend, Bonnie and child (Justin) from this environment. At this time Teddy went to live with Lisa in Melvern. He remembers leaving his mothers on foot when a car pulled up and it was Kathy Dewey who offered them a ride. Kathy Dewey said she knew Lisa and she took them to Lisa's home. Lisa said he could live there under the condition that he admit himself to rehabilitation and stated that she would help Teddy. The next morning Lisa and Kevin bought things for Teddy's child at a store and began to help them financially. When Teddy and Bonnie had Hope Lisa told him to watch out because his mother wanted their child Justin for Terry who could no longer have kids. Teddy returned to Oklahoma, when his mom did not bring Justin to him for months, Teddy came back to Kansas and got Justin. Teddy thought his mom wanted custody of his kids and he only gave her a medical power of attorney. The state took his and Bonnie's new baby Hope since she had traces of marijuana in her blood at birth. Also, Hope's intestines came out when she was born because she was breach, but Teddy thinks the doctor cut her umbilical cord accidentally. Teddy had an attorney and thought he could get Hope back. Teddy rented an apartment and left Bonnie who continued to use drugs. His mother was suppose to come to Oklahoma to take help care for Hope while Teddy worked. She did not come and he was arrested for warrants. Teddy's mother tried to get custody of Hope and he hired an attorney by the name of Gerald Lovoc, in Tulsa. However, Hope ended up being adopted by another family. Lisa may not have been aware of that his mom was trying to obtain custody of Hope. Lisa told Teddy that their mom was trying to gain custody of Justin and in fact his mom does have custody of Justin. Teddy remembers Lisa crying with headaches and when Teddy's son was taken away.

Lisa was married to Carl Boman at this time and he stated that Lisa was cheating on Carl. Carl was currently working at the Jons Inc., a sulfa plant. After his release from jail Teddy began working for a tree trimming company and went to Bartlesville, Oklahoma to visit Lisa. Lisa took Teddy to her "boyfriend's" home for drinks. He stated Lisa would go to her boyfriend's house and have Teddy watch the kids while she and her boyfriend went to the bedroom. At one time Lisa took the kids and left with her boyfriend.

Teddy reported that Lisa kept her house very dirty generally when she was still married to Carl. However, after marrying Kevin her house was usually nice and clean. He described it as cluttered but clean. Anita told him that the FBI reported that their house had dog feces all over and was filthy but he did not believe that.

With regard to Lisa's marriage to Carl he stated that Carl had affairs with other women and believes that Carl and Lisa argued but never physically fought. Conversely Lisa had affairs. Teddy remembers going to get Lisa's car after she had runoff with a boyfriend for a few weeks. When he knocked on the door the boyfriend pulled a gun on Teddy. At that time Teddy believed that CJ and Chelsea were with Lisa. When Lisa gave birth to Kayla, Lisa and Carl were fighting and Lisa was living in California when she had Kayla. He believes that Kayla's father is a heroin addict. He stated that of all of his nieces and nephews Kayla is his favorite and they get along very well.

Teddy does not believe that Lisa drinks as he has never seen her drink. He remembers that she use to obtain Lortab for bad headaches. Other than prescribed medication or over the counter

medication she has never used drugs to his knowledge. Teddy often wonders if Lisa suffered from head trauma when her father beat her.

Lisa had problems with her pregnancy with Kayla who was born premature. He believes that Kayla was born at the SDSU Hospital. Lisa told Teddy that she had her tubes tied in 2003, at first Lisa said she was pregnant and her stomach got big. Lisa said she was going to surprise everybody. His mother stated that Lisa was lying about the pregnancy but Teddy was convinced Lisa was pregnant. Teddy remembers telling Lisa "hey Lisa Mom says you were fixed" and Lisa responded stating she had the procedure reversed in Topeka.

Lisa complained of headaches in 2003 when Teddy lived with her. He said she would hold her head and lay down much of the time. She had them a few times per week and they were like "super migraines". Lisa would even have tears in her eyes.

Lisa was in a car accident in Hominy, Oklahoma. He remembers Lisa had cast on her arms and a neck brace. She was hospitalized in Fairfax, Oklahoma after that accident. From January to July, 2003, Teddy lived with Lisa. Lisa introduced Teddy to religion and he began to believe in God and she took him to the rehabilitation. Lisa was getting along with Kevin and the kids very well at the time. He did state that Lisa seemed weird. He stated that he and Bonnie had to return to Oklahoma because Bonnie was on probation. Lisa and Kevin even paid for their trip back to Oklahoma. Teddy recalled an incident where he fathered a child by Bonnie's sister. He advised Lisa of this and Lisa seemed very interested. Lisa told Kevin to tell them that she would give them five thousand dollars for the baby if they didn't want to raise it. Lisa told Kevin that the baby she was carrying was brain dead because the brain wasn't attached therefore she wanted the baby. Teddy worried but Lisa said it would be okay it was "meant to be".

When asked if Lisa had displayed any violent tendencies he recalled one time that Lisa was spinning wool and Chelsea was spinning yarn. Chelsea dropped the tool she was using and Lisa became very angry. Lisa began punching Chelsea in the head. Kevin just stood there in shock and Lisa was shaking. Teddy told Lisa that she had better never hit Chelsea again and left the room. Lisa talked to Teddy later and acted like she didn't know she had done anything, like it had never happened. Lisa squinted her eyes and looked at Teddy like "what are you talking about" Teddy remembers telling the FBI about this incident. Lisa has always been against physical violence. Lisa was squeamish when they butchered chickens and rabbits and could not watch or participate. This occurred while they were growing up.

Lisa had rat terriers when Teddy lived with Lisa. Teddy remembered one incident when a goat or sheep was in heat and Lisa accidentally got blood on her hand and she got very sick to her stomach. Teddy stated that his whole family told Kevin that Lisa could not get pregnant. Kevin's family thought Teddy's family was crazy. Lisa is strange and has no friends.

Teddy stated that his brother Tommy would talk to us and would tell the truth even though he drinks. His other sisters, Patty and Jerri both used drugs. The FBI asked Teddy about Lisa having an abortion. Teddy stated that Carl McClan was Lisa's high school sweetheart and was in prison in Oklahoma. One time Lisa went to Texas and was suppose to have had an abortion but she met up with Charles McClan and they partied for a week and used cocaine. He said that he

believes that Kevin paid for the reversal of her tied tubes. (The reversal would have occurred after the abortion so this made no sense.)

Teddy remembers Lisa and Kevin took turns carrying Justin when he lived with them and Kevin asked Teddy how Lisa acted with Justin. He remembers that Lisa told him that when she was pregnant Kevin was going to be so happy because Kevin's first wife had a baby that died. The day after Teddy moved in with Lisa which was January 12, 2003, Lisa and Kevin had a doctor's appointment. They said they had missed one the week before. Kevin looked at his watch and said they were running late. At this time Lisa said "oh well I'll reschedule for next week". They already had a nursery prepared but Lisa looked about seven months pregnant. Teddy thinks Lisa and Kevin were scamming to get a baby. Teddy thinks Kevin was in on this offense.

In April, 2003, when Teddy got out of rehabilitation Lisa was no longer pregnant. Teddy asked her if there had been a memorial service and she said no. Teddy does not know if she was really pregnant or not.

When Lisa and Carl lived in Arkansas they became Jehovah Witnesses. Lisa was supposedly "really" pregnant and the church bought them a bunch of baby items. They soon moved back to Oklahoma. Teddy's theory for why Lisa and his mother don't get along is because the mom forced Lisa to lie about Jack Kleiner molesting her and Teddy thinks this drove Lisa crazy. Lisa was in high school when Jack Kleiner supposedly molested her. He believes that his father never molested Lisa and that Lisa had been forced to lie by her mother. In this way her mother could end that marriage.

Carl hasn't obtained custody of Kayla because Teddy's mother said the police couldn't question Kayla if she's not in Carl's custody. Teddy stated that Kayla knows more about this offense than anyone. Kayla had told Teddy that she hated her mother. Kayla told Teddy that Carl is not her dad. Kayla also said that there was something else that she couldn't tell Teddy because her mom would "kill her".

Lisa testified against Teddy and her mother at Teddy's custody hearing in Osage County on April 5, 2004. The lawyers said Lisa was "insane". The judge asked Lisa where her testimony was coming going. Lisa said you don't know what it's like to be chased around with a knife. After that Lisa cried. The judge did not terminate Teddy's rights. When they walked out of the courtroom Lisa was "broken", She "snapped". Lisa even looked different to him. Teddy was asked who he would prefer to have custody of his children while he was in prison. Teddy originally named Lisa on the list but then removed her name and Lisa was very upset with him about this. However, Lisa continued to help Teddy. Teddy believes that he will be able regain custody of Justin when released from prison. In fact his mother has told him that once he gets out she will give Justin back to him. He's disappointed with his mother who has grandmother visits with Hope, but has never seen her.

He stated that everybody in Melvern thinks Lisa is "Martha Stewart". Lisa gets along well with Kevin's parents and they seem to be very nice people. They even gave him a car when he lived in Melvern and bought him clothes. Teddy thinks Kevin might have molested Chelsea.

At one time Kevin was in his robe rubbing his face on her saying, " wake up". Chelsea always talked about sex.

Teddy received a letter from Kayla and she was interested in rat terrier breeding. She said "the colors and all, you know what I mean". This didn't make any sense to Teddy and he would like to talk to her about that someday.

Kevin threatened to shoot Teddy one time, apparently Teddy was traveling with his siblings Jerri and Tommy. As they were passing through Kansas they decided to visit Lisa and Kevin. It was 5 AM and since no one was awake they walked into the unlocked house. Kevin woke up and was upset and advised Teddy that he would shoot him if they came into his house again like that. Teddy thinks Kevin was in on the whole deal. He stated that Kevin had a child that died at birth and Teddy thinks that's why Kevin wanted another baby. Sometimes Kevin acted happy about Lisa being pregnant and other times he acted like in was no big deal.

Teddy has never heard of Bobbi Jo Stinnett and stated that Lisa was on the computer all the time with "dog people". The lady who turned Lisa in cheated Lisa out of two dogs. Both Lisa and this lady used different names on the computer. Lisa used "ospreymontgomery.com". Lisa could tell what names the lady was using. The lady got a dog registered and lied about where the dog come from.

Teddy's mother told him that Chelsea and CJ wanted to live with their dad. Teddy thinks that Kayla might know something about this offense and that is one reason why Lisa had Kayla sent away.

We asked if necessary could we come back and visit with Teddy and he stated that it would be fine.

Teddy J. Kleiner

Interview of Teddy J. Kleiner at the Lansing Correctional Center, DOB [redacted], ss# [redacted]. He has been here since 9-21-04.

Mother - Judy Karen Rignel, DOB [redacted]. Judy works at Casey's.

Father - Jack Glenn Kleiner, DOB [redacted] he is 74 or 75 years of age. Jack Kleiner is an alcoholic. He's a piece of shit - he cares only about drinking. Jack has emphysema. He lives in Manhattan, Kansas.

Teddy go 72 months for manufacturing meth/possession of meth.

Teddy's girlfriend is Bonnie Jean Taylor, she is a hooker. She is in Tulsa. The FBI is looking for her. Her Mom lives at [redacted] her name is Rachel Taylor, her boyfriend's name is Toby Houston.

FBI Agent Avery interviewed Teddy last week.

Rachel Taylor and Toby Houston sell pills.

Teddy's sister, Jerri Jo Kleiner Leonard lives in Topeka and works at TJ Max by CiCi's Pizza and Target. Her husband left her. He was in the air force and went on vacation and never came back. She has a felony from California for receiving stolen property when she was 17. It was near San Francisco.

Teddy's brother, Tommy Lee, [redacted] is single. He lives at [redacted]. He may be going to jail for making a threat to Lisa even though Lisa lied about him. Lisa had a restraining order against Tommy. Tommy is really defending Lisa. He went to jail for it once then drove by Casey's. Lisa called the police so he got in trouble again.

Patty Renee Baldwin, DOB [redacted] is Lisa's real sister but Teddy doubts this because she is so dark. She lives in Nortonville, Kansas with Jeremy Tall. Jeremy works at Snow Creek in Weston, Missouri.

Diane Ray Hedberg is supposedly his Mom's daughter but Teddy has never met her. She may be in the State of Washington.

Teddy's Mom's sister, Teddy's Aunt Ann Scarborough is deceased. She used to work at Potowatomie Co. Sheriff's Dept. Her children are Johnny, Dennis and David. They all live in Topeka. Johnny has a different Dad so his name may not be Scarborough.

Teddy's Aunt Ellen (lnu) lives in Topeka, Kansas. Teddy does not know her children.

Teddy lived in Oklahoma for a long time.

Teddy's Aunt Alice Derry, husband Victor, lives in Montara - it is a housing area. Her children are Steve and Ronnie Burton and Christina Derry. They all live in Montara. Montara is across from Forbes Field in highway 75.

Teddy's Uncle Bobby Rignell, wife Cindy, live in Riley, Kansas. Their sons are Lonnie and Brett Rignell.

Teddy's Aunt Darlene Alexander, husband Marvin, live on Florida Ave., Leonardville, Kansas. Teddy's cousin Ashley lives there.

Wendy and Kenny. Wendy is very religious, she has 8 or 9 kids and is pregnant with twins. Kenny is on the run for child support in Florida.

Wendy and Lisa were best friends, they e-mailed each other all the time.

Teddy's Aunt Elsie Miller, husband Chuck, live in Chicago. Their children are Stacey and Scotty.

Some of the cousins, Stacey and Johnny had sex at the family reunion in the bathroom at Riley, Kansas.

John Hedberg was an army guy that his Mom was with for awhile.

Lisa is the oldest, she is 6 years older than Teddy.

Earliest memories - both parents drunk. The Dad backhanded Lisa and Patty and tied their feet together. Teddy's Mom lies and will lie about drinking. She drank gin, Dad drank rum. They fought all the time like going to jail fights. Dad knocked Mom's teeth that is why she has false teeth. One time they started fighting and Lisa got all of the kids out of the room. Teddy watched through a window. Lisa told him not to watch. They were hitting each other and the police came and kicked the shit out of Dad - he was reaching under the bed for his bag for bond then the police took him to jail.

Both Mom and Dad worked but when they came home they drank. Lisa and Patty fixed Dad's rum and coke. He would slap the kids if his drink wasn't just right. One time Patty kicked the table so he ripped the phone out of the wall and tied her feet together with the cord. One time he made Patty sit in the tub with a plate of puke because she got sick eating broccoli and made her eat it. Supposedly Lisa was being molested by the Dad, Teddy thinks it is not true. Dad cheated on Mom all of the time. Dad supposedly has a kid with a babysitter.

Mom never paid attention to the kids and Lisa was like a Mom to Teddy and a caretaker to the family. Lisa is 36, he doesn't know Patty's age, Teddy is 30.

Mom smacked Lisa around and pulled her hair, threw her up against the wall. One time Teddy threw a shoe at Mom to get her off Lisa. Lisa's skin by her mouth was broken from Mom throwing her against her wall.

Teddy remembers on Christmas a neighbor and Mom went dumpster diving. Teddy got a green Jeep truck that came out of the dumpster and he commented that it had broken wheel. Mom grabbed him by the ear and beat him and threw him in a room then Dad came in and beat him and knocked the light out so it was dark and told Teddy not to come out. Teddy is still scared of the dark because of this incident. They made the kids eat soap if they said anything bad.

They had enough to live on, had food, a car. Teddy thinks Dad took money under the counter when he ran an auto parts store.

Teddy has talked to Hells Angels people that knew Teddy's Dad so Teddy thinks his Dad might have sold drugs/guns/auto parts because he didn't have a bike and didn't ride.

Mom worked at ARA in Tulsa and Ted's Hamburgers.

Teddy thinks his Mom cheated with the Owner of Ted's Hamburgers and that is his real Dad because he is named Teddy.

Mom kicked Dad out and he stayed gone for a week. He wanted to come back and one of the conditions was that he spent more time with the kids. Two weeks later they moved in with the Mayor. Mom was cheating with the Mayor of Sperry, Oklahoma. His name was Richard Boman. Teddy thinks Mom may have made Lisa say she was molested by Dad so she could get a divorce.

Teddy remembers eating at a café with the Mayor.

Mom supposedly took Lisa to the doctor. Teddy doesn't think Dad was ever charged criminally.

Teddy says Richard Boman is a piece of shit and beat Teddy. Teddy was the only kid Richard beat.

Lisa met Carl Boman, they were really in love in the beginning. Carl is a piece of shit.

Teddy says his whole family is weird and the siblings all compete to be Mom's best kid.

Lisa wanted to adopt Teddy's son . Teddy was the dope man in Oklahoma. Two of his sisters got busted. Teddy decided he had to quit the dope business and he called his Mom.

Lisa was mad at Teddy. Mom said Lisa said if Mom helped Teddy then she and Mom were done. Teddy does not know if this is true or not but this is what Mom said.

Mom gave Patty the car to go to Oklahoma and pick Lisa up. Teddy came back to Lyndon and lived with Patty. People came over to Patty's and smoked weed. These people were kids. Teddy said he was leaving and got his and kid and old lady, Bonnie. Teddy was going to Lisa's in Melvern. A lady named Kathy Dewey pulled up and offered them a ride. Kathy Dewey said she knew Lisa. Teddy went to Lisa's and Lisa said he could live there if he wanted to go to rehab. Lisa said she would help Teddy. The next morning they went to the store and Lisa and Kevin bought things for Teddy's kid.

Lorie Dunn was the Sheriff of __________ County and said she was coming out to check on Justin.

When Teddy had Hope, Lisa told him to watch out because Mom wanted the kid (Justin) for Terri who couldn't have kids anymore.

Teddy went back to Oklahoma then Mom said she couldn't bring Justin down for a month so Teddy came and got Justin.

Teddy thought his Mom wanted custody of Teddy's kids. Teddy only gave her medical power of attorney.

The State took Hope because she had traces of marijuana in her when she was born. Hope's intestines came out when she was born because she was breach but Teddy thinks the doctor cut her when he cut her umbilical cord.

Teddy had an attorney and thought he could get Hope back. Teddy got an apartment and left his old lady. His Mom was going to come down and keep Hope during the day but the Mom never showed up. Teddy got arrested for warrants. As soon as Lisa had problems the Mom tried to get custody of Hope. Gerald Lovoc was Teddy's attorney in Tulsa. Hope ended up getting adopted. Teddy thinks Lisa was helping his Mom at this time and Lisa may not have been aware of what the Mom was up to.

Lisa cheated on Carl Boman, Carl worked at Jons Inc., a sulfa plant.

Teddy worked for a tree trimming business and went to Bartlesville, Oklahoma to see Lisa. Lisa took Teddy drinking at her boyfriends.

Lisa would go to her boyfriend's house and have Teddy watch the kids while Lisa went to the bedroom with her boyfriend.

One time Lisa left Carl with the kids and left with her boyfriend.

Lisa kept her house dirty when she was with Carl but when she was with Kevin the house was nice and clean - cluttered but clean.

The FBI told Teddy Lisa's house had dog shit all over and was filthy.

Teddy thinks Carl had affairs.

Teddy thinks Carl and Lisa argued but didn't physically fight.

Teddy went to get Lisa's car the time she ran off for a few weeks with her boyfriend and when Teddy knocked on the door the boyfriend pulled a gun on Teddy. Teddy thinks CJ and Chelsea were with Lisa.

Lisa and Kevin had a good relationship.

When Lisa had Kayla Lisa and Carl were fighting. Lisa was living in California when she had Kayla. Kayla's father is a heroin addict. Kayla is Teddy's favorite niece.

Teddy does not think Lisa drinks and has never seen her drink.

Lisa got Lortab for her bad headaches.

Lisa never used drugs.

Teddy wonders if Lisa got head trauma when the Dad beat her.

Lisa had problems with her pregnancy with Kayla. She was premature and at SDSU Hospital.

Lisa told Teddy she had her tubes tied. Lisa told Teddy she got her tubes tied in 2003. At first, Lisa said she was pregnant and her stomach got big. Lisa said she was going to surprise everybody. Lisa told Patty, who told Mom, and they said Lisa was lying but Teddy was convinced she was pregnant.

Teddy said, "Hey Lisa, Mom said you were fixed" Lisa said she got it reversed in Topeka.

Lisa said Wendy got her reversed in TN.

Lisa complained of headaches in 2003 when Teddy lived with Lisa she had headaches and would hold her head and go lay down. She had them a few times per week they were like a super migraine. Lisa would have tears in her eyes.

Lisa was in a car wreck in Hominy, Oklahoma. Lisa had casts on her arms and a neck brace,

they went to the hospital in Fairfax, Oklahoma, it was a bad wreck.

From January to July 22, 2003 Teddy lived with Lisa. Lisa got Teddy to believe in God and took him to rehab. Lisa was getting along with Kevin and the kids well. Lisa seemed weird. It all started when Bonnie had to back to Oklahoma because she was on probation. Lisa and Kevin paid for them to go back.

Teddy had sex with his ex-old lady's sister and there was a baby and it might have been Lisa's baby. Lisa told Kevin to tell them she would give them $5000 for the baby if they didn't want to raise it. Lisa told Kevin the baby she was pregnant with was brain dead because the brain wasn't attached. Teddy was worried but Lisa said it will be OK, it wasn't meant to be.

Teddy was at rehab and he thought Bonnie might be pregnant and told Teddy he couldn't move back into Lisa's house. Bonnie called Teddy and said Lisa was like holding her hostage so Teddy's Mom went and got Bonnie.

One time Lisa was spinning llama wool and Chelsea was spinning yarn and dropped the thing she was using. Lisa got mad and started punching Chelsea in the head. Kevin just stood there. Lisa was shaking. Teddy told Lisa she better never hit Chelsea again. Lisa acted like she didn't know she did anything, like it never happened. Lisa just squinted her eyes and looked at Teddy like "what are you talking about."

Teddy told the FBI about this.

Lisa has always been against physical violence.

Lisa was squeamish, they butchered chickens and rabbits and Lisa couldn't do it. This is when they were growing up.

Lisa had rat terriers when Teddy lived with Lisa.

When Teddy lived with Lisa he went out in the yard one day and smelled a funk - one of the goats or sheep was in heat and Lisa got blood on her hand and got sick to her stomach.

Teddy's whole family told Kevin Lisa couldn't get pregnant. Kevin's family thought Teddy's family was crazy.

Lisa told Teddy that Mom was trying to take Justin. Mom has custody of Justin.

Teddy remembers Lisa crying with the headaches and when Teddy's son was taken away.

Lisa's weird - she has no friends.

Patty was making jokes like we could start a business selling Lisa's kitchen knives.

Teddy says his little brother will talk to us and will tell the truth even though he drinks. Patty and Jerri both used dope.

The FBI asked Teddy about Lisa having an abortion.

Carl McClain was Lisa's high school sweetheart and was in prison in Oklahoma.

One time Lisa went to Texas and was supposed to have an abortion but she met up with Charles McClain and they partied for a week and used cocaine then all of a sudden Kevin paid for a reversal of her tubes tying.

The reversal would have occurred after the abortion so this made no sense.

The day Lisa took Teddy and Justin to the store Lisa and Kevin took turns carrying Justin around the store. Kevin asked Teddy how Lisa acted with Justin.

Lisa told Teddy when she was pregnant Kevin was going to be so happy because Kevin's first wife had a baby that died.

The day after Teddy moved in with Lisa (Jan. 12, 2003), Lisa and Kevin had a doctor appointment. They said they missed one last week. Kevin looked at his watch and said we're running late. Lisa said oh well, I'll reschedule for next week. They already had a nursery fixed but Lisa looked about 7 months pregnant.

Teddy thinks Lisa and Kevin were scamming to get a baby. Teddy thinks Kevin was in on it (this offense).

In April 2003 when Teddy got out of rehab Lisa was no longer pregnant. Teddy didn't ask if there was a memorial service. Teddy does not know is she really was pregnant or not.

When Lisa and Carl lived in Arkansas they turned into Jehovah Witnesses. Lisa was supposedly really pregnant and the church bought them a bunch of stuff. They packed up and moved back to Oklahoma.

Lisa and Teddy's Mom both told Teddy not to mess with the other one.

Teddy's theory for why Lisa and Mom don't get along is because Mom forced Lisa to lie about the Dad molesting her and Teddy thinks this drove Lisa crazy.

Lisa was in high school when the Dad supposedly molested her.

Lisa is smart and reads a lot.

Carl hasn't gotten Kayla back because Mom said the police couldn't question Kayla is she's not in Carl's custody. Kayla knows more about this than anyone.

Kayla told Teddy she hated her mom. Kayla told Teddy that Carl is not her dad. Kayla said there was something else that Kayla couldn't tell Teddy because her mom would kill her.

Lisa testified against Teddy and Mom at Teddy's custody hearing Osage County, April 5, 2004. The lawyers said Lisa was insane. The judge asked Lisa where her testimony was going. Lisa said you don't know what its like to be chased around with a knife. After that Lisa cried and cried. The judge did not terminate Teddy's rights. When they walked out of the courtroom, Lisa was broken. She snapped. Lisa even looked different. Teddy was asked who do you want to have your kid if you are in custody. Teddy put Lisa on the list but then he took her off and Lisa didn't like it but Lisa continued to help Teddy.

Mom told Teddy if he did good when he got out he could get Justin back but then Mom said it would be up to Justin then Mom said Teddy had to live with her.

Mom doesn't even go see Hope even though she has Grandmother visits.

Mom says Lisa won't let her have contact with Lisa's kids but Teddy thinks Mom neglects the kids.

Everybody in Melvern thinks Lisa is Martha Stewart.

Lisa gets along good with Kevin's parents. They are nice. They gave Teddy a car and bought him clothes.

Teddy thinks Kevin molested Chelsea. One time Kevin was in his robe rubbing his face on hers saying "wake up". Chelsea always talked about sex.

Teddy got a letter from Kayla and said the rat terrier breed is interesting. She said the colors and all, you know what I mean. This didn't make any sense to Teddy.

Teddy thinks Lisa and Carl lived in Bentonville, Arkansas.

Kevin was going to shoot Teddy one time. Teddy went to Kansas - it was about 5:00 a.m. when Teddy, Jerri Jo, and Tommy passed Melvern they all went to see Lisa and they went to Lisa's house and went in and Kevin told Teddy, I was going to shoot you for walking in this house.

Lisa made the kids work around the house, maybe a little too much.



Case 4:12-cv-08001-GAF Document 155-14 Filed 09/03/15 Page 15 of 16

Teddy thinks Kevin was in on the whole deal.

Teddy has never heard the name of Bobbie Joe Stinnett.

Lisa was on the computer all of the time with dog people.

The lady who turned Lisa in cheated Lisa out of 2 dogs. Both Lisa and this lady used different names on the computer. Lisa used osprey montgomery.com. Lisa could tell what names that lady was using. That lady got a dog registered and lied about where the dog came from.

Kevin has a kid that died at birth and Teddy thinks this is why Kevin wanted another baby. Sometimes Kevin acted happy about Lisa being pregnant then other times he acted like it was no big deal.

Mom said Chelsea and CJ wanted to live with their Dad.

Teddy thinks Kayla might know something about this and that is why Lisa sent Kayla away.

At one point Carl was going to pay up his back child support but he never did.