**MEMORANDUM**
**ATTORNEY WORK PRODUCT**

**DATE:** **January 19, 2006**

**REGARDING: Interview with Penny Lee Kleiner**

**FROM:** **Ron Ninemire**

Penny Lee Kleiner-Craig
[redacted]
No phone (Call daughter Tonisha)
DOB [redacted]
SSN [redacted]

We explained that our office represents Lisa Montgomery in a pending federal criminal case and provided business cards. Holly Jackson and I interviewed Penny Lee Craig at her new apartment in Tulsa, OK. Penny is the daughter of Jack and Willadean Kleiner. Willadean is deceased (Willadean's birthday was May 22, year unknown). Penny was born in Manhattan, KS at St. Mary's Hospital.

Penny described her father as very demanding of her mother, Willadean. He insisted that she have supper ready and Jack was very "picky" about things. Jack drank a lot when Penny was a child. She remembers him going to bars. When Jack was not drunk, she was "scared" of him. Jack physically abused Penny's older sisters, Becky and Jackie. Jack also abused her younger brother Terry.

Jack ran around with other women. Judy was one of these women. "Judy just stuck to him." Judy had a reputation in the area for being a "whore." Judy moved in with Jack when Penny was in 5th grade. Soon thereafter Jack and Willadean were divorced in Manhattan, KS. Willadean's maiden name was Hanson. Judy was involved in the divorce, especially regarding the support payments by Jack. Judy instigated court hearings to try to get the support payments reduced.
Penny said Judy was in charge of the house, not Jack.

Penny lived with her mother until she was placed in a juvenile facility in Kansas (Atchinson Juvenile Facility) at age 14. She began getting in trouble in middle school and was accused of being part of the "switchblade sisters gang." She only lived with Jack and Judy during summer and school breaks. Judy knew how to can foods and maintain a garden.

When Judy and Jack got married, they moved in with Jack's dad, Fritz Kleiner. Penny remembered Lisa being shy, sweet, innocent, "homely" and quiet. Patty displayed similar characteristics but had "streaks of honory-ness."

Jack and Judy began having kids and Penny remembers babysitting during the summers. One summer, when Penny was 15 or 16, Judy would give her alcohol and then grill her for information about Willadean, to use to modify child support payments.

Judy exposed Penny to smoking and drinking and remembers having her first hard liquor with Judy. Judy drank vodka and tomato juice a lot. Jack and Judy were both alcoholic. Penny believes that Judy smokes marijuana with her current husband, Danny.

While Jack was married to Judy, he was sick frequently, and believes he was treated at Hillcrest Hospital at 11th and Utica, in Tulsa. Jack stayed in bed for long periods of time. Judy and Jack yelled and argued very much.

Judy was a "really, really good liar." For instance, Judy dared Terry, as a child, to steal some sunglasses, and when they got home, Judy told Jack, "you won't believe what your son did." Judy ratted on Terry for stealing when she had dared him to do it.

Judy drank a lot at the Blue Note and Red Door bars. Judy used to take Penny to the bars. This is where and when Penny realized that Judy was having sex with other men. She saw Judy having sex with a guy at the bar named Jeff LNU. Penny told Teddy about it but he did not believe her. Penny later saw Jeff at the house with Judy, and Penny ran and found Teddy to confirm what she had seen earlier.

Once while Penny and Judy were drinking at a bar, Penny met her first husband, Jackie Jackson. When Penny and Jackie were first together, they were homeless, and living "at the Arkansas river" near a shed. This last three years. Penny got pregnant with her first child, Tonisha, while she was homeless. Jackie abused Penny physically, emotionally, and mentally. There were married 9 years.

Judy tried to set-up Penny with Carl Boman, but Penny was already with Jackie.

Penny observed that Patty and Lisa did not play together very much. Lisa "lived in her books." Books were her "escape." Her escape from Jack and Judy's fighting. Lisa was a smart kid. She was quiet but very loving. Lisa loved Willadean and used to make her potholders.

Patty and Lisa had "cradle-cap," which she described as small scabs all over head. Lisa and Patty were not clean, and Penny had to bathe them.

Penny saw Jack spank Lisa and Patty. Penny heard from her sister, Jackie, that one time Patty wet the bed and Jack picked her up by her hair and put in a cold shower.

Penny heard that Jack had raped Lisa. Penny confronted Lisa and asked her if that had happened. Lisa said yes. But Penny didn't believe Lisa.

Penny heard that Lisa was unfaithful to Carl. Penny believes that Carl has raised his kids by himself. As an adult, Lisa was not very friendly. Penny came over to visit the kids, and Lisa stayed in the kitchen. Penny did not have any more contact with Lisa after that occasion. Teddy told Penny about Lisa's current legal troubles.

Penny had her daughter Tonisha, in 1981. Penny let Judy take the baby home (for a few days) to visit Jack. Judy brought the baby back very dirty.

After Penny started drinking with Judy, she became an alcoholic. She later began using drugs (meth), and suffered several drug-related convictions. She is currently on probation on a drug charge. She has been in several rehab and detox facilities (including Monarch, Indian Resource Center, and St. John's Medical Center). She has also attended NA and AA. She sees Dr. Harnish, at the Family, Children's Medical Center in Tulsa. He diagnosed her as bi-polar.

Penny said that during her childhood, "drinking was the happy time." She associated alcohol with happiness. For instance, she never saw her dad smile unless he was drunk. When drunk, her dad paid more attention to her. He'd tell her "go get your violin and play", when he was drunk.

Penny was first arrested in Owassa, OK, for being drunk in public. In 1996, she had her first meth conviction. There are 5 subsequent convictions out of Tulsa, OK.

| | |
|---|---|
| Her children are: | Tonisha Kleiner, born St. Johns's, [redacted]<br>Janson Kleiner, born Hillcrest, [redacted] (currently in jail for drugs)<br>Tad Kleiner, born St. Francis, [redacted] |
| Her sisters are: | Becky Perky, now in Collinsville, OK<br>Phone [redacted]<br>Jackie Moffett (now divorced from Ed)<br>Lives in Collinsville, unknown |
| Her current husband: | Robert Craig<br>To be released from prison in June, 2006. |

**Penny's medical records**

Hillcrest Medical Center
St. Mary's - Manhattan, KS
St. Johns - Manhattan, KS

**Penny's Schools**

Woodrow Wilson Elementary School
Bluemont Elementary School
Roosevelt Elementary School
Manhattan Jr. High
Manhattan High

**Penny's Criminal records**

Owassa County
Tulsa County

**Jack's medical records**

Hillcrest Medical Center
Dr. Barnes