CONFIDENTIAL WORK PRODUCT

**To: David Owen, Susan Hunt, Ron Ninemire, Phil Thompson**

**From: Lisa Rickert, Mitigation Specialist**

**Interview Summary**
**Person Interviewed: Tommy Kleiner, half-brother**
**Date of Interview: March 9, 2004**

**Tommy Kleiner, DOB:** [redacted]
**Address:** [redacted]
**Phone:** [redacted]

Ron Ninemire and I interviewed Tommy Kleiner at his apartment. Tommy appeared to be high. The apartment was filled with cigarette smoke. Tommy denied being under the influence of any drugs. Tommy's girlfriend, visible to Ron, was laying on the bed in the back bedroom.

Tommy was very difficult to talk to in that he responded to every question by changing the subject and talking about himself and his difficulties.

Tommy said Lisa lies and she believes her lies. She has lied about pregnancies the past seven years.

Tommy said Lisa honestly looked pregnant in 2002. He didn't see her during this pregnancy.

Tommy said Lisa reported to police that Tommy threatened her by holding a knife to her throat. Tommy denied this happened. Tommy said that Lisa obtained two protection orders against him, one in Franklin County and one in Osage County. "She said I was following her. I violated the order because I went to Casey's where she worked."

Tommy served 2 months in jail beginning February 11, 2004

Tommy said that during the December Court hearing in Osage County regarding Justin's custody, Lisa brought a "computer baby." It was Desi's or Chelsea's. He is unsure if Lisa was acting like it was a real baby.

Tommy was aware Lisa had her tubes tied and couldn't get pregnant. Regarding how Tommy thought Lisa was going to resolve her pregnancy claim this time he replied, "I thought she was going to steal a baby."

Tommy described his family upbringing as "chaos."
Dad raised him to hate cops. "Dad threw rocks at the cops. I hated them [cops]."

Tommy stated his father, Jack Kleiner, was an alcoholic. "He drank morning to night." He was violent when he drank. Jack had numerous DUIs. Jack was violent toward all the children in the home except him. Tommy said his mom and sisters told him Jack raped Lisa but I'm not sure if it's true. Jack and Judy divorced. "I **think Dad hit my** Mom. I'm not sure. I never saw it."

Judy married Richard Boman, a sheriff in town.

Tommy still has contact with his father who lives in Manhattan, KS. Tommy didn't know his address because he recently moved.

Tommy stated his mother his a "good lady. She is always there for me."

Lisa is not close to anyone in the family.

"Lisa has always tried to sleep with my mom's husbands." Hector told Tommy Lisa tried to sleep with him and Danny, Judy's current husband and Judy told Tommy the same thing about Danny.

Lisa got along with Teddy up until he went to prison. Teddy and Bonnie used to live with Lisa.

Patty and Jerri don't like Lisa.

**Tommy** was unable to tell me where his step-siblings live. They are Jack's five children before marrying Judy. Penny might live at [redacted] She was **in prison in OK. Penny's husband just received a life sentence for making meth.**

Tommy lived with Lisa when she lived in Deming, NM. Carl was never home. He **worked three jobs. Lisa lived in a little camper. "Nasty. I was stuck in the camper with** the kids and no food. I sold drugs to get the kids food. I lived in the street or in my car."

**Lisa had a lot of friends in Deming. "She knew everyone." Tim Flynn, a DA in Deming;** Dorothy LNU, worked at Deming Headlight. He couldn't remember other names.

Lisa and Carl's marriage was not good in Deming. "Lisa was always kissing other guys."

Tommy stated Lisa raised her kids well, except for Kayla. "She is evil. She believes the lies. She thinks I ran over her dogs."

**Tummy said the kids had to do chores, milk the goats at 5:00 am. They are respectful kids.**

While in Deming, Tommy moved with Lisa to an old trailor in Topeka, Kansas with Mom's husband, Hector. On the drive from NM to Kansas, Lisa "screwed some guy in a semi truck. All the kids were in the truck at the time."

Five years ago Tommy was living in an apartment in Topeka and selling meth. Lisa and Desi drove to Topeka to get him to help him get off drugs. Tommy lived four days with Lisa. "I couldn't drink the goat's milk."

Tommy said Lisa offered him money to slash Laurie's (Kevin's ex-wife) tires. "I never did it."

Kevin is nice, respectful. "Lisa turned him against me."

Lisa is always taking aspirin. "I think for headaches."

In 1994, Tommy was in California with his mother. He doesn't know details about why Carl and Judy took Lisa's kids to California without her but Lisa showed up with her boyfriend Brett to get them back. "I jumped on Lisa. We took off with the kids to Texas." Carl told us not to give the kids back. Judy took them to her sister Darlene's in San Antonio, TX.

Tommy doesn't know how she got the kids back.

Tommy said Lisa's houses were always roach-infested. "Lisa was a messy housekeeper."

**Tommy has never known Lisa to be violent or aggressive.**

Tommy believes that someone else killed Bobbie Jo Stinnett or that Lisa had help. Lisa **won't tell. "They probably threatened the kids."**

Throughout the conversation Tommy repeatedly talked about his hatred for the police, **He said hc could kill a cop and not feel bad.**

Tommy was supposed to be interviewed on Court TV about Lisa's case but they weren't willing to pay him for his appearance. "They're not going to make money off my sister and not . . ." He didn't finish his sentence because he realized how it sounded to us. Tommy said the newspapers and tv shows are calling him a lot. He gave Ron a **newspaper article and** a copy of an article in the STAR. Ron will copy it and mail it back.

**END**