THE
# VACATION BIBLE SCHOOL
OF

OLIVET BAPTIST CHURCH

[redacted]
CITY STATE

For Enrolment
Attendance and Cooperation
AWARDS THIS CERTIFICATE TO

LISA HEDBERG

4 & 5 YEAR OLDS
DEPARTMENT

[illegible]
VBS DIRECTOR

Ruth Pompa
DEPARTMENT DIRECTOR

[illegible]
PASTOR

DATE June 18-27, 1973

CODE 4397-32 VB-732, BROADMAN SUPPLIES, NASHVILLE, TENNESSEE. PRINTED IN U.S.A.