# UNIFIED SCHOOL DISTRICT NO. 383
MANHATTAN, KANSAS

USE LEGAL COPY INK ONLY; Print All Information.

Name (Last Name First): HEDBERG, LISA M.

Birth Place: Tacoma, Washington — Sex: F — Birth Date (Month, Day, Year): Feb. 27, 1968

Father's Name: John Hedberg — Birth Place: Seattle, Wash. — Citizen of U.S.: yes — Deceased (Date): ______

Mother's Name: Judy Hedberg — Birth Place: Manhattan, Ks. — Citizen of U.S.: yes — Deceased (Date): ______

Number of Children: 2 — Position of Child: k — Parents Are: Living Together ____ Separated ____ Divorced x Remarried ____ (Mother, Father, Both)

Child Legally Adopted By: Husband ____ Wife ____ Both Husband and Wife ____

Guardian (other than natural parent) ____ Legal? ____ Citizen of U.S. ____ Relationship To Child ____

## ELEMENTARY SCHOOL RECORD

| KINDERGARTEN 19 73 – 74 | |
|---|---|
| Date Enrolled | 9-30-73 |
| Date ~~Reentered~~ Wd. | 12-7-73 |
| Present Days | 60 |
| Absent Days | 3 |
| Times Tardy | 0 |
| Height in Sept. | |
| Weight in Sept. | |
| Teacher | Marjorie Johnson |
| Date Withdrawn | |

| Subject | GRADE 19__–__ Gr. | GRADE 19__–__ Gr. | GRADE 19__–__ Gr. | GRADE 19__–__ Gr. | GRADE 19__–__ Gr. | GRADE 19__–__ Gr. | GRADE 19__–__ Gr. |
|---|---|---|---|---|---|---|---|
| Reading | | | | | | | |
| English | | | | | | | |
| Spelling | | | | | | | |
| Penmanship | | | | | | | |
| Arithmetic | | | | | | | |
| Social Studies | | | | | | | |
| Health | | | | | | | |
| Science | | | | | | | |
| Music | | | | | | | |
| Art | | | | | | | |
| Phys. Educ. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Present Days | | | | | | | |
| Absent Days | | | | | | | |
| Times Tardy | | | | | | | |
| Date Enrolled | | | | | | | |
| Date Withdrawn | | | | | | | |
| Date Promoted | | | | | | | |
| Date Retained | | | | | | | |
| Height in Sept. | | | | | | | |
| Weight in Sept. | | | | | | | |
| Teacher | | | | | | | |
| School | | | | | | | |
| Pupil's Address | | | | | | | |

GRADE SIGNIFICANCE: N — Needs Improvement; CHECK (✓) — CHILD IS ACCOMPLISHING THAT ITEM TO THE BEST OF HIS ABILITY; A — Superior; B — Good; C — Average; D — Unsatisfactory; F — Failure

MANHATTAN UNIFIED DISTRICT 383
Manhattan, Kansas

# *KINDERGARTEN PROGRESS REPORT 1973 to 1974*

Student ....Lisa Hedberg.................... School ...Woodrow Wilson...................
Teacher ....Mrs. Marjorie Johnson............. Principal ...Stan Hudson...................

Parents' Signature 1.............................

2............................ 3............................

**Achievement level and more specific skills will be discussed at parent-teacher conferences.**

| | First Quarter | | | Second Quarter | | | Third Quarter | | | Fourth Quarter | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Works to ability most of the time | Needs Improvement | Shows Improvement | Works to ability most of the time | Needs Improvement | Shows Improvement | Works to ability most of the time | Needs Improvement | Shows Improvement | Works to ability most of the time | Needs Improvement | Shows Improvement |
| **READING READINESS** | | | | | | | | | | | | |
| Listens attentively | ✓ | | | | | | | | | | | |
| Follows directions | ✓ | | | | | | | | | | | |
| Expresses thoughts when speaking | ✓ | | | | | | | | | | | |
| Interprets pictures | ✓ | | | | | | | | | | | |
| Sees likenesses and differences | ✓ | | | | | | | | | | | |
| Hears likenesses and differences | | | | | | | | | | | | |
| Writes name in manuscript | ✓ | | | | | | | | | | | |
| Identifies letter forms--capital and lower case | ✓ | | | | | | | | | | | |
| Understands that reading is done left to right, top to bottom | ✓ | | | | | | | | | | | |
| progression | | | | | | | | | | | | |
| **MATHEMATICS** | | | | | | | | | | | | |
| Recognizes basic colors | ✓ | | | | | | | | | | | |
| Recognizes shapes | | | | | | | | | | | | |
| Shows ability to compare sizes and amounts | ✓ | | | | | | | | | | | |
| Understands meaning and use of numbers | ✓ | | | | | | | | | | | |
| Shows ability to recognize numerals | ✓ | | | | | | | | | | | |
| **SOCIAL STUDIES** | | | | | | | | | | | | |
| Shows interest in class activities | ✓ | | | | | | | | | | | |
| Is learning how people live and work | ✓ | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Is learning how people live and work | | | | | | | | | | | | |
| **HEALTH** | | | | | | | | | | | | |
| Is acquiring information about healthful living | ✓ | | | | | | | | | | | |
| Practices recommended health habits | ✓ | | | | | | | | | | | |
| **SCIENCE** | | | | | | | | | | | | |
| Is acquiring scientific skills | ✓ | | | | | | | | | | | |
| Participates in science activities | ✓ | | | | | | | | | | | |
| **MUSIC** | | | | | | | | | | | | |
| Responds to music activities | ✓ | | | | | | | | | | | |
| Is developing a sense of rhythm | ✓ | | | | | | | | | | | |
| **ART** | | | | | | | | | | | | |
| Uses are materials to express own ideas | ✓ | | | | | | | | | | | |
| Is gaining skills in using art materials | ✓ | | | | | | | | | | | |
| **PHYSICAL EDUCATION** | | | | | | | | | | | | |
| Is developing control in large muscle activities | ✓ | | | | | | | | | | | |
| Participates in rhythms and games | ✓ | | | | | | | | | | | |
| **SOCIAL DEVELOPMENT** | | | | | | | | | | | | |
| Plays and works with others | ✓ | | | | | | | | | | | |
| Considers rights of others | ✓ | | | | | | | | | | | |
| Accepts corrections and suggestions | ✓ | | | | | | | | | | | |
| Is developing self-control | ✓ | | | | | | | | | | | |
| Practices rules of safety | ✓ | | | | | | | | | | | |
| Takes care of school property | ✓ | | | | | | | | | | | |
| Takes care of personal property | ✓ | | | | | | | | | | | |
| **WORK HABITS** | | | | | | | | | | | | |
| Pays attention when others are speaking | ✓ | | | | | | | | | | | |
| Follows directions | ✓ | | | | | | | | | | | |
| Begins work promptly | ✓ | | | | | | | | | | | |
| Works independently | ✓ | | | | | | | | | | | |
| Completes work | ✓ | | | | | | | | | | | |
| Uses free time without disturbing others | ✓ | | | | | | | | | | | |

| **KINDERGARTEN SKILLS** (skills will be checked when mastered) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Knows full name | | | | |
| Knows address | | | | |
| Knows phone number | | | | |
| Knows birthday | | | | |
| Knows right and left | | | | |
| Is able to tie shoes | | | | |
| Is able to put on and take off wraps | | | | |

Assigned to level .................................................................................for School Year 19............

Teacher's Signature ..............................................................................................


WOODROW WILSON GRADE SCHOOL
MR. STAN HUDSON - PRINCIPAL
MRS. JOHNSON
KINDERGARTEN
1973
1974

MANHATTAN UNIFIED SCHOOL DISTRICT NO. 383

Manhattan, Kansas

ELEMENTARY SCHOOLS
TRANSFER RECORD
TO THE RECEIVING SCHOOL:

SCHOOL EFFECTING TRANSFER:
Woodrow Wilson
Manhattan, Ks. 66502

TRANSFER RECORD OF Hedberg, Lisa M. GRADE K
LAST FIRST MIDDLE

DATE OF BIRTH Feb. 27, 1968 PLACE OF BIRTH Tacoma, Washington

MANHATTAN, KANSAS ADDRESS 319 Colorado TO Dec. 7, 1973

FATHER John Hedberg OCCUPATION Army

MOTHER Judy Hedberg OCCUPATION

DATE FIRST ENTERED Aug. 30, 1973 GRADE K

DATE ENTERED Aug. 30, 1973 GRADE K

DATE WITHDREW Dec. 7, 1973 LAST DAY ATTENDED Dec. 7, 1973

NUMBER HALF DAYS PRESENT NUMBER HALF DAYS ABSENT 5 TIMES TARDY 0

READERS FINISHED, OR NOW READING:

SPECIAL INTERESTS

REMARKS Lisa has made good adjustment to kindergarten. She is cooperative in all activities, a good listener, and follows directions.

Mrs Marjorie Johnson
TEACHER

Alton Hudson
PRINCIPAL