**A**

| 1 Last Name (Legal) | First | Middle | Student No. | Date of Birth (Mo. / Day / Year) | Place of Birth | M | F | Race |
|---|---|---|---|---|---|---|---|---|
| HEDBERG | LISA | MARIE | 0256520 | 2 / 27 / 68 | Washington | | X | W |

| 2 Birth Certificate No. | Accepted By | Date Filed | Affidavit Temporarily Accepted By | Date | Other Birth Evidence | Temporarily Accepted By |
|---|---|---|---|---|---|---|
| D-1 357 | | | | | | |

| 3 Name Of | | Deceased | Occupation | Business Address (Pencil) |
|---|---|---|---|---|
| Father | | | | |
| Mother | Judy Kleiner | | Hcwf. | |
| Step-Parent or Guardian | Jack Kleiner | | | Square Deal Auto Parts |
| 4 Who Has Custody? | | | | Relationship |

| How Many | | (Indicate OTHER Last Names of Siblings) |
|---|---|---|
| Older Brothers | | |
| Younger Brothers | 1 | |
| Older Sisters | | |
| Younger Sisters | 1 | |
| Court Order No. | | Date |

| | K | Gr. 1 | Gr. 2 | Gr. 3 | Gr. | Gr. 4 | Gr. 5 | Gr. |
|---|---|---|---|---|---|---|---|---|
| 5 School Year (K-6) | 1973 1974 KDGN | 1974 1976 GR. 1 | 1975 1976 GR. 2 | 1976 1977 GR. 3 | 19 19 GR. | 1977 1978 GR. 4 | 1978 1979 GR. 5 | 19 19 GR. |
| 6 Address | 507 N. Santa Fe | 507 N. Santa Fe | 507 N. Santa Fe / 4540 E. Kyler | 4540 E. Kyler | | 1924 W Archer | Same | |
| 7 Tulsa School Attended | Per. | Cho. | Chouteau - Jack. | Jack. | | Per. | Per. | |
| 8 Date of Entry | 12-11-73 | 9-3-74 E' | 9-2-75 E' | E' 9-7-76 | | E' 8-29-77 | E' 8-28-78 | |
| 9 Other Schools Attended (Out of District) | Kansas | | | | | | | |
| 10 Date of Withdrawal | | | | | | | | |
| 11 Date of Transfer | | | 13 2-13-76 Jack. | | | | | |
| 12 Date of Re-Entry | | | | | | | | |
| 13 Attendance: ½ Days Present | Pres. 194 | Pres. 336 | Pres. 332 | Pres. 342 | Pres. | Pres. 318 | Pres. 327 | Pres. |
| ½ Days Absent | Ab. 16 | Ab. 14 | Ab. 18 | Ab. 8 | Ab. | Ab. 24 | Ab. 19 | Ab. |
| ½ Days Non-Member | Non-Member 140 | Non-Member 0 | Non-Member 0 | Non-Member 0 | Non-Member | Non-Member 0 | Non-Member 0 | Non-Member |
| 14 Notable School Experiences | | | | | | | | |
| 15 Homeroom Subject Teacher | Christensen | Clapp | McCondichie | Zavely | | Sanders | Copeland | |
| 16 Record Teacher | Christensen | Clapp | Millburn | | | Sanders | " | |
| 17 Grade Placement for Next Year | First | 2nd | Third - Hannington | Fourth | | Fifth | Sixth | |

18 School Marks

HEDBERG LISA M
0256520
PRIMARY LANG.
ENGLISH **
STUDENT SPEAKS:
A-NO ENGLISH
B-LITTLE ENG.
C-BOTH LANGS.
D-MOSTLY ENG.
*E-ONLY ENG.
ASSESSED 03/78

| K | Gr. 1 | Gr. 2 | Gr. 3 | Gr. 4 | Gr. 5 | |
|---|---|---|---|---|---|---|
| Work Habits M | Mathematics A | Mathematics Lev 7 S | Mathematics S - 7 | Mathematics A | Mathematics B | Mathematics |
| Social Growth M | Language A | Language S | Language S | Reading A | Reading B | Reading |
| Growth in L.A. S | Chart | Chart S | Chart | Language A | Language B | Language |
| Math. Growth M | Reading P. P. A | Reading Primer S | Reading 3, Book 1 S | Spelling A | Spelling B | Spelling |
| Art Growth M | Reading Primer A | First Reader S | Reading 3, Book 2 S | Writing B | Writing B | Writing |
| Music Growth M | First Reader A | Reading 2, Book 1 S | | Art S | Art S | Art |
| Science Growth M | | Reading 2, Book 2 S | Social Studies S | Music S | Music S | Music |
| | Social Studies | Lev 7 | Spelling S | Science B A | Science B | Science |
| | Writing A | Social Studies S | Writing S | Social Studies A | Social Studies B | Social Studies |
| | | Spelling S | | Speech | Speech S | Speech |
| | | Writing S | Level 10 | | BAND A | |

✓ WORKING BELOW GRADE LEVEL

KP 30642A

**B**

| 20 Last Name (Legal) | First | Middle | Student No. | Date of Birth (Mo. / Day / Year) |
|---|---|---|---|---|
| Hedberg, | Lisa | Marie | 0256520 | |

EDUCATIONAL MEASUREMENTS (K - 12)

| School Year (K-6) | 19 19 KDGN | 19 19 YR. | 19 19 YR. | 19 19 YR. | 19 19 YR. | 19 19 YR. | 19 19 YR. | 19 19 YR. |
|---|---|---|---|---|---|---|---|---|
| 21 Reading Level | | | | | | | | |

22 K - 6 PRIMARY

| Date | Special Scores | Composite | Reading | Lang. Arts | Mathematics | Quo | Stea |
|---|---|---|---|---|---|---|---|
| 09/76 | NATL PCTLE | | 4-2 81 | 2-6 40 | | | |
| 3 2 (Grade Level) | NATL STA | | 261 7 | 188 5 | | Chron Age | |

INTERMEDIATE

| Date | Special Scores | Composite GE | Reading | Lang Arts | Mathematics | Quo | Stea Nat Pct |
|---|---|---|---|---|---|---|---|
| 04/77 | NATL PCTLE | 6-5 99 | 6-9 97 | 6-9 97 | 5-9 97 | | |
| 3 2 (Grade Level) | NATL STA | 362 9 | 340 9 | 334 9 | 315 9 | Chron Age | STA |

PRESSCORE®

| HEDBERG LISA | Date, Gr, Sem. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0478 | GE | 7-7 | 9-3 | 6-8 | 8-3 | 9-6 | 9-9 | 9-9 | 6-6 | 5-9 | 6-3 |
| | 4 2 | GSV | 413 | SRA | | 368 | | | 398 | | | 331 |
| SRA ASSESSMENT SURVEY | BL Level | Nat Pctle | 96 | 98 Compre | 88 Vocab | 96 Total | 96 Usage | 98 Spelling | 99 Total | 87 Achi Conc | 81 Achi Compu | 87 Total |

| 23 Form | Date | Quo. | Scores | Comp | Total Scores | | | | | | NO TEST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11-80 | | Gr. Equiv. | 11-1 | 11-9 | 9-0 | 12-6 | | | | |
| F | Gr. 7 | | | 88 | 91 | 79 | 91 | | | | |
| Lev. | Sem. 1 | Sta-Eas | Sta or Opt | 7 SRA | 8 RDG | 7 Math | 8 Lang Art | Ref Mat | Soc Stu | Science | Sas |

KP 30642B

**C**

| 24 Last Name (Legal) | First | Middle | Student No. | Date of Birth (Mo. / Day / Year) | M | F | Race |
|---|---|---|---|---|---|---|---|
| Hedberg, | Lisa | Marie | 0256520 | 2 / 27 / 68 | | X | W |

| | 7th Grade | 8th Grade | 9th Grade | 10th Grade | 11th Grade | 12th Grade | |
|---|---|---|---|---|---|---|---|
| 25 School Year (7-12) | 1980 1981 | 19__ 19__ | 19__ 19__ | 19__ 19__ | 19__ 19__ | 19__ 19__ | 19__ 19__ |
| 26 Address | 1626 E. Adm. Pl. | | | | | | |
| 27 Telephone | 592-9510 | | | | | | |
| 28 Last School and Place Attended | San Antonio, Tx. | | | | | | |
| 29 School and Date of Entry in Tulsa | Clev. 8-27-80 | | | | | | |
| 30 Date of Withdrawal | | | | | | | |
| 31 Date of Transfer | | | | | | | |
| 32 Date of Re-Entry | | | | | | | |
| 33 Attendance: ½ Days Present | Pres. 331 | Pres. | Pres. | Pres. | Pres. | Pres. | Pres. |
| ½ Days Absent | Ab. 19 | Ab. | Ab. | Ab. | Ab. | Ab. | Ab. |
| ½ Days Non-Member | Non-Member 0 | Non-Member | Non-Member | Non-Member | Non-Member | Non-Member | Non-Member |
| 34 Activities, Offices and Notable School Experiences | | | | | | | |
| 35 Promoted-Placed-Retained | Prom. B | | | | | | |

36 School Marks

| 37 Transcript Sent To: School | Date |
|---|---|
| Stockard Coffee, Midwest, Calif | 10-27-79 |
| Skiatook, Okla. | 8-21-81 |

| 7th Grade | 1 | 2 | Un | 8th Grade | 9th Grade | 10th Grade | 11th Grade | 12th Grade |
|---|---|---|---|---|---|---|---|---|
| English | A✓ | B✓ | 1 | English | English | English | English | English |
| World Geography | A | A | 1 | Civics | Okla. History | | | |
| Mathematics | C✓ | B✓ | 1 | Economics | U. S. History | | | |
| Science | | | | Mathematics | Gen. Math | | | |
| Ind. Arts | | | | Science | Algebra | | | |
| Home Making | A | A | 1 | | Science | | | |
| Art | | | | | | Physical Education | | |
| Biology | A | A | 1 | | | | | |
| Music Speech | B | A | 1 | Music | Music | | | |
| Physical Education | C | B | 1 | Physical Education | Physical Education | | | |
| CPR | P | | | | | | | |
| Total Units | | | 7 | Total Units | Total Units | Total Units | Total Units | Total Units |

38

○ SPECIAL EDUCATION
\+ ACCELERATED
✓ WORKING BELOW GRADE LEVEL

SIX SEMESTER GRADE POINT AVERAGE ________
RANKS ______ IN CLASS OF ______

39 DATE GRADUATED ______

KP 30642C

TULSA PUBLIC SCHOOLS
INDEPENDENT SCHOOL DISTRICT NO. 1
TULSA, OKLAHOMA

40 ______
REGISTRAR

This information is not to be released to any other party without written consent of parent, legal guardian or student or ex-student if 18 years old or attending a post-secondary institution.

Tulsa Public Schools
School/Dist Accounting
PO Box 470208
Tulsa OK 74147-0208

TULSA PUBLIC SCHOOLS
STUDENT RECORDS
P O BOX 470208
TULSA OK 74147-0208

From the Desk of:

Leon Boggs
District Registrar
Phone: [918] 746-6222
Fax: [918] 746-6856

1-13-06

Please note: This is the complete record we have on this former student.

[signature]

2nd Grade 10/22/75

STOCKARD COFFEY
Modesto, CA

Case 4:12-cv-08001-GAF Document 155-21 Filed 09/03/15 Page 3 of 7

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
213-894-0081 FAX

MARIA E. STRATTON
*Federal Public Defender*
DEAN R. GITS
*Chief Deputy*

CRAIG WILKE
*Directing Attorney*
*Santa Ana Office*
OSWALD PARADA
*Directing Attorney*
*Riverside Office*

Direct Dial: 213 894-7562

August 16, 2005

Ronald K. Ninemire, Chief Investigator
Federal Public Defender
818 Grand Avenue, Ste. 300
Kansas City, MI 64106

Re: **Lisa Marie Montgomery**

Dear Mr. Ninemire:

Enclosed please find a response from Sylvan Union School District for your files. Stockard Coffee Elementary is part of this district.

Sincerely,

Gina Enriquez
Assistant to Chief Investigator,
Debra Garvey

Enclosure

# SYLVAN UNION SCHOOL DISTRICT

605 SYLVAN AVENUE ✦ MODESTO, CA 95350 ✦ (209) 574-5000 ✦ FAX: (209) 524-2672

sylvan.k12.ca.us

WHERE KNOWLEDGE GROWS

JOHN A. HALVERSON, Ed.D.
Superintendent
jhalverson@sylvan.k12.ca.us



BOARD OF TRUSTEES

DR. STEPHEN STROUD
Board President

GEORGE RAWE
Clerk of the Board

CHAD BROWN
Member

CYNTHIA LINDSEY
Member

ʾRIANN ZEEK
ɩer


August 11, 2005

To Whom It May Concern:

Our Attendance Software only goes back as far as the 2002-2003 School Year. We are unable to obtain records for Lisa Montgomery.

Sincerely,

Holly Parnell

Holly Parnell
Student Attendance Specialist

'ICE OF THE
FEDERAL PUBLIC DEFENDER
321 EAST 2ND STREET
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

US POSTAGE
N046J81009077
$00.370
08/16/2005
Mailed From 90012
00060683

Ronald K. Ninemire, Chief Investigator
Federal Public Defender
818 Grand Avenue, Ste. 300
Kansas City, MI 64106

64106-1910-75 0015

PEASE MIDDLE SCHOOL

| GRADE LEVEL | SCHOOL ATTENDED | DATE ENTERED |
|---|---|---|
| 6 | PEASE MIDDLE SCHOOL<br>San Antonio, TX | 1/7/80 |

*NOTE: Lisa entered Pease Middle School from Stockard Coffee, they had no records prior to 2002-2003. Stockard Coffee was in California.