DECLARATION OF JOHN FRANSISCO

I, John Fransisco, declare as follows:

My name is John Fransisco. I first met Lisa Hedberg Montgomery through my church when she was a little girl living in an impoverished area of Tulsa.

I lived in Tulsa, Oklahoma from my birth in 1956 until I went to college. My family attended Central Assembly of God at 5th and Peoria in Tulsa, Oklahoma from the time before I was born until after I went to college.

I have served as a missionary in Lima, Peru. I am married and have three children. My wife and I have adopted twin daughters and a biological son. Although my wife is an attorney, she and our children have always accompanied me and helped me with my missionary work.

In about 1973 or 1974, when I was about 16 years old, Velmer Munson became the pastor at Central Assembly of God. It was the era of church busing. A man by the name of Tommy Barnett in Iowa was the "godfather" of the church busing ministry. Pastor Munson believed in church busing ministry and brought the concept to our church.

Pastor Munson was a different kind of minister. He was the man God used to change my life. I had grown up in the church but Munson's ministry changed me.

He was one of the most dynamic people I'd ever met. His passion for people and reaching out to the community was incredible. Pastor Munson was very charismatic and had lots of swagger.

The people who had attended our church for 30-40 years were moving to the suburbs. Eventually most transferred to the Carbondale Assembly of God. Munson's arrival in our congregation worked as a catalyst to get people out of the pew and working in the community. Unfortunately the community had changed and many in the church were unwilling to respond because of prejudice.

At the time the church was built it was in the thriving center of Tulsa in a good neighborhood. By the 1970s the church neighborhood was rife with crime, prostitution, and drugs. Courts ordered forced bussing in an effort to integrate Tulsa's segregated schools.

Pastor Munson brought in Bob Matthews as the youth pastor and Wayne Sanders to run the newly created bus program. Wayne was in his early thirties in the 1970's. He had served in the military.

I don't know if Pastor Munson consulted with the church board regarding church busing but the next thing I knew, we were getting six buses and starting a church busing ministry. The buses were old school buses.

I still remember Pastor Munson's sermon calling on the membership to be involved and support the bus program. The bus program needed church volunteers. God had entered my life and I wanted to become involved in something that reflected my newfound spirituality and enthusiasm for outreach to others. I

decided to help with the bus program. None of the core members showed up at the first meeting of the bus ministry. The more established members of the church were not among the people who wanted to be involved in the bus ministry. Many parishioners had a limited worldview at that time. The next thing I knew, I was a full-fledged bus captain even though I wasn't old enough to drive the bus.

My job was that of a roving minister. It was my job to make contact with people in the community, get a commitment from them that their children or they would attend church and to come back the next day to pick them up on the bus and take them to church. I had to keep order on the bus. Sometimes I had programs on the bus to keep the kids quiet. There were times I had as many as seventy-five kids and as few as ten kids on the bus. The average on my bus was about forty-five kids. One Sunday the six buses brought in about two hundred kids to attend church. That was the biggest Sunday we ever had. Phil Stewart and I brought the most kids. Once we got the kids and the very few, if any, parents who came along to church, my responsibility ended until time to take them back home.

The kids attended Sunday school classes for the first hour they were there. After Sunday school we held worship services for an hour to an hour and a half for the adults while the kids participated in Children's church. If there were discipline problems the bus captain might be called to help deal with it since we knew the kids. We had contact with the kids for from three to three and a half hours a week plus the Saturday visits. A smaller percentage of the kids attended the children's club meetings that were held on Wednesday. The kids on my bus knew the church

and the members through me. Munson, the pastor, gave the congregation the rationale for the bus ministry but didn't personally participate in it.

The neighborhood areas we were assigned to were a sort of lottery system. There wasn't a method to the assignments. The area for the bus ministry was divided into six areas because there were six bus ministers and six buses. I don't know how I wound up with the West Tulsa area but it was worst of the worst bus routes. It was what I called the Tulsa ghetto.

The bus captains had basic training on Saturdays about how to go door-to-door, talk with people, and learn what our limitations were. We had a manual to guide us. Munson was the inspiration behind the bus ministry and Wayne did all of the work.

We started the bus ministry in a flurry. Our basic strategy was to start with the kids because kids are open. People want their kids to have spirituality whether they have it or not. Our strategy was to move up to teenagers then to adults. We are very evangelical and born again Christians. The goal was to get people to church, and disciple them to become Christ-like with the ultimate goal being for them to become evangelists too. I wanted to get the entire family to church including the parents. If we didn't get the parents to church, we were throwing the kids back in to the same home atmosphere. We wanted to change the home atmosphere. The bus ministers met on Saturday mornings for prayer then we set out to go door-to-door.

I asked the Lord to send me to doors where people were open to Christ. I

struggled to get out of the car and knock on the door depending on who was on the street that day. I wasn't familiar with West Tulsa. The people were rough. The houses, including the housing projects, were harsh and unfamiliar to me. When I knocked on the doors in my area I would say that my name is John Fransisco and that I was a member of Central Assembly of God. I told the people we had a bus route that picked up children for church on Sunday and I wondered if they had any kids who would like to come to church. I did not wear a badge or argue theology. My spiel would either open or close the door. My theological upbringing was what I learned in the church as a child. We checked in with the same people each week to see if the kids could come to church. Sometimes we called ahead. We had a contest to see who could bring the most people on the busses. I had amazing results on my bus even though I was a junior in high school. Another guy named Phil Stewart and I had a great competition going.

I dealt with lots of different situations when I was knocking on doors. There was a real sense from the adults I spoke with of "I'm too far gone but my kids aren't." Once I knocked on a door and some women yelled out of the upstairs window for me to come up to have sex.

The kids who participated in the bus program came from rough and poor backgrounds. We had to call the police once about a situation and the kids ended up in social services because they didn't have food in the house. I only saw beer in the refrigerator at their house. I bought groceries then told the adults at church. We were trained in our sessions that if we saw something unusual

we should let the people at church know about it.

Our church had cushioned, tiered seats, hanging lights from a very high ceiling, a choir with robes, a glass front, and was beautiful. We were sort of a mega church before the age of mega churches.

Kids started coming in on the buses. We did not check the pedigrees of the kids who got on the buses. Most of the kids were black. I didn't think about the repercussions to the Sunday school, Children's Church or the church. I was blinded by my passion. As a whole, the church didn't know what to do with the bus children. Their hearts were reaching out and they knew it was the right thing to do to try to help but they didn't know how to do it. If the kids had been adults who drove Cadillacs and wore furs, the people at church would have known how to treat them. The kids were a challenge because of the way they came and the way they looked.

I remember Lisa and Patty Hedberg and their mother, Judy. Their neighborhood was a mix of black and white people. The house where I first found them was isolated. It was up and off the street. The location of the house was unusual. There weren't a lot of houses around it. It was a challenge for me to go to the door because of the dogs. I made contact with Judy at the door of the house. Judy was small. I thought she looked tired and worn out for her age. I don't know how old she was but she looked worn out. There wasn't a connection between Judy and me so it took several visits for me to convince her to let the girls come to church. I think she had a trust issue with me. After many Saturday visits there was finally

a connection between Judy and I. We struck up a sort of friendship that built over the year and a half that I knew her. People who lived in poverty would eventually send their kids on the church bus. The sense I got from them was "I messed up. My life is too complicated but it's not too late for my kids." About 90% of my time with Judy was spent with her inside the door and me on the porch. Sometimes I would see the girls playing. The house was neat and tidy in the context of the other houses I visited. Judy's husband mostly stayed in the shadows of the house. He seldom had words for me. My impression was that he was a hard and harsh man. I always wondered why he was so hard on his wife and children. There seemed to be a sort of darkness in their home. It was overbearing. There was a restrictive, dominant force that sat in the background. It was like there was a dark cloud hovering over that maintained propriety, order, correctness but not necessarily a good force. It made the girls stand out. At that time they became embedded in my mind. Lisa and Patty.

I did talk with the dad on a few occasions. He was very distant. He tried to maintain that distance. I can't remember what we talked about. He seemed harsh, strict, and overbearing. He tolerated my presence. People tolerate people who come in the name of God because they fear God. There were times when the girls couldn't come to church because the dad wouldn't let them. Judy would say, "The girls won't be coming this week. My husband says they can't come." The girls were so beautiful. Lisa was a little blonde. Patty was dark. They looked like they came from a different daddy. I didn't know who the girl's daddy was. I didn't probe.

People shut down when you probe and that wasn't our purpose.

Lisa was very protective of Patty. She acted as the mom. Patty was the smallest kid on the bus. Lisa was in charge of her. Lisa seemed to have a sense that "I can't be a problem. I can't act up. I have to do the right thing. I have to be disciplined. I can't create problems." There was a sense of propriety about them. I don't remember them ever acting up. They were quiet and respectful. They seemed fearful at times. They didn't want to do anything wrong or step over the line. I think that was external. Lisa and Patty acquiesced to other kids on the bus probably because the other kids were older and of different races. Lisa and Patty were probably the shyest kids on the bus. The other bus kid I remember is a girl named Lavena. I don't remember her last name. She was a little redhead. She was the oldest sibling of six kids. She was in charge of them. They stand out in my memory because they were different than the other kids.

Judy began to trust me. We talked about God. I spent a lot more time with her than anybody else on my route. I think she might have had a baby. That might have been why she didn't come to church.

At one point we lost the family. They moved and we didn't know where they were. I can't remember how we found them. Eventually I was in contact with them again. I went to the house on a Saturday. Judy was really suffering from the shingles. She was in pain. She invited me in to the house and we were really talking. I didn't think about the stupidity of a young man with an older woman. Somebody might have been waiting for me outside or come in to the house with me. I don't remember. I looked at her as a person who was growing in her faith. I wanted her


Case 4:12-cv-08001-GAF Document 155-22 Filed 09/03/15 Page 8 of 11

to come to church and be prayed for. I told her if she'd truly believe, by Monday morning she wouldn't have any shingles. It was God speaking through me. We picked up the girls to go to church the next day. When I went back to visit the next Saturday, Judy had tears in her eyes and said that on Monday, she didn't have shingles anymore. During the winter and spring of 1975 we'd pick up the girls then Judy would come to church and take them home afterwards.

My mother was one of Lisa's Sunday school teachers. She signed Lisa's certificate. I can still remember that mom was proud that I brought Lisa on the bus. Mom never taught Sunday school before but the needy kids convinced her to do it.

I went to college in 1975. I turned my route back over to the church. I don't remember who took it. I think the bus just picked up the people but no one visited them on Saturday. The key to the bus ministry was the Saturday visits. I gave up every Saturday for a year and a half. I'm amazed now that I did that.

My friend Phil Pfankuch helped on the bus route. His Uncle Bud was one of the bus drivers. In the summer of 1974, I think, we went on a choir tour in June. Mary Dawn Lile was on the bus tour. Phil was an only child. He lived down the street from me. His parents are dead now. In July, our youth group went to Keystone Lake. It was a participatory lesson because teens learn better by doing. The lesson was the shipwreck of Paul. We didn't have life jackets. The boys were wearing long pants. Nobody asked whether we could swim. Everybody jumped in the water because we were shipwrecked. Phil jumped in too but he didn't swim very well. Phil grabbed a girl next to him. She thought he was horsing around. Phil went under the water and didn't come back up. The adults got the youth out of the

area. I refused to leave. I was there when they brought him up. He had drowned. It tore his parents apart. They were never the same. The youth minister, Bob Matthews, days were limited after that. He soon left Tulsa. I emerged more motivated.

In retrospect, there were education and poverty issues during the bus ministry. Those are big gaps that prevent people from doing their best. The whole area where Lisa lived was that way. There were such big issues that even now can't be solved. We would have liked to change ignorance, a truncated worldview, and lack of self-esteem. I have seen lives transformed by God. A good example is Teen Challenge, a drug and alcohol program changes people so they are different forever. The transformation power of the Lord truly sticks with some people. Other people feel it in moment but it doesn't stay. I think the little girls probably felt Jesus in their hearts because of the stories they heard and the prayers they said at church.

I left for college. Val Munson left during that time. I came back for two summers and worked at the YMCA camp. I got married two years in to college when I was 20 years old. My wife was 19. We are still married.

John Brown came to Central Assembly of God when Val Munson left. He'd been in New York but returned to Tulsa where he was from. He tried to continue the bus ministry but it was high maintenance in terms of people and buses. Years later Central Assembly of God moved to a storefront location.

Val Munson went from Tulsa to Omaha, NE. He left Omaha because of a scandal. From Omaha he went to California then to Montana. He is no longer married to the woman who was his wife at Central Assembly of God.

I was never contacted or interviewed by Lisa Montgomery's legal team. If I would have been contacted I would have answered all their questions honestly, and I would have told them the same things I have said here if they had asked me.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

JOHN FRANSISCO

Dated this 14 day of March 2013