# Tulsa Public Schools

**TULSA, OKLAHOMA**

# Certificate of Merit

***Presented to*** Lisa Hedberg

***In Recognition of***

Art

Chouteau
***School***

Mrs. Betty Bell Clapp
***Sponsor***

May 1975
***Date***

Woodrow Norwood
***Principal***

Form E-S—43