# Tulsa Public Schools

TULSA, OKLAHOMA

# Certificate of Merit

*Presented to* Lisa Hedberg

*In Recognition of*

Reading

Chouteau
*School*

Mrs. Betty Bell Clapp
*Sponsor*

May 1975
*Date*

Woodrow Norwood
*Principal*

Form E-S—43