CHILDREN'S MEDICAL CENTER
Tulsa Oklahoma CMC-1090

PROGRESS REPORT

| NAME | PHYSICIAN | CHART NO |
|---|---|---|
| HEDBERG, Lisa Marie | | 02-50-86 |

| DATE | NOTE PROGRESS OF CASE COMPLICATIONS CONSULTATIONS CHANGE IN DIAGNOSIS CONDITION ON DISCHARGE INSTRUCTIONS TO PATIENT |
|---|---|
| 5/24/78 | ORTHOPEDIC CLINIC: |
| | The patient is in for follow-up minor minimal scoliosis of her spine Examination shows little or no scoliosis at all. There is a very slight asymmetry of her scapule. Clinically, there is no appreciable change from what Dr. Sisler saw. We should have a standing AP of her thor. co-lumbar spine in 6 months on return. |
| | 5/26/78/gr John B. Vosburgh, M.D. |
| | Nov |
| 6/2/78 | Scheduled in Tue Ortho Clinic [illegible] |
| 11/22/78 | DID NOT ATTEND ORTHOPEDIC CLINIC SCHEDULE Dec Ken Whitson RPT |
| 11/29/78 | Rescheduled [illegible] Ortho Clinic [illegible] |
| [illegible] | [illegible] |
| | rescheduled [illegible] Ortho Clinic [illegible] |
| 1/20/79 | [illegible] |
| | [illegible] Ortho Clinic [illegible] |
| 2/25/79 | DID NOT ATTEND ORTHOPEDIC CLINIC SCHEDULE March Ken Whitson, PT |
| [illegible] | [illegible] Ortho Clinic [illegible] |
| 3/[illegible] | DID NOT ATTEND ORTHOPEDIC CLINIC. SCHEDULE April [illegible] Ken Whitson, PT |
| 3/29/79 | Rescheduled [illegible] April [illegible] Ortho Clinic [illegible] |
| 4/25/79 | DID NOT ATTEND ORTHOPEDIC CLINIC. SCHEDULE [illegible] Ken Whitson PT |

PROGRESS

CHILDREN'S MEDICAL CENTER
Tulsa Oklahoma CMC-1 90

**PROGRESS REPORT**

| NAME | PHYSICIAN | CHART NO |
| --- | --- | --- |
| HEDBERG, Lisa Marie | | 02 50 86 |

| DATE | NOTE PROGRESS OF CASE COMPLICATIONS CONSULTATIONS CHANGE IN DIAGNOSIS CONDITION ON DISCHARGE INSTRUCTIONS TO PATIENT |
| --- | --- |
| 5/25/77 | PEDIATRICS: (Continued) |
| | flexible spine. The right scapula is minimally higher than the left. |
| | IMPRESSION: |
| | 1. Well child. |
| | 2. Idiopathic scoliosis, mild. |
| | 6/2/77/ljs Nancy D. Barber, M.D. |
| 11/22/77 | ortho Clinic |
| | 56 1/2 51" Ken Whitten RPT |
| 11/23/77 | ORTHOPEDIC CLINIC: |
| | Lisa comes back for recheck on 11/23. She has had no spine complaints. Physical examination shows essentially no change from the previous examination. We do not have her height and weight today. This should be obtained . d.v and recorded. Examination shows the left shoulder does appear to be slightly higher. The arm to trunk distance appears to be normal on both sides. Forward bending shows some prominence to the left rib cage posteriorly, as before. |
| | X-rays were made today and measured 10 degrees in the same curve that measured about 13 before. |
| | There is no significant progression of this curve to date. Suggest we recheck in 6 months' time. |
| | 12/1/77/ljs Jerry Sisler, M.D. |
| | May '78 |

PROGRESS

Case 4:12-cv-08001-GAF Document 156-3 Filed 09/03/15 Page 2 of 2