


# The Tulsa Tribune

*This Certifies That* Lisa Hedberg

*a student in* 4th *Grade* PERSHING *School* Tulsa, *County,*

*is the winner of the Grade Spelling Competition held at that school and therefore is*

*certified as* 2nd Place Sec. 5 **Grade Champion Speller**

*in*

**The Tulsa Tribune Eastern Oklahoma Spelling Bee**

*Certified by* JM Stephenson Dated February 10, 1978 By The Tulsa Tribune [illegible]

School Principal

LITHO IN U.S.A.