# Pershing Elementary School

## Good Citizenship Award

Tulsa Public Schools

*This certificate is hereby awarded to:*

Lisa Hedberg Grade 4

May 12, 1978
DATE

Mary Sanders
TEACHER

[signature]
PRINCIPAL