# Teacher Report To Parent

## Tulsa Public Schools

**Grades 1-6**

Larry L. Zenke, Superintendent

Year 78-79

Student Lisa Marie Hedberg

Grade 5-3

School PERSHING SCHOOL

Teacher E. L. Copeland

Principal J. M. Stephenson

## COMMENTS

| TEACHER | PARENT |
|---|---|
| 1st | |
| 2nd | |
| 3rd Lisa is capable of earning higher grades if she would complete more Extra Credit assignments. E. Copeland | |
| 4th I've enjoyed and appreciated having Lisa in class. She's a fine girl and a good student. Mrs. Copeland | Signature<br>1st Judith K Kleiner<br>2nd Judy K Kleiner<br>3rd Judy K Kleiner |

PLACEMENT:

GRADE 6th

DATE 5-24-79

El. 8

Student Lisa Marie Hedberg

## ACADEMIC PROGRESS

| | 1st Qtr. | | 2nd Qtr. | | 3rd Qtr. | | 4th Qtr. | |
|---|---|---|---|---|---|---|---|---|
| Progress in: | Sym. | Level* | Sym. | Level* | Sym. | Level* | Sym. | Level* |
| Reading | B | | B | | C | | C | |
| Language | S | | B | | C | | [illegible] | |
| Spelling | S | | B | | B | | [illegible] | |
| | | | | | | | | |
| Handwriting | C | | B | | B | | B | |
| Math | B | | C | | C | | [illegible] | |
| | | | | | | | | |
| Social Studies | A | | B | | B | | C | |
| Science | B | | C | | C | | [illegible] | |
| Music | S | | S | | S | | [illegible] | |
| Physical Education | S | | S | | S | | [illegible] | |
| Speech | S | | S | | S | | S | |
| Art | S | | S | | S | | [illegible] | |
| Library | S | | S | | S | | S | |
| Instrumental Music | S | | A | | A | | A | |

Children may not be marked in all areas.
*✓ in this column indicates below grade level work.

Refer to the charts below for grade placement of levels.

SEMI-DEPARTMENTAL SCHOOLS:

| Grade | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| Reading Level | 1 2 3 4 5 6 | 7 8 | 9 10 | 11 | 12 | 13 **14 15 |
| Math Level | 1 2 3 4 | 5 6 7 8 | 9 10 11 12 | 13 14 15 16 | 17 18 19 20 | 21 22 23 24 |

**Enrichment

OPEN SPACE SCHOOLS:

| Grade | 1st | 2nd | 3rd | 4th | 5th | 6th |
|---|---|---|---|---|---|---|
| Reading Level | 1 2 3 4 5 | 6 7 | 8 9 | 10 11 | 12 | 13 **14 15 16 |
| Math Level | 1 2 3 | 4 5 | 6 7 | 8 9 | 10 11 | 12 **13 14 15 |

**Enrichment

SYMBOLS

S—Satisfactory
N—Needs to improve
I—Is improving

A—Superior work
B—Good work
C—Satisfactory work
D—Below quality expected
U—Unsatisfactory work

## SOCIAL ATTITUDES AND STUDY HABITS

| | 1st Qtr. | | 2nd Qtr. | | 3rd Qtr. | | 4th Qtr. | |
|---|---|---|---|---|---|---|---|---|
| Developing self discipline: | Usually does | Usually does not | Usually does | Usually does not | Usually does | Usually does not | Usually does | Usually does not |
| Follows directions | ✓ | | ✓ | | ✓ | | ✓ | |
| Completes class assignments | ✓ | | ✓ | | ✓ | | ✓ | |
| Assumes responsibility for homework | ✓ | | ✓ | | ✓ | | ✓ | |
| Makes good use of time | ✓ | | ✓ | | ✓ | | ✓ | |
| Works independently | ✓ | | ✓ | | ✓ | | ✓ | |
| Participates in group activities | ✓ | | ✓ | | ✓ | | ✓ | |
| Listens attentively | ✓ | | ✓ | | ✓ | | ✓ | |
| Refrains from unnecessary talking | ✓ | | ✓ | | ✓ | | ✓ | |
| Respects rights of others | ✓ | | ✓ | | ✓ | | ✓ | |
| Respects authority | ✓ | | ✓ | | ✓ | | ✓ | |
| Practices school rules | ✓ | | ✓ | | ✓ | | ✓ | |
| Avoids disruptive behavior | ✓ | | ✓ | | ✓ | | ✓ | |
| Takes care of materials | ✓ | | ✓ | | ✓ | | ✓ | |

Check (✓) indicates homeroom or record room teacher evaluation. Differing opinions by other teachers indicated by: A—Art; Lib.—Library; Mus.—Music; PE—Physical Education; Sci.—Science; Sp.—Speech.

**Conduct Symbols**

| | Hr. | Lib. | PE | Art | Sci. | Mus. | Sp. | |
|---|---|---|---|---|---|---|---|---|
| 1st Qtr. | S | S | S | S | S | S | S | |
| 2nd Qtr. | S | S | S | S | S | S | S | |
| 3rd Qtr. | S | S | S | S | S | S | S | |
| 4th Qtr. | S | S | S | S | S | S | S | |

| Attendance | Pres. | Ab. | Non-Mem. | Tardy |
|---|---|---|---|---|
| 1st Qtr. | 84 | 4 | 0 | 1 |
| 2nd Qtr. | 75 | 11 | 0 | 2 |
| 3rd Qtr. | 82 | 4 | 0 | 0 |
| 4th Qtr. | [illegible] | 0 | 0 | 0 |