# DECLARATION OF EUNICE COPELAND

I, Eunice Copeland, declare as follows;

My name is Eunice Copeland. I was Lisa Montgomery's fifth grade teacher at Pershing Elementary in Tulsa, Oklahoma. I remember her being called Lisa Marie. That's what I called her.

I started college when I was thirty-one years old and had four children. I had teachers in my family and always wanted to be one myself because I believe it's a worthy cause to save as many kids as you can. I attended the Oklahoma College of Liberal Arts. I started teaching in 1968, after I received my degree. I taught for one year in another town then started teaching at Pershing Elementary, one of the oldest schools in Tulsa, in 1970. I taught school for twenty-eight years before I retired. I taught fifth grade except for one year when I taught sixth grade.

I loved my students and tried to meet their needs. I always had a compassionate heart for my students. We had very good teachers at Pershing who tried to make it a very good school, especially considering the neighborhood where it was located. The neighborhood around Pershing was rough and run down. The children who attended Pershing were low to middle income children. There was a free breakfast and lunch program at the school for children who didn't have enough to eat at home.

I learned the names of the noisy kids in my class first. My memories of Lisa Marie are that she had a sweet countenance about her. She was quiet. She made an effort to fit in with the class. I looked at the "Teacher Report to Parent" that I completed for Lisa Marie Hedburg for the 1978-79 school year. Lisa Marie had positive checks from

me in that report. The fact that she didn't have any negative marks tells me that she was a good student who tried hard. I also noticed Lisa Marie did not have any absences in the fourth quarter of the year. I wrote a comment that said Lisa Marie could benefit from doing extra credit work. We gave up on giving our students homework at Pershing because the students just did not do homework. We started calling it extra credit instead of homework. Lisa Marie was a good student who probably would have done the extra credit. I believe there must have been something going on at her home that kept her from doing the extra credit. She was probably too shy or might not have known how to reach out for help during the time I knew her.

The school day at Pershing started at eight forty-five or nine. We had the basic classes in the morning. The children had lunch and recess then traveled to their special classes in the afternoon. After school we had some activities. I was the leader of the World of Work club. We learned about fields of study and different jobs in my class. We had programs throughout the year for the parents including choir programs run by the speech teacher. We held parent-teacher conferences at Pershing. Most of the parents were good about coming. I remember some of my student's parents but I don't remember Lisa Marie's. If the parents didn't come to the conference, I always tried to make sure they got the materials by sending them home with the kids.

Bussing started around the time Lisa Marie was attending Pershing. I don't remember what year it started. We had good students at Pershing. The white kids were in the majority at our school.

Lisa's previous defense team never contacted me. I would have been willing to be interviewed by them and to testify at her trial.

I declare under penalty of law of the United States of America that the above is true and correct to the best of my knowledge and information.

Eunice Copeland

Eunice Copeland

Signed this 1st day of March, 2013