# DECLARATION OF KENNETH DALE ALEXANDER

I, KENNETH DALE ALEXANDER, declare as follows:

I am a first cousin of Lisa Montgomery and two years older than Lisa. Our mothers are sisters. I am, in fact, staying at my Aunt Judy's house right now, Lisa's mom. A woman from Lisa's current defense team drove up to my aunt's house toward the end of November 2012 looking for my aunt. I told her that we are Christians and ~~are~~ I am K.A. for the death penalty, but that Lisa is mentally ill. I don't think people had realized that. I talked to a male attorney who represented Lisa before her trial, but I was locked up and didn't testify. I told him about the mental illness in our family: me, my sister, my daughter, others too who are not so open.

Lisa and I were pretty close growing up. I had been held back, so that in sixth grade Lisa and I were in the same class. I first tried to penetrate Lisa when we were young and penetrated her (consensual) K.A. with my finger. Maybe I traumatized her by taking her out into the fields alone in the middle of nowhere and trying to have sex with her. I was a little man early on. I remember following the girls around in elementary school, kind of stalking them. When I was twenty-five, I got married in Bandera County Texas to Kristi R. Castle, who was only sixteen and pregnant. That isn't what I would want for my daughter.

Lisa was afraid of her step-daddy, Jack Kleiner. I remember that she didn't want to go home when he came to pick her up. She always tried to stay and seemed afraid of him. I thought he was molesting her, even though I was young then too. Jack made the girls line up naked and drop their clothes before he spanked them. He didn't do that to the boys. That was known in our family.

I had consensual sexual intercourse once with Lisa, but I don't know what age she was then, ~~maybe fifteen~~ K.A. or maybe even as young as thirteen. I do know that it wasn't her first time. I think her step dad and maybe others had already had sex with Lisa. After we had sex that one time, we really never saw each other because we lived in different places.

I have been diagnosed by psychiatrists with Paranoid Schizophrenia. I think that was just after high school and was in Texas. I have also been diagnosed as Bipolar and as Manic Depressive which are the same. I have been put in several mental hospitals including: Kerrville State Hospital in Kerrville, Texas, San Antonio State Hospital, Wyoming State Hospital in Gillette, Chattahoochee Hospital for the Criminally Insane in Chattahoochee, Florida, and Rusk State Hospital for the Criminally Insane which may now be Skyview State Hospital in Rusk, Texas. I am now receiving SSI because of damage to my brain, a memory problem, maybe something like Alzheimer's.

I was in jail under the Texas Dept. Of Corrections also and placed in ~~both the Jester III facility and also~~ in Jester IV, which is a psychiatric hospital. They kept me heavily medicated, which I

hated. Sometimes they held me down to give me drugs, and I fought them. The drugs shut my brain down. My ability to do anything was limited, as the medications made me very tired. Some of the drugs I have been on include: Haldol, Lithium, Risperdal, Depakote, Wellbutrin, Cogentin and others I can't remember.

Lisa's lawyers did not ask me to testify at trial. If I had been called to testify, I would have testified to everything that is stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Kenneth P. Alford

Dated this 9th day of December 2012.



K.A.
(2)