Please note page #6 Critical lab result



San Antonio State Hospital
San Antonio, Texas

DISCHARGE SUMMARY Inquiry

Client Name: ALEXANDER,KENNETH
Assigned ID: 000167200
Date Of Birth: 10/26/1966
Episode Number: 1

Episode Start Date: 02/22/2008
Episode End Date: 03/25/2008
Data Entry By (Login): BROWN FREDERICK
Data Entry Date: 03/28/2008

***GENERAL INFORMATION***

Assessment Date: 03/24/2008

Assessment Time: 01:41 PM

Draft/Final: Final

Assessing Clinician: BROWN,FREDERICK W (000742)

Client's DOB: 10/26/1966

Client's SS#: 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

Primary Language: English

***PHYSICAL***

Temp (F): 98

Pulse (#/minute): 80

Respiration (#/minute): 14

B/P Systolic: 125

B/P Diastolic: 80

Body Habitus Comments:
W/S, W/N MALE IN NAD

Skin: Unremarkable

Head, Face, Scalp: Normocephalic, Face Symmetrical

Eyes: Extraocular Muscles Normal, Lids Normal, Pupils Equal, Round, Reactive to Light, Lens Clear

Pupil Size OS: 3MM

Pupil Size OD: 3MM

Ears: External Appearance WNL, Canals WNL, TM Normal

Nose: External WNL, Nares WNL, Septum WNL, Mucosa WNL

San Antonio State Hospital
San Antonio, Texas

DISCHARGE SUMMARY Inquiry

Client Name: ALEXANDER, KENNETH
Assigned ID: 000167200
Date Of Birth: 10/26/1966
Episode Number: 1

Episode Start Date: 02/22/2008
Episode End Date: 03/25/2008
Data Entry By (Login): BROWN FREDERICK
Data Entry Date: 03/28/2008

Mouth and Oropharynx: Lips WNL, Tongue WNL, Mucosa WNL, Tonsils WNL, Uvula WNL, Soft Palate WNL, Hard Palate WNL, Oropharynx WNL

Dentition: Mucosa Non-Ulcerated/Pink/Absent Inflam., Gingiva Non-Ulcerated/Pink/No Edema

Neck and Thyroid: Supple, No Masses

Chest/Lungs: Breath Sounds Clear

Breasts: Normal Male

Tanner Stage: 5

Heart: Size Normal, Sounds Nornal, Sinus Rhythm Normal, Rate Normal

Vascular System: Radial Pulses Normal, Femoral Pulses Normal, Dorsalis Pedis Normal

Lymphatic System: Submandibular Nodes WNL, Axillary Nodes WNL

Abdomen: Soft, Non-Tender

Client's Sex: Male

Genitalia - Male: Normal Male, No Inguinal Hernia

Anus/Rectum - Male: Anus Normal

Extremities: Range of Motion Normal, No Clubbing, No Cyanosis, No Edema

HIGHER FUNCTION

Level of Consciousness: Alert

Behavior: Cooperative

MEMORY

Memory - Immediate: WNL

Memory - Recent: WNL

San Antonio State Hospital
San Antonio, Texas

DISCHARGE SUMMARY Inquiry

Client Name: ALEXANDER, KENNETH
Assigned ID: 000167200
Date Of Birth: 10/26/1966
Episode Number: 1

Episode Start Date: 02/22/2008
Episode End Date: 03/25/2008
Data Entry By (Login): BROWN FREDERICK
Data Entry Date: 03/28/2008

Memory - Remote: WNL

Oriented To: Time, Place, Person, Situation

Hallucinations: None

Speech: Normal

CRANIAL NERVES

1st Nerve: Smell Intact

2nd Nerve: Fundi Normal

3rd/4th/6th Nerves: EOM Intact, PERRLA, Nystagmus Absent

5th Nerve: Sensations Normal

7th Nerve: Facial Symmetry, Musculature Intact

8th Nerve: Weber's Test Normal

9th/10th Nerves: Uvula Elevation WNL

11th Nerve: Trapezius Strength Intact

12th Nerve: Tongue Development/Movements WNL

MOTOR SYSTEM

Nutrition Muscle Mass: Muscle Mass Normal

Tone: Muscle Tone Normal

Coordination - Finger/Nose, Knee/Heel: Coordination Intact

SENSORY SYSTEM

Superficial Sensation - Touch, Temp, Pain, Vibratory: Intact

Deep Sensation - Joint Position, Vibration: Intact

San Antonio State Hospital
San Antonio, Texas

DISCHARGE SUMMARY Inquiry

Client Name: ALEXANDER, KENNETH
Assigned ID: 000167200
Date Of Birth: 10/26/1966
Episode Number: 1

Episode Start Date: 02/22/2008
Episode End Date: 03/25/2008
Data Entry By (Login): BROWN FREDERICK
Data Entry Date: 03/28/2008

Cortical Sensation: Intact

Reflexes Within Normal Limits: Right Biceps, Left Biceps, Right Knee, Left Knee, Right Ankle, Left Ankle

Abnormal Involuntary Movements: Absent

Gait and Station: Gait Normal

Meningeal Signs: Meningeal Signs Absent

Cerebellar Signs: Cerebellar Signs Negative

Recommendations and Comments:
NKA- ROUTINE MEDICAL OBSERVATION. DIET REGULAR

***MEDICAL HISTORY***

Review of Systems: Patient Participated

Eyes Assessed: No Problems Identified

Ears, Nose and Throat Assessed: No Problems Identified

Intra-Oral Assessed: No Problems Identified

Respiratory Assessed: No Problems Identified

Cardiovascular Assessed: No Problems Identified

Gastrointestinal Assessed: No Problems Identified

Endocrine Assessed: No Problems Identified

Genitourinary and Reproductive Assessed: No Problems Identified

Client's Sex: Male

Musculoskeletal Assessed: No Problems Identified

Skin Assessed: No Problems Identified

San Antonio State Hospital
San Antonio, Texas

DISCHARGE SUMMARY Inquiry

Client Name: ALEXANDER,KENNETH
Assigned ID: 000167200
Date Of Birth: 10/26/1966
Episode Number: 1

Episode Start Date: 02/22/2008
Episode End Date: 03/25/2008
Data Entry By (Login): BROWN FREDERICK
Data Entry Date: 03/28/2008

***MEDICATION HISTORY***

Discharge Medications:
Depakote ER 1000 mg PO bid

***COURSE+PROGRESS***

Course in Hospital:

This was the first admission to the San Antonio State Hospital for this 41 year old divorced Caucasian male. He was admitted on an OPC from Bandera County on February 22, 2008. According to records from University Hospital, he came there as a walk-in on 2/2/08 to obtain x-rays of his body because he had implants in his mouth. He felt they were placed there by the CIA. Apparently during hospitalization he was uncooperative with staff, and called his attending physician a "f---ing communist." He tried to elope and needed to be restrained. He was then sent under AED to S.A.S.H. for more definitive treatment. At University Health System he had been threatening to the examining physician. Over the weekend he was described as physically aggressive with staff members. On 2/29/08 he claimed that he had had several heart attacks within the last week and therefore wanted to sleep in the lobby. However, he refused an EKG. He was also described as disorganized and guarded and thought he was being tracked by the government. He was having trouble sleeping and received Benadryl over the weekend. I attempted to see him face to face on 3/3/08. He stated, "I don't want to meet with you. I don't have any problems. I've already discussed these with other doctors. I'm getting depositions and my attorney and I will be released tomorrow."

Past psychiatric history showed him to deny any psychiatric hospitalizations. However, additional information became available that the patient had been hospitalized at Kerrville State Hospital from 8/30/01 through 9/7/01, 8/12/02 through 4/12/02, 7/29/02 through 7/31/02 and 9/30/02 through 10/3/02.

Past medical history was non-contributory. The patient had no known allergies and no known ADRs. At University Health System the patient had the following laboratory studies; comprehensive metabolic panel showed random glucose elevated at 107, chloride slightly high at 112, otherwise normal. CBC was essentially normal. Alcohol level was nil. At S.A.S.H. the patient had the following laboratory studies. Comprehensive metabolic panel was normal. TSH was normal at 1.27. CBC was essentially normal. Lipid panel showed slight elevation of cholesterol at 203, normal triglycerides at 125, slightly low HDL at 33 and LDL slightly high at 145. Free valproic acid was elevated at 41.8, but the patient had neither

San Antonio State Hospital
San Antonio, Texas

DISCHARGE SUMMARY Inquiry

Client Name: ALEXANDER,KENNETH
Assigned ID: 000167200
Date Of Birth: 10/26/1966
Episode Number: 1

Episode Start Date: 02/22/2008
Episode End Date: 03/25/2008
Data Entry By (Login): BROWN FREDERICK
Data Entry Date: 03/28/2008

signs nor symptoms of increased toxicity and this dose was continued. Free valproic level, valproic acid level, and CBC were drawn on 3/25/08 and are 48.0, 153, and N, respectively. This info will be faxed to his clinic on 3/28/08, so that Depakote dosage can be reduced slightly.

As noted above on admission the patient was very paranoid and uncooperative. He did not feel he needed treatment. He was committed and court compelled to take medication on 3/4/08. I offered the patient the opportunity to take a neuroleptic, as I felt it would best address his symptoms, however he was opposed to that and stated he usually does well on Depakote, which was initiated. On Depakote the patient's mood became more stable. He became more logical and cooperative and no longer needs hospital level of care. He intends to work with his attorney as an outpatient and claims he will follow his attorney's advice as to whether or not he needs further studies to elucidate any type of implants which he may or may not have.

He has been receiving treatment, has had his medication adjusted to the doses given above, has improved, and no longer needs hospital level of care. Early during hospitalization he did not believe he needed treatment, and did not want to take medication. He was committed on 3/4/08 and court compelled to take medication on the same date. He can now be treated safely in an out-patient setting. He will be discharged to follow-up with the local MHA (Hill Country.) He will be living in his own trailer. He was given a two weeks supply of medication.

At discharge, he was calm and cooperative, with good eye contact. Speech was normal rate and volume. Mood was euthymic, and the patient was alert and oriented to person, place, and time. No obvious hallucinations, paranoia, or delusions; and he denied any suicidal ideation and agreed to be medication compliant.

We had a prolonged discussion RE the need to continue medication forever, as he has a serious chronic illness that will never go away, and that discontinuation of medication can have potentially serious consequences. The detrimental effect of alcohol and drugs on his condition was also discussed. He replied that he understood that, and will be medication compliant and illicit drug abstinent.

San Antonio State Hospital
San Antonio, Texas

DISCHARGE SUMMARY Inquiry

Client Name: ALEXANDER, KENNETH
Assigned ID: 000167200
Date Of Birth: 10/26/1966
Episode Number: 1

Episode Start Date: 02/22/2008
Episode End Date: 03/25/2008
Data Entry By (Login): BROWN FREDERICK
Data Entry Date: 03/28/2008

Signature_______________________________________________
Date______________________