Wyoming Behavioral Institute

ALEXANDER, KENNETH
MR#: 01-56-24
DOB: 10/26/1966

Admission Date: 05/12/2010
Evaluation Date: 05/13/2010

# PSYCHIATRIC EVALUATION

IDENTIFYING INFORMATION: Mr. Alexander is a 43-year-old white male. He is single. He is here on an involuntary 381 hold out of Buffalo, Wyoming.

CHIEF COMPLAINT: Not obtained at this time. Mr. Alexander was sleeping in his room and he was approached this morning about doing a psychiatric evaluation, either here in my office or in his room. He did not want to do a psychiatric evaluation. He was then approached again this afternoon and did not want to do a psychiatric evaluation, either in my office or in his room.

HISTORY OF PRESENT ILLNESS: Mr. Alexander was found by the police. He was in a store, wielding a knife, and he was there trying to defend himself from what he called people following him. He later referred to those people following him at the police station as being people from the CIA. At the police station, he also described himself as being the president's dog. He also stated to them that he was in a relationship with Jesus Christ. He did mention to them that he had a diagnosis of Bipolar Disease, although he wasn't taking any medications at that time. He was arrested in the store and later taken to jail, and jail is where he divulged his delusions to the police officers, at which time they thought it would be a good idea for him to get a psychiatric evaluation and set up an appointment for him here at Wyoming Behavioral Institute, where he was admitted.

PSYCHIATRIC HISTORY: Possible Bipolar.

MEDICAL HISTORY:

FAMILY HISTORY:

SOCIAL HISTORY:

STRENGTHS/WEAKNESSES:

MENTAL STATUS EXAMINATION: Appearance, lying in bed, poor eye contact, poor grooming. Speech with short answers, regular rate, pitch, and volume. Thought process linear. Thought content still delusional. Cognitive, drowsy.

DIAGNOSIS:

| | |
|---|---|
| AXIS I: | Psychosis, NOS.<br>Rule out Bipolar with Psychosis.<br>Rule out Schizophrenia. |
| AXIS II: | Deferred. |
| AXIS III: | Unknown. |
| AXIS IV: | Unknown. |
| AXIS V: | GAF: 10. |

PLAN:
1. Zyprexa Zydis 20 mg p.o. at bedtime for psychosis.
2. Geodon 20 mg IM at bedtime p.r.n., refusal of Zydis.
3. Geodon 20 mg IM q. six hours p.r.n. for agitation, not to exceed 80 mg every 24 hours.

Bryant Anderson, MS-3

Attending Physician

BA/ml
DD: 05/13/2010
DT: 05/14/2010
Job: 977856/4123