| GENERIC OR TRADE NAME | TOTAL DAILY DOSE | DATE STARTED | DATE STOPPED | COMMENTS - AND REASONS DISCONTINUED |
|---|---|---|---|---|
| Lithium Carb | 900 mg | 22Jun10 | 19Jul10 | Dc'd |
| Trileptal | 600 mg | 22Jun10 | 19Jul10 | Dc'd |
| Haldol | 10 mg | 29Jun10 | 12Jul10 | Dc'd |

35180 ALEXANDER KENNETH D M

22JUN10 26OCT66 CO/CJS

Wyoming State Hospital

PSYCHOTROPIC DRUG HISTORY

MR0093R