| Patient ID | Episode # | Data Entry Date | Data Entry By |
|---|---|---|---|
| 35180 | 2 | 7/12/2010 | ALYSSA MARIE SMITH B.A |

**Assessments Completed:** Inpatient Services Nursing Admission- 22 Jun 10
Suicide Risk- 22 Jun 10
Pain-Initial Evaluation- 22 Jun 10
Psychiatric Admission Note & Mental Health Status- 22 Jun 10
Medical History & Physical-
Crisis Prevention Plan- 22 Jun 10
Skin Integrity- 22 Jun 10
**Collateral Information Available:** Circuit Court, Fourth Judicial District Johnson County; Order for Examination at the Wyoming State Hospital, Civil Action No. CR-2010-36
Charging Documents, Affidavit of Probable Cause
Wyoming Behavioral Institute (5/12/10-5/17/10) Discharge Summary, Psychiatric Evaluation, History & Physical, Labwork
Records from Buffalo Police Department, Booking Sheet
**This person is currently served by the Wyoming State Hospital because:** Kenneth was admitted to the Criminal Justice Service on 22 Jun 10 for a court ordered forensic evaluation from Johnson County. He has a charge of Felonious Restraint. He was admitted to Wyoming Behavioral Institute from 5/12/2010-5/27/2010 under an involuntary hold as he was found to be "psychotic". While in jail, mental health was called as he was making statements of "being followed by the CIA, he was the president, had a relationship with Jesus Christ." He has been diagnosed with Bipolar Disorder and ADHD in the past. He report he receives SSI for ADHD and memory problems.
**Strengths:** Ken stated "my ability to work well with others, easy to get along with".
**Abilities:** He reported "very educated, smart, intelligent, good sportsmanship".
**Relevant Disabilities / Needs:** Ken reports he used to wear a hearing aid, and that he is supposed to wear glasses but chooses not to.
**Preferences / Cultural Variations:**
**Desired outcomes and expectations of person served:** Kenneth reports he would like to return to Texas when he gets his legal issues resolved.
**Desired outcomes and expectations of Family / Significant Other / Mental Health Center:**
**Summary of Assessment findings / Interpretive Summary:**
**Expected Length of Stay:** 30 days.
**Risk Management Issues:**
**Legal Issues:** Charge of Felonious Restraint
**Trauma Issues:**
**Current Prognosis:**
**Transition Plan:** Kenneth will need to return to Johnson County Detention Center due to pending legal issues upon completion of the evaluation.
**Discharge Barriers:**
**Comments regarding the participation and overall interactions of ther person served (and Guardian, iff applicable) in the course of this plan:**
**Person Served Comments:**
**Person Served:** Kenneth Alexander **Guardian:** n/a **Date sent to Guardian:**

**Review Summary:**

**Diagnosis**
Axis I: Mood Disorder NOS, Methamphetamine Dependence
Axis II: Antisocial Personality
Axis III: See Problem List
Axis IV: Legal Problems, No job-skills-money-home, Lacking Access to Services
Axis V: GAF Past Year Unknown, At Admission = 50, at Discharge = 60
Michelle Moran MD

*Signature Page*

| | | |
|---|---|---|
| LAZARO,ZULLY<br>Nursing | MORAN,MICHELLE | Patient Signature |
| GONZALEZ,AMANDA<br>Nursing | | |
| SMITH,ALYSSA<br>Treatment Plan Coordinator | | |
| HITT,ABRAM<br>Psychology | | |