I. NAME Hedberg, (Kleiner) Lisa Marie (Last) (First) (Middle) — MALE ☐ FEMALE ☒ — DATE OF BIRTH 68 - 2 - 27 (Yr. Mo. Day) — PLACE OF BIRTH Tacoma, Wash. (Town, State) — Soc. Sec. No. ______ — CODE ☐

?-6434

| Date | Local Address* | Phone* | Date of Attendance* | Name of School* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## II. DROP-OUT AND RE-ENTRY RECORD

| Date | School and Grade Left | Reason | Date Re-Entered | School and Grade Re-Entered |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

CODE FOR REASONS FOR LEAVING SCHOOL
TR—Transferred EP—Employment Permit D—Dead
PI—Permanent Illness OA—Over Legal Age M—Married

Date and Grade Record Started
Number Children in Family*
Boys* Girls*
Remarks Regarding Home Conditions:
Date

## III. FAMILY DATA

| | MOTHER | FATHER |
|---|---|---|
| Name of Parents | Judy Kleiner | Jack Kleiner |
| Home Address* | Box 256 Sperry, OK | |
| National Descent | | |
| Date Naturalized | | |
| Language in Home | | |
| Occupation* | | |
| Education* | | |
| Marital Status* | | |
| Deceased | | |
| With Whom Does Child Reside | mother | |

## IV. PHOTOGRAPH

Date
Age
Grade

## V. ELEMENTARY SCHOOL RECORD

| | SUBJECTS | KDG. | 1st Grade | Grade | Grade | Grade | Grade | Grade | Grade | Grade |
|---|---|---|---|---|---|---|---|---|---|---|
| | YEAR | | | | | | | | | |
| AR | Arithmetic | | | | | | | | | |
| ENGLISH | Reading | | | | | | | | | |
| | Language Grammar | | | | | | | | | |
| | Handwriting | | | | | | | | | |
| | Spelling | | | | | | | | | |
| STUDIES | | | | | | | | | | |
| SCIENCE | General Science | | | | | | | | | |
| | Agriculture | | | | | | | | | |
| | Physiology Hygiene | | | | | | | | | |
| CRAFTS | Household Arts | | | | | | | | | |
| | Industrial Arts | | | | | | | | | |
| | Art | | | | | | | | | |
| | Music | | | | | | | | | |
| | Days Present | | | | | | | | | |
| | Days Absent | | | | | | | | | |
| | Times Tardy | | | | | | | | | |

## VI. SECONDARY SCHOOL RECORD

**YEAR ______ 7th Grade**

| Weeks in School Year ___ SUBJECTS | Mark 1st | Mark 2nd | Units |
|---|---|---|---|
| Units for the Year | | | |
| Half Days Absent | | | |

**YEAR 1981-82 8th Grade**

| Weeks in School Year ___ SUBJECTS | Mark 1st | Mark 2nd | Units |
|---|---|---|---|
| Band | A | A | |
| Soc. Studies | A | B | |
| Home Ec. | B | A | |
| Math | A- | B | |
| Science | B | B | |
| English | A | B+ | |
| Units for the Year | | | |
| Half Days Absent | | | |

**YEAR 1982-83 9th Grade**

| Weeks in School Year ___ SUBJECTS | Mark 1st | Mark 2nd | Units |
|---|---|---|---|
| English I | C | B | 1 |
| Algebra I | C- | C- | 1 |
| Science | B | B | 1 |
| History 2 OK/AM | B- | A | 1 |
| Typing II | A | A | 1 |
| Band | A | A | 1 |
| Summer '83 Crafts - Careers | | B | ½ |
| Units for the Year 3.154 | | | 6½ |
| Half Days Absent 13/41 | | | |

**YEAR 1983-84 10 Grade**

| Wks. in Sch. Yr. ___ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd | Units | Points |
|---|---|---|---|---|---|
| Account I | | a | B | 1 | |
| Soc/Psych | | a | A | 1 | |
| Eng II | | C | B | 1 | |
| Geom. | | a | B | 1 | |
| Biology | | a | A | 1 | |
| Am-History | | C | B | 1 | |
| Dr. Ed. SS '83 | | a | | ½ | |

**YEAR 1984-85 11 Grade**

| Wks. in Sch. Yr. ___ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd | Units | Points |
|---|---|---|---|---|---|
| Cont. Aff. | | C | D | | |
| Alg II H | | x C | - | | |
| U.S. Govt H | | x B | C | | |
| Chemistry H | | x B | C | | |
| Eng III H | | x D | B- | | |
| World History | | a | A- | | |
| x Honors class | | | | | |

**YEAR ______ Grade**

| Wks. in Sch. Yr. ___ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd | Units | Points |
|---|---|---|---|---|---|
| | | | | | |

VII.

| Date | Grade | Intelligence Tests | C.A. | M.A. | I.Q. |
|---|---|---|---|---|---|
| | | | | | |

| Date | Grade | Achievement Tests | C.A. | Score | Norm. |
|---|---|---|---|---|---|
| | | | | | |

| Date | Grade | Interest and Aptitude Tests | C.A. | Raw Score | Com. Score |
|---|---|---|---|---|---|
| | | | | | |

| YEAR | | | | | Grade |
|---|---|---|---|---|---|
| Wks. in Sch. Yr.____ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd | Units | Points |
| Units and Points for Year | | | | | |
| Units and Points to Date | | | | | |

| YEAR | | | | | Grade |
|---|---|---|---|---|---|
| Wks. in Sch. Yr.____ SUBJECTS | Hrs. Per Wk. | Mark 1st | Mark 2nd | Units | Points |
| Units and Points for Year | | | | | |
| Units and Points to Date | | | | | |

## VIII. HEALTH RECORD

| Check—Giving Year of Sickness When Possible. | | | | |
|---|---|---|---|---|
| | Diphtheria | Scarlet Fever | Measles | Whooping Cough |
| | Mumps | Smallpox | Typhoid | Tonsilitis |

## IMMUNIZING AND DIAGNOSTIC PROCEDURES RECORD

| Year and Result | Diphtheria | Smallpox | T-B Tests | X-Ray | Result of X-Ray |
|---|---|---|---|---|---|
| | | | | | |

## IX. GRADUATION FROM SENIOR HIGH SCHOOL

| | | | |
|---|---|---|---|
| Graduation Date | | Name or Signature of High School Principal | |
| No. in Class | Rank in Class | No. of Ranks | Course Completed |

Code of Birth Information: Certified Copy of Birth Certificate = BC; Church Record = CR; Family Bible = FB; School Record = SR; Passport = PP; Parent's Statement = PS; Life Insurance Policy = LI; Immigration Certificate = IC

## X. EXTRA CURRICULAR ACTIVITIES

| Grade | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Publications | | | | | | | | | |
| Band | | | | | | | | | |
| Vocal Music | | | | | | | | | |
| Orchestra | | | | | | | | | |
| Dramatics | | | | | | | | | |
| Student Council | | | | | | | | | |
| Safety Patrol | | | | | | | | | |
| Class Officer | | | | | | | | | |
| Clubs | | | | | | | | | |
| Auditorium Activities | | | | | | | | | |
| Athletics | | | | | | | | | |

## XI. REMARKS

| REMARKS | YEAR |
|---|---|
| | |

## XII. EDUCATIONAL FOLLOW-UP RECORD

Record Sent: To:

| Date | School |
|---|---|
| 9/20/85 | Cleveland H.S. |

| Name of School | Date Entered |
|---|---|
| | |

Course of Study

Reported Progress

## XIII. RECORD OF COMMUNICATIONS FOR EMPLOYMENT

| Date | To Whom Sent | Reason |
|---|---|---|
| | | |

Case 4:12-cv-08001-GAF Document 157-10 Filed 09/03/15 Page 2 of 2