# DECLARATION OF CHELSEA BOMAN VEAL

I, CHELSEA BOMAN VEAL, declare as follows:

Lisa Montgomery is my mother, and Carl Boman is my father. I am the second of their four children born to them during their marriage, and I am only sixteen months younger than my sister, Desiree, who is the oldest. My mom, Lisa Montgomery, is in prison now and sentenced to die. I have had a lot of time to think about my relationship with her, which is complicated.

Our mom tried hard to be a good mom, and sometimes she was, but many times she lost control of herself. Often when we were young, mom got upset when she tried to fix my and my sisters' hair. When she brushed it, if it didn't turn out the way she wanted it to look, she hit us over the head with the hair brush. At an early age we tried to do our hair ourselves, just to avoid our mom's fits. She just couldn't deal with that frustration. It was like she just could not stop herself from hitting us.

I didn't like or get along with my maternal grandmother, Judy Shaughnessy. She is not a nice person. When I was little, maybe five or six, Grandma Shaughnessy took us away from mom. Mom tried to get us back. I remember mom trying to take us from the arms of our grandmother. That scene is still very clear in my mind even though it occurred many years ago. Weird things like that happened in our family. Grandma Shaughnessy didn't allow us to walk home from school, but one day no one came to get me, so I finally walked home. I didn't know what else to do. I was little, and I was scared. Grandma Shaughnessy was furious and hit me with a large board like the ones used for a fence. It wasn't a paddle. When she got mad that way, Grandma Shaughnessy hit us wherever the board landed on our bodies. I usually tried to run so she couldn't hurt me.

We did not invite my grandmother Shaughnessy to the memorial service we held for my Uncle Michael Boman several weeks ago. We all knew that she had been mean to Uncle Michael when he lived with her and Grandpa Boman when they were married. Uncle Michael even wrote about how mean she was to him in his book. She used to make fun of him and say he was fat. He didn't like her at all. My Uncle Michael was a good person and was always nice to us kids. Our grandmother should not have treated him badly when he was younger.

Mom worked at a convenience store and also delivered newspapers. The newspaper delivery was from midnight until early morning. We kids helped wrap the papers, and sometimes she took us with her to deliver them. Other times she left us at home with Desiree in charge. Mom didn't like to take me on the delivery because I got car sick easily and threw up, which made the newspaper delivery much more complicated. Now looking back, I see how hard mom worked to take care of us. I can't imagine loading up four children in the middle of the night hoping they would sleep in the backseat while I delivered newspapers and then having one of them throw up all over everything. Desiree is the oldest of us and is outspoken. My youngest sister, Kayla, always asked lots of questions. She and my older sister, Desiree, are the talkative ones, while my brother, C. J. and I are quieter.

When my parents were not living together, my mom brought different men to the house or trailers where we stayed. When we lived in New Mexico, Dad wasn't with us part of the time; I was probably in first or second grade then. It seemed like men were coming and going from where we stayed all the time. There was one man who our mom saw a lot. When he came to see her, she told us to walk down the road and go eat a pizza, and then return in an hour. There was another man, our mom's lawyer. We went to his house a lot. He did custody papers for her. Mom was having a sexual relationship with him. I know this, because one time when we were at

his house, Kayla called 911 for some reason. When the police came, mom and the lawyer came out of the bedroom and tried to cover themselves up. Another time, Kayla said she had to ask mom something and opened the bedroom door. Mom was on the bed having sex with a man, while several other men were standing around them. One of the men then shut the door back. This sort of thing, where more than one man went into the bedroom with our mother at the same time, happened often enough that it wasn't unusual.

Our mom also took us with her to truck stops. She parked the car in front of the building, and left us in it. She told us that she was going to talk to someone in the trucks. Then she went over to where the trucks were parked and climbed in. I don't know how long she stayed, but it seemed like a very long time to me then. The truckers gave mom food. Sometimes they dropped by our house and dropped off food for us. They usually went with mom back into the bedroom. Besides what the truckers brought us, Mom didn't seem to have any money for food and clothes; we kids ate breakfast and lunch at school, but sometimes we went to bed hungry.

Our mom drank a lot when we were younger and lived in New Mexico. One time mom was driving with most of us kids in the car. She asked me to get her a beer from under the seat, which I did. She drove drinking the beer, and we hit a deer. She hollered out to get rid of the beer. I don't remember if any of us got hurt when we hit the deer. Mom didn't have anyone else around to help her with us four kids. She even took us with her when she went to the bar. One of the bars was in an old school building; we kids, got to run around and play while mom drank. Mom was stressed. My maternal grandmother was in New Mexico then too, but they didn't get along. It wasn't unusual that we left our grandmother's home abruptly after mom and her mom had a fight with each other. You never really knew the reason, but they could get into it.

When I was about eight years old, my brother CJ and I stayed for a week or so with one of Grandma Shaughnessy's ex-husbands, Hector. My mom left me and CJ with him and went out of state with the other two kids, but I don't know where they went. I believe this is when she was first with Kevin Montgomery. Hector made me go into the bedroom with him, and he forced me to have sex with him. I called Grandma Shaughnessy the next day and told her we were ready to come home, but I didn't tell her the reason I wanted to leave. She came and picked us up. I didn't tell them what happened until weeks later. Mom took me to the police, and I told them what Hector had done to me. I don't believe Hector was charged or even arrested for what he did. I don't like to think or talk about this incident, so I don't very often. It is very hard for me to acknowledge.

The first time I ever went to a counselor was when I was fifteen or so. I was sick with the flu. For some reason mom told the doctor that I had taken a bunch of pills and wanted to hurt myself. This wasn't true. Desiree told them that it wasn't true. Mom still insisted I go to counseling.

I believe it was when I was in the third and fourth grades that mom decided to home school us. This really meant she just took us out of school. Most of the time we just watched television and did whatever we wanted to do. We didn't share group activities with other home schooled kids, like people do now. In fact, we didn't know other home schooled kids. Mom got some used books for us but they were for younger grades, so I was way behind when we returned to regular school. I never did really catch up with math because of missing so much that year. Both our uncles Tom and Teddy sometimes watched us during that time. They just let us watch TV, but they were always nice to us. I think the reason we got home schooled is that mom couldn't get rid of Desiree's head lice, so she took us all out of school. Mom had head lice also,

but she didn't treat her hair, so of course we kept getting lice from her. I'm sure the bedding and what little furniture we had in our trailer had lice all in them. Mom either didn't know how to treat us at home to get rid of head lice or she just was so out of it, she didn't realize she wasn't doing it correctly. We had head lice many times, but she only did something about it when the school personnel noticed the problem and she had to address it.

Both of my uncles have been in trouble. Uncle Tommy got shot in the leg when he was running from the police in Deming, New Mexico. Our Uncle Teddy showed us how to make Meth one time, but I don't remember what he said. He has been in jail at least three times for using or making Meth. He lived with us some, and we had his son, Justin, with us. He and his wife had already had their daughter, Hope, taken from them. His wife was a drug user too. My grandma, Judy, and Aunt Patty called DCS and had Justin taken away when he was staying with mom, Kevin, and us kids. We were taking good care of Justin, so I don't know why they did that. I do know that my grandmother always seemed to like Aunt Patty more than my mom, and they left mom out of things.

I really think my grandmother probably quit liking my mom when Grandma walked in on mom being raped by grandma's husband, Jack Kleiner. I remember hearing Grandma say things to my mom like, "You can't have this man," referring to whoever Grandma was dating at the time.

When I was little and my parents were still together, our house was extremely messy. You really couldn't walk on the floor because clothes and trash were piled everywhere. Things were piled up so high that clothes and trash covered the floor up to the top of the beds. It was like the TV shows now about hoarders. We lived in a tiny trailer in New Mexico. The couch made into a bed, and we had no electricity for heating and cooling the trailer because the system was

broken. We got to live there free though, because mom knew the people who owned it. She washed our clothes in an old wringer washing machine and hung them out to dry. We threw our trash out into a pile, and later burned it. I remember we had mice there.

For a while dad lived with us in that trailer, so it was really crowded. It is hard to believe we all lived in such a tiny space. When he moved out he lived in a studio apartment that was small, but just enough for him. He didn't have a car, so he lived near the store where he worked and walked to his job. During the time we lived in Arkansas when mom and dad became Mormons, we had a room in the house where we just threw trash. It was filthy there. The Mormon people were nice to us, but they didn't come into our house. We always had a problem with mice. They got into our food, and mom just ignored it and said it would be okay. It was good to get meals at school where I didn't think about whether mice had been near it. When we lived in Kansas we had chickens, goats, pigs and a cow. I hated it because we had to get up at 5:00 and take care of them before school and then again when we got home. It seemed to me that mom always lived in the worst house around. I know she couldn't afford better ones. Dad is a neat freak and likes things in place. He couldn't deal with mom smelling bad.

When I was about fourteen or fifteen, we moved to the big house in Melvern. There it seemed like mom really went downhill and didn't care about herself at all. Desiree was manager of a Wendy's there, and both mom and I worked there also. Mom smelled so bad that people commented on it. They put her working with the fries, so she took on that smell, which was better than her body odor. That was not all that was odd about mom. She acted like a young child. She twirled around in the Wendy's and sang out loud. She swung her arms like a child does when they are skipping along. The owner of the store's 16 year old daughter also worked there. Mom would grab her hands, and then they would sing and twirl. They acted like little

girls; mom certainly didn't act like an adult. This was in a restaurant; not only was it bizarre behavior, but it was very embarrassing for me as her daughter. Mom was tuned out in so many ways. She bought me a Tele-Tubby backpack for school when I was in ninth grade. Can you imagine a teenager using a child's backpack like that?

I think my mom seemed tired a lot of the time. She was also very irritable. She got mad at us even when we were just doing nothing. She yelled and told us we didn't clean things well enough. She was unreasonable. At school during study hall, I worked on the school yearbook and also worked on the roster for lunches. I loved the yearbook job, but because of it I couldn't get homework done at school. I had to do chores when I got home, so my school work suffered.

I had a friend over to my house only one time that I can remember. It was for my birthday. Mom made us go to a nearby town where they celebrated an Apple Festival. She forced us to dress up in old timey clothes, including aprons and bonnets. She wore a great big old fashioned dress. The only people dressed up were the presenters, not people just coming to watch. Mom didn't seem to realize that we were all inappropriately dressed. It was very embarrassing because I was about fourteen or fifteen. My friend and I tried to sit down away from mom, so we didn't bring attention to ourselves. That girl never came to our house again.

Another thing that mom didn't seem to realize was that she talked too much. People tried to get away from her, but she just kept talking without taking a breath. I saw on people's faces they wanted to escape from mom's nonstop talking, but that wasn't easy to do. She might go into the store to get one item, and stay and talk for an hour while we waited in the car.

Mom also had poor judgment. One time she left us girls with a man in a cabin in the woods. My sister had a friend with her too. The man gave mom money and bought things for us all so I guess Mom trusted him. Both my sister's friend and I were sexually abused by this man.

My mom has told me many stories about my dad and I don't know if any of them are true. She told me that when she and dad got together, dad had been dating a woman he had gotten pregnant. Mom came between them, and for awhile dad didn't know that the woman had a child by him. Her name is Kizzy, and she is six months older than Desiree. Dad had known the woman all his life. Mom told a story about dad reportedly killing his first wife and their daughter. I think mom actually believes her story is true. Kayla is not dad's child, or at least that is what mom said.

The last two years we lived with mom, she got worse. When she was first with Kevin, she seemed happier and things were nice for a while. Then we moved half a mile down the road, and everything changed. Mom really got bad off; it wasn't good at all. Mom told me that I was her favorite child and she had to be meaner to me than the others. Her fuse just got shorter and shorter; she was really quick to go off and yell at us. Once she got so mad at me that she threw a mason jar at me, and it broke on my head. Her outbursts were over nothing really. You could not predict mom's behavior.

Sometimes it seemed like mom didn't know what she was doing in the moment. One time she hit me on the arm with a metal flashlight, and my arm swelled up really big. She thought at first that she had broken my arm and called a friend of Kevin's who was an EMT to look at it. Luckily, it wasn't broken. I was fifteen, the day before my birthday. Afterward, she felt terrible and tried to make amends by buying me a bunch of stuff. I know that she felt bad about what she had done, but it is like she just couldn't help it.

Mom's hygiene also deteriorated during the last two years we were together. She didn't bathe or shower. She wore dirty sweat shirts and jeans. She stayed in the house most of the time

when she wasn't at work, and just sat at the computer and drank Pepsi all day. Mom smelled really bad.

I met my husband when we were both in the army. I dropped out of high school, because I had to change schools after I moved back with dad when mom got in trouble. I got my GED and enlisted in the army. My husband is Bryan Christopher Veal. Bryan's maternal grandmother raised him. At some point, he was placed in foster care and then adopted. His parents are good to us. They bought us the van we have, call us and our children on birthdays, and provide gifts at holidays and birthdays. Bryan would like to move back to Georgia to be closer to his family, but I want to stay near my family here in Bartlesville. He was in the army for four years, and I was in for three. He was in Iraq, but worked as a mechanic in an area that was not seeing much action. He is now a truck driver with a local company and likes his work. He works Monday-Friday.

Our son, Caden, was born at St. John's Hospital here in Bartlesville, Oklahoma. Landon was born at Metroplex, a hospital in a small town, near Ft. Hood, Texas. He had a hole in his heart and also problems with his lungs. They will repair the hole when he is older. Every year the doctors do an ultrasound of Landon's heart to monitor the size of the hole between the ventricles. Sometimes when Landon is very active, his lips turn blue. They want to wait until he is a little older before doing the surgery. Chloe was born at St. John's Hospital in Tulsa, and like Landon, she came early.

My children have very strange behaviors. Caden's doctors say he has neurological deficits as well as both sensory and auditory processing issues. Caden bites himself and touches everything, especially orange things because he likes that color. He licks things: skin, windows, mirrors, even the floor. If we are in a restaurant, Caden kisses the windows. The doctors tested

him for Pica, but said the test was negative. Caden attends special education classes at school and rides a special bus. He is the only child in his class who is assigned a full time attendant, an adult who spends the day with him, helps him stay directed, and also controls his behavior. Caden sometimes bites and hits the aide on the special education bus. When he is frustrated, he beats his head against the floor and bites people. At school, Caden is not allowed to lick the floors or to touch people and works with a behavior therapist and a speech therapist.

Caden also works with an occupational therapist who has taught me techniques to help Caden relax and gain control of his behavior. We have a special brush for his arms and legs and brush his limbs with it while we sing a certain song. At the end of the song, we must stop, because otherwise Caden would receive too much stimulation from the brush, and the result would be negative. A tub of beans and rice can also calm him if he puts his hands in it. The therapist recommended a weighted vest for both boys, which helps children like them stay grounded to the earth. We have applied recently for SSI (Supplemental Security Income) for the boys and hope that once we get it, we can purchase the weighted vests and other items the occupational therapist recommends for them. Our doctor prescribed a medication, Clonidine, for both Caden and Landon, so they can sleep at night. Without it, we would all be up most of the night because they are unable to sleep. Caden used to wake up at night screaming. We locked all the doors, because he could wander away in the night.

I have to watch Caden very carefully to keep him safe. For example, even if he burned his finger on the hot stove, he still can't remember the next time that the stove could be hot. Caden cannot sit still. He touched people and kicked the chairs in front of us at my uncle's recent memorial service, for example. People look at me like I need to control him. They don't understand. In the grocery store, he falls down in the aisle screams and cries over nothing. That

kind of fit might happen because he doesn't get something that he wants. He might cry and scream for five to ten minutes. Caden also seems to have sensitive hearing. He cannot tolerate certain loud sounds. Frequently during the day he covers his ears and cries. One example is when his sister screams. We took him to the doctors in Tulsa, where they put Caden to sleep and checked his response to different noises while he was asleep. They told us he was normal, but my husband and I don't think so. Caden attends behavioral therapy. The doctors want both our sons to have an MRI, but so far coverage has been denied, and we can't afford such a costly test. Caden is totally trusting and would go off with a stranger if we don't watch him carefully.

Our second child, Landon, is autistic. Sometimes, that is hard for me to believe, because Landon is often so affectionate --- but other times he can't stand to be touched. I do realize that he is different from other children. Landon becomes overstimulated easily. He cannot tolerate being in large crowds, such as in a movie theatre. He watches movies at our home with family, but screams and becomes out of control when put with many people. Landon spins in circles, walks on tiptoe, and his language is delayed. The doctors tell us these are all signs of autism. We are doing all we can to get help for Landon. He attends a special Head Start program for children with special needs. He recently urinated on his best friend at school, and we don't know why. Sometimes when I can't understand what Landon wants, his brother Caden seems to understand what Landon tries to communicate.

Landon also has special dietary needs. He refuses to eat most foods. I am glad when he eats anything. Through the WIC program, we receive ninety-six bottles of PediaSure monthly. This is a supplement for children similar to Ensure for adults. We worry some, because WIC will only provide this service until Landon's fifth birthday, and he is now four. This supplement is Landon's primary source of nutrients. He will also eat French fries and sometimes, crackers

and cheese. Even these foods cause problems, because, for example, if a cracker breaks or a piece of cheese tears, Landon cries and screams and then refuses to eat it. Landon cannot eat in a crowd like in a restaurant.

My children differ from each other in terms of their development. Our daughter, Chloe, is almost potty trained now and is not quite two years old. Caden was not potty trained until he was four, and Landon was three and a half. Caden likes to go into the closet and sit on his bean bag chair and look at books. The doctor said that Caden feels safe in there. He can't shut the door, so he can come and go. At school, Caden gets a six foot space around him that is just his. He doesn't like the way certain shoes feel, so we have to buy him expensive shoes. Landon loves bright colors and would wear pink to school every day if I let him. Both boys run in circles around the perimeter of rooms in our house all day and do the same thing in the yard. They can do this for long period of time without wearing down. Landon prefers to go barefoot because he doesn't like the way most socks and shoes feel. I don't even try to put socks on him most of the time, because he immediately removes them.

My mom sends me things from prison sometimes. It is hard to realize what she did, that she is in prison, and to deal with all my feelings about her and what happened to our family. I would have told all these things to my mom's trial team if they had asked me.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Chelsea Veal

CHELSEA BOMAN VEAL

Signed this 13th day of February, 2013