ATTORNEY CLIENT WORK PRODUCT

LISA MONTGOMERY

DECLARATION OF JONATHAN CALEB THOMPSON

I, Jonathan Caleb Thompson, declare as follows:

I am the only son of Diane Hedberg (Bushyhead Robinson Thompson Ewing Mattingly). My mother is Lisa Montgomery's half-sister, related through their shared father, John Joseph Hedberg Patterson. Lisa Montgomery is my maternal aunt. My mother, Diane, lived with Lisa Montgomery until Diane was 8 years old and Lisa was 3 years old. My mother was adopted away from Lisa when my mother was 8 years old. My mom never saw her half-sister Lisa again, until Lisa's trial.

My name is Jonathan Caleb Thompson, but I go by Caleb. I am a lineman at Montebello Packaging here in Lebanon, Kentucky. We make aluminum tubing for things like air-freshener cans, tubes of toothpaste, and tubes of cream. Basically anything you can think of that has a tube inside of it, or comes in a tube, we manufacture. Montebello Packaging is one of only three companies that manufacture high quality aluminum tubing, and our company is by far the best of the three. We are the top dog of aluminum tubing. Our company consistently has the highest quality of product. My job at the factory is to fix and repair the machines that manufacture product. I am good at my job, but it is not my dream job. My dream is to join the military and serve for a couple of years and then go to school to become a psychologist. I would like to provide psychological counseling for soldiers returning from combat with PTSD. I feel like this will be a service that will be needed as more and more soldiers return from combat with trauma. My whole life people always told me everything, and always confided their problems in me. I give good, solid advice, so I think that I would be good at psychology.

My mom, Diane, has two children. My sister, Jessica Marie Thompson, was born [redacted]. My sister's biological father and my mom's first husband is Paul Robinson. My mom

and Mr. Robinson were not married for very long before they got divorced. Mr. Robinson is not involved at all in my sister's life and never was. I am my mom's second and youngest child, and I was born [redacted]. My mom's second husband, and my biological father, is John Bernard Thompson. My mom and my dad were married for about 13 years before they got divorced. My dad adopted my sister, Jessica, when the marriage first occurred, and after the divorce my mom had primary custody of both Jessica and me. Later my mom and my dad had shared custody of me.

After my mom and my dad got divorced my mother married Sam Ewing. They were married for one year before they separated and divorced. In 2005 my mom found true love when she met someone at work. My mom was working at Curtis Maruyasu Manufacturing, which is here in Lebanon, Kentucky. They manufacture Toyota parts. My mom was working there as a secretary and she started dating the General Manager, Robbie. They fell in love and that's when she married her current husband, John Robert Mattingly, or Robbie, as everyone calls him. My mom is Robbie's first wife. The two of them are so in love. I am so happy that after trying hard to find the right man for many years, my mom finally did. Robbie is honest and smart and a hard worker. He is protective of my mom and it is obvious to everyone that he loves her greatly. Even I can tell! Robbie is a great father figure for me, and even though I was a teenager when they met and got married, Robbie became my friend and a great role model for me. He made sure to make me feel like he loved me and he showed me that I mattered. I am proud of my mom for withstanding all the difficulties in her life. Marriage and divorce was not the only difficulty in my mom's life.

When my mom was born, she lived with her biological mother, Joyce Hedberg. Joyce gave my mother up, when my mom was one year old, to Marie and Gordon Hedberg, in 1965. Marie and Gordon were my mother's father's mom and stepfather. Marie and Gordon raised my mom for two years, until my mom's father got married and decided that he wanted my mom to

come live with him and his new wife, Judy. My mom's father is John Hedberg Patterson, and at the time he was married to Judy Rignell Hedberg. When my mom was really small, only three years old, she went to live with John and Judy. Unfortunately John didn't stick around, leaving my mom in Judy's care. Judy was very, very abusive towards my mom. My mom has told me that Judy was a terrible, scary person for a little child to live with. Judy was angry that John didn't stick around and took it all out on my mom. Judy never kept my mom safe from other people in the house, either. My mom is careful to spare me the details but I know that my mom was mentally, physically, and emotionally abused over and over by Judy and Judy's boyfriends.

When my mom was 8 years old Social Services took my mom from Judy, put her in foster care and placed her up for adoption. My mom lived with two different families before she was formally adopted by the Bushyhead family. When my mom was 12 years old she moved in permanently with Jesse and Mary Bushyhead, the man that I call Grandpa. My mom lived with the Bushyhead family until she was an adult and moved out to get married to her first husband.

The Bushyhead family lives in Salina, Kansas, which is near Topeka. We go to visit them once or twice a year. Grandma Mary is dead now, and Grandpa Jesse is really old, in his 80s. He has Alzheimer's and forgets what is happening around him. We have two cousins that still live out in Kansas, too.

After my mom was adopted by the Bushyhead family, she lived in Salina, Kansas. When she got married to Mr. Robinson, they lived in Kansas as well. After only a month, my mom left Mr. Robinson. She met and married my dad, John Thompson, and began to travel around the USA with my dad. My dad was in the Army for 18 years. He was stationed at Fort Knox, in Kentucky, when I was born, in 1989. Shortly after I was born my dad was transferred to a base in Hawaii. We lived in Oahu and Honolulu, Hawaii until I was a 5 years old, and then we moved to Lebanon, Kentucky. My dad is from Kentucky, and his parents were aging and getting ill, so he decided to come back to the area.

When my parents got divorced in 2001, we all ended up staying in this area. Life after my parents got a divorce was very difficult. My mom has struggled with depression and bipolar her whole life, and when she had primary custody of my sister and me, my mom really struggled. She worked three jobs at a time to make ends meet. She worked at a movie theatre, at a church and at a store, all at once. My mom worked 12, 14, 16 hour days. When she came home from work she had no energy to take care of us or take care of the house. She was exhausted from working and she was sleeping all the time from being depressed. She was sleeping any time she wasn't at work. Any energy mom could get together, she spent on working three jobs. Divorcing my dad left her with nothing and she had to start all over. The trailer that we were living in at the time was a huge mess. It wasn't clean and it never got cleaned up.

My mom homeschooled my sister and me for several years. Mom was afraid to send us to a public school, even a public school somewhere really small and rural like Lebanon, Kentucky. Mom got some people from a church to come to our trailer and tutor us and homeschool us. The people that taught us believed in Creationism and other things that as I got older I found out were completely untrue! I only went to a normal school from 4th to 10th grade. Being homeschooled made me feel isolated and alone. I don't always know how to approach people and talk to them, and I feel socially anxious when I have to talk to a lot of new people. Being left out of a normal school life made me awkward around new people.

I think it was smart that my mom knew to join a church, so that we could have a chance to meet kids our own age. Being homeschooled really isolates kids, as they have no chance to make and form relationships with people their own age. There is no recess or lunch room when you are homeschooled, so you never get a chance to socialize with other kids. My sister and I did that at church. My mom enrolled us at Abundant Life Assembly of God in Lebanon, Kentucky. I went to Bible school there, and did lots of events, socials and get-togethers at that church. My sister also got involved in the church, and eventually became a missionary for them.

When I was in the 4th grade my mom let me enroll in the Campbellsville Christian School. I didn't get to stay at that school for long, though. That same year mom met a man named Sam Ewing. Just as I was about to start the 5th grade, she married Sam Ewing. Mom met Sam at a church event, and she felt pressured by the church to marry him, since they were having a relationship. My mom never wanted to marry Sam, but the Pastor's wife talked to her and my mom ended up getting married again. Sam was not the right guy for her, at all. I knew right away that something was wrong with Sam. He was psychotic. He fell asleep when he drove. When I was in the 5th grade Sam pushed me and physically confronted me. I was a tall 5th grader, and I was always a chubby kid. Sam wasn't good to me at all. Sam was physically abusive. My mom and I got a restraining order against Sam, and we moved out of Sam's house. My mom and Sam got a divorce and I moved in with my dad and his new wife.

My dad is the kind of guy who is always married. My dad was never around for me when I was growing up. He might have been there, physically, but he was never there for me emotionally. My dad married a crazy woman and the two of them decided to build a big new house that there was no way he could afford. My dad worked in corrections after 18 years in the Army. The house was too expensive. He and Kim fought all of the time, and were about to lose the house. The strain on the marriage had reached a boiling point. He declared bankruptcy and Kim kicked my dad out during a huge winter snowstorm in Louisville. She told me I needed to get out too, so I got in my dad's truck and left with him. That's how I became homeless.

My dad and I lived out of his truck, a 2006 Kia Sorrento, for a couple of days, and then we went to my dad's brother's house. My dad has never really gotten along with his family. After only two days at my dad's brother's house, they got in a big fight and we had to leave, again. My dad cashed in his 401K and got $30,000.00. You might think that a grown man could figure out how to start over with $30,000.00 in hand, but not my dad. He moved us into a hotel, and we lived there for a month. My dad blew all that money right away. He is just not a realistic

guy. He bought me a brand new Playstation 3 and 10 games, when it first came out. He spent that money on stupid things, and then he was flat broke again. I was 17 years old and I had had enough.

When I was 17 years old I moved into a house with about 7 or 8 of my buddies. I worked at Orvis Manufacturing in Bardstown, Kentucky at the time. It wasn't my dream job but it was a job, so I took it. I got into trouble with the law, for stealing, and I had an opportunity for a diversion program instead of jail. I knew that I needed to change my priorities and change my life. My dad and I rented a house with two of my friends, and I continued working. My dad had a heart attack and the corrections job was no longer available. His work told him that they didn't feel like they could put him in contact with the prisoners any more, since he had a bad heart. I started trying to change my dad's life for the better. It was an uphill battle.

Living with my dad and my two buddies was ridiculous. Four guys around and all we did was party, so there was no food around. No one ever cleaned. I moved out and got an apartment, and moved my dad in with me. My dad went through a period of his life where he became delusional and paranoid. He had a buddy who fed my dad's paranoid and grandiose delusions. My dad told me that he was going to make a million dollars selling old copper wire, or he told me that he had other great money making schemes. One after the other, they just never worked out. My dad told me that the Mafia had killed his ex-wife, Kim. He said he knew that for sure. My dad had all kinds of delusions.

I have been supporting my dad since I was 18 years old. I am 23 years old now. Unfortunately my dad was just diagnosed with mouth cancer, and he is currently getting all of the teeth pulled on the left side of his jaw to prepare his mouth for radiation and chemo treatments, which start soon. The cancer doctors already removed parts of the tumor from my dad's neck and throat. Because my dad is sick, and is about to be even sicker, I am not sure if he will ever be able to live on his own.

I have struggled with depression, same as my mom. I think my dad struggles with depression, too. I don't like to take any type of medicine, and so I have never taken medicine for depression. My depressive periods are really obvious to me. I can feel them coming on, and they last for one or two weeks. It's really irritating because when I am in the midst of a depression, I know that I am there. I try to things to shake off the depression, like read a favorite book, or write out my thoughts, and then I get annoyed because I can't shake the depression. I also feel isolated sometimes. I have some social anxiety, and I have found as I get older that I am a pretty solitary person. I can go a month or two without talking to people. I like to be alone and I am comfortable alone, inside my own head. Being isolated and solitary doesn't help my depression.

I hope that once I get my dad out on his own, I can join the military and have a chance to change my surroundings. I think that learning all new things will lift my depression somewhat. Achieving my dreams and goals will lift my depression, as well.

I have had an interesting life so far. I made some mistakes, and I learned a huge amount. I wouldn't trade my life lessons for anything. I learned from my mom, too. I watched her as she consciously broke the cycle of abuse and poverty that she was raised in. I resolved to be a hard worker at that point, like she was, and to make sure that my life is better than hers. That's what she always told me. She told me that she wants her life to be better than where she came from, and my life to be better than where I came from. I try and live up to that. My mom is an amazing person and she is very, very strong. If she were a weaker person she never could have survived her childhood. I am proud of her.

My mom never felt like she had any family. She was torn away from her family when she was only 8 years old and never knew how to find them again. My mom missed her sister, Lisa, her whole life. My mom instilled in my sister and in me the idea of loving your family. We are demonstrative and say "I love you." We hug and show affection. I appreciate my mom

for again breaking the cycles that she was raised in. No one ever demonstrated real love towards my mom, and she made sure that that was not the case with me and with my sister. Mom made sure that we felt loved, all the time, no matter how bad it got. My mom taught me about the importance of family.

When my mom was contacted my Aunt Lisa's attorneys, our family learned about cousins that we never knew we had. I learned that my mom's half-sister, Lisa, had four kids. Right away I called them and texted them to get in touch. We keep up with each other online. I enjoy talking to them because they are my family. I would like to meet them one day. I think that family is important, even if you don't know that you had them earlier. If my Aunt Lisa was to be put to death, it would be very hard on my mom. My mom loves my Aunt Lisa.

At no time did my mom's sister Lisa's attorneys contact me or ask me about my knowledge of depression in my family. No one asked me about my family or my mom's history of abuse. At no time did any attorneys ask me to testify at trial. If I had been called to testify, I would have testified to everything that I have stated here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

------------------------------------------------------

Jonathan Caleb Thompson

Dated this 9th day of January 2013