I, MARVIN ALEXANDER, declare as follows:

I, Marvin Alexander, am the husband of Darlene Alexander. We have been married ~~to her~~ for fifty years soon. She is the sister of Judy Rignell Shaughnesy, mother of Lisa Montgomery who is in Federal prison.

My son, age 46, has a mental illness. He has been hospitalized for mental illness treatment many times and draws SSI. I have seen him be very paranoid. Once he was talking to me on our home intercom. He wasn't making sense. I went to him and sat beside him. He kept talking to me on the intercom about "they are after me." He has been like this many times. He has said that "they" (often the government) have scuba gear and are spying on him when he fishes, because he sees their bubbles. He doesn't stay on medication, and we never know if he is okay.

Our son's daughter also draws SSI, and has just been voluntarily admitted to the Kansas State Mental hospital.

We have had many years of

worry, fear and concerns over our son. My birth family has not suffered from mental illness to my Knowledge,

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my Knowledge and remembrance. 2of 2

[signature]

this 12th day of January 2013

Case 4:12-cv-08001-GAF Document 157-13 Filed 09/03/15 Page 2 of 2