## DECLARATION OF BECKY PERKEY

I, Becky Perky, declare as follows:

I am the first-born child of Willadean Hanson Kleiner and Jack Kleiner. I was born in 1952. Judy Shaughnessy married my father in 1974. Lisa Montgomery is my stepsister.

My mother's family owned a tavern and that is where my parents met. My mother was just a child herself, and became pregnant with me when she was only fifteen years old. She was in the eighth grade when she dropped out of school to become a wife and mother. She and my father had four more children: Jackie, Terry, Tim and Penny.

Life with my father was a living hell. He was physically abusive to me and my sisters and brothers. He was verbally abusive to us and to my mother. He constantly ridiculed my mother for the way she looked. He told her she was fat and worthless as a wife and mother. She was a kind, compassionate woman and I know my siblings and I survived because of her. She loved us very much and did everything in her power to protect us from our father.

My father was controlling, irrational and volatile. He lashed out for no reason at all. Minor things, insignificant things, set him off. He went from 0 to 100 without provocation or warning. He came home drunk to beat on us. He punched us, kicked us, and choked us. When he was home we lived in constant fear of what would happened next.

My father was very demanding of my mother and nothing she did was good enough or suited him. He went to work, but the minute he got home he sat on the

couch and she waited on him. He got drunk and watched television. He never helped her around the house, or did any chores. He was lazy and would rather drink than anything else. He continually ridiculed my mother about her weight. She could never clean the house or cook to suit him. She was raising five children on her own.

My father beat us regularly. We did not receive spankings for misbehaving. We received beatings of the type that children are removed from the home for today. After my father smashed my face with a phone receiver I went to my ~~Aunt Josie's~~ [Uncle Ed BP]'s and Uncle ~~Jerry's~~ [Harley's BP]. I was too embarrassed to go to school. Usually, we could cover up the bruises so no one would notice.

I was seventeen when I left my parents' house. My father came home drunk at five o'clock in the morning. Before my mother left for work she told me to make sure my father didn't miss work. I was ironing my clothes and kept hollering for him to get out of bed. Penny came to tell me that he wasn't getting up and I said "to hell with him." He heard me say that and he jumped out of bed and told me to be gone by the time he got home from work. After school I packed my things and left. My mom wanted to know what was going on and I told her to ask my father. He either didn't remember or lied and told my mom he didn't tell me to move out. I didn't care, I wanted to leave and I did. I never lived at home again.

My mother finally decided to divorce my father in 1973 because he had been living with Judy for a while by that time. She may have learned Judy was pregnant with my father's child and that is why she finally divorced him. Either way, it was the best thing that ever happened to my mother. After Judy and my father divorced

she took him back and he took all her money and everything she worked so hard for. He was a miserable human being that did nothing but take from other people.

My father openly cheated on my mother throughout their marriage. He stayed with girlfriends on and off and sometimes he was gone for long periods of time. He came home when he didn't have somewhere else to go. He brought his laundry home for my mother to wash. As an adult I now realize how humiliating that must have been for my mother. My father even had the gall to bring his girlfriends into our home and make my mother cook and entertain them. My father would bring them over to visit.

My father gave my mother syphilis and I told Judy that he likely gave it to her too. That caused a huge fight between my father and me, but it was true. My mother had me take her to the doctor and the doctor told her she had syphilis. This was close in time to when my father started seeing Judy. I don't know where my father got syphilis—it could have been from a prostitute, Judy or any number of other women he slept with.

My father had a thing for younger women and girls. My Aunt Josie told me that after my mother and father were married she caught him messing around with girls, 12 or 13 years old, at the movie theater. My father was in his mid 20s at the time. My Aunt Josie worked at the school and she knew all of the kids. My Aunt Josie didn't trust my father and told us later she always had a "funny feeling" that my father molested young girls.

I was never able to talk with Lisa about what she said my father did to her. Sadly, it would not surprise me if my father molested and raped Lisa. Lisa wasn't his

daughter and Judy was never going to protect her. I am heartbroken that my father was ever in Lisa's life.

I lived with my father and Judy for a short time right after I was married. My husband, Rex, and I were expecting our first child and we moved in with them until we could find a place to stay. My father, Judy, Patty and Lisa were living in a small house in Tulsa at the time. Lisa and Patty slept on cots in a closet. I loved those two girls. They were tiny. We called Patty "peanut" because she was so small. They were both very timid and quiet. They acted like a dog that has been kicked too many times. They were fearful and scared. I loved playing with them. They both craved attention. Rex and I would sit and read with them and they loved to be held and played with. They were starved for affection.

Rex and I left their home because we couldn't stand the way Lisa and Patty were being treated. We were sitting at the dinner table one night and Patty had to go to the bathroom. She begged to be allowed to go and Judy wouldn't allow it. She started to cry and eventually wet her pants at the table. Judy dragged her from the table, stripped all of her clothes off and my father beat that child with a belt over and over. Lisa was shaking.

Judy put so much food on Lisa and Patty's plates that there was no way they could ever finish it. First, they were very young. Patty was two or three years old and Lisa wasn't in school yet. Second, they were very small girls. When they couldn't eat everything on their plate they were stripped naked and beaten. Rex and I couldn't watch it anymore so we got out of there. I regret not doing something now. I was very young and still terrified of my father. I wish I would helped them. I

cannot bear to think about their lives and what they endured with my father and Judy for all of those years.

My father and Judy had three children of their own: Teddy, Tommy and Jerri Jo Kleiner. After Judy and my father divorced I sometimes saw my half-siblings when they visited my father. I was never close with my half-siblings. I had no use for my father and I detested Judy so I stayed away.

My sister Penny was only 12 years old when our parents divorced and she stayed with Judy and my father more than any of the rest of my siblings. Penny was younger and Judy took her out drinking so Penny stayed there because she didn't have as many rules as she did when she lived with our mother. I firmly believe that my sister's drug and alcohol problems are a direct result of living with Judy. Judy drank like a fish and took my sister out to bars when she was a young girl. Judy set Penny up with Jackie Smith and for nine years that man abused my sister. Penny was just a kid and couldn't make good decisions for herself and Judy encouraged her to make irresponsible and dangerous choices.

I remember Judy, my father and the girls living at 61st and Peoria. It was a bad neighborhood then and it is a bad neighborhood now. Drugs, prostitution, crime and violence are rampant in that part of town.

I often wonder what happened to Lisa and how her life could go so terribly wrong. I know that my father was a horrible man and I still suffer from low self-esteem, anxiety and fear because of the memories of the abuse we suffered at home. But I had a mother that loved me, tried to protect me, and stood up for me. She was kind, loving and affectionate. Lisa didn't have that. Judy was just as cruel, if not

more so, than my father. She showed no affection toward Lisa and Patty. She was cold, distant and hateful towards them. All those girls wanted was someone to love them and Judy was not that person. At least I had my mother and I know the love she had for us made our lives bearable.

Lisa was a fragile child; she looked like a tiny doll. She was quiet and afraid to make a peep. She wanted to be loved and she soaked up any attention that I gave her. I loved her and Patty and I loved being around them for the short time I lived with my father and Judy. I have a lot of regret for not doing something to help them. If I had it to do over again, I would do everything I could to get them out of that house. No child should ever have to endure what Lisa and Patty endured.

I would have testified to everything I have stated here at Lisa's trial.

I declare under the penalty of perjury under the laws of the State of Oklahoma and the United States that the foregoing is true and correct as far as I know.

Dated this 26th day of February, 2013.

Becky Perkey

Becky Perkey