**DECLARATION OF JACQUELINE MOFFETT**

I, Jacqueline Moffett, declare as follows:

My name is Jacqueline, but people call me Jackie. I am the daughter of Willadean Hanson Kleiner and Jack Kleiner. I was born in 1954. Lisa Montgomery is my stepsister. Her mother, Judy Shaughnessy, married my father in 1974, when I was twenty years old.

I have thought about Lisa, and her sister Patty, many times throughout the years and I've often wished I would have done something to help them. They had a miserable life at the hands of their mother and my father.

My father was an alcoholic. He drank to excess every day. He drank from the time he got off work until the time he went to bed. He was violent, irritable and unpredictable. I was so happy for my mother when my parents got divorced. She was finally able to live in peace, without his constant verbal and mental abuse.

My father had many girlfriends throughout his marriage to my mother. He was gone for weeks on end, which we did not mind because our house was peaceful when he was gone. He eventually came home though, and the chaos, beatings, yelling, and screaming would be our normal until he left again. He stayed with the women he was seeing until they kicked him out. He came home until he found another girlfriend. Sometimes he came home only long enough for my mother to wash his clothes.

My father was not a good father to say the least. I remember walking home from school in the winter and it was cold. My father drove by with one of his women in the front seat. I know he saw me walking home, but he just drove by and

acted like he didn't know me. My mother worked very hard to support us because my dad never gave her enough money to make ends meet. She walked to work in the heat and cold and my father never gave her a ride to work. He was so cruel to my mother.

My father usually had a mind to beat us when he came home drunk. He stumbled around in the dark, pulled us out of bed and begin kicking and punching us. My mom tried to pull him off of us. It was terrifying. We all went to school with bruises, but no one noticed. It was a different time then. We never went to the hospital out of embarrassment and shame. We had horrible bruises and we probably should have gotten medical treatment but we never did. One time my dad shoved my head through a kitchen cabinet and then beat me for crying. He slammed the phone receiver against Becky's face and chipped her tooth. Her lip was swollen. She didn't go to school because she was so humiliated.

We lived in a constant state of fear when my father was home. Any little thing, or nothing at all, could set him off. We didn't get spankings; we got beatings of a type no child should ever bear. Living with him put is in a constant state of fear and anxiety.

Once I got older, I realized it was a bad thing to tell other people that Jack Kleiner was my father. I told people my Uncle Jerry was my father to avoid the shame and embarrassment of being Jack Kleiner's daughter. People in town knew what a womanizer my father was. My dad was fooling around with a married woman and her husband caught them and shot at my dad. That humiliated my mom.

My father's type was mainly prostitutes and younger women, much younger than he was. I've been told that my father frequented prostitutes in Junction City, Kansas. ~~He gave my mother a~~ My mom had to be checked for venereal diseases. My mother was overweight, a fact that he continually ridiculed her about. I figured my dad liked Judy because she was young, very thin, and liked to drink just like he did. G.M

By the time my mom filed for divorce in 1973, my father and Judy had been together for some time. Judy was an alcoholic too. She and my father fit together like hand and glove. She had a reputation for being a bar fly well before she and my father got together.

My father and Judy were together well before they were married. In fact, their first child together, Teddy Kleiner, was born before they were married.

I didn't care for Judy from the start because of the way she talked about my mother and the way she treated Lisa and Patty. She was cruel to those children and child abuse isn't a strong enough word for what those kids went through. Lisa and Patty were tiny children and they were afraid of their own shadows. They were very quiet and tried to be quiet all the time. They were not allowed to play and carry on. They walked on eggshells because they didn't know where the next blow was coming from. The silence in that house was deafening. Then my dad would get home from work and Judy would rant and rave about how horrible Patty and Lisa had been all day. It just wasn't true, but at Judy's encouraging my father would beat the tar out of them for nothing at all.

I stayed with my father and Judy once for about a month. That short time was all I could take and I never stayed with them again. They were living on Apache

Street in Tulsa at the time. I was nineteen and my son was less than a year old. I needed a place to stay. Judy wanted me and my son to stay with them so I agreed. The reason I left is because I did not want to contaminate my son with that environment. I still think about the abuse I witnessed Patty and Lisa suffer during that short month I lived there.

Patty was maybe two or three years old and Lisa wasn't yet in school. They were both very young and tiny. Patty and Lisa were in the bath and Patty peed in the tub. Judy of course told my father about it. My dad went into the bathroom and picked that child up by her hair, she was screaming and crying. He took a belt to her wet skin over and over and over. It was horrible, she was just a baby. Lisa sat trembling and crying with fear.

Lisa would sit and read all by herself. She was so little--I doubt she could read at all, but I remember her sitting, quiet as a mouse reading and trying to keep to herself. She was so dainty and ladylike. Both she and Patty were like little angels, they didn't misbehave; yet all Judy could talk about when my dad got home was how horrible the girls were.

My father was violent to my siblings and me too, but at least our mother tried to protect us. Judy never tried to protect those girls from my father, even worse she fueled the fire and encouraged him to beat them. I don't know what would have happened to me and my siblings if my mother had been like Judy.

I know my father was accused of molesting and raping Lisa. I never got the chance to talk to Lisa about it. I hope it isn't true, but I know it is more than possible. Lisa wasn't his child, he liked younger girls and he knew Judy would never

protect her. It was common knowledge in my family that my father liked young girls. My Aunt Josie Kleiner knew it and didn't make any bones about it. I am so sorry my father was ever a part of Lisa's life.

The last time I saw Lisa before her trial was when Lisa was in her 20s. She had one of her small children with her. I was utterly shocked by Lisa's appearance. She looked awful. Her clothes were baggy, old and worn. Her teeth looked like they hadn't been brushed in weeks. Her hair was dirty and unkempt. I was shocked because the Lisa I remembered, as a small child, was so ladylike and proper. She looked and acted like she just didn't care about herself or the way she looked. We didn't visit long and that was the last time I saw her until the trial.

I did not have a relationship with my father after that month I stayed with him and Judy. He called occasionally to ask me to do something for him, or I might stop by once in a great while, but it always went badly because all he wanted was someone to wait on him. After my father and Judy divorced, I tried to reach out to him again and make amends but all he wanted me to do was cook and clean for him so I stopped trying to have a relationship with him. He finally died in a nursing home of alcoholic's pneumonia. It's difficult to admit, but I was not sad to see him go. He made my mother's life a living hell and he was a poor excuse for a father.

I loved Lisa and Patty and I wish I would have tried to help them. I was just a young woman myself and didn't know what to do, so I just left and never looked back. Lisa was a kind, timid, sweet child and I know something must have gone terribly wrong.

I would have testified to everything I have stated here at Lisa's trial.

I declare under the penalty of perjury of the laws of the State of Oklahoma and the United States that the foregoing is true and correct as far as I know.

Dated this 26 day of Feb., 2013.

Jacqueline Moffett
Jacqueline Moffett