DECLARATION OF JEFF BATSON

I, Jeff Batson, declare as follows:

I lived in Lisa Kleiner's home for approximately two months during the late summer and early fall of 1985. I was making amends to Jack and Judy Kleiner for damage I did to their property including their posts and fences when I was driving drunk after attending a party down the road from their property.

I grew up in Tulsa, Oklahoma, and graduated in 1981 from East Central High School in Tulsa. I graduated when I was seventeen years old and immediately joined the army and served four years. When I got out of the army I reunited with my high school friend, Darrell Smith, who was dating a girl named Deborah. Deborah grew up in the country outside of Sperry, Oklahoma. I don't remember Deborah's last name. She and Darrell eventually married then divorced. .

Deborah's parents, whom we called Papa Ernie and Mama, used to let us drink and party at the barn on their property. It was an isolated place on a dead-end gravel road. The only neighbors, the Kleiners, lived down the road. One night when I was drunk and leaving Papa Ernie's and Mama's, I lost control and ran my car off the road and hit a bunch of posts and took out about sixty feet of barbed wire fence on the Kleiner's property. Papa Ernie and my mom got together to figure out how much it would cost to fix the damage at the Kleiners. They decided that I should move in with the Kleiners and work to make amends for the damage I caused. I was supposed to do whatever work Judy and Jack Kleiner wanted me to do. I believe it was the late summer and early fall of 1985.

The Kleiners lived in an old singlewide trailer that was in bad shape. The trailer was located in a real isolated location. It was overflowing with people. The yard was littered with junk. A room had been added on to one side of the trailer. It was "dried in", not completely finished, when I moved in. By "dried in" I mean that the exterior walls were finished. I helped dry wall the room. At one end of the added on part of the trailer there was a pump room. Jack made homemade wine and beer in that room and Judy kept canned goods on the shelves. I think there might have been another little room on the other side of the pump room.

The Kleiners had a milk cow, a calf, another cow, hogs and chickens that Papa Ernie had given them. They had a garden. My jobs were to slop the hogs, put the fence back up and dry wall the attached room. I also had to do whatever Judy wanted me to do including go in to town with her in the Suburban to pick up supplies.

Jack Kleiner was an old guy with a rough exterior. I'd guess he was fifteen or twenty years older than Judy. He didn't seem to know how to talk to anybody except as a boss. He talked down to everybody and acted like he was better than everybody. It didn't matter who you were, his demeanor never changed. I can't say he was evil but he was always mean. He was always pissed off. Nothing ever made him happy. Whenever Jack was around, everybody walked on eggshells. I saw him tear into the kid's asses with a belt. He seemed to be harsher on the two older girls, Lisa and Patty.

Jack drank like a fish. He would go in to town on Saturday to buy liquor. He got a cardboard box that had from four to six half-gallon bottles of liquor every week. It was either rum or whiskey. He drank at work. He usually got off of work about 3:30 or 4 in the afternoon. When he got home he'd continue drinking until he passed out. He did that

every night. Occasionally Jack would take me outside to do some work but he'd only last fifteen or twenty minutes then he'd have to go back inside to drink and would leave me finishing whatever we were doing. Sometimes when he'd first get home, the little boys would try to sit on his lap. That bothered Jack because he was drinking and would push them off after a few minutes. Jack would tell Lisa to come sit on his lap. He'd pat her or touch her on the leg. She'd sit there for a few seconds but then would get up. It was like she was afraid not to sit there when he asked her to come to him because she was reluctant but she'd do it. She would get up as soon as she could. Lisa seemed to be afraid of retribution if she didn't do what Jack asked. Jack seemed enamored with Lisa. Sometimes Judy would glare at him and Jack would nudge Lisa off of his lap. Jack tried to get Lisa go to the smoke shop with him in his truck. Judy had complete blow-ups over that. She would always make one of the other kids or me go with them. Lisa never spoke of it but something made me think there was something sexual between Lisa and Jack.

Judy was a haggard looking woman. She looked like she'd been out in the sun for forty years straight. She smoked, drank, and cussed and had the hands of a man even though she was sort of a small woman. Judy could handle herself in any situation whether it was with other people or animals. She handled everybody but Jack. Jack told Judy to have the kids do jobs. If they didn't do them, Judy got Jack's wrath. Judy was real demanding of Lisa and Patty. She was harder on them than she was on the other kids. Judy did a little work in the morning then started drinking around eleven in the morning and didn't stop until she went to bed.

All of the kids were home all of the time. One heavyset couple used to come occasionally to the trailer but other than them, few people ever came around. Both Jack and Judy were drunk every night. They didn't have any parenting skills between them. They were two alcoholic people who liked to drink and smoke and just happened to have kids. I worried about what they'd do if they ever pulled out a weapon because they were always so drunk. I knew they had a .22 pistol and a .22 rifle that were in Jack and Judy's closet because I'd seen them use the guns on possums and snakes and had seen Jack and Teddy shooting at nothing outside. Judy and Jack were physically violent and threatened each other. The kids would look at me like I should do something but I couldn't. Jack and Judy provided a home for the kids but nothing else. If I'd been one of their kids and lived that lifestyle, I would have blocked it out because it was nothing I'd want to remember.

One night when I was living there everybody had finished up dinner and was ready for bed. Jack was at the kitchen table. He said something I couldn't hear and went to his bedroom. About five minutes later Judy came out of the bedroom and was standing in the kitchen doorway that led down to the living room where Lisa and I were sitting. Judy was wearing a skimpy nightgown and asked me if I liked what I saw. Lisa was sitting on the other end of the couch from me. She turned her head as if she didn't want to see what Judy was doing. I said, "We're not having that." Judy went back to the bedroom and came back with a housecoat on and sat with Lisa and me.

Lisa was a quiet girl. She had an air of intelligence about her and liked to draw and read. Judy was always harping at Lisa. Lisa was fair with dirty blonde hair that was about shoulder length. Her sister Patty was the extrovert among the kids. She was dark

and looked Hispanic. Tommy and Teddy were talkative. Lisa seemed especially close to Teddy but had a nice demeanor toward all of her siblings. There wasn't anybody else around so the kids had to play with each other.

Lisa and I were both busy but talked when we had time. We talked about our days. Lisa told me she had a boyfriend at school but I don't remember his name. I remember asking Lisa if she felt comfortable around Jack but she pulled away like she was hurt. I don't know if she was drinking but I might have ten to twelve beers in an eight to ten hour period of time when I wasn't working.

I started to get uncomfortable about being at the Kleiners. I told Papa Ernie that there was a situation arising at the house where Jack, Judy and the kids were falling apart. Papa Ernie told me that Jack had health issues and was having problems at work. Ernie was about 5'7" and weighed about two hundred and forty pounds. He was in his seventies and was a big, kindhearted guy who always had a big chaw in his mouth. He went up to talk to Jack about me leaving while I waited outside. The next thing I saw was Ernie backing out of the door with Jack following him. I got my blue Samsonite suitcases. Jack came out and gave me an envelope with sixty dollars in it and we drove away. I never went back to that house and never saw the Kleiners again.

Lisa's previous defense team never contacted me. I would have been willing to be interviewed by them and to testify at her trial.

I declare under penalty of law of the United States of America that the above is true and correct to the best of my knowledge and information.

Jeff Batson

Signed this 28th day of Feb 2013



Case 4:12-cv-08001-GAF Document 157-16 Filed 09/03/15 Page 6 of 6