**DECLARATION OF PENNY CRAIG**

I, Penny Craig, declare as follows,

I am the second youngest child of Willadean Hanson Kleiner and Jack Kleiner. I was born in 1961. My parents had four other children: Becky, Jackie, Tim and Terry. My father and mother divorced in 1973 and my father married Judy Shaughnessy in 1974. Lisa Montgomery is my stepsister. I am seven years older than Lisa.

I am on disability for mental health issues. It is hard for me to work and I struggle sometimes. I have received varying types of mental health treatment for over twenty years. I suffer from debilitating depression at times. I am a recovering alcoholic and a meth and inhalant addict. I am clean now. It is a fight for me to stay clean each and every day, but I am doing well now. I was in a nine-year relationship with a very abusive man who hit me repeatedly in the head and temple. I suffered brain injury as a result. I have ticks now too. The ticks started about eight years ago and my doctors want to do neurological testing.

I was in the fifth grade when my mother finally divorced my father. I remember praying for their divorce and then feeling guilty when they finally did divorce. As a kid I didn't know any better and thought it was my fault because God had finally answered my prayers.

My mom divorced my dad because he started a new family with Judy. My father and Judy were together for a while and my mom probably thought it would blow over and he would eventually come home but he didn't. My father had countless women and girlfriends throughout his entire marriage to my mother. He

didn't make any effort to hide his actions or the women from my mother. He threw it in her face and it was another way to be cruel and abusive to her.

My mother was a generous, loving woman. She protected us from the worst of my father. For whatever reason, my father was least abusive to me. He treated my older siblings differently and was more violent towards them. I do not know why he didn't beat on me in the same way. I think part of it was because he had Patty and Lisa to beat on instead.

I spent some summers with my father and Judy and their children. After I got into trouble as a juvenile I stayed with them for a while then too. To be honest, I liked staying with them and I hated it at the same time. I was allowed to smoke at their house. Judy took me out to bars and let me drink at the house and I thought that was great at the time. I was just a child and now as a recovering addict, I know that was the worst thing for me. At the time I was just a kid and wanted the freedom, or what I thought was freedom. My drug and alcohol addictions took the best years of my life and I suffered tremendous loss because of my addictions, but I didn't understand that then.

Judy had a horrible reputation for sleeping around even before she met my father. Her reputation didn't improve with marriage. She slept around a lot. She took me to the bars with her and sometimes she left the bar with men and went into their trucks for quite a while. She eventually came back inside, with her hair and clothes a mess. She never said much about it, but it was clear what was going on.

There were several men that made appearances at their house during the

day, when my dad was at work. I remember the plumber, the electrician and a guy named Shorty coming by frequently. They were very friendly with Judy.

The electrician's name may have been Art. RC

The first time I met Lisa and Patty they were very small, toddlers probably, and my father and Judy were living with my Grandpa Fritz in Manhattan, Kansas. My grandmother was gone by then and my grandpa was ill. Judy said Grandpa Fritz flashed her and was creepy, but no one believed her.

Lisa and Patty were tiny children, almost like dolls. They had very small features. They were very quiet and tried to play quietly. When you tried to talk to them they looked at you wide-eyed, like a deer in headlights. They were terrified of saying the wrong thing. I popped Lisa on the rear once when I was watching them and Lisa cringed and flinched. I remember it like it was yesterday. I scared her with such a slight pop to her backside. I felt terrible. I realized Lisa and Patty were beat down and afraid. I never touched them like that again.

Judy encouraged my father to beat on those children in a way that makes me sick to remember. My father would get home from work and begin drinking, just like always. Judy drank with him. They were not one drink with dinner type people. They drank a lot. I don't remember them not drinking. I do remember Judy being pregnant with my half-siblings, Teddy, Tommy and Jerri Jo Kleiner. She drank less when she was pregnant, what she called "snoots."

Judy loved babies. She loved making them and having them. She loved the attention babies gave her. It was the taking care of babies that didn't suit her. After they were born she didn't have much use for them and when I was around I took care of all of them. When I wasn't around Lisa and Patty took care of their younger

siblings. I also babysat for other neighborhood children and I used my money to buy Lisa and Patty things because Judy wouldn't buy them nice things, like new sandals. Judy treated Teddy, Tommy and Jerri Jo differently and Judy told Lisa and Patty it was because their father helped pay for them and Lisa and Patty's father didn't help so they couldn't have nice things. I wanted Lisa and Patty to have the same as everyone else.

Lisa and Patty were like slaves. They did the washing and the dishes as very young children. They were made to do chores before they were old enough to understand how to do them. When I was there I did the dishes to give them a break.

Judy always served Lisa and Patty very large portions of food for a child. They were tiny anyway, so there was no way they could ever finish what was on their plates. If they didn't eat everything Judy dragged them from the table by their hair, took them to the bathroom, stripped off their clothes and my father beat them with a belt. One time Patty got so tired at the table she fell asleep before she finished eating. My father pulled her by the hair, dragged her across the floor, stripped all of her clothes off and beat the daylights out of her.

Lisa and Patty were not allowed to make noise while they played. They talked in whispers so not to make any noise. They were very good little girls, but when my father got home Judy told him that the girls acted up all day so my dad beat them black and blue. For nothing. The severity of the beatings those children received is hard for me to believe and I was there.

Lisa and Patty tried to be invisible. They thought if they didn't make noise or do anything to be noticed that they would be safe from Judy and my father. It didn't work that way and they were beaten regardless of how they acted or what they did.

Judy neglected the girls too. I remember bathing Lisa when I was there visiting and she had a terrible case of scabs and cradle cap on her scalp. Lisa was small, maybe five or six years old at the time, and she wasn't old enough to be in charge of caring for herself. Judy didn't teach her how to wash her hair. Lisa and Patty usually bathed themselves. Judy had no interest in them that I could ever see. Judy called Patty "nigger baby." Patty didn't know that it was a mean thing to say.

Bob Seger was big in the 1970s and I remember teaching Lisa and Patty the words to "Still the Same." They were very good students and they soaked up any attention I gave them. They were starved for human contact, for someone to smile at them and just be kind to them.

I made them dollhouses out of cardboard boxes and they thought I hung the moon. They were so happy to have that dollhouse and it was nothing more than a cardboard box. They were starved for someone, anyone, to show them some affection. They hung on me and followed me everywhere.

Lisa liked to read and she did it to drown everyone out and escape her reality. She sometimes got lost in her books or stared into space so that she was not really with it. You had to yell to get her attention. She'd eventually come back to and respond. My father especially was easily angered when Lisa would tune out.

My mom's brother, my Uncle Johnny, molested me from the time I was four years old until I was in the sixth grade. At first I didn't understand what was

happening, or why I got more attention. I never told my mother because I thought it would kill her. My mother and her brother were close and I knew it would devastate my mother. I've never told my siblings because my Uncle Johnny is everyone's favorite. I was ashamed and humiliated. I started getting into trouble at school. Eventually I went to stay with my dad and Judy to get away, but that was just as bad a place for a child. Judy took me out drinking and drugs and alcohol started easing the pain that I kept hidden.

I mostly remember my father and Judy living in a small house on Santa Fe Street in Tulsa. They also lived at a house on Peoria, but I didn't spend much time there. That house was in a bad neighborhood. ~~and I often went to that part of town when I needed drugs.~~ I lived in the same neighborhood P.C. ~~The~~ drugs, violence and prostitution are common there.

I was supposed to go with my father, Judy and the kids to California. My boyfriend Jackie Smith and I planned on going with them, but at the last minute Judy said we couldn't go. She said it was because she didn't want to pay for us to go along but I know it was because she was jealous because I was my father's daughter.

P.C. I played drinking games with Judy and her friends Carl and Melody at the house ~~in the country near Sperry~~ on Santa Fe in tulsa. Judy got very drunk and began talking in a disgusting and vulgar way to Carl. Judy wanted to have sex with him. It made me uncomfortable.

Lisa had her own room at the house in Sperry. Lisa's room was added on after they moved into the trailer. I thought it was odd that Lisa got her own room with all those kids. It certainly wasn't like Lisa was favored. She was a slave and used to take care of the kids and the house.

I had my first child in 1981 and by that time I wasn't spending too much time around my father, Judy or the kids.

When Teddy was small he tried to ride on Judy's leg. I remember Judy allowing Teddy to rub his crotch on her foot and leg. She laughed and talked about how funny it was when Teddy got a "boner." I remember thinking how odd it was that Judy was doing that to Teddy and talking about it in such a way. Teddy was just a toddler at the time. Years later I told Teddy that I thought his mother was inappropriate with him sexually when he was a child and he became very angry and defensive. He did not want to talk about it.

Teddy molested my daughter Tonisha when she was a young girl. Tonisha and I were living in a motel at the time and Teddy came to visit us there. I had no idea why he was visiting so often and I feel guilty that I was too strung out on drugs to notice.

Judy kept my daughter Tonisha for a few days when she was just a baby. She came back filthy and it was obvious Judy hadn't taken good care of her. I never let Judy keep any of my children again.

After my father and Judy moved to Sperry I drifted away from Lisa and Patty. I saw them occasionally after they moved there until my father and Judy divorced. After the divorce I kept in contact with my half-siblings Teddy, Tommy and Jerri Jo and sometimes even Patty, but I saw very little of Lisa. I saw her a couple of times when she was an adult with children of her own. She always seemed distant and our visits were brief.

Teddy and Tommy can be violent and have a lot of problems with drugs. Teddy put me in the hospital once ~~and broke my leg.~~ P.C. I am afraid of him. Both of them have explosive and unpredictable tempers.

I love Lisa very much. I miss her and Patty. I know their lives were horrible because of the way they were treated. Most people treat their dogs better and they were innocent little girls. It is hard for me to imagine her committing this crime. She was a fragile, meek, scared child who wouldn't even speak out of turn for fear of the consequences.

I would have testified to everything I have stated here at Lisa's trial.

I declare under the penalty of perjury under the laws of the State of Oklahoma and the United States that the foregoing is true and correct as far as I know.

Dated this 27 day of FEB, 2013.

Penny L. Craig

Penny L. Craig