DECLARATION OF ALICE MAE DERRY

I, ALICE MAE DERRY, declare as follows:

I am seventy-three years old and am the fourth of the seven children born to my parents, Nils and Nelma Rignell. Lisa Montgomery's mother, Judy Shaughnessy, is the sixth child in our family, but Judy is about seven years younger than I am. Our family first lived in Garrison, Kansas, but moved to St. George, Kansas, when I was quite young. That is where Judy and I grew up on the land our parents farmed.

We grew up working hard because we had to. Although I was born without a right hand, I had to do all the same work that my sisters and little brother did. For that I am very grateful to my parents. They expected me to be capable, so I figured out a way to do things. I learned to hoe with just one hand and could shuck corn as well as anybody else. I wasn't coddled or protected from the reality of hard work. We all worked hard and didn't have a lot, but we made do. Back then the only way we had to heat our home was with wood. It took a lot of chopping wood and gathering kindling to keep a fire going, but we managed. We had to do everything ourselves, because we certainly couldn't afford to pay anyone to help us. My oldest sister, Ann, was already grown up, so Elsie, another sister, helped our mother in the house, while the rest of us worked in the fields.

I know very little about my grandparents on either side of my family. Though I knew my maternal grandparents, they weren't the sort of people to sit around and tell stories about their lives in the olden days. I've always thought that they were from Kansas. All I know about my paternal side is that my dad and his brother, Eric, came over from Sweden when they were young men. They settled in Kansas. I don't remember our father talking about his life back in Sweden.

My father had a bad temper and abused our mother. It is hard for me to think about those times; those memories certainly are painful and hard to think about. Sometimes dad got so violent that it was truly terrifying. One time it got so bad that my sister, Darlene, jumped between our parents to protect our mother during a particularly bad fight.

When I was in high school, a teacher gave me a program that enabled me to learn to type with just one hand. That skill served me well later. I left home at eighteen and moved to Topeka. There I attended Clark's Business School for a year and became proficient at typing and other office skills. Moving away to a big city was hard for me, as I missed the country, but I stuck it out and eventually got a good civil service job with the State of Kansas. I passed all the tests required for the job including the typing. Later my younger sister, Darlene, moved to Topeka also, and I helped her get on with the state as well. That left Judy at home, and I think she and our parents had a pretty rough time.

Although I love my sister Judy, she is different from the rest of us. The others in the family have had pretty stable lives, but not Judy. Judy has been married at least five times and has moved around her whole adult life. She had children with two of her husbands, John Patterson and Jack Kleiner, but she also had a child while she was married to John who clearly is not his child. Judy also had a baby boy who died after high school, but even now I don't know who the father of her baby was. She didn't tell me everything, and still doesn't.

One thing I will never forget is the day Judy called and said that she had caught her husband, Jack Kleiner, sexually molesting Lisa. I never liked Jack Kleiner, even before I learned of his predatory nature. There was something about him that I didn't trust, and I was just glad I wasn't the one married to him. I don't know how long ago Jack had been raping Lisa, when Judy caught

young. Tommy's resemblance to his father is uncanny. I've always thought that being raped so young had to have something to do with Lisa's mental illness.

Lisa's trial lawyers talked only briefly with my sister, Ellen, and me together. I would have told them everything I have said here, if they had just asked me.

I declare that the foregoing is true and correct to the best of my memory and understanding under the laws of the United States of America.

Alice Mae Derry

Alice Mae Derry

Signed this 2ND day of March, 2013