DECLARATION OF MARY OSBORN HODGES

I, Mary Osborn Hodges declare as follows:

I was a friend of Lisa Kleiner's from about 1980 until about 1986. We attended school together and socialized regularly outside of school. I am currently incarcerated at Mabel Basset Correctional Facility in McLoud, Oklahoma.

I grew up on the curve by the park in Sperry. I lived there from the time I was in third grade until everyone passed away in 1989. When I say everyone passed away, I mean my baby sister was killed in a car wreck and my mom and dad who were really my grandparents all died that year. My sister Theresa was killed in a car accident along with other Sperry students when a truck they were racing against another student, James Paris, went underneath a semi-truck. My mother/grandmother died of a heart attack the day of my sister's funeral and my father/grandfather died soon after of heart disease. My other siblings were actually my aunts and uncles and my brother was actually my dad; a fact I learned when I was in the seventh grade. My brother/dad sexually assaulted me around that time. I told Jada Sue. She told her parents who told my parents. My parents blamed me for causing my brother/dad to have to move out of our home. My brother/dad was never prosecuted for raping me. I went in to a kind of state of shock the year my parents/grandparents and my sister died and started drinking to excess and using crystal meth to numb myself.

I attended Hawthorne Elementary in Tulsa, Oklahoma until I was in third grade. I was the only white student at Hawthorne. I believe it was off of North Peoria Street. I also attended a Pentecostal church on Peoria street through a bus ministry. The church was a big, two-story white church. The church provided transportation and clothing to the children in the bus ministry. I don't remember the name of the church. When I was in third grade three black men raped me in a field near my home. My parents blamed for getting raped and causing them to have to move. We moved to Sperry, Oklahoma. I attended school in Sperry from then until the end of my senior year in 1986.

I met Lisa Kleiner when we were in junior high. I don't remember the exact year but I think it was around 1980. In junior high we all had classes together so we saw each other all day until we were in the ninth grade and went to high school. Lisa also attended the Sperry Christian Church. I believe her parents sent all of the kids in the family to church but I don't remember the parents attending. I remember Lisa's brother and her sister who had a dark complexion. I don't remember their names, though.

Lisa was a shy, quiet girl back then. We seemed to recognize that we came from the same family situations and had a lot in common. You can look in somebody's eyes and recognize that they're going through the same things you are. I was drawn to Lisa because she accepted me. Our self-esteem was bad, we came from dysfunctional families and we wanted to be cared about. I know now that the people who raised us couldn't give us anymore than they'd received themselves. Because of how they were raised, the attention our parents showed us was perverted but at least it was attention. Lisa and I had a lot of conversations pertaining to wanting to fit in and being accepted by our peers.

Lisa and I felt shame about our lives. We both recognized and accepted that in each other. We knew that we had been abused every way a person can be abused including emotionally, physically, sexually, and verbally. We were told that we were the cause of whatever the abuse was. It never leaves your mind. Anytime you try to speak up or try to get help, it was thrust back on you. Nobody ever acknowledged what they did to us. I know we communicated about that back then but I can't remember specific conversations. If one of us was teary eyed we knew that the other had to be the strong one right then. When people hurt us, we never defended ourselves. We were chameleons who adapted to whatever the situation was. We were both depressed at times. We withdrew from each other and stayed to ourselves. We pulled away from each other and from our other friends but not so far that we'd lose each other or our other friends. I think I tried to block out that my friend was going through the same thing I was going through. You want to believe it's a horror story instead of your own life. I don't think either of us thought anybody would understand what each of us was going through but we seemed to understand each other. Our friendship was an escape from what we were going through. We had a mutual pact not to talk about it.

Back then, it wasn't acceptable to talk about what went on at home. If you tried to voice it, people thought you were crazy either because you voiced it or because it seemed unbelievable. When you talked about what happened at your home, you were labeled a snitch. If it happened in your family, it stayed in your family. If you visited other people's houses, you didn't talk about what you saw or heard. You minded your own business and stuck with your friend. That relationship was more important than

anything you witnessed in their home. If you talked, you knew it could cause a whole lot of problems and you already had enough on your plate. You sure didn't need anybody else's problems.

Lisa lived in the country in a trailer when I first knew her. She rode the bus to school. She wasn't ever allowed to go anywhere without her family. She wasn't allowed to come to my house. I rode the bus out and stayed overnight at the trailer a few times. We were only allowed in one area of the trailer. We stayed in that room and watched TV by some sort of stove. The room had a pantry with home canned and store bought food. Lisa told me to be quiet and stay out of sight so we didn't make anyone angry. We were guarded and quiet. Lisa was very, very withdrawn when she was at home. Once Lisa opened a can of either shrimp or crab and introduced me to shrimp or crap salad. I've never forgotten that.

I don't remember Lisa's mother. It seems like one of her parents was gone when they lived in the trailer. I remember her dad. He was small and wiry. Now I would call him a geeked out guy because he seemed drugged out and drunk. He looked anorexic and like he would go for days without sleep or food then when he did sleep you were real quiet because you didn't want to wake him up. He looked too old to be her dad. Lisa was the caretaker for her younger siblings. She seemed to have a motherly instinct and was a nurturer. She was always babysitting and made sure the kids were OK and had enough to eat.

In high school Lisa and I were friends with Jada Sue Brinkley, Sherry whose last name I don't remember, and Virginia "Ginny" Lee Cyrus. I'd gone to school with Jada

Sue from the time we were young. Jada Sue wore tons of make-up, was outspoken, and flirted with all of the boys. She was everything my mom didn't like. I liked Jada Sue because she was rebellious. She lived in a trailer in town with her mom, dad and her sisters Billie and Sammie. Our school had all kinds of weird days where we were supposed to dress up. Jada always got us to participate. Once Lisa, Jada Sue and I decided to be punk rockers. We wore trash bags for clothes and had our hair all spiked out. There is a picture of us dressed like that in the yearbook. I haven't seen Jada Sue since 1986. I was drinking back then. I drank Boone's Farm wine because it was what my mom drank so it was in our house. I think Lisa, Jada Sue, Ginny Cyrus and I drank moonshine with Ginny's brother. Lisa wasn't allowed to participate in any activities in high school during the time she lived out in the country. She and I were in the band but she wasn't allowed to do anything else. I was in pep club.

Lisa dressed very modestly. I don't remember her ever wearing a dress or a skirt. Sometimes if we wanted to wear something different than what we'd left home in, we'd go to a friend's house and change our clothes. Usually we put on something our friend picked out for us. Lisa probably wore something that showed a little cleavage and I probably did that and wore a skirt that was shorter than my mom allowed me to wear. I don't remember if our clothes were clean. When you live in a family that lives paycheck to paycheck, those things just aren't important to you. Lisa did things that neither of us thought were inappropriate at the time. Being naked didn't bother her at all. She changed clothes with her brothers and sisters in the same room with her. She didn't exactly masturbate but sort of fondled herself when she changed her clothes. She didn't

go to the bathroom to change but rather did it in front of whoever was in the room. It didn't matter to her.

Lisa was smarter than I in school. I got D's and F's. Lisa seemed comfortable talking to teachers and other kids about school but I felt awkward. I remember Lisa writing poetry. We were both avid readers. Lisa enjoyed romance novels and seemed to become the character in the book. If the character was in London, Lisa was in London. We didn't want to be bothered when we were reading because we wanted to stay wherever our books had taken us.

There was a time when I lost track of Lisa. She moved away from the country and wasn't in school at Sperry. I don't know what happened or why we didn't talk but she was missing. It seems to me that she was pregnant by her step dad or some guy out at the trailer. Anyway, there was a period of time when she was separated from all of us then she suddenly popped up in town with a different lifestyle and she seemed happy. Lisa and her brothers and sisters were living with a guy named Boman and his son in a trailer somewhere in Sperry. I don't think Lisa was in school then. Our friend Sherry was pregnant and she would visit Lisa at the trailer. We had a baby shower for Sherry. My mom was making and selling ceramics. She was out of town a lot on the weekends. One weekend I stole her car. I was old enough to drive but didn't have a license. I didn't have to have a key because the ignition was broken. I picked up Lisa and we went to the convenience store in Sperry for a snack. The ignition wouldn't work and I couldn't start the car to go home. I got in a lot of trouble and wasn't allowed to hang out with Lisa for a while because my parents thought she was a bad influence. I was working at American Auto Salvage in Sperry for a guy named John May and was dating his son, Jeff May.

Eventually I was allowed to spend time with Lisa again. I went on a trip with Lisa and the Bomans for a long weekend to visit somebody in the Boman's family in Kansas or Arkansas. I don't remember much about the trip except that we had fun. Lisa ended up getting married. I think she moved to Hominy and I didn't see her anymore.

I was never contacted and was not interviewed by Lisa's trial team. If asked, I would have testified to the foregoing information at Lisa's trial.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Dated this 30th day of January, 2013.

Maryellen Osborn Hodges

Mary Osborn Hodges