ATTORNEY CLIENT WORK PRODUCT
LISA MONTGOMERY
DRAFT DECLARATION OF JANET MCNICKLE EASTMAN

I, Janet McNickle Eastman declare as follows:

Lisa Hedburg (Kleiner, Montgomery) and I attended Cleveland Middle School in Tulsa, Oklahoma together. We were friends beginning in 1980 for approximately a year or two.

From the time I was an infant until after I graduated from high school I lived at [redacted] in Tulsa, Oklahoma, in the house where my dad still lives. I went to Kendall Elementary School. Most of my elementary school friends went to middle school at Wilson Middle School but my house was on the dividing line so I had to go to Cleveland. I met back up with my elementary school friends when we all attended Will Rogers High School in Tulsa.

I was an average student in school. I was in the orchestra where I played the cello. Everybody in the same grade had the same orchestra, band, and physical education classes then we rotated through the other classes according to ability. I had dyslexia and couldn't read so I was in the slowest English and literature classes. Those classes were very small.

Lisa was a nerd to most students; it's a horrible word but that was our classification back in those days. She and I were quiet and were not troublemakers. She didn't want to stand out in a crowd and never ran around with the popular kids because she was extremely quiet and shy. Lisa was not outgoing. If you wanted to talk to her, you had to talk first and bring her out. She waited for somebody to talk first before she

talked. She just didn't talk first. Lisa avoided making eye contact, even when she was talking to me. She looked down. I can't remember her seeming as though she was happy, laughing, smiling, or even talking about being excited about something. Lisa wasn't a happy person. Lisa seldom talked about her home or family. She didn't get excited about going somewhere or doing something special. She was not active or involved in school. I was in the student council and tried to get people involved in it but I wasn't successful in getting Lisa involved. Now that I'm older and more reflective, I recognize that Lisa might have been depressed. She was withdrawn and seemed sad. She did not laugh, joke around, talk much, or get involved with projects or people.

I wasn't happy when I was a teenager. I couldn't read because I was dyslexic but that problem wasn't diagnosed until I became an adult. The message I got from my teachers was that I was dumb because I couldn't read and that I wouldn't ever amount to anything. I've spent my life trying to overcome that stigma. Once my dyslexia was discovered and I received help with how to deal with it, things got better for me. I read all of the time now. I've worked in schools trying to help young students who have the same difficulties I had. I am determined to get my college degree because I want to show everybody who said I couldn't do it that I can. I have already received my associate's degree and am working toward my bachelor's degree.

My parents split up when I was three years old. I have a brother and sisters who are older. When I was young I stayed with a babysitter while my brother and sisters were in school. My mom returned to Tulsa from Kansas to kidnap us. She was successful in kidnapping my siblings but my babysitter prevented her from taking me. I ended up continuing to live with my stepmother and dad. My dad had a stern hand. He didn't

allow me to participate in any activities except those provided by our church and the high school cross-country team. I wasn't allowed to go to football games. I wasn't allowed to call boys on the phone. My brother and sisters were living in Kansas with my mom so I couldn't do anything with them. My stepmom was the greatest, although I didn't believe that when I was in middle school. Now I know that the discipline I got from my parents in Tulsa was good for me.

I was allowed to stay at Lisa's family's trailer in Skiatook after she moved away from Tulsa because she went to our church with us. When I was fourteen, I went to stay with Lisa at her home near Skiatook, Oklahoma for the weekend. I remember that weekend because it was the last one before I ran away to try to be with my mom in Kansas. I told Lisa I was going to run away. Lisa lived with her mom and stepdad and her younger sister and brother. Her home was a trailer that sat in the middle of a dirt field with a bunch of junk in the yard. Lisa read a lot that weekend. We spent time in her bedroom. The bedroom was in a really small space and her bed barely fit in it.

I met with a man from Lisa Montgomery's defense team over five years ago. I was willing to cooperate with him and tried to answer every question he asked me. I would have honored a subpoena to testify in Lisa's trial.

I declare under penalty of law of the United States of America that the above is true and correct to the best of my knowledge and information.

Janet Eastman 1/25/13

Janet Eastman

Signed this ____day of January 2013