DECLARATION OF RACHEL BOWMAN JOHNSON

I, Racheal Bowman Johnson declare as follows:

I am thirty-seven years old. I have lived in the country outside of Sperry, Oklahoma, for thirty-five years. I am the same age as Lisa Kleiner's little sister, Jerri Jo. Jerri Jo and I were best friends from the time we were in early elementary school until we were in junior high school. I also played with Jerri Jo's brothers Teddy, who is a year older than I, and Tommy, who is a few years younger. Teddy was my boyfriend for a while in elementary school. I knew Lisa and their other sister, Patty, but they were older. Our families lived about a quarter of a mile from each other.

I met Jerri Jo when we were in the first or second grade at Sperry Elementary School. We rode the bus to school together. I can't remember if we were in the same classes at school but we were in the same grade. Jerri Jo and I were always together when we weren't in school. I was at her house or she was at mine every day. We played on the same basketball team starting in the third grade. My mom was the coach of our team and gave Jerri Jo rides to practice and games. We always went down to get Jerri Jo because her parents didn't give her rides. I don't remember them ever taking Jerri Jo anywhere or being at anything we did. They might not have had the money to come to the games.

The Kleiners lived in an old trailer in the middle of a pasture at the end of a dead-end road. The houses were far apart back in those days. We didn't have neighbors living nearby. We couldn't have heard anything that was going on at our neighbor's houses. The ends of the Kleiner's trailer faced east and west. The front door faced away from the road. The back of the trailer was closest to the road. There was a little addition built on to the back of the trailer that was closest to the road. There were a couple of trees that were just small saplings back then.

Now they're full grown trees. The Kleiner's yard was cluttered but then everybody's was back then. If your truck broke down you just left it on the side of the road and walked away. It was the same way with stuff in the yard. The Kleiner kids had cats, dogs and a kind of donkey-horse. They might have had some cows. I don't remember any pigs on the property. We had pigs so I think I would remember that. None of us had plumbed water back then because there wasn't a water line. We all hauled water from town in tanks. I was fourteen before we got running water.

The Kleiners were poor. I wouldn't say the kids were starved but they all could have used some meat on their bones. Everybody wore hand-me-downs.

Jerri Jo's parents were very secluded people. I never saw them around. They stayed to themselves at their house. My parents never talked about them but then my parents never really talked about anything in front of me. My mom was a druggy and I wasn't aware of that until I was a senior in high school. She died young because of her drug use. Drugs have always been readily available around here. When I was younger cocaine, crack and marijuana were around. Now it's those drugs plus meth. Lots of people, including Jerri Jo's dad, made moonshine. When Jerri Jo's parents separated, Jerri Jo, Teddy and Tommy used to stay with their dad every other weekend. Her dad had a moonshine still going and we'd pull the tube out that was running to the barrels and taste it. I didn't ever really see much of Jerri Jo's mom. I can't tell you what she looked like. I might have seen her for just a minute every week or so. I did see Jerri Jo's dad. He was tall with a slender build. He had a beard and mustache and scraggly brown hair. He always looked like an old man to me. He sure didn't look close to my parent's age.

Jerri Jo's mom and dad separated when we were in the sixth or seventh grade. I don't remember what time of year it was. Everybody moved out of the trailer except her dad. The kids lived with their mom but I don't know where. Jerri Jo, Teddy and Tommy spent every other weekend at their dad's until he moved away. Lisa and Patty never came to their dad's

place. I can't say anything was different as far as our friendship. We still played; we just did it every other weekend. Jerri Jo never said where her mom moved except that it was north of here. None of the kids ever talked about the parents or talked about what went on behind closed doors. On the weekends that Jerri Jo was at her dad's, I'd jump on my bike and ride down to the trailer at the crack of dawn and we'd play all day. Sometimes we'd go with her dad to the salvage yard that his brother or somebody owned in Sperry. We'd play outside in the salvage yard. That salvage yard guy would come to the trailer sometimes with her dad. They made moonshine in a room in the trailer

I was offered a full ride on a softball scholarship to Cameron University in Oklahoma but I totaled my knee before I got there and couldn't play anymore. I attended school to be a dental assistant and I work for a dentist in Sperry. I'm married and have two children. I coach my children's basketball teams.

Lisa Kleiner Montgomery's defense team never interviewed me. I would have been easy to find because I was in the Sperry school yearbook and have always lived in Sperry near where I grew up. My cousin is married to my old neighbor and lives between my home and the place where Jerry Jo lived so the defense team could have knocked on the door there if they were looking for former neighbors. I would have been willing to speak with Lisa's defense team and would have told them everything I know about Lisa, the Kleiner family, their home, and life in Sperry. I would have been willing to testify in court at Lisa's trial.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Racheal Bowman Johnson

Racheal Bowman Johnson

Signed this 1st day of March 2013