DECLARATION OF BRENDA COX

I, Brenda Cox declare as follows:

I was a counselor, yearbook teacher and business teacher at Sperry Junior High and High School during the time Lisa and Patty Kleiner attended school there from approximately 1981-1985.

I taught and mentored students from the seventh through the twelfth grades. I taught in Sperry for twelve and a half years and eventually left because of the low salary I received. My salary increased by eight thousand dollars annually when I moved to a different school system. I am currently a counselor at Central Technical Center, part of Creek County Schools in Drumright, Oklahoma. Seventeen high schools send their students to Central Tech for technical training. Some of our students graduate and go directly to work and others go on to college. I have worked at Central Tech for ten years. I am sixty-five years old and will be retiring at the end of January 2013.

I grew up in Tulsa, Oklahoma. I attended McClain High School, which was a new school at the time. McClain High School has endured numerous incarnations since that time. When I graduated from high school in the mid 1960's, I attended Oklahoma State University and received a degree in business education. I taught my first year at a Christian school in

Georgia. I eventually got a job at Sperry Public schools as a business teacher and later obtained my Master's degree in guidance and counseling and became their counselor.

During the time I taught in Sperry, I lived with my daughter Shantelle in Skiatook, Oklahoma, a small town located about five miles from Sperry. Shantelle attended Sperry schools from the fifth grade until she graduated from Sperry High in 1988. Shantelle and Lisa's sister, Patty Kleiner, were in the same grade in school.

Sperry was a small town with a population of around a thousand when I taught there. Sperry didn't have any recreational, cultural or commercial facilities. There weren't any organized activities for anybody to do in Sperry except what the school provided. It seemed everybody in town attended the school sporting activities. Some parents were involved in helping with school activities such as float building but others weren't involved and we never saw them. Because I was the yearbook teacher, I had to photograph most of the activities. Additionally, I sold the one-dollar admission for the football games every year that I worked at Sperry. Students who played in the band were allowed into the activity for free. Sometimes the quarterback club provided the band members with a free soft drink as well. I remember parents who couldn't afford to pay standing outside the fence until after halftime when they were allowed free entry. There wasn't a lot of unemployment in Sperry but people were poor. I earned a teacher's salary yet my own daughter qualified for the free lunch program. I often paid for my daughter's friends to attend activities because they did not have any money.

The high school dropout rate at Sperry was low. We tried to prepare students academically to be able to attend college. One of the problems with low-income students was they thought because they didn't have money they couldn't go anywhere or do anything. They often thought they had no options. I beat my head against the wall trying to convince students that despite what they heard at home they could go to college. The Upward Bound program, which was part of the Economic Opportunity Act of 1964, was available at Sperry High. Students were referred to the program based on their economic status and their ability to perform college-level work. My daughter Shantelle participated in the Upward Bound program. I was the counselor who handed out applications for Upward Bound. I usually made an announcement that there was an opportunity for students to get college credits and students should come to my office for an application. Students poured in to my office. It wasn't hard to give them information regarding opportunities because students hung around my office all of the time. Pell Grants were actually advertised in our yearbook. Most of the students who left Sperry to attend college relied on Pell grants to fund their education.

I met Lisa and Patty Kleiner when I worked at Sperry Junior High and High School. I do not remember ever meeting their parents. I never went to their home. At least one of the parents would have had to register the children for school.

Lisa and Patty were both quiet girls and thin. They sure didn't have any extra meat on their bones. Patty was a little bit more outgoing and may have even had a small speaking part in a school play. They weren't scraggly girls but they certainly weren't the

best dressed either. Students at Sperry Schools were popular if they did well academically, were attractive, had a good personality and were involved in highly visible activities. Other students wanted to be around these people. Students believed the popularity rubbed off on them. Although Lisa was smart, neither she nor Patty was accepted. Lisa did not step out of her comfort zone. They were good students but they didn't stand out. I don't know whether they were included socially. I don't believe they would have gone to dances because the girls wore big, beautiful dresses that Lisa and Patty could not afford. My daughter Shantelle shared her dresses with several girls but I don't remember her sharing with Patty. I know that when the other students were doing things that cost money, Lisa and Patty were not involved. I don't think either of them ordered a yearbook.

I remember several other students with whom Lisa might have socialized. Jada Brinkley was one of her friends. Jada was boy crazy, outspoken and easy to get along with. Brady Hopkins, another friend, was in the band. He was one of nine children and was nice to everybody. He was a mediator because he got along so well with his classmates.

Many of the families in Sperry were religious, and most of the students attended the Baptist church. Don Queen, the pastor, is still in the Sperry area. Other students and their families attended the Reorganized Church of Latter Day Saints. Martha and Burl Hughes, who live on 96th street in Sperry, belonged to that church along with Brady

Members of Lisa Kleiner's defense team briefly interviewed me in 2006. I answered the very general questions they asked. They did not ask me about the economy in Sperry or specifics about Lisa and Patty. They did not ask me for names of other people who might have had information that would have been relevant to Lisa's case. I would have been willing to give any information they asked for. I would have been willing to cooperate throughout their investigation and to testify at Lisa's trial.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Brenda Cox

Brenda Cox

Signed this 1st day of March 2013