# MEMORANDUM
# ATTORNEY WORK PRODUCT

**DATE:** **January 20, 2006**

**REGARDING:** **Interview with Lewis Priest**

**FROM:** **Ron Ninemire**

Lewis Priest
[redacted]

Phone [redacted]

We explained that our office represents Lisa Montgomery in a pending federal criminal case and provided business cards. Holly Jackson and I interviewed Lewis Priest at his home in Tulsa, OK. We were greeted by his granddaughter who cares for Priest's bed-ridden wife. Priest has lived in his home for 35 years.

He met Jack Kleiner when Jack worked at the Pine Street Salvaage. Priest owned his own body shop nearby. He also remembers Jack working at Square Deal Salvage. Lewis got to know Jack and Jack's family. He soon learned that Judy was messing around with other men. Jack and Judy had neighbor (a widow) who's son messed around with Judy. Lewis actually saw Judy with another man.

Lewis remembered that Judy had two older daughters, who were not Jack's kids, and one was dark complected and look very Indian. Lewis recalled Jack, later, having two more sons. Jack spent a lot of time together with his older son.

Lewis and Jack were pretty good friends. Jack raised cows and hogs. Jack, Judy and the kids lived a trailer that Jack was always fixing-up. They had no running water and every weekend Jack picked-up a tank of water.

Jack hung out at a bar "Ed & Irene's" and drank with Lewis and other friends after work at Lewis's shop. He described Jack as "real good guy." He never saw Jack pick a fight or be aggressive.

One day Jack and Judy stopped by his house. Judy was driving, Jack was in passenger seat. Judy told Lewis that she had caught Jack in bed with one of her daughters. They got out of the car and explained to Lewis that they were trying to find Jack a place to live near Lewis. Lewis

asked Jack if he had had sex with his daughter and Jack admitted he had. Jack did not deny it to Lewis. Jack was crying, and said he didn't know why he had done it. Jack said he had come out of the bathroom and saw her laying on the covers and had to fool around with her.

Lewis thought Jack had gone to jail over child support problems with Judy, but the sexual abuse incident was never reported to the police.

Follow-up

Ask Lewis if he knew Jeff Bates from salvage work??