252-3 APR 18 1983

LOCAL FILE NUMBER: 83-73

KANSAS STATE DEPARTMENT OF HEALTH AND ENVIRONMENT
VITAL STATISTICS
# CERTIFICATE OF DEATH

STATE FILE NUMBER: 83-008400

| | | |
|---|---|---|
| 1. DECEDENT—NAME First Middle Last: Nils Rignell | 2. SEX: Male | 3. DATE OF DEATH (Month, Day, Year): April 11, 1983 |
| 4a. AGE—Last Birthday (Yrs.): 80 | 4b. UNDER 1 YEAR MOS.: 4 DAYS: 3 | 4c. UNDER 1 DAY HOURS / MINS. |
| 5. DATE OF BIRTH (Mo., Day, Yr.): [redacted] | 6a. RACE—(e.g., White, Black, American Indian, etc.) (Specify): White | 6b. ORIGIN OR DESCENT—(e.g., Italian, Mexican, German, Puerto Rican, English, Cuban, etc.) (Specify): Swedish |
| 7a. COUNTY OF DEATH: Riley | 7b. CITY, TOWN OR LOCATION OF DEATH: Manhattan | 7c. HOSPITAL OR OTHER INSTITUTION—Name (If not in either, give street and number): Memorial Hospital |
| 7d. IF HOSP. OR INST. Indicate DOA, OP/Emer. Rm., Inpatient (Specify): Inpatient | | |
| 8. STATE OF BIRTH (If not in U.S.A., name country): Sweden | 9. CITIZEN OF WHAT COUNTRY: USA | 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify): Married |
| 11. SURVIVING SPOUSE (If wife, give maiden name): Nelma Springer | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No): no | |
| 13. SOCIAL SECURITY NUMBER: [redacted] | 14a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired): Farmer | 14b. KIND OF BUSINESS OR INDUSTRY: |
| 15a. RESIDENCE—STATE: Kansas | 15b. COUNTY: Riley | 15c. CITY, TOWN OR LOCATION: Leonardville |
| 15d. STREET AND NUMBER: [redacted] | 15e. INSIDE CITY LIMITS (Specify Yes or No): yes | |
| 16. FATHER—NAME First Middle Last: Nils Rignell | 17. MOTHER—MAIDEN NAME First Middle Last: Karen Bengston | |
| 18a. INFORMANT—NAME (Type or Print): Nelma Rignell | 18b. MAILING ADDRESS STREET OR R.F.D. NO. CITY OR TOWN STATE ZIP: [redacted] | |
| 19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify): Burial | 19b. CEMETERY OR CREMATORY—NAME: Riley Cemetery | 19c. LOCATION CITY OR TOWN STATE: Riley Kansas |
| 20a. FUNERAL SERVICE LICENSEE & LICENSE NO (Signature): [signature] 1729 | 20b. NAME OF EMBALMER & LICENSE NO: [signature] 2808 | 20c. NAME & ADDRESS OF FIRM: Holmes Funeral Home, Riley, Kansas |

To be Completed by CERTIFYING PHYSICIAN Only

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature and Title): P. F. Meek MD

| | |
|---|---|
| 21b. DATE SIGNED (Mo., Day, Yr.): April 13, 1983 | 21c. HOUR OF DEATH: 1:55 A. M |
| 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print): | |

To be Completed by MEDICAL EXAMINER or CORONER Only

22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated (Signature and Title):

| | |
|---|---|
| 22b. DATE SIGNED (Mo., Day, Yr.): | 22c. HOUR OF DEATH: M |
| 22d. PRONOUNCED DEAD (Mo., Day, Yr.) ON: | 22e. PRONOUNCED DEAD (Hour) AT: M |

23. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (Type or Print): Palmer F. Meek, M.D., [redacted]

REGISTRAR | DATE RECEIVED BY REGISTRAR (Mo., Day, Yr.)

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2005 DEC 29 PM 3:42

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02860194

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**