# MEMORANDUM
# ATTORNEY WORK PRODUCT

**DATE:** **January 20, 2006**

**REGARDING: Interview with Susan Barrow-Swartz**

**FROM:** **Ron Ninemire**

Susan (Barrow) Swartz
Home: [redacted]
Phone [redacted]

Employment: Emmanual Baptist Church
[redacted]
Phone [redacted]

We explained that our office represents Lisa Montgomery in a pending federal criminal case and provided business cards. Holly Jackson and I interviewed Susan Swartz at her place of employment, the Baptist Church on 3rd and Utica, in Tulsa, OK. Susan is a former classmate of Lisa's, from the Sperry Schools. Susan was in the same class with Lisa. Susan knew Patty better than Lisa, but recalled both quiet well. Susan lived ½ mile down the road from the Kleiner family.

Susan drove Lisa and Patty to and from school everyday, for over a year.

Susan believes the Kleiners lived in a trailer/mobile home. Susan said Patty and Lisa appeared clean and appropriately dressed. She believed Lisa played the trumpet in band and they had several classes together. Lisa made good grades, and even helped Susan with some of her homework, especially in science.

Lisa was a "loner" and not accepted by the popular kids. Patty was more outgoing. Patty shared with Susan that there was abuse (type unknown) going on at home.

Lisa and Patty appeared unhappy each day when they had to go back home after school. Susan was never once allowed inside the house nor could she spend the night.

Susan could always tell something was going on at Lisa's home but couldn't tell what. She said

she always knew there was abuse going on in the home.

Susan was surprised to learn that Lisa and Patty’s mother was in their life during high school. Susan didn’t know that their mother was “in the picture.” Susan never once met Judy in all the times she had picked-up or dropped-off the girls at home. Susan never saw Judy at school or at school events.