DECLARATION OF SUSAN BARROW SWARTZ

I, SUSAN BARROW SWARTZ, declare as follows:

I went to school with Lisa and Patty Kleiner in Sperry, Oklahoma, from the time I was in the eighth grade until they moved from Sperry when I was a senior in high school.

I am forty-five years old. My folks and I moved to the country outside of Sperry, Oklahoma, when I was three years old just after my brother graduated from high school in another Oklahoma town. I live across the road from the house where I grew up and where my mom still lives. My dad was an ironworker. Mom worked at home until I was in junior high then she became a florist. We were the only family living on our gravel road for a long time. Fields surrounded our house for as far as I could see. There weren't many trees, just open space.

I attended school in Sperry from kindergarten through high school graduation. Sperry schools were full of country kids whose families farmed. We called ourselves cow kickers. My friends worked on their family farms doing chores, taking care of animals, and bailing hay. Our side of Sperry was the poor side. People who lived on the other side of town were more urbanized because they lived closer to Owasso and had more money. On our side of town, very few people had any money. In the 1980's a lot of people had been working on the oil boom then it went bust. Even my dad's job was taken with the bust. The kids who had money bought their clothes. My mom made my

clothes until I was in eighth grade then I told her I was wearing jeans to school from then on. My classmates wore hand-me-downs or got their clothes from thrift shops in Tulsa. I know the school had reduced lunch programs but I never ate lunch so I don't know much about who ate lunch for free.

Most people I knew had electricity and telephone service but a lot of telephones were on the party line. My family had personal telephone service but when it rained our service turned in to a party line too. Some people had running water and some had to haul water by driving their pick-ups into town and filling up the tanks in the back of their trucks with water every week or two. We all had septic tanks or lagoons instead of sewer systems. We got our heat from propane or electricity because there isn't any gas service in the area. Almost everybody had a wood burning something such as a stove or fireplace to keep warm.

I met Lisa Kleiner and her sister Patty when I was in eighth grade. They moved to Sperry and were in the band. I was in the band and was a twirler. The junior high and high school bands practiced and played together so even though we were younger, we still practiced and played with the high school band. I rode the school bus with Lisa and Patty because they lived about a mile away from me. Several teachers drove buses in addition to teaching. Mary Toothman was our bus driver. We were always on either bus five or bus eight. Mary is the custodian at Sperry School now.

The Kleiners lived in a run down trailer. The trailer was old even back then. I think it had to have been built in the 1950's or 60's. It was at the end of a circle on a dead end road. The area where their trailer sat had been a pasture. At the time I

thought they owned the land because I didn't know how else they could just park a trailer there. Nobody came out to the country to rent places. We just didn't have rentals back then. The trailer was small. It was a single wide that probably only had two bedrooms. I don't know what it was like inside because I was never invited in. It sat up on blocks and had skirting around it. It had a small wooden porch that needed to be repainted. It might have had a shed built on to the trailer. I'm not positive but it seems to me that it was white with green trim. They had electricity but they didn't have water. They had a truck with a water tank in the back so they hauled water. I think they had a phone because once in a while they'd call me if they weren't going to school. I don't ever remember seeing animals or a garden at their place.

The first time I remember seeing Lisa she was standing off on her own. It was at band practice before I ever had any classes with her. I was brought up to be nice so when I saw Lisa standing off to the side, I invited her to come over to talk. Lisa would join us and talk a little bit but she was really shy. She was quiet, reserved and standoffish. By standoffish, I mean she would not come up and talk to people on her own. She had to be invited. I could tell she didn't have money, because she wore old hand-me-down clothes that had holes in them and were too big. She wasn't always clean. I could tell she couldn't always wash her clothes. Her hair was long and straight and didn't look clean. It was unruly. Because I never saw her mother or heard anyone talk about her even having a mother, I thought Lisa looked the way she did because she did not have a mother to help her or take care of her. It was easy to tell Lisa was poor even in our crowd

who were all poor. Lisa didn't have many friends because of that. Patty dressed the same way. Patty was dark complected with dark hair. She wore a little makeup sometimes including eye shadow and blush. Lisa had blonde hair and was light complected. She didn't usually wear makeup but occasionally I'd notice she had on eye shadow or lip balm. Most of the kids in Sperry wore used clothes, jean, t-shirts, and work boots or tennis shoes. There weren't any preppy type kids at our school. We couldn't wear shorts and dresses had to be a certain length back then. At first Lisa mostly wore dresses but she eventually started wearing jeans. Lisa twirled her hair around her fingers when she was nervous.

Lisa and I were in student council together. To be in student council, we had to have a certain GPA and be recommended by a teacher. The student council recommended activities for the school to become involved in and did activities. I had other classes with Lisa as well. The entire Sperry school system from kindergarten through twelfth grade was about eight hundred students. I know that because I worked in the office at school. Lisa's and my graduating class was about fifty-eight people, so we knew each other pretty well.

In addition to knowing Lisa from class, in my sophomore year, when I was sixteen, I got a car. We had to go to band practice at seven in the morning and again after school so I gave lots of people rides because the bus didn't pick up that early or drop off that late. We lived about six miles out in the country so I asked Lisa and Patty if they wanted a ride and they said sure. From that time on I took them to and from school most

of the time until they moved away. From my house I drove about half a mile or so down a gravel rode, turned right, drove another quarter to half a mile on the gravel road, turned left, drove down that gravel road to the end where the road was a circle that took me back where I came from. I waited at the end of the circle and the girls would come out to the car. I saw their dad at the door a few times but never went in their house or talked to their dad. Sometimes he'd open the door or stand on the porch. I didn't ever see anyone else at that house. I assumed they just lived with their dad. Lisa told me I was the only person their dad would let them ride with. On days when they didn't go to school, sometimes they'd call me and sometimes they just wouldn't come out to the car.

Most times the girls were pretty happy when they'd get to the car. Lisa was usually pretty quiet. Once you got to know her she would talk your ear off. Patty's personality was totally different because she was really outgoing. She talked your ear off even if she didn't know you. She could talk to a brick wall and have a nice conversation. I mean that in a good way. There were times when it seemed that something bad might have happened at home. They'd be very quiet. Their answers would be short. If I'd say good morning or hi, they'd say hi back and nothing more. As soon as I heard that, I knew they didn't want to talk. In that era we didn't ask questions. They told me their dad hit them. Patty told me more about that than Lisa. During that time, parents hit kids but this seemed different.

All of the girls at school knew that it wasn't a good situation at home for Lisa and Patty but we knew not to ask them about it. I assumed there wasn't a mom in their house,

because I never saw one and they didn't talk about her. We all know not to talk about their home life for some reason. If I tried to ask about things at home, their answers were short and quick so that stopped me. I wasn't in to the gossip scene but I'm sure there was probably talk about Lisa and Patty.

Our class had just twenty-five girls. We were all pretty close because there were so few of us. Girls had slumber parties occasionally. Fifteen or twenty of the girls came to slumber parties, but Lisa was never invited. I don't remember ever seeing Lisa's parents at any school functions. She didn't go out for sports. I don't remember her having any interests other than band. There were kids who were popular because they talked to everybody and were involved in everything. There were kids in the middle who didn't talk and interact as much but were still included and accepted and then there were the shy kids. Lisa wasn't a popular girl. I think part of the problem was that she was a little bit dirty and didn't have any money, and part of it was her shyness.

Lisa didn't ever go to any school activities unless the band was playing. If the band was playing, she could get into the activity for free, otherwise she had to pay and she didn't have the money. Sometimes we'd go to Skiatook, a town about five miles away, for food after the game because there wasn't any place to go in Sperry. Lisa might have gone with us once or twice.

Sometimes between band practice and the start of school we drove up to Bob's, the convenience store on highway eleven, to get a pop because they had fountain drinks. We'd often do that again between the end of school and the start of afternoon band

practice. In the afternoon we'd get a pop and a candy bar. Lisa would come with us. Occasionally Lisa and Patty had money. If they didn't have money, I'd pay for their snacks. Both Lisa and Patty were on the skinny side. They were probably hungry. That's why I bought them food. I sensed they didn't have money and that it was hard for them to get it from anybody so I just paid rather than have them go without or be embarrassed.

Jada Brinkley, Carl McClain, and Brady Hopkins were Lisa's friends. Carl and Brady were in the band with Lisa and me. I think Jada might have been in band at some point. Lisa hung out with Carl more than anybody else. Lisa signed my yearbook with her name and Carl's. I remember Lisa telling me she had a boyfriend named Carl right before she moved away. We always thought she was with Carl McClain but Lisa told me her boyfriend was another Carl who was older. Carl McClain always kept me apprised of what Lisa was doing after she left Sperry. I think I saw Lisa in Sperry once when I was with Carl. She had two little bitty kids and said she was married.

Lisa didn't graduate with us because she moved. I tried to get her to stay and graduate but she said no, they had to go. I tried to make the conversation light and happier after that because I could tell things were bad.

I remember Lisa daydreaming a lot in class and the teacher having to say something to get her attention like, "Wake up! Time to do….." Lisa Space out at time when we were together. I assumed maybe something upsetting happened in her home life that day.

Lisa Montgomery's trial team interviewed me briefly but they didn't ask me very many questions and I didn't know what to tell them that might have been important. I

would have been willing to share all of the information I have with them and to testify at her trial.

I declare under the penalty of perjury under the laws of the State of Oklahoma and the United States that the foregoing is true as far as I know.

Susan Barrow Swartz

Susan Barrow Swartz

Dated this 1st day of March 2013.