**DECLARATION OF NITA MILBURN MONTGOMERY**

I, Nita Milburn Montgomery, declare as follows,

I was Lisa Montgomery's Upward Bound counselor during the time she was involved in the program as a high school student at Sperry High School in Sperry, Oklahoma.

I have a master's degree in counseling. For the last twelve years I have worked as a therapist with a special focus counseling for children and caretakers in the foster care system. Prior to that I worked as a counselor for the Upward Bound Program in Oklahoma.

Upward Bound was a federally subsidized program. It was part of the federal government Higher Education Act that emerged from the federal Economic Opportunity Act of 1964. Upward Bound was funded by a federal grant that targeted areas that were the most deprived and underprivileged in the country. Sperry, Oklahoma, was one of those areas. Sperry was a very small, very low-income, community at the base of the hills outside of Tulsa, Oklahoma. I served as the counselor for ten to twelve schools that included Sperry High School. I worked with the school administration, counselor, students, outlying resources and the people at Rogers University, the college campus for our program.

[redacted]. The community was extremely poor, and Lisa Montgomery's family was poorer than most. Most of the students in school were from

the rural areas surrounding Sperry, where the mean family income was barely half that of the nation. Even in Oklahoma's rural communities, Sperry was especially impoverished, and children came to the program with lice and their gear full of cockroaches. I gave my students a t-shirt to wear during the program so they always had one nice thing to wear.

The students became part of our program in a variety of ways. They had to be the first generation in their family to attempt to attend college, had to have good grades while taking college preparatory classes, and had to be capable of doing college level work. Sometimes I conducted what I referred to as a talent search at schools. Their school counselors referred students other times. I gave students an application to fill out and take home to their parents to have signed, and I interviewed the students before allowing them into the program. I always made at least one visit to the student's home to meet their parents. Occasionally I met the parents at the school rather than their homes. I dealt with parents regularly. It would have been very unusual for me to not meet the parents but I do not remember meeting Lisa's parents even though we had a banquet for our students and their families every year.

Lisa lived in an isolated area out in the country north of Sperry. I picked her up a couple of times to give her rides to functions. Lisa was shy, passive, not assertive at all, tentative and kind. I worked with about fifty students a year for twenty years and learned to recognize and trust my gut feelings about students. I worked as a counselor for the student's education rather than as a therapist, so I was not in a position to follow up when there were therapeutic issues. I remember suspecting that Lisa might have been abused, but I did not have the kind of experience then that I have today. I was pretty young and motivated to give these children an opportunity to escape their conditions and life

circumstances. It is sad to think about what Lisa was probably going through and how helpless she must have been.

Our program was a year round program. During the school year we conducted three-hour Saturday morning meetings at the Rogers campus in Claremore, Oklahoma. Sometimes I picked the students up and other times they caught rides with each other. I picked up Lisa occasionally. On the campus we worked on study skills, college prep activities, team building skills, and social skills to broaden their perspectives on education. Sometimes we did something cultural by going on a field trip to a museum or an art show. We went to campus activities and sports and watched movies. We always provided a lunch for the students. There were a lot of African American students from the urban areas in north Tulsa in our program. There were a lot of white country students. Because there wasn't much intermingling in daily life, our program was wonderful because it gave participants a chance for cross-cultural interaction. Students had to attend the Saturday program in order to receive their $20 a month stipend and to be eligible to attend the summer program on the campus. At first we distributed the $20 in cash that the students signed for and later we gave them checks. Students were only excused from the Saturday program for illness, athletics or other school related activities or if their family went on vacation.

During the summer our students lived on the Rogers University campus for six weeks between their sophomore and junior years and their junior and senior years. The program was usually from around June 1st until the middle of July. Students lived in the dorms and were usually roommates with a student from their home school. We had a work incentive program that helped the students get jobs on campus while they were

there. We provided toilet paper and fans for the dorm rooms because they were hot. The students brought everything else. We had peer counselors, security, and housemothers who helped our students with their daily living situations. The students were usually well behaved because for most of them the program was an escape from home where life was harsh and unrewarding. They were trying to continue their education so life would be better.

The Rogers academic program was difficult and challenging. Students took classes from eight until three-thirty. They actually took college level classes and received college credit during their last year on campus. After classes ended they had a short break. After the break they had dinner, studying and a recreational or cultural activity to attend. On Fridays they usually went to museums, onstage productions or other cultural activities. We took students on trips outside of Oklahoma to Colorado Springs, Corpus Christi and New Orleans. The students continued to get their $20 stipend during the time they were in the on-campus program. I do not remember if Lisa graduated from our program. If she moved out of the area, she probably would not have had the opportunity to continue the program because it was geographically limited.

Lisa Montgomery's trial team did not interview me. I would have been willing to share the information I have with them and to testify at her trial.

I declare under the penalty of perjury under the laws of the State of Oklahoma and the United States that the foregoing is true as far as I know.

Dated this 12 day of March 2013.

Nita Milburn Montgomery