# CERTIFICATE OF MERIT

*This certifies that*

Lisa Kitiener

*has successfully completed the 1984 summer resident program of*

*Project Upward Bound*

*awarded at*

*Rogers State College - Claremore, Oklahoma*

*July 12, 1984*

Upward Bound Project Counselor

Upward Bound Programs Director

Barbara Hearst

[redacted]