FD-302 (Rev. 10-6-95)



**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 02/11/2005

Judy K. Shaughnessy, date of birth March 18, 1947, home address 1673 East 249th Street, Lyndon, Kansas, telephone number 785-828-3811 was advised the identity of the interviewing Agents and the purpose of the interview. Shaughnessy then provided the following information:

Lisa Marie Montgomery nee Hedberg was born on February 27, 1968, at Fort Lewis, Washington. Her father John Joseph Hedberg was overseas at the time. John Hedberg was an E-7 in the Army that served in Vietnam. Accordingly, Hedberg was usually gone. When John Hedberg was in Vietnam he seemed to focus on matters there and his thoughts were not on his family back in the United States.

Sometime during the summer of 1968, Shaughnessy moved back to Kansas bringing with her both Lisa and Diane Hedberg, a step-child from John Hedberg's previous marriage. In 1969 they lived in Fort Carson, Colorado. In 1970 Patty Renee Hedberg was born at Forbes Field, Topeka, Kansas.

John Hedberg was back in the United States around Christmas time in 1970 through about March of 1971. This was the only significant period of time he spent around the children. John Hedberg told Shaughnessy he feared the things he did in Vietnam and was concerned he would have bad dreams and would hurt the children or Shaughnessy. He left shortly after Lisa Montgomery's third birthday and has not seen the girls since that time.

Shaughnessy and the children subsequently moved to Rossville, Kansas for a short period of time and rented a house from Alice Burton, now Alice Dairy. Sometime in 1971 they moved to Ogden, Kansas and Shaughnessy began working at the Wareham Hotel in Manhattan, Kansas cleaning rooms. Shaughnessy had Diane Hedberg, Patty, and Lisa, ages approximately eight, one, and three respectively, to care for at the time. She received state assistance with daycare for the children. In approximately February of 1972, the state found out that Diane was not her biological child and she was removed and placed in a home in Abilene or Salina, Kansas.

Investigation on 01/11- 18/2005 at Lyndon, Kansas

File # 7C-KC-88014 Date dictated 01/23/2005

by SA Arch Gothard:lal
SA Dirk Tarpley

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Shaughnessy met Jack Kleiner at a salvage yard near Manhattan, Kansas when her car broke down. He helped her find parts for her car and then asked her out. She did not know at the time that Kleiner was married and had five children. She was single at the time they started dating. Approximately six months later Shaughnessy found out that Kleiner was married and he split up with his wife.

Sometime around 1973 they moved to Tulsa, Oklahoma where Kleiner took a job working in a salvage yard. They were married in 1974. Patty and Lisa lived with them and they occasionally received visits from Kleiner's children from his previous marriage.

Kleiner was a mean alcoholic and was both verbally and physically abusive towards Shaughnessy. In approximately 1979, Shaughnessy reported Kleiner's physical abuse to the Tulsa Police Department and he was arrested on assault charges. Shaughnessy did not remember Kleiner being physically abusive with the children, stating that he was mentally harder on Patty and Lisa when they became older. Shaughnessy left Kleiner in 1984 and filed for divorce in Tulsa, Oklahoma. The divorce was finalized in 1985.

Kleiner handled the divorce very poorly. He tried to run Shaughnessy off the road on one occasion. Additionally, he asked Shaughnessy to meet him at a park but someone tipped her off that he had a shotgun with him so she did not go to the park to meet him. The marriage produced three additional children, Teddy Kleiner, Jerri Jo Kleiner, and Tommy Kleiner.

During her marriage to Kleiner, they lived in several places including the Tulsa, Oklahoma area, Modesto, California, San Antonio, Texas and Sperry, Oklahoma.

When asked, Shaughnessy advised that Kleiner sexually molested Lisa. Shaughnessy knew this because she caught Kleiner in the act three days before Lisa's 16th birthday on February 24, 1984. Kleiner thought that Shaughnessy was asleep at the time. Shaughnessy heard some canning jars rattle back near Lisa's bedroom and got up to see what Kleiner was doing. When she went back to Lisa's bedroom she found Kleiner on top of her naked "screwing" her. When Shaughnessy caught him Kleiner called her a bitch and went to bed. Shaughnessy obtained a small handgun and went into the bedroom and pointed it at Kleiner's head, but she told herself that she did not want to be a fool. She then took all the guns out of the house and hid them behind the stairs to the door.

7C-KC-88014

Continuation of FD-302 of Judy K. Shaughnessy , On 01/11- 18/2005 , Page 3

The next morning Shaughnessy took Lisa to see Doctor Burns in Tulsa, Oklahoma near Broken Arrow, Oklahoma. Lisa was late with her menstrual cycle for the month at the time the doctor examined her. The doctor told Lisa that if she was pregnant she was going to get an abortion because she was not going to have a baby with her step-father. Lisa became furious at this statement. Shaughnessy additionally took Lisa to see a counselor but she refused to continue treatment. Kleiner was furious about the whole situation and threatened to kill Shaughnessy and the kids. Shaughnessy believes that Lisa was also having sex with Jeff, last name unknown (LNU), at the time. Jeff LNU was approximately 19 or 20 years old.

Shaughnessy advised that Kleiner is currently living in Manhattan, Kansas and is dying of emphysema. Lisa seemed to hate Shaughnessy from the day of her doctor's appointment forward. Their relationship became different after the appointment.

Shaughnessy told her attorney, Richard (Rick) White, in Skiatook, Oklahoma, about the incident between Kleiner and Lisa. White took some sort of legal action regarding this matter in Tulsa, Oklahoma. Shaughnessy also told Richard Bowman about the incident between Kleiner and Lisa.

Shaughnessy moved to Cleveland, Oklahoma sometime in 1985. On about September 21, 1985, she married Richard Bowman. Bowman worked at Connors State Prison at the time, but had formerly been a Chief of Police and the Mayor in Sperry, Oklahoma. Richard Bowman was a recovering alcoholic. He and Shaughnessy attended the Methodist Church together. Shaughnessy advised that Richard Bowman was pretty good with the children except Teddy Kleiner. At the time, they had Lisa, Patty, Teddy, Tommy, Jerri Jo, and Michael Boman living with them. Michael Bowman was a Japanese child Richard had from a previous marriage. Carl Bowman additionally came to stay with them in about 1985 or 1986. Lisa and Patty snuck out the night before Shaughnessy and Richard Bowman's wedding. They made the girls attend even though they had not slept that night.

In 1989 Richard Bowman and Shaughnessy divorced, however they quickly decided that they wanted to work things out. Shaughnessy went before a judge and obtained paperwork that would eliminate the divorce decree. She signed the documents and gave them to Richard Bowman for his signature with instructions as to where he needed to send the paperwork. She thought he signed the documents and sent them to the court, however he never did. Shaughnessy went on thinking she and Richard Bowman were married

until 1996 when she found the paperwork that had not been mailed to the court. When she confronted Bowman about this he said he did not want to remarry, so she left.

As a child, Lisa was a loner and did not want to be around other people. She loved to read and made good grades without studying all the way through highschool. Lisa graduated from Cleveland High School in 1986. She then joined the Air Force but was released because they found out she was pregnant. Lisa was dating Carl Bowman at this time and had been since about 1984 or 1985.

Carl and Lisa had four children. Desiree was born on January 11, 1987, Chelsea Lyn was born on July 9, 1988, Carl James, Jr. was born in October of 1989, and Kayla Deanne was born August 18, 1990. Desiree and Chelsea were both born in Hominy, Oklahoma, Carl James, Jr. was born in Bartlesville, Oklahoma and Kayla was born in San Diego, California.

Shaughnessy advised she should have attempted to have the children taken away from Lisa. The children and the house were always very trashy and she did not feed them well. Lisa was not attentive to the children's needs and they were typically left to fend for themselves. Lisa spent the majority of her time reading books. Shaughnessy further advised that despite the fact that Carl Bowman made good money, Lisa did not pay their bills. At times the children would stay with Shaughnessy. Carl Bowman loved his kids and played with them and cared for them. Lisa however, used them as pawns. Lisa was inattentive but not abusive to the children. Shaughnessy never saw the children beaten. Shaughnessy got to a point where she would not let Lisa in her house. Lisa would manipulate Shaughnessy by bringing the children over to see Shaughnessy and then yank them away unexpectedly.

Justin Kleiner, Teddy Kleiner's two year old son, whom Shaughnessy was babysitting became restless at this point in the interview. Shaughnessy and the interviewing Agents agreed to continue the interview on January 13, 2005.

Shaughnessy provided a copy of a letter two pages front and back from Lisa Marie to Kevin that was in an envelope marked personal. Shaughnessy advised that the personal notation on the envelope was hers. This letter was placed into the 1A section of the file.

7C-KC-88014

Continuation of FD-302 of Judy K. Shaughnessy , On 01/11- 18/2005 , Page 5

On January 13, 2005, the undersigned Agents again met with Shaughnessy. Shaughnessy provided the following information:

Shaughnessy said Lisa lies and is manipulative. However, she could not see her physically killing someone. Shaughnessy felt that Lisa was cowardly when it came to taking action. Shaughnessy wanted to know if hair found at the Stinnett's residence was hers, stating that she would not put it past Lisa to plant evidence that she was there. Shaughnessy advised that she used to have long hair and cut it recently and gave it to her granddaughter, Chelsea. Special Agent (SA) Dirk Tarpley advised Shaughnessy that all the evidence has not been processed, however the FBI had no reason to believe that any of Shaughnessy's hair had shown up at the crime scene.

When asked about Lisa's reaction to Doctor Burns telling her that she should have an abortion if pregnant with her step-father's baby, Shaughnessy stated that Lisa screamed "you're not going to kill my baby. You're not going to kill my baby." Shaughnessy said she agreed with the doctor, but she did not tell Lisa that at the time.

Shaughnessy advised Lisa was always jealous of whatever Shaughnessy had. Any time Shaughnessy would start a relationship with a man Lisa would try to ruin it one way or another. For example, Richard Bowman told Shaughnessy that Lisa had made sexual advances towards him a few times. Shaughnessy gave another example that occurred during a July 4, 1998, party when she had recently began seeing Danny Shaughnessy, her current husband. Lisa asked Danny Shaughnessy to go with her to get more beer. Danny Shaughnessy told Shaughnessy that Lisa grabbed him right between the legs while they were gone from the party.

Shaughnessy originally thought that Lisa was being molested by Kleiner when she caught them. However now, years later, she believes the sexual relationship may have been consensual and going on for a long time. She believes this in part because when she drove by Carl and Lisa Bowman's house in Hominy, Oklahoma in the fall of 1986 or 1987, Kleiner's truck was parked out front. This was during a time that Carl Bowman was at work at the prison. Shaughnessy did not know for a fact that Lisa was at the residence at the time, however she stated that Jack Kleiner had no legitimate reason to be there.

When Lisa was 16, 17, and 18 she mostly kept to herself. Conversely Patty, with dark skin and dark hair, was beautiful and was outgoing and sang in a choir. Patty was popular and Lisa was jealous of her because of this. Lisa was in the band and played the mellophone. Patty and Lisa did not get along together.

Lisa met Carl Bowman in about 1985. Carl would help babysit the younger children at the time. When Lisa became pregnant with Desiree Bowman in 1986 that was, without a doubt, her first pregnancy. She never had a teenage pregnancy and there was no "Sara" as discussed in the letter Shaughnessy provided on January 11, 2005. Shaughnessy said she supposed that Lisa could have had a miscarriage that she never knew about, but there was no full-term pregnancy where the baby was delivered or anything of that nature. All the stuff in the letter about Sara was fictitious.

When Lisa was young she wanted to go to college. That may have been her reason for joining the Air Force. Further, they had a relative that Lisa knew that was in the Air Force.

While Shaughnessy suspected Lisa has had sexual relationships with many men prior to being married to Kevin Montgomery, she was only personally aware of Jeff LNU (now known to be Jeff Batson), Jack Kleiner, and Carl Boman. Batson worked for Shaughnessy and Kleiner on their farm when Lisa was a teenager. He told Shaughnessy he had a relationship with Lisa. When Shaughnessy confronted Lisa she admitted having sex with Batson. Regarding Kleiner, Lisa claimed that she had sex with him to protect Patty because he would have gone after her if Lisa had not accommodated him. Shaughnessy said that she regrets not pulling the trigger and killing Jack Kleiner the night she found out.

Jack Kleiner had some visitation privileges with the children after the divorce.

Shaughnessy advised that Kevin Montgomery never got the letter she provided to the Federal Bureau of Investigation (FBI) on January 11, 2005. Shaughnessy did not think that Kevin Montgomery was very intelligent. She never cared for him and did not feel that she knew him very well. Kevin mostly avoided her, probably at Lisa's doing. Shaughnessy said she felt sorry for Kevin.

On January 11, 1987, when Desiree was born in Hominy, Oklahoma, Lisa would not allow Shaughnessy to hold her. Chelsea Lyn was born in July of 1988 in Hominy, Oklahoma. Carl James, Jr. was

born in October of 1989 in Bartlesville, Oklahoma, and Kayla was born in San Diego in August of 1990. Lisa turned up pregnant with Kayla in proximity to a split between Carl and Lisa. Shaughnessy said it would not surprise her if someone said Jack Kleiner was the father of Kayla. Further, she could believe Kayla was fathered by any of a number of other men. Shaughnessy believes that Carl Bowman knows who Kayla's father is. Carl Bowman and Lisa fought all the time over anything and everything. Lisa would spend money frivolously and would not pay the bills. She was inattentive and indifferent and did not care for the children. Desiree ended up being the mother to the younger children. Shaughnessy said she wished she would have had the children taken away from Lisa. Lisa showed affection, but would order the children around.

Shaughnessy and Bowman had a good relationship. In approximately 1993 or 1994, Richard Bowman and Shaughnessy were visiting in Carthage. They decided to stop in Tulsa to see the kids. When they found Carl he broke down and cried and said that Lisa had been with another man. She was not living with them at the time. When they went to see Lisa it appeared that she was being inattentive to the children's needs. As an example Shaughnessy said that Lisa took a pan of scalloped potatoes out of the oven, put a spoon in it, and put it on the floor as a meal for the kids. Lisa told her mother that she did not want the children. Shaughnessy fed and bathed the children and took them back to California with her. When they were at the First Methodist Church in Imperial Beach, California, an area near San Diego, California, Lisa tried to get the children back. Shaughnessy left with the children. When they were in Arizona she called back and determined that a police report had been filed with the San Diego Police Department and they wanted her to return the children. Shaughnessy took the children to Oklahoma to get Carl Bowman.

Carl and Lisa were divorced and then remarried in Arkansas when Richard Bowman and Judy Shaughnessy were living in Deming, New Mexico. They went to visit Carl Bowman and Lisa. While Shaughnessy was there, one of Lisa's neighbors congratulated her because she thought that Lisa was pregnant and that Shaughnessy was about to be a grandmother again. Shaughnessy knew that this was not possible because Lisa had undergone a tubal ligation in 1990 in Chula Vista, California at Scripts Medical Center. This surgery followed Kayla's birth at Children's Medical Center. Kayla was very premature and had required transfusions and was in intensive care for weeks. Shaughnessy believes the tubal ligation was conducted because it was

in the best interest of Lisa's health to stop having children at that point.

Shaughnessy advised that Carl Bowman also knew of the tubal ligation. Shaughnessy further advised that Carl Bowman would be able to recount a time in about 1994 that Lisa alleged to be pregnant with twins from a man named Brett, last name unknown (LNU), from Bartlesville, Oklahoma. Shaughnessy did not know if this twin pregnancy was the same pregnancy Lisa had alleged to the neighbor in Arkansas. When Shaughnessy confronted Lisa about the alleged pregnancy the neighbor in Arkansas spoke about, Lisa turned her back and walked to the house. Lisa never said to Shaughnessy that she was pregnant in this situation, but she did not deny it when confronted. Shaughnessy talked to Carl Bowman about the matter and he knew that the pregnancy was all in Lisa's head.

The only time Shaughnessy is aware that Lisa has said that she miscarried a baby was in the 2003 custody hearing regarding Justin Kleiner.

Shaughnessy said that there came a time when Lisa wanted to be like her cousin, Wendy Triebes. Triebes lives in Fredericksburg, Texas with her husband David, a machinist that was attending the San Antonio Police Academy. Wendy Triebes is pregnant now and can be reached at (830) 997-6110. Wendy Triebes has six children. She had a tubal ligation but later had it reversed in Tennessee. She had another child two years ago. Wendy and David are approximately 40 years old.

As an adult Lisa made up stories that were to her advantage. This habit became progressively worse over time. Lisa was somewhat materialistic and it was always all about her.

In February 2003, Shaughnessy went to Rhonda Gales with SRS in Lyndon, Kansas to have the state remove Justin Kleiner from his father, Teddy Kleiner's, custody. Shaughnessy and Lisa both wanted custody of Justin. In July 2003, Teddy Kleiner was arrested for operating a methamphetamine lab. During this same time, Lisa made allegations that Tommy Kleiner was threatening to slash her throat and she filed for protective order and had him arrested. Tommy Kleiner lives in Carbondale, Kansas and is currently unemployed. Shaughnessy advised that Tommy Kleiner has been in jail before and has a temper problem.

Custody battle hearings regarding Justin Kleiner lasted all through 2003. Ultimately, in April 2004, Danny and Judy Shaughnessy were awarded parental rights for Justin Kleiner and became his permanent guardians. During one of the custody hearings for Justin Kleiner, Lisa testified that she had been pregnant with a baby but miscarried and donated the baby to science in Manhattan, Kansas. Lisa testified before Judge Fromme (PH).

In about 1998, Lisa filed a report with Shawnee County accusing Tommy Kleiner of attempting to choke her. Danny Shaughnessy was present for the alleged altercation and said that Tommy was on crutches at the time and he did not allow Lisa or Tommy Kleiner to touch each other.

When Lisa began dating Kevin Montgomery her desire for a baby progressively got worse. Early in their relationship Lisa told Kevin that she was pregnant and he gave her money for an abortion. Lisa used the money to go stay with Carl Bowman.

When asked, Shaughnessy advised that Lisa was good friends with Kathy Dewey, who works at the Clerks Office. Lisa went to dog shows with a woman named Ila (PH) LNU. Other friends of Lisa's include Jenny LNU and Cheryl LNU from the Melvern, Kansas area.

Lisa went to Houston a few years ago to see an old boyfriend from the time they lived in Sperry, Oklahoma, named Carl McClean. She additionally met McClean at Remington's near the intersection of Wannamaker and 470, in Topeka, Kansas on an occasion.

Shaughnessy has not had much contact with Lisa over the last two years. Shaughnessy said that Lisa is a, "devil in disguise". Shaughnessy said that justice will serve, and if Lisa did it, and she now knows that she did, then she has to pay for it. Shaughnessy advised that she feels bad for the baby and the mother and wishes she could do something for them.

In July 2003, Chelsea said she did not care if Lisa and Kevin Montgomery got a divorce because she did not like Kevin waking her up by rubbing his whiskers on her face. This comment from Chelsea originally peaked some concern with Shaughnessy but later one of the other kids told her that Kevin Montgomery did that to all of the children. That dispelled her concerns. It may have been Desiree that told Shaughnessy that Kevin rubbed his whiskers on all of their faces, but she was not sure.

In January or February of 2004, Lisa obtained a restraining order in Osage County through Judge Jones against Judy Shaughnessy. Lisa did this because she was mad that Shaughnessy was telling the Montgomery's that Lisa could not get pregnant.

On Friday, December 17, 2004, at approximately 1:00 or 1:30 p.m., Shaughnessy saw Michael Kaufman, an attorney from Linden, Kansas, outside of the Citizens State Bank. Kaufman expressed congratulations to Shaughnessy stating that Lisa was just at the courthouse and had a new baby with her. Shaughnessy responded by saying "Yeah right, she either stole it or bought it." Shaughnessy then went to the courthouse in Lyndon, Kansas to pay taxes on some property. At the courthouse she saw Lisa Green who informed her that Lisa and Kevin Montgomery had just been up to the courthouse with a baby. At approximately 2:15 p.m., Jerri Jo and Justin and Shaughnessy went to Shaughnessy's house. Shaughnessy stated that she never once thought of murder and that she thought Lisa stole or bought the baby.

At approximately 6:30 p.m., Wendy Triebes called and asked if Lisa Montgomery had a baby girl. Shaughnessy responded that she did. Triebes then asked what kind of car Lisa Marie drove and Shaughnessy responded that she believed Lisa drove a red Toyota Corolla. Triebes told her about the Amber Alert and said that a woman named Bobby Jo Stinnett had been murdered and her baby had been cut out of her stomach. Triebes spelled Bobby Jo Stinnett's name. Shaughnessy then called Jerri Jo and asked her to do some internet research regarding Bobby Jo Stinnett. While she was on the phone with Jerri Jo, Jerri Jo started finding additional information on the internet. Jerri Jo became very upset by what she found. Shaughnessy then called the Sheriff's Office to try and determine additional information but they would not tell her anything. Shaughnessy stated that she could not see Lisa doing this by herself and that she did not think Lisa was that cruel.

The only explanation Shaughnessy could provide for this incident was that Lisa wanted to prove everyone wrong. She wanted others to believe that she could have a baby. She needed to produce a child to quite everyone who was speaking against her.

Shaughnessy provided Patty Renee Baldwin's nee Hedberg, current phone number (913) 426-3903. At this point the interview was terminated.

7C-KC-88014



On January 18, 2005, SA Gothard telephonically contacted Shaughnessy to handle a couple of follow-up matters. Shaughnessy provided the following information:

Shaughnessy advised that she obtained the letter she had previously provided to the FBI when she was living on Tyler, in about 1999. She owned a mobile home near 21st and Adams in Topeka, Kansas. Shaughnessy sold this trailer near the end of 1999 or early 2000. For a period of time, Hector Ocoha was living in this trailer. Shaughnessy advised that she was married to Ocoha from approximately 1997 through 1999. Ocoha became physically abusive and she eventually left and divorced him. For a period of time Lisa stayed with Hector Ocoha at the mobile home near 21st and Adams in Topeka. That is how she believes the letter ended up in that trailer. Shaughnessy found the letter in the trailer. When asked about the letter and what she thought was significant about it, Shaughnessy advised that she felt Lisa wanted Kevin to believe she could still have kids and that she wanted Kevin to feel sorry for her.

Kevin,

I just want to apologize for being so moody lately. I don't know what's wrong and everytime you ask me, I don't know what to say. There is so much bothering me right now it's hard to say it's any one thing. I hope that makes sense.
I know I need to get another job. We both need for me to do that. And get a house to live in. I know I don't have any time left. I just don't want to take a job I'll end up hating just because I have to. But I guess I don't have a choice anymore do I? I know how you feel about it.

~~You think I think you~~

I don't know if you realize I'm still considering letting 2 of the kids to stay with Carl. It's not that I don't want them, I do, but I know he will take care of them and they want to, I know they love me, but they love their dad too and to just take them all away from him because we don't agree on things is wrong. You know that. Trying to make the best decision here for them, not for me. they have to come first no matter how I feel. I don't really care what anyone else thinks about it, but I

do; but I shouldn't. It's not anyone else's decision to make but mine and Carl's and we are trying to do the best we can for these kids despite our differences. If no one else agrees to that - it's their problem not mine. No one else is responsible for these kids. I know you are there to help me, but I'm still the one who's responsible for them.

Finding out about Sarah is hurting me too. I've tried all these years to forget about what happened and now I'm having to deal with these emotions too. I had thought all this time I had caused her death and to find out it was all a lie - everything I've gone through and felt was wrong. I have to keep telling myself that it was better this way - at least she is safe. What could I offer her now? I have to believe that she is being taken care of and is happy. Do I want to find her? A part of me does but an even bigger part of me says NO. What would I tell her? How I had her and why? I can't do that. It would only cause more problems & hurt for her & me both. Some day maybe we can sit down and talk about this. You can't imagine what I went through with her in the short time I had her. I know I still have dreams about her - maybe some day I can change that to good ones. Try to imagine her happy and growing up instead of what we went through then. That part of my life is nothing but a nightmare. I had thought that if I just tried hard enough - I could just forget about it and go ~~on~~ on, but I'm realizing that

02100

it's just not that easy to do. I'm going to have to deal with it.

I'm not mad at your mom. It's hard for me to stay mad at anyone, even my own mother. Your mom has a right to feel the way she does. I just wish if she had a problem with me, that she would come to me with it instead of you. But I know that won't happen or she would have by now. She never even trys to talk to me about anything serious. I never really know how she feels about me and I'm tired of trying to guess. I don't even know how she felt about me being pregnant or what I did. She never says anything to me about it. It still hurts me about giving up those babies even if it was the best decision at the time. I know you don't want any more. I know you said you would reconsider it later, but deep down I know you won't. And I can't do it on purpose just to get what I want. So I have to accept right now that being with you means no more children for me. So giving up those babies hurts even more. that was my last chance to have another child and I gave that up. I'm not blaming you at all. It was my decision and I did what I thought ~~[illegible]~~ was best at the time, [illegible] now)

...a
...1/11/05

I'm having some regrets about it and trying to deal with the fact there won't be another time. I won't go through it again. I won't have another child that isn't wanted. I just have to accept the way you feel about it. You mean a lot to me, more than you know.

Chelsea asked me last night what was wrong. She's worried about us. I tried to explain that everything had changed for me over the last year - the way I was and the way I am now. She understood that. She's been around me more than you have, and she's always been a sensitive child. She loves you too. It's hard to explain to her that I feel so much more for you than I ever did her dad, but she knows and accepts that.

I keep telling myself this should be the happiest time of my life - I'm in love with a great man and my kids love you too. things will work out if we just keep trying. After all we have been through this last year, we should be able to overcome any obstacles and make the most of our life together. I can't think of anything else I would want more than to be with you and all the kids and a future together.

Just be there for me. That's all I ask. And I will try harder to get over this. I don't want to lose you over all this turmoil. Please be patient with me. I'll get there. I PROMISE!

Yours forever
Lisa
Marie

Case 4:12-cv-08001-GAF Document 158-9 Filed 09/0



MONTGOMERY