BILLING INFORMATION

Gross family income: 325 Child Support 180 a wk from A.B.A.
Please include all forms of income such as salary, child support, assistance, annuities, etc.

Number of people dependent upon that income: 6

Please complete the secion below if someone other than the client is responsible for the bill:

Name: Judy Kleiner Address: Box 256 Sperry Okla 74073

Home Phone: 288-7763 Business Phone:

Relationship to Client: mother Occupation: Book Dept

Employer: ABA. Employer's Address: 909 W 23rd St

Thank you for completing this questionnaire.

Judy K. Kleiner
Signature of person responsible for payment

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 47120

CLOSING SUMMARY

Client's Name Judy Kleiner
Case No. 84489
Beginning Date of Treatment 12-20-84
Referral Source Attorney
Professional Collaterals Attorney Rick White

Counselor M. Walenting
No. of Sessions 16
Date of Last Contact 4-01-85
Date of Follow-up
Closing Date 12-17-85

Others Involved With Treatment

| CLIENT COMPLAINTS | Resolved | Same | Worse | Unknown | COUNSELOR COMMENTS |
|---|---|---|---|---|---|
| Dau. Lisa Hedberg allegedly sexually abused by stepfather | | | | | |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

Summary of Services - Mode of Treatment - Referrals Made

Individual Structural
Family

Other Comments

Reason for Termination

Family completed legal process & was not interested in treatment

Counselor Signature M. Walenting

4/83

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

CONTACT NOTES

Name Hedberg / Kliner

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 3/20/85 | Office | Six family members for first family session. appeared to be withdrawn & least invested in the session. Mother verbally overwhelmed Lisa & . — "They don't know the value of $." "Always wanting something". is active in a variety of sports & Mo. feels she asks for more than her share. Mo stated "She is going to a track meet tomorrow & she'll be asking me for a couple of dollars for that & I don't have it." <br>— ~~Girls~~ Children have no respect for her (mo.) <br>— wears too much makeup <br>— Too much fighting among kids. <br>— "We have a thief in the family" "Who's the thief?" "" "How do you know?" She is only one who has $ for candy & gum. |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

## CONTACT NOTES

Name: Hedberg/Kleiner

Case#:

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 3/19/85 | office | Ind c̄ Teddy + c̄ Mo. |
| | | Teddy blocks affect when talking about conflict between his parents. Asked him if he sometimes feels it is his fault Mo. + Dad are fighting. He said yes but could not reflect how. He stated his Fa told him if Mo. gets custody he will say I love you, leave + they won't see him anymore. Teddy said his Dad was nice this weekend + he doesn't want him to go away. Asked him about a time when his Dad wasn't nice + he said when his Dad picked him up + threw him on the steps because he didn't clean up his room. Teddy said his Fa usually hit on + Lisa instead of him + he would leave the room when that happened. Teddy appears to be a child who is caught in the cross fire of parental anger and is blocking painful affect. |
| | | Session c̄ Mo. who fails to perceive herself as having contributed to the prob. in relationship c̄ Mr. Kleiner or children. She suspects may be involved c̄ drugs + is stealing $ from her purse. She is angry that children do not want to move + feels unappreciated. Discussed Lisa's readiness for marriage & suggested she be honest c̄ Lisa about feeling she is for lifetime commitment. |

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

# INDEX OF BELIEFS: Lisa [illegible]

The following instrument of forty questions is designed to survey the way you believe and feel about certain things. Depending upon whether or not you agree with each statement, place a mark in the appropriate column: "AGREE", "DISAGREE". Note: Answer quickly . . . be completely honest with yourself — you're the only one who'll know!

| Statement | AGREE | DISAGREE |
|---|---|---|
| 1. More than anything, I want other people to approve of me. | ✓ | |
| 2. I strongly dislike failing at anything I undertake to do. | | ✓ |
| 3. There are bad people in this world who get away scot free. | ✓ | |
| 4. I like hearing others favorable opinions of me, but it's okay even if I don't. | ✓ | |
| 5. There's nothing anybody can do about things — it's the system! | | ✓ |
| 6. If everything isn't just right, I can't work. | | ✓ |
| 7. I really depend upon someone else for strength in handling life's problems. Sometimes | | |
| 8. I try to do unpleasant tasks right away, to get them off my mind. | | ✓ |
| 9. I'm confident enough to do things on my own, without depending upon someone else for help. | ✓ | |
| 10. It's okay to put off doing the things you dread doing until a later time. | ✓ | |
| 11. I expect to be the best at anything I undertake to do; if not, I don't want to try. | | ✓ |
| 12. I often get upset when situations aren't just as I think they should be. | ✓ | |
| 13. There is no *perfect* way to most problems. | | ✓ |
| 14. I tend to put off making decisions. S | ✓ | |
| 15. We are what we are, and we can't change. | | ✓ |
| 16. Most people bring on their own unhappiness. | ✓ | |
| 17. I worry a lot about dangerous things that might happen to me in the future. | | ✓ |
| 18. People put too much emphasis on the past as an influence on present events. | ✓ | |
| 19. I consider every possible side of every possible alternative to find the perfect solution to a problem. | | |
| 20. I get upset when someone else is better at something than I am. | | |
| 21. I hate to see people get away with stupid, wicked behavior. | | |
| 22. It's pointless to worry about future events that are outside our control. | | |
| 23. It doesn't bother me that *everybody* can't like me. | | |
| 24. If I cannot change the way things are, I can accept them. | | |
| 25. Fear of some awful future event really makes me anxious. | | |
| 26. I really like standing on my own two feet, taking care of my own life. | | |
| 27. The way we behave now is determined early in our lives; we can't really change. | | |
| 28. The fear of being punished keeps people from being bad. | | |
| 29. Things aren't distressing in and of themselves — it's how we perceive them. | | |
| 30. Laws of chance and probability govern this world we live in. | | |

[illegible] you from making any further [illegible] further disclosure is expressly permitted by the [illegible] of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

Teddy Kline

MEDIATOR-REINFORCER INCOMPLETE BLANK

beside Mom + Dad

1. My favorite grown-up (adult) is: Carl

What do you like to do with him/her?

2. The best reward anybody can give me is: Love, who loves me most? Mom + Dad

3. My favorite school subject is: MATH

4. If I had ten dollars, I'd:

5. When I grow up I want to be: Football Player

6. The person who punishes me most is:

How?

Which works best with you?

7. Two things I like best are: Pizza
Seafood

8. My favorite adult at school is:

9. The way I get money is:

10. When I have money I like to:

**The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.**

11. Something I really want is: ______________________________

12. If I had a chance, I sure would like to: ______________________________

13. The person I like most to reward me is: ______________________________

How? ______________________________

14. The thing I like to do best with my mother is: ______________________________

15. The thing I do that bothers my teacher the most is: ______________________________

16. The weekend activity or entertainment I enjoy most is: ______________________________

17. If I did better at school, I wish my teacher would: ______________________________

18. The kind of punishment I hate most is: ______________________________

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

19. I will do almost anything to get: ______________________________

20. It sure makes me mad when I can't: ______________________________

21. The thing I like to do most is: ______________________________

22. Not counting my parents, a person I will do almost anything for is: ______________________________

23. The thing I like to do best with my father is: ______________________________

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

## CONTACT NOTES

Name: Hedberg / Klines

Case#:

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 3/6/85 | Office | brought Teddy & . Stated is feeling left-out. Discussed Court, etc. c̄ Teddy. He is nervous about appearing on Thurs. Attrny has told him what to expect, shown him around courtroom. Teddy talked about father drinking, hitting Mo. Stated they called police one time. He stated he is afraid of his father. Fa. would throw him around, also & Lisa. Stated his fa. broke broom on Lisa. |
| | | Discussed c̄ Teddy the divorce. Told him children sometimes think it could be their fault. Asked him if he ever feels that way. He said he does but couldn't tell me anything he has done that might cause it. Explained to him that divorce is an adult decision & Mo. & fa. decide when it is best to live apart. Asked him if he has any problems that he wishes would go away. He said no but his Mo. does. Asked what and he said she needs money & he & fight too much. |
| | | — Spent get-acquainted time c̄ . She appeared anxious, not spontaneous. |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

CONTACT NOTES

Name Lisa Hedley/Cline

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 3/5/88 | Office | Lisa appeared more comfortable in session this week. She made subtle comments concerning Mo. ("I couldn't go to church because Mom was at ___.") ("I don't see much of her. She always gone.") Lisa stated Mo. went to Kansas + left she + ___ alone for the weekend. L. is concerned that Mo. wants to move out of area. Asked L. if she has told Mom she wants to stay in Agency Schools. She said no, like I usually don't. |
| | + | - Assertiveness skills will be goal for Lisa. |
| | | Mo. upset that judge appeared to allow Jack more leeway in explanation while cutting her off. She stated she was truthful, Jack lied + he may get out of this. She stated Jack told Judge I came out of courtroom + said Jack was son-of-a-bitch + asked Lisa "Is that the dirty old man." She was upset that J. told Teddy "If your Mo. gets custody, you'll never see me again." Mo. feels Teddy is caught in the middle. She will bring Teddy in on Tues. |

...nformation has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

CONTACT NOTES

Name Lisa Hedberg

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 7/1/85 | Office | Lisa continues to be uncomfortable c̄ verbalizing feelings. Emphasized to her that grp is imp for her to attend. L. stated she can talk to C___ about sex ab + he understands. She + C___ are recently engaged. |
| | | Session c̄ Teddy. Asked about visiting c̄ his Dad. He stated he would like to see him but does not want his Dad to take them away. I asked if he thought his Dad might do that and he said "I know he would." I asked how he knew + he said he heard his Dad tell someone (___ I think) that he was going to take them. Also said his sister ___ called + said there is a surprise for them at his Dad's. Teddy feels that is a way to get him over there so Dad can take them away. |
| | | - Discussed c̄ Mo. importance of continuing counseling + attendance at group for Lisa. Mo. stated L. will come to group. Most of session spent allowing Mo. to discuss fears related to upcoming divorce trial. She is concerned that Jack may try to hurt someone + she feels he is crazy |

...to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

CONTACT NOTES

Name Lisa (Kliner) Hedberg

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 2/1/85 | phone | Rich White wanted info. Told him I did not have release of info from Lisa's Mo. |
| 2/4/85 | phone | Mrs K. will go by F&CS & sign release of info. |
| 2/4/85 | Phone | Lisa will be at my office for 8:30 apptmt before court |
| 2/5/85 | Office | Session c̄ Lisa. [illegible] |
| | | - Discussed her expectations of court and what that experience might be like. Lisa had difficulty verbalizing her concerns but did appear anxious. |
| | | ✱ Discussed particulars of sexual abuse: |
| | | - Began when Lisa was 8th or 9th grade. Continued for approximately 2 yrs. L. had difficulty remembering details & needed prompting. Appeared pensive. Abuse began c̄ fondling. Jack told her if she told her mother she would regret it. |
| | | - told her if she did not submit he would do it c̄ [illegible] + (L. appears to resent + this could have a relationship c̄ that) |
| | | - First time intercourse took place was while mom was at store. Boys were at a friend's house. |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

Page 2

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

CONTACT NOTES

Name Lisa Hedberg

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 2/5/88 | Office | + went c Judy. L. asked to go out Mo. told her she had to do the dishes. Jack told her to go in bedroom + take clothes off. She obeyed. |
| | | Sex abuse occurred approximately weekly |
| | | asked Lisa if she feels Mo. may have know + she said "sometimes" |
| | | Due to Lisa's blocking of feelings + difficulty expressing emotion L. is good candidate for immediate entry into girls' group. |
| 2/5/85 | Court | Transported Lisa to Court. Ct. date passed until 3/4/85. |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

CONTACT NOTES

Name Lisa Hedberg

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 12/ | Initial Office | Lisa is a shy 16 yr. old teenager who has been sexually abused by her stepfather Jack. She appeared quite nervous during the session. Therefore, much of the session was aimed toward developing rapport c̄ her & helping her to relax. I told her that we would talk about the S.A. but would talk about other concerns she has also & that for the first few visits we would spend getting to know one another. |
| | | Lisa is an 11th grader at Sperry high school. She is not involved in many activities as she states it is her responsibility to care for the younger children. She enjoys reading and Church activities. |
| | | Spent part of session c̄ Judy, Lisa's Mother. She stated she discovered the S.A. when she got up late one night and found Lisa on the floor of the hall with her stepfather on top of her. Stated she got a gun & tried to kill him but couldn't pull the trigger. Mrs Kliner is presently dating & marriage is in the future. Her boyfriend brought Lisa in. Mrs. Kliner stated Lisa takes a lot of responsibility because she knows she has to. |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

## CONTACT NOTES

Name *Lisa (Kliner) Hedberg*

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| 1/8/85 | Office | Drew a genogram c̄ Lisa to learn more about her family. |
| | | [illegible] 14 |
| | | Teddy - 10 (½ bro) |
| | | [illegible] - 9 (½ sister) |
| | | [illegible] - 6 (½ bro) |
| | | Lisa stated several times that [illegible] is seldom there (home) as she is involved in band & basketball at school. I asked L. if she would like to have more freedom. She said she would & that she would like a job but her Mo. said it would be more trouble than it would be worth. I asked L. what Mom meant by that & she said she didn't know. Lisa appears to be withdrawn & non-assertive. She may be into the victim role & accept passively meeting others' needs. |
| | | Lisa is apparently a good student & spends part of the summers at Rogers State College which will result in some free tuition. She stated mom said she might not be able to go this summer & Lisa told her it is imp. to her & she is going. |
| | | Mother - is concerned as Jack Kliner has told the three younger |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

## CONTACT NOTES

Name: Lisa Headberg

Case#: 

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.

| DATE | TYPE OF CONTACT | |
| --- | --- | --- |
| | | children that he is going to take them. Mo. found this out after questioning Teddy who begin acting up after returning from visit c̄ fa. Mo. said he has been selling things & has bought a camper & she believes he will try to take them if she allows further visits. Suggested she contact her attorney. She feels Mr. Kliner is dangerous. |
| | | — Mo appears to have lack of empathy for Lisa & |
| 1/10/85 | DHS | Talked c̄ Denise Riley for further info. She stated family is not Ct. ordered for counseling as Mo. has acted to protect Lisa. She stated the abuse had been going on for several years & Mr. Kliner threatened Lisa that he would have sex c̄ her younger sister if she didn't comply. |
| | | Continued — |
| | | Mrs. Kliner stated Lisa had sex c̄ a young man who stayed c̄ them last year or so & has tried to use that against Lisa. |

CENTRAL FAMILY AND CHILDREN'S SERVICE
650 South Peoria
Tulsa, Oklahoma 74120

CONTACT NOTES

Name Lisa Hedberg

Case#

| DATE | TYPE OF CONTACT | |
|---|---|---|
| | | alcoholic Stepfa. |
| 12/20 | Intake | - Mo. not sure when sex abuse occured. Lisa told mo. it had been happening for a couple of years. Mo. found out when she got up one night |
| | | Got gun + tried to kill him. |
| | | Scared he would threaten her |
| | | Your mo. too old to take care of a baby. |
| | | I don't know how to escape |
| | | I think L. blames me for not finding it out sooner. |
| | | L. has bitterness in her |
| | | L. has lot of responsibility. She has kids to watch. |
| | | L. has temper. She totters |

The information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The federal rules restrict any use of information to criminally investigate or prosecute any alcohol or drug abuse patient.