# M E M O R A N D U M

TO: File

FROM: Ron Ninemire

DATE: June 9, 2006

RE: Judy Shaughnessy

David and I visited with Judy Shaughnessy at her home in Lyndon, Kansas. Judy stated that Lisa called her and seemed very upset and wants to die. We told Judy that this was common with these types of cases and she should just listen to Lisa and be supportive.

Judy stated M. William Phelps mailed her a copy of Murder In The Heartland. She stated that Carl has lied completely throughout the book. It is her understanding there is to be a movie made from this book. We asked her where she had heard this and she stated that we could find this information via the internet by looking under the name of Matthew Phelps.

Judy maintains contact with Vanessa , who emails her frequently. Judy reported Teddy is scheduled to be released from prison in July of this year but, he currently has a pending charge from 2004, in Osage County. She hopes they can get this charge resolved so he can be released .

David told Judy of the changes in the defense team. She seemed to be okay with these changes and we told her the changes were in Lisa's best interest.

Judy stated Lisa talked to her about the evidence and that Lisa denies committing the offense. Lisa told Judy the baby was handed to her. We reminded Judy all telephone calls are recorded and she should not discuss the case with Lisa by phone. David advised Judy Lisa has some mental illness, specifically she is bi-polar. With that, Judy began talking about other family members who had mental problems. She stated her great grandfather, Robert Robinson Elder married his first cousin Rebecca Short and they had two children, Elizabeth Elder and Josiah Elder. Also a great uncle, Samuel Springer was an alcoholic and he was known to "burn women and then sell them". Judy did not explain what that entailed. Judy stated her great grandmother, Rebecca Short was "insane" and was living in Indiana. Judy reported that David Kidwell, Lisa's first cousin, is a "classic bi-polar". This is her sister, Annie's son. Judy remembered in the statement she gave to the FBI she told them Lisa was "not insane". When we inquired further about that she stated the only people that she thought were insane were those in "insane asylums".

We asked about Bonnie and she stated Bonnie continues to live in Yell, Oklahoma with her mother.

With regard to Jeff Batson, she stated Jack hired him to help around the house and she had no other information about him other than he was either nineteen or twenty years old when he came to live with them. Judy again began to talk about David Kidwell and stated he is very litigious. She

remembers he worked with Lisa at Conoco and blames Judy for not protecting Lisa from Jack Kleiner.

Judy believes Kenney is in Mississippi but his exact location is unknown. She suggested we contact Wendy who would know exactly where he is located.

Judy began talking about Carl and stated he knew about the false pregnancies. In 1990, Carl ask Judy to sign an income tax check so he could keep the money. When she refused she believes he had someone else sign it other than Lisa. She realized that signing this check was illegal. She believes Carl is as much to blame for these events (federal charges) as Lisa is.

Judy stated Lisa was always a loner in school. She remembers specifically at the Sperry High School Lisa was caught with a book on incest and was suspended for three days. She thinks this might have occurred in 1983.

Judy related an incident between CJ and Chelsea which she thought was inappropriate play. Apparently while small children they were in the bathtub at the same time and started playing with each other. She noticed that they knew "details because they had watched their mom and dad and their mom with others." Judy was concerned about CJ being too feminine but stated Kevin has helped by doing boy oriented things with him. Chelsea, on the other hand, came to Judy and told her Kevin had done something to her. Implying some inappropriate sexual behavior.

We asked Judy if she noticed a change in Lisa. She did see a change when Lisa became a "prairie woman." While she was living with Kevin Lisa started sewing more and using the spinning wheel, canning, etc. She actually saw Lisa use the spinning wheel for yarn. Judy did not think this prairie woman persona was an act. She also viewed Lisa's marriage to Kevin as positive because for the first time Lisa was pampered and cared for.

Before we left, Judy stated she had boxes of information about the family history and we were welcome to go through the information. We told her when Dani, the new mitigation specialist, is in town we would come down to look through that information to see if it had any mitigation value.