# DECLARATION OF CARL JAMES BOWMAN

I, CARL JAMES BOMAN, declare as follows:

I am the ex-husband of Lisa Hedberg Boman Montgomery and the father of her four children. Lisa's mother is Judy Hedberg Kleiner Boman Montgomery who married my father, Richard Leroy Boman, born [redacted] I grew up in Oklahoma, mostly raised by my mother, Lucy Rosetta Boman Bayle, born [redacted]. My dad was a career Navy man. Mom and he had two children, me and my younger, sister Eithol Marie Boman, born [redacted], [redacted], following my birth [redacted]. My mom divorced my dad because he drank too much, and she didn't want to live with the problems that went along with alcohol abuse. Dad remarried a Japanese woman, Yoka Sinchi he met while stationed in California. Dad and Yoka had one son together, Michael Shinji Boman, born in 1974, and he also adopted her older son, Sinichi, from her first marriage. Dad quit drinking, cold turkey, in 1979.

I only really got to know my father after I was an adult. My mom raised me in Oklahoma, and because of their divorce, I didn't see dad from the time I was five until I turned twenty. After my discharge from the military in 1985, I sought out my dad who lived in Sperry, Oklahoma. He and Yoka had divorced years before, and he was raising my half-brother, Michael, on his own. Dad worked for the Sperry Police Dept. in Sperry, Oklahoma. He and Lisa's mother, Judy Hedberg Kleiner, were dating, and before long Judy moved all her children into dad's house with him and Michael. Judy had five of her own children by her former husbands. There was Lisa, the oldest one, Patty, Teddy, Tommy, and Jerri Jo. Plus, my younger half brother Michael lived with them.

Michael's life was miserable after Judy and her children moved in. He lived in fear of her. Judy pitted one child against the next and played favorites. She encouraged and allowed her children to pick on Michael, who was the newest one in the unit. Judy's kids – except for Lisa who was kind hearted and passive – taunted and teased him. Judy made fun of him for being overweight and called him hurtful names. She humiliated him any chance she got, especially if it involved food. They bullied Michael. My dad was under Judy's thumb and control; he didn't protect Michael. Dad was blinded by love and didn't see how mean Judy was. He was infatuated with Judy and seemed blind to the way she treated Michael. Judy was unpredictable. She quickly made friends wherever she lived, but could not maintain those friendships. Within a few months, Judy got mad at her new friends and called the cops on them. That is just the way she operated. Of course, Judy knew how to act nicer when Dad was around. She tried to put on a show like a concerned step mother, but it was fake. She screamed, yelled, cursed, and threatened. Michael wrote a book about his life and described how cruel Judy was to him.

When Lisa and I met, we were both going through hard times. I was going through a difficult time personally, having just had a relationship end, and I was depressed. I also did not know what would be my next career move after the military. Lisa had a lot of problems. I knew something was wrong. Lisa was not emotionally present. She was in her own world and distant from everything. It started when Jack Kleiner raped Lisa during those early years. Lisa went somewhere else mentally. She just wasn't present. I don't know how else to say it. I have seen Lisa do the same thing when Judy verbally mocked her and abused her. She just got a different look to her face.

Lisa was also at a turning point. She was about to graduate high school and wanted to move out from a terrible home situation as soon as she could. Of course, I didn't know all about it when I first met Lisa, but I came to learn about the sad facts of her life. I tried to help Judy and my dad with all the kids in the house, and I often babysat them. I also drove Lisa back and forth to counseling. She went to counseling because of the things her former step dad did to her. We got to talking about our lives when we drove back and forth to counseling.

I learned that Jack Kleiner, Judy's husband, before my dad, raped and beat Lisa for years when he lived with the family. He built a special room behind their trailer for Lisa, and that's where he could do with her whatever he wanted. Judy didn't protect Lisa for years, but when Judy caught Jack in the act, she had to do something. She allowed Jack to continue to live in their home for a good while after she knew beyond any doubt that he was having sex with Lisa. She even blamed Lisa, who was just a teenager, for Jack's behavior. It devastated Lisa. Judy threatened to tell people that Lisa slept with Judy's husband. Lisa was afraid of her.

I felt good about my relationship with Lisa. She could trust me, and I respected her. We became close to each other as she confided in me and I talked with her about my problems and dreams. She struggled to make sense of the terrible assaults she endured for years at the hand of her stepfather. Judy was just as mean and abusive to Lisa in her own way. She put down Lisa, humiliated her, and verbally abused her. Judy made her feel inferior. Lisa felt terrible about herself and did not think she was worth anything. Lisa and my half brother Michael, were both treated like outcasts in the family. I wanted to protect Lisa. We were very comfortable with each other. I wanted her to be able to trust me from the beginning. I wanted to have a family and home where Lisa could be safe. She needed someone to take care of her. I wanted to be that person for her.

Lisa begged me to let her move in with me before we were married. I didn't want her to, but I also knew it was terrible for her at home. I finally gave in and agreed to let her move in. We started living together in her senior year in high school after she begged me to let her move in. Richard and Judy didn't approve of our relationship but they really didn't care that much either. We married August 15, 1986, in Cleveland, Oklahoma, at the First United Methodist Church after Lisa graduated high school. I felt that marriage changed both of us for the better, and Lisa felt good that she would have a safe and secure family with me.

When we started having our children, Lisa was just a teenager and did not know how to mother. I didn't know much either, but we tried to do the best we could and learn as we went along. We had lots of problems, but I never doubted that she loved the children and she never doubted that I loved the children. We went back and forth in our marriage, separating and divorcing and even remarrying because at heart we loved each other too.

We had to live with Judy and my dad a couple of times when we moved to California and again when we moved to New Mexico. Each time, it started off okay but it quickly turned mean and ugly. Judy did not treat Lisa with any respect and constantly told her she was doing a bad job at everything she tried. With babies and toddlers, it was hard for anyone to keep up. Judy's house was also full with her kids, my dad's son, and her ex husbands' kids coming and going. Judy wanted to be the center of everything and everyone in the house had to pay attention to what she wanted or they ended up on the outside. Judy knew how to manipulate people to get her way. She convinced me to let her take the kids for the summer and then I learned she was going to try to keep the children. Another time, she convinced me that my children were better off with her than with me or Lisa and scared me into thinking I was going to lose custody of

them. I agreed to let her take the children, but fortunately the court gave me and Lisa joint custody.

Judy kept everything stirred up in Lisa's life. Judy looked for every single thing Lisa did that could be done better and made Lisa feel terrible about it. Judy didn't help Lisa be a better mother. The children learned to stay away from Judy because she was so mean and treated them poorly. She treated her other grandchildren much better than she treated my children.

Lisa shut the world out by reading. Lisa spent four to five days reading in the bed when we were married. I mean in the bed, no conversation at all. She only got up to go to the bathroom or eat something quickly, but she was not present. She read a whole stack of books. When she had finished them, she simply started over on the same books and read them again. It was very strange. It was as if she had to do it.

Lisa was unpredictable. She went from not talking to talking non stop even to strangers. When I first met her she was quiet and shy and hard to get to open up. After the babies started coming, she even approached people she did not know and started talking to them. It was a total change. She didn't notice if you talked to her or asked her any questions. Once she started talking, she kept talking. She was sad or unhappy for days at a time and then she suddenly had a plan or an idea and nothing could stop her. For instance, she decided I could work extra overtime and pay off our house, but neither one of us realized how impossible it was to keep working that hard.

Lisa could not stay in one place for any length of time. We moved from house to trailer to apartment and back again in the same town or different towns and states without any plan. I could barely keep up with her. We didn't have the money it cost to move, so all these moves set us back. It didn't make any sense most of the times we moved. She was sure though that it

would be better at a different place. One time we even moved to a trailer that didn't have water, electricity or plumbing, but Lisa had a plan to get around it. Of course, it didn't work, and we were all miserable and had to move again. We crowded into small trailers and apartments and did not have time to settle in before we had to move again. An example of how crazy it was is when we moved from Springdale to Bartlesville to New Mexico, all for no reason other than Lisa really believed we had to move and move right then and there.

As Lisa got older in her twenties, her personality changed from quiet and passive to being exuberant at times. She got so wired up she left me, sometimes with the kids and sometimes without the kids. She stayed gone a month, two months, or even four months one time, but then she came home to me. It wasn't like she was trying to be mean to me or hurt me, she couldn't help it. She changed in other ways, too. Lisa had poor hygiene at times during our marriage when she quit bathing and being clean. She smelled bad. It bothered me, and I tried to talk to her about it. Lisa told me she had quit bathing and being clean years before when Jack molested her. She thought this might repel him sexually. Lisa had nightmares when we were married. She woke up crying in the night. She barely slept and went to sleep for 3 or 4 hours a night. Other times, she stayed in bed for days. She looked terrible some days, exhausted and worn out. Other days, though, she got bursts of energy. Between all her mood changes, moves to and from places, and separations and reunions, it wore me out. I finally had to give up and let our marriage end.

Lisa disappeared for days and sometimes longer. She packed the kids up and left home with no notice or warning. I came home, and she was gone with the children. Eventually she came back. I knew she had affairs, and it hurt me deeply. I tried to forgive her and look the other way as long as I could. I know that Lisa was unfaithful several times in our marriage. I

loved her, and I wanted our family to remain intact. The truth is that because of all Lisa and I had shared with each other when we first met, I felt I understood her. She wasn't part of Judy's family, in the way her brothers and sisters were. Lisa was the odd one out. Even her sisters treated her poorly like their mother did. I will always believe that being raped by Jack Kleiner over years, being put down and treated like an outcast by her mother and her sisters left Lisa with no self-worth.

Meantime, Lisa had her hands full with our children. They came one after the other and needed constant attention, especially since they were born small. Kayla was really tiny and sickly and had to stay in the hospital for weeks after she was born. Desiree was in a serious car accident when she was just four or five and got a broken arm and jaw. The kids were back and forth to the hospital for everything from broken bones to pneumonia. It overwhelmed her and got to her nerves. Nothing made her happy. I tried to figure out what was going on, but arguing didn't get anyplace with Lisa. She shut down and went in her own world.

The last divorce was hard on both of us and the children, but Lisa and I stayed in each other's lives so we could raise our children. I moved up to Kansas first, and Lisa followed not too long after. I helped get her a job where I worked so she could earn a better living. Sometimes the children lived with me, and sometimes they lived with Lisa. When Lisa married Kevin, I thought maybe their lives would improve. He had a good job. We tried to get along with each other and did alright with it at first. After I married Vanessa, though, things turned ugly. Vanessa and Lisa did not get along and quarreled constantly. I knew that Kevin and his ex wife also had a rough time getting along.

I have always worked for a living and done my best to provide for my children and family. I had a pretty good job at Zinc Corporation until I fell off a machine and injured my arm

and elbow in August 2003. I had to have multiple surgeries to try to repair my arm, but they were not successful in restoring full use to it. I applied for and received workers compensation, but it was not enough to meet all my child support payments. Plus sometimes the children stayed or lived with me, so I didn't pay child support when the kids were with me. Lisa and I went back and forth in court, and I went back and forth with my workers compensation appeals.

In 2004, I knew Lisa was not doing well. She claimed to be pregnant at least a couple of times, and of course I knew she wasn't pregnant because she had her tubes tied back when she was married to me. The kids told me some of what was going on at Lisa's house and talked with me about moving in with me. She was spaced out a lot of the time and getting worse. She couldn't take care of the kids and the house and the animals and the garden. The kids weren't able to keep up with all that work on their own, either. They were embarrassed to have anybody to their house because it was so unclean and because their mom was so strange.

I talked to the FBI and the defense team back when all this happened. I was in such a state of shock it was impossible to make any sense out of all this. I was worried sick for my kids. I prayed and asked what I should do because nothing in my life prepared me for having such a mentally ill wife.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Carl James Boman

Signed this 13 day of February, 2013