# DECLARATION OF RICHARD LEROY BOMAN

I RICHARD LEROY BOMAN, declare as follows:

I am an ex-husband of Judy Shaughnessy, who is the mother of Lisa Montgomery, the young woman on federal death row. I am now seventy-four years old and live near the mountains of eastern Tennessee with my wife of eleven years, Vanita June, who everyone calls June. We live in an apartment adjoined to the home of my wife's daughter and son-in-law, which has been really nice for us. My nickname for June is "Sweetie", and I call her by that name most of the time. She is mighty good to me. Let me just say that I didn't call my ex-wife, Judy by the name, "Sweetie". It didn't fit her! She was anything but sweet!

My parents were originally from Southeast Kansas and grew up about two miles from each other. They say my dad rode his horse up and down that road, and I guess he found Mama. Mama and her sister had a double wedding. Nine months later, I was born and so was my first cousin.

When WWII broke out, my parents moved to Washington State where Mama's kin lived. They worked in the lumber industry until Daddy got injured one day and was pinned under some logs. That accident broke most all the bones in his legs. I was born while my parents lived in Washington, the first of their ten children. After Daddy's injury, we moved to Bronson, Kansas, in Bourbon County. Daddy bought 40 acres there or one square mile and started a dairy farm. I learned to do all kinds of things on our farm, milked and cared for the cows, baled hay, most everything you have to do to keep a farm going. I went to school first through eighth grade in Kansas in a rural one room school. Dad built a silo on the farm but borrowed heavily to finance everything. Dad ended up with things heavily mortgaged and had to borrow for equipment on the equity he had in the place. Unfortunately our cows caught hoof and mouth disease. We lost about half the herd, and just could not recover financially. We lost the farm. Dad had a brother, my Uncle Dean, who lived in Oklahoma and knew people who worked in the

oil fields. We moved to Oklahoma where Dad was hired as an oil driller because he had worked in water drilling. When I was sixteen, I began working with him as a tool dresser on the oil rig and stayed with that job for a year and a half. Not long after I left work in the oil field, I joined the Navy.

A member of Lisa's current defense team asked me to talk about the time I spent with Lisa's mother, Judy. When I met Judy, I worked as a reserve county deputy and then as a patrol officer for the town of Sperry, Oklahoma. I was single at the time I met Judy. She was married to Jack Kleiner. I had retired in 1980 from a twenty-four year career in the United States Navy when I met Judy Kleiner. Jack Kleiner was a little man, but he liked to threaten people. Judy lived out of town, and her house didn't have running water. There was a big tank in town near the police station where she could fill up a 40 gallon tank with water for use in her home. Judy regularly drove into town in her old pickup truck to fill up that tank with water. That spigot for water was right on the alley where the police station sat. Judy stopped and talked with me. Because I was single, I ate at a restaurant in town where Judy worked as a waitress. She often brought her son, Tommy to the restaurant where he sat in a booth and either played with a toy or slept. Sometimes Judy and I took long rides together as I wanted to know the different parts of the county better to help me in my law enforcement work. She talked to me about Jack Kleiner. She said he had sexually molested her daughter, Lisa, over the years. Lisa was Judy's child by a previous marriage and not Jack's daughter.

At any rate, Judy and Jack Kleiner had problems, and Judy talked to me about him. Jack Kleiner drove to Tulsa to work, and his route to work took him every day under a butte that overlooked the highway. Judy knew that I was retired from the Navy and a good marksman. It is hard to believe now, but she actually offered me $300 if I would shoot Jack Kleiner from up on the butte one day! It would have been an easy thing to do. I should have realized then what kind of person Judy was.

Judy Shaugnessy always courted a new husband prospect before she got rid of the old one, but I didn't know that then. I probably looked like a good target to her because I drew my military retirement from my time in the Navy and also had my salary as a patrol officer and later police chief. A strange thing was that Judy had taught her children that police were bad and not to trust them. Then she married me! Judy moved into my house with her four kids and eventually divorced Jack Kleiner. My sister, Inagene, lived with me then along with my son, Michael, who was in about first or second grade. My sister didn't stay long after Judy moved in though. She didn't get along at all with Judy.

I have two children by my first marriage, Carl James, born in 1961 and Eithol Marie, born in 1962. Michael Shinji Boman, born in 1974, was my son with my second wife, Yoka from Japan. I later adopted Yoka's son and Michael's half-brother, Sinichi. When Yoka and her first husband divorced, her husband received custody of their two daughters, but he didn't want their son. Yoka farmed Sinichi out to so many people that he developed a bad attitude toward his Japanese relatives and began setting fires, though he is a good person. I adopted Sinichi and brought him back to the states. Sinichi spent four years in the Navy at the same time my son Carl was enlisted. Sinichi lives in Connecticut now and works in telecommunication in a job that takes him all over the country. My older children were not living at home when Judy and her children moved in, although Carl James moved in after he was discharged from the Navy. He and Judy's daughter, Lisa, ended up together after he was discharged. They married and had four children together before they divorced.

Judy Kleiner got custody of her children by Jack when they divorced, but Jack's children visited him. Jack often sent messages with his children to tell me that he was going to get a baseball bat and come beat the tar out of me. After a while I got tired of hearing that message. I bought a big baseball bat and painted it bright yellow. I got a lawn chair and set in it out in the yard waiting for Kleiner to pick

up his kids one day. He drove up and asked what I was doing with the bat. I told him it was for "yellow bellies". He didn't send threats after that.

The thing to understand about Judy Shaughnessy is that she could be as nice as you want one minute, but the next minute, she acted terrible. You never knew which Judy you were going to wake up to! To say she was moody is putting it mildly. Judy really ran rough shod over Lisa, who was older, and Judy also was unkind to Patti. Judy always screamed at Lisa and called her a "bitch". One night Lisa was out after dark as she had a driver's license. Judy screamed and hollered that Lisa and her sister were out messing around and said awful things. I remember saying to Judy that she didn't know what they were doing, that they might have stopped for ice cream.

Judy often asked me to give her children money, which I was happy to do. I enjoyed taking them shopping for things they needed or wanted, just like I did later with my grandchildren. Judy didn't like to shop, at least not for her children. When I took Lisa or Patty shopping they would sometimes ask my opinion on items. I never trusted Judy with my money. When we married I told her that I would keep my checkbook on me at all times and I would deal with the bank. I gave her a checkbook also, but I paid the bills. That is a big contrast to how June and I deal with our finances. I am well organized from my days in the military. June's organization is sure different from mine, but I knew she was reliable and had managed her own money well. From the beginning I turned over the bill paying to June. I told her I might look over her shoulder every once in a while, but I trust June; always have. I didn't trust Judy.

I had no problems with Judy's kids. It is sad, but I was the one who sat down and talked with them. I don't remember Judy ever doing so with any of her children. Judy hit her kids instead of talking to them. One time, Tommy Kleiner, one of Judy's boys with Jack, fell off the trampoline onto a barb wire fence. He cut himself badly, and needed to go the hospital. Judy said she would take Tommy, but he

asked me to take him instead of his mother. I thought that was quite sad and showed that Tommy didn't trust his mom.

Lisa was a teenager when her mother moved in with me. There was a noticeable difference in Lisa and her younger sister, Patti's behavior toward me. Lisa was very flirtatious. Remember I had a daughter of my own. The girls wanted to sit on my lap, but Lisa was different than Patty. Judy knew about Lisa's inappropriate behavior but just didn't care. One day Lisa came to me and said that for her to talk with her mom was like talking to a wall. She said that her mother didn't listen to her. Lisa told me that her stepfather, Jack Kleiner, had sex with her. I asked her if she couldn't have screamed or hollered out for help. Lisa told me then that Jack usually waited until she was asleep and then sneaked into her bedroom. She said that there was no fighting him. He was stronger than she was. Lisa asked me if I would take her to get birth control pills. She may already have been involved with my son, Carl, or with someone else. I had no idea where to go for birth control for her, so I asked my friend who was a woman and the Mayor of Sperry. She suggested a place in Tulsa that might have been the Department of Children's Service. I do remember that Lisa got the birth control pills.

I am very fortunate that I had no children by Judy. My younger son, Michael, lived with me and Judy's kids at first, but after a while he left with Judy's daughter, Patty.. If Michael were here right now he would say that he did not like his stepmom, Judy. He would say that he didn't care for her one bit. In fact, I have heard Michael call Judy a monster. Michael was a really good kid. I named him after the archangel Michael in the Bible. Judy yelled at Michael in the same demeaning way she yelled at Lisa.

Of all of Judy's children, Lisa is the smartest. She was never satisfied with a B in school; it had to be an A. She was a perfectionist and spent hours lying on her bed with her books, studying. Judy expected Lisa to make perfect grades and yelled at her when she did not. Judy was easy on her sons, Teddy and Tommy, and didn't demand good grades from them.

Sometimes Lisa seemed to be in a world of her own. I especially noticed it when we were out to eat in public. She just stared off and wasn't engaged with the conversation around her. She just looked out the window. I have been around Lisa and my son Carl's children many times, really off and on throughout their lives. They have stayed with me. They don't understand what their mother did, but she is still their mother.

Five years ago I had two strokes and a blood clot on my brain. As a result I have limited use of my left side, and I am left handed. Thanks to the wonderful care of June, I manage. We have a comfortable apartment here attached to her daughter, Debra and Doug's house. I have given June Power of Attorney, so I always have her sign my documents. She has been with me while I have talked to Lisa's defense investigator and knows the paper I am signing is what I recall. She remembers me telling her many of these things during the years we have been together also.

I remember talking with a man from Lisa's original trial defense team. I would have provided them the same information then if I had been asked. I would have testified to this information if I had been called to do so.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

[signature] 1-8-13

Dated this ___date of January 2013

Vanita June Boman POA



Case 4:12-cv-08001-GAF Document 158-15 Filed 09/03/15 Page 6 of 6