**PERMANENT STUDENT RECORD**
CLEVELAND HIGH SCHOOL
(Member, North Central Association)
Cleveland, Oklahoma 74020

Date of Entrance 8-26-85 From Sperry OK.

Withdrew ______ Cause ______ Re-Entry ______

Graduated 5-23-86 | 32 | 121 | 3.24
Date | Rank | No in Class | Gr Pt Ave

Student's Name LISA MARIE HEDBERG

Sex F Birthdate 2-27-68 Place Tacoma Wash.

Parent's Name Judy, Jack Kleiner

Address ______

Explanation of Grading System
A (91-100), B (81-90), C (71-80) D (61-70), F (Below 60)

| Grade 9 | | | | Grade 10 | | | | Grade 11 | | | | Grade 12 | | | | Grade | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year 1982 -19 83 | | | | Year 1983 -19 84 | | | | Year 19 84 -19 85 | | | | Year 1985 -19 86 | | | | Year 19 -19 | | | |
| Subject | 1 | 2 | Unit | Subject | 1 | 2 | Unit | Subject | 1 | 2 | Unit | Subject | 1 | 2 | Unit | Subject | 1 | 2 | U |
| Eng I | C | B | 1 | Eng II | C | B | 1 | Eng III H. | D | B | 1 | Eng IV | A | A | 1 | | | | |
| Alg I | C | C | 1 | Acctg I | A | B | 1 | Cont. Aff. | C | D | 1 | Geog | A | A | 1 | | | | |
| Ok Hist / Am. Hist | B | A | 1 | Soc/Psy | A | A | 1 | Alg II H | C | | ½ | Acctg II | A | B | 1 | | | | |
| Science | B | B | 1 | Geometry | A | B | 1 | Gov. H | B | C | 1 | Physics | B | B | 1 | | | | |
| Typ | A | A | 1 | Biology I | A | A | 1 | Chemistry H | B | C | 1 | Shorthand | A | A | 1 | | | | |
| Band | A | A | 1 | Am. Hist. | C | B | 1 | World Hist. | A | A | 1 | Typ II | A | A | 1 | | | | |
| Sum 83 | | | | Dr Ed Sum. | A | | ½ | | | | | Off. Proced | A | A | 1 | | | | |
| TCAVTS-Games | | B | ½ | | | | | | | | | | | | | | | | |
| Total | | | 6½ | Total | | | 6½ | Total | | | 5½ | Total | | | 7 | Total | | | |
| | | | | | | | | | | | | Total H S Units | | | 25½ | | | | |

18-23
13

24-20
26

15-12
37

5-30-86 [signature]
Date — Certified by High School Prin

Official Transcript By -
8-8-05 [signature]
Date — School Official

DATE 1/28/86

| ACT SUBTESTS | ENGLISH (ACT) | MATHEMATICS (ACT) | SOCIAL STUDIES (ACT) | NATURAL SCIENCE (ACT) | COMPOSITE (ACT) |
|---|---|---|---|---|---|
| STAND SCORE | 24 | 22 | 29 | 32 | 27 |
| PERCENTILE | 89 | 69 | 94 | 97 | 92 |

NAME Hedberg, Lisa Marie

DATE OF BIRTH 2/27/68

COLLEGE Rogers St

H.S. Senior

1122 W. Osage
Cleveland, OK 74020

Oklahoma State University
STUDENT COPY

**BUREAU OF TESTS AND MEASUREMENTS**

TEST RECORD CARD

OKLAHOMA STATE UNIVERSITY

DATE 12-5-85

| ACT SUBTESTS | ENGLISH (ACT) | MATHEMATICS (ACT) | SOCIAL STUDIES (ACT) | NATURAL SCIENCE (ACT) | COMPOSITE (ACT) |
|---|---|---|---|---|---|
| STAND SCORE | 23 | 14 | 24 | 29 | 23 |
| PERCENTILE | 84 | 39 | 79 | 88 | 76 |

1122 W. Osage
Cleveland, OK 74020

Oklahoma State University
OFFICIAL COPY

NAME Hedberg, LIsa Marie

DATE OF BIRTH 2-27-68

COLLEGE Rogers St.

H.S. Senior

**BUREAU OF TESTS AND MEASUREMENTS**

**TEST RECORD CARD**

OKLAHOMA STATE UNIVERSITY