DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 3549TH UNITED STATES AIR FORCE RECRUITING SQUADRON (ATC)
BUILDING 203
TINKER AIR FORCE BASE OKLAHOMA 73145-5000

RESERVE ORDER
009

22 October 1986

The verbal orders of the Commander, 3549 USAFRSQ, Tinker AFB OK, 12 Aug 86 relieving AIRMAN BASIC HEDBERG, LISA MARIE, 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, P.O. Box 816, Cleveland, OK 74020 from assignment shown below and discharging her from the Air Force Reserve, are confirmed; circumstances precluded written orders in advance.

ASSIGNMENT: HQ ARPC (ORS) (NPS DEP) DENVER CO 80230

PAFSC: 99000

EFFECTIVE DEP DATE: 28 May 1986

EFFECTIVE DISCHARGE DATE: 12 August 1986

AUTHORITY: AFR 35-41, Vol III

Arthur B. Smith

ARTHUR B. SMITH, Lt Col, USAF
Commander

DISTRIBUTION
1 - Individual
2 - HQ ARPC/DSRS
1 - MEPS
1 - Recruiter
1 - RSO

RO-009

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 3549TH UNITED STATES AIR FORCE RECRUITING SQUADRON (ATC)
BUILDING 203
TINKER AIR FORCE BASE OKLAHOMA 73145-5000

RESERVE ORDER
009

22 October 1986

The verbal orders of the Commander, 3549 USAFRSQ, Tinker AFB OK, 12 Aug 86 relieving AIRMAN BASIC HEDBERG, LISA MARIES, 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, P.O. Box 816, Cleveland, OK 74020 from assignment shown below and discharging her from the Air Force Reserve, are confirmed; circumstances precluded written orders in advance.

ASSIGNMENT: HQ ARPC (ORS) (NPS DEP) DENVER CO 80230

PAFSC: 99000

EFFECTIVE DEP DATE: 28 May 1986

EFFECTIVE DISCHARGE DATE: 12 August 1986

AUTHORITY: AFR 35-41, Vol III

ARTHUR B. SMITH, Lt Col, USAF
Commander

DISTRIBUTION
1 - Individual
2 - HQ ARPC/DSRS
1 - MEPS
1 - Recruiter
1 - RSO

RO-009

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### *PRIVACY ACT STATEMENT*

**AUTHORITY:** 5 USC 3331, 32 USC 708, 44 USC 708, 44 USC 3101, and Sections 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071, through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411 of 10 USC and in Executive Orders 9397, 10450, and 11652.

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U. S. Armed Forces. This information becomes a part of your military personnel records which are used to provide promotion, reassignment, training, medical support, and other personnel management actions for you. Your Social Security Number is necessary to identify you and your records, and to properly report your earnings as a member of the U. S. Armed Forces to the Social Security Administration. The data is FOR OFFICIAL USE ONLY and will be maintained in strict confidence in accordance with Federal law and regulations.

**ROUTINE USES:** To document your enlistment/reenlistment agreement with the U. S. Armed Forces; to record voluntary changes in your enlistment/reenlistment agreement; to determine dates of service and seniority; and for such other routine personnel management actions required to maintain normal career progression as a member of a component of the U. S. Armed Forces.

**DISCLOSURE IS VOLUNTARY:** However, failure to furnish information will result in denial of enlistment or reenlistment.

**A. ENLISTEE / REENLISTEE IDENTIFICATION DATA**

| | |
|---|---|
| 1. NAME *(Last, First, Middle)*<br>HEDBERG LISA MARIE | 2. SOCIAL SECURITY NUMBER<br>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 |
| 3. HOME OF RECORD *(Street, City, State, ZIP Code)*<br>P O BOX 816<br>CLEVELAND OK 74020 | 4. PLACE OF ENLISTMENT / REENLISTMENT *(Mil. Installation, City, State)*<br>OKLAHOMA CITY MEPS OK |

| 5. DATE OF ENLISTMENT/ REENLISTMENT *(YYMMDD)* | 6. DATE OF BIRTH *(YYMMDD)* | 7. PREV MIL SVC UPON ENL / REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 86 MAY 28 | 68 FEB 27 | a. Total Active Military Service | | | |
| | | b. Total Inactive Military Service | | | |

**B. AGREEMENTS**

8. I am enlisting/reenlisting in the United States *(list branch of service)* AIR FORCE RESERVE this date for 8 years and ______ weeks beginning in pay grade E-1. The additional details of my enlistment/reenlistment are in Section C and Annex(es) A.

a. **FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**
I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYMMDD))* [illegible] for enlistment in the Regular component of the United States *(list branch of service)* AIR FORCE for not less than 4 years and ______ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is **NOT** creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: *(If none, so state.)* NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
*(Initials of Enlistee/Reenlistee)* LMH

*(Continued on reverse side.)*



DD Form 4/1, MAY 85 *Previous editions are obsolete.*

C. **PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS**

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment/reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY OR MARINE CORPS:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** This form registers me under the Military Selective Service Act. The Department of Defense may transmit information from my personnel records, including name, social security number, birthdate, and address to the Selective Service System to meet registration and information reporting requirements.

| NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| HEDBERG LISA MARIE | 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 |

**D. CERTIFICATION AND ACCEPTANCE**

13a. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, X "NONE" and initial.)*

☑ NONE LMH *(Initials of enlistee / reenlistee)*

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| Lisa Marie Hedberg | 86 MAY 28 |

14a. On behalf of the United States *(list branch of service)* AIR FORCE, I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

SERVICE REPRESENTATIVE INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| WALTON LARRY D | E 7 | 3549USAFRSQ |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| Larry D Walton | 86 MAY 28 | Tinker AFB Ok 73145 |

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

**15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):**
I, LISA MARIE HEDBERG, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

**16. IN THE NATIONAL GUARD (ARMY OR AIR):**
I, ______, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law and regulations. So help me God.

**17. IN THE NATIONAL GUARD (ARMY OR AIR):**
I do hereby acknowledge to have voluntarily enlisted /reenlisted this ______ day of ______ 19______ in the ______ National Guard and as a Reserve of the United States *(list branch of service)* ______ with membership in the ______ National Guard of the United States for a period of ______ years, ______ months, ______ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a SIGNATURE OF ENLISTEE / REENLISTEE | b. DATE SIGNED *(YYMMDD)* |
|---|---|
| Lisa Marie Hedberg | 86 MAY 28 |

19a. The above oath was administered, subscribed and duly sworn to (or affirmed) before me this date.

ENLISTMENT / REENLISTMENT OFFICER INFORMATION

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| MAULIN MARGARET A | E-4 | OKLAHOMA CITY MEPS |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| Margaret A. Maulin | 86 MAY 28 | OKLAHOMA CITY OK 73102 |



DD Form 4/2, MAY 85 *Previous editions are obsolete.*

# RECORD OF MILITARY PROCESSING - ARMED FORCES OF THE UNITED STATES

*Before completing this form, read Privacy Act Statement, Warning, and Instructions on reverse.*

Form Approved
OMB No. 0704-0173
Exp. Date: Jun. 30, 1988

| A. SERVICE PROCESSING FOR | B. STATUS (X one) | C. SELECTIVE SERVICE CLASSIFICATION | D. SELECTIVE SERVICE REGISTRATION NO. |
|---|---|---|---|
| D F R | XXX NPS / PS | | |

## SECTION I - PERSONAL DATA

| 1. SOCIAL SECURITY NUMBER | 2. NAME (Last, First, Middle Name (& Maiden, if any), Jr., Sr., etc.) | 3. ALIASES |
|---|---|---|
| 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 | HEDBERG LISA MARIE | NONE |

**4. CURRENT ADDRESS** (Street, City, County, State, ZIP Code)
P.O BOX 816
CLEVELAND OKLA 74020

**5. HOME OF RECORD ADDRESS** (Street, City, County, State, ZIP Code)
SAME AS ITEM 4

**6. CITIZENSHIP** (X one)
- XXXX a. U.S. AT BIRTH (If this box is marked, also X (1) or (2))
  - XXXX (1) NATIVE BORN
  - (2) BORN ABROAD OF U.S. PARENT(S)
- b. U.S. NATURALIZED
- c. U.S. DERIVED THROUGH NATURALIZATION OF PARENT(S)
- d. U.S. NON-CITIZEN NATIONAL
- e. IMMIGRANT ALIEN (Specify)
- f. NON-IMMIGRANT FOREIGN NATIONAL (Specify)

**7. SEX**
- a. MALE
- XXX b. FEMALE

**8. POPULATION GROUP**
- XXX a. WHITE
- b. BLACK
- c. ASIAN
- d. AMERICAN INDIAN
- e. OTHER (Specify)

**9. ETHNIC GROUP** (Specify): WHITE

**10. MARITAL STATUS** (Specify): SINGLE

**11. NUMBER OF DEPENDENTS**: 0

| 12. DATE OF BIRTH (YYMMDD) | 13. RELIGIOUS PREFERENCE (Optional) | 14. EDUCATION (Highest Grade Completed) | 15. PROFICIENT IN FOREIGN LANGUAGE (Yes or No) (If yes, specify language) |
|---|---|---|---|
| 680227 | METHODIST | 11S | NONE |

| 16. VALID DRIVER'S LICENSE (Yes or No) (If yes, list state, number, and expiration date) | 17. PLACE OF BIRTH (City, State and Country) |
|---|---|
| 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 OKLA | TACOMA WASHINGTON USA |

## SECTION II - EXAMINATION AND ENTRANCE DATA PROCESSING CODES

**FOR OFFICE USE ONLY - DO NOT WRITE IN THIS SECTION - GO ON TO PAGE 2, QUESTION 23**

**18. APTITUDE TEST RESULTS**

a. TEST ID | b. TEST SCORES

| GS | AR | WK | PC | NO | CS | AS | MK | MC | EI | VE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

c. AFQT PERCENTILE

| GI | NO | AD | WK | AR | SP | MK | EI | MC | GS | SI | AI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**19. DEP ENLISTMENT DATA**

| a. DATE OF DEP ENLISTMENT (YYMMDD) | b. PROJ ACTIVE DUTY DATE (YYMMDD) | c. ES | d. RECRUITER IDENTIFICATION | e. PROGRAM ENLISTED FOR | f. T-E MOS/AFS |
|---|---|---|---|---|---|
| 860528 | 860827 | 3 | 0049GB13Q | 00004 | 99000 |

**20. ACCESSION DATA**

| a. ENLISTMENT DATE (YYMMDD) | b. ACTIVE DUTY SERVICE DATE (YYMMDD) | c. PAY ENTRY DATE (YYMMDD) | d. TOE | e. WAIVER | f. PAY GRADE | g. DATE OF GRADE (YYMMDD) | h. ES | i. HIGHEST ED GR COMPL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| j. RECRUITER IDENTIFICATION | k. PROGRAM ENLISTED FOR | l. T-E MOS/AFS | m. PMOS/AFS | n. YOUTH | o. OA | p. TRANSFER TO |
|---|---|---|---|---|---|---|
| | | | | | | |

**21. SERVICE REQUIRED CODES**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
| 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 |
| 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 |

# DD Form 1966
# RECORD OF MILITARY PROCESSING
# ARMED FORCES OF THE UNITED STATES

## *Privacy Act Statement*

**AUTHORITY:** Title 10, United States Code, Sections 504, 505, 508, 510, and 520a, and Title 50 USC Appendix 451 and following section.

**PRINCIPAL PURPOSE:** To determine your eligibility for military service.

**ROUTINE USES:** This form becomes the principal source document for, and part of, your military personnel records which are used to make decisions related to your training, promotion, assignments, and other personnel management actions.

**DISCLOSURE:** *(Applicants)* Voluntary; however, failure to answer all questions on this form, except "optional" items, may result in denial of your enlistment.

*(Selective Service Registrants)* Disclosure of requested information is mandatory except "optional" items, disclosure of which is voluntary.

## WARNING

Information provided by you on this form is FOR OFFICIAL USE ONLY and will be maintained and used in strict compliance with Federal laws and regulations. The information provided by you becomes the property of the United States Government, and it may be consulted throughout your military service career, particularly whenever either favorable or adverse administrative or disciplinary actions related to you are involved.

YOU CAN BE PUNISHED BY FINE, IMPRISONMENT OR BOTH IF YOU ARE FOUND GUILTY OF MAKING A KNOWING AND WILLFUL FALSE STATEMENT ON THIS DOCUMENT.

## INSTRUCTIONS

*(Read carefully BEFORE filling out this form.)*

1. Read Privacy Act Statement above before completing form.

2. Type or print LEGIBLY all answers; If the answer is "None" or "Not Applicable," so state. "OPTIONAL" questions may be left blank.

3. List all responses requiring dates (schools, employment/residences) in chronological order beginning with present or the most recent and work backwards. Show all (employers/ residences) for the last five years or since 13th birthday. Give inclusive dates for each period of residence/ employment/school. If additional space is needed for any answer, continue it in Item 39, "Remarks."

4. Unless otherwise specified, write all dates as 6 digits (with no spaces or marks) in YYMMDD fashion. February 13, 1985 is written 850213.

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| HEDBERG | 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 |

## SECTION III - OTHER PERSONAL DATA

**23. CITIZENSHIP** *(You must provide your recruiter with the necessary documents to confirm your answers.)*

| a. BIRTH CERTIFICATE (1) FILE NUMBER | (2) ISSUING COUNTY | (3) ISSUING STATE | b. NATIVE COUNTRY |
|---|---|---|---|
| | PIERCE | WA | USA |

| c. IF ALIEN, GIVE ALIEN REGISTRATION NUMBER AND LAST ADDRESS FURNISHED TO IMMIGRATION AND NATURALIZATION SERVICE (INS) | d. DATE/PORT OF ENTRY INTO THE U.S. *(If applicable)* |
|---|---|
| | |

**24. EDUCATION** *(List all high schools and colleges attended. If none attended, show last school attended.)*

| a. FROM *(YYMM)* | b. TO *(YYMM)* | c. NAME OF SCHOOL | d. LOCATION | e. GRADUATE YES | NO |
|---|---|---|---|---|---|
| 85-08 | PRESENT | CLEVELAND HIGH SCHOOL | CLEVELAND XEOKLA 74020 | | |
| 81-08 | 85-08 | BROOKS HIGH SCHOOL | SPERRY OKLA 74070 | | XXXXX |
| | | | | | |

**25. RESIDENCES** *(List all for the last five years or since 13th birthday, whichever is shorter.)*

| a. FROM *(YYMM)* | b. TO *(YYMM)* | c. STREET ADDRESS | d. CITY | e. STATE | f. ZIP CODE |
|---|---|---|---|---|---|
| 86-04 | PRESENT | PO.BOX 816 | CLEVELAND | OKLA | 74020 |
| 85-08 | 86-04 | 1122 W OSAGE | CLEVELAND | OKLA | 74020 |
| 85-04 | 85-08 | RR1 BOX 1470 | RAMONA | OKLA | 74012 |
| 84-07 | 85-04 | 209 N GARRISON | SPERRY | OKLA | 74073 |
| 80-08 | 84-07 | PO BOX 256 | SPERRY | OKLA | 74073 |

**26. EMPLOYMENT** *(Show all periods of employment and unemployment during the last five years.)*

| a. FROM *(YYMM)* | b. TO *(YYMM)* | c. NAME OF EMPLOYER | d. ADDRESS *(Include Zip Code)* | e. NAME OF IMMEDIATE SUPERVISOR | f. JOB TITLE |
|---|---|---|---|---|---|
| 80-08 | PRESENT | FULL TIME STUDENT | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**27. RELATIVES**

| a. NAME *(Last, First, Middle Initial)* | b. DEPN YES | NO | c. DATE OF BIRTH *(YYMMDD)* | d. PLACE OF BIRTH | e. PRESENT ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER: HEDBERG JOHN J | | JMH | [redacted] | [redacted] | ABANDONDED FAMILY 1971 WERE ABOUTS UNK | USA |
| MOTHER *(Maiden Name)*: RIGNELL JUDY K | | JMH | [redacted] | [redacted] | PO.BOX 816 OKLA CLEVELAND XXX 74020 | USA |
| SPOUSE *(Maiden Name, if applicable)* | | | | | | |
| CHILDREN | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



Case 4:12-cv-08001-GAF Document 158-17 Filed 09/03/15 Page 8 of 14

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| HEDBERG | 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 |

| Item | YES | NO |
|---|---|---|
| 28. Are you now or have you ever been in any regular or reserve branch of the Armed Forces or in the Army National Guard or the Air National Guard? *(Give your recruiter the appropriate DD Form 214 and/or DD Form 215 or NGB Form 22 for review.)* | | LMH |
| 29. Are you now or have you ever been divorced or legally separated? If "YES," enter in Item 39, "REMARKS," the date, place and court which granted divorce or legal separation. | | LMH |
| 30. Is any court order or judgment in effect that directs you to provide support for children or alimony? If "YES," enter in Item 39, "REMARKS," the date, place, and court which granted alimony or support, including orders resulting from paternity suits. | | LMH |
| 31. Have you ever been arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, regardless of whether the citation was dropped or dismissed or you were found not guilty? Include all courts-martial or non-judicial punishment while in military service. If "YES," enter details in Item 35. | | LMH |
| 32. As a result of being arrested, apprehended, charged, cited or held by Federal, State, military or other law enforcement or juvenile authorities, have you ever been convicted, fined by or forfeited bond to a Federal, State or other judicial authority or adjudicated a youthful offender or juvenile delinquent (regardless of whether the record in your case has been "sealed" or otherwise stricken from the court record); or have you been released from parole, probation, juvenile supervision or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? If "YES," enter details in Item 35. | | LMH |
| 33. Have you ever been detained, held in, or served time in any jail or prison, reform or industrial school, or a juvenile facility or institution under the jurisdiction of any city, state, Federal, or foreign country? If "YES," enter details in Item 35. | | LMH |
| 34. Have you ever been a ward, or are you now under suspended sentence, parole, or probation or awaiting any action on criminal/civil charges against you? If "YES," enter details in Item 35. | | LMH |

**35. LAW VIOLATIONS.** Explain below "YES" answers given in Items 31 through 34 above. (Include all incidents with law enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.)

| a. DATE *(YYMMDD)* | b. NATURE OF OFFENSE OR VIOLATION | c. PLACE OF OFFENSE | d. NAME AND LOCATION OF COURT | e. PENALTY IMPOSED OR OTHER DISPOSITION IN EACH CASE |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

**36. CHARACTER AND SOCIAL ADJUSTMENT:** If your answer to every question is truthfully "NO," indicate so in the appropriate space. If your answer is "YES," indicate so in the appropriate space and give details in Item 39, "REMARKS." A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation.

| Item | YES | NO |
|---|---|---|
| a. Questions (1), (2), and (3) below concern possession, supply, use without a prescription of marijuana, narcotics, LSD or other dangerous drugs. A "Yes" answer to (3) has no bearing on your eligibility to enlist or be commissioned but is essential to accurate job classification. Additional screening will occur during basic training or officer training school. | | |
| (1) Have you ever used narcotics, LSD or other dangerous drugs? | | LMH |
| (2) Have you ever been a supplier of narcotics, LSD or other dangerous drugs or marijuana? | | LMH |
| (3) Have you used marijuana at any time in the past six months? | | LMH |
| b. Has your use of drugs or alcoholic beverages (such as liquor, beer, wine), ever resulted in your loss of a job, arrest by police, or treatment of alcoholism? | | LMH |
| c. Are you a homosexual or a bisexual? ("Homosexual" is defined as: sexual desire or behavior directed at a person(s) of one's own sex. "Bisexual" is defined as: a person sexually responsive to both sexes.) | | LMH |
| d. Do you intend to engage in homosexual acts (sexual relations with another person of the same sex)? | | LMH |
| e. Are you a conscientious objector? That is, do you have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | | LMH |
| f. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | | LMH |
| g. Are you now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | | LMH |
| h. Are you now, or have you ever been, a member of the Communist Party or any Communist organization? Are you now, or have you ever been, affiliated with any organization, association, movement, group, or combination of persons which advocates the overthrow of our constitutional form of government or which has adopted the policy of advocating the commission of acts of violence to deny other persons their rights under the Constitution of the United States or which seeks to alter the form of government of the United States by unconstitutional means? *(If "YES," give details in Item 39, "REMARKS.")* | | LMH |

| NAME | SOCIAL SECURITY NUMBER |
|---|---|
| HEDBERG | 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 |

**37. OTHER BACKGROUND DATA**

| | | YES | NO |
|---|---|---|---|
| a. | Have you ever traveled to, or resided in, a foreign country except as a member of the United States Armed Forces (including dependent travel) performing official duties? *(If "YES," give details in Item 39, "REMARKS.")* | | LMH |
| b. | Are you the only living child of your parents? | | LMH |
| c. | Are you now drawing, or do you have an application pending, or approval for: retired pay, disability allowance, severance pay, or a pension from the government of the United States? | | LMH |
| d. | Have you been enrolled in ROTC, Junior ROTC, Sea Cadet Program, or have you been a member of the Civil Air Patrol? *(If "YES," enter organization and its address in Item 39, "REMARKS.")* | | LMH |

**38. UNDERSTANDING**

| | | b. APPLICANT'S INITIALS |
|---|---|---|
| a. | I understand that an original enlistment obligates me to serve in the Armed Forces for a period of eight (8) years (active and inactive duty) unless sooner discharged. | LMH |

## SECTION IV - REMARKS

**39. REMARKS** *(Enter Item(s) being continued.)*

NONE

DD Form 1966/4, AUG 85 Previous editions are obsolete.

NAME HEDBERG

SOCIAL SECURITY NUMBER 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

## SECTION V - CERTIFICATION

**40. CERTIFICATION OF APPLICANT** *(Your signature in this block must be witnessed by your recruiter.)*

a. I certify that the information given by me in this document is true, complete, and correct to the best of my knowledge and belief. I understand that I am being accepted for enlistment based on the information provided by me in this document: that if any of the information is knowingly false or incorrect, I could be tried in a civilian or military court and could receive a less than honorable discharge which could affect my future employment opportunities.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. SIGNATURE | d. DATE SIGNED *(YYMMDD)* |
|---|---|---|
| HEDBERG LISA M | Lisa M. Hedberg | 86-05-19 |

**41. DATA VERIFICATION BY RECRUITER** *(Enter description of the actual documents used to verify the following items.)*

| a. NAME *(X one)* | | b. AGE *(X one)* | | c. CITIZENSHIP *(X one)* | |
|---|---|---|---|---|---|
| XXX | (1) BIRTH CERTIFICATE | XXX | (1) BIRTH CERTIFICATE | XXX | (1) BIRTH CERTIFICATE |
| | (2) OTHER *(Explain)* | | (2) OTHER *(Explain)* | | (2) OTHER *(Explain)* |
| **d. SOCIAL SECURITY NUMBER** *(X one)* | | **e. EDUCATION** *(X one)* | | **f. OTHER DOCUMENTS USED** | |
| XXX | (1) SSN CARD | XXX | (1) DIPLOMA | NONE | |
| | (2) OTHER *(Explain)* | | (2) OTHER *(Explain)* | | |

**42. CERTIFICATION OF WITNESS**

a. I certify that I have witnessed the applicant's signature above and that I have verified the data in the documents required as prescribed by my directives. I further certify that I have not made any promises or guarantees other than those listed and signed by me. I understand my liability to trial by courts-martial under the Uniform Code of Military Justice should I effect or cause to be effected the enlistment of anyone known by me to be ineligible for enlistment.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. | e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* |
|---|---|---|---|---|
| WATHEN KIM S | E-4 | 49GB13Q | Kim S Wathen | 86-05-19 |

**43. SPECIFIC OPTION/PROGRAM ENLISTED FOR, MILITARY SKILL, OR ASSIGNMENT TO A GEOGRAPHICAL AREA GUARANTEES**

a. SPECIFIC OPTION/PROGRAM ENLISTED FOR *(Completed by Guidance Counselor, MEPS Liason NCO, etc., as specified by sponsoring service - use clear text English.)*

GAI

b. I fully understand that I will not be guaranteed any specific military skill or assignment to a geographic area except as shown in Item 43.a. above and annexes attached to my Enlistment/ Reenlistment Document *(DD Form 4)*.

c. APPLICANT'S INITIALS

**44. CERTIFICATION OF RECRUITER OR ACCEPTOR**

a. I certify that I have reviewed all information contained in this document and, to the best of my judgment and belief, the applicant fulfills all legal policy requirements for enlistment. I accept him/her for enlistment on behalf of the United States *(Enter Branch of Service)* AIR FORCE, and certify that I have not made any promises or guarantees other than those listed in Item 43 above. I further certify that service regulations governing such enlistments have been strictly complied with and any waivers required to effect applicant's enlistment have been secured and are attached to this document.

| b. TYPED OR PRINTED NAME *(Last, First, Middle Initial)* | c. PAY GRADE | d. RECRUITER I.D. OR ORGANIZATION | e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* |
|---|---|---|---|---|
| WALTON LARRY D | E 7 | 49M16G9 | [signature] | 86 05 28 |

## SECTION VI - RECERTIFICATION

**45. RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY**

a. I have reviewed all information contained in this document this date. That information is still correct and true to the best of my knowledge and belief. If changes were required, the original entry has been marked "See Item 45" and the correct information is provided below.

| b. ITEM NUMBER | c. CHANGE REQUIRED |
|---|---|
| | |
| | |
| | |

| d. WITNESS | | e. APPLICANT | |
|---|---|---|---|
| (1) TYPED OR PRINTED NAME | (2) PAY GRADE | (1) SIGNATURE | (2) DATE SIGNED *(YYMMDD)* |
| (3) SIGNATURE | | | |

DD Form 1966/5, AUG 85 Previous editions are obsolete.

STANDARD FORM 93
REV. OCTOBER 1974
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201 - 45.505

Approved
Office of Management and Budget No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| | |
|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>Hedberg, Lisa Marie | 2. SOCIAL SECURITY OR IDENTIFICATION NO.<br>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 |
| 3. HOME ADDRESS *(No. street or RFD, city or town, State, and ZIP CODE)*<br>P.O. Box 816 Cleveland, OK 74020 | 4. POSITION *(Title, grade, component)*<br>CIVILIAN |
| 5. PURPOSE OF EXAMINATION<br>(ENLISTMENT) COMMISSION<br>ARMY NAVY (AIR FORCE) MARINE CORPS<br>COAST GUARD RESERVE NATIONAL GUARD<br>6. DATE OF EXAMINATION<br>22 May 86 | 7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>Oklahoma City MEPS, 621 N. Robinson Ave.<br>Room 201, Oklahoma City, OK 73102-6293 |

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED *(Follow by description of past history, if complaint exists)*

PRESENT HEALTH: Good

CURRENT MEDICATIONS: no medication

ALLERGIES (INCLUDING TO INSECT BITES/STINGS AND TO COMMON FOODS): none

9. HAVE YOU EVER *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU *(Please check each item)*

| YES | NO | *(Check each item)* |
|---|---|---|
| | ✓ | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW *(Please check at left of each item)*

| YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* | YES | NO | DON'T KNOW | *(Check each item)* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | | ✓ | | Frequent indigestion | | ✓ | | Foot trouble |
| | ✓ | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | ✓ | | Neuritis |
| | ✓ | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | | | | Adverse reaction to serum, drug or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | ✓ | | | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Broken bones | | ✓ | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Rupture/hernia | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Piles or rectal diseases | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hay Fever | | ✓ | | Frequent or painful urination | | | | |
| | ✓ | | Head injury | | ✓ | | Bed wetting since age 12 | | | | |
| | ✓ | | Skin diseases | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Thyroid trouble or goiter | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Tuberculosis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Asthma | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Shortness of breath | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Chronic cough | | ✓ | | Lameness | | | | |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Loss of finger or toe | | | | |
| | ✓ | | Heart trouble or murmur | | ✓ | | Painful or "trick" shoulder or elbow | | | | |
| | ✓ | | High or low blood pressure | | ✓ | | Recurrent back pain | | | | |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | |
|---|---|---|
| | ✓ | Been treated for a female disorder |
| | ✓ | Had a change in menstrual pattern |

DATE OF LMP: ~~A 4 27 April 27~~

DATE OF LMP: 27 Apr. 86 AH.

13. WHAT IS YOUR USUAL OCCUPATION? High School Student

14. ARE YOU *(Check one)* [X] Right handed [ ] Left handed

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT |
|---|---|---|
| | ✓ | **15. Have you been refused employment or been unable to hold a job or stay in school because of:** **A. Sensitivity to chemicals, dust, sunlight, etc.** |
| | ✓ | **B. Inability to perform certain motions.** |
| | ✓ | **C. Inability to assume certain positions.** |
| | ✓ | **D. Other medical reasons** *(If yes, give reasons.)* |
| | ✓ | **16. Have you ever been treated for a mental condition?** *(If yes, specify when, where, and give details).* |
| | ✓ | **17. Have you ever been denied life insurance?** *(If yes, state reason and give details.)* |
| | ✓ | **18. Have you had, or have you been advised to have, any operations?** *(If yes, describe and give age at which occurred.)* |
| | ✓ | **19. Have you ever been a patient in any type of hospitals?** *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* |
| ✓ | | **20. Have you ever had any illness or injury other than those already noted?** *(If yes, specify when, where, and give details.)* |
| | ✓ | **21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses?** *(If yes, give complete address of doctor, hospital, clinic, and details.)* |
| | ✓ | **22. Have you ever been rejected for military service because of physical, mental, or other reasons?** *(If yes, give date and reason for rejection.)* |
| | ✓ | **23. Have you ever been discharged from military service because of physical, mental, or other reasons?** *(If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.)* |
| | ✓ | **24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability?** *(If yes, specify what kind, granted by whom, and what amount, when, why.)* |

(20) Usual Childhood Diseases - Chickenpox

**I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge.**
**I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.**

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Lisa Marie Hedberg | Lisa Hedberg |

**NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."**

**25. Physician's summary and elaboration of all pertinent data** *(Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)*

No sig history. UCHD
Go. ō Bcp. ō cramps

| QUESTIONING REVEALS | YES | NO | DETAILS |
|---|---|---|---|
| MARIJUANA USE | | ✓ | |
| OTHER DRUG ABUSE | | ✓ | |
| ALCOHOL ABUSE | | ✓ | |
| HOMOSEXUALITY | | ✓ | |

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| WILLIAM SAVAGE, M.D. Chief Medical Officer | 22 ... | W. Savage | |

REVERSE OF STANDARD FORM 93

★ U.S. GOVERNMENT PRINTING OFFICE: 1985—641-325

min 103 Max 139

**NAME:** Hedberg, Lisa M

**MEASUREMENTS AND OTHER FINDINGS**

**SSN:** 440 - 70 - 7319

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 62 1/4 | 111 | brown | Green | [X] SLENDER [ ] MEDIUM [ ] HEAVY [ ] OBESE | 575 |

57. BLOOD PRESSURE *(Arm at heart level)*

| A. SITTING | B. RECUMBENT | C. STANDING (3 min.) |
|---|---|---|
| SYS. 110 DIAS. 60 | SYS. DIAS. | SYS. DIAS. |

58. PULSE *(Arm at heart level)*

| A. SITTING | B. AFTER EXERCISE | C. 2 MIN. AFTER | D. RECUMBENT | E. AFTER STANDING 3 MIN. |
|---|---|---|---|---|
| 64 | | | | |

59. DISTANT VISION

RIGHT 20/ 100 CORR. TO 20/ 20

LEFT 20/ 50 CORR. TO 20/ 20

60. REFRACTION

BY -1.00 S CX

BY -1.00 S. CX

61. NEAR VISION

20/25 CORR. TO 20/20 BY Same

20/25 CORR. TO 20/20 BY

62. HETEROPHORIA *(Specify distance)*

ES° EX° R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

ACCOMMODATION

RIGHT LEFT

64. COLOR VISION *(Test used and result)* PIP Pass 1 /14

65. DEPTH PERCEPTION *(Test used and score)* VERHOEFF

UNCORRECTED Fail

CORRECTED

66. FIELD OF VISION

67. NIGHT VISION *(Test used and score)*

68. RED LENS TEST

69. INTRAOCULAR TENSION

HEARING

RIGHT WV /15 SV /15

LEFT WV /15SV /15

71. AUDIOMETER ANSI-69

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | ● | 5 | 15 | 10 | 10 | 10 | 10 | ● |
| LEFT | ● | 10 | 10 | 15 | 15 | 20 | 30 | ● |

72. PSYCHOLOGICAL AND PSYCHOMOTOR FOR MEPS USE ONLY

| WK | ST | DATE | INITIAL |
|---|---|---|---|
| | P | MAY 22 1986 | CL |
| 58 | | MAY 27 1986 | [illegible] |
| NA | | MAY 28 1986 | CR |

73. NOTES *(Continued)* AND SIGNIFICANT OR INTERVAL HISTORY

ITEM 64:

RED/GREEN (ARMY ONLY) ______

FALANT ______

| PHYSICAL INSPECTION DATE | HT | WT | RPR | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*(Use additional sheets if necessary)*

74. SUMMARY OF DEFECTS AND DIAGNOSES *(List diagnoses with item numbers)*

59, E1

THIS EXAMINATION HAS BEEN ADMINISTRATIVELY REVIEWED FOR COMPLETENESS AND ACCURACY

SIGNATURE Cathy Reynolds GRADE GS-4 DATE MAY 22 1986

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED *(Specify)*

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

X G

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | | | |

77. EXAMINEE *(Check)*

A. [X] IS QUALIFIED FOR

B. [ ] IS NOT QUALIFIED FOR

SERVICE AS IN ITEM 5 Enlist Air Force

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF JOHN B. HUBBARD M. D. Fee Basis Physician — SIGNATURE John B Hubbard

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OF PHYSICIAN *(Indicate which)* — SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY WILLIAM L. SAVAGE, Chief Medical Officer — SIGNATURE WL Savage

NUMBER OF ATTACHED SHEETS 1

★ U.S. GPO: 1985—641-32