```
21-FEB-2006 07:33:17.85
*******************************************************************************
02/21/2006 09-2/2006           Enrollment History              REG210K  Y2K.02
 Next  Find  Stu.Menu  Exit  Help  Misc  Prv  Beg  Las  Update
 Stu ID Last                First/Middle  Birthdate  S GR CK   Sch:  -N Dst:09-I
 120738 BOMAN               MICHAEL S     12/05/1974 M 12 1988             05/07/91
 No Rec Grad:  SEC:     Flg:          AKA:                                 09/10/91
--------------------------------------------------------------------------------
                                                                        Transcript
  Sch Year S St Entered  Withdrew To WD Code        Comment               Sent on
01 09 1991 2 A  05/07/91
02 09 1992 1 W  05/07/91 09/10/91
03 09 1992 1 W  09/10/91 09/10/91    A2 MOVED OUT O MAR VISTA HS, IB    10/08/91
04
05
06
07
08
09
10
11
12
13
14

*******************************************************************************
```

Student ID: 120738 Name: BOMAN, MICHAEL S Sex: M Grade: 12

| | |
|---|---|
| Administration: | .00 |
| Finance: | .00 |
| Library: | .00 |
| Books: | .00 |
| Other: | .00 |
| | ------ |
| Total: | .00 |

[GRD220Z] -- This student has NO Progress Grade information

No Student with the ID selected exists

No Student Attendance Data for the ID and dates selected exists

[DIS230Z] -- This student has NO Discipline records on file

| STU # | STUDENT NAME ------ ALSO KNOWN AS ------ | GR | SX | -- BIRTH - | BIRTHPLACE --------- | INTRA | INTER | COUNS | |
|---|---|---|---|---|---|---|---|---|---|
| 120738 | BOMAN, MICHAEL S | 12 | M | 12-05-1974 | SAN DIEGO CA | | | ?? | PAGE 1-1 |

| PARENT NAME -------- | ADDRESS ------------------------- | CITY ----------- | -ZIP- | -HOME PHONE- | -BUSN PHONE- | -CSIS ID-- |
|---|---|---|---|---|---|---|
| BOMAN, RICHARD | 1752 HARBISON CANYON RD | EL CAJON | 92019 | 619 445-3960 | 619 281-3712 | |

| TODAY | KEY | D-ENTRY | S-ENTRY | GRADUATE | WITHDRAW | COD | SCHOOL-NAME ---- | ADDRESS -------------------- | CITY -------- | ZIP | SCHOOL-PHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-21-2006 | 1988 | 05-07-1991 | - - | - - | 09-10-1991 | | VALHALLA | 1725 HILLSDALE RD | EL CAJON, CA | 92019 | 619 593-5300 |

| T E A C H E R ------- | C O U R S E --------- | MK | EF | CO | CRED | ATM | GREQ | UCAG | CMPL | SCH |
|---|---|---|---|---|---|---|---|---|---|---|
| Z777 Trnsf Crse | C470 TYPING | B | | | 5.0 | 5.0 | C0 | | 01-1989 | EA |
| Z777 Trnsf Crse | E012 ENGLISH 9 | D | | | 5.0 | 5.0 | E1 | | 01-1989 | EA |
| Z777 Trnsf Crse | E850 L.A. SKILLS | C | | | 5.0 | 5.0 | E0 | | 01-1989 | EA |
| Z777 Trnsf Crse | M150 PRAC MATH | B | | | 5.0 | 5.0 | M1 | | 01-1989 | EA |
| Z777 Trnsf Crse | P109 P.E. | A | | | 5.0 | 5.0 | P1 | | 01-1989 | EA |
| Z777 Trnsf Crse | S850 OKLAHOMA HISTO | B | | | 5.0 | 5.0 | S0 | | 01-1989 | EA |
| ---- Session 1-1989 | GPA:2.667 ---- | | | | Total:30.00 | | Grade:09 | | | |
| Z777 Trnsf Crse | E013 ENGLISH 9 | C | | | 5.0 | 5.0 | E1 | | 06-1989 | EA |
| Z777 Trnsf Crse | K210 METAL 9 | A | | | 5.0 | 5.0 | K0 | | 06-1989 | EA |
| Z777 Trnsf Crse | M155 PRAC MATH | B | | | 5.0 | 5.0 | M1 | | 06-1989 | EA |
| Z777 Trnsf Crse | P109 P.E. | A | | | 5.0 | 5.0 | P1 | | 06-1989 | EA |
| Z777 Trnsf Crse | R038 PHYS SCI | C | | | 5.0 | 5.0 | R2 | | 06-1989 | EA |
| Z777 Trnsf Crse | S021 WORLD HIST II | C | | | 5.0 | 5.0 | S1 | | 06-1989 | EA |
| ---- Session 2-1989 | GPA:2.833 ---- | | | | Total:30.00 | | Grade:09 | | | |
| Z777 Trnsf Crse | C480 TYPING 2 | A | | | 5.0 | 5.0 | C0 | | 02-1990 | MA |
| Z777 Trnsf Crse | E022 ENG 10-1 | C | | | 5.0 | 5.0 | E2 | | 02-1990 | MA |
| Z777 Trnsf Crse | M260 ALGEBRA BAS 1 | B | | | 5.0 | 5.0 | M1 | | 02-1990 | MA |
| Z777 Trnsf Crse | P141 P.E. | A | | | 5.0 | 5.0 | P1 | | 02-1990 | MA |
| Z777 Trnsf Crse | R181 LIFE SCI 1 | D | | | 5.0 | 5.0 | R1 | | 02-1990 | MA |
| Z777 Trnsf Crse | S243 WLD CLT 1 | C | | | 5.0 | 5.0 | S6 | F | 02-1990 | MA |
| ---- Session 1-1990 | GPA:2.667 ---- | | | | Total:30.00 | | Grade:10 | | | |
| Z777 Trnsf Crse | E023 ENG 10-2 | D | | | 5.0 | 5.0 | E2 | | 06-1990 | MA |
| Z777 Trnsf Crse | M265 ALGEBRA BAS | A | | | 5.0 | 5.0 | M1 | | 06-1990 | MA |
| Z777 Trnsf Crse | P141 P.E. | C | | | 5.0 | 5.0 | P1 | | 06-1990 | MA |
| Z777 Trnsf Crse | R182 LIFE SCI 2 | A | | | 5.0 | 5.0 | R1 | | 06-1990 | MA |
| Z777 Trnsf Crse | S244 WLD CLT 2 | C | | | 5.0 | 5.0 | S6 | F | 06-1990 | MA |
| Z777 Trnsf Crse | Y600 DR ED EM PREP | C | | | 5.0 | 5.0 | Y0 | | 06-1990 | MA |
| ---- Session 2-1990 | GPA:2.500 ---- | | | | Total:30.00 | | Grade:10 | | | |
| Z777 Trnsf Crse | E032 ENG 11-1 | C | | | 5.0 | 5.0 | E3 | | 02-1991 | MA |
| Z777 Trnsf Crse | G271 SPANISH 1 | F | | | 0.0 | 5.0 | -- | EF | 02-1991 | MA |
| Z777 Trnsf Crse | L220 GUITAR 1 | B | | | 5.0 | 5.0 | F1 | | 02-1991 | MA |
| Z777 Trnsf Crse | M400 ALGEBRA 1 | F | | | 0.0 | 5.0 | -- | C | 02-1991 | MA |
| Z777 Trnsf Crse | R181 LIFE SCI 1 | F | | | 0.0 | 5.0 | -- | | 02-1991 | MA |
| Z777 Trnsf Crse | S063 US HIST 11-1 | D | | | 5.0 | 5.0 | S3 | | 02-1991 | MA |
| ---- Session 1-1991 | GPA:1.000 ---- | | | | Total:15.00 | | Grade:11 | | | |
| A827 Schetselaa | B011 Art 2 | B | S | O | 5.0 | 5.0 | F1 | | 06-1991 | 09 |
| A650 Speidel R | E033 English 6A | C | S | S | 5.0 | 5.0 | E3 | | 06-1991 | 09 |
| S683 Granger L | M246 Math A 2 | C | S | S | 5.0 | 5.0 | M1 | | 06-1991 | 09 |
| B583 Silva M J | P141 Phys Ed 10-12 | C | S | S | 5.0 | 5.0 | P1 | | 06-1991 | 09 |
| B583 Silva M J | S064 US His/Geo 2A | D | S | S | 5.0 | 5.0 | S3 | | 06-1991 | 09 |
| J900 Madden K A | *Y240 Study Hall | NM | S | S | NC | 0.0 | -- | | 06-1991 | 09 |
| ---- Session 2-1991 | GPA:2.000 ---- | | | | Total:25.00 | | Grade:11 | | | |

LIMIT 40 PHYS EDUC CREDITS IN TOTAL (25.00)
LIMIT 20 WORK EXPER CREDITS IN TOTAL (00.00)
School is accredited through WASC Accrediting Commission for Schools.
Transcript is UNOFFICIAL unless accompanied by SCHOOL SEAL and/or SIGNATURE

Authorized Signature ______ Date 2/21/06

---- GRADE POINT AVERAGE & CREDIT ----
Star * means course not part of GPA
9th grade NOT included in overall GPA
Overall GPA: 2.042 as of 12-21-1994
Ranking GPA: 2.042 as of 06-26-1991
Rank in Class 346 of 417 at Sch:09

Credits required to graduate: 220.00
Total credits completed: 160.00
------
Credits needed to graduate: 60.00

--------- COURSE REQUIREMENTS ---------

| | REQUIREMENT | REQD | EARN | MET |
|---|---|---|---|---|
| D1 | Computer Studies | 5.00 | 0.00 | NO |
| E1 | English 1-2 | 10.00 | 10.00 | YES |
| E2 | English 3-4 | 10.00 | 10.00 | YES |
| E3 | English 5-6 | 10.00 | 10.00 | YES |
| F1 | Fine Arts (or) | 10.00 | 10.00 | YES |
| G1 | Foreign Lang | --- | --- | --- |
| M1 | Mathematics | 20.00 | 20.00 | YES |
| P1 | Physical Educ | 20.00 | 20.00 | YES |
| R1 | Life Science | 10.00 | 10.00 | YES |
| R2 | Physical Science | 10.00 | 5.00 | NO |
| S1 | Geography/Hum I | 5.00 | 5.00 | YES |
| S2 | Career/Fam Study | 5.00 | 0.00 | NO |
| S3 | US Hst Cul Geog | 10.00 | 10.00 | YES |
| S4 | American Gov't | 5.00 | 0.00 | NO |
| S5 | Economics | 5.00 | 0.00 | NO |
| S6 | World History | 10.00 | 10.00 | YES |
| | Electives | | 40.00 | |
| | Total ----> | | 160.00 | |

------- ADDITIONAL REQUIREMENTS -------

| | | |
|---|---|---|
| First Aid | MET | ON 06/1990 |
| Career Plan | NOT MET | |
| Driver Education | MET | ON 06/1990 |
| Driver Training | MET | ON 06/1990 |

-------- TEST DATA / COMMENTS --------
Weighted 10-12 GPA: 0.000
Unweighted 10-12 GPA: 0.000
College Aid G.P.A.: 1.950

---------- IMMUNIZATION DATA ----------

| Polio V | DPT Td V | Measles V | MET ALL | |
|---|---|---|---|---|
| 02/1975 | 02/1975 | 05/1976 | REQUIRED | |
| 07/1975 | 07/1975 | 00/0000 | 05/1991 | |
| 06/1976 | 06/1976 | | | |
| 03/1978 | 03/1978 | Mumps V | | Rubella V |
| 06/1981 | 06/1981 | 05/1976 | | 05/1976 |
| | | 00/0000 | | 00/0000 |

---------- SCHOOLS ATTENDED ----------
09 VALHALLA EA EAST HS-OK
MA MAR VISTA HS

No CAHSEE test for student with the ID selected exists.

No PA tests for student with the ID selected exists.

No WPA tests for student with the ID selected exists.

No SAT9 tests for student with the ID selected exists.

No CST tests for student with the ID selected exists.

No CELDT tests for student with the ID selected exists.

No CAPA tests for student with the ID selected exists.