PERMANENT STUDENT RECORD
Cleveland Public Schools
Cleveland, Oklahoma 74020

First: Michael Middle: S. Last Name: Boman
Sex: M Date of Birth: 12-5-74 Place: San Diego, CA

Address: 1122 W. Osage Cleveland, OK 74020 Authority of Birth Information:

Father's Name: Richard L. Mother's Name: Parent's Occupation:

Date of Entrance: Aug/30/85 From: Sperry, OK Withdrew: Cause:

| GRADE | | | | | | | | | | | Sixth | | Seventh | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | | | | | | | | | | | 85-86 | | 86-87 | | | | | | | |
| TEACHER | | | | | | | | | | | | | | | | | | | | |
| | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| English | | | | | | | | | | | | | | | | | | | | |
| Arithmetic | | | | | | | | | | | B | B | C | C | | | | | | |
| Social Studies | | | | | | | | | | | B | B | C | C | | | | | | |
| Reading | | | | | | | | | | | B | C | C | C | | | | | | |
| Spelling | | | | | | | | | | | *C | C | D | C | | | | | | |
| Science | | | | | | | | | | | | | | | | | | | | |
| Health | | | | | | | | | | | D | C | C | C | | | | | | |
| Art | | | | | | | | | | | | | | | | | | | | |
| Music | | | | | | | | | | | | | | | | | | | | |
| Penmanship | | | | | | | | | | | | | | | | | | | | |
| Phys. Educ. | | | | | | | | | | | | | | | | | | | | |
| Exploratory | | | | | | | | | | | C | B | | | | | | | | |
| Athletics | | | | | | | | | | | DAC | DB | C | B | | | | | | |
| | | | | | | | | | | | | | A | A | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

Certified By:
2-15-06 [signature] *Sp. Reading
Date Princ. or Supt.

Grading System:
+ Above Average
S Satisfactory
✓ Needs to Improve