Amy Raymond #20839
Staff Attorney, DynTek
Townsite Plaza IV
[redacted]

FILED cm

2004 JUL 23 AM 9:25

IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS

STATE OF KANSAS, EX REL.,SECRETARY,
SOCIAL AND REHABILITATION SERVICES,
ASSIGNEE OF LISA M. BOMAN,
Petitioner/Plaintiff,

vs. Case No. 00D*000157

CARL J. BOMAN,
Respondent/Defendant.

## MOTION FOR INVOLUNTARY ASSIGNMENT OF COMPENSATION

Comes now, the Secretary of the Kansas Department of Social and Rehabilitation Services, assignee of support rights herein, by and through Amy Raymond, Staff Attorney, DynTek, and pursuant to K.S.A. 44-514 requests that the Court grant an involuntary assignment of Worker's Compensation Benefits payable to **Carl J. Boman** for the purpose and amounts as follows: (check the following that apply):

_X_ ASSIGNMENT OF SUPPORT JUDGMENT:

_X_ 40% of **Carl J. Boman** lump-sum settlement payment up to $1,478.45, the amount of arrearage owed by Respondent pursuant to the Court's support Order herein; and/or

In support of said request movant states that:

1. **Carl J. Boman** is ordered to pay child support herein in the amount of $707.00 per month current and $ 212.00 per month towards arrears.

2. **Carl J. Boman** has failed to comply with the child support order and currently owes a support debt assigned to S.R.S. in the amount of $ 1,478.45 as of July 20, 2004.

3. **Carl J. Boman** is receiving Worker's Compensation benefits from **ACE-USA, INC.**

Amy Raymond #20839
Staff Attorney

NOTICE

Please take notice that any party desiring to oppose the relief requested in the foregoing Motion is allowed a period of (10) ten days from the date of service in which to respond in writing and that unless an objection to the above Motion is filed or an oral argument or a fact hearing is requested, the Court will rule upon any filed responses, thereto, on the date the Motion is deemed finally submitted for decision.

CERTIFICATE OF MAILING

I hereby certify that on the 22 day of July, 2004, a true and correct copy of the foregoing Motion for Involuntary Assignment of Compensation was deposited in the U.S. Mail, first class postage prepaid, addressed to the following:

CARL BOMAN
[redacted]

MS. FRANCES BROWN
CLAIMS REPRESENTATIVE
ACE-USA, INC.
[redacted]

LISA MONTGOMERY
Last known address

Amy Raymond #20839
Staff Attorney