DECLARATION OF ANN WALKER-KING

I, ANN WALKER-KING, declare as follows:

I am an investigator in the Capital Habeas Unit of the Office of the Federal Public Defender in the Middle District of Tennessee (Nashville) and was assigned to work on the case of Lisa Montgomery in November, 2012. As part of my investigation I located and interviewed Lisa Montgomery's step-brother, Michael Shinji Boman, only a few days before his death on December 9, 2012.

Michael Boman lived at the South Town Nursing Center in Bixby, Oklahoma. Michael had Lou Gehrig's disease, or ALS, and required nursing assistance. He could use a motorized wheel chair, and though terribly impacted physically, Michael's mind was clear. He spoke with some effort due to a respiratory infection, but spoke with feeling about his early life and how Judy Kleiner Boman had made his life miserable as a child.

I was particularly interested in talking with Michael because as the son of Richard Boman, Michael lived with his father at the time Judy (then Kleiner) moved into the Boman home with her children, including Lisa Montgomery. Judy, Lisa's mother, later married Michael's father, Richard Boman. Michael's older brother, Carl Boman, went on to marry Lisa Montgomery. Michael, born in December 1974, was about six years younger than Lisa, who became his stepsister. When he first met Lisa, her mother and siblings, he was in about the second grade, and lived alone with his dad, a policeman, in the small town of Sperry, Oklahoma. Michael described a simple but happy life living alone with his dad and also told me about his birth mother, who was essentially absent from his childhood.

Michael's birth mother is Yoko Sueyoshi from Japan, whom he described as having problems with alcohol and drugs. Michael said that his mother met his father when Richard was

in the Navy. Michael was born on the naval base in San Diego, California, and didn't walk until he was three years old due to club feet. He recalled little about his mother except that their family lived in Japan for a time, reportedly because his mother didn't like life in the United States. After living in Japan, the family moved back to the United States and continued to live together, briefly, until Richard and Yoko separated. Michael believed that his mother returned to Japan, and he only heard from her a couple of times after she left him as a young child. The official divorce records in Washington County Oklahoma show that Michael's parents divorced in September 1984. The divorce notice was made public in the newspaper, and Richard Boman declared at that time that he did not know then where his wife lived.

Yoko Boman had children from a previous marriage, and Richard Boman adopted Michael's older half-brother, Shinichi, who had not been wanted by his birth father. Shinichi lived with Michael and Richard in the United States, but left for the Navy and then college when Michael was about four or five. Since his parents didn't live together very long, and Yoko left when Michael was so young, Michael had few memories of his birth mother. After the divorce it was just Michael and his dad living together. While Michael never knew his dad to have alcohol problems, Richard's first wife, Lucy, told Michael that Richard had abused alcohol when they were married. Lucy and Richard had had two children together, one of whom is Carl Boman, who later married Lisa Montgomery.

Michael said that when he was about seven years old, a whole family literally showed up on their doorstep. That family was Judy Kleiner and her numerous children. Michael's life changed drastically, starting on that very day. His father worked a lot, so Michael was often at the home with Judy and her children alone. Michael said that Judy, was "totally two-faced" and "a user." She had Michael cleaning the house while his dad was at work. Judy's son, Teddy

Kleiner, was in the same grade with Michael, and was always beating up on Michael. Judy Kleiner acted nice at church and in front of other people, like they were this great happy blended family. However, at home Judy was the opposite, and didn't care about anyone but herself. Michael was an insightful child, and recognized that Judy was using Richard. When Michael was only ten years old, he told his father that Judy was just using him to support her and her kids and that she would be gone after she didn't need him anymore. Michael was proved right when Judy left Richard in 1994. By then Michael had left home for good.

Richard Boman, according to Michael, wouldn't admit to himself what kind of person Judy was. Michael didn't think Judy was capable of concern for her own kids, and certainly Michael saw that Judy had no concern for his own care or wellbeing. He described his father, Richard, as a needy person, who couldn't live alone. It seemed to him that his dad was the one trying to show Judy affection, but she was cold and showed no warmth to his dad or to the kids. If Judy wanted something for herself, she bought it, no question. The kids were allowed very few possessions, toys or clothes, but Michael recalled his step mother buying herself nice clothes.

Michael, as a child, was forced to be his stepmother's housekeeper. Judy was particularly mean spirited towards Michael. He was a heavy child, and his stepmother ridiculed him because he was overweight. Judy said over and over again, in front of others, that she was going to put a padlock on the refrigerator to keep him out. Judy wasn't nice to her own children either and was only concerned about herself.

By the time Michael was in third grade, Judy had taken her children and moved away. He and his dad made one of their many moves, and Richard got back together with his first wife, Lucy. Lucy was kind to Michael, and she took care of him and her own daughter, Kim. It was

"daylight and dark" from Michael's life under the thumb of his other stepmother, Judy. During the time Richard and Lucy reunited, the family went on picnics, trips to the lake and had a normal family life. Michael didn't know why his dad and Lucy didn't stay together then, as Michael was certainly happy with the loving care of Lucy.

After Richard and Lucy broke up, Judy and his dad got back together and got legally married. Michael described living under Judy's rule as being sentenced to "eight years in hell" and remembered the wedding day as one of the worst days of his life. The family lived in Sperry, Oklahoma then, but moved on to Bartlesville, and then to the small Oklahoma town of Vera, continuing a pattern of frequent moves. Michael didn't know what kind of job his dad had then, but remembered they lived in the country and were very poor. His dad again had Judy and her children to support. They went from living in the city to a small country town and were dirt poor. One night before dinner he saw a lot of turtle shells in the backyard. The meat for supper that night tasted funny, rubbery like. He and the other kids didn't realize at first that it was the turtles they ate, but nothing could fix the taste; it was so bad he wanted to throw up.

Michael had a pet goat when they lived out in the country, a goat he loved and enjoyed taking care of. However, the family was moving again, and he knew they were getting rid of the animals they had. When he got off the school bus one day, he heard his little goat crying. It sounded like screams of agony; it wasn't like any cry he had ever heard from his goat before. Instead of shooting his goat with a gun, they were beating her to death. He guessed that maybe no one had a gun or bullets. Later in the week they had "mystery meat" for dinner. He was pretty sure it was his goat, and there was no way he was going to eat his pet. Even Judy couldn't force him that day.

When Michael was in about the sixth grade, the family lived in a big house close to downtown Tulsa that also had a guesthouse. His dad worked then as a drug and alcohol counselor at a halfway house. There were always a lot of strange people around. Their house was in a bad part of town near a park filled with homeless people, drug dealers and other sketchy people so it was kind of an intimidating place. Michael stayed in his room a lot as he was unhappy and it wasn't really a safe neighborhood to walk around in.

Richard and Judy separated for a while when Michael was about fourteen, and for Michael it was great having his dad to himself again and being away from his stepmother, whom he called the "step monster." Even though he and his dad moved to a trailer park in a part of town that wasn't so good, Michael found that period of separation to be one of the happiest times of his life, just being away from his stepmother. He didn't know or really care why Judy and his dad separated then; he just enjoyed the freedom from Judy's constant bullying, anger and abuse. Michael started learning independence by getting jobs, with his first being at Kentucky Fried Chicken. Michael brought home all kinds of leftovers from KFC, and always loved that restaurant because he associated it with being away from his stepmother.

When Michael was around eighth grade the family lived for a time in Ponca City, Oklahoma, where he and some of Judy's children got involved in a church youth group. The couple who worked with the youth group, Clyde and Marilyn, were friendly and kind to him. Michael looked up to Clyde, and he loved the amazing Sunday meals Marilyn cooked from scratch for the kids in the group.

Michael and his stepbrother, Teddy Kleiner, ran away from home together in 1991 when Michael was sixteen years old. They ended up with Teddy's sister, Penny, who lived in a bad section of Tulsa, Oklahoma. Penny was into drugs, and Michael ended up experimenting with

various drugs at her house. When in Tulsa, Michael got a job at a Hardee's restaurant, and made a friend at Hardee's, Dave Stadler, whom he grew to view as a brother.

Meeting Dave, becoming his friend, and then having Dave's mother take Michael into her home turned Michael's life around. Michael saw how hard Dave's mother, a divorced single mom, worked. She saw that Michael needed guidance and a swift kick in the rear as well. She invited him to live with them, but he had to get an education and stay away from drugs. She offered to pay for his first semester of college if he straightened up. Michael did straighten up, and Dave's mother kept her part of the bargain. Michael graduated from Rogers State College and earned other certificates as well. Michael considered Dave's mom to be his own mom and lived with them for the rest of his independent life. Later Michael lived with Dave, his wife, Chelle, their two children and Dave's mom until Michael could no longer live independently. Michael had to move into the nursing home for full time nursing care due to the progression of his ALS in May 2012. At that time, they all realized that Michael no longer could be cared for at home.

Michael described how much Dave's mom loved him, and how she always wanted the best for him. She was his mom in a way that Judy never was and supportive in ways that Judy could never imagine. The Stadler family live in a lovely upper middle class home in Claremore, Oklahoma that had plenty of room for them with their children, Dave's mom who became Michael's mom too, and a large area for Michael as well.

Dave and his mother are both nurses. I spent two evenings talking with the Stadlers, who clearly loved Michael and felt he had been an important part of their family and a positive influence in the lives of their children as well. It was clear that Michael truly loved the Stadlers and claimed them as his family. They were the people the staff at the nursing

home knew as Michael's family, and the people who regularly called and visited Michael. The Stadlers were the people who loved and cared about Michael. He could count on them. They were with him when he had to leave the nursing home for the hospital at the end of his life.

Michael remembered a little about living with Lisa, but mostly Judy's reign of terror overshadowed pleasant memories. Lisa Montgomery married Michael's half-brother, Carl Boman, when she was in her late teens and moved out of the house. Michael's contact with her after she married his half-brother was very limited. However, Michael kept up with Lisa's children, and tried to encourage them and be supportive to them, especially after their mother's arrest. Michael was particularly proud of Lisa and Carl's oldest child, Desiree, as she had completed some college and talked to Michael about her interest in getting a degree in nursing. Even though his health was diminished, Michael obviously still cared about his nieces and nephew and tried to motivate them and encourage them to do well. He felt like Desiree listened to his advice and encouragement to get an education. Like others, Michael was shocked when he heard of Lisa's arrest and later of her conviction. He didn't believe she was capable of committing such a crime. He knew that Lisa's kids needed support and even with his limited mobility, Michael provided that support.

Michael Boman, ill with a progressive disease, died unexpectedly. He and I had planned to meet again, and so after our first meeting, I returned to Oklahoma to talk to him. When I returned to Oklahoma I learned that his memorial service was that same day. He had talked openly about both his loathing of his stepmother as well as his gratitude and thankfulness for his "adopted" family, who gave him the loving secure home he had wanted. I had been looking forward to learning more about Michael's life and about his stepmother, Judy.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Dated this 15th day of March, 2013.

Ann Walker-King

Ann Walker-King