| NUMBER | STUDENT'S NAME | BIRTHDATE | SEX | GRADE | ETH | COUNSELOR | D | RUN DA |
|---|---|---|---|---|---|---|---|---|
| 905029 | BOMAN MICHAEL | 12/05/74 | M | 12 | 50 | RAGUNDON | | 10/31/ |

## A STUDENT DATA

CUMULATIVE STUDENT RECORD

| PARENT/GUARDIAN NAME | PGO | HOME PHONE | IMM | LAU |
|---|---|---|---|---|
| MR/MRS. R. BOMAN | P | 575-8011 | F | E |

SCHOOL NAME/ADDRESS: MAR VISTA HIGH SCHOOL, 505 ELM AVENUE, IMPERIAL BEACH CALIF. 91932

ENTRY D: 09/10/

SCHOOL PHON: 619 691-54

| STUDENT'S ADDRESS | CITY | ZIP CODE | BIRTHPLACE | GRADE |
|---|---|---|---|---|
| 1674-#10 PALM AVE. | SAN DIEGO | 92154 | CALIF | |

## B LAST SEMESTER GRADES

| GRADE | SCHOOL NAME | DATE |
|---|---|---|
| 11 | MAR VISTA HIGH SCHOOL | 02/91 |

| REF | COURSE NUMBER/TITLE | MK | CREDIT | CIT | ABS | A-F | LC |
|---|---|---|---|---|---|---|---|
| 01 | 2105 BIOLOGY 1 | F | 0.00 | C | | D | |
| 02 | 1224 SPANISH 1 | F | 0.00 | D | | E | |
| 03 | 1140 ENG 11-1 | C | 1.00 | B | | B | |
| 04 | 2334 ALGEBRA 1 HN | F | 0.00 | F | | C | H |
| 05 | 0251 GUITAR 1-6 | B | 1.00 | C | | | |
| 06 | 4074 US HIST 11-1 | D | 1.00 | F | | A | |

## C SUMMARY OF PROGRESS

| GRADE POINT AVERAGES | CLASS RANKING | TOTAL CREDITS |
|---|---|---|
| OVERALL: UNWTD 2.33 | | 27.00 |
| OVERALL: WTD 2.33 | | CITIZENSHIP G.P.A. |
| COLLEGE: UNWTD 1.94 | | 2.44 |
| COLLEGE: WTD 1.94 | | |

## D TEST INFORMATION

| STAN 04/91 GRD 11 | | CTBS U J 10/90 GRD 11 | | CTBS 10/89 GRD 10 | |
|---|---|---|---|---|---|
| READ | 26%4 | READ | 10%2 | READ | 36%4 |
| ENGL | 16%3 | LANG | 27%4 | LANG | 34%4 |
| MATH | 80%7 | MATH | 83%7 | MATH | 81%7 |

## E OTHER TEST INFORMATION

## F GRADUATION REQUIREMENTS

| REQUIREMENT AREA | CRED REQ | CREDITS COMPLETED | ENROLLED | NEEDED |
|---|---|---|---|---|
| | | | | |

## G COMPETENCY SUMMARY

READING R1 R2 R3 R4 R5 R6 R7 R8

EXCEPT FOR THE WRITING TEST, COMPETENCIES

MATH M1 M2 M3 M4 M5 M6 M7

ARE EMBEDDED IN REQUIRED COURSES.

LANGUAGE L1 L2 L3 L4 WS

I NOT MASTERED

## H COMMENTS

W/D MVH 4/30/91 TO EL CAJON PER PARENT

## I PREVIOUS SCHOLASTIC RECORDS

| GRADE REF | SCHOOL NAME / COURSE NUMBER/TITLE | MK | DATE / CREDIT | CIT | A |
|---|---|---|---|---|---|
| 10 | MAR VISTA HIGH SCHOOL | | 06/90 | | |
| 07 | 2087 ALGEBRA BAS 2 | A | 1.00 | A | |
| 08 | 1130 ENG 10-2 | D | 1.00 | C | E |
| 09 | 2139 LIFE SCI 2 | A | 1.00 | A | |
| 10 | 3540 PE 10-12 | C | 1.00 | C | |
| 11 | 3501 DR ED EM PREP | C | 1.00 | B | |
| 12 | 4083 WLD CLT10-2 | C | 1.00 | B | A |
| 10 | MAR VISTA HIGH SCHOOL | | 02/90 | | |
| 13 | 2137 LIFE SCI 1 | D | 1.00 | C | |
| 14 | 1129 ENG 10-1 | C | 1.00 | B | E |
| 15 | 2086 ALGEBRA BAS 1 | B | 1.00 | C | |
| 16 | 4081 WLD CLT10-1 | C | 1.00 | B | A |
| 17 | 3031 TYPING 2 | A | 1.00 | A | |
| 18 | 3540 PE 10-12 | A | 1.00 | A | |
| 09 | --99 OUT OF DISTRICT-- | | 06/89 | | |
| 19 | 2145 PHY SCI 2 | C | 1.00 | | |
| 20 | 3278 TRAN IND ARTS1 | A | 1.00 | | |
| 21 | 3541 TRAN PE 2 | A | 1.00 | | |
| 22 | 4113 TRAN SOCSCI 2 | C | 1.00 | | |
| 23 | 1137 ENG 9-2 | C | 1.00 | | E |
| 24 | 2079 TRAN MATH 2 | B | 1.00 | | |
| 09 | --99 OUT OF DISTRICT-- | | 01/89 | | |
| 25 | 3030 TYPING 1 | B | 1.00 | | |
| 26 | 1136 ENG 9-1 | D | 1.00 | | |
| 27 | 2057 TRAN MATH 1 | B | 1.00 | | |
| 28 | 4052 TRAN SOCSCI 1 | B | 1.00 | | |
| 29 | 5027 TRAN NON DEPT | C | 1.00 | | |
| 30 | 3536 TRAN PE 1 | A | 1.00 | | |

Withdrew 10/1/91 to Runaway

Withdrawal grades:

| | |
|---|---|
| Communication 1 | B |
| Phy Sci 1 | D |
| Hl Soc Lv 10 | F |
| Con Math 1 | NG |
| Eng 12-1 | NG |
| US Govt | NG |
| Work Exp | NG |

OWES: SEE ATTACHED

OFFICIAL TRANSCRIPT

Mar Vista High School
505 Elm Avenue
Imperial Beach, CA 91932-2099

Date 2-16-06

Registrar

WESTERN ASSOCIATION OF SCHOOLS AND COLLEGES — ACCREDITED — Accrediting Commission for Schools

Case 4:12-cv-08001-GAF Document 158-22 Filed 09/03/15 Page 1 of 1



WITHDREW 10/01/91 LV TO:000LV CD:N