**DECLARATION OF DAVID J. STADLER**

I, DAVID J. STADLER, declare as follows:

Michael Sinji Boman was my best friend. I met Michael back in the early 1990's when we both worked at a Hardee's Restaurant in Tulsa, OK. Michael was a shift leader, and I cooked. Shortly before I met him, in 1991 Michael ran away with his stepbrother, Teddy Kleiner, from his dad and stepmother, Richard and Judy Boman who lived in Imperial Beach, California. Michael and Teddy moved in with Teddy's sister, her husband, and their children in a part of Tulsa called Turley, known for high crime, poverty and "poor white trash." Michael moved out of that house and had an apartment, when I met him at Hardees some months later. Drugs flowed freely at Teddy's sister's home; so being teenage boys, Michael and I hung out at her house after work and on weekends. Michael told me that even though Teddy's sister's house was crowded with four adults and three children in two small bedrooms had little furniture and was a pretty run down place, it was a step up from the Boman house in California where he had lived with several stepsiblings, his father and stepmother, Judy. It didn't take long for Michael to see the amount and variety of drugs that passed through the house in Tulsa. Unfortunately Teddy's young nieces or nephews received zero parental guidance or oversight. The state got involved with the family, and I believe both parents went to jail at some point for drugs.

I was around Teddy Kleiner enough to know that I didn't want to cross him. Teddy angered easily and lashed out, sometimes violently, with no obvious provocation. Michael told me that Teddy made fun of and tormented him before they came to Oklahoma. Michael couldn't believe it when Teddy -- who bullied him in school -- and his mom, Judy and her other kids, moved in with Michael and his dad, Richard Boman. Michael really hated how things

changed in his home life after Judy Kleiner moved in, so he referred to her as his "step monster."

Michael was the opposite of his stepbrother, Teddy. In fact, he told me stories about how both Teddy and his mother, Judy, terrorized him. Teddy's mother definitely treated Michael as her stepchild and not like her son. Michael described her as conniving and manipulative; he didn't know if what she said was true or not. Judy's dishonesty confused Michael, because he was a gentle trusting person. Michael's father, Richard eventually married Judy. Because Richard traveled frequently for work, Michael spent little time with his dad, and most of the time lived under his stepmother's control. Judy shifted much of the household work to Michael when his dad traveled.

In his whole life, I never heard Michael say he "hated" anyone -- except his stepmother, Judy. Michael said he hated her and described her as a "monster" whenever he spoke of her. Michael felt unsafe in her home. I always thought it was odd that Michael ran away with Judy's son Teddy as he and Teddy never got along. They must have both felt desperate to get away from Judy.

Michael talked about the difference between the two women his dad, Richard, married. Lucy Boman, Michael said, was always sweet and kind to him. She cooked and behaved toward him in a motherly thoughtful manner. He recalled trips to the lake, picnics and living as a normal family when Lucy lived with him and his dad. Judy Kleiner Boman Shaughnessy, on the other hand, was the opposite of Lucy. Michael described the time with her saying, "I was sentenced to eight years in hell doing cleaning duties and anything else that would upset me."

Michael and his dad lived in Sperry Oklahoma when Judy Kleiner and her children moved in. Michael was about seven years old. Richard, Michael's dad, worked in law enforcement with the Sperry Police Dept. in Sperry, Oklahoma. Even as a child Michael believed that Judy used his dad as a meal ticket. When Michael was about ten, he tried to tell Richard how bad things were for him with Judy, but his dad ignored Michael. When Michael was in third grade, Michael and Richard moved to Grove, Oklahoma, without the Kleiner family. Instead, Richard's former wife, Lucy, joined them, and there Michael enjoyed her taking care of him. When Richard and Lucy split up, Richard and Judy got back together, making Michael's life especially miserable because this time his dad married Judy.

Michael described his time in Oklahoma once by saying his family was "dirt poor." Sometimes they went hungry. He recalled a night when he noticed several turtle shells near the kitchen at dinner time. Even salt couldn't disguise that he was eating soup made from the turtles.

Michael told me a story about his pet goat he had when they lived on a farm outside of Vera, OK. Michael loved his goat, and it became a real pet, a pleasant escape from his angry stepmom. Michael knew that his family had planned to move and had been getting rid of other animals. However, he wasn't prepared for what he heard when he got off the school bus one day. He heard cries of agony and pain from his pet goat as it was beaten to death, because they didn't have bullets to shoot it. A few nights later, Judy served Michael's goat for dinner and called it mystery meat. Michael became nauseous and refused to eat his own pet.

During his sixth grade year Michael, his dad, and Judy's family moved to Tulsa where his father worked briefly as a drug and alcohol counselor. They lived near a park inhabited by drug

dealers and homeless people. They stayed briefly before moving on to Cleveland, OK and then to Corpus Christi, Texas for another few months. Sometimes his half-brother and half-sister, Carl and Marie, moved in with them for short periods. In Corpus Christi, Michael's dad worked on an ice cream truck. By eighth grade Richard had moved the family to Ponca City, OK, which was one of Michael's favorite towns. His dad had a better job as a drug counselor there, and Michael played sports and stayed away from home more. Both Michael and some of his step siblings attended a youth group in Ponca City. Michael loved the home cooking of the youth leader's wife and enjoyed getting to go on trips with the couple. From Ponca City, Richard uprooted the family to Fairfax, OK, where Michael played football. From there he went to Imperial Beach, California with his father, who -- for a short time -- split up with Judy. Michael, who was about fourteen years old then, loved having his dad to himself and being away from his stepmother. Richard moved to a pretty good job in security with Wells Fargo, and Michael said they actually lived for a while in a really nice house in El Cajon, CA.

Judy and her kids moved back in at some point, and they returned to Imperial Beach when Michael was in the eleventh grade. During that year sometime Michael and Teddy Kleiner, Judy's son, left and came to Tulsa where I met Michael. He told me that when he left CA, he took $500 from his bank account of about $5,000, which he had saved working at restaurants there during high school. He also left behind a collection of old first edition comic books, and some autographed special sports cards for which he had bartered in exchange for left over restaurant food with friends. He told me he had a signed Joe Montana card, Michael Jordan card, and some sought after rookie cards. Virtually no one knew about Michael's collection – not even his dad, but these valuable cards went missing after Michael left.

My mom, one of thirteen children, worked hard, put herself through college and became an outstanding nurse with an excellent income. She saw that Michael and I were going nowhere. Mom offered to pay for Michael to start college if we stayed away from drugs. Michael came to live with my mom when he was seventeen and essentially never left. My mother recognized Michael's potential and also probably identified with his lack of family support and encouragement. Michael and I both graduated from high school and went to college. I become a trauma nurse, a profession I still enjoy. Michael became an IT expert with several certifications and degrees, earning more money than he ever imagined. However, Michael didn't care about having money.

When I married my wife, Chelle, we still shared a home with Michael and my mother, who still lives with us. We always maintained a large house with plenty of room and privacy for each of us. This arrangement enriched my family's lives, and we became the family for which Michael had searched. Chelle and I have a ten year old son and a thirteen year old daughter. Michael became their uncle, Chelle's brother, and another son to my mother.

I'm not good at sports. Michael, an excellent athlete, taught our son how to play football and baseball. Michael could throw an 85 mile an hour baseball. He loved sports and once talked us and our friends into playing softball on a team he would coach. None of us were athletes, and we drove him crazy by our poor showing. It was great fun.

Michael needed family, and both of my children loved Michael. He became their doting and loving uncle who attended their events, helped with schoolwork, and picked them up from school or practice if we could not. More than once, people thought Michael was their dad.

Michael suffered from low self- esteem. Only years afterward, he told me that he had crushes on girls that I had dated and had wanted to ask them out but never got the courage. Michael reached out to a friend of mine from work, disabled by a stroke. He cared about her and extended himself to others. If circumstances had been different, Michael and my friend would have become a couple, but by then they depended on others for transportation.

I recall only one time meeting Michael's stepmother, Judy Kleiner Boman Shaughnessy. She came to our family's home with a daughter, Jerri I believe, to see Michael, who lived with us fulltime. You could feel the tension between Judy and my mother. Mom had taken Michael in and was helping him with college. Michael's stepfamily scowled at us, which seemed very strange to me. His stepmom and Jerri took Michael out for a meal, but to my knowledge never visited Michael again. It was almost like they were mad at us that Michael had become part of our family. Michael always said that my mom cared about him and gave him the swift kick he needed to turn his life around.

Our lives turned upside down when Michael got sick. He first noticed a drop foot after back surgery. It took a year and a frustrating number of doctor visits to obtain an accurate diagnosis. In January 2011, we learned that Michael had ALS, Lou Gehrig's disease, named after the famous baseball player who suffered from the fatal disease. We were all devastated. Michael, being his thoughtful self, worried immediately about how watching the disease progress would impact our children. Michael lived in our home until May 2012. By then he needed care in a facility and moved to a nursing home near our residence. Michael knew what was ahead, and had fully informed himself. He designated my wife, Chelle, with Power of Attorney. He wrote about his thoughts, feelings and what his life had been. In all, Michael,

born December 5, 1974, lived with us from the time he was seventeen until last year except for a few short periods. We lost Michael to ALS in December 2012. We wouldn't take anything for the enrichment and joy he brought to our entire family.

I would have provided the above information to Lisa Montgomery's trial defense team if asked.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to the best of my knowledge and information.

DAVID J. STADLER

Signed this 28 day of January 2013