QUALITY BINDERY - CUSHING

## APPLICATION FOR MARRIAGE LICENSE

STATE OF OKLAHOMA, PAWNEE COUNTY, ss. IN COUNTY COURT

We, the undersigned, hereby apply for the issuance of a Marriage License and certify as to our ages and places of residence as follows:

Name Carl Boman, Age 24, Race ______ of 707 E. Kaw, #12, Clev

County of Pawnee State of Okla

Name Lisa Hedberg, Age 18, Race ______ of Cleveland

County of Pawnee, State of Okla; and for the purpose of procuring same, we do solemnly swear that the names, ages and places of r[redacted]t out above are true and correct, as evidenced by documents described in particular as follows:

(First Party) Drivers Lic [redacted] 5-31-61; (Second Party) Drivers Lic [redacted] 2-2-68

and that we are not disqualified or incapable under the law of entering into the marriage relation, nor are we related to each other within the degree prohibited by law.

x Carl Boman Applicant x Lisa Hedberg Applicant

Subscribed and sworn to before me this 15th day of August A. D. 19 86

______ County Judge - - - OR - - - Elaine Tannahill Court Clerk

By ______ Deputy Court Clerk

Note—In event one or both of the parties to be married are under age, such application shall have been on file in the Court Clerk's office for a period of not less than three days prior to the issuance of the license.

### Consent Affidavit—In Person (1)

STATE OF OKLAHOMA, PAWNEE COUNTY, ss.

I, the undersigned, state that I am the ______ of ______ named in the above application as being of the age of ______ years, and in the presence of the issuing official, I do hereby consent to ______ marriage to ______

Signed this ______ day of ______ 19____ ______ (Sig.)

In the presence of

______, Court Clerk.

By ______ Deputy - - - OR - - - ______ County Judge

### Consent Affidavit—In Person (2)

STATE OF OKLAHOMA, PAWNEE COUNTY, ss.

I, the undersigned, state that I am the ______ of ______ named in the above application as being of the age of ______ years, and in the presence of the issuing official, I do hereby consent to ______ marriage to ______

Signed this ______ day of ______ 19____ ______ (Sig.)

In the presence of

______, Court Clerk.

By ______ Deputy - - - OR - - - ______ County Judge

## MARRIAGE LICENSE

STATE OF OKLAHOMA, PAWNEE COUNTY, ss. IN COUNTY COURT NO. 362

TO ANY PERSON AUTHORIZED TO PERFORM OR SOLEMNIZE THE MARRIAGE CEREMONY—GREETING:

You are hereby authorized, upon delivery of this marriage license within ten days from the date of its issue to you, to join in marriage

Mr. Carl Boman, of Cleveland,

County of Pawnee, State of Okla, age 24 years, and

M Lisa Hedberg, of Cleveland

County of Pawnee, State of Okla, age 18 years; and by the command of the statute you shall make due return of this license to my office within five days succeeding the performance of the marriage herein authorized.

Issued under my hand and official seal, and recorded in my Marriage Record before delivery, at Pawnee, Oklahoma, this 15 day of Aug 1986.

(SEAL) Elaine Tannahill, Court Clerk.

By ______ Deputy

ENDORSEMENT: By this endorsement to the within and foregoing Marriage License, I hereby verify, and truly certify, that the Application for said License was accompanied by proper credentials under the circumstances indicated by the word "filed" opposite one or more of the applicable provisions of Statute indicated below.

✓ (1) Physician's and laboratory technician's statements required by statute, relative to the examination and health of either or both of the parties.

______ (2) An order of the County Judge, with memoranda of reasons for the order dispensing with statutory requirements relative to the examination and health of either or both of the parties.

______ (3) An order of the County Judge, with accompanying memoranda of reasons for the order, extending the 30 day period following the examination to 90 days or less, together with papers complying with the requirements of number (1) above.

______ (4) Affidavits of consent to marriage of an underage person by parent or guardian, in lieu of personal appearance as provided by Statute—43 O.S. 1961 § 3.

______ (5) Affidavits of consent to marriage of an underage person by parent or guardian, residing in another county of this State or outside the State and acknowledged as provided by Statute—43 O.S. Supp. 1963 § 3.

Witness my hand and official seal this 15 day of Aug 1986

(SEAL) Elaine Tannahill Court Clerk.

By ______ Deputy

## CERTIFICATE OF MARRIAGE

STATE OF OKLAHOMA, PAWNEE COUNTY, ss. NO. 362

I, Orra G. Compton (Name), Minister (Official Designation), First United Methodist Church (Court or Congregation)

of Cleveland in Pawnee County, State of Oklahoma, do hereby certify that I joined in marriage the persons named in and authorized by this License to be married, on the 21 day of August, A. D., 19 86, at Cleveland

in Pawnee County, State of Oklahoma, in the presence of Mike Harlien

______ of Hominy, OK

and Red Barnes (Name-Non legible) of Cleveland, OK

My credentials of authority are recorded in Minister's Credentials

Book 9 Orra G. Compton (Person Performing Ceremony)

at page 29 of Pawnee County, Oklahoma. Minister (Official Designation)

License returned, and Certificate of Marriage recorded subjoining the record of License issued and recorded in Marriage Record Book 26 at page 362

on this the 25 day of August 1986.

CERTIFICATE

State of Oklahoma } SS.
County of Pawnee }

I, Elaine Tannahill, Court Clerk, in and for Pawnee County, ... the above and ... copy of the original above and ... now on file and of record in my office at ... In testimony ... hereunto set ... 21 day of Feb 06

ELAINE TANNAHILL

By ______ Deputy

Case 4:12-cv-08001-GAF Document 158-24 Filed 09/03/15 Page 1 of 1