# CERTIFICATE OF LIVE BIRTH

STATE OF OKLAHOMA – DEPARTMENT OF HEALTH 87-001753

LOCAL REG NO 701 STATE FILE NO 135 -

| | | | | | |
|---|---|---|---|---|---|
| 1. CHILD NAME (Type or print) | First: Desiree | Middle: Nicole | Last: Boman | 2. DATE OF BIRTH (Month Day Year): [redacted] | 3. HOUR: 3:05a m |
| 4. SEX: F | 5a. THIS BIRTH: SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st ☐ 2d ☐ 3d ☐ | | 6a. COUNTY OF BIRTH: Osage | |
| 6b. CITY, TOWN, OR LOCATION OF BIRTH: Hominy | 6c. INSIDE CITY LIMIT: Yes ☒ No ☐ | 6d. HOSPITAL – NAME (If not in hospital, give street and number): Hominy City Hospital, | | | |
| 7. MOTHER MAIDEN NAME | First: Lisa | Middle: M | Last: Hedberg | 8. AGE (at time of this birth): 18 | 9. BIRTHPLACE (State or foreign country): Washington |
| 10a. RESIDENCE – STATE: Okla. | 10b. COUNTY: Osage | 10c. CITY, TOWN, OR LOCATION: Hominy | 10d. INSIDE CITY LIMIT: Yes ☒ No ☐ | 10e. STREET ADDRESS: [redacted] | |
| 11. FATHER NAME | First: Carl | Middle: James | Last: Boman | 12. AGE (at time of this birth): 25 | 13. BIRTHPLACE (State or foreign country): OK |
| 14a. INFORMANT | SIGNATURE OF EITHER PARENT: Lisa Boman | | | 14b. IF UNABLE TO OBTAIN ONE OF PARENTS SIGNATURE, STATE REASON THEREFORE. | |
| 15. MOTHER'S MAILING ADDRESS | STREET or R.F.D. NO.: [redacted] | POSTOFFICE: Hominy | STATE: OK | ZIP CODE NO.: [redacted] | |
| 16a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS? Yes ☒ No ☐ | 16b. DATE TEST MADE: 11-11-86 | 16c. IF NO TEST, STATE REASON THEREFORE | | | |
| 17. WEIGHT OF CHILD AT BIRTH: 4 LBS. 8 OZS. | 18. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? Yes ☒ No ☐ | | | | |
| I hereby certify that this child was born alive on the date stated above. | 19a. SIGNATURE OF ATTENDANT: Kayla Lakin DO | 19b. DATE SIGNED: 1/12/87 | | | |
| | 19c. NAME OF ATTENDANT (Print or Type): Kayla Lakin, D.O. | 19d. ATTENDANT AT BIRTH: M.D. ☐ D.O. ☒ D.C. ☐ Midwife ☐ Other ☐ (Specify) | | | |
| 19e. ADDRESS OF ATTENDANT | STREET or R F D NO: [redacted] | POSTOFFICE: Hominy, | STATE: Oklahoma | ZIP CODE NO.: 74035 | |
| 20a. DATE REC'D. BY LOCAL REG.: January 15, 1987 | 20b. LOCAL REGISTRAR'S SIGNATURE: Jonetta K. Hasan | 21. DATE RECEIVED BY STATE REGISTRAR: JAN 26 1987 | | | |
| THIS LINE FOR USE OF STATE REGISTRAR | 22a. DATE CORRECTIONS MADE | 22b. ITEMS CORRECTED | 22c. AUTHORITY | 22d. CLERK | |

State Department of Health

State of Oklahoma

OKLAHOMA CITY, OKLAHOMA 73152

ROGER C. PIRRONG

STATE REGISTRAR OF VITAL STATISTICS

CERTIFIED COPY MUST HAVE EMBOSSED SEAL

STATE REGISTRAR

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

August 5, 1993

# OFFICIAL IMMUNIZATION RECORD CARD

Boman Desiree

Last Name | First | Middle

[redacted]

Date of Birth

Address

Drug Sensitivity

| Vaccine *CIRCLE | Date Given | Doctor or Clinic Signature or Stamp |
|---|---|---|
| *DTP/PED DT/ Td 1 | 3/12/87 | |
| *DTP/PED DT/ Td 2 | 5/11/87 | |
| *DTP/PED DT/ Td 3 | 7/8/87 | |
| *DTP/PED DT/ Td 4 | 8/23/88 | |
| *DTP/PED DT/ Td 5 | 7/24/91 | |
| *OPV/IPV 1 | 3/12/87 | |
| *OPV/IPV 2 | 5/11/87 | |
| *OPV/IPV 3 | 8/23/88 | |
| *OPV/IPV 4 | 8-11-93 | Imperial Beach Clinic |
| *MMR/MR | 8/23/88 | |
| HIB | 9/13/88 | |
| Hepatitis B 1 | | |
| Hepatitis B 2 | | |
| Hepatitis B 3 | | |
| Pneumococcal | | |
| Influenza 1 | | |
| Influenza 2 | | |
| Influenza 3 | | |
| Influenza 4 | | |
| Other: mmr2 | 8/17/92 | WCHO |
| Other | | |
| Other | | |

SOCIAL SECURITY

[redacted]

THIS NUMBER HAS BEEN ESTABLISHED FOR

DESIREE NICOLE BOMAN

SIGNATURE