DECLARATION OF DARLENE ALEXANDER

I, DARLENE RIGNELL ALEXANDER, declare as follows:

I am one of seven children born to and raised by Nelma and Nils Rignell. My siblings are Ann, born in 1933; Elsie, born in 1934; Ellen, born in 1936; Alice, born in 1940; Judy, born in 1947; and Bobby, the only boy, born in 1955. I was born [redacted], and am the child born before my sister Judy. My sister Judy is Lisa Montgomery's mother. I am Lisa's maternal aunt.

My mother, Nelma, was a housewife and my father, Nils, was a farmer. My father was originally from Sweden and I never really got to know anything about my father's life before he moved to Kansas. My parents raised us on a farm near St. George, Kansas. My parents did not have a good relationship, and they fought physically a great deal of the time. When I was only 12 years old I had to step in between my father and my mother as they were fighting. I physically had to stop my father from hitting my mother that time, and I told him 'I will kill you if you hit my mom again!' While I was wrestling with my father, my sister, Ann, had to step in to separate the two of us. It was a terrible scene and a terrible situation. My father shut me out after that incident. My father didn't come to my basketball games, any high school events that I attended, or even my high school graduation after I stepped in between him and my mom. I hope he forgave me before he died, but I don't think he did. My father didn't understand what seeing that abuse did to me and why I felt I needed to stop it, even at the young age of 12 years old.

We grew up in a small town in Kansas. St. George was very rural with just a few hundred people living there. In fact, my high school class in 1961 had only twenty-one students plus two moms, who completed their degree requirements and graduated along with us. My husband Marvin Alexander graduated in the class with me. We never dated back when we were in high school.

As soon as I graduated I moved to Topeka, Kansas, where I got a factory job with the greeting card company, Hallmark. You had to be very fast on the assembly line, and I guess I was. I had support from family in Topeka; my older sister, Alice, was already living in Topeka when I moved there. Alice had a civil service job with the State of Kansas. While I was working at the Hallmark factory, I took the civil service test for the State of Kansas, and got hired. Alice and I worked in the same part of the State of Kansas' civil service offices. Marvin moved to Topeka, Kansas, after graduation as well. He and I started dating. Marvin joined the Air Force and had a long military career. We got married in Anchorage, Alaska. Marvin and I have two children: Wendy was born in 1964 and Ken was born in 1966. Our daughter Wendy was born in Anchorage, Alaska, in the Elmendorf hospital there, on the military base.

Marvin worked for the Security Service and had a security clearance. We all had to be checked out, even my parents. Because of his service assignments, we lived in different places all over the country and even overseas. Some of what we experienced was positive, like seeing a lot of different places in the country. Some of our experiences were negative, but thank God my husband and children always came out safe. My family was living in Alaska when there was a terrible earthquake during Good Friday, in 1964. Later we were living in San Bernardino, California, in 1980 when wildfires were spread by the Santa Ana winds. Our children, walking home from school, were burned. I was so scared but my children were treated for their burns at Norton Air Force base hospital and they took good care of them.

I left home at eighteen, just after graduation, and I never really was home much after that. I visited, but I never stayed for very long. Due to Marvin's military duties, I just wasn't around. I moved to wherever Marvin was posted. As a result, I didn't get to spend a lot of time with my younger siblings, Judy and Bobby, once I moved out. Judy was fourteen years old when I left

and was the only girl still at home with our little brother, Bobby. I don't know anything about her life after I left. She hasn't told me.

None of my siblings have been married as many times as my sister Judy has been married. My sister Elsie was only married to her husband, Chuck. Marvin and I soon will be married for fifty years. My brother, Bobby, and his wife are still together. My sister, Alice, got married twice, first to Leroy and then to Vick, both of whom are deceased. Unlike the rest of us, Judy has been married six times! My sister has had problems making lasting relationships with men in her life. Judy has been married more than anyone else in our family, and more than most people would think.

In 1967 Judy married her second husband, John Hedberg Patterson, in Oklahoma. John had a little daughter from a previous marriage who lived with them off and on during their marriage. I met this child, Diane, a little red haired girl, once. John and Judy's first daughter was Lisa, born in February 1968. Judy had a second daughter, Patty, who was born in June 1970. Judy divorced John the next year and later married a man named Jack Kleiner. I don't know why Judy stayed with Jack. Jack was mean and drank a lot. Later I found out that Jack actually molested Lisa when she was growing up. I don't know if the molestation happened more than once, but once should have been enough to make Judy leave. Frankly I don't understand why Judy didn't leave Jack Kleiner the same day she learned he had molested Lisa. I would have killed him. Judy later told family that Lisa tried to take or seduce her other husbands. I never witnessed anything like that from Lisa.

Of all my siblings, Judy is the only one who moved around so much. I guess I have moved around a lot too, but we moved based on my husband's job. I can't imagine why Judy moved so often, over and over again, all throughout her life.

I spent some time with Judy and her children as they were growing up. My daughter Wendy was a little older than Lisa, and the two of them were good friends. Usually Wendy and Lisa were together when our families visited back and forth, while I spent time with Judy. I didn't observe Judy and Lisa directly interacting with each other very much on those visits, but I saw that there was tension between Judy and Lisa. Judy acts mean towards Lisa and puts her down. I always thought that Lisa was a quiet, shy girl and she never acted mean towards me or towards my children. Lisa was certainly never a violent child or one whom I had any reservation whatsoever about my children spending time with.

Lisa had a hard life growing up, and she had terrible things happen to her. She was molested by her step-father, Jack Kleiner. Lisa grew up poor and never had all that she needed. My sister Alice told me a story once about how Lisa's real father, John Hedberg Patterson, kidnapped Lisa when she was small. He also took Lisa's sister, Patty. John kidnapped the girls and took them away somewhere. My sister Judy had no idea where the girls were. I don't know why they took them or where. Maybe John thought he was helping the girls by taking them away from Judy's anger.

My mother was worried about Lisa and her sister, Patty, too. My mother didn't go into detail about what she was worried about, but worry was definitely in her mind. After my mother died I came into possession of her diary. In it my mother writes that she is worried about the girls, Lisa and Patty. She doesn't say why she is so worried, and I don't know the reason. I have looked all through my mother's diary again, and this is the only clue I see that something was

wrong. Mostly my mother's diary entries are about daily life and not about her thoughts and concerns.

Lisa's siblings and her half-siblings have gotten into trouble in their lives. Just recently I was in Topeka, Kansas, and I saw Tommy Kleiner, Judy's son with Jack Kleiner. Tommy has recently gotten out of prison for drug problems and was scheduled to go to a rehab halfway house, but only for two weeks. I don't know what Tommy will do when he leaves the assigned halfway house. He gets into trouble, mostly for drugs and violence. Teddy, who is another of Judy and Jack's sons, gets into trouble with the law for similar reasons.

After Lisa got into trouble, I learned that she had been telling people she was pregnant when she wasn't. Lisa never told me she was pregnant during the times she reportedly had false pregnancies. I was not living near Lisa during her real pregnancies, so I don't know if she acted or looked different when she was really pregnant versus when she was pretending to be pregnant. I spent some time with her once when family said she claimed falsely to be pregnant, but she said nothing to me at the time.

I learned about Lisa's arrest, I believe from a phone call, maybe my brother Bobby. Shock is the only way I can describe what I felt at the news of Lisa's arrest. I could not believe it and still have difficulty believing it. I have thought about Lisa a lot. Of all my nieces and nephews, she is very special to me. She has made an afghan and a shawl for me since she has been in prison.

My daughter, Wendy and I have visited Lisa since she has been in federal prison. Wendy and I know the importance of family and have tried to keep in touch with Lisa, even in prison. I have encouraged her mother and sisters to talk with her, but they have no contact with her. Lisa is their sister and daughter, even if she did a terrible thing. They just don't agree. My sister,

Judy, has lung cancer and receives treatment in Topeka. She is usually wiped out for about a week following treatment and then feels better and can be up and about. Judy is staying with her daughter Patty right now. Judy does not contact Lisa in jail, and neither does Patty. Judy's son Tommy is staying at Patty's too. Now that Judy is so ill, her children are trying to stay around her to make her feel better. Tommy would have a very hard time saying anything about his mother right now because of her condition, but I know that Tommy could tell stories about what life was like being raised by my sister, Judy.

My family has some people in it that have mental illness and signs of depression. My son's granddaughter, Ashley, age 26, recently entered a state mental hospital because of an accident in which her boyfriend, James, was seriously injured. Both of Ashley and James's children were recently placed in temporary foster care. [redacted] is one year old and [redacted] was born on [redacted]. I want to stay active in the lives of these two youngest great grandchildren. James, the father of [redacted] and [redacted], is now home recovering after his discharge from the hospital. He had been in a coma for several days due to the severe head injury he sustained in the car incident. Doctors removed part of his skull to allow for the swelling of his brain. The custody case for my great grandchildren is before the courts of Phillipsburg, Kansas. James has been discharged from the hospital, and recently asked Ashley to marry him. Ashley needs to get a divorce from her first husband, Danny Hatcher, before she can marry him.

Ashley's first husband, Danny, went to prison in Wabaunsee County, Kansas, for child abuse when he broke the leg of one of his and Ashley's four children. Those four children, my great grandchildren, are in the legal custody of their paternal grandparents, who moved and will not let us know where the children are. I used to send them birthday cards and Christmas cards with checks in them. The checks got cashed, but who knows if the children ever received the

money I meant for them. I believe their grandparents want the children to forget the maternal side of their family and keep them from knowing us. My great grandchildren are: [redacted], [redacted], [redacted], and [redacted] who will only be five this April. I last saw them in October 2011. It is hard not having any contact with them and not knowing where they are now. The ironic part is that their dad, Danny Hatcher, who went to prison for three years for child abuse, has the right to visit them.

I know that all families have their problems. My daughter, Wendy, divorced her husband David. She and all eight children came and stayed with Marvin and me when she left David. They had lived on land owned by his parents. David had three other brothers: Steven, Kevin, and Jeremy. However, only David is excessively religious. David tells Marvin and me that we are ungodly people. I think David programmed our grandchildren; he tells them what to do by giving orders. Wendy's oldest child, Hannah, got used to her dad telling her exactly what to do. David is very controlling and made the children do just what he said. Hannah obeyed David her whole childhood, but never learned to think and act on her own. After high school graduation, Hannah had a full scholarship to college, but had to come home because she became very anxious, and her physical health deteriorated.

My daughter, Wendy, works as a nurse in a hospital. Wendy struggled her whole life with mental health problems. Some months ago, Wendy collapsed at work. I think it was from stress with David and their relationship problems. The hospital staff took her to the emergency room and then she was admitted to a hospital in Kerrville, Texas, where she remained for two weeks. Now Wendy and David are divorced. My husband and I try to help Wendy with the children as much as we can. While she is at work, I go over and help them with school work and spend the night, as she sometimes gets home very late on work nights. She works twelve hour

shifts at the hospital. Wendy homeschools her children and uses a Christian curriculum, which seems like a good one to me. They are all very smart, as Wendy is. If she wasn't, she wouldn't be a charge nurse at the hospital. They speak very highly of her at her job. When I am away, like I was recently, Marvin stays with her children during the day. David has visitation with his children every other weekend, but they don't want to go stay with him. Wendy tells them that he loves them, is their father, and they need to have a relationship with him, but it is up to the children to decide what they want to do.

I was interviewed by Lisa's legal team before her trial. I tried to answer all their questions honestly, and I would have told them the same things I have said here if they had asked me.

I declare that the foregoing is true and correct to the best of my memory and understanding under the laws of the United States of America

Darlene Alexander

DARLENE RIGNELL ALEXANDER

This 10 day of March 2013