WORLD OF READING

SILVER BURDETT and GINN

# READING PROGRESS CARD

## Levels K–14

Name Carl Boman | Date of Birth 10-20-89

School Chaparral | Date Entered

The Reading Progress Card provides a cumulative record of a student's reading success. Scores for Placement Test and Informal Reading Inventory results can be recorded, as well as scores for Unit Skills Tests (Forms A & B), Unit Process Tests, Mid-Book Tests, and End-of-Book Tests by skill and strand for all units and levels in *World of Reading*. It is recommended that the Student Score Sheet accompanying each test be completed and the results transferred to this card. Suggested passing scores by unit and level are provided where appropriate. Also, a "District Use" column has been provided to allow you to customize this card to highlight local or state instructional objectives.

| PLACEMENT TEST | DATE | FINAL PLACEMENT |
|---|---|---|
| Levels tested | | |
| | | |
| | | |
| | | |

| INFORMAL READING INVENTORY | DATE | FINAL PLACEMENT |
|---|---|---|
| Levels tested | | |
| | | |
| | | |
| | | |
| | | |

| KINDERGARTEN/READINESS | | KINDERGARTEN | | READINESS | |
|---|---|---|---|---|---|
| DATE | | | | | |
| | District Use | Suggested Passing Score | Score | Suggested Passing Score | Score |
| Decoding and Word Study | | 21/26 | | 7/9 | |
| Vocabulary | | 14/17 | | 7/9 | |
| Sense of Story | | 4/5 | | 7/8 | |
| TOTAL TEST SCORE | | 39/48 | | 21/26 | |



Copyright Silver, Burdett & Ginn, Inc. All rights reserved.

# UNIT SKILLS TESTS

## LEVEL 1

| DATE | District Use | Suggested Passing Score | Form A | Form B |
|---|---|---|---|---|
| **Vocabulary** | | 8/10 | | |
| tested vocabulary | | 8/10 | | |
| **Comprehension** | | 4/5 | | |
| sequence | | 4/5 | | |
| **Decoding and Word Study** | | 12/15 | | |
| final consonants | | 4/5 | | |
| short vowels | | 4/5 | | |
| inflection | | 4/5 | | |
| **TOTAL TEST SCORE** | | 24/30 | | |

## LEVEL 2

| DATE | District Use | Suggested Passing Score | Form A | Form B |
|---|---|---|---|---|
| **Vocabulary** | | 8/10 | | |
| tested vocabulary | | 8/10 | | |
| **Comprehension** | | 4/5 | | |
| cause/effect | | 4/5 | | |
| **Decoding and Word Study** | | 12/15 | | |
| final consonants | | 4/5 | | |
| short vowels, long vowel | | 4/5 | | |
| inflection | | 4/5 | | |
| **TOTAL TEST SCORE** | | 24/30 | | |

## LEVEL 3

| DATE | District Use | Suggested Passing Score | Form A | Form B |
|---|---|---|---|---|
| **Vocabulary** | | 12/15 | 15 | |
| tested vocabulary | | 8/10 | 10 | |
| classification | | 4/5 | 5 | |
| **Comprehension** | | 4/5 | 5 | |
| main idea/details | | 4/5 | 3 | |
| **Decoding and Word Study** | | 16/20 | 17 | |
| initial consonant clusters<br>final consonant digraphs | | 8/10 | 10 | |
| long vowels | | 4/5 | 3 | |
| inflections | | 4/5 | 4 | |
| **TOTAL TEST SCORE** | | 32/40 | 36 | |

## LEVEL 4

| | | UNIT 1 | | | UNIT 2 | | |
|---|---|---|---|---|---|---|---|
| DATE | District Use | Suggested Passing Score | Form A | Form B | Suggested Passing Score | Form A | Form B |
| **Vocabulary** | | 8/10 | 10 | | 16/20 | 20 | |
| tested vocabulary | | 8/10 | 10 | | 8/10 | 10 | |
| antonyms | | | | | 4/5 | 5 | |
| classification | | | | | 4/5 | 5 | |
| **Comprehension** | | 4/5 | 5 | | 4/5 | 5 | |
| predicting outcomes | | 4/5 | 5 | | | | |
| sequence | | | | | 4/5 | 5 | |
| **Literature** | | 4/5 | 5 | | | | |
| reality/fantasy | | 4/5 | 5 | | | | |
| **Decoding and Word Study** | | 20/25 | 22 | | 12/15 | 14 | |
| initial consonant clusters<br>initial consonant digraphs | | 4/5 | 4 | | | | |
| final double consonants<br>final consonant digraphs | | 4/5 | 5 | | | | |
| final consonant digraphs<br>final consonant clusters | | | | | 4/5 | 5 | |
| long vowel<br>vowel digraphs | | 4/5 | 4 | | | | |
| long vowel | | | | | 4/5 | 5 | |
| inflections | | 4/5 | 4 | | 4/5 | 4 | |
| contractions | | 4/5 | 5 | | | | |
| **Study Skills** | | | | | 4/5 | 5 | |
| alphabetical order | | | | | 4/5 | 5 | |
| **TOTAL TEST SCORE** | | 36/45 | 38 | | 36/45 | 44 | |

## LEVEL 5

| | | UNIT 1 | | | UNIT 2 | | |
|---|---|---|---|---|---|---|---|
| DATE | District Use | Suggested Passing Score | Form A | Form B | Suggested Passing Score | Form A | Form B |
| **Vocabulary** | | 12/15 | | | 12/15 | | |
| tested vocabulary | | 8/10 | | | 8/10 | | |
| synonyms | | 4/5 | | | | | |
| classification | | | | | 4/5 | | |
| **Comprehension** | | 4/5 | | | 8/10 | | |
| cause/effect | | 4/5 | | | | | |
| main idea/details | | | | | 4/5 | | |
| drawing conclusions | | | | | 4/5 | | |
| **Literature** | | 4/5 | | | | | |
| characterization | | 4/5 | | | | | |
| **Decoding and Word Study** | | 16/20 | | | 8/10 | | |
| final consonant clusters | | 4/5 | | | | | |
| long vowels | | 4/5 | | | | | |
| contractions | | 4/5 | | | | | |
| compound words | | 4/5 | | | | | |
| vowel digraph | | | | | 4/5 | | |
| spelling changes | | | | | 4/5 | | |
| **TOTAL TEST SCORE** | | 36/45 | | | 28/35 | | |

Carl Boman

# FIRST AND SECOND GRADE PORTFOLIO
## 1995-96
## CONTINUUM OF LETERACY BEHAVIORS

### Early Emergent (K)

*Can follow a line of print in enlarged text.
*Can identify letters in his/her name.
*Recognizes that print and pictures carry meaning.
*Reqognizes directionality.
*After a story is read to the child, she/he will remember the story and use that memory to "read" the book. The child can process favorite stories approximating book language.
*When picture cues and text are directly or very closely related, memory for the story (prompted by cues) will enable children to "read" a book correctly.
*Begins to recognize familiar words (environmental print) and attends to labels and signs.
*"Names" the pictures found in book.
*Attempts to read using pictures as the cue.
*May engage in writing-like scribble or invented spelling.
*Will play with letters or words.
*Attempts to copy or write teacher's script.
*Listens to print read for extended periods of time.
*Identifies familiar books.
*Has favorite stories and wants to hear them repeatedly.

### Emergent (K-1) or Early Fluency (1-2)

*Can identify and name most letters .
*Can recognize capital and lower case letters.
*Is beginning to develop a sight vocabulary of common words.
*Begins to use the following comprehension skills:
a)Retells & sequences accurately.
b)Makes comparisons.
c)Predicts outcomes.
d)Recalls details.
e)Understanding of cause and effect.
f)Interprets illustrations.
*Shows a desire to see his or her words written down.
*Is able to write common words.
*Knows that speech can be turned into print.
*Enjoys listening to literature.
*Voluntarily chooses to look at books.
*Understands directionality of print. Identifies front, back of book, title, author.
*Picks words out of print consistently.
*Can find any word in a familiar text by checking off from the beginning of a sentence - what we call "matching".
*Can locate the same word on a page of print.
*Integrates any strategies to get meaning.
*Retells story in own words such as characters, setting, beginning, middle and end.
*Incudes inferred information when retelling the story.
*Begins to differentiate real and make believe, fiction and non-fiction.
*Shows word spaces in writing.
*Shows signs of using letter-sound approximation in writing, attempting to spell words by phonetic principles as well as from memory.
*Knows the meaning of capitalization at the beginning of sentences and punctuation at the end and sometimes uses these conventions in writing.
*Reads back short stories written by self ordictated to teacher.

### Fluent (2)

*Increasing control over non-visual cuing systems.
*Expands word identification skills.
*Recognizes some phonetic generalizations.
*Decodes phonetically.
*Reads for meaning. Fewer "meaning" errors than phonemic errors.
*Self-monitors (recognizes an error has been made and self-corrects).
*Recognizes similarities/differences in literature.
*Identifies new vocabulary.
*Locates specific parts of text. (e.g. Find the sentence that tells...)
*Describes characters, identifies setting, identifies problems and solutions, and interprets illustrations.
*Discusses cause and effect relationships.
*Draws conclusions.
*Begins to use brainstorming.
*Uses some conventions of print in writing.
*Expresses thoughts, feelings and emotions in writing.
*Participates in sustained silent reading with greater independence.
*Takes risks in reading (selects challenging books etc.).
*Begins to read with expression.

10/96 4/97

Case 4:12-cv-08001-GAF Document 158-27 Filed 09/03/15 Page 3 of 28

DEMING PUBLIC SCHOOLS

LITERACY ASSESSMENT OBSERVATION FORM

Name Carl Boman Class ______

Directions: Check the appropriate box with the appropriate symbol for each of the observed skills. Mark each box.

+ To a great extent - Not at all To some extent

## EMERGENT (K-1)

| | Date 10/96 Entrance Skill | Date 4/97 Exit Skill |
|---|---|---|
| **Sound-Symbol Relationships** | | |
| * Can identify and name most letters. | [+] | [+] |
| * Can recognize capital and lower case letters. | [+] | [ ] |
| * Is beginning to develop a sight vocabulary of common words. | [+] | [ ] |
| * Is able to approximate word for word reading. | [+] | [ ] |
| **Meaning Making** | | |
| * Begins to use the following comprehension skills: | [ ] | [ ] |
| a) Retells & sequences accurately. | [–] | [ ] |
| b) Makes comparisons. | [–] | [ ] |
| c) Predicts outcomes. | [–] | [ ] |
| d) Recalls details. | [–] | [ ] |
| e) Understanding of cause and effect. | [·] | [ ] |
| f) Interprets illustrations. | [–] | [ ] |
| **Reading-Writing Connection** | | |
| * Shows a desire to see his or her words written down. | [–] | [ ] |
| * Forms some letters in an identifiable way in copying and in writing. | [–] | [ ] |
| * Is able to write common words. | [–] | [ ] |
| * Knows that speech can be turned into print. | [–] | [ ] |
| **Academic Behaviors** | | |
| * Enjoys listening to literature (has favorite stories and wants to hear them repeatedly). | [+] | [ ] |
| * Voluntarily chooses to look at books. | | |
| * Uses literature as a basis for dramatic play or painting. | [+] | [ ] |
| * Understands directionality of print. Identifies front, back of book, title, author. | [–] | [ ] |
| | [–] | [ ] |

DEMING PUBLIC SCHOOLS

LITERACY ASSESSMENT OBSERVATION FORM

Name ______________________________ Class ______________

Directions: Check the appropriate box with the appropriate symbol for each of the observed skills. Mark each box.

+ To a great extent - Not at all To some extent

## EARLY FLUENCY (1-2)

| | Date 10/96 Entrance Skill | Date 4/97 Exit Skill | Date ____ Entrance Skill | Date ____ Exit Skill |
|---|---|---|---|---|
| **Sound-Symbol Relationships** | | | | |
| * Picks words out of print consistently. | [ — ] | [ + ] | [ ] | [ ] |
| * Can find any word in a familiar text by checking off from the beginning of a sentence - what we call "matching". | [ — ] | [ \| ] | [ ] | [ ] |
| * Can locate the same word on a page of print. | [ — ] | [ \| ] | [ ] | [ ] |
| * Confirms and self-corrects by syntactic and semantic fit, and by word fit. | [ — ] | [ \| ] | [ ] | [ ] |
| * Able to articulate sounds in sequence from words. | [ — ] | [ \| ] | [ ] | [ ] |
| **Meaning Making** | | | | |
| * Integrates any strategies to get meaning. Predicts logically while reading or when story is being read based on previous knowledge, pictures, meaning/content, grammar, and sound-letter relationships. | [ — ] | [ \| ] | [ ] | [ ] |
| * Sequences events (beginning, middle, end). | [ — ] | [ \| ] | [ ] | [ ] |
| * Retells story in own words such as characters, setting, beginning, middle and end. | [ — ] | [ \| ] | [ ] | [ ] |
| * Includes inferred information when retelling the story. | [ — ] | [ \| ] | [ ] | [ ] |
| * Connects events in the story to experiences in own life. | [ — ] | [ \| ] | [ ] | [ ] |
| * Begins to differentiate real and make believe, fiction and non-fiction. | [ — ] | [ \| ] | [ ] | [ ] |
| **Reading-Writing Connection** | | | | |
| * Shows word spaces in writing. | [ — ] | [ \| ] | [ ] | [ ] |
| * Shows signs of using letter-sound approximation in writing, attempting to spell words by phonetic principles as well as from memory. | [ — ] | [ \| ] | [ ] | [ ] |
| * Knows the meaning of capitalization at the beginning of sentences and punctuation at the end and sometimes uses these conventions in writing. | [ — ] | [ \| ] | [ ] | [ ] |
| **Academic Behaviors** | | | | |
| * Enjoys chants and poems chorally read. | [ + ] | [ \| ] | [ ] | [ ] |
| * Reads back short stories written by self or dictated to teacher. | [ — ] | [ \| ] | [ ] | [ ] |
| * Can use the contents of books. | [ — ] | [ \| ] | [ ] | [ ] |

DEMING PUBLIC SCHOOLS

h 0856125

MEDICAL REFERRAL FORM

Odell Boman II, Carl, J

Student's Last Name | First Name | MI | Telephone No.

P.O. Box 84 Deming 88031

Street Address | Zip Code

Carl Boman

Father's Name | Place of Employment | Work Telephone No.

Lisa Boman | Deming Headlight | 544-1771

Mother's Name | Place of Employment | Work Telephone No.

Physician's Name | Dentist's Name

Please give the names of two relatives or friends who will assume the responsibility for your son/daughter in case of illness or accident until you can be reached. Please notify these persons of these arrangements. In case of any changes in the named persons, please notify the school in writing.

1. Judy Boman | Deming Home Center | 546-3096

Relative or Friend | Address | Home Telephone No.

2. Richard Boman | Same as above

Relative or Friend | Address | Home Telephone No.

HEALTH PROBLEMS Asthma

REGULAR MEDICATIONS

If, in the opinion of the principal/school nurse, service involving medical action or treatment is required and the parents cannot be contacted for consent, the parents hereby authorize school authorities to obtain medical service for or to transport for medical service the above named student. **The parents give permission for hospital or emergency room staff to treat their child.**

Lisa Boman | 10-18-95

Signature of Parent or Guardian | Date

## ESCUELAS PUBLICAS DE DEMING

## FORMA MEDICAL

Ultimo nombre de estudiante, | Primer Nombre | Initial | Teléfono

Número y nombre de calle | Zip Code

Nombre de Padre | Nombre de empleo | Teléfono de empleo

Nombre de Madre | Nombre de empleo | Teléfono de empleo

Nombre de su médico | Nombre de su dentista

Por favor dé dos nombres de un pariente o amigo quien pueda tomar responsabilidad de su hijo/hija en caso de enfermedad or accidente mientras que usted pueda ser informado. Por favor avise a estas personas de estos arreglos. En caso de algún cambio en nombre de persona, por favor avise a la escuela.

1.

Pariente o amigo | Dirección | Teléfono

2.

Pariente o amigo | Dirección | Teléfono

INFORMACION MEDICA:

PROBLEMAS de SALUD:

Si en la opinion del director/enfermera de la escuela, servicios medicales or tratamientos serán exigidos y los padres no pueden ser contactados, los padres por este medio dan autoridad a los que se encargan en la escuela de obtener servicio médico para transportar al estudiante nombrado arriba para que reciba servicios médicos. **Damos permiso como padres para que mi hijo/hija reciba tratamiento del personal de un hospital o cuarto de emergencia.**

Firma de padre o guardian | Fecha

# DISPENSATION OF MEDICATIONS

Deming Public Schools has neither the responsibility nor authority to dispense medication at school. Upon specific parental request, medication may be dispensed upon receipt of written authorization by the parent subject to the following stipulations.

1. The school nurse shall prescribe procedures and records to be utilized.

2. Elementary and special education students must deposit their medication with the school nurse or principal for safekeeping.

3. Only medication that the physician thinks a student must receive during school hours will be administered at school.

4. A written statement from the physician ordering the medication to be given shall be presented to the school nurse or the principal.

5. Medication to be dispensed during school hours shall be labeled by the pharmacist to include the student's name, prescribing physician, name of medication, dosage, and the frequency of administration.

6. DPS authorized personnel cannot administer medications and/or perform procedures perscribed by a physican not licensed to practice in the United States. Parents may come to the school to administer the medication to their child or submit a signed parent authorization to self-administer medication form to the school nurse or authorized personnel. Contact the school for this additional form.

7. A medical referral form shall have been completed by the parent signed and returned to school (A) authorizing DPS to obtain emergency medical service and (B) indemnifying DPS from liability for actions made in behalf of the child.

8. No medication shall be dispensed by any staff member until all of the above stipulation have been met.

9. The parent is invited to school to dispense medication to their child(ren) if they so desire, subject to prior arrangements.

# DISPENSACION DE MEDICACION

Las Escuelas Públicas de Deming no tienen ni la responsabilidad o la autoridad de dispensar medicación en la escuela. Sobre especificamente encargo de los padres, medicación se puede dispensar tocante que de escrita autoridad de parte de los padres con las condiciones siguentes.

1. La enfermera determinará la manera en que se utilizarán los registros.

2. Primaria y clases especiales depositen su medicación a la enfermera de la escuela o al director.

3. Nomás la medicatión que el médico piensa que el estudiante tiene que recbir durante las horas de la escuela se administrarán en la escuela.

4. Una declariación escrita por el médico dando orden de la medicación que se va a dar, será presentada a la enfermera de la escuela o al director.

5. Medicación que se dispensará durante las horas de la escuela tendrá que contener el nombre de estudiante, el médico, nombre de la medicación, dosis, y frequencia de administración.

6. No se les permite al personnel de las Escuelas Públicas de Deming administrar medicación y/o ejercer ciertos procidimientos recetados por médicos sin licencia en los Estados Unidos. Se permite que los padres vengan a la escuela a administrar medicación a sus hijo(s) toman su medicina por si mismos, o que la enfermera o cualquier personnel autorizado por la escuela asiste. Por favor comuniquese con la escuela si necesita esta forma adicional.

7. Una forma médica será completada por los padres y firmada y regresada a la escuela (A) autorizando DPS de obtener servicios medicales de emergencia, (B) indemnizar DPS de daños por acciones hecho en favor del estudiante.

8. La medicación no será dispensada por ningún miembro de nuestro conjunto.

9. Los padres están invitados a la escuela a dispensar la medicación a su hijo(s) si desean, con arreglos hechos anterior.

NAME: CARL J. BOWMAN SEX: M DATE & PLACE OF BIRTH: ________ SCHOOL: Sunshine

ADDRESS: ________ PARENTS: ________ TEL. NO.: ________ DATE OF ENTRANCE: 8/95

| * YEAR | 95-96 | 96-97 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GRADE | K | 1st | | | | | | | |
| READING | S | S+ | | | | | | | |
| Reading Level | | | | | | | | | |
| Reading Comprehension | | | | | | | | | |
| Reading Vocabulary | | | | | | | | | |
| LANGUAGE | | S+ | | | | | | | |
| Composition | | | | | | | | | |
| Grammar | | | | | | | | | |
| SPELLING | | S+ | | | | | | | |
| Assigned Work | | | | | | | | | |
| Applied to Classwork | | | | | | | | | |
| MATHEMATICS | S | S+ | | | | | | | |
| Computation | | | | | | | | | |
| Problem Solving | | | | | | | | | |
| SOCIAL STUDIES | | S | | | | | | | |
| SCIENCE - HEALTH | | S | | | | | | | |
| PENMANSHIP | S- | S | | | | | | | |
| Assigned Lesson | | | | | | | | | |
| Applied to Classwork | | | | | | | | | |
| PHYSICAL EDUCATION | S- | S | | | | | | | |
| Participation | | | | | | | | | |
| Sportsmanship | | | | | | | | | |
| CREATIVE EXPRESSION | S | S+ | | | | | | | |
| Visual Arts | | | | | | | | | |
| Music | | | | | | | | | |
| DAYS PRESENT | | 173 | | | | | | | |
| DAYS ABSENT | 13 | 7 | | | | | | | |

* Please specify - academic year, grade level and final grades for applicable subjects.

**DEMING ELEMENTARY SCHOOL**
**DEMING, NEW MEXICO**

**CUMULATIVE RECORDS**
**GRADES K - 5**

**GRADE RECOMMENDATION:**

| | |
|---|---|
| Year 1995-96<br>Grade Placement for 19 96-97 (1st)<br>Tchr's. Sig. D. Robertson | Year ____<br>Grade Placement for 19 ____<br>Tchr's. Sig. ____ |
| Year 1996-97<br>Grade Placement for 19 97-98 2nd<br>Tchr's. Sig. D West | Year ____<br>Grade Placement for 19 ____<br>Tchr's. Sig. ____ |
| Year ____<br>Grade Placement for 19 ____<br>Tchr's. Sig. ____ | Year ____<br>Grade Placement for 19 ____<br>Tchr's. Sig. ____ |
| Year ____<br>Grade Placement for 19 ____<br>Tchr's. Sig. ____ | Year ____<br>Grade Placement for 19 ____<br>Tchr's. Sig. ____ |
| Year ____<br>Grade Placement for 19 ____<br>Tchr's. Sig. ____ | GRADE RECOMMENDATION CODE<br>R - Retained<br>Pl - Placed<br>Pr - Promoted |

| 2 - 5 | K - 1 |
|---|---|
| A - 90-100 | G - Very Good Progress |
| B - 80-89 | S - Indicates Acceptable Progress |
| C - 70-79 | N - Areas Which Need Improvement |
| D - 60-69 | I - Improving |
| F - Below 60 | |

| | | | |
|---|---|---|---|
| DATE | | | 3/10/98 - Ranch Heights Elem. Bartlesville, Ok. |
| DATE | | | |
| DATE | | | |
| DATE | | | |
| DATE | | | |
| DATE | | | |
| DATE | | | |

**TEST RESULTS:**

| BOEHM (KINDER) Ⓒ 1 PRE | Ⓓ 1 POST | BOEHM (KINDER) Ⓒ 2 PRE | Ⓓ 2 POST |
|---|---|---|---|
| 24 | 25 | ___ | 25 |

CARL J. BOMAN

NAME: OMAN, CARL | I.D. No. | **Iowa Tests of Basic Skills** | GRADE 1 | LEVEL 6 | FORM K | TEST DATE 3/97 | NORMS WK 03/16/94 | OTHER INFORMATION 0 | TITLE I | A B C D | W X Y Z

| SCORES REPORTED | VOCABULARY | READING ADV SKILLS | READING TOTAL | LISTENING | LANGUAGE | | | LANGUAGE | LANGUAGE TOTAL | MATHEMATICS | MATHEMATICS ADV SKILLS | MATHEMATICS TOTAL | CORE TOTAL | | | | | | | WORD ANALYSIS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPR SS | 66 155 | 90 167 | 83 163 | 38 144 | | | | 94 176 | 80 160 | | 60 151 | 72 156 | 73 157 | | | | | | | 74 160 | |
| NS | 6 | 8 | 7 | 4 | | | | 8 | 7 | | 6 | 6 | 6 | | | | | | | 6 | |
| NCE | 59 | 77 | 70 | 44 | | | | 83 | 68 | | 55 | 62 | 63 | | | | | | | 64 | |
| RS | 24 | 23 | 48 | 20 | | | | 25 | | | 18 | 32 | | | | | | | | 33 | |

MPLETE/CORE BATTERY, Key: SS=Standard Score, NS=Nat'l Sta9, NCE=Normal Curve Equivalent, RS=Raw Score, NPR=Nat'l %ile Rank

1995-96 K



Name of Pupil Boman, Carl J. II Sex M Birth Date 10/20/89

**Deming Public Schools**
**New Mexico**
**Cumulative Health Record**
**Grades K-12**

Addresses

Schools Sunshine

0 8 5 6 1 2 5

Parents or Guardians: Carl/Lisa Bowman Addresses

## IMMUNIZATION HISTORY

| TYPE OF IMMUNIZATION | Primary Series 1st | 2nd | 3rd | Boosters 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|---|---|---|
| PT | 2/9/90 | 10/22/90 | 2/22/91 | 7/24/91 | 8/3/95 | | |
| T (pediatric) | | | | | | | |
| T (adult) | | | | | | | |
| olio (Sabin) | 2/9/90 | 10/22/90 | 2/22/91 | 7/24/91 | 8/3/95 | | |
| lumps | | | | | | | |
| leasles | | | | | | | |
| ubella | | | | | | | |
| IMR | 10/22/90 | 8/3/95 | | | | | |
| B Test | | | | | | | |

COMMENTS: (including description of any severe reaction.

Hib 2/22/91;

## HISTORY OF SIGNIFICANT HEALTH PROBLEMS
(indicate yr. detected)

Diabetes
Bone or Joint Trouble
Tuberculosis
Muscular Weakness or Paralysis
Heart Trouble
Allergies or Asthma
Speech Defect
Convulsions or Fainting Spells
Ear Defect
Emotional Problems
Eye Defect
Hernia (Rupture)
Weight Problems
Brain Injury, or Disease
Other (specify):

Injuries or Operations:

NOTES

## HEALTH SCREENING TEST RESULTS

| | | | | | |
|---|---|---|---|---|---|
| VISION | Screening Test | Date | 9/10/95 | 10/96 | 11/97 |
| | | Results | 30 30 | 30 20 20 E L B | |
| | Recheck Test | Date | | | |
| | | R | | | |
| | | L | | | |
| | | Both | | | |
| HIHARA | | | P | | |
| YPEROPIA | | | | P | |
| TERIOPSIS | | | P | | |
| ERSHBERG | | | | P | |
| HEARING | Sweep Test | Date | 10/95 | 10/96 | |
| | | Results | P | P | |
| | Threshold Test | Date | | | |
| | | Results | | | |

SCREENING TEST NOTES

Vision Testing: Indicate P (pass) or F (fail) for Screening Test; record actual test results for recheck.
pupil wears glasses, test with glasses on and indicate in notes.
Hearing Testing: Indicate P (pass) or F (fail). If "F", attach audiogram

ATE
COLIOSIS
OOD PRESSURE
OUNSELING SERVICES
PEECH SERVICES

Case 4:12-cv-08001-GAF Document 158-27 Filed 09/03/15 Page 13 of 28

## CUMULATIVE HEALTH RECORD - (Continued)

| MMARY OF PHYSICIAN'S EXAMINATION Dates | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| la a check "no" or "yes": if "yes", list physician's recommendations below) | NO | YES | NO | YES | NO | YES | NO | YES | NO | YE |
| Pu il has a physical or emotional problem for which special seating or ot r school action could help compensate. | | | | | | | | | | |
| Pu il has a physical or emotional problem which would LIMIT his participation in ome specific school activities. | | | | | | | | | | |
| Pu il has a health pro' lem which may create a classroom EMERGENCY, e. g. ep spsy, fainting spell , diabetes, etc. | | | | | | | | | | |
| Pupil has a physical or emotional health problem needing periodic supervision by a physician. | | | | | | | | | | |
| Pupil has other health problems including nutrition problems, with which the school should be concerned. | | | | | | | | | | |

## DENTAL CARE

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ferral Date | | | | | | | | | | | | | |
| ntal port results | | | | | | | | | | | | | |
| date | | | | | | | | | | | | | |

Code for Dental Examination Reporting:
O—No Treatment
T—Under Treatment
C—Treatment Completed

## RECOMMENDATIONS AND NOTES (Dated and Signed)

# DEMING PUBLIC SCHOOLS
# HOME LANGUAGE QUESTIONNAIRE

INSTRUCTIONS:

1. The purpose of this form is to determine the primary language of the student or the language spoken at home.

2. In grades K-6 this form must be completed by the parent or guardian.
   In grades 7-12 this form may be completed by the student.

STUDENT'S NAME Carl James Boman II

SCHOOL ______ GRADE K

HOME ADDRESS P.O. Box 84 Deming PHONE NO. ______

STUDENT'S DATE OF BIRTH 10-20-89 STUDENT'S PLACE OF BIRTH ~~Bartle~~

CITY Bartlesville STATE Ok COUNTRY USA

1. Did the student learn to speak another language before he/she learned English? YES ______ NO ✓
   What was the other language? ______
   CHECK EITHER YES OR NO

2. Is a language other than English spoken in your home? YES ______ NO ✓
   What is the other language? ______
   CHECK EITHER YES OR NO

IF YOU ANSWER "NO" TO QUESTIONS 1 AND 2, STOP AT THIS POINT AND SIGN AT THE BOTTOM OF THIS FORM.

IF YOU ANSWERED "YES" TO EITHER OF THE ABOVE QUESTIONS, PLEASE COMPLETE THE FORM.

3. In your home do you speak: (CHECK ONE)
   ______ a. only Spanish?
   ______ b. Spanish more often than English?
   ______ c. Spanish and English equally?
   ______ d. English more often than Spanish?
   ______ e. only English?

4. Does the student speak: (CHECK ONE)
   ______ a. * only Spanish?
   ______ b. * mostly Spanish and some English?
   ______ c. * Spanish and English equally?
   ______ d. mostly English and some Spanish?
   ______ e. only English?

5. Does the student understand:
   ______ a. only Spanish?
   ______ b. mostly Spanish and some English?
   ______ c. Spanish and English equally?
   ______ d. mostly English and some Spanish?
   ______ e. only English?

FOR OFFICE USE ONLY

DATE: ______
LANGUAGE ASSESSMENT SCORES:
ENGLISH ______ SPANISH ______
GRADE ______
TEACHER ______

* **Language assessment needed**

X Lisa Boman | Parent | August 7, 199[illegible]
Signature of person completing this form | Relationship to student | Date

Case 4:12-cv-08001-GAF Document 158-27 Filed 09/03/15 Page 15 of 28

Authorization for Language Assessment ______ Date ______

# ESCUELAS PUBLICAS DE DEMING
# CUESTONARIO SOBRE IDIOMAS QUE HABLA EL ESTUDIANTE

INSTRUCCIONES:

1. El proposito de este formulario es el de determinar el idioma principal del estudiante, o el idioma que se habla en la casa.

2. En los grados desde el kindergarten hasta el grado 6, este formulario debe ser llenado por los padres o el guardián. En los grados de el 7 al 12, este formulario puede ser llenado por el estudiante.

NOMBRE DEL ESTUDIANTE ____________________

ESCUELA ____________________ GRADO ____________________

DIRECCION DEL HOGAR ____________________ TELEFONO ____________________

FECHA DE NACIMIENTO DEL ESTUDIANTE ____________ LUGAR DE NACIMIENTO DEL ESTUDIANTE ____________

CIUDAD ____________________ ESTADO ____________ PAIS ____________

1. Aprendió el estudiante a hablar otro idioma antes de aprender inglés? SI ________ NO ________
Cual fue el primer idioma que hablo? ________________ MARQUE SI O NO

2. Se habla en su casa otro idioma que no sea el inglés? SI ________ NO ________
Cual es el idioma? ________________ MARQUE SI O NO

SI USTED CONTESTO "NO" A LAS PREGUNTAS 1 Y 2 ARRIBA, PARE Y FIRME AL PIE DE LA HOJA ARRIBA DE LA LINEA.

SI USTD CONTESTO "SI" A CUALQUIERA DE LAS PREGUNTAS ARRIBA, FOR FAVOR COMPLETE EL FORMULARIO.

3. En su casa se habla .... (Marque úno sólo).
   _______ a. sólo el español y no el ingles?
   _______ b. el español con mayor frecuencia que el idioma inglés?
   _______ c. el español e inglés con la misma frecuencia?
   _______ d. inglés con mayor frecuencia que el español?
   _______ e. solamente inglés?

4. El estudiante habla .... (Marque úno sólo).
   _______ a. * solamente español y no inglés?
   _______ b. * más español y algo de inglés?
   _______ c. * el español e inglés de igual manera?
   _______ d. más inglés que el español?
   _______ e. solamente inglés?

5. El estudiante comprende ... (Marque úno sólo).
   _______ a. solamente español y no inglés?
   _______ b. más español y algo de inglés?
   _______ c. el español e inglés de igual manera?
   _______ d. más inglés y algo de español?
   _______ e. inglés solamente?

FOR OFFICE USE ONLY

DATE: ____________________
LANGUAGE ASSESSMENT SCORES:
ENGLISH ________ SPANISH ________
GRADE ____________________
TEACHER ____________________

* Necesita examen de idioma

X ____________________ ____________________ ____________
Firma de persona completando esta forma — Parentesco con el estudiante — Fecha

____________________ ____________________
Autorizacion para examen de idioma — Fecha

Case 4:12-cv-08001-GAF Document 158-27 Filed 09/03/15 Page 16 of 28

# Responsible Learner Checklist

Name Carl Boman Date 9-96 –

## BEHAVIOR

| | Always/Few Exceptions F | Always/Few Exceptions S | Most of the Time F | Most of the Time S | Some of the Time F | Some of the Time S | Seldom Never F | Seldom Never S |
|---|---|---|---|---|---|---|---|---|
| **Is Prepared** | | | | | | | | |
| 1. Come with assignments complete. | | | | ✓ | | ✓ | ✓ | |
| 2. Accepts responsibility for identifying work missed during an absence. | | | | | | | ✓ | ✓ |
| **Accepts Responsibility for Behavior** | | | | | | | | |
| 1. Respects authority. | ✓ | ✓ | | | | | | |
| 2. Follows direction promptly | ✓ | ✓ | | | | | | |
| 3. Follows school rules | ✓ | ✓ | | | | | | |
| **Respects Others** | | | | | | | | |
| 1. Displays courtesy and kindness. | ✓ | ✓ | | | | | | |
| 2. Deals appropriately with disagreement or conflict. | ✓ | ✓ | | | | | | |
| 3. Allows others to remain on task. | ✓ | ✓ | | | | | | |
| **Respects Property** | | ✓ | | | | | | |
| 1. Treats school building and equipment properly. | ✓ | ✓ | | | | | | |
| 2. Receives permission to use the property of others. | ✓ | ✓ | | | | | | |

# owa Tests of Basic Skills

**ervice 12a: All Norms Interpolated**
**ndividual Performance Profile**

| | | | |
|---|---|---|---|
| tudent: | BOMAN, CARL | | |
| D. No.: | | Grade: | 1 |
| lass/Group: | WERTZ | Level: | 6 |
| uilding: | CNAPARRAL ELEM | Form: | K |
| ldg Code: | 42-028 | Test Date: | 3/97 |
| ystem: | DEMING PUBLIC SCHS | Norms: | WK 03/16/94 |
| rder No.: | 000-A7900042-00-002 | Page: | 264 |

S=Standard Score
S=Nat'l Sta9
CE=Normal Curve Equivalent
S=Raw Score
▬=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | SS | NS | NCE | RS | NPR |
|---|---|---|---|---|---|
| Vocabulary | 155 | 6 | 59 | 24 | 66 |
| Reading Advanced Skills | 167 | 8 | 77 | 23 | 90 |
| Reading Total | 163 | 7 | 70 | 48 | 83 |
| Listening | 144 | 4 | 44 | 20 | 38 |
| Language | 176 | 8 | 83 | 25 | 94 |
| Language Total | 160 | 7 | 68 | | 80 |
| Math Advanced Skills | 151 | 6 | 55 | 18 | 60 |
| Math Total | 156 | 6 | 62 | 32 | 72 |
| **Core Total** | 157 | 6 | 63 | | 73 |
| Word Analysis | 160 | 6 | 64 | 33 | 74 |

National Percentile Ranks: Low 1, 10, 25, 40, 50, 60 (Average), 75, 90, High 99

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 29 | 29 | 83 | 77 | Vocabulary |
| | | | | **WORD ANALYSIS** |
| 3 | 3 | 100 | 97 | Printed Letters: Lc |
| 12 | 12 | 92 | 83 | Initial Sounds |
| 4 | 4 | 100 | 81 | Pictures |
| 8 | 8 | 88 | 84 | Words: Consonants |
| 4 | 4 | 100 | 92 | Letter-Sound Match |
| 4 | 4 | 75 | 75 | Rhyming Sounds: Pics |
| 6 | 6 | 100 | 87 | Letter Substitutions |
| 6 | 6 | 100 | 88 | Word Building: Cnsnts |
| | | | | **LISTENING** |
| 4 | 4 | 75 | 75 | Literal Meaning |
| 4 | 4 | 50 | 77 | Inferential Meaning |
| 4 | 4 | 75 | 72 | Concept Development |
| 5 | 5 | 60 | 71 | Predicting Outcomes |
| 4 | 4 | 50 | 71 | Following Directions |
| 4 | 4 | 100 | 76 | Sequential Relatnshps |
| 4 | 4 | 75 | 78 | Visual Relationships |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **LANGUAGE** |
| 4 | 4 | 75 | 59 | Developmental Lang |
| 4 | 4 | 75 | 55 | Temporal Order |
| 4 | 4 | 100 | 70 | Shrd Characteristics |
| 5 | 5 | 80 | 63 | Prepositional Relat |
| 3 | 3 | 100 | 65 | Singular/Plural Usage |
| 4 | 4 | 75 | 75 | Comp/Super Adjectives |
| 5 | 5 | 100 | 65 | Spatial-Directl Lang |
| | | | | **MATH TOTAL** |
| 8 | 8 | 88 | 84 | Compare/Order Numbers |
| 5 | 5 | 80 | 90 | Recognize Numerals |
| 3 | 3 | 100 | 73 | Ordinal Numbers |
| 2 | 2 | 100 | 85 | **Relative Values |
| 4 | 4 | 100 | 83 | Geometry |
| 2 | 2 | 100 | 86 | ** Classify Figures |
| 2 | 2 | 100 | 80 | ** Patterns |
| 5 | 5 | 100 | 76 | Measurement |
| 3 | 3 | 100 | 81 | Estimate; Appro Uni |
| 2 | 2 | 100 | 69 | ** Time |
| 4 | 4 | 75 | 84 | Reprsnt Fractns/Money |
| 12 | 12 | 92 | 83 | Problem Solving |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **READING TOTAL** |
| 26 | 26 | 96 | 85 | Cue: Word Recognition |
| 13 | 13 | 100 | 85 | Auditory |
| 13 | 13 | 92 | 86 | Pictures |
| 20 | 20 | 100 | 78 | Cue: Word Identifictn |
| 7 | 7 | 100 | 89 | Context,Letter,Pic |
| 13 | 13 | 100 | 72 | Context and Syntax |
| 4 | 4 | 75 | 55 | Fact/Inference: Story |
| | | | | **THINKING SKILLS** |
| 6 | 6 | 50 | 69 | Focus/Info-Gathering |
| 51 | 51 | 96 | 82 | Remembering |
| 26 | 26 | 92 | 74 | Organizing |
| 35 | 35 | 74 | 73 | Analyzing |
| 15 | 15 | 87 | 71 | Generating |
| 10 | 10 | 100 | 79 | Integrate/Evaluate |

Skill graph scale: Low, Avg, High

** 1 and 2 item skills are not graphed

# Interpreting Service 12a, Individual Performance Profile

The Individual Performance Profile displays detailed achievement test results. The report is for use by parents, teachers, and students. Scores reported are from the *Iowa Tests of Basic Skills (ITBS)*, the *Tests of Achievement and Proficiency (TAP)*, or the *Iowa Tests of Educational Development (ITED)*. Each student is tested on only one of these test batteries.

1. All three *ITBS* Batteries (Complete, Core, and Survey) measure student achievement for kindergarten through grade 9 in reading, language, and mathematics. The Complete Battery also includes tests in social studies, science, and sources of information beginning at grade 1, and in listening and word analysis at the primary grades.

2. The *TAP* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, written expression, and mathematics. The Complete Battery also includes tests in social studies, science, and information processing.

3. The *ITED* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information.

An Individual Performance Profile sample report for Brian Rogers is pictured for the *ITBS*. Reports for the *TAP* and *ITED* are similar. In the upper right-hand section of the report, scores are printed for the tests, totals, and composite. On this report, grade equivalents (GE), national stanines (NS), and national percentile ranks (NPR) are shown. Student reports in other school systems may contain different kinds of scores. Both grade equivalents and standard scores (SS) are general indicators of a student's level of development. Stanines are clusters of percentile ranks that range from 1 up to 9. National percentile ranks and stanines indicate how a student compares with other students in the nation in his or her grade. Brian's national percentile rank of 84 in Spelling shows that his score was higher than the scores of about 84 percent of fifth-grade students in the nation.

The graph of national percentile ranks to the right of the scores allows a quick comparison of the student's performance in different areas relative to one another.

In the bottom portion of the report, skill performance in each test area is described by scores and a bar graph. Look at Brian's sample report below. In the middle part, there is a listing of the skills in the Math Concepts & Estimation test. One skill, called "Number/Operations", has nine questions, and Brian attempted all nine. His percent-correct score, 78, means that he answered 78 percent of the questions on this skill correctly. The typical fifth-grade student in the nation answered 71 percent of these questions right. The bar graph shows Brian's approximate percentile rank for each skill score. The "Low" range covers percentile ranks between 1 and 25, the "Avg" range is from the 26th to the 74th, and the "High" range is the 75th through the 99th. Even though Brian's percentile rank for this skill is not printed with his other scores, the bar graph shows that it is just above the middle, around the 60th. That is, his percent-correct score (which is 78) is higher than the scores of about 60 percent of fifth-grade students in the nation on that skill.

When the Survey Battery has been given, a brief narrative at the bottom of this report describes the student's performance.

**Iowa Tests of Basic Skills**

**Service 12a: Individual Performance Profile**

Student: ROGERS, BRIAN
I.D. No.:
Class/Group: HELMS
Building: NORTH
Bldg Code:
System: PORT CHARLES SD
Order No.: 901-A4000052-00-001

Grade: 5
Level: 11
Form: K
Test Date: 4/95
Norms: SPRING 1992
Page: 23

GE=Grade Equivalent
NS=Nat'l Stan
NPR=Nat'l %ile Rank (ææ)

N Att=Number Attempted
%C=Percent Correct

| Tests | GE | NS | NPR |
|---|---|---|---|
| Vocabulary | 4.8 | 4 | 31 |
| Reading Comprehension | 5.6 | 5 | 47 |
| Reading Total | 5.2 | 5 | 40 |
| Spelling | 8.4 | 7 | 84 |
| Capitalization | 5.4 | 5 | 45 |
| Punctuation | 6.2 | 5 | 56 |
| Usage & Expression | 4.4 | 4 | 30 |
| Language Total | 6.0 | 5 | 52 |
| Math Concepts & Estimation | 5.5 | 5 | 43 |
| Math Probs & Data Interp. | 5.7 | 5 | 49 |
| Math Total * | 5.3 | 4 | 39 |
| Core Total * | 5.4 | 5 | 42 |
| Social Studies | 4.8 | 4 | 31 |
| Science | 5.9 | 5 | 52 |
| Maps & Diagrams | 7.2 | 6 | 66 |
| Reference Materials | 5.0 | 4 | 36 |
| Sources of Info. Total | 6.0 | 5 | 53 |
| Composite * | 5.4 | 5 | 44 |
| Math Computation | 4.7 | 4 | 27 |

National Percentile Ranks: Low 1 10 25 40 50 60 75 90 High 99 (Average)

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 37 | 37 | 51 | 62 | Vocabulary |
| | | | | **COMPREHENSION** |
| 15 | 15 | 60 | 63 | Factual Meaning |
| 14 | 14 | 57 | 62 | Inferential Meaning |
| 12 | 12 | 50 | 52 | Evaluative Meaning |
| | | | | **SPELLING** |
| 21 | 21 | 90 | 65 | Root Words |
| 8 | 8 | 75 | 59 | Words with Affixes |
| 5 | 5 | 100 | 79 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 2 | 2 | 100 | 87 | **Names and Titles |
| 3 | 3 | 67 | 69 | Dates and Holidays |
| 6 | 6 | 33 | 71 | Place Names |
| 5 | 5 | 100 | 51 | Organizations/Groups |
| 6 | 6 | 83 | 69 | Literary Conventions |
| 5 | 5 | 40 | 64 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 10 | 10 | 70 | 60 | Terminal Punctuation |
| 3 | 3 | 33 | 51 | Comma |
| 6 | 6 | 67 | 55 | Other Punctuatn Mrks |
| 8 | 8 | 63 | 58 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 20 | 20 | 40 | 59 | Usage |
| 8 | 8 | 25 | 53 | Verb Forms |
| 3 | 3 | 67 | 60 | Pronouns; Modifiers |
| 6 | 6 | 50 | 61 | Other Conventions |
| 3 | 3 | 33 | 69 | Correct Usage |
| 20 | 20 | 50 | 56 | Expression |
| 5 | 5 | 40 | 52 | Concise and Clear |
| 11 | 11 | 55 | 60 | Approp Language |
| 4 | 4 | 50 | 48 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 26 | 26 | 69 | 70 | Concepts |
| 9 | 9 | 78 | 71 | Number/Operations |
| 4 | 4 | 100 | 72 | Geometry |
| 3 | 3 | 33 | 69 | Measurement |
| 4 | 4 | 50 | 62 | Fract/Decml/Percent |
| 3 | 3 | 67 | 72 | Probability/Stats |
| 3 | 3 | 67 | 73 | Equations/Inequalts |
| 18 | 18 | 50 | 55 | Estimation |
| 7 | 7 | 71 | 64 | Standard Rounding |
| 4 | 4 | 50 | 65 | Order of Magnitude |
| 7 | 7 | 29 | 41 | Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 17 | 17 | 59 | 61 | Problem Solving |
| 5 | 5 | 100 | 77 | Single-Step: + & - |
| 2 | 2 | 0 | 60 | ** Single-Step: x & ÷ |
| 6 | 6 | 50 | 49 | Multiple-Step |
| 4 | 4 | 50 | 60 | Prob-Solv Strategy |
| 13 | 13 | 69 | 63 | Data Interpretation |
| 3 | 3 | 67 | 80 | Read Amounts |
| 6 | 6 | 67 | 54 | Compare Quantities |
| 4 | 4 | 75 | 64 | Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 6 | 6 | 33 | 58 | History |
| 11 | 11 | 55 | 65 | Geography |
| 12 | 12 | 58 | 59 | Economics |
| 5 | 5 | 60 | 54 | Political Science |
| 4 | 4 | 50 | 60 | Sociology & Anthro |
| 2 | 2 | 0 | 52 | **Related Social Sci |
| | | | | **SCIENCE** |
| 6 | 6 | 83 | 61 | Nature of Science |
| 12 | 12 | 58 | 56 | Life Science |
| 12 | 12 | 50 | 57 | Earth and Space |
| 10 | 10 | 60 | 57 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 13 | 13 | 77 | 58 | Map Reading |
| 4 | 4 | 75 | 65 | Locate & Describe |
| 5 | 5 | 80 | 59 | Direction/Distance |
| 2 | 2 | 50 | 49 | ** Interpret Data |
| 2 | 2 | 100 | 55 | ** Living Conditions |
| 14 | 14 | 64 | 61 | Diagrams and Charts |
| 6 | 6 | 50 | 59 | Locate Information |
| 5 | 5 | 80 | 61 | Infer Processes |
| 3 | 3 | 67 | 63 | Compare Features |
| | | | | **REFERENCE MAT'LS** |
| 4 | 4 | 100 | 78 | Alphabetizing |
| 6 | 6 | 67 | 72 | Table of Contents |
| 7 | 7 | 43 | 63 | Dictionary |
| 4 | 4 | 50 | 60 | Card Catalog: Read |
| 4 | 4 | 75 | 70 | Encyclopedia |
| 7 | 7 | 43 | 56 | Gen Refer Materials |
| | | | | **MATH COMPUTATION** |
| 29 | 26 | 66 | 71 | Whole Numbers |
| 6 | 3 | 0 | 45 | Fractions |
| 4 | 2 | 25 | 61 | Decimals |
| | | | | **THINKING SKILLS** |
| 26 | 26 | 69 | 66 | Focus/Info-Gathering |
| 29 | 29 | 69 | 68 | Remembering |
| 81 | 81 | 62 | 62 | Organizing |
| 160 | 160 | 66 | 61 | Analyzing |
| 63 | 63 | 44 | 58 | Generating |
| [illegible] | [illegible] | [illegible] | [illegible] | Integrate/Evaluate |

** 1 and 2 item skills are not graphed

Case 4:12-cv-08001-GAF Document 158-27 Filed 09/03/15 Page 20 of 28

# CERTIFICATE OF LIVE BIRTH

**STATE OF OKLAHOMA – DEPARTMENT OF HEALTH**

LOCAL REG. NO.

STATE FILE NO 135 - 89-037486

- **1. CHILD** NAME (Type or print) — First: Carl — Middle: James — Last: BOMAN II
- **2. DATE OF BIRTH** — Month Day Year: October 20, 1989
- **3. HOUR:** 10:00 P M.
- **4. SEX:** Male
- **5a. THIS BIRTH:** SINGLE ☒ TWIN ☐ TRIPLET ☐
- **5b. IF TWIN OR TRIPLET, WAS CHILD BORN:** 1st ☐ 2d ☐ 3d ☐
- **6a. COUNTY OF BIRTH:** Washington
- **6b. CITY, TOWN, OR LOCATION OF BIRTH:** Bartlesville
- **6c. INSIDE CITY LIMIT:** Yes ☒ No ☐
- **6d. HOSPITAL – NAME** (If not in hospital, give street and number): Jane Phillips Episcopal-Memorial Med. Center
- **7. MOTHER** MAIDEN NAME — First: Lisa — Middle: Marie — Last: Hedberg
- **8. AGE** (at time of this birth): 21
- **9. BIRTHPLACE** (State or foreign country): Washington
- **10a. RESIDENCE – STATE:** Oklahoma
- **10b. COUNTY:** Osage
- **10c. CITY, TOWN, OR LOCATION:** Hominy
- **10d. INSIDE CITY LIMIT:** Yes ☒ No ☐
- **10e. STREET ADDRESS:** 323 W. 6th
- **11. FATHER** NAME — First: Carl — Middle: James — Last: Boman
- **12. AGE** (at time of this birth): 28
- **13. BIRTHPLACE** (State or foreign country): Oklahoma
- **14a. INFORMANT** SIGNATURE OF EITHER PARENT: Lisa Boman
- **14b. IF UNABLE TO OBTAIN ONE OF PARENTS SIGNATURE, STATE REASON THEREFORE.**
- **15. MOTHER'S MAILING ADDRESS** — STREET or R.F.D. NO.: 323 W. 6th — POSTOFFICE: Hominy — STATE: Oklahoma — ZIP CODE NO.: 74035
- **16a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS?** Yes ☒ No ☐
- **16b. DATE TEST MADE:** 7-12-89
- **16c. IF NO TEST, STATE REASON THEREFORE**
- **17. WEIGHT OF CHILD AT BIRTH:** 5 LBS. 0 OZS.
- **18. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES?** Yes ☒ No ☐
- I hereby certify that this child was born alive on the date stated above.
- **19a. SIGNATURE OF ATTENDANT:** Brock Westbrook
- **19b. DATE SIGNED:** 10/23/89
- **19c. NAME OF ATTENDANT** (Print or Type): B. R. Westbrook
- **19d. ATTENDANT AT BIRTH:** M.D. ☒ D.O. ☐ D.C. ☐ Midwife ☐ Other ☐ (Specify)
- **19e. ADDRESS OF ATTENDANT** — STREET or R.F.D. NO.: Doctors Building — POSTOFFICE: Bartlesville — STATE: Oklahoma — ZIP CODE NO.: 74006
- **20a. DATE REC'D. BY LOCAL REG.:** 10-27-89
- **20b. LOCAL REGISTRAR'S SIGNATURE:** [illegible]
- **21. DATE RECEIVED BY STATE REGISTRAR:** NOV 2 1989
- THIS LINE FOR USE OF STATE REGISTRAR — **22a. DATE CORRECTIONS MADE** — **22b. ITEMS CORRECTED** — **22c. AUTHORITY** — **22d. CLERK**

## State Department of Health

**State of Oklahoma**

OKLAHOMA CITY, OKLAHOMA 73152

ROGER C. PIRRONG
STATE REGISTRAR OF VITAL STATISTICS

CERTIFIED COPY MUST HAVE EMBOSSED SEAL

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

August 5, 1993

STATE REGISTRAR

# OFFICIAL IMMUNIZATION RECORD CARD

Boman II' Carl
Last Name First Middle

10-20-89
Date of Birth

Address

Drug Sensitivity

| Vaccine *CIRCLE | Date Given | Doctor or Clinic Signature or Stamp |
|---|---|---|
| *DTP/PED DT/ Td 1 | 2/9/90 | |
| *DTP/PED DT/ Td 2 | 10/22/90 | |
| *DTP/PED DT/ Td 3 | 2/22/91 | |
| *DTP/PED DT/ Td 4 | 7/24/91 | |
| *DTP/PED DT/ Td 5 (DTP circled) | 8/3/95 | WASHINGTON COUNTY HEALTH DEPT. |
| *OPV/IPV 1 | 2/9/90 | |
| *OPV/IPV 2 | 10/22/90 | |
| *OPV/IPV 3 | 2/22/91 | |
| *OPV/IPV 4 | 7/24/91 | |
| *MMR/MR (MMR circled) | 10/22/90 | |
| HIB | 2/22/91 | |
| Hepatitis B 1 | | |
| Hepatitis B 2 | | |
| Hepatitis B 3 | | |
| Pneumococcal | | |
| Influenza 1 | | |
| Influenza 2 | | |
| Influenza 3 | | |
| Influenza 4 | | |
| Other OPV | 8/3/95 | WASHINGTON COUNTY HEALTH DEPT. |
| Other MMR | 8/3/95 | WASHINGTON COUNTY HEALTH DEPT. |
| Other | | |

# OFFICIAL IMMUNIZATION RECORD CARD

Last Name First Middle
Boman Carl II

Date of Birth
10-20-89

Address

Drug Sensitivity

| Vaccine *CIRCLE | Date Given | Doctor or Clinic Signature or Stamp |
|---|---|---|
| *DTP/PED DT/ Td 1 | 2/9/90 | San Diego California |
| *DTP/PED DT/ Td 2 | 10/22/90 | |
| *DTP/PED DT/ Td 3 | 2/22/91 | |
| *DTP/PED DT/ Td 4 | 7/24/91 | |
| *DTP/PED DT/ Td 5 (DTP circled) | 8/3/95 | WASHINGTON COUNTY HEALTH DEPT. |
| *OPV/IPV 1 | 2/9/90 | San Diego California |
| *OPV/IPV 2 | 10/22/90 | |
| *OPV/IPV 3 | 2/22/91 | |
| *OPV/IPV 4 | 7/24/91 | |
| *MMR/MR | 10/22/90 | |
| HIB | 2/22/91 | |
| Hepatitis B 1 | | |
| Hepatitis B 2 | | |
| Hepatitis B 3 | | |
| Pneumococcal | | |
| Influenza 1 | | |
| Influenza 2 | | |
| Influenza 3 | | |
| Influenza 4 | | |
| Other OPV | 8/3/95 | WASHINGTON COUNTY HEALTH DEPT. |
| Other MMR | 8/3/95 | WASHINGTON COUNTY HEALTH DEPT. |
| Other | | |

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

CARL JAMES BOMAN II

SIGNATURE

S - CHILD IS MEETING GRADE LEVEL REQUIREMENTS
S - EL ALUMNO/A SATISFACE LOS REQUISITOS DE SU GRADO
I - CHILD IS IMPROVING BUT NOT MEETING GRADE LEVEL REQUIREMENTS
I - EL ALUMNO/A ESTÁ MEJORANDO PERO NO SATISFACE LOS REQUISITOS DE SU GRADO
N - CHILD IS NOT MEETING GRADE LEVEL REQUIREMENTS
N - EL ALUMNO/A NO SATISFACE LOS REQUISITOS DE SU GRADO

NAME: Carl Boman
NOMBRE:

ENGLISH LANGUAGE ARTS SKILLS: Habilidades de los Artes de Lenguaje de inglés.
SPANISH LANGUAGE ARTS SKILLS: Habilidades de los Artes de Lenguaje de español.
DESTREZA DEL ARTE DEL IDIOMA ESPAÑOL

| READING / LECTURA | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| LEVEL / NIVEL | R | 1 | 2 | 4 | 4 | 5 | 5 |
| Knows Basic Vocabulary / Sabe Vocabulario Básico | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| Comprehends Material / Comprende el Material | | S+ | S+ | S+ | S+ | S+ | S+ |
| Applies Phonics Skills / Aplica Habilidades Fónicas | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| Knows Letter Names / Sabe los nombres de las letra | S+ | S+ | S+ | S+ | S+ | S+ | S+ |

| WRITING / ESCRITURA | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Mechanics / Mecánicas | | | | | | | |
| Writes and Recognizes Complete Sentences / Escribe y Reconoce Oraciones Completas | | | | | S+ | S+ | S+ |
| Uses Proper Capitalization / Usa Capitalización Apropiada | | | | | S+ | S+ | S+ |
| Uses Proper Punctuation / Usa Puntuación Apropiada | | | | | S | S+ | S+ |

| PENMANSHIP / CALIGRAFIA | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Forms Letters Correctly / Forma Sus Letras Correctamente | S- | S | S | S | S- | S- | S |
| Stays on Line / Se queda dentro las Lineas | S | S | S | S | S | S- | S |
| Spaces Properly / Deja espacios apropiadamente | S- | S | S | S | S | S- | S |
| Works Neatly and Legibly / Haca su trabajo con Cuidado y Legible | S- | S | S | S | S | S- | S |
| Spelling | S+ | S+ | S+ | S+ | S+ | S+ | S+ |

Teacher's Comments:
Comentarios del maestro/a

missed 7 days of school

Deming Public Schools
Escuelas Públicas de Deming
19 96 -19 97
First Grade Report Card
Reporte Escolar de Primer Grado

SCHOOL: Chaparral
ESCUELA:

| MATHEMATICS / MATEMATICAS | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Knows Number Values / Sabe los valores de los números | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| Knows Basic Addition / Sabe Sumar Básicamente | | S+ | S+ | S+ | S+ | S+ | S+ |
| Knows Basic Subtraction / Sabe Sustracción Básica | | | | S | S+ | S+ | S+ |
| Knows Ordinal Numbers (1st - 5th) / Sabe Los Números Ordinales (1°-5°) | | S+ | S+ | S+ | S+ | S+ | S+ |
| Solves Word Problems / Resuelve Problemas de Palabras | | S+ | S+ | S+ | S+ | S+ | S+ |
| Counts by 2's, 5's, 10's / Cuenta por dos, cinco, diez | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| Understands Place Value / Entiende Lugares de Valor | | | | | S+ | S+ | S+ |
| Tells Time to Hour / Dice el Tiempo a la Hora | | | | S+ | S+ | S+ | S+ |
| Tells Time to 1/2 Hour / Dice el Tiempo a Media Hora | | | | S+ | S+ | S+ | S+ |
| Identifies Money Value / Identifica el Valor de Dinero | | | | S+ | S+ | S+ | S+ |
| Identifies Basic Measurements / Identifica Medidas Básicas | | | | | | S+ | S+ |
| Identifies Basic Shapes / Identifica Figuras Básicas | | | | | S+ | S+ | S+ |
| Identifies Solid Figures / Identifica Figuras Sólidas | | | | | S+ | S+ | S+ |
| Counts to 100 (Rote) / Cuenta por cien (Por repetición) | S+ | S+ | S+ | S+ | S+ | S+ | S+ |
| Writes to 100 / Escribe a cien | | | S+ | S+ | S+ | S+ | S+ |
| Recognizes Days of Week / Reconoce los Días de Semana | | | S+ | S+ | S+ | S+ | S+ |
| Recognizes Months / Reconoce los Meses | | | S+ | S+ | S+ | S+ | S+ |

Teacher's Comments:
Comentarios del maestro/a

* AREAS NOT COVERED DURING THIS GRADING PERIOD ARE LEFT BLANK.
ÁREAS NO CUBRIDAS DURANTE ESTE PERÍODO DE CALIFICACIÓN ESTÁN EN BLANCO.

TEACHER: Mrs. Wertz
MAESTRO/A:

| SOCIAL STUDIES / ESTUDIOS SOCIALES | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Understands Simple Concepts / Entiende Conceptos Simples | S | S | S | S | S | S | S |
| Contributes to Class / Contribuye a la Clase | S | S | S | S | S | S | S |

| SCIENCE / CIENCIA | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Understands Simple Concepts / Entiende Conceptos Simples | S | S | S | S | S | S | S |
| Contributes to Class / Contribuye a la Clase | S | S | S | S | S | S | S |

| HEALTH / SALUD | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Understands Simple Concepts / Entiende Conceptos Simples | S | S | S | S | S | S | S |
| Contributes to Class / Contribuye a la Clase | S | S | S | S | S | S | S |

| PHYSICAL EDUCATION / EDUCACION FISICA | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Participates (Participa) | S | S | S | S | S | S | S |
| Shows Good Sportsmanship / Demuestra Buena Deportividad | S | S | S | S | S | S | S |

| CREATIVE EXPRESSION / EXPRESION CREATIVA | 1 | 2 | 3 | 4 | 5 | 6 | Final |
|---|---|---|---|---|---|---|---|
| Participates in Music / Participa en la Música | S | S | S | S | S | S | S |
| Participates in Visual Arts / Participa en los Artes Visuales | S | S | S | S | S | S | S |

Teacher's Comments:
Comentarios del maestro/a

# Balanced literacy CHECKLIST

Caryl Crowell
1989 - revised

Name C.J. Boman
Grade K   Year Feb 1996

Native language X
Second language

Evaluation code: 1 - rarely observed
2 - occasionally observed
3 - frequently observed
4 - always observed

| ORAL LANGUAGE DEVELOPMENT | 1 | 2 | 3 | 4 | Comments |
|---|---|---|---|---|---|
| 1. Participates appropriately in one-to-one interactions. | | | | X | 5/96 4 |
| 2. Participates appropriately in small group discussions. | | | X | | 4 |
| 3. Participates appropriately in large group discussions. | | | X | | 4 |
| 4. Shares personal experiences with a group. | | | | X | 4 |
| 5. Presents information to groups. | | | | X | 4 |
| 6. Actively listens in one-to-one interactions. | | | | X | 4 |
| 7. Actively listens in small group discussions. | | | | X | 4 |
| 8. Actively listens in large group discussions. | | | | X | 4 |
| 9. Listens attentively to stories read aloud. | | | | X | 4 |
| 10. Demonstrates comprehension of oral directions. | | | | X | 4 |

| LITERACY DEVELOPMENT | 1 | 2 | 3 | 4 | Comments |
|---|---|---|---|---|---|
| Reading | | | | | |
| 1. Participates in sustained silent reading. | | | | | |
| 2. Self-selects reading material for SSR and literature study. | | | | | |
| 3. Reads for a variety of purposes. | | | | | |
| 4. Reads a variety of material for enjoyment. | | | | | |
| 5. Initiates reading promptly. | | | | | |
| 6. Attempts to make meaningful substitutions for unknown words. | | | | | |
| 7. Uses language sense and meaning to make and confirm predictions. | | | | | |
| 8. Self-corrects miscues. | | | | | |
| 15 Reading in guided reading materials | | | | X | 4 |

| LITERACY DEVELOPMENT | 1 | 2 | 3 | 4 | Comments |
|---|---|---|---|---|---|
| Spelling | | | | | 5/96 |
| 1. Uses invented spelling freely. | | | | X | 4 |
| 2. Invented spellings use initial, medial, and final consonants. | | | | X | 4 |
| 3. Invented spellings use vowels. | | | X | | 3 |
| 4. Invented spellings are easily read. | | | | X | 4 |
| 5. High frequency words show standard spelling. | | | X | | 4 |
| 6. Invented spelling shows an awareness of spelling patterns. | | | X | | 4 |
| 7. Spelling shows visualization of words. | | | | X | 4 |
| 8. Many words show standard spelling. | | | X | | 4 |
| PROBLEM SOLVING STRATEGIES | | | | | |
| 1. Uses manipulatives effectively. | | | X | | 4 |
| 2. Uses representational drawings effectively. | | | X | | 4 |
| 3. Solves problems at the abstract level. | | | | | |
| 4. Demonstrates use of logical thinking. | | | | | |
| 5. Estimates answers. Considers reasonableness of answers. | | | | | |
| 6. Identifies patterns. | | | | X | 4 |
| 7. Discusses thinking process. | | | X | | |
| 8. Keeps working when answer is not immediately apparent. | | | X | | 4 |
| 9. Makes mental calculations. | | | | | |
| LEARNING IN A SOCIAL ENVIRONMENT | | | | | |
| 1. Is organized and has necessary materials. | | | | X | 4 |
| 2. Begins work promptly. | | | | X | 4 |
| 3. Stays on task. | | | | X | 4 |
| 4. Carries task to appropriate closure or completion. | | | | X | 4 |
| 5. Uses room resources for information and clarification. | | | | X | 4 |
| 6. Uses other children as resources. | | | X | | 4 |
| 7. Collaborates effectively with others. | | | X | | 4 |
| 8. Participates in cooperative tasks. Does his or her fair share. | | | | X | 4 |
| 9. Takes turns. Allows others to contribute and participate. | | | X | | 4 |
| 10. Is self-directed and self-motivated. | | | X | | 4 |
| 11. Assumes responsibility for own learning. | | | | | |
| 12. Self-evaluates. | | | | | |