# CERTIFICATE OF LIVE BIRTH

STATE OF OKLAHOMA – DEPARTMENT OF HEALTH

LOCAL REG. NO

STATE FILE NO 135 - 89-037486

| | | | |
|---|---|---|---|
| 1. CHILD NAME (Type or print) First: Carl Middle: James Last: BOMAN II | | 2. DATE OF BIRTH Month Day Year: [redacted] | 3. HOUR 10:00 P M. |
| 4. SEX Male | 5a. THIS BIRTH SINGLE ☒ TWIN ☐ TRIPLET ☐ | 5b. IF TWIN OR TRIPLET, WAS CHILD BORN 1st ☐ 2d ☐ 3d ☐ | 6a. COUNTY OF BIRTH Washington |
| 6b. CITY, TOWN, OR LOCATION OF BIRTH Bartlesville | 6c. INSIDE CITY LIMIT Yes ☒ No ☐ | 6d. HOSPITAL – NAME (If not in hospital, give street and number) Jane Phillips Episcopal-Memorial Med. Center | |
| 7. MOTHER MAIDEN NAME First: Lisa Middle: Marie Last: Hedberg | | 8. AGE (at time of this birth) 21 | 9. BIRTHPLACE (State or foreign country) Washington |
| 10a. RESIDENCE – STATE Oklahoma | 10b. COUNTY Osage | 10c. CITY, TOWN, OR LOCATION Hominy | 10d. INSIDE CITY LIMIT Yes ☒ No ☐ / 10e. STREET ADDRESS [redacted] |
| 11. FATHER NAME First: Carl Middle: James Last: Boman | | 12. AGE (at time of this birth) 28 | 13. BIRTHPLACE (State or foreign country) Oklahoma |
| 14a. INFORMANT SIGNATURE OF EITHER PARENT *Lisa Boman* | | | 14b. IF UNABLE TO OBTAIN ONE OF PARENTS SIGNATURE, STATE REASON THEREFORE |
| 15. MOTHER'S MAILING ADDRESS STREET or R.F.D. NO. POSTOFFICE STATE ZIP CODE NO. [redacted] | | | |
| 16a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS? Yes ☒ No ☐ | | 16b. DATE TEST MADE 7-12-89 | 16c. IF NO TEST, STATE REASON THEREFORE |
| 17. WEIGHT OF CHILD AT BIRTH 5 LBS. 0 OZS. | | 18. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? Yes ☒ No ☐ | |
| I hereby certify that this child was born alive on the date stated above. | 19a. SIGNATURE OF ATTENDANT *Brock Westbrook* | | 19b. DATE SIGNED *10/23/89* |
| | 19c. NAME OF ATTENDANT (Print or Type) B. R. Westbrook | | 19d. ATTENDANT AT BIRTH M.D. ☒ D.O. ☐ D.C. ☐ Midwife ☐ Other ☐ (Specify) |
| 19e. ADDRESS OF ATTENDANT STREET or R.F.D. NO POSTOFFICE STATE ZIP CODE NO. [redacted] | | | |
| 20a. DATE REC'D. BY LOCAL REG. *10-27-89* | 20b. LOCAL REGISTRAR'S SIGNATURE *Dorothy L. Dudley* | | 21. DATE RECEIVED BY STATE REGISTRAR NOV 2 1989 |
| THIS LINE FOR USE OF STATE REGISTRAR | 22a. DATE CORRECTIONS MADE | 22b. ITEMS CORRECTED | 22c. AUTHORITY / 22d. CLERK |



Wednesday, January 30, 2013 11:06:16 AM

C00962836

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.

Kelly M Baker

Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health

GREAT SEAL OF THE STATE OF OKLAHOMA 1907

OK

It is in violation of Oklahoma Statutes, Title 63 Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

VERIFY PRESENCE OF WATERMARK HOLD TO LIGHT TO VIEW

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.