# SOCIAL SECURITY ADMINISTRATION

Baltimore, Maryland 21235

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 United States Code 902. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 21st day of February, 2006.

Steven Donnell
Division Director
Division of Earnings Record Operations
Office of Central Operations

Form **SSA-473** (3-96)
Destroy Prior Edition

FROM: SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
[redacted]

FEDERAL PUBLIC DEFENDER
[redacted]

[redacted] [redacted]

NUMBER HOLDER NAME:
LISA B MONTGOMERY

PERIOD REQUESTED JANUARY 1985 THRU DECEMBER 2004

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| EMPLOYER NUMBER: [redacted]<br>OKLAHOMA NURSING HOMES<br>LTD PARTNERSHIP<br>[redacted] | | | | | |
| 1987 | - | - | - | - | $ 1,360.11 |
| 1988 | - | - | - | - | $ 395.30 |
| EMPLOYER NUMBER: [redacted]<br>BILLY J & PHYLLIS NIMMO<br>[redacted] | | | | | |
| 1988 | - | - | - | - | $ 596.86 |
| 1989 | - | - | - | - | $ 1,012.09 |
| EMPLOYER NUMBER: [redacted]<br>HAMMER-WILLIAMS CO<br>[redacted] | | | | | |
| 1989 | - | - | - | - | $ 82.25 |
| 1990 | - | - | - | - | $ 1,309.53 |

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER: [redacted]
NIMMO INC
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1989 | - | - | - | - | $ 612.38 |

EMPLOYER NUMBER: [redacted]
W H BRAUM INC
BRAUM ICE CREAM STORE
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ 546.25 |

EMPLOYER NUMBER: [redacted]
BARTLESVILLE NURSING HOME PTRSHIP
% SCMS
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1991 | - | - | - | - | $ 732.04 |
| 1992 | - | - | - | - | $ 3,074.71 |

EMPLOYER NUMBER: [redacted]
KFC USA INC
% PAYROLL DEPT
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1992 | - | - | - | - | $ 394.06 |

EMPLOYER NUMBER: [redacted]
RETAIL MARKETING COMPANY DEBTOR IN
POSSESSION
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1992 | - | - | - | - | $ 571.14 |

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER: [redacted]
MEDICALODGE OF DEWEY
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1993 | - | - | - | - | $ 536.14 |

EMPLOYER NUMBER: [redacted]
WORLDWEST LC
% DOLPH C SIMONS JR
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1995 | - | - | - | - | $ 534.45 |
| 1996 | - | - | - | - | $ 4,578.26 |
| 1997 | - | - | - | - | $ 5,330.66 |

EMPLOYER NUMBER: [redacted]
"OUR FILES DO NOT SHOW AN EMPLOYER NAME AND ADDRESS FOR THIS EMPLOYER IDENTIFICATION NUMBER."

| | | | | | |
|---|---|---|---|---|---|
| 1995 | - | - | - | - | $ 1,946.00 |

EMPLOYER NUMBER: [redacted]
ERNEST J SHORT & SON INC
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1996 | - | - | - | - | $ 701.88 |
| 1997 | - | - | - | - | $ 1,666.77 |
| 1998 | - | - | - | - | $ 3,428.67 |

EMPLOYER NUMBER: [redacted]
BURNS INTERNATIONAL SECURITY SERVICES CORP
% TAX DEPT
[redacted]

| | | | | | |
|---|---|---|---|---|---|
| 1998 | - | - | - | - | $ 3,477.59 |

EMPLOYER NUMBER: [redacted]
SPEARS CANE INC
[redacted]

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1998 | - | - | - | - | $ 532.00 |
| 1999 | - | - | - | - | $ 4,400.88 |

EMPLOYER NUMBER: [redacted]
LABOR READY CENTRAL INC
% TAX DEPT
[redacted]

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1999 | - | - | - | - | $ 83.20 |

EMPLOYER NUMBER: [redacted]
JMCO INC
[redacted]

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 1999 | - | - | - | - | $ 3,898.32 |
| 2000 | - | - | - | - | $ 6,741.77 |
| 2001 | - | - | - | - | $ 4,650.05 |
| 2002 | - | - | - | - | $ 7,638.77 |
| 2003 | - | - | - | - | $ 843.75 |
| 2004 | - | - | - | - | $ 8,865.01 |

EMPLOYER NUMBER: [redacted]
CEDAR VALLEY INVESTMENTS LLC
% RICHARD THOMAS MILLER
[redacted]

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 2000 | - | - | - | - | $ 3,091.00 |
| 2001 | - | - | - | - | $ 12,197.00 |

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | | TOTAL |
|---|---|---|---|---|---|---|

EMPLOYER NUMBER: [redacted]
NEIGHBORHOOD MARKETS LLC
THE MARKET
[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 2002 | - | - | - | - | $ | 6,610.90 |
| 2003 | - | - | - | - | $ | 3,524.28 |

EMPLOYER NUMBER: [redacted]
CASEYS GENERAL STORES INC
[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 2003 | - | - | - | - | $ | 3,046.94 |
| 2004 | - | - | - | - | $ | 2,073.11 |

EMPLOYER NUMBER: [redacted]
CASEYS RETAIL COMPANY
[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 2004 | - | - | - | - | $ | 788.08 |

EMPLOYER NUMBER: [redacted]
LEGACY RESTAURANT GROUP LLC
[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 2004 | - | - | - | - | $ | 4,225.44 |

SELF EMPLOYMENT:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1994 | - | - | - | - | $ | 1,018.00 |
| 1997 | - | - | - | - | $ | 4,880.00 |
| 1998 | - | - | - | - | $ | 778.00 |



Case 4:12-cv-08001-GAF Document 158-29 Filed 09/03/15 Page 6 of 11

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER 2004 MAY NOT BE SHOWN, OR ONLY PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

PAGE 006 END

# Social Security Administration

## Retirement, Survivors and Disability Insurance

**Earnings Record Information**

From: Office of Central Operations
[redacted]

•

FEDERAL PUBLIC DEFENDER
C/O DEBRA GARVEY
[redacted]

Date: FEB 21 2006

Refer to: S2RB1K/85427

Your Reference:

We are sending you the statement of earnings you requested for the number holder shown below.

| Number Holder's Name: | Social Security Number: |
|---|---|
| LISA MONTGOMERY | [redacted] |

If we recently received earnings information, it may not yet be shown on this statement.

Please read the back of this letter for more information about Social Security records.

If you have any questions, you should call, write or visit any social Security office. If you visit, please bring this letter. It will help us answer questions.

Enclosures:
Original Letter
Earnings Statement

Control Number: 06033161115
Remittance CTL Number: 200602020211

# INFORMATION ABOUT SOCIAL SECURITY RECORDS

- Our records show the amount of earnings reported, not the amount of Social Security taxes which were paid.
- Wages were first covered under Social Security in 1937. Therefore, 1937 is the first year for which earnings may be shown on our records. Employers were required to report earnings semi-annually in 1937, and on a quarterly basis for the years from 1938 through 1977. Beginning with 1978, employers are required to report earnings annually.
- Our records do not show the exact dates of employment (month and day) because we don't need this information to figure Social Security benefits. Employers do not give us this information.
- Our records may not show earnings from last year because it takes some time to process earnings reports from employers.
- Each year, there is a maximum amount of earnings that are subject to Social Security taxes and are used to compute benefits. If a person earns more than this maximum amount, the earnings statement will usually show the maximum rather than the total earnings.

| Years | Maximum Yearly Earnings Taxed for Social Security | Years | Maximum Yearly Earnings Taxed for Social Security |
|---|---|---|---|
| 1937-50 | $ 3,000 | 1985 | $39,600 |
| 1951-54 | $ 3,600 | 1986 | $42,000 |
| 1955-58 | $ 4,200 | 1987 | $43,800 |
| 1959-65 | $ 4,800 | 1988 | $45,000 |
| 1966-67 | $ 6,600 | 1989 | $48,000 |
| 1968-71 | $ 7,800 | 1990 | $51,300 |
| 1972 | $ 9,000 | 1991 | $53,400* |
| 1973 | $10,800 | 1992 | $55,500* |
| 1974 | $13,200 | 1993 | $57,600* |
| 1975 | $14,100 | 1994 | $60,600* |
| 1976 | $15,300 | 1995 | $61,200* |
| 1977 | $16,500 | 1996 | $62,700* |
| 1978 | $17,700 | 1997 | $65,400* |
| 1979 | $22,900 | 1998 | $68,400* |
| 1980 | $25,900 | 1999 | $72,600* |
| 1981 | $29,700 | 2000 | $76,200* |
| 1982 | $32,400 | 2001 | $80,400* |
| 1983 | $35,700 | 2002 | $84,900* |
| 1984 | $37,800 | 2003 | $87,000* |

- Beginning in 1951, self-employed persons could also receive Social Security credit for their work. The maximum amounts of self-employment earnings that are subject to Social Security taxes and are used to compute benefits are the same as those shown above.

☐ Please read the enclosed pamphlet(s) for more information.

* The maximum yearly earnings taxed for Hospital Insurance for 1991 is $125,000, 1992 - $130.000, 1993 – 135,000 and from 1994 to date there is no limit.

Form SSA-L460 (4-91)

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

Print the Name, Social Security Number (SSN), and date of birth below.

Name: LISA BOMAN MONTGOMERY — Social Security Number: [redacted]

Other Name(s) Used (Include Maiden Name): LISA BOMAN — Date of Birth (Mo/Day/Yr): [redacted]

2. What kind of information do you need?

☒ **Detailed Earnings Information** (If you check this block, tell us below why you need this information.) — For the period(s)/year(s): ______

I NEED TO ESTABLISH EMPLOYERS I WORKED FOR AS PART OF MY DEFENSE IN A CRIMAL CASE.

☐ **Certified Total Earnings For Each Year.** (Check this box only if you want the information certified. Otherwise, call [redacted] to request Form SSA-7004, Request for Earnings and Benefit Estimate Statement) — For the year(s): 1985 through 2004

3. If you owe us a fee for this detailed earnings information, enter the amount due using the chart on page 3 . . . . . . . . A. $ 50.75

Do you want us to certify the information? ☒ Yes ☐ No

If yes, enter $15.00 . . . . . . . . B. $ 15.00

ADD the amounts on lines A and B, and enter the TOTAL amount . . . . . . . . C. $ 65.75

- You can pay by CREDIT CARD by completing and returning the form on page 4, or
- Send your CHECK or MONEY ORDER for the amount on line C with the request and make ~~check or~~ money order payable to "Social Security Administration"
- DO NOT SEND CASH.

Information Furnished

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

SIGN your name here (Do not print) > Lisa Montgomery — Date 12-10-05

Daytime Phone Number ______ ______
(Area Code) (Telephone Number)

5. Tell us where you want the information sent. (Please print)

Name: C/O DEBRA CARVER — Address: Federal Public Defender [redacted]

City, State & Zip Code [redacted]

6. Mail Completed Form(s) To:

Social Security Administration
Division of Earnings Record Operations
[redacted]

**Exception:** If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
[redacted]

**Payment Approval**

Vendor: Social Security Admin. Check: ____________

Accounting Template: 06302559

Amount: $ 65.75

$ ____________

PA # P30646450239

PO# ____________ RC# ____________

Signature: Ray Conrad Date: 1/20/06

Disbursing Approval ____________