CONTINUATION OF ATTACHMENTS

TO NOTICE OF FILING