# 1988



# 1988 IMPORTANT PERSONAL DATES

## ANNIVERSARIES AND BIRTHDAYS

**JANUARY**
Capricorn 1-19
Aquarius 20-31

Desiree - [redacted]
Aileen - [redacted]

**FEBRUARY**
Aquarius 1-19
Pisces 20-29

Lisa - [redacted]

**MARCH**
Pisces 1-21
Aries 22-31

Alisa - [redacted]
Judy & Richard - [redacted]

**APRIL**
Aries 1-20
Taurus 21-30

Tommy - [redacted]

**MAY**
Taurus 1-21
Gemini 22-31

Kim - [redacted]
Lucy - [redacted]

**JUNE**
Gemini 1-22
Cancer 23-30

Patty - [redacted]
Teddy - [redacted]
Jerre Jo - [redacted]

## BIRTHSTONES

| | | | | | |
|---|---|---|---|---|---|
| January | Garnet | May | Emerald | September | Sap |
| February | Amethyst | June | Pearl | October | |
| March | Bloodstone | July | Ruby | November | T |
| April | Diamond | August | Sardonyx | December | Turq |

**JLY**
ancer 1-23
eo 24-31

**OCTOBER**
Libra 1-23
Scorpio 24-31

**UGUST**
eo 1-23
irgo 24-31

Carl - [redacted]
Carl & Lisa [redacted]

**NOVEMBER**
Scorpio 1-22
Sagittarius 23-30

Randy - [redacted]

**EPTEMBER**
irgo 1-23
bra 24-30

RoseMarie [redacted]
Ethel - [redacted]
Judy & Richard - [redacted]

[redacted]

Nov 11 3 yr. CCC - Carl

**DECEMBER**
Sagittarius 1-22
Capricorn 23-31

Michael - [redacted]

**WEDDING ANNIVERSARY SYMBOLS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| t | Paper | 7th | Wool, Copper | 13th | Lace | 35th | Coral |
| id | Cotton | 8th | Bronze | 14th | Ivory | 40th | Ruby |
| d | Leather | 9th | Pottery | 15th | Crystal | 45th | Sapphire |
| h. | Linen | 10th | Tin | 20th | China | 50th | Gold |
| h | Wood | 11th | Steel | 25th | Silver | 55th | Emerald |
| h | Iron | 12th | Silk | 30th | Pearl | 60th,75th | Diamond |

# PERSONAL DATA

**SOCIAL SECURITY NUMBERS**

Carl [redacted]

Lisa [redacted]

**DRIVERS' LICENSE NUMBERS**

Lisa [redacted] Feb. '89 Expires — Expi

Carl [redacted] Expires — Expi

**PASSPORT NUMBERS**

Expires — Expi

Expires — Expi

**CREDIT CARD INFORMATION**

| Name | Number | Expi |
| --- | --- | --- |
| Montgomery Ward | [redacted] | |
| JCPenney | [redacted] | |
| | | |
| | | |
| | | |

**BANK INFORMATION**

Bank: Cleveland Bank [redacted]

| Type of Account | Number |
| --- | --- |
| Checking | [redacted] |
| | |

Bank:

| Type of Account | Number |
| --- | --- |
| | |
| | |

**SAFETY DEPOSIT**

| Bank | Box Number |
| --- | --- |
| | |
| | |

## LIFE INSURANCE INFORMATION

Insurer

Amount

Expiration/Conversion Date

Policy Number

Location of Policy

Insurer

Amount

Expiration/Conversion Date

Policy Number

Location of Policy

## OTHER INSURANCE INFORMATION

Home Insurance Company

Amount

Policy Number

Location of Policy

Health Insurance Company

Amount

Policy Number

Location of Policy

Other Insurance

## AUTOMOBILE INFORMATION

'78 Ford Fairmont

Auto

Farmers Insurance

Insurance Company

Amount

Policy Number

Location of Policy

Expiration Date

License Number

Serial Number

Registration Number

Title Number

Auto

Insurance Company

Amount

Policy Number

Location of Policy

Expiration Date

License Number

Serial Number

Registration Number

Title Number

## BOAT AND/OR TRAILER INFORMATION

Motor

Serial Number

Model

Serial Number

PIRATION DATES IN FUTURE YEARS (mortgages, certificates of deposit, bonds, etc.)

ɔVERNMENT REPRESENTATIVES

S Senators

S Representative District

ate Senator District

ate Representative(s) District

ɔcal

IISCELLANEOUS NOTES

Blood Types - Carl B+, Lisa O-, Desiree O-

# DECEMBER 1987

**Happenings This Month**
New Year's Day, Jan 1
Georgia Bicentennial, Jan 2
Epiphany, Jan 6
Connecticut Bicentennial, Jan 9
Stephen Foster Memorial Day, Jan 13
Julian Calendar New Year, Jan 14
National Hat Day, Jan 15
U S estimated tax due, Ja
Benjamin Franklin Birthda Jan 17
Martin Luther King, Jr, Birthday Observance, Ja
Robert E Lee Birthday, Ja
○ 3rd, ☾ 12th, ● 19th, ☽ 2

Moon phases New moon ●, First quarter ☽, Full ○, Last quarte

**MONDAY 28**

Power back on!
We lost power Christmas night till now - 2 days w/o water
cold - freezing rain caused power lines to collapse outside
town. Took Desiree to work all night w/me, as Carl was
stuck in Bartlesville. (12-25-87)

**TUESDAY 29**

**WEDNESDAY 30**

Gave 2 wk. notice of
quitting due to pregnancy.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 7 of 81

| DECEMBER | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| JANUARY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | (1) | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | (18) | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(1) New Year's Day
(18) Martin Luther King Jr Birthday Observance

| FEBRUARY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | (15) | 16 | (17) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

(14) St Valentine's Day
(15) Washington's Birthday
(17) Ash Wednesday

# JANUARY 1988 DECEMBER 1987

## THURSDAY 31

Paid 1st months rent and — Cleveland, OK.
deposit on [redacted] # 21 - Electric deposit paid
Rent - $140.00/month; $50.00 deposit  Electric $75.00

Carl's payday

## FRIDAY 1
New Year's Day

Payday! (Lisa)

## SATURDAY 2

Went to Ponca City - picked
up washer; started moving
to Cleveland

7:00 A.M. 12°F

## SUNDAY 3

# JANUARY 1988

**Happenings This Month**
New Year's Day, Jan 1
Georgia Bicentennial, Jan 2
Epiphany, Jan 6
Connecticut Bicentennial, Jan 9
Stephen Foster Memorial Day, Jan 13
Julian Calendar New Year, Jan 14
National Hat Day, Jan 15
U S estimated tax due, Jan 15
Benjamin Franklin Birthday, Jan 17
Martin Luther King, Jr, Birthday Observance, Jan 18
Robert E Lee Birthday, Jan 19
○ 3rd, ☾ 12th, ● 19th, ☽ 25th

See Page 146 for information on happenings

**MONDAY**
**4**

Paid gas and water deposits in Cleveland. $95.00

**TUESDAY**
**5**

**WEDNESDAY**
**6**

Stayed home all night because of snow. 11½ inches total snow on ground.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 9 of 81

**Happenings This Month**
New Year's Day, Jan 1
Georgia Bicentennial, Jan 2
Epiphany, Jan 6
Connecticut Bicentennial, Jan 9
Stephen Foster Memorial Day, Jan 13
Julian Calendar New Year, Jan 14
National Hat Day, Jan 15
U S estimated tax due, Jan 15
Benjamin Franklin Birthday, Jan 17
Martin Luther King, Jr, Birthday Observance, Jan 18
Robert E Lee Birthday, Jan 19
○ 3rd, ☾ 12th, ● 19th, ☽ 25th

See Page 146 for information on happenings

**MONDAY 11**

[redacted] - not much happened (broke!)

**TUESDAY 12**

Got a flat tire after taking Carl & Jeff to work. Cristy took me to work.

**WEDNESDAY 13**

Took Desiree to Doctor Breuer - has a virus - he gave her DIMETANE (cough) and ALUPENT (breathing)
Took night off work to stay home with her.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 10 of 81

[redacted]

# JANUARY 1988

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | (18) | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(1) New Year's Day
(18) Martin Luther King Jr Birthday Observance

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | (15) | 16 | (17) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

(14) St Valentine s Day
(15) Washington's Birthday
(17) Ash Wednesday

## THURSDAY 14

Last day of work! I will really miss it though

## FRIDAY 15

Payday - $224.42
~~[illegible] B-day party~~

## SATURDAY 16

Desiree's B-day party - 4:00 p.m.
took pictures
Chris, Cameron, Katherine, Kenna,
Terry & John were guests.
Went to mom's.

## SUNDAY 17

Teddy came home
Came home and picked
Desiree up. Went back to
mom's

Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 11 of 81

# JANUARY 1988

**Happenings This Month**
New Year's Day, Jan 1
Georgia Bicentennial, Jan 2
Epiphany, Jan 6
Connecticut Bicentennial, Jan 9
Stephen Foster Memorial Day, Jan 13
Julian Calendar New Year, Jan 14
National Hat Day, Jan 15
U S estimated tax due, Ja
Benjamin Franklin Birthd
Jan 17
Martin Luther King, Jr , Birthday Observance, J
Robert E Lee Birthday, J
○ 3rd, ☾ 12th, ● 19th, ☽

See Page 146 for information on happenings

**MONDAY**
*18*
Martin Luther King, Jr , Birthday Observance

Came home Left Desiree with mom for week.

**TUESDAY**
*19*

**WEDNESDAY**
*20*



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 12 of 81

# JANUARY 1988

ECEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 3 | 14 | 15 | 16 | 17 | 18 | 19 |
| 0 | 21 | 22 | 23 | 24 | 25 | 26 |
| 7 | 28 | 29 | 30 | 31 | | |

JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | (18) | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(1) New Year's Day
(18) Martin Luther King Jr Birthday Observance

FEBRUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | (15) | 16 | (17) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

(14) St Valentine's Day
(15) Washington's Birthday
(17) Ash Wednesday

## THURSDAY 21

## FRIDAY 22

Went back to moms. Went to AA/Al-Anon meeting by Hospital. Went bowling from 11p.m.-2:a.m.

## SATURDAY 23

'ook Desiree to visit
ul.

## SUNDAY 24



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 13 of 81

# JANUARY 1988

**Happenings This Month**
New Year's Day, Jan 1
Georgia Bicentennial, Jan 2
Epiphany, Jan 6
Connecticut Bicentennial, Jan 9
Stephen Foster Memorial Day, Jan 13
Julian Calendar New Year, Jan 14
National Hat Day, Jan 15
U S estimated tax due, Jan
Benjamin Franklin Birthday, Jan 17
Martin Luther King, Jr, Birthday Observance, Jan
Robert E Lee Birthday, Jan
○ 3rd, ☾ 12th, ● 19th, ☽ 2

See Page 146 for information on happenings

**MONDAY 25**

Want desperately to go home. Went to group with Mom and Richard. Can't discuss anything with them.

**TUESDAY 26**

Coming from Ponca City to home, had a wreck in Fairfax - totaled 2 cars. Spent 2 hours at hospita[l]. Mom took us home for the night

**WEDNESDAY 27**

Came home. Spent evening over Cristy's. Started spotting so she took me to Hominy Emergency Room. Sent me home.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 14 of 81

:CEMBER

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 14 | 15 | 16 | 17 | 18 | 19 |
| 21 | 22 | 23 | 24 | 25 | 26 |
| 28 | 29 | 30 | 31 | | |

JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | (18) | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(1) New Year s Day
(18) Martin Luther King Jr Birthday Observance

FEBRUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | (15) | 16 | (17) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

(14) St Valentine s Day
(15) Washington's Birthday
(17) Ash Wednesday

# *JANUARY 1988*

## THURSDAY 28

Went to Dr. Lakin's. Listened to baby's heartbeat. (108 lbs)

## FRIDAY 29

Payday

## SATURDAY 30

## SUNDAY 31

# FEBRUARY 1988

**Happenings This Month**
National Freedom Day, Feb 1
Groundhog Day, Feb 2
Four Chaplains Memorial Day, Feb 3
Massachusetts Bicentennial, Feb 6
Mid-Winter's Day, Feb 6
Lincoln's Birthday, Feb 12
St Valentine's Day, Feb 14
Brotherhood/Sisterhood Week Feb 14-20
Washington's Birthday Observance, Feb 15
Ash Wednesday, Feb 17
Chinese New Year, Feb 17
Winter Olympics, Calgary, Alberta, Feb 13-28
Leap Year Day, Feb 29
○ 2nd, ☾ 10th, ● 17th, ☽ 24th

See Page 146 for information on happenings

**MONDAY**
**1**

Carl bought a motorcycle at B&B Auto. $700.00

**TUESDAY**
**2**

Went to Hominy City Hospital for an ultrasound. Got to see the baby. Was so little. Got a picture of the baby.

**WEDNESDAY**
**3**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 16 of 81

| JARY | | | | | |
|---|---|---|---|---|---|
| M | T | W | T | F | S |
| | | | | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 11 | 12 | 13 | 14 | 15 | 16 |
| 18 | 19 | 20 | 21 | 22 | 23 |
| 25 | 26 | 27 | 28 | 29 | 30 |

| FEBRUARY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | (15) | 16 | (17) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

(14) St Valentine's Day
(15) Washington's Birthday Observance
(17) Ash Wednesday

| MARCH | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | (17) | 18 | 19 |
| (20) | 21 | 22 | 23 | 24 | 25 | 26 |
| (27) | 28 | 29 | 30 | 31 | | |

(17) St Patrick's Day
(20) Spring begins
(27) Palm Sunday

# FEBRUARY 1988

## THURSDAY 4

## FRIDAY 5

## SATURDAY 6

thel's back from New York,
taying with Mom & Richard
Went to see Lucy.

## SUNDAY 7


Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 17 of 81

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | (15) | 16 | (17) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

(14) St Valentine's Day
(15) Washington's Birthday Observance
(17) Ash Wednesday

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | (17) | 18 | 19 |
| (20) | 21 | 22 | 23 | 24 | 25 | 26 |
| (27) | 28 | 29 | 30 | 31 | | |

(17) St Patrick's Day
(20) Spring begins
(27) Palm Sunday

# *FEBRUARY 1988*

## THURSDAY *11*

## FRIDAY *12*

Payday

## SATURDAY *13*

## SUNDAY *14*

St Valentine's Day



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 18 of 81

# FEBRUARY 1988

**Happenings This Month**
National Freedom Day, Feb 1
Groundhog Day, Feb 2
Four Chaplains Memorial Day, Feb 3
Massachusetts Bicentennial, Feb 6
Mid-Winter's Day, Feb 6
Lincoln's Birthday, Feb 12
St Valentine's Day, Feb 14
Brotherhood/Sisterhood Weel Feb 14-20
Washington's Birthday Observance, Feb 15
Ash Wednesday, Feb 17
Chinese New Year, Feb 17
Winter Olympics, Calgary, Alberta, Feb 13-28
Leap Year Day, Feb 29
○ 2nd, ☾ 10th, ● 17th, ☽ 24t

See Page 146 for information on happenings

**MONDAY**
**15**
Washington's Birthday Observance

**TUESDAY**
**16**

**WEDNESDAY**
**17**
Ash Wednesday

Went to Fairfax. Talked to Judge - suspended half of ticket. Ended up costing $29$^{00}$



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 19 of 81

# FEBRUARY
# 1988

**Happenings This Month**
National Freedom Day, Feb 1
Groundhog Day, Feb 2
Four Chaplains Memorial Day, Feb 3
Massachusetts Bicentennial, Feb 6
Mid-Winter's Day, Feb 6
Lincoln's Birthday, Feb 12
St Valentine's Day, Feb 14
Brotherhood/Sisterhood Week Feb 14-20
Washington's Birthday Observance, Feb 15
Ash Wednesday, Feb 17
Chinese New Year, Feb 17
Winter Olympics, Calgary, Alberta, Feb 13-28
Leap Year Day, Feb 29
○ 2nd, ☾ 10th, ● 17th, ☽ 24th

See Page 146 for information on happenings

**MONDAY 22**

Had headaches off and on all day. - neck is real stiff.

Will cost $209.00 to get car out.

**TUESDAY 23**

Cristy and Shannon came by - played 2 games Skip-Bo.

**WEDNESDAY 24**

Had a fight with Carl. Don't really know why. Am so depressed. Why can't I do anything like I should? It all seems so hard and pointless. Going over to Cristy's to dry clothes later

More bills!



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 20 of 81

# FEBRUARY 1988

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | (15) | 16 | (17) | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

(14) St Valentine's Day
(15) Washington's Birthday Observance
(17) Ash Wednesday

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | (17) | 18 | 19 |
| (20) | 21 | 22 | 23 | 24 | 25 | 26 |
| (27) | 28 | 29 | 30 | 31 | | |

(17) St Patrick's Day
(20) Spring begins
(27) Palm Sunday

## THURSDAY 25

Dr. Lakin 9:30 a.m. 110 lbs. Baby moving around a lot.

## FRIDAY 26

[illegible]

Went to Bartlesville. Went shopping at Montgomery Ward and the Mall. Lucy took us out to eat.

## SATURDAY 27

[redacted]

## SUNDAY 28

# FEBRUARY
# MARCH
# 1988

**Happenings This Month**
World Day of Prayer, March 4
Save Your Vision Week, March 6-12
National Procrastination Week, March 7-13
International Women's Day, March 8
Johnny Appleseed Day, March 11
Casey Jones Birthday, March 14
St Patrick's Day, March 17
National Poison Prevention Week, March 20-26
Spring begins, 4 39 a m EST, March 20
National Agriculture Day, March 21
Palm Sunday, March 27
Doctors' Day, March 30
○ 3rd, ☾ 11th, ● 17th, ☽ 24th

See Page 146 for information on happenings

**MONDAY**
**29**

Carl at school this week at Connie's. Went to Hominy to have lunch with Carl Ate in car. :)

**TUESDAY**
**1**

Me, Carl, Cristy, & Jeff went to see "Three Men and A Baby". Don and Brenda watched Desiree.

**WEDNESDAY**
**2**

Boring - no car today.
Walked to Jeff and Cristy's. Bought Desiree a bed.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 22 of 81

[redacted]

# MARCH 1988

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | (17) | 18 | 19 |
| (20) | 21 | 22 | 23 | 24 | 25 | 26 |
| (27) | 28 | 29 | 30 | 31 | | |

(17) St Patrick's Day
(20) Spring begins
(27) Palm Sunday

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | (2) |
| (3) | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(1) Good Friday
(2) Passover
(3) Easter
(3) *Time change*

**THURSDAY 3**

Went to see "Overboard"
with Carl & Cristy. Shannon watched Desiree Carl felt
baby kick!

Freak snowstorm - almost like a blizzard!

**FRIDAY 4**

Desiree has a tooth!!!!
Her very first Just noticed it today
Wish I had a job. Sure miss my old one. I'm just
not cut out to be a housewife. Can't anyone
realize that? Can't anyone understand?

**SATURDAY 5**

**SUNDAY 6**

Went w/ Brenda to
laundrymat. Desiree
is walking everywhere!



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 23 of 81

# *MARCH 1988*

**Happenings This Month**
World Day of Prayer, March 4
Save Your Vision Week, March 6-12
National Procrastination Week, March 7-13
International Women's Day, March 8
Johnny Appleseed Day, March 11
Casey Jones Birthday, March 14
St Patrick's Day, March 17
National Poison Prevention Week, March 20-26
Spring begins, 4 39 a m EST, March 20
National Agriculture Day, March 21
Palm Sunday, March 27
Doctors' Day, March 30
○ 3rd, ☾ 11th, ● 17th, ☽ 24th

See Page 146 for information on happenings

**MONDAY**
**7**

Carl had a flat tire on way to work.

**TUESDAY**
**8**

Took Desiree to Wal-Mart to have pictures taken.

**WEDNESDAY**
**9**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 24 of 81

# MARCH 1988

**FEBRUARY** (partly cut off at the left edge)

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | (17) | 18 | 19 |
| (20) | 21 | 22 | 23 | 24 | 25 | 26 |
| (27) | 28 | 29 | 30 | 31 | | |

(17) St Patrick's Day
(20) Spring begins
(27) Palm Sunday

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | (2) |
| (3) | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(1) Good Friday
(2) Passover
(3) Easter
(3) Time change

**THURSDAY**
*10*

**FRIDAY**
*11*

**SATURDAY**
*12*

Patty's wedding shower
2:00-4:00 p.m Ponca City

**SUNDAY**
*13*

# *MARCH 1988*

**Happenings This Month**
World Day of Prayer, March 4
Save Your Vision Week, March 6-12
National Procrastination Week, March 7-13
International Women's Day, March 8
Johnny Appleseed Day, March 11
Casey Jones Birthday, March 14
St Patrick's Day, March 17
National Poison Prevention Week, March 20-26
Spring begins, 4 39 a m EST, March 20
National Agriculture Day, March 21
Palm Sunday, March 27
Doctors' Day, March 30
○ 3rd, ☾ 11th, ● 17th, ☽ 24th

See Page 146 for information on happenings

**MONDAY 14**

Got income tax in mail $965.00 ate at Mazzio's.

**TUESDAY 15**

Pick up picture at Taylor's (Baby Contest)
Went to Tulsa w/ Custy to the Promenade Mall.
Stopped at Wal-Mart - outside Sand Springs - bought aquarium - ate at Taco Bueno

**WEDNESDAY 16**

Bought vacumn & stereo. ~~Ate~~



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 26 of 81

# MARCH 1988

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | | | | | |

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | (17) | 18 | 19 |
| (20) | 21 | 22 | 23 | 24 | 25 | 26 |
| (27) | 28 | 29 | 30 | 31 | | |

(17) St Patrick's Day
(20) Spring begins
(27) Palm Sunday

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | (2) |
| (3) | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(1) Good Friday
(2) Passover
(3) Easter
(3) Time change

**THURSDAY 17**
St Patrick's Day

Rented "Nightmare on Elm Street #3", "The Lost Boys", and "Beverly Hills Cop #2". Watched over Christy's. Ate at Ward's w/ Christy

**FRIDAY 18**

[redacted]

Went to B-ville. Went out to "Sammy's" and the Kettle restaurant. Had a great time. Spent night (Mom & Richard in Cleveland???)

**SATURDAY 19**

Went shopping at the mall, K-mart & Wal-Mart. Ate at MacDonald's. Came home.

**SUNDAY 20**
Spring begins

# *MARCH 1988*

**Happenings This Month**
World Day of Prayer, March 4
Save Your Vision Week, March 6-12
National Procrastination Week, March 7-13
International Women's Day, March 8
Johnny Appleseed Day, March 11
Casey Jones Birthday, March 14
St Patrick's Day, March 17
National Poison Prevention Week, March 20-26
Spring begins, 4 39 a m ES March 20
National Agriculture Day, March 21 ✓
Palm Sunday, March 27
Doctors' Day, March 30
○ 3rd, ☾ 11th, ● 17th, ☽ 24

See Page 146 for information on happenings

**MONDAY**
***21***

Christy and Jeff took me to Maggios to eat.

**TUESDAY**
***22***

**WEDNESDAY**
***23***



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 28 of 81

| RUARY | | | | | |
|---|---|---|---|---|---|
| M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 |
| 8 | 9 | 10 | 11 | 12 | 13 |
| 15 | 16 | 17 | 18 | 19 | 20 |
| 22 | 23 | 24 | 25 | 26 | 27 |
| 29 | | | | | |

| MARCH | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | (17) | 18 | 19 |
| (20) | 21 | 22 | 23 | 24 | 25 | 26 |
| (27) | 28 | 29 | 30 | 31 | | |

(17) St Patrick's Day
(20) Spring begins
(27) Palm Sunday

| APRIL | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | (1) | (2) |
| (3) | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(1) Good Friday
(2) Passover
(3) Easter
(3) Time change

# MARCH 1988

## THURSDAY 24

Dr Lakin 9:15 a.m. 116 lbs.

## FRIDAY 25

Had Custy over for dinner. Played Dice, Skip-Bo & Probe
- Alice Lasker (Child Welfare Dpt) came by on a complaint.

## SATURDAY 26

Patty's wedding 7:00
Grandma Rignell & Eden, Aunt Ann & Alice, Uncle Bobby, Steven, Ronnie, Christina, Brent & Lonnie came from Kansas

## SUNDAY 27

Palm Sunday

# MARCH 1988

**Happenings This Month**

World Day of Prayer, March 4
Save Your Vision Week, March 6-12
National Procrastination Week, March 7-13
International Women's Day, March 8
Johnny Appleseed Day, March 11
Casey Jones Birthday, March 14
St Patrick's Day, March 17
National Poison Prevention Week, March 20-26
Spring begins, 4 39 a m EST, March 20
National Agriculture Day, March 21
Palm Sunday, March 27 ✓
Doctors' Day, March 30
○ 3rd, ☾ 11th, ● 17th, ☽ 24th

See Page 146 for information on happenings

**MONDAY**
**28**

**TUESDAY**
**29**

**WEDNESDAY**
**30**

Pick up pictures at
Wal-Mart 10:00 - 12:00 a.m.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 30 of 81

| W | T | F | S |
|---|---|---|---|
| 2 | 3 | 4 | 5 |
| 9 | 10 | 11 | 12 |
| 16 | 17 | 18 | 19 |
| 23 | 24 | 25 | 26 |
| 30 | 31 | | |

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | (2) |
| (3) | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| (17) | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(1) Good Friday
(2) Passover
(3) Easter
(3) Time change

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| (8) | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | (30) | 31 | | | | |

(8) Mother's Day
(30) Memorial Day

# *MARCH APRIL 1988*

**THURSDAY**

## *31*

~~e Income Tax $206.00~~

**FRIDAY**

## *1*

Good Friday

~~to B'ville. Ate lunch at Arby's w/ Grandma & Kim.~~
~~pping at Wal-~~.

**SATURDAY**

## *2*

Passover

**SUNDAY**

## *3*

Easter/Clocks forward 1 hour



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 31 of 81

# APRIL 1988

| T | W | T | F | S |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 | | |

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | (1) | (2) |
| (3) | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(1) Good Friday
(2) Passover
(3) Easter
(3) Time change

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| (8) | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | (30) | 31 | | | | |

(8) Mother's Day
(30) Memorial Day

**THURSDAY 21**

Dr. Laken 120 lbs.

**FRIDAY 22**

**SATURDAY 23**

**SUNDAY 24**

Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 32 of 81

# APRIL MAY 1988

| MARCH | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| APRIL | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | (1) | (2) |
| (3) | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

(1) Good Friday
(2) Passover
(3) Easter
(3) Time change

| MAY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| (8) | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | (30) | 31 | | | | |

(8) Mother's Day
(30) Memorial Day

## THURSDAY 28

State Income Tax $201.00

## FRIDAY 29

B-ville. Lunch at Arby's. Supper at MacDonalds.

Picked up Cocker Spaniel Puppy from Keith Baker - Paid $60.00. Named her Heather.

## SATURDAY 30

## SUNDAY 1

# *MAY 1988*

**Happenings This Month**
Law Day, May 1
May Day, May 1
Be Kind to Animals Week, May 1-7
National Family Week, May 1-7
V-E Day, May 8
Mother's Day, May 8
Golden Spike Day, May 10
Peace Officers Memorial Day, May 15
Police Week, May 15-21
Armed Forces Day, May 21
National Maritime Day, May 22
Pentecost/Whit Sunday, May 22
South Carolina Bicentennial, May 23
National Missing Children's Day, May 25
Memorial Day, May 30
○ 1st, ☾ 8th, ● 15th, ☽ 23rd, ○ 31st

See Page 146 for information on happenings

**MONDAY**
**2**

**TUESDAY**
**3**

Took Heather to vet for shots and medicine. \$28.50

**WEDNESDAY**
**4**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 34 of 81

# MAY 1988

| RIL | | | | | |
|---|---|---|---|---|---|
| M | T | W | T | F | S |
| | | | | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 11 | 12 | 13 | 14 | 15 | 16 |
| 18 | 19 | 20 | 21 | 22 | 23 |
| 25 | 26 | 27 | 28 | 29 | 30 |

| MAY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| (8) | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | (30) | 31 | | | | |

(8) Mother's Day
(30) Memorial Day

| JUNE | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

**THURSDAY**
**5**

Heather hung herself accidently on ~~front~~ back. porch.

**FRIDAY**
**6**

**SATURDAY**
**7**

**SUNDAY**
**8**
Mother's Day

# MAY 1988

APRIL

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

MAY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| (8) | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | (30) | 31 | | | | |

(8) Mother's Day
(30) Memorial Day

JUNE

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

## THURSDAY 12

## FRIDAY 13

Went to Cleveland Drive-In. Saw "Good Morning Vietnam"

## SATURDAY 14

Went looking for another place to live. Found a 3-bed. trailer in OAKS Trailer Park for $250.00/month.

## SUNDAY 15

[redacted]

IL

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 11 | 12 | 13 | 14 | 15 | 16 |
| 18 | 19 | 20 | 21 | 22 | 23 |
| 25 | 26 | 27 | 28 | 29 | 30 |

MAY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| (8) | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | (30) | 31 | | | | |

(8) Mother's Day
(30) Memorial Day

JUNE

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

# *MAY 1988*

**THURSDAY**
***19*** Dr. Lakin 122 lbs.

**FRIDAY**
***20***

**SATURDAY**
***21***

**SUNDAY**
***22***

*MAY*
*1988*

**Happenings This Month**
Law Day, May 1
May Day, May 1
Be Kind to Animals Week, May 1-7
National Family Week, May 1-7
V-E Day, May 8
Mother's Day, May 8
Golden Spike Day, May 10
Peace Officers Memorial Day, May 15

See Page 146 for information on happenings

Police Week, May 15-21
Armed Forces Day, May 2
National Maritime Day, M.
Pentecost/Whit Sunday, M
South Carolina Bicentenni
May 23
National Missing Children Day, May 25
Memorial Day, May 30
○ 1st, ☾ 8th, ● 15th, ☽ 23
○ 31st

**MONDAY**
**23**

**TUESDAY**
**24**

**WEDNESDAY**
**25**

Patty & Mike's graduation.
Cristy took me to B-ville. Mom took Desiree home w/ h



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 38 of 81

**L**

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 1 | 12 | 13 | 14 | 15 | 16 |
| 8 | 19 | 20 | 21 | 22 | 23 |
| 25 | 26 | 27 | 28 | 29 | 30 |

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| (8) | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | (30) | 31 | | | | |

(8) Mother's Day
(30) Memorial Day

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

# *MAY 1988*

## THURSDAY 26

## FRIDAY 27

## SATURDAY 28

Mom brought Desiree home.

## SUNDAY 29



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 39 of 81

**Happenings This Month**
World Environment Day, June 5
National Safe Boating Week, June 5-11
Children's Day, June 12
National Little League Baseball Week, June 13-19
Flag Day, June 14
Magna Carta Day, June 15
U S estimated tax due, June 15
Father's Day, June 19
Summer begins, 10 57 p m EST, June 20
New Hampshire Bicentenni
June 21
Midsummer Eve, June 23
Virginia Bicentennial, June
☾ 7th, ● 14th, ☽ 22nd, ○ 2

See Page 146 for information on happenings

**MONDAY**
**30**
Memorial Day

Need to pick up
trailer keys from Robyn.

**TUESDAY**
**31**

PAYDAY.

**WEDNESDAY**
**1**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 40 of 81

[redacted]

| MAY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

| JUNE | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

| JULY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

# JUNE 1988

## THURSDAY 2

Carl's dr. appt. in Tulsa
Mom picked up Desiree to take her to Kansas
for family reunion.

## FRIDAY 3

Dr. Lakin 124 lbs.

[redacted]

## SATURDAY 4

## SUNDAY 5

# JUNE 1988

**Happenings This Month**
World Environment Day, June 5
National Safe Boating Week, June 5-11
Children's Day, June 12
National Little League Baseball Week, June 13-19
Flag Day, June 14
Magna Carta Day, June 15
U S estimated tax due, June 15
Father's Day, June 19
Summer begins, 10 57 p m EST, June 20
New Hampshire Bicentenn
June 21
Midsummer Eve, June 23
Virginia Bicentennial, June
☾ 7th, ● 14th, ☽ 22nd, ○

See Page 146 for information on happenings

MONDAY
*6*

[redacted]

TUESDAY
*7*

WEDNESDAY
*8*

# JUNE 1988

Y

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 |
| 9 | 10 | 11 | 12 | 13 | 14 |
| 16 | 17 | 18 | 19 | 20 | 21 |
| 23 | 24 | 25 | 26 | 27 | 28 |
| 30 | 31 | | | | |

JUNE

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

JULY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

## THURSDAY 9

Mom & Richard brought Desiree home.

## FRIDAY 10

## SATURDAY 11

## SUNDAY 12

# JUNE 1988

**Happenings This Month**
World Environment Day, June 5
National Safe Boating Week, June 5-11
Children's Day, June 12
National Little League Baseball Week, June 13-19
Flag Day, June 14
Magna Carta Day, June 15
U S estimated tax due, June 15
Father's Day, June 19
Summer begins, 10 57 p m. EST, June 20
New Hampshire Bicentennial, June 21
Midsummer Eve, June 23
Virginia Bicentennial, June 25
☾ 7th, ● 14th, ☽ 22nd, ○ 29th

See Page 146 for information on happenings

**MONDAY**
**13**

Went to see "The Seventh Sign" w/ Randy & Alisa.
Movie didn't make much sense.

**TUESDAY**
**14**
Flag Day

**WEDNESDAY**
**15**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 44 of 81

# JUNE 1988

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

**JULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

## THURSDAY 16

## FRIDAY 17

Dr. Lakin 125 1/2 lbs.
"Everything fine"

## SATURDAY 18

## SUNDAY 19
Father's Day

# JUNE 1988

**Happenings This Month**
World Environment Day, June 5
National Safe Boating Week, June 5-11
Children's Day, June 12
National Little League Baseball Week; June 13-19
Flag Day, June 14
Magna Carta Day, June 15
U S estimated tax due, June 15
Father's Day, June 19
Summer begins, 10 57 p m EST, June 20
New Hampshire Bicentennial, June 21
Midsummer Eve, June 23
Virginia Bicentennial, June 25
☾ 7th, ● 14th, ☽ 22nd, ○ 29th

See Page 146 for information on happenings

**MONDAY**
**20**
Summer begins

Went to Ford Motor Co.
to look at new cars. ('86 Tempo)
Got a JCPenney's credit card.

**TUESDAY**
**21**

Bought a 1988 Ford Escort Station Wagon from Ford
Motor Co. Had 27 miles on it. Big improvement
over the Mustang.
Ethol came back from Texas - on way to New York

**WEDNESDAY**
**22**

Went to pick up Ethol
and RoseMarie from Bville. Got home about 1:00 a.m.
Frank Eddy came by - said Richard was in hospital
Went to Fairfax.

Shopping at Mall in B-ville



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 46 of 81

[M]AY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

JUNE

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

JULY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

# JUNE 1988

## THURSDAY 23

Spent day at hosp. Richard had heat exhaustion, was totally dehydrated, and has some kind of virus. He almost didn't make it. Wish he would take better care of himself

## FRIDAY 24

Went to Fairfax to see Richard. He's doing a lot better. He must be because he is griping a lot & complaining about everything.

## SATURDAY 25

Grandma's Eden & Rignell came to hospital to see Richard. Visited for awhile.

## SUNDAY 26

[redacted]
Took Ethel back to B-ville.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 47 of 81

# *JUNE 1988*

**Happenings This Month**
World Environment Day, June 5
National Safe Boating Week, June 5-11
Children's Day, June 12
National Little League Baseball Week, June 13-19
*Flag Day*, June 14
Magna Carta Day, June 15
U S estimated tax due, June 15
*Father's Day*, June 19
Summer begins, 10 57 p m EST, June 20
New Hampshire Bicentennial June 21
Midsummer Eve, June 23
Virginia Bicentennial, June 2
☾ 7th, ● 14th, ☽ 22nd, ○ 29

See Page 146 for information on happenings

**MONDAY**
***27***

It rained today.

**TUESDAY**
***28***

Went to Fairfax. Brought Tommy home for the week.

**WEDNESDAY**
***29***



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 48 of 81

| T | W | T | F | S |
|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
| 31 | | | | |

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| (19) | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(14) Flag Day
(19) Father's Day
(20) Summer begins

**JULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

# JUNE JULY 1988

**THURSDAY**
**30**

Dr. Lakin 10:45 126½ lbs.

**FRIDAY**
**1**

~~Dr. Lakin 10:30 a.m.~~

**SATURDAY**
**2**

Took Tommy home. Went
o B-ville to pick up Lucy &
im. Cristy went w/ me.

**SUNDAY**
**3**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 49 of 81

# JULY 1988

**Happenings This Month**
Canada Day, July 1
Independence Day, July 4
National Ice Cream Day, July 10
National Cheer Up the Lonely Day, July 11
Bastille Day, July 14
St Swithin's Day, July 15
"Wrong Way" Corrigan D July 17
New York Bicentennial, Ju
☾ 6th, ● 13th, ☽ 21st, ○ 2

See Page 146 for information on happenings

**MONDAY 4**
Independence Day

Took Lucy & Kim home
Went to Alisa Pinkerton's
party. Killed a racoon on the way there. Jeff got sick
on way home.

**TUESDAY 5**

Went to Hominy City Hospital. Dilated to "1". Mom
& Richard came to pick up Desiree.

**WEDNESDAY 6**

Richard spent the
evening with me. Walked around the trailer
park and talked.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 50 of 81

| JUNE | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

| JULY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

| AUGUST | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) V-J Day

# JULY 1988

**THURSDAY 7**

Mom came to spend the evening with me. Went walking.

**FRIDAY 8**

Dr. Lakin 128 lbs.

Took Cristy w/ me to doctors and brought her home for lunch. I had dilated to "3" so I went home w/ Cristy - walked 3 miles in order to get my contractions regular.

**SATURDAY 9**

Got to hospital about 11:00 a.m.

[redacted]

**SUNDAY 10**

Released from hospital at 2:30 p.m. Went to Fairfax to pick up Desiree.

Chelsea weighed 5lbs. 4ozs

[illegible]

# JULY 1988

**Happenings This Month**
Canada Day, July 1
Independence Day, July 4
National Ice Cream Day, July 10
National Cheer Up the Lonely Day, July 11
Bastille Day, July 14
St Swithin's Day, July 15
"Wrong Way" Corrigan Day July 17
New York Bicentennial, July
☾ 6th, ● 13th, ☽ 21st, ○ 28t

See Page 146 for information on happenings

**MONDAY**
**11**

Took Chelsea over Aira & Doris Compton's. Me & Carl went to Dale to pick up Desiree's puppy and put a birth announcement in "The Cleveland American"

**TUESDAY**
**12**

**WEDNESDAY**
**13**

Went to Doctors office. Chelsea weighed 5lbs. 1



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 52 of 81

# JULY 1988

E

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10 | 11 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 20 | 21 | 22 | 23 | 24 | 25 |
| 27 | 28 | 29 | 30 | | |

JULY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

AUGUST

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) V-J Day

## THURSDAY 14

## FRIDAY 15

Went to B-ville.
Went shopping at Montgomery Ward. Stayed
he night.

## SATURDAY 16

ook
randma to yard sales.
Came home.

## SUNDAY 17

Took Chelsea & Desiree
to church, then took
Desiree to church luncheon.

# JULY 1988

**Happenings This Month**
Canada Day, July 1
Independence Day, July 4
National Ice Cream Day, July 10
National Cheer Up the Lonely Day, July 11
Bastille Day, July 14
St Swithin's Day, July 15
"Wrong Way" Corrigan Day, July 17
New York Bicentennial, July 2
☾ 6th, ● 13th, ☽ 21st, ○ 28th

See Page 146 for information on happenings

**MONDAY 18**

**TUESDAY 19**

Mom & kids came by. Then we went to Fairfax - spent the night. Mom & Richard having problems. Carl, Richar and boys went fishing

**WEDNESDAY 20**

Came home. Glad to be back.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 54 of 81

# JULY 1988

| T | W | T | F | S |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | | |

**JULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) V-J Day

**THURSDAY 21**

ok Chelsea to
octor. Weighed 6 lbs. 1 oz. She has "Thrush"

**FRIDAY 22**

ent to B-ville.
ayed night.

**SATURDAY 23**

hopping at JC Penney's.
ent to Fairfax. Mom's
me. Richard seems
appier. Played cards

**SUNDAY 24**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 55 of 81

# JULY 1988

**Happenings This Month**
Canada Day, July 1
Independence Day, July 4
National Ice Cream Day, July 10
National Cheer Up the Lonely Day, July 11
Bastille Day, July 14
St Swithin's Day, July 1
"Wrong Way" Corrigan July 17
New York Bicentennial,
☾ 6th, ● 13th, ☽ 21st, C

See Page 146 for information on happenings

## MONDAY 25

Carl went for an interview for CO2. Richard, Tony and Michael came by-stayed for lunch.

## TUESDAY 26

Carl had another interview this morning with the Mayor and Deputy Warden for CO2. Hope he makes it.

## WEDNESDAY 27

Dr. Lakin 11:15 a.m.

Chelsea had ear infections in both ears. She weigh 6 lbs. 4 ozs. Went to Fairfax, Mom's back.

Carl made Sgt!

IE

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10 | 11 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 20 | 21 | 22 | 23 | 24 | 25 |
| 27 | 28 | 29 | 30 | | |

JULY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

(4) Independence Day

AUGUST

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) V-J Day

# JULY 1988

## THURSDAY 28

Mom & Richard came over. Went to Kiefer to Grandma Eden's & Aunt Esther. Rained hard all day.

## FRIDAY 29

Carl's payday.
Went to yard sales w/ Brenda. Didn't buy anything.

## SATURDAY 30

## SUNDAY 31



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 57 of 81

# AUGUST 1988

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 14
V-J Day, Aug 14
National Aviation Day, Aug 19
Freedom of Enterprise Wee
Aug 21-27
Women's Equality Day, Au
Partial lunar eclipse, Aug 2
☾ 4th, ● 12th, ☽ 20th, ○ 2

See Page 146 for information on happenings

**MONDAY**
**1**

**TUESDAY**
**2**

**WEDNESDAY**
**3**

Went to Fairfax, to pick up Patty, Mom & Jerri. We all went to Br... to take Patty to Dr ~~[illegible]~~ Went shopping. Afte... lunch at Dinks.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 58 of 81

# AUGUST 1988

**ULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) V-J Day

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| 11 | (12) | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | (21) | (22) | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

(5) Labor Day
(12) Rosh Hashanah
(21) Yom Kippur
(22) Fall begins

**THURSDAY 4**

**FRIDAY 5**

Mom came to pick up me and girls to go to Kansas. Saw Randy's grave - ~~to~~ no headstone. Went to Uncle Bobbys then Grandma's Left Grandma's to go to Aunt Alice. Vic was drunk Dennis & Cathy had a girl!

[redacted]

**SATURDAY 6**

Went shopping w/ Alice. Saw Aunt Ann & David. Came home.

**SUNDAY 7**

Went to B-ville, Dewey & Fairfax.

# AUGUST 1988

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 14
V-J Day, Aug 14
National Aviation Day, Aug 19
Freedom of Enterprise Week, Aug 21-27
Women's Equality Day, Aug
Partial lunar eclipse, Aug 27
☾ 4th, ● 12th, ☽ 20th, ○ 27th

See Page 146 for information on happenings

**MONDAY**
**8**

Mom & Richard picked Desiree up. They are leaving for Conneticut tonight to see Shinichi.

**TUESDAY**
**9**

Chelsea is 1 month old. Went w/ Brenda to Tulsa so she register for school. Desiree is still in Fairfax so I went over. ~~[illegible]~~ Am leaving her there until Friday.

**WEDNESDAY**
**10**

Went to Tulsa to pick out new bedroom furniture. Will be delivered the 17th

~~Went w/ Brenda to Broom~~



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 60 of 81

LY

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 11 | 12 | 13 | 14 | 15 | 16 |
| 18 | 19 | 20 | 21 | 22 | 23 |
| 25 | 26 | 27 | 28 | 29 | 30 |

AUGUST

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) V-J Day

SEPTEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| 11 | (12) | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | (21) | (22) | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

(5) Labor Day
(12) Rosh Hashanah
(21) Yom Kippur
(22) Fall begins

# AUGUST 1988

## THURSDAY 11

## FRIDAY 12

Brought Patty and Mike home for the night

Went w/ Brenda to Pawnee to file for Title 19.

## SATURDAY 13

Took Mike looking for a job. Then took them home.

## SUNDAY 14

V-J Day

# AUGUST 1988

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 14
V-J Day, Aug 14
National Aviation Day, Aug 19
Freedom of Enterprise Wee
Aug 21-27
Women's Equality Day, A
Partial lunar eclipse, Aug
☾ 4th, ● 12th, ☽ 20th, ○

See Page 146 for information on happenings

**MONDAY 15**

Played cards w/ Cristy & Jeff.

**TUESDAY 16**

~~New furniture arrived~~

**WEDNESDAY 17**

New furniture arrived



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 62 of 81

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 4 | 5 | 6 | 7 | 8 | 9 |
| 1 | 12 | 13 | 14 | 15 | 16 |
| 8 | 19 | 20 | 21 | 22 | 23 |
| 5 | 26 | 27 | 28 | 29 | 30 |

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) V-J Day

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| 11 | (12) | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | (21) | (22) | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

(5) Labor Day
(12) Rosh Hashanah
(21) Yom Kippur
(22) Fall begins

# *AUGUST 1988*

## THURSDAY 18

## FRIDAY 19

## SATURDAY 20

## SUNDAY 21

Carl & Lisa - 2nd anniversary



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 63 of 81

# AUGUST 1988

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 14
V-J Day, Aug 14
National Aviation Day, Aug 19
Freedom of Enterprise W
Aug 21-27
Women's Equality Day, .
Partial lunar eclipse, Aug
☾ 4th, ● 12th, ☽ 20th, C

See Page 146 for information on happenings

**MONDAY**
**22**

**TUESDAY**
**23**

Chelsea 8lbs. 9ozs
Doctor Lakin prescribed diaper rash medicine & Vita

**WEDNESDAY**
**24**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 64 of 81

# AUGUST 1988

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 14
V-J Day, Aug 14
National Aviation Day, Aug 19
Freedom of Enterprise We
Aug 21-27
Women's Equality Day, A
Partial lunar eclipse, Aug
☾ 4th, ● 12th, ☽ 20th, ○

See Page 146 for information on happenings

**MONDAY**
**29**

Went shopping in Sand Springs. Carl watched the girls.

**TUESDAY**
**30**

**WEDNESDAY**
**31**

[redacted]

Took Chelsea to Dr. Henderson. She is allergic to diapers and soap.

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| 11 | (12) | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | (21) | (22) | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

(5) Labor Day
(12) Rosh Hashanah
(21) Yom Kippur
(22) Fall begins

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | (10) | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| (30) | (31) | | | | | |

(10) Columbus Day Observance
(30) Time change
(31) Halloween

# SEPTEMBER 1988

## THURSDAY 1

Went to B-ville - then Fairfax. Stayed night at mom's house.

## FRIDAY 2

Came home

## SATURDAY 3

## SUNDAY 4

Mom & Richard & kids came for lunch. Picked up Lucy & Kim to stay night w/ us.



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 66 of 81

# SEPTEMBER 1988

**Happenings This Month**
Labor Day, Sept 5
National Grandparents Day, Sept 11
National Hispanic Heritage Week, Sept 11-17
Rosh Hashanah, Sept 12
U S estimated tax due, Sept 15
Mexican Independence, Sept 15-16
Citizenship Day, Sept 17
Summer Olympics, Seoul, Korea, Sept 17-Oct 2
Constitution Week, Sept 17-23
Yom Kippur, Sept 21
Hobbit Day, Sept 22
Fall begins, 2 29 p m EST, Sept 22
Gold Star Mother's Day, Sept 25
☾ 2nd, ● 10th, ☽ 18th, ○ 25th

See Page 146 for information on happenings

**MONDAY**
**5**
Labor Day

Carl took Lucy & Kim home Went to Kandy's.

**TUESDAY**
**6**

Took Chelsea back to Dr. Henderson. He said she is doing fine.

**WEDNESDAY**
**7**



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 67 of 81

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | (5) | 6 | 7 | 8 | 9 | 10 |
| 11 | (12) | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | (21) | (22) | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

(5) Labor Day
(12) Rosh Hashanah
(21) Yom Kippur
(22) Fall begins

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | (10) | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| (30) | (31) | | | | | |

(10) Columbus Day Observance
(30) Time change
(31) Halloween

# *SEPTEMBER 1988*

**THURSDAY**
*8*

[redacted]

**FRIDAY**
*9*

**SATURDAY**
*10*

**SUNDAY**
*11*

[redacted]



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 68 of 81

# SEPTEMBER 1988

**Happenings This Month**
Labor Day, Sept 5
National Grandparents Day, Sept 11
National Hispanic Heritage Week, Sept 11-17
Rosh Hashanah, Sept 12
U S estimated tax due, Sept 15
Mexican Independence, Sept 15-16
Citizenship Day, Sept 17
See Page 146 for information on happenings

Summer Olympics, Seoul, Korea, Sept 17-Oct 2
Constitution Week, Sept 17-23
Yom Kippur, Sept 21
Hobbit Day, Sept 22
Fall begins, 2 29 p m EST, Sept 22
Gold Star Mother's Day, Sept 25
☾ 2nd, ● 10th, ☽ 18th, ○ 25th

**MONDAY**
*12*
Rosh Hashanah

Patty went to Hospital to have labor induced. Had baby
at 7:55 p.m. [redacted] 6lbs. 12 ozs. ~~&~~ 21 inches long
Went shopping with Lucy. Ate lunch at Dinks.
Bought Car Seats for girls

**TUESDAY**
*13*

**WEDNESDAY**
*14*



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 69 of 81

# SEPTEMBER 1988

**Happenings This Month**
Labor Day, Sept 5
National Grandparents Day, Sept 11
National Hispanic Heritage Week, Sept 11-17
Rosh Hashanah, Sept 12
U S estimated tax due, Sept 15
Mexican Independence, Sept 15-16
Citizenship Day, Sept 17
See Page 146 for information on happenings

Summer Olympics, Seoi Korea, Sept 17-Oct
Constitution Week, Sepi
Yom Kippur, Sept 21
Hobbit Day, Sept 22
Fall begins, 2 29 p m E Sept 22
Gold Star Mother's Day, Sept 25
☾ 2nd, ● 10th, ☽ 18th,

**MONDAY**
**19**

**TUESDAY**
**20**

**WEDNESDAY**
**21**
Yom Kippur

Richard & Judy - 3rd - anniversary



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 70 of 81

# SEPTEMBER 1988

**Happenings This Month**
Labor Day, Sept 5
National Grandparents Day, Sept 11
National Hispanic Heritage Week, Sept 11-17
Rosh Hashanah, Sept 12
U S estimated tax due, Sept 15
Mexican Independence, Sept 15-16
Citizenship Day, Sept 17
Summer Olympics, Seoul, Korea, Sept 17-Oct 2
Constitution Week, Sept 17-23
Yom Kippur, Sept 21
Hobbit Day, Sept 22
Fall begins, 2 29 p m EST, Sept 22
Gold Star Mother's Day, Sept 25
☾ 2nd, ● 10th, ☽ 18th, ○ 25th

*See Page 146 for information on happenings*

**MONDAY**
***26***

Went to Al-Anon meeting in Hominy with Vernetta

Went to JTPA office in Pawnee. Registered to vote for 1st time.

**TUESDAY**
***27***

**WEDNESDAY**
***28***



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 71 of 81

# NOVEMBER 1988

CTOBER

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | | | | 1 |
| 3 | 4 | 5 | 6 | 7 | 8 |
| 10 | 11 | 12 | 13 | 14 | 15 |
| 17 | 18 | 19 | 20 | 21 | 22 |
| 24 | 25 | 26 | 27 | 28 | 29 |
| 31 | | | | | |

NOVEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | (8) | 9 | 10 | (11) | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | (24) | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

(8) Election Day
(11) Veterans Day
(24) Thanksgiving Day

DECEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| (4) | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | (21) | 22 | 23 | 24 |
| (25) | 26 | 27 | 28 | 29 | 30 | (31) |

(4) Hanukkah
(21) Winter begins
(25) Christmas
(31) New Year's Eve

## THURSDAY
## *10*

## FRIDAY
## *11*
Veterans Day

[redacted]

## SATURDAY
## *12*

## SUNDAY
## *13*


Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 72 of 81

# EMERGENCY TELEPHONE NUMBERS

| | |
|---|---|
| Number | Police |
| Number | Fire |
| [redacted] Number | Dr. Lakin / Dr. Brewer Doctor |
| Number | Doctor |
| Number | Doctor |
| [redacted] Number | Hominy City Hospital Hospital |
| Number | Hospital |
| Number | Ambulance |
| Number | *School* |
| Number | School |
| Number | School |
| Number | 1st United Methodist Church |

## FREQUENTLY CALLED NUMBERS

| Name | Telephone |
|---|---|
| | |
| | |
| | |

# A

Name Carol Alexander
Address Cedar Creek Apts.

[redacted]

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 74 of 81

Lucy Bayle
Name [redacted]
Address [redacted]

Telephone

Richard & Judy Boman
Name [redacted]
Address [redacted]

Telephone

Eithel Boman
Name
Address

Telephone

Richard & Judy Boman
Name
Address [redacted]

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

**KL**

me
ldress

lephone

ame
ddress

elephone

ame
ddress

elephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name Alice Lasker (Mrs.)
Address Social Services - Pawnee Cnty. [redacted]

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

NO

Brenda Nott

Name [redacted]

Addr [redacted]

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

lame

ddress

elephone

ame

ddress

lephone

me

ldress

lephone

me

dress

ephone

Name

Address

Telephone



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 77 of 81

Nelma Lianell

Name [redacted]

Addre[redacted]

[redacted]

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 78 of 81

# S

Melba Perry Seeley

Name [redacted]

Address [redacted]

Telephone

Marie Stelma

Name

Address

Tacoma, Washington

Telephone

Jeff & Cristy Sears

Name [redacted]

Address [redacted]

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 79 of 81

Clyde & ~~Mary~~ Rita Tucker

Name [redacted]

Address [redacted]

[redacted]

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone



Case 4:12-cv-08001-GAF Document 159-1 Filed 09/03/15 Page 80 of 81

# W

Name: Letha Whitson

Address: see Lucy Bayle

Telephone

Name: Robert & Gina Whitson

Address [redacted]

Telephone [redacted]

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone