JANE PHILLIPS EPISCOPAL—MEMORIAL MEDICAL CENTER
ADMISSION REGISTRATION

CHART COPY

CONDITION ON DISCHARGE: ALIVE [x] DIED [ ]
DAYS CARE:
DISCHARGE SERVICE:
DISCHARGE DATE: 10/22/89
DISCHARGE TIME: 1:00

PROVISIONAL DIAGNOSIS

OCT 22 1989

PRINCIPAL DIAGNOSIS

SECONDARY DIAGNOSES

COMPLICATIONS

PRINCIPAL PROCEDURE

SECONDARY PROCEDURE

HOSPITAL COURSE (for stays less than 48 hours — medications, diet, activity, followup)

HOSPITAL INFECTION: YES [ ] NO [ ]

ATTENDING PHYSICIAN

| PATIENT NAME | MAIDEN NAME | BIRTH DATE | AGE | PRIV. REG. BY | | | | | | | | ADMISSION NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOMAN, ~~BABY BOY~~ Carl James Jr. | | 10/20/89 | OD | | M | S | W | 1 | G | 0 | D | 2-95406-3 |

| PATIENT ADDRESS | PATIENT CITY | STATE ZIP | COUNTY NAME | | PATIENT HOME PHONE | PATIENT SOC. SEC. NO. |
|---|---|---|---|---|---|---|
| 323 W 6TH | HOMINY | OK74035 | OSAGE | 57 | 918-000-0000 | - - |

| INFORMATION GIVEN BY | CLERK | RELIGION NAME | CODE | ADMITTING DOCTOR | CODE | ROOM BED |
|---|---|---|---|---|---|---|
| MOTHER | CHY | | | BURGE, TERRY E | 0990 | NRBY-6 |

| NAME ON LAST ADMISSION | LAST ADM. DATE | ADMITTING SERVICE | ADMITTING DATE | ADMITTING TIME |
|---|---|---|---|---|
| | / / | NEWBORN INFANT | 10/20/89 | 10:00 PM |

| PATIENT EMPLOYER NAME | PATIENT EMPLOYER ADDRESS | PATIENT EMPLOYER CITY STATE ZIP | EMP. LONG | PAT. WORK PHONE |
|---|---|---|---|---|
| MINOR | | | | - |

| SPOUSE (OR GUARDIAN) NAME | SPOUSE RELATION | SPOUSE HOME PHONE | SPOUSE WORK PHONE | PREVIOUS INSTITUTION - DISC. DATE | ACCIDENT DATE | RELATIVE WORK PHONE |
|---|---|---|---|---|---|---|
| CARL JAMES BOMAN | FATHE | 000-0000 | 885-2192 | | | - |

| RELATIVE NAME | RELATIVE ADDRESS | RELATIVE CITY | STATE | RELATION | RELATIVE HOME PHONE |
|---|---|---|---|---|---|
| JUDY BOMAN | TANGLEWOOD TR PRK | PONCA CITY | OK | MOTHE | - |

| GUARANTOR NAME | GUARANTOR ADDRESS | GUARANTOR CITY | STATE ZIP | RELATION | GUARANTOR PHONE |
|---|---|---|---|---|---|
| BOMAN CARL | 323 W 6TH STREET | HOMINY | OK74035 | FATHE | 885-2393 |

| GUARANTOR EMPLOYER NAME | GUARANTOR SOC. SEC. NO. | GUARANTOR EMPLOYER CITY | STATE ZIP | GUARANTOR WORK PHONE |
|---|---|---|---|---|
| CONNER CORRECT CENTER | 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 | HOMINY | OK74035 | 885-2192 |

| INSURANCE CARRIER #1 | CODE | GROUP | TYPE | INSURANCE CARRIER #2 | CODE | GROUP | TYPE |
|---|---|---|---|---|---|---|---|
| PAY ACCOUNT | | | | | | | |

| POLICY HOLDER | WITH WHOM | POLICY HOLDER | WITH WHOM |
|---|---|---|---|
| | | | |

| POLICY NUMBER | STATE OF PLAN | POLICY NUMBER | STATE OF PLAN |
|---|---|---|---|
| | | | |

hereby authorize the physician or physicians ... [illegible] (NAME OF PATIENT)

administer such treatment and the surgeon to administer such anesthetics as found necessary and to perform the following

[illegible]

... advisable in the treatment of this patient, and if any unforeseen condition arises in the course of this operation calling in ... for procedures in addition to or different from those now contemplated, further request and authorized him to do ... he deems advisable

Dated this ______ day of ______________, 19____ Time ________ A.M. ☐ P.M. ☐

Witness ______________________ Signed ______________________
(PATIENT OR NEAREST RELATIVE)

______________________
(RELATIONSHIP)

## AUTHORIZATION FOR MEDICAL TREATMENT

... hereby authorize the physician or physicians in charge of the care of ______________________ (NAME OF PATIENT)

... administer any treatment and perform such technical procedures as may be deem necessary or advisable in the diagnosis and treatment of this patient.

Dated this ______ day of ______________, 19____ Time ________ A.M. ☐ P.M. ☐

Witness ______________________ Signed ______________________
(PATIENT OR NEAREST RELATIVE)

______________________
(RELATIONSHIP)

## AUTHORIZATION AND RELEASE FOR PSYCHIATRIC CARE

... in consideration of JANE PHILLIPS EPISCOPAL - MEMORIAL MEDICAL CENTER'S acceptance of ______________________ (NAME OF PATIENT) as a patient for treatment in its Psychiatric Unit, the undersigned ... releases JANE PHILLIPS EPISCOPAL - MEMORIAL MEDICAL CENTER of and from any liability resulting from injuries which ... be sustained by said patient while under the jurisdiction of said Medical Center, and hereby consent that said Medical ... shall use such methods and manner of treatment, and take such measures as it shall deem necessary and proper for the treatment, care, and welfare of said patient.

Dated this ______ day of ______________, 19____ Time ________ A.M. ☐ P.M. ☐

Witness ______________________ Signed ______________________
(NEAREST RELATIVE)

______________________
(RELATIONSHIP)

**THE ABOVE AUTHORIZATIONS THAT ARE APPLICABLE, MUST BE SIGNED BY THE PATIENT OR IN THE CASE OF A MINOR OR WHEN THE PATIENT IS PHYSICALLY OR MENTALLY INCOMPETENT, BY THE NEAREST RELATIVE.**

ROMAN, BABY-BOY M
2-95406-3 NRSY-6 10/20/89
DR BURGE, TERRY E
BNAME:10-20-89 10:00 PM
HT 19 IN WT 5LBS 00Z

ROMAN, BABY-BOY M
2-95406-3 NRSY-6 10/20/89
DR BURGE, TERRY E
BNAME:10-20-89 10:00 PM
HT 19 IN WT 5LBS 00Z

DATE 10-22-89

**I have been instructed to bring my newborn baby at the age of one week to the laboratory at Jane Phillips Episcopal Hospital for the PKU blood test to be done.**

**Signed** ______________________
**(Mother)**

**WITNESS:** ______________________

BOMAN, BABY-BOY M
3-95406-3 NRBY-6 10/20/89
DR BURGE, TERRY E
ADMIT: 10-20-89 10:00 PM
HT 19 IN WT 5LBS 0OZ

... FOR A SURGICAL, MEDICAL, DIAGNOSTIC OR ANESTHESIA PROCEDURE

Please read the following carefully. Ask for further explanation if it is not clear.

I understand that Baby Boy Boman (patient)

is to have Circumcision (planned procedure or anesthesia)

performed under the direction of Dr. Tilkin

on or about 10-22-89.

The procedure has been explained to my satisfaction, including the reason for this procedure, alternative methods of treatment, the risks involved (DEFORMITY, DISABILITY OR DEATH), as well as the possibility of COMPLICATIONS.

I expect my physician and the hospital staff to perform competently. However, I understand that no one can guarantee or predict the outcome of the planned procedure.

During the procedure, your physician may discover additional or unexpected conditions. In his opinion, you may then require less extensive or more extensive procedure than planned. In this event, I instruct him to proceed using his best judgment.

I also consent to the hospital's examination and the proper disposal of any tissue removed.

I have carefully read ALL THE ABOVE and understand and agree to the planned procedure.

Signed: ______

Patient or person authorized to request procedures for patient: Lori Boman

Relationship or Capacity: mother

Witness to signature: [signature]

I have explained the procedure(s), alternative(s) and risks to patient or authorized person whose signature is affixed above.

Tilkin

Signature of physician

Date: 10-17-89

86

12/87

BOMAN, BABY-BOY M
2-95406-3 NR3Y-6 10/20/89
DR BURGE, TERRY E
10-20-89 10:00 PM
IN WT 5LBS 00Z

**EPISCOPAL-MEMORIAL MEDICAL CENTER**

**PARTICIPATION PERMIT"**

We, the undersigned, in consideration of Jane Phillips Episcopal-Memorial Medical Center allowing the said father to remain in the room with the mother and infant child, do hereby release, acquit and discharge Jane Phillips Episcopal-Memorial Medical Center and all agents or employees of such, from any and all claims of any nature against Jane Phillips Episcopal-Memorial Medical Center, which would be directly or indirectly attributable to our child being cared for by us while it is with us. We fully understand that a nurse will not be in the room at all times during such periods of time that our infant child is with us. We understand and agree to the following:

1. No visitors allowed in mother's room at any time while infant is in the room.

2. The attending physician's orders must allow family participation.

3. Father will always scrub his hands and wear a cover gown before being in room with infant. Mothers and babies must be in stable condition. The father is allowed to carry the baby to and from the Nursery if desired.

4. Should we desire Sibling Touch, we understand that we will be responsible for helping the sibling(s) hold the new infant and for seeing that the sibling(s) is in good health.

5. Should we desire Grandparent Touch option, we will accept responsibility for teaching them scrubbing technique.

6. Should I, the mother, desire to Room-In my infant, I fully understand that I will be assuming routine care of the infant and that a nurse will not be in the room at all times. I also understand the "nurse call" system.

Should I, the mother of the infant, desire someone other than the person who was with me in Labor and Delivery to assume the privileges outlined in Father Participation Guidelines, I fully understand that only one person is permitted to participate, therefore, the privileges of the person participating in Labor and Delivery will be terminated. This form has been fully explained to us, and we certify that we understand its contents.

MOTHER *Lisa Boman*

FATHER OR SIGNIFICANT OTHER *Carl Boman*

WITNESS *P Edwards, RN*

DATE *10-22-89*

507

BOMAN BABY-BOY
NRSY-A 10/20/89
BOMAN TERRY E
10-20-89 10:09 PM

Mother's Addressograph Plate

JANE PHILLIPS EPISCOPAL – MEMORIAL MEDICAL CENTER
Bartlesville, Oklahoma

NEWBORN INFANT'S RECORD

| | |
|---|---|
| Infant's Name: | Boman |
| SEX | Male ☑ Female ☐ |
| Race: | W |
| Date of Birth: | 10-20-89 |
| Time: | 10$^{09}$ P.M. |

Father's (Mother's) Name and Address:
Carl and Lina Boman
323 W 6th Street
Hominy OK 74035

Mother's Physician: Westbrook EDC: 11/14/89
Infant's Physician: Burge

| | | | |
|---|---|---|---|
| BREAST: ☐ | | Blood Type - RH | |
| BOTTLE: ☑ | | Mother: | O− |
| | | Infant: | O+ |
| Delivery: | | Type: | |
| Gravida: | III | Cephalic | ☐ |
| Para: | II | Breech | ☐ |
| Anesthetic: | | Cesarean Section | ☐ |
| | | Other: | |
| Eye Prophylaxis: | | Apgar: | |
| Head Circ: | 32.5 cm | 1 Min. | 8 |
| Chest Circ: | 28.5 cm | 5 Min. | 10 |
| Abdomen Circ: | 27.5 cm | Birth Weight: | 5# |
| | | Length: | 19" |

PHYSICAL EXAMINATION
CODE: ✓ = No abnormality
x = Abnormality

| ADMIT | DESCRIPTION OF ABNORMAL FINDINGS | DISCHARGE |
|---|---|---|
| Active | General appearance | Active & alert |
| ✓ | Skin | pink [illegible] |
| AF flat | Head, neck | AF flat [illegible] |
| RR x2 | Eyes | RR x2 [illegible] |
| ✓ | Ears, nose, throat | ✓ |
| ✓ | Thorax Lungs and respirations | CTA |
| RRR 3/6 | Heart | RRR |
| CM | Abdomen | soft [illegible] |
| ♂ [illegible] | Genitalia | ♂ [illegible] |
| ✓ | Anus | ✓ |
| [illegible] | Trunk and spine | [illegible] |
| [illegible] | Extremities | [illegible] |
| ✓ | Reflexes | + |

PROGRESS NOTES:

10-21-89 - Admit note
5# oz ♂ via C-SVD at 10$^{09}$ pm [illegible]
Apgars 8' /10$^{5}$. [illegible] ? $^{8}/_{20}$ → $^{11}/_{10}$ ??
Mother 21 y.o. G3P2 O- mother. No
Rhogam this pregnancy. Received
Rhogam p 2nd delivery. Etobacco
[illegible] -37 wks
PE - see admit
Imp: [illegible] 7wk AGA ♂
[illegible] mother
Plan: Routine nursery care
[illegible]
/[illegible]

10-22-89 Day # 2 No problems.
[illegible] wt 4-13
[illegible] [illegible] [illegible]
[illegible]
PE - [illegible] - see discharge
Imp: Term AGA ♂
Plan: Home F/U 3wks
/[illegible]

Circumcision Type: Gomco 1.1 Date: 10-22-89
IMPRESSION: Term AGA ♂
Discharge Weight: 4-13

Signature: [illegible] Date: 10-22-89

44 [illegible] [illegible]

[illegible] DRG VERIFICATION

TODAY'S DATE 10/31/89

PATIENT NAME BOMAN BABY-BOY MEDICAL RECORD # 2954063

| ACCOUNT NUMBER | DISCH STATUS | BIRTH DATE | AGE | SEX | ADMIT DATE | DISCH DATE | LOS ALT/LOS |
|---|---|---|---|---|---|---|---|
| 2954063 | 01-HOME | 10/20/1989 | NB | 1-MALE | 10/20/89 | 10/22/89 | 2 |

PAYOR CLASS 08 SELF-PAY

| HCFA WGT | RATE | MDC | CC | OR PROCEDURE | GEOMETRIC MEAN | OUTLIER THRESHOLD |
|---|---|---|---|---|---|---|
| 0.2191 | 622.31 | 15 | | | 03.1 | 011 |

DRG 391 NORMAL NEWBORNS

ADMIT DIAG V3000 SINGLE LIVEBORN,BORN IN HOSP.DEL W/O C SEC

* MESSAGES *

PRINCIPAL DIAGNOSIS (1) V3000 SINGLE LIVEBORN,BORN IN HOSP.DEL W/O C SEC

SECONDARY (2)
(3)
(4)
(5)
(6)
(7)
(8)
(9)
(10)

PROCEDURES PROC DATES PRINCIPAL SURGEON: 0990

(1) 640 S 10/22 CIRCUMCISION
(2)
(3)
(4)
(5)
(6)
(7)
(8)
(9)
(10)
(11)
(12)

I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

SIGNED: ________________________________
ATTENDING PHYSICIAN: 0990 BURGE TERRY

DATED: ________________________________

Due to [illegible] / procedures may not [illegible]

02/27/68
... BROOK DR
... MARIE
... FUM 21Y (OPEN)

2-95406-3 NRSY-6 10/20/89
DR BUROE, TERRY E
MNAME:10-20-89 10:00 PM
HT 19 IN WT 5LBS 002

G 4 | T 4 | P 4 | A 0 | L 4 | EDC 9/6/89 | AGE 21 | DATE 10/22/89 | TIME 4:15 am/pm

**REASONS FOR ADMISSION**

___Onset of Labor
___Induction of Labor
___Indicated ___Elective
___Cesarean Section
___Primary ___Repeat

___Observation/Evaluation
___Fetal Status
___Medical/Obstetric Complication
___Other
___Spontaneous abortion

Detail reasons:

**SIGNIFICANT PRENATAL DATA**

Allergies Darvocet
Current Medications ___None

| Name/Type | Last taken | Brought YES | Brought NO |
|---|---|---|---|
| | | | |
| | | | |

| | YES | NO |
|---|---|---|
| Blood Type O− RHIG | | |
| Received Prenatal Care | ✓ | |
| Attended classes or received instructions | | ✓ |
| Support person in labor | | |

Relationship Carl (husband) Friend

**PATIENT PLANS**

Infant feeding ___Breast ✓ Bottle
Smoker ✓ Yes ___No

Pediatrician Family P or Call
Previously notified ___Yes ✓ No

**PATIENT CARE DATA**

Temp 99.9 Pulse 79 Resp 24 B/P 110/60
Contractions on Admission ___None
Frequency stated 2-3 min.
Duration
Quality mild to strong
Onset / / at 1 : 30 am/pm
Membranes on admission
___Intact
___Ruptured
Date / / at ___:___ am/pm
Fluid ___Clear ___Meconium
___Foul Smelling
Vaginal Bleeding ___None
___Normal Show
___Bleeding (Describe)

Height 5'5" Weight 129
Estimated Weeks Gestation 37 wk ?
___LMP ___Ultrasound
Fetal Evaluation
Fetal Heart Tones 130-140
Cervical/Presentation Evaluation
___Dilation
___Effacement
___Station
___Vertex
___Breech Type
___Face/Brow
___Transverse Lie
___Compound

**PLANS FOR ANESTHESIA**

Type
Last oral intake
Date 10/19/ at 8:00 pm

**RISK ASSESSMENT**

___No risk ___At risk ___High risk
Specify

Physician Notified Weatherford
Nurse C. Madison

March 1988
211

2-95406-3 *RBT-6 10/20/89
DR BURGE, TERRY E
MNAME: 10-20-89 10:00 PM
HT 19 IN WT 5LBS 00Z

[illegible] LISA M
95405-5 J183-1 02/27/68 F
WESTBROOK DR
[illegible]

DATE: 10/20/89 PARA: II GRAVIDA: III EDC: 11/6/89

TO DELIVERY ROOM 0950pm
BOW RUPTURED 950pm ART ✓ SPONT ______
ANESTHETIC: SADDLE ______ MEDICATION ______
LOCAL ⊘ ______ NESACAINE 1% ___ XYLOCAINE 1% ___
Other ______ ANESTHETIST: ⊘

DELIVERY: TIME 10^00 A.M (P.M)

SEX: Male (X) Female () Position OA

BIRTH WEIGHT: 5lbs LENGTH: 19in

| APGAR | HR | RR | TONE | COLOR | CRY | SCORE |
|---|---|---|---|---|---|---|
| 1 Min | 2 | 2 | 2 | 0 | 2 | 8 |
| 5 Min | 2 | 2 | 2 | 2 | 2 | 10 |

EYES: Sod Sulfacctamide 15% ______
Ilotycin oint. OU ✓
Silver Nitrate 1% ✓

BRACELETS: Yes (X) No ()
FOOTPRINTS: Yes (X) No ()

RESPIRATIONS: Spontaneous ✓
Delayed ______
Absent ______

Type of Resuscitation:
PNT's ______
TIME: ______
Intubated ✓
Bulb Syringe ✓
Other ______

BP ______ TIME ______
BP ______ TIME ______
BP ______ TIME ______

DELADUMONE OB IN YES () NO (X) TIME ⊘
MEDICATIONS: In Labor &/or Delivery Room
9? Demerol 25mg IV Push
Slowly [illegible] Baker RN

PLACENTA: Time 10^05 pm Complete ✓ Yes (X) No () Manual ______

OXYTOCIN: Pitocin 10 units in IV 1000 RB ?/pm

EPISIOTOMY: Type ⊘

Laceration ______

FORCEPS: Yes () NO (X)
Type ______

Repaired with ______

BLOOD LOSS EST: ______

CATHETERIZED: Yes () NO (X) Spec. to lab. ⊘

SCRUB NURSE: Y. Quigley LPN (Own Signature)

CIRCULATING NURSE: K. Baker RN (Own Signature)

Significant Mat. History &/or Prenatal Complications: Nuchal cord x1 that would [illegible]. [illegible] precipitous delivery by RN. [illegible] cord clamped & cut in place. [illegible] [illegible] [illegible] [illegible] given [illegible] thigh. [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] to 3 [illegible] [illegible] both given & dried. [illegible] [illegible] [illegible] [illegible] wrapped in warmed blanket. [illegible] clear to auscultation, heart rate strong & regular, wrapped in warmed blanket

DISCHARGE NOTES: and given to parents to hold. Carried to nursery per nurses arms & placed [illegible] K Baker RN

ATTENDING PHYSICIAN

DELIVERY ROOM RECORD

H - 32.5
C - 28.5
A - 27.5

79

M

Memorial Medical Center

... Record

Name Lisa Bomemer Address: ____ Date 7/12/89

Age 21 Race W (M)SWD ____ Phone ____ Religion ____

Husband's Name ____ Business ____ Ref. by ____

History

LMP 12/1 EDC 9/6/89 Para II Gravida II

FAMILY HISTORY

Father A&W - 47 Mother A&W

Siblings ✓

Past History ____

Social History ____

Allergies ____ 1/2 Pk Pack

| Previous Pregnancies | | |
|---|---|---|
| Ages | Birth Weight | Comments |
| 2 1/2 | 4-8 | |
| 1 | 5# | |

Systemic Review

General Normal

Skin ____

Thyroid ____

Respiratory ____

Circulatory ____

G.I. ____

G.U. ____

GYN ____

Locomotor ____

EP ____

Height 5-5 Usual Weight 108

Nutrition Fair

Heart Normal BP ____

Lungs Clear

Breasts Enlarged

Pelvis –

Cervix Clear

Fundus 6 month size

Extremities OK

Blood Count: HG 11.6 Hct 34.6 WBC 09.5 N 70 L 25 M 1 E 2 B ____

Blood Type O(neg) Husband's Type ____ VDRL Non-reactive 9-12-89

Urine: Color Straw App Neg SG 1.006 ph 6.5 Sugar Neg Prot Neg Micro [illegible]

NOTES: Rubella – immune
Titer neg

Pregnancy

BHW

Special Problems: ____

____ M.D.

Initial Weight 108 EDC 9/6/8? Prenatal Supplement

Para I Blood Type O Neg Husband's Type B+ Last Labor /

Pediatrician Anesthesia 1. 14 hours

| Date | BP | WT | TWG | FHS | HF | WK | Special Problems 2. 2 days late |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| 7/1 | 108/[illegible] | 119 | | | | 37 | |
| 7/26 | 115/73 | 119½ | | X | 32 | 34 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Delivery: Date Anes Epis Forceps Sex Wt.

Complications

Postpartum:

IMPRINT WITH ADDRESSOGRAPH

...ed By: ______

...ked By: ___/___ R.PH.

JANE PHILLIPS EPISCOPAL MEMORIAL MEDICAL CENTER

AUTOMATIC STOP ORDER TIME LIMITS

Antibiotics — 5 Days
Anticoagulants — 24 Hours
Narcotics — 72 Hours
Sedatives — 72 Hours
Corticosteriods — 5 Days

Date Time

PHYSICIAN'S ORDERS

Dx.

Wt. Ht.

Allergies:

ROUTINE NEWBORN ORDERS

1. Notify me within 12 hours of uncomplicated delivery.
2. Warm to 98° after delivery, may use isolette.
3. When warm, bathe with Phisoderm and $H_2O$, then daily. Triple dye to cord once.
4. Wash cord with alcohol x 6 daily.
5. Erythromycin ointment to eyes twice.
6. Vitamin K 1.0 mg IM to lateral thigh once.
7. Admission vital signs to include body measurement. Then vital signs every 8 hours, daily weight.
8. NPO 4 hours, then sterile $H_2O$ x 2 - 1 hour apart.
9. If $H_2O$ tolerated and bottle feeding, may begin Enfamil or Similac with iron cal/oz every 3-4 hours on demand.
10. If $H_2O$ tolerated and breast feeding, release to mother. Supplement with D5W until breast milk established.
11. DO NOT release to mother if temp > 101°F.
12. Hgb. and HCT in first 12 hours. #0003 #0004
13. PKU 48 hours after feeding began.
14. Type and Coombs. #0001 #0002
15. Blood sugar at 2 hours of age on any baby less than 6# or greater than 9#, call me if results less than 35. #0005 #0002

[signature]

[signature]
Family Practice Residents

Revised 2/15/87, 10/07/87, 09/7/88
Reviewed 7/89

PHYSICIAN'S ORDERS

[illegible] LISA R
[illegible] J183-1 02/27/68
[illegible] WESTBROOK RE
[illegible] MARIE
[illegible] FMH 21Y (OPEN)

7-12-[illegible]

## INFANT STATISTICS

NAME: ______

ROOM 183

DATE 10-20-85

SEX M

TIME 10^00 A.M. or (P.M.) (Circle one)

WEIGHT 5 lbs — ozs

LENGTH 19 inches

DELIVERING PHYSICIAN Westbrook

## DELIVERY/COMPLICATIONS

1. A. Vaginal ✓
   B. Cesarean Section (circle one) PRIMARY or REPEAT
   PLEASE CHECK REASON:
   CPD ______
   BREECH ______
   FETAL DISTRESS ______
   OTHER - (Specify) ______

2. BIRTH INJURIES TO CHILD: YES ______ NO ✓
   (Please specify if yes) ______

3. CONGENITAL MALFORMATIONS OR ABNORMALITIES OF CHILD:
   YES ______ NO ✓ (If yes, specify) ______

4. COMPLICATIONS RELATED TO PREGNANCY: YES ______ NO ✓
   (Please specify if yes) ______

5. COMPLICATIONS NOT RELATED TO PREGNANCY: YES ______ NO ✓
   (Please specify if yes) ______

Retyped March 1987

23

LISA M F
405-5 J183-1 02/27/68
WESTBROOK DR
MARIE
FWH, 21Y (OPEN)

DOMAN, BABY
2-95406-3
DR BURGE
10-20

NEWBORN IDENTIFICATION

IDENT-A-BAND® Bracelet

| Serial Number | Signature Person Applying IDENT-A-BAND® Bracelet | Birth Date | Time |
|---|---|---|---|
| 1494 | Rebecca Baker RN | 10/20/89 | |

PRINTS

| Signature Person Taking Prints | Sex | Weight | |
|---|---|---|---|
| Rebecca Baker RN | (F) | 5 lbs | |

MOTHER'S RIGHT INDEX FINGERPRINT



INFANT



INFANT



| | Physician | | |
|---|---|---|---|
| | | Rebecca Baker RN | |

UPON DISCHARGE - Affix Infant's Ident-A-Band® bracelet below and have statement signed and witnessed.

M B
[redacted]
2-95406-3

Date

I CERTIFY that during the discharge procedure I checked the Ident-A-Band® bracelets sealed on the baby and on me and found that they were identically numbered 1494 and contained correct identifying information. I certify that I have received my baby.

Signed

Witness

Hospital Representative

BABY-BOY M
403-3 NRSY-6 10/20/89
TERRY E
10-20-89 10:00 PM
SLDS 002

10-22-89

Birthdate: 10-20-89 Day of Life: 2

Time: 10⁰⁰ pm

Weight: 5 # Length: 19

Mother's Doctor: [illegible]

Breast or (Formula) [illegible]

**SPECIAL INSTRUCTIONS**

Circ. Care: ______

Bath Soap: [illegible]

Cord Care: alcohol.

| SHIFT | TIME | WT. | T P R | STOOLS | VOIDS | FEEDINGS | SKIN | EYES | COND. | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-7 | | | 98⁶ 136 34 0600 97³ | | II | 12³⁰ 1½oz 3³⁰ 1 oz 6³⁰ 3/4 oz | | | | Fed q 3 hrs; In open crib content between feedings, ... bath care given, ... V.S. stable ... under good neon lamp ... done c each diaper c ... Elizabeth Booth ... M. Scavedalle ... |
| 7-3 | | Yest. 5 Today 4³ | 97⁷ 120 68 | 1 lg | II | NPO 11³⁰ 1 oz | clear | clear | good | On abdomen in open crib. Hat, socks & triple blanket ... Cord care & circ care ... c each diaper. Tolerates feedings well. No distress noted. S. Tu... Infant dismissed c mother ... Infant in good condition. Nurse walked out c infant & mother. S. Tu... |
| 3-11 | | | | | | | | | | |

61

Case 4:12-cv-08001-GAF Document 159-2 Filed 09/03/15 Page 15 of 26

BABY-BOY
NRSY-6 10/20/89 M
TERRY E
10-20 BY 10:00 PM
WT 5LBS 00Z

**Birthdate:** 10-20-89 **Day of Life:** NB
**Time:** 10:00 pm
**Weight:** 5 lbs - **Length:** 19
**Mother's Doctor:** Westbrook
**Breast or (Formula)** EnF c Fe

**SPECIAL INSTRUCTIONS**

**Circ. Care:**
**Bath Soap:** Phisoderm
**Cord Care:** alcohol

10-21-89

| SHIFT | TIME | WT. | T P R | STOOLS | VOIDS | FEEDINGS | SKIN | EYES | COND. | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-7 | | 5 lbs | 98[2] 150 44 | | T | 1st 0200 H2O ½ oz<br>2nd 0600 ½ oz | pink | clear | | admitted to nursery [illegible] admission sheet. [illegible] warmer temp [illegible] Temp stable [illegible] open crib [illegible] H2O [illegible] fair [illegible] tolerating [illegible] Miranda |
| 7-3 | | Yest.<br>Today<br>5 | 97[4] 140 44 | | T | 10[45] ½<br>12[45] ½ | Pink | clear | good | [illegible] fontanels [illegible] Resting in [illegible] crib [illegible] [illegible] hat [illegible] blankets [illegible] Out to mom for feeding. Quiet between feedings [illegible] |
| 3-11 | | | 97 132 28 | 1 mec | 11 | 6[30] 1 2 oz<br>8[45] | pink | clear | stable | [illegible] temp ↓. Cap, [illegible] and [illegible] [illegible] 3 blankets on for warmth. Parents instructed to keep infant wrapped up, express understanding. Infant out for feedings + [illegible], nippling fairly well. Out and in open crib, content. Remains out in mother's room. J Moore |
| 61 | | | | | | | | | | |

JOHNSON BABY BOY
25465 3 WEST-6 10/20/89
DR STOKES TERRY E
ADMITTED 10-20-89 10:05 PM

**JPEMHC**
**NEWBORN ASSESSMENT**

BIRTHDATE 10/20/89 Time 10:05 a.m./p.m. Male ✓ Female ___ White ✓ Black ___ Other ___
Weight 5 lbs 2268 gms Length 19 in EDC 9/6/89 or 11/1/89 ?
CIRCUMFERENCE: Head 32.5 cms Chest 28.5 cms Abdomen 22.5 cms

ADMISSION TO NURSERY 11:05 a.m./p.m. PLACED IN: Incubator ___ Isolette ___ Radiant Warmer ✓
ADMITTED FROM: Delivery Room ___ (Apgar 1 min 7 5min 10) Transferred ___ From ___
BOW Ruptured ___ hrs. Meconium Stained ___

ADMISSION: Heart Rate 150 Respiratory Rate 44 Temperature 98²
Blood Pressure ___ Dextrostix ___ Time ___

Dr. Barry Wilkins Notified of Admission at 7:00 a.m./p.m. 10/21/89

**PHYSICAL ASSESSMENT ON ADMISSION:**

**COLOR**
__ General Cyanosis
__ Pallor
__ Mottled
__ Flushed
✓ Other pink

**SKIN**
__ Meconium Stained
__ Edema
__ Rash
__ Ecchymosis
__ Jaundiced
__ Peeling
__ Petechiae
__ Birthmarks
✓ Other pink

**HEAD**
✓ Molding
__ Forcep Marks

**FONTANELS**
✓ Soft
__ Tense
__ Depressed

**RESPIRATIONS**
__ Periodic Breathing
__ Apneic
__ Nasal Flaring
__ Grunting
✓ Retractions
Describe ___
Unremarkable
__ Breath Sounds
Describe
cl. bilat

**HEART**
✓ Strong and Regular
✓ Peripheral Pulses
3 Vessels in Cord

**ANUS**
✓ Patent

[illegible]

**CRY**
✓ Loud and Lusty
__ Shrill
__ Symmetry of Mouth and Face

**MUSCLE TONE**
__ Good
✓ Fair
__ Poor
__ Moves all Extremities
__ Symmetry of Movement
__ Jittery

**MOUTH**
✓ Hard & Soft Palate Intact
__ Excessive Mucus

**EYES**
✓ Clear
__ Scleral Hemorrhage

**NOSE**
✓ Nares Patent
__ Excessive Mucus

Abnormalities: Describe ___

Other Comments: [illegible handwriting] ... appropriate ... care given

Maternal History ___

[signature] Name of Observer — 10/21/89 Date — 12:30 a.m./p.m. Time

770 3/84

## CLASSIFICATION OF NEWBORNS – BASED ON MATURITY AND INTRAUTERINE GROWTH

Symbols: X - 1st Exam O - 2nd Exam










PRE-TERM | TERM | POST TERM

| | 1st Exam (X) | 2nd Exam (O) |
|---|---|---|
| | | |
| APPROPRIATE FOR GESTATIONAL AGE (AGA) | X | |
| | | |
| Age at Exam | hrs | hrs |
| Signature of Examiner | | |

Adapted from Lubchenco LC, Hansman C, and Boyd E: Pediatr 37:403, 1966; Battaglia FC, and Lubchenco LC: J Pediatr 71:159, 1967.

© 1978, Mead Johnson & Company • Evansville, Indiana 47721 U.S.A.

BOHAN, BABY-BOY
2 75406-3 NRSY-6 10/20/89
DR BURGE, TERRY
ADM: 10-20-89 10:30 PM

# NEWBORN MATURITY RATING and CLASSIFICATION

## ESTIMATION OF GESTATIONAL AGE BY MATURITY RATING

Side 1

Symbols: X - 1st Exam O - 2nd Exam

### NEUROMUSCULAR MATURITY

| | 0 | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|---|
| Posture | | | | | | | 3 |
| Square Window (Wrist) | 90° | 60° | 45° | 30° | 0° | | 2 |
| Arm Recoil | 180° | | 100°-180° | 90°-100° | < 90° | | 3 |
| Popliteal Angle | 180° | 160° | 130° | 110° | 90° | < 90° | 3 |
| Scarf Sign | | | | | | | 3 |
| Heel to Ear | | | | | | | 3 |

17

### PHYSICAL MATURITY

| 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|

[redacted]

2
3
4
2
3
3

Scoring system: Ballard JL, et al. A Simplified Assessment of Gestational Age. Pediatr Res 11:374, 1977. Figures adapted from "Classification of the Low-Birth-Weight Infant" by AY Sweet in Care of the High-Risk Infant by MH Klaus and AA Fanaroff. WB Saunders Co. Philadelphia, 1977, p. 47.

Gestation by Dates 37 ? wks

Birth Date 10/20/89 Hour 10:00 am / pm (pm circled)

APGAR 8 1 min 10 5 min

### MATURITY RATING

| Score | Wks |
|---|---|
| 5 | 26 |
| 10 | 28 |
| 15 | 30 |
| 20 | 32 |
| 25 | 34 |
| 30 | 36 |
| 35 | 38 |
| 40 | 40 |
| 45 | 42 |
| 50 | 44 |

### SCORING SECTION

| | 1st Exam = X | 2nd Exam = O |
|---|---|---|
| Estimating Gest Age by Maturity Rating | 37 Weeks | ___ Weeks |
| Time of Exam | Date 10/21/89 Hour 12 am/pm | Date ___ Hour ___ am/pm |
| Age at Exam | 21 ½ Hours | ___ Hours |
| Signature of Examiner | [signature] M.D. | ___ M.D. |

Mead Johnson NUTRITIONAL DIVISION

L-8146-4-83

O Positive

Negative

245406

Oklahoma State Department of Health – Newborn Metabolic Disorder Screening

| | |
|---|---|
| Baby's Last Name | Bowman |
| Twin A or B / First Name | |
| Sex (1 Male, 2 Female) | 1 |
| Date of Birth | 10-20-89 |
| Collection Date | 10-21-89 |
| Birthweight (Grams) | 2268 |
| Status (0 Normal, 1 Sick/Premature, 2 On Antibiotics, 3 Transfused, 4 Num 1 & 2, 5 Num 1 & 3, 6 Num 2 & 3, 7 1, 2 and 3) | 0 |
| Mother's Last Name | Bowman |
| Mother's First Name | Luisa |
| Street Address (P.O. Box) | 1323 W 6th Street |
| Mother's Age | 21 |
| City | Henryetta |
| State | OK |
| Zip Code | 74437 |
| Mother's Telephone No. | 918-385-2393 |
| Baby's Medical Record No. | 2954063 |
| Physician's Name (Last, Initials) | Dange T |
| Physician's Telephone No. | 918-334-2100 |

TEST REQUESTED 5

1 Initial PKU/T4 (under 24 hrs.)
2 Initial PKU/T4 (over 24 hrs.)
3 Repeat PKU/T4
4 Repeat T4
5 Repeat PKU

If repeat enter Previous Lab ID No: 73346

Send Results To
Name
Address
City, State
Zip Code

**POST DISCHARGE** ☐

J.P.E.M.M.C. Laboratory
3500 E. Frank Phillips Blvd
Bartlesville, OK 74006

91058

FOR LABORATORY USE ONLY

LAB ID NUMBER 0

DATE RECEIVED

SCREENING TEST RESULTS:

PHENYLKETONURIA

NORMAL ☒ ABNORMAL ☐ ___ mg/L UNSAT ☐

HYPOTHYROIDISM

NORMAL ABNORMAL UNSAT

T4 ☐ ☐ (low) ☐

TSH ☐ ☐ ___ µIU/ml ☐

EXPLANATIONS:

If results were unsatisfactory, review Collection instructions note ☐

Ser. No. 073386

---

Oklahoma State Department of Health – Newborn Metabolic Disorder Screening

| | |
|---|---|
| Baby's Last Name | Bowman |
| Twin A or B / First Name | |
| Sex (1 Male, 2 Female) | 1 |
| Date of Birth | 10-20-89 |
| Collection Date | 10-22-89 |
| Birthweight (Grams) | 2268 |
| Status (0 Normal, 1 Sick/Premature, 2 On Antibiotics, 3 Transfused, 4 Num 1 & 2, 5 Num 1 & 3, 6 Num 2 & 3, 7 1, 2 and 3) | 0 |
| Mother's Last Name | Bowman |
| Mother's First Name | Luisa |
| Street Address (P.O. Box) | 1323 W 6th Street |
| Mother's Age | 21 |
| City | Henryetta |
| State | OK |
| Zip Code | 74435 |
| Mother's Telephone No. | 918-385-2393 |
| Baby's Medical Record No. | 2954063 |
| Physician's Name (Last, Initials) | Dange T |
| Physician's Telephone No. | 918-334-2100 |

TEST REQUESTED 2

1 Initial PKU/T4 (under 24 hrs.)
2 Initial PKU/T4 (over 24 hrs.)
3 Repeat PKU/T4
4 Repeat T4
5 Repeat PKU

If repeat enter Previous Lab ID No:

Send Results To
Name
Address
City, State
Zip Code

J.P.E.M.M.C. Laboratory
3500 E. Frank Phillips Blvd
Bartlesville, OK 74006

**POST DISCHARGE** ☑

FOR LABORATORY USE ONLY

LAB ID NUMBER 0

DATE RECEIVED

SCREENING TEST RESULTS:

PHENYLKETONURIA

NORMAL ☒ ABNORMAL ☐ ___ mg/L UNSAT ☐

HYPOTHYROIDISM

NORMAL ABNORMAL UNSAT

T4 ☒ ☐ (low) ☐

TSH ☐ ☐ ___ µIU/ml ☐

EXPLANATIONS: [redacted]

If results were unsatisfactory, review Collection instructions note ☐

Ser. No. 073346

2-95406-3 NRSY-6 10/20/89
DR BURGE, TERRY E
ADMIT DATE:10-20-89 10:00 PM
BIRTH WT 5LBS 00Z

Sent
10/31

Done 10/21/89

10/20/89 11:37 PM LAB:HEMO 2-95406-3 0003
NRSY-6 BOMAN, BABY-BOY MW OD 19 IN 19 LBS 5 0 ADM:10/20/89 NEWBRN
DR: 0990-BURGE, TERRY E ENTRY: MS
DX: NEWBORN INFANT
TEXT:TO BE DRAWN IN FIRST 12 HOURS BY 10:00 AM ON 10/21/89 10-21-89
PERFORMED: BY
6610-CBC HEMOPROFILE
SITE: * CHARGED * COLL: 10/21 950AM BY

CBC HEMOPROFILE
SED RATE
RETIC

SEE POSTED NORMALS

| DATE | TEST NO | WBC X10³ | RBC X10⁶ | HGB gm | HCT % | MCV μ³ | MCH μμg | MCHC % | PLAT X10³ | LYMPH % | MONO % | GRAN % | LYMPH X10³ | MONO X10³ | GRAN X10³ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1021 | 4063 | 15.9 | 4.37 | 16.1 | 51.9 | 119. | 36.8 | 31.0 | 284. | + . | + . | 30.1 | + . | . | 04.8 |

MANUAL DIFFERENTIAL

| MORPHOLOGY | POLYCHROM | HYPOCHROMIA | POIK | TARGET | SPHERO | ANISO | MACRO | MICRO | SICKLE CELL | BASO STIP | VACUOLES | TOXIC GRAN | /100 WBC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEG | BAND | LYMPH | MONO | EOSIN | BASO | ATYP. LYMPH | META | MYELO | PRO MYELO | BLAST | NUCLEATED RBC | | |

REMARKS:

LASER HEMATOLOGY

10-22

Sent
10/23

PHILLIPS EPISCOPAL MEMORIAL MEDICAL CENTER BARTLESVILLE OKLAHOMA

BOHAN, BABY BOY M
2-95406-3 NRSY-6 10/20/89
DR BURGE, TERRY E
10-20-89 10:00 PM
[illegible] IN WT 5LBS 00Z

10 21/89 1[illegible] ck

10 21/89 1[illegible] ck

2[illegible]

10-21-89
[illegible]
6 N[illegible]
ck

45

10 21 9[illegible]

IMPRINT WITH ADDRESSOGRAPH

JANE PHILLIPS EPISCOPAL MEMORIAL MEDICAL CENTER

AUTOMATIC STOP ORDER TIME LIMITS

Antibiotics — 5 Days
Anticoagulants — 24 Hours
Narcotics — 72 Hours
Sedatives — 72 Hours
Corticosteriods — 5 Days

## PHYSICIAN'S ORDERS

Date / Time

Dx.

Wt. Ht.

Allergies:

10/21/85
Permit circ
NPO @ 07[30]
plan circ ~ 08[30]
c 1.1 Gomco
[illegible]
10/21/85
[illegible signature]

10/22/85 (1) Observe ... p circ - if stable then
(2) Home c mother
(3) F/U - 3 weeks
FPC -
[illegible]
[illegible signature]

PHYSICIAN'S ORDERS

INFORMATION FOR CERTIFICATE OF LIVE BIRTH

THIS IS ONLY AN INFORMATION SHEET. YOU WILL NEED TO SIGN THE ORIGINAL BIRTH CERTIFICATE—BEFORE YOU LEAVE THE HOSPITAL.

Please complete all items below as soon as possible. The information on this form will be typed on the original certificate of live birth, to be registered with the state of Oklahoma. The original will require your signature before completion. It is urgent that this be accomplished before you leave the hospital. If you have any questions please dial extensions #436 or #581 (Medical Records). Thank You.

CHILD'S NAME: Carl (First) James (Middle) Boman II (Last)

MOTHER'S INFORMATION:

NAME: Lisa (First) Marie (Middle) Boman (Last) Hedberg (Maiden Last Name)

AGE: 21 DATE OF BIRTH: 2-27-68 BIRTHPLACE: Washington (State or Foreign Country)

FATHER'S INFORMATION:

NAME: Carl (First) James (Middle) Boman (Last)

AGE: 28 DATE OF BIRTH: 8-31-61 BIRTHPLACE: Oklahoma (State or Foreign Country)

MAILING ADDRESS:

STREET: 323 W. 6th CITY: Hominy

STATE: Oklahoma COUNTY: Osage ZIP: 74035

INSIDE CITY LIMITS? YES (circled) NO (Circle One)

CONFIDENTIAL INFORMATION - FOR MEDICAL AND HEALTH STATISTICAL USE ONLY:

FATHER'S RACE: White EDUCATION: 0 1 2 3 4 5 6 7 8 9 10 11 12 (circled) — 1 2 3 4 5+ (Circle highest grade completed) (college)

MOTHER'S RACE: White EDUCATION: 0 1 2 3 4 5 6 7 8 9 10 11 12 (circled) — 1 2 3 4 5+ (Circle highest grade completed) (college)

IS MOTHER MARRIED? YES (circled) NO (Circle One)

WHAT MONTH OF PREGNANCY FIRST SAW DOCTOR: (First, Second, Third, etc.)

DATE OF LAST NORMAL PERIOD: 12-1-88 APPROXIMATE NUMBER OF VISITS TO DOCTOR: 10

PREVIOUS DELIVERIES -- DO NOT COUNT THIS NEWBORN 2

NUMBER OF CHILDREN NOW LIVING: 2 DATE OF LAST LIVE BIRTH: 7-9-88

NUMBER OF FETAL DEATHS (Miscarriages, Stillbirths etc.) 0

DATE OF LAST FETAL DEATH: NUMBER OF CHILDREN BORN ALIVE—NOW DEAD:

IF YOU HAVE NOT RECEIVED A [illegible] THE NURSE

[illegible]

DO NOT WRITE IN THIS BOX

| Occurrence | |
|---|---|
| City | City |
| County | County |
| Hospital | State |

NEW STA

BOMAN, BABY-BOY
2-75406-3 NBSY-6 10/20/89
DR BURGE, TERRY E
ADMIT: 10-20-89 10:00 PM
[illegible]

1. INFANT NAME First Middle Last: [illegible] Bowan II

2. DATE OF BIRTH Month Day Year: 10 20 89

3. SEX: M

4. INFANT'S PHYSICIAN: Burge

5a. CITY, TOWN, OR LOCATION OF BIRTH: [illegible]

5b. COUNTY OF BIRTH: Washington

5c. HOSPITAL NAME: Jane Phillips E. Medical [illegible]

6. MOTHER NAME First Middle Last: [illegible] Bowan

7. FATHER NAME First Middle Last: Carl J. Bowan

8a. MOTHER'S ADDRESS (P.O. Box, Street, or R.F.D. No.): [illegible]

8b. CITY/TOWN: Hominy

8c. COUNTY: Osage

8d. STATE: OK

8e. ZIP: 7403

8f. MOTHER'S TELEPHONE: 885-2593

9. IF THE BABY IS AWAITING PLACEMENT FOR ADOPTION, PLEASE LIST THE NAME AND TELEPHONE NUMBER OF THE AGENCY OR INDIVIDUAL TO BE CONTACTED IF THE BABY IS DETERMINED TO BE "HIGH RISK" FOR HEARING LOSS.

10a. NAME & TITLE OF HEALTH PROFESSIONAL COMPLETING THE AT RISK INDICATORS SECTION BELOW (Type or Print): Lori Riggs, RN

10b. SIGNATURE OF HEALTH PROFESSIONAL: [illegible signature]

10c. DATE COMPLETED: 10-21-89

## AT RISK INDICATORS

11. HAS A BLOOD RELATIVE OF THE BABY HAD A HEARING LOSS FROM BIRTH OR THAT BEGAN IN EARLY CHILDHOOD AND NEEDED A HEARING AID OR SPECIAL SCHOOLING FOR THE HEARING IMPAIRED? NOTE: THIS DOES NOT INCLUDE HEARING LOSS DUE TO ACCIDENT, ILLNESS, EAR INFECTIONS OR AGING. ☐ Yes ☒ No

12. IS THE INFANT SUSPECTED OF HAVING ONE OF THE FOLLOWING CONGENITAL INFECTIONS: NEONATAL HERPES, CYTOMEGALOVIRUS (CMV), RUBELLA (3 DAY MEASLES), SYPHILIS, OR TOXOPLASMOSIS? ☐ Yes ☒ No

13. AT BIRTH, WERE THERE ANY DEFECTS INVOLVING THE BABY'S HEAD, EARS, NOSE OR THROAT SUCH AS CLEFT PALATE, EAR TAGS OR OTHER CRANIOFACIAL MALFORMATIONS? ☐ Yes ☒ No

14. AT BIRTH, DID THE BABY WEIGH LESS THAN THREE AND ONE HALF POUNDS (1500 GRAMS)? ☐ Yes ☒ No

15. AT BIRTH, DID THE BABY HAVE A ONE-MINUTE APGAR SCORE OF "0 TO 4" OR FAILURE TO INSTITUTE SPONTANEOUS RESPIRATION BY 10 MINUTES? ☐ Yes ☒ No

16. DID THE BABY HAVE HYPERBILIRUBINEMIA REQUIRING EXCHANGE TRANSFUSION? ☐ Yes ☒ No

17. DID THE BABY EXPERIENCE ANY OF THE FOLLOWING? (PLEASE CHECK THE APPROPRIATE CONDITIONS) ☐ Yes ☒ No

1. ☐ MENINGITIS
2. ☐ BRAIN HEMORRHAGE
3. ☐ VENTILATION FOR MORE THAN TWO HOURS
4. ☐ NICU CARE FOR MORE THAN 24 HOURS
5. ☐ ADMINISTRATION OF OTOTOXIC DRUGS DURING THE NEONATAL PERIOD

## NOTE TO PARENT

The purpose of this form is to assist in the identification of infants at risk for hearing loss. While the actual occurrence of hearing loss is small, all infants need to be observed for normal hearing. Any "yes" [illegible] implies your baby is at risk but does not mean [illegible] [illegible] receive careful follow-up attention [illegible] hearing loss, you should plan to have your baby's hearing [illegible] tion will be sent to parents of at risk infants [illegible] ment of Health.

OSDH FORM 587-1
REV. 6/89