[illegible]

323 W 6TH STREET [illegible]

WESTBROOK BR 0200

UNEMPLOYED

NONE GIVEN

BOMAN CARL 323 W 6TH STREET HOMINY OK74035 HUSBA [illegible]

UNEMPLOYED 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

CARL BOWMAN PAY ACCOUNT

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

| PATIENT BROUGHT BY | ARRIVED BY CAR | APD | CONDITION ON ADMISSION GOOD | FAIR | SERIOUS | CRITICAL | SHOCK | CODE BLUE | DOA | NOTIFIED REALTIVE | POLICE | TIME NOTIFIED AM | PM | BY WHOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

| KNOWN DISEASES | KNOWN ALLERGIES | CURRENT MEDICATIONS |
|---|---|---|
| | | |

HISTORY - PHYSICAL - PRIOR TREATMENT / PHYSICIANS REPORT

SUBJECTIVE

| TIME | BP | T | P | R |
|---|---|---|---|---|
| | | | | |

ASSESSMENT

OBJECT

LAB

X-RAY

X-RAY RESULTS

| TIME | MEDICATION | DOSE | RT | SITE | INIT. |
|---|---|---|---|---|---|
| | | | | | |

DIAGNOSIS

TREATMENT

EKG ☐ | IV STARTED | IV DISCONTINUED

CANNULA ☐ | MASK ☐ | [illegible] ☐ | [illegible] ☐

CONDITION ON DISCHARGE: GOOD ☐ FAIR ☐ SAT ☐ CRIT ☐ DECD ☐

DISPOSITION: DISMISSED ☐ ACCOMPANIED ☐ [illegible] ☐ TRANSFERRED / ADMIT ☐ VIA AMBULANCE ☐ W/C ☐ STRETCHER ☐

TIME AM PM | DOCTOR REFERRED TO | WHEN

REASON REFERRED | SPECIALIST REFERRED TO BY | NOTIFIED | WAS PATIENT SEEN BY STAFF DOCTOR | WERE FOLLOW-UP INSTRUCTIONS GIVEN TO PATIENT | INSTRUCTIONS TO PATIENT

PED PHY ☐ ED OD CALL ☐ [illegible] CALL ☐ YES ☐ NO ☐ YES ☐ NO ☐ YES ☐ NO ☐

CONT. OR DISC. | PAT. [illegible]