# 1989



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 1 of 62

# 1989 IMPORTANT PERSONAL DATES

## ANNIVERSARIES AND BIRTHDAYS

**JANUARY**
Capricorn 1-19
Aquarius 20-31
[redacted]

**FEBRUARY**
Aquarius 1-19
Pisces 20-28
[redacted]

**MARCH**
Pisces 1-21
Aries 22-31
Mom & Dad B-day [redacted]
Alisa [redacted]

**APRIL**
Aries 1-20
[redacted]

**MAY**
Taurus 1-21
Gemini 22-31
Lucy - May
Kim - May

**JUNE**
Gemini 1-22
Cancer 23-30
Patty [redacted]
Teddy [redacted]
Terri [redacted]

## BIRTHSTONES

| | | | | | |
|---|---|---|---|---|---|
| January | Garnet | May | Emerald | September | Sapphire |
| February | Amethyst | June | Pearl | October | Opal |
| March | Bloodstone | July | Ruby | November | Topaz |
| April | Diamond | August | Sardonyx | December | Turquoise |



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 2 of 62

**LY**
ncer 1-23
o 24-31

Chelsea [redacted]

**OCTOBER**
Libra 1-23
Scorpio 24-31

Josephine [redacted]

**UGUST**
o 1-23
go 24-31

LISA & CARL 3rd Anniversary
August 21

Carl (28) [redacted]

**NOVEMBER**
Scorpio 1-22
Sagittarius 23-30

Randy [redacted]

**PTEMBER**
go 1-23
ra 24-30

Karen [redacted]
Rosemarie [redacted]
Ethol Sept. 25

Mom & Dad 4th Ann. Sept. 21

**DECEMBER**
Sagittarius 1-22
Capricorn 23-31

Michael [redacted]

**WEDDING ANNIVERSARY SYMBOLS**

| | | | | | | |
|---|---|---|---|---|---|---|
| Paper | 7th | Wool, Copper | 13th | Lace | 35th | Coral |
| Cotton | 8th | Bronze | 14th | Ivory | 40th | Ruby |
| Leather | 9th. | Pottery | 15th | Crystal | 45th | Sapphire |
| Linen | 10th | Tin | 20th | China | 50th | Gold |
| Wood | 11th | Steel | 25th | Silver | 55th | Emerald |
| Iron | 12th | Silk | 30th | Pearl | 60th,75th | Diamond |

# PERSONAL DATA

**SOCIAL SECURITY NUMBERS**

Carl [redacted] Desiree - [redacted]

Lisa [redacted]

**DRIVERS' LICENSE NUMBERS**

Lisa [redacted] [redacted]

Expires Exp

Expires Exp

**PASSPORT NUMBERS**

Expires Exp

Expires Exp

**CREDIT CARD INFORMATION**

Name Number Exp

Name Number Exp

Name Number Exp

Name Number Exp

Name Number Exp

**BANK INFORMATION**

Bank

Type of Account Number

Type of Account Number

Bank

Type of Account Number

Type of Account Number

**SAFETY DEPOSIT**

Bank Box Number

Bank Box Number

## .IFE INSURANCE INFORMATION

ısurer | Amount | Expıratıon/Conversıon Date

›licy Number | Locatıon of Policy

surer | Amount | Expıratıon/Conversıon Date

›licy Number | Locatıon of Policy

## THER INSURANCE INFORMATION

›me Insurance Company | Amount

licy Number | Locatıon of Policy

alth Insurance Company | Amount

ıcy Number | Locatıon of Policy

ıer Insurance

## TOMOBILE INFORMATION

1988 Ford Escort

o | Insurance Company

›unt | Policy Number

atıon of Policy | Expıratıon Date

nse Number | Serıal Number

stratıon Number | Title Number

Insurance Company

ınt | Policy Number

ıon of Policy | Expıratıon Date

se Number | Serıal Number

'ratıon Number | Title Number

## T AND/OR TRAILER INFORMATION

Serıal Number

Serıal Number

# PERSONAL DATA

## FAMILY CLOTHING SIZES

| | Suit/Dress | Shoe | Hat | Glove | Shirt/Blouse | Waist | Inse |
|---|---|---|---|---|---|---|---|
| Carl | | 11 1/2 | | | | 32 | 2[illegible] |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FAMILY MEDICAL RECORD

Children's Diseases

Allergies

LISA - DARVOCET

CHELSEA - LUV'S DIAPERS ; PUREX LAUNDRY SOAP (OK!) - TIDE LAUNDRY SOAP

Inoculations

Surgery

## PET RECORD

Pet | Rabies and Distemper Vaccinations | Rabies Certificate and Tag Numbers

Medications | Boarding

Pet | Rabies and Distemper Vaccinations | Rabies Certificate and Tag Numbers

Medications | Boarding



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 6 of 62

# DECEMBER 1988

**Happenings This Month**
New Year's Day, Jan 1
Epiphany, Jan 6
Stephen Foster Memorial Day, Jan 13
Julian Calendar New Year, Jan 14
Martin Luther King, Jr, Birthday Observance, Jan 16
U S estimated tax due, Jan 17
Benjamin Franklin Birthday, Jan 17
Robert E Lee Birthday, Jan 19
National Hat Day, Jan 20
● 7th, ☽ 14th, ○ 21st, ☾ 29th

Moon phases New moon ●, First quarter ☽, Full ○, Last quarter ☾

**MONDAY**
**26**

Took Chelsea to Dr. Lakin - Ear Infection

**TUESDAY**
**27**

**WEDNESDAY**
**28**

# JANUARY 1989

**Happenings This Month**
New Year's Day, Jan 1
Epiphany, Jan 6
Stephen Foster Memorial Day, Jan 13
Julian Calendar New Year, Jan 14
Martin Luther King, Jr, Birthday Observance, Jan 16
U S estimated tax due, Jan 17
Benjamin Franklin Birthday, Jan 17
Robert E Lee Birthday, Jan 19
National Hat Day, Jan 20
● 7th, ☽ 14th, ○ 21st, ☾ 29th

See Page 147 for information on happenings

**MONDAY**
**9**

**TUESDAY**
**10**

Took Chelsea to
Health Department for 6 month shots

**WEDNESDAY**
**11**

[redacted]
Went to Mom's - Got Clothes - Tricycle



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 8 of 62

# FEBRUARY 1989

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | (8) | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| 19 | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

(8) Ash Wednesday
(14) St Valentine's Day
(20) Washington's Birthday Observance

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | (17) | 18 |
| (19) | (20) | 21 | 22 | 23 | (24) | 25 |
| (26) | 27 | 28 | 29 | 30 | 31 | |

(17) St Patrick's Day
(19) Palm Sunday
(20) Spring begins
(24) Good Friday
(26) Easter

## THURSDAY 9

## FRIDAY 10

Took Chelsea to Dr. Amen
in Bartlesville - Had ear Infection - Got shot of Penicillin

## SATURDAY 11

Chelsea got 2nd shot of
penicillin.

## SUNDAY 12

# FEBRUARY 1989

**Happenings This Month**
National Freedom Day, Feb 1
Groundhog Day, Feb 2
Four Chaplains Memorial Day, Feb 3
Chinese New Year, Feb 6
Mid-Winter's Day, Feb 6
Ash Wednesday, Feb 8
William Henry Harrison Birthday, Feb 9
Lincoln's Birthday, Feb 12
St Valentine's Day, Feb 14
Brotherhood/Sisterhood Week, Feb 19-25
Lunar eclipse, Feb 20
Washington's Birthday Observance, Feb 20
Henry Wadsworth Longfellow Birthday, Feb 27
● 6th, ☽ 12th, ○ 20th, ☾ 28th

See Page 147 for information on happenings

**MONDAY**
**13**

**TUESDAY**
**14**
St Valentine's Day

Last Day at Work.

**WEDNESDAY**
**15**

Took Chelsea back to
Dr Amen - OK



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 10 of 62

# FEBRUARY 1989

**Happenings This Month**
National Freedom Day, Feb 1
Groundhog Day, Feb 2
Four Chaplains Memorial Day, Feb 3
Chinese New Year, Feb 6
Mid-Winter's Day, Feb 6
Ash Wednesday, Feb 8
William Henry Harrison Birthday, Feb 9
Lincoln's Birthday, Feb 12
St Valentine's Day, Feb 14
Brotherhood/Sisterhood Week, Feb 19-25
Lunar eclipse, Feb 20
Washington's Birthday Observance, Feb 20
Henry Wadsworth Longfellow Birthday, Feb 27
● 6th, ☽ 12th, ○ 20th, ☾ 28th

See Page 147 for information on happenings

**MONDAY**
**20**
Washington's Birthday Observance

Picked up last check. Took Lonnie out to eat lunch.

**TUESDAY**
**21**

Went to Topeka to Alice's

**WEDNESDAY**
**22**

Carl went to Kansas Doc. Ann & Johny came over
We played "Pitch".



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 11 of 62

# FEBRUARY 1989

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | (8) | 9 | 10 | 11 |
| 12 | 13 | (14) | 15 | 16 | 17 | 18 |
| 19 | (20) | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

(8) Ash Wednesday
(14) St Valentine's Day
(20) Washington's Birthday Observance

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | (17) | 18 |
| (19) | (20) | 21 | 22 | 23 | (24) | 25 |
| (26) | 27 | 28 | 29 | 30 | 31 | |

(17) St Patrick's Day
(19) Palm Sunday
(20) Spring begins
(24) Good Friday
(26) Easter

**THURSDAY 23**

Came home. Stopped in Bartlesville. Went shopping with Eithel.

**FRIDAY 24**

**SATURDAY 25**

**SUNDAY 26**

Went to church this morning.

# FEBRUARY MARCH 1989

**Happenings This Month**
World Day of Prayer, March 3
U S Congress Bicentennial, March 4
Partial solar eclipse, March 7
International Women's Day, March 8
Johnny Appleseed Day, March 11
Andrew Jackson Birthday, March 15
St Patrick's Day, March 17
Palm Sunday, March 19
Spring begins, 10 28 a m ES March 20
Good Friday, March 24
Easter, March 26
Doctors' Day, March 30
● 7th, ☽ 14th, ○ 22nd ☾ 30

See Page 147 for information on happenings

[redacted]

**MONDAY 27**

Mom took me out to lunch. Took Desiree home with her. Went out to Bait Shop.

**TUESDAY 28**

I went with Alicia to the Hill Club.

**WEDNESDAY 1**

Went to pick up Desiree from Mom's. - Stayed night



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 13 of 62

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | (17) | 18 |
| (19) | (20) | 21 | 22 | 23 | (24) | 25 |
| (26) | 27 | 28 | 29 | 30 | 31 | |

(17) St. Patrick's Day
(19) Palm Sunday
(20) Spring begins
(24) Good Friday
(26) Easter

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | (1) |
| (2) | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | (20) | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

(1) April Fool
(2) Time change
(20) Passover

# MARCH 1989

## THURSDAY 2

Worked an hour at the nursing home with mom Played cards with the kids
Came home

## FRIDAY 3

Beautiful day out.
Washed the car
Started raining at 7:30 p.m. Sleeting at about 10:00 p.m.

## SATURDAY 4

Lisa is going to stay because of the ice on the roads.

## SUNDAY 5

Started snowing in a.m. Didn't quit till after we went to bed
Took Desiree out for awhile. She loved it!



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 14 of 62

# MARCH 1989

**Happenings This Month**
World Day of Prayer, March 3
U S Congress Bicentennial March 4
Partial solar eclipse, March 7
International Women's Day, March 8
Johnny Appleseed Day, March 11
Andrew Jackson Birthday, March 15
St Patrick's Day, March 17
Palm Sunday, March 19
Spring begins, 10 28 a m EST March 20
Good Friday, March 24
Easter, March 26
Doctors' Day, March 30
● 7th, ☽ 14th, ○ 22nd, ☾ 30th

See Page 147 for information on happenings

## MONDAY 6

Snow started melting a little today. I tried to build a snowman w/ Desiree's help Didn't work

Went w/ Alisa to the Bait Shop. Got home about 1:00a.

## TUESDAY 7

## WEDNESDAY 8

# MARCH 1989

**Happenings This Month**
World Day of Prayer, March 3
U S Congress Bicentennial, March 4
Partial solar eclipse, March 7
International Women's Day, March 8
Johnny Appleseed Day, March 11
Andrew Jackson Birthday, March 15
St Patrick's Day, March 17
Palm Sunday, March 19
Spring begins, 10 28 a m EST, March 20
Good Friday, March 24
Easter, March 26
Doctors' Day, March 30
● 7th, ☽ 14th, ○ 22nd, ☾ 30th

See Page 147 for information on happenings

**MONDAY**
**13**

**TUESDAY**
**14**

Started working again at Highland Nursing Center

**WEDNESDAY**
**15**



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 16 of 62

RUARY

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10 | 11 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 20 | 21 | 22 | 23 | 24 | 25 |
| 27 | 28 | | | | |

MARCH

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | (17) | 18 |
| (19) | (20) | 21 | 22 | 23 | (24) | 25 |
| (26) | 27 | 28 | 29 | 30 | 31 | |

(17) St Patrick's Day
(19) Palm Sunday
(20) Spring begins
(24) Good Friday
(26) Easter

APRIL

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | (1) |
| (2) | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | (20) | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

(1) April Fool
(2) Time change
(20) Passover

# MARCH 1989

## THURSDAY 16

## FRIDAY 17

St Patrick's Day

## SATURDAY 18

[redacted]

## SUNDAY 19

Palm Sunday

# APRIL 1989

**MARCH**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

(1) April Fool
(2) Time change
(20) Passover

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(14) Mother's Day
(29) Memorial Day

## THURSDAY 6

[redacted]

## FRIDAY 7

## SATURDAY 8

## SUNDAY 9



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 18 of 62

**Happenings This Month**
April Fool's Day, April 1
Daylight saving begins, April 2
International Children's Book Day, April 2
Ramadan begins, April 7
World Health Day, April 7
Thomas Jefferson Birthday, April 13
Pan American Day, April 14
U S income tax due, April 17
Passover, April 20
Professional Secretaries' Day, April 26
William Randolph Hearst Birthday, April 29
Walpurgis Night, April 30
● 5th, ☽ 12th, ○ 20th, ☾ 28th

See Page 147 for information on happenings

MONDAY
**24**

Quit working, Totally exhausted

TUESDAY
**25**

Took test in Tulsa for Account Clerk I at CCC, Got
at "69". Not too good.

WEDNESDAY
**26**



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 19 of 62

# MAY 1989

**APRIL**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| (14) | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | (29) | 30 | 31 | | | |

(14) Mother's Day
(29) Memorial Day

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | (14) | 15 | 16 | 17 |
| (18) | 19 | 20 | (21) | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

(14) Flag Day
(18) Father's Day
(21) Summer begins

**THURSDAY**
**4**

[redacted]

**FRIDAY**
**5**

**SATURDAY**
**6**

**SUNDAY**
**7**

# MAY 1989

**Happenings This Month**
Law Day, May 1
May Day, May 1
National Nurses' Day, May 6
Be Kind to Animals Week, May 7-13
National Family Week, May 7-13
V-E Day, May 8
Mother's Day, May 14
Pentecost/Whit Sunday, May 14
Police Week, May 14-20
Peace Officers Memorial D May 15
Armed Forces Day, May 2(
Mecklenburg (Independenc Day, May 20
National Maritime Day, M
National Missing Children Day, May 25
Memorial Day, May 29
● 5th, ☽ 12th, ○ 20th, ☾

[redacted]ge 147 for information on happenings

[redacted]

**MONDAY**
**15**

**TUESDAY**
**16**

**WEDNESDAY**
**17**

Lucy - 48 yrs old

Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 21 of 62

# JUNE 1989

**Happenings This Month**
National Safe Boating Week, June 4-10
World Environment Day, June 5
Children's Day, June 11
National Little League Baseball Week, June 12-18
Flag Day, June 14
Magna Carta Day, June 15
U S estimated tax due, June 15
Father's Day, June 18
Summer begins, 4 53 a m , EST June 21
Midsummer Eve, June 23
● 3rd, ☽ 11th, ○ 19th, ☾ 26th

See Page 147 for information on happenings

**MONDAY**
**5**

**TUESDAY**
[redacted]
**6**

Came home from Teddy's party - Took Carl to Emergency Room in B-ville.

**WEDNESDAY**
**7**

**Happenings This Month**
National Safe Boating Week, June 4-10
World Environment Day, June 5
Children's Day, June 11
National Little League Baseball Week, June 12-18
Flag Day, June 14
Magna Carta Day, June 15
U S estimated tax due, June 15
Father's Day, June 18
Summer begins, 4 53 a m , E June 21
Midsummer Eve, June 23
● 3rd, ☽ 11th, ○ 19th, ☾ 26

See Page 147 for information on happenings

**MONDAY**
**26**

JerriJo - 14 yrs. old

Went to B-ville to Jerri's Birthday party.

**TUESDAY**
**27**

Carl got sick at work. Had to go to Emergency Room in B-ville Stayed night at mom's. Lonnie kept the girls.

**WEDNESDAY**
**28**

Went home and got the girls - Went back to B-ville (at moms - stayed night.)



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 23 of 62

# JUNE
# JULY
# 1989

**MAY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | (14) | 15 | 16 | 17 |
| (18) | 19 | 20 | (21) | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

(14) Flag Day
(18) Father's Day
(21) Summer begins

**JULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | (4) | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

(4) Independence Day

**THURSDAY**
## 29

Stayed all day. Came home finally!

**FRIDAY**
## 30

**SATURDAY**
## 1

**SUNDAY**
## 2



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 24 of 62

# JULY 1989

**JUNE**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**JULY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | (4) | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

(4) Independence Day

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | (14) | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

(14) V-J Day

## THURSDAY 6

## FRIDAY 7

## SATURDAY 8

## SUNDAY 9

[redacted]

# JULY 1989

**Happenings This Month**
Canada Day, July 1
Independence Day, July 4
Newport Music Festival, July 10-23
National Cheer Up the Lonely Day, July 11
Bastille Day (bicentennial) July 14
St Swithin's Day, July 15
● 2nd, ☽ 10th, ○ 18th, ☾ 2

See Page 147 for information on happenings

MONDAY
10

TUESDAY
11

WEDNESDAY
12

Carl Dr. appointment at Allergy Clinic (Williams) 1:00

Lisa - Dr. Westbrook 2:15 Due Sept 5, 119 lbs



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 26 of 62

National Cheer Up the Lonely Day, July 11

See Page 147 for information on happenings

## MONDAY 17

## TUESDAY 18

## WEDNESDAY 19

Carl Allergy shot B-ville

# JULY 1989

**Happenings This Month**
Canada Day, July 1
Independence Day, July 4
Newport Music Festival, July 10-23
National Cheer Up the Lonely Day, July 11
Bastille Day (bicentennial), July 14
St Swithin's Day, July 15
● 2nd, ☽ 10th, ○ 18th, ☾ 25th

See Page 147 for information on happenings

MONDAY
24

TUESDAY
25

WEDNESDAY
26

Carl - Allergy shot in B-ville.

Lisa - 119½ lbs. 1:00 appointment Dr Westbrook
took Desiree - listened to baby's heartbeat.

| JUNE | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

| JULY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | | 1 |
| 2 | 3 | (4) | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

(4) Independence Day

| AUGUST | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | (14) | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

(14) V-J Day

# JULY 1989

## THURSDAY 27

## FRIDAY 28

## SATURDAY 29

## SUNDAY 30

Went to mom's & Richard's

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 4
V-J Day, Aug 14
Lunar eclipse, Aug 17
National Aviation Day
Benjamin Harrison Bi
Aug 20
Women's Equality Da
● 1st, ☽ 9th, ○ 16th,
● 31st

See Page 147 for information on happenings

MONDAY
31

TUESDAY
1

Went to Kiefer to say goodbye to Richard, mom & kids. They are leav in the morning on "The Great Adventure" to California. Stayed night in B-ville.

WEDNESDAY
2

Carl - Allergy shot in B-ville.
Stayed night.



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 30 of 62

# AUGUST 1989

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 4
V-J Day, Aug 14
Lunar eclipse, Aug 17
National Aviation Day, Aug 1
Benjamin Harrison Birthday, Aug 20
Women's Equality Day, Aug
● 1st, ☽ 9th, ○ 16th, ☾ 23rd, ● 31st

See Page 147 for information on happenings

**MONDAY**
**14**
V-J Day

**TUESDAY**
**15**

**WEDNESDAY**
**16**

Had Baby Shower in Dewey for Artie and me.
Dr. Westbrook



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 31 of 62

# AUGUST
# 1989

**Happenings This Month**
National Clown Week, Aug 1-7
Coast Guard Day, Aug 4
Islamic New Year, Aug 4
V-J Day, Aug 14
Lunar eclipse, Aug 17
National Aviation Day, Aug 19
Benjamin Harrison Birthday, Aug 20
Women's Equality Day, Aug 26
● 1st, ☽ 9th, ○ 16th, ☾ 23rd, ● 31st

See Page 147 for information on happenings

**MONDAY**
**21**

CARL & LISA 3rd anniversary
Had yard sale. Roberta spent day with us

**TUESDAY**
**22**

Went to hospital in labor. Was there 5 hours. Gave me tributaline sulfate to stop labor.

**WEDNESDAY**
**23**



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 32 of 62

# AUGUST SEPTEMBER 1989

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | (22) | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | (30) |

(4) Labor Day
(22) Fall begins
(30) Rosh Hashanah

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | (9) | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| (29) | 30 | (31) | | | | |

(9) Columbus Day Observance
Yom Kippur
(29) Time change
(31) Halloween

## THURSDAY 31

[redacted]

## FRIDAY 1

## SATURDAY 2

## SUNDAY 3

# SEPTEMBER 1989

**Happenings This Month**
Labor Day, Sept 4
National Grandparents Day, Sept 10
National Hispanic Heritage Week, Sept 10-16
U S estimated tax due, Sept 15
Mexican Independence, Sept 15-16
Citizenship Day, Sept 1
Constitution Week, Sept
Hobbit Day, Sept 22
Fall begins, 8 20 p m ES
Sept 22
Gold Star Mother's Day, Sept 24
Rosh Hashanah, Sept 30
☽ 8th, ○ 15th, ☾ 21st, ●

See Page 147 for information on happenings

**MONDAY**
**4**
Labor Day

**TUESDAY**
**5**

**WEDNESDAY**
**6**
Baby was due today???



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 34 of 62

# SEPTEMBER 1989

**Happenings This Month**
Labor Day, Sept 4
National Grandparents Day, Sept 10
National Hispanic Heritage Week, Sept 10-16
U S estimated tax due, Sept 15
Mexican Independence, Sept 15-16
Citizenship Day, Sept 17
Constitution Week, Sept 17-
Hobbit Day, Sept 22
Fall begins, 8 20 p m EST, Sept 22
Gold Star Mother's Day, Sept 24
Rosh Hashanah, Sept 30
☽ 8th, ○ 15th, ☾ 21st, ● 29th

See Page 147 for information on happenings

**MONDAY**
**11**

[redacted]

Went to B-ville for RoseMarie's party.

**TUESDAY**
**12**

[redacted]

**WEDNESDAY**
**13**

# SEPTEMBER 1989

**AUGUST**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**SEPTEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | (4) | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | (22) | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | (30) |

(4) Labor Day
(22) Fall begins
(30) Rosh Hashanah

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | (9) | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| (29) | 30 | (31) | | | | |

(9) Columbus Day Observance
Yom Kippur
(29) Time change
(31) Halloween

**THURSDAY 21**

Judy & Richard 4th anniversary

**FRIDAY 22**

Fall begins

**SATURDAY 23**

**SUNDAY 24**

# SEPTEMBER 1989

**Happenings This Month**
Labor Day, Sept 4
National Grandparents Day, Sept 10
National Hispanic Heritage Week, Sept 10-16
U S estimated tax due, Sept 15
Mexican Independence, Sept 15-16
Citizenship Day, Sept 17
Constitution Week, Sept 17-23
Hobbit Day, Sept 22
Fall begins, 8 20 p m EST, Sept 22
Gold Star Mother's Day, Sept 24
Rosh Hashanah, Sept 30
☽ 8th, ○ 15th, ☾ 21st, ● 29th

See Page 147 for information on happenings

MONDAY
[redacted]
**25**

TUESDAY
**26**

WEDNESDAY
**27**



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 37 of 62

# SEPTEMBER OCTOBER 1989

**[SEPTE]MBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| | | 5 | 6 | 7 | 8 | 9 |
| | | 12 | 13 | 14 | 15 | 16 |
| | | 19 | 20 | 21 | 22 | 23 |
| | | 26 | 27 | 28 | 29 | 30 |

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | (9) | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| (29) | 30 | (31) | | | | |

(9) Columbus Day Observance
Yom Kippur
(29) Time change
(31) Halloween

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | (7) | 8 | 9 | 10 | (11) |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | (23) | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(7) Election Day
(11) Veterans Day
(23) Thanksgiving Day

## THURSDAY 28

## FRIDAY 29

## SATURDAY 30

Rosh Hashanah

## SUNDAY 1

Went to FAIR in Tulsa.
Saw Randy at Joey's



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 38 of 62

# OCTOBER 1989

**Happenings This Month**

National Employ the Handicapped Week, Oct 1-7
Child Health Day, Oct 2
Fire Prevention Week, Oct 8-14
Columbus Day Observance, Oct 9
Yom Kippur, Oct 9
Leif Ericson Day, Oct. 9
White Cane Safety Day, Oct 15
National Forest Products Oct 15-21
Sweetest Day, Oct 21
Mother-in-Law Day, Oct
United Nations Day, Oct
Navy Day, Oct. 27
Daylight saving ends, Oc
Halloween, Oct 31
U N I C E F Day, Oct
☽ 7th, ○ 14th, ☾ 21st, ●

See Page 147 for information on happenings

**MONDAY**
**2**

**TUESDAY**
**3**

**WEDNESDAY**
**4**

Dr Westbrook
Had ultrasound done. Lucy went with me.
It's going to be a BOY!!!

# OCTOBER 1989

**Happenings This Month**
National Employ the Handicapped Week, Oct 1-7
Child Health Day, Oct 2
Fire Prevention Week, Oct 8-14
Columbus Day Observance, Oct 9
Yom Kippur, Oct 9
Leif Ericson Day, Oct 9
White Cane Safety Day, Oct 15
National Forest Products Oct 15-21
Sweetest Day, Oct 21
Mother-in-Law Day, Oct
United Nations Day, Oct
Navy Day, Oct 27
Daylight saving ends, Oc
Halloween, Oct 31
U N I C E F Day, Oct.
☽ 7th, ○ 14th, ☾ 21st, ●

See Page 147 for information on happenings

**MONDAY**
**9**
Columbus Day Observance/Yom Kippur

**TUESDAY**
**10**
[redacted]

**WEDNESDAY**
**11**
Dr Westbrook

# OCTOBER 1989

**Happenings This Month**
National Employ the Handicapped Week, Oct 1-7
Child Health Day, Oct 2
Fire Prevention Week, Oct 8-14
Columbus Day Observance, Oct 9
Yom Kippur, Oct 9
Leif Ericson Day, Oct 9
White Cane Safety Day, Oct 15
National Forest Products We Oct 15-21
Sweetest Day, Oct 21
Mother-in-Law Day, Oct 22
United Nations Day, Oct 24
Navy Day, Oct 27
Daylight saving ends, Oct 2
Halloween, Oct 31
U N I C E F Day, Oct 31
☽ 7th, ○ 14th, ☾ 21st, ● 29

See Page 147 for information on happenings

**MONDAY**
**16**

**TUESDAY**
**17**

**WEDNESDAY**
**18**

Dr Westbrook 129 lbs. Ordered amnio- for Monday

[redacted]

| SEPTEMBER | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| OCTOBER | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | (9) | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| (29) | 30 | (31) | | | | |

(9) Columbus Day Observance
Yom Kippur
(29) Time change
(31) Halloween

| NOVEMBER | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | (7) | 8 | 9 | 10 | (11) |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | (23) | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(7) Election Day
(11) Veterans Day
(23) Thanksgiving Day

# OCTOBER 1989

## THURSDAY 19

## FRIDAY 20

Went to Hospital - got there at 4 00 a.m Had Carl James Boman II at 10 00 p.m. he weighed 5 lbs 0 ozs. and was 19 inches long. Had to give me pitocin and Demeral.

## SATURDAY 21

## SUNDAY 22

Letha picked us up. Took us back to Lucy's to wait on Carl Went over Ethel's then went home

Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 42 of 62

# NOVEMBER 1989

**Happenings This Month**
All Saints Day, Nov 1
North Dakota Centennial, Nov 2
South Dakota Centennial, Nov 2
Guy Fawkes Day, Nov 5
Election Day, Nov 7
Montana Centennial, Nov 8
Marine Corps Birthday, Nov 10
Veterans Day, Nov 11
Washington State Centennial, Nov 11
Mickey Mouse's Birthday Nov 18
North Carolina Bicentenn Nov 21
St Cecilia's Day, Nov 2:
Thanksgiving Day, Nov
Christmas at Biltmore, Nov 24-Dec 31
Mark Twain Birthday, No
St Andrew's Day, Nov 3
☽ 6th, ○ 13th, ☾ 19th, ●

See Page 147 for information on happenings

**MONDAY**
**6**

[illegible]

**TUESDAY**
**7**
Election Day

Picked up Chelsea's WIC

**WEDNESDAY**
**8**



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 43 of 62

# NOVEMBER 1989

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | (7) | 8 | 9 | 10 | (11) |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | (23) | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(7) Election Day
(11) Veterans Day
(23) Thanksgiving Day

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | (21) | 22 | (23) |
| 24 | (25) | 26 | 27 | 28 | 29 | 30 |
| (31) | | | | | | |

(21) Winter begins
(23) Hanukkah
(25) Christmas

(31) New Year's Eve

**THURSDAY**
**9**

**FRIDAY**
**10**

Went to Tulsa with Roberta, Sherry, Cindy, & Deanne. Went to Casa Bonita and the Mall.

**SATURDAY**
**11**
Veterans Day

**SUNDAY**
**12**

# NOVEMBER 1989

**Happenings This Month**
All Saints Day, Nov 1
North Dakota Centennial, Nov 2
South Dakota Centennial, Nov 2
Guy Fawkes Day, Nov 5
Election Day, Nov 7
Montana Centennial, Nov 8
Marine Corps Birthday, Nov 10
Veterans Day, Nov 11
Washington State Centennial, Nov 11
Mickey Mouse's Birthday, Nov 18
North Carolina Bicentenn Nov 21
St Cecilia's Day, Nov 2
Thanksgiving Day, Nov
Christmas at Biltmore, Nov 24-Dec 31
Mark Twain Birthday, No
St Andrew's Day, Nov 3
☽ 6th, ○ 13th, ☾ 19th, ●

See Page 147 for information on happenings

**MONDAY**
**13**

**TUESDAY**
**14**

Took C. J. to Pawhuska for WIC certification. Weighed 5lbs. 8 ozs

**WEDNESDAY**
**15**



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 45 of 62

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | (7) | 8 | 9 | 10 | (11) |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | (23) | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | (21) | 22 | (23) |
| 24 | (25) | 26 | 27 | 28 | 29 | 30 |
| (31) | | | | | | |

# NOVEMBER 1989

(7) Election Day
(11) Veterans Day
(23) Thanksgiving Day

(21) Winter begins
(23) Hanukkah
(25) Christmas

(31) New Year's Eve

## THURSDAY 16

## FRIDAY 17

## SATURDAY 18

## SUNDAY 19

Went to B-ville
Artie had a girl
Jennifer



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 46 of 62

# NOVEMBER 1989

**Happenings This Month**
All Saints Day, Nov 1
North Dakota Centennial, Nov 2
South Dakota Centennial, Nov 2
Guy Fawkes Day, Nov 5
Election Day, Nov 7
Montana Centennial, Nov 8
Marine Corps Birthday, Nov 10
Veterans Day, Nov 11
Washington State Centennial, Nov 11
Mickey Mouse's Birthd
Nov 18
North Carolina Bicente
Nov 21
St Cecilia's Day, Nov
Thanksgiving Day, No
Christmas at Biltmore,
Nov 24-Dec 31
Mark Twain Birthday,
St Andrew's Day, Nov
☽ 6th, ○ 13th, ☾ 19th,

See Page 147 for information on happenings

**MONDAY**
**20**

Ponca City

**TUESDAY**
**21**

Ponca City

**WEDNESDAY**
**22**

Stayed night in B'ville



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 47 of 62

# NOVEMBER 1989

**OCTOBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | (7) | 8 | 9 | 10 | (11) |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | (23) | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

(7) Election Day
(11) Veterans Day
(23) Thanksgiving Day

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | (21) | 22 | (23) |
| 24 | (25) | 26 | 27 | 28 | 29 | 30 |
| (31) | | | | | | |

(21) Winter begins
(23) Hanukkah
(25) Christmas
(31) New Year's Eve

## THURSDAY 23
Thanksgiving Day

Went to Aunt Rita's in Dewey. Boring!

## FRIDAY 24

Started moving to Ponca City.

## SATURDAY 25

Ponca City

Desiree stayed night w/ Angie.

## SUNDAY 26

Ponca City

Angie stayed night w/ Desiree



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 48 of 62

# NOVEMBER 1989

**Happenings This Month**
All Saints Day, Nov 1
North Dakota Centennial, Nov 2
South Dakota Centennial, Nov 2
Guy Fawkes Day, Nov 5
Election Day, Nov 7
Montana Centennial, Nov 8
Marine Corps Birthday, Nov 10
Veterans Day, Nov 11
Washington State Centennial, Nov 11
Mickey Mouse's Birthday, Nov 18
North Carolina Bicentennial, Nov 21
St Cecilia's Day, Nov 22
Thanksgiving Day, Nov 23
Christmas at Biltmore, Nov 24-Dec 31
Mark Twain Birthday, Nov 30
St Andrew's Day, Nov 30
☽ 6th, ○ 13th, ☾ 19th, ● 28th

See Page 147 for information on happenings

**MONDAY**
**27**

Babysitted Angie & Sammy

**TUESDAY**
**28**

Car lights went dim on way home from Ponca City.

**WEDNESDAY**
**29**

Battery dead. Gerald jump started it.



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 49 of 62

# NOVEMBER DECEMBER 1989

**NOVEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**DECEMBER**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | (21) | 22 | (23) |
| 24 | (25) | 26 | 27 | 28 | 29 | 30 |
| (31) | | | | | | |

(21) Winter begins
(23) Hanukkah
(25) Christmas
(31) New Year's Eve

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | (1) | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(1) New Year's Day

## THURSDAY 30

Put new battery in
Went to Tulsa w/ Alisa & Randy.

## FRIDAY 1

Pearl Brown hit the Mercury at the bank.
Got home. Car won't start.

## SATURDAY 2

Went to B-ville.

## SUNDAY 3

Had C.J. pictures taken at mall w/ Santa.

# DECEMBER 1989

**Happenings This Month**
Pan American Health Day, Dec 2
Advent begins, Dec 3
St Nicholas' Day, Dec 6
Human Rights Day, Dec. 10
Mary Todd Lincoln Birthday, Dec 13
St Lucia's Day, Dec 13
Bill of Rights Day, Dec 1
Underdog Day, Dec 15
Winter begins, 4 22 p m 1 Dec 21
Hanukkah, Dec 23
Christmas Day, Dec 25
New Year's Eve, Dec 31
☽ 5th, ○ 12th, ☾ 19th, ●

See Page 147 for information on happenings

**MONDAY 4**

Carl Said Good-Bye
Had C.J.'s pictures taken at K-Mart - Stopped in Hominy. Mota locked up on Mercury.

**TUESDAY 5**

Michael - 15 yrs. old
Went back to Hominy. Checked on car.
Some kids? stole money, cigarettes, & tape player out of Suba
Called on a bus ticket.

**WEDNESDAY 6**

Took Carl to Bus Station at 7:00 - left about 7:20 a.m.



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 51 of 62

# DECEMBER 1989

VEMBER

| M | T | W | T | F | S |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10 | 11 |
| 13 | 14 | 15 | 16 | 17 | 18 |
| 20 | 21 | 22 | 23 | 24 | 25 |
| 27 | 28 | 29 | 30 | | |

DECEMBER

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | (21) | 22 | (23) |
| 24 | (25) | 26 | 27 | 28 | 29 | 30 |
| (31) | | | | | | |

(21) Winter begins
(23) Hanukkah
(25) Christmas
(31) New Year's Eve

JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | (1) | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

(1) New Year's Day

THURSDAY 7

FRIDAY 8

Pick up Chelsea's WIC 9-11:00a.m.

SATURDAY 9

SUNDAY 10

# DECEMBER 1989

**Happenings This Month**
Pan American Health Day, Dec 2
Advent begins, Dec 3
St Nicholas' Day, Dec 6
Human Rights Day, Dec 10
Mary Todd Lincoln Birthday, Dec 13
St Lucia's Day, Dec 13
Bill of Rights Day, Dec 15
Underdog Day, Dec 15
Winter begins, 4 22 p m EST, Dec 21
Hanukkah, Dec 23
Christmas Day, Dec 25
New Year's Eve, Dec 31
☽ 5th, ○ 12th, ☾ 19th, ● 27th

See Page 147 for information on happenings

MONDAY
**11**

TUESDAY
**12**

Pick up Carl's longevity check at Connors

WEDNESDAY
**13**



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 53 of 62

# A

Name Dr. Bob Aikman
Address [redacted]

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 54 of 62

# B

Ethel Boman

Name [redacted]

Telephone

Richard & Judy Boman

Name [redacted]

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

# C

Robert Carter

Name [redacted]

Address

Telephone

Dale Carroll

Name [redacted]

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

KL

Charles Kennedy

Name [redacted]

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

# M

Manhattan Furniture

Name [redacted]

Address [redacted]

[redacted]

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

[redacted]

# NO

Robert Naszady

lame [redacted]

ıddress [redacted]

elephone

Name

Address

Telephone

lame

ıddress

elephone

Name

Address

Telephone

lame

ddress

elephone

Name

Address

Telephone

ame

ddress

·lephone

Name

Address

Telephone

ame

ddress

lephone

Name

Address

Telephone

ıme

ldress

lephone

Name

Address

Telephone

me

dress

ephone

Name

Address

Telephone

# S

Marie Stelma

Name [redacted]

Addre [redacted]

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone



Case 4:12-cv-08001-GAF Document 159-5 Filed 09/03/15 Page 60 of 62

James & Roberta Upshaw

Name [redacted]

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

Name

Address

Telephone

DR WESTBROOK
Name
Address B-VILLE OKLAHOMA

Telephone

Randy Walters
Name
Address [redacted]

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone

Name
Address

Telephone