Scripps Memorial Hospital

435 H Street
P.O. Box 1537
Chula Vista, California 92012-1537

(619) 691-7000

DATE: 08-13-90

INDICATIONS FOR ADMISSION:
Premature contractions.

HISTORY OF PRESENT ILLNESS:
The patient is a 22-year-old white female who is gravida 4, para 3, ab 1, with unknown dates, but ultrasound performed on July 20 which indicates an estimated date of confinement of October 30, 1990, and makes her now approximately 29 weeks by sonogram.

The patient presented to my office this morning with a complaint of uterine contractions which last night were approximately every five to 10 minutes and irregular, subsequently two-sided and then presented this morning stating that she was having only very occasional contractions. On examination in the office however, she was found to have a cervix that was approximately 2 cm dilated, 50% effaced with a vertex presentation that was high and ballotable. Because of the clear possibility of premature labor she presented to Labor & Delivery for monitoring as well as for arrangements for a amniocentesis to rule out fetal lung maturity. Both the patient and her mother argued that she is probably due already because she is larger than she has been in any of her previous pregnancies, and that she has had previous small babies that were all born at term. She is a smoker, smoking approximately half a pack to one pack a day for several years. Her largest baby was born on October 20, 1989, and weighed 5 lb and was a full term infant. She has had no complications with any of her pregnancies except her first one did have a touch of preterm labor which was treated for one day with Terbutaline to which she had a severe reaction. The medication was stopped at that time and then subsequently patient went to term. Patient denied any symptoms of urinary tract infection. She denied recent intercourse. She also denied abdominal pain other than contractions which were not painful. She denied fever, chills, or sweats.

Her past obstetrical history shows that in October 1989 she had a male infant weighing 5 lb, which was term with a normal vaginal delivery; in July 1988 she had a female infant weighing 5 lb, which was term with a vaginal delivery, no complications; and in January 1987 she had a female infant weighing 4 lb 8 oz which was term, vaginal delivery, complicated by a questionable history of preterm labor times one day.

ALLERGIES: DARVOCET AND BRETHINE

PAST HISTORY:
Medical history is negative for hypertension, diabetes, cancer, tuberculosis, heart disease, or lung disease.

BOMAN, LISA
OB 90-85190/224877
Francisco Anguiano, M.D.



Case 4:12-cv-08001-GAF Document 159-6 Filed 09/03/15 Page 1 of 4

Scripps Memorial Hospital

435 H Street
P.O. Box 1537
Chula Vista, California 92012-1537

(619) 691-7000

FAMILY HISTORY:
Positive for cancer of the breast in her aunt and cancer of the lung in her maternal grandfather. Her maternal grandmother has diabetes and hypertension. Her aunt was treated for tuberculosis. She had a sister that was born with one ear lobe missing as well as an aunt that was born with the right hand missing.

MEDICATIONS:
Multivitamins and iron.

REVIEW OF SYSTEMS:
Negative other than stated above.

PHYSICAL EXAMINATION

GENERAL/VITAL SIGNS:
She is found to be afebrile with a temperature 98.6°, weight 128 lb, blood pressure 100/70, pulse 76, respirations 18. In general, the patient is alert and oriented x 3, and is a well-developed, well-nourished female.

HEENT:
Normocephalic and atraumatic. PERRLA. EOMI. ENT within normal limits with benign oral and nasal mucosa without evidence of erythema or exudate.

NECK:
Supple without adenopathy or thyromegaly.

LUNGS:
Clear to auscultation.

BACK:
No evidence of cva tenderness.

HEART:
Regular rate and rhythm with normal S1 and S2 sounds.

BREASTS:
Bilaterally symmetrical without tenderness or masses.

ABDOMEN:
Soft, nontender, with positive bowel sounds. No evidence of hepatosplenomegaly. Her fundal height is 30 cm with a vertex presentation by Leopold's. Occasional palpable contractions were noted.

BOMAN, LISA
OB 90-85190/224877
Francisco Anguiano, M.D.

Scripps Memorial Hospital

435 H Street
P.O. Box 1537
Chula Vista, California 92012-1537

(619) 691-7000

PELVIC:
Her cervical examination as previously mentioned is 2 cm, 50% effaced, and high with a vertex presentation.

EXTREMITIES:
No evidence of clubbing, cyanosis, or edema.

NEUROLOGIC:
Cranial nerves II-XII are grossly normal. Motor function is 5/5 at the upper and lower extremities and deep tendon reflexes are 2/4 at the knees.

Patient was sent to Labor & Delivery at which time it was noted that she was having some irregular contractions. She received fluid bolus of 500 cc of lactated Ringers; however, this did not stop her contractions and she continued to slowly start contracting more frequently and at this time is contracting every three to four minutes. The patient can feel the contractions, although they are mild. Her cervical exam has not changed. She continues to be 2 cm, presenting high with a vertex presentation. However, because of continued contractions, the patient will be started on magnesium sulfate for tocolytic. She will be given 4 gm loading dose and then two grams an hour. The amniocentesis had been performed earlier to rule out fetal lung maturity. The results indicate lecithin-spingo-myelin (LS) ratio that is equal to 0.8 with phosphatidylglycerol (PG) that is absent.

IMPRESSION:
1. Intrauterine pregnancy approximately 29 weeks by late sonogram and confirmed by the results of the amniocentesis.
2. Preterm labor.
3. History of intolerance to Terbutaline.
4. History of fetal arrhythmia with is also verified at the time of the external monitoring today.

PLAN:
The patient will kept at bedrest. She will be starting magnesium sulfate as stated above. She will be continued on IV fluids at an eight hour rate. She will be given betamethasone 12.5 mg now and repeated in 24 hours. She will be ordered catherized urinalysis with culture and sensitivity as well as chem panel and CBC with differential. She will be ordered serial magnesium levels at six hours post start of infusion and again 12 hours later. The patiet's deep tendon reflexes and respiratory rate will be followed closely.

BOMAN, LISA
OB 90-85190/224877
Francisco Anguiano, M.D.

Scripps Memorial Hospital

435 H Street
P.O. Box 1537
Chula Vista California 92012-1537

(619) 691-7000

The patient has been advised regarding risks, benefits, and alternatives to tocolytic therapy. She has been advised of the risks of preterm delivery of an infant that is premature by all parameters. She has also been advised of the risks and benefits of betamethasone. After full disclosure of this information, the patient accepted to undergo tocolytic therapy with magnesium sulfate and to accept the betamethasone for possible induction of increased fetal lung maturity over the next 48 hours in case tocolytics are not totally effective.

FRANCISCO ANGUIANO, M.D.

FA:sdm
D: 08-13-90
T: 08-14-90

BOMAN, LISA
OB 90-85190/224877
Francisco Anguiano, M.D.



Case 4:12-cv-08001-GAF Document 159-6 Filed 09/03/15 Page 4 of 4