Boman 6-29-05

1. Job; clean tanks, plates ; heavy labor
   wear protective gear
   lead, cadmium
   DA ; fell off golf cart onto R side

2. Dr. Painter
   surg ; remove radial head ①
   re-insert ulnar nerve ② band
   re-insert radial nerve ③
   7-30-04 rel ; pre FCE
   not allowed RTW for Resp.

3. Work hx always physical. CN RTW at old job ; but wants RTW there
   Tried RTW at [illegible] plant ; CN [illegible]
   1 handed ; X 12 months (til last wk)
   R HANDED

4. Probs ; CN bowl, play softball
   ↓ grasping
   wrap on elbow today (per PT)
   ↓ lifting ; 3-4# limit
   CN hoop + do sheetrock (2nd job)
   trouble writing
   CN drive floor mount shifter
   OTC med ; aceto.
   pain w/ inactivity ; sleep disrupted
   trouble doing repairs w/ tools
   job app ; Target dist. ctr + W Mart + ? ; looking now
   HS diploma

# OPERATIVE NOTE

| | |
|---|---|
| BARTLESVILLE SURGERY CENTER<br>230 S. E. Howard Avenue,<br>Bartlesville, OK 74006 | PATIENT: Boman, Carl J.<br>MEDICAL RECORD #: 6112<br>PHYSICIAN: Tracy Painter, M.D.<br>DATE OF SERVICE: 05/19/2004<br>DATE OF BIRTH: 08/31/1961 |

**PREOPERATIVE DIAGNOSIS:** Right posterior interosseous nerve compression syndrome.

**POSTOPERATIVE DIAGNOSIS:** Right posterior interosseous nerve compression syndrome.

**PROCEDURE PERFORMED:** Right posterior interosseous nerve neurolysis.

**SURGEON:** Tracy Painter, M.D.

**ANESTHESIA:** General.

**INDICATIONS FOR PROCEDURE:**

The patient is a 42-year-old male who has suffered an elbow injury over a year ago. He underwent radial head resection and ulnar nerve transposition, but continues to have lateral elbow pain and wrist extension weakness. His examination is consistent with a posterior interosseous nerve compression syndrome and, as he has failed to see improvement with conservative management, I have recommended proceeding with the above-mentioned procedure after discussion of the risks and benefits.

**DESCRIPTION OF PROCEDURE:**

After an interscalene block was administered in the preanesthesia area, the patient was taken to the operating room where he was positioned in a supine fashion and IV sedation was provided. A tourniquet was applied to the right proximal arm, and the right arm was prepped and draped in the usual sterile fashion. The block was tested and did not provide complete pain relief; therefore, general anesthesia was administered. An Esmarch wrap was used to exsanguinate the right upper extremity, and the tourniquet was inflated to 250 mmHg.

An incision was made using the old healed incision. The brachioradialis was split in line of its fibers after incising the fascia. The supinator muscle was exposed and dissection with Metzenbaum scissors was used to demonstrate the posterior interosseous nerve as it entered the supinator muscle. The fascia over the supinator was incised releasing this tight band of tissue. We dissected into the supinator muscle and noted that the course of the nerve was not restricted. We then dissected proximally and noted the leash of vessels, which were

subsequently cauterized using bipolar cautery. No further fibrous restrictions were noted after the neurolysis of the nerve was performed. The nerve appeared to be undamaged. The tourniquet was then released at 32 minutes, and the hemostasis was noted to be adequate. The wound was copiously irrigated with sterile saline solution, and the subcutaneous tissue was closed using 3-0 Vicryl. Then, 4-0 nylon, using a running stitch, was used to close the skin. Sterile dressings were then applied and over-wrapped with Webril. The drapes were then withdrawn. A posterior elbow splint with the elbow in 90 degrees of flexion was then positioned. This was over-wrapped with an Ace wrap. General anesthesia was then discontinued. The patient was transferred to his stretcher and subsequently to the PACU in good condition.

______________________________
Tracy Painter, M.D.

TP/203/RB/6112d00-412973 DD: 05/19/2004 DT: 05/19/2004

**TIMOTHY G. PETTINGELL, MD**
JANE PHILLIPS MEDICAL CENTER
3500 SE Frank Phillips Blvd.
Bartlesville, OK 74006
918-333-7200 ~ www.jpmc.org
Attn: Neurophysiology Department

***Patient***: Carl Boman ***Date:*** 12/22/03 ***Patient SS#***: 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 ***Account:*** 0050040127
***Referring Physician:*** Tracy Painter, MD ***Referral Diagnosis***:

**HISTORY OF PRESENT ILLNESS:** Carl is a 42-year-old right handed gentleman employed at Zinc Corporation of America for the past two years. On August 26, 2003, he fell from a golf cart onto blacktop and suffered a right radial head fracture. He attended physical therapy but subsequently underwent radial head resection November 2, 2003. He then attended post-operative physical therapy with last appointment being last Friday. He currently presents with pain of the right upper limb. Specifically, active or passive forearm supination results in a tingling sensation of the right thenar eminence and digit tips (involving all digits except the small digit) and pain of the dorsal forearm. However, when the forearm is in the neural position or pronated, he assymptomatic.

**ALLERGIES:** No known drug allergies.

**MEDICATIONS:** Protonix.

**PAST MEDICAL HISTORY:** Peptic ulcer disease.

**PHYSICAL EXAMINATION:**
The patient presents alert and oriented in no outward distress.
***Right Upper Extremity:*** Incision is healed proximal aspect of the dorsal right forearm. No edema. Generalized decreased muscle bulk is present of the wrist extensor and wrist flexor musculature as well as the right FDI and right triceps. Active elbow extension is 10 degrees from full extension and full elbow flexion actively is present. Passively, full forearm supination is present with full forearm pronation. There are no limitations actively regarding right wrist range of motion. The patient does not withdraw to light touch or deep pressure of the right upper limb. The exception, coupled with passive forearm supination, he is tender to palpation in the region of the right pronator teres musculature and FCR musculature. There is no hyperhidrosis or anhidrosis of the right upper limb. There are no atrophic or dystrophic changes regarding skin, nail or muscle growth. Skin does not have a shiny or glossy appearance. Provocative maneuvers for pronator teres syndrome are negative and compression Phalen's is negative. Medial elbow ulnar nerve Tinel's negative. Resisted wrist extension and EI/EDC extension results in dorsal forearm pain and pain at the lateral elbow. Strength is pain limited right upper limb at 4/5 when testing triceps, wrist extension and IE/EDC. Strength otherwise is 5/5 of the bilateral upper limbs. The exception, right forearm pronation is 4/5 with associated forearm pain. Sensation to light touch perceived as symmetrical and intact bilateral upper limbs over all major dermatomes and peripheral nerves. Pinprick discernment was intact of the right upper limb when comparing the superficial radial sensory versus the dorsal ulnar cutaneous distribution as well as innervation of the thenar versus hypothenar eminence. Two point discrimination 5mm right all volar digit tips. Muscle stretch reflexes symmetrical at 2+ biceps/triceps/brachioradialis.

(continued)

***Patient***: Carl Boman ***Date:*** 12/22/03 ***Patient SS#***: 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 ***Account:*** 0050040127
***Referring Physician:*** Tracy Painter, MD ***Referral Diagnosis***:



**IMPRESSION:**

1. Status post right radial head fracture August 26, 2003 with subsequent November 2, 2003 radial head recession. The patient presents with pain of the right upper extremity predominantly involving radial innervated muscles and the pronator teres muscle. Differential diagnosis includes myofascial pain versus mononeuropathy (radial nerve versus median nerve entrapment at the pronator teres). Reflex sympathetic dystrophy or disorder of sympathetic nervous system is a remote diagnostic consideration.

**PLAN:**

1. Electrodiagnostic testing will be planned of the right upper extremity. All testing will be performed prior to the patient's follow-up appointment with Dr. Painter January 5, 2004. Patient currently is off work TTD as his job requires lifting 50lbs. If electrodiagnostic tests results are unremarkable, unless further objective abnormalities are observed to consider reflex sympathetic dystrophy, recommendations will include more aggressive physical therapy and strengthening program of the right upper limb, including work hardening. In the meantime, the patient is prescribed a Medrol Dose Pack. The patient has a history of peptic ulcer disease and will closely monitor symptoms.

I declare under penalty of perjury that I have examined this report and notice and that all statements contained herein, and to the best of my knowledge and belief, are true, correct and complete.

Timothy G. Pettingell, MD
TGP/bb DD: 12/29/03

cc: Jane Phillips Medical Center Medical Records
Tracy Painter, MD

# Jane Phillips Medical Center

Neurophysiology Department
3500 E. Frank Phillips, Blvd.
Bartlesville, OK 74006
(918) 331-1251
T. Pettingell, M.D.

## Tabular Data

Date: 31 DEC 03 12:45

Patient Name: BOWMAN,CARL Gender: Male Age: 42 Patient ID: 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

Examining Physician: DR.TIMOTHY PETTINGELL Referring Physician: DR.TRACY PAINTER

**Motor Nerve Conduction:**

| Nerve and Site | Distal Latency | Amplitude | Duration | Segment | Latency | Distance | Conduction |
|---|---|---|---|---|---|---|---|
| Median nerve .R APB | | | | | | | |
| Wrist | 3.8 ms | 8.164 mV | 5.6 | | ms | 80 mm | m/s |
| Elbow | 8.0 ms | 8.177 mV | 5.6 | Wrist-Elbow | 4.2 ms | 245 mm | 58 m/s |
| Ulnar nerve .R ADM | | | | | | | |
| Wrist | 2.9 ms | 10.13 mV | 6.5 | | ms | 80 mm | m/s |
| Below elbow | 7.0 ms | 9.492 mV | 6.5 | Wrist-Below elbow | 4.1 ms | 245 mm | 60 m/s |
| Above elbow | 9.4 ms | 9.466 mV | 6.4 | Below elbow-Above elbow | 2.4 ms | 110 mm | 46 m/s |
| Axilla | 10.6 ms | 9.271 mV | 6.4 | Above elbow-Axilla | 1.2 ms | 85 mm | 71 m/s |
| Radial nerve.R EIP | | | | | | | |
| Elbow | 1.7 ms | 4.901 mV | 7.1 | | ms | 80 mm | m/s |
| Spiral groove | 4.5 ms | 4.336 mV | 8.4 | Elbow-Spiral groove | 2.8 ms | 190 mm | 68 m/s |
| Axilla | 6.4 ms | 4.627 mV | 8.5 | Spiral groove-Axilla | 1.9 ms | 145 mm | 76 m/s |

**Sensory Nerve Conduction:**

| Nerve and Site | Peak Latency | Amplitude | Segment | |
|---|---|---|---|---|
| Median nerve.R | | | | |
| Wrist | 3.0m | 31.61 | Middle Digit-Wrist | 140MM |
| Ulnar nerve.R | | | | |
| Wrist | 3.0m | 16.93 | Short finger-Wrist | 140MM |
| Trans-Carpal Study.R | | | | |
| Median Palm | 1.9m | 27.45 | Median Palm-Wrist | 80MM |
| Ulnar Palm R | 1.9m | 15.00 | Ulnar Palm-Wrist | 80MM |
| Radial nerve.R | | | | |
| Forearm | 2.9m | 23.65 | Dorsum of hand-Forearm | 140MM |

T. Pettingell, M.D.
Board Certified: American Board of PMR
American Board of Electrodiagnostic Medicine

**Needle EMG Examination:**

| | | | Spontaneous and/or Volitional Activity | | | | | Maximum Volitional Activity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Biceps Brachii R<br>**Normal** | | | | | | | | | | |
| Triceps R<br>**Normal** | | | | | | | | | | |
| Extn.Car.R.Ln.R<br>**Normal** | | | | | | | | | | |
| Extn. Dig. Com.R<br>**Normal** | | | | | | | | | | |
| Extn. Ind. Pro.R<br>**Normal** | | | | | | | | | | |
| Pronator Teres.R<br>**Normal** | | | | | | | | | | |
| Flex. Car. Rad.R<br>**Normal** | | | | | | | | | | |
| Flexor Pol. L.R<br>**Normal** | | | | | | | | | | |
| Abduc. Pol. Br.R<br>**Normal** | | | | | | | | | | |
| 1st Dorsal Int.R<br>**Normal** | | | | | | | | | | |
| Abduc. Dig. Min.R<br>**Normal** | | | 1+ | | | | | | Decreased | |

T. Pettingell, M.D.
Board Certified: American Board of PMR
American Board of Electrodiagnostic Medicine

TIMOTHY G. PETTINGELL, MD
JANE PHILLIPS MEDICAL CENTER
3500 SE Frank Phillips Blvd.
Bartlesville, OK 74006
918-333-7200 ~ www.jpmc.org
Attn: Neurophysiology Department

***Patient***: Carl Boman ***Date:*** 12/31/03 ***Patient SS#***: 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 ***Account:*** 0050041446

Carl did not experience any benefit from Medrol Dose Pack and did not experience any medication side effects. His symptoms currently are unchanged. He presents for electrodiagnostic testing of the right upper limb.

The right upper limb required warming to achieve temperature greater than 32.0 degrees Celsius. The right upper limb does not demonstrate anhidrosis or hyperhidrosis, edema, withdrawal to touch (light touch or deep pressure) to suggest allodynia or a shiny/glossy appearance to the skin. There are no atrophic or dystrophic changes regarding the nails, skin, or hair growth. The patient continues with painful forearm supination with such maneuver passively resulting in volar forearm pain proximally. Physical examination otherwise is unchanged compared to December 22, 2003.

**EMG/Nerve Conduction Studies:** Please see tabular data for specific details. Nerve conduction studies of the right median motor and sensory nerve are within normal limits without evidence of nerve entrapment across the carpal tunnel or across the forearm. Nerve conduction studies of the right radial motor nerve and superficial radial sensory nerve were within normal limits. Ulnar motor studies demonstrate a reduction in conduction velocity across the elbow consistent with moderate ulnar nerve entrapment with normal ulnar sensory studies. Needle EMG was normal of the right upper limb with the exception of positive sharp waves of the right ADM muscle. Radial innervated muscles were examined as well as median nerve innervated muscles with all testing being normal. This includes the anterior interosseus nerve innervated muscle, FPL. Therefore, today's electrodiagnostic testing demonstrates moderate right ulnar nerve entrapment across the elbow. However, no electrodiagnostic evidence of right median nerve entrapment across the wrist or across the forearm (specifically including no evidence of pronator teres syndrome or entrapment across the bicipital apneurosis/entrapment across the FDS/anterior interosseus neuropathy), ulnar nerve entrapment at the wrist or across the forearm/arm, or radial nerve neuropathy (for example: entrapment across the spiral groove/radial tunnel syndrome/supinator syndrome/posterior interosseus neuropathy/superficial radial sensory neuropathy), brachial plexopathy or cervical radiculopathy (based upon right upper limb C5 through T1 innervated muscles EMG).

**IMPRESSION:**

1. Status post right radial head fracture August 26, 2003 with subsequent November 2, 2003 radial head resection. Persistent pain of the right upper extremity is secondary to myofascial pain regarding muscle spasm, deconditioning secondary to disuse and a component of tendon shortening. Electrodiagnostic testing fails to verify radial nerve entrapment or median nerve entrapment. As stated above, specifically includes pronator teres syndrome/median nerve entrapment across the forearm or carpal tunnel. Clinically, the patient does not present with features suggestive of reflex sympathetic dystrophy or complex regional pain syndrome (Type I versus Type II).
2. Moderate right ulnar nerve entrapment across the elbow, as demonstrated with electrodiagnostic testing.

(continued)

| ***Patient***: Carl Boman | ***Date:*** 12/31/03 | ***Patient SS#***: 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 | ***Account:*** 0050041446 |
|---|---|---|---|

***Page 2 of 2***

**PLAN:**

1. Patient will keep his appointment with Dr. Painter this following Monday. Given electrodiagnostic test results, consideration may be given to work hardening with emphasis through physical therapy for strengthening program of the right upper limb as opposed to modalities. Although the patient has extensively undergone physical therapy in the past, work hardening should incorporate strengthening programs eccentric and concentric with the goal of increasing muscle bulk of forearm musculature and increasing endurance with range of motion.

I declare under penalty of perjury that I have examined this report and notice and that all statements contained herein, and to the best of my knowledge and belief, are true, correct and complete.

Timothy G. Pettingell, MD
TGP/bb DD: 1/5/04

cc: Jane Phillips Medical Center Medical Records
Tracy Painter, MD

# OPERATIVE NOTE

| | | |
|---|---|---|
| BARTLESVILLE SURGERY CENTER<br>230 S. E. Howard Avenue,<br>Bartlesville, OK 74006 | PATIENT:<br>MEDICAL RECORD #:<br>PHYSICIAN:<br>DATE OF SERVICE:<br>DATE OF BIRTH: | Boman, Carl J.<br>6112<br>Tracy Painter, M.D.<br>11/12/2003<br>08/31/1961 |

**PREOPERATIVE DIAGNOSIS:** Right elbow pain secondary to posttraumatic arthritis of the radial head.

**POSTOPERATIVE DIAGNOSIS:** Right elbow pain secondary to posttraumatic arthritis of the radial head.

**PROCEDURE PERFORMED:** Right radial head excision.

**SURGEON:** Tracy Painter, M.D.

**ANESTHESIA:** Interscalene block with IV sedation.

**INDICATIONS FOR PROCEDURE:**

The patient is a 42-year-old male who had a radial head fracture three months ago that has had continued pain with painful crepitus with motion that limits his activity. He is unable to return to work because of his elbow discomfort and presents for the above-mentioned procedure after discussion of the risks and benefits.

**DESCRIPTION OF PROCEDURE:**

After an interscalene block was administered in the preanesthesia area, the patient was taken to the operating room where he was positioned in a supine fashion, and IV sedation was provided. A tourniquet was applied to the right proximal arm, and the right arm was prepped and draped in the usual sterile fashion. An Esmarch wrap was used to exsanguinate the right upper extremity, and the tourniquet was inflated to 250 mmHg.

A Kocher-type approach was used to expose the radial head. The capsule was incised and the radial head was identified. The annular ligament was left intact. Hays retractors were inserted for exposure, and a mini sagittal saw was used to resect the radial head, which was subsequently removed. No sharp bone edges were left. The wound was then copiously irrigated, and the capsule was closed using 0 Vicryl. The fascia was also approximated using 0 Vicryl, and the tourniquet was released at approximately 20 minutes. Electrocautery was used to obtain hemostasis. Then, 2-0 Vicryl was used to close the subcutaneous tissue, and skin staples were used to complete the skin closure. Sterile dressings were applied and these were over-wrapped with Webril. The drapes were then withdrawn, and a posterior splint was applied over padding.



COPY

Case 4:12-cv-08001-GAF Document 159-7 Filed 09/03/15 Page 10 of 21

BARTLESVILLE SURGERY CENTER
OPERATIVE NOTE

Boman, Carl J.
11/12/2003

This was over-wrapped with an Ace wrap. The patient was then transferred to his stretcher and subsequently to the PACU in good condition. An arm sling was provided.

Tracy Painter, M.D.

TP/204/RB/6112d00-317573 DD: 11/12/2003 DT: 11/12/2003

RX-2
6-29-05
1Hitt.
no obj.

**Tracy Painter, M.D.**
*Orthopedic Surgeon*
3550 SE Frank Phillips
Bartlesville, OK 74006
Office (918) 331-1653 Fax (918) 331-1645

| PATIENT: Carl Boman | SS#: 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 | DOB: 08-31-1961 |
|---|---|---|

6/1/04 Carl Bowman

Mr. Bowman returns two weeks after right posterior interosseous nerve release. He indicates that the achiness in his wrist is much better and his elbow pain also has improved. His sutures were removed today and his incision is healing well. I have started him on physical therapy and I will see him again in four weeks to see how he is doing.
3.2KV

7-30-04 Carl Boman

Mr. Boman returns today for evaluation of his right upper extremity. He's quite pleased with his improvement and pain relief but continues to have some persistent numbness in his fourth and fifth finger although he has seen improvement. His grip strength is still weakened and he indicates that lifting anything heavy causing discomfort in his elbow.

Examination today demonstrates a positive Tinel's over the transposed ulnar nerve. His grip strength is weakened and he has a extension lag involving his elbow. Decreased sensation in the fourth and fifth fingers.

At this point he has reached maximum medical improvement and I've recommended a functional evaluation to help determine impairment.
5.4KV

BARTLESVILLE
ORTHOPEDIC
ASSOCIATES

Tracy Painter, M.D.
*Orthopedic Surgeon*

Wednesday, September 01, 2004

RE. Carl Boman

HISTORY

Carl Boman is a 41Y male who works for Zink Corporation who fell from a golf cart on 8-26-03 while rolling over railroad tracks He injured his right elbow at that time and was subsequently seen by me in the office on 8 29-03. A comminuted radial head fracture was appreciated He was treated conservatively and eventually mobilized with physical therapy. He continued to have severe pain involving his right elbow and also had progressive numbness involving the fourth and fifth fingers as well as weakness with wrist extension As his symptoms appear to be closely related to his radial head injury and conservative measures had failed to provide relief, I recommended proceeding with radial head excision. This was subsequently performed on 11-12-03.

Post operatively he was mobilized with physical therapy Because of persistent neurologic symptoms in his right upper extremity he was evaluated by Dr Pettingell who felt that reflex sympathetic dystrophy was unlikely. Nerve studies were performed demonstrating an ulnar nerve neuropathy. Clinically he also continued to have weakness with wrist extension as well as pain distal to the lateral epicondyle. A second opinion was obtained with another orthopedic surgeon and the recommendation was for ulnar nerve decompression This was subsequently performed on 3-18-04.

He saw some relief with his ulnar nerve symptoms but had slow progress with relief of the numbness and weakness. He continued to describe the pain in the dorsal wrist as well as distal to the lateral epicondyle. Because of the persistence of the elbow symptoms and examination consistent with posterior interosseous nerve syndrome, I recommended proceeding with right posterior interosseous nerve decompression. This was performed on 5-19-04.

Post operatively. Mr. Boman indicated that his symptoms have substantially improved. He had improvement in his pain relief as well as with strength He continued to have some numbness in his fourth and fifth fingers. His last examination was on 7-30-04 at which time he was determined to be at maximum medical improvement.

PHYSICAL EXAM

General - Carl Boman is pleasant and cooperative.

Examination of the right upper extremity, demonstrates elbow range of motion is slightly restricted in extension compared to the normal extremity. He has well healed incisions on the medial and lateral aspects of his elbow Inaccurate two point discrimination is appreciated in the fourth and fifth fingers of his right hand. He has obvious weakness with supination and wrist extension as well as with grip strength. Mild weakness is also appreciated with elbow flexion and wrist flexion. A functional capacity evaluation was performed on 8-11-04. The results of this evaluation demonstrated that he would not be able to return to his previous occupation as he would be unable to do heavy activities required. Sedentary work was recommended.

IMPAIRMENT RATING

Carl Boman's impairment rating is based on the 5th edition of Guides to the Evaluation of Permanent Impairment Mr Boman's grip strength is reduced by approximately 60% giving him 20% upper extremity impairment. Because of weakness involving flexion and extension of his elbow, he deserves a 10% impairment. These values were combined using the combined value chart, giving a 28% upper extremity impairment This 28% upper extremity impairment was converted to 17% whole person impairment This is his final rating

I declare under penalty of perjury that I have examined this report and all statements contained herein, to the best of my knowledge and belief, are true, correct and complete.

Tracy Painter, M.D.

3550 Frank Phillips Blvd
Bartlesville, OK 74006
Phone: 918-331-1653
Fax: 918-331-1645

**C.B. Pettigrew, D.O.**
Oakcliff Terrace Building
6717 South Yale
Suite 210
Tulsa, Oklahoma 74136
(918) 494-9830
Fax: (918) 488-1865

RX-1
6-29-05
PV-OR

American Board of Independent Medical Examiners
American College of Occupational Environmental Medicine
American Osteopathic College of Occupational and Preventive Medicine
American College of Osteopathic Family Physicians
American Academy of Disability Evaluating Physicians

January 25, 2005

Donald A. Bullard, Attorney
Bullard & Hoehner
A Professional Corporation
Attorneys at Law
P. O. Box 780
Oklahoma City, Oklahoma 73101-0780

| | | |
|---|---|---|
| RE: | Claimant: | Carl James Boman |
| | Insured: | Zinc Corporation of America |
| | WCC Number: | 2003-15170 A |
| | D/Injury: | August 26, 2003 |

Dear Mr. Bullard:

The above person was examined in the office today for the evaluation of injuries which he states occurred on August 26, 2003, while working for Zinc Corporation of America in Bartlesville, as an operator. He states he fell off the back of a moving vehicle onto asphalt and railroad tracks as he was going from one (1) area of the plant to another and he landed on his right elbow and bounced and struck his right elbow again. He states he felt pain in his right elbow. He states he reported this injury to his supervisor and he was sent to the plant physician, Dr. Carter in Bartlesville. He states he was examined by Dr. Carter the same day and x-rays were obtained of his right elbow, which revealed a fracture, and he was referred to Dr. Tracy Painter in Bartlesville, and he was taken off work.

He states on August 29, 2003, he was examined by Dr. Painter and the x-rays were reviewed and his right arm was placed in a sling, medications were prescribed, and he was told he could work with his left hand only. He states light duty was not available and he remained off work. He states on September 5, 2003, he followed up with Dr. Painter and x-rays were obtained of his right elbow and he was continued in the sling. He states on September 19, 2003, x-rays were obtained of his right elbow by Dr. Painter and physical therapy was recommended and medications were prescribed. He states he was treated with physical therapy at Bartlesville Medical Center for two (2) weeks, consisting of theraband exercises to his right elbow, without improvement. He states on October 17, 2003, he

returned to Dr. Painter and medications were prescribed. He states on November 7, 2003, he returned to Dr. Painter and x-rays were obtained of his right elbow and surgery was recommended because conservative treatment failed. He states on November 12, 2003, Dr. Painter performed surgery to his right elbow for excision of the radial head at Bartlesville Surgery Center. He states he was released from the hospital and his right elbow was placed in a splint. He states he returned to Dr. Painter on November 25, 2003, and the staples were removed and physical therapy was recommended. He states he was treated with physical therapy to his right elbow at the same facility for two (2) weeks, consisting of exercises, without improvement. He states he continued having pain in his right elbow on moving his right arm and radiation of pain from his right elbow into his right hand and fingers. He states he followed up with Dr. Painter and an EMG was recommended. He states on December 22, 2003, an EMG of his right upper extremity was performed by Dr. Timothy Pettingell, which was positive for ulnar nerve damage. He states on January 5, 2004, he returned to Dr. Painter and the EMG was reviewed and a work hardening program was recommended. He states he does not recall if he attended a work hardening program. He states he continued having pain in his right elbow which radiated into his right hand and fingers. He states on January 19, 2004, he returned to Dr. Painter and a second opinion was recommended with Dr. Vogel but an appointment with Dr. Vogel was not approved.

He states he was examined by Dr. Thomas Marberry on March 11, 2004, and surgery was recommended to his right elbow to release pressure on the ulnar nerve. He states he followed up with Dr. Painter on March 16, 2004, and surgery was also recommended to his right elbow. He states on March 18, 2004, Dr. Painter performed surgery for repair of the right ulnar nerve at Bartlesville Surgery Center. He states he continued having pain in his right elbow. He states he was treated with physical therapy for two (2) weeks at the same facility. He states he continued having pain in his right elbow to his right hand. He states surgery was recommended again because of the nerve being compressed. He states on May 19, 2004, surgery was performed to his right elbow by Dr. Painter at Bartlesville Surgery Center. He states he followed up with Dr. Painter on June 1, 2004, and the sutures were removed. He states on July 30, 2004, he returned to Dr. Painter and he was told he was at maximum medical improvement and a functional capacity evaluation was recommended. He states on August 11, 2004, a functional capacity evaluation was performed at Jane Phillips Medical Center. He states on September 1, 2004, he returned to Dr. Painter and he was released to return to work on sedentary duty work only with a five (5) pound permanent restriction. He states he was unable to return to work with the restrictions. He states on September 27, 2004, he was evaluated by Dr. Laurence Altshuler at the suggestion of his attorney. He states he has seen no other physicians for treatment as a result of this injury. He states he is currently off work.

He states he has pain in his right elbow on extending his right elbow. He states his right arm is weak and painful. He states he has numbness and tingling in his right elbow which radiates into the outer portion of his right hand. He states he has decreased grip strength of his right hand. He states he has difficulty grasping objects with his right hand. He states his right elbow is sensitive. He denies other complaints to his right hand.

He states from April 1, 2002 through August 26, 2003, he worked for Zinc Corporation of America and he operated forklifts, cranes, and he repaired and performed preventive maintenance and manual labor, which included shoveling. He states he worked for Arizona Big Bug Construction as a construction foreman. He states he performed remodeling and worked as a laborer for two (2) years and he was laid off work. He states he worked for Spear Manufacturing as a warehouse shift leader. He states he drove a forklift and lifted inventory and inventoried shipping and receiving for four (4) years and he was laid off. He states he worked for Unlimited Concrete as a concrete finisher for three (3) years and

he was laid off. He states he performed heavy lifting. He states he worked for Connor Correctional Center as a correctional officer for five (5) years and he quit due to stress. He states he maintained security and cell units and yards. He denies lifting while performing this job. He states he has also performed various side jobs, such as moving railroad ties, moving furniture, and sheetrock and texturing.

He denies other injuries or medical treatment to his right elbow.

PAST MEDICAL HISTORY:

This person states he has a twelfth grade education. He denies college, trade school, or vocational training. He was in the Navy as an operations specialist for four (4) years. He denies a service connected disability. His hobby is bowling but not since this injury. He is married with four (4) children. He denies the use of alcohol or cigarettes. He denies drug allergies. Current medication is Tylenol. Past occupations include concrete finisher, correctional officer, railroad tie mover, operator, and laborer. He is presently off work. He has had fractures of his right elbow and right ankle. He has had three (3) surgeries to his right elbow, an appendectomy, a tonsillectomy, and a hernia repair in the left lower quadrant of his abdomen. He has been hospitalized for the appendectomy, for the tonsillectomy, and for the hernia repair. He denies motor vehicle accidents with injury. He states he had an on-the-job injury to his right ankle in 1991, while working for Zinc Corporation of America. He states he did not receive an award of permanent disability for this injury. He denies other on-the-job injuries or other claims pending.

PHYSICAL EXAMINATION:

Physical examination reveals a forty-three (43) year old white male, 6'2" in height, weighing two hundred fifteen (215) pounds. Temperature is 96.5 degrees, pulse is 60, respirations are 14, and blood pressure is 120/80.

Examination of the right elbow reveals flexion of one hundred forty (140) degrees and extension of zero (0). Pronation is eighty (80) degrees and supination is seventy (70) degrees.

Neurological examination reveals deep tendon reflexes to be 2/4 bilaterally of the biceps and triceps. Cranial nerves II-XII are grossly intact. Hand grip is thirty (30) pounds on the right and one hundred thirty (130) pounds on the left. He states he is right hand dominant. Sensory pinpoint sensation is intact in the upper extremities. He states he has decreased sensation in his right upper extremity.

Measurements of the biceps are thirty-four (34) centimeters on the right and thirty-two (32) centimeters on the left. The elbows measure twenty-nine (29) centimeters bilaterally. The forearms measure twenty-two point five (22.5) centimeters on the right and twenty-three (23) centimeters on the left.

There is noted to be a seven (7) centimeter scar on the radial aspect of the right elbow, and an eight point five (8.5) centimeter scar on the posterior medial aspect of the right elbow.

I have reviewed the following information prior to today's examination:

A medical report dated August 26, 2003, unsigned by B. J. Krueger, M.D.,

a medical report dated August 29, 2003, unsigned by Tracy Painter, M.D.,

a medical report dated September 5, 2003, unsigned by Dr. Painter,

a medical report dated September 19, 2003, unsigned by Dr. Painter,

a medical report dated October 17, 2003, unsigned by Dr. Painter,

a medical report dated November 7, 2003, unsigned by Dr. Painter,

an operative report dated November 12, 2003, unsigned by Dr. Painter,

an EMG dated December 22, 2003, signed by Timothy G. Pettingell, M.D.,

a medical report dated November 25, 2003, unsigned by Dr. Painter,

a medical report dated January 5, 2004, unsigned by Dr. Painter,

a medical report dated January 19, 2004, unsigned by Dr. Painter,

a medical report dated March 16, 2004, unsigned by Dr. Painter,

a medical report dated March 11, 2004, signed by Thomas A. Marberry, M.D.,

a medical report dated March 11, 2004, unsigned by Dr. Marberry,

an operative report dated March 18, 2004, unsigned by Dr. Painter,

an operative report dated May 19, 2004, unsigned by Dr. Painter,

a medical report dated March 31, 2004, unsigned by Dr. Painter,

a medical report dated April 29, 2004, unsigned by Dr. Painter,

a medical report dated June 1, 2004, unsigned by Dr. Painter,

a medical report dated July 30, 2004, unsigned by Dr. Painter,

a functional capacity evaluation dated August 11, 2004, unsigned by Melissa Briggs, P.T.,

a medical report dated September 1, 2004, unsigned by Dr. Painter,

a medical report dated September 27, 2004, signed by Laurence H. Altshuler, M.D.,

physical therapy notes dated September 24, 2003 through December 11, 2003,

a Form 3 dated October 28, 2003,

a Form 2 dated August 28, 2003.

OPINION:

In my opinion, Mr. Boman has sustained fifteen (15) percent permanent partial impairment to the right arm as a result of the above stated accident and resulting surgeries.

It is also my opinion, Mr. Boman's period of temporary total disability has long since ended and he may return to employment. He is in no further need of medical care, continuing medical maintenance, or vocational rehabilitation.

My evaluation and opinion are based on a reasonable degree of medical certainty and are in compliance with the Fifth Edition of the American Medical Association Guides to the Evaluation of Permanent Impairment except for scheduled members and impairment not covered by the Guides.

I declare under the penalty of perjury that I have examined this report and all statements contained herein, and to the best of my knowledge and belief, they are true, correct and complete.

Very truly yours,

C. B. Pettigrew, D.O.

CBP:jrw
05012551.DOC

Laurence H. Altshuler, MD
Diplomate, American Board
of Internal Medicine

CX-1
6-29-05
[illegible]

Balanced Healing
Medical Center®

September 27, 2004

Musser and Kouri
Attorneys at Law
211 N. Robinson, Suite 600
Oklahoma City, OK 73102

RE: **Carl J. Boman**

Dear Sirs:

I examined Carl J. Boman, a 43-year-old white male, on September 21, 2004. In addition, I have reviewed a Form 3 and medical records from Tracy Painter, M.D., Timothy G. Pettingell, M.D., and Jane Phillips Medical Center.

**GENERAL INFORMATION:** Mr. Boman relates that on May 26, 2003, while at work for Zinc Corp of America (Equidae), he bounced off a moving cart, fell directly on the asphalt, hitting with his right elbow first. He was seen by Dr. Painter initially and diagnosed with radial head fracture. Physical therapy was initiated but this wasn't beneficial. He underwent EMG which showed moderate right ulnar nerve entrapment across the elbow. He eventually underwent surgery which was right radial head excision, which was done on November 12, 2003. He apparently also had a transposition of the ulnar nerve and in May had a right posterior interosseus nerve release. In between, he did again have some physical therapy and work hardening.

**PRESENT SYMPTOMS:**

RIGHT ELBOW: He relates that he continues to have sharp pain and constant aching pain in the elbow. The pain is there all of the time. He has numbness from his elbow to his pinky and ring finger. Most of the time lifting, stretching, pushing or pulling makes the pain worse. Mornings the pain is worse. Heat will help the pain. The elbow swells, pops, cracks and gives out on him. He has difficulty most of the time with recreational activities, writing or typing, and some of the time with combing his hair, dressing himself, and driving a car. He even has difficulty eating.

2520 Northwest Expressway
Oklahoma City, Oklahoma 73112
Telephone: (405) 942.1725
Facsimile: (405) 942.5847

**MEDICAL HISTORY:**

PAST INJURIES: None.

MEDICAL ILLNESS: None.

DRUG ALLERGIES: None.

SURGERIES: Tonsillectomy, appendectomy, herniorrhaphy, radial head excision, ulnar nerve transposition and interosseus nerve.

PRESENT MEDICATIONS: None.

**SOCIAL HISTORY:** Patient has not returned to work. He has been a handy man, correctional officer and done remodeling. He has a high school education. He is married with four children.

**PHYSICAL EXAMINATION:** Height 6'2" Weight 210 lbs.

RIGHT ELBOW: Range of motion reveals flexion of 135° and extension lacking 10°. There is tenderness to palpation over the radial head and is quite intense. There is decreased sensation over the ring finger and small finger on the right. There is significant decrease in motor strength of the arm.

**DIAGNOSIS:**

1. Fracture radial head, status post-surgery for interosseus nerve, ulnar nerve and radial head excision.

**CAUSE OF INJURY:** It is my opinion that the above accidental injuries that occurred on May 26, 2003, have arisen out of and in the course of the patient's employment for Zinc Corp. of America (Equidae).

**DISCUSSION:** Mr. Boman has had extensive surgery but unfortunately it has only minimally been effective. He continues to have sequela, which is considered to be permanent.

**DETERMINATION OF PERMANENT IMPAIRMENT:** Based on the above, it is my opinion that due to the accident of May 26, 2003, while at work for Zinc Corp. of America (Equidae), Mr. Boman has sustained a **45%** partial permanent impairment to the right arm.

This rating is given based on status post-multiple surgeries, with continued pain, decreased range of motion, decreased sensation, decreased strength, and decreased use of the dominant arm.

**RECOMMENDATIONS:** It is also my opinion that due to the above accident, Mr. Boman cannot return to the type of work that he has done previously. Therefore, he should undergo vocational retraining as part of his rehabilitation, and will be considered permanently totally disabled until completion of that retraining.

All medical opinions given in this report are stated within a reasonable degree of medical certainty.

I declare under penalty of perjury that I have examined the above statements and to the best of my knowledge they are true, accurate and complete.

Respectfully yours,

LHAltshuler, MD

Laurence H. Altshuler, M.D.

LHA:bjt

#90-1:BOMAN.ppd