RX-1
6-29-05
PV-OR

**C.B. Pettigrew, D.O.**
Oakcliff Terrace Building
6717 South Yale
Suite 210
Tulsa, Oklahoma 74136
(918) 494-9830
Fax: (918) 488-1865

American Board of Independent Medical Examiners
American College of Occupational Environmental Medicine
American Osteopathic College of Occupational and Preventive Medicine
American College of Osteopathic Family Physicians
American Academy of Disability Evaluating Physicians

January 25, 2005

Donald A. Bullard, Attorney
Bullard & Hoehner
A Professional Corporation
Attorneys at Law
P. O. Box 780
Oklahoma City, Oklahoma 73101-0780

| | | |
|---|---|---|
| RE: | Claimant: | Carl James Boman |
| | Insured: | Zinc Corporation of America |
| | WCC Number: | 2003-15170 A |
| | D/Injury: | August 26, 2003 |

Dear Mr. Bullard:

The above person was examined in the office today for the evaluation of injuries which he states occurred on August 26, 2003, while working for Zinc Corporation of America in Bartlesville, as an operator. He states he fell off the back of a moving vehicle onto asphalt and railroad tracks as he was going from one (1) area of the plant to another and he landed on his right elbow and bounced and struck his right elbow again. He states he felt pain in his right elbow. He states he reported this injury to his supervisor and he was sent to the plant physician, Dr. Carter in Bartlesville. He states he was examined by Dr. Carter the same day and x-rays were obtained of his right elbow, which revealed a fracture, and he was referred to Dr. Tracy Painter in Bartlesville, and he was taken off work.

He states on August 29, 2003, he was examined by Dr. Painter and the x-rays were reviewed and his right arm was placed in a sling, medications were prescribed, and he was told he could work with his left hand only. He states light duty was not available and he remained off work. He states on September 5, 2003, he followed up with Dr. Painter and x-rays were obtained of his right elbow and he was continued in the sling. He states on September 19, 2003, x-rays were obtained of his right elbow by Dr. Painter and physical therapy was recommended and medications were prescribed. He states he was treated with physical therapy at Bartlesville Medical Center for two (2) weeks, consisting of theraband exercises to his right elbow, without improvement. He states on October 17, 2003, he

returned to Dr. Painter and medications were prescribed. He states on November 7, 2003, he returned to Dr. Painter and x-rays were obtained of his right elbow and surgery was recommended because conservative treatment failed. He states on November 12, 2003, Dr. Painter performed surgery to his right elbow for excision of the radial head at Bartlesville Surgery Center. He states he was released from the hospital and his right elbow was placed in a splint. He states he returned to Dr. Painter on November 25, 2003, and the staples were removed and physical therapy was recommended. He states he was treated with physical therapy to his right elbow at the same facility for two (2) weeks, consisting of exercises, without improvement. He states he continued having pain in his right elbow on moving his right arm and radiation of pain from his right elbow into his right hand and fingers. He states he followed up with Dr. Painter and an EMG was recommended. He states on December 22, 2003, an EMG of his right upper extremity was performed by Dr. Timothy Pettingell, which was positive for ulnar nerve damage. He states on January 5, 2004, he returned to Dr. Painter and the EMG was reviewed and a work hardening program was recommended. He states he does not recall if he attended a work hardening program. He states he continued having pain in his right elbow which radiated into his right hand and fingers. He states on January 19, 2004, he returned to Dr. Painter and a second opinion was recommended with Dr. Vogel but an appointment with Dr. Vogel was not approved.

He states he was examined by Dr. Thomas Marberry on March 11, 2004, and surgery was recommended to his right elbow to release pressure on the ulnar nerve. He states he followed up with Dr. Painter on March 16, 2004, and surgery was also recommended to his right elbow. He states on March 18, 2004, Dr. Painter performed surgery for repair of the right ulnar nerve at Bartlesville Surgery Center. He states he continued having pain in his right elbow. He states he was treated with physical therapy for two (2) weeks at the same facility. He states he continued having pain in his right elbow to his right hand. He states surgery was recommended again because of the nerve being compressed. He states on May 19, 2004, surgery was performed to his right elbow by Dr. Painter at Bartlesville Surgery Center. He states he followed up with Dr. Painter on June 1, 2004, and the sutures were removed. He states on July 30, 2004, he returned to Dr. Painter and he was told he was at maximum medical improvement and a functional capacity evaluation was recommended. He states on August 11, 2004, a functional capacity evaluation was performed at Jane Phillips Medical Center. He states on September 1, 2004, he returned to Dr. Painter and he was released to return to work on sedentary duty work only with a five (5) pound permanent restriction. He states he was unable to return to work with the restrictions. He states on September 27, 2004, he was evaluated by Dr. Laurence Altshuler at the suggestion of his attorney. He states he has seen no other physicians for treatment as a result of this injury. He states he is currently off work.

He states he has pain in his right elbow on extending his right elbow. He states his right arm is weak and painful. He states he has numbness and tingling in his right elbow which radiates into the outer portion of his right hand. He states he has decreased grip strength of his right hand. He states he has difficulty grasping objects with his right hand. He states his right elbow is sensitive. He denies other complaints to his right hand.

He states from April 1, 2002 through August 26, 2003, he worked for Zinc Corporation of America and he operated forklifts, cranes, and he repaired and performed preventive maintenance and manual labor, which included shoveling. He states he worked for Arizona Big Bug Construction as a construction foreman. He states he performed remodeling and worked as a laborer for two (2) years and he was laid off work. He states he worked for Spear Manufacturing as a warehouse shift leader. He states he drove a forklift and lifted inventory and inventoried shipping and receiving for four (4) years and he was laid off. He states he worked for Unlimited Concrete as a concrete finisher for three (3) years and

he was laid off. He states he performed heavy lifting. He states he worked for Connor Correctional Center as a correctional officer for five (5) years and he quit due to stress. He states he maintained security and cell units and yards. He denies lifting while performing this job. He states he has also performed various side jobs, such as moving railroad ties, moving furniture, and sheetrock and texturing.

He denies other injuries or medical treatment to his right elbow.

PAST MEDICAL HISTORY:

This person states he has a twelfth grade education. He denies college, trade school, or vocational training. He was in the Navy as an operations specialist for four (4) years. He denies a service connected disability. His hobby is bowling but not since this injury. He is married with four (4) children. He denies the use of alcohol or cigarettes. He denies drug allergies. Current medication is Tylenol. Past occupations include concrete finisher, correctional officer, railroad tie mover, operator, and laborer. He is presently off work. He has had fractures of his right elbow and right ankle. He has had three (3) surgeries to his right elbow, an appendectomy, a tonsillectomy, and a hernia repair in the left lower quadrant of his abdomen. He has been hospitalized for the appendectomy, for the tonsillectomy, and for the hernia repair. He denies motor vehicle accidents with injury. He states he had an on-the-job injury to his right ankle in 1991, while working for Zinc Corporation of America. He states he did not receive an award of permanent disability for this injury. He denies other on-the-job injuries or other claims pending.

PHYSICAL EXAMINATION:

Physical examination reveals a forty-three (43) year old white male, 6'2" in height, weighing two hundred fifteen (215) pounds. Temperature is 96.5 degrees, pulse is 60, respirations are 14, and blood pressure is 120/80.

Examination of the right elbow reveals flexion of one hundred forty (140) degrees and extension of zero (0). Pronation is eighty (80) degrees and supination is seventy (70) degrees.

Neurological examination reveals deep tendon reflexes to be 2/4 bilaterally of the biceps and triceps. Cranial nerves II-XII are grossly intact. Hand grip is thirty (30) pounds on the right and one hundred thirty (130) pounds on the left. He states he is right hand dominant. Sensory pinpoint sensation is intact in the upper extremities. He states he has decreased sensation in his right upper extremity.

Measurements of the biceps are thirty-four (34) centimeters on the right and thirty-two (32) centimeters on the left. The elbows measure twenty-nine (29) centimeters bilaterally. The forearms measure twenty-two point five (22.5) centimeters on the right and twenty-three (23) centimeters on the left.

There is noted to be a seven (7) centimeter scar on the radial aspect of the right elbow, and an eight point five (8.5) centimeter scar on the posterior medial aspect of the right elbow.

I have reviewed the following information prior to today's examination:

A medical report dated August 26, 2003, unsigned by B. J. Krueger, M.D.,

a medical report dated August 29, 2003, unsigned by Tracy Painter, M.D.,

a medical report dated September 5, 2003, unsigned by Dr. Painter,

a medical report dated September 19, 2003, unsigned by Dr. Painter,

a medical report dated October 17, 2003, unsigned by Dr. Painter,

a medical report dated November 7, 2003, unsigned by Dr. Painter,

an operative report dated November 12, 2003, unsigned by Dr. Painter,

an EMG dated December 22, 2003, signed by Timothy G. Pettingell, M.D.,

a medical report dated November 25, 2003, unsigned by Dr. Painter,

a medical report dated January 5, 2004, unsigned by Dr. Painter,

a medical report dated January 19, 2004, unsigned by Dr. Painter,

a medical report dated March 16, 2004, unsigned by Dr. Painter,

a medical report dated March 11, 2004, signed by Thomas A. Marberry, M.D.,

a medical report dated March 11, 2004, unsigned by Dr. Marberry,

an operative report dated March 18, 2004, unsigned by Dr. Painter,

an operative report dated May 19, 2004, unsigned by Dr. Painter,

a medical report dated March 31, 2004, unsigned by Dr. Painter,

a medical report dated April 29, 2004, unsigned by Dr. Painter,

a medical report dated June 1, 2004, unsigned by Dr. Painter,

a medical report dated July 30, 2004, unsigned by Dr. Painter,

a functional capacity evaluation dated August 11, 2004, unsigned by Melissa Briggs, P.T.,

a medical report dated September 1, 2004, unsigned by Dr. Painter,

a medical report dated September 27, 2004, signed by Laurence H. Altshuler, M.D.,

physical therapy notes dated September 24, 2003 through December 11, 2003,

a Form 3 dated October 28, 2003,

a Form 2 dated August 28, 2003.