**DECLARATION OF GERALD UPSHAW**

I, GERALD UPSHAW, declare as follows:

I knew Lisa Boman (now Montgomery) when she, her husband, Carl, and their children lived near my brother and sister-in-law, James and Roberta Upshaw in Hominy, Oklahoma. I believe it was about 1988 or 1989. I was a single guy then, and I stayed at my brother's home. Lisa and my sister-in-law were friends. When Lisa and Carl separated, she came to stay at the house. Lisa and I became sexually involved. We were together for about a month. From what I observed, Lisa had very little confidence in herself.

After our relationship ended, Lisa moved to Ponca City for a short time. GU ~~She took care of an older man named Lonnie while in Ponca City~~ GU. When she returned, Lisa again came to my brother's home. What I remember most about seeing Lisa upon her return from Ponca City, was how bad she looked and how terrible she smelled. Her body odor was so bad that Roberta, my sister-in-law, told her she needed to bathe. The smell was very offensive, to the point you couldn't stand to be next to her. Her hair was greasy and her clothes were dirty, but she didn't seem to notice. I wasn't interested in getting back together with Lisa. Lisa's hygiene had not been poor when we were together that month at my brother's house. I couldn't have stood to be intimate with her, if it had been. When I didn't show any interest in Lisa, she went back with Carl. I had been around Lisa and Carl a little and never thought they seemed much like a couple.

Since that time one of Lisa's children contacted my brother. The girl said she had been told that her biological father was a man named Upshaw from Hominy. I don't know if I am the child's father or not. I certainly didn't see any signs that Lisa was pregnant when we were together. Lisa never told me she was pregnant.

I haven't seen Lisa since that time and was shocked when I heard of her arrest. She was a mild person who lacked confidence in herself, not aggressive at all.

I was not interviewed by Lisa's original trial team. I would have talked with them and shared this same information if asked to do so.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Dated this 28th day of January, 2013.

Gerald Upshaw

Gerald Upshaw