UCSD MEDICAL CENTER

# FAMILY MATERNITY CARE CENTER
## DISCHARGE NOTE & SUMMARY

ADMISSION DATE 8/17/90

DISCHARGE DATE 8/20/90

Source Date

Patient Identification

1 JUSTIFICATION FOR EMERGENCY ADMISSION

Attending Physician's Signature

2 PRIMARY DIAGNOSIS (1) SVNC

ADDITIONAL DIAGNOSES (2)

(3)

(4)

(5)

(6)

3. MOST IMPORTANT OPERATION & DATE (1) Vaginal Delivery

ADDITIONAL OPERATIONS & PROCEDURES (2)

(3)

(4)

4 TREATMENT, COURSE, COMPLICATIONS

Rubella immune

5 DISCHARGE MEDICATIONS, INSTRUCTIONS (ACTIVITY & DIET)

See O/C orders

6 CLINIC/DOCTOR APPOINTMENT

7. CONDITION ON DISCHARGE Stable

8 PHYSICIAN'S SIGNATURE DATE 8/20/90 SERVICE OR WARD 4 OB

B380(8-89)6 WHITE - Mother's Medical Record PINK - Referring Physician/Clinic

UCSD MEDICAL CENTER

Source Date

## DELIVERY RECORD

Patient Identification

LABOR SUMMARY: Membranes ruptured immed prior to Hours prior to delivery Fluid: clear

Length of 1st stage 2 hrs 2nd stage 5 min 3rd stage 5 min

Analgesia

Intrapartum Medications:

☐ $MgSO_4$ ☐ Antibiotics ☐ Other Demerol

Dosage: Phenergan

Time.

Labor Complications. 29 wk, preterm, rapid labor ☐ Pitocin

DELIVERY SUMMARY DATE: 8/18 TIME: 1640

rapid progress to complete c̄ NSVD over 1 push. Intact perineum (tho very swollen - noted prior to labor)

Analgesia/Anesthesia none Administered by:

| Placenta: spont intact | Cord Gases: | pH | $PO_2$ | $PCO_2$ | B.E. | $HCO_3$ |
|---|---|---|---|---|---|---|
| EBL 400 cc | Arterial: | 7.33 | 31 | 49 | -0.9 | 25.3 |
| | Venous: | 7.40 | 37 | 42 | 1.6 | 26.0 |

Vaginal/Rectal Inspection intact ☒ Needle/sponge count correct

Obstetric Personnel: Hanson, Hertzendorf

Signature: E Hanson

NEONATAL SUMMARY Sex: F Apgars 1 min. 6 (-1 Resp, -1 tone, -2 color) 5 min. 8 (-1 color, -1 Resp) Weight:

Resuscitation Note: Ct DR #2 for premature delivery. infant c̄ weak cry good HR stimulated suction BBO2 CPAP mask color improved. Resp effort still somewhat weak to SCN.

Pediatric Personnel MD x 3, RN, RT

Signature: Meyerson MD

151-022(2-84)6 WHITE - Medical Record YELLOW - Newborn Record

UCSD MEDICAL CENTER

PROGRESS RECORD

Source | Date

Patient Identification

1355743

8/17/90 2000 SRAN

22 yo G4P3 A6 WF transferred from Scripps Chula Vista for preterm labor, unstable on drip 4 - Pt has the following problems:

#1) Dating: Pt had no LMP (had no periods since her last delivery 10 months ago, c̄ breastfeeding x 2 months).

By U/S on 7/20/90 → EDC 10/30/90 ⇒ EGA = 29 2/7 weeks currently.

#2) Preterm labor:

Pt presented monday 8/13/90 to Scripps Chula Vista c̄ c/o bloody show and contractions since Sunday. She denied dysuria / N/V / diarrhea / flu-like symptoms / F/C or anybody sick @ home. Pt stated that her UC's were q3-4' but sometimes spaced out to only occasional uc's.

cervical exam in office 8/13/90 = 2/50%/↑

Pt sent to L+D @ Scripps, given fluid bolus but continued to contract. cervical exam there still = 2/50/ High. B/c contractions, pt was started on [illegible] tocolysis.

Amnio done → L/S = 0.8; ∅ PG (8/13)

∅ gramstain or culture done on AF.

151-029(R8-86)6

UCSD MEDICAL CENTER

PROGRESS RECORD

Source | Date

[illegible]91.7000

Patient Identification

Pt given Betamethasone 12.5mg IM 8/13 and 8/14.
Pt continued to contract q4'-8' despite
Mg ↑'ed to 4g/hr c̄ level = 7.1.
Pt then was started on Indocin 25mg po/PR q6°
x 72° (8/14→8/16)
Pt's contractions ↓'ed 8/15→8/16; started
contracting again 8/17; cx Δ'ed → 2-3/70%/↑
Pt transported on Mg @ 2.5g/hr, c̄
UC's q6'-10'.
Currently on Toco → UC's q6-10'

#3) Anemia. H/H on 8/17 @ [illegible] = 7.9/22.0.
MCV = 87.1

Prob 2° to nutrition. Had not taken FeSO4 or PNV.

#4) Rh NEG: pt has not received Rhogam this
pregnancy, even s/p amniocentesis 8/13.
(Received Rhogam post partum last 2 deliveries)

#5) [illegible] Chlamydia (dx'ed 7/17); Rx'ed c̄ 10 days of erythromycin

#6) ● cigarette smoking: 1 ppd x 6 years, c̄ h/o
SGA babies in past.

#7) Intermittent fetal arrhythmia on U/S

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 4 of 50

151-029(R8-86)6

UCSD MEDICAL CENTER

PROGRESS RECORD

1355743

Source    Date

Patient Identification

PN labs  O NEG; Rubella immune; VDRL NR
1° Glucola / HBsAg not in chart.
GC ⊖  ⊕ Chlamydia.

PMHx: denies any medical illness — Denies HTN, DM, STD.
Surgeries: ∅
Allergies: Darvocet
Terbutaline → "cannot function; felt awful"

Past ob hx: #1) NSVD term 5#
#2) NSVD Term 5#
#3) NSVD term 4# ? — Pregnancy
c/b 10 days of preterm contractions @ 7 months
Rx'ed c̄ p.o terbutaline which
pt could not tolerate.

FHx ⊕ DM, CA, HTN
SHx: married; mother in town but may not be able to help
c̄ the children — ⊖ EtOH, IVDU ⊕ cigarettes

PE 98.9  105/65 – 82 – 20 –

WDWN WF in NAD
HEENT: AT/NC – non icteric
Throat: clear ; ∅ thyromegaly

27-/? 1355743 J12

Source Date

Patient Identification

Lungs CTA

Cor RRR ∅ ⊕ or g

Back : ∅ CVAT

Abd : soft, ∅ guarding N rebound ⊕ BS but mildly + diffusely tender.

Pelvic ~~exam~~ : Vulvar edema R > L (∓ bartholin's abscess)

SSE : thick yellowish d/c → ⊖ clue cells. ⊖ × 3.

VE : ~1.5/50%/ ↑↑.

Ext ∅ C/C/E/ tenderness

Neuro : grossly intact DTR 2+/4+ ∅ clonus.

LABS :

271 > 8.8 / 9.2 < 26.8 73 / 26

141 | 106 | 2 / 77 TP 4.7 Alb 2.8 SGOT 66 Alk Phos 72

3.5 | 25 | 0.5 Ca 6.6 P 2.7 SGPT 39 Bili 0.4/0.1

Mg = 5.9

U/A 1.017 / 8.0 / 21-50 RBC / 0-2 WBC / ∅ bacteria

Sono : BPD 78 c/w 31^4

HC 278 c/w 30^1 EFW = 1430 g

AC 250 c/w 29^1

FL 56 c/w 29^1

Vertex AFI 160

Nl spine / bladder / kidneys × 2 / 4 chamber heart

⊕ [illegible] / tone [illegible]

UCSD MEDICAL CENTER

# PROGRESS RECORD

BOMAN LISA
F 02-27-68 CAL
U 1355743 1 J12

Source 2 OB

Date 08 17 90

Patient Identification

? 29 5/7 wks

A/ Preterm labor ↑ c/ possibility of only preterm contractions since pt [illegible] had [illegible] minimal Δ in cervix (although [illegible] doesn't seem to have a cervix of 2-3 cm by my exam).
S/p Betamethasone; S/p Indocin x 72°; immature lungs

Plan/ ① Continue MgSO4 · will ↑ to 3g/h
② cervical cultures (sent)
③ FeSO4
④ Rhogam
⑤ 1° Glucola
⑥ Fetal ♥ echo for arrhythmia on Monday — [signature]


Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 7 of 50

UCSD MEDICAL CENTER

PROGRESS RECORD

DORAN LISA
F 02-27-69
U 1355743 312

Source | Date 8 8 90

Patient Identification

8/18/90 JRPN @ 0800 PTL @ 29 3/7 W, Mg @ 3 g/h

0800 (S) Pt - v. lethargic, ↓ responsiveness ∅ N/V

(O) AF T = 98.2 BP = 108/82 P = 82 RR = 18 → 20

I/O = 1035/1200.

PE: Gen'l responsive to Q's, very slow, drowsy

Chest clear, ∅ rales CV. RRR

Abd: NT ⊕ BS

Exts: ∅ edema DTR's UE 1+/4+ LE's 2+/4+

EFM: FHT's Baseline = 120-130's

UC: 0-2 x/h over past 6 h

Cx: deferred

LABS: Mg level @ 0700 - ⊕, cervical cxs: ⊕

(A) PTL @ 29 3/7 W on Mg c̄ last level ⊕ → signs of poss toxicity c̄ ↓ responsiveness, yet ⊕ DTR's

(P) 1) ↓ Mg to 2.5 g/h → √ 07:00 Mg level, ↑rate as necessary

2) Anemia — on FeSO4

3) Intermittent fetal arrythmia: cardiac echo Mon. 8/20

4) 1° glucola — @ next blood draw.

[illegible signature]

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 8 of 50

151-029 (R8-86)6

UCSD MEDICAL CENTER

# PROGRESS RECORD

Source: [illegible]  Date: 8/18/90

[illegible] SA
CAL
U 1355743 J12

Patient Identification

8/18/90 [illegible]

0100 S: Pt unresponsive -

nods [illegible] - feels UCs

NAD [illegible]

No movement to ABG

O: 98.4 -- 110/50 80

I/O 1035/1200 (12 hr)

CV - RRR

Lungs [illegible]

uterus NT

Toco - UCs q3'

FHT's 130s, [illegible]

Mg (0300) 7.0

O2 sat (RA) 94.5%

A/P - ? Mg toxicity - Mg was turned off, ABG done + pending.

Mg level was returned 7.0.

- ✓ tox screen - ? drug withdrawal
- if remains unresponsive

  [illegible] evidence of Mg toxicity,

  will call [illegible] consult

[signature], MD



151-029(R8-86)6

UCSD MEDICAL CENTER

**PROGRESS RECORD**

BOMAN LISA
F 02-27-68 CAL
U 1355743 1
J12

2 / OB
Source 710
Date 08 18 90

Patient Identification

Collection — Mg 7.0
ABG 7.46/83/38/97.5

Neuro exam —
- lethargic, will not follow commands
- pupils equal & reactive
- hand grasp weak but equal
- reflexes sym, 2+, ∅ clonus
- Babinski's ↑ R LE
∅ response L LE

uterus ē good 3+ tension (pt responds) does not localize
cervix 1.5 / long / P
labia 4+ swollen

A/ ? electrolyte imbalance
? sepsis

P/ - ✓ tox
- ✓ chem panel
- ✓ CBC
- consider amnio
- neuro consult
- poss ID consult
- ECG
- CXR pending - cty ///
[illegible]

[signature] MD

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 10 of 50

151-029(R8-86)6

UCSD MEDICAL CENTER

**PROGRESS RECORD**

TOMAN LISA
F 02-27-68 CAL
U 1355743 1
J12

Source
Date 8 8 90

Patient Identification

addendum -
glc 76

Pt more responsive now - mg off x 1°
Case discussed c Dr. Cantrell
amnio done (unable to obtain consent)
22-gauge spinal needle placed
into ant fluid pocket on 1st
attempt & 10cc clear AF
removed, sent for stat quantitation, cx
& lung profile
Pt tol procedure
[illegible] Klingensmith

[illegible] MD

Ca 10.9) 9.0
(26) [illegible] 924

EGG nl
chem panel, amnio fluid, Tox analysis

More responsive - prob
mg effect -
will [illegible] 4-6 hrs - will not [illegible]
[illegible]

151-029(R8-86)6

UCSD MEDICAL CENTER

PROGRESS RECORD

BOMAN LISA
F 02-27-68 CAL
U 1355743 J12

Source 10 Date 08 28 90

Patient Identification

[illegible] as discussed c pt. [illegible]

[signature]

gram stain - rare epi cells

Tox ⊖

[signature]

1220 will restart mg @ 2g/hr (φ bolus) as pt now alert, nl mental status
UC's ~96'. Pumping
Keep level < 6

[signature]

| | | |
|---|---|---|
| 141 | 105 | 4/0.5 |
| 3.5 | 26 | 69 |

Ca 6.1 / PO4 3.3
PTT 47 PT 37
alb 2.6

[signature]

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 12 of 50

UCSD MEDICAL CENTER

**PROGRESS RECORD**

0 1355743 J12

Source — Date 08 18 90

Patient Identification

8-18

Neurology Consult c/o unresponsiveness

22 yo WF, $G_4P_3A_0$ accepted in transfer 8/17/90 for preterm labor at 29 weeks by US on 7/20/90. Prior to transfer given Mag c̄ indocin

On admission, VSS - T98[4], BP 105/65 - 82 - 20 Neuro exam was stated to be grossly intact on admission c̄ symmetric 2+ reflexes and no clonus. Mg level at that time - 5.9 Increased Mg to 3 gm/hr.

On 8/18 at 0800 noted to be lethargic c̄ decreased responsiveness - VSS T-98[2], 108/82, P 82, R-20. On examination drowsy and slow, responsive to questions. Reflexes 1+ upper extremities and 2+ lower extremities. Stat Mg level 7.0. $O_2$ sat (RA) 97.5% Asked to evaluate.

Meds: $MgSO_4$ - on hold $O_2$ 3L NC
$FeSO_4$ 325 bid
Rhogam

PMH - unremarkable

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 13 of 50

151-029(R8-86)6

UCSD MEDICAL CENTER

**PROGRESS RECORD**

BOMAN LISA
F 02-27-68 CAL
U 1355743 1
J12

Source: 2 OB
#710

Date: 08 18 90

Patient Identification

8/18

Exam VSS afebrile
WDWN WF NAD
HENT- white plaques on tongue
throat clear, neck supple,
⊖ bruits

lungs - clear

CV - RRR s̄ m/g/r

abd - soft, nt, ⊕ BS
gravid

ext s̄ c/c 1+ pedal edema

neuro - alert - oriented x4, but slow,
non-lethargic.

CN II III PERRL, discs sharp, fundi benign
⊖ field cuts; EOMI s̄ diplopia;
IV, VI EOMI
V - facial sensation symmetric, musc mast sym
VII - muscles of facial expression symmetric
VIII hearing intact
IX, X voice quality, swallowing intact uvula midline

109 ) 9.0 / 26.1

Drug panel pending

8/17 9.2 ) 8.8 / 26.8 735/266/im 221

141 | 106 | 2
3.5 | 25 | 77 < .5 db 2.8

8-18
EKG - not available for my review but reportedly wnl acc. to Senior OB resident



Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 14 of 50

UCSD MEDICAL CENTER
University of California, San Diego Medical Center
225 Dickinson Street
San Diego, CA 92103-1990

BOWMAN LISA
1355743

# REPORT OF PLACENTA EXAMINATION

Placenta P90-539

Mother's Age 22

Date of Delivery 8/18/90

Surgeon

Baby's Unit # 1355802

Clinical Diagnosis Delivery 30w / 1465g R/O sepsis

GROSS: no immature

Cord length 30 cm

Insertion eccentric circumvallate

Membranes (complete) incomplete

10 cm

Dimension 17 x 1 x

Weight 260 gm

Calcification yes (no)

Abruptio Size yes (no)

Infarct % yes no

Meconium staining old recent no

Other no lesions

MICROSCOPIC: (none)

DIAGNOSIS:

Placenta – ~~None made~~ immature, circumvallate

Umbilical cord – Marginal insertion

Fetal membranes – Meconium staining
KB
1

Kurt Benirschke, M D

151-060 (R12-87)6

UCSD MEDICAL CENTER

# PROGRESS RECORD

BOMA? I CA
F 02-27-6?
U 1355743
J12

Source: ?A

Date: ?8 8 90

Patient Identification

XI - head turning, shoulder shrug intact

XII - tongue midline

motor - 4-4+/5 all muscle groups. poorly cooperative. No asterixis, nl tone/bulk




sensory: nl to pp, LT

cerebellar - intact FNF

gait - not tested.

assessment - mental status changes in 22 yo gravid female c̄ Mg level 7.0. Improved c̄ d/c of Mg. Most likely cause for alteration in consciousness is hypermagnesemia in this patient which usually occurs, along with respiratory depression, as Mg levels approach 10 meq/L; however an occasional patient will be stuporous c̄ levels as low as 5, and this effect may be

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 16 of 50

UCSD MEDICAL CENTER

PROGRESS RECORD

BOMAN LISA
F 02-27-68 CAL
U 1355743 1
J12

2 ... 3

Source: 7 ... Date: 08 18 90

Patient Identification

compounded by low albumin levels
Differential diagnosis would include pituitary apoplexy, venous thrombosis, meningitis, CNS bleed.
Currently mental status appears to be baseline, no headache or fever.

Recommendations -
① avoid higher levels of Mg
② observe closely for changes in neurologic status - if status worsens consider MRI and LP if not contraindicated.
③. neuro √'s q 4°

Will follow

[signature] MD
[signature]

8/19 Neurology Staff
Concur c above.
Suspect 2nd ↑ Mg+.
No further w/u unless symptoms return without ↑ Mg+ etc.

[signature]



151-029(R8-86)6

UCSD MEDICAL CENTER

# PROGRESS RECORD

BURAL
F 02-27
U 1355743
J13

Source- OB 10
Date 08 16 90

Patient Identification

8/16/90 SRN
1140 S ↑ UC's
S c/o
FHT's 130's, OST3U, accel
UC's ~ q3' 2' to palpation
4/90 / Ladder
VTX b.1 0/S
A In labor
P - admit to delivery
- cy off
- [illegible]
- [illegible]
Ok's 12 [illegible]
[illegible]
[illegible] [signature]

8/16/90 SRPC
1550 S c/o ↑ UC's
O UC's q2'-3'
FHT TF [illegible],
accel, [illegible]
cervix 6/C/ [illegible]
A/ active labor
P/ expect SVD
[signature]

151-029(R8-86)6

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 18 of 50

UCSD MEDICAL CENTER

PROGRESS RECORD

BOMAN LISA
F 02-27-68 CAL
U 1355743 1
J12

2 UB

Source 7 0

08 08 90 Date

Patient Identification

8/19 SP NSVP PPD #1 Preterm delivery at 29 wks.
S: swollen abit sore
wants to visit baby - wants to Breastfeed
O: T: 99.5 R: 18 BP. 90/60 P: 70
Lungs: CTA. breasts Soft
Abd: ⊕ BS's, soft. fundus not quite so firm
NT
perineum: +edema
foley in place
mod lochia.
Ext: ∅ c/c/e NT.

A/P: S/P NSVP PPD #1
Still c foley in place - will ✓ c SR on discontinue
Swollen perineum: ice + epifoam.
✓Hct today.
Breast pump. visit to baby today

K. [illegible] MD

Will d/c foley, straight cath
if no void in 6°

K[illegible]



151-029(R8-86)6

UCSD MEDICAL CENTER

**PROGRESS RECORD**

1355743 J12 CAL

Source

Date

Patient Identification

8/19/90 Attending Note

PPD # 1/2. Doing well. Afebrile, VSS. Doing well.

HKlein, MD

7774

8/20/90 TPN PPD 2 NSVD

(S) Pt. wishes to go home. ∅c/o. Baby breathing spont. in N.

(O) VS: Tm = 99.5, Tc = 98.7, BP = 100/60, HR = 74, R = 18

~~PP BS by FS = 150~~ error MS 8/20

Br: SNT (B) Chest: CTA

Abd: ⊕BS, SNT, FF ṡ NT @ umbil

GU: min LR perineum intact

Ext: ∅ edema/cords, NT

12.9 / 9.5 / ~~28.8~~

(A/P) Pt doing well PPD 2

Stable for D/C to home today c̄ ~~the~~ routine instr ṡ diet precautions. Pt. ~~has~~ recieved RhoGam upon entry to L&D. Contraception disc.

F/U c̄ PMD @ Scripps

[signature] MD 6053

SCHEIBER



151-029(R8-86)6

UCSD MEDICAL CENTER

# PROGRESS RECORD

BOMAN LISA
F 02-27-68 CAL
U 1355743 1
J12

Source: 2 UB 710

Date: 08 18 90

Patient Identification

Neuro Consult Note

(S) 22 yo w ♀ G4 P4 admitted on 8/17/90 transferred from Scripps in premature labor. Pt ~~[illegible]~~ meds: Indocin 25 mg q6°, $MgSO_4$ 5.9 which was ↑ to 3g/hr upon admission.

8AM 8/18 ~~[illegible]~~ pt appeared lethargic and unresponsive ~~$MgSO_4$ was~~ plasma $MgSO_4$ measured at this time 7 meq/L

$MgSO_4$ stopped imed. Patient's MS improved in 1hr. after $MgSO_4$ withdrawn.

(O) Patient AOx3

vitals: BP 100/60 RR 20 Temp 99

No ~~[illegible]~~ mental status Δs, pt returned to baseline

(A/P) Patient to be discharged today

Pt's MS at baseline

Rebekah Owen MS4

151-029(R8 86)6

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 21 of 50

UCSD MEDICAL CENTER
University of California San Diego Medical Center
225 Dickinson Street
San Diego, CA 92103-1990

CLINICAL LABORATORIES
Director David N Bailey, M D
Ca Lic I D #1237
CAP Accred #92103-011

# HEMATOLOGY REPORT

Director Raymond Taetle, MD, & Assoc

BOMAN LISA
1 35 57 43
4 E GU
DR. SCHEIBER
PAGE 1
00:53
08/20/90

| | | | |
|---|---|---|---|
| COLLECTION DATE | 08/17/90 | 08/18/90 | 08/19/90 |
| TIME | 2000 | 0954 | 0918 |
| LAB # | 17-717 | 18-351 | 19-335 |
| HEMOGRAM | STAT | STAT | |
| WBC | 9.2 | 10.9 | 12.9 |
| RBC | 2.88 | 2.82 | 3.09 |
| HGB | 8.8 | 9.0 | 9.5 |
| HCT | 26.8 | 26.1 | 28.8 |
| MCV | 93.0 | 92.5 | 93.3 |
| MCH | 30.5 | 31.9 | 30.7 |
| MCHC | 32.8 | 34.4 | 33.0 |
| RDW | 13.0 | 13.3 | 13.2 |
| PLATELET | *221 | | |
| MPV | 8.4 | 8.5 | 8.6 |
| DIFFERENTIAL | STAT | STAT | |
| CELLS COUNTED | 100 | 100 | |
| SEGS | 73 | 75 | |
| BANDS | | 10 | |
| LYMPHOCYTES | 26 | 11 | |
| MONOCYTES | 1 | 4 | |
| EOSINOPHILS | | | |
| BASOPHILS | | | |
| TOXIC GRAN | | 1+ | |
| PLATELET EST | NORMAL | NORMAL | |
| RBC MORPHOLOGY | | NORMAL | |
| POLYCHROMASIA | 1+ | | |
| HYPOCHROMIC | | | |
| MACROCYTIC | 1+ | | |
| MICROCYTIC | 1+ | | |
| POIKILOCYTES | 1+ | | |
| OVAL | 1+ | | |
| COMMENT | AUTODIF | | |

SPECIAL HEMATOLOGY

COAGULATION

------------------
*=ORDERED STAT

M = Manual FS = Fingerstick AUTODIF = Automated Differential

# UNITS AND NORMAL VALUES FOR HEMATOLOGY

## HEMOGRAM

| | |
|---|---|
| WBC (1000/mm³) | 7.8 ± 3.0 |
| RBC (million/mm³) | M 5 4 ± 0.7<br>F 4 8 ± 0.6 |
| Hemoglobin (gm/dL) | M 16 0 ± 2<br>F 14 0 ± 2 |
| Hct (%) | M 47 ± 5<br>F 42 ± 5 |
| MCV(μ m³ ) | 80 - 95 |
| MCH(pgm) | 27 - 31 |
| MCHC(gm/dL) | 35 ± 2 |
| RDW(%) | 13 ± 1.5 |
| Platelets (1000/mm³ ) | 130 - 400 |
| MPV( μ m³ ) | 8 9 ± 1 5 |
| Reticulocytes (%) | 1.2 ± 0.5 |
| Total (Absolute) Eosinophils (Eos /mm³) | 100 - 300 |
| Sed rate (Westergren) (mm/hr.) | <50 y.o.<br>M 0 - 15<br>F 0 - 20<br>>50 y.o<br>M 0 - 20<br>F 0 - 30 |

## COAGULATION

| | |
|---|---|
| Prothrombin time (PT) | Control ± 2 sec |
| Partial Thromboplastin time (PTT) | 25 - 35 sec |
| Thrombin time | Control ± 4 sec |
| Factor II | 60 - 150% |
| Factor V | 60 - 150% |
| Factor VII | 60 - 150% |
| Factor VIII | 60 - 150% |
| Factor IX | 60 - 150% |
| Factor X | 60 - 150% |
| Factor XI | 60 - 150% |
| Factor XII | 60 - 150% |
| Factor XIII | Clot stable in urea |

## COAGULATION (continued)

| | |
|---|---|
| Fibrinogen (mg/dL) | 200 - 400 |
| Reptilase time | Control ± 4 sec |
| Antithrombin III | 80 - 120% |
| α - 2 Antiplasmin | 70 - 130% |
| Plasminogen | 2 4 - 4 4 U/ml |
| Platelet IgG | 1 7 - 6.2 fg./plt. |
| 3 P Test | Negative |
| FDP Assay | < 1 5 |
| Bleeding time (Simplate II®) | < 7 min. |

## SPECIAL HEMATOLOGY

| | |
|---|---|
| ANA | Negative |
| FEP (Free Erythrocyte Protoporphyrin) | < 33μg/dL |
| G-6-PD Screen | Normal |
| Ham's Test (Acid Serum) | Negative |
| Heinz Body Stain | Negative |
| Hemoglobin H Prep | Negative |
| L.A.P.(Leuk.Alk.Phos ) | 13 - 100 |
| Lysozyme (muramidase), Serum | 5 - 25 μ g/dL |
| Lysozyme (muramidase), Urine | < 2 μg/dL |
| Nitroblue tetrazolium (CGD) | Normal |
| Pyruvate Kinase Screen | Normal |
| RBC Osmotic Fragility | Normal |
| Sickle Screen | Negative |
| Sucrose Hemolysis | Negative |
| Unstable Hemoglobin | Normal |
| Viscosity (Plasma) | 1 7 - 2 1 |
| Viscosity (Serum) | 1 4 - 1 8 |

UCSD MEDICAL CENTER
University of California San Diego Medical Center
225 Dickinson Street
San Diego, CA 92103-1990
CLINICAL LABORATORIES
Director David N Bailey, M D
Ca Lic I D #1237
CAP Accred #92103-011

# HEMATOLOGY REPORT

Director Raymond Taetle, M.D., & Assoc

BOMAN LISA
1 35 57 43
2 E OBSTETRICS
DR. SCIOSCIA
PAGE 1
00:59
08/18/90

| | |
|---|---|
| COLLECTION DATE | 08/17/90 |
| TIME | 2000 |
| LAB # | 17-717 |
| HEMOGRAM | STAT |
| WBC | 9.2 |
| RBC | 2.88 |
| HGB | 8.8 |
| HCT | 26.8 |
| MCV | 93.0 |
| MCH | 30.5 |
| MCHC | 32.8 |
| RDW | 13.0 |
| PLATELET | *221 |
| MPV | 8.4 |
| DIFFERENTIAL | STAT |
| CELLS COUNTED | 100 |
| SEGS | 73 |
| BANDS | |
| LYMPHOCYTES | 26 |
| MONOCYTES | 1 |
| EOSINOPHILS | |
| BASOPHILS | |
| PLATELET EST | NORMAL |
| RBC MORPHOLOGY | |
| POLYCHROMASIA | 1+ |
| HYPOCHROMIC | |
| MACROCYTIC | 1+ |
| MICROCYTIC | 1+ |
| POIKILOCYTES | 1+ |
| OVAL | 1+ |
| COMMENT | AUTODIF |

SPECIAL HEMATOLOGY

COAGULATION

------------------
*=ORDERED STAT

M = Manual FS = Fingerstick AUTODIF = Automated Differential

## UNITS AND NORMAL VALUES FOR HEMATOLOGY

### IEMOGRAM

| | |
|---|---|
| WBC (1000/mm³) | 7 8 ± 3.0 |
| RBC (million/mm³) | M 5.4 ± 0.7<br>F 4.8 ± 0.6 |
| Hemoglobin (gm/dL) | M 16.0 ± 2<br>F 14 0 ± 2 |
| Hct (%) | M 47 ± 5<br>F 42 ± 5 |
| MCV($\mu$ m³) | 80 – 95 |
| MCH(pgm) | 27 – 31 |
| MCHC(gm/dL) | 35 ± 2 |
| RDW(%) | 13 ± 1.5 |
| Platelets (1000/mm³) | 130 – 400 |
| MPV($\mu$ m³) | 8 9 ± 1.5 |
| Reticulocytes (%) | 1.2 ± 0.5 |
| Total (Absolute) Eosinophils (Eos /mm³) | 100 – 300 |
| Sed rate (Westergren) (mm/hr) | <50 y.o<br>M 0 – 15<br>F 0 – 20<br>>50 y o<br>M 0 – 20<br>F 0 – 30 |

### :OAGULATION

| | |
|---|---|
| Prothrombin time (PT) | Control ± 2 sec |
| Partial Thromboplastin time (PTT) | 25 – 35 sec |
| Thrombin time | Control ± 4 sec |
| Factor II | 60 – 150% |
| Factor V | 60 – 150% |
| Factor VII | 60 – 150% |
| Factor VIII | 60 – 150% |
| Factor IX | 60 – 150% |
| Factor X | 60 – 150% |
| Factor XI | 60 – 150% |
| Factor XII | 60 – 150% |
| Factor XIII | Clot stable in urea |

### COAGULATION (continued)

| | |
|---|---|
| Fibrinogen (mg/dL) | 200 – 400 |
| Reptilase time | Control ± 4 sec |
| Antithrombin III | 80 – 120% |
| α – 2 Antiplasmin | 70 – 130% |
| Plasminogen | 2 4 – 4 4 U/ml |
| Platelet IgG | 1 7 – 6 2 fg./plt. |
| 3 P Test | Negative |
| FDP Assay | < 1:5 |
| Bleeding time (Simplate II®) | < 7 min |

### SPECIAL HEMATOLOGY

| | |
|---|---|
| ANA | Negative |
| FEP (Free Erythrocyte Protoporphyrin) | < 33$\mu$g/dL |
| G–6–PD Screen | Normal |
| Ham's Test (Acid Serum) | Negative |
| Heinz Body Stain | Negative |
| Hemoglobin H Prep | Negative |
| L.A.P (Leuk.Alk.Phos.) | 13 – 100 |
| Lysozyme (muramidase), Serum | 5 – 25 $\mu$ g/dL |
| Lysozyme (muramidase), Urine | < 2 $\mu$g/dL |
| Nitroblue tetrazolium (CGD) | Normal |
| Pyruvate Kinase Screen | Normal |
| RBC Osmotic Fragility | Normal |
| Sickle Screen | Negative |
| Sucrose Hemolysis | Negative |
| Unstable Hemoglobin | Normal |
| Viscosity (Plasma) | 1 7 – 2 1 |
| Viscosity (Serum) | 1 4 – 1 8 |

## REFERENCE RANGES FOR DRUGS AND OTHER ANALYTES IN SERUM

(Not All Drugs Have Established Reference Ranges For Those Not Listed or for Interpretation of Toxic Concentrations, call Toxicology Laboratory, X35780)

| | |
|---|---|
| Amikacin | Peak, 20-25 ug/mL, Trough, 1-4 ug/mL |
| Amitriptyline | Call Laboratory, X35780 |
| Carbamazepine | 0 8-1 2 mg/dL |
| Cholinesterase | 40-80 Rappaport Units/mL |
| Clonazepam | 10-80 ng/mL |
| Copper | M 70-140<br>F 85-155 ug/dL |
| Desipramine | Call Laboratory, X35780 |
| Ethosuximide | 40-100 mg/L |
| Gentamicin | Peak, 4-10 ug/mL Trough, less than 2 ug/mL |
| Imipramine | Call Laboratory, X35780 |
| Lead, Blood | Incipient Toxicity' greater than 40 ug/dL, Reportable to CA Dept Health Svcs., greater than 25 ug/dL |
| Lidocaine | 1 2-5 0 ug/mL |
| Lithium | 0 5-1 5 mEq/L |
| Netilmicin | Peak, 4-10 ug/mL Trough, less than 2 ug/mL |
| Nortriptyline | Call Laboratory, X35780 |
| Phenobarbital | 2.0-3.0 mg/dL |
| Phenytoin | 1 0-2 0 mg/dL |
| Primidone | 1 0-2 0 mg/dL |
| Procainamide | 0 4-1 8 mg/dL |
| N-Acetylprocainamide | 0 4-1 8 mg/dL |
| Quinidine | 0 25-0 50 mg/dL |
| Theophylline | 1 0-2.0 mg/dL |
| Tobramycin | Peak, 4-10 ug/mL; Trough, less than 2 ug/mL |
| Valproic Acid | 50-120 ug/mL |
| Zinc | 50-150 ug/dL |

### TOXICOLOGY PANELS (REFERENCE RANGE: NO MEASURABLE AMOUNT)

**Alcohol Panel, Blood,** Quantitative (Acetone, Ethanol, Methanol, Isopropanol)
**Barbiturate Panel, Blood,** Quantitative (Amobarbital, Barbital, Butabarbital, Butalbital, Mephobarbital, Pentobarbital, Phenobarbital, Secobarbital, Thiopental)
**Drug Panel, Blood,** Quantitative (Alcohol Panel, Barbiturate Panel, Acetaminophen, 4-Aminoantipyrine, Chlordiazepoxide, Diazepam, Glutethimide, Meprobamate, Methaqualone, Methyprylon, Salicylate)
**Drug Panel, Gastric,** Qualitative (Alprazolam, 4-Aminoantipyrine, Amitriptyline, Amobarbital, Amoxapine, Amphetamine, Barbital, Brompheniramine, Butabarbital, Butalbital, Chlorpheniramine, Cocaine, Codeine, Desipramine, Dextromethorphan, Diazepam, Diphenhydramine, Doxepin, Ephedrine, Flurazepam, Glutethimide, $H_2$ Receptor Antagonist, Hydrocodone, Hydromorphone, Hydroxyzine, Imipramine, Ipecac, Lidocaine, Lorazepam, Loxapine, Maprotiline, Meperidine, Methadone, Methamphetamine, Methaqualone, Morphine, N-Acetylprocainamide, N-Desalkylflurazepam, Norpropoxyphene, Nortriptyline, Oxazepam, Oxycodone, Pentazocine, Pentobarbital, Phenazopyridine, Phencyclidine, Pheniramine, Phenmetrazine, Phenobarbital, Phenothiazines, Phenylpropanolamine, Phenytoin, Primidone, Procainamide, Propoxyphene, Protriptyline, Pseudoephedrine, Pyrilamine, Quinidine, Quinine, Scopolamine, Secobarbital, Thiopental, Thiothixene, Trazodone, Trimethobenzamide, Trimethoprim, Tripelennamine, Triprolidine)
**Drug Panel, Urine** Qualitative (Same agents as Gastric Drug Panel Plus Benzoylecgonine, Ethchlorvynol, Salicylate)
**Heavy Metals Panel, Urine,** Qualitative, (Antimony, Arsenic, Bismuth, Mercury)
**Immunoassay Drug Panel, Urine,** Qualitative (Amphetamines as a Class, Barbiturates as a Class, Benzoylecgonine, Ethchlorvynol, Imipramine, Methadone, Opiates as a Class, Phencyclidine, Phenothiazines, Salicylate)

51 109 P11 9/86

UCSD MEDICAL CENTER
University of California, San Diego Medical Center
225 Dickinson Street
San Diego, CA 92103-1990

CLINICAL LABORATORIES
Director David N. Bailey, M D
Ca Lic I D 1237
CAP Accred 82103-011

# CLINICAL CHEMISTRY REPORT

Director Nicholas Alexander, Ph D
Assoc Director Michael J Kelner, M D

– NORMAL VALUES ON REVERSE SIDE –

BOMAN LISA
1 35 57 43
4 E GU
DR. HERTZENDORF
08/19/90
01:09
PAGE 1

| COLLECTION | | | | |
|---|---|---|---|---|
| DATE | 08/17/90 | 08/18/90 | 08/18/90 | 08/18/90 |
| TIME | 2003 | 0100 | 0700 | 1100 |
| LAB# | 17-416 | 18-015 | 18-104 | 18-236 |
| | BLOOD | BLOOD | BLOOD | BLOOD |
| GLUCOSE | 77* | | | 69 |
| UREA NITROGEN | 2* | | | 4 |
| CREATININE | 0.5* | | | 0.5 |
| URIC ACID | | | | 3.3 |
| BICARBONATE | 25* | | | 26 |
| CHLORIDE | 106* | | | 105 |
| SODIUM | 141* | | | 141 |
| POTASSIUM | 3.5* | | | 3.5 |
| CALCIUM | 6.6*(1) | | | 6.1 (1) |
| PHOSPHORUS | 2.7* | | | 3.3 |
| MAGNESIUM | 5.9*(1) | 6.7*(1) | 7.0*(1) | |
| BILIRUBIN, DIRECT | 0.1* | | | <0.1 |
| BILIRUBIN, TOTAL | 0.4* | | | 0.2 |
| SGOT (AST) | 66* | | | 47 |
| SGPT (ALT) | 39* | | | 37 |
| LDH | | | | 193 |
| ALKALINE PHOS, TOTAL | 72* | | | 84 |
| TOTAL PROTEIN | 4.7* | | | 5.0 |
| ALBUMIN | 2.8* | | | 2.6 |
| CHOLESTEROL | | | | 175 |
| TRIGLYCERIDES | | | | 231 |

---------------------

FOOTNOTES:

(1) CKD
*=ORDERED STAT

SKBL = Smith Kline Bio-Science Laboratories
7600 Tyrone Avenue
Van Nuys, California 91405

NI = Nichols Institute
26441 VIA DE ANZA
SAN JUAN CAPISTRANO, CA 92675

# UNITS AND NORMAL VALUES FOR CHEMISTRY

## SERUM (also Plasma (P) or Blood (B))

| | |
|---|---|
| cid Phosphatase, total | m 0 13-0 63, f 0 01-0 56units/mL |
| cid Phosphatase prostatic fraction | 0 01-0 20units/mL |
| lbumin | 3 3-5 0gm/dL |
| ldolase | 1 0-8.0IU/L |
| ldosterone (P) | m. 6-22ng/dL, upright, normal salt intake<br>f 4-31ng/dL, preg. f 18-100ng/dL |
| lkaline Phosphatase (ALP) | 30-130IU/L |
| lpha Fetoprotien | < 11ng/mL (non-pregnant serum) |
| mmonia | m 18-64 μ Mol/L, f 12-50μMol/L |
| mylase | 30-150U/L |
| ngiotensin Converting Enzyme | m. 12-36IU/L, f 10-30 IU/L |
| polipoprotein A-I | m. 96-176mg/dL, f 109-203mg/dL |
| polipoprotein B | m. 44-125mg/dL, f 40-119mg/dL |
| polipoprotein A-I/B | >1 5 Low Risk for CHD |
| eta $_2$ Microglobulin | 500-2800mcg/L |
| icarbonate | 24-31mEq/L |
| ilirubin, direct/total | < 0 2mg/dL/ <1 2mg/dL |
| UN (blood urea nitrogen) | 8-18mg/dL |
| A 125 | m 0-16.2, f 1 1-20 3U/mL |
| alcium | 9 0-10.6mg/dL, (2 25-2 65mMol/L) |
| alcium, ionized | 1 13-1 32mMol/L (4 5-5 3mg/dL) |
| alcitonin (P) | < 200pg/mL |
| ardio Green | 4% or less retention at 20 minutes |
| arotene | 60-200μg/dL |
| eruloplasmin | 21-53mg/dL |
| hloride | 97-107mEq/L |
| holesterol, total | Normal 120-200mg/dL<br>Borderline Risk 200-240mg/dL<br>High Risk > 240mg/dL |
| horionic Gonadotropin - (HCG) | pregnant > 20mIU/mL<br>male & non-pregnant < 10mIU/mL |
| ortisol | 5-24μg/dL (a m specimen) |
| PK (creatine phosphokinase) | 0-175 IU/L |
| PK Isoenzyme 1 (BB) | No measurable amount |
| PK Isoenzyme 2 (MB) | < 5% |
| PK Isoenzyme 3 (MM) | > 95% |
| reatinine | 0 5-1.5mg/dL |
| reatinine Clearance, adult | 75-125mL/min |
| yclosporin | Trough 50-125ng/mL |
| igoxin | 0.5-2 0ng/mL (therapeutic range) |
| erritin | < 12ng/mL indicates Fe depletion<br>< 50ng/mL indicates Fe depletion in chronic disease |
| etal Hemoglobin (B) | 0-2.5% (adult) |
| olic Acid | 3-15ng/mL |
| olic Acid (RBC)(B) | 200-1000ng/mL |
| ree Fatty Acid | 0 19-0 90mEq/L |
| astrin | < 200pg/mL |
| GT (Gamma Glutamyltransferase) | m < 40,f < 30, adol < 60IU/L |
| lucose | 65-110 mg/dL |
| lycosylated Hemoglobin (A1C) | 3 8-6 3% |
| rowth Hormone | m < 5, f < 8, child < 5ng/mL |
| aptoglobin | 13-163mg/dL |
| emoglobin | 0-0 5mg/dL |
| DL-Cholesterol | m 27-58mg/dL, f 23-72mg/dL |
| mmunoglobins | Adult |
| IgG | 723-1685mg/dl |
| IgA | 69-382mg/dl |
| IgM | 63-277mg/dl |
| nsulin (fasting) | 4-24 micro units/mL |
| BC (iron binding capacity) | 250-450μg/dL |
| ron | 65-175μg/dL |
| actate | 3 0-12 0mg/dL |
| DH (lactic acid dehydrogenase) | 25-175 IU/L |
| DH Isoenzyme 1 ($H_4$) | 18-33% |
| DH Isoenzyme 2 ($H_3M$) | 28-40% |
| DH Isoenzyme 3 ($H_2M_2$) | 18-30% |
| DH Isoenzyme 4 ($HM_3$) | 6-16% |
| DH Isoenzyme 5 ($M_4$) | 2-13% |
| DL-Cholesterol | 62-185mg/dL |
| ipase | 20-250 IU/L |
| lagnesium | 1 8-2 5mg/dL |
| Nucleotidase | 2 5-13 0 IU/L |
| smolality | 280-310mOsm/kg |

## SERUM (continued)

| | |
|---|---|
| Phosphorus | 3 0-5 0mg/dL |
| Potassium | 3 5-5 0mEq/L |
| Pre Albumin | 17-42 mg/dL |
| Protein | 6 0-8 0gm/dL |
| Prostate - specific antigen | < 4 0ng/m/L |
| PTH, intact | Fasting 10-55pg/mL |
| Pyruvate | 0 3-0.7mg/dL |
| Renin | Up to 4 0ng/mL/hr (upright) approx, half (supine) |
| SGOT (AST, aspartate amino transaminase) | 10-45 IU/L |
| SGPT (ALT, alanine amino transaminase) | 10-45 IU/L |
| Sodium | 135-145mEq/L |
| Triglycerides | Age (yr) mg/dL<br>0-29 10-140<br>30-39 10-150<br>40-49 10-160<br>50+ 10-170 |
| T3 by Radioimmunoassay | 65-220ng/dL |
| Thyroxine (T4) | 4 5-12 0 μg/dL Adult |
| Free (T4) | 0 9-2 1 ng/dL |
| T4 Uptake | 28-36% |
| Transferrin | 252-429mg/dL |
| TSH (thyroid stimulating hormone) | Euthyroid 0 3-7 3uIU/mL<br>Hyperthyroid <0 3μ IU/mL<br>Hypothyroid > 7 3uIU/mL |
| Uric Acid | m. 3 3-7.0, f 2 2-5 7mg/dL |
| Vitamin B12 | 150-1000pg/mL |
| Xylose (B) | 25gm Dose<br>1 hr 29-72mg/dL<br>2 hr 15-76mg/dL<br>5gm Dose<br>1 hr 8-28mg/dL |

## URINE

| | |
|---|---|
| Aldosterone | 2-26μg/24 hr |
| Aminolevulinic Acid | 1 3-7 0mg/24 hr Acid |
| Amylase | 1-20U/hr or 20-480U/24 hr |
| Beta $_2$ Microglobulin | 4 - 370mcg/L |
| Calcium | 50-150mg/24 hr |
| Catecholamines, total | 0-115μg/24 hr |
| Chloride | 100-250mEq/24 hr |
| Compound S (Tetrahydro S) | < 1mg/24 hr |
| Cortisol | 20-90μg/24 hr |
| Creatine | m 0-0 15, f 0-0 25gm/24 hr |
| Creatinine | m 1 0-2.0, f 0 8-1 8gm/24 hr |
| Cystine, qualitative | No measurable amount |
| Glucose | < 0 5gm/24 hr |
| Metanephrines, total | 0 3-0 9mg/24 hr |
| Nitrogen | 8-18gm/24 hr |
| Osmolality | 250-1200mOsm/kg |
| Oxalates | < 40mg/24 hr |
| Phosphorus | 0.34-1.0gm/24 hr |
| Potassium | 30-90mEq/24 hr |
| Pregnanetriol | adult <2.0, child < 1,0, infant < 0.2mg/24 hr |
| Protein | 50-100mg/24 hr |
| Sodium | 40-220mEq/24 hr |
| Steroids | |
| 17 OH | m 3-15, f 2-12mg/24 hr |
| Ketogenic | m 5-23, f 3-15mg/24 hr |
| 17 Keto | m. 9-22, f 5-15mg/24 hr |
| Urea Nitrogen | 6-17gm/24 hr |
| Uric Acid | 250-750mg/24 hr |
| Urine Pregnancy Screen (HCGSC) | Non pregnant < 50mIU/L(HCGSC) |
| VMA (vanillylmandelic acid) | 2-8mg/24 hr |
| Xylose | 4 1-9 3gm/5 hr (25g dose) |

## MISCELLANEOUS (CSF, Stool & Amniotic Fluid)

| | |
|---|---|
| Chloride | CSF 118-132mEq/L |
| Fecal Fat | Adult 1-7gm/24 hr,3-21gm/72 hr<br>Child (age 2 mos-6 yrs) 0,3-2 0gm/24 hr |
| Glucose | CSF 40-80mg/dL |
| Glutamine | CSF up to 32mg/dL |
| Nitrogen | Stool 0.8-2.5gm/day |
| Protein | CSF 14-45mg/dL |

evision Date 02/13/90

# UNITS AND NORMAL VALUES FOR CHEMISTRY

## SERUM (also Plasma (P) or Blood (B))

| | |
|---|---|
| :id Phosphatase, total | m. 0.13-0.63, f 0 01-0.56units/mL |
| :id Phosphatase, | |
| prostatic fraction | 0 01-0 20units/mL |
| bumin | 3 3-5 0gm/dL |
| dolase | 1.0-8.0IU/L |
| dosterone (P) | m: 6-22ng/dL, upright, normal salt intake |
| | f 4-31ng/dL, preg f 18-100ng/dL |
| kaline Phosphatase (ALP) | 30-130IU/L |
| pha Fetoprotien | < 11ng/mL (non-pregnant serum) |
| nmonia | m. 18-54 µMol/L, f 12-50µMol/L |
| nylase | 30-150U/L |
| ngiotensin Converting Enzyme | m 12-36IU/L, f 10-30 IU/L |
| polipoprotein A-I | m 96-176mg/dL, f 109-203mg/dL |
| polipoprotein B | m 44-125mg/dL f 40-119mg/dL |
| polipoprotein A-I/B | >1 5 Low Risk for CHD |
| ita 2 Microglobulin | 500-2800mcg/L |
| carbonate | 24-31mEq/L |
| lirubin, direct/total | < 0 2mg/dL/ <1 2mg/dL |
| JN (blood urea nitrogen) | 8-18mg/dL |
| A 125 | m 0-16 2, f 1 1-20 3U/mL |
| ilcium | 9.0-10 6mg/dL, (2.25-2 65mMol/L) |
| ilcium, ionized | 1.13-1.32mMol/L (4.5-5 3mg/dL) |
| ilcitonin (P) | < 200pg/mL |
| irdio Green | 4% or less retention at 20 minutes |
| irotene | 60-200µg/dL |
| iruloplasmin | 21-53mg/dL |
| iloride | 97-107mEq/L |
| iolesterol, total | Normal 120-200mg/dL |
| | Borderline Risk 200-240mg/dL |
| | High Risk > 240mg/dL |
| iorionic Gonadotropin - (HCG) | pregnant > 20mIU/mL |
| | male & non-pregnant < 10mIU/mL |
| ortisol | 6-24 µg/dL (a.m. specimen) |
| 'K (creatine phosphokinase) | 0-175 IU/L |
| 'K Isoenzyme 1 (BB) | No measurable amount |
| 'K Isoenzyme 2 (MB) | < 5% |
| 'K Isoenzyme 3 (MM) | > 95% |
| eatinine | 0 5-1 5mg/dL |
| eatinine Clearance adult | 75-125mL/min |
| 'closporin | Trough 50-125ng/mL |
| goxin | 0 5-2.0ng/mL (therapeutic range) |
| rritin | < 12ng/mL indicates Fe depletion |
| | < 50ng/mL indicates Fe depletion in chronic disease |
| tal Hemoglobin (B) | 0-2 5% (adult) |
| ilic Acid | 3-15ng/mL |
| ilic Acid (RBC)(B) | 200-1000ng/mL |
| ee Fatty Acid | 0 19-0.90mEq/L |
| istrin | < 200pg/mL |
| 3T (Gamma Glutamyltransferase) | m < 40 f < 30, adol < 60IU/L |
| ucose | 65-110 mg/dL |
| ycosylated Hemoglobin (A1C) | 3 8-6.3% |
| owth Hormone | m < 5, f < 8, child < 5ng/mL |
| iptoglobin | 13-163mg/dL |
| emoglobin | 0-0.5mg/dL |
| DL-Cholesterol | m 27-58mg/dL, f 23-72mg/dL |
| imunoglobins | Adult |
| IgG | 723-1685mg/dl |
| IgA | 69-382mg/dl |
| IgM | 63-277mg/dl |
| sulin (fasting) | 4-24 micro units/mL |
| C (iron binding capacity) | 250-450µg/dL |
| on | 65-175µg/dL |
| ctate | 3.0-12 0mg/dL |
| H (lactic acid dehydrogenase) | 25-175 IU/L |
| H Isoenzyme 1 ($H_4$) | 18-33% |
| H Isoenzyme 2 ($H_3M$) | 28-40% |
| H Isoenzyme 3 ($H_2M_2$) | 18-30% |
| H Isoenzyme 4 ($HM_3$) | 6-16% |
| H Isoenzyme 5 ($M_4$) | 2-13% |
| L-Cholesterol | 62-185mg/dL |
| oase | 20-280 IU/L |
| agnesium | 1 8-2.5mg/dL |
| Nucleotidase | 2 5-13 0 IU/L |
| imolality | 280-310mOsm/kg |

## SERUM (continued)

| | |
|---|---|
| Phosphorus | 3.0-5 0mg/dL |
| Potassium | 3.5-5 0mEq/L |
| Pre Albumin | 17-42 mg/dL |
| Protein | 6 0-8.0gm/dL |
| Prostate - specific antigen | < 4 0ng/m/L |
| PTH, Intact | Fasting 10-55pg/mL |
| Pyruvate | 0.3-0 7mg/dL |
| Renin | Up to 4.0ng/mL/hr (upright) approx, half (supine) |
| SGOT (AST, aspartate amino transaminase) | 10-45 IU/L |
| SGPT (ALT, alanine amino transaminase) | 10-45 IU/L |
| Sodium | 135-145mEq/L |
| Triglycerides | Age (yr) mg/dL |
| | 0-29 10-140 |
| | 30-39 10-150 |
| | 40-49 10-160 |
| | 50+ 10-170 |
| T3 by Radioimmunoassay | 65-220ng/dL |
| Thyroxine (T4) | 4 5-12.0 µg/dL, Adult |
| Free (T4) | 0 9-2 1 ng/dL |
| T4 Uptake | 28-36% |
| Transferrin | 252-429mg/dL |
| TSH (thyroid stimulating hormone) | Euthyroid 0 3-7 3uIU/mL |
| | Hyperthyroid < 0 3 µ IU/mL |
| | Hypothyroid > 7.3uIU/mL |
| Uric Acid | m. 3 3-7 0, f 2 2-5 7mg/dL |
| Vitamin B12 | 150-1000pg/mL |
| Xylose (B) | 25gm Dose: 1 hr 29-72mg/dL; 2 hr 15-76mg/dL — 5gm Dose: 1 hr 8-28mg/dL |

## URINE

| | |
|---|---|
| Aldosterone | 2-26µg/24 hr |
| Aminolevulinic Acid | 1.3-7 0mg/24 hr Acid |
| Amylase | 1-20U/hr or 20-480U/24 hr |
| Beta 2 Microglobulin | 4 - 370mcg/L |
| Calcium | 50-150mg/24 hr |
| Catecholamines, total | 0-115µg/24 hr |
| Chloride | 100-250mEq/24 hr |
| Compound S (Tetrahydro S) | < 1mg/24 hr |
| Cortisol | 20-90µg/24 hr |
| Creatine | m 0-0 15, f 0-0 25gm/24 hr |
| Creatinine | m 1 0-2 0, f 0 8-1 8gm/24 hr |
| Cystine, qualitative | No measurable amount |
| Glucose | < 0 5gm/24 hr |
| Metanephrines, total | 0.3-0.9mg/24 hr |
| Nitrogen | 8-18gm/24 hr |
| Osomolality | 250-1200mOsm/kg |
| Oxalates | < 40mg/24 hr |
| Phosphorus | 0.34-1 0gm/24 hr |
| Potassium | 30-90mEq/24 hr |
| Pregnanetriol | adult < 2 0, child < 1 0, infant < 0.2mg/24 hr |
| Protein | 50-100mg/24 hr |
| Sodium | 40-220mEq/24 hr |
| Steroids | |
| 17 OH | m 3-15, f 2-12mg/24 hr |
| Ketogenic | m 6-23, f 3-15mg/24 hr |
| 17 Keto | m 8-22, f 6-15mg/24 hr |
| Urea Nitrogen | 6-17gm/24 hr |
| Uric Acid | 250-750mg/24 hr |
| Urine Pregnancy Screen (HCGSC) | Non pregnant < 50mIU/L(HCGSC) |
| VMA (vanillylmandelic acid) | 2-8mg/24 hr |
| Xylose | 4.1-9.3gm/5 hr (25g dose) |

## MISCELLANEOUS (CSF, Stool & Amniotic Fluid)

| | |
|---|---|
| Chloride | CSF 118-132mEq/L |
| Fecal Fat | Adult 1-7gm/24 hr,3-21gm/72 hr |
| | Child (age 2 mos-6 yrs) 0 3-2 0gm/24 hr |
| Glucose | CSF 40-80mg/dL |
| Glutamine | CSF up to 32mg/dL |
| Nitrogen | Stool 0 8-2.5gm/day |
| Protein | CSF 14-45mg/dL |

vision Date 02/13/90

UCSD MEDICAL CENTER
University of California, San Diego Medical Center
225 Dickinson Street
San Diego, CA 92103-1990

CLINICAL LABORATORIES
Director David N Bailey, M D.
CA Lic. I D #1237
CAP Accred #92103-011

# MICROBIOLOGY REPORT

Director: Charles Davis, M.D.

BOMAN LISA
1 35 57 43
2 E OBSTETRICS
DR. SCHEIBER
PAGE 001
00:49
08/30/90

CERVIX
#90-08264H COLLECTION: 08-17-90 2118 LAB ARRIVAL: 08-17-90 2132

CULTURE RESULT AT 72 HOURS (FINAL)
NO GONOCOCCUS
NO GROUP B STREPTOCOCCUS.
3+ GARDNERELLA VAGINALIS
1+ CANDIDA KRUSEII

GRAM STAIN
HEAVY GRAM POSITIVE COCCI
HEAVY GRAM POSITIVE RODS
HEAVY GRAM NEGATIVE ROD
MODERATE POLYNUCLEAR LEUKOCYTES
MODERATE EPITHELIAL CELLS

FUNGAL CULTURE
CANDIDA KRUSEII

AMNIOTIC FLUID
#90-08567H COLLECTION: 08-18-90 1015 LAB ARRIVAL: 08-18-90 1034

GRAM STAIN
RARE EPITHELIAL CELLS

CULTURE RESULT AT 48 HOURS (FINAL)
NO GROWTH

ANAEROBIC CULTURE AT 48 HOURS (FINAL)
TEST NOT DONE DUE TO LAB ERROR; PLEASE RESUBMIT

FUNGAL CULTURE
PENDING

URINE
#90-08608H COLLECTION: 08-18-90 1545 LAB ARRIVAL: 08-18-90 1559

COLONY COUNT >100000 COL/ML

CULTURE RESULT AT 48 HOURS (FINAL)
3+ MIXED URETHRAL FLORA (CORRECTED REPORT)

*Antibiotic Codes (complete listing on reverse)

AM - Ampicillin
CFT - Ceftriaxone
E - Erythromycin
NET - Netilmicin
S Streptomycin
AMK - Amikacin
CHL - Choloramphenicol
GM Gentamicin
NTF - Nitrofurantoin
T/S - Trimethoprim/Sulfamethoxazole
CBN - Carbenicillin
CL - Colistin
MET - Metronidazole
OX - Oxacillin
CEF - Cefazolin
CLI - Clindamycin
MEZ - Mezlocillin
P - Penicillin
TE - Tetracycline
CF - Cephalothin
CTX - Cefotaxime
MOX - Moxalactam
PIP - Piperacillin
CFP - Cefoperazone
CXT - Cefoxitin
NAF - Nafcillin
RIF - Rifampin

## ORGANISM TABLE

| | | | | | |
|---|---|---|---|---|---|
| ACINAN | Acinetobacter anitratus | HFLU | Hemophilus influenzae | SHIGFL | Shigella flexneri |
| ACINET | Acinetobacter | KLEB | Klebsiella | SHIGSO | Shigella sonnei |
| ACINLW | Acinetobacter lwoffi | LISTER | Listeria monocytogenes | STAPHE | Staphylococcus epidermidis |
| AEROMO | Aeromonas | NEIS | Neisseria, to be identified | STAPHS | Staphylococcus saprophyticus |
| ARIZ | Arizona | NEISGC | Neisseria gonorrhoeae | STNH | Nonhemolytic streptococci |
| BHSA | Beta hemolytic streptococci group A | NEISMC | Neisseria meningitidis | STPNEU | Streptococcus pneumoniae |
| BHSB | Beta hemolytic streptococci group B | NFEROD | Nonfermenting gram negative rods | STRBOV | Streptococcus bovis |
| BHSC | Beta hemolytic streptococci group C | PAST | Pasteurella | STRFEC | Streptococcus fecalis |
| BHSF | Beta hemolytic streptococci group F | PRMIR | Proteus mirabilis | STAPH A | Staphylococcus aureus |
| BHSG | Beta hemolytic streptococci group G | PRMOR | Proteus morganii | BACT | Bacteroides species |
| BHSTRP | Beta hemolytic streptococci, to be identified | PROT | Proteus, to be identified | BFRAG | Bacteroides fragilis |
| | | PROV | Providencia | CDIFF | Clostridium difficile |
| CALB | Candida albicans | PRRET | Proteus rettgeri | FUSO | Fusobacterium species |
| CAMPY | Campylobacter, to be identified | PRVULG | Proteus vulgaris | AFBP | Acid fast bacillus; identification pending |
| CAMPYJ | Campylobacter jejuni | PSAER | Pseudomonas aeruginosa | MAI | Mycobacterium avium-intracellulare |
| CITDIV | Citrobacter diversus | PSCEP | Pseudomonas capacia | MFC | Mycobacterium fortuitum complex |
| CITFRD | Citrobacter freundii | PSEUDO | Pseudomonas | MTB | Mycobacterium tuberculosis |
| CITROB | Citrobacter | PSFLUO | Pseudomonas fluorescens | ASP | Aspergillus species |
| ECOLI | Escherichia coli | PSMALT | Pseudomonas maltophilia | ASPFUM | Aspergillus fumigatus |
| ENTAER | Enterobacter aerogenes | SALM | Salmonella species | CALB | Candida albicans |
| ENTAGG | Enterobacter agglomerans | SALMTY | Salmonella typhi | CAN | Candida species |
| ENTCLO | Enterobacter cloacae | SERLIQ | Serratia liquefaciens | CGLAB | Candida glabrata |
| ENTERO | Enterobacter | SERMAR | Serratia marcescens | CIMM | Coccidioides immitis |
| FLAVO | Flavobacterium | SHIGBO | Shigella boydii | FNGTBI | Fungus, to be identified |
| HEMOPH | Hemophilus species | SHIGDY | Shigella dysenteriae | NOC | Nocardia species |
| HEMPAR | Hemophilus parainfluenzae | | | | |

## ANTIBIOTIC TABLE AND RANGE OF CONCENTRATION TESTED*

| | | | | | |
|---|---|---|---|---|---|
| AMK | Amikacin (1 - 20 mcg) | CHL | Chloramphenicol (1 - 20 mcg) | MOX | Moxalactam (8 - 100 mcg) |
| AMB | Amphotericin-B (.08 - 10 mcg) | CPF | Ciprofloxacin (.3 - 20 mcg) | NAF | Nafcillin (1 - 10 mcg) |
| AM | Ampicillin (1 - 20 mcg) | CLI | Clindamycin (.02 - 20 mcg) | NTF | Nitrofurantoin (1 - 20 mcg) |
| ANS | Ansamycin (.08 - 5.0 mcg) | CLO | Clofazamine (.1 - 1.0 mcg) | NFL | Norfloxin (.3 - 20 mcg) |
| AGM | Augmentin (.3 - 20 mcg) | CL | Colistin (1 - 5 mcg) | OX | Oxacillin (1 - 10 mcg) |
| AZL | Azlocillin (8 - 100 mcg) | CYC | Cycloserine (3 - 60 mcg) | PAS | Para-aminosalicylic acid (2.0 mcg) |
| AZR | Aztreonam (.3 - 20 mcg) | DIC | Dicloxacillin (1 - 20 mcg) | P | Penicillin (.02 - 20 mcg) |
| CAP | Capreomycin (3 - 50 mcg) | DOX | Doxycycline (1 - 10 mcg) | PIP | Piperacillin (8 - 100 mcg) |
| CBN | Carbenicillin (8 - 100 mcg) | E | Erythromycin (1 - 5 mcg) | PB | Polymyxin B (1 - 5 mcg) |
| CFC | Cefaclor (1 - 20 mcg) | ETB | Ethambutol (4 - 8 mcg) | RIF | Rifampin (1 - 5 mcg) |
| CEF | Cefazolin (1 - 10 mcg) | ETD | Ethionamide (1 - 5 mcg) | STR | Streptomycin (1 - 20 mcg) |
| CFP | Cefoperazone (8 - 100 mcg) | GM | Gentamicin (.5 - 8 mcg) | SUL | Sulfadiazine (1 - 10 mg) |
| CTX | Cefotaxime (8 - 100 mcg) | IMP | Imipenem (1 - 20 mcg) | TE | Tetracycline (1 - 10 mcg) |
| CXT | Cefoxitin (1 - 20 mcg) | INH | Isoniazid (.2 - 1.0 mcg) | TIC | Ticarcillin (8 - 100 mcg) |
| CTD | Ceftazidime (8 - 100 mcg) | KFX | Keflex (.3 - 20 mcg) | TOB | Tobramycin (1 - 10 mcg) |
| CFO | Ceftizoxime (8 - 100 mcg) | KET | Ketoconazole (.08 - 10 mcg) | T/S | Trimethoprim/Sulfamethox (1 - 5 mcg of Trimethoprim) |
| CFT | Ceftriaxone (.02 - 20 mcg) | MET | Metronidazole (.3 - 20 mcg) | | |
| CXM | Cefuroxime (8 - 100 mcg) | MEZ | Mezlocillin (8 - 100 mcg) | VAN | Vancomycin (1 - 20 mcg) |
| CF | Cephalothin (1 - 20 mcg) | MIC | Miconazole (.8 - 10 mcg) | 5FC | 5-Fluorocytosine (.8 - 100 mcg) |
| CFD | Cephradine (1 - 20 mcg) | | | | |

*Antibiotic concentrations greater than upper limit either indicate resistance or are not readily achieved in serum.

UCSD MEDICAL CENTER
225 DICKINSON ST.
SAN DIEGO, CA 92103

# 24 HOUR BLOOD GAS ANALYSIS

EPARTMENT: NEONATAL BG LAB. DIRECTOR: FRANK L. MANNINO

'ATIENT: BOWMAN,LISA BIRTH DATE: 08/18/90
OCTOR: OB SEX: F
.D.: 1355743 LOCATION: ISCC

NORMAL RANGES

| | PH | PCO2 | PO2 | HCO3 | B.E. |
|---|---|---|---|---|---|
| ARTERIAL | 7.35-7.45 | 35-45 | 50-70 | 20-22 | -5-1 |
| CAPILLARY | 7.35-7.45 | 35-45 | 35-50 | 20-22 | -5-1 |
| VENOUS | 7.30-7.40 | 40-50 | 30-40 | 20-22 | -5-1 |
| CORD ART. | 7.21-7.31 | 33-49 | 9-19 | 20-22 | -2.1--1.1 |
| CORD VEN. | 7.30-7.38 | 28-40 | 21-31 | 20-22 | -1.6 --1.0 |

PATIENT HISTORY

| TEST | DATE | TIME | TYPE | a/Hgr | pH | PCO2 | PO2 | HCO3 | B.E. | O2SAT | FiO2 | CO2/ O2/SaO2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28301 | 08/18/90 | 17:40 | A | 60 | 7.33 | 49 | 31 | 25.3 | -0.9 | 53 | 21 | |

Moderate Respiratory Acidosis: consider Hypoventilation
Normal Buffering
CHRONIC:
COMMENTS: ARTERIAL CORD PH

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28302 | 08/18/90 | 17:43 | V | 60 | 7.40 | 42 | 37 | 26.0 | 1.6 | 71 | 21 |

Normal Ventilation
Normal Buffering
CHRONIC:
COMMENTS: VENOUS CORD PH

DOCTOR'S SIGNATURE ____________

UCSD MEDICAL CENTER

# VITAL SIGNS FLOW

1355743

Key
V = Systole
Λ = Diastole
● = Pulse
● = Oral Temp
(·) = Axillary Temp
(:) = Rectal Temp

Source | Date

Patient Identification

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | 8/18 | | | | | | |
| TIME | 2100 | 0340 | 9 | 1400 | 02 | 08 | 15 08 |
| WEIGHT | | | | | | | |
| RESPIRATORY RATE | 18 | 18 | 20 | 19 | 18 | 20 | 20 |
| TEMPERATURE | 98.6 | 99.5 | 98.9 | 98.4 | 98.[illegible] | 98 | 99 |
| CVP | | | | | | | |

BLOOD PRESSURE AND PULSE: 260, 250, 240, 230, 220, 210, 200, 190, 180, 170, 160, 150, 140, 130, 120, 110, 100, 90, 80, 70, 60, 50, 40, 30, 20

TEMPERATURE (C / F): 41.1 / 106; 40.5 / 105; 40.0 / 104; 39.4 / 103; 38.9 / 102; 38.3 / 101; 37.8 / 100; 37.2 / 99; 36.7 / 98; 36.1 / 97; 35.5 / 96; 35.0 / 95

UCSD MEDICAL CENTER

# VITAL SIGNS FLOW

Source　　Date

Patient Identification

Key.

V = Systole
Λ = Diastole
● = Pulse
● = Oral Temp
Ⓐ = Axillary Temp
Ⓡ = Rectal Temp

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | | | | | | | | | | | |
| TIME | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | |

BLOOD PRESSURE AND PULSE

260
250
240
230
220
210
200
190
180
170
160
150
140
130
120
110
100
90
80
70
60
50
40
30
20

RESPIRATORY RATE

TEMPERATURE

| C | F |
|---|---|
| 41.1 | 106 |
| 40.5 | 105 |
| 40 0 | 104 |
| 39.4 | 103 |
| 38.9 | 102 |
| 38.3 | 101 |
| 37.8 | 100 |
| 37.2 | 99 |
| 36 7 | 98 |
| 36 1 | 97 |
| 35.5 | 96 |
| 35.0 | 95 |

CVP

151-115(R4-84)6

UCSD MEDICAL CENTER

# MATERNITY ADMISSION DATA BASE AND INTERDISCIPLINARY CARE PLAN

Source | Date

Patient Identification

Please write "N/A" or draw a line through items that are not applicable

## I ADMIT

TRANSFER TIME | TRANSFER DATE | HOW TRANSFERRED: ☐ Bed ☐ Wheelchair ☑ Gurney | Accompanied by

DATE OF DELIVERY | PRIVATE PHYSICIAN: Dr. Chittk...

INSTRUCTIONS: ☑ Call Light ☑ Bed Control ☑ Visiting Hours ☑ Unit Routines ☐ Electrical Equip Policy ☐ No Smoking Policy ☐ Discharge Policy ☐ Patient Education TV Channel

VISITORS: ☑ All Welcome ☐ Family Only ☐ No Visitors Desired

## II ADMISSION STATUS

VITAL SIGNS: TEMP | PULSE | RESP | BP

GENERAL PHYSICAL APPEARANCE

Mental Status: ☑ alert ☐ drowsy ☐ disoriented ☐ other

Skin: ☑ pink ☐ pale ☑ warm & dry ☐ clammy

Extremeties: ☑ edema 1-2+ ☐ calf tenderness ☐ Homan's sign ☐ moves well

Abdomen: ☑ bowel sounds present ☐ bowel sounds absent ☐ distended ☐ tender

POSTPARTUM ASSESSMENT

Breast: ☑ soft ☐ firm

Nipples: ☐ flat ☐ inverted ☐ accessory — normal

Fundus: ☑ firm @ U/1 ☐ boggy @ ☐ displaced to

Lochia: ☑ rubra ☐ serosa ☐ alba ☐ heavy ☑ moderate ☐ scant

Perineum: ☑ intact ☑ edematous ☐ hematoma ☐ dehiscence ☐ ecchymosis ☐ hemorrhoids H.L. (4) Wnt

C-SECTION

Abdomen: ☐ dressing dry and intact ☐ drainage present ☐ drain

Foley catheter present ☑ no ☐ yes color

IV Present ☐ no ☐ yes ☐ site of insertion ☐ hep lock ☐ IV site appearance

Anesthesia used: ☐ general ☐ spinal ☐ epidural

INFECTION CONTROL

Precautions for airborne transmitted disease? ☐ no ☐ yes If yes, what disease ______ Test results pending ____

## III MEDICAL HISTORY

CURRENT HEALTH PROBLEMS, CHRONIC HEALTH PROBLEMS OR DISABILITIES

None verbalized

MEDICAL COMPLICATIONS (PRESENT)

HEALTH HABITS

Smoking: ☑ yes 1 packs per day ☐ no

Alcohol: ☑ none ☐ occassional ☐ ____ drinks per day

Drug History: ☑ no ☐ yes - type ______ current ______ past ______

Diet: ☑ regular ☐ vegetarian ☐ diabetic ☐ other ______

## IV PSYCHOSOCIAL HISTORY

PERTINENT BACKGROUND INFORMATION (I.E., FAMILY, JOB, SUPPORT SYSTEMS)

G2 P4 mother, who delivered a 29 w/c old baby with good support from her husband and family.

SOCIAL WORKER NEEDED: ☑ no ☐ yes | SOCIAL WORKER NOTIFIED | DATE NOTIFIED

151-075(R6-89)6

| Date/Initial Active | PROBLEMS/ NURSING DIAGNOSIS | SHORT TERM GOALS | Check Point Target Date | PLANNED INTERVENTION | D C Date/Initial |
|---|---|---|---|---|---|
| 8/18 Gne | 4 Potential alterations in urinary elimination<br>• r/t birth trauma<br>• r/t cardiovascular fluid shifts<br>• m/b unable to empty bladder<br>• m/b frequency<br>• m/b burning upon urination Pt has a foley | • No bladder distention<br>• No bladder atony.<br>• Voids spontaneously within 6 hours following delivery | q8h 1st pp day | • Palpate bladder with each fundal check.<br>• Measure 1st voiding and assess subsequent voiding.<br>• Use measures to stimulate voiding ________<br>• Anticipate need for catheterization | 8/20 [illegible] |
| 8/18 Gne | 5 Alterations in the family<br>• r/t the new baby<br>• r/t attachment to baby<br>• m/b elation<br>• m/b anxiety/ excitement<br>• m/b depression<br>• m/b withdrawal | • Verbalizes and demonstrates positive attitude toward new infant and family | qd/ 2nd day | • Encourage family centered atmosphere by encouraging use of family visiting room for grandparents and siblings<br>• Provide opportunity for mother to care for infant<br>• Distribute and discuss patient education material | |
| 8/18 Gne | 6 Preparation for discharge | • Verbalize knowledge of self and infant care<br>• Goals mutually set with patient/family for mother/ infant care? ☐ yes ☐ no | | • Assess patient/family knowledge<br>• Start Patient Education Plan - assist patient as needed (see Patient Education Plan).<br>• Assess need for followup care<br>• Provide handouts as appropriate. | |
| | 7 Other problems | | | | |

| INITIALS | PRINT NAME AND TITLE | SIGNATURE | DEPARTMENT |
|---|---|---|---|
| Gne | [illegible] | [signature] | FMCC |
| P.O. | P. O'Donnell RN | [signature] | FMCC |
| | | | |

Discharge Planning section to be initiated upon admission

**V DISCHARGE PLANNING**

LIVE ALONE: ☒ no ☐ yes

WHO WILL HELP WITH CARE AT HOME? Husband + Mother

TRANSPORTATION PLANS FOR DISCHARGE: Husband's car

DOES PATIENT HAVE PROBLEMS OR NEEDS WITH THE FOLLOWING?
☐ Transportation to clinic ☐ WIC referral ☐ Financial counseling ☐ Infant supplies ______ ☐ Car seat

ANY PROBLEMS LISTED ABOVE REFERRED TO
Date referred ______ ☐ Social worker ☐ Financial counselor ☐ Community agency ______

DOES PATIENT PLAN TO BREAST FEED?
☐ no ☐ yes ☐ 1 to 2 months ☐ 3 to 6 months ☒ 6 months or more

LACTATION REFERRAL NEEDED? ☐ no ☐ yes, done

NUMBER OF OTHER CHILDREN LIVING AT HOME: 3

AGES OF OTHER CHILDREN LIVING AT HOME: 3, 2, 10 mos

WHO WILL HELP WITH OTHER CHILDREN'S CARE? mother

WHAT PREPARATION HAVE YOU DONE FOR BABY CARE?
☐ infant care classes ☐ reading
☐ previous experience ☐ none

WHAT ARE THE ITEMS YOU'D LIKE TO LEARN MORE ABOUT? none

WHERE DO YOU PLAN TO GO FOR POST PARTUM CHECKUP? (Chula Vista) [illegible]

WHERE DO YOU PLAN TO GO FOR WELL BABY CHECKUPS?

WHERE DO YOU PLAN TO TAKE YOUR BABY WHEN BABY IS ILL? undecided

**VI POSTPARTUM LABS**

POST PARTUM HCT: pending 28.8

TREATMENT PLANS FOR ANEMIA:

BLOOD TYPE AND Rh: O neg.

BABY'S TYPE AND Rh: A+

RHOGAM NEEDED? ☐ no ☒ yes, given 8/19 in L+D

RUBELLA IMMUNE: ☒ yes ☐ no ☐ Rubella titer pending, followup at six week clinic visit

TOX SCREEN: ☐ negative ☒ not done ☐ positive for

SOCIAL WORKER NOTIFIED IF TOX SCREEN POSITIVE:

| PRINT NAME & TITLE | DATE & TIME | SIGNATURE |
|---|---|---|
| V. L. [illegible] | 8.18.90 | [signature] |

**VII NURSING DISCHARGE SUMMARY**

DISCHARGE DIAGNOSIS: NSVD delivery

| BP | TEMP ° | PULSE | RESP |
|---|---|---|---|
| 98/60 | 99 | 88 | 20 |

PHYSICAL STATUS

Breast
☒ soft
☐ firm

Fundus
☒ firm @ U
☐ boggy @ ______
☐ displaced to ______

Additional comments

Perineum
☒ intact
☒ edematous 2m
☐ hematoma
☐ dehiscence
☐ ecchymosis
☐ hemorrhoids

Skin
☐ pink
☐ pale
☒ warm and dry
☐ clammy

Extremities
☐ edema
☐ calf tenderness
☐ Homan's sign
☒ moves well

APPEARANCE OF INCISION OR WOUNDS: ☒ N/A

SUPPLIES/EQUIPMENT FOR USE UPON DISCHARGE: ☐ N/A Sitz – Breast pump

PATIENT OR FAMILY VERBALIZES OR DEMONSTRATES KNOWLEDGE OF

| yes | n/a | | yes | n/a | |
|---|---|---|---|---|---|
| ☒ | ☐ | Peri care | ☒ | ☐ | Breast care (breast feeding) |
| ☐ | ☒ | Incision care | ☐ | ☒ | Breast care (bottle feeding) |
| ☒ | ☐ | Bowel care | ☒ | ☐ | Use of breast pump |
| ☒ | ☐ | Bladder care | ☒ | ☐ | Activity/Restrictions |
| ☒ | ☐ | Available contraception | ☒ | ☐ | Available resources (i e , numbers in handout) |

Other

COMPLETED?

| yes | n/a | |
|---|---|---|
| ☐ | ☐ | Telephone Followup form |
| ☐ | ☒ | Public Health referral |
| ☐ | ☒ | Home Health referral |
| ☒ | ☐ | Patient Instruction form/Appointment instructions |
| ☒ | ☐ | Patient Education Plan |

DISCHARGE MEDS REVIEWED WITH PATIENT/FAMILY: ☐ N/A ☒ Yes PNV [illegible] by ☒ Nurse ☐ Pharmacist

MEDICATIONS RECEIVED: Ø

DISCHARGED TO: ☒ Home ☐ Other

ACCOMPANIED BY: ☐ Parent ☐ Self ☒ Spouse ☐ Other

MODE OF DISCHARGE: ☐ Ambulatory ☐ Gurney ☒ Wheelchair

| PRINT NAME & TITLE | DATE & TIME | SIGNATURE |
|---|---|---|
| [illegible] | 1030 8/20/90 | [signature] |

# INTERDISCIPLINARY PATIENT CARE PLAN

| DISCHARGE CRITERIA | |
|---|---|
| | 1. Verbalizes knowledge of self-care, infant care, and followup care<br>2 Physical Status: a Temperature < 99°<br>b. Fundus firm and lochia WNL<br>c. Voiding<br>3. Hct at least 29 mgm% |

Indicate Standard Care Plan relevant to this patient

| DATE | STANDARD CARE PLAN | DATE D C | DATE | STANDARD CARE PLAN | DATE D C |
|---|---|---|---|---|---|
| 8-18 | NSVD | 8-19 | 8-18 | NSVD | 8 17 |
| | | | | | |
| | | | | | |

GUIDELINES: Activate each problem where appropriate for patient by underlining, dating and initialing problem(s) If appropriate, add any other pertinent problem(s) NOTE. r/t = related to m/b = manifested by

| Date/Initial Active | PROBLEMS/ NURSING DIAGNOSIS | SHORT TERM GOALS | Check Point Target Date | PLANNED INTERVENTION | D C Date/Initial |
|---|---|---|---|---|---|
| 8/18/90 | 1 Impaired uterine function<br>● r/t uterine involution<br>● r/t uterine bleeding<br>● r/t infection<br>● m/b boggy uterus<br>● m/b poorly contracted uterus<br>● m/b displaced fundus<br>● m/b abdominal pain<br>● m/b hemorrhage<br>● m/b foul discharge<br>● m/b elevated temp | a. 1st day Uterus firm at umbilicus, lochia mod rubia.<br>b 2nd day. Uterus firm and contracted, early recognition of signs of infections. | q8h 1st day<br>q12h 2nd day | a. 1st day check q8h.<br>● Note height and location of fundus<br>● Note amount, color, and odor of lochia.<br>● Monitor vital signs at least every shift<br>b 2nd day and thereafter until discharge:<br>● Check fundus, lochia, VS q12h | 8/20 Pao |
| 8-18 | 2 Alterations in comfort<br>● r/t hemorrhoids<br>● r/t episiotomy<br>● r/t hematoma<br>● m/b swelling<br>● m/b pain<br>● m/b discharge<br>● m/b elevated temp | ● Verbalizes reasonable comfort<br>● Healing without signs of infection; e g., swelling, redness, induration, separation of suture line | q8h D C. | ● Assess severity of discomfort and offer pain medicine<br>● Instruct pericare according to Policy & Procedure.<br>● Instruct in use of the sitz bath if ordered<br>● Inspect episiotomy q8h 1st 24h, then q12h on day and pm shift. | |
| 8-18 | 3 Alterations in breast function<br>● r/t infant feeding<br>● r/t size and type of nipples<br>● m/b engorgement<br>● m/b lactation<br>● m/b cracked nipples<br>● m/b after pains | ● Verbalizes reasonable breast comfort.<br>● No engorgement.<br>● Suppress lactation if not breast feeding<br>● Free of cracked and sore nipples | qd/<br>q8h | ● Assess breast q8h first day and 2nd day<br>● Instruct patient on proper breast care<br>● Wear a bra for support<br>● Appy lanolin ointment on nipples after feeding to prevent cracking and promote healing<br>● Use cold compresses for comfort in breast engorgement<br>● Use warm compresses on breast to stimulate letdown | |

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 38 of 50

UCSD MEDICAL CENTER

# LABOR AND DELIVERY ADMISSION NURSING ASSESSMENT

Patient Identification

## PRENATAL CARE

PRENATAL CARE: Anguiano
☐ NPC ☐ No Records

Source: SB
Date:

EDC: 10/30/90
LMP: 8 mons since, 10 mos [illegible]
GEST AGE: 29
SONO GEST AGE:
BELONGINGS: ☐ Sent home ☐ Bagged and labeled with pt name; # Bags ____

AGE: 22
G: 4
T: 3
P:
SAB:
TAB:
LIV: 3
ETHNIC ID: Cauc
LANGUAGE SPOKEN: English
SPECIAL DIET:

ALLERGIES: Oru [illegible], Darvocet
☐ NKA ☐ Allergy band on

MEDICATIONS/DRUGS DURING PREGNANCY (include last dose and time)
☐ Prenatal vitamins Other
☐ Fe $SO_4$
Disposition of drugs from home

PROSTHESES OR DISABILITY
☐ Glasses ☐ Contacts
☐ Dentures
Other

FHR: 127-152
FETAL MOVEMENT: +
BP:
T: [illegible]
P: [illegible]
R: [illegible]
WEIGHT:
HEIGHT:

REASON FOR ADMISSION: PTL, ? fetal arrhythmia

PREVIOUS UTERINE SURGERY
☐ Trial vaginal birth after cesarean
☐ N/A

PRENATAL COMPLICATIONS
☑ None

INTRAPARTUM PROBLEMS
☑ None

MEDICAL PROBLEMS
☑ None

PSYCHOSOCIAL PROBLEMS
☐ None

MSS REFERRAL
☐ Notified
☐ Entered in log

TRANSPORT S
☐ Fetal indication Hospital: Scripps Chula Vista Date ________ Time ________
☐ Maternal indication Referring MD ________ Mode of transport: Neg [illegible]
MD accepting transport ________

SCN NOTIFIED (DATE AND TIME)

## PRENATAL LABS

BLOOD TYPE AND Rh: O Neg
ABS:
HCT/HGB: 7.9/22
VDRL: NR
PPD: placed 8/17 2235
CXR:
RUBELLA: Imm
CX CULTURES: ☐ Strep ☐ GC ☐ Chlamydia [illegible] ☐ Other

HBAG: 8/18/90 drawn Neg
TOX SCREEN: 8/18/90 sent
HX HSV:
MOST RECENT HSV CULTURE:
HIV:

☐ "NO CARE" LABS PENDING
OTHER SIGNIFICANT LABS:
AMNIO L/S:

## ADMIT LABS

☑ Hemogram ☐ Cultures
☑ Clot to hold ☐ Amniotic Fluid for ________
☑ CCMS UA ☐ Other ________

☐ "NO CARE" LABS: T & Rh ABS, CBC, Rubella, VDRL, Tox Screen, Hbag, CCMS UA, Clot, CXR

IV: D5LR
Date 8/17 Time 1930
Site LA Guage 18 by [illegible]

SECOND IV/RESTART
Date ________ Time ________
Site ________ Guage ________ by ________

## MISCELLANEOUS

Prenatal education ☐ Lamaze ☐ CEA ☐ Bradley ☒ Other ________

Infant feeding ☒ Breast ☐ Bottle

Pediatrician ☐ Housestaff ☐ Private, name ________

Postpartum bilateral tubal ligation desired ☐ No ☐ Yes, ☐ Consent signed ☐ Consent with chart

Anesthesia preference ________ ☐ anesthesia options explained to patient

Special patient requests ________

Name and phone # of significant other: Judy Bowman (mo) 424-5236

Oriented to unit ☐ Fetal monitor ☐ BR ☐ Desires early DC
☐ LUD ☐ Call light ☐ Visitors ☐ Early DC Candidate

| | | |
|---|---|---|
| Date | | 8/17 … 8/18/[illegible] |
| Time | | 1800, 1900, 2000, 2100, 2200, 2300, 2400, 0100 |

**MATERNAL VITAL SIGNS**

Key
- ✓ = Systolic
- ∧ = Diastolic
- • = Maternal Pulse
- △ = CVP

Sedation Scale
1. = wide awake
2. = drowsy
3. = dosing intermittently
4. = sleeping
5. = difficult to arouse
6. = does not awaken when aroused

Pitocin
- circle pitocin rate when turned off and explain on narrative

Response to UCs
1. = comfortable
2. = ↑ pain, good control with breathing techniques
3. = ↑ pain, poor control
4. = ↑ pain, desires analgesia
5. = comfortable with analgesia/anesthesia

Scale: 220, 200, 180, 160, 140, 120, 100, 80, 60, 40

| | | |
|---|---|---|
| TEMP | | 98.1, 98.7, 97.6 |
| RESP RATE | | 20, 20, 20, 20, 20, 18, 18 |
| SEDATION SCALE | see key | 3 –, 3 –, 4 —, 4 |

**FHR**

| | | |
|---|---|---|
| FETAL HEART RATE | | 130, 128, [illegible], [illegible], [illegible], [illegible], [illegible] |
| PERIODIC CHANGES | Type | [illegible] |
| | BPM | 150, [illegible] |
| LTV | BPM | [illegible] |
| STV | BPM | [illegible] |
| MONITOR | ext/int | Ext, Ext, Ext, Ext, Ext, Ext, Ext |

**UC**

| | | |
|---|---|---|
| FREQUENCY | | x4, x3, x6, 2x, 1x, 1x |
| INTENSITY 1 + to 3 + or mmHg | | [illegible] |
| IUPC BASELINE TONE | mmHg | —, —, —, —, —, — |
| MONITOR | ext/int | Ext, Ext, Ext, Ext, Ext, Ext, Ext |
| PITOCIN RATE | mu/min | 0, 0, 0, 0, 0, 0 |
| RESPONSE TO UCs | see key | 1, 1, 1 |

**MISC**

| | | |
|---|---|---|
| POSITION | | [illegible] |
| ANALGESIA/ANESTHESIA | | |
| LABS | | [illegible] 5.9, DTRs [illegible], DTRs [illegible], [illegible] |
| FSS pH/time | | |
| $O_2$ | L/min | |
| COMMENTS PROCEDURES/TREATMENTS | | [illegible] |

**INFUSION**

| | | | |
|---|---|---|---|
| TOCOLYTICS/PITOCIN | | | |
| $MgSO_4$ | | | [illegible], 50, 50, 50, 50, 50, 50, 50 |
| INSULIN | | | |
| MAIN IV | Hanging / Infused | D5LR | |
| | | LR | 1000, 50, 50, 50, 50, 50, 50, 50, 50 |

**PO** [illegible]

**OUTPUT**

| | |
|---|---|
| URINE | 750 |
| BLOOD | |
| EMESIS | |

| | |
|---|---|
| Name/Initials (printed) | CS[illegible] |
| Signature | CS[illegible] |

6-HOUR TOTAL 4754 / 7000

| Date/Time | NURSE'S NOTES |
|---|---|
| 8/17 1830 | Gy P [illegible] 29 wks rec'd via ambulance from [illegible] Chest [illegible] IV [illegible] 50cc/hr MagSulfate @ 2 gm/hr [illegible] IV [illegible] IV's [illegible] EFM [illegible] FHT [illegible] 130 [illegible] |
| | [illegible] |
| (1900) | IV [illegible] since its been started since monday. Various bloods drawn - sent, urine to lab. |
| | (1930) Dr. [illegible] at bedside [illegible] MgSO4 [illegible] 3gms [illegible] ultrasound [illegible] FHR 130 [illegible] UC's X4 [illegible] (2110) Dr Cantrell and [illegible] U/S [illegible] (2230) [illegible] done [illegible] Culture sent [illegible] Extreme [illegible] peri care done. Ice pack applied. |
| | (2300) [illegible] bedside. DTR'S present +1 [illegible] in place draining amber [illegible] (2330) FHR 130 [illegible] UC's X6 Dr [illegible] aware (2310) [illegible] |
| | [illegible] UC's [illegible] (2410) [illegible] DTR'S present VSS. FHR - 130 - 150 intermittently FHR ↓ 60-90 Dr [illegible] aware 0100 MgSO4 level drawn, sent. FHR 130-150 LTV present. UCs X1 for the [illegible] (0130) [illegible] V S UC'S [illegible] clear [illegible] consultation. [illegible] from foley (0700) Blood drawn for Mg level [illegible] sent VSS. Foley [illegible] |
| | [illegible] |
| (0730) | Rec'd in LDR #5 sleeping, difficult to arouse - responds by nods but not verbally. Responds appropriately to commands. has difficulty raising arms & legs. Resps 16/min, unlabored. Breath sounds clear. ↓ DTR'S 1+. EFM in place. FHR 120's, reactive [illegible] avg variability, [illegible] UC's since 0200 - N Main - LR @ 70cc/hr IVPB MgSO4 10% soln. now @ 3 gms/hr (30cc/hr) via IVAC, Site [illegible] redness or edema. no sign of ROM or vag bleeding. Labia very edematous - ice pack in place. (0740) VS's noted. Dr Hoppe notified of lethargy. (0745) Dr Hoppe in. MgSO4 off. (0830) Dr Hertzendorf in to see, cont as above. (0840) pulse oxymeter to bedside $O_2$ sat 94-95 → $O_2$ @ 3L/NC as per Dr Hertzendorf. (0900) $O_2$ off for ABG's by Dr Hertzendorf - pt unresponsive to ABG's drawing. Resps 16-18/min. Stat CXR ordered. (0920) ↑ discomfort & frequency of UC's. Grimacing [illegible] UC's. Abd. tender to touch & grimaces [illegible] UC's FHR remains reassuring throughout. baseline 130's [illegible] avg variability UC's Q [illegible] min. (0925) VE Dr Hertzendorf 1.5 cms/[illegible] Chem panel & CBC [illegible] drawn & sent. (0930) portable CXR done. (0950) EKG by Dr Sabga - continues as above. (1000) [illegible] stick blood sugar 79 - Amniocentesis by Dr Hertzendorf. (1010) EFM reapplied. FHR as above. [illegible] LOC opening eyes & responding to verbal stimuli. DTRS 2+. Resps 18/min, unlabored. [illegible] |

| INITIAL | PRINT NAME AND TITLE | SIGNATURE | INITIAL | PRINT NAME AND TITLE | SIGNATURE |
|---|---|---|---|---|---|
| [illegible] | Anita [illegible] | [illegible] | [illegible] | [illegible] Manning [illegible] | [illegible] Manning |

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 41 of 50

DATE 8/18/90

# NURSES' DELIVERY RECORD

RN Thoanna R. Young RN

Delivered by L. Hertzendorf

| TIMES | |
|---|---|
| | Location LDR # 2 Position Lithotomy LUD |
| | Anesthesia ☐ none ☐ local ☐ epidural ☐ pudendal ☐ spinal ☐ general ☑ other $N_2O$ |
| | Anesthesiologist K. JOHNSON |
| | Fetal monitor ☐ no ☑ yes ☑ ext ☐ int FHR comments baseline 130's ↑ avg variability ↑ variable decels x <60 secs. |
| | Straight cath ☑ no ☐ yes, amt Foley until del. |
| | Maternal $O_2$ ☐ no ☑ yes, L/min ~~[illegible]~~ ↑ $N_2O$ |
| | Support person ☐ no ☑ yes |
| | Delivery of baby |
| | ☑ Spontaneous ☐ vacuum, type ☐ forceps ☐ VBAC |
| | ☐ 1° c/s ☐ R c/s |
| 1640 | Sex Fe Apgar 1 6 5 8 Baby tag # 21687 ☐ bands on x 2 → Apgars by Peds |
| | Presentation ☑ vertex ☐ breech ☐ other |
| | Episiotomy ☑ none ☐ midline ☐ other |
| | Laceration ☐ none ☐ 3° ☐ 4th° ☐ paravaginal ☐ periurethral ☐ labial ☐ cx |
| | Nuchal cord ☑ no ☐ yes |
| | Cord vessels ☑ 3 ☐ other Cord gas ☐ none ☑ yes |
| | Placenta ☑ spontaneous ☐ manual ☐ retained Comments |
| | ☑ intact ☐ cultures sent |
| | Count correct ☑ instrument ☑ needles ☑ Vacuum ☐ other |
| | Peds present ☐ no ☑ yes, reason ☐ mec ☑ preterm ☐ distress ☐ other |
| | Baby ☐ with mom ☐ to NBN, time via |
| | ☑ to ISCC, time 1645 via peds transporter |
| | Attachment process ☑ culturally appropriate ☐ other |
| | Breastfed, time ND ☐ nursed well ☐ poorly ☐ needs help |

| | ph | pO₂ | pCO₂ | BE | SB |
|---|---|---|---|---|---|
| Art | | | | | |
| Ven | | | | | |

COMMENTS

Recovery start time 1715 location RR Delivery Anesthesia ⊖ Post-op analgesia ⊖ Support person husband present

Condition ☑ alert ☐ asleep
☑ oriented ☑ awake
☐ other
☑ none
☑ NP mask @ 3L

Perineum ☐ n/a ☑ ice to epis
☑ edematous Severe
☐ other

Abdomen ☑ n/a ☐ dressing dry and intact
drains
cc drainage

Foley amt from DR Patent
size color Clear
Skin ☑ warm
☑ dry
☑ pink mucus membranes
☐ other
IV ☐ none ☑ site #1 LR c Pitocin 20u
☐ site #2
☐ Hep lock or IV dc'd @
Diet ☐ NPO ☐ ice ☑ regular
☐ other

First Ambulation time
☐ tolerated well ☐ no ambulation
☐ other
Void 1st void time Foley
amt
☐ unable ☐ straight cath
time amt
Pericare and instructions done ☐ no ☐ yes
Patient transferred to
via
status time

See VS record for sedation scale

| TIME | FUNDUS F = firm U = umbilicus | LOCHIA EBL (cc) | BLADDER NP = non palpable | COMMENTS | NURSE INITIALS |
|---|---|---|---|---|---|
| 715 | F/U-3 | small | NP → foley | ↑ c/o or distress. $SaO_2$ → 94-95 | |
| 730 | F/U-3 | small | | $O_2$ @ 3L / NP, Resting quietly | |
| 745 | F/U-3 | small | | | |
| 800 | | | | | |
| 830 | F/U-3 | small | | Sleeping on (R) side ↑ c/o or distress | |
| 900 | F↓3 | sm | | Assumed care of pt. Report given | gm |
| 915 | F/↓3 | sm | NP | Pt comfortable. 90/67 → Fluid bolus → 108/67 | gm |
| 1000 | F↓3 | sm | NP | Fundus sl boggy firms quickly to massage | gm |
| 1015 | F↓3 | sm | NP | 95/56 | |
| 1030 | F↓3 | sm | NP | Fund sl boggy firms to massage washed + ready for transfer Foley emptied 900cc | gm |

Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 42 of 50

98 98⁴ 98⁴ 98⁴

18 18 18 18 20 22

4 4 5 5 5 5 5 5 5 5 5 5 5 5 5 5 5 4 4 4 4 4 4

X2 X1 1X X7 Q8-11min

Soft to Palpation

2 2 2 2 2 2 2 2 2 2 2 2 2

30 30 30 30 30 OFF OFF

70 70 70 70 70 70 70 70 70 70

200 425 80 375 200

ph - 7

N/N

Neg Ketones

Neg glucose

Neg protein

6-HOUR TOTAL 560

6-HOUR TOTAL

| | 1800 | 1910 | 21[illegible] | 21[illegible] | 2210 | 2230 | 2[illegible] | 0010 |
|---|---|---|---|---|---|---|---|---|
| Date | 8/17 | | | | | | 8/18/9[illegible] | |
| **MATERNAL VITAL SIGNS** | | | | | | | | |
| Key: V = Systolic; Λ = Diastolic; • = Maternal Pulse; Δ = CVP | | | | | | | | |
| Sedation Scale: 1 = wide awake; 2 = drowsy; 3 = dosing intermittently; 4 = sleeping; 5 = difficult to arouse; 6 = does not awaken when aroused | | | | | | | | |
| Pitocin: circle pitocin rate when turned off and explain on narrative | | | | | | | | |
| Response to UCs: 1 = comfortable; 2 = ↑ pain, good control with breathing techniques; 3 = ↑ pain, poor control; 4 = ↑ pain, desires analgesia; 5 = comfortable with analgesia/anesthesia | | | | | | | | |
| Scale: 220, 200, 180, 160, 140, 120, 100, 80, 60, 40 | | | | | | | | |
| TEMP | 98.7 | 98.7 | | | | | | 97.6 |
| RESP RATE | 20 | 20 | | 20 | 20 | 20 | 18 | 18 |
| SEDATION SCALE (see key) | | | | | 3 | 3 | 4 | 4 |
| **FHR** | | | | | | | | |
| FETAL HEART RATE | 130 | 12[illegible] | | 120 + | [illegible] | 130 + | [illegible] | [illegible] |
| PERIODIC CHANGES Type | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| PERIODIC CHANGES BPM | 150 | 15[illegible] | | | | | | |
| LTV BPM | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| STV BPM | | [illegible] | | [illegible] | | [illegible] | | |
| MONITOR ext/int | Ext | Ext | | Ext | Ext | Ext | Ext | Ext |
| **UC** | | | | | | | | |
| FREQUENCY | | x4 | | x3 | x6 | 2x | 1x | 1x |
| INTENSITY 1+ to 3+ or mmHg | | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| IUPC BASELINE TONE mmHg | | — | | — | — | — | — | — |
| MONITOR ext/int | Ext | Ext | | Ext | Ext | Ext | Ext | Ext |
| PITOCIN RATE mu/min | | 0 | | 0 | 0 | 0 | 0 | 0 |
| RESPONSE TO UCs (see key) | | | | | | | | |
| **MISC** | | | | | | | | |
| POSITION | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| ANALGESIA/ANESTHESIA | | | | | | | | |
| LABS | | [illegible] Serum MgSO4 5.9 | | DTR's [illegible] | | | DTR's [illegible] | [illegible] |
| FSS pH/time | | | | | | | | |
| $O_2$ L/min | | | | | | | | |
| COMMENTS PROCEDURES/TREATMENTS | | | [illegible] | | | | | |
| **INFUSION** | | | | | | | | |
| TOCOLYTICS/PITOCIN | | | | | | | | |
| $MgSO_4$ | 130 [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| INSULIN | | | | | | | | |
| MAIN IV (Hanging / Infused) D5 LR | | | | | | | | |
| LR | 1000 / 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| **PO** | | | | [illegible] | | [illegible] | [illegible] | |
| **OUTPUT** URINE | | | | | | 700 | | |
| BLOOD | | | | | | | | |
| EMESIS | | | | | | | | |
| Name/Initials (printed) | [illegible] | | | | | | | |
| Signature | [illegible] | | | | | | | |

6-HOUR TOTAL 4754 / 7000



Case 4:12-cv-08001-GAF Document 160-1 Filed 09/03/15 Page 44 of 50

UCSD MEDICAL CENTER

# MATERNITY DAILY CARE RECORD

| DATE | Source | Request Date |
|---|---|---|
| 8·18·90 | | |

Patient Identification

| SHIFT | NURSE'S SIGNATURE/PRINT NAME |
|---|---|
| 21-24 08gr | [illegible] / V. R. Edw [illegible] |
| | |
| | |
| | |

| DIET | | AMOUNT |
|---|---|---|
| Breakfast | ______ | % ______ |
| Lunch | ______ | % ______ |
| Dinner | ______ | % ______ |

| | TIME | 2400-0600 | 0600-1200 | 1200-1800 | 21-24 1800-2400 |
|---|---|---|---|---|---|
| ROUTINE ASSESSMENT | Breast | | | | Soft NT |
| | Fundus | | | | firm @ U/1 |
| | Lochia | | | | Moderate |
| | Perineum | | | | intact / grossly |
| | Incision | | | | swollen |
| | | | | | ice pack |
| ROUTINE CARE | Bath | | | | Ø |
| | Sitz Bath | | | | instructed |
| | Pericare | | | | by nurse |
| | IV Care | | | | H. L. Ⓒ wrist |
| ACTIVITY | Bedrest | | | | abnormal, TCB |
| | Ambulatory | | | | not yet obs. |
| | Bonding Behavior | | | | Baby in ISC |
| | | | | | |
| ELIMINATION | Urine | | | | Foley = 400 ml |
| | Stool | | | | BS↓ / flatus + |
| | | | | | |
| SPECIAL PROCEDURES | | | | | DTR = 2+ |
| | | | | | clonus = Ø |
| | | | | | Protein : trace |
| MED/RESPONSE | | | | | |
| | | | | | |
| | | | | | |

| M.D. VISITS Name | Time | COMMENTS |
|---|---|---|
| | | |
| | | |
| | | |

D1692(6-86)6

OBSERVATIONS

| DATE | TIME | |
|---|---|---|
| 8.18 | 2:10 | Received from L+D per gurney, awake alert and oriented. Accompanied by husband and nurse. Skin warm/dry. Hep. lock intact, site clear. Lungs clear, heartrate regular, abdomen soft c̄ fundus firm @ u/1. Moderate lochia rubra. Perineum is grossly swollen, ice pack in place, and was renewed prn thereafter - Moves all extremeties s̄ problem c̄ minimal edema both feet. DTR 2+. Snack given, but took 3-4 bites of sandwich and half of milk. Dozing on and off — Pericare by staff nurse. Repositioned for comfort. Slept s̄ @ long intervals — [illegible] |

UCSD MEDICAL CENTER

# MATERNITY DAILY CARE RECORD

| DATE | Source | Request Date |
|---|---|---|
| 11. 19. 90 | | |

Patient Identification

| SHIFT | NURSE'S SIGNATURE/PRINT NAME |
|---|---|
| 24 0730 | [illegible] / V R Echeverria |
| D | Egpadilla RN / E. Padilla RN |

| DIET | AMOUNT |
|---|---|
| Breakfast | % |
| Lunch | % |
| Dinner Reg | % |

| | TIME | 2400-0600 | 0600-1200 | 1200-1800 | 1800-2400 |
|---|---|---|---|---|---|
| ROUTINE ASSESSMENT | Breast | soft NT | soft N/T | [illegible] pump | |
| | Fundus | firm @ u/1 | firm @ u/1 | firm | |
| | Lochia | moderate | small | scant | |
| | Perineum | intact / grossly swollen | swollen [illegible] | intact c̄ edema | |
| | Incision | ice pack | | | |
| | | | | | |
| ROUTINE CARE | Bath | ø | sponged | - | |
| | Sitz Bath | ø | done x 1 | ✓ | |
| | Pericare | by staff nurse | self c̄ assist | self care | |
| | IV Care | H.L. / patent | H L / patent | Heplock | |
| ACTIVITY | Bedrest | observed | observed | - | |
| | Ambulatory | not yet obs | up c̄ assist | up c̄ help | |
| | Bonding Behavior | Baby in ISC | ISCN - babe appropriate | ISCN | |
| | | | | | |
| ELIMINATION | Urine | foley = 400 | foley out < 1600cc voided 500cc | (1700) voided 500 cc | |
| | Stool | ø / BS+ / flatus+ | ⊕ flatus | | |
| | | | | | |
| SPECIAL PROCEDURES | Protein | trace | trace | | |
| | DTR | 2+ | +2 | | |
| | clonus | ø | ø | | |
| MED/RESPONSE | | | | | |

| M.D. VISITS Name | Time | COMMENTS |
|---|---|---|
| | | (1800) [illegible] |

D1692(6-86)6

OBSERVATIONS

| DATE | TIME | |
|---|---|---|
| 4/19/50 | 1000 | Mom to 15CW per wheelchair – Good bonding. Pt very |
| | | cooperative & claimed feels better today.– Encouraged to ambulate |
| | | Breast pump to mom ——— E. Padilla RN |

UCSD MEDICAL CENTER

# MATERNITY DAILY CARE RECORD

| DATE | Source | Request Date |
|---|---|---|
| | | |

Patient Identification

| SHIFT | NURSE'S SIGNATURE/PRINT NAME |
|---|---|
| 0730-1030 | P. O'D RN / P. O'DONNELL RN |
| | |
| | |
| | |

| DIET | | AMOUNT |
|---|---|---|
| Breakfast | reg | % 75 |
| Lunch | | % |
| Dinner | | % |

| | TIME | 2400-0600 | 0600-1200 | 1200-1800 | 1800-2400 |
|---|---|---|---|---|---|
| ROUTINE ASSESSMENT | Breast | | soft NT | | |
| | Fundus | | firm at U | | |
| | Lochia | | sm rubra | | |
| | Perineum | | intact ē | | |
| | Incision | | sm edema | | |
| | | | | | |
| ROUTINE CARE | Bath | | shower | | |
| | Sitz Bath | | encouraged | | |
| | Pericare | | self | | |
| | IV Care | | ⊘ | | |
| ACTIVITY | Bedrest | | PRN | | |
| | Ambulatory | | ad lib | | |
| | Bonding Behavior | | mom went to SCN | | |
| | | | | | |
| ELIMINATION | Urine | | QS | | |
| | Stool | | + BS | | |
| | | | | | |
| SPECIAL PROCEDURES | | | | | |
| | | | | | |
| | | | | | |
| MED/RESPONSE | | | | | |
| | | | | | |
| | | | | | |

| M.D. VISITS Name | Time | COMMENTS |
|---|---|---|
| | | |
| | | |
| | | |

D1692(6-86)6

UCSD MEDICAL CENTER

# MOTHER
# PATIENT EDUCATION PLAN

BOMAN LISA
F 02-27-68 CAL
0 1355743 1
J12

Patient Identification

Source Date

TEACHING CODE
NA = Not applicable
AV = Video or tape instruction
V = Verbal instruction
D = Demonstration
R = Return demonstration
VU = Verbalizes understanding
P/G = Printed information given
* = Return demo required before DC
** = For moms with babies in ISCC or not able to breastfeed

| INITIATION TIME For C/S or Complicated Del | INITIATION TIME For Vaginal Delivery | | DATE / Initials | METHOD | RETURN | DATE / Initials | COMMENTS |
|---|---|---|---|---|---|---|---|
| On Admit | On Admit | Oriented to room, phone, visiting hours | 8·18 me | ✓ | | | |
| On Admit | On Admit | Received Patient Education packet | 8·18 me | ✓ | | | |
| On Admit | On Admit | Instructed on CCTV | 8·18 me | ✓ | | | |
| On Admit | On Admit | Instructed on handwashing | 8·18 me | ✓ | | | |
| On Admit | On Admit | Instructed on ID bands | 8·18 me | ✓ | | | |
| By 16° PP | By 6° PP | Instructed on breast care | 8·18 me | ✓ | | | |
| By 12° PP | By 12° PP | Instructed on use of breast pump and storage of milk | 8/19 ep | ✓ | | | ** |
| By 1st Void | By 1st Void | Instructed on use of peri bottle | 8/19 | ✓ | | | * |
| N/A | By 8° PP | Instructed on use of sitz bath | 8/19 | VU | | | * |
| By 48° PP | By 24° | Instructed on bowel/bladder care | ↓ | | | | Early D/C |
| By 48° PP | By 24° | Instructed on diet | ↓ | | | | Video seen by |
| By 48° PP | By 16° PP | Instructed on signs/symptoms of maternal complications | ↓ | | | | pt. |
| By 72° PP | By DC | Instructed on activity/restrictions | ↓ | | | | |
| By 72° PP | By DC | Instructed on contraception | ✓ 8/19 ep | | | | |
| By 72° PP | By DC | Instructed in incision care (C-section/tubal) | N/A | | | | |
| | | Special Instructions: | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | Videos to be seen before DC: *Giving Your Baby a Bath* *Taking Your Baby's Temperature* *Car Safety* | 8/19/98 ↓ ep | | | | |

| INITIALS | PRINT NAME | SIGNATURE | INITIALS | PRINT NAME | SIGNATURE |
|---|---|---|---|---|---|
| me | V. R. Edwards | | ep | E. Padilla | Epadilla |
| | | | | | |

D1571(R7-88)6