UCSD MEDICAL GROUP

FOURTH AND WASHINGTON

DATE OF SERVICE: 2/27/91

BOMAN, Kayla
DOB: 8/18/90
1355802

INFANT SPECIAL CARE NEURODEVELOPMENTAL FOLLOW-UP CLINIC NOTE

CHRONOLOGICAL AGE: 28 weeks (6.5 months)
ADJUSTED AGE: 18 weeks (4.25 months)

PERINATAL/NEONATAL HISTORY: Kayla was a 30 week AGA premature infant who was born via normal spontaneous vaginal delivery to a 20 year old gravida-IV para-III female who received late prenatal care. She went into pre term labor and failed tocolysis. Prenatal complications include: Poor estimated date of confinement. The mother was RH negative and given RhoGAM, she was anemic with hematocrit of 22 during pregnancy. She was positive for Chlamydia and was treated with Erythromycin. She smoked one pack of cigarettes per day for 6 years. At delivery the baby had a weak cry, was stimulated, received suction in mask, continuous positive airway pressure. Apgars were 6 at 1 minute and 8 at 5 minutes.

Problems during the newborn period included the following:

1. The second day of life she was on room air. She was started on Aminophylline for apnea and bradycardia. She continued to have apnea and bradycardia and was sent home on caffeine and a monitor and was followed in Pulmonary Clinic.
2. Cardiovascular: She was stable during hospitalization. She had no evidence of a PDA. A CRgram done early in the hospitalization showed obstructive bradycardia but no desaturations.
3. Hematologic: She had a peak bilirubin of 10.5 and was on phototherapy.
4. Infectious Disease: All cultures were negative at 72 hours.
5. Gastrointestinal: She had no feeding problems except apnea and bradycardia thought to be secondary to reflux.
6. Neurologic: She had a grade II intraventricular hemorrhage, subependymal hemorrhage left greater than on the right. An eye examination showed grade I zone 2 determination of the vessels, no evidence of retinopathy of prematurity.

INTERIM HISTORY: Mother presents to the Clinic today accompanying Kayla. She reports that she sees Dr. Kartchner at UCSD Primary Care. Their last visit was 12/12/91 for a well child check. She has recently been discharged from Pulmonary Clinic. She is not involved in any occupational therapy, physical therapy, or special education programs. She is followed by a public health nurse on a regular basis. A review of systems is significant for a recent URI. She is on no medications. She is up once during the night. Mother has switched her from Enfamil to Gerber Formula. She does not tend to spit up as frequently. She has started cereal but gets constipated so has been giving it to her approximatly every 2 days. Immunizations are up to date. She had a BAERs in February of 1991 which she failed. She is scheduled for a follow up in May of 1991. She has also followed up in Ophthalmology with Dr. Brown.

(continued)


Case 4:12-cv-08001-GAF Document 160-2 Filed 09/03/15 Page 1 of 28

UCSD MEDICAL GROUP

BOMAN, Kayla
DOB: 8/18/90
1355802
Date of Service: 2/27/91
Page Two

PSYCHOSOCIAL: This is a single mother with four children ages 4 years, 2 years, 1 year, and Kayla who is 6 months old. Originally she had moved here from Oklahoma after father had taken the two older children. The father of her three older children is not the father of Kayla. Mother plans to take her four children and move back to Oklahoma no later than June of 1991.

GROWTH: Weight 4.54kg (below the 5th percentile for adjusted age); Height 58.5cm (12th percentile for adjusted age); head circumference 41.5cm (60th percentile for adjusted age).

PHYSICAL EXAMINATION: This is a small well nourished little girl in no acute distress.
HEENT: Normocephalic. Eyes: EOMs intact. PERRLA bilateral red reflex. Ears: TMs clear. Nose and Throat: Mucoid discharge.
RESPIRATORY: Clear.
CARDIOVASCULAR: Regular rhythm without murmur.
ABDOMEN: Normal.
MUSCULOSKELETAL: Normal.
GU: Normal female.
SKIN: Clear.

NEUROMUSCULAR EXAMINATION: Kayla was evaluated utilizing the Amiel-Tison Neuromuscular assessment tool. DTRs are 1+ in the upper extremities, 2+ in the lower extremities without crossed adductors and no clonus. Primitive reflexes include palmar grasp positive, traction negative, auto walk positive, ATNR negative, Moro negative, plantar positive and she had intermittent fisting on the right hand. Shoulder girdle tone is decreased without retractions. Neck and Truck Tone: Flexor and extensors normal. Upper Extremities: Active and passive tone is normal. Lower Extremities: Active tone normal, passive tone decreased. In regard to asymmetry she did have an intermittent right hand fisting.

DEVELOPMENTAL ASSESSMENT: She was tested utilizing the Gesell Developmental Test. She was tested at 18 weeks adjusted age. She had an overall score of 16.4 weeks with a ceiling of 18 weeks and a base of 16 weeks.

Individual areas include:
1. Adaptive 16 weeks, normal.
2. Gross motor 16 weeks, normal.
3. Fine motor 16 weeks, normal.
4. Language 16 weeks, normal.
5. Personal-social 16 weeks, normal.

LANGUAGE ASSESSMENT: She was tested using the Early Language Milestone Scale. She had an overall pass in auditory expressive, and auditory receptive, and visual.
(continued)
Case 4:12-cv-08001-GAF Document 160-2 Filed 09/03/15 Page 2 of 28

UCSD MEDICAL GROUP

BOMAN, Kayla
DOB: 8/18/90
1355802
Date of Service: 2/27/91
Page Three

During the entire interview and examination the behavioral parental interaction was appropriate.

SUMMARY:
1. Growth: Petite little girl.
2. Physical Evaluation: Normal.
3. Neurological Evaluation: Lower extremity passive hypotonia, right hand fisting intermittently.
4. Developmental Assessment: Normal.
5. Psychosocial: Single mother plans to move to Oklahoma no later than June.

RECOMMENDATIONS:
1. Referred to Oklahoma follow up.
2. Anticipatory guidance.
3. VRA.

Yvonne Vaucher, MD
Director ISCFU

Barbara Goergen, RN/MS/CPNP
Program Coordinator, ISCFU

Nancy Collins, RN/CPNP

BG/cml

D: 2/27/91
R: 2/28/91
T: 3/9/91

cc: ISCFU
cc: UCSD Medical Records
cc: r. Wade Kartchner
UCSD Department of Pediatrics
H 814 L


Case 4:12-cv-08001-GAF Document 160-2 Filed 09/03/15 Page 3 of 28

UCSD MEDICAL CENTER

BOMAN, Kayla
1355802
DOB: 8/18/90

PROGRESS RECORD

| Source | Request Date |
|---|---|
| | 10/17/90 |

Patient Identification

PEDIATRIC ENDROCRINE EVALUATION

Mother: Lisa Boman, UCSD #1355743

CHIEF COMPLAINT: Kayla is now a 2-month old white female seen by me in the special care nursery with a chief complaint of hypercalcemia.

PRESENT ILLNESS: Kayla was born at 30 weeks' gestation to a 20-year old mother who was gravida IV, para III. The infant did well immediately post delivery, but by approximately 12 days of age, on 8/30/90, was noted to be hypercalcemic with a calcium of 11.9. Her first serum calcium on day 1 of age was 7.9 with a phosphorus of 5.1.

I saw her at that time and attempted to establish the cause of her hypercalcemia. Careful evaluation of the amount of calcium which she was receiving parenterally revealed that there was no excessive input. She did have a urinary calcium/creatinine ratio of 0.78 which established that she did not have hypocalciuric hypercalcemia. The only other explanation was that she had excessive skeletal liberation or liberation from soft tissue. She had no evidence of subcutaneous fat necrosis. A parathyroid hormone concentration was obtained and was 16 pcg/ml while she was hypercalcemic. It was my impression at that time that, given her hypercalcemia (which was in the range of 12 at that time), her parathyroid hormone should have been suppressed and that a level of 16 with a normal range of 8 to 24, was inappropriately elevated.

At that time she had restriction of calcium and from 8/30/90 to 9/7/90 the calcium was in the range of 12 and then dropped down to 9.8. There was a late rise in her phosphorus but this was only transient. Since discharge she has been asymptomatic and doing well.

During the course of the evaluation it was determined that Kayla's mother had two serum calciums of 6.6 and 6.1 during the pregnancy. This is complicated by the fact that she was receiving magnesium and magnesium levels were elevated at 5.9 and 7.0. Neither did she have evidence of hyperphosphatemia, suggesting that the mother was hypoparathyroid. Post delivery she had a serum calcium of 9.6 with a phosphorus of 4.3.

PAST HISTORY: A past history reveals that the mother had a Chlamydial infection during pregnancy and was treated with erythromycin. She also had been found to be anemic. The gestation was 30 weeks, the birth weight 1,465 gm, and birth length 39 cm.

UCSD MEDICAL CENTER

BOMAN, Kayla
1355802
DOB: 8/18/90

PROGRESS RECORD

| Source | Request Date |
|---|---|
| | 10/17/90 |

Patient Identification

Mother: Lisa Boman, UCSD #1355743

CHIEF COMPLAINT: Kayla is now a 2 - Page 2

In addition to hypercalcemia, Kayla had transient hyperbilirubinemia, a small ventricular hemorrhage and a subependymal hemorrhage on the left and right. She had chlamydial conjunctivitis, apnea and bradycardia, and gastroesophageal reflux, all of which she has recovered from nicely. She is currently taking Enfamil with low iron, 2-1/2 to 4 oz. every four hours and she receives Tri-Vi-Flor.

FAMILY HISTORY: The pertinent family history is reviewed above, but there is no history of diabetes, hypoparathyroidism, or any other autoimmune disorder.

PHYSICAL EXAMINATION: The infant's length today is 47 cm, the weight 2.43 kg, and the head circumference 34 cm. The blood pressure is 60/33, and the pulse rate 140. Generally the infant is a sleeping, quiet child with head configuration characteristic of prematurity. The scalp hair is sparse. There are no teeth. The skin is warm and dry with good turgor. The anterior fontanelle is 2.5 x 2 cm and dolichocephalic. The remainder of the head, eyes, ears, nose and throat are unremarkable. The neck is supple and no thyroid is felt.

The chest is clear to auscultation. The cardiac examination reveals normal sinus rhythm with no murmurs heard. The abdomen is soft without masses or hepatosplenomegaly. The extremities show full range of motion with no deformity.

NOTE: We also looked at the mother who had very brisk deep tendon reflexes and a positive Chvostek.

ASSESSMENT: This young girl was thought early on to have transient hyperparathyroidism probably secondary to maternal hypocalcemia. The picture was very confused, however, by the fact that the mother's calcium phosphorus metabolism had been distorted by the magnesium sulfate given during the late pregnancy and labor. The picture of transient neonatal hyperparathroidism still fits the baby, but the picture of maternal hypoparathyroidism is less clear. The mother is quite hyperreflexic and does have what I feel is a positive Chvostek. Her physician is going to obtain a calcium and phosphorus today and will call me with the results. I see no need for us to continue to follow Kayla as she is resolved. She is continuing follow-up in the Premature Follow-up Clinic.

UCSD MEDICAL CENTER

BOMAN, Kayla
1355802
DOB: 8/18/90

Source | Request Date
10/17/90

PROGRESS RECORD

Patient Identification

Mother: Lisa Boman, UCSD #1355743

CHIEF COMPLAINT: Kayla is now a 2 - Page 3

DIAGNOSES:
1. Suspect transient neonatal hyperparathyroidism.
2. Possible maternal hypoparathyroidism.

DISPOSITION: Follow-up per the mother.

Kenneth Lee Jones. M.D.
Professor of Pediatrics
Chief, Division of Pediatric Endocrinology

KLJ-mt15F
D: 10/17/90
R: 10/17/90
T: 10/21/90

cc: Wade Kartchner, M.D.
Department of Pediatrics

cc: Frank Mannino, M.D.
Department of Pediatrics

10/17/90
CA 11.1
PHOS 7.4

Recall 11-1-90

LH

151-175(R8-83)6

UCSD MEDICAL CENTER

DISCHARGE SUMMARY

NAME: BOWMAN, Kayla

UNIT NUMBER: 1 35 58 02

DATE DICTATED: 10/1/90

ADM DATE: 8/18/90
DIS DATE: 10-5-90

ATT PHY: Yvonne Vaucher, M.D.
RES PHY: Elizabeth Sabga, M.D.

**PRESENT ILLNESS:** The patient is a previous 30 week AGA premature infant who was born via normal spontaneous vaginal delivery on 8/18, at 1640 to Lisa Bowman, a 20-year-old, gravida 4, para 3 female who received late prenatal care by Dr. Anjulano at Scripps Chula Vista. She was transported on that day to UCSD Medical Center for Scripps Chula Vista in preterm labor but she failed tocolysis. Amniocentesis on 8/13, showed a L/S ratio of 0.8 and no PG. She received betamethasone for two courses and on 8/18, her L/S ratio was 1.7 with no PG. The mother was initially tocolyzed with magnesium levels of 6-7 obtained. She was very somnolent the morning of delivery and the magnesium was turned off. She also received one course of Indocin from 8/14 to 8/16. Terbutaline was not given to her because she had experienced anxiousness with terbutaline when used previously.

The pregnancy was complicated by: 1) Poor dating: The mother is ten months postpartum and had no previous menstrual period. A sonogram on 7/20, showed an estimated date of confinement of 10/30. 2) The mother is Rh negative and was given RhoGAM on 8/18/90. 3) The mother was anemic and had a hematocrit of 22 during the pregnancy and this has been treated with iron. 4) The mother was positive for Chlamydia during her examination and she was treated with Erythromycin for ten days in July. 5) Cigarettes: The mother is a cigarette smoker and has smoked one pack per day for six years. 6) The mother has previous small for gestational age babies, with previous weights of 5 lb, 5 lb and 4 lb 8 oz.

Maternal labs include blood type of O negative, antibody screen negative, rubella immune, VDRL nonreactive, hepatitis B surface antigen negative.

The delivery progressed very quickly after the magnesium was discontinued. She had artificial rupture of membranes one hour prior to delivery with clear fluid. In the Delivery Room, the infant had a weak cry, was stimulated and received suction and mask continuous positive airway pressure. Apgars assigned were 6 with 2 off for color, 1 off for respiration and 1 off for tone and 8 with 1 off for color and 1 off for respirations. She was taken to the Special Care Nursery.

**PHYSICAL EXAMINATION:** Weight was 1465 grams, length 39 cm, head circumference 20 cm and Dubowitz score of 30 which was appropriate for gestational age.

**LAB STUDIES:** Platelet count 401,000. hemoglobin 14.8, hematocrit 44.2, white blood count of 7,700 with 37 segs, 0 bands, 57 lymphs, 6 monos, calcium 8.7, glucose 39, magnesium 4.5. Urine group B Strep was negative. Chest x-ray showed clear lungs and a normal heart and no fractures. A septic screen was done and the infant was placed on ampicillin and gentamicin.

**HOSPITAL COURSE:** 1) Fluids, electrolytes and nutrition: The infant was made initially npo because of her UAC line and due to concern over a possible magnesium ileus. She was given IV fluids of D10 with 2 of calcium/cc at 80 cc/kg/day. On her second day of life, the fluids were increased to 100 cc/kg/day. She was started on one half strength preemie Enfamil 20, 2 cc q3h on day of life four. She advanced to 9 cc of full strength preemie Enfamil q3h on day of life eight but this was decreased to 6 cc q4h because she began to have bradycardias. She advanced up to 16 cc/day on day of life nine and was then placed on antireflux precautions. She showed no signs of feeding intolerance only apneas and bradycardias which were thought to be secondary to reflux. She had hyperalimenation started on day of life five. The maximum hyperalimentation was Dextrose 15, amino acids 2.5, intralipids 2.5, 2 sodium, no potassium and no calcium. Hyperalimentation was discontinued on 9/11. She was up to full feedings on 9/14 of Enfamil 20. This was changed to PM 60/40 on 9/20, secondary to concern about increased phosphate. This was changed back to Enfamil 20 on 9/24. She is now taking Enfamil 20 50-60 cc q4h nippling all feeds and tolerating them well. She was up to full feedings by 9/20.

2) Respiratory: The baby was given nasal CPAP of 5. She had a trial off CPAP two hours later with a pC02 of 58. ABG at that time was 7.31/55/79/0.6 and 95% saturations on nasal CPAP of 5. She was weaned to a CPAP of 4 overnight and on the second day of life, she was on room air. She was started on aminophylline on day of life one for apneas and bradycardias. She was changed to po Theophylline without difficulty and maintained good levels. An oxygen saturation recording on 9/13, showed that her oxygen saturation fell to between 85-89% only 4% of the time. On 9/24, her Theophylline level was found to be down to 0.5. Because she had had no apneas or bradycardias for several days, she was discontinued from her Theophylline with apneas recorded afterward, however, she did have some bradycardias to the 60s, 70s and 80s without desaturations noted during these episodes. A CRgram on 9/30 showed

3) Cardiovascular: The infant has been stable during this hospitalization and has not required pressors. She has had no evidence of a patent ductus arteriosus. A CRgram done early in the

hospitalizations showed obstructive bradycardia but no desaturations.

4) Hematologic: The mother's blood type is O negative, infant blood type O positive, both Coombs' negative. The initial spun hematocrit was 63 and 64. The initial hematocrit was 44 on complete blood count. She never received any transfusions. Her hematocrit has remained stable throughout her hospitalization and her last hematocrit was 32 on 9/19. She appeared jaundiced on day of life two and was given phototherapy on day of life three from 8/21 to 9/2. Her peak bilirubin was 10.5 on 8/24. Her last bilirubin was 9.6 on 9/17. She was worked up for having persistent protracted increased bilirubin but no cause was found. Thyroid studies of TSH and T4 were normal. Galactassemia was negative. PKU was negative and these values were from the State Laboratories. Reticulocyte count was 2.0. Urine reducing substances were negative. The increased bilirubinemia was probably secondary to prematurity. The phototherapy was also difficult secondary to the infant's requirement for a sling that decreased the body surface area available to the treatment.

5) Infectious disease: A septic screen and antibiotics were given on admission. No LP was done. Urine for group B Strep was negative and blood cultures were negative at 72 hours after the antibiotics were discontinued on day of life. VDRL was nonreactive and the mother is hepatitis B antigen negative. However, during an eye examination on 9/28, it was noticed that the infant had purulent conjunctivitis. Eye cultures have been sent and ~~chlamydiazyme~~ of the eyes shows (+) for chlamydia.

. Nasopharyngeal culture ~~shows~~ negative

for chlamydia . The infant has been given Erythromycin eye ointment to use.

6) Gastrointestinal: Please see fluids, electrolytes and nutrition for this. She has tolerated her food fairly well. She has never had any heme positive stool or significant residuals. She has no real feeding problems only apneas and bradycardias thought secondary to reflux.

7) Renal: She has had excellent urine output throughout her hospitalization.

8) Neurologic: The infant has never had any documented seizures. On day of life three, she had a head ultrasound that showed a Grade II subependymal hemorrhage and intraventricular hemorrhage, greater on the left side than on the right. On day of life five, echogenic areas in the white matter adjacent to the right frontal horns were seen. She has had serial ultrasounds throughout this hospitalization, the last one on 9/27, which resolving subependymal hemorrhage, intraventricular hemorrhage and echodensities and stale mild ventricular hemorrhage. An eye examination on 9/29, showed Grade I, Zone II determination of vessels, no evidence of retinopathy of prematurity and a recheck was recommended in four weeks. There was some concern about poor head circumference growth at the beginning of her hospitalization. However, once the infant began to gain weight, her head circumference had a good integral growth pattern. She is small for her age. She was noted to have a calcium of 12.7 on 8/31 and 12.3 on 8/3. A urine calcium to creatinine ratio was .78 which is elevated. An Endocrine Consultation was obtained. Magnesium was 2.0 and phosphate at that time was 5.8, but was discovered that the mother had been hypocalcemic during her pregnancy, although when she was rechecked during Kayla's hospitalization, she was found to have a calcium of 9.6. Calcium was deleted from her fluids and hyperalimentation and it subsequently normalized.

On a check for calcium and phosphate, her phosphate was found to be elevated to 7.7 on 9/17. It was 8 on 9/19, therefore, her formula was changed to PM 60/40 which is low in phosphorus. An Endocrine Consultation was again obtained. A parathyroid hormone and terminal level were drawn which returned normal. Calcium was 9.8 and phosphate was 5.8 on 9/24. She was placed back on Enfamil 20 with a calcium of 9.8 and phosphate of 6.9 on 9/28. These problems are probably secondary to imbalance induced by the maternal hypocalcemia. The infant was also hypermagnessemic initially probably secondary to the magnesium tocolysis that the mother received.

9) Kayla's parents are married and have three other very young children at home. They are pleasant and involved and concerned. They live near Scripps Chula Vista Hospital. Originally, we had planned to transfer the patient back, however, with the ~~neurologic~~ CNS bleeds and the follow up ultrasound available here, it was decided to keep the infant here. The parents would like Kayla to follow up in our clinics.

**CONDITION ON DISCHARGE:** Her head circumference is 34.0 cm, length is 48 cm, weight is 2040. Final hematocrit is 34.5.

**DISCHARGE MEDICATIONS:** Poly-Vi-Flor 0.25 mg/cc 1 cc qd.

**DISPOSITION AND FOLLOWUP:** The patient is sent home to the care of her parents. She may have ad lib activities. She may have a 20 calorie formula as chosen by the parents. She is to return to Primary Care Clinic at UCSD Medical Center on 10/10 @ 1:45.

**DISCHARGE DIAGNOSIS:**
1. Prematurity, thirty weeks appropriate for gestational age.
2. Apneas and bradycardias of prematurity.
3. Hyperbilirubinemia.
4. Grade II intraventricular hemorrhage, subependymal hemorrhage, left greater than right.
5. Gastroesophageal reflux.
6. Hypermagnessemia 2° maternal tocolysis
7. Hypercalcemia.
8. Hyperphosphatemia.

Elizabeth Sabga MD

Elizabeth Sabga, M. D.
PMD I

ES:mr2
T: 10/1/90
cc: With the patient
Carlos Lopez, SCN
Yvonne Vaucher, M. D.
Ron Coen, M. D.

Further f/u:
Pulmonary Clinic 10/15 @ 1:10 pm
Neurology Dr. Hahn – call for appt end of Oct
Neurodevelopmental Clinic (clinic will arrange)
Eye Clinic – call for appt
Endocrinology Dr Jones 10/17 0900 am

UCSD MEDICAL CENTER

BOWMAN, Baby Girl
1355802

Source | Request Date

PROGRESS RECORD

Patient Identification

ADMISSION NOTE

DOB: 8-18-90
TIME: 1640

HISTORY: This is a 1465 gram, female infant who was delivered at 1640 hours 8-18-90. The mother is a 22-year-old, gravida IV, now para IV woman. She received prenatal care at Scripps Chula Vista and was transported because of preterm labor. She has an estimated gestation of about 29 weeks at the present time and she has a history of delivering another baby approximately ten months ago. She began preterm labor on 8-13-90 and she was treated with magnesium sulfate. The level rose to 7. She was given terbutaline but, apparently, did not tolerate it and she was then treated with indocin from about 8-14-90 to 8-16-90. She was noted to be anemic with a hct. of 22. She was treated with iron. She had a positive chlamydia culture in July of this year and was treated with erythromycin. She gives a history of smoking a pack of cigarettes/day. She was treated prior to delivery with betamethasone at Scripps Chula Vista Hospital on 8-13 and 8-14-90. Some fetal arrhythmias were noted during monitor with extra beats. But, this did not progress. Two different amniocentesis for lung profile were obtained on 8-13-90. The LS ratio was 0.8 with no PG. On 8-18-90 an LS increased to 1.7 with 0 pg and 24.6% PI. The mother's labor progressed and she delivered via normal, sterile, vaginal technique with the infant having Apgars of 6/8. The infant was admitted immediately to the Infant Special Care Center.

PHYSICAL EXAMINATION: The weight on admission to the ISCC was 1465 grams. The lgt. was 39 cm, head circumference 28 cm. Temperature on admission was 97.9, heart rate 165, respiratory rate 40, blood pressure 57/38. The infant showed mild retractions and no grunting. She was slightly hypotonic otherwise the physical examination was within normal limits. Dubowitz score was about 30 weeks.

IMPRESSION:
1. 30 week, AGA, preterm female infant with mild respiratory distress and possible sepsis because of the preterm labor and delivery.
2. The infant underwent a septic workup which showed 6700 white cells, 37% segs, no bands, 401K platelets. The hct. was 64%.

PLAN: 1). The infant has been placed on nasal CPAP and then taken off but had some apnea and bradycardia and was then started on aminophylline and still required ventilatory support with


Case 4:12-cv-08001-GAF Document 160-2 Filed 09/03/15 Page 12 of 28

UCSD MEDICAL CENTER

PROGRESS RECORD

| Source | Request Date |
|---|---|
| | |

BOWMAN, Baby Girl
1355802

Patient Identification

<u>ADMISSION NOTE</u> continued..page 2

obtained. Group B strep screen was negative. The baby was started on ampicillin and gentamicin. 4). The infant is on 21% oxygen with nasal CPAP, pressure of 4, pH of 7.31. There was some $CO_2$ retention. The $PCO_2$ was 55 and the $PO_2$ 79.

RCoen

Ronald W.Coen, M. D.

D: 8-18-90 T: 8-20-90 jm

cc: Dr. Anguiano/Scripps Chula Vista Hospital

151-175(R8-83)6

UCSD
MEDICAL CENTER

PROGRESS RECORD

1SCC
638

08 22 00

BOMAN KAYLA
F 08-18-90 CAL
U 1355802 1
Y35
AKA BOMAN BABY

**08/22/90 (Wednesday) NEUROLOGY ATTENDING CONSULT NOTE:**

**RE: BOMAN, BG 1355802 dob 8/18/90**
**CC/ID:** Asked by Dr. Ron Coen to see this 4 day newborn for IVH

**HISTORY:** 1465 g product of 29+ week gestation. Preterm labor with Mg tocolysis. Mom Rh neg. Given Rhogam. ? fetal arrhythmia by US 2 days ago. Delivered vaginally. Apgars 6/8. Received CPAP only and quickly went to room air. T bili max 8.6. Not requiring exchange transfusions. Having some As and Bs. ECHO showed grade II IVH/SEH on the right and mild ventricular dilatation.

**PHYSICAL EXAM:** 1400
**GENERAL:** AGA well developed premie lying in room air.
**HEAD:** NC. HC 28.5 cm. sutures overriding
**NECK/BACK:** unremarkable.
**ABDOMEN:** soft, no organomegaly
**EXTREM:** symmetric
**SKIN:** jaundiced
**MENTAL STATUS:** arousable easily.
**CRANIAL NERVES:** RR bilat. doll's eyes present. face symmetric. Tongue and palate midline. Suck present.
**MOTOR:** Moves all extrm symm. flexor tone in upper and lower extrm present. head lag of traction.
**SENSORY:** w/d to tactile stim
**DTRS:** present, not brisk. no clonus. Toes equiv.
**PRIM.RFLXES:** Grasp and suck present.

**DATA:**
EEG: Good background patterns. Rare pos. temp. sharps. Questionable attenuation in the right central region. No seizures or PRS.

**IMPRESSION:**
4 day old 29+ week premature infant with unilateral grade II IVH. By ECHO this hemorrhage appears to be germinal matrix hemorrhage often seen in premies. Mild ventricular dilatation seen early implies some volume loss antenatally. However the neuro exam and EEG appears to be essentially normal. If no further complications occur, should have a good prognosis. No seizures.

**RECOMMENDATIONS:**
Repeat ECHO on day 7 and then once weekly to look for any posthemorrhagic hydrocephalus or periventricular white matter disease. Will follow.

**Jin Hahn, M.D. 08/22/90**

Case 4:12-cv-08001-GAF Document 160-2 Filed 09/03/15 Page 14 of 28

UCSD MEDICAL CENTER

BOMAN, Kayla
1355802

Source | Request Date

## PROGRESS RECORD

Patient Identification

8-20-90

This infant is 1,275 gm., is in room air, on D10W with calcium, had 8 desaturation episodes in the last 24 hours, has serum sodium of 150 and chloride of 113. We need to increase the amount of fluids. The serum bilirubin also went up to 7.4 and she is on phototherapy. All of this indicates that she probably has not gotten enough fluid over the last 24 hours. Her head ultrasound is abnormal with grade II-III IVHs and some evidence of white matter necrosis adjacent to the ventricles. We should get an EEG. Chest x-ray looks normal; however, there are signs of in utero fetal distress with a so-called "bone in a bone" appearance to the vertebral bodies. The UAC is out at the present time. She remains on aminophylline and is on ampicillin and gentamicin.

Coen
Ronald Coen, M.D.

8-21-90

Weight is 1,230 gm. today, on D10W with 2 cc. q.3h. of maternal breast milk and/or 1/2 strength Pregestimil. The electrolytes are 150 sodium and chloride 113, indicating mild dehydration. We are increasing the fluid intake up to 150 cc./kg./day. The infant is off antibiotics. The official head ultrasound interpretation shows mild dilation of the lateral ventricles with the ventricular measurements of 9 mm. on the left and 8 mm. on the right. The left frontal horn is asymmetrically dilated compared to the right. There is a grade II IVH in the right lateral ventricle. Serial head ultrasounds will be followed.

Coen
Ronald Coen, M.D.

8-22-90

Weight is 1,165 gm today, on Pregestimil or breast milk, 2 cc. q 3h. Also on hyperalimentation with 12.5% glucose and 0.5 gm each of protein and lipid. Bilirubin is 10.1. The baby remains on phototherapy.

Coen
Ronald Coen, M.D.

151-175(R8-83)6

UCSD MEDICAL CENTER

DYSMORPHOLOGY EVALUATION

Source | Request Date

BOMAN, Baby Girl
SCN
1355802

Patient Identification

**NEW PATIENT EVALUATION**

| | | | |
|---|---|---|---|
| Name: | BOMAN, Baby ♀ | Date: | 9-7-90 |
| DOB: | 8-18-90 | Seen at: | SCN |
| Parent: | Lisa | Unit No.: | 1355802 |
| Phone #: | | | |
| Address: | | | |

**DIAGNOSIS:** RULE OUT WILLIAMS SYNDROME

**SUMMARY-COMMENT:**

Past Medical History: This is a 21-day-old female infant, born to a 22-year-old gravida 4 para 3-4 mother at 29+ weeks' gestation after spontaneous vaginal delivery, and a birth weight of 1465 gm. Birth length was 39 cm. The pregnancy was complicated by cigarette smoking, and a chlamydia infection. The baby's Apgars were 6 and 8. During his early neonatal life the baby exhibited hypercalcemia to the 12.5 range. His cardiac examination has been normal, as has cardiac ultrasound.

Physical Examination: Age 21 days; weight 1400 gm, which is about the third percentile for age. Head circumference is 29.5 cm, which is less than the third percentile for age. Neurologically, the baby is somewhat hypotonic. Of significance is that examination of the cranium shows very significant sagittal and lambdoidal suture overriding. There is some mild left plagiocephaly. The inner canthal distance is 1.6; palpebral fissure length is 1.4. There is no stellate pattern to the eyes. There is a small amount of micrognathia, and the facies is otherwise unremarkable with normal lips. The rest of the physical examination is unremarkable.

COMMENT: This child does not appear to have Williams syndrome. This is a difficult diagnosis to make at best in the normal neonatal period, much less at this age and gestation. Further evaluation will be necessary with growth. We are concerned over the poor growth of this child's head during the last three weeks of his life. This is reflected in that the overriding sagittal and lambdoidal sutures have not resolved. We would recommend further evaluation of a possible CNS abnormality with his poor head growth.

Rick Martin, M.D., for Kenneth Lyons Jones, M.D.

Physician's Signature | Date & Time

UCSD MEDICAL CENTER

DYSMORPHOLOGY EVALUATION

| Source | Request Date |
|---|---|
| | |

BOMAN, Baby Girl
SCN
1355802

Patient Identification

**NEW PATIENT EVALUATION**



**FOLLOWUP INDICATED:** None.

cc: UCSD Medical Center Medical Records ✓
File

KLJ/mt-ht

T: 09-11-90

Rick Martin Kenneth L. Jones

Rick Martin, M.D., for Kenneth Lyons Jones, M.D.

Physician's Signature Date & Time

21cu

## RADIOLOGY REPORT

UCSD MEDICAL CENTER

BOMAN, Baby G.
F 8 18 90
U 1355802 RA I

8/21/90 PAGE ( 1 )

ABDOMEN SINGLE VIEW on 8/18/90 at 17:07
KUB

DR. MEYERSON

HISTORY:
None provided.

REFERENCE FILMS:
8/18/90 at 22:29.

IMPRESSION:
1. Normal.

FINDINGS:
No catheters are identified. Bowel gas pattern is normal.

KC

DAVID ED , M.D.,
RA GIST

Kr

REF:D RRITT

---

UCSD MEDICAL CENTER

## RADIOLOGY REPORT

BOMAN, Kayla N.
F 8 18 90
U 1355802 RA I

8/27/90 PAGE ( 1 )

CHEST SINGLE VIEW on 8/24/90 at 16:07
AP PORTABLE SUPINE

DR. LIU

HISTORY:
Percutaneous line placement in a 30 week premie.

FINDINGS:
Comparison made to previous study of 8/18/90. Lungs remain essentially clear. There is a right percutaneous catheter whose tip is not seen with clarity; it may be in the right subclavian vein.

IMPRESSION:
DE 1. Percutaneous line placement on the right.

DAVID EDWARDS, M.D.,
STAFF RADIOLOGIST
151-113(10-89)6

Kr

REF:DR. MERRITT

151-116(10-89)6 RADIOLOGY REPORT SD Medical Center

U C S D   M E D I C A L   C E N T E R

D I V I S I O N   N E O N A T A L - P E R I N A T A L   M E D I C I N E

E C H O E N C E P H A L O G R A P H Y

C E R E B R A L   B L O O D   F L O W   D O P P L E R

&   A B D O M I N A L   A O R T A   S T U D I E S

R E P O R T

P A T I E N T   D A T A                S T U D Y

| NAME | UNIT# | B.DATE | B.TIME | DATE | TIME |
|---|---|---|---|---|---|
| Bowman bg | 1355802 | 08-18-90 | 1640 | 08-20-90 | 1147 |

There is mild dilatation of the lateral ventricles (with the atria measuring approximately 9 mm left and 8 mm right in the axial plane). The frontal horns are asymmetrically dilated, L>R. There is a Grade II SEH/IVH in the right lateral ventricle (measuring approximately 1x1x1.5 cm in diameter).

JIN HAHN MD

IVH=Intraventricular hemorrhage. SEH=Subependymal hemorrhage
SAH=Subarachnoid hemorrhage.

U C S D   M E D I C A L   C E N T E R

D I V I S I O N   N E O N A T A L - P E R I N A T A L   M E D I C I N E

E C H O E N C E P H A L O G R A P H Y

C E R E B R A L   B L O O D   F L O W   D O P P L E R

&   A B D O M I N A L   A O R T A   S T U D I E S

R E P O R T

| P A T I E N T   D A T A | | | | S T U D Y | |
|---|---|---|---|---|---|
| NAME | UNIT# | B.DATE | B.TIME | DATE | TIME |
| Boman bg | 1355802 | 08-18-90 | 1640 | 08-22-90 | 1000 |

The lateral ventricles are mildly dilated at the level of the atria (measuring approximately 8 mm in the axial plane). There is a Grade II SEH/IVH in the right lateral ventricle which is unchanged in size. There is an echogenic area in the white matter adjacent to the right frontal horn. This may represent areas of congestion and or microhemorrhage with or without necrosis. Follow-up study is recommended on 8/27/90.

JIN HAHN MD

IVH=Intraventricular hemorrhage. SEH=Subependymal hemorrhage
SAH=Subarachnoid hemorrhage.

U C S D   M E D I C A L   C E N T E R

D I V I S I O N   N E O N A T A L - P E R I N A T A L   M E D I C I N E

E C H O E N C E P H A L O G R A P H Y

C E R E B R A L   B L O O D   F L O W   D O P P L E R

&   A B D O M I N A L   A O R T A   S T U D I E S

R E P O R T

| P A T I E N T   D A T A | | | | S T U D Y | |
|---|---|---|---|---|---|
| NAME | UNIT# | B.DATE | B.TIME | DATE | TIME |
| Boman bg | 1355802 | 08-18-90 | 1640 | 09-07-90 | 1050 |

No major interval change. The lateral ventricles are mildly dilated at the level of the atria (measuring approximately 9 mm in the axial plane). Partial resolution of the Grade II SEH/IVH in the right lateral ventricle which is unchanged in size. There is an echogenic area in the white matter adjacent to the right frontal horn. This may represent areas of congestion and or microhemorrhage with or without necrosis. Follow-up study is recommended on 9/24/90.

RAUL BEJAR MD

IVH=Intraventricular hemorrhage. SEH=Subependymal hemorrhage
SAH=Subarachnoid hemorrhage.

U C S D M E D I C A L C E N T E R

D I V I S I O N N E O N A T A L - P E R I N A T A L M E D I C I N E

E C H O E N C E P H A L O G R A P H Y

C E R E B R A L B L O O D F L O W D O P P L E R

& A B D O M I N A L A O R T A S T U D I E S

R E P O R T

P A T I E N T D A T A | S T U D Y

| NAME | UNIT# | B.DATE | B.TIME | DATE | TIME |
|---|---|---|---|---|---|
| Boman bg | 1355802 | 08-18-90 | 1640 | 09-27-90 | 1340 |

No major interval change. The lateral ventricles are mildly dilated at the level of the atria (measuring approximately 7-8 mm in the axial plane). Partial resolution of the Grade II SEH/IVH in the right lateral ventricle. There is still a residual clot at the caudate nucleus. The echogenicity of the white matter is normal. Resolving SEH/IVHs and echodensities and stable mild ventricular enlargement. Follow-up study is recommended on 10/18/90.

RAUL BEJAR MD

IVH=Intraventricular hemorrhage. SEH=Subependymal hemorrhage
SAH=Subarachnoid hemorrhage.

UCSD MEDICAL CENTER

# ELECTROENCEPHALOGRAM REQUEST AND REPORT

Source ISCC 638 Date 08 20 90

BOMAN KAYLA
F 08-18-90 CAL
U 1355802 I Y35
AKA BOMAN BABY
Patient Identification

**Test Requested:** ☐ wake EEG only ☐ sleep EEG only ☐ sleep-deprived sleep EEG only

☑ special study: neonatal ☐ prolonged monitoring

**Indication for Referral:** (R) Gr II IVH + dilated lat ventr

**Clinical History/Diagnosis:** 30 wk GA ⊖ RH factor

**Age:** 3 dd **Medications:** Amp, Gent, Theo

**Time Since Last Seizure:** ⊖ **Amount of Sleep in Last 24 Hours:** ______ **Time Since Last Meal:** ______

☐ **OK to Sedate** (chloral hydrate, 1.0 - 1.5 g. p.o. in adults, 50 mg/kg in infants and children)

Date of Service: 8/21/90 8/21/90 Requested by: [signature] M.D. Ext./Beeper: ______

Send Report to: [signature] (Print Name) Mail Code: ______

COMMENT: This is a three day old infant (gestational age 30 weeks) with a right Grade II IVH. Medications include antibiotics. This is a 20-channel portable record obtained in the SCN.

REPORT: Active sleep was characterized by a relatively continuous background containing high amplitude delta activity and low amplitude theta activity. There were runs of rhythmic theta activity in the temporal regions. Intermittent delta brushes were noted in the temporal, central and occipital regions. Quiet sleep was characterized by a discontinuous background containing bursts of high amplitude delta and theta activity alternating with periods of very low voltage activity. Some interburst intervals lasted 10 seconds. Some degree of asynchrony was noted during quiet sleep.

INTERPRETATION: This EEG is within normal limits for conceptional age. Good sleep staging was present. There were no electrographic seizures.

EEG Number 90-1364 EEG Tech [signature] EEG Interpreter [signature] M.D.
lmr
JIN HAHN, M.D./Attending Neurologist

151-839(R6-88)7

UCSD MEDICAL CENTER
University of California, San Diego
Medical Center
225 Dickinson Street
San Diego, CA 92103-1990

BOMAN ~~LISA~~ BABY
~~1355743~~

Placenta p90-539

# REPORT OF PLACENTA EXAMINATION

Mother's Age 22

Date of Delivery 8/18/90

Surgeon

Baby's Unit # 1355802

Clinical Diagnosis Delivery 30w / 14659
R/O SEPSIS

GROSS:

Cord length 30 cm

Insertion

Membranes (complete)/incomplete

10 cm

Dimension 17 x 1 x

Weight 200 gm

Calcification yes (no)

Abruptio Size yes (no)

Infarct % yes no

Meconium staining old recent no

Other

MICROSCOPIC: (none)

DIAGNOSIS:

Placenta – ~~None made~~ immature, circumvallate

Umbilical cord – Marginal insertion

Fetal membranes – Meconium staining
KB
1

Kurt Benirschke, M.D.

151-060 (R12-87)6

UCSD MEDICAL CENTER

# Retinopathy of Prematurity (ROP) OPHTHALMIC EXAMINATION RECORD

BOHAN KAYLA
F 08-18-90 CAL
U 1355802 I
Y35
AKA BOHAN BABY
Patient Identification

Source: ISCC
Date: 09 28 90

| DATE OF EXAMINATION | BIRTH WEIGHT (GRAMS) | GESTATIONAL AGE (WEEKS) | CORRECTED GESTATIONAL AGE (WEEKS) |
|---|---|---|---|
| 9/29/90 | | | |




ZONE — MARK WITH "X"

RE: Z1 [ ] Z2 [X] Z3 [ ]

LE: Z1 [ ] Z2 [X] Z3 [ ]

STAGE AT CLOCK HOURS

Blank = Normal
1 = Demarcation Line
2 = Ridge
3 = 2 + Extraret Prolif
4 = 3 + Retinal Detach
5 = No Information

RE (marked grid):

| Clock hours | Left column | Right column | Clock hours |
|---|---|---|---|
| 12–11 | | | 12–1 |
| 11–10 | 1 | | 1–2 |
| 10–9 | 1 | | 2–3 |
| 9–8 | 1 | | 3–4 |
| 8–7 | 1 | | 4–5 |
| 7–6 | | | 5–6 |

LE (marked grid):

| Clock hours | Left column | Right column | Clock hours |
|---|---|---|---|
| 12–11 | | | 12–1 |
| 11–10 | | 1 | 1–2 |
| 10–9 | | 1 | 2–3 |
| 9–8 | | 1 | 3–4 |
| 8–7 | | 1 | 4–5 |
| 7–6 | | | 5–6 |

MARK HIGHEST STAGE AT EVERY CLOCK HOUR

[ ] If Stage 3: 1 = Mild 2 = Moderate 3 = Severe [ ]

[ ] If Stage 4: 1 = Exudative 2 = Tractional 3 = Combined [ ]

## OTHER FINDINGS

| O.D. | | | O.S. |
|---|---|---|---|
| [ ] | A | Dilatation tortuosity posterior vessels | [ ] |
| [ ] | B | Iris vessel dilatation | [ ] |
| [ ] | C | Pupil rigidity | [ ] |
| [ ] | D | Vitreous haze | [ ] |
| [ ] | E | Hemorrhages | [ ] |

## CICATRICIAL RLF (REESE, 1953)

| O.D. | | | O.S. |
|---|---|---|---|
| [ ] | I | Small mass opaque tissue in periphery without detachment | [ ] |
| [ ] | II | Larger mass opaque tissue in periphery with localized detachment | [ ] |
| [ ] | III | Larger mass in periphery with traction fold to disc | [ ] |
| [ ] | IV | Retrolental tissue covering part of pupil | [ ] |
| [ ] | V | Retrolental tissue covering entire pupillary area | [ ] |

Discharge in eyes. Suggest Chlamydial smear & C+S.

COMMENTS
GI ZII temp OS
Vessels terminate in Z II nasally s̄ ROP

FOLLOW-UP RECOMMENDED
Re ✓ 4 weeks

E W Brown MD — Physician's Signature
9-29-90 — Date & Time

B413(8-90)6 WHITE - Medical Record CANARY - Physician PINK - Department

2544

ATTN: 239-70-040//21-1990-22,92,1

Initial

BABY: BOMAN,
GENDER: FEMALE
NBS ID: J-7935299-81
MEDICAL#: 1355802
MOTHER: BOMAN, LISA
2379 CAULFIELD DR
SAN DIEGO CA 92154
PHONE:(619) 424-5236

TRACER#: 239-70-040//21-1990-22

PLACE OF BIRTH/TRANSFER:
UC MED CTR SAN DIEGO
225 W. DICKINSON
SAN DIEGO CA 92103

R508

COEN, RON
225 DICKINSON DR
SAN DIEGO CA 92123

| | Date | Time |
|---|---|---|
| BABY'S BIRTH: | 08/18/90 | 16:40 |
| SPECIMEN COLLECTED: | 08/24/90 | 06:00 |

AGE AT COLLECTION: 6 DAYS
BIRTHWEIGHT: 1465 GRAMS
ETHNIC GROUP: WHITE, NONHISPANIC

| TESTS | RESULTS: |
|---|---|
| PHENYLKETONURIA ....... | 2.1 - MG/DL NEGATIVE |
| GALACTOSEMIA ....... | NEGATIVE |
| CONGENITAL HYPOTHYROIDISM ....... | NEGATIVE |
| HEMOGLOBINOPATHY ....... | HEMOGLOBIN PATTERN: FA |

INTERPRETATION: No hemoglobin disease or trait apparent. These results assume no transfusion prior to testing and do not rule out the possibility of thalassemias, thalassemia traits, hemoglobin H disease, or rare hemoglobin variants.

OFFICE USE ONLY: 239-70-040//21-1990-22 08/30/90 R508

BOWAN KAYLA
F 08-18-90 CAL
U 1355802 I
Y35
AKA BOWAN BABY

ISCC
638 09 10 90

UCSD Medical Center
Neonatal Clinical Support Center
CardioRespirogram/Oxycardiorespirogram/Polysomnogram
Technical Analysis/Interpretation

| | |
|---|---|
| Unit Number | 1355802 |
| Last Name | Bowman |
| First Name | Kayla |
| Date of Birth | ~~08/18/90~~ |
| Date of Referral | 09/29/90 |

| | | |
|---|---|---|
| Birth Weight | 1465grams | |
| GA | 30 weeks | PCA 36 weeks |
| Type of Study | OCR | |
| Medications | NONE | |
| Theophylline Level | mg/dl (Therapeutic Level 0.8 - 1.2) | |

Analysis

| | |
|---|---|
| Periodic Breathing | 4.0 % (Predicted- 10% Preterm, 3% Term) |
| Bradycardia >5s | 2 (Threshold 80 BPM) |
| Longest Brady | 6 seconds |
| Lowest HR | 50 BPM |
| Apneas 10-14s | 4 |
| Apneas 15-20s | 0 (Predicted-0) |
| Apneas >20s | 0 |
| Longest Apnea | 13 seconds |
| Obstructive Apneas | N/A (Events >5 seconds) |
| Baseline Saturation | 99 % (Predicted - >95%) |
| # Events <88% | 0 (Predicted - 0) |
| pH Related Events | N/A (Predicted - 0) |

Comments 2 APNEAS ASSOCIATED WITH BRADYCARDIA. NO DESATS.

Interpretation

Analyst________________________

Physician________________________

BOWMAN KAYLA
F 08-18-90
U 1355802
Y39

UCSD Medical Center
Oxygen Saturation Recording - Neonatal

NUMBER OF SATS 1

| | | |
|---|---|---|
| Unit Number | 1355802 | |
| Last Name | Bowman | |
| First Name | Kayla | |
| Date of Birth | 08/18/90 | |
| Date of Referral | 09/13/90 | |
| GA | 30 weeks | Birth Weight 1465 |
| PCA | 30 weeks | |
| Diagnosis | | |

---

ANALYSIS

| | | |
|---|---|---|
| FiO2 .21 | NC Flow | cc |
| Baseline Sat. | 100% | |
| # Events <88% | 4 | |
| % Time 90-100 | 96 % | |
| % Time 85-89 | 4 % | |
| % Time 74-84 | 0 % | |
| % Time <75% | 0 % | |
| Clinical Observ. | | |

Analysis

Interpretation No abnormalities

Analyst Angela Carrabino

Interpreting Physician [signature]