Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

# Registration / Admission Record

RUN DATE: 10/15/90
F CLASS: E    F CODE: E10

## PATIENT INFORMATION

| FINANCE NUMBER | PT. TYPE | SERVICE | LOCATION | DATE ADMITTED | ADM. TIME | MOTHER'S MAIDEN NAME | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|
| 321674 | OPS | NBP | CHHC | 10/15/90 | 1340 | HEDBERG | 25-56-12 |

| PATIENT'S NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | DATE OF BIRTH | AGE | SEX | MARITAL STATUS |
|---|---|---|---|---|---|
| BOMAN,KAYLA D | 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 | 08/18/90 | 8W | F | SINGLE |

| PATIENT'S STREET ADDRESS | CITY, STATE, ZIP | HOME PHONE |
|---|---|---|
| 1674 PALM AVE #76 | SAN DIEGO CA 92154 | 619-429-8763 |

| PATIENT "AKA" | BED ASSIGN. | RELIGION | SCHOOL |
|---|---|---|---|
| | | NONE | |

## ADMITTING INFORMATION

| ADMITTING PHYSICIAN | CO-ADMITTING PHYSICIAN NAME |
|---|---|
| PARK,SUNG MIN 619-565-8111 | |

| ATTENDING PHYSICIAN NAME | REFERRING PHYSICIAN NAME |
|---|---|
| PARK, SUNG MIN 619-565-8111 | SCHEIBER,DR |

| RACE | TRANSFERRING FACILITY NAME | ACCIDENT DATE/TIME |
|---|---|---|
| WHITE | | |

ADMITTING DIAGNOSIS/PRESENTING PROBLEM
ON MONITOR

## RESPONSIBLE PARTY INFORMATION

| RESPONSIBLE PARTY/PARENT NO. 1 | RELATIONSHIP | SOCIAL SECURITY NUMBER | DATE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|
| BOMAN,LISA M | M | 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 | 02/27/68 | SEPARATED |

| ADDRESS | HOME PHONE |
|---|---|
| 1674 PALM AVE #76 SAN DIEGO CA 92154 | 619-429-8763 |

| EMPLOYER | OCCUPATION | WORK PHONE | EXT. |
|---|---|---|---|
| PEPSI | HM | | |

EMPLOYER ADDRESS

| RESPONSIBLE PARTY/PARENT NO. 2 | RELATIONSHIP | SOCIAL SECURITY NUMBER | DATE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|
| | | | | |

| ADDRESS | HOME PHONE |
|---|---|
| | |

| EMPLOYER | OCCUPATION | WORK PHONE | EXT. |
|---|---|---|---|
| | | | |

EMPLOYER ADDRESS

| FRIEND-/RELATIVE | RELATIONSHIP | SOCIAL SECURITY NUMBER | DATE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|
| BOMAN,JUDY | GM | | | |

| ADDRESS | HOME PHONE |
|---|---|
| | 619-424-523 |

| EMPLOYER | OCCUPATION | WORK PHONE | EXT. |
|---|---|---|---|
| | | | |

EMPLOYER ADDRESS

## INSURANCE INFORMATION

| INSURANCE COMPANY NAME/PROGRAM | SUBSCRIBER'S NAME | DATE OF BIRTH | SEX | REL. | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| SELF PAY | BOMAN,KAYLA D | 08/18/90 | F | PT | 000-00-000 |

| INS. ADDRESS | PHONE NO. |
|---|---|
| 1674 PALM AVE #76 SAN DIEGO CA 92154 | |

| AUTH. NO. | INSURANCE NUMBERS/MEDICAL I.D. |
|---|---|
| | |

| INSURANCE COMPANY NAME/PROGRAM | SUBSCRIBER'S NAME | DATE OF BIRTH | SEX | REL. | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| MEDI-CAL | | | | | |

| INS. ADDRESS | PHONE NO. |
|---|---|
| | |

| AUTH. NO. | INSURANCE NUMBERS/MEDICAL I.D. |
|---|---|
| VC#1 | PENDING |

REMARKS

TIME: USER:

Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92 123

# Conditions of Treatment / Admission

This Agreement contains the conditions of admission and treatment of inpatients and outpatients at Children's Hospital-San Diego (the "Hospital"). So that the Hospital and physicians treating patients at the Hospital may provide health care to their patients in an atmosphere where patients and their families are clearly defined and understand their rights and obligations, you are asked to read and sign this Agreement. Before signing this Agreement, which is a legally binding contract with the Hospital, please ask any questions that you need in order to understand the following articles of this Agreement.

1. ARBITRATION OF DISPUTES. II is understood that any dispute as to medical malpractice, that is as to whether any medical services rendered under this contract were unnecessary or unauthorized or ware improperly, negligently or incompetently rendered! will be determined by submission to arbitration as provided by California law, and not by a lawsuit or resort to court process except as California law provided for judical review of arbitration proceedings. Both parties to this contract, by entering into it, are giving Up their constitutional right to have any such dispute decided in a court of law before a jury and instead are accepting the use of arbitration.

   Arbitration shall be in accordance with the current medical arbitration regulations of the California Hospital Association-California Medical Association, copies of which are available upon request in the Hospital Admissions Office. This Agreement to arbitrate shall apply to all claims in law or equity arising in connection with hospitalization of the patient named in this Agreement, or provision of outpatient services to the patient against the Hospital. Its employees, agents and any member of the Hospital's medical staff who has agreed as evidenced by a written agreement in the medical staff records of the Hospital, to be bound by the arbitration provision of this Agreement.

   Agreement to arbitrate claims as provided in this article is not a precondition to the provision of services by the Hospital or members oi its medical staff, If the patient, or the undersigned does not agree to arbitration pursuant to this article, he or she shall initial here__________, _ or this arbitration provision shall apply, and shall be binding upon the parties to this Agreement including newborns and heirs, representatives, executors. administrators, successors and assigns of such parties and newborns. Agreement to arbitrate pursuant to this article may be rescinded Upon written notice from the patient or the patient's representative to the Hospital received within thirty (30) days after the date this Agreement is signed.

2. CONSENTTO MEDICAL AND SURGICAL PROCEDURES. The undersigned consents to the procedures which may be performed during this hospitalization or on an outpatient basis, including but not limited to emergency treatment or services, laboratory tests, x-rays, medical and surgical treatment and procedures, anesthesia, or Hospital services rendered Under the general and specific instructions of the patient's physician or surgeon, who ordinarily will not be an employee or agent of the Hospital.

3. TEACHING PROGRAMS. It is understood and agreed that members of the Hospital's medical staff and other health care professionals may conduct teaching programs at the Hospital and the patient may be required to pariiclpaia in these programs, unless a request is made to the patient's physician to be excluded from teaching programs and a copy is provided to the Hospital.

4. LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS. All physicians and surgeons furnishing services to the patient at the Hospital, including but not limited to radiologists, pathologists, anesthesiologists, are independent contractors with the patient and are not employees or agents of the Hospital. Tha patient is under the care and supervision of his or her attending physician and it is the responsibility of the Hospital and Its nursing staff to carry out the instructions of the physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent when required to medical or surgical treatment, special diagnostic or therapeutic procedures or Hospital services rendered the patient under the general and special instructions of the physician.

5. PERSONAL VALUABLES. It is understood and agreed that the Hospital maintains a safe for the safekeeping of money and valuables, and the Hospital shall not be liable for the loss or damage to any property of the patient or patient's family unless deposited with the Hospital for safekeeping. The liability of the Hospital for money, jewelry, documents, furs, and other articles of unusual value belonging to the patient or the patient's family which are deposited with the Hospital for safekeeping Is limited by statute to $500 unless a written receipt for a greater amount has been obtained from the Hospital by the patient.

6. RELEASE OF INFORMATION. To the extent necessary to determine liability for payment and to obtain reimbursement, the Hospital may disclose portions of the patient's financial and medical records to any parson or corporation or to any agent of any such person or corporation which is or may be liable for all or any portion of the Hospital's charges, including but not limited to insurance companies, employers, health care service plans or workers compensation carriers. The Hospital may also make available pertinent information to government social agencies and other health care providers as necessary to Insure continuity of care and availablity of health care services for the patient and the patient's family.

   Upon inquiry the Hospital may make available to the public certain basic Information about the patient, Including name, address, age, sex, general description of the reason for treatment, general nature of the injury or other condition. If the patient or the patient's legal representative does not want this information to be released, he/she must Initial In the box at the end of this sentence or otherwise make a written request for the information to be withheld.__________

7. FINANCIAL AGREEMENT. The undersigned agrees to pay, whether he or she signs as agent or patient, that in consideration of the services to be rendered to the patient he or she individually obligates himself/herself to pay the account of the Hospital In accordance with the Hospital's regular rates and terms. All accounts for Inpatient services are due and payable in full upon discharge. All accounts for outpatient services are due and payable at the time services are provided. The Hospital may assess a late payment charge of one percent per month (12.68% par year) on the unpaid balance of any account from the sixtieth day after the account becomes due and payable. In the event the account for services rendered to the patient is referred to a collection agency or an attorney for collection, the undersigned shall pay reasonable collection costs, including without limitation, attorneys' fees and court costs, including costs on appeal.

8. ASSIGNMENT OF INSURANCE BENEFITS. The undersigned authorizes, whether he/she signs as agent or as patient, direct payment to the Hospital of any insurance benefits otherwise payable to or on behalf of the undersigned for his/her hospitalization or outpatient care, Including emergency services if rendered, at a rate not to exceed the Hospital's regular charges. It is agreed that payment to the Hospital by an insurance company shall discharge the insurance company of any and all obligations under tha policy to the extent of the payment. Should direct payment of insurance benefits not cover all charges, it is understood by the undersigned that he/she is financially responsible for any remaining balance.

9. HEALTH SERVICE PLANS. The Hospital maintains a list of health service plans with which It has contracted. A list of these plans is available Upon request from the Admissions Office. It is the responsibility of the patient, the patient's legal representative or duly authorized agent of the patient to ensure they are in compliance with the regulations of their specific health service plan in seeking health services from the Hospital. Patients not In compliance with their specific plan's regulations may be denied coverage by their plan for the services rendered. and then will be individually obligated to pay the full cost of all services received by the patient. The Hospital reserves the right to terminate contractural agreements with health service plans without express written notice to the patient.

   The Hospital has no contract, expressed or implied, with any plans that do not appear on the list. The undersigned agrees that he/she is Individually obligated to pay the full cost of all services rendered to the patient by the Hospital if the patient belongs to a plan that does not appear on the above mentioned list should his/her plan fail, refuse or deny payment.

10. COMMUNITY SERVICE OBLIGATION. CH-SD hasagreed to make its services available to all parsons residing or employed in thisarea. Our facility is prohibited bylawirom discriminating against MediCal and Medicare patients. Should you believe you may be eligible for Medical or Medicare, you should contact our Director oi Patient Business Services at 576 -5870 for assistance in applying.

The undersigned certifies that he/she has read the above, received a copy, and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

**NOTICE: UNLESS YOU INITIAL IN THE SPACE PROVIDED IN ARTICLE 1, BY SIGNING THE CONTRACT YOU ARE AGREEING TO HAVE ANY ISSUE OF MEDICAL MALPRACTICE DECIDED BY NEUTRAL ARBITRATION AND YOU ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL. SEE ARTICLE 1 OF THIS CONTRACT.**

CHILDREN'S HOSPITAL—SAN DIEGO

By [signature]
Hospital's Duly Authorized Representative

Time of Signing: 10/15/90 1:47, 19____

[signature]
Legal Name of Patient (Please Print)

[signature]
Signature of Patient, Parent, Guardian, Conservator or Agent

[signature]
Relationship to Patient

Financial Responsibility Agreement by person In addition to the patient, or the patient's legal representative: I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Arbitration Agreement, Financial Agreement, Assignment of Insurance Benefits, and Health Care Service Plan Obligation Provisions above.

By ______________________
Hospital's Duly Authorized Representative

______________________
Responsible Parson

______________________
Relationship to Patient

Time of Signing: ______, 19__



7032 (12/88) PMR

Children's

Children's Hospital — San Diego
800 1 Frost Street
San Diego California 92 123
Outpatient Department

**Initial Nursing Assessment OPD**

Patient Name ______

M.R. # ______

Fin. # ______

Date of Birth ______

| HEAD CIRCUMFERENCE | HEIGHT | | WEIGHT |
|---|---|---|---|
| 34.5 cm | 46.5 cm | | 2.33 kg |
| BLOOD PRESSURE | TEMPERATURE | PULSE | RESPIRATION |
| 94/48 | 97.2 Ax | 164 | 46 |

IMMUNIZATIONS UP TO DATE? ☒ Yes ☐ No (If no, explain):

Allergies to Medications NKA

Other Significant Allergies (e.g. Inhalants, Insect Stings, Contact, Etc.) NKDA

SIGNIFICANT CHILDHOOD DISEASES

none

Recent Exposure to Communicable Diseases no known exposures

CURRENT MEDICATIONS

Caffeine .5cc QD
TVH 1cc QD
Fer-In-Sol .33 QD
A+B monitor

REASON FOR VISIT

Pulmonary followup

MAJOR HEALTH PROBLEM

A.O.P

SIGNATURE [signature] RN

DATE 10/15/90

7168 (3/90) RBF

Children's

Children's Hospital – San Diego
8001 Frost Street
San Diego, California 92123
Outpatient Department

**Medical Summary - OPD**

Patient Name ______
M.R. # ______
Fin. # ______
D.O.B. ______

DATE OF INITIAL HX / MEDICAL EXAM | PATIENT NAME

## ONGOING PROBLEMS

| | DATE | DIAGNOSIS | DATE REC'D |
|---|---|---|---|
| 1. | 10/1/90 | AOP | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |

| | DATE | SIGNIFICANT PROCEDURE / SURGERY / HOSPITAL |
|---|---|---|
| 1. | 8/18/90 - 10/1/90 | UCSD - 30 wks gest. / AOP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 0. | | |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## MEDICATIONS

| | MEDICATION | DOSE | REASON | DATE BEGAN | DATE D/C |
|---|---|---|---|---|---|
| 1. | TVF | 1cc QD | WCC | 10/1/90 | |
| 2. | FerInSol | .33cc QD | WCC | 10/1/90 | |
| 3. | Caffeine | .5cc QD | AOP | 10/1/90 | |
| 4. | Ad B monitor | | AOP | 10/1/90 | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 6. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

**SUBSEQUENT ALLERGIES** | **MEDICATION REACTIONS**

**FORM REVIEWED / UPDATED BY PHYSICIAN / RN**

| | DATE | SIGNATURE | | DATE | SIGNATURE | | DATE | SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| 1. | 10-15-90 | [illegible signature] | 5. | | | 9. | | |
| 2. | | | 6. | | | 10. | | |
| 3. | | | 7. | | | 11. | | |
| 4. | [redacted] | | | | | | | |



128

7169 (3/90) RBF

@Children's Hospital – San Diego
Cl University Hospital Pulmonary Center

# Newborn Pulmonary Follow-Up Assessment

– 2 wk

| Sex | Age | Date Last Visit | Source | Visit Date |
|---|---|---|---|---|
| F | 2 mo | 1st Visit | UCSD | 10/15/90 |

**Diagnosis**
BPD — (Apnea) (circled) — Home Vent. — Trach. — Other

**Purpose of Visit**
(New Pt) (circled) — Annual — Routine FU — Hosp FU — Sick-BPD — Sick-Not BPD — Other

**Activity / Feeding Tolerance:** Fdg well / Alert & Active
**Baseline R.R.:**

**Apnea / Bradycardia:** Ø Apnea or Bradycardia Alarms
**Cyanosis:** Ø
**Edema:** Ø

**Diet**
Formula Enf 20
Amount/Feed 2½–3½ oz ml/# Feeds — 270 ml/kg — 180 cal/kg
Fluids Total 630 /day

**Supplements**
MCT — cc/day — cal/day — Polycose cc/day — g/day — cal/day

**Solids** — cal/day — cal / kg
**Total** — ml/kg — cal / kg

**Vitamins**
Multi TVF 1cc QD — Vit. E — Vit. D — Iron Fer-in-Sol .33 QD — Fluor

**Interim Hospitalizations**
UCSD 8/18/90 – 10/1/90

**Consults**
OT/PT — Other Dr. Kartchner PCC

**Immunizations**
DPT + OPV – last Wed – tolerated well Ø alarms

**Remarks**
Has been doing well since discharge. Had runny nose c̄ clear nasal discharge Sat + Sun. Ø fever, Ø cough. Ø monitor alarms.

**MEDICATIONS**

| Medication | | | | Change Today |
|---|---|---|---|---|
| Diuretics ☐ No | | | | |
| Oxygen ☐ No | ml Per Minute | Hours Per Day | | |
| Oral Bronchodilators ☐ No | | | | |
| Aerosols ☐ No | Bronchodil | Cromolyn | | |
| KCl ☐ No | NaCl ☐ No | | | |
| Antimicrobials ☐ Rx | | | | |
| Physiotherapy ☐ Rx | | | | |
| Trach Care ☐ Rx | | | | |
| Monitor ☐ Rx A + B mon. Alarm | 20/80 | | | |
| Ventilator Settings ☐ No | Rate | PIP | PEEP/CPAP | FiO2 |
| Other ☐ Rx | Digitalis | Antihypertensives | | |
| | Antacids | Steroids | | |
| Caffeine 5cc QD | | | | |

8001 Frost Street • San Diego, CA 92123 . (619) 576-1700

# Nutritional Assessment
## Infants

Patient Name Bomai Kaulaj   Date: 10-15-90

Diagnosis apnea

Age 2 mo   Adj. Age -2 wks   Prev. Wt ____ kg   TSF ____   % ile ____

Wt 2.33 kg   % ile 10   Wt Chg ____ g   MAC ____   % ile ____

Ht 46.5 cm   % ile 25   Wt Chg ____ / ____ d   MAMC ____   % ile ____

good Appetite   Wt loss   ∅ Constipation   ∅ Diarrhea   ∅ Emesis   Vent. dep.

Food allergies NKA

Feeding problems none

Medications Caffeine

Comments monitors

**INTAKE:**

Vitamin/Mineral Supplements [illegible] .3cc gd   TVF 1cc gd

Formula Enf. 20   # Feeds 7   Amount 2½ - 3½ /feed

CAL 420   PRO 9.45 g   FL 630 ml

Free Water   FL ____ ml

Additives

Rice cereal ____   CAL ____   PRO g ____   FL ____ ml

oil - ____   CAL ____   FL ____ ml

Polycose ____   CAL ____   FL ____ ml

Solids/Nutritional Supplements

CAL ____   PRO g ____   FL ____ ml

**Total Intake**   CAL ____   PRO g ____   FL ____ ml

Cal/Kg 180   Pro/Kg 4   **ml/kg** 270

**ASSESSMENT:** Doing well on formula) [illegible] problems. Mom [illegible] baby is gaining well.

**PLAN:** Monitor intake & growth



[signature] R.D.

Case 4:12-cv-08001-GAF Document 160-3 Filed 09/03/15 Page 6 of 6