Scripps Memorial Hospital

435 H Street
P.O. Box 1537
Chula Vista, California 92012-1537

(619) 691-7000

DATE OF SERVICE,. 12/29/90

**HISTORY:**
This li-month-old comes in complaining of fever. It turns out that the, child- has been-- sick intermittently since before Thanksgiving, of-ten with drippy nose and cough- and the like: Right now for- the last three to f-four days:. he has been having some increased nasal congestion, some increased cough and fever. No real sore throat: No particular vomiting or diarrhea. He has in general been drinking well and urinating well until today when his- appetite was poor.

**PHYSICAL EXAMINATION:**
Exam reveals an alert, cooperative youngster -who- looks miserable and somewhat, but not toxic. Tympanic membranes are. benign. He has a lot of thick, green, copious nasal discharge; Oropharynx is benign. Lungs have some coarse rhonchi without rales or wheezes:'. Heart-. is without murmur. Abdomen is benign. Skin turgor is good. The child is dirty and grimy.

Chest- x-ray is unremarkable. WBC 11,200 with 49% neutrophiles and 55% lymphocytes with 5% bandforms. Hct is 35.3.

**IMPRESSION:**
1. NASOPHARYNGITIS. 460
2. BRONCHITIS. 466.0

**PLAN:**
Home. Pediazole, clear liquids, Tylenol.Follow up with a physician in 1-2 days, return sooner,-as needed. I have told: mom that she- needs:. to. keep shoes and socks on the child and see to it that he gets his medicine There is to. be no smoking in the -home. She seems to -understand these instructions and the child is discharged to her care- in satisfactory condition.

M. M. LOEHR, M.D.
MML:sdm D&T: 12/29/90

4649216
12/29/90 /20/1989
OCHS MELVI
MR# 00000

Case 4:12-cv-08001-GAF Document 160-4 Filed 09/03/15 Page 1 of 1