Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

BOMAN, DESIREE NICOLE
#26-85-67
DOB: 01/11/87
M LEVY, MD

## HISTORY AND PHYSICAL EXAMINATION

DATE OF ADMISSION: 05/12/91

HISTORY OF PRESENT ILLNESS:
This 4-1/2-year-old white female was referred to PERC Clinic by the nursing supervisor as a walk-in. She apparently wandered onto a ball field and was hit on the right side of her face and head with a softball. She was noted to fall down immediately and did not cry for a minute or two. At the time of being found, she was unconscious, but rapidly regained consciousness. Subsequent to this, she acted somewhat confused, but there has been no emesis and her general mental state has slowly improved.

PAST MEDICAL HISTORY:
She is generally healthy.

IMMUNIZATIONS: Up to date.

ALLERGIES: No known allergies.

BLEEDING DISORDERS: None known.

HOSPITALIZATIONS: She was hospitalized from 5/7/91 to 5/9/91 for dehydration secondary to a herpetic gingivostomatitis.

MEDICATIONS: Advil, benadryl, and Maalox.

PHYSICAL EXAMINATION:

GENERAL: On examination, she is awake and in some pain. She recognizes her mother, but does not answer questions and is very quiet. Temperature is 97°, pulse 103°, respirations 24, blood pressure 111/68.

SKIN: There is some bruising on the right side of her face. There is no other significant trauma.

HEENT: Her lips are cracked and swollen secondary to her herpetic stomatitis. There is swelling over the zygomatic area, and although the external ocular movements are intact, and the orbit feels intact, it is not clear if there is an underlying fracture. Her TMs are clear without hemotympanum. There is no evidence of hematoma. Her gums are inflamed and she has a loose left upper central incisor, but there is no other evidence of dental fracture.

NECK: Supple without evidence of trauma.

CHEST: Normal.

HISTORY AND PHYSICAL EXAMINATION

HEART: Normal.

ABDOMEN: Normal.

EXTREMITIES: Normal.

PLAN:
1. She is to be admitted to Special Care to the Trauma Service.
2. Skull films will be taken to look for zygomatic and orbital ridge fracture.
3. She will be monitored closely and a CT performed should this be necessary.

Nicholas Levy, M.D.

NL/mb
cc: Patient Business Service--Inpatient Clerical
Quality Assurance
Nicholas Levy, M.D.
D: 5/12/91 (1945)
T: 5/13/91