Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

BOMAN. CARL JAMES I I
#26-16-80
DOB: 10/20/89
S BHASIX. MD

47-1

## HISTORY AND PHYSICAL EXAMINATION

DATE, OF ADMISSION: 01/25/91

CHIEF COMPLAINT:
Alkaline ingestion.

HISTORY OF PRESENT ILLNESS:
Carl is a 15-month-old Caucasian male who ingested approximately 2 tsp of trisodium phosphate powder at 5 p.m. tonight. He obtained the powder from a cup which was lying on the bathroom counter: a family friend was repairing the bathroom floor and using t-he powder. The patient has been drooling since the ingestion, and has had emesis twice at home and then several times after he was brought to Scripps Chula Vista Emergency Room. The emesis was not induced by the family and was spontaneous. He has had trouble taking liquids. including milk. and mother reports he has difficulty swallowing. Mother also reports a one-week history of clear rhinorrhea and low-grade fever without vomiting, diarrhea, cough. or rash. He has had good oral intake and urine output prior to the ingestion today.

PAST MEDICAL HISTORY:

BIRTH: Born to a Gravida 3. Para 3 mother with pregnancy complicated by preterm labor which was treated at home with oral tocolytics. The child was born full-term. Birth weight was 6 lb: in Oklahoma. The patient did well postnatallp.

MEDICAL: He is usually a healthy child: however, he had a pneumonia in the f irstyear of life and had bronchitis last December 1990. treated as an outpatient.

HOSPITALIZATIONS: None.

SURGERIES: None.

REGULAR PHYSICIAN: Scripps Chula Vista Clinic.

MEDICATIONS: None regular.

DRUG ALLERGIES: None known.

IMMUNIZATIONS: Mother reports immunizations' are up to date, but she is not quite sure.

FAMILY HISTORY:
Unremarkable.

SOCIAL HISTORY:
There are three other siblings at home. ages 4 years. 2-1/2 years. and 5 months. Both parents are married and live at home.

.-HISTORY AND PHYSICAL EXAMINATION

PHYSICAL EXAMINATION:

VITAL SIGNS AND STATISTICS : Weight is 10.6 kg. Head circumference is
Temperature is 101° rectally, pulse is 130, respiratory sate is 34, and
pressure i s 113/80.

GENERAL: No acute distress. Consolable when he cries during the examir

HEENT: Normacephalic. Atraumatic. PERRL. EOMI. Nares with clear rhi
The left side of his lips has tiny burns. but oropharynx is clear withou
ulcers, sores! or lesions. He is drooling-. Bilateral TMs are red-; howe
is-crying, and they have good landmarks.

NECK: Supple with shotty lymph nodes.

HEART: Regular rate and rhythm. Normal S1 and S2 without murmur. Puls
÷2 bilaterally.

PULMONARY: Coarse breath sounds but no rales or wheezes.

ABDOMEN: Soft and nontender. Normal bowel sounds. No hepatosplenomega

GENITOURINARY: Normal male. Testes are descended bilaterally .

EXTREMITIES: Full range of motion.

NEUROLOGIC: Developmentally normal for age. Neurologic examination is
for age.

IMPRESSION:
This is a 15-month-old male with a strong alkali ingestion in the form o
powder. Need to rule out esophageal b-urns and watch for risk of esophag
rupture and secondary respiratory distress.

PLAN:
1. CBC with differential.
2. Start prophylactic IV penicillin for anaerobic coverage.
3. Start prophylactic steroids (Decadron) to minimize inflammation.
4. NPO and keep on IV fluids at maintenance.
3. Check chest x-ray.
6. Place a DT immunization. since mother does not have the immunization records available.
7. Esophagoscopy in the morning with Dr. Canty as Pediatric Surgery cons

HISTORY AND PHYSICAL EXAMINATION

PHYSICAL EXAMINATION:

VITAL SIGNS AMD STATISTICS: Weight is 10.5 kg. Head circumference is 43 cm. Temperature is 101" rectally, pulse is 130, respiratory rate is 34, and blood pressure is 113/80.

GENERAL: No acute distress. Consolable when he cries during the examination.

HEENT: Normocephalic. Atraumatic. PERRL. EOMI. Nares with clear rhinorrhea. The left side of his lips has tiny burns. but oropharynx is clear without ulcers, sores, or lesions. He is drooling. Bilateral TMs are red; however, he is crying, and they have good landmarks.

NECK: Supple with shotty lymph nodes.

HEART: Regular rate and rhythm. Normal S1 and S2 without murmur. Pulses are ÷2 bilaterally.

PULMONARY: Coarse breath sounds but no rales or wheezes.

ABDOMEN: Soft and nontender. Normal bowel sounds. No hepatosplenomegaly.

GENITOURINARY: Normal male. Testes are descended bilaterally.

EXTREMITIES: Pull range of motion.

NEUROLOGIC: Developmentally normal for age. Neurologic examination is normal for age.

IMPRESSION:
This is a 15-month-old male with a strong alkali ingestion in the form of a powder. Need to rule out esophageal burns and watch for risk of esophageal rupture and secondary respiratory distress.

PLAN:
1. CEC with differential.
2. Start prophylactic IV penicillin for anaerobic coverage.
3. Start prophylactic steroids (Decadron) to minimize inflammation.
4. NPO and keep on IV fluids at maintenance.
5. Check chest x-ray.
6. Place a DT immunization. since mother does not have the immunizati on records *available*.
7. Esophagoscopy in the morning with Dr. Canty as Pediatric Surgery consultation.

HISTORY AND PHYSICAL EXAMINATION

8. Will type and screen preoperatively.
9. Just follow clinically,

Sangita Bhasin, M.D.
Pediatrics Resident

John F. Bastian, M.D.
Attending Physician

SB/nh
cc: Patient Rusiness Service--Inpatient Cleric31
Quality Assurance
T. Canty, M.D.
John F. Bastian, M.D.
AMG
D: 1/25/91 (2034)
T: 1/26/91