Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

BOMAN, CARL JAMES II
#26-16-80
DOB: 10/20/89
J DAVIDS, MD

ORTHOPEDICS SERVICE

DATE SEEN: 04/25/91

CHIEF COMPLAINT:
Bowleg.

HISTORY OF PRESENT ILLNESS:
Carl is a 1-year-6-month-old male, third child, the product of-' an uncomplicated pregnancy and delivery via the vaginal route, vertex presentation. He is an otherwise healthy young male who began to walk at 14 months and is currently just beginning to speak.

The family history is notable for an aunt and a father who had some foot problems requiring bracing, as children. Be is brought in for evaluation of his bowlegged gait.

PHYSICAL EXAMINATION:
Physical examination reveals 6 cm between the knees with the medial malleoli touching and the child not standing. When ambulating, the child has progression angles of 0° bilaterally, with no evidence of varus thrust. Hip examination reveals abduction to 80° bilaterally with the hips in flexion. Examination of the knees reveals varus alignment with no evidence of ligamentous instability,

ASSESSMENT AND PLAN:
Physiologic genu varum.

The nature and natural history of this condition were reviewed in depth with Carl'3 mother and she seemed to understand the issues. At this point, no treatment is indicated. We would, however, like to see Carl back in six months for followup clinical examination. X-rays to be taken only if indicated by clinical examination.

Jon Davids, M.D.

JD/ld
cc: AMG
Jon Davids, M.D.
Drs. Mubarak and Wenger
Vesta Richardson, M.D.
D: 4/25/91 (1312)
T: 4/30/91