Scripps Memorial Hospitals

EMERGENCY RECORD EMERGENCY ROOM RECORD



MED REC # 243085

| ACCT # | ADM DATE / TIME | Priority | source | AM / BED | P.T. | PUBLICITY ? | HCI # | svc | F / C | P / A | ADM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4761235 | 05/01/1991 22:16 | | | | E | | 001 | ER | C | | KAA |

| PATIENT NAME | AGE | SEX | SOCIAL SEC # | OCCUPATION | HPP? |
|---|---|---|---|---|---|
| BOMAN, CHELSEA | 2Y | F | 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 | MINOR | NO |

| AKA | RELIGION | MAR | EMPLOYEE ID # | EMPLOYER |
|---|---|---|---|---|
| | NON | S | | |

| PATIENT ADDRESS | SMOKER | RACE | BIRTHDATE/PLACE | EMPLOYER ADDRESS |
|---|---|---|---|---|
| 1752 HARBISON CANYON RD<br>EL CAJON CA 92019 | NO | W | 07/09/ 1988<br>OK | |

| PHONE | FOH | Citiz | EMPLOYEE STATUS | EMPLOYER PHONE |
|---|---|---|---|---|
| 619-445-5686 | | Y | MINOR | 2 |

RELATIVE

| RELATIVE | RELATION | HOME PHONE | WORK PHONE |
|---|---|---|---|
| BOMAN, JUDY | GRANDMA | 619-445-3960 | |

GUARANTOR

| GUARANTOR | SOCIAL SECURITY # | EMPLOYER |
|---|---|---|
| BOMAN, LISA M | 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 | |

| ADDRESS | OCCUPATION/EMP ID # | EMPLOYER ADDRESS |
|---|---|---|
| 1752 HARBISON CANYON RD<br>EL CAJON CA 92019 | UNEMPLOYED | |

| RELATION | GUAR SEX | EMPLOYEE STATUS | EMPLOYER PHONE |
|---|---|---|---|
| RELATIVE | F | UNEMPLOYED | |

INSURANCE

| PRIMARY INSURANCE | INSURANCE ADDRESS/PHONE |
|---|---|
| C01 MEDI-CAL | |

| POLICY/GROUP # | MEDICAL # | PAC | # INS PLANS |
|---|---|---|---|
| 37381128103 012 | | | 1 |

| SECONDARY INSURANCE | INSURANCE ADDRESS/PHONE |
|---|---|
| | |

| POLICY / GROUP # | MEDICAL # |
|---|---|
| | |

| SUBSCRIBER | EMPLOYEE STATUS | OCCUPATION |
|---|---|---|
| | | |

| EMPLOYER | EMPLOYER ADDRESS: PHONE |
|---|---|
| | |

| ACC | DATE/TIME INJURY | 60? | HOSPITAL | DISCH DATE |
|---|---|---|---|---|
| | | | | |

COMMENTS

PHYSICIAN

| ADMIT REGIST DOCTOR & NO. | ADDRESS/ PHONE |
|---|---|
| 111112 CV CLINIC | -- |
| **ATTENDING DOCTOR & NO.** | **ADDRESS / PHONE** |
| 024604 OCHS MELVIN MD | 619-585-7000 492 3RD AVE CHULA VISTA CA 92010 |
| **ER DOCTOR & NO.** | **ADDRESS / PHONE** |
| 024604 OCHS MELVIN MD | 619-585-7000 492 3RD AVE CHULA VISTA CA 92010 |

ADMITTING DIAGNOSIS /COMPLAINT
SORES IN MOUTH

DEPT / PLANNED PROCEDURE

COMMENTS



MEDICAL RECORDS

Scripps Memorial Hospital

435 H Street
Post Off ice Box 1537
Chula Vista. California 91912-l 537

(619) 691-7000

DATE OF SERVICE: 05/01/91 ER# 4761235
BOMAN, CHELSEA

HISTORY: A 2 Yr old female who comes in after having increasing sores to her mouth for 2 days in increasing severity. She takes Alupent for occasional wheezes, but none now and no known drug allergies. No other medical problems. She was in the process of moving, had no fever, but was warm earlier this evening. She is urinating well and has no GI symptomatology. She is able to take p.o. fluids, but decreased food imput.

PE: T 102.7. Well developed, well nourished infant in no acute distress, alert, active. Cardiovascular: regular rate and rhythm. Lungs: clear. Abd: soft and nontender. Mouth: nurnerous group vesicles on eythematous bases and some erosions with whitish material inside. There is some minirnal swelling to the lip. There is no tonsilar swelling and no posterior pharynx erythema. There is a clear airway noted, there is no stridor. The left ear shows marked TM erythema. The right is normal. Neck: supple. Mouth - shows good moisture. Negative Kernig's, negative Brudzinski's and the skin shows no lesions. The skin shows good turgor.

DIAGNOSIS:
1. FEVER. 780.6.
2. HERPES. 054.2.
3. OTITIS MEDIA. 382.00.

PLAN:
The Pt is given Lidocaine to paint the lesions prior to any food and given a dose of Amoxicillin here. They were told to push fluids, paint the mouth sparingly with a Q-Tip and warned not to use too much viscus Lidocaine prior to eating. Told to use Tylenol for fever, Amoxicillin 4 cc three times a day for 10 days, given pediatric referral for recheck in 48-72 hours or sooner for increased problems. She was told to return for problems. She understands and accepts these discharge instructions. The child leaves in good condition after taking p.o. fluids.

DMC:clc (CD) DT 05/02/91 DAVID MCCLELLAN, M.D.

Scripps Memorial Hospitals

# EMERGENCY ROOM RECORD



ALLERGIES: NKA

MEDICATIONS: Alupent

TETANUS | WEIGHT 28 lb

TRIAGE ☐ E ☑ U ☐ N ☐ P

PATIENT INFORMATION: FAMILY WR / NEEDS SIGN / POSS CMS / TIME NOTED

PRE PAID PLAN / PHONE No.

CONTACT PERSON / TX ☐ / DENIED ☐

OTHER

FIELD TX

| TIME | ☑T | NURSES NOTES | TIME | T | P | R | B/P |
|---|---|---|---|---|---|---|---|
| 2152 | | 2 yo ♀ to ER triage area c̄ c/o sores in mouth x 2 days c̄ ↑ severity tonight. "No fever but warm this evening." "In process of moving." Alert, color wnl. Skin w&d. Lips sl. puffy. C Schnuelvrgot [illegible] | 2152 | 102.7 | 140 | 28 | |
| 2300 | | To Tx area carried by mother [illegible] | | | | | |
| 23[illegible] | | Exam by Dr McClellan. | | | | | |
| 23[illegible] | | Amoxil 4cc pd given as well as Xylocaine viscous painted to mouth. | | | | | |
| 2400 | | Discharge per mother c̄ instructions + i dose of Amoxil for AM. Cperez | | | | | |
| | | Prescription given — Cperez | | | | | |

**DOCTORS ORDERS**

SPECIMENS NEEDED:

Tylenol gtts 1.6ml po 2200

Viscous lido to Pt. Mouth

Amoxil 4cc po

+ 1 dose for AM

PO Fluids.

780.6

Fever

054.2

Herpes

362.00

URINE OUTPUT — TIME | AMOUNT

DISCHARGE Dx:

ATTENDING PHYSICIAN SIGNATURE: [signature]

DISPOSITION OF PATIENT/TIME: Discharge home 2400

ACUITY: 3

NURSE SIGNATURE: Cperez

| Patient Name / Address | Medical Record No. | Date & Time In | Pt. Financial No. | FC | Age | Sex | Mar. Sta |
|---|---|---|---|---|---|---|---|
| [illegible] 07/09/1988 [illegible] CHELSEA [illegible] | | 5/1/91 2152 | 476235 | | 2y | F | |

Patient Phone No. | Birthdate | E.R Doctor

Employer [illegible] | Employer Phone | Local Doctor

Chief Complaint: Sores in mouth

7230-007 (Rev. 3/90) FS1

MEDICAL RECORDS

Case 4:12-cv-08001-GAF Document 160-8 Filed 09/03/15 Page 3 of 5

'CHECKLIST — EMERGENCY ROOM RECORD

CODES: A -Safe Envelope ____________ B - Sent Home C - With Patient D - Destroyed E - Pharmacy

**DATE OF ADMISSION:**

**TRANSFER/DISCHARGE**

| ITEMS | QTY | CODE | DESCRIPTION | From: To: Description: | QTY | CODE | From: To: Description: | QTY | CODE | From: To: Description: | QTY | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PURSE | | | | | | | | | | | | |
| WALLET | | | | | | | | | | | | |
| MONEY/KEYS | | | | | | | | | | | | |
| RING(s) | | | | | | | | | | | | |
| NECKLACE | | | | | | | | | | | | |
| WATCH | | | | | | | | | | | | |
| BRACELET | | | | | | | | | | | | |
| EARRINGS | | | | | | | | | | | | |
| LUGGAGE | | | | | | | | | | | | |
| DRESS | | | | | | | | | | | | |
| PANTS/SKIRT | C | T | yellow | | | | | | | | | |
| SHIRT/BLOUSE | | | | | | | | | | | | |
| SOCKS | | | | | | | | | | | | |
| COAT/SWEATER | C | T | pink/blue | | | | | | | | | |
| UNDERWEAR | | | | | | | | | | | | |
| BELT | | | | | | | | | | | | |
| SHOES/SLIPPERS | | | | | | | | | | | | |
| NIGHTGOWN | | | | | | | | | | | | |
| ROBE | | | | | | | | | | | | |
| MEDICATIONS | | | | | | | | | | | | |
| OTHERS | | | | | | | | | | | | |
| GLASSES/CONTACTS | | | | | | | | | | | | |
| HEARING AIDS | | | | | | | | | | | | |
| DENTURES/PARTIALS | | | | | | | | | | | | |
| PROSTHESIS | | | | | | | | | | | | |

**E.R. USE ONLY**

Belongings remained on patient ☐
Initialed inventoried by: [initials] 2.

| Patient Status | | Patient Status | | Patient Status | | Patient Status | |
|---|---|---|---|---|---|---|---|
| Alert | ☑ | Alert | ☐ | Alert | ☐ | Alert | ☐ |
| Confused | ☐ | Confused | ☐ | Confused | ☐ | Confused | ☐ |
| Unconscious | ☐ | Unconscious | ☐ | Unconscious | ☐ | Unconscious | ☐ |

**VALUABLES**

I desire to keep my valuables. I understand the hospital will not be responsible for the loss of my valuables including money.

Patient Signature [signature]
Witnessed By: [signature]

| Medication/Article | | Medication/Article | | Medication/Article |
|---|---|---|---|---|
| PO, IM, OINTS, LIQUID Listed on MAR | ☐ | PO, IM, OINTS, LIQUID Listed on MAR | ☐ | |
| IV's, IVPB, Listed on IVAR | ☐ | IV's, IVPB, Listed on IVAR | ☐ | |
| Kardex. Addressograph | ☐ | Kardex. Addressograph | ☐ | |
| Toiletries | ☐ | Toiletries | ☐ | |
| Transferred By: | | Transferred By: | | |
| Received By: | | Received By: | | |
| Date: | | Date: | | |

**DISPOSITION OF PATIENT**

Transfer: ☐ Admit: ☐ Home: ☐
Facility: ____________
Transferred By:
Room: ____________
Belongings taken home by: ____________ Received By:
Date:

**LOST AND FOUND**

Any valuables or belongings left must be claimed within 30 days after discharge.

Discharged By: [signature] Time: 2400

Belongings Received By: Lisa Bomar Date: 5/1/91

| PATIENT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Patient Name Address | Medical Record No. | Date & Time In | Pt. Financial No. | FC | Age | sex | Mar Stat | |
| | Patient Phone No. | Birthdate | E.R Doctor | | | | | |
| Employer | Employer Phone | | Local Doctor | | | | | |

Chief Complaint

30-008 (Rev 11 89) FS1



MEDICAL RECORDS.

**NOTE:** The examination and treatment your have received in the Emergency Department have been rendered on an emergency basis only, and are not intended to be a substitute for or an effort to provide complete medical care. Your follow-up doctor (named below) will receive a copy of your records and all test reports, It is important that you let him check you again, and that you report to him any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. Meanwhile, FOLLOW THE INSTRUCTIONS BELOW as indicated for you.

☑ **Call to arrange an appointment at the Office of Dr.** T. Sahms in ________ **days for follow-up care. Call sooner if you think necessary.**

Address: ______________________ Phone 428-4463

I hereby acknowledge receipt of the instructions indicted above. I understand that I have had emergency treatment only, and that I may be released before all of my medical problems are known or treated. I will arrange for follow-up care as instructed above with my own physician or referral physician/physicians names listed as per my choice.

Witness initial CP Date 5/1/91 X Lisa Roman
Patient or Representative Signature

Push Fluids, Tylenol for Fever.
Paint (Sparingly!) Mouth w/ Q tip + Lido
Prior to Eating
Amoxil 4cc 3x/day x 10 days
Peds Referral Re ✓ 48-72 hrs or Sooner for ↑ Sx
Return for Probs.

Scripps Memorial Hospital
Chula Vista
**EMERGENCY SERVICES**
**AFTER CARE INSTRUCTIONS**
7230-001 (3/90) FS1

07/09/1988
CHELSEA
000002433635