Children's

Children's Hospital — San Diego
8001 Frost Street
San Diego, California 92123

**Clinical Data Summary**

PATIENT IDENTIFICATION

Beman, Desree N.

26-85-67

| Final DRG | LOS | Discharge Date |
|---|---|---|
| | | 5/13/91 6:15 pm. |

**Principal Diagnosis:** The diagnosis established after study to be chiefly responsible for occasioning the admission of the patient to the hospital for c

Concussion

**Additional Diagnoses:** List all conditions that were treated or affected this stay. ICD-9-CM

**Complications:** ICD-9-CM

**Principal Procedure:** Date ICD-9-CM

**Additional Procedures:** Date ICD-9-CM

| | |
|---|---|
| Assembled | CT |
| Coded | |
| Analyzed | |
| Final Check | |

**Patient Disposition:**

Home ______ AMA ______ Expired ______ Transferred To ______

I certify that the narrative description of the principal and secondary diagnoses and the major procedures performed are accurate and c plete to the best of my knowledge.

ending Physician's Signature Date 5/3/91

Case 4:12-cv-08001-GAF Document 160-9 Filed 09/03/15 Page 1 of 23

CHILDREN'S HOSPITAL AND HEALTH CENTER

BOMAN,DESIREE 26-85-67 5/13/91 ML
Female, 4, Home or Self Care

DRG

| | |
|---|---|
| 033 | CONCUSSION, AGE 0-17 |

Diagnoses

| | |
|---|---|
| *8501 | CONCUSSION WITH BRIEF LOSS OF CONSCIOUSNESS |
| 87361 | OPEN WOUND OF INTERNAL STRUCTURES OF MOUTH UNCOMPLICATED, BUCCAL MUCOSA |
| E9170 | STRIKING AGAINST OR STRUCK ACCIDENTALLY BY OBJECT(S)/PERSON(S) IN SPORTS |
| E8494 | Accident or Poisoning occurring at/in place for recreation and sport |

Procedures

| | |
|---|---|
| 8954 | ELECTROGRAPHIC MONITORING |

Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

RUN DATE: 05/12/91

**Registration / Admission Record**

F CLASS: J F CODE: J98

**PATIENT INFORMATION**

| FINANCE NUMBER | PT. TYPE | SERVICE | LOCATION | DATE ADMITTED | ADM. TIME | MOTHER'S MAIDEN NAME | MEDICAL RECORD N |
|---|---|---|---|---|---|---|---|
| 351174 | SC | | | 05/12/91 | 2210 | HEDBERG | 26-85- |

| PATIENT'S NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | DATE OF BIRTH | AGE | SEX | MARITAL STATUS |
|---|---|---|---|---|---|
| BOMAN,DESIREE NICOLE | 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 | 01/11/87 | 4Y | F | |

| PATIENT'S STREET ADDRESS | CITY, STATE, ZIP | HOME PHONE |
|---|---|---|
| 1752 HARBISON CAYNON RD | EL CAJON CA 92019 | 619-445 |

| PATIENT "AKA" | BED ASSIGN. | RELIGION | SCHOOL |
|---|---|---|---|
| | 022-3 | NONE | |

**ADMITTING INFORMATION**

| ADMITTING PHYSICIAN | CO-ADMITTING PHYSICIAN NAME |
|---|---|
| CANTY,TIMOTHY G. 619-292-4453 | SPEAR,ROBERT 619-565-966 |

| ATTENDING PHYSICIAN NAME | REFERRING PHYSICIAN NAME |
|---|---|
| CANTY,TIMOTHY G. 619-292-4453 | SHOEMAKER,DR 619-427-085 |

| RACE | TRANSFERRING FACILITY NAME | ACCIDENT DATE/TIME |
|---|---|---|
| WHITE | | |

ADMITTING DIAGNOSIS/PRESENTING PROBLEM
BASEBALL INJURY TO HEAD,CONCUSSION,STOMATITIS

**RESPONSIBLE PARTY INFORMATION**

| RESPONSIBLE PARTY/PARENT NO. 1 | RELATIONSHIP | SOCIAL SECURITY NUMBER | DATE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|
| BOMAN,LISA MARIE | M | 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 | 02/27/68 | MARRIED |

| ADDRESS | HOME PHONE |
|---|---|
| 1674 PALM AVENUE #76 SAN DIEGO CA 92154 | 619-429 |

| EMPLOYER | OCCUPATION | WORK PHONE | EX |
|---|---|---|---|
| NONE | HM | | |

EMPLOYER ADDRESS

| RESPONSIBLE PARTY/PARENT NO. 2 | RELATIONSHIP | SOCIAL SECURITY NUMBER | DATE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|
| | | | | |

| ADDRESS | HOME PHONE |
|---|---|
| | |

| EMPLOYER | OCCUPATION | WORK PHONE | EX |
|---|---|---|---|
| | | | |

EMPLOYER ADDRESS

| FRIEND/RELATIVE | RELATIONSHIP | SOCIAL SECURITY NUMBER | DATE OF BIRTH | MARITAL STATUS |
|---|---|---|---|---|
| BOMAN,JUDY | GM | | | |

| ADDRESS | HOME PHONE |
|---|---|
| 1128 GAYWOOD SAN DIEGO CA 92154 | 619-424- |

| EMPLOYER | OCCUPATION | WORK PHONE | EX |
|---|---|---|---|
| | | | |

EMPLOYER ADDRESS

**INSURANCE INFORMATION**

| INSURANCE COMPANY NAME/PROGRAM | SUBSCRIBER'S NAME | DATE OF BIRTH | SEX | REL. | SOCIAL SECURITY NU |
|---|---|---|---|---|---|
| MEDICAL CONTRACT I/P | | | | | |

| INS. ADDRESS | PHONE NO. |
|---|---|
| | |

| AUTH. NO. | INSURANCE NUMBERS/MEDICAL I.D. |
|---|---|
| VC#: | 37381128103011 |

| INSURANCE COMPANY NAME/PROGRAM | SUBSCRIBER'S NAME | DATE OF BIRTH | SEX | REL. | SOCIAL SECURITY NU |
|---|---|---|---|---|---|
| COMM HEALTH GRP OP/MCAL | | | | | |

| INS. ADDRESS | PHONE NO. |
|---|---|
| | |

| AUTH. NO. | INSURANCE NUMBERS/MEDICAL I.D. |
|---|---|
| | GRP#: EFF: |

REMARKS

DIS: TIME: USER:

Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

CR.[illegible],G.CANTY/R.SPEAR
[illegible],DESIRE[illegible] NICOLE
[illegible] 1c-85-67 01/11/87
351174-F IP

# Conditions of Treatment / Admission

This Agreement contains the conditions of admission and treatment of inpatients and outpatients at Children's Hospital—San Diego (the "Hospital"). So that the Hospital an treating patients at the Hospital may provide health care to their patients in an atmosphere where patients and their families are clearly defined and understand their rights tions, you are asked to read and sign this Agreement. Before signing this Agreement, which is a legally binding contract with the Hospital, please ask any questions that you to understand the following articles of this Agreement.

1. **ARBITRATION OF DISPUTES.** It is understood that any dispute as to medical malpractice, that is as to whether any medical services rendered under this contract were or unauthorized or were improperly, negligently or incompetently rendered, will be determined by submission to arbitration as provided by California law, and not by a laws to court process except as California law provided for judical review of arbitration proceedings. Both parties to this contract, by entering into it, are giving up their constit to have any such dispute decided in a court of law before a jury and instead are accepting the use of arbitration.

   Arbitration shall be in accordance with the current medical arbitration regulations of the California Hospital Association-California Medical Association, copies of which upon request in the Hospital Admissions Office. This Agreement to arbitrate shall apply to all claims in law or equity arising in connection with hospitalization of the patie this Agreement, or provision of outpatient services to the patient against the Hospital, its employees, agents and any member of the Hospital's medical staff who ha evidenced by a written agreement in the medical staff records of the Hospital, to be bound by the arbitration provision of this Agreement.

   Agreement to arbitrate claims as provided in this article is not a precondition to the provision of services by the Hospital or members of its medical staff. If the patient, signed does not agree to arbitration pursuant to this article, he or she shall initial here____________, or this arbitration provision shall apply, and shall be binding upo to this Agreement including newborns and heirs, representatives, executors, administrators, successors and assigns of such parties and newborns. Agreement to arbitra to this article may be rescinded upon written notice from the patient or the patient's representative to the Hospital received within thirty (30) days after the date this Agreen ed.

2. **CONSENT TO MEDICAL AND SURGICAL PROCEDURES.** The undersigned consents to the procedures which may be performed during this hospitalization or on an outpa including but not limited to emergency treatment or services, laboratory tests, x-rays, medical and surgical treatment and procedures, anesthesia, or Hospital services ren the general and specific instructions of the patient's physician or surgeon, who ordinarily will not be an employee or agent of the Hospital.

3. **TEACHING PROGRAMS.** It is understood and agreed that members of the Hospital's medical staff and other health care professionals may conduct teaching prog Hospital and the patient may be required to participate in these programs, unless a request is made to the patient's physician to be excluded from teaching programs a provided to the Hospital.

4. **LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS.** All physicians and surgeons furnishing services to the patient at the Hospital, including but no radiologists, pathologists, anesthesiologists, are independent contractors with the patient and are not employees or agents of the Hospital. The patient is under the care sion of his or her attending physician and it is the responsibility of the Hospital and its nursing staff to carry out the instructions of the physician. It is the responsil patient's physician or surgeon to obtain the patient's informed consent when required to medical or surgical treatment, special diagnostic or therapeutic procedures or H vices rendered the patient under the general and special instructions of the physician.

5. **PERSONAL VALUABLES.** It is understood and agreed that the Hospital maintains a safe for the safekeeping of money and valuables, and the Hospital shall not be liable fo damage to any property of the patient or patient's family unless deposited with the Hospital for safekeeping. The liability of the Hospital for money, jewelry, document other articles of unusual value belonging to the patient or the patient's family which are deposited with the Hospital for safekeeping is limited by statute to $500 unle receipt for a greater amount has been obtained from the Hospital by the patient.

6. **RELEASE OF INFORMATION.** To the extent necessary to determine liability for payment and to obtain reimbursement, the Hospital may disclose portions of tha patient and medical records to any person or corporation or to any agent of any such person or corporation which is or may be liable for all or any portion of the Hospital's charges but not limited to insurance companies, employers, health care service plans or workers compensation carriers. The Hospital may also make available pertinent Inf government social agencies and other health care providers as necessary to insure continuity of care and availability of health care services for the patient and the patie

   Upon inquiry the Hospital may make available to the public certain basic information about the patient, including name, address, age, sex, general description of the reas ment, general nature of the injury or other condition. If the patient or the patient's legal representative does not want this information to be released, he/she must initial i the end of this sentence or otherwise make a written request for the information to be withheld.____________

7. **FINANCIAL AGREEMENT.** The undersigned agrees to pay, whether he or she signs as agent or patient, that in consideration of the services to be rendered to the patient h dividually obligates himself/herself to pay the account of the Hospital in accordance with the Hospital's regular rates and terms. All accounts for inpatient services a payable in full upon discharge. All accounts for outpatient services are due and payable at the time services are provided. The Hospital may assess a late payment charge cent per month (12.68% per year) on the unpaid balance of any account from the sixtieth day after the account becomes due and payable. In the event the account f rendered to the patient is referred to a collection agency or an attorney for collection, the undersigned shall pay reasonable collection costs, including without limitation, fees and court costs, including costs on appeal.

8. **ASSIGNMENT OF INSURANCE BENEFITS.** The undersigned authorizes, whether he/she signs as agent or as patient, direct payment to the Hospital of any insurance ben wise payable to or on behalf of the undersigned for his/her hospitalization or outpatient care, including emergency services if rendered, at a rate not to exceed the Hospit charges. It is agreed that payment to the Hospital by an insurance company shall discharge the insurance company of any and all obligations under the policy to the extent ment. Should direct payment of insurance benefits not cover all charges, it is understood by the undersigned that he/she is financially responsible for any remaining b

9. **HEALTH SERVICE PLANS.** The Hospital maintains a list of health service plans with which it has contracted. A list of these plans is available upon request from the Adm fice. It is the responsibility of the patient, the patient's legal representative or duly authorized agent of the patient to ensure they are in compliance with the regulatio specific health service plan in seeking health services from the Hospital. Patients not in compliance with their specific plan's regulations may be denied coverage by their services rendered, and then will be individually obligated to pay the full cost of all services received by the patient. The Hospital reserves the right to terminate c agreements with health service plans without express written notice to the patient.

   The Hospital has no contract, expressed or implied, with any plans that do not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full services rendered to the patient by the Hospital if the patient belongs to a plan that does not appear on the above mentioned list should his/her plan fail, refuse or deny

10. **COMMUNITY SERVICE OBLIGATION.** CH-SD has agreed to make its services available to all persons residing or employed in this area. Our facility is prohibited by law from discriminat MediCal and Medicare patients. Should you believe you may be eligible for MediCal or Medicare, you should contact our Director of Patient Business Services at 576 -5870 for as applying.

    The undersigned certifies that he/she has read the above, received a copy, and is the patient, the patient's legal representative, or is duly authorized by the patient as the general agent to execute the above and accept its terms.

**NOTICE: UNLESS YOU INITIAL IN THE SPACE PROVIDED IN ARTICLE 1, BY SIGNING THE CONTRACT YO AGREEING TO HAVE ANY ISSUE OF MEDICAL MALPRACTICE DECIDED BY NEUTRAL ARBITRATION AND ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL. SEE ARTICLE 1 OF THIS CONTRACT.**

CHILDREN'S HOSPITAL—SAN DIEGO

By: [signature]
Hospital's Duly Authorized Representative

Time of Signing: 2225 5/12 19 91

Boman, Desiree Nic
Legal Name of Patient (Please Print)

X Lisa Boman
Signature of Patient, Parent, Guardian, Conservator or Agent

mother
Relationship to Patient

Financial Responsibility Agreement by person in addition to the patient, or the patient's legal representative: I agree to accept financial responsibility for services rendered to the pa accept the terms of the Arbitration Agreement, Financial Agreement, Assignment of Insurance Benefits, and Health Care Service Plan Obligation Provisions above.

By ____________________
Hospital's Duly Authorized Representative

____________________
Responsible Person



____________________
Relationship to Patient

Time of Signing: ____________________, 19______

7032 (12/88) PMR

Children's

Children's Hospital - San Diego
8001 Frost Street
San Diego, California 92123
Outpatient Department

**P.E.R.C Patient Record**

PATIENT INFORMATION

351173-F OP PERC

Admit to SCU

Age 4 1/2 | DATE 5-12-91 | TIME IN 700 | TIME OUT 1800 pm

**CONSENT FOR TREATMENT AND FINANCIAL AGREEMENT:**

I hereby consent to and authorize the administration of all treatments considered advisable and necessary in the judgement of the physician.

Signature of Witness: [signature] Date: 5-12-91 Signature of Patient (Parent / Guardian): [signature] Date: 5-12-

| VITAL SIGNS | HT. | WT. To be done @ ICU | B.P. 111/68 | TEMP. 97° AX | PULSE 103 | RESP. 24 |
|---|---|---|---|---|---|---|

**NURSES STATEMENT OF PROBLEM OR INJURY**

Hit on (R) side of face c soft ball. Probable Loss of consciousness awake, sleepy Edema + bruising on (R) side of face

History: Hospitalized 5/4/91 to 5/9/91 for Dehydration / herpatic gingivitis stomatitis

**PROCEDURES / TREATMENTS**

Dr Shoemaker @ Scripps

730 am - 90 - 24 - 99/59

1 pm 102-18-109/67

IMMUNIZATIONS / TETANUS: UTD

ALLERGIES: 1. NKDA 2.

CURRENT MEDS: (1) Tylenol (?) , Benadryl + maalox

NURSE: [signature]

**HISTORY** (Present Complaint)

Wandered onto field and was hit by ball. Lost consciousness for a short time. Subsequently somewhat confused. Ø emesis.

**PHYSICAL** (Description)

Awake child in some pain. Recognizes Mom but doesn't answer questions and is very quiet. She c bruising (R) side of face, Ø other significant trauma. TMs clear. Orbit intact and EOM's but (R) zygoma v. swollen. No septal hematoma. (L) on central incisor loose. Neck supple.

Chest, heart, abdo, ext wnl.

**TESTS**

| ORDERED / TYPE | PROCEDURE | RESULTS |
|---|---|---|
| ☐ Blood | | |
| ☐ Urine | | |
| ☐ X-Ray Type | | |
| ☐ Other (Procedure) | | |

EXAM DIAGNOSIS / IMPRESSION

HEAD INJURY

DISCHARGE AND FOLLOW-UP

ADMIT SPECIAL CARE TO TRAUMA SERVICE

- ☐ Diet Sheet
- ☐ Head Injury Sheet
- ☐ Wound Sheet
- ☐ Fever Sheet
- ☐ Sprain Sheet
- ☐ Other

ABOVE PROCEDURE / MEDICATIONS PER ORDER PHYSICIAN'S SIGNATURE: [signature] DATE

I HAVE READ AND UNDERSTAND MY INSTRUCTIONS: [signature] DATE



7265 (11/90)

Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

BOMAN, DESIREE NICOLE
#26-85-67
DOB: 01/11/87
N LEVY, MD

## HISTORY AND PHYSICAL EXAMINATION

DATE OF ADMISSION: 05/12/91

HISTORY OF PRESENT ILLNESS:
This 4-1/2-year-old white female was referred to PERC Clinic by the nursing supervisor as a walk-in. She apparently wandered onto a ball field and was hit on the right side of her face and head with a softball. She was noted to fall down immediately and did not cry for a minute or two. At the time of being found, she was unconscious, but rapidly regained consciousness. Subsequent to this, she acted somewhat confused, but there has been no emesis and her general mental state has slowly improved.

PAST MEDICAL HISTORY:
She is generally healthy.

IMMUNIZATIONS: Up to date.

ALLERGIES: No known allergies.

BLEEDING DISORDERS: None known.

HOSPITALIZATIONS: She was hospitalized from 5/7/91 to 5/9/91 for dehydration secondary to a herpetic gingivostomatitis.

MEDICATIONS: Advil, benadryl, and Maalox.

PHYSICAL EXAMINATION:

GENERAL: On examination, she is awake and in some pain. She recognizes her mother, but does not answer questions and is very quiet. Temperature is 97°, pulse 103°, respirations 24, blood pressure 111/68.

SKIN: There is some bruising on the right side of her face. There is no other significant trauma.

HEENT: Her lips are cracked and swollen secondary to her herpetic stomatitis. There is swelling over the zygomatic area, and although the external ocular movements are intact, and the orbit feels intact, it is not clear if there is an underlying fracture. Her TMs are clear without hemotympanum. There is no evidence of hematoma. Her gums are inflamed and she has a loose left upper central incisor, but there is no other evidence of dental fracture.

NECK: Supple without evidence of trauma.

CHEST: Normal.

HISTORY AND PHYSICAL EXAMINATION

HEART: Normal.

ABDOMEN: Normal.

EXTREMITIES: Normal.

PLAN:
1. She is to be admitted to Special Care to the Trauma Service.
2. Skull films will be taken to look for zygomatic and orbital ridge fracture.
3. She will be monitored closely and a CT performed should this be necessary.

Nicholas Levy, M.D.

NL/mb
cc: Patient Business Service--Inpatient Clerical
Quality Assurance
Nicholas Levy, M.D.
D: 5/12/91 (1945)
T: 5/13/91

Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

BOMAN, DESIREE NICOLE
#23-65-67
DOB: 01/11/87
GD GOULIN, MD

## HISTORY AND PHYSICAL EXAMINATION

DATE OF ADMISSION: 05/12/91

HISTORY OF PRESENT ILLNESS:
The patient is a 4-year-old white female who was struck on the right side of the face with a softball. She fell to the ground immediately and it is not known whether or not she experienced a loss of consciousness. She did cry immediately when bystanders came by and picked her up. She was brought by parents to the PERC Clinic where she was noted to be somewhat sleepy and the Trauma Service was consulted. There were no injuries other than on her face.

PAST MEDICAL HISTORY:

HOSPITALIZATIONS: The patient was hospitalized approximately a week ago for herpetic gingival stomatitis and dehydration.

MEDICATIONS: None.

ALLERGIES: None.

PHYSICAL EXAMINATION:

GENERAL: This is a well-developed, well-nourished, female in no acute distress.

VITAL SIGNS AND STATISTICS: Temperature is 97°, heart rate 103, respiratory rate 24, blood pressure 116/68.

SKIN: Warm and dry.

HEENT: Normocephalic. The pupils show 2 mm anisocoria, right greater than left. The pupils are briskly reactive. Extraocular motions are intact. There is swelling around the right orbit and zygoma, as well as the TMJ area with developing ecchymosis on the cheek. TMs are clear. Nares are without discharge. The oropharynx reveals healing stomatitis lesions. There is a superficial laceration inside the right cheek from a tooth bite. The left central incisor is loose. There are no fractures to the tooth. Mandible and maxilla feel stable. The right TMJ has tenderness to palpation.

NECK: Nontender and there is full range of motion.

CHEST: Clear.

HEART: Regular rate and rhythm, without murmurs.

ABDOMEN: Soft and flat with positive bowel sounds, nontender.

HISTORY AND PHYSICAL EXAMINATION

EXTREMITIES: No trauma. Good pulses throughout.

NEUROLOGIC: The patient is sleepy but easily arousable. She follows commands. She does not speak. She does cry appropriately to pain. There are no gross focal deficits. The Glasgow Coma Scale is 14 (M6, V4, E4).

LABORATORY DATA:
CBC, skull series, jaw series, and TMJ series are pending.

ASSESSMENT:
This is a 4-year-old female status post a blow to the right side of the face with a softball with the following injuries:
1. Concussion.
2. Facial trauma, rule out jaw and orbit fractures.
3. History of herpetic gingivostomatitis.

PLAN:
1. Admit to the Special Care Unit on the Trauma Service.
2. X-rays and CBC will be checked.
3. Neurological status will be checked frequently.
4. She will be made NPO.

Garry D. Goulin, M.D.
Fellow, Critical Care

Michael Worthen, M.D.
Attending Physician

GDG/mb
cc: Patient Business Service--Inpatient Clerical
Quality Assurance
Michael Worthen, M.D.
AMC
D: 5/12/91 (2017)
T: 5/13/91

Children's

Children's Hospital — San Diego
8001 Frost Street
San Diego, California 92123

**Progress Record**

Patient Name ______ MR # ______

| Date | Notes |
|---|---|
| 5/12/91 | Trauma H+P |
| 2000 | 4 y/o W ♀ struck in Ⓡ side of face |
| | ō softball. Pt fell to ground. Unknown |
| | LOC. Cried immediately when picked |
| | up. BIB parents to PERC where she |
| | was noted to be somewhat sleepy. c̄ |
| | trauma Sx consulted. Ø injuries elsewhere |
| | |
| | PMH: Hosp ~1wk ago for herpetic gingivo- |
| | stomatitis ; dehydration |
| | Ø meds |
| | Ø allergies |
| | |
| | O/E: WNWD ♀, NAD. |
| | Vitals: T97 - HR103 R24 BP 116/68 |
| | Skin - warm, dry |
| | HEENT - NCAT. Pupils c̄ 2mm anisocoria |
| | R>L Pupils briskly reactive |
| | EOMI. Swelling around Ⓡ |
| | orbit, zygoma, TMJ area c̄ |
| | developing ecchymosis. TM's clear |
| | Nares ō d/c OP - healing stomatitis |
| | Superficial lac inside Ⓡ cheek |
| | (from teeth bite) Ⓛ central |
| | incisor loose. Ø fx Mandible / |

7410 (6/89) PMB REF

Case 4:12-cv-08001-GAF Document 160-9 Filed 09/03/15 Page 10 of 23

Patient Name ______ MR # ______

| Date | Notes |
|---|---|
| | Neck - ɸ tender ē ROM |
| | Chest - clear |
| | Heart - RRR no ⓜ |
| | Abd - soft, flat, ⊕BS ɸ tender |
| | Ext - ɸ trauma; good pulses |
| | Neuro - sleeping but easily arousable |
| | Follows commands. ɸ |
| | Speaking. Cries to pain approp. |
| | ɸ gross focal deficit. |
| | GCS 14 ($M_6 V_4 E_4$) |
| | |
| | Labs: CBC - Ⓟ |
| | Skull series, jaw / TMJ series Ⓟ |
| | |
| | Assess: 4y/o s/p blow to Ⓡ face c̄ softball |
| | 1) concussion |
| | 2) Facial trauma R/o jaw, orbit fx |
| | 3) H/o herpes gingivostomatitis |
| | |
| | Plan: ✓ xrays, CBC |
| | admit to Scu for observation |
| | NPO |
| | |
| | [signature] |
| | [signature] |

Children's Hospital — San Diego
8001 Frost Street
San Diego, California 92123

**Progress Record**

Patient Name ______________________ MR # ________

| Date | Notes |
|---|---|
| 5.12.91 | Trauma - Staff |
| 23⁰⁰ | HPI cc in Dr. Galli's Note |
| | Child seen @ 20³⁰ - arousable but very sleepy. |
| | CT scan of head done to R/o intracranial bleed. |
| | CT was ⊖ including facial bones |
| | Plain films of jaw/facial bones also ⊖ |
| | |
| | Imp concussion |
| | ST swelling face |
| | |
| | Plan observation |
| | neuro √'s |
| | |
| | M[illegible] (signature) |
| | |
| 5/13/91 | Trauma HD#1 |
| | |
| | S/P head trauma c̄ concussion w/ facial abr[illegible] |
| | |
| | ⓘ CV: BP 89-109 sys |
| | HR 80-90 |
| | RRR c̄ ⓡ on exam |
| | ⓔ Resp: 20-22 |
| | clear on exam |
| | |

Patient Name ______ MR # ______

| Date | Notes |
|---|---|
| | ③ Renal - 143 u.o. + : Lево ⊖ |
| | ④ FEN: 103cc IV |
| | ⑤ Neuro: PERL EOMI, walks [illegible]; ⊖ √ / [illegible] |
| | awake + alert now |
| | ⑥ ID: 97[2] A+ [illegible] |
| | A/P |
| | 1. S/P Pedal trauma - pt ⊖ CT head / Face ⊖ |
| | Doing well - [illegible] to address [illegible] as tolerated |
| | [illegible] |
| 5/13/91 | Chart rev. CA / UR / CRM [illegible] RN |

Children's

Children's Hospital — San Diego
8001 Frost Street
San Diego, California 92123

**Progress Record**

Patient Name ______________________ MR # ________

| Date | Notes |
| --- | --- |
| 4/5/91 1800 | TRAUMA NOTE |
| | Pt doing fairly well and no |
| | c/o. Disc. DC c̄ mother and she |
| | agreed to return in any ↓ vision Δ's |
| | & MS or other problems. |
| | [signature] |


Case 4:12-cv-08001-GAF Document 160-9 Filed 09/03/15 Page 14 of 23

14105

(619) 740-0901
(619) 740-0905

| DATE & TIME | | CODE | |
|---|---|---|---|
| 5/12/91 2000 | Admit to Trauma Sx on SCU | | |
| | Dx: concussion | | |
| | Mc facial fx's | | |
| | Condition stable | | |
| | Vitals c Neuro v's q 2°. Call for | | |
| | T>101.5 | | |
| | 50 > HR > 150 | | |
| | 20 > RR > 50 | | |
| | 80 > SBP > 140 | | |
| | any neuro Δ's | | |
| | Activity - bedrest c HOB ↑30° | | |
| | NKDA's | | |

| DATE & TIME | | CODE | |
|---|---|---|---|
| 5/12/91 2000 | Strict I/O; dip urine for blood | | |
| | if ⊕ call MD & send UA | | |
| | NPO | | |
| | D5LR @ 70 cc/hr | | |
| | Meds: Tylenol 325 mg po/PR q4° | | |
| | p T>101.5 or pain | | |
| | Labs: CBC c diff & plts. | | |
| | Type & hold 1 unit | | |
| | PRBC's | | |
| | Cardiac Monitor | | |
| | 5/12/91 2110 [illegible] RN [signature] | | |

| DATE & TIME | | CODE | |
|---|---|---|---|
| 5/15/91 | Clear diet advance | | |
| | as tolerated | | |

APPROVED EQUIVALENTS MAY BE DISPENSED UNLESS CHECKED HERE

3532

7476 (7/89) RBF

**Doctor's Orders**

**Verbal and Telephone Orders Written by the Nurses**

APPROVED EQUIVALENTS MAY BE DISPENSED UNLESS CHECKED HERE ☐

| DATE & TIME | | CODE | |
|---|---|---|---|
| 5/5/91 | Transfer to Surgical Su | | |
| | Dx: concussion / facial ... | | |
| | Cond: stable | | |
| | Vitals: Neuro q4° | | |
| | Activity: bathroom privileges | | |
| | ... I/O ... | | |
| | Nurse call if ⊕ | [redacted] | |
| | clear liquid diet - advance to | | |
| | full as tolerated | | |
| | D5LR @ 50 cc/hr | | |
| | meds: Tyl 325 p.o./P.R. q4° | | |
| | for T>101.5 / pain | | |
| | Call HO if T>101.5, ..., HR>130, <70 | | |

APPROVED EQUIVALENTS MAY BE DISPENSED UNLESS CHECKED HERE ☐

| DATE & TIME | | CODE | |
|---|---|---|---|
| | BP sys <80, RR >4? | | |
| | 5/13/91 1200 | | |
| | Noted N Tando RN | [redacted] | |

APPROVED EQUIVALENTS MAY BE DISPENSED UNLESS CHECKED HERE ☐

| DATE & TIME | | CODE | |
|---|---|---|---|
| | change Tylenol order to | | |
| 5/13/91 11:45 am | Tylenol 300 mg p.o./P.R. q4hr | | |
| | for T>101.5 / pain. | | |
| | pharm... | | |
| | T.O. Dr. Janigian | [redacted] | |
| | 5/13/91 1200 | | |

3533

7476 (7/89) RBF

8001 Frost Street. San Diego, California 92123

Written by the Nurses

# Doctor's Orders

| DATE & TIME | | CODE | |
|---|---|---|---|
| 5-5-91 9pm | (1) D/C home | | |
| | (2) f/u c PMD in 1 wk | | |
| | 5/15/91 2100 | | |

APPROVED EQUIVALENTS MAY BE DISPENSED UNLESS CHECKED HERE ☐

| DATE & TIME | | CODE | |
|---|---|---|---|
| | | | |

APPROVED EQUIVALENTS MAY BE DISPENSED UNLESS CHECKED HERE ☐

| DATE & TIME | | CODE | |
|---|---|---|---|
| | | | |

APPROVED EQUIVALENTS MAY BE DISPENSED UNLESS CHECKED HERE ☐

14105

(619) 740-0901
(619) 740-0905

7476 (7/89) RBF

Children's

Children's Hospital — San Diego
8001 Frost Street
San Diego, California 92123
Pathology Service
Henry F. Krous, M.D., Director


BOMAN,DESIREE NICOLE Loc: DISCH IP Billing # 351174 Disch Dt: 05/13
MRUN: 26-85-67 Sex: F DOB: 01/11/87 (4Y) Dr: CANTY,TIMOTHY G.

HEMATOLOGY
HEMOGRAM

| | WBC | RBC | HGB | HCT | MCV |
|---|---|---|---|---|---|
| Units | TH/uL | MIL/uL | GMS/DL | % | fL |
| Normal Low | 4.0 | 3.80 | 10 | 31 | 79 |
| Normal High | 10.0 | 5.50 | 15 | 45 | 104 |
| 05/12 2130 | 11.9* | 4.01 | 10.2 | 31.5 | 78.5* |

| | MCH | MCHC | RDW | PLT | COMMENT |
|---|---|---|---|---|---|
| units | pg | % | RDW UNITS | TH/uL | |
| Normal Low | 27 | 32 | 11.5 | 140 | |
| Normal High | 31 | 36 | 14.5 | 440 | |
| 05/12 2130 | 25.4* | 32.4 | 12.5 | 262 | [1] |

[1] SPECIMEN RERUN

DIFFERENTIAL

| | POLYS | BANDS | LYMPHS | ATY LYMPH | MONOS |
|---|---|---|---|---|---|
| Units | % | % | % | % | % |
| Normal Low | 45 | 0 | 15 | 0 | 2 |
| Normal High | 70 | 10 | 50 | 10 | 12 |
| 05/12 2130 | 68 | 7 | 17 | 2 | 5 |

| | EOS |
|---|---|
| Units | % |
| Normal Low | 0 |
| Normal High | 4 |
| 05/12 2130 | 1 |

(Laboratory HEMATOLOGY continued on next page)



Case 4:12-cv-08001-GAF Document 160-9 Filed 09/03/15 Page 18 of 23

BOMAN,DESIREE NICOLE Loc: DISCH IP Billing # 351174 Disch Dt: 05/1
MRUN: 26-35-67 Sex: F DOB: 01/11/87 (4Y) Dr: CANTY,TIMOTHY G.

HEMATOLOGY - continued
RBC MORPHOLOGY

| | PLT EST | MICRO | COMMENT |
|---|---|---|---|
| 05/12 2130 | ADEQ | SLT | [1] |

[1] SOME PLATELET CLUMPING PRESENT.



Case 4:12-cv-08001-GAF Document 160-9 Filed 09/03/15 Page 19 of 23

Children's
8001 Frost Street
San Diego, California 92123
Pathology Service
Henry F. Krous, M.D., Director



PRINTED: FRI MAY 17, 1991 12:41 AM

BOMAN,DESIREE NICOLE    Loc: DISCH IP    Billing # 351174    Disch Dt: 05/13
MRUN: 26-35-67    Sex: F    DOB: 01/11/87 (4Y)    Dr: CANTY,TIMOTHY G.

BLOOD BANK
CHHC BLOOD BANK

| | ABO GROUP | RH TYPE | AB SCREEN |
|---|---|---|---|
| 05/12 2130 | 0 | Positive | Negative |

BOMAN,DESIREE NICOLE    Loc: DISCH IP    Billing # 351174    Disch Dt: 05/13
FINAL REPORT



LABORATORY CUMULATIVE SUMMARY REPORT

Children's

Children's Hospital — San Diego
8001 Frost Street
San Diego, California 92123
Radiology Department (619) 576-5861

5-

**Radiology Report**

| | | | |
|---|---|---|---|
| PATIENT | BOMAN, DESIREE | DATE | 5-12-91 |
| X-RAY NO. | 26 85 67 | ROOM | 22-3 |
| HOSPITAL | | M.D. | N. LEVY |

AP AND LATERAL SKULL 5-12-91

Within normal limits.

MANDIBLE 5-12-91

Within normal limits.

TEMPOROMANDIBULAR JOINTS 5-12-91

Closed views of the temporomandibular joints have been obtained. These a technically difficult in children of this age. If there is clinic concern for a temporomandibular joint abnormality, a CT examination or M examination should be considered. Even a panographic examination might helpful.

IMPRESSION: Limited negative examination.

LIMITED FACIAL BONES 5-12-91

This examination consists of oblique submental vertex views for evaluati of the right zygomatic arch. Shallow and steep Water's projections ha also been obtained.

IMPRESSION: Within normal limits.

lm 5/14/91

RADIOLOGIST Lee E. Pinckney, M.D.



7533 RDF-002 PMR (REV. 6/86)

LM.514

John A. Amberg, M.D.
*Clinical Director*
Gregg D. Alzate, M.D.
James W. Backhaus, M.D.
Bruce L. Bower, M.D.
Sevil K. Brahme, M.D.
Patrick H. Carey, M.D.
William D. Carter, M.D.
Harold G. Coons, M.D.
Lawrence E. Goldberger, M.D.
Lee A. Harvey, M.D.

SHARP
MEMORIAL HOSPITAL
7901 Frost Street, San Diego, California 92123-2788
(619) 541 3500

RADIOLOGY DEPARTMENT

John W. Hilton, M.D.
David O. Katzman, M.D.
Keith E. Kortman, M.D.
Kenneth E. Miller, M.D.
Lee E. Pinckney, M.D.
Robert J. Prager, M.D.
Christopher P. Sebrechts, M.D.
Joel S. Sigeti, M.D.
Richard T. Trackler, M.D.
Victor L. Woo, M.D.

NAME: BOMAN, DESIRE
MRN: 558736
ACC: 51050

DOB: 01/11/87
DATE: 05/12/91
ORD MD: WORTHEN, HOWARD M.

LOC:SS ~~22~~

DIAGNOSIS CODES: 854.0
HISTORY:
HIT BY A SOFTBALL IN THE HEAD

Visit number: 9510321

---

CT HEAD WITHOUT CONTRAST:

Contiguous axial scans of the head were obtained from the base to the vertex without intravenous contrast. Five millimeter scans were obtained through the posterior fossa with 10 mm scans above. Films were reviewed at brain, subdural, and bone windows.

There is soft tissue swelling over the right inframaxillary area and lateral to the right orbit. The orbital contents are within normal limits. Bony margins are intact. There is some mucosal thickening or fluid in the posterior aspect of the right maxillary antrum.

The basal cisterns, ventricles, and sulci are within normal limits. There is no evidence of intracerebral or extracerebral hemorrhage. There is no midline shift. No low density mass lesions are seen.

IMPRESSION:

Soft tissue swelling, right side of face and periorbital region.

No evidence of intracerebral abnormality.

Dictated by:
Lawrence Goldberger /signed by/ Robert Prager

Transcribed on: 05/13/91 1007 by Vicki Broughton
Finalized on: 05/13/91 1009 by Robert J. Prager

TO: HOWARD M. WORTHEN
P.O. BOX 82807
SAN DIEGO CA 92138

Children's

Children's Hospital - San Diego
8001 Frost Street
San Diego, California 92123

# Medication Administration Record (MAR)

351174-F

| ALLERGIES | | ADMISSION DATE 5/12/91 | WEIGHT (kg) |
|---|---|---|---|
| DIAGNOSIS | Concussion r/o facial fx | MAR START DATE 5/12/91 | MAR END DATE 5/18/ |
| | | RECOPIED BY | VERIFIED BY |

CODES: LT = Lt. Thigh RT = Rt. Thigh LA = Lt. Arm RA = Rt. Arm ABD = Abdomen RB = Rt.Buttock LB = Lt. Buttock OD = Rt. Eye OS = Lt. Eye OU = Bo

| DATE VERIFIED | TO BE GIVEN DATE | TO BE GIVEN TIME | STAT & ONE TIME MEDICATION ORDERS MEDICATION | DOSE | ROUTE | TIME GIVEN INITIALS | DATE VERFIED | TO BE GIVEN DATE | TO BE GIVEN TIME | STAT & ONE TIME MEDICATION ORDERS MEDICATION | DOSE | ROUTE | TIM IN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |
| — | | | | | | | — | | | | | | |

| SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE | INITIALS | SIGNATURE |
|---|---|---|---|---|---|---|
| [illegible] | | [illegible] | [illegible] | | | |
| N Tandoc RN | NT | [illegible] | [illegible] | | | |
| | | | | | | |
| | | | | | | |

7490 (09/90) PMR