Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

BOMAN, DESIREE
#26-85-67
DOB: 1/11/87
A. GOODING, M.D.

# DISCHARGE SUMMARY

DATE OF ADMISSION: 7/24/91

DATE OF DISCHARGE: 7/27/91

HISTORY OF PRESENT ILLNESS:
Desiree is a four-year-old female who was the unrestrained passenger in a head-on motor vehicle collision. She was initially in the front seat, but was found in the back seat by paramedics, without any reported loss of consciousness. In the field and in the ER, she complained only of right arm pain. She had a stable emergency room course, where it was noted that she had a lot of facial swelling and a 1 cm laceration on the inside of the lower lip. She was also noted to have tenderness over the right forearm and a 2 cm laceration over the right knee which extended into the subcutaneous tissue, but did not enter the prepatellar bursa. After x-rays were done which showed a distal radius and ulnar fracture, she was transported to Children's Hospital in stable condition.

HOSPITAL COURSE:
She had no problems with respiratory or cardiovascular instability or compromise. Her renal function was normal with a urine that was negative for blood. She was initially n.p.o. and was kept that way until she was further evaluated by the trauma team for possible fracture of her jaw. Dr. Pavel was involved and on mandible CT, it was noted that she had a fracture of the right condyle, for which she underwent wiring of the mandible for stabilization. The Orthopedic Service casted her right arm and she had no further problems from an orthopedic standpoint. She began to ambulate without any difficulty after 24 hours in the hospital, as her right knee pain resolved.

PROCEDURES:
1. Wiring of the mandible.
2. Computed tomography of the mandible.

The patient was discharged home to the care of the parents on no medications, with follow-up to be provided by Dr. Mubarak in his Orthopedics Clinic next week for repeat x-ray of the right wrist. She is also to have follow-up on Monday by Dr. Pavel at 3:30 PM for her mandible fracture. At that time, Dr. Pavel will also remove the sutures that are in her right knee. She is also being sent home on liquid and soft diet and dietary instructions have been given to the family. She is going home on

Children's

Children's Hospital and Health Center
8001 Frost Street
San Diego, California 92123

BOMAN, DESIREE
#26-85-67
DOB: 1/11/87
A. GOODING, M.D.

DISCHARGE SUMMARY

no medications. This is also a child who is moving to Oklahoma in two weeks and follow-up will be obtained there for both her fractured mandible and fractured right wrist.

Ann Gooding, M.D.
Fellow, Critical Care

Attending Physician
Kathleen Kaya, M.D.

AG/mt025

4 cc: AMG/Barry Lo Sasso, MD
Dr. Frank Pavel
Scott Mubarak, M.D.

D: 07/27/91 (1723)
T: 08/12/91

C3108121.025