JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER

EMERGENCY ROOM/OUTPATIENT REGISTRATION FORM

MEDICAL RECORDS

GREEN COUNTRY FREE CLI 01/10/7? 21 08/21/9? 03:59 PM 7-04222-?

JPEMMC ACCT DEPT BARTLESVILLE OK74006 000-00-

DeSiree Boman 1-11-87

GREEN COUNTR FREE CLIN JPEMMC ACCT DEPT BARTLESVILLE OK74006

## AUTHORIZATION FOR MEDICAL TREATMENT

I hereby authorize the physician or physicians in charge of the care of ...

to administer any treatment and perform such ... as may be deemed necessary or advisable in the diagnosis and

treatment of this patient.

Dated this ______ day of ______ A.M. ______ P.M.

Witness ______ Signed ______

## PATIENTS PERSONAL BELONGINGS

THE ABOVE AUTHORIZATION ...

THE CASE OF A ...

THE NEAREST RELATIVE

**CONDITIONS ON ADMISSION**

LABEL

Please read carefully. In order to prevent misunderstanding, the hospital requires the following to be signed for all admissions:

CONSENT TO HOSPITAL CARE: I consent to hospital care encompassing diagnostic procedures and medical treatment. If I am an obstetrical patient admitted to the hospital for the delivery [of] my baby, I also consent to hospital care of my infant(s) encompassing diagnostic procedures a[nd] medical treatment. Furthermore, if I am a patient in the psychiatric unit, I hereby release the hospital of and from all liability resulting from injuries which might be sustained by me while under the jurisdiction of the hospital, and hereby consent that the hospital shall use such methods and manner of treatment and take such measures as it shall deem necessary and proper for my treatment, care and welfare.

CONSENT TO MEDICAL TREATMENT: I hereby authorize the physician or physicians in charge of my care to administer any treatment and perform such technical procedures as may be deemed necessary or advisable in the diagnosis and treatment of my illness.

STATEMENT TO PERMIT PAYMENT OF HOSPITAL & MEDICAL INSURANCE TO HOSPITAL AND PHYSICIAN: I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authroize any holder of medical or other informatio[n] about me to release to the Social Security Administration or its intermediaries or carriers a[ny] information needed for this or a related Medicare or Medicaid claim. I request that payment [of] authorized benefits be made in my behalf. I assign payment for the unpaid charges for certai[n] inhospital physicians; services furnished by specialists, or by physicians for whom the hospi[tal] is authorized to bill. I understand that I am responsible for any health insurance deduc[t]ibles and coinsurance. For outpatient services, I request that this authorization apply to the period ______________________ to ______________________.

ASSIGNMENT OF BASIC AND MAJOR MEDICAL INSURANCE BENEFITS: I authorize payment directly to Ja[ne] Phillips Episcopal Memorial Medical Center for covered hospital expense benefits otherwise payable to me.

RELEASE OF INFORMATION: The hospital is authorized, without restriction, to release any pertinent information including admission and discharge diagnosis and procedures related to my medical care to my employer or my insurer, compensation carrier or governmental agency who m[ay] provide financial assistance or to whom a claim may be made for financial aid for hospital care. If, upon discharge, you no longer wish to release your information, you will need to notify the hospital in writing.

GUARANTEE OF ACCOUNT AND RELEASE FROM LOST VALUABLES: In consideration of services rendered [I] agree to pay Jane Phillips Episcopal Memorial Medical Center for all such services and charg[es] ordered by the attending physician. I also understand and agree that the Medical Center mai[n]tains a safe for the keeping of money and other valuables and that the Medical Center shall [not] be liable for loss or damage of any personal property, unless deposited with the Medical Cen[ter] for safe keeping.

I certify that the above statements are true and correct to the best of my knowledge and that [I] am the patient or am duly authorized by the patient to excute the above agreement and accept its terms.

[signature]
Patient, Guardian, or authorized person to sign for patient

[signature] 9-4-91 [1:16] a.m. / p.m.
Witness — Date — Time

REASON IF PATIENT IS UNABLE TO SIG[N]

_____ Minor (under 18 years)

_____ Physical condition

_____ Mental condition

Relation to patient

White copy: Medical Records; Yellow copy: Business Office; Pink copy: Patient

05510 11/88

Rt Arm
01-26-11

[illegible handwriting]

PATIENT INFORMATION SHEET FOR DIAGNOSTIC IMAGING DATE: 9-4-91

PATIENT'S NAME: Boman (Last) Desiree (First) N. (M.I.) BIRTH DATE 1-11-87

ADDRESS: 141 N. Cass HOME PHONE — RACE White

Bartlesville (City) OK (State) 74003 (Zip) COUNTY WASH FEMALE ✓

MALE

SOCIAL SECURITY # ______ REFERRING PHYSICIAN: Green Country Clinic SINGLE ✓

MARRIED

SYMPTOMS: Broken Arm WIDOWED

DIVORCED

CHILD ✓

IF ACCIDENT:

DATE OF ACCIDENT: 7-24-91 WHERE ACCIDENT HAPPENED: San Diego, CA

PERSON FINANCIALLY RESPONSIBLE: Lisa Boman SOCIAL SECURITY# 440-70-7[illegible]

EMPLOYER: Braum's BUSINESS PHONE

BUSINESS ADDRESS: Bartlesville (City) OK (State) (Zip)

INSURANCE CO. (PRIMARY CARRIER): None

ADDRESS:

GROUP # EMPLOYEE NAME & ID #

INSURANCE CO. (SECONDARY CARRIER):

ADDRESS:

GROUP # EMPLOYEE NAME & ID #

IS THIS EXAM TO BE COVERED BY WORKMEN'S COMPENSATION? Y____ N____

IF SO: NAME AND ADDRESS OF COMPENSATION CARRIER:

***

## JANE PHILLIPS EPISCOPAL · MEMORIAL MEDICAL CENTER

### DIAGNOSTIC IMAGING/OUT-PATIENT SERVICES

500 E. Frank Phillips Blvd.
Telephone 918-336-0415

Medical Park Center Bldg.
Telephone 918-333-5010

3500 SE Frank Phillips Blvd.
Telephone 918-335-0121

Bartlesville, Oklahoma 74006

| | | | |
|---|---|---|---|
| NAME | BOMAN, DESIREE N. | DATE | 9-4-91 |
| AGE | 1-11-87 | XRAY # | 012611 MPC |
| PHYSICIAN | GREEN COUNTRY CLINIC | | |
| EXAMINATION | RIGHT DISTAL ARM AND FOREARM | | |

TEXT:

RIGHT DISTAL ARM AND FOREARM:

Films of the distal half of the right arm and forearm were obtained in the AP and lateral projection. The elbow joint as well as the wrist are included on the examination. The current examination was obtained through a fiberglass cast. The cast material does cause considerable obscuration, however, there is evidence of fractures of the distal shafts near the metaphysis of the right radius and ulna. Fracture fragments are in good position and alignment and as far as I can tell there is satisfactory progression of healing. In addition there is periosteal reaction involving the distal shaft and metaphysis of the right humerus. A nondisplaced fracture involving the distal humerus may well be present though is obscured by the cast material probably secondary to a healing process.

IMPRESSION:

1. Films of the right upper extremity through a fiberglass cast as described above showing what is felt to be healing nondisplaced fractures of the distal shafts of the right radius and ulna near the distal metaphyses. No current complication is seen.

2. Changes of the distal shaft and metaphysis of the right humerus compatible with a healing fracture also though a definite fracture line is not seen on this occasion probably reflecting obscuration by cast material.

3. If clinically warranted additional information might be gained about the status and appearance of the fractures by a repeat examination without the cast in place.

DRH/sel
D: 9/4/91
T: 9/5/91 am

D. R. Howard, M. D.