JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER — EMERGENCY ROOM/OUTPATIENT REGISTRATION FORM — MEDICAL REC[ORD]

[redacted]

Mother X F

Asthma — NKA — Current medications: Ventolin last taken 2[…]

Asthma. Has been on Ventolin — c/o cough at [illegible]

1825 — 97 [illegible]

Mom states pt has difficulty breathing past few days & on awakening [illegible] lump of ear [illegible] auscultation

Wt - 37#

Afebrile ABC 82 NAD
HEENT [illegible] chest [illegible] rhonchi no rales — [illegible]
HR — [illegible]

CXR 01 →

[illegible] .25 [illegible]

Acute asthmatic Attack

[illegible] 5ml [illegible]
[illegible]

② Robitussin DM [illegible]
Ventolin Syrup 1/2 tsp tid

O2 Neb

21 [illegible]

[signature]

[signature]

## AUTHORIZATION FOR MEDICAL TREATMENT

[illegible]

## PATIENTS PERSONAL BELONGINGS

[illegible]

JANE PHILLIPS EPISCOPAL-MEMORIAL CENTER
BARTLESVILLE, OKLAHOMA
[illegible] S.E. FRANK PHILLIPS 918-333-7200

**EMERGENCY DEPARTMENT AFTER CARE INSTRUCTIONS TO THE PATIENT**

PATIENT'S NAME: Boman, Chelsea

DATE: 8/29/91

[illegible] interpretation of the x-ray examination ordered by your physician or by the Emergency Room doctor on duty has been or will be made by one of the radiologists. For this you will receive a separate statement. The hospital bill includes a charge for x-ray to cover the use of its equipment, the film, supplies, and technical personnel. The bill from the radiologist is for the professional consultation service. The verbal report you received today may be only a tentative one. If the final written report differs from that which you have been told, you will be promptly notified. [illegible] Emergency Room for the official report the following day between [illegible]

[illegible] the Emergency Department has been given on an emergency basis only. Since it takes time for most specific signs to develop, it may not be possible to discover all the signs of your problem in a single visit. As such, it is very important that you contact your family doctor for followup care. If your symptoms continue or get worse, call your family doctor or return to the Emergency Room for further evaluation. Meanwhile, FOLLOW THE INSTRUCTIONS INDICATED BELOW.

**BACK & NECK INJURY INSTRUCTIONS**

Use heat or cold on the injured area — whichever seems to help the most. Be careful not to [illegible]

[illegible] training better

[illegible] the pain worse

**FEVER**

[illegible] every 4 hours for fever above 100 degrees.

Drink plenty of fluids [illegible]

Bath in lukewarm water for temperatures higher than 104 degrees.

If temperature does not respond to above treatment, contact family doctor.

**HEAD INJURY INSTRUCTIONS**

Limit activity for the first 72 hours.

Report to your doctor immediately if anything listed occurs (even within the next 30 days):

- Persistent vomiting, stiff neck, fever.
- Unequal pupils (one pupil large or small).
- Confusion or unusual drowsiness.
- Convulsions or unconsciousness.
- Stumbling or other problem with normal use of arms or legs, or areas of skin numbness.
- [illegible] the patient [illegible] first 24 hours.

**SPRAIN AND FRACTURE, SEVERE BRUISES**

Elevate the injured part to lessen swelling.

Ice packs also help prevent swelling, especially during the first 72 hours. Place ice in plastic or rubber bag and cover with cloth. DO NOT place ice directly on skin surface.

If you have an elastic bandage, rewrap if too tight or too loose.

Wiggle toes or fingers to help prevent swelling in the cast. This should be done often if it does not cause pain.

**WOUND CARE**

Keep the dressing clean and dry.

If the dressings need to be changed, you should:

- change them
- call your doctor

Despite the greatest care, any wound can become infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore each day, you must report to your doctor right away or return to the emergency department.

Sutures should be removed in ____ days.

Follow label instructions for any prescription given by the doctor.

If taking muscle relaxers or pain medication, DO NOT DRIVE OR DRINK ALCOHOL.

Avoid any use of the injured part.

Allow only limited use of the injured part.

You need not limit activity.

You may ____ / may not ____ return to work or school today.

You will need re-evaluation by your doctor or [illegible] before returning to work and/or school.

☐ **OTHER**

1. Take meds as order
2. Followup as needed

Be sure to state that you were seen in our emergency department when you make an appointment with your doctor for followup care.

☐ Call to arrange an appointment at the office to see

Dr. ____

in ____ for followup

care. The phone number is ____

I acknowledge receipt of the instructions indicated above. I understand that I have had emergency department treatment only, and that I may be released before all of my medical problems are known or treated. I will arrange for followup care as instructed above.

[signature]

PATIENT OR REPRESENTATIVE SIGNATURE

**CONDITIONS ON ADMISSION**

Please read carefully. In order to prevent misunderstanding, the hospital requires the following to be signed for all admissions:

Chelsea Bowman
7-9-88
LABEL
Asthma

CONSENT TO HOSPITAL CARE: I consent to hospital care encompassing diagnostic procedures and medical treatment. If I am an obstetrical patient admitted to the hospital for the delivery of my baby, I also consent to hospital care of my infant(s) encompassing diagnostic procedures and medical treatment. Furthermore, if I am a patient in the psychiatric unit, I hereby release the hospital of and from all liability resulting from injuries which might be sustained by me while under the jurisdiction of the hospital, and hereby consent that the hospital shall use such methods and manner of treatment and take such measures as it shall deem necessary and proper for my treatment, care and welfare.

CONSENT TO MEDICAL TREATMENT: I hereby authorize the physician or physicians in charge of my care to administer any treatment and perform such technical procedures as may be deemed necessary or advisable in the diagnosis and treatment of my illness.

STATEMENT TO PERMIT PAYMENT OF HOSPITAL & MEDICAL INSURANCE TO HOSPITAL AND PHYSICIAN: I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authroize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid claim. I request that payment of authorized benefits be made in my behalf. I assign payment for the unpaid charges for certain inhospital physicians; services furnished by specialists, or by physicians for whom the hospital is authorized to bill. I understand that I am responsible for any health insurance deductibles and coinsurance. For outpatient services, I request that this authorization apply to the period ____________ to ____________.

ASSIGNMENT OF BASIC AND MAJOR MEDICAL INSURANCE BENEFITS: I authorize payment directly to Jane Phillips Episcopal Memorial Medical Center for covered hospital expense benefits otherwise payable to me.

RELEASE OF INFORMATION: The hospital is authorized, without restriction, to release any pertinent information including admission and discharge diagnosis and procedures related to my medical care to my employer or my insurer, compensation carrier or governmental agency who may provide financial assistance or to whom a claim may be made for financial aid for hospital care. If, upon discharge, you no longer wish to release your information, you will need to notify the hospital in writing.

GUARANTEE OF ACCOUNT AND RELEASE FROM LOST VALUABLES: In consideration of services rendered I agree to pay Jane Phillips Episcopal Memorial Medical Center for all such services and charges ordered by the attending physician. I also understand and agree that the Medical Center maintains a safe for the keeping of money and other valuables and that the Medical Center shall not be liable for loss or damage of any personal property, unless deposited with the Medical Center for safe keeping.

I certify that the above statements are true and correct to the best of my knowledge and that am the patient or am duly authorized by the patient to excute the above agreement and accept its terms.

X Lisa Bowman
Patient, Guardian, or authorized person to sign for patient

Witness ____ Date 7-9-88 Time 8:00 a.m. / p.m.

**REASON IF PATIENT IS UNABLE TO SIGN:**

✓ Minor (under 18 years)

____ Physical condition

____ Mental condition

Mother
Relation to patient

White copy: Medical Records;
Yellow copy: Business Office; Pink copy: Patient

08510 7/88