JANE PHILLIPS EPISCOPAL - MEMORIAL MEDICAL CENTER
DIAGNOSTIC IMAGING/OUT-PATIENT SERVICES

500 E. Frank Phillips Blvd.
Telephone 918/336-0415

Medical Park Center Bldg.
Telephone 918/333-5010

3500 SE Frank Phillips Blvd.
Telephone 918/335-0121

Bartlesville, Oklahoma 74006

NAME: BOMAN, LISA M.
AGE: 2-27-68
PHYSICIAN: CHANG
EXAMINATION: PELVIC SONOGRAM

DATE: 1-31-92
XRAY #: 014713

TEXT: PAIN RIGHT SIDE

PELVIC SONOGRAM:

The uterus is normal in size and appearance. Some tiny follicular cysts involving both ovaries. There is no large cyst, mass, free fluid or other abnormality.

IMPRESSION:

No discerned abnormality.

JAK:clw
D: 1-31-92 pm
T: 2-2-92 pm

JKeaton MD

J. A. Keaton, M.D.
SIGNATURE OF ROENTGENOLOGIST

| PATIENT NAME | BIRTH DATE | AGE | SEX | MS | RACE | REF TYPE | JOB INJ | CLERK | ADMISSION DATE | ADMISSION TIME | ADMISSION NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOMAN, LISA M | 02/27/68 | 23Y | F | M | W | | | ST | 01/31/92 | 04:54 PM | 8-99116-8 |

| PATIENT ADDRESS | PATIENT CITY | STATE | ZIP | COUNTY NAME | PATIENT HOME PHONE | PATIENT SOC. SEC. NO. |
|---|---|---|---|---|---|---|
| 141 N CASS | BARTLESVILLE | OK | 74003 | 57 | - - | 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 |

| ACCIDENT TYPE | ACC. DATE | ACCIDENT PLACE | ATTENDING DOCTOR | CODE | E.R. ATTENDING DOCTOR |
|---|---|---|---|---|---|
| | / / | | CHANG MD, | | 9306 |

PROBLEM: ... RT SIDE PELVIS

INFORMATION GIVEN BY

| PATIENT EMPLOYER NAME | PATIENT EMPLOYER ADDRESS | PATIENT EMPLOYER CITY | STATE | ZIP | HOW LONG | PAT. WORK PHONE |
|---|---|---|---|---|---|---|
| HERITAGE VILLA NURSING | | BARTLESVILLE | OK | 74006 | | 335-3222 |

| RELATIVE NAME | RELATIVE ADDRESS | RELATIVE CITY | STATE | ZIP | RELATIVE RELATION | RELATIVE PHONE |
|---|---|---|---|---|---|---|
| JUDY K BOMAN | TANGLEWOOD TR PK | PONCA CITY | OK | | MOTHER | - |

| GUARANTOR NAME | GUARANTOR ADDRESS | GUARANTOR CITY | STATE | ZIP | GUARANTOR RELATION | GUARANTOR WORK PHONE |
|---|---|---|---|---|---|---|
| BOMAN LISA | 141 N CASS | BARTLESVILLE | OK | 74003 | SELF | - |

| GUARANTOR EMPLOYER NAME | GUARANTOR SOC. SEC. NUMBER | GUARANTOR EMPLOYER CITY | STATE | ZIP | GUARANTOR WORK PHONE |
|---|---|---|---|---|---|
| HERITAGE VILLA NURSING | 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 | BARTLESVILLE | OK | 74006 | 885-2192 |

INSURANCE CARRIER #1: PAY ACCOUNT — CODE — GROUP — TYPE

INSURANCE CARRIER #2 — CODE — GROUP — TYPE

POLICY HOLDER — WITH WHOM: PAY ACCOUNT — POLICY HOLDER — WITH WHOM

POLICY NUMBER — STATE OF PLAN — POLICY NUMBER — STATE OF PLAN

PATIENT BROUGHT BY — ARRIVED BY: CAR / AMB. — CONDITION ON ADMISSION: GOOD / FAIR / SERIOUS / CRITICAL / SHOCK / CODE BLUE / DOA — NOTIFIED REALTIVE - POLICE — TIME NOTIFIED AM. / PM. — BY WHOM

KNOWN DISEASES — KNOWN ALLERGIES — CURRENT MEDICATIONS

HISTORY / PHYSICAL / PRIOR TREATMENT / PHYSICIANS REPORT

SUBJECTIVE

| TIME | BP | T | P | R |
|---|---|---|---|---|
| | | | | |
| | | | | |

ASSESSMENT

OBJECTIVE

LAB

X-RAY — X-RAY RESULTS

| TIME | MEDICATION | DOSE | RT | SITE | INIT. |
|---|---|---|---|---|---|
| | | | | | |

DIAGNOSIS

TREATMENT

EKG ☐ — O2 STARTED — O2 DISCONTINUED

CANNULA ☐ — MASK ☐ — IPPB ☐ — FLOW ☐

CONDITION ON DISCHARGE: GOOD ☐ FAIR ☐ SER. ☐ CRIT. ☐ DECD. ☐

DISPOSITION: DISMISSED ☐ ACCOMPANIED ☐ UNACCOMPANIED ☐ — TRANSFERRED / ADMIT ☐ — VIA: AMBULATORY ☐ W/C ☐ STRETCHER ☐ — TIME: AM PM — DOCTOR REFERRED TO: — WHEN

REASON REFERRED: PER. PHY. ☐ DR. ON CALL ☐ — SPECIALIST REFERRED TO BY: OR. ON CALL ☐ — NOTIFIED: YES ☐ NO ☐ — WAS PATIENT SEEN BY STAFF DOCTOR: YES ☐ NO ☐ — WERE FOLLOW-UP INSTRUCTIONS GIVEN TO PATIENT: YES ☐ NO ☐ — INSTRUCTIONS TO PATIENT:

CONT. ON BACK — PAT. INITIAL

PHYSICIAN SIGNATURE — NURSES SIGNATURE

JANE PHILLIPS EPISCOPAL - MEMORIAL MEDICAL CENTER
DIAGNOSTIC IMAGING/OUT-PATIENT SERVICES

500 E. Frank Phillips Blvd.
Telephone 918/336-0415

3500 SE Frank Phillips Blvd.
Telephone 918/335-0121

Medical Park Center Bldg.
Telephone 918/333-5010

Bartlesville, Oklahoma 74006

NAME: BOMAN, LISA
AGE: 2-27-68
PHYSICIAN: CHANG
EXAMINATION: CHEST AND ABDOMEN

DATE: 1-31-92
XRAY #: 87702

TEXT: LOWER ABDOMINAL PAIN

CHEST:

PA and lateral chest radiographs show the lungs well expanded. There is no evidence of an acute infiltrate and no congestive change or consolidation. The heart, hilar and mediastinal structures appear normal.

ABDOMEN:

The kidneys are partly visualized, the psoas muscles are smooth. No opaque calculi are noted and the intestinal gas pattern is normal. There are no visible soft tissue masses.

IMPRESSION:

1. Normal chest.

2. No specific radiographic signs of interabdominal pathology.

FCW:clw
D: 1-31-92
T: 2-3-92 am

F. C. Wallingford, M.D.
SIGNATURE OF ROENTGENOLOGIST