MEDICAL RECORDS

# JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER

EMERGENCY ROOM/OUTPATIENT REGISTRATION FORM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BOMAN, CHELSEA L | 07/09/88 | 4Y | F | S | W | DSN | 07/25/92 | 09:47 AM | 6-53385-5 |

| | | | | | |
|---|---|---|---|---|---|
| 1568 SE COLORADO | BARTLESVILLE | OK74003 | 74 | 918-337-0724 | - - |

| | | | |
|---|---|---|---|
| / / | | -CHANG | THOMPSON DO, R 0257 |

STATES ASTHMA

MINOR

| | | | | | |
|---|---|---|---|---|---|
| ARTILLA MCGOWAN | P O BOX 952 | BARTLESVIL | OK | FRIEND | 336-1621 |
| BOMAN CARL | 1568 SE COLORADO | BARTLESVILLE | OK74003 | FATHE | 337-0724 |
| ZINC CORP | 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 | BARTLESVILLE | OK74003 | | 336-7100 |

PAY ACCOUNT

4 y/o WF c Asthma on Alupent Elixir.
Had attack this Am. Received 2 doses of Alupent @ 6 & 8 Am by Fa. Doing ok now

HR 110-120

Gen- 4 y/o WF. In NAD Color nl
Chest clear. c forceful expiration HEENT- NR

Asthma.

No need for therapy now. Reassure the family
Cont Alupent Elixir c tsp q.i.d.
Handout @ bedside

1035 F/u c ur Chg PRN or increased

CB

[illegible], MD

Case 4:12-cv-08001-GAF Document 161-2 Filed 09/03/15 Page 1 of 1