# JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER

**EMERGENCY ROOM/OUTPATIENT REGISTRATION FORM** — MEDICAL RECORDS

- Patient Name: BOMAN, DESIREE N
- Birth Date: 01/11/87
- Age: 5Y
- Sex: F
- Marital Status: S
- Race: W
- Clinic: BEF
- Admission Date: 12/26/92
- Admission Time: 08:40 PM
- Admission Number: 6-66122-7
- Patient Address: 427 CREEK
- City / State / Zip: BARTLESVILLE OK74003
- County: 74
- Patient Home Phone: 918-000-0000
- Patient Soc. Sec. No.: - -
- Accident Type: CAR RAN OVER
- Acc. Date: 12/26/92
- Attending Doctor: -NO DR
- E.R. Attending Doctor: ABATSO MD, GEO 0998
- Patient Employer Name: MINOR
- Relative Name: LUCY BAYLE
- Relative Address: 117 N KAW
- Relative City: BARTLESVIL
- Relative Zip: 0
- Relative Relation: GMOTHE
- Relative Phone: 000-000
- Guarantor Name: BOMAN CARL
- Guarantor Address: 427 CREEK
- Guarantor City / State: BARTLESVILLE OK74003
- Guarantor Relation: FATHE
- Guarantor Home Phone: 000-0000
- Guarantor Employer Name: ZINC CORPORATION
- Guarantor Soc. Sec. Number: - -
- Insurance Carrier #1: SELF PAY

**History / Physical / Prior Treatment / Physician Report**

Subjective: CC: Was run over by ~~dau~~ truck -
S: Apparently was trying to get something from the truck and some how the truck rolled over her - The mother did not witness the incident and did not know what happened - Child is ambulatory - Has "tire burns" on the side.

Objective: O - A&O X3 - Head - Atraumocephalic - Neck - Supple - Chest No point tenderness - Lungs CTA - Abd - Soft - No tenderness 2X2.5cm abrasion over the Rt iliac crest & BS⊕. No bony crepitus ~~extr~~ No point tenderness - Some ecchymosis of Rt shoulder No swelling. Leg [illegible]

X-Ray: Rt. shoulder, Pelvis
X-Ray Results: → ⊖

Diagnosis: Abrasion Rt hip -

Treatment:
1. Tylenol elixir c codeine [illegible]
2. Betadine dressing to abrasion
3. Daily dressing change

Physician signature: [illegible signature]

## AUTHORIZATION FOR MEDICAL TREATMENT

I hereby authorize the physician or physicians in charge of the care of ____________ (NAME OF PATIENT)

to administer any treatment and perform such technical procedures as may be deemed necessary or advisable in the diagnosis and treatment of this patient.

Dated this ______ day ______ 19__ ______ A.M. ☐ P.M. ☐

Witness ____________ Signed ____________

## PATIENTS PERSONAL BELONGINGS

CONDITIONS ON ADMISSION

Please read carefully. In order to prevent misunderstanding, the hospital requires the following to be signed for all admissions:

CONSENT TO HOSPITAL CARE: I consent to hospital care encompassing diagnostic procedures and medical treatment. If I am an obstetrical patient admitted to the hospital for the delivery of my baby, I also consent to hospital care of my infant(s) encompassing diagnostic procedures and medical treatment. Furthermore, if I am a patient in the psychiatric unit, I hereby release the hospital of and from all liability resulting from injuries which might be sustained by me while under the jurisdiction of the hospital, and hereby consent that the hospital shall use such methods and manner of treatment and take such measures as it shall deem necessary and proper for my treatment, care and welfare.

CONSENT TO MEDICAL TREATMENT: I hereby authorize the physician or physicians in charge of my care to administer any treatment and perform such technical procedures as may be deemed necessary or advisable in the diagnosis and treatment of my illness.

STATEMENT TO PERMIT PAYMENT OF HOSPITAL & MEDICAL INSURANCE TO HOSPITAL AND PHYSICIAN: I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authroize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare or Medicaid claim. I request that payment of authorized benefits be made in my behalf. I assign payment for the unpaid charges for certain inhospital physicians; services furnished by specialists, or by physicians for whom the hospital is authorized to bill. I understand that I am responsible for any health insurance deductibles and coinsurance. For outpatient services, I request that this authorization apply to the period __________ to __________.

ASSIGNMENT OF BASIC AND MAJOR MEDICAL INSURANCE BENEFITS: I authorize payment directly to Jane Phillips Episcopal Memorial Medical Center for covered hospital expense benefits otherwise payable to me.

RELEASE OF INFORMATION: The hospital is authorized, without restriction, to release any pertinent information including admission and discharge diagnosis and procedures related to my medical care to my employer or my insurer, compensation carrier or governmental agency who may provide financial assistance or to whom a claim may be made for financial aid for hospital care. If, upon discharge, you no longer wish to release your information, you will need to notify the hospital in writing.

GUARANTEE OF ACCOUNT AND RELEASE FROM LOST VALUABLES: In consideration of services rendered I agree to pay Jane Phillips Episcopal Memorial Medical Center for all such services and charges ordered by the attending physician. I also understand and agree that the Medical Center maintains a safe for the keeping of money and other valuables and that the Medical Center shall not be liable for loss or damage of any personal property, unless deposited with the Medical Center for safe keeping.

I certify that the above statements are true and correct to the best of my knowledge and that I am the patient or am duly authorized by the patient to excute the above agreement and accept its terms.

Lucy Bayle

Patient, Guardian or authorized person to sign for patient

BP — 1-26-9 — a.m. / p.m.

Witness — Date — Time

REASON IF PATIENT IS UNABLE TO SIGN:

✓ Minor (under 18 years)

____ Physical condition

____ Mental condition

[signature]

Relation to patient

White copy: Medical Records; Yellow copy: Business Office; Pink copy: Patient

05510 11/88

## EMERGENCY NURSING ASSESSMENT

JANE PHILLIPS EPISCOPAL-
MEMORIAL MEDICAL CENTER
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

CHIEF COMPLAINT: Pain rt. side - Ran over by truck

TIME: 2040

TRIAGE: ☐ YES ☐ NO

DISABILITIES:

PAST MEDICAL HISTORY:

ALLERGIES: NKDA

MEDS: ∅

MEANS OF ARRIVAL: ☐ WALK ☒ PRIVATE VEHICLE ☐ P.D. ☐ PUBLIC TRANSPORTATION ☐ AMBULANCE

LMP:

LAST TETANUS: 1991

WEIGHT: 41 LBS / KGS

VISUAL ACUITY: OD OS OU

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Grips | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUS 4, TO VOICE 3, TO PAIN 2, NONE 1 | 4 | (Coherent) | (Normal) | (Warm) | (Normal) | (Non-labored) | R / L | Normal | R / L | R / L |
| | | Incoherent | Cyanotic | Cool | Dry | Labored | Clear | B.S. Present | Equal | Equal |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | 5 | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B.S. Absent | Strong | Reactive |
| | | Hysterical | Ashen | Cold | | Retracted | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: OBEYS COMMANDS 6, PURPOSEFUL 5, WITHDRAWS 4, FLEXION 3, EXTENSION 2, NONE 1 | 6 | | | | | | Diminished | Rigid | Contracted | Dilated |
| GLASGOW COMA SCALE TOTAL | 15 | | | | | | Absent | Distended | (N/A) | Constricted |
| | | | | | | | (N/A) | (N/A) | | (N/A) |

| NURSE'S SIGNATURE | TIME | B.P. | TEMP | PULSE | RESP |
|---|---|---|---|---|---|
| R. Hotchkin RN | 2040 | 124/68 | 98.5 | 107 | 20 |

| TIME | MEDICATIONS/V.S. | INITIAL | NURSING OBSERVATION/INTERVENTION | INITIAL |
|---|---|---|---|---|
| 2040 | | | Mother states child apparently knocked parked truck out of gear & was found on ground stating he'd been run over - Deep abrasion rt. anterior iliac crest - Redd[illegible] area rt. shoulder - Superficial abrasions to both hands - Ambulates s difficulty | RH |
| 2135 | | | To X-ray | |
| 2150 | | | Dr Abatsola [illegible] | |
| 2200 | | | [illegible] | |
| 2203 | | Tylenol [illegible] [illegible] | [illegible] | [illegible] |

| TIME | MEDICATIONS | INITIAL | NURSING OBSERVATIONS/INTERVENTION | INITIAL |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Law Enforcement Agency Notified: ☐ Yes (Time: ) ☐ No ☐ N/A

Significant Other Notified: ☐ Yes (Name ) ☐ No ☐ Unable

Discharge/Admission/Transfer Summary Time: 2205

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Grips | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUSLY 4, TO VOICE 3, TO PAIN 2, NONE 1 | 4 | Coherent | Normal | Warm | Normal | Non-labored | | Normal | | |
| | | Incoherent | Cyanotic | Cool | Dry | Labored | Clear | B.S. Present | Equal | Equal |
| | | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B.S. Absent | Strong | Reactive |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | 5 | Hysterical | Ashen | Cold | | Retracted | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: [illegible] 6 5 4 3 2 1 | | | | | | | Diminished | Rigid | Contracted | Dilated |
| | | | | | | | Absent | Distended | N/A | Constricted |
| GLASGOW COMA SCALE TOTAL | | | | | | | N/A | N/A | | N/A |

IV of patent secure and infusing well with cc's remaining. ☐ N/A

☐ E.T. ☐ E-wald ☐ Salem sump patent and secure. ☐ N/A

☐ Dressing(s) ☐ Splint(s) ☐ Cast(s) dry and intact. ☐ N/A

Admit to JPH room ☐ after surgery | Transferred to:

Transported with ☐ cardiac monitor ☐ defibrillator ☐ port $O_2$ ☐ emergency drugs

Time expired: Coroner's case ☐ Yes ☐ No

Clothing/Valuables Checklist completed ☐ Yes (see form) ☐ N/A

Discharge/Adm./Trans. | Home patient left: ☐ Walked ☐ Crutches ☐ W/C ☐ Alone ☐ Carried ☐ Guardian ☐ Ambulance | Instructions for followup: ☐ Written ☐ Verbal

| | Initial | | Initial |
|---|---|---|---|
| | | | |
| | | | |

| INTAKE | | PRE-HOSP | E.R. | |
|---|---|---|---|---|
| | I.V. FLUIDS | | | |
| | BLOOD/PLASMA | | | |
| | PLASMANATE/HESPAN | | | |
| | P.O. FLUIDS | | | |
| | TOTAL | | | |
| OUTPUT | URINE | VOIDED / CATHED | | |
| | NG/EMESIS | | | |
| | CHEST TUBE | | | |
| | OTHER | | | |
| | TOTAL | | | |

**JANE PHILLIPS EPISCOPAL-MEMORIAL CENTER**
**BARTLESVILLE, OKLAHOMA**
3500 S.E. FRANK PHILLIPS 918-333-7200

**EMERGENCY DEPARTMENT AFTER CARE INSTRUCTIONS TO THE PATIENT**

| PATIENT'S NAME | DATE |
|---|---|
| Desiree Bowman | 12-26-97 |

The final interpretation of the x-ray examination ordered by your physician or by the Emergency Room doctor on duty has been or will be made by one of the radiologists. For this you will receive a separate statement. The hospital bill includes a charge for x-ray to cover the use of its equipment, the film, supplies, and technical personnel. The bill from the radiologist is for the professional consultative services. The verbal report you receive today may be only a tentative one. If the final written report differs from that which you have been told, you will be promptly notified of this fact. If you desire, you may call the Emergency Room for the official report the following day between 4:00 P.M. and 6:00 P.M.

The examination and treatment you have received in the Emergency Department has been given on an emergency basis only. Since it takes time for most specific signs to develop, it may not be possible to observe all the signs of your problem in a single visit. As such, it is very important that you contact your family doctor for followup care. If your symptoms continue or get worse, call your family doctor or return to the Emergency Room for further evaluation. Meanwhile, FOLLOW THE INSTRUCTIONS INDICATED BELOW

☐ **BACK & NECK INJURY INSTRUCTIONS**

____ Use heat or cold on the injured area — whichever seems to help the most. Be careful not to burn yourself.
____ Rest as much as possible until you are feeling better.
____ Avoid positions and movements that make the pain worse.

☐ **FEVER**

____ Tylenol every 4 hours for fever above 101 degrees.
____ Drink plenty of fluids if no vomiting.
____ Bath in lukewarm water for temperatures higher than 104 degrees.
____ If temperature does not respond to above treatment, contact family doctor.

☐ **HEAD INJURY INSTRUCTIONS**

____ Limit activity for the first 72 hours
____ Report to your doctor immediately if anything listed occurs (even within the next 30 days)
- ____ Persistant vomiting, stiff neck, fever.
- ____ Unequal pupils (one pupil large, or small).
- ____ Confusion or unusual drowsiness.
- ____ Convulsions or unconsciousness.
- ____ Stumbling or other problem with normal use of arms or legs; or areas of skin numbness.
- ____ Wake the patient hourly for first 24 hours.

☐ **SPRAIN AND FRACTURE, SEVERE BRUISES**

____ Elevate the injured part to lessen swelling
____ Ice packs also help prevent swelling, especially during the first 72 hours. Place ice in plastic or rubber bag and cover with cloth. DO NOT place ice directly on skin surface.
____ If you have an elastic bandage, rewrap it too tight or too loose
____ Wiggle toes or fingers to help prevent swelling in the cast. This should be done often if it does not cause pain

☐ **WOUND CARE**

____ Keep the dressing clean and dry.
____ If the dressings need to be changed you should
- ____ change them
- ____ call your doctor

____ Despite the greatest care, any wound can become infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away, or return to the emergency department.

Sutures should be removed in ________ days

X Follow label instructions for any perscription given by the doctor.
X If taking muscle relaxers or pain medication, **DO NOT DRIVE OR DRINK ALCOHOL.**
____ Avoid any use of the injured part.
____ Allow only limited use of the injured part.
____ You need not limit activity.
____ You may ____ / may not ____ return to work or school today.
____ You will need re-evaluation by your doctor or "comprehensive doctor" before returning to work and/or school

☐ **OTHER** Change dressing daily

Return to ER as needed.

Be sure to state that you were seen by our emergency department when you make an appointment with your doctor for follow-up care

☐ Call to arrange an appointment at the office to see

Dr. ________________

in ________________ for followup care. The phone number is ________________

I acknowledge receipt of the instructions indicated above. I understand that I have had emergency department treatment only, and that I may be released before all of my medical problems are known or treated. I will arrange for follow-up care as indicated above.

[signature]
PATIENT OR REPRESENTATIVE SIGNATURE

JANE PHILLIPS EPISCOPAL - MEMORIAL MEDICAL CENTER

RADIOLOGY REPORT

| | | | | |
|---|---|---|---|---|
| NAME: | BOMAN, DESIREE | DATE: | 12-26-92 | |
| AGE: | 5 years | HOSPITAL # | 666122 | ER |
| PHYSICIAN: | ER DOCTOR | RADIOLOGY # | 06-61-59 | |
| EXAMINATION: | RIGHT SHOULDER | | | |

PROBLEM:
TEXT: FELL

---

RIGHT SHOULDER: Films of the right shoulder were obtaine in the AP and Axillary projection. These show the bony structures to be intact and I see no evidence of acute fracture or dislocation.

PELVIS AND BOTH HIPS-AP: The bony structures appear normally maintained and I see no acute or significant chronic abnormality.

IMPRESSION: 1) Normal right shoulder.

2) Normal pelvis and both hips.

DRH/jb

d: 12-27-92 1:25 p.m.
t: 12-27-92 2:12 p.m.

D.R. Howard, M.D.
SIGNATURE OF ROENTGENOLOGIST