# EMERGENCY NURSING ASSESSMENT

JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

BOMAN, CARL J M
6-59858-5 ER - 10/20/89
DR JOHANNESEN MD, TERRY L.
MNAME:
10-08-92 MSW

| | |
|---|---|
| CHIEF COMPLAINT: Vomiting / cough | TIME: / TRIAGE: ☐ YES ☐ NO |
| | DISABILITIES: |
| PAST MEDICAL HISTORY: hx of asthma | ALLERGIES: NKA |
| MEDS: Robitussin Last pm | |
| | MEANS OF ARRIVAL: ☒ WALK c̄ mother ☐ PRIVATE VEHICLE ☐ PD ☐ PUBLIC TRANSPORTATION ☐ AMBULANCE |

LMP: N/A | LAST TETANUS: N/A | WEIGHT: 37 LBS 16.8 KGS | VISUAL ACUITY: OD OS N/A OU

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Grips | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUS 4, TO VOICE 3, TO PAIN 2, NONE 1 | 4 | X Coherent | X Normal | X Warm | X Normal | Non-labored | R / L | X Normal | R / L | R / L |
| | | Incoherent | Cyanotic | Cool | Dry | X Labored | Clear | X B.S Present | Equal | Equal |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | 5 | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B.S Absent | Strong | Reactive |
| | | Hysterical | Ashen | Cold | | X Retracted s/l | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: OBEYS COMMANDS 6, PURPOSEFUL 5, WITHDRAWS 4, FLEXION 3, EXTENSION 2, NONE 1 | 6 | | | | | | Diminished | Rigid | Contracted | Dilated |
| | | | | | | | Absent | Distended | X N/A X | Constricted |
| GLASGOW COMA SCALE TOTAL | 15 | | | | | | N/A | N/A | | X N/A X |

| B.P. | TEMP. | PULSE | RESP |
|---|---|---|---|
| 128/42 | 97³ Ax | 130 | 40 |

NURSE'S SIGNATURE: [illegible signature]

| TIME | MEDICATIONS/I.V.S. | INITIAL | NURSING OBSERVATION/INTERVENTION | INITIAL |
|---|---|---|---|---|
| 1856 | | | mother states child had runny nose earlier in week which has resolved. Today has had cough / vomiting / lethargic / ↓ appetite. Mother denies fever / diarrhea / sore throat or ear pain. Took juice earlier + vomited but has since drank some juice s̄ vomiting. —— | AJ |
| 1925 | | | Dr. Johannesen c̄ pt —— | |
| 2015 | [illegible] 2 tsp. PO | [illegible] | [illegible] | |
| 2030 | | | Breathing tx #2 being done by R.T. / — | [illegible] |
| 2040 | | | Dr. Johannesen c̄ pt —— | [illegible] |
| 2100 | | | Dismissed c̄ mother / instructions / meds | [illegible] |

# EMERGENCY NURSING ASSESSMENT

JANE PHILLIPS EPISCOPAL-
MEMORIAL MEDICAL CENT
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

[illegible], [illegible]
6-59914-6 ER - 10/20/89
DR THOMPSON DO, RUTH M
MNAME:
10/09/92 MSN 35M

| | |
|---|---|
| CHIEF COMPLAINT: recheck breathing in last night / ear infection | TIME: 10[25] — TRIAGE: ☒ YES ☐ NO |
| | DISABILITIES: |
| PAST MEDICAL HISTORY: Ceclor prednisone | ALLERGIES: none |
| MEDS: ✓ ✓ | |
| | MEANS OF ARRIVAL: ☐ WALK ☒ PRIVATE VEHICLE ☐ PD ☐ PUBLIC TRANSPORTATION ☐ AMBULANCE |

| LMP | LAST TETANUS | WEIGHT | VISUAL ACTIVITY |
|---|---|---|---|
| | | 37 LBS / KGS | OD OS OU |

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Gags | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUS 4, TO VOICE 3, TO PAIN 2, NONE 1 | 4 | ✓ Coherent | ✓ Normal | ✓ Warm | ✓ Normal | ✓ Non-labored | | Normal | | |
| | | Incoherent | Cyanotic | Cool | Dry | Labored | Clear | B.S. Present | Equal | Equal |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | 5 | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B.S. Absent | Strong | Reactive |
| | | Hysterical | Ashen | Cold | | Retracted | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: OBEYS COMMANDS 6, LOCALIZES 5, WITHDRAWS 4, FLEXION 3, EXTENSION 2, NONE 1 | 6 | | | | | | Diminished | Rigid | Contracted | Dilated |
| | | | | | | | Absent | Distended | N/A | Constricted |
| GLASGOW COMA SCALE TOTAL | 15 | | | | | | N/A | N/A | | N/A |

| | BP | TEMP | PULSE | RESP |
|---|---|---|---|---|
| | 120/44 | 98 | 98 | 24 |
| NURSE'S SIGNATURE: [signature] 1310 | | | 98 | 22 |

| TIME | MEDICATIONS/I.V.S | INITIAL | NURSING OBSERVATIONS/INTERVENTION | INITIAL |
|---|---|---|---|---|
| 10[25] | | | Mother states he had | |
| | | | another breathing | |
| | | | treatment - Coughing | |
| | | | [illegible] | |
| 1130 | | | To Bed #1 | [initials] |
| 1455 | | | Discharged ̄p Breathing | |
| | | | Tx | [initials] |