DECLARATION OF EITHOL MARIE BOMAN TOWERY

I, Eithol Marie Boman Towery, declare as follows:

I am the daughter of Richard and Lucy Boman. My given name has an unusual spelling, but I am proud of it, as I was named after my grandmother. I have one brother, Michael Boman, who passed away recently and one living brother, Carl Boman. Carl was married to Lisa Montgomery for almost twelve years, making me Lisa's former sister in law. My parents raised my brother and me in Oklahoma, where both Carl and I live now. I am fifty years old and have one daughter, Rosemarie, who has three children. They live near me and my current husband, Thomas Towery, so I get to spend time with them, which I enjoy.

I was young, just eighteen, when I first married and left home. I married Martin Bartholomew who was twenty three, when we married. My father, Richard, and Judy Kleiner, Lisa Montgomery's mother, were already together. Judy had moved all of her children into my dad's house with him. I never liked Judy. She was rude, self-centered and uncaring. She was particularly unkind to children and especially to my younger brother, Michael, who had to continue to live with Judy and her family. Michael was a gentle sweet person who was slightly overweight when he was young. Judy berated him for being overweight and demeaned him in front of other people. Judy never had a kind word for anyone, even her own children. She knew just what to say that would humiliate a child.

Lisa was still a teenager when I first met her. Even though I was married, I visited my dad and had an opportunity to be around Judy, which was never enjoyable. It was hard watching Judy interact with her children and even my dad, her husband. I never thought she treated dad the way a wife should treat her husband if she cared about him. She was even rude and

disrespectful to my dad. Judy could act nice, but I learned to be careful around her, as you could not trust her intentions. Anyone around Judy had to walk on pins and needles. You never knew what a day with Judy would be like. She switched moods in just a moment with no apparent reason; one minute pleasant and the next angry and hateful. Judy was not a good mother, and she was not a good wife to my father.

Twice in my life I lived with my father while he was married to Judy. I lived with them in 1989 in California. I also lived with my father and Judy in Cleveland, Oklahoma as well. Both times I moved in with my father and Judy, were during transition periods of my life. Living with dad and Judy was not easy. Judy tuned out the needs of her children, and it made life around Judy very difficult to bear. Judy alternated between ignoring the children and yelling at them. There didn't seem to be enough food in the house, or at least Judy made me feel there wasn't. She did not welcome me into their home, and I wasn't comfortable eating their food. I actually lost weight when I lived with dad and Judy because I ate less. I didn't feel right eating what food they had, as I knew the children needed it more than I did.

Lisa hoarded food and some of her personal items away from the other children at my dad's house. Lisa was quiet, always reading, and not a teenager who was fun to be with or even seemed to have any fun herself. Even has a teenager, when most girls try to look nice and are overly concerned about their appearance, Lisa had terrible personal hygiene. She attended my grandmother's funeral and sat with our family. I could tell that she hadn't bathed in a long time. I was embarrassed because Lisa was so dirty: her arms brown with caked in dirt, her hair stringy and greasy, but the worst part was that she smelled so bad. Lisa's hygiene problem was not just occasional, but ongoing. Once my little girl, before she knew better, said to Lisa, "you smell like onions!" Lisa went days without bathing or brushing her teeth. Another time, my brother, Carl,

told Lisa, who was then his wife, "go take a bath and brush your teeth." I can't imagine my husband needing to say something like that to me. I would be so embarrassed! Because Carl had to tell Lisa to bathe, not only shows how really bad her hygiene was, but also shows she was totally oblivious to the problem! Lisa just didn't seem to notice that she was dirty and smelled bad.

I also lived for a couple of months with Lisa and Carl, when they were married. Lisa and Carl had met when Lisa was just a teenager, and they eventually developed a relationship and got married. Together Lisa and Carl had four children: Desiree, Chelsea, C.J. and Kayla. When I lived with Lisa and Carl they were living in California and had two of their children. Lisa was distant and forgetful and tuned the needs of her children out.

When Lisa was arrested and went to jail, I tried to keep in touch with her children, and I have tried to be supportive to them. Two of her and Carl's children live with him in Bartlesville, where I, our mother and most of our family live. Their oldest daughter lives only about two hours away from us.

I would have given all the above information to Lisa's trial team if they had asked me.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Eithol M. Boman Towery
EITHOL MARIE BOMAN TOWERY
Dated this 3rd day of March 2013