Part 1

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
FILED
FEB 22 2013
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | | |
|---|---|---|
| IN THE MATTER OF THE RECORDS OF: | ) | |
| | ) | |
| MONTGOMERY, Lisa | ) | Case No. JMI 2013-3 |
| DOB 2/27/1968 | ) | Judge Doris Fransein |

**ORDER AUTHORIZING DISCLOSURE OF RECORDS UNDER PROTECTIVE ORDER**

**NOW** on this 22nd day of February 2013, this matter comes on for the review of the agency records and the information contained therein maintained by the OK Department of Human Services ["Department"] pertaining to the Petitioner. The court, being fully advised in the premises, **FINDS:**

1. That in accordance with 10A O.S. §1-6-102, the court has reviewed the records provided by the Department pursuant to this court's prior order. With due regard for the confidentiality of the records and the privacy of the persons identified in the records, the court finds that compelling reasons exist and it is necessary for the protection of a legitimate public or private interest to authorize the release and disclosure of the records pertaining to the Petitioner for these reasons:

> Petitioner is a death sentenced inmate represented by the Federal Public Defender, Middle District of the State of Tennessee, who is in need of her child welfare records from the State of Oklahoma in order to prepare for ongoing appellate litigation in federal court regarding her conviction for capital murder.

**IT IS THEREFORE ORDERED** by this court that the findings made herein above are incorporated and made a part of the court's order.

**IT IS FURTHER ORDERED** by this court that the Department's child welfare records pertaining to Petitioner shall be provided to her attorneys to assist them in preparing for ongoing appellate litigation in federal court regarding her conviction for capital murder. pursuant to the following terms and conditions:

1. The Department records being released and disclosed are confidential records pursuant to 10A O.S. §1-6-102 and shall not be open to the general public or inspected or their contents disclosed other than for purposes of aiding Petitioner's ongoing habeas corpus appellate action resulting from Petitioners capital murder conviction in federal court..

2. The identity of any reporter of allegations of child abuse or neglect that may be contained in the unredacted child welfare records pertaining to Petitioner shall be for attorney eyes only and shall not be revealed to Petitioner absent a further order of this court.

**IT IS FURTHER ORDERED** by this court that the Department's records and their contents and any testimony pertaining to those records shall remain confidential and the use of the records and information contained therein shall be limited to the purposes set forth hereinabove for which disclosure is authorized.

**DORIS L. FRANSEIN**
**CHIEF JUDGE OF THE DISTRICT COURT**
**JUVENILE DIVISION**

Submitted by:
CATHERINE O'LEARY, OBA NO. 6765
Assistant General Counsel
OK Department of Human Services
6128 E. 38th St., Ste. 5400
Tulsa OK 74135-5814
(918) 794-7565
Fax: (918) 794-7584
Attorney for the Department