**CONFIDENTIAL WORK PRODUCT**

**To: David Owen, Susan Hunt, Ron Ninemire, Phil Thompson**

**From: Lisa Rickert**

**Interview Notes**
**Person Interviewed: Brett Owens**
**Date of Interview: June 17, 2005**

**Brett Owens**
[redacted]

Brett Owens is Lisa Montgomery's former boyfriend. I was attempting to contact him to schedule a face-to-face interview with him while I was in Oklahoma the week of July 11th; however, when I finally caught up with him he was working out of state and would not be available to meet. Brett travels constantly with is job and he is rarely home. He stated that we should do the interview by phone because a face-to-face meeting was unlikely. Brett is hired as a Millwright for ethanol plants around the country.

After explaining who I am and my role in the case, Brett was willing to talk with me. He had heard through some friends about Lisa's situation and was very surprised.

Brett stated that he met Lisa in 1993. She was working at a convenience store and he was a regular customer. Both Lisa and Brett were married and both were unhappy in their relationships.

Brett stated that he and Lisa started out chatting about surface things and then got more personal. Brett was aware that Lisa was married to Carl and that Carl worked all the time. According to Lisa, Carl didn't have a lot to do with her or the children. Brett was aware that Lisa had four children and that she was unhappy in her marriage. Brett stated that he'd help her fix her car when needed and that is when they started seeing each other on a more intimate level.

Brett stated that he was involved with Lisa at the time that she, Carl, and the kids were involved in a car accident. "They hit a cow." Lisa ended up with a Blue Mercury vehicle that Brett helped fix.

Brett stated that Lisa told him that she had been sexually abused. I asked how that topic came up and he cannot recall. He stated that most of the girls he dates are sexually abused and he is not sure if he "just knew" or if she told him. He is fairly sure she said it to him. Brett stated, "It was obvious." When asked to explain, he stated Lisa was "extremely passive." "She couldn't hurt a fly."
Brett gave an example of after they had moved in together with the children that CJ, age 4, plugged the toilet with toilet paper and Lisa did nothing about it. She didn't discipline him.

Brett stated that Lisa and the kids moved in with him soon after the accident in June 1993 and that Carl was very upset about them being together.

Brett was initially living with a friend named Tim LNU when he met Lisa. Brett and Lisa moved into their own place in July 1993. Tim was legally blind and did not work. He was a drug user and dealer and had a lot of parties. Brett and Lisa didn't associate much with him after Brett moved out. Brett has no idea where Tim is and believes he may be in jail for drug dealing. I asked about a woman named Shelly who was a friend of Lisa and Brett and he stated that Shelly died of cancer.

During one of Carl's weekends with the children he took off with the children to California. Brett stated that he and Lisa drove to California twice attempting to get the children back. He stated that both attempts were unsuccessful. He stated that the trips took place in July and August 1993. Brett couldn't remember the first trip very well but he knows that they returned without the children. He stated that the police were never called regarding any altercation between them and Carl or Lisa's family. He stated that he remembers that he and Lisa went to the Imperial Police to ask for help but they refused to get involved.

Brett stated that on the second trip in August 1993 they drove to a Church and found the children with Lisa's family. He remembered Lisa's mother Judy and her husband Richard. Brett stated that the family left out the back door of the Church with the children and that Church members were helping them flee.

Brett does not recall the children's reaction to being taken away from their mother. He remembers that family members were carrying them away.
Brett stated that Lisa was crying and shouting "those are my kids" but that she was not hysterical and there was no physical confrontation with her family. He stated the police were not called on this occasion either.

Brett stated that while in California in August, their friend Tim contacted them and told them Lisa received notice of a court hearing pertaining to the custody of her children. Brett stated they had to take turns driving for 25 hours in order to make the hearing. Brett went to court with Lisa but was not present in the court hearing. Brett stated Carl and the kids were present. Brett stated that Lisa got custody of the kids. He cannot recall if that occurred immediately or later.

Brett stated that he and Lisa had a pretty good relationship. They both had trouble with their ex-spouses. Brett's ex-wife was arrested for assaulting Lisa the summer of 1993.

Brett stated that Lisa was sometimes moody and depressed. Lisa was smart, nice, naïve, and could be easily taken advantage of. Brett stated that Lisa equated sex with love and that "it was not hard to get in her pants." Although, Brett does not consider himself someone who took advantage of her. Brett stated he cared about Lisa. Brett stated that Lisa called him her "White Knight."

Lisa had attended some Junior college for one semester while she worked part-time at the Seven 11 Store. He is unsure how she managed her money.

Brett stated that Lisa had not attempted suicide or talked about suicide when he was with her. He thinks that she had attempted suicide in the past but not when he knew her.

Regarding their sex life, Brett stated, "most women call me marathon man." Brett stated that he and Lisa dabbled in "the handcuff thing." It was Brett's idea but Lisa consented. They did not do bondage activity often and there was no pain involved in their activity.

Lisa was an occasional alcohol user and did not use drugs. He always found her to be truthful and was not aware that she fabricated any stories. Brett never noticed anything unusual or bizarre in Lisa's thinking or behavior. Her depression and moodiness were always appropriate to the life situation.

Brett did not find Lisa to be manipulative or selfish in any way. She was never aggressive and he cannot believe that Lisa could ever hurt anyone.

Lisa was someone who always had vague physical complaints like headaches. He is unsure if they were related to the car accident.

Lisa told Brett that she had an abortion when she was 15 or 16.

Brett stated that he and Lisa never discussed having children and always took precautions to not get pregnant.

Lisa took an interest in deer hunting and had bow hunted with him.

Lisa didn't have many friends. He doesn't know any names other than their mutual friend Shelly.

Brett stated that Lisa told him that Carl worked all night and slept all day, he never took her out, and was demanding about keeping the house clean. Brett does not recall that Carl ever abused Lisa although "maybe emotionally."

Brett described Desiree as "active, dizzy D, outgoing, a ball to be with, cheerful, good child, a little mother." Chelsea was, "a little slower acting, not as high strung as Desi, smart." CJ was "mischievous." Brett can hardly remember Kayla except to say she was small.

Brett stated that Lisa was not a perfect mother but nor was she neglectful. She always fed her children and changed diapers but not always as soon as she should. Brett never saw Lisa get angry with her children. She never disciplined in any harsh physical manner. In fact, Brett disagreed with her lack of discipline sometimes.

Brett did not know Lisa's family other than seeing some of them briefly in California. He is aware that Lisa's family supported Carl in keeping the children.

Brett stated that he planned on marrying Lisa when she divorced Carl; however, in December 1993, Lisa went back with Carl. Brett stated that Lisa was afraid she would lose custody of her children because her family was going to testify against her. Brett was very hurt when she left him. He never saw Lisa after December 1993

Brett travels constantly but we can always leave a message with his girlfriend at his home number and she can locate him.

Brett wanted to know if he could be on Lisa's visiting list or if she could have his number.

Brett is willing to testify on her behalf if needed.