# CASE HISTORY

Name: Lisa Boman  Date: 5-9-95

Occupation: Dispatcher / TAXi  CA PI WC MM MED NC

Employer:

Patient presents as a 27 year old, (white, black, hispanic, indian, ________) (male, female) complaining of ( acute, sub-acute, chronic, acute exacerbation chronic condition)

1. HA's (R) Side 2. Neck (R) 3. ________ 4. ________

________ duration of a (sudden, gradual) onset.

HA 1-7 X Wk - take 800mg (2) @ 1 time c Rest which Relieves HA's - Daily neck ache suffers off s/m ↑ c ↑ ADL in AM. or prolong sitting

MVA - 1993 June - passenger front seat - pt car struck 2 Cows on Road @ 60-65 MPH - @ impact pt was turned sideway looking into back seat hit head (R) side on rear view -

Was feeling fine - NO neck pain or HA's - prior to MVA,

Denies any U-E Symptom -

Patient symptoms are:

- Sharp
- Stabbing
- Shooting
- Dull Ache — (INTER Daily)
- Stiff — AM & c Prolong sitting
- Throbbing
- Burning
- Sore
- Cramping
- Tingling
- Numb
- Tired
- Weak
- Pinching
- Itching
- Tight
- Radiating

Pain increases with–prolong:

- Bending
- Sitting
- Standing
- Walking
- Cold Weather
- Heat
- Rest
- Getting out of bed in a.m.
- ______ hours in bed
- Getting up/down from (chair-bed)
- At work
- End of day
- Lifting
- Carrying
- A.D.L.

Pain decreases with:

- Bending
- Sitting
- Standing
- Walking
- Cold
- Heat
- Rest
- Daily activity
- End of day
- At work
- OTC MED
- Rx MED

Pain: constant, intermittent, daily, M M S

neck  neck