4654 6550

# JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER

EMERGENCY ROOM/OUTPATIENT REGISTRATION FORM

MEDICAL RECORDS

| PATIENT NAME | BIRTH DATE | AGE | SEX | MS | RACE | CLERK | ADMISSION DATE | ADMISSION TIME | ADMISSION NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| BOMAN, KAYLA | 08/18/90 | 32M | F | S | W | BEF | 04/22/93 | 11:52 AM | 6-75200-0 |

| PATIENT ADDRESS | PATIENT CITY | STATE | ZIP | COUNTY NAME | PATIENT HOME PHONE | PATIENT SOC. SEC. NO. |
|---|---|---|---|---|---|---|
| 427 S CREEK | BARTLESVILLE | OK | 74003 | 74 | 918-000-0000 | - - |

| ACCIDENT TYPE | ACC. DATE | ACCIDENT PLACE | ATTENDING DOCTOR | E.R. ATTENDING DOCTOR |
|---|---|---|---|---|
| | / / | | -NO DR | THOMPSON DO, R 025 |

PROBLEM: CHILDS NON ASPRIN INGESTION

| PATIENT EMPLOYER NAME | PATIENT EMPLOYER ADDRESS | PATIENT EMPLOYER CITY | STATE | ZIP | HOW LONG | PAT. WORK PHONE |
|---|---|---|---|---|---|---|
| CHILD | | | | | | - |

| RELATIVE NAME | RELATIVE ADDRESS | RELATIVE CITY | STATE | ZIP | RELATIVE RELATION | RELATIVE PHONE |
|---|---|---|---|---|---|---|
| | | | | | | - |

| GUARANTOR NAME | GUARANTOR ADDRESS | GUARANTOR CITY | STATE | ZIP | GUARANTOR RELATION | GUARANTOR HOME PHONE |
|---|---|---|---|---|---|---|
| BOMAN LISA | 427 S CREEK | BARTLESVILLE | OK | 74003 | MOTHE | 000-00 |

| GUARANTOR EMPLOYER NAME | GUARANTOR SOC. SEC. NUMBER | GUARANTOR EMPLOYER CITY | STATE | ZIP | GUARANTOR WORK PHONE |
|---|---|---|---|---|---|
| UNEMPLOYED | - - | | | | - |

| INSURANCE CARRIER #1 | CODE | GROUP | TYPE | INSURANCE CARRIER #2 | CODE | GROUP | TYPE |
|---|---|---|---|---|---|---|---|
| SELF PAY | | | | | | | |

| POLICY HOLDER | WITH WHOM | POLICY HOLDER | WITH WHOM |
|---|---|---|---|
| BOMAN LISA | | | |

| POLICY NUMBER | STATE OF PLAN | POLICY NUMBER | STATE OF PLAN |
|---|---|---|---|
| | | | |

PATIENT BROUGHT BY — ARRIVED BY: CAR / AMB. — CONDITION ON ADMISSION: GOOD / FAIR / SERIOUS / CRITICAL / SHOCK / CODE BLUE / DOA — NOTIFIED: REALTIVE - POLICE — TIME NOTIFIED: AM. / PM — BY WHOM

KNOWN DISEASES — KNOWN ALLERGIES — CURRENT MEDICATIONS

HISTORY / PHYSICAL / PRIOR TREATMENT / PHYSICIANS REPORT

SUBJECTIVE: 32 mo. ♀ took ~ 21 80 mg chewable Tylenol btw 10:40 + 11:00 Am today. Child's mouth was coated c white material, no vomiting. Older sis apparently opened bottle for pt. (violent).
24# = 10.9 kg = 154 mg/kg Toxic >140mg/kg

TIME / BP / T / P

ASSESSMENT

OBJECTIVE: Alert - Nontoxic HENT: WNL - chewed (R) Tm - mild irritation can canal Sept mobile Neck supple & c tens LCTA HRRR abd neg Neuro - intact

LAB: Acetaminophen level → 4.2

X RAY — X-RAY RESULTS

TIME / MEDICATION / DOSE / BY / SITE

DIAGNOSIS: Tylenol Ingestion

TREATMENT: Ipecac 15cc P.O. (+) emesis several times (+) foamy-particle material floating. Charcoal 25 gms + Mg citrate 45cc P.O. Dismissed 551 c mother. Light diet today

EKG ☐ — O2 STARTED — O2 DISCONTINUED — CARDIAC ☐ — MASK ☐ — IPPB ☐

CONDITION ON DISCHARGE: GOOD ☐ FAIR ☐ SER ☐ CRIT ☐ DEAD ☐ — DISPOSITION — DISMISSED ACCOMPANIED / UNACCOMPANIED — TRANSFERRED / ADMIT ☐ — VIA AMBULATORY ☐ W/C ☐ STRETCHER ☐ — TIME — AM / PM — DOCTOR REFERRED TO: FPC (0839) — WHEN

REASON REFERRED: PER PHY ☐ DR ON CALL ☐ — SPECIALIST REFERRED TO BY: DR ON CALL ☐ — NOTIFIED: YES ☐ NO ☐ — WAS PATIENT SEEN BY STAFF DOCTOR: YES ☐ NO ☐ — WERE FOLLOW UP INSTRUCTIONS GIVEN TO PATIENT: YES ☐ NO ☐ — INSTRUCTIONS TO PATIENT

CONT ON BACK — PAT INITIAL — RT — PHYSICIAN SIGNATURE — NURSE SIGNATURE

## AUTHORIZATION FOR MEDICAL TREATMENT

I hereby authorize the physician or physicians in charge of the care of ______________________________
(NAME OF PATIENT)

to administer any treatment and perform such technical procedures as may be deemed necessary or advisable in the diagnosis and treatment of this patient.

Dated this ____________ day of ____________________________, 19______ Time ______________ A.M. ☐ P.M. ☐

Witness ______________________________________ Signed ______________________________
(PATIENT OR NEAREST RELATIVE)

______________________________
RELATIONSHIP

## PATIENTS PERSONAL BELONGINGS

THE ABOVE AUTHORIZATIONS THAT ARE APPLICABLE MUST BE SIGNED BY THE PATIENT OR IN THE CASE OF A MINOR OR WHEN THE PATIENT IS PHYSICALLY OR MENTALLY INCOMPETENT BY THE NEAREST RELATIVE

**JANE PHILLIPS EPISCOPAL-MEMORIAL CENTER**
**BARTLESVILLE, OKLAHOMA**
3500 S.E. FRANK PHILLIPS 918-333-7200

**EMERGENCY DEPARTMENT AFTER CARE INSTRUCTIONS TO THE PATIENT**

| PATIENT'S NAME | DATE |
|---|---|
| Boman, Kayla | 4/22/93 |

The final interpretation of the x-ray examination ordered by your physician or by the Emergency Room doctor on duty has been or will be made by one of the radiologists. For this you will receive a separate statement. The hospital bill includes a charge for x-ray to cover the use of its equipment, the film, supplies, and technical personnel. The bill from the radiologist is for the professional consultative services. The verbal report you receive today may be only a tentative one. If the final written report differs from that which you have been told, you will be promptly notified of this fact. If you desire, you may call the Emergency Room for the official report the following day between 4:00 P.M. and 6:00 P.M.

The examination and treatment you have received in the Emergency Department has been given on an emergency basis only. Since it takes time for most specific signs to develop, it may not be possible to observe all the signs of your problem in a single visit. As such, it is very important that you contact your family doctor for followup care. If your symptoms continue or get worse, call your family doctor or return to the Emergency Room for further evaluation. Meanwhile, FOLLOW THE INSTRUCTIONS INDICATED BELOW:

☐ **BACK & NECK INJURY INSTRUCTIONS**

____ Use heat or cold on the injured area — whichever seems to help the most. Be careful not to burn yourself.
____ Rest as much as possible until you are feeling better.
____ Avoid positions and movements that make the pain worse.

☐ **FEVER**

____ Tylenol every 4 hours for fever above 101 degrees.
____ Drink plenty of fluids if no vomiting.
____ Bath in lukewarm water for temperatures higher than 104 degrees.
____ If temperature does not respond to above treatment, contact family doctor.

☐ **HEAD INJURY INSTRUCTIONS**

____ Limit activity for the first 72 hours
____ Report to your doctor immediately if anything listed occurs (even within the next 30 days)
  ____ Persistent vomiting, stiff neck, fever.
  ____ Unequal pupils (one pupil large, or small).
  ____ Confusion or unusual drowsiness.
  ____ Convulsions or unconsciousness.
  ____ Stumbling or other problem with normal use of arms or legs; or areas of skin numbness.
  ____ Wake the patient hourly for first 24 hours.

☐ **SPRAIN AND FRACTURE, SEVERE BRUISES**

____ Elevate the injured part to lessen swelling.
____ Ice packs also help prevent swelling, especially during the first 72 hours. Place ice in plastic or rubber bag and cover with cloth. DO NOT place ice directly on skin surface.
____ If you have an elastic bandage, rewrap if too tight or too loose.
____ Wiggle toes or fingers to help prevent swelling in the cast. This should be done often if it does not cause pain.

☐ **WOUND CARE**

____ Keep the dressing clean and dry.
____ If the dressings need to be changed you should:
  ____ change them
  ____ call your doctor
____ Despite the greatest care, any wound can become infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away, or return to the emergency department
____ Sutures should be removed in ________ days.

____ Follow label instructions for any perscription given by the doctor.
____ If taking muscle relaxers or pain medication, DO NOT DRIVE OR DRINK ALCOHOL.
____ Avoid any use of the injured part.
____ Allow only limited use of the injured part.
____ You need not limit activity.
____ You may ____ / may not ____ return to work or school today.
____ You will need re-evaluation by your doctor or "comprehensive doctor" before returning to work and/or school

☐ **OTHER**

Clear liquids today

Be sure to state that you were seen by our emergency department when you make an appointment with your doctor for follow-up care.

☐ Call to arrange an appointment at the office to see
Dr. FPC
In ________________ for follow-up care. The phone number is 336-2100

I acknowledge receipt of the instructions indicated above. I understand that I have had emergency department tretment only, and that I may be realeased before all of my medical problems are known or treated. I will arrange for follow-up care as instructed above.

Lisa Boman
PATIENT OR REPRESENTATIVE SIGNATURE

71

JANE PHILLIPS EPISCOPAL-
MEMORIAL MEDICAL CENTER
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

CHIEF COMPLAINT: Sts had 20 (twenty) 80mg tabs

TIME: 11:45

TRIAGE: ☐ YES ☐ NO

DISABILITIES:

ALLERGIES: NKA

PAST MEDICAL HISTORY: none

MEDS: none

MEANS OF ARRIVAL: ☐ WALK ☒ PRIVATE VEHICLE ☐ PD ☐ PUBLIC TRANSPORTATION ☐ AMBULANCE

LMP:

LAST TETANUS: Sts current

WEIGHT: 24 LBS KGS

VISUAL ACTIVITY: OD OS OU

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Grips | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUS 4, TO VOICE 3, TO PAIN 2, NONE 1 | 4 | (Coherent) | (Normal) | Warm | (Normal) | (Non-labored) | | Normal | | |
| | | Incoherent | Cyanotic | (Cool) | Dry | Labored | Clear | B.S. Present | Equal | Equal |
| | | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B.S. Absent | Strong | Reactive |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | 5 | Hysterical | Ashen | Cold | | Retracted | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: OBEYS COMMANDS 6, PURPOSEFUL 5, WITHDRAWS 4, FLEXION 3, EXTENSION 2, NONE 1 | 6 | | | | | | Diminished | Rigid | Contracted | Dilated |
| | | | | | | | Absent | Distended | (N/A) | Constricted |
| GLASCOW COMA SCALE TOTAL | 15 | | | | | | (N/A) | (N/A) | | (N/A) |

| B.P. | TEMP. | PULSE | RESP |
|---|---|---|---|
| 96/57 | 98° | 135 | 28 |

NURSE'S SIGNATURE:

| TIME | MEDICATIONS/V.S. | INITIAL | NURSING OBSERVATION/INTERVENTION | INITIAL |
|---|---|---|---|---|
| 11:45 | | | Child had approx. 20 (twenty) 80mg tabs of Tylenol ≥ 30min to 1 hr ago. | VR |
| | Ipecac 15cc PO c̄ 1 glass of apple juice & 1 glass of grape juice | | | VR |
| 1153 | | | Child vomits mod. amt. purple liquid | VR |
| | | | [illegible] | EL |
| 1200 | | | | |
| 1230 | | | #14 French Salem Sump to R naris placement noted correctly — 1 Bottle Charcoal 25gms instilled followed by 45cc Mag Citrate | EL |
| 1400 | | | Tylenol level drawn | EL |
| 1500 | | | NG Removed - pt discharged | EL |

☐ [illegible] Discharge Summary

40

Kayla Boman 6752000

4/22/93

| TIME | MEDICATIONS/V.S. | INITIAL | NURSING OBSERVATION/INTERVENTION | INITIAL |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Law Enforcement Agency Notified: ☐ Yes (Time ) ☐ No ☐ N/A

Significant Other Notified: ☐ Yes (Name ) ☐ No ☐ Unable

**Discharge/Admission/Transfer Summary Time:**

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Grips | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUS 4, TO VOICE 3, TO PAIN 2, NONE 1 | | Coherent | Normal | Warm | Normal | Non-labored | R / L | Normal | R / L | R / L |
| | | Incoherent | Cyanotic | Cool | Dry | Labored | Clear | B S Present | Equal | Equal |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B S Absent | Strong | Reactive |
| | | Hysterical | Ashen | Cold | | Retracted | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: OBEYS COMMANDS 6, PURPOSEFUL 5, WITHDRAWS 4, FLEXION 3, EXTENSION 2, NONE 1 | | | | | | | Diminished | Rigid | Contracted | Dilated |
| | | | | | | | Absent | Distended | N/A | Constricted |
| GLASCOW COMA SCALE TOTAL | | | | | | | N/A | N/A | | N/A |

IV of patent secure and infusing well with cc's remaining ☐ N/A

☐ E.T. ☐ E-wald ☐ Salem sump patent and secure ☐ N/A

☐ Dressing(s) ☐ Splint(s) ☐ Cast(s) dry and intact ☐ N/A

Admit to JPH room ☐ after surgery | Transferred to:

Transported with ☐ cardiac monitor ☐ difibrillator ☐ port $O_2$ ☐ emergency drugs

Time expired: Coroner's case ☐ Yes ☐ No

Clothing/Valuables Checklist completed ☐ Yes (see form) ☐ N/A

Discharge/Adm./Trans. | How patient left ☐ Walked ☐ Crutches ☐ W/C ☐ AMA ☐ Carried ☐ Gurney ☐ Ambulance | Instructions for following ☐ Written ☐ Verbal

| | Initial | | Initial |
|---|---|---|---|
| | | | |
| | | | |

| INTAKE | | |
|---|---|---|
| I.V. FLUIDS | PRE-HOSP / E R | |
| BLOOD/PLASMA | | |
| PLASMANATE/HESPAN | | |
| P.O. FLUIDS | | |
| TOTAL | | |

| OUTPUT | | |
|---|---|---|
| URINE | VOIDED / CATHED | |
| N G EMESIS | | |
| CHEST TUBE | | |
| OTHER | | |
| TOTAL | | |

dg 2 of 2

04/22/93 12:30 PM OUTPATIENT LAB ORDER 6-75200-0 0001
ER - BOMAN, KAYLA FW DOB:08/18/90 AGE 32 IN: LBS: ADM:04/22/93
DX: CHILDS NON ASPRIN INGESTION DR: 0257 THOMPSON DO, RUTH M ENTRY:
TEXT: PLEASE DRAW AT 2:00PM
4030-ACETAMINOPHEN PERFORMED: BY
OUTPATIENT LAB COLL: 4/22 1405 BY

SERUM ACETOMINOPHEN LEVELS GREATER THAN
200 UG/ML AT 4 HRS AFTER INGESTION OR
50 UG/ML AT 12 HRS AFTER INGESTION ARE
ASSOCIATED WITH SERIOUS LIVER DAMAGE

TIME____AM ACETAMINOPHEN LEVEL
1440 PM
DATE 4-22-93 4.2 UG/ML

LEVELS LESS THAN 120 UG/ML AT 4 HOURS
AFTER INGESTION CAUSE INSIGNIFICANT
LIVER DAMAGE

TECH DM
CALLED____ ____HOURS
TIME____ HOURS AFTER INGESTION
BY____ 1 MG/DL 10 UG/ML

JANE PHILLIPS EPISCOPAL MEMORIAL MEDICAL CENTER BARTLESVILLE OKLAHOMA

Case 4:12-cv-08001-GAF Document 161-10 Filed 09/03/15 Page 6 of 6