**SIXTH JUDICIAL DISTRICT COURT**
**COUNTY OF LUNA**
**STATE OF NEW MEXICO**

LISA BOMAN,

Petitioner,

vs. No. DM 0098-000 /02

CARL BOMAN,

Respondent. SUMMONS ISSUED

**PETITION FOR DISSOLUTION OF MARRIAGE**

**COMES NOW** Petitioner, by and through Robert F. Turner, Attorney at Law, and for cause of action, alleges and states:

1. Petitioner's place of domicile is the State of New Mexico, County of Luna, and has resided in the State of New Mexico for more than six months immediately preceding the filing of this Petition.

2. The Petitioner's full name is Lisa Boman; present address is [redacted] Petitioner is unemployed.

3. Respondent's full name is Carl Boman; present address is [redacted], [redacted], and employer is Spears.

4. The parties were married in Fayetteville, AK on June 11, 1994.

5. The parties are the parents of four children, Desiree Nicole Boman born [redacted], [redacted], Chelsea Lynne Boman born [redacted], Carl James Boman II born [redacted] and Kayla Deanne Boman born [redacted].

6. The children have resided within the Luna County, NM for at least the previous six months, and New Mexico is their home state for purposes of the Uniform Child Custody Jurisdiction Act.

7. Petitioner has been the sole person responsible for the children.

8. The parties should be awarded joint custody of the minor children with Petitioner having primary physical custody and Respondent having visitation as outlined in a parenting plan to be executed by the parties.

9. Respondent should be order to pay child support in accordance with the state guidelines.

10. The parties have already divided the community property and debts.

**WHEREFORE**, Petitioner prays:

a. That Peitoiner be granted a dissolution of marriage from Respondent.

a. That the parties be awarded joint custody of the minor children with Petitioner having primary physical custody and Respondent having visitation as outlined in a parenting plan to be executed by the parties;

b. That Respondent be ordered to pay child support;

c. That the parties be awarded the property and debts in their possession;

d. That the Court grant such other additional and further relief as it deems equitable and just.

Respectfully submitted

Robert F. Turner
[redacted]

## VERIFICATION

STATE OF NEW MEXICO )
) ss.
COUNTY LUNA )

I, Lisa Boman, the undersigned, being first duly sworn upon oath, deposes and states. That I am Petitioner in the above entitled domestic relations action; that I have read and understand the contents of the foregoing Petition for Dissolution of Marriage; that the statements herein made are true to the best of my knowledge, except those statements that are made upon information and belief, which I also believe to be true.

Lisa Boman
Petitioner

**SUBSCRIBED AND SWORN** to before me this 29th day of June 1998.

SEAL

Notary Public

My Commission Expires: 12-6-98



02477

MONTGOMERY

# Robert F. Turner

[redacted]

TO: Lisa Boman

DATE: 8.11.98

OM: Robert F. Turner FAX No:

PG.: 3

NTS:

Th information contained in this facsimile s privileged and/or confidential and is int d the use of the individual or entity named above. If the reader of this messa the intended recipient or the employee or agent responsible to deliver it to the ...nded recipient, you are notified that any dissemination, distribution or ...ying of this communication is prohibit 1.

If you have any problems with this TRANSMITTAL please call (505)544-4306

SIXTH JUDICIAL DISTRICT COURT
COUNTY OF LUNA
STATE OF NEW MEXICO

LISA BOMAN,

Petitioner,

vs. NO. DM 0098-00102

CARL BOMAN,

Respondent.

## DEFAULT JUDGMENT

**THIS MATTER** coming before the court on motion of Petitioner and the Court finding it has jurisdiction and that Petitioner appeared by attorney and Respondent failed to appear. The Court has reviewed the Court file and finds:

1. That service of process was duly made and that Respondent has not filed an answer.

2. Petitioner should be granted a dissolution of marriage from Respondent.

3. There has been four children, Desiree Nichole Boman born [redacted] Chelsea Lynne Boman born [redacted], Carl James Boman II born [redacted] and Kayla Deanne Boman born [redacted]; and that both parties should have joint legal custody of said minor children, with actual physical custody of in Petitioner, subject to the reasonable visitation of Respondent as provided by a parenting plan.

4. There should be a hearing scheduled to determine the issues of child support, and visitation, the division of property, and the cost and attorney fees Petitioner in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

a. Petitioner is awarded a dissolution of marriage from Respondent;

b. There has Been four children, Desiree Nichole Boman born [redacted] Chelsea Lynne Boman born [redacted], Carl James Boman II born [redacted] and Kayla Deanne Boman born [redacted] and that both parties shall have joint legal custody of said minor children, with actual physical custody of in Petitioner, subject to the visitation of Respondent as provided by a parenting plan.

There shall be a hearing scheduled to determine the issues of child support, the division of property, and the cost and attorney fees Petitioner in this

DISTRICT JUDGE

Respectfully Submitted By:

Robert F. Turner
Attorney for Petitioner