7840
723 ·
8851
8893

# JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER

## EMERGENCY ROOM/OUTPATIENT REGISTRATION FORM

MEDICAL RECORDS

Patient name: BOWEN, LISA M
Birth date: 02/27/68 — Age: 25Y — Sex: F — MS: M — Race: W
Clerk: SA — Admission date: 07/15/93 — Admission time: 01:38 PM — Admission number: 6-82258-9

Address: 1 S KAW
Patient city/state/zip: BARTLESVILLE OK74003
County name: 74
Patient home phone: — —
Patient Soc. Sec. No.: 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

MVA — Acc. date: 06/08/93
Accident place:
Attending doctor:
E.R. attending doctor: DUFFIELD MD, J 0385

Problem: MRI/ HA
Information given by:

Patient employer: UNEMPLOYED
Patient employer address:
Patient employer city / state / zip:
How long:
Pat. work phone: —

Relative: LUCY BAYLE
Relative address: 117 N KAW
Relative city/state: BARTLESVIL OK
Relative relation: MNLAW
Relative phone: 336-0301

Guarantor: BOWMAN LISA
Guarantor address: 101 S KAW
Guarantor city/state/zip: BARTLESVILLE OK74003
Guarantor relation: SELF
Guarantor home phone: —
Guarantor employer: UNEMPLOYED
Guarantor employer city / state / zip:
Guarantor work phone: —
Guarantor Soc. Sec. Number: 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

Insurance carrier #1: PAY ACCOUNT
Code / Group / Type:
Insurance carrier #2:
Code / Group / Type:

Policy holder: BOWMAN LISA M
With whom:
Policy holder / With whom:

Policy number: 440707519
State of plan: PAY ACCOUNT
Policy number:
State of plan:

Patient brought by:
Arrived by: Car / Amb.
Condition on admission: Good / Fair / Serious / Critical / Shock / Code Blue / DOA
Notified: Relative - Police
Time notified: AM. / PM.
By whom:

Known diseases:
Known allergies:
Current medications:

History / Physical / Prior treatment / Physicians report

Subjective:

| Time | BP | T | P | R |
|---|---|---|---|---|
| | | | | |

Assessment: patient Alert, Amb. State st facial and neck pain

Objective:

Lab:

X-ray:
X-ray results:

Diagnosis:

MAI Brain and c-spine completed w/o incident me

Treatment:

| Time | Medication | Dose | Rt | Site | Init |
|---|---|---|---|---|---|
| | | | | | |

EKG ☐ — O2 started — O2 discontinued
Cannula ☐ — Mask ☐ — IPPB ☐ — Flow ☐

Condition on discharge: Good ☐ Fair ☐ Ser. ☐ Crit. ☐ Decd ☐
Disposition: Dismissed / Accompanied / Unaccompanied — Transferred / Admit ☐ — Via — Ambulatory ☐ W/C ☐ Stretcher ☐ — Time — AM / PM
Doctor referred to — When
Reason referred: Per. Phy ☐ Dr. on call ☐
Specialist referred to by: Dr. on call ☐
Notified: Yes ☐ No ☐
Was patient seen by staff doctor: Yes ☐ No ☐
Were follow up instructions given to patient: Yes ☐ No ☐
Instructions to patient:
Cont on back
Pat. initial
Physician signature
Nurses signature: [signature]

## JANE PHILLIPS EPISCOPAL - MEMORIAL MEDICAL CENTER

### RADIOLOGY REPORT

| | | | | |
|---|---|---|---|---|
| NAME: | Boman, Lisa M. | DATE: | 07-15-93 | |
| AGE: | 25 | HOSPITAL # | 682258-9 | DI |
| PHYSICIAN: | J.C. Duffield, M.D. | RADIOLOGY # | 059278 | |
| EXAMINATION: | MR - CERVICAL SPINE AND MR - BRAIN AND BRAIN STEM | | | |
| PROBLEM: | MRI/HA | | | |
| TEXT: | Right facial pain, right neck pain | | | |

MR - BRAIN AND BRAIN STEM: Serial sagittal cuts of the brain and brain stem were obtained utilizing T1 weighting. Follow-up axial views were obtained utilizing proton density and T2 weighted sequences. These show the gray and white matter to be normally maintained. The ventricular system is of normal size and outline. No acute or significant chronic abnormalities have been demonstrated.

MR - CERVICAL SPINE AND CONTENTS: Serial sagittal cuts of the cervical spine and contents were obtained utilizing T1, proton density and T2 weighted sequences. In addition, axial views of the discs were obtained utilizing T1 weighting as well as GRASS technique. These are felt to show the cervical cord to be normal. Vertebral bodies and disc spaces appear normal. No encroachment on the spinal canal is present.

IMPRESSION: 1) Normal MR study of the brain and brain stem without significant abnormality seen.

2) Normal MR study of the cervical spine and contents.

DRH:amp
d 07-15-93 6:07 pm
t 07-15-93 6:55 pm

Dmn

D.R. Howard, M.D.
SIGNATURE OF ROENTGENOLOGIST