MO # [illegible] STEP NAME

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX | |
|---|---|---|---|---|
| BOMAN | DESIREE | NICOLE | M | F X |

ETHNIC: FEP / LEP / NEP / LANG; RSP / LH / ER / CH / SED; DIS/SP/APE / TMR / OCH

| GRADE PK | K | -1 | 1 | 2 | 3 | 4 | 5 | 6 | RETAINED YES GR. LEVEL |
|---|---|---|---|---|---|---|---|---|---|
| | | | X | | | | | | |

DATE OF BIRTH: MO 01 DAY 11 YEAR 87

PROOF OF AGE: BIRTH CERT. XX | BAPT. CERT. | PASS PT | AFFIDAV

VERIFYING SIGNATURE: [signature]

OTHER:

PLACE OF BIRTH - CITY & STATE: HOMINY OKLAHOMA

SCHOOL OF ATTENDANCE

| BA | BE | CE | EM | HV | IB | NE | NI | ON | PE | SU |
|---|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | | |

| ADDRESS (STREET, CITY AND P.O.) | TELEPHONE | LAST SCHOOL ATTENDED AND ADDRESS |
|---|---|---|
| 627 13TH STREET APT. #25 S.D. 92154 | 429-9386 | KANE RICHARDS ELEMENTRY<br>801 S.E. 13TH STREET<br>BARTLESVILLE, OKLAHOMA |

| FATHER'S SURNAME, FIRST | | STATE OR COUNTRY OF BIRTH |
|---|---|---|
| BOMAN, CARL J. | | OKLAHOMA |
| EMPLOYED BY | ADDRESS | TELEPHONE |

| MOTHER'S MAIDEN NAME, FIRST | | STATE OR COUNTRY OF BIRTH |
|---|---|---|
| HEDBERG, LISA | | WASHINGTON |
| EMPLOYED BY | ADDRESS | TELEPHONE |

| GUARDIAN'S NAME, FIRST | | STATE OR COUNTRY OF BIRTH |
|---|---|---|
| BOMAN, JUDY K. | | KANSAS |
| EMPLOYED BY | ADDRESS | TELEPHONE |

SCHOOL DISTRICT OF RESIDENCE:
(ENTER ONLY IF OUTSIDE THIS SCHOOL DISTRICT)

SOUTH BAY UNION SCHOOL DISTRICT
(A-1)

DUP4L-Rev. 1/84

| LAST NAME | FIRST NAME | MIDDLE NAME | |
|---|---|---|---|
| | | | |

| DATE ENROLLED | TRANSFER INFORMATION: SCHOOL GRADE TEACHER | TRANSFERRED TO | DATE | IF SCHOOL TERM COMPLETED GRADE OF NEXT ASSIGNMENT | OTHER CHILDREN IN THE HOME | DATE OF BIRTH MO DAY YR |
|---|---|---|---|---|---|---|
| 8-12-93 | BAYSIDE 1ST BOYD | Oklahoma | 8/27/93 | | KLEINER, TOMMY L. | 04 06 7[illegible] |
| | | | | | BOMAN, CHELSEA | 01-11-8[illegible] |
| | | | | | BOMAN, CARL | 10 20 8[illegible] |
| | | | | | BOMAN, KAYLA | 08 18 9[illegible] |
| | | | | | KLEINER, PATTY J. | 06-01-9[illegible] |

IMMUNIZATION: PLEASE PROVIDE THE MONTH, DAY AND YEAR FOR EVERY DOSE ADMINISTERED. THE DAY AND MONTH IS REQUIRED IF YOU CANNOT DETERMINE IF THE VACCINE WAS GIVEN PRIOR TO THE MINIMUM INTERVAL OR AGE.

| DOSE | 1 MO DAY YR | 2 MO DAY YR | 3 MO DAY YR | 4 MO DAY YR | 5 MO DAY YR |
|---|---|---|---|---|---|
| POLIO | 03-12-87 | 05-11-87 | 08-23-88 | 08-11-93 | |
| DIPTHERIA PERTUSSUS AND TETANUS (DPT) | 03-12-87 | 05-11-87 | 07-08-87 | 08-23-88 | 07-24-91 |
| DIPTHERIA-TETANUS | | | | | |
| COMBINED MEASLES/MUMPS RUBELLA (MMR) | 08-23-88 | 08-17-92 | | | |

| | DATE MO DAY YR |
|---|---|
| RUBEOLA (RED MEASLES) LIVE VACCINE | |
| RUBELLA (3 DAY OR GERMAN MEASLES) | |
| MUMPS | |
| CHDP | |
| TB SKIN TEST | |

DUP4L-Rev. 1/84