Lisa M Boman
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 02-27-1968

# Tulsa Community College
TULSA, OKLAHOMA 203199

Official TCC Academic Record

Higher Education Institutions:
ROGERS STATE UNIVERSITY May 1985 - Jul 1985

Current Academic Program:
Credit
Associate of Applied Science
Major: Nursing Applicant

Transfer Credit:
ROGERS STATE UNIVERSITY May 1985 - Jul 1985
HIS 1493001 US FROM 1865 A 3.00 12.00

Fall 1993

Admitted Program:
Credit
Associate of Applied Science
Major: Nursing Applicant
SOC 1113 INTRO/SOCIOLOG B 3.00 9.00

| | AHRS | EHRS | QHRS | QPTS | GPA |
|---|---|---|---|---|---|
| Semester | 3.00 | 3.00 | 3.00 | 9.00 | 3.000 |
| TCC | 3.00 | 3.00 | 3.00 | 9.00 | 3.000 |
| Retention | 6.00 | 6.00 | 6.00 | 21.00 | 3.500 |
| Cumulative | 6.00 | 6.00 | 6.00 | 21.00 | 3.500 |

----------End of TCC Academic Record----------

07-11-05

1 OF 1

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

This official document is printed on SCRIP-SAFE® paper and does not require a raised seal. The paper is blue in color. A hidden security warning appears only when photocopied. When photocopied, the word COPY appears. An official signature is white with a blue background. Reject document as official if the signature is distorted or has been photocopied.

Leanne C. Brewer, Director of Admissions, Records and Registration

FEDERAL PUBLIC DEFENDER
RAYMOND C CONRAD, JR
818 GRAND AVENUE SUITE 300
KANSAS CITY MO 64106

THIS IS NOT AN OFFICIAL DOCUMENT UNLESS SIGNATURE APPEARS IN WHITE

Tulsa Community College
Registrar, Metro Campus
909 South Boston
Tulsa, OK 74119-2095
Phone (918) 595-7226
FAX (918) 595-7347

# Tulsa Community College

(formerly Tulsa Junior College)
TCC FICE Code 009763

Tulsa Community College
Registrar, Northeast Campus
3727 East Apache
Tulsa, OK 74115-3151
Phone (918) 595-7526
FAX (918) 595-7594

Tulsa Community College
Registrar, Southeast Campus
10300 East 81st Street South
Tulsa, OK 74133-4513
Phone (918) 595-7726
FAX (918) 595-7748

Tulsa Community College
Director, Admissions & Records
6111 East Skelly Dr Suite 404
Tulsa, OK 74135-6198
Phone (918) 595-7811
FAX (918) 595-7987

Tulsa Community College
Registrar, West Campus
7505 West 41st Street
Tulsa, OK 74107-8633
Phone (918) 595-8126
FAX (918) 595-8130

**Accreditation** – Tulsa Community College, founded in 1970, is accredited by the North Central Association of Colleges and Secondary Schools as a degree-granting institution Individual programs are recognized by various professional accrediting agencies in their respective fields

Questions concerning the transcript should be directed to the Registrar's Office on any TCC campus

## Grades

### GRADES USED IN CALCULATING GRADE POINT AVERAGE

| GRADE | NOTE | POINTS/HOUR |
|---|---|---|
| A | Excellent | 4 |
| B | Good | 3 |
| C | Average | 2 |
| D | Passing | 1 |
| F | Failure | 0 |
| RGRADE - | Repeated Course does not earn credit but calculates in GPA | |
| **PRIOR TO FALL 1992** | | |
| XF | Failing (stopped attending) | 0 |
| IF | Incomplete (Not removed) | 0 |

### GRADES NOT USED IN CALCULATING GRADE POINT AVERAGE

| GRADE | NOTE |
|---|---|
| S | Non-graded class (earned credit established) |
| U | Course credit not established or "NC" (prior to Fall 1992) |
| XP | Passing (Stopped attending/prior to Fall 1992) |

## Symbols

### SYMBOLS USED TO INDICATE COURSE STATUS

| SYMBOL | NOTE |
|---|---|
| AU | Audit |
| W | Official Withdrawal |
| AW | Administrative Withdrawal or "WN" (prior to Fall 1992) |
| I | Incomplete |
| N/NR | No Grade Reported by instructor "NG" (prior to Fall 1992) or "N" (Fall 1992 - Fall 1999) |
| * | Academic Forgiveness |
| ** | (see explanation below) |
| **Prior to Fall 1992** | |
| IW | Incomplete (Re-enrollment in class) |
| WP | Official Withdrawal - Passing |
| WF | Official Withdrawal - Failing |

Academic Forgiveness
All courses and grades will be reflected on the student's transcript in the cumulative GPA Those that are forgiven will not be used in calculating the student's retention and graduation GPA's

* Repeated Course(s) Students can retake courses and only the second grade earned will count in the retention/graduation GPA calculation, up to a maximum of four (4) courses, not to exceed 18 hours, in courses in which the original grade earned was a "D" or "F" Example GRADE* indicates repeated course forgiven

** Reprieved Course(s) A student may request an academic reprieve of up to two consecutive semesters If s/he can demonstrate, to the appropriate institutional officials, extraordinary circumstances which contributed to or caused the student to do poorly Example GRADE** indicates reprieved course

Academic Student Classification
Effective Fall 1992 – A student in good standing is defined as eligible to re-enroll and is not on academic suspension
Effective January 1993 – Zero level courses will no longer be included in any grade point average

**TO TEST FOR AUTHENTICITY** The face of this transcript is printed on blue SCRIP-SAFE® paper with the name of the institution appearing in white type over the face of the entire document

TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE •TULSA COMMUNITY COLLEGE•TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE • TULSA COMMUNITY COLLEGE • TULSA

**ADDITIONAL TESTS** When photocopied, a latent security statement containing the institutional name and the words COPY COPY COPY appear over the face of the entire document When this paper is touched by fresh liquid bleach an authentic document will stain A black and white or color copy of this document is not an original and should not be accepted as an official institutional document This document cannot be released to a third party without the written consent of the student This is in accordance with the Family Educational Rights and Privacy Act of 1974 If you have any questions about this document please contact our office ALTERATION OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE!

ARR Rev 4/10/02-02147302

SCRIP-SAFE® Security Products Inc Cincinnati, OH•U S Patent 5,171 040