Dewey Public Schools
Member of North Central Association
*JACK GOLDEN, PRINCIPAL*
#1 Bulldogger Road
DEWEY, OKLAHOMA 74029
(918) 534-0933 Fax (918) 534-0149

# FAX

**To:** Office of Raymond C Conrad, Jr.

**Fax Number:** 816-471-8008

**Date:** 2/21/06

**Page 1 of:** ~~2~~ 3

**Subject:** Desiree Nicole Boman

---

Desiree only attended Dewey for 3 months so this is the only record we have to send.

**CONFIDENTIALITY NOTICE**

The information contained in this transmission is privileged and confidential. It is intended for the use of the individual or entity named above. If the reader of this message is not the intended addressee, the reader is hereby notified that any consideration, dissemination, or duplication of this communication is strictly prohibited. If the addressee has received this communication in error, please either return this transmission to us by mail or call us collect for directions on handling the transmission. (Ext. 224)

IDN: 101311 NAME : BOMAN, DESIREE N.
DATE OF BIRTH : 01/11/87
SEX : F
PARENT/GUARDIAN : LISA BOMAN
ADDRESS : 125 N. ROSS APT. 8
CITY,STATE ZIP : DEWEY, OK 74029
B. CERTIFICATE #. :

# Permanent Record

**Dewey Public Schools**
1 Bulldogger Road
Dewey, OK 74029

BOMAN, DESIREE N.

| DPT | POLIO | MMR |
|---|---|---|
| 03/12/87 | 03/12/87 | 08/23/88 |
| 05/11/87 | 05/11/87 | 08/17/92 |
| 07/08/87 | 08/23/88 | |
| 08/23/88 | | |
| 07/24/91 | | |

## ELEMENTARY SCHOOL

| SUBJECTS | | 1st 93-94 | | | | | |
|---|---|---|---|---|---|---|---|
| Math | | | | | | | |
| English | | | | | | | |
| Social Studies | | | | | | | |
| Writing | | | | | | | |
| Science | | | | | | | |
| Reading | | | | | | | |
| Spelling | | | | | | | |
| Band | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Days Absent | | | | | | | |

| Entered | Withdrawn |
|---|---|
| 9-29-93 | 2-7-94 |
| | |
| | |

**Permanent Record Requests**

| Date | Issued To |
|---|---|
| | |
| | |
| | |

GRADE .......... 19 .......... 19 ..........

| Course | 1st | 2nd | |
|---|---|---|---|
| | | | |

GRADE .......... 19 .......... 19 ..........

| Course | 1st | 2nd | |
|---|---|---|---|
| | | | |

GRADE .......... 19 .......... 19 ..........

| Course | 1st | 2nd | |
|---|---|---|---|
| | | | |

GRADE .......... 19 .......... 19 ..........

| Course | 1st | 2nd | |
|---|---|---|---|
| | | | |

**Grade Explanation**
A - 93 to 100
B - 83 to 92
C - 70 to 82
D - 60 to 69
F - Below 60

**GRADE SCALE, EFFECTIVE 94/95**
A= 90-100
B= 80-89
C= 70-79
D= 60-69
F= 00-59

**Standardized Tests**

DEWEY SCHOOL - Patient Status Screen



**Main Menu:** Please select ==>

**Action/View:** Please select ==>

Print

| Patient Demographic Information | | | |
|---|---|---|---|
| **Name (L, F, M):** | | **Pt State ID:** | |
| BOMAN, DESIREE, N | | 990K22507057 | |
| **Street Address:** | **DOB:** | **Age:** | |
| 1115 SW ADAMS #7 | 01/11/1987 | 19 year(s) 1 month(s) | |
| **City:** | **State:** | **Zip Code:** | **Phone #** |
| BARTLESVILLE | OK | 74003 | (918) 336-1946 |

**Pediatric Status**

| Vaccine | Dose #1 | Dose #2 | Dose #3 | Dose #4 | Dose #5 | Next | Status |
|---|---|---|---|---|---|---|---|
| DTP | 03/01/1987 | 05/01/1987 | 07/01/1987 | 08/01/1988 | 07/01/1991 | | COMPLETE |
| TD ADULT | 08/13/1997 | | | | | 08/13/2007 | CURRENT |
| HEP-B | 08/13/1999 | | | | | 09/13/1999 | PAST DUE |
| HIB | | | | | | | COMPLETE |
| MEASLES | 08/01/1988 | 08/01/1992 | | | | | COMPLETE |
| MUMPS | 08/01/1988 | 08/01/1992 | | | | | COMPLETE |
| RUBELLA | 08/01/1988 | 08/01/1992 | | | | | COMPLETE |
| POLIO | 03/01/1987 | 05/01/1987 | 08/01/1988 | 08/13/1999 | | | COMPLETE |
| VARICELLA | | | | | | | COMPLETE |
| HEP A | 08/13/1999 | | | | | 02/13/2000 | PAST DUE |
| PCV | | | | | | | COMPLETE |

The status screen is based on the ACIP recommended schedule and the data entered by end users. This screen displays only valid doses. Doses administered at less than the minimum interval or minimum age will not be displayed on this screen. If no history shots have been entered, then the system has to assume that no other shots have been given.

**Main Menu:** Please select ==>

**Action/View:** Please select ==>

Print

Logout - Minimize Window - Contact us - Help - Manage Users - OSIIS Messages

**Current Provider: 11582 - DEWEY SCHOOL**