Name BOMAN, Chelsea L. Race ___ Sex F
Last First Middle

ID Number 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 Birthdate 7-9-88
Month/Day/Year

Parent or Guardian ___

82534-MR

# PHYSICAL ASSESSMENT

To be Completed by Physician, Nurse or School Health Professional

## REQUIRED

| | NL | ABNL | Comments |
|---|---|---|---|
| BP: ___<br>WT: ___ HT: ___ | | | |
| **SKIN:** Color, Rash, Swelling, Hair, Nails | | | |
| **EYES:** Conjunctiva, Cornea, Pupils, Extraocular Movement | | | |
| **EARS:** Pinnae, Canals; Tympanic Membrane Appearance, Mobility | | | |
| **NOSE:** Nares, Turbinates | | | |
| **MOUTH:** Tongue, Teeth, Oral Mucosa, Tonsils, Pharynx | | | |
| **NECK:** Thyroid, Range of Motion | | | |
| **NODES:** Cervical, Axillary, Inguinal, Other | | | |
| **HEART:** Rate, Rhythm, S1, S2, Murmur, Femoral Pulses | | | |
| **LUNGS:** Rate, Auscultation, Percussion | | | |
| **ABDOMEN:** Contour, Palpation of Liver, Spleen, Kidney; Mass; Tenderness | | | |
| **GENITO-URINARY:** Female External, Male Penis, Meatus, Testes, Hernia | | | |
| **MUSCULOSKELETAL:** Range of Motion, Tenderness, Edema, Clubbing, Spine (Curvature) | | | |
| **NEUROLOGICAL:** Gait, Cerebellar Function, Motor System (Strength, Tone); Cranial Nerves (Gross) | | | |
| **DEVELOPMENTAL** | | | |
| Gross Motor | | | |

## SUPPLEMENTAL (Optional)

| | Date | NL | Comments |
|---|---|---|---|
| Hemoglobin | | | |
| Hematocrit | | | |
| Urinalysis | | | |
| Other | | | |
| | | | |

Medications ___

Diet Restrictions ___

Special Equipment ___

Allergies ___

General Comments / Recommendations ___

Case 4:12-cv-08001-GAF Document 161-17 Filed 09/03/15 Page 1 of 11

Problem List / Solutions / Progress Notes

Pupil records shall not be withheld from the requesting district because of any charges or fees owed by the pupil or his parent.

MMENTS: ______________________________

*Adapted from: Hamill PVV, Drizd TA, Johnson CL, Reed RB, Roche AF, Moore WM: Physical growth: National Center for Health Statistics percentiles. AM J CLIN NUTR 32:607-629, 1979. Data from the National Center for Health Statistics (NCHS), Hyattsville, Maryland.

© 1982 Ross Laboratories




NTED WITH PERMISSION OF ROSS LABORATORIES, COLUMBUS, OH 43216



sent 9-20-94 [initials]

M

SDE Form

# STATE OF OKLAHOMA STANDARD FORM
# CONSENT FOR RELEASE OF CONFIDENTIAL INFORMATION

I understand that these records are protected under Federal and State confidentiality regulations and cannot be released without writt consent unless otherwise provided for in the regulations. Federal regulations prohibit further disclosure of the records without specif written consent, or as otherwise permitted by such regulation. I also understand that I may revoke this consent in writing at any tir unless action has already been taken based upon this consent and that in any event this consent expires one year from the date signature.

(authorizing person--circle one: child, parent (circled), guardian, legal custodian, other ______

request that information concerning:

CHELSEA BOMAN - 7-9-88 - 1ST ; DESIREE BOMAN - 01-11-87 - 2ND
(name of child) (date of birth) (SSN)

be released and authorize LEE ELEM.
(name of person or agency releasing information)

400 QUANT - SPRINGDALE, ARK 72764
(address of person or agency releasing information: include street address/P.O. Box, city, state, and zip)

to release to:

JANE PHILLIPS ELEM.
(name/agency) (name/agency) (nameagency)

1500 SW ROGERS
(address) (address) (address)

BARTLESVILLE, OK 74003
(city, state, zip) (city, state, zip) (city, state, zip)

the following information: ALL RECORDS
(kind and/or extent of information to be released)

for the following purpose(s): FOR PROPER PLACEMENT OF THE ABOVE STUDENTS

If the records to be disclosed are education records, they are maintained and released in accordance with the Family Educational Rigl and Privacy Act (FERPA). Parents or eligible students shall be provided a copy of the records to be disclosed if requested.

THE INFORMATION I AUTHORIZE FOR RELEASE MAY INCLUDE INFORMATION THAT COULD BE CONSIDERED INFORMATION ABO COMMUNICABLE DISEASE WHICH MAY INCLUDE, BUT ARE NOT LIMITED TO, DISEASES SUCH AS HEPATITIS, SYPHILIS, GONORRH AND THE HUMAN IMMUNO-DEFICIENCY VIRUS, ALSO KNOWN AS ACQUIRED IMMUNE DEFICIENCY SYNDROME (AIDS).

☐ NOTARY:

(Notary)
Subscribed and sworn to me ______ 19____
My commission expires ______ 19____

Notary Public
(or Clerk or Judge)

X Lisa Boman
(signature of person(s) authorizing releas

9-7-94
(date)

☒ AGENCY VERIFICATION IN LIEU OF NOTARY:

Jeanette Bolden Sec. 9-12-94
(staff signature and title) (date)

Springdale, Arkansas 72764

Name (Reversed) BOMAN, Chelsea L. Sex F Date of birth 7-9-88

State where born Oklahoma City Hominy Birth certificate 135-88-023868

Parent or guardian Carl/Lisa Boman

| Yr. 1993-94 Kindergarten | | | |
|---|---|---|---|
| Readiness | 1st Sem. | 2nd Sem. | Yr. Av. |
| Social Dev. | | 0 | 0 |
| Language Dev. | | 0 | 0 |
| Math | | 0 | 0 |
| Music | | 0 | 0 |
| Art | | 0 | 0 |
| Physical Dev. | | 0 | 0 |
| | | | |
| | | | |
| Date enrolled 2-24-94 | | | |
| Days on roll | | 64 | 64 |
| Days present | | 62 | 62 |
| Days absent | | 2 | 2 |
| School Westwood | | | |
| Teacher Wyeth | | | |

| Yr. 19 Grade 1 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Writing | | | |
| Mathematics | | | |
| Soc. St. & Sci. | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 2 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Writing | | | |
| Mathematics | | | |
| Soc. St. & Sci. | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 3 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Writing | | | |
| Mathematics | | | |
| Soc. St. & Sci. | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 4 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Mathematics | | | |
| Soc. Studies | | | |
| Sci. & Health | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

ADM-2

| Yr. 19 Grade 5 | | | |
|---|---|---|---|
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Mathematics | | | |
| Soc. Studies | | | |
| Sci. & Health | | | |
| Music | | | |
| Ark. Hist. | | | |
| | | | |
| | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |

| Yr. 19 Grade 6 | | | |
|---|---|---|---|
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Mathematics | | | |
| Soc. Studies | | | |
| Sci. & Health | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |

| Yr. 19 Grade 7 | | | |
|---|---|---|---|
| Mathematics | | | |
| English | | | |
| Geography | | | |
| Science | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |

| Yr. 19 Grade 8 | | | |
|---|---|---|---|
| Mathematics | | | |
| English | | | |
| History | | | |
| Science | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |

| Yr. 19 Grade 9 | | | |
|---|---|---|---|
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |

COMMENTS:

**Kindergarten Key**
0-on grade level
B-below grade leve

# OFFICIAL IMMUNIZATION RECORD CARD

Boman, Chelsea
Last Name First Middle

7-9-88
Date of Birth

Address

Drug Sensitivity

| Vaccine *CIRCLE | Date Given | Doctor or Clinic Signature or Stamp |
|---|---|---|
| *DTP/PED DT/ Td 1 | 9/13/88 | WASHINGTON COUNTY HEALTH DEPT. |
| *DTP/PED DT/ Td 2 | 11/8/88 | WASHINGTON COUNTY HEALTH DEPT. |
| *DTP/PED DT/ Td 3 | 1/17/89 | WASHINGTON COUNTY HEALTH DEPT. |
| *DTP/PED DT/ Td 4 | 10/22/90 | WASHINGTON COUNTY HEALTH DEPT. |
| *DTP/PED DT/ Td 5 | 2/19/91 | WASHINGTON COUNTY HEALTH DEPT. |
| *OPV/IPV 1 | 9/13/88 | WASHINGTON COUNTY HEALTH DEPT. |
| *OPV/IPV 2 | 11/8/88 | WASHINGTON COUNTY HEALTH DEPT. |
| *OPV/IPV 3 | 10/22/90 | WASHINGTON COUNTY HEALTH DEPT. |
| *OPV/IPV 4 | 2/19/91 | WASHINGTON COUNTY HEALTH DEPT. |
| *MMR/MR | 10/22/90 | WASHINGTON COUNTY HEALTH DEPT. |
| HIB | 10/22/90 | WASHINGTON COUNTY HEALTH DEPT. |
| Hepatitis B 1 | | |
| Hepatitis B 2 | | |
| Hepatitis B 3 | | |
| Pneumococcal | | |
| Influenza 1 MMR 2 | 8/31/93 | WASHINGTON COUNTY HEALTH DEPT. |
| Influenza 2 OPV #5 | 8/31/93 | WASHINGTON COUNTY HEALTH DEPT. |
| Influenza 3 DTP 6 | 8/31/93 | WASHINGTON COUNTY HEALTH DEPT. |
| Influenza 4 | | |
| Other | | |
| Other | | |
| Other | | |

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

CHELSEA LYNN BOMAN

SIGNATURE

# CERTIFICATE OF LIVE BIRTH

**STATE OF OKLAHOMA – DEPARTMENT OF HEALTH**

LOCAL REG NO 828 STATE FILE NO 135 - 88-023868

| | |
|---|---|
| 1. CHILD NAME (Type or print) — First / Middle / Last | Chelsea Lynne Boman |
| 2. DATE OF BIRTH — Month / Day / Year | 07 09 88 |
| 3. HOUR | 2:52 P.M. |
| 4. SEX | F |
| 5a. THIS BIRTH | SINGLE ☒ TWIN ☐ TRIPLET ☐ |
| 5b. IF TWIN OR TRIPLET, WAS CHILD BORN | 1st ☐ 2d ☐ 3d ☐ |
| 6a. COUNTY OF BIRTH | Osage |
| 6b. CITY, TOWN, OR LOCATION OF BIRTH | Hominy |
| 6c. INSIDE CITY LIMIT | Yes ☒ No ☐ |
| 6d. HOSPITAL – NAME (If not in hospital, give street and number) | Hominy City Hospital |
| 7. MOTHER MAIDEN NAME — First / Middle / Last | Lisa Marie Hedberg |
| 8. AGE (at time of this birth) | 19 |
| 9. BIRTHPLACE (State or foreign country) | WA |
| 10a. RESIDENCE – STATE | OK |
| 10b. COUNTY | Pawnee |
| 10c. CITY, TOWN, OR LOCATION | Cleveland |
| 10d. INSIDE CITY LIMIT | Yes ☐ No ☒ |
| 10e. STREET ADDRESS | Rt. 2, Box 20 |
| 11. FATHER NAME — First / Middle / Last | Carl James Boman |
| 12. AGE (at time of this birth) | 26 |
| 13. BIRTHPLACE (State or foreign country) | OK |
| 14a. INFORMANT — SIGNATURE OF EITHER PARENT | *Lisa Marie Boman* |
| 14b. IF UNABLE TO OBTAIN ONE OF PARENTS SIGNATURE, STATE REASON THEREFORE | |
| 15. MOTHER'S MAILING ADDRESS — STREET or R.F.D. NO. / POSTOFFICE / STATE / ZIP CODE NO. | Rt. 2, Box 20 / Cleveland / OK / 74020 |
| 16a. WAS BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS? | Yes ☒ No ☐ |
| 16b. DATE TEST MADE | 01-28-88 |
| 16c. IF NO TEST, STATE REASON THEREFORE | |
| 17. WEIGHT OF CHILD AT BIRTH | 5 LBS. 0 OZS. |
| 18. WAS PROPHYLACTIC DRUG USED IN BABY'S EYES? | Yes ☒ No ☐ |
| I hereby certify that this child was born alive on the date stated above. 19a. SIGNATURE OF ATTENDANT | *Kayla Lakin DO* |
| 19b. DATE SIGNED | 7/27/88 |
| 19c. NAME OF ATTENDANT (Print or Type) | Kayla Lakin, D.O. |
| 19d. ATTENDANT AT BIRTH | M.D. ☐ D.O. ☐ D.C. ☐ Midwife ☐ Other ☐ (Specify) |
| 19e. ADDRESS OF ATTENDANT — STREET or R F D NO / POSTOFFICE / STATE / ZIP CODE NO. | P.O. Box 736 / Hominy / OK / 74035 |
| 20a. DATE REC'D. BY LOCAL REG. | 8-4-88 |
| 20b. LOCAL REGISTRAR'S SIGNATURE | *Janetta K. Green* |
| 21. DATE RECEIVED BY STATE REGISTRAR | AUG 9 1988 |
| THIS LINE FOR USE OF STATE REGISTRAR — 22a. DATE CORRECTIONS MADE / 22b. ITEMS CORRECTED / 22c. AUTHORITY / 22d. CLERK | |

**State Department of Health**

**State of Oklahoma**

OKLAHOMA CITY, OKLAHOMA 73152

ROGER C. PIRRONG

STATE REGISTRAR OF VITAL STATISTICS

CERTIFIED COPY MUST HAVE EMBOSSED SEAL

I hereby certify the foregoing to be a true and correct copy of the record which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

STATE REGISTRAR

August 5, 1993

Case 4:12-cv-08001-GAF Document 161-17 Filed 09/03/15 Page 6 of 11

Dewey Kubli? Scho
#1 Bulldogger R.
Dewey, OK 7402?

**SPRINGDALE PUBLIC SCHOOL DISTRICT NO. 50**
Member of North Central Association
P.O. Box 8
Springdale, Arkansas 72765

# RECORD RELEASE FORM

I hereby give consent to the release the records of Boman (Last) Chelsea / Desiree (First) L / N (Middle)

1-11-87 / 7-9-88 (Birthdate), who has enrolled in Springdale Schools.

Please send records to the following school Lee Elementary
400 Quandt
Springdale, AR 72764

Records to be released:
- ☑ All grades (including withdrawal grades)
- ☑ Immunization Records
- ☑ Birth Certificate Verification
- ☑ Psychological Reports (Please advise if confidential records are to be obtained from a separate facility.)
- ☐ Other (specify):

2-23-94
Date Signed

Lisa Boman
Parent's Signature

2-23-94
Date Sent

Signature of 18-Year-Old Student

E-11

# Springdale Public Schools

MEMBER OF NORTH CENTRAL ASSOCIATION

P.O. Box 8

Springdale, Arkansas 72765

## STUDENT DISCIPLINE POLICIES

**Student and Parent Notification**

In compliance with Act 104 of 1983 this notification and appropriate signatures verifies that the Springdale Public Schools have advised students and parents of the rules and regulations by which the school is governed. This also verifies that they are aware of the student behavior that will call for disciplinary actions and the types of corrective actions that may be imposed.

| Student behavior that will warrant disciplinary action | Penalties (corrective action) minimum | and | maximum |
|---|---|---|---|
| Non-approved activity involving student organizations | Probation | | Expulsion |
| Non-approved distribution of literature | Probation | | Expulsion |
| Non-attendance | Referral to juvenile authority | | |
| Truancy | Five days detention | | Expulsion |
| Insubordination | Probation | | Expulsion |
| Attire which is disruptive, indecent, or unhealthy | Probation | | Expulsion |
| Damage or theft of property | Probation | | Expulsion |
| Possession of fireworks | Probation | | Expulsion |
| Gambling | Probation | | Expulsion |
| Disruption or interference | Probation | | Expulsion |
| Possession of tobacco (junior high) | Five days detention | | Expulsion |
| Misuse of tobacco (senior high) | Five days detention | | Expulsion |
| Possession of firearms and weapons | Probation | | Expulsion |
| Drug possession, use, abuse | Probation | | Expulsion |
| Physical abuse or assault | Probation | | Expulsion |
| Misconduct to and from school | Probation | | Expulsion |
| Indecent or immoral acts | Probation | | Expulsion |
| Theft | Probation | | Expulsion |
| Behavior not specifically listed herein which is not conducive to good order | Probation | | Expulsion |

The minimum and maximum penalties represent extremes on a continuum of the corrective action plans with other actions possible as deemed appropriate by teachers and school administrators.

In addition, students and parents are hereby advised of the following:

A. Schools retain ownership of student lockers and school authorities may inspect lockers and conduct personal searches as they deem appropriate.

B. Reasonable corporal punishment is permitted by the legal system and school policy.

C. Discipline policies affect all students unless a special policy states otherwise.

D. Due process will be used to protect student and parental rights as policies are implemented or enforced.

E. Students and parents may obtain additional clarification relative to prohibited behavior, corrective actions, policies, student rights and responsibilities, etc. by contacting their individual school office personnel.

Student and parental cooperation is necessary to meet the requirements of Act 104 of 1983. Therefore, please sign and return to your school the following:

---

I am aware of the discipline policies of the Springdale Public Schools:



__________ Date ______ Lisa Boman Date 2-23-94

Student Signature Parent Signature

## SPRINGDALE PUBLIC SCHOOLS
Springdale, Arkansas

TO: Parent or Guardian

In accordance with Act 244 of the General Assembly of the State of Arkansas of 1967 all children admitted to a public or private school of this state must be immunized from poliomyelitis, diptheria, tetanus, pertussis (whooping cough) and measles.

Please be as accurate as possible in completing the information requested. This form will be placed in your child's permanent health folder.

Jim D. Rollins
Superintendent of Schools

---

For Office Use Only
Birth Certificate no. verified by JM

(Birth Certificate)

Date 2-23-94

Name Boman Chelsea L
(Last) (First) (Middle)

Address 815 Mill St. Springdale Tel. No.
(Street or Route Number) (City)

Place of Birth Hominy OK

Birthdate 7 9 88
(Month) (Day) (Year)

Names of Parents/Guardians: Father's Name Carl Boman
Mother's Name Lisa Boman

Immunizations and Tests

(Enter month, day and year for each immunization)

| | | | | | |
|---|---|---|---|---|---|
| DTP* | (1) | (2) | (3) | (4) | (5) |
| Oral Polio (Trivalent)* | (1) | (2) | (3) | (4) | (5) |
| Measles (Rubeola)* | (1) | (2) | (3) | (4) | (5) |
| TB Skin Test | (1) | (2) | (3) | (4) | (5) |
| Rubella* | (1) | (2) | (3) | (4) | (5) |
| Mumps | (1) | (2) | (3) | (4) | (5) |
| Sickle Cell Test | (1) | (2) | (3) | (4) | (5) |
| Hemogoblin/Hematocrit | (1) | (2) | (3) | (4) | (5) |
| Other (Specify) | | | | | |

*Required by Act 244 of 1967

Illnesses and Conditions (Give Age)

| | |
|---|---|
| Chicken Pox | Allergies (Specify) |
| Mumps | Diabetes |
| Measles | TB Contact |
| Rubella | Convulsions |
| Other (Specify) Asthma 6mo - | Behavior Problems |
| Rheumatic Fever | Injuries (Specify) |

List the members of the child's immediate family, giving the following information:

| Name | Year Born | Relationship | Condition of Health |
|---|---|---|---|
| Carl Boman | 61 | father | good |
| Lisa Boman | 68 | mother | good |
| Desiree Boman | 87 | sister | good |
| Carl Boman II | 89 | brother | good |
| Kayla Boman | 90 | sister | good |

(Use Back if Necessary)

To the best of my knowledge, the above information is correct.



Lisa Boman
Parent or Guardian

# A T T E N T I O N

THIS STUDENT IS IDENTIFIED AS AN ELIGIBLE MIGRANT STUDENT UNDER PUBLIC LAW 100-297.

PRIOR TO FORWARDING THIS STUDENT'S RECORDS TO ANOTHER SCHOOL, PLEASE CONTACT YOUR SCHOOL'S MIGRANT RECORDS CLERK.

**TO BE USED IN TRAINING ONLY**

The Peabody Picture Vocabulary Test is designed primarily to measure a subject's receptive vocabulary for Standard Amer English. The child is asked to point to one of the four pictures on the page that visually demonstrates the word that the examiner has given.

## PRACTICE SHEET FOR PEABODY PICTURE VOCABULARY TEST

Form L

Name Chelsea Bowman  Ceiling 67  A.E. Manual (page 127) 4-7

Date of Testing ____(year) ____(month) ____(day)  Errors 13

Date of Birth ____(year) ____(month) ____(day)  Raw Score 44

Age ____ (years/month)  Examiner ____

| | Plate | Word | Key | Resp. |
|---|---|---|---|---|
| (3) | 1 | bus | (4) | |
| | 2 | hand | (1) | |
| | 3 | bed | (3) | |
| | 4 | tractor | (2) | |
| | 5 | closet | (1) | |
| | 6 | snake | (4) | |
| | 7 | boat | (2) | |
| | 8 | tire | (3) | |
| | 9 | cow | (1) | |
| (3,4) | 10 | lamp | (4) | |
| | 11 | drum | (3) | |
| | 12 | knee | (4) | |
| | 13 | helicopter | (2) | |
| | 14 | elbow | (4) | |
| (4) | 15 | bandage | (4) | |
| | 16 | feather | (1) | |
| | 17 | empty | (3) | |
| | 18 | fence | (4) | |
| | 19 | accident | (2) | |
| (4½) | 20 | net | (2) | |
| | 21 | tearing | (4) | |
| | 22 | sail | (1) | |
| | 23 | measuring | (2) | |
| | 24 | peeling | (3) | |
| | 25 | cage | (1) | |
| | 26 | tool | (4) | |
| | 27 | square | (4) | |
| | 28 | stretching | (1) | |
| | 29 | arrow | (2) | |
| (5) | 30 | tying | (2) | |
| | 31 | nest | (1) | |
| | 32 | envelope | (2) | |
| | 33 | hook | (3) | |
| | 34 | pasting | (4) | |
| (5½) | 35 | patting | (1) | |
| | 36 | penguin | (1) | |
| | 37 | sewing | (2) | |
| | 38 | delivering | (1) | |
| | 39 | diving | (2) | |
| (6) | 40 | parachute | (3) | |
| | 41 | furry | (4) | |
| | 42 | vegetable | (4) | |
| | 43 | shoulder | (3) | |
| | 44 | dripping | (2) | |
| | 45 | claw | (4) | |
| | 46 | decorated | (3) | |
| | 47 | frame | (1) | |
| | 48 | forest | (3) | |
| | 49 | faucet | (2) | |
| (6½) | 50 | group | (3) | |
| | 51 | stem | (3) | |
| | 52 | vase | (3) | |
| | 53 | pedal | (1) | |
| | 54 | capsule | (2) | |
| (7) | 55 | surprised | (4) | |
| | 56 | bark | (2) | |
| | 57 | mechanic | (2) | |
| | 58 | tambourine | (1) | |

| | Plate | Word | Key | Resp. |
|---|---|---|---|---|
| | 59 | disappointment | (4) | |
| | 60 | awarding | (3) | |
| | 61 | pitcher | (3) | |
| | 62 | reel | (4) | |
| | 63 | signal | (4) | |
| | 64 | trunk | (2) | |
| (8) | 65 | human | (2) | |
| | 66 | nostril | (4) | |
| | 67 | disagreement | (4) | |
| | 68 | exhausted | (2) | |
| | 69 | vine | (4) | |
| (9) | 70 | ceremony | (4) | |
| | 71 | casserole | (2) | |
| | 72 | vehicle | (4) | |
| | 73 | globe | (3) | |
| | 74 | filing | [illegible] | |
| | 75 | clamp | (2) | |
| | 76 | reptile | [illegible] | |
| | 77 | island | [illegible] | |
| | 78 | spatula | [illegible] | |
| | 79 | cooper[illegible] | [illegible] | |
| (10) | 80 | scalp | [illegible] | |
| | 81 | [illegible] | (2) | |
| | 82 | [illegible] | (2) | |
| | 83 | [illegible] | [illegible] | |
| | 84 | balcony | [illegible] | |
| (11) | 85 | locket | (1) | |
| | 86 | amazed | (3) | |
| | 87 | tubular | (1) | |
| | 88 | tusk | (1) | |
| | 89 | bolt | (3) | |
| (12) | 90 | communication | (4) | |
| | 91 | carpenter | (2) | |
| | 92 | isolation | (1) | |
| | 93 | inflated | (3) | |
| | 94 | coast | (3) | |
| (13) | 95 | adjustable | (2) | |
| | 96 | fragile | (3) | |
| | 97 | assaulting | (1) | |
| | 98 | appliance | (1) | |
| | 99 | pyramid | (4) | |
| (14) | 100 | blazing | (1) | |
| | 101 | hoisting | (1) | |
| | 102 | arch | (4) | |
| | 103 | lecturing | (4) | |
| | 104 | dilapidated | (4) | |
| (15) | 105 | contemplating | (2) | |
| | 106 | canister | (1) | |
| | 107 | dissecting | (3) | |
| | 108 | link | (4) | |
| | 109 | solemn | (3) | |
| (16) | 110 | archery | (2) | |
| | 111 | transparent | (3) | |
| | 112 | husk | (1) | |
| | 113 | utensil | (2) | |
| | 114 | citrus | (3) | |
| | 115 | pedestrian | (2) | |
| | 116 | parallelogram | (1) | |

| Plate | Word | Key | Resp. |
|---|---|---|---|
| 117 | slumbering | (3) | |
| 118 | peninsula | (4) | |
| 119 | upholstery | (2) | |
| 120 | barricade | (4) | |
| 121 | quartet | (4) | |
| 122 | tranquil | (3) | |
| 123 | abrasive | (1) | |
| 124 | fatigued | (3) | |
| 125 | spherical | (2) | |
| 126 | syringe | (2) | |
| 127 | feline | (2) | |
| 128 | arid | (4) | |
| 129 | exterior | (1) | |
| 130 | constellation | (4) | |
| 131 | cornea | (2) | |
| 132 | mercantile | (1) | |
| 133 | ascending | (3) | |
| 134 | filtration | (1) | |
| 135 | consuming | (4) | |
| 136 | cascade | (4) | |
| 137 | perpendicular | (3) | |
| 138 | replenishing | (1) | |
| 139 | emission | (3) | |
| 140 | talon | (3) | |
| 141 | wrath | (3) | |
| 142 | incandescent | (4) | |
| 143 | arrogant | (2) | |
| 144 | confiding | (3) | |
| 145 | rhombus | (3) | |
| 146 | nautical | (3) | |
| 147 | tangent | (1) | |
| 148 | inclement | (4) | |
| 149 | trajectory | (1) | |
| 150 | fettered | (1) | |
| 151 | waif | (3) | |
| 152 | jubilant | (2) | |
| 153 | pilfering | (4) | |
| 154 | repose | (2) | |
| 155 | carrion | (3) | |
| 156 | indigent | (2) | |
| 157 | convex | (1) | |
| 158 | emaciated | (2) | |
| 159 | divergence | (4) | |
| 160 | dromedary | (2) | |
| 161 | embellishing | (2) | |
| 162 | entomologist | (3) | |
| 163 | constrain | (1) | |
| 164 | infirm | (1) | |
| 165 | anthropoid | (3) | |
| 166 | specter | (4) | |
| 167 | incertitude | (2) | |
| 168 | vitreous | (1) | |
| 169 | obelisk | (1) | |
| 170 | embossed | (4) | |
| 171 | ambulation | (2) | |
| 172 | calyx | (2) | |
| 173 | osculation | (3) | |
| 174 | cupola | (4) | |

Numbers in circle refer to suggested starting points for different chronological ages.

Case 4:12-cv-08001-GAF Document 161-17 Filed 09/03/15 Page 11 of 11

Circle the Computer Observation Code that describes the child's performance.

Receptive Language: 1 2 3 4 5

Peabody Picture Vocabulary Test Fori
Copyright 1981 American Guidance S
Publishers' Building, Circle Pines, Mir