Springdale, Arkansas 72764

Name (Reversed) Boman, Desiree Nicole Sex F Date of birth 1/11/87

State where born Oklahoma City Hominy Birth certificate 135-87-001753

Parent or guardian Lisa & Carl Boman

| Yr. 19 Kindergarten | | | |
|---|---|---|---|
| Readiness | 1st Sem. | 2nd Sem. | Yr. Av. |
| Social Dev. | | | |
| Language Dev. | | | |
| Math | | | |
| Music | | | |
| Art | | | |
| Physical Dev. | | | |
| | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 1993-94 Grade 1 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | S | S |
| Spelling | | N | N |
| Language | | S | S |
| Writing | | S | S |
| Mathematics | | S | S |
| Soc. St. & Sci. | | S | S |
| Music | | S | S |
| | | | |
| Date enrolled | | | |
| Days on roll | | 65 | 65 |
| Days present | | 60 | 60 |
| Days absent | | 5 | 5 |
| School | Lee | | |
| Teacher | C. J. Deal | | |

| Yr. 19 Grade 2 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Writing | | | |
| Mathematics | | | |
| Soc. St. & Sci. | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 3 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Writing | | | |
| Mathematics | | | |
| Soc. St. & Sci. | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 4 | | | |
|---|---|---|---|
| Subjects | 1st Sem. | 2nd Sem. | Yr. Av. |
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Mathematics | | | |
| Soc. Studies | | | |
| Sci. & Health | | | |
| Music | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 5 | | | |
|---|---|---|---|
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Mathematics | | | |
| Soc. Studies | | | |
| Sci. & Health | | | |
| Music | | | |
| Ark. Hist. | | | |
| | | | |
| | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 6 | | | |
|---|---|---|---|
| Reading | | | |
| Spelling | | | |
| Language | | | |
| Mathematics | | | |
| Soc. Studies | | | |
| Sci. & Health | | | |
| Music | | | |
| | | | |
| | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 7 | | | |
|---|---|---|---|
| Mathematics | | | |
| English | | | |
| Geography | | | |
| Science | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 8 | | | |
|---|---|---|---|
| Mathematics | | | |
| English | | | |
| History | | | |
| Science | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

| Yr. 19 Grade 9 | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Date enrolled | | | |
| Days on roll | | | |
| Days present | | | |
| Days absent | | | |
| School | | | |
| Teacher | | | |

ADM-2

COMMENTS:

# Student Health Record

Approved by the Arkansas Department of Health and the Arkansas Department of Education
To be Completed by Physician, Nurse or School Health Professional

[redacted]

## IMMUNIZATIONS & TESTS *(Enter dates. Describe severe reactions or difficulties in Progress Notes.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| * DTP, DT, and/or Td | (1) 3/12/87 | (2) 5/11/87 | (3) 7/8/87 | (4) 8/23/88 | (5) 7/24/91 | (6) |
| ** Polio | (1) 3/12/87 | (2) 5/11/87 | (3) 8/23/88 | (4) 8/11/93 | (5) | (6) |
| *** Measles (Rubeola) | (1) 8/23/88 | (2) 8/17/92 | (3) | | | |
| *** Rubella | (1) 8/23/88 | (2) 8/17/92 | (3) | | | |
| Mumps | (1) 8/23/88 | (2) 8/17/92 | (3) | | | |
| Tetanus Booster | (1) | (2) | (3) | (4) | (5) | |
| TB Skin Test | (1) | (2) | (3) | (4) | (5) | |
| Sickle Cell Test | (1) | | | | | |
| Hemoglobin/Hematocrit | (1) | (2) | (3) | (4) | (5) | |
| Hib | (1) | (2) | (3) | (4) | | |
| Other *(specify)* | | | | | | |

Signature ______________________ Date ______________
*Physician, Nurse or School Health Professional*

| VACCINE *(Required by State Law)* | Minimum Number Of Doses Required | Additional Requirements |
|---|---|---|
| * **DTP** – Diphtheria, Tetanus & Pertussis<br>**DT** – Pediatric<br>**Td** – Adult | 3 | The *last* dose of DTP, DT or Td must have been administered since the child's 4th birthday. |
| ** **Polio** | 3 | The *last* dose of Polio Vaccine must have been administered since the child's 4th birthday. |
| *** **Measles** (M, M/R, MMR) | 1 | The dose must have been administered after the child's 1st birthday and after 1/1/68. |
| *** **Rubella** (R, M/R, MMR) | 1 | The dose must have been administered after the child's 1st birthday and after 6/1/69. |

### BLOOD PRESSURE

| Date | |
|---|---|
| | |

### VISION

| Date | Right | Left |
|---|---|---|
| 3/14/94 | 0 | 0 |

### HEARING

| Date | Right | Left |
|---|---|---|
| 3/14/94 | 0 | 0 |

### SCOLIOSIS

| Date | Findings |
|---|---|
| | |

### OTHER

### MEDICAID NUMBER

### DOCUMENTATION OF DISEASE OR TITERS

1. Clinical diagnosis is acceptable if verified by physici

   Measles, *Date* __________

   Mumps, *Date* __________

2. Serologic confirmation of any disease is acceptable, i titers are diagnostic of immunity.

   Disease ______________________

   Date __________ Titer __________

   *Physician's Signature* ______________________

   Date __________

### DENTAL SCREENING
Screener: RN, DDS, DH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Grade | | | | | | | |
| Month/Year | / | / | / | / | / | / | / |
| Passed | | | | | | | |
| Immediate Care Needed | | | | | | | |
| Visible Decay | | | | | | | |
| Gum Disease | | | | | | | |
| Orthodontic Problem | | | | | | | |
| Other Mouth Problems | | | | | | | |
| Needs Better Brushing/Flossing | | | | | | | |
| Needs Fluoride | | | | | | | |

# OFFICIAL IMMUNIZATION RECORD CARD

Boman Desiree
Last Name First Middle

1-11-87
Date of Birth

Address

Drug Sensitivity

| Vaccine *CIRCLE | Date Given | Doctor or Clinic Signature or Stamp |
|---|---|---|
| *DTP/PED DT/ Td 1 | 3/13/87 | |
| *DTP/PED DT/ Td 2 | 5/11/87 | |
| *DTP/PED DT/ Td 3 | 7/8/87 | |
| *DTP/PED DT/ Td 4 | 8/23/88 | |
| *DTP/PED DT/ Td 5 | 7/24/91 | |
| *OPV/IPV 1 | 3/12/87 | |
| *OPV/IPV 2 | 5/11/87 | |
| *OPV/IPV 3 | 8/23/88 | |
| *OPV/IPV 4 | 8-11-93 | Imperial Beach Clinic |
| *MMR/MR | 8/23/88 | |
| HIB | 9/13/88 | |
| Hepatitis B 1 | | |
| Hepatitis B 2 | | |
| Hepatitis B 3 | | |
| Pneumococcal | | |
| Influenza 1 | | |
| Influenza 2 | | |
| Influenza 3 | | |
| Influenza 4 | | |
| Other MMR2 | 8/17/92 | WCHD |
| Other | | |
| Other | | |

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

DESIREE NICOLE BOMAN

SIGNATURE

sent 9-20-94

SDE Form

# STATE OF OKLAHOMA STANDARD FORM
## CONSENT FOR RELEASE OF CONFIDENTIAL INFORMATION

I understand that these records are protected under Federal and State confidentiality regulations and cannot be released without writt consent unless otherwise provided for in the regulations. Federal regulations prohibit further disclosure of the records without specif written consent, or as otherwise permitted by such regulation. I also understand that I may revoke this consent in writing at any tin unless action has already been taken based upon this consent and that in any event this consent expires one year from the date signature.

(authorizing person--**circle one:** child, (parent), guardian, legal custodian, other ______

request that information concerning:

CHELSEA BOMAN - 7-9-88 - 1ST; DESIREE' BOMAN - 01-11-87 - 2ND
(name of child) (date of birth) (SSN)

be released and authorize LEE ELEM.
(name of person or agency releasing information)

400 QUANT - SPRINGDALE, ARK 72764
(address of person or agency releasing information: include street address/P.O. Box, city, state, and zip)

to release to: JANE PHILLIPS ELEM.
(name/agency) (name/agency) (nameagency)

1500 SW ROGERS
(address) (address) (address)

BARTLESVILLE OK 74003
(city, state, zip) (city, state, zip) (city, state, zip)

the following information: ALL RECORDS
(kind and/or extent of information to be released)

for the following purpose(s): FOR PROPER PLACEMENT OF THE ABOVE STUDENTS

If the records to be disclosed are education records, they are maintained and released in accordance with the Family Educational Rights and Privacy Act (FERPA). Parents or eligible students shall be provided a copy of the records to be disclosed if requested.

THE INFORMATION I AUTHORIZE FOR RELEASE MAY INCLUDE INFORMATION THAT COULD BE CONSIDERED INFORMATION ABOUT COMMUNICABLE DISEASE WHICH MAY INCLUDE, BUT ARE NOT LIMITED TO, DISEASES SUCH AS HEPATITIS, SYPHILIS, GONORRHEA AND THE HUMAN IMMUNO-DEFICIENCY VIRUS, ALSO KNOWN AS ACQUIRED IMMUNE DEFICIENCY SYNDROME (AIDS).

☐ NOTARY:

(Notary)
Subscribed and sworn to me ______ 19____
My commission expires ______ 19____
Notary Public
(or Clerk or Judge)

☒ AGENCY VERIFICATION IN LIEU OF NOTARY:

Jeanette Bolden Sec. 9-12-94
(staff signature and title) (date)

X Lisa Boman
(signature of person(s) authorizing release)
9-7-94
(date)

JANE PHILLIPS ELEMENTARY SCHOOL
1500 SW Rogers
Bartlesville, Ok. 74003
(918) 336-9479

Mr. Brad Schoeppey
Principal

REQUEST FOR STUDENT RECORDS

I AUTHORIZE LEE ELEM.
(NAME OF SCHOOL) 1-501-750-8868

400 Quant
(STREET/BOX #)

Springdale, AR
(CITY & STATE)

72764
(ZIP)

To release copies of Official Transcript; Withdrawal Grades to date; Health Records; and any Confidential Records pertaining to Special Placement for the following student(s):

| | | |
|---|---|---|
| CHELSEA BOMAN (STUDENT) | 07-09-88 (BIRTHDATE) | 01 (GRADE) |
| DESIREE' BOMAN (STUDENT) | 01-11-87 (BIRTHDATE) | 02 (GRADE) |
| (STUDENT) | (BIRTHDATE) | (GRADE) |

Lisa Boman
SIGNATURE OF PARENT OR GUARDIAN

9-7-94
DATE

# SPRINGDALE PUBLIC SCHOOLS

Springdale, Arkansas

TO: Parent or Guardian

In accordance with Act 244 of the General Assembly of the State of Arkansas of 1967 all children admitted to a public or private school of this state must be immunized from poliomyelitis, diptheria, tetanus, pertussis (whooping cough) and measles.

Please be as accurate as possible in completing the information requested. This form will be placed in your child's permanent health folder.

Jim D. Rollins
Superintendent of Schools

Date 2-23-94

For Office Use Only
Birth Certificate no. verified by JM

(Birth Certificate)

Name Boman Desiree N
(Last) (First) (Middle)

Address 815 Mill St. Springdale Tel. No.
(Street or Route Number) (City)

Place of Birth Hominy, OK

Birthdate Jan. - 11 87
(Month) (Day) (Year)

Names of Parents/Guardians: Father's Name Carl Boman
Mother's Name Lisa Boman

Immunizations and Tests

(Enter month, day and year for each immunization)

| | | | | | |
|---|---|---|---|---|---|
| DTP* | (1) | (2) | (3) | (4) | (5) |
| Oral Polio (Trivalent)* | (1) | (2) | (3) | (4) | (5) |
| Measles (Rubeola)* | (1) | (2) | (3) | (4) | (5) |
| TB Skin Test | (1) | (2) | (3) | (4) | (5) |
| Rubella* | (1) | (2) | (3) | (4) | (5) |
| Mumps | (1) | (2) | (3) | (4) | (5) |
| Sickle Cell Test | (1) | (2) | (3) | (4) | (5) |
| Hemogoblin/Hematocrit | (1) | (2) | (3) | (4) | (5) |
| Other (Specify) | (1) | (2) | (3) | (4) | (5) |

*Required by Act 244 of 1967

Illnesses and Conditions (Give Age)

| | |
|---|---|
| Chicken Pox | Allergies (Specify) |
| Mumps | Diabetes |
| Measles | TB Contact |
| Rubella | Convulsions |
| Other (Specify) | Behavior Problems |
| Rheumatic Fever | Injuries (Specify) |

List the members of the child's immediate family, giving the following information:

| Name | Year Born | Relationship | Condition of Health |
|---|---|---|---|
| Carl Boman | 61 | father | good |
| Lisa Boman | 68 | mother | good |
| Chelsea Boman | 88 | Sister | good |
| Carl Boman II | 89 | brother | good |
| Kayla Boman | 90 | sister | good |

(Use Back if Necessary)

To the best of my knowledge, the above information is correct.

Lisa Boman
Parent or Guardian

**Springdale Public Schools**
MEMBER OF NORTH CENTRAL ASSOCIATION
P.O. Box 8
Springdale, Arkansas 72765

# STUDENT DISCIPLINE POLICIES

**Student and Parent Notification**

In compliance with Act 104 of 1983 this notification and appropriate signatures verifies that the Springdale Public Schools have advised students and parents of the rules and regulations by which the school is governed. This also verifies that they are aware of the student behavior that will call for disciplinary actions and the types of corrective actions that may be imposed.

**Student behavior that will warrant disciplinary action**

| Behavior | Penalties (corrective action) minimum | and | maximum |
|---|---|---|---|
| Non-approved activity involving student organizations | | | |
| Non-approved distribution of literature | Probation | | Expulsion |
| Non-attendance | Probation | | Expulsion |
| Truancy | Referral to juvenile authority | | |
| Insubordination | Five days detention | | Expulsion |
| Attire which is disruptive, indecent, or unhealthy | Probation | | Expulsion |
| Damage or theft of property | Probation | | Expulsion |
| Possession of fireworks | Probation | | Expulsion |
| Gambling | Probation | | Expulsion |
| Disruption or interference | Probation | | Expulsion |
| Possession of tobacco (junior high) | Probation | | Expulsion |
| Misuse of tobacco (senior high) | Five days detention | | Expulsion |
| Possession of firearms and weapons | Five days detention | | Expulsion |
| Drug possession, use, abuse | Probation | | Expulsion |
| Physical abuse or assault | Probation | | Expulsion |
| Misconduct to and from school | Probation | | Expulsion |
| Indecent or immoral acts | Probation | | Expulsion |
| Theft | Probation | | Expulsion |
| Behavior not specifically listed herein which is not conducive to good order | Probation | | Expulsion |

The minimum and maximum penalties represent extremes on a continuum of the corrective action plans with other actions possible as deemed appropriate by teachers and school administrators.

In addition, students and parents are hereby advised of the following:

A. Schools retain ownership of student lockers and school authorities may inspect lockers and conduct personal searches as they deem appropriate.

B. Reasonable corporal punishment is permitted by the legal system and school policy.

C. Discipline policies affect all students unless a special policy states otherwise.

D. Due process will be used to protect student and parental rights as policies are implemented or enforced.

E. Students and parents may obtain additional clarification relative to prohibited behavior, corrective actions, policies, student rights and responsibilities, etc. by contacting their individual school office personnel.

Student and parental cooperation is necessary to meet the requirements of Act 104 of 1983. Therefore, please sign and return to your school the following:

---

I am aware of the discipline policies of the Springdale Public Schools:

Student Signature ______________ Date ______________ Lisa Boman Parent Signature Date 2-23-94

# ATTENTION

THIS STUDENT IS IDENTIFIED AS AN ELIGIBLE MIGRANT STUDENT UNDER PUBLIC LAW 100-297.

PRIOR TO FORWARDING THIS STUDENT'S RECORDS TO ANOTHER SCHOOL, PLEASE CONTACT YOUR SCHOOL'S MIGRANT RECORDS CLERK.

TPC STUDENT SKILLS ANALYSIS

Stanford Achievement Tests: 8th Edition. Copyright ©1989, 1990 by Harcourt Brace Jovanovich, Inc. Reproduced by permission. All rights reserved.

STUDENT : BOMAN DESIREE N STUDENT #: 444945858
*TESTPAK* NORTHWEST ARKANSAS EDUCATION CO-OP
TEACHER : DIAL
SCHOOL : ROBERT E LEE
DISTRICT : Springdale Public Schools
FILENAME : SD-01-S4
GROUP : Column J Excluded from Group Scores

DOB : 01/11/87
FORM : J
LEVEL: P1
GRADE: 1 SPR
TEST DATE 04/12/94
RUN DATE 05/09/94
PAGE 1

| SUBTEST | # Items | RS | SS | GE | S9 | NCE | PR |
|---|---|---|---|---|---|---|---|
| WORD STUDY SKILLS | 36 | 20 | 493 | 1.4 | 3 | 30.7 | 18 |
| WORD READING | 30 | 19 | 495 | 1.6 | 4 | 42.5 | 36 |
| READING COMPREHENSION | 40 | 11 | 450 | 1.3 | 2 | 18.9 | 7 |
| TOTAL READING | 106 | 50 | 476 | 1.4 | 3 | 29.9 | 17 |
| CONCEPTS OF NUMBER | 34 | 20 | 506 | 1.5 | 4 | 40.1 | 32 |
| MATH COMPUTATION | 26 | 14 | 492 | 1.6 | 4 | 43.0 | 37 |
| MATH APPLICATIONS | 30 | 18 | 501 | 1.5 | 4 | 40.1 | 32 |
| TOTAL MATHEMATICS | 90 | 52 | 500 | 1.6 | 4 | 40.1 | 32 |
| LANGUAGE | 44 | 23 | 512 | 1.6 | 3 | 33.0 | 21 |
| SPELLING | 30 | 9 | 455 | .9 | 2 | 13.1 | 4 |
| ENVIRONMENT | 40 | 25 | 550 | 1.5 | 5 | 45.8 | 42 |
| LISTENING | 45 | 28 | 559 | 1.5 | 5 | 47.4 | 45 |
| BASIC BATTERY TOTAL | 315 | 162 | 496 | 1.5 | 3 | 32.3 | 20 |
| COMPLETE BATTERY TOTAL | 355 | 187 | 502 | 1.4 | 3 | 29.1 | 16 |

NATIONAL PERCENTILE BANDS: 1 2 5 10 20 30 40 50 60 70 80 90 95 98 99

| CONTENT CLUSTERS | RS / # ITEMS | BELOW AVG | AVG | ABOVE AVG |
|---|---|---|---|---|
| WORD STUDY SKILLS | | | | |
| STRUCTURAL ANALYSIS | 9/ 12 | X | | |
| PHONETIC ANALYSIS-CONSONANTS | 10/ 12 | | X | |
| PHONETIC ANALYSIS-VOWELS | 1/ 12 | X | | |
| WORD READING | | | | |
| MATCH 3 PRINTED WDS W/PICTURE | 19/ 30 | | X | |
| READING COMPREHENSION | | | | |
| TWO-SENTENCE STORIES | 1/ 4 | X | | |
| SHORT READING PASSAGES | 7/ 16 | X | | |
| SHORT READING PASSAGES W/QUES | 3/ 20 | X | | |
| CONCEPTS OF NUMBER | | | | |
| WHOLE NUMBERS | 14/ 24 | | X | |
| FRACTIONS | 1/ 3 | X | | |
| OPERATIONS AND PROPERTIES | 5/ 7 | | X | |
| MATH COMPUTATION | | | | |
| ADDITION/WHOLE NUMBERS | 6/ 14 | X | | |
| SUBTRACTION/WHOLE NUMBERS | 8/ 12 | | X | |
| MATH APPLICATIONS | | | | |

| CONTENT CLUSTERS | RS / # ITEMS | BELOW AVG | AVG | ABOVE AVG |
|---|---|---|---|---|
| PROBLEM SOLVING | 5/ 12 | X | | |
| GRAPHS | 2/ 3 | | X | |
| GEOMETRY/MEASUREMENT | 11/ 15 | | X | |
| LANGUAGE | | | | |
| LANGUAGE MECHANICS | 10/ 24 | X | | |
| LANGUAGE EXPRESSION | 9/ 16 | | X | |
| STUDY SKILLS/ABC ORDER | 4/ 4 | | | X |
| SPELLING | | | | |
| SIGHT WORDS | 0/ 5 | X | | |
| PHONETIC PRINCIPLES | 7/ 18 | X | | |
| STRUCTURAL PRINCIPLES | 2/ 7 | X | | |
| ENVIRONMENT | | | | |
| SOCIAL ENVIRONMENT | 12/ 20 | | X | |
| NATURAL ENVIRONMENT | 13/ 20 | | X | |
| LISTENING | | | | |
| VOCABULARY | 8/ 15 | | X | |
| LISTENING COMPREHENSION | 20/ 30 | | X | |

TEST: S8J9 J P1 TESTDATE : 04/12/94 TEACHER : DIAL SCHOOL: ROBERT E LEE

| | WORD STDY | WORD READ | READ COMP | TOTL READ | CONC NUMB | MATH COMP | MATH APPL | TOTL MATH | LANG | SPEL | ENVI MENT | LIST | BASE BATT | COMP BATT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SS | 493 | 495 | 450 | 476 | 506 | 492 | 501 | 500 | 512 | 455 | 550 | 559 | 496 | 502 |
| PR | 18 | 36 | 7 | 17 | 32 | 37 | 32 | 32 | 21 | 4 | 42 | 45 | 20 | 16 |
| NCE | 30.7 | 42.5 | 18.9 | 29.9 | 40.1 | 43.0 | 40.1 | 40.1 | 33.0 | 13.1 | 45.8 | 47.4 | 32.3 | 29.1 |