# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 02/15/2005

Carl Bowman, date of birth August 31, 1961, home address 504 South Quapaw, Bartlesville, Oklahoma, home phone number (918) 336-0879, was advised of the identity of the interviewing Agents and the purpose of the interview. Vanessa, date of birth May 11, 1955, Bowman's wife, was additionally present for the interview. Vanessa and Carl Bowman have been married for approximately three and a half years. Vanessa is from an area just north of London, England. Bowman provided the following information:

Bowman has known Lisa Marie Montgomery for approximately 20 years. They met near the end of 1984 or the beginning of 1985. Boman and Lisa started dating shortly after that time and stayed together until early 1986 when Lisa went to Claremore, Oklahoma to attend Rogers College. Lisa was seeing someone else while she lived in Claremore.

Lisa Montgomery turned 18 in early 1986 and they began seeing each other again. Lisa moved in with him in about March of 1986. At the time, Bowman lived in Cleveland, Oklahoma and was working as a Correctional Officer at the Dick Conner Correctional Center.

Shortly after moving in with Bowman, Lisa began going through the process to join the Air Force, however during the physical examination they determined that Lisa was pregnant. Shortly after that Carl Bowman and Lisa Montgomery got married.

Bowman said that he originally met Lisa because Richard Bowman, his father, and Judy Hedberg, Lisa's mother, were seeing each other. Carl Bowman had just got out of the Navy in 1984 after four years of service in Norfolk, Virginia as an Operations Specialist controlling helicopters. Richard Bowman had served 24 years in the Navy and had not seen Carl Bowman since he was approximately six years old. When Carl Bowman got out of the Navy he came to the Tulsa area to re-establish his relationship with his father.

Desiree Bowman was born on January 11, 1987, and their marriage initially went very smooth. They moved to Hominy, Oklahoma were they had Chelsea. Their marriage continued to go pretty well until Carl, Jr. was born on approximately October 20,

Investigation on 01/24/2005 at Burlington, Kansas

File # 7C-KC-88014 Date dictated 01/29/2005

by SA Arch Glen Gothard, IV:lal
SA Dirk Tarpley

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

02103



MONTGOMERY

1989 in Bartlesville, Oklahoma. It became apparent that Lisa was prone to telling lies. Lisa would tell mutual friends that Boman was not helping with the kids and was not financially supportive. Bowman said he worked hard to help with the children and around the house. He still loved Lisa at the time. Lisa Montgomery seemed to enjoy being pregnant but lost interest once the kids were born. She was not a good mother and frequently spent time with friends rather than caring for the children.

When Bowman originally met Lisa, she would read for eight hours or more a day. She was predominantly interested in Stephen King and Dean Koontz novels, as well as, romance novels. Lisa was very introverted at the time. At first Lisa was quite and shy but she eventually evolved to the point that she would approach people she did not even know in the store. When she became pregnant with Desiree Bowman she started coming out of her shell. Her conversations were typically self-centered. Lisa Montgomery loved the attention she got when she was pregnant. Lisa's selfishness became progressively worse over time. She would do things like buy soda and food only for herself and always insisted on being number one.

Lisa was closer to Desiree because Desiree could help her with the other children. Lisa would expect Bowman to get up in the middle of the night to handle the children's needs.

When Richard Bowman and Judy Shaughnessy moved to San Diego, California Lisa wanted to move to San Diego as well. Bowman quit work at the prison in about December of 1989. He took Desiree and Chelsea with him to San Diego so he could find a job and a place for them to live. While he was gone, Lisa and Carl, Jr. stayed in Hominy, Oklahoma. Bowman came back in January and February of 1990. The second time Bowman went back to Hominy, Oklahoma, mutual friends told him that Lisa was being unfaithful to him while he was in San Diego.

In February of 1990, Lisa admitted she had been unfaithful to Bowman and told him that she wanted to leave their marriage. In about April of 1990, Lisa Montgomery came out to San Diego and told him that she was done with the person she had an affair with and she wanted to get back together with Bowman. In approximately June of 1990 they moved back in together, but their marriage continued to be strained. When they got back together they lived in Imperial Beach, California. In May of 1990, Lisa Montgomery found out she was pregnant with Kayla. Bowman advised

that while he has always treated Kayla as is own child, he cannot be positive that he is in fact her biological father. Bowman said he was there on August 18, 1990 when Kayla was born three months premature. She was in critical care for approximately three weeks and spent almost the first two months of her life in a hospital. Bowman stated that Kayla is a perfect little girl. Kayla was out of the hospital by November of 1990.

Right after Kayla was born, the doctor suggested that Lisa have her tubes tied. She had four children in approximately three years and the doctor did not believe she could carry another child to full term. Further, the biggest child Lisa Montgomery had ever had was approximately five pounds. Bowman was there when the doctor had multiple discussions with Lisa about having a tubal ligation. Bowman and Lisa talked about it and she did not seem to be overly upset about having the procedure done. In the second week of September in 1990, Lisa Montgomery had her tubes tied at Scripts Memorial Clinic in Chula Vista, California. Bowman believes they did this by burning her tubes. Bowman took Lisa to the Scripts Memorial Clinic for the procedure and dropped her off for in-patient surgery. Bowman had to go to work so Judy Shaughnessy picked Lisa up after the procedure. The operation was conducted approximately two weeks after Kayla was born.

Bowman said that Kevin Montgomery was very meek and Lisa Montgomery controlled him. Vanessa Bowman said that she and Lisa were originally on good terms until she began discussing the benefits of their families living closer together for the sake of the children. Lisa Montgomery became furious about this issue.

Bowman advised that Lisa became much more extraverted around the time they were apart. She started to focus solely on herself. Bowman never knew Lisa Montgomery to have dreams of college and she never expressed any long range goals. Bowman stated that when it comes to Lisa it is hard to separate what is truth from what is a lie.

On one occasion, Bowman overheard a conversation between Lisa and David, last name unknown (LNU), a former neighbor of theirs from the time they lived in San Diego. Bowman was on another phone while Lisa spoke with David LNU. They were discussing the time they almost got caught having sex at David LNU's old house. Bowman slammed the phone down wanting them to know that he had overheard their phone conversation. Lisa came out and never said a word about the phone conversation and was trying

to make up with Bowman. A day or two later, Bowman confronted Lisa Montgomery about the affair and she admitted it. This was the second affair that Bowman was aware of. Bowman heard rumors that Lisa was still having affairs and it was never the same with them after that time. Bowman still loved Lisa despite her indiscretions. In about May or June of 1991 they moved to Bartlesville, Oklahoma with the intent of reconciling their marriage. Looking back, Bowman sees that time as the beginning of the end for them.

Bowman began working in Tulsa, Oklahoma and their relationship was pretty good for a while, however, he no longer trusted Lisa and they seemed to fall out of love. Lisa was working as a nurses aid and Bowman began to work for the Zinc Corporation of America (ZCA). Bowman said he stayed in the marriage because he loved his children. He was working long hours, in excess of 16 hours a day, in an attempt to pay down their house and pay off their car.

At this same time, Lisa had a third affair with a guy named Brett Owens from Bartlesville, Oklahoma. Bowman found out after staying home one day when he was sick. A guy came by from the gas company to terminate their gas service. Evidently Lisa Montgomery had not been paying the bills, despite the fact that Bowman was making very good money from all of his work. They fought verbally about this for a few days, at which point Lisa said she was going to leave him for a guy named Brett Owens anyhow. Bowman left the house and lived with his mom for a few weeks. Bowman said he did not know what Lisa Montgomery was spending all their money on since he was making approximately $2,500 every two weeks. Lisa was neglecting the children. She was not feeding them properly and they were dirty. A few times in a four to five month period of time Bowman called the house and Lisa was not home and someone else that he did not know was watching the children. They divorced in Bartlesville, Oklahoma in about 1993.

Lisa Montgomery got custody of the children in the divorce and she and Brett Owens moved in together in Dewey, Oklahoma. Bowman said even though Lisa Montgomery had legal custody of the children they stayed with him almost daily. Bowman stated that Lisa was busy playing honeymoon with Brett Owens.

About three months after the divorce, in February of 1994, Bowman moved to Springdale, Arkansas to get away from everything. He went to work for Dayco, a manufacturer of auto

parts. Lisa eventually came to Bowman and told him that Brett Owens was molesting her and had forced himself on her. She said that they had broken up and that she wanted to stay with Bowman until she could find a place of her own. They began living together and got involved in the Mormon Church. Everyone in the church encouraged them to reconcile and remarry. On June 11, 1994, Lisa and Bowman were remarried in Springdale, Arkansas.

Shortly after they were remarried, Lisa Montgomery began telling friends she was pregnant with twins belonging to Brett Owens, however, she did not discuss this matter with Boman. One day Bowman came home from work to find a crib in the living room that had been given to Lisa by some friends. The friends told Carl they had other things for the twins. Boman said he felt stupid about this because he knew Lisa Montgomery had previously had her tubes tied. After the friends left, Bowman confronted Lisa and she denied it. Later Lisa told people she had lost the babies and her body had reabsorbed them. Bowman told Lisa that they should go to counseling through their church. Bowman set an appointment, but Lisa would not go.

Lisa would throw tantrums and additionally threw objects when caught in her lies. At church she played the perfect mom and assisted with the sewing ministry and helped can food items.

In approximately 1985, they moved back to Bartlesville, Oklahoma at Lisa Montgomery's insistence. Things went pretty smoothly there and they lived without problems for a while, however, things were not the same. They basically accepted one another and took care of the children. Lisa also changed physically at this time and became emotionally cold. Lisa was not cruel to the children, but she was distant.

In about 1997 or 1998, Bowman and Lisa moved to Demming, New Mexico. Everything changed there. Bowman started working on mobile homes and Lisa was delivering papers. Lisa started drinking and hanging out in bars and was being unfaithful at the time. She started sleeping with everyone and had numerous affairs.

Bowman and Lisa split up and Bowman began living at a room in the Desert Inn where he worked. Lisa would take the children to the bar at times. Lisa Montgomery fell in love with a man named Gene Rimidimy (Phonetic) and claimed to be pregnant with his baby. Bowman took Chelsea and Carl, Jr. and moved back to Bartlesville, Oklahoma. Lisa took custody of Desiree and Kayla.

That was their basic custody arrangement, however, every other weekend they would alternate having all four children with one of them. Lisa filed for divorce in 1998 in Demming, New Mexico. Bowman said that Lisa was sleeping with the attorney that represented her and also slept with the assistant district attorney in Demming, New Mexico.

After the divorce Lisa lived in Topeka, Kansas. She could not handle the children and eventually brought them to Bartlesville, Oklahoma to live with Bowman around the middle of 1998. About a year and a half after that time, in about January of 2000, Lisa came back and retrieved the kids and told Boman that if he ever filed for custody she would take the children from him.

During the divorce Lisa reported that her reason for divorcing Boman was that he was a homosexual and that he was sleeping with his mother and his sister. She even indicated that he had killed someone.

Lisa then started seeing Kevin Montgomery. Lisa was telling Kevin that she had a daughter named Sara with Jack Kleiner. She also told Kevin that she was pregnant and needed money for an abortion. She would play mental games with the children and tell them that their dad was going to come to get them. They would get ready and Lisa would not tell Bowman that he could come to get them. Bowman advised that he had some letters that he would try to get out of storage that were drafted by Lisa.

In approximately January of 2001, Bowman moved to Arizona and lived at Cortis (Phonetic) Lakes. That is where he met Vanessa Bowman. When Carl first met Vanessa, Lisa became very angry. Lisa tried to convince the children to call Boman and tell him they wanted Kevin Montgomery to adopt them. The children told Boman that Lisa Montgomery monitored them using baby monitors and that she imitated the kids over the telephone in an attempt to find out things about them from their friends. Lisa additionally told the children what to say when they were on the phone with their father and monitored those conversations as well.

Bowman advised that Kevin Montgomery is a weak person and said Lisa controls him. Kevin Montgomery knew that the pregnancy before the latest alleged pregnancy was a fake because he found sonagram pictures with a name on them other than Lisa Montgomery's. Boman was told this by Carl, Jr. Lisa Montgomery used a document

from Kansas State University in an attempt to show that she had given up a miscarried baby to them for science.

Bowman stated that some people tell lies to the point that they believe their own lies, however Lisa did not operate in this fashion. Lisa told lies and she knew she was lying.

Carl Bowman said that he knows why Lisa killed Bobbie Jo Stinnett and took her baby. On Wednesday, December 15, 2004, Bowman spoke with Lisa Montgomery on the telephone. At that point Lisa knew that Bowman was going to use information regarding Lisa's false pregnancies to obtain custody of the children in a pending court hearing. Bowman advised they had numerous phone and e-mail conversations telling Lisa they were going to discredit her regarding the false pregnancies. Lisa Montgomery's attitude towards this issue totally changed around the middle of November. Prior to that time she would make statements to the effect of, maybe we can work this out or handle the matter outside of court. About the middle of November these statements changed to things like, I'm going to prove you wrong. I'm going to make a fool out of you. Lisa Montgomery acted as if she was back in charge regarding the custody matter. When Lisa Montgomery became more cocky in mid-November of 2004, the Bowman's thought she might buy a baby.

Vanessa Bowman advised the she had sensed that something was going on, but did not know what it was. About a year and a half prior to this time, Sue Duvoe, a lawyer in Carbondale, Kansas, told Vanessa that Lisa was capable of murder.

When Bowman worked for Zinc Corporation of America he fell off the back of a moving vehicle and was injured to the point that he was out of work for a while. His Worker's Compensation stopped paying out in September 2004 causing him to be unable to make child support payments to Lisa. This made Lisa furious. She became very vicious and said she was going to take the kids away and get Vanessa Bowman deported. She told Carl and Vanessa that she was going to destroy them. Lisa became very guarded and calm and collected when talking with Vanessa Bowman. She did not threaten her, but said they would be exposed for not paying for the children.

Lisa never rubbed her purported pregnancy in Bowman's face. Boman believes this indicates Lisa was not really pregnant

because if she were actually pregnant she would have rubbed it in his face.

Bowman advised Lisa would get really vicious when he rejected her. Eventually she started to emulate her cousin Wendy. She talked like her and dressed like her and started wearing her hair like Wendy as well.

Bowman said Kayla lives with Patsy Hughes in Alabama. Kayla moved down there in approximately August of 2004. Lisa got caught lying about blood line issues pertaining to the dogs they were selling. Kayla would tell people the truth about the dogs and because of this she had a confrontation with Lisa Montgomery. Kayla said she was going to live with her father and Lisa Montgomery did not want any part of that. Kayla knew and had previously met Bobbie Jo Stinnett. The children were not supposed to tell Bowman that Kayla had gone to live with Patsy Hughes in Alabama, however, Carl, Jr. did tell him. At one time Lisa Montgomery told Kayla that Bowman was not her father. This made Kayla very upset.

When asked, Bowman advised that he never hit or physically abused Lisa Montgomery. Carl Bowman thought that Lisa Montgomery may steal a baby but he never thought she would kill for one. Looking back, Carl Bowman says that he sees it now, in hindsight.

Bowman spoke with Desiree on the telephone on Friday, December 17, 2004. Bowman came to Kansas and got the children on the 23rd or 24th of December. Until that time they stayed with Roger and Joy Montgomery.

Bowman advised that Judy Shaughnessy believes that Lisa Montgomery slept with Jack Kleiner to get back at her for not respecting her or mistreating her in some way. Bowman advised that Montgomery has a very low self esteem and lies prolifically.

Bowman said that Lisa Montgomery was not insane and that she never used another persons name or demonstrated a split personality. Lisa Montgomery was manipulating, cold-blooded, calculating, and self-centered. Bowman said that Lisa Montgomery did it to cover the lies of fake pregnancies she had told. Bowman said Lisa Montgomery may have faked pregnancies because she liked the attention. If she had not faked pregnancies or told lies about them, Bobbie Jo Stinnett would still be alive. Bowman said he does

7C-KC-88014



not think Lisa Montgomery cared if the Stinnett baby lived or died. She just needed a baby to produce.