<u>**CONFIDENTIAL WORK PRODUCT**</u>

**To:** **David Owen, Susan Hunt, Ron Ninemire, Phil Thompson**

**From:** **Lisa Rickert**

**Interview Notes**

**Date of Interview: July 13, 2005**
**Person Interviewed: Roberta and James Upshaw**
[redacted]

Roberta, 46, and James Upshaw, 47 were friends with Lisa Montgomery. Roberta had lost contact with Lisa many years ago and had no idea Lisa was in jail or of the charges against her. Roberta burst into tears when I told her. She agreed to meet me at the hotel along with her husband James.

Roberta and James first met Lisa and Carl when they lived in Hominy, OK the summer of fall of 1988. Lisa had Desiree and Chelsea and was pregnant with CJ.

Lisa and Carl had lived in three or more places in Hominy: an apartment on Wood St; a house on Wood Street; a house no 6th street; and they couldn't recall where the other locations were.

Roberta and James just met them as neighbors. Lisa came over to Roberta's all the time. Roberta loves kids. Roberta and James were not friends with them as a couple even though James knew both Lisa and Carl. The friendship was basically between Roberta and Lisa.

Carl worked at the prison. He worked a lot of overtime. Roberta recalls Lisa working briefly at the nursing home but other than that she doesn't remember her working.

Lisa was pregnant with CJ. She was very small and just had a little ball where her stomach was. Lisa wore the same clothes every day.

Lisa smoked a lot of cigarettes but did not drink alcohol or use drugs.

Roberta stated that she and Lisa talked a lot but it was mostly about their children. Lisa was young and liked being a mother. She was sometimes happy with Carl and sometimes not. While pregnant with CJ, Lisa told Roberta and

James she had an affair with a guy Carl worked with at the prison and that she needed a place to stay because Carl was upset.

Roberta stated Lisa was generally happy but sort of depressed particularly during the period of separation. While under stress, Lisa tended to smoke more.

Roberta and Lisa never went out. All activities focused on the kids. The kids played in the yard, played with the dogs.

Lisa's children were not always clean, sometimes they had no shoes, sometimes no pants and they ran around in their diapers. Roberta didn't consider Lisa's care of her children neglectful but they weren't always clean or properly dressed. Roberta never witnessed Lisa physically abuse her children.
Lisa was often tired.

Sometime between April and September 1989, Lisa lived with them about one month. James' brother, Gerald Upshaw, 43, also lived in the home. James and Roberta think that maybe Gerald and Lisa were sexually involved but that the involvement was brief. Lisa moved back with Carl after a month or so and Gerald left the area. James doesn't believe Gerald ever saw Lisa after that. Lisa was pregnant at the time they would have had sex so it is unlikely Gerald fathered a child.

Roberta knew nothing about Lisa's family. Lisa never mentioned her mother or siblings.

11/89, Lisa moved to Ponca City and stayed in a man named Lonnie's trailer. James knew of Lonnie—an older guy who died soon after Lisa moved there.

Lisa never told Roberta and James she was moving, never told them she moved to California, never said Carl moved to California with Desi. Lisa just left without a word or a goodbye.

Lisa said she visited Roberta March 1991 from California and told her Kayla was Gerald's baby and that Roberta was her aunt. Roberta has no memory of her ever visiting and she never told her that Gerald was Kayla's father.

Roberta and James said the next contact they had with Lisa after she moved away was in 1991 or 1992. Lisa called and said she and Carl were living in Bartlesville and invited them to visit. James remembers that they visited two times. Once they were living in a house with a bunch of people. James didn't think it was Carl's family but it could have been. There were three or four guys in the house. On the second visit, Lisa and Carl were living in a two-story home. It was filthy. Desiree and Chelsea told them not to go in the "trash room." James said the door was opened and he saw trash piled almost to the ceiling. James has no idea why they didn't take their trash out to the dumpsters.

James and Roberta stated Lisa was lazy and didn't clean at all.

Roberta stated that when they visited she didn't know they were in California or how the marriage was going. She only knew they were together. They mainly talked about the kids.

The next time Roberta and James saw Lisa was the summer of 1984. Lisa, Carl, and all the kids came driving up in a Melody Ice Cream truck. It was a fairly brief visit. They don't remember Kayla but they recall the other kids. They were appeared to be dressed fine. They talked about their plans to move to New Mexico.

James recalled that Carl asked him if Gerald Upshaw could be CJ's father. James told him NO.

Roberta was with Lisa for CJ's birth. Carl was working. Roberta said the delivery was fairly easy and quick.

Roberta stated Lisa talked about wanting her tubes tied after CJ but she doesn't know if she ever followed through on it. She never questioned Lisa about it when they showed up years later with Kayla.

Lisa never corresponded when she left. She never told them she was leaving; she'd just leave with no goodbye.

Lisa was a kind, generous person. She took people in the community to the store if they needed a ride. She took care of Lonnie, the older man in Ponca City.

Carl was always working. Roberta never observed him with the kids.

Roberta never questioned Lisa's honesty. They never discussed real personal things.

Roberta gave me 10 pictures of Lisa and kids during the time they lived in Hominy as neighbors.

END