# APPLICATION FOR TREATMENT

Please check the type of care desired: ☐ Temporary Relief ☐ Lasting Correction
☑ Check here of you want the Doctor to select the type of care he feels is best for you.

Name: Lisa Boman Date of Birth: 2-27-68 Sex: ☐ Male ☒ Female

Address: 117 N Kaw City/State Bartlesville, Ok Zip: 74003

Home Phone Number: ______ Social Security Number: 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

Marital Status (circle): S (M) D W Spouse's Name: Carl Boman

Patient's Occupation: dispatcher Work Phone Number: ______

Employed By: American Taxi Address: Dewey Ok

Spouse's Employer: American Taxi Work Phone Number: 338-2244

Who is responsible for your bill? ☒ Self ☐ Spouse ☐ Employer ☐ Insurance ☐ Other

How payment will be made: ☒ Cash ☐ Check ☐ Credit Card ☐ Health Insurance ☐ Workmens' Compensation ☐ Automobile Insurance Policy

Name of Company and Address: ______

______ Policy/Claim #: ______

Referred to our office by: Carl Boman

Please describe your major problem/complaint: my neck 2 years – since MVA

Have you received any treatment for this condition? If yes, where and when, and what were your results? ______

Have you ever been in an automobile accident? ☐ Past year ☒ Past 5 years ☐ Over 5 years ☐ Never

Have you had any other accidents or falls, etc., that might have caused your problem? If yes, explain: no

What surgery has been done? none

Is there any chance you are pregnant? ☐ Yes ☒ No

Drugs you now take: ☐ Nerve Pills ☐ Pain Killers ☐ Muscle Relaxers ☐ Insulin ☐ "Pep" Pills ☐ Tranquilizers ☐ Birth Control Pills ☐ Other: ______

Have you ever had Chiropractic care before? ☐ Yes ☒ No If yes, name of doctor: ______

Treated for: ______ Date: ______

Results: ______

Do you take vitamins? ☐ Yes ☒ No

Fees are payable at the time services are rendered, unless other arrangements are made in advance. Should x-rays be taken, they remain the property of this clinic.

[signature] Patient's Signature    [illegible] Date



COPYRIGHT 1986 ACA FORM # 100-1

# CASE HISTORY

Name: Lisa Bowman  Date: 5-9-95

Occupation: Dispatcher / TAXI  (CA) PI WC MM MED NC

Employer:

Patient presents as a 27 year old, (white), black, hispanic, indian, ____) (male, (female)) complaining of ( acute, sub-acute, chronic, acute exacerbation chronic condition)

1. HA's (R) Side 2. Neck (R) 3. ____ 4. ____

____ duration of a (sudden, gradual) onset.

HA 1-7 x Wk – take 800mg (2) @ 1 time c̄ Rest which Relieves HA's – Daily neck ache suffers off s̄ on ↑ c̄ ↑ ADL in AM. on prolong sitting

MVA – 1993 June – Passenger front seat – pt car struck 2 Cows on Road @ 60-65 MPH – @ impact pt was turned sideways looking into back seat hit head (R) side on Rearview –

Was feeling fine – NO neck pain or HA's – prior to M.V.A.

Denies any U-E Symptoms –

| atient symptoms are: | Pain increases with–prolong: | Pain decreases with: |
|---|---|---|
| harp | Bending | Bending |
| abbing | (Sitting) | Sitting |
| hooting | Standing | Standing |
| ull Ache | Walking | Walking |
| tiff | Cold Weather | Cold |
| hrobbing | Heat | Heat |
| urning | Rest | Rest |
| ore | Getting out of bed in a.m. | Daily activity |
| ramping | ____ hours in bed | End of day |
| ngling | Getting up/down from (chair-bed) | At work |
| umb | At work | OTC MED |
| red | End of day | Rx MED |
| eak | Lifting | |
| ching | Carrying | |
| tching | A.D.L. | |
| ght | | |

Dull Daily; Int Daily; Stiff AM & c̄ Prolong sitting

diating

Pain: constant, intermittent, daily, M ... neck, neck

| ight | Weight | BP | Pulse | Lungs | Ic Postura | NAME |
|---|---|---|---|---|---|---|
| | | | | | | Lisa Brown |

**PINAL EXAM** P — Pain N — Numb S — Spasm T — Tender H — Hypoesthesia E — Edema

e 5-9-95 Date ____ Date ____ Date ____




C X-RAY
C- Hypolordosis
No Deg. changes noted

Plan
1. C- Phystherapy
2. C- SMT 3x wk @ Cent Works
3.
4.

| vical Motion Studies | Norm | Date 5-9-95 Exam | Pain | Exam | Pain | Exam | Pain | Exam | Pain |
|---|---|---|---|---|---|---|---|---|---|
| xion | 60 | 60 | C tight | | | | | | |
| ension | 50 | 50 | feels good | | | | | | |
| Rotation | 80 | 70 | ® C tight | | | | | | |
| Rotation | 80 | 70 | ® C t | | | | | | |
| Lat Flex | 40 | 40 | Sl tight | | | | | | |
| Lat Flex | 40 | 40 | " | | | | | | |

| Dorso-Lumbar Motion | Norm | Date Exam | Pain | Exam | Pain | Exam | Pain | Exam | Pain |
|---|---|---|---|---|---|---|---|---|---|
| Flexion | 90 | | | | | | | | |
| Extension | 30 | | | | | | | | |
| L. Rotation | 30 | | | | | | | | |
| R. Rotation | 30 | | | | | | | | |
| L. Lat Flex | 20 | | | | | | | | |
| R. Lat Flex | 20 | | | | | | | | |

| nglion Palpation | LT | RT | LT | RT | LT | RT | LT | RT |
|---|---|---|---|---|---|---|---|---|
| perior Occipital Nerve | | | | | | | | |
| perior Cervical | | | | | | | | |
| ddle Cervical | | | | | | | | |
| rior Cervical | | | | | | | | |
| chial Plexus | | | | | | | | |

| scle Testing Cervical | RT | LT | RT | LT | RT | LT | RT | LT |
|---|---|---|---|---|---|---|---|---|
| k Flexors | | | | | | | | |
| k Extensors | | | | | | | | |
| ral Neck Flexors | | | | | | | | |

| vical Orthopedic | RT | LT | RT | LT | RT | LT | RT | LT |
|---|---|---|---|---|---|---|---|---|
| vical Compression | | | | | | | | |
| amina Compression | | | | | | | | |
| Foramina Compres | | | | | | | | |
| erflexion | | | | | | | | |
| erextension | | | | | | | | |
| ulder Depression | | | | | | | | |
| Traction | | | | | | | | |
| Hall | | | | | | | | |
| onahue Maneuver | | | | | | | | |
| alva | | | | | | | | |
| ens | | | | | | | | |

| Lumbar Orthopedic | RT | LT | RT | LT | RT | LT | RT | LT |
|---|---|---|---|---|---|---|---|---|
| Toe Walk | | | | | | | | |
| Heel Walk | | | | | | | | |
| Gastrocnemius | | | | | | | | |
| Lasegue's | | | | | | | | |
| Braggard's | | | | | | | | |
| Fajersztajn's | | | | | | | | |
| Fabere-Patrick | | | | | | | | |
| Laquerres | | | | | | | | |
| Thomas | | | | | | | | |
| Gaenslen's | | | | | | | | |
| Ober's | | | | | | | | |
| Ely's | | | | | | | | |
| Yeoman's | | | | | | | | |

| Deep Tendon Reflexes | RT | LT | RT | LT | RT | LT | RT | LT |
|---|---|---|---|---|---|---|---|---|
| Triceps | | | | | | | | |
| Biceps | | | | | | | | |
| Brachioradialis | | | | | | | | |
| Patellar | | | | | | | | |
| Achilles | | | | | | | | |
| Dynamometer | | | | | | | | |

DAILY PATIENT RECORD

ME Lisa Berman DATE 8-3-95 TIME 11:30 AM

IN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain you still experiencing? .05

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

ME Lia Boman DATE 7-27-95 TIME 11:30

IN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ase rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain you still experiencing? .05

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

AME Lisa Boman DATE 7-20-95 TIME 11:30

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
| --- | --- | --- | --- | --- |

you had $1.00 worth of pain when you started treatments, then how much pain
 you still experiencing?

05¢

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are
eriencing or any changes in your condition that you feel the doctor should
aware of in relation to your case.

DAILY PATIENT RECORD

AME Lisa Bernan DATE 7-13-95 TIME 11:30

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain you still experiencing?

15¢

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

AME Lisa Boman DATE 7-3-95 TIME 11:30

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| | | | | |
|---|---|---|---|---|
| Much Improved | Improved | Same | Worse | Much Worse |

you had $1.00 worth of pain when you started treatments, then how much pain
you still experiencing?

254

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are
eriencing or any changes in your condition that you feel the doctor should
aware of in relation to your case.

DAILY PATIENT RECORD

ME Lisa Boman DATE 6-30-95 TIME 11:45

IN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain you still experiencing?

50 ¢

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

ME Lia Bman DATE 6-26-95 TIME 11:30

IN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



:ase rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain you still experiencing? 50¢

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

AME Lisa Boman DATE 6-21-95 TIME 11:30

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain e you still experiencing?

50¢

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

AME Lisa Boman DATE 6-19-95 TIME 11:30

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ase rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain you still experiencing?

50

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

AME Lui Boman DATE 6-15-95 TIME 11:30

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
| --- | --- | --- | --- | --- |

you had $1.00 worth of pain when you started treatments, then how much pain : you still experiencing?

50¢

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

# DAILY PATIENT RECORD

AME [illegible] DATE 6-2-95 TIME [illegible] 30

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain e you still experiencing?

______________

## NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

# DAILY PATIENT RECORD

AME ______________________ DATE ____________ TIME ________

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain : you still experiencing?

______________

NEW SYMPTOMS AND CHANGES IN CONDITION

ase list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

AME ______________________ DATE __________ TIME ______

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
| --- | --- | --- | --- | --- |

you had $1.00 worth of pain when you started treatments, then how much pain
e you still experiencing?

__________

NEW SYMPTOMS AND CHANGES IN CONDITION

ease list or describe in the space below, any new symptoms that you are
eriencing or any changes in your condition that you feel the doctor should
aware of in relation to your case.

DAILY PATIENT RECORD

AME ______________________ DATE ____________ TIME ________

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain e you still experiencing?

______________

NEW SYMPTOMS AND CHANGES IN CONDITION

ease list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

ME ______________________ DATE 5- ______ TIME ______

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain e you still experiencing?

.15

NEW SYMPTOMS AND CHANGES IN CONDITION

ease list or describe in the space below, any new symptoms that you are eriencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

AME [illegible] DATE [illegible] TIME [illegible]

AIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



.ease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

you had $1.00 worth of pain when you started treatments, then how much pain e you still experiencing?

______________

NEW SYMPTOMS AND CHANGES IN CONDITION

ease list or describe in the space below, any new symptoms that you are periencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

NAME ______________________ DATE ____________ TIME ____________

PAIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



Please rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

If you had $1.00 worth of pain when you started treatments, then how much pain are you still experiencing?

____________

NEW SYMPTOMS AND CHANGES IN CONDITION

Please list or describe in the space below, any new symptoms that you are experiencing or any changes in your condition that you feel the doctor should be aware of in relation to your case.

DAILY PATIENT RECORD

NAME ______________________ DATE ______________ TIME 11 30

PAIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



lease rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

 you had $1.00 worth of pain when you started treatments, then how much pain e you still experiencing?

____________

NEW SYMPTOMS AND CHANGES IN CONDITION

ease list or describe in the space below, any new symptoms that you are periencing or any changes in your condition that you feel the doctor should aware of in relation to your case.

DAILY PATIENT RECORD

NAME [illegible] DATE 2-10-95 TIME 11:30am

PAIN DRAWING (Please indicate the areas in which you are presently experiencing pain and indicate any areas that the pain refers)



Please rate your pain that you are experiencing today on the scale below.

| Much Improved | Improved | Same | Worse | Much Worse |
|---|---|---|---|---|

If you had $1.00 worth of pain when you started treatments, then how much pain are you still experiencing?

______________

NEW SYMPTOMS AND CHANGES IN CONDITION

Please list or describe in the space below, any new symptoms that you are experiencing or any changes in your condition that you feel the doctor should be aware of in relation to your case.