# DEMING PUBLIC SCHOOLS

## MEDICAL REFERRAL FORM

Boman, Chelsea, L

Student's Last Name | First Name | MI | Telephone No.

P.O. Box 84 Deming 88031

Street Address | Zip Code

Carl Boman

Father's Name | Place of Employment | Work Telephone No.

Lisa Boman Deming Headlight

Mother's Name | Place of Employment | Work Telephone No.

Physician's Name | Dentist's Name

Please give the names of two relatives or friends who will assume the responsibility for your son/daughter in case of illness or accident until you can be reached. Please notify these persons of these arrangements. In case of any changes in the named persons, please notify the school in writing.

1. Judy Boman Deming Home Center 546-3096

Relative or Friend | Address | Home Telephone No.

2. Richard Boman same as above

Relative or Friend | Address | Home Telephone No.

HEALTH PROBLEMS Asthma

REGULAR MEDICATIONS

If, in the opinion of the principal/school nurse, service involving medical action or treatment is required and the parents cannot be contacted for consent, the parents hereby authorize school authorities to obtain medical service for or to transport for medical service the above named student. **The parents give permission for hospital or emergency room staff to treat their child.**

Lisa Boman Oct. 2, 1995

Signature of Parent or Guardian | Date

## ESCUELAS PUBLICAS DE DEMING

## FORMA MEDICAL

Ultimo nombre de estudiante | Primer Nombre | Initial | Teléfono

Número y nombre de calle | Zip Code

Nombre de Padre | Nombre de empleo | Teléfono de empleo

Nombre de Madre | Nombre de empleo | Teléfono de empleo

Nombre de su médico | Nombre de su dentista

Por favor dé dos nombres de un pariente o amigo quien pueda tomar responsabilidad de su hijo/hija en caso de enfermedad or accidente mientras que usted pueda ser informado. Por favor avise a estas personas de estos arreglos. En caso de algún cambio en nombre de persona, por favor avise a la escuela.

1.

Pariente o amigo | Dirección | Teléfono

2.

Pariente o amigo | Dirección | Teléfono

INFORMACION MEDICA:

PROBLEMAS de SALUD:

Si en la opinion del director/enfermera de la escuela, servicios medicales or tratamientos serán exigidos y los padres no pueden ser contactados, los padres por este medio dan autoridad a los que se encargan en la escuela de obtener servicio médico para transportar al estudiante nombrado arriba para que reciba servicios médicos. **Damos permiso como padres para que mi hijo/hija reciba tratamiento del personal de un hospital o cuarto de emergencia.**

Firma de padre o guardian | Fecha

## DISPENSATION OF MEDICATIONS

Deming Public Schools has neither the responsibility nor authority to dispense medication at school. Upon specific parental request, medication may be dispensed upon receipt of written authorization by the parent subject to the following stipulations.

1. The school nurse shall prescribe procedures and records to be utilized.

2. Elementary and special education students must deposit their medication with the school nurse or principal for safekeeping.

3. Only medication that the physician thinks a student must receive during school hours will be administered at school.

4. A written statement from the physician ordering the medication to be given shall be presented to the school nurse or the principal.

5. Medication to be dispensed during school hours shall be labeled by the pharmacist to include the student's name, prescribing physician, name of medication, dosage, and the frequency of administration.

6. DPS authorized personnel cannot administer medications and/or perform procedures perscribed by a physican not licensed to practice in the United States. Parents may come to the school to administer the medication to their child or submit a signed parent authorization to self-administer medication form to the school nurse or authorized personnel. Contact the school for this additional form.

7. A medical referral form shall have been completed by the parent signed and returned to school (A) authorizing DPS to obtain emergency medical service and (B) indemnifying DPS from liability for actions made in behalf of the child.

8. No medication shall be dispensed by any staff member until all of the above stipulation have been met.

9. The parent is invited to school to dispense medication to their child(ren) if they so desire, subject to prior arrangements.

## DISPENSACION DE MEDICACION

Las Escuelas Públicas de Deming no tienen ni la responsabilidad o la autoridad de dispensar medicación en la escuela. Sobre especificamente encargo de los padres, medicación se puede dispensar tocante que de escrita autoridad de parte de los padres con las condiciones siguentes.

1. La enfermera determinará la manera en que se utilizarán los registros.

2. Primaria y clases especiales depositen su medicación a la enfermera de la escuela o al director.

3. Nomás la medicatión que el médico piensa que el estudiante tiene que recbir durante las horas de la escuela se administrarán en la escuela.

4. Una declariación escrita por el médico dando orden de la medicación que se va a dar, será presentada a la enfermera de la escuela o al director.

5. Medicación que se dispensará durante las horas de la escuela tendrá que contener el nombre de estudiante, el médico, nombre de la medicación, dosis, y frequencia de administración.

6. No se les permite al personnel de las Escuelas Públicas de Deming administrar medicación y/o ejercer ciertos procidimientos recetados por médicos sin licencia en los Estados Unidos. Se permite que los padres vengan a la escuela a administrar medicación a sus hijo(s) toman su medicina por si mismos, o que la enfermera o cualquier personnel autorizado por la escuela asiste. Por favor comuniquese con la escuela si necesita esta forma adicional.

7. Una forma médica será completada por los padres y firmada y regresada a la escuela (A) autorizando DPS de obtener servicios medicales de emergencia, (B) indemnizar DPS de daños por acciones hecho en favor del estudiante.

8. La medicación no será dispensada por ningún miembro de nuestro conjunto.

9. Los padres están invitados a la escuela a dispensar la medicación a su hijo(s) si desean, con arreglos hechos anterior.

SEX: _____ DATE & PLACE OF BIRTH: Hominy, OK SCHOOL: _____

ADDRESS: P.O. Box 84 Deming PARENTS: Carl & Lisa Boman TEL. NO.: _____ DATE OF ENTRANCE: _____

0 6 5 6 0 8 5

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| * YEAR | | | 95-96 | 96-97 | | | | | |
| GRADE | K | 1 | 2nd | 3 | | | | | |
| READING | | | A- | B- | | | | | |
| Reading Level | | | 5/6 | 9 | | | | | |
| Reading Comprehension | | | | | | | | | |
| Reading Vocabulary | | | | | | | | | |
| LANGUAGE | | | A- | C | | | | | |
| Composition | | | | | | | | | |
| Grammar | | | | | | | | | |
| SPELLING | | | A- | C | | | | | |
| Assigned Work | | | | | | | | | |
| Applied to Classwork | | | | | | | | | |
| MATHEMATICS | | | B+ | B- | | | | | |
| Computation | | | | | | | | | |
| Problem Solving | | | | | | | | | |
| SOCIAL STUDIES | | | A | B | | | | | |
| SCIENCE - HEALTH | | | A/A | B+ | | | | | |
| PENMANSHIP | | | S- | S | | | | | |
| Assigned Lesson | | | | | | | | | |
| Applied to Classwork | | | | | | | | | |
| PHYSICAL EDUCATION | | | S | G | | | | | |
| Participation | | | | | | | | | |
| Sportsmanship | | | S | | | | | | |
| CREATIVE EXPRESSION | | | B+ | G | | | | | |
| Visual Arts | | | S | S | | | | | |
| Music | | | S | S | | | | | |
| DAYS PRESENT | | | 172 | 172 | | | | | |
| DAYS ABSENT | | | 2 | 8 | | | | | |

* Please specify - academic year, grade level and final grades for applicable subjects.

* S - ...ctory

**DEMING ELEMENTARY SCHOOL**
**DEMING, NEW MEXICO**

**CUMULATIVE RECORDS**
**GRADES K - 5**

**GRADE RECOMMENDATION:**

| | |
|---|---|
| Year _____<br>Grade Placement for 19 _____<br>Tchr's. Sig. _____ | Year _____<br>Grade Placement for 19 _____<br>Tchr's. Sig. _____ |
| Year 1994-<br>Grade Placement for 19 _____<br>Tchr's. Sig. _____ | Year _____<br>Grade Placement for 19 _____<br>Tchr's. Sig. _____ |
| Year 1995-1996<br>Grade Placement for 19 1996-1997 Pr. 3rd<br>Tchr's. Sig. D Lancaster | Year _____<br>Grade Placement for 19 _____<br>Tchr's. Sig. _____ |
| Year 96-97<br>Grade Placement for 19 97-98 PR to 4th<br>Tchr's. Sig. S Wilhelm | Year _____<br>Grade Placement for 19 _____<br>Tchr's. Sig. _____ |
| Year _____<br>Grade Placement for 19 _____<br>Tchr's. Sig. _____ | GRADE RECOMMENDATION CODE<br>R - Retained<br>Pl - Placed<br>Pr - Promoted |

**2 - 5**
A - 90-100
B - 80-89
C - 70-79
D - 60-69

**K - 1**
G - Very Good Progress
S - Indicates Acceptable Progress
N - Areas Which Need Improvement
I - Improving

BOMAN, CHELSEA

**Iowa Tests of Basic Skills**

| GRADE | LEVEL | FORM | TEST DATE | NORMS | OTHER INFORMATION | TITLE I |
|---|---|---|---|---|---|---|
| 2 | 7 | K | 3/96 | WK 03/16/94 | 0 | Y Y Y |

| SCORES REPORTED | READING ADV SKILLS | READING TOTAL | LANGUAGE ADV SKILLS | LANGUAGE TOTAL | MATHEMATICS ADV SKILLS | MATHEMATICS TOTAL * | SURVEY BATTERY TOTAL * |
|---|---|---|---|---|---|---|---|
| NPR | 47 | 54 | 32 | 25 | 28 | 25 | 34 |
| SS | 165 | 168 | 158 | 156 | 155 | 156 | 160 |
| NS | 5 | 5 | 4 | 4 | 4 | 4 | 4 |
| NCE | 49 | 52 | 40 | 36 | 38 | 38 | 41 |
| RS | 17 | 32 | 8 | 29 | 12 | 40 | |

SURVEY BATTERY, Key: SS=Standard Score, NS=Nat'l Sta9, NCE=Normal Curve Equivalent, RS=Raw Score, NPR=Nat'l %ile Rank

* Includes Math Computation

NAME BOMAN, CHELSEA

I.D. No.

**Iowa Tests of Basic Skills**

| GRADE | LEVEL | FORM | TEST DATE | NORMS | OTHER INFORMATION | TITLE I | A B C D | W X Y Z |
|---|---|---|---|---|---|---|---|---|
| 3 | 9 | K | 3/97 | WK 03/16/94 | 1 | | | |

| SCORES REPORTED | READING VOCAB | READING COMPRE-HENSION | READING TOTAL | LANGUAGE SPELLING | LANGUAGE CAPITAL-IZATION | LANGUAGE PUNCTU-ATION | LANGUAGE USAGE/ EXPRESS | LANGUAGE TOTAL | MATHEMATICS CONCEPTS/ ESTIMATE | MATHEMATICS PROBLEMS/ DATA | MATHEMATICS TOTAL * | CORE TOTAL * | SOCIAL STUDIES | SCIENCE | SOURCES OF INFORMATION MAPS & DIAGRAMS | SOURCES OF INFORMATION REF MAT'LS | SOURCES OF INFORMATION TOTAL | COMPOSITE * | MATH COMPU-TATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPR | 21 | 67 | 44 | 41 | 9 | 16 | | | 37 | 52 | 51 | | 32 | 38 | 32 | 40 | 35 | | 65 |
| SS | 166 | 194 | 180 | 178 | 147 | 160 | | | 176 | 184 | 183 | | 173 | 176 | 174 | 178 | 176 | | 188 |
| NS | 3 | 6 | 5 | 5 | 2 | 3 | | | 4 | 5 | 5 | | 4 | 4 | 4 | 5 | 4 | | 6 |
| NCE | 33 | 59 | 47 | 45 | 22 | 29 | | | 43 | 51 | 51 | | 40 | 44 | 40 | 45 | 42 | | 58 |
| RS | 11 | 24 | | 17 | 7 | 7 | | | 33 | 16 | | | 13 | 15 | 14 | 17 | | | 26 |

COMPLETE/CORE BATTERY, Key: SS=Standard Score, NS=Nat'l Sta9, NCE=Normal Curve Equivalent, RS=Raw Score, NPR=Nat'l %ile Rank

* Includes Math Computation

mailed Records to: 3/10/98
Ranch Heights Elem.
Bartlesville, Ok.

2nd 95-96



# owa Tests of Basic Skills

**ervice 12a: All Norms Interpolated**
**dividual Performance Profile**

| | | | |
|---|---|---|---|
| ident: | BOMAN, CHELSEA | | |
| . No.: | | Grade: | 3 |
| ass/Group: | WILHELM | Level: | 9 |
| ilding: | CNAPARRAL ELEM | Form: | K |
| g Code: | 42-028 | Test Date: | 3/97 |
| stem: | DEMING PUBLIC SCHS | Norms: | WK 03/16/94 |
| der No.: | 000-A7900042-00-002 | Page: | 402 |

=Standard Score
=Nat'l Sta9
E=Normal Curve Equivalent
=Raw Score
=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

=A score is not reported because too few questions were attempted.

| Tests | SS | NS | NCE | RS | NPR |
|---|---|---|---|---|---|
| Vocabulary | 166 | 3 | 33 | 11 | 21 |
| Reading Comprehension | 194 | 6 | 59 | 24 | 67 |
| Reading Total | 180 | 5 | 47 | | 44 |
| Spelling | 178 | 5 | 45 | 17 | 41 |
| Capitalization | 147 | 2 | 22 | 7 | 9 |
| Punctuation | 160 | 3 | 29 | 7 | 16 |
| Usage & Expression | | | | | √ |
| Language Total | | | | | |
| Math Concepts & Estimation | 176 | 4 | 43 | 33 | 37 |
| Math Probs & Data Interp. | 184 | 5 | 51 | 16 | 52 |
| Math Total* | 183 | 5 | 51 | | 51 |
| Core Total* | | | | | |
| Social Studies | 173 | 4 | 40 | 13 | 32 |
| Science | 176 | 4 | 44 | 15 | 38 |
| Maps & Diagrams | 174 | 4 | 40 | 14 | 32 |
| Reference Materials | 178 | 5 | 45 | 17 | 40 |
| Sources of Info. Total | 176 | 4 | 42 | | 35 |
| Composite* | | | | | |
| Math Computation | 188 | 6 | 58 | 26 | 65 |

*Includes Mathematics Computation

National Percentile Ranks




| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 26 | 17 | 42 | 66 | Vocabulary |
| | | | | **COMPREHENSION** |
| 6 | 6 | 83 | 72 | Factual Meaning |
| 23 | 23 | 74 | 55 | Inferential Meaning |
| 7 | 7 | 29 | 54 | Evaluative Meaning |
| | | | | **SPELLING** |
| 9 | 19 | 58 | 68 | Root Words |
| 4 | 4 | 50 | 60 | Words with Affixes |
| 4 | 4 | 100 | 82 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 4 | 4 | 25 | 76 | Names and Titles |
| 4 | 4 | 50 | 73 | Dates and Holidays |
| 6 | 6 | 17 | 66 | Place Names; Groups |
| 6 | 6 | 50 | 61 | Literary Conventions |
| 4 | 4 | 0 | 70 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 2 | 12 | 25 | 58 | Terminal Punctuation |
| 5 | 5 | 20 | 51 | Comma |
| 3 | 3 | 33 | 48 | Other Punctuatn Mrks |
| 4 | 4 | 50 | 60 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 7 | | | | Usage |
| 8 | | | | Verb Forms |
| 2 | | | | ** Pronouns |
| 2 | | | | ** Modifiers |
| 2 | | | | ** Other Conventions |
| 3 | | | | Correct Usage |
| 4 | | | | Expression |
| 3 | | | | Concise and Clear |
| 5 | | | | Approp Language |
| 6 | | | | Organization |




| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 20 | 20 | 65 | 75 | Concepts |
| 5 | 5 | 60 | 78 | Numeration |
| 2 | 2 | 100 | 85 | ** Arith Operations |
| 4 | 4 | 50 | 72 | Geometry |
| 3 | 3 | 67 | 67 | Measurement |
| 3 | 3 | 67 | 67 | Fract/Decml/Percent |
| 3 | 3 | 67 | 82 | Equations/Inequalts |
| 12 | 12 | 58 | 50 | Estimation |
| 7 | 7 | 57 | 45 | Standard Rounding |
| 3 | 3 | 100 | 67 | Order of Magnitude |
| 2 | 2 | 0 | 40 | ** Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 14 | 14 | 57 | 65 | Problem Solving |
| 4 | 4 | 75 | 77 | Single-Step: + & - |
| 2 | 2 | 50 | 69 | ** Single-Step: x & ÷ |
| 3 | 3 | 33 | 55 | Multiple-Step |
| 5 | 5 | 60 | 59 | Prob-Solv Strategy |
| 10 | 10 | 80 | 62 | Data Interpretation |
| 3 | 3 | 67 | 67 | Read Amounts |
| 6 | 6 | 100 | 67 | Compare Quantities |
| 1 | 1 | 0 | 23 | ** Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 2 | 2 | 0 | 42 | **History |
| 10 | 10 | 50 | 56 | Geography |
| 7 | 7 | 43 | 54 | Economics |
| 5 | 5 | 60 | 60 | Political Science |
| 6 | 6 | 33 | 64 | Sociology & Anthro |
| | | | | **SCIENCE** |
| 5 | 5 | 60 | 57 | Nature of Science |
| 8 | 8 | 38 | 49 | Life Science |
| 11 | 11 | 55 | 62 | Earth and Space |
| 6 | 6 | 50 | 57 | Physical Sciences |




| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 12 | 12 | 50 | 67 | Map Reading |
| 6 | 6 | 50 | 76 | Locate & Describe |
| 3 | 3 | 67 | 63 | Direction/Distance |
| 3 | 3 | 33 | 53 | Living Conditions |
| 12 | 12 | 67 | 68 | Diagrams and Charts |
| 5 | 5 | 80 | 80 | Locate Information |
| 3 | 3 | 67 | 59 | Explain Relatnshps |
| 2 | 2 | 0 | 42 | ** Infer Processes |
| 2 | 2 | 100 | 79 | ** Compare Features |
| | | | | **REFERENCE MAT'LS** |
| 6 | 6 | 100 | 74 | Alphabetizing |
| 6 | 6 | 33 | 68 | Table of Contents |
| 6 | 6 | 67 | 65 | Dictionary |
| 4 | 4 | 50 | 55 | Card Catalog: Locate |
| 6 | 6 | 50 | 62 | Gen Refer Materials |
| | | | | **MATH COMPUTATION** |
| 12 | 12 | 92 | 72 | Add Whole Numbers |
| 12 | 12 | 75 | 74 | Subtract Whole Nos |
| 8 | 8 | 75 | 60 | Multiply Whole Nos |
| 2 | 2 | 0 | 61 | **Divide Whole Numbers |
| | | | | **THINKING SKILLS** |
| 23 | | | | Focus/Info-Gathering |
| 22 | | | | Remembering |
| 59 | | | | Organizing |
| 121 | | | | Analyzing |
| 59 | | | | Generating |
| 26 | | | | Integrate/Evaluate |




** 1 and 2 item skills are not graphed

# Interpreting Service 12a, Individual Performance Profile

The Individual Performance Profile displays detailed achievement test results. The report is for use by parents, teachers, and students. Scores reported are from the *Iowa Tests of Basic Skills (ITBS)*, the *Tests of Achievement and Proficiency (TAP)*, or the *Iowa Tests of Educational Development (ITED)*. Each student is tested on only one of these test batteries.

1. All three *ITBS* Batteries (Complete, Core, and Survey) measure student achievement for kindergarten through grade 9 in reading, language, and mathematics. The Complete Battery also includes tests in social studies, science, and sources of information beginning at grade 1, and in listening and word analysis at the primary grades.

2. The *TAP* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, written expression, and mathematics. The Complete Battery also includes tests in social studies, science, and information processing.

3. The *ITED* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information.

An Individual Performance Profile sample report for Brian Rogers is pictured for the *ITBS*. Reports for the *TAP* and *ITED* are similar. In the upper right-hand section of the report, scores are printed for the tests, totals, and composite. On this report, grade equivalents (GE), national stanines (NS), and national percentile ranks (NPR) are shown. Student reports in other school systems may contain different kinds of scores. Both grade equivalents and standard scores (SS) are general indicators of a student's level of development. Stanines are clusters of percentile ranks that range from 1 up to 9. National percentile ranks and stanines indicate how a student compares with other students in the nation in his or her grade. Brian's national percentile rank of 84 in Spelling shows that his score was higher than the scores of about 84 percent of fifth-grade students in the nation.

The graph of national percentile ranks to the right of the scores allows a quick comparison of the student's performance in different areas relative to one another.

In the bottom portion of the report, skill performance in each test area is described by scores and a bar graph. Look at Brian's sample report below. In the middle part, there is a listing of the skills in the Math Concepts & Estimation test. One skill, called "Number/Operations", has nine questions, and Brian attempted all nine. His percent-correct score, 78, means that he answered 78 percent of the questions on this skill correctly. The typical fifth-grade student in the nation answered 71 percent of these questions right. The bar graph shows Brian's approximate percentile rank for each skill score. The "Low" range covers percentile ranks between 1 and 25, the "Avg" range is from the 26th to the 74th, and the "High" range is the 75th through the 99th. Even though Brian's percentile rank for this skill is not printed with his other scores, the bar graph shows that it is just above the middle, around the 60th. That is, his percent-correct score (which is 78) is higher than the scores of about 60 percent of fifth-grade students in the nation on that skill.

When the Survey Battery has been given, a brief narrative at the bottom of this report describes the student's performance.

## Iowa Tests of Basic Skills

**Service 12a: Individual Performance Profile**

Student: ROGERS, BRIAN
I.D. No.:
Class/Group: HELMS
Building: NORTH
Bldg Code:
System: PORT CHARLES SD
Order No.: 901-A4000052-00-001

Grade: 5
Level: 11
Form: K
Test Date: 4/95
Norms: SPRING 1992
Page: 23

GE=Grade Equivalent
NS=Nat'l Stanine
NPR=Nat'l %ile Rank (norm)

N Att=Number Attempted
%C=Percent Correct

| Tests | GE | NS | NPR |
|---|---|---|---|
| Vocabulary | 4.8 | 4 | 31 |
| Reading Comprehension | 5.6 | 5 | 47 |
| Reading Total | 5.2 | 5 | 40 |
| Spelling | 8.4 | 7 | 84 |
| Capitalization | 5.4 | 5 | 45 |
| Punctuation | 6.2 | 5 | 56 |
| Usage & Expression | 4.4 | 4 | 30 |
| Language Total | 6.0 | 5 | 52 |
| Math Concepts & Estimation | 5.5 | 5 | 43 |
| Math Probs & Data Interp. | 5.7 | 5 | 49 |
| Math Total * | 5.3 | 4 | 39 |
| Core Total * | 5.4 | 5 | 42 |
| Social Studies | 4.8 | 4 | 31 |
| Science | 5.9 | 5 | 52 |
| Maps & Diagrams | 7.2 | 6 | 66 |
| Reference Materials | 5.0 | 4 | 36 |
| Sources of Info. Total | 6.0 | 5 | 53 |
| Composite * | 5.4 | 5 | 44 |
| Math Computation | 4.7 | 4 | 27 |

National Percentile Ranks: Low, Average, High (1, 10, 25, 40, 50, 60, 75, 90, 99)

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 37 | 37 | 51 | 62 | Vocabulary |
| | | | | **COMPREHENSION** |
| 15 | 15 | 60 | 63 | Factual Meaning |
| 14 | 14 | 57 | 62 | Inferential Meaning |
| 12 | 12 | 50 | 52 | Evaluative Meaning |
| | | | | **SPELLING** |
| 21 | 21 | 90 | 65 | Root Words |
| 8 | 8 | 75 | 59 | Words with Affixes |
| 5 | 5 | 100 | 79 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 2 | 2 | 100 | 87 | **Names and Titles |
| 3 | 3 | 67 | 69 | Dates and Holidays |
| 6 | 6 | 33 | 71 | Place Names |
| 5 | 5 | 100 | 51 | Organizations/Groups |
| 6 | 6 | 83 | 69 | Literary Conventions |
| 5 | 5 | 40 | 64 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 10 | 10 | 70 | 60 | Terminal Punctuation |
| 3 | 3 | 33 | 51 | Comma |
| 6 | 6 | 67 | 55 | Other Punctuatn Mrks |
| 8 | 8 | 63 | 58 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 20 | 20 | 40 | 59 | Usage |
| 8 | 8 | 25 | 53 | Verb Forms |
| 3 | 3 | 67 | 60 | Pronouns; Modifiers |
| 6 | 6 | 50 | 61 | Other Conventions |
| 3 | 3 | 33 | 69 | Correct Usage |
| 20 | 20 | 50 | 56 | Expression |
| 5 | 5 | 40 | 52 | Concise and Clear |
| 11 | 11 | 55 | 60 | Approp Language |
| 4 | 4 | 50 | 48 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 26 | 25 | 69 | 70 | Concepts |
| 9 | 9 | 78 | 71 | Number/Operations |
| 4 | 4 | 100 | 72 | Geometry |
| 3 | 3 | 33 | 69 | Measurement |
| 4 | 4 | 50 | 62 | Fract/Decml/Percent |
| 3 | 3 | 67 | 72 | Probability/Stats |
| 3 | 3 | 67 | 73 | Equations/Inequalts |
| 18 | 18 | 50 | 55 | Estimation |
| 7 | 7 | 71 | 64 | Standard Rounding |
| 4 | 4 | 50 | 65 | Order of Magnitude |
| 7 | 7 | 29 | 41 | Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 17 | 17 | 59 | 61 | Problem Solving |
| 5 | 5 | 100 | 77 | Single-Step: + & - |
| 2 | 2 | 0 | 60 | ** Single-Step: × & ÷ |
| 6 | 6 | 50 | 49 | Multiple-Step |
| 4 | 4 | 50 | 60 | Prob-Solv Strategy |
| 13 | 13 | 69 | 63 | Data Interpretation |
| 3 | 3 | 67 | 80 | Read Amounts |
| 6 | 6 | 67 | 54 | Compare Quantities |
| 4 | 4 | 75 | 64 | Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 6 | 6 | 33 | 58 | History |
| 11 | 11 | 55 | 65 | Geography |
| 12 | 12 | 58 | 59 | Economics |
| 5 | 5 | 60 | 54 | Political Science |
| 4 | 4 | 50 | 60 | Sociology & Anthro |
| 2 | 2 | 0 | 52 | **Related Social Sci |
| | | | | **SCIENCE** |
| 6 | 6 | 83 | 61 | Nature of Science |
| 12 | 12 | 58 | 56 | Life Science |
| 12 | 12 | 50 | 57 | Earth and Space |
| 10 | 10 | 60 | 57 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 13 | 13 | 77 | 58 | Map Reading |
| 4 | 4 | 75 | 65 | Locate & Describe |
| 5 | 5 | 80 | 59 | Direction/Distance |
| 2 | 2 | 50 | 49 | ** Interpret Data |
| 2 | 2 | 100 | 55 | ** Living Conditions |
| 14 | 14 | 64 | 61 | Diagrams and Charts |
| 6 | 6 | 50 | 59 | Locate Information |
| 5 | 5 | 80 | 61 | Infer Processes |
| 3 | 3 | 67 | 63 | Compare Features |
| | | | | **REFERENCE MAT'LS** |
| 4 | 4 | 100 | 78 | Alphabetizing |
| 6 | 6 | 67 | 72 | Table of Contents |
| 7 | 7 | 43 | 63 | Dictionary |
| 4 | 4 | 50 | 60 | Card Catalog: Read |
| 4 | 4 | 75 | 70 | Encyclopedia |
| 7 | 7 | 43 | 56 | Gen Refer Materials |
| | | | | **MATH COMPUTATION** |
| 29 | 26 | 66 | 71 | Whole Numbers |
| 6 | 3 | 0 | 45 | Fractions |
| 4 | 2 | 25 | 61 | Decimals |
| | | | | **THINKING SKILLS** |
| 26 | 26 | 69 | 66 | Focus/Info-Gathering |
| 29 | 29 | 69 | 68 | Remembering |
| 81 | 81 | 62 | 62 | Organizing |
| 160 | 160 | 66 | 61 | Analyzing |
| 63 | 63 | 44 | 58 | Generating |
| 23 | 23 | 52 | 59 | Integrate/Evaluate |

Skill bar graph columns: Low, Avg, High

** 1 and 2 item skills are not graphed

Case 4:12-cv-08001-GAF Document 162-2 Filed 09/03/15 Page 6 of 14

# owa Tests of Basic Skills

**Service 2b: All Norms Interpolated**
**Profile Narrative Report**

| | | | |
|---|---|---|---|
| Student: | BOMAN, CHELSEA | Sex: F | Grade: 2 |
| I.D. No.: | | Birth Date: | 7/88 |
| Class/Group: | LANCASTER | Age: | 7 Yrs 8 Mos |
| Building: | SUNSHINE ELEM | Lvl/Form: | 7/K |
| Bldg. Code: | 42-156 | Test Date: | 3/96 |
| System: | DEMING PUBLIC SCHS | Norms: | WK 03/16/94 |
| Order No.: | 000-A6900042-00-007 | Page: | 2803 |

| Tests | Scores NPR |
|---|---|
| Reading Advanced Skills | 47 |
| eading Total | 54 |
| Language Advanced Skills | 32 |
| anguage Total | 25 |
| Math Advanced Skills | 28 |
| ath Total * | 25 |
| urvey Battery Total * | 34 |

National Percentile Rank




Chelsea was given the Iowa Tests of Basic Skills in March, 1996. She is in second grade at Sunshine Elem in Deming Public Schs.

Chelsea's Survey Battery Total score is the score that best describes her overall achievement on the tests. Chelsea's Survey Battery Total national percentile rank of 34 means that she scored higher than 34 percent of second grade students nationally. Her overall achievement appears to be somewhat below average for second grade.

A student's ability to read is related to success in many areas of school work. Chelsea's Reading Total score is about average when compared with other students in second grade nationally.

A student's scores can be compared with each other to determine relative strengths and weaknesses. In Chelsea's case, achievement seems to be fairly consistent from one area to another.

PR=Nat'l %ile Rank
ncludes Mathematics Computation

# Interpreting the Profile Narrative Report

The Profile Narrative Report displays the test scores of an individual student on the *Iowa Tests of Basic Skills (ITBS), Iowa Tests of Educational Development (ITED), Tests of Achievement and Proficiency (TAP), or Cognitive Abilities Test (CogAT).* This report is intended mainly to help parents, teachers, and students understand what the test results mean.

## The Graphic Display

The test names that appear on the left side of the report can vary depending on which grade the student is in and whether an achievement test or ability test (or both) was administered.

The *ITBS* batteries measure student achievement in kindergarten through grade 9. Three different batteries (Complete, Core, and Survey) measure reading, language, and mathematics achievement. In addition, the Complete Battery measures listening and word analysis in grades K-2 and social studies, science, and sources of information in grades 3-9.

The *ITED* Complete and Survey Batteries measure student achievement in grades 8-12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information.

The *TAP* Complete and Survey Batteries measure student achievement in grades 8-12 in reading, written expression, and mathematics. The Complete Battery also includes tests in social studies, science, and information processing.

The *CogAT* measures students' ability to reason and solve various types of problems. Verbal, quantitative, and nonverbal exercises are used to assess students' cognitive development.

In the columns next to the test names, any of several types of scores might be reported, depending on which ones your school ordered.

The grade equivalent (GE) describes a student's test performance in terms of grade levels in school. A GE of 4.5 means the student scored like the typical fourth-grade student who has just finished the fifth month of grade 4. The national percentile rank (NPR) tells what percent of the students in the nation in this same grade obtained a lower score than this student. A percentile rank of 37 means that 37 percent of the students in the U. S. in this grade obtained lower scores that this student. The developmental standard score (SS) used with the achievement batteries describes students' academic development. Average scores obtained during spring testing are 200 in grade 4, 250 in grade 8, and 275 in grade 11. The stanine is like a nine-step ladder that goes from a low of one to a high of nine. It is used to compare a student's score with the scores of others in the same grade. The standard age score (SAS), used with CogAT, compares a student's measured ability to do school work with the abilities of other students in the nation who are the same age.

The graph of national percentile ranks shows either a bar graph or a set of percentile-rank confidence bands for each test listed on the left. When bar graphs are shown, the longest bars show the student's strongest areas, and the shortest bars show the weakest. When confidence bands are displayed, the student's relative strengths and weaknesses can be observed in much the same way. Furthermore, the score bands help to show that all test scores have some amount of error in them. In this case, there is a 50% probability that the student's true (error-free) percentile rank is within the band shown.

## The Written Interpretation

The first box describes the testing situation--the test name, date taken, grade, and school. In the second box, overall performance is described using the Composite (or Core Total) score. This score is based on averaging scores from most of the other test areas. The Composite grade equivalent and national percentile rank are both used to show what this student's test performance is like. On the reports of some students, a local percentile rank (LPR) permits a comparison with their grade peers in the local school system.

On achievement reports, the next box describes the student's reading performance compared with others in the same grade from throughout the nation. For younger students, Vocabulary and Listening performance might also be described. The next box identifies test areas that are considered strengths or weaknesses for this particular student. Even a student with very high overall achievement may have an area that could be regarded as a "relative" weakness. Likewise, a student with fairly low overall performance may have an area of "relative" strength. Note that the relative strengths or weaknesses are determined by comparing a student's separate test scores with his or her own overall (Composite) performance, not with the scores of other students.

When the *CogAT* has been taken, one box describes ability scores, and another compares the student's achievement scores with those predicted by the student's *CogAT* scores. When the actual and predicted achievement scores differ, we say that the student achieved over or under the level we would have predicted using her or his own *CogAT* scores. Because many factors other than ability influence a student's achievement, it is not unusual for actual achievement scores and predicted scores to differ. Further interpretive questions should be directed to the school.

# Iowa Tests of Basic Skills

**Service 12a: All Norms Interpolated**
**Individual Performance Profile**

Student: BOMAN, CHELSEA
I.D. No.:
Class/Group: LANCASTER
Building: SUNSHINE ELEM
Bldg Code: 42-156
System: DEMING PUBLIC SCHS
Order No.: 000-A6900042-00-007

Grade: 2
Level: 7
Form: K
Test Date: 3/96
Norms: WK 03/16/94
Page: 2803

SS=Standard Score
NS=Nat'l Sta9
NCE=Normal Curve Equivalent
RS=Raw Score
▬=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | SS | NS | NCE | RS | NPR |
|---|---|---|---|---|---|
| Reading Advanced Skills | 165 | 5 | 49 | 17 | 47 |
| Reading Total | 168 | 5 | 52 | 32 | 54 |
| Language Advanced Skills | 158 | 4 | 40 | 8 | 32 |
| Language Total | 156 | 4 | 36 | 29 | 25 |
| Math Advanced Skills | 155 | 4 | 38 | 12 | 28 |
| Math Total* | 156 | 4 | 36 | 40 | 25 |
| **Survey Battery Total*** | 160 | 4 | 41 | | 34 |

National Percentile Ranks: Low 1, 10, 25, 40, 50, 60, 75, 90, High 99 (Average 25–75)

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | SURVEY BATTERY |
| | | | | **READING TOTAL** |
| 15 | 15 | 73 | 67 | Vocabulary |
| 4 | 4 | 100 | 91 | Word Attack |
| 10 | 10 | 90 | 87 | Factual Meaning |
| 9 | 9 | 89 | 77 | Inferential Meaning |
| 1 | 1 | 0 | 60 | **Evaluative Meaning |
| | | | | **LANGUAGE TOTAL** |
| 5 | 5 | 60 | 76 | Developmental Lang |
| 5 | 5 | 80 | 78 | Shrd Characters Class |
| 11 | 10 | 82 | 88 | Spelling in Context |
| 5 | 5 | 80 | 73 | Capitalization |
| 5 | 5 | 20 | 74 | Punctuation |
| 11 | 11 | 73 | 79 | Usage and Expression |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MATH TOTAL** |
| 19 | 19 | 89 | 90 | Concepts |
| 11 | 11 | 55 | 77 | Problem Solving |
| 7 | 7 | 86 | 81 | Data Interpretation |
| | | | | **MATH COMPUTATION** |
| 13 | 13 | 85 | 91 | Computation |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **THINKING SKILLS** |
| 6 | 6 | 100 | 92 | Focus/Info-Gathering |
| 13 | 13 | 92 | 90 | Remembering |
| 19 | 19 | 79 | 81 | Organizing |
| 47 | 46 | 70 | 81 | Analyzing |
| 7 | 7 | 86 | 76 | Generating |
| 11 | 11 | 64 | 78 | Integrate/Evaluate |

** 1 and 2 item skills are not graphed

In March, 1996, Chelsea was given the Iowa Tests of Basic Skills, Survey Battery Edition, Form K, Level 7. Chelsea is in second grade at Sunshine Elem in Deming Public Schs. This report will help explain the test results.

Chelsea's Survey Battery Total national percentile rank of 34 is the best indicator of her standing in overall achievement. This means that Chelsea scored higher than 34 percent of second grade students nationally and that 66 percent scored as well or higher.

A student's skills can be compared with each other to determine personal areas of strength and weakness.

STRENGTHS:
In Chelsea's case, the highest scores are in Word Attack, Shrd Characters Class, Capitalization, Data Interpretation, Focus/Info-Gathering, and Generating. These are strong points which can be used to improve other skills.

AREA OF NEED:
In Chelsea's case, the lowest score is in Punctuation. This is an area in which she appears to need the most work.

# Interpreting Service 12a, Individual Performance Profile

The Individual Performance Profile displays detailed achievement test results. The report is for use by parents, teachers, and students. Scores reported are from the *Iowa Tests of Basic Skills (ITBS)*, the *Tests of Achievement and Proficiency (TAP)*, or the *Iowa Tests of Educational Development (ITED)*. Each student is tested on only one of these test batteries.

1. All three *ITBS* Batteries (Complete, Core, and Survey) measure student achievement for kindergarten through grade 9 in reading, language, and mathematics. The Complete Battery also includes tests in social studies, science, and sources of information beginning at grade 1, and in listening and word analysis at the primary grades.

2. The *TAP* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, written expression, and mathematics. The Complete Battery also includes tests in social studies, science, and information processing.

3. The *ITED* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information.

An Individual Performance Profile sample report for Brian Rogers is pictured for the *ITBS*. Reports for the *TAP* and *ITED* are similar. In the upper right-hand section of the report, scores are printed for the tests, totals, and composite. On this report, grade equivalents (GE), national stanines (NS), and national percentile ranks (NPR) are shown. Student reports in other school systems may contain different kinds of scores. Both grade equivalents and standard scores (SS) are general indicators of a student's level of development. Stanines are clusters of percentile ranks that range from 1 up to 9. National percentile ranks and stanines indicate how a student compares with other students in the nation in his or her grade. Brian's national percentile rank of 84 in Spelling shows that his score was higher than the scores of about 84 percent of fifth-grade students in the nation.

The graph of national percentile ranks to the right of the scores allows a quick comparison of the student's performance in different areas relative to one another.

In the bottom portion of the report, skill performance in each test area is described by scores and a bar graph. Look at Brian's sample report below. In the middle part, there is a listing of the skills in the Math Concepts & Estimation test. One skill, called "Number/Operations", has nine questions, and Brian attempted all nine. His percent-correct score, 78, means that he answered 78 percent of the questions on this skill correctly. The typical fifth-grade student in the nation answered 71 percent of these questions right. The bar graph shows Brian's approximate percentile rank for each skill score. The "Low" range covers percentile ranks between 1 and 25, the "Avg" range is from the 26th to the 74th, and the "High" range is the 75th through the 99th. Even though Brian's percentile rank for this skill is not printed with his other scores, the bar graph shows that it is just above the middle, around the 60th. That is, his percent-correct score (which is 78) is higher than the scores of about 60 percent of fifth-grade students in the nation on that skill.

When the Survey Battery has been given, a brief narrative at the bottom of this report describes the student's performance.

## Iowa Tests of Basic Skills

**Service 12a:**
**Individual Performance Profile**

| | | | |
|---|---|---|---|
| Student: | ROGERS, BRIAN | | |
| I.D. No.: | | Grade: | 5 |
| Class/Group: | HELMS | Level: | 11 |
| Building: | NORTH | Form: | K |
| Bldg Code: | | Test Date: | 4/95 |
| System: | PORT CHARLES SD | Norms: | SPRING 1992 |
| Order No.: | 901-A4000052-00-001 | Page: | 23 |

GE=Grade Equivalent
NS=Nat'l Stn9
NPR=Nat'l %ile Rank (***)

N Att=Number Attempted
%C=Percent Correct

| Tests | GE | NS | NPR |
|---|---|---|---|
| Vocabulary | 4.8 | 4 | 31 |
| Reading Comprehension | 5.6 | 5 | 47 |
| Reading Total | 5.2 | 5 | 40 |
| Spelling | 8.4 | 7 | 84 |
| Capitalization | 5.4 | 5 | 45 |
| Punctuation | 6.2 | 5 | 56 |
| Usage & Expression | 4.4 | 4 | 30 |
| Language Total | 6.0 | 5 | 52 |
| Math Concepts & Estimation | 5.5 | 5 | 43 |
| Math Probs & Data Interp. | 5.7 | 5 | 49 |
| Math Total * | 5.3 | 4 | 39 |
| Core Total * | 5.4 | 5 | 42 |
| Social Studies | 4.8 | 4 | 31 |
| Science | 5.9 | 5 | 52 |
| Maps & Diagrams | 7.2 | 6 | 66 |
| Reference Materials | 5.0 | 4 | 36 |
| Sources of Info. Total | 6.0 | 5 | 53 |
| Composite * | 5.4 | 5 | 44 |
| Math Computation | 4.7 | 4 | 27 |

National Percentile Ranks: Low 1 10 25 40 50 60 75 90 99 High (Average 40–60)

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 37 | 37 | 51 | 62 | Vocabulary |
| | | | | **COMPREHENSION** |
| 15 | 15 | 60 | 63 | Factual Meaning |
| 14 | 14 | 57 | 62 | Inferential Meaning |
| 12 | 12 | 50 | 52 | Evaluative Meaning |
| | | | | **SPELLING** |
| 21 | 21 | 90 | 65 | Root Words |
| 8 | 8 | 75 | 59 | Words with Affixes |
| 5 | 5 | 100 | 79 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 2 | 2 | 100 | 87 | **Names and Titles |
| 3 | 3 | 67 | 69 | Dates and Holidays |
| 6 | 6 | 33 | 71 | Place Names |
| 5 | 5 | 100 | 51 | Organizations/Groups |
| 6 | 6 | 83 | 69 | Literary Conventions |
| 5 | 5 | 40 | 64 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 10 | 10 | 70 | 60 | Terminal Punctuation |
| 3 | 3 | 33 | 51 | Comma |
| 6 | 6 | 67 | 55 | Other Punctuatn Mrks |
| 8 | 8 | 63 | 58 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 20 | 20 | 40 | 59 | Usage |
| 8 | 8 | 25 | 53 | Verb Forms |
| 3 | 3 | 67 | 60 | Pronouns; Modifiers |
| 6 | 6 | 50 | 61 | Other Conventions |
| 3 | 3 | 33 | 69 | Correct Usage |
| 20 | 20 | 50 | 56 | Expression |
| 5 | 5 | 40 | 52 | Concise and Clear |
| 11 | 11 | 55 | 60 | Approp Language |
| 4 | 4 | 50 | 48 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 26 | 26 | 69 | 70 | Concepts |
| 9 | 9 | 78 | 71 | Number/Operations |
| 4 | 4 | 100 | 72 | Geometry |
| 3 | 3 | 33 | 69 | Measurement |
| 4 | 4 | 50 | 62 | Fract/Decml/Percent |
| 3 | 3 | 67 | 72 | Probability/Stats |
| 3 | 3 | 67 | 73 | Equations/Inequalts |
| 18 | 18 | 50 | 55 | Estimation |
| 7 | 7 | 71 | 64 | Standard Rounding |
| 4 | 4 | 50 | 65 | Order of Magnitude |
| 7 | 7 | 29 | 41 | Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 17 | 17 | 59 | 61 | Problem Solving |
| 5 | 5 | 100 | 77 | Single-Step: + & - |
| 2 | 2 | 0 | 60 | ** Single-Step: x & ÷ |
| 6 | 6 | 50 | 49 | Multiple-Step |
| 4 | 4 | 50 | 60 | Prob-Solv Strategy |
| 13 | 13 | 69 | 63 | Data Interpretation |
| 3 | 3 | 67 | 80 | Read Amounts |
| 6 | 6 | 67 | 54 | Compare Quantities |
| 4 | 4 | 75 | 64 | Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 6 | 6 | 33 | 58 | History |
| 11 | 11 | 55 | 65 | Geography |
| 12 | 12 | 58 | 59 | Economics |
| 5 | 5 | 60 | 54 | Political Science |
| 4 | 4 | 50 | 60 | Sociology & Anthro |
| 2 | 2 | 0 | 52 | **Related Social Sci |
| | | | | **SCIENCE** |
| 6 | 6 | 83 | 61 | Nature of Science |
| 12 | 12 | 58 | 56 | Life Science |
| 12 | 12 | 50 | 57 | Earth and Space |
| 10 | 10 | 60 | 57 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 13 | 13 | 77 | 58 | Map Reading |
| 4 | 4 | 75 | 65 | Locate & Describe |
| 5 | 5 | 80 | 59 | Direction/Distance |
| 2 | 2 | 50 | 49 | ** Interpret Data |
| 2 | 2 | 100 | 55 | ** Living Conditions |
| 14 | 14 | 64 | 61 | Diagrams and Charts |
| 6 | 6 | 50 | 59 | Locate Information |
| 5 | 5 | 80 | 61 | Infer Processes |
| 3 | 3 | 67 | 63 | Compare Features |
| | | | | **REFERENCE MAT'LS** |
| 4 | 4 | 100 | 78 | Alphabetizing |
| 6 | 6 | 67 | 72 | Table of Contents |
| 7 | 7 | 43 | 63 | Dictionary |
| 4 | 4 | 50 | 60 | Card Catalog: Read |
| 4 | 4 | 75 | 70 | Encyclopedia |
| 7 | 7 | 43 | 56 | Gen Refer Materials |
| | | | | **MATH COMPUTATION** |
| 29 | 26 | 66 | 71 | Whole Numbers |
| 6 | 3 | 0 | 45 | Fractions |
| 4 | 2 | 25 | 61 | Decimals |
| | | | | **THINKING SKILLS** |
| 26 | 26 | 69 | 66 | Focus/Info-Gathering |
| 29 | 29 | 69 | 68 | Remembering |
| 81 | 81 | 62 | 62 | Organizing |
| 160 | 160 | 66 | 61 | Analyzing |
| 63 | 63 | 44 | 58 | Generating |
| 23 | 23 | 52 | 59 | Integrate/Evaluate |

** 1 and 2 item skills are not graphed

Case 4:12-cv-08001-GAF Document 162-2 Filed 09/03/15 Page 10 of 14

# DEMING PUBLIC SCHOOLS

## LITERACY ASSESSMENT OBSERVATION FORM

Name Chelsea Boman Class 2nd

Directions: Check the appropriate box with the appropriate symbol for each of the observed skills. Mark each box.

\+ To a great extent - Not at all O To some extent

## EARLY FLUENCY (1-2)

| | Date 10/2/95 Entrance Skill | Date 3/96 Exit Skill | Date ____ Entrance Skill | Date ____ Exit Skill |
|---|---|---|---|---|
| **Sound-Symbol Relationships** | | | | |
| * Picks words out of print consistently. | [ + ] | [ + ] | [ ] | [ ] |
| * Can find any word in a familiar text by checking off from the beginning of a sentence - what we call "matching". | [ O ] | [ ~~O~~ + ] | [ ] | [ ] |
| * Can locate the same word on a page of print. | [ + ] | [ + ] | [ ] | [ ] |
| * Confirms and self-corrects by syntactic and semantic fit, and by word fit. | [ O ] | [ ~~O~~ + ] | [ ] | [ ] |
| * Able to articulate sounds in sequence from words. | [ O ] | [ + ] | [ ] | [ ] |
| **Meaning Making** | | | | |
| * Integrates any strategies to get meaning. Predicts logically while reading or when story is being read based on previous knowledge, pictures, meaning/content, grammar, and sound-letter relationships. | [ + ] | [ + ] | [ ] | [ ] |
| * Sequences events (beginning, middle, end). | [ + ] | [ + ] | [ ] | [ ] |
| * Retells story in own words such as characters, setting, beginning, middle and end. | [ O ] | [ + ] | [ ] | [ ] |
| * Includes inferred information when retelling the story. | [ O ] | [ + ] | [ ] | [ ] |
| * Connects events in the story to experiences in own life. | [ + ] | [ + ] | [ ] | [ ] |
| * Begins to differentiate real and make believe, fiction and non-fiction. | [ O ] | [ + ] | [ ] | [ ] |
| **Reading-Writing Connection** | | | | |
| * Shows word spaces in writing. | [ + ] | [ + ] | [ ] | [ ] |
| * Shows signs of using letter-sound approximation in writing, attempting to spell words by phonetic principles as well as from memory. | [ + ] | [ + ] | [ ] | [ ] |
| * Knows the meaning of capitalization at the beginning of sentences and punctuation at the end and sometimes uses these conventions in writing. | [ O ] | [ + ] | [ ] | [ ] |
| **Academic Behaviors** | | | | |
| * Enjoys chants and poems chorally read. | [ + ] | [ + ] | [ ] | [ ] |
| * Reads back short stories written by self or dictated to teacher. | [ + ] | [ + ] | [ ] | [ ] |
| * Can use the contents of books. | [ + ] | [ + ] | [ ] | [ ] |

DEMING PUBLIC SCHOOLS

LITERACY ASSESSMENT OBSERVATION FORM

Name Chelsea Boman Class 2nd

Directions: Check the appropriate box with the appropriate symbol for each of the observed skills. Mark each box.

\+ To a great extent - Not at all O–To some extent

## FLUENT (2)

| | Date 3/96 Entrance Skills | Date 5-17-96 Exit Skills |
|---|---|---|
| **Sound-Symbol Relationships** | | |
| * Increasing control over non-visual cuing systems. | [ O ] | [ + ] |
| * Expands word identification skills. | [ O ] | [ O ] |
| * Recognizes some phonetic generalizations. | [ O ] | [ + ] |
| * Decodes phonetically. | [ O ] | [ + ] |
| * Phonetic analysis: 1) consonants; 2) vowels; and 3) rhyming words. | [ O ] | [ + ] |
| * Structural analysis: | [ O ] | [ + ] |
| 1. Base words 5. Inflectional endings | [ O ] | [ O ] |
| 2. Compound words 6. Contractions | [ O ] | [ + ] |
| 3. Prefixes, suffixes 7. Context clues | [ O ] | [ O ] |
| 4. Open/closed syllables 8. Connects reading to life experiences | [ O ] | [ O ] |
| **Meaning Making** | | |
| * Reads for meaning. Fewer "meaning" errors than phonemic errors. | [ + ] | [ + ] |
| * Self-monitors (recognizes an error has been made and self-corrects). | [ + ] | [ + ] |
| * Provides synonyms or near-synonyms for unknown words in a text. | [ O ] | [ O ] |
| * Integrates strategies to understand meaning. | [ O ] | [ + ] |
| * Differentiates between fiction and nonfiction. | [ O ] | [ + ] |
| * Recognizes similarities/differences in literature. | [ + ] | [ + ] |
| * Identifies new vocabulary. | [ O ] | [ O ] |
| * Locates specific parts of text. (e.g. Find the sentence that tells...) | [ + ] | [ + ] |
| * Recognizes main idea supporting details. | [ + ] | [ + ] |
| * Sequences events. | [ + ] | [ + ] |
| * Describes characters, identifies setting, identifies problems and solutions, and interprets illustrations. | [ + ] | [ + ] |
| * Discusses cause and effect relationships. | [ O ] | [ O ] |
| * Predicts likely outcomes of a story from the title, first paragraph, and pictures. | [ + ] | [ + ] |
| * Draws conclusion. | [ O ] | [ O ] |
| **Reading-Writing Connection** | | |
| * Begins to use brainstorming. | [ + ] | [ + ] |
| * Demonstrates concepts about print in own writing. | [ + ] | [ + ] |
| * Uses some conventions of print in writing. | [ + ] | [ + ] |
| * Pattern writes (Brown bear, brown bear...). | [ + ] | [ + ] |
| * Expresses thoughts, feelings and emotions in writing. | [ + ] | [ + ] |
| **Academic Behaviors** | | |
| * Recognizes name and other words in high environmental context. | [ + ] | [ + ] |
| * Participates in sustained silent reading with greater independence. | [ O ] | [ + ] |
| * Takes risks in reading (selects challenging books, etc.). | [ O ] | [ + ] |
| * Shows awareness of library/media center sources. | [ O ] | [ O ] |
| * Begins to read with expression. | [ O ] | [ O ] |
| * Reads familiar books or poems independently. | [ O ] | [ O ] |
| * Matches or picks out words of poems or chants that have been internalized. | [ + ] | [ + ] |

Course Report Thu May 23 1996 10:14

For class 20 SECOND

READER'S WORKSHOP Course Report

202 CHELSEA BOMAN May 15 1996 GL:0 TO:0 HLP:0 ATT:27 COR:23 85%

| SES | TIME | TATT | TCOR | %COR | IPML | TL | PC | IC | LC | WM | WA | RS | AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 2:21 | 313 | 245 | 78 | 2.93 | 3.00 | 2.92 | 2.93 | 2.94 | 2.94 | 2.97 | 2.95 | 2.95 |
| REV Q:0 | RECENT PERFORMANCE(%) | | | | | | 83 | 76 | 96 | 70 | 86 | 53 | 80 |

Comp: 85 Voc: 78

ourse Report Fri May 17 1996 12:13

NITIAL READING Course Report

202 CHELSEA BOMAN Apr 25 1996 TO:0 HLP:0 AR:0 ATT:0 COR:0 0%

| SES | TIME | TATT | TCOR | %COR | REVIEW | LI | PA | SW | WC | SC | PC | AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 20:58 | 1663 | 1428 | 86 | 102/132=77% | TP | TP | TP | TP | TP | TP | 2.99 |
| REV Q:0 | RECENT PERFORMANCE(%): 66 | | | | | 91 | 76 | 83 | 83 | 73 | 76 | 80 |

MATH CONCEPTS AND SKILLS Course Report

202 CHELSEA BOMAN May 15 1996 IPML:1.59 ATT:19 COR:17 89%

| SES | TIME | TATT | TCOR | %COR | REVQ | AR | TO | HLP | TUT | AVG |
|---|---|---|---|---|---|---|---|---|---|---|
| 125 | 22:53 | 2424 | 1963 | 81 | 0 | 0 | 0 | 0 | 0 | 2.73 |

COMPUTATION STRANDS / APPLICATION STRANDS

| AD | DC | DV | EQ | FR | MU | SG | SU | AP | GE | ME | NC | PR | PS | SA | WP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.77 | ---- | ---- | 2.70 | 2.70 | 2.70 | 2.70 | 2.75 | 2.70 | 2.76 | 2.76 | 2.75 | ---- | 2.75 | ---- | 2.77 |
| 33 | 0 | 0 | 7 | 12 | 1 | 7 | 31 | 7 | 45 | 44 | 36 | 0 | 13 | 0 | 24 |
| 100% | 0% | 0% | 100% | 100% | 100% | 28% | 96% | 100% | 100% | 95% | 100% | 0% | 100% | 0% | 95% |

READING READINESS Course Report

202 CHELSEA BOMAN Apr 25 1996 TO:0 HLP:0 AR:0 ATT:0 COR:0 0%

| SES | TIME | TATT | TCOR | %COR | REVIEW | LI | VD | AD | VO | CO | SA | AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 0:51 | 64 | 56 | 88 | 0/0 =0% | TP | TP | TP | TP | TP | TP | 0.99 |
| REV Q: 0 | RECENT PERFORMANCE(%): 0 | | | | | -- | -- | -- | -- | -- | -- | 0 |

MATH CONCEPTS AND SKILLS May 15 1996 IPML:1.59 ATT:19 CO

202 CHELSEA BOMAN

| SES | TIME | TATT | TCOR | %COR | REVQ | AR | TO | HLP | TUT |
|---|---|---|---|---|---|---|---|---|---|
| 125 | 22:53 | 2424 | 1963 | 81 | 0 | 0 | 0 | 0 | 0 |

COMPUTATION STRANDS / APPLICATION STRANDS

| AD | DC | DV | EQ | FR | MU | SG | SU | AP | GE | ME | NC | PR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.77 | ---- | ---- | 2.70 | 2.70 | 2.70 | 2.70 | 2.75 | 2.70 | 2.76 | 2.76 | 2.75 | ---- | 2 |
| 33 | 0 | 0 | 7 | 12 | 1 | 7 | 31 | 7 | 45 | 44 | 36 | 0 | |
| 100% | 0% | 0% | 100% | 100% | 100% | 28% | 96% | 100% | 100% | 95% | 100% | 0% | 1 |

READING READINESS Course Report Apr 25 1996 TO:0 HLP:0 AR:0 ATT:0

202 CHELSEA BOMAN

| SES | TIME | TATT | TCOR | %COR | REVIEW | | LI | VD | AD | VO |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0/0 | =0% | TP | TP | TP | TP |
| 9 | 0:51 | 64 | 56 | 88 | | 0 | -- | -- | -- | -- |

REV Q: 0 RECENT PERFORMANCE(%): 0