NAME: Kayla Boman SEX: F DATE & PLACE OF BIRTH: 8-18-95 San Diego CA SCHOOL: ______

ADDRESS: P.O. Box 84 Deming PARENTS: Carl & Lisa Boman TEL. NO.: ______ DATE OF ENTRANCE: ______

0856126

| • YEAR | 95-96 | 96-97 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GRADE | K | 1st | | | | | | |
| [illegible]EADING | S | S | | | | | | |
| Reading Level | | | | | | | | |
| Reading Comprehension | | | | | | | | |
| Reading Vocabulary | | | | | | | | |
| [illegible]ANGUAGE | | S | | | | | | |
| Composition | | | | | | | | |
| Grammar | | | | | | | | |
| [illegible]PELLING | | | | | | | | |
| Assigned Work | | | | | | | | |
| Applied to Classwork | | | | | | | | |
| [illegible]ATHEMATICS | S | S+ | | | | | | |
| Computation | | | | | | | | |
| Problem Solving | | | | | | | | |
| [illegible]CIAL STUDIES | | S | | | | | | |
| [illegible]IENCE - HEALTH | | S | | | | | | |
| [illegible] | S- | | | | | | | |
| Assigned Lesson | | | | | | | | |
| Applied to Classwork | | | | | | | | |
| [illegible]AL EDUCATION | S | S | | | | | | |
| Participation | | | | | | | | |
| [illegible] | | | | | | | | |
| [illegible]E EXPRESSION | S | S | | | | | | |
| Visual Arts | | | | | | | | |
| Music | | | | | | | | |
| [illegible] | | 173 | | | | | | |
| [illegible]MENT | 9 | 7 | | | | | | |

Please specify - academic year, grade level and final grades for applicable subjects.

S - Satisfactory

## DEMING ELEMENTARY SCHOOL
## DEMING, NEW MEXICO

## CUMULATIVE RECORDS
## GRADES K - 5

GRADE RECOMMENDATION:

| | |
|---|---|
| Year 1995-96<br>Grade Placement for 19 96-97 (1st)<br>Tchr's. Sig. D. Robertson | Year ______<br>Grade Placement for 19 ______<br>Tchr's. Sig. ______ |
| Year 1996-97<br>Grade Placement for 19 96-97 Pr to 2nd<br>Tchr's. Sig. M. Rinehart | Year ______<br>Grade Placement for 19 ______<br>Tchr's. Sig. ______ |
| Year ______<br>Grade Placement for 19 ______<br>Tchr's. Sig. ______ | Year ______<br>Grade Placement for 19 ______<br>Tchr's. Sig. ______ |
| Year ______<br>Grade Placement for 19 ______<br>Tchr's. Sig. ______ | Year ______<br>Grade Placement for 19 ______<br>Tchr's. Sig. ______ |
| Year ______<br>Grade Placement for 19 ______<br>Tchr's. Sig. ______ | GRADE RECOMMENDATION CODE<br>R - Retained<br>Pl - Placed<br>Pr - Promoted |

**2 - 5**

A - 90-100
B - 80-89
C - 70-79
D - [illegible]
F - Below 60

**K - 1**

G - Very Good Progress
S - Indicates Acceptable Progress
N - Areas Which Need Improvement
I - [illegible]