# Iowa Tests of Basic Skills

## Service 2b: All Norms Interpolated
## Profile Narrative Report

| | | | |
|---|---|---|---|
| Student: | BOMAN, DESIREE | Sex: F | Grade: 3 |
| I.D. No.: | | Birth Date: | 1/87 |
| Class/Group: | PAULEY | Age: | 9 Yrs 2 Mos |
| Building: | SUNSHINE ELEM | Lvl/Form: | 9/K |
| Bldg. Code: | 42-156 | Test Date: | 3/96 |
| System: | DEMING PUBLIC SCHS | Norms: | WK 03/16/94 |
| Order No.: | 000-A6900042-00-007 | Page: | 2820 |

| Tests | Scores NPR |
|---|---|
| Vocabulary | 49 |
| Rdg. Comprehension | 48 |
| Reading Total | 48 |
| Spelling | 31 |
| Capitalization | 33 |
| Punctuation | 22 |
| Usage & Expression | 22 |
| Language Total | 25 |
| Concepts/Estimate | 74 |
| Probs/Data Interp. | 73 |
| Math Total * | 73 |
| Core Total * | 47 |
| Social Studies | 57 |
| Science | 48 |
| Maps & Diagrams | 45 |
| Reference Mat'ls | 23 |
| Sources of Info Total | 32 |
| Composite * | 45 |
| Math Computation | 70 |

National Percentile Rank




▬ = NPR

NPR=Nat'l %ile Rank
*Includes Mathematics Computation

Desiree was given the Iowa Tests of Basic Skills in March, 1996. She is in third grade at Sunshine Elem in Deming Public Schs.

Desiree's Composite score is the score that best describes her overall achievement on the tests. Desiree's Composite national percentile rank of 45 means that she scored higher than 45 percent of third grade students nationally. Her overall achievement appears to be about average for third grade.

A student's ability to read is related to success in many areas of school work. Desiree's Reading Comprehension score is about average when compared with other students in third grade nationally.

A student's scores can be compared with each other to determine relative strengths and weaknesses. The following are areas of relative strength for Desiree: Math Concepts & Estimation, Math Problems & Data Interpretation, and Math Computation. Some of these strengths might be used to help improve other areas.

The following areas are relative weaknesses which may need the most work: Punctuation, Usage & Expression, and Reference Materials.

# Interpreting the Profile Narrative Report

The Profile Narrative Report displays the test scores of an individual student on the *Iowa Tests of Basic Skills (ITBS), Iowa Tests of Educational Development (ITED), Tests of Achievement and Proficiency (TAP), or Cognitive Abilities Test (CogAT)*. This report is intended mainly to help parents, teachers, and students understand what the test results mean.

## The Graphic Display

The test names that appear on the left side of the report can vary depending on which grade the student is in and whether an achievement test or ability test (or both) was administered.

The *ITBS* batteries measure student achievement in kindergarten through grade 9. Three different batteries (Complete, Core, and Survey) measure reading, language, and mathematics achievement. In addition, the Complete Battery measures listening and word analysis in grades K-2 and social studies, science, and sources of information in grades 3-9.

The *ITED* Complete and Survey Batteries measure student achievement in grades 8-12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information.

The *TAP* Complete and Survey Batteries measure student achievement in grades 8-12 in reading, written expression, and mathematics. The Complete Battery also includes tests in social studies, science, and information processing.

The *CogAT* measures students' ability to reason and solve various types of problems. Verbal, quantitative, and nonverbal exercises are used to assess students' cognitive development.

In the columns next to the test names, any of several types of scores might be reported, depending on which ones your school ordered.

The grade equivalent (GE) describes a student's test performance in terms of grade levels in school. A GE of 4.5 means the student scored like the typical fourth-grade student who has just finished the fifth month of grade 4. The national percentile rank (NPR) tells what percent of the students in the nation in this same grade obtained a lower score than this student. A percentile rank of 37 means that 37 percent of the students in the U. S. in this grade obtained lower scores that this student. The developmental standard score (SS) used with the achievement batteries describes students' academic development. Average scores obtained during spring testing are 200 in grade 4, 250 in grade 8, and 275 in grade 11. The stanine is like a nine-step ladder that goes from a low of one to a high of nine. It is used to compare a student's score with the scores of others in the same grade. The standard age score (SAS), used with CogAT, compares a student's measured ability to do school work with the abilities of other students in the nation who are the same age.

The graph of national percentile ranks shows either a bar graph or a set of percentile-rank confidence bands for each test listed on the left. When bar graphs are shown, the longest bars show the student's strongest areas, and the shortest bars show the weakest. When confidence bands are displayed, the student's relative strengths and weaknesses can be observed in much the same way. Furthermore, the score bands help to show that all test scores have some amount of error in them. In this case, there is a 50% probability that the student's true (error-free) percentile rank is within the band shown.

## The Written Interpretation

The first box describes the testing situation--the test name, date taken, grade, and school. In the second box, overall performance is described using the Composite (or Core Total) score. This score is based on averaging scores from most of the other test areas. The Composite grade equivalent and national percentile rank are both used to show what this student's test performance is like. On the reports of some students, a local percentile rank (LPR) permits a comparison with their grade peers in the local school system.

On achievement reports, the next box describes the student's reading performance compared with others in the same grade from throughout the nation. For younger students, Vocabulary and Listening performance might also be described. The next box identifies test areas that are considered strengths or weaknesses for this particular student. Even a student with very high overall achievement may have an area that could be regarded as a "relative" weakness. Likewise, a student with fairly low overall performance may have an area of "relative" strength. Note that the relative strengths or weaknesses are determined by comparing a student's separate test scores with his or her own overall (Composite) performance, not with the scores of other students.

When the *CogAT* has been taken, one box describes ability scores, and another compares the student's achievement scores with those predicted by the student's *CogAT* scores. When the actual and predicted achievement scores differ, we say that the student achieved over or under the level we would have predicted using her or his own *CogAT* scores. Because many factors other than ability influence a student's achievement, it is not unusual for actual achievement scores and predicted scores to differ. Further interpretive questions should be directed to the school.

# Iowa Tests of Basic Skills

**Service 12a: All Norms Interpolated**
**Individual Performance Profile**

Student: BOMAN, DESIREE
I.D. No.:
Class/Group: PAULEY
Building: SUNSHINE ELEM
Bldg Code: 42-156
System: DEMING PUBLIC SCHS
Order No.: 000-A6900042-00-007

Grade: 3
Level: 9
Form: K
Test Date: 3/96
Norms: WK 03/16/94
Page: 2820

SS=Standard Score
NS=Nat'l Sta9
NCE=Normal Curve Equivalent
RS=Raw Score
▬=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | SS | NS | NCE | RS | NPR |
|---|---|---|---|---|---|
| Vocabulary | 182 | 5 | 50 | 17 | 49 |
| Reading Comprehension | 182 | 5 | 49 | 19 | 48 |
| Reading Total | 182 | 5 | 49 | | 48 |
| Spelling | 173 | 4 | 40 | 15 | 31 |
| Capitalization | 172 | 4 | 41 | 14 | 33 |
| Punctuation | 165 | 3 | 34 | 8 | 22 |
| Usage & Expression | 165 | 3 | 33 | 12 | 22 |
| Language Total | 169 | 4 | 36 | | 25 |
| Math Concepts & Estimation | 194 | 6 | 63 | 42 | 74 |
| Math Probs & Data Interp. | 198 | 6 | 63 | 19 | 73 |
| Math Total* | 194 | 6 | 63 | | 73 |
| Core Total* | 182 | 5 | 48 | | 47 |
| Social Studies | 187 | 5 | 54 | 18 | 57 |
| Science | 182 | 5 | 49 | 17 | 48 |
| Maps & Diagrams | 181 | 5 | 48 | 16 | 45 |
| Reference Materials | 168 | 4 | 34 | 12 | 23 |
| Sources of Info. Total | 174 | 4 | 40 | | 32 |
| Composite* | 181 | 5 | 47 | | 45 |
| Math Computation | 190 | 6 | 61 | 27 | 70 |

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 26 | 26 | 65 | 66 | Vocabulary |
| | | | | **COMPREHENSION** |
| 6 | 6 | 67 | 72 | Factual Meaning |
| 23 | 23 | 52 | 55 | Inferential Meaning |
| 7 | 7 | 43 | 54 | Evaluative Meaning |
| | | | | **SPELLING** |
| 19 | 19 | 68 | 68 | Root Words |
| 4 | 4 | 0 | 60 | Words with Affixes |
| 4 | 4 | 50 | 82 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 4 | 4 | 75 | 76 | Names and Titles |
| 4 | 4 | 75 | 73 | Dates and Holidays |
| 6 | 6 | 67 | 66 | Place Names; Groups |
| 6 | 6 | 33 | 61 | Literary Conventions |
| 4 | 4 | 50 | 70 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 12 | 12 | 33 | 58 | Terminal Punctuation |
| 5 | 5 | 0 | 51 | Comma |
| 3 | 3 | 67 | 48 | Other Punctuatn Mrks |
| 4 | 4 | 50 | 60 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 17 | 17 | 24 | 65 | Usage |
| 8 | 8 | 13 | 64 | Verb Forms |
| 2 | 2 | 0 | 65 | ** Pronouns |
| 2 | 2 | 0 | 68 | ** Modifiers |
| 2 | 2 | 50 | 61 | ** Other Conventions |
| 3 | 3 | 67 | 68 | Correct Usage |
| 14 | 14 | 57 | 53 | Expression |
| 3 | 3 | 100 | 46 | Concise and Clear |
| 5 | 5 | 40 | 57 | Approp Language |
| 6 | 6 | 50 | 53 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 20 | 20 | 80 | 75 | Concepts |
| 5 | 5 | 80 | 78 | Numeration |
| 2 | 2 | 50 | 85 | ** Arith Operations |
| 4 | 4 | 75 | 72 | Geometry |
| 3 | 3 | 67 | 67 | Measurement |
| 3 | 3 | 100 | 67 | Fract/Decml/Percent |
| 3 | 3 | 100 | 82 | Equations/Inequalts |
| 12 | 12 | 83 | 50 | Estimation |
| 7 | 7 | 86 | 45 | Standard Rounding |
| 3 | 3 | 100 | 67 | Order of Magnitude |
| 2 | 2 | 50 | 40 | ** Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 14 | 14 | 86 | 65 | Problem Solving |
| 4 | 4 | 75 | 77 | Single-Step: + & - |
| 2 | 2 | 100 | 69 | ** Single-Step: x & ÷ |
| 3 | 3 | 100 | 55 | Multiple-Step |
| 5 | 5 | 80 | 59 | Prob-Solv Strategy |
| 10 | 10 | 70 | 62 | Data Interpretation |
| 3 | 3 | 67 | 67 | Read Amounts |
| 6 | 6 | 83 | 67 | Compare Quantities |
| 1 | 1 | 0 | 23 | ** Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 2 | 2 | 50 | 42 | **History |
| 10 | 10 | 80 | 56 | Geography |
| 7 | 7 | 43 | 54 | Economics |
| 5 | 5 | 40 | 60 | Political Science |
| 6 | 6 | 67 | 64 | Sociology & Anthro |
| | | | | **SCIENCE** |
| 5 | 5 | 80 | 57 | Nature of Science |
| 8 | 8 | 38 | 49 | Life Science |
| 11 | 11 | 73 | 62 | Earth and Space |
| 6 | 6 | 33 | 57 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 12 | 12 | 75 | 67 | Map Reading |
| 6 | 6 | 83 | 76 | Locate & Describe |
| 3 | 3 | 67 | 63 | Direction/Distance |
| 3 | 3 | 67 | 53 | Living Conditions |
| 12 | 12 | 58 | 68 | Diagrams and Charts |
| 5 | 5 | 100 | 80 | Locate Information |
| 3 | 3 | 67 | 59 | Explain Relatnshps |
| 2 | 2 | 0 | 42 | ** Infer Processes |
| 2 | 2 | 0 | 79 | ** Compare Features |
| | | | | **REFERENCE MAT'LS** |
| 6 | 5 | 0 | 74 | Alphabetizing |
| 6 | 6 | 50 | 68 | Table of Contents |
| 6 | 6 | 83 | 65 | Dictionary |
| 4 | 4 | 50 | 55 | Card Catalog: Locate |
| 6 | 6 | 33 | 62 | Gen Refer Materials |
| | | | | **MATH COMPUTATION** |
| 12 | 12 | 92 | 72 | Add Whole Numbers |
| 12 | 12 | 75 | 74 | Subtract Whole Nos |
| 8 | 8 | 63 | 60 | Multiply Whole Nos |
| 2 | 2 | 100 | 61 | **Divide Whole Numbers |
| | | | | **THINKING SKILLS** |
| 23 | 23 | 87 | 71 | Focus/Info-Gathering |
| 22 | 22 | 59 | 61 | Remembering |
| 59 | 58 | 54 | 63 | Organizing |
| 121 | 121 | 47 | 64 | Analyzing |
| 59 | 59 | 61 | 56 | Generating |
| 26 | 26 | 69 | 57 | Integrate/Evaluate |

** [illegible] item skills are not graphed

# Interpreting Service 12a, Individual Performance Profile

The Individual Performance Profile displays detailed achievement test results. The report is for use by parents, teachers, and students. Scores reported are from the *Iowa Tests of Basic Skills (ITBS)*, the *Tests of Achievement and Proficiency (TAP)*, or the *Iowa Tests of Educational Development (ITED)*. Each student is tested on only one of these test batteries.

1. All three *ITBS* Batteries (Complete, Core, and Survey) measure student achievement for kindergarten through grade 9 in reading, language, and mathematics. The Complete Battery also includes tests in social studies, science, and sources of information beginning at grade 1, and in listening and word analysis at the primary grades.

2. The *TAP* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, written expression, and mathematics. The Complete Battery also includes tests in social studies, science, and information processing.

3. The *ITED* Complete and Survey Batteries measure student achievement for grades 8-12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information.

An Individual Performance Profile sample report for Brian Rogers is pictured for the *ITBS*. Reports for the *TAP* and *ITED* are similar. In the upper right-hand section of the report, scores are printed for the tests, totals, and composite. On this report, grade equivalents (GE), national stanines (NS), and national percentile ranks (NPR) are shown. Student reports in other school systems may contain different kinds of scores. Both grade equivalents and standard scores (SS) are general indicators of a student's level of development. Stanines are clusters of percentile ranks that range from 1 up to 9. National percentile ranks and stanines indicate how a student compares with other students in the nation in his or her grade. Brian's national percentile rank of 84 in Spelling shows that his score was higher than the scores of about 84 percent of fifth-grade students in the nation.

The graph of national percentile ranks to the right of the scores allows a quick comparison of the student's performance in different areas relative to one another.

In the bottom portion of the report, skill performance in each test area is described by scores and a bar graph. Look at Brian's sample report below. In the middle part, there is a listing of the skills in the Math Concepts & Estimation test. One skill, called "Number/Operations", has nine questions, and Brian attempted all nine. His percent-correct score, 78, means that he answered 78 percent of the questions on this skill correctly. The typical fifth-grade student in the nation answered 71 percent of these questions right. The bar graph shows Brian's approximate percentile rank for each skill score. The "Low" range covers percentile ranks between 1 and 25, the "Avg" range is from the 26th to the 74th, and the "High" range is the 75th through the 99th. Even though Brian's percentile rank for this skill is not printed with his other scores, the bar graph shows that it is just above the middle, around the 60th. That is, his percent-correct score (which is 78) is higher than the scores of about 60 percent of fifth-grade students in the nation on that skill.

When the Survey Battery has been given, a brief narrative at the bottom of this report describes the student's performance.

**Iowa Tests of Basic Skills**

**Service 12a:**
**Individual Performance Profile**

Student: ROGERS, BRIAN
I.D. No.:
Class/Group: HELMS
Building: NORTH
Bldg Code:
System: PORT CHARLES SD
Order No.: 901-A4000052-00-001
Grade: 5
Level: 11
Form: K
Test Date: 4/95
Norms: SPRING 1992
Page: 23

GE=Grade Equivalent
NS=Nat'l Sta9
NPR=Nat'l %ile Rank
N Att=Number Attempted
%C=Percent Correct

| Tests | GE | NS | NPR |
|---|---|---|---|
| Vocabulary | 4.8 | 4 | 31 |
| Reading Comprehension | 5.6 | 5 | 47 |
| Reading Total | 5.2 | 5 | 40 |
| Spelling | 8.4 | 7 | 84 |
| Capitalization | 5.4 | 5 | 45 |
| Punctuation | 6.2 | 5 | 56 |
| Usage & Expression | 4.4 | 4 | 30 |
| Language Total | 6.0 | 5 | 52 |
| Math Concepts & Estimation | 5.5 | 5 | 43 |
| Math Probs & Data Interp. | 5.7 | 5 | 49 |
| Math Total * | 5.3 | 4 | 39 |
| Core Total * | 5.4 | 5 | 42 |
| Social Studies | 4.8 | 4 | 31 |
| Science | 5.9 | 5 | 52 |
| Maps & Diagrams | 7.2 | 6 | 66 |
| Reference Materials | 5.0 | 4 | 36 |
| Sources of Info. Total | 6.0 | 5 | 53 |
| Composite * | 5.4 | 5 | 44 |
| Math Computation | 4.7 | 4 | 27 |

National Percentile Ranks: Low 1 10 25 40 50 60 75 90 99 High; Average

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | VOCABULARY |
| 37 | 37 | 51 | 62 | Vocabulary |
| | | | | COMPREHENSION |
| 15 | 15 | 60 | 63 | Factual Meaning |
| 14 | 14 | 57 | 62 | Inferential Meaning |
| 12 | 12 | 50 | 52 | Evaluative Meaning |
| | | | | SPELLING |
| 21 | 21 | 90 | 65 | Root Words |
| 8 | 8 | 75 | 59 | Words with Affixes |
| 5 | 5 | 100 | 79 | Correct Spelling |
| | | | | CAPITALIZATION |
| 2 | 2 | 100 | 87 | **Names and Titles |
| 3 | 3 | 67 | 69 | Dates and Holidays |
| 6 | 6 | 33 | 71 | Place Names |
| 5 | 5 | 100 | 51 | Organizations/Groups |
| 6 | 6 | 83 | 69 | Literary Conventions |
| 5 | 5 | 40 | 64 | Overcap/Correct Cap |
| | | | | PUNCTUATION |
| 10 | 10 | 70 | 60 | Terminal Punctuation |
| 3 | 3 | 33 | 51 | Comma |
| 6 | 6 | 67 | 55 | Other Punctuatn Mrks |
| 8 | 8 | 63 | 58 | Overuse/Correct Use |
| | | | | USAGE AND EXPRESSION |
| 20 | 20 | 40 | 59 | Usage |
| 8 | 8 | 25 | 53 | Verb Forms |
| 3 | 3 | 67 | 60 | Pronouns; Modifiers |
| 6 | 6 | 50 | 61 | Other Conventions |
| 3 | 3 | 33 | 69 | Correct Usage |
| 20 | 20 | 50 | 56 | Expression |
| 5 | 5 | 40 | 52 | [illegible] |
| 11 | 11 | 55 | 60 | Approp Language |
| 4 | 4 | 50 | 48 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | CONCEPTS & ESTIMATION |
| 26 | 26 | 69 | 70 | Concepts |
| 9 | 9 | 78 | 71 | Number/Operations |
| 4 | 4 | 100 | 72 | Geometry |
| 3 | 3 | 33 | 69 | Measurement |
| 4 | 4 | 50 | 62 | Fract/Decml/Percent |
| 3 | 3 | 67 | 72 | Probability/Stats |
| 3 | 3 | 67 | 73 | Equations/Inequalts |
| 18 | 18 | 50 | 55 | Estimation |
| 7 | 7 | 71 | 64 | Standard Rounding |
| 4 | 4 | 50 | 65 | Order of Magnitude |
| 7 | 7 | 29 | 41 | Compensation |
| | | | | PROBLEMS & DATA INTERP |
| 17 | 17 | 59 | 61 | Problem Solving |
| 5 | 5 | 100 | 77 | Single-Step: + & - |
| 2 | 2 | 0 | 60 | ** Single-Step: x & ÷ |
| 6 | 6 | 50 | 49 | Multiple-Step |
| 4 | 4 | 50 | 60 | Prob-Solv Strategy |
| 13 | 13 | 69 | 63 | Data Interpretation |
| 3 | 3 | 67 | 80 | Read Amounts |
| 6 | 6 | 67 | 54 | Compare Quantities |
| 4 | 4 | 75 | 64 | Interprt Relatnshp |
| | | | | SOCIAL STUDIES |
| 6 | 6 | 33 | 58 | History |
| 11 | 11 | 55 | 65 | Geography |
| 12 | 12 | 58 | 59 | Economics |
| 5 | 5 | 60 | 54 | Political Science |
| 4 | 4 | 50 | 60 | Sociology & Anthro |
| 2 | 2 | 0 | 52 | **Related Social Sci |
| | | | | SCIENCE |
| 6 | 6 | 83 | 61 | Nature of Science |
| [illegible] | 12 | 58 | [illegible] | [illegible] |
| 12 | 12 | 50 | 57 | Earth and Space |
| 10 | 10 | 60 | 57 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | MAPS AND DIAGRAMS |
| 13 | 13 | 77 | 58 | Map Reading |
| 4 | 4 | 75 | 65 | Locate & Describe |
| 5 | 5 | 80 | 59 | Direction/Distance |
| 2 | 2 | 50 | 49 | ** Interpret Data |
| 2 | 2 | 100 | 55 | ** Living Conditions |
| 14 | 14 | 64 | 61 | Diagrams and Charts |
| 6 | 6 | 50 | 59 | Locate Information |
| 5 | 5 | 80 | 61 | Infer Processes |
| 3 | 3 | 67 | 63 | Compare Features |
| | | | | REFERENCE MAT'LS |
| 4 | 4 | 100 | 78 | Alphabetizing |
| 6 | 6 | 67 | 72 | Table of Contents |
| 7 | 7 | 43 | 63 | Dictionary |
| 4 | 4 | 50 | 60 | Card Catalog: Read |
| 4 | 4 | 75 | 70 | Encyclopedia |
| 7 | 7 | 43 | 56 | Gen Refer Materials |
| | | | | MATH COMPUTATION |
| 29 | 26 | 66 | 71 | Whole Numbers |
| 6 | 3 | 0 | 45 | Fractions |
| 4 | 2 | 25 | 61 | Decimals |
| | | | | THINKING SKILLS |
| 26 | 26 | 69 | 65 | Focus/Info-Gathering |
| 29 | 29 | 69 | 68 | Remembering |
| 81 | 81 | 62 | 62 | Organizing |
| 160 | 160 | 66 | 61 | Analyzing |
| 63 | 63 | 44 | 58 | Generating |
| 23 | 23 | 52 | 59 | Integrate/Evaluate |

** 1 and 2 item skills are not graphed