MRN 13 01 25 8

Admit Date 06/19/96 Time 19:16 Type 3

Cost center Room and Bed EMERGENCY SERVICES

**Jane Phillips Medical Center**

"...responsive to the needs of those we serve"

Account No. 05505862

Discharge Date Time

Patient Stated Height and Weight

Attending Physician: 08790 DR. JAMES CARVER

Admitting Physician

Referring Physician

ADMITTING DIAGNOSIS: RASH ON NECK

PATIENT

BOWMAN, KAYLA DEANNE

PO BOX 84

DEMING, NM 880310084

COUNTY: 99

Phone: (505) 531-2536

Age: 5Y

Date of Birth: 08/18/90

Sex/Race/MS: F/W/S

Social Security No: 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

Nickname

Maiden Name

Last Admit

Last Name Then

Spouse/Parent: BOWMAN, CARL JAMES

Employer: DESERT INN RESTURANT

Business Phone

Social Security No.: 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

Religion: NON

Code: 0000

Church Attended: NONE

VOL INVOL

Report: YES

Patient Employer: NONE

Phone

Occupation

LOE

Employer code: 99998

Responsible Party: BOWMAN, LISA MARIE

PO BOX 84

DEMING, NM 880310084

Phone: (505) 531-2536

Relation: NATURAL PARENT

Social Security No.: 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

Employer code: 99999

Other Relative or Friend: LARRY, DOROTHY

X

DEMING, NM 88031

Phone: (505) 546-7478

Relation: FRIEND

Phone: -

R.P. Employer: DEMING HEADLIGHT

X

DEMING, NM 880310084

Phone: (505) 546-8831

Occupation: INSERT ADS

LOE: 08MO

Insurance Company

G/P ID/TID/ID No.

Policyholder

Acc Injury: NO

Work Related: NO

Type of Accident

Date and Time of Accident/Onset

Place of Accident

Veteran: NO

FS: 06

Discharge Type: REGULAR

ADMT: DOD

PADM

Info Taken From: MOTHER

Last Hospital (Inpatient): NONE

From

To

ALLERGIES: NONE STATED

MOTHER STATED SHE HAS MEDICAL CARD FROM NEW MEXICO

*** CHART ***

DATE OF PRINTING 06/19/96 19 22 YR

JANE PHILLIPS MEDICAL CENTER
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

# EMERGENCY SERVICES PATIENT CARE RECORD

1301258 5-50586-2
BOWMAN, KAYLA DEANNE
06/19/96 EMERGENCY/O
CARVER, JAMES
08/18/1990 S/W/F 5Y

**DATA**

TIME AT BEDSIDE 750 AM/PM Doc
WORK RELATED YES / NO
TETANUS CURRENT YES / NO
DATE / TIME OF EVENT
ATTENDING PHYSICIAN

**HISTORY**

2 d ago Neck started to break out.
Has been wearing a necklace not previously worn by her.
itches Badly.
NCT ill otherwise.

___ EXPANDED HISTORY SHEET

**ORDERS PHYSICAL EXAM**

| ORDERS | EXAM | NL | ABNL | NO EXAM | RESULTS |
|---|---|---|---|---|---|
| OLD CHART | GENERAL | ✓ | | | |
| EKG | | | | | |
| LAB | SKIN | | ✓ | | Erythematous skin c |
| CBC | HEENT | ✓ | | | some sl. scale. located |
| PANEL 7 / 20 | | | | | |
| U A | NECK | | | | Circumferentially @ High Neck. |
| PREGNANCY | | | | | |
| ABG | CHEST | | | | |
| QUICK STREP | | | | | |
| LAB PROFILES | CARDIO | | | | Pt scratches @ Rash. |
| ABDOMINAL PAIN UPPER / LOWER | ABD | | | | |
| CHEST PAIN | BACK | | | | |
| C V A | | | | | |
| SEPTIC | PELVIS | | | | |
| SHORT OF BREATH | | | | | |
| TRAUMA | RECTAL | | | | |
| X-RAYS | GU | | | | |
| CHEST REG / PORT | | | | | |
| C-SPINE | EXT | | | | |
| CROSS / FULL | PELVIC | | | | |
| KUB | | | | | |
| OTHER | NEURO | | | | NO! R.O. Scabies. |
| Skin Scraping for micro. | | | | | |

**RESULTS / ORDERS**

X-RAY REPORT

_______ NL / ABNL _______
_______ NL / ABNL _______
_______ NL / ABNL _______

LABORATORY _______
EKG _______
MONITOR STRIP _______ PULSE OX _______
OTHER

ORDERS / TREATMENTS

O2 - CANNULA / MASK ___ L / MIN MONITOR PULSE OX
IVF'S _______ @ _______ cc / hr
_______ @ _______ cc / hr
MEDICATION _______
NEBULIZER RX

**DX / INSTRUCTIONS**

DIAGNOSIS ① Contact Dermatitis

DISCHARGE MEDICATIONS pathoprol. 2 tsp TID/QID. Benadryl

INSTRUCTION SHEETS general

FOLLOW-UP INSTRUCTIONS YES / NO
REFERRAL PHYSICIAN _______
WORK / SCHOOL RELEASE YES / NO
OTHER _______

Physician's Signature: [signature]

E 510

1301258 5-50586-2
BOWMAN, KAYLA DEANNE
06/19/96 EMERGENC/O
CARVER, JAMES
08/18/1990 S/W/F 5Y

# PROGRESS NOTES

**Date & Time**

ONSET (TODAY) /TIME

**LOCATION OF PAIN**
X = MOST SEVERE
O = RADIATES TO
T = TENDER TO PALP.



SCALE 1+ — 4+

**HX PRESENT ILLNESS**

**MEDICATIONS** Benadryl / Cream.

**ALLERGIES** NKMA

**PAST MED HX** NO SIGNIFICANT MEDICAL PROBLEMS ☐ /
Premature

**FAMILY HX** NONCONTRIBUTORY ☑

**SOCIAL:** MARRIED [illegible signature] NURSING HOME OCCUPATION:

| ROS | ALL NEG | SEE HPI | IF ONLY SELECTED ITEMS ARE SCREENED, CIRCLE POSITIVES; DIAGONAL LINE THRU NEGATIVES. |
|---|---|---|---|
| GEN | | | FEVER CHILLS WEIGHT LOSS |
| ENT | | | CONGESTION SORE-THROAT EARACHE |
| CAR-RES | | | COUGH (PRODUCTIVE ____ SPUTUM ___ NP ___) SOB ___ CHEST PAIN ___ EDEMA ___ |
| GI | | | NAUSEA VOMITING DIARRHEA CHANGE-IN-BOWELS |
| GU | | | DYSURIA FREQUENCY VAG/BLEED/DISCH LMP/DATE / / , NL ABN ) CONTRACEPTION NONE |
| NEURO: | | | DIZZY SYNCOPE WEAK |
| DERM: | | | RASHES |
| HEME: | | | BLEEDING PROBLEMS |
| | | | Other |

[illegible signature]

# EMERGENCY NURSING ASSESSMENT

JANE PHILLIPS EPISCOPAL-MEMORIAL MEDICAL CENTER
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

1301258 5-50586-2
BOWMAN, KAYLA DEANNE
06/19/96 EMERGENC/O
CARVER, JAMES
08/18/1990 S/W/F 5Y

CHIEF COMPLAINT: Rash on Neck

TIME: 1915

TRIAGE: ☐ YES ☐ NO

DISABILITIES:

PAST MEDICAL HISTORY: Preemie

ALLERGIES: None

MEDS: Benadryl Creme

MEANS OF ARRIVAL: ☒ WALK ☐ PRIVATE VEHICLE ☐ P.D. ☐ PUBLIC TRANSPORTATION ☐ AMBULANCE

LMP: | LAST TETANUS: | WEIGHT: 38 LBS / KGS | VISUAL ACTIVITY: OD OS OU

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Grips | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUS 4, TO VOICE 3, TO PAIN 2, NONE 1 | 4 | ~~Coherent~~ | ~~Normal~~ | ~~Warm~~ | ~~Normal~~ | ~~Non-labored~~ | R / L | Normal | R / L | R / L |
| | | Incoherent | Cyanotic | Cool | Dry | Labored | Clear | B.S. Present | Equal | Equal |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | 5 | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B.S. Absent | Strong | Reactive |
| | | Hysterical | Ashen | Cold | | Retracted | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: OBEYS COMMANDS 6, PURPOSEFUL 5, WITHDRAWS 4, FLEXION 3, EXTENSION 2, NONE 1 | 6 | | | | | | Diminished | Rigid | Contracted | Dilated |
| | | | | | | | Absent | Distended | ~~N/A~~ | Constricted |
| GLASGOW COMA SCALE TOTAL | 15 | | | | | | ~~N/A~~ | ~~N/A~~ | | ~~N/A~~ |

| B.P. | TEMP. | PULSE | RESP. |
|---|---|---|---|
| 107/66 | 95 | 106 | 20 |

NURSE'S SIGNATURE: M Vang RN

| TIME | MEDICATIONS/V.S. | INITIAL | NURSING OBSERVATION/INTERVENTION | INITIAL |
|---|---|---|---|---|
| 1915 | | | Rash back of neck since 2 days ago — worse today — pustular & itchy. Mom thinks may be due to metal necklace | |
| 1930 | | | To UC ————— | MV RN |
| 1950 | | | A. Begnin PA c pt ————— | AB |
| | | | Skin scraping to lab per PA | AB |
| 2045 | | | Lab notified for results ——— | AB |
| 2050 | | | A Begnin PA c pt ————— | AB |
| 2059 | | | Dismissed c family / Rx | AB |

☐ over for discharge summary

| TIME | MEDICATIONS/V.S. | INITIAL | NURSING OBSERVATION/INTERVENTION | INITIAL |
|---|---|---|---|---|
| | 301258 5-50586-2 | | | |
| | BOWMAN, KAYLA DEANNE | | | |
| | 06/19/96 EMERGENC/O | | | |
| | CARVER, JAMES | | | |
| | 08/18/1990 S/W/F 5Y | | | |

Law Enforcement Agency Notified: ☐ Yes (Time: ) ☐ No ☐ N/A (circled)

Significant Other Notified: ☐ Yes (Name ☐ No (circled) ☐ Unable

Discharge/Admission/Transfer Summary Time: 2059

| GLASGOW COMA SCALE | | Speech | Skin Color | Skin Temp | Skin Moisture | Respirations | Breath Sounds | Abdomen | Grips | Pupils |
|---|---|---|---|---|---|---|---|---|---|---|
| EYE OPENING: SPONTANEOUS 4, TO VOICE 3, TO PAIN 2, NONE 1 | 4 | Coherent (circled) | Normal (circled) | Warm (circled) | Normal (circled) | Non-labored (circled) | R / L | Normal | R / L | R |
| | | Incoherent | Cyanotic | Cool | Dry | Labored | Clear | B.S. Present | Equal | Equal |
| VERBAL RESPONSE: ORIENTED 5, CONFUSED 4, INAPPROPRIATE WORDS 3, INCOMPREHENSIBLE WORDS 2, NONE 1 | 5 | Slurred | Pale | Hot | Moist | Shallow | Wheezes | B.S. Absent | Strong | Reactive |
| | | Hysterical | Ashen | Cold | | Retracted | Rales | Tender | Weak | Non-reactive |
| | | Silent | Flushed | | | Apneic | Rhonchi | Guarding | Flaccid | Fixed |
| MOTOR RESPONSE: OBEYS COMMANDS 6, PURPOSEFUL 5, WITHDRAWS 4, FLEXION 3, EXTENSION 2, NONE 1 | 6 | | | | | | Diminished | Rigid | Contracted | Dilated |
| | | | | | | | Absent | Distended | N/A (circled) | Constricted |
| GLASGOW COMA SCALE TOTAL | 15 | | | | | | N/A (circled) | N/A (circled) | | N/A (circled) |

IV of patent secure and infusing well with cc's remaining. ☐ N/A (circled)

☐ E.T. ☐ E-wald ☐ Salem sump patent and secure. ☐ N/A (circled)

☐ Dressing(s) ☐ Splint(s) ☐ Cast(s) dry and intact. ☐ N/A (circled)

Admit to JPH room ☐ after surgery | Transferred to:

Transported with ☐ cardiac monitor ☐ difibrillator ☐ port $O_2$ ☐ emergency drugs

Time expired: Coroner's case ☐ Yes ☐ No

Clothing/Valuables Checklist completed ☐ Yes (see form) ☐ N/A (circled)

Discharge/Adm./Trans. (circled) | How patient left: ☐ Walked (circled) ☐ Crutches ☐ W/C ☐ AMA ☐ Carried ☐ Guerney ☐ Ambulance | Instructions for followup: ☐ Written (circled) ☐ Verbal (circled)

Signature | Initial | Initial

| INTAKE | | |
|---|---|---|
| I.V. FLUIDS | PRE-HOSP | E.R. |
| BLOOD/PLASMA | | |
| PLASMANATE/HESPAN | | |
| P.O. FLUIDS | | |
| TOTAL | | |

| OUTPUT | | |
|---|---|---|
| URINE | VOIDED | CATHED |
| N.G./EMESIS | | |
| CHEST TUBE | | |
| OTHER | | |
| TOTAL | | |

40

JANE PHILLIPS MEDICAL CENTER
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

1301258 5-50586-2
BOWMAN, KAYLA DEANNE
06/19/96 EMERGENC/O
CARVER, JAMES
08/18/1990 S/W/F 5Y

**NOTE:** *The examination and treatment you have received in this Emergency Department has been rendered on an emergenc basis only, and is not intended to be a substitute for or an effort to provide complete medical care. Since it takes time for mo specific signs to develop, it may not be possible to observe all the signs of your problem in a single visit. It is very important th you contact your personal physician or return to the Emergency Department for follow-up care if there is worsening of yo symptoms, until that time follow the instructions given below:*

## GENERAL DISCHARGE INSTRUCTIONS

**ACTIVITY**

✓ REGULAR AS TOLERATED
___ LIMITED FOR ___ DAYS
___ BEDREST

**DIET**

✓ REGULAR
___ LIQUIDS ONLY FOR ___ HOURS
___ NOTHING BY MOUTH
___ FOR ___ HOURS
___ STARTING AT ___

**OTHER**

Rest
↑ Fluids.

**MEDICATIONS** Pediapred - steroid to help stop reactions
Benadryl - 1 tsp 4 times daily for itching & to stop reactions.

**OTHER INSTRUCTIONS GIVEN**

___ Cast/Splint Care
___ Head Injury
___ Wound Care
___ Nausea/Vomiting/Diarrhea
___ Fever
___ Sprain/Strain/Contusion
___ Back/Neck Injury
___ Eye injury
___ Allergic Reaction
___ Threatened Miscarriage
___ Respiratory Tract Infection
___ Abdominal Pain/UTI
___ Work/School Release
___ None

✓ **FOLLOW-UP CARE:**

___ Referral physician Dr. Regular Dr Next week Call For Appointment @ ___
___ Return Visits
___ Not necessary or as needed
___ ER in ___ day(s)
___ Fasttrac in ___ day(s)
___ Private physician
___ CALL office for an appointment on ___.
___ SCHEDULED with Referral physician on ___ at ___ AM/PM.

DOCTOR'S SIGNATURE [signature]

NURSE'S SIGNATURE [signature]

X Lisa Boman
PATIENT'S SIGNATURE

1255

1301258 5-50586-2
BOWMAN, KAYLA DEANNE
06/19/96 EMERGENC/O
CARVER, JAMES
08/18/1990 S/W/F 5Y

Patient's Name

JANE PHILLIPS MEDICAL CENTER
3500 E. Frank Phillips Blvd.
Bartlesville, Oklahoma 74006

# CONDITIONS FOR MEDICAL CARE

1. **Authorization for Treatment**
I authorize Jane Phillips Medical Center and its Medical Staff to administer treatment as may be deemed necessary during the course of care. I understand I have the right to consent or refuse any proposed treatment with the exception of emergency circumstances.

2. **Authorization for Release of Medical Information**
I authorize Jane Phillips Medical Center (JPMC) to furnish requested information from or copies of my medical records to any insurance company or their representative, employer for Worker's Compensation, or third party payor for the purpose of obtaining payment on this account of JPMC. Such information may include, but is not limited to, information concerning **communicable or venereal disease, psychiatric, drug abuse, and/or alcoholism. THE INFORMATION AUTHORIZED FOR RELEASE MAY INCLUDE RECORDS WHICH MAY INDICATE THE PRESENCE OF A COMMUNICABLE OR VENEREAL DISEASE WHICH MAY INCLUDE, BUT ARE NOT LIMITED TO, DISEASE SUCH AS HEPATITIS, SYPHILIS, GONORRHEA, AND HUMAN IMMUNODEFICIENCY VIRUSES ALSO KNOWN AS ACQUIRED IMMUNE DEFICIENCY SYNDROME (AIDS).** I authorize JPMC to release information from or copies of my medical record including information concerning my identity to any referring physician or other health care facility to which I may be transferred. If, upon discharge, you no longer wish to release your information, you will need to notify the hospital in writing. Otherwise, this authorization is void 12 months after discharge.

3. **Assignment of Insurance Benefits:**
In consideration of services rendered, I hereby transfer and assign to JPMC all right, title and interest in any payment due me for services described herein as provided in any policy or policies of insurance. I further assign all right to payment due me for medical and/or surgical services under said policies to Pathologist(s), Radiologist(s), Anesthesiologist(s), and to other licensed physicians, individuals or groups, who perform services for my care and treatment at JPMC.

4. **Financial Agreement:**
In consideration of JPMC furnishing services and supplies to the above named patient, I/we agree to pay JPMC, its agents and assigns, all sums of money which shall become due on the account of the above named patient with JPMC in accordance with its regular rates and terms. I/WE UNDERSTAND AND AGREE THAT THE ACCOUNT IS DUE UPON DISCHARGE, with allowances made for insurance coverage approved and verified prior to discharge. JPMC will not extend credit. I/we understand that although the patient and others may also be responsible for paying this account by virtue of an express or implied agreement, or otherwise, I/we shall be responsible to pay the entire account, and I/we further understand that this agreement in no way relieves any such other party of any obligation to pay this account.

   I/we understand specifically that any amount owing on this account will be considered delinquent on the 91st day from the DISCHARGE DATE for inpatients and the DATE OF SERVICE for outpatients. LATE PAYMENT FEES will then be assessed on the monthly unpaid balance, taken after deducting the current month's transactions at the rate in effect at the time the account is deemed delinquent. Collection efforts will continue to recover the balance in full. LATE PAYMENT FEES may be subject to the limitations of state or federal law.

   I/we further understand that should this account become delinquent and it becomes necessary for the account to be referred to an attorney or collection agency for collection or suit, I/we, as the designated responsible party, shall pay the reasonable attorney fees or collection expenses.

   The undersigned hereby states as follows: I have carefully read the above consent form and understand and know its contents. I have signed this consent of my own free will and consider myself bound by the provisions contained in the consent. All of my questions about the consent have been answered.

5. **Medicare/Medicaid Assignment of Benefits** *(continued on back)*

6. **Waiver of Liability — Smoking** *(continued on back)*

KJD
Witness

X Lisa Boman
Signature of Patient

6-19-96
Date

Relationship to Patient

05810

Revision Date 6/95

BOWMAN, KAYLA DEANNE
(0540)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 000055-058-62
DR CARVER, JAMES E
5 YRS FEMALE JER

FINAL/ADDENDUM LABORATORY REPORT

DISCHARGED: 06/19/96

RML REGIONAL MEDICAL LABORATORY, I

PRINTED: 06/21/96
TIME: 0032
ADMITTED: 19JUN96

All tests performed at one of the following RML locations unless otherwise noted.

Regional Medical Lab., Inc. 1919 S. Wheeling Tulsa, OK 74104

Regional Medical Lab., Inc. 3400 E. Frank Phillips Bartlesville, OK 74006

Jane Phillips EMMC 3500 E. Frank Phillips Bartlesville, OK 74006

St. John Medical Center, Inc. 1923 S. Utica Tulsa, OK 74104

80131(3/95)

////////////////////////
M I C R O B I O L O G Y
////////////////////////

| COLLECTED | CULTURE TYPE | SOURCE | RESULT | CULTURE NUMBER |
|---|---|---|---|---|
| 19JUN96 2011 | PARASITOLOGY | SKIN | *FINAL REPORT* 20JUN96 1232<br>NO ECTOPARASITES(SCABIES OR LICE) SEEN | #96-171-2821 |

BOWMAN, KAYLA DEANNE
**** END OF REPORT ****