LISA MONTGOMERY

DECLARATION OF KAYLA DEANNE BOMAN

I, KAYLA DEANNE BOMAN, declare as follows:

I am twenty-two years old and I am the youngest child of Lisa Montgomery. I have three children of my own: Malachi James Boman, age 5, Alexis Mae Boman, age 2, and Kennedy Grace Deatherage, who is one. My children and I live in HUD sponsored housing in Dewey, Oklahoma. I am a full time mom to my children, but even so, completed courses last semester at the local college. Going to college was very difficult, having three small children, but I managed. I also trained to become a Certified Nurse Aide (CNA). I am trying to figure out the best way to obtain good job skills without a lot of tuition money, so that I can work at something I enjoy and provide well for my children.

I have three siblings. My siblings are all older than me, and we all have the same mother. My oldest sister is Desiree Boman, then my sister Chelsea Veal, and then my brother CJ (Carl) Boman, and then me. My strongest memory about growing up, as well as one of the saddest parts of my life is the fact that my mom was not present. Mom wasn't able to be either mentally or emotionally present in my life, or in the lives of my brother and sisters. She definitely was with me physically, but that is all. Mom sat in the same room with me, but she had to be doing something else: knitting, reading, doing handwork. Mom sometimes came to my sports games at school, but she didn't cheer. She didn't watch me. She didn't watch my game. Instead mom would sit and read a book or crochet. Mom might have been physically present at the game, but she never once paid attention to me or the game or my team. Seeing mom act like that made me realize how different she was from the other moms at my school. They attended the games,

cheering and calling out to their kids, jumping up and down when someone scored a point. My mom never did any of those things. Her body attended, but her mind was somewhere else all of the time.

I saw that my mom was different too when I saw how other moms played with their kids when they were young. Other moms would play little games with their kids, running around and laughing. My mom never ever played with me. Not once. She was always distracted and seemed to be thinking about something else. Her body was around, but her mind was not with me or playing with me. It's like she didn't know she was supposed to do that with her kids. When mom did play with me, she played in a weird way. Mom would squeeze into the kiddie swings, next to me, and swing like she was the little kid, not me. I remember one time mom squeezed into a swing with me, and she was facing me. We swung back and forth and mom seemed to be having a good time, like a little kid would have on a swing. I like remembering that day. Even though mom was distracted all the time, and even though she acted different than other moms, once in a while she and I made a good memory that is nice for me to think back on.

Sometimes it was hard when other people would see how different my mom was. Sometimes mom looked really sloppy and had dirty clothes. Sometimes it was obvious that mom hadn't showered for a long time and her hair would be messy and greasy. Sometimes mom smelled really bad from not taking a bath or a shower for a long time. Then people would ask me if she was really my mother, and I would be embarrassed.

My mom could never look me in my eyes and tell me her feelings and thoughts. We never had a conversation like that, where she told me what she was thinking about. Mom couldn't be a good listener and listen to my thoughts or feelings either. She tuned me out. Mom tunes all of her kids out. Mom went somewhere else in her head, like she was daydreaming

about something only she knew about. I never felt like I could sit down and discuss something with my mom. She just could not be that kind of mother. She couldn't give me advice or listen to my questions and then tell me helpful answers, like other moms do for their kids. Mom couldn't listen. We kids used to call her "Martha" to get her attention when she tuned us out. If we said "mom, mom, mom" she didn't answer, but if we said "Hey Martha!" sometimes that would get mom's attention and she would tune in to us for a little while. Calling mom "Martha" became a joke. Later my sister even named one of her dogs Martha, remembering how we used to work hard to get mom to pay attention to us.

Mom didn't clean or do things around our house that you think of moms doing. Desiree, my oldest sister, took care of me a lot. Desiree had to cook and clean for us when we were small, and she had to do laundry and make sure that we got to school. When we lived with my mom and her husband, Kevin Montgomery, we kids woke up really early to feed and take care of the animals that mom kept at our house. Mom had gotten pigs, chickens, goats and rabbits. When mom got mad at us, she threatened to get rid of the animals. We sure hoped that she would! None of us kids wanted them. That many animals were just too much work for four young kids. Mom liked the idea of having all those animals, but she really wasn't able to care for them. Mom didn't like to get up that early in the morning, when animals need to be checked on after the night, fed and let out into their pens for the day. I usually didn't see mom before I went to school in the morning. I think she was mostly in bed or sometimes at work when we went to school. Mom read a lot of books and articles online, and she mostly stayed on the computer. Mom sat at the computer for hours, and smoked cigarettes and drank wine coolers. Mom could do that for hours at a time with no breaks.

When I was really little, mom and dad and I and my three siblings lived in New Mexico. That is where we lived when my parents separated. At the time of their separation I was really young, and had no real idea why they separated. Now that I am older I see that Mom had very poor judgment. She took us with her to bars frequently. One bar mom used to take us all to was located in an old school building because we ran up and down the halls. Mom and a man we didn't know went into the office at the bar, in the back, and stayed together in the room with the door closed while we played in the hallway. Mom also had different, strange men around our trailer frequently after she and dad separated. The men came over and mom sent us kids outside, telling us to go out and play while she and the different men stayed inside the trailer. I learned the name of one of those men: Tim Flynn, the DA in New Mexico, spent time with mom, and she took us to his house several times and left us to play on our own while she and Tim left the room. I was just a little kid and I called 911 one time when we were there. I barely knew what 911 was but I had heard people say the numbers before, so I dialed them. Mr. Flynn ran out of the bedroom in his boxer shorts when the police came.

Another time Mom took us to a lake in New Mexico with another man that we didn't know. Mom said we could go swimming and have a really good time, and then mom and the man stayed in the car and left us swimming in the lake. We didn't know how to swim. None of my sisters or me or my brother knew how to swim. Chelsea started to have trouble because she went way too far out in the water and she started to drown. A group of people jumped into the water and pulled Chelsea out. They asked me 'where is your mother?' and I had to tell them that she was in a car with a man. Chelsea almost drowned that day.

Mom never seemed to have enough money to feed all of us. We used to eat a lot of beans and rice and goat's meat from the goats that mom made us kids take care of. We also had to drink a lot of goat's milk, since it was free when we lived in Kansas.

My parents separated in February of 1998 and then got divorced in July 1998, just before I turned eight years old. They decided that each of them would take two of us. Desiree, who we all call Desi, and I stayed with mom. I didn't want to leave Desi, as she always looked after me. Chelsea and CJ are close, and they went with dad. Mom and Desiree and I moved into a bigger trailer. Mom had a bedroom with a door on one end of the trailer, and Desi and I slept at the other end. Mom had lots of men at that trailer after dad left. Men would come over and mom would tell me and Desi 'go play outside' and then mom and the men stayed inside. Sometimes Desi and I had to stay outside for what felt like a really long time. Mom also used to let people stay at our trailer. These were people that we didn't know, but mom said she knew. I don't know how mom met some of these people.

A woman named Norma lived with us in New Mexico after dad left. Norma didn't do anything for us, however. She didn't make us food, buy any groceries or clean the trailer. Norma took mine and Desi's bedroom while she was there, and she just stayed in her bedroom in the trailer. Mom worked at two jobs in Deming then and also volunteered at the museum. I think I might have starved if Desiree hadn't been there. Desi had to cook me whatever she could find in the trailer for us to eat.

When we lived in Deming, New Mexico, mom took us kids camping when I was six years old. Chelsea, CJ and Desiree and I all went. My best friend, Cheyenne Teague, went on the trip with us too, along with some other adults Mom knew. My sister Chelsea told me that one of those adults, a man named Sherman, showed her and Cheyenne his penis on that trip and

asked to see their private parts too. I told her that I had thought that Sherman was creepy from the first time I saw him. I don't know exactly what else Sherman did to Chelsea and Cheyenne on that camping trip, but he shouldn't have bothered little kids. Sherman for sure should not have exposed himself to two little girls. He bought us all sleeping bags, which also struck me as creepy and inappropriate, since we hardly knew him. I noticed then that Mom didn't notice Sherman acting creepy around her kids. Mom would have never noticed things like that happening around her. She was in another world. Mom wouldn't have known that she should watch young girls on a camping trip with creepy adults.

I spent a lot of time at Cheyenne's house when I was living in New Mexico. She lived with her dad who was always nice to me. Her mom, who was an alcoholic, had moved out and had different boyfriends. I believe my mom was also an alcoholic. She took us to bars, as a child, all of the time. Mom often had a wine cooler in her hand. Mom and her husband, Kevin, argued about her drinking, and he dumped all of her alcohol out into the sink.

Our trailer in New Mexico didn't have air conditioning. I was so hot in New Mexico! My grandma, mom's mother Grandma Judy, lived in New Mexico at the same time that we did. Even though Grandma Judy had air conditioning in her house, she didn't let us play inside. Grandma Judy used to make us all stay outside, no matter if it was very hot or very cold, or daytime or nighttime. I never liked my grandmother. She smoked all of the time, even around babies and little children. Grandma Judy and mom fought and it seemed like Grandma made mom feel bad about herself anytime they were together.

I was about eight years old when my parents divorced and the man that I had always thought was my dad moved away. My mom told me after the divorce that dad is not my real father. Mom told me this when I was nine years old. Mom said that my real father was a man

named Gerald Upshaw. It may be true, it may not be true. I am the only one in my family with blonde hair, so maybe I do have a different dad than my sisters and brother. Mom told me all of this when we were staying at Hector Ocha's trailer. Hector is one of Grandma Judy's ex-husbands. He drinks all of the time, and mom moved us all into his little trailer for a while when she was looking for a new trailer for us to move to. I hope that the man I grew up thinking is my dad is really my dad, because I found out that Tyler, the father of my youngest child, is related to Mr. Gerald Upshaw. If Gerald Upshaw really is my real dad, that would make Tyler and me third cousins. I guess that I will never really know.

When I was ten years old, dad gave us kids two rat terrier dogs. One of them, named Zack, died when a hunter accidentally shot him. Our other dog, named Lucky, was lonely, so mom found two other puppies to keep Lucky company. Mom didn't spay the puppies, so before long we had a big litter of puppies. We sold them for about $50 each, but we didn't breed them purposely. I especially loved a dog I had, named Mia. I have loved animals my whole life, especially dogs.

During Spring Break of 2004, mom, CJ, Chelsea, me and mom's friend went to Ozark, Alabama for two days to buy a rat terrier puppy from Patsy Hughes, a lady who bred rat terriers. Mom and I met Patsy online, on a website chat room for people who love and breed rat terriers. I went back to Patsy's, whom I now call Aunt Patsy, in July of 2004 for three weeks. I had fun at Patsy's house, and have a lot of pictures of Aunt Patsy and her family that I took. She has two foster sons older than I am who live with her. They had suffered abuse in their previous homes, and Aunt Patsy had taken training to be a therapeutic foster parent, so she brought them home to live with her. Patsy has a son of her own still at home and an adult son who lives elsewhere. Her two foster sons did drugs and tried to hit on me, but I kept them away. I babysat a little

neighbor girl sometimes at Aunt Patsy's. At Patsy's house, I had my very own room. I still have pictures of that bedroom. It was the first time I had my own room, all to myself. When I went to stay with Patsy, I took my Looney Tunes blanket to Alabama. Mom made me that blanket when I was just four years old, and I still have it. My blanket is in some of the pictures I took while I was in Alabama. That blanket is important to me, because my mom made it just for me. I treasure it. It is in my storage shed so my kids won't tear it up. At Aunt Patsy's house I put the ribbons I won showing my dog up on the wall. My name was in letters at the top of the wallpaper in my bedroom there. I felt like it was a home. I really loved living with Patsy.

I was living there with Patsy and her family when mom got into trouble. I only left Aunt Patsy's house because my brother, CJ, called me and said he was really depressed. CJ asked me to please come home. CJ is the closest in age to me of my four siblings, and we are really close to each other. I knew that he needed my support after hearing about mom getting into trouble, so I went home to spend time with him and my sisters. Going back home was really really hard for me.

It was especially hard going back to school. Kids talked about the crazy lady who cut a baby out of a woman. People had seen the story on TV and talked about it all the time. People knew that the lady in the news story was my mom. It was so embarrassing and difficult. Sometimes I stood up to people and told them the woman they were making fun of was my mother. Kids in school looked at me funny, but I could handle it. I just focused on other things that I enjoyed doing, and ignored what all the kids were saying about my mom.

Mom taught me to play the piano. I can't sight read music, but if I copy the notes down myself, I can memorize the piece and play it. I also played the clarinet for five years.

When I was twelve years old and CJ was thirteen years old, we visited Grandpa Richard Boman and Grandma June at their house in Colorado for two weeks. We had fun, and I rode a horse for the first time. I hadn't ridden a horse before, and I was afraid. I rode around with someone leading me, but I wasn't about to take off galloping on it. Still, it was wonderful to try something so fun and new. I really enjoyed it. Spending time with Grandpa Richard and Grandma June was better than spending time with a lot of my mom's family members. I never liked spending time with Grandma Judy, because she smoked around us all the time and acted mean towards us. I have spent time with other members of my mom's family, like my aunts and uncles. Most of them have big problems in their lives.

My mom's sisters and brothers have had legal and drug problems. Aunt Jerri Jo went to jail in California when I was about five years old. Jerri Jo's oldest daughter, Patricia (Patty) Jo stayed with our Grandma Judy while her mom was in jail. Aunt Jerri Jo was just sixteen when Patty Jo was born. Patty is close to my age now, twenty or twenty-one. Jerri Jo married Patty's dad, Luis, when she was nineteen, but they divorced a few years later. Jerri Jo has three very little children, a set of twins and one other baby, by someone else. I sent Aunt Jerri a friend request on Facebook, and she wrote to me saying she did not want to be my friend. I was a little hurt at first because I wanted to keep up with my little cousins, but I realize I don't need the drama associated with my aunt.

Mom has two brothers, named Uncle Tommy and Uncle Teddy Kleiner. Tommy is the younger of the two and is thirteen years older than I am. Uncle Tommy and Uncle Teddy have had a whole lot of problems with the law and with the courts. Uncle Teddy, his then girlfriend, Bonnie, and their son, Justin lived with our family for a while. Teddy and Bonnie had already lost their daughter, Hope, right when she was born. The State took Hope from Teddy and

Bonnie, and a couple who started out as Hope's foster parents later adopted her. Hope and her adopted family moved far away from all of us. Hope may be lucky that she didn't stay in our family with all its problems and craziness. Mom really tried to help Uncle Teddy and Bonnie keep their next baby, Justin. Mom helped Uncle Teddy get into rehab for his meth addiction, but they still lost custody of Justin. Teddy made meth and got caught by the police after he and Bonnie lost custody of Justin. He had been living with Bonnie in a trailer and got injured at work. He turned back to making meth, and lost all hope of regaining his son. Teddy and Bonnie lost both of their children. Grandma Judy eventually won custody of Justin, and she still has him. She shouldn't be raising Justin. She messed up her own kids enough, and doesn't need another child to damage. From what I am told, Grandma Judy has cancer now. I haven't talked with her in several years, and I really don't want to.

Other people in our family have problems and issues. I am not the only one who was told that maybe the man I grew up thinking was my dad isn't my real dad. The same thing happened to my Aunt Patty. Aunt Patty is mom's sister and she always thought that her dad was the same as my mom's dad. Patty grew up thinking that my Grandpa John Hedberg Patterson was her dad, until she got older. Nobody in our family thinks Grandpa John Hedberg Patterson is Aunt Patty's father now that Aunt Patty is grown up. Grandpa John has very light skin and very light colored hair and eyes. Aunt Patty has dark skin and dark hair and eyes. They don't look anything alike at all. Grandpa John says Patty couldn't possibly be his biological child, but he lets her call him dad.

I know a little about being a young mom and having a chaotic, busy life. I think I have handled my responsibilities a lot better than some of the people that I am related to, for sure. I got pregnant by my first boyfriend when I was sixteen years old, which was after mom got in

trouble. I experienced post-partum depression for a year and a half after my son, Malachi, was born. During that time Malachi and I lived with my dad. He sometimes criticized how I cared for Malachi, and we disagreed on some child rearing issues. For example, he wouldn't let Malachi cry even for a few minutes at night to go to sleep, so for a year he put Malachi to bed at night in a crib in his room. I was immature then, and broken hearted because Malachi's dad abandoned both me and our son. Malachi's dad dated other girls and showed no interest in Malachi. I responded by going out myself, to get back at my former boyfriend, but I was very unhappy and felt hopeless and alone much of the time.

I began cutting myself when I was fifteen years old. I didn't tell anyone that I was cutting myself with a razor because I didn't have anyone I wanted to confide in. One day, my dad noticed my wrists, which I usually tried to keep covered up. I still have scars on my legs from the cutting. Dad got mad at me because I hadn't talked with him about my problems, but I just couldn't bring myself to talk to anyone at the time. I tried to figure out what I was feeling all by myself. At least when I cut myself, I felt something that I knew was real.

My two oldest siblings, Desiree and Chelsea, lived together when dad discovered my secret. They offered to let Malachi stay with them to give me a break. It didn't work out for very long. Chelsea got mad at me for going out with friends after a church youth group meeting. She called me all kinds of names and put me down. I know she was probably tired herself, as she was pregnant with her own baby at the time. I went to their house to get Malachi, and we argued more. Chelsea suddenly threatened to call the police if I took Malachi. I took him with me anyway, and I called his paternal grandmother. Malachi and I both went back to my dad's afterwards and Chelsea never ended up calling the police.

A friend's mom tried to reach out to me when I was depressed and told me she was there for me if I wanted to talk. I didn't want to talk to anyone about what I was feeling. I was feeling depressed, sad and angry and alone. I drank too much, partied and tried to make the sadness I felt go away. I didn't talk to a counselor or go back to my doctor for post-partum depression. I just tried to handle things myself. I cut myself for years, and sometimes I still want to when things get really hard. When I got pregnant with my second child, Alexis, I stopped the cutting. Alexis is now two years old, so I have not cut myself in quite a while

My brother, CJ, my sister Chelsea and I all joined the military. No one in our family had any money to send any of us to college. My sister Chelsea met her husband Bryan when they were both in the Army. My brother CJ finished his AIT (Advance Infantry Training) the same day I left home for Basic Training. I was in the Army Reserves but later received a discharge when I became pregnant with Alexis. I had planned for my sister Desi to be on my family care plan, but then she got pregnant also, and I didn't have her as a backup. Chelsea and her husband, Bryan, moved to Killeen, Texas where Bryan was stationed. I didn't have anything else to do, so I moved to Killeen too, and then dad soon followed us to Texas as well.

I don't like Chelsea's husband Bryan, even though my sister loves him. Bryan verbally abuses Chelsea. Bryan loses patience easily with her and with their children who have special needs. Chelsea and her family now live with our dad, but dad just turns his head the other way and doesn't confront Bryan about his behavior. Chelsea told me that Bryan hit her in the stomach really hard when she thought she was pregnant, and she bled. Sometimes Chelsea says things to get attention, so I don't always believe her. Chelsea is really messy and their house is piled up, but there are a lot of people in that small home. Chelsea told me she doesn't want to move out on her own with Bryan and their children. She feels safe living with our dad. I don't

know why she would stay married to someone she doesn't trust enough to live with alone. Chelsea behaves like someone who is bipolar. Her moods go from very high to low. Of the four of us, Chelsea is most like our mom. Even though we can get angry with each other, Chelsea and I help each other with our children and are there for each other. Our brother, CJ is super smart and a good guy. He didn't have a girlfriend until he was out of high school, although he had many girls as friends.

Chelsea has a lot of the same mood swings that I saw my mom have. Chelsea tunes out, just like mom did. I never really felt like my mom was listening to anything I said to her, until one time I talked to her in jail. Mom was emotionally aware of me sitting and talking to her, and she seemed to be trying to answer me in a real way, like she was working hard to have a real conversation with me. Mom was emotionally present for the first time. That first experience of talking to my mom while she was emotionally present was when I visited her in prison in August of 2012. Mom explained to me that after she voluntarily quit taking her psychiatric medication for three days, she had an argument and became belligerent with a guard. After going back on the medication, Mom realized the difference it really made in her mental clarity, her control, and her ability to concentrate on things around her. She then asked me if she had been that bad off when I and my siblings were little. I didn't want to hurt my mom's feelings, so I just smiled a little bit and shrugged my shoulders. Mom realized right then what she had really missed out on with her kids, and what was lost between us all. I saw the sadness in her face and the tears in her eyes. That was an important moment for me and for my mom too.

I want to be a better mother than I saw when I was growing up with my mom. I am committed to my children. When my daughter Kennedy is old enough to be in a good pre-school program, I want to finish my college degree and provide well for my children. I think about

pursuing either nursing or accounting, both of which interest me. However, I am also interested in psychology, which is partly because I want to understand more about what happened in our family.

Kennedy's father, who lives nearby, helps me some, but I am beginning to question whether I want to remain with him. I want to be with someone who is good to all three of my children and treats them as his own. Malachi, my oldest child, now attends kindergarten. A Behavior Therapist told me that he has ADHD. I have considered enrolling him in Behavior Therapy to help him learn to better control his emotions and outbursts. Malachi doesn't know his dad, and I really don't want him to, since his dad abuses drugs. Alexis' dad is six years older than I am and lives in Michigan. He spent fifteen months in jail, so I don't really want him involved with our daughter either.

I have furnished my apartment by myself and I know that I am providing a safe, good home for my children. I try to be really attentive to them, to be a good mom, but I become exhausted at times. I have girlfriends I can call for help, as well as my sister, Chelsea, when I need a break. I hope I will be able to obtain a good skill so I can work at something I enjoy and provide well for my children.

What my mom did hurt a lot of people. After mom got in trouble, I didn't talk to her for two years. I didn't want to talk to her at all during that time. Now I have sent her pictures of my children, and we communicate sometimes. Mom crocheted baby blankets for my children, and I keep all the things she has made for them. I want to understand what happened to my mom.

I remember when people from my mom's attorney's office came and talked to my dad and to some other people that mom and dad knew. None of the attorneys or investigations talked to me much. None of them asked me a lot of questions about mom or about my relationship with

mom. No one ever asked me what I had seen in my mom's behavior or asked me what I thought about her. If they had asked me back then, I would have answered honestly, just like I did this time.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Kayla Deanne Boman

Kayla Deanne Boman

Signed this 21st day of February 2013