DECLARATION OF CARL JAMES (C.J.) BOMAN II

I, CARL JAMES (C.J.) BOMAN II, declare as follows:

I am twenty three years old and the son of Lisa Boman Montgomery and Carl Boman. I was fifteen years old and in the ninth grade when all this happened in our family. My mom is now on death row, which is very hard on all of us. It has been a long time since I could hug my mom. They don't let us have contact visits with her, but I write her. When mom got in trouble we were living with her and my step dad, Kevin Montgomery. I was in my first semester of high school in Melvern, Kansas.

In looking back on my family's life, the fact that we moved a whole lot stands out. I remember that I attended first grade in New Mexico. Mom and dad had moved us out there to be near my mom's mother, Grandma Shaughnessy. For a while in New Mexico, our whole family lived in a one bedroom trailer. All of us kids slept in the bed together, and our parents slept on the sofa that made into a bed. It was a tiny little trailer to hold that many people. We were poor. I remember the police taking us shopping for Christmas gifts at Wal-Mart when we lived in New Mexico. I picked out Underwater Sea Legos for my gift. I still remember how excited I was to get such a great gift. I loved all kinds of Legos, and the underwater set was really special. The police may have also bought me a warm jacket, but I remember the Legos best.

Dad and mom split up when I was a very young child in elementary school. All four of us kids stayed with mom at first. I'm not sure how long that lasted, but Chelsea and I moved to Bartlesville, Oklahoma, later to live with Dad. My oldest sister, Desiree, and youngest sister, Kayla, stayed with our mom in New Mexico after we left. During the time when our parents were not together, I remember that things were tough on mom and on us kids in New Mexico.

Mom was with other men. One of them was a lawyer, and she took us to his house a lot. Mom and the lawyer would go into the bedroom, and I would play games on the computer.

I remember another man who mom was with in New Mexico. For some reason I think he may have been married, but I can't now tell you why I think that. I can recall certain things about his house; like that he had a small kitchen or that there were trees with berries on them in the front yard. The thing I remember most about being at his house was that I got to watch a Care Bears movie when we went there.

I recall one other man's house where mom took us. At his house, I got to watch movies about the Transformers, which if you don't know, were figures that could change or transform into something different. I remember that one night when we spent the night there, I wet the bed. Mom came and helped me get cleaned up. I didn't go around telling people, but I had a problem with wetting the bed until I was in middle school. It was really embarrassing for me. Mom took us to a bar called the Adobe Deli in New Mexico. It had been a school before it became a bar, so we kids ran and played in what I think had been the auditorium.

When we lived in New Mexico, mom delivered newspapers. Sometimes we went with her on her route, and sometimes we stayed at home with Desiree. Desiree was always very responsible.

We had some fun times with our mom. I remember she took us on camping trips when we lived in New Mexico. She loved camping, and we slept in a tent. She took us to the Gila Cliff Dwellings in southwestern New Mexico. Mom really loved that place! It was beautiful with canyons and then the cliff dwellings built into the hills. I remember six different places where mom took us to camp. One place I remember because I accidentally I burned my skin with kerosene. Another time, we went on a camping trip with a group of people which included

Cheyenne Teague, a friend of my youngest sister, Kayla, Cheyenne's dad and some other people I didn't know. We had a tent, but people also slept in a cabin in the woods. I have really great memories of those camping trips with mom.

After we left New Mexico, Chelsea and I stayed with Grandma Shaughnessy's ex-husband, Hector, for a while and then I think we stayed with Grandma Shaughnessy. This is probably when mom was seeing Kevin Montgomery. I don't even remember Hector's face, but I do remember going to school there for a short time, maybe about three weeks to a month. I could have been in the fourth grade then, but I don't really remember. I know that Chelsea and I were there without mom. Hector lived in a trailer park, so I played some with other kids in the trailer park. Mostly I watched television and slept on a pull out couch. Hector had a separate bedroom. It's kind of hard to explain, but that time staying at Hector's is a weird spot in my memory. I can't remember much about being there, except that I liked the school we attended.

During the six years we lived in Kansas, only one person, except for family, ever spent the night at our house with me. I had no friends there. There were twenty people in my class, and all of them had been together since first grade. They just weren't interested in making new friends. I was overweight then and wore glasses which probably made me seem like a geek. However, I did like my stepbrothers, Dustin and Dylan Montgomery. By then mom had married Kevin Montgomery. When they came over, they shared my room, and we had fun together.

My Uncle Teddy Kleiner stayed in my room when we were in Kansas for a month or two. We lived about fifteen miles from my Grandma Shaughnessy, his mom. I am pretty sure my mom was trying to help Uncle Teddy get off drugs.

I remember being hungry sometimes. Mom had to be on a budget. It wasn't that we didn't have any food. I was growing, and just got real hungry. Mom was doing the best she

could to feed all of us. I grew quickly, so my clothes were often too small, and my pants were too short. Kids made fun of me, and I became a target for their bullying.

Mom was always doing hobbies: quilting, crocheting, and spinning on her spinning wheel. The spinning is something in which I also have an interest. Mom bought the spinning wheel with money she won in the lottery. She also bought an embroidery machine. I remember she and Kevin argued about her buying that machine, as he didn't think she needed it.

We lived in two different houses when we were in Melvern, Kansas, which is not far from Lyndon, where Grandma Shaughnessy lived. In one of the houses in Melvern, my bed was in the utility room. It was a long narrow room with an attic above it with pull down stairs. I went up to the attic to look for our winter coats we had stored there. I didn't know that I couldn't step off the joists onto the sheet rock flooring which was just the ceiling of the utility room. I did and of course fell through. I wasn't hurt.

When we were in Kansas, Aunt Patty, mom's sister, and Uncle Tommy came in the middle of the night to try and take us kids away from mom. My bedroom was on the first floor. I remember Aunt Patty came into my room, woke me up, and said it was time to go. Chelsea and Kayla were in another room on the lower floor, but Desiree was upstairs near mom and Kevin's bedroom. They woke up mom and Kevin when they went upstairs to get Desiree. I still don't know why my aunt and uncle did that, but I suspect Grandma Shaughnessy told them to do it. Of course, mom and Kevin didn't let them take us.

We lived in one place where we had animals and did chores taking care of them. Grandma Joy, Kevin's (Montgomery) mom was nearby. She was always really sweet to us. Her house was always very neat, unlike ours. We had way too much stuff in the house where we lived. When we moved from what I call the little house to the big house, it seemed that mom

spent more time on the computer and on crocheting. I hated that place. I had no friends. I remember taking care of the pigs. We had goats, and I learned to milk them. We had chickens too, and I had to clean their coup, which is a nasty job. Mom also had rabbits, and she liked the idea of angora.

When we lived out in the country mom made dresses for her and the girls to wear to the Apple Festival in Topeka. I went too, but luckily she didn't make anything for me to wear. I remember teasing my sisters about the old fashioned dresses mom forced them to wear to the festival. Mom liked the idea of being self sufficient, of being able to can foods, for example. She wore boots a lot and a baseball type cap that had a place in the back for her pony tail. She took us to see the Laura Ingalls Wilder house, and she loved the television show, Little House on the Prairie. She looked different than other moms.

Mom worked three jobs when we lived in Melvern. She worked at the ticket counter in the Greyhound bus station in Topeka, about forty miles from where we lived. I liked to go with her to work and just talk with her there. On the weekend, she was the only one there, so it was nice to have time with her alone. Mom also worked in Lyndon at Casey's, which is a gas station and small store market combined. She also worked at the same Wendy's where Chelsea and Desiree worked.

The last year mom lived with us she was much more detached. By that I mean I had to repeat things to her more than one time. I could say something to mom, and she did not respond. I had the feeling that mom was in another world then, and I couldn't get through to her. I talked to mom about going to live with dad because of the way she was.

After mom's arrest, my sister Chelsea and I went to stay with our dad, Carl Boman in Bartlesville, Oklahoma, where we now live, although in a different house. Our oldest sister,

Desiree, remained in Kansas with our step-grandparents to finish the school year there. I missed nine weeks of school then. Dad took us first to Lyndon, Kansas, where our mom's mother, Grandma Shaughnessy, lived. We rented a house there from Grandma. I remember telling dad before we moved to Lyndon that living near Grandma wouldn't work out well. Unfortunately I was right. Grandma Shaughnessy is really a terrible person. She doesn't value family. Family is very important to me. Grandma was never there for our mom. She showed no affection for me or for my sisters either. She was just a mean person. I don't remember her demonstrating real affection for our mom. Chelsea and I both still live with our dad, along with Chelsea's husband, Bryan, and their three children: Caden, Landon, and Chloe. It is not a big house, and it can feel pretty cramped, especially with three little children and all their stuff.

I still love my mom very much. One of my favorite memories is a day that she and I were together, just the two of us. We went to Kansas City to a furniture mart and got there early. We were waiting in the car for the store to open. We were both hot, but thought the other one was cold, so didn't say anything. When we got inside they gave us each a cheap battery operated fan. Then we told each other we had each been hot, and we laughed about it. That day mom and I spent together is a special memory. She bought me a hat with a feather in it like they wore in the Renaissance era. I think I still have that hat. It was a very fun day with mom.
I miss her.

I testified at my mom's trial, but the attorney didn't ask me about these things. I would have testified in court to the same information I have provided here.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Carl J Boman

CARL JAMES BOMAN II

Dated this 13th day of February, 2013.