[illegible]
[illegible] LEE [illegible]

Case: [illegible]
1 Ct. BATTERY-PHYSICAL CONTACT
1 Ct. ASSAULT
1 Ct. INTIMIDATION OF VICTIM/WITNESS

Defense Attorney ____________________

DISTRICT COURT
THIRD JUDICIAL DISTRICT
STATE OF KANSAS

Case: [illegible]
STATE OF KANSAS
vs.
[illegible]

[illegible]

MINUTE DOCKET
CRIMINAL
99CR 03250

99CR 03250

STATE OF KANSAS

BRETT W BERRY 1DA
DISTRICT ATTORNEY
TOPEKA KS.

VS.

TOMMY LEE KLEINER

Charges:

Date of Offense 08/22/98

Ct. 1 BATTERY-PHYSICAL CONTACT-M B
Ct. 2 ASSAULT-M C
Ct. 3 INTIMIDATION OF VICTIM/WITNESS-M B

Next Activity Type/Date/Time:
/ / 00:00AM

| Ck | Date | Judge's Minutes |
|---|---|---|
| | | **COURT REPORTER**: S. Burn |
| ✓ | 9-23-99 | State appears by Jocelyn Mindell. Defendant appears in person and by counsel Edward Collazo. Case dismissed on Motion of the State. |
| | | [signature] |

Printed: FRI, AUG 13, 1999, 9:54 AM KA

JUDGE'S PLEA MINUTES
99CR 03250

---

STATE OF KANSAS

BRETT W BERRY 1DA
DISTRICT ATTORNEY
TOPEKA KS.

VS.

TOMMY LEE KLEINER

---

Charges: Date of Offense 08/22/98
Ct. 1 BATTERY-PHYSICAL CONTACT-M B
Ct. 2 ASSAULT-M C
Ct. 3 INTIMIDATION OF VICTIM/WITNESS-M B

---

Next Activity Type/Date/Time:
/ / 00:00AM

---

MINUTES - PLEA

DATE ________

PLEA. State by ____________________, Defendant appears (in person and) by counsel ________________.
Reporter ________________.

The Court sustains amendments and dismissals of the state and enters defendant's plea(s) as follows:

| | | | Dismissed | Plea | Amended Statute-Sev Level-Person/NonPerson |
|---|---|---|---|---|---|
| Ct. 1 | BATTERY-PHYSICAL CON | M B | ____ | (G) (NC) | ____________ |
| Ct. 2 | ASSAULT | M C | ____ | (G) (NC) | ____________ |
| Ct. 3 | INTIMIDATION OF VICT | M B | ____ | (G) (NC) | ____________ |

Reading of (amended) complaint is (had)(waived). After Court's advice of rights and inquiry, the Court finds defendant's plea is knowingly, voluntarily and intelligently made. The Court accepts plea and defendant is adjudged guilty.

___ (Court Services)(Sunflower) is directed to prepare P.S.I. Defendants on bond are directed to contact P.S.I. investigator by end of next business day.

___ Defendant remanded to custody.

___ P.S.I. is waived. Sentenced as follows: ________________

___ Conditions of bond modified as follows: ________________

Case continued for sentencing in (Division ___) ____________, 199__ at ______M.

___ This case is dismissed (by the Court) (on Motion of the State).

________________________
Judge, Division ___

JUDGE'S COURT TRIAL MINUTES
99CR 03250

STATE OF KANSAS

BRETT W BERRY 1DA
DISTRICT ATTORNEY
TOPEKA KS.

VS.

TOMMY LEE KLEINER

Charges:
Date of Offense 08/22/98

Ct. 1 BATTERY-PHYSICAL CONTACT-M B
Ct. 2 ASSAULT-M C
Ct. 3 INTIMIDATION OF VICTIM/WITNESS-M B

Next Activity Type/Date/Time:
/ / 00:00AM

MINUTES - COURT TRIAL

DATE ________

COURT TRIAL. State by ________________________, Defendant appears (in person and) by counsel ________________________.

Reporter ________________________.

Evidence is introduced by the State (and the Defendant). After hearing closing arguments the Court finds the Defendant as follows:

| | | | Guilty | Not Guilty |
|---|---|---|---|---|
| Ct. 1 | BATTERY-PHYSICAL CON | M B | ____ | ____ |
| Ct. 2 | ASSAULT | M C | ____ | ____ |
| Ct. 3 | INTIMIDATION OF VICT | M B | ____ | ____ |

___ P.S.I. is waived.

___ (Court Services) (Sunflower) (Community Corrections) is directed to prepare P.S.I. Defendants are directed to contact P.S.I. investigator now.

___ Defendant remanded to custody.

___ Conditions of bond modified as follows: ________________________

Case continued for sentencing in Division ___ on ____________, 199__ at ________M.

___ This case is dismissed (by the Court) (on Motion of the State).

________________________
Judge, Division ___

KA Page 1

Case 4:12-cv-08001-GAF Document 162-8 Filed 09/03/15 Page 4 of 16

COMPLAINT

SNSO 98-10147 INT 9808550 BWB/jm

STATE OF KANSAS

VS.

TOMMY KLEINER
DOB: [redacted]; WM
[redacted]

KwB
8-9-99

PLAINTIFF

99-CR-3250

DEFENDANT

I, BRETT W. BERRY, being duly sworn, on oath, allege and state as follows:

Count 1
<u>BATTERY-PHYSICAL CONTACT</u>
K.S.A. 21-3412(b)
Class B Person Misdemeanor

On or about the twenty-second of August, 1998, in the State of Kansas and County of Shawnee, TOMMY KLEINER, did, then and there, unlawfully and intentionally cause physical contact with another person, to-wit: Lisa M. Boman, in a rude, insulting, or angry manner, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

Count 2
<u>ASSAULT</u>
K.S.A. 21-3408
Class C misdemeanor

On or about the twenty-second of August, 1998, in the State of Kansas and County of Shawnee, TOMMY KLEINER, did, then and there, unlawfully and intentionally place another person in reasonable apprehension of immediate bodily harm, to-wit: Lisa M. Boman, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

Count 3
<u>INTIMIDATION OF A WITNESS</u>
K.S.A. 21-3832
Class B Person Misdemeanor

On or about the twenty-second day of August, 1998, in the State of Kansas and County of Shawnee, TOMMY KLEINER, did, then and there, unlawfully, knowingly and maliciously, prevent or dissuade, or attempt to prevent or dissuade, a victim or witness, to-wit: Lisa M. Boman, from making a report of a victimization to any law enforcement officer, prosecutor, probation officer, parole officer,

correctional officer, community correctional services officer or judicial officer, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

WITNESSES:
Lisa M. Boman
Steven Lynn Bower
Danny Shaughnessy
Judy Ochoa
Ofc. E. Nelson, SNSO #418
Dep. Trammel, SNSO

Brett W. Berry
BRETT W. BERRY
Assistant District Attorney

Signed and sworn to before me on Aug 6, 1999.

Notary Public

My Appointment Expires: 9-13-01

BOND REQUEST $__________
___With Prof. Surety
___With Surety
___OR
___Cash
___As Set
___Summons Issued
___DA'S Office
___NO CONTACT WITH VICTIM

TERESA D. FLEMONS
My Appt. Exp. 9-13-01

COMPLAINT FOR: TOMMY KLEINER

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

STATE OF KANSAS PLAINTIFF

vs. 99-CR-3250

TOMMY KLEINER DEFENDANT

STATE OF KANSAS )
) ss:
COUNTY OF SHAWNEE )

**AFFIDAVIT**

I, BRETT W. BERRY, Assistant District Attorney, being of lawful age and first duly sworn upon my oath, depose and state as follows:

That I have received the following information from official Shawnee County Sheriff's Office report 98-10147 and from officers whom I believe to be truthful and reliable.

On or about the twenty-second of August, 1998, TOMMY KLEINER grabbed Lisa M. Boman by the throat while Boman was sitting in a parked car at the Heartland Country Mart, [redacted]. When Lisa M. Boman told TOMMY KLEINER she was going to call the sheriff's department, TOMMY KLEINER backed away then grabbed Lisa M. Boman by the throat again. Lisa M. Boman went to a phone to call the sheriff's office and TOMMY KLEINER grabbed Lisa M. Boman by the neck again and hung up the telephone.

All of the aforementioned events occurred in Shawnee County, Kansas.

Wherefore the affiant believes that there are reasonable grounds and probable cause to believe that TOMMY KLEINER has committed the crimes included in the complaint and prays the Court issue a warrant for the arrest of the defendant(s).

BRETT W. BERRY
ASSISTANT DISTRICT ATTORNEY

Subscribed and sworn to before me this 6th day of August, 1999.

NOTARY PUBLIC

...A D. CLEMONS
... Exp. 9-13-01

BOND SET AT $__________

IN THE DISTRICT COURT OF SHAWNEE COUNTY KANSAS

THE STATE OF KANSAS

Document No.__________

VS

Case No. 97CR3250

Agency Case No. SNSO 98-10147

TOMMY KLEINER
[redacted]
DOB: [redacted]; WM

## WARRANT - GENERAL FORM

The State of Kansas, Shawnee, ss.

The State of Kansas to the Sheriff of Shawnee County; or the Sheriff of any county or any other Kansas Law Enforcement Officer in the State of Kansas:

WHEREAS, Complaint in writing, under oath, has been made and the court having determined that there is reasonable grounds for believing that:

Count 1
<u>BATTERY-PHYSICAL CONTACT</u>
K.S.A. 21-3412(b)
Class B Person Misdemeanor

On or about the twenty-second of August, 1998, in the State of Kansas and County of Shawnee, TOMMY KLEINER, did, then and there, unlawfully and intentionally cause physical contact with another person, to-wit: Lisa M. Boman, in a rude, insulting, or angry manner, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

Count 2
<u>ASSAULT</u>
K.S.A. 21-3408
Class C misdemeanor

On or about the twenty-second of August, 1998, in the State of Kansas and County of Shawnee, TOMMY KLEINER, did, then and there, unlawfully and intentionally place another person in reasonable apprehension of immediate bodily harm, to-wit: Lisa M. Boman, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

Count 3
<u>INTIMIDATION OF A WITNESS</u>
K.S.A. 21-3832
Class B Person Misdemeanor

On or about the twenty-second of August, 1998, in the State of Kansas and County of Shawnee, TOMMY KLEINER, did, then and there, unlawfully, knowingly and maliciously, prevent or dissuade, or attempt to prevent or dissuade, a victim or witness, to-wit: Lisa M. Boman, from making a report of a victimization to any law enforcement officer, prosecutor, probation officer, parole officer, correctional officer, community correctional services officer or judicial officer, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

YOU ARE THEREFORE COMMANDED, forthwith to arrest said TOMMY KLEINER and bring him/her before me, at Topeka, in said County, to answer said charges; and then and there return this writ.

WITNESS my hand, at my office in Topeka, in said County, this 9th day of August, 1999.

Judge

| |
|---|
| Official<br>Seal of the District Court<br>Shawnee County, Kansas<br>29 January MDCCCLXI |

Bond SET $__________
___With Prof. Surety
___With Surety
___OR
___Cash
___As Set
___Summons Issued
___Judge
___NO CONTACT WITH VICTIM

___Affidavit open
___Affidavit closed

BOND SET $______
___With Professional Surety
___OR
___OR Cash Deposit
___No Violent Contact With Victim
X Summons to Issue In Lieu of Warrant
___With Surety
___Cash
___As Set
___No Contact w/Victim/Witnesses
___Affidavit Open
Affidavit to be closed unless this line is marked!

JUDGE

WARRANT FOR: TOMMY KLEINER

CASE # 99CR 03250

STATE OF KANSAS
VS

TOMMY LEE KLEINER

Personal SERVICE ON:

TOMMY LEE KLEINER
[redacted]

CLERK
DISTRICT COURT
JUDICIAL DIST
K.M
1999 AUG 25 P 12: 07

GENERAL JURISDICTION

SHAWNEE County
Court Date: 09/09/99

## RETURN OF SERVICE

I hereby certify that I have served this document:

(1) PERSONAL SERVICE: By delivering a copy of such document to each of the following defendants on the dates indicated:

(2) RESIDENCE SERVICE: By leaving a copy of such document at the usual place of residence of each of the following defendants with some person of suitable age and discretion residing therein on the dates indicated:

(3) AGENT SERVICE: By delivering a copy of such document to each of the following agents autl ... or by law to receive service of process on the dates indicated:

(4) RESIDENCE SERVICE AND MAILING: By leaving a copy of such document at the usual place of r... following defendants and mailing by first-class mail on the dates indicated a notice that such cop...

(5) CERTIFIED MAIL SERVICE: I hereby certify that I have served the within document: (1) By m... day of ____________, 19___, a copy of the document in the above action as certified mail ...ed to each of the within-named defendants; (2) the name and address on the envelope containing the pro... mail return receipt requested were as follows:

(6) FIRST CLASS MAIL SERVICE: I hereby certify that I have served the within document by first ... prepaid, to each of the named defendants.

(7) CERTIFIED MAIL SERVICE REFUSED. I hereby certify that on the ________ day of ________ mailed a copy of the document in the above action by first-class mail, postage prepaid, addressed to ________.

(8) AVOIDANCE OF SERVICE: After diligent effort, I am satisfied that the following defendants a... in order to avoid the process of the court:

(9) NO SERVICE: The following defendants were not found in this county: BA G-51415 Case Ridge Rd.; Moundsville, OH. 43915

Subject to penalty of perjury [signature] have served process on 8-20-99
(signature of officer) (date)

at 8:44 am/pm at the address stated above; according to KSA 21-3805 and amendments thereto.

Case # 99CR 03250
SUMMONS
DOC # 9922500056

Return to:
Clerk of the District Ct.
Shawnee Co Courthouse, Rm 209
Topeka, KS 66603-3968

99CR03250 08/13/99 TOPEKA 1821 FILLMORE KLEINER,TOMMY,LEE, 9922500056 KS 66604 09/03/99 SUM 8/17

DISTRICT COURT OF SHAWNEE COUNTY KANSAS
200 East 7th
Topeka, Kansas 66603

THE STATE OF KANSAS                                                  Document No. 9922500056

VS.                                                                  Case No. 99CR 03250

99CR 03250
TOMMY LEE KLEINER
[redacted]

Date of Offense:08/22/98
Agency:SNSO
Agency Case #:98-10147

dob [redacted] W M 5'6" 130# [redacted]

SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby notified that a complaint in writing has been filed in the above captioned court charging you with the commission of the following offense(s):

1 Cts K.S.A. 21-3412 PC
BATTERY-PHYSICAL CONTACT
1 Cts K.S.A. 21-3408
ASSAULT
1 Cts K.S.A. 21-3832
INTIMIDATION OF VICTIM/WITNESS

You are hereby further ordered to appear personally in the above captioned case on 8 SEPTEMBER, 1999 AT THE HOUR OF 09:00A.M., LOCATIONS WILL BE POSTED THROUGHOUT THE COURTHOUSE to answer said charge(s).

YOU ARE HEREBY NOTIFIED THAT IF YOU FAIL TO APPEAR A WARRANT WILL BE ISSUED FOR YOUR ARREST.

Judge                                                                Clerk of the District Court

U6T9MM7MKM
Dated 08/13/99                                                       Deputy Clerk

Official
Seal of the District Court
Shawnee County, Kansas
29 January MDCCCLXI

P 912 952 532

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | POSTAGE | |
| | SHOW TO WHOM, DATE AND ADDRESS OF DELIVERY / RESTRICTED DELIVERY | / |
| | CERTIFIED FEE + RETURN RECEIPT | |
| | TOTAL POSTAGE AND FEES | |

**POSTMARK OR DATE**

NO INSURANCE COVERAGE PROVIDED — NOT FOR INTERNATIONAL MAIL (SEE OTHER SIDE)

SENT TO:

99cr3250

Tammy Lee Kleiner

[redacted]

99cr

PS FORM 3800

UNITED STATES POSTAL SERVICE

**RECEIPT FOR CERTIFIED MAIL**

IMPORTANT! PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS.

FINANCIAL AFFIDAVIT

Case No. 99Cr 3250

DEFENDANT: Kleiner Tommy Lee [redacted]
Last First MI DOB

SPOUSE, If Married ____________________
Last First MI

ADDRESS: [redacted]
Street City State Phone

EMPLOYMENT: Are you (check one) ☐ Employed ☑ Unemployed ☐ Self-employed

Name of Employer: ____________________

Spouse Employer: ____________________

**Gross Monthly Income: $** 0 . ____

**Spouse Monthly Income: $** 0 . ____

DEPENDENTS: Check one: ☑ Single ☐ Widowed
☐ Married ☐ Separated/Divorced

Total No. Dependents ________

**Monthly Alimony/Child Support: $** 0 . ____

**Total Household Income: $** 0 . ____

Do you own property, stocks, bonds or have money in any banks, credit union etc.?

No X Yes ____________________

I, Tommy Kleiner, of lawful age and under penalty of perjury, declare that I have read this affidavit, or that it has been read to me, about my financial condition and the statements contained therein are true.

9-8-99 — Date

Tommy Kleiner — Defendant's Signature

☐ Defendant instructed to contact two attorneys and return with letters from two attorneys.

☐ Defendant will proceed to trial pro se.

RECOMMENDATION TO THE COURT:
☑ Eligible ☐ Not Eligible

99cr3250

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
99cr3250
Tonny Lee Kleiner
[redacted]
99cr

4a. Article Number
P 412 952 532

4b. Service Type
☒ CERTIFIED

7. Date of Delivery
9-7-99

5. Signature – (Addressee)
Patty K. Baldwin

6. Signature – (Agent)

8. Addressee's Address
(ONLY if requested and fee paid.)

PS Form **3811**, December 1991

**DOMESTIC RETURN RECEIPT**

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
___9___ DIVISION

2001 MAY 11 P 12:34

**CUSTODY SLIP**

TO: SHAWNEE COUNTY DEPARTMENT OF CORRECTIONS

IN RE: PRISONER Kyle W. Hollingsworth CASE NO. 97 CR 2515 / 99 CR 3250

YOU ARE HEREBY ORDERED TO TAKE INTO CUSTODY THE ABOVE NAMED PRISONER:

__W__ FORTHWITH ______ORDERED TO REPORT (date & time) 5/18/01 @ 6:00 P.M.

REASON FOR HOLD:

_____ SENTENCED COUNTY FOR DUI
__✓__ SENTENCED COUNTY FOR MISDEMEANOR
_____ SENTENCED COUNTY FOR CHAPTER 60
_____ SENTENCED COUNTY FOR TRAFFIC
_____ SENTENCED COUNTY FOR FELONY
_____ SENTENCED SECRETARY OF CORRECTIONS
_____ LSI PROGRAM COURT-ORDERED
_____ OTHER REASON FOR HOLD ____________
_____ NOT WORK RELEASE ELIGIBLE

DETAILS: 15 consecutive week-ends

YOU ARE HEREBY ORDERED TO RELEASE FROM CUSTODY THE ABOVE NAMED PRISONER:

_____ RELEASE FORTHWITH _____ RELEASE TO SECRETARY OF CORRECTIONS

_____ RELEASE ON (date & time) ____________

REASON FOR RELEASE:

_____ PROBATION
_____ CASE NOT FILED IN 48 HOURS
_____ TIME SERVED
_____ CASE DISMISSED BY STATE
_____ SHERIFF TRANSPORT TO: ____________
_____ OTHER: D CAN BE SCREENED FOR WORK RELEASE

DATED: 5/11/01

JUDGE OF THE DISTRICT COURT

ORIG. TO JAIL
COPY TO CLERK

Revised: 9-9-99