cr5cad8f
09/03/98 18:41

STORMONT VAIL REGIONAL HEALTH CENTER
1500 S.W. 10TH STREET
TOPEKA, KANSAS 66604
MRN: 454557 PATIENT#: 2-14373-3

# EMERGENCY

P Name: BOMAN, CARL J DOB:10/20/1989 |OPAREA:EMD
A Address: 1919 SE ADAMS #15 Age: 8 Y |Admit Dt/Tm: 09/03/98 18:30
T City/St/Zip: TOPEKA KS 66607 Sex:M |Admit Type: EMERGENCY
I Cnty Cd: 089-SHAWNEE SS#: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 Race:W [Admit Source: PHYSICIAN REFER
E Home Phone: 785-235-5746 MS: S |Prior Visit Dt: / /
N Employer Phone: Ext. |Rev.Type: S IPElsewhere?N
T Employer: 0122 CHILD Clerk: TMH [Where?
Occupations: Religion: |Acc.Dt: / /
Employer Address: |Type:
City/St/Zip: |Mode of Arrival: PRIVATE

R Relative Name: BOMAN,LISA M
E Relationship: PARENT
L Address: 1919 SE ADAMS #15
City/St/Zip: TOPEKA KS 66607
Hm Ph: (785)235-5746 Wk Ph: (785)267-2323

G Name: BOMAN,LISA
U Relation: NATURAL CHILD/I SS# 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
A Address: 1919 SE ADAMS #15
R City/St/Zip: TOPEKA KS 66607
Home Phone: (785)235-5746 DOB: 02/27/68
Employer Phone: (785)267-2323 Ext. 7852
Employer: 0099 WELLS FARGO
Occupation: SECURITY GUARD
Employer Address: 3401 SW HARRISON
City/St/Zip: TOPEKA KS 66611

842.10
E917.9

INS#1 0000 SELF PAY SUB:BOMAN,L ID# Gp#
I Mail:
N 1920
S

JAMMED (R) INDEX FINGER LAST NITE

EMR Phy: 97 -CRIDER, KAY
P.C.Phy: 999 -UNASSIGNED/NONE

Patient Complaint: INDEX FINGER PAIN C/O PAIN.

| EXAM | yes no | |
|---|---|---|
| LOC: Alert, oriented | ( ) ( ) | P) (+) TENDER/SWOLLEN (R) INDEX FINGER |
| SKIN: Warm, Dry, Good Color | ( ) ( ) | (-) GROSS DEFORMITY |
| HEAD: Scalp, face normal | ( ) ( ) | |
| EYES: Sclerae normal, PERL | 0 0 | NV I & |
| EARS: Canals and TM's clear | ( ) ( ) | |
| NOSE: No obst., discharge | 0 0 | HAND OK OTHERWISE |
| THROAT: Not inflamed | 0 0 | |
| NECK: Supple, no adenopathy | ( ) ( ) | |
| HEART: RR, no S3 or murmur | 0 0 | |
| LUNGS: No rales, rubs, dec. BS | 0 0 | |
| ABD: Soft, no mass, tend. | ( ) ( ) | |
| EXT: No edema, pulses OK | 0 0 | |
| GENIT: No mass, hernia, disch. | 0 0 | |
| NEURO: CN II-XII, Intact, no focal weakness, dec. sensation | 0 0 | |

| TIME | LAB/X-RAYS | RN |
|---|---|---|
| 1930 | (R) INDEX FINGER (-) | |

IMPRESSION: SPRAIN (R) INDEX FINGER

( )DICTATED
DISCHARGE PLAN: ( )SEE WORKSHEET/TRAUMA LOG

| TIME | ORDERS | RN |
|---|---|---|
| | | |

ADVIL
ICE
BUDDY TAPE FINGER X 5-7 DAYS

F/U WITH DR: POLLY IN HRS. (✓)PRN

CONDITION
IN DISCHARGE STABLE PHYSICIAN ASST./RESIDENT: PHYSICIAN:

# Stormont-Vail Regional Medical Center
# Emergency Nursing Assessment Record

BOMAN CARL J
07/03/98 EMD 10/20/07
2-14378-3 454557 8Y
97 CRIDER, KAY

Dowman

P.C. Physician notified: N Y ____________

P.C. Physician approved? Y N ____________

Valuables: Ø

ER Room # OC

Method of Arrival: self walk (circled) family w/chair carried friend stretcher cab ambulance

**Hx of Present Illness/Injury:** (Injury circled) Information obtained from: Patient (circled) Family Other

Time: 1827 C/O (R) index finger pain - (+) Bruising + swelling noted Fell last night

Initials: [illegible]

PRIORITY: (circle one) Non-Emergent (circled) Urgent Emergent

| Time in Room: | Last Tetanus: | LMP: | WT: | VISUAL ACUITY: [R] [L] W/GLASSES: [R] [L] |
|---|---|---|---|---|
| 1910 | 4 yr. | — | 79# | |

**ALLERGIES:** NKDA

**CURRENT MEDS:** Ø

| TIME | T | P | R | BP | SAO₂ | MEDS/TX | NURSING ASSESSMENT/CARE |
|---|---|---|---|---|---|---|---|
| 1827 | 98.3 | 61 | 20 | 123/57 | | To WR | |
| 1910 | | | | | | | Sx as above. — BH |
| 1940 | | | | | | | To Xray — BH |
| 20:05 | | | | | | | Returned from Xray — BH |
| 2015 | | | | | | (R) index finger buddy taped pt d/c'd T inst | |
| | | | | | | | to mom pt a/o x3 skin |
| | | | | | | | p/w/D resp reg non lab EB |

PROTOCOLS

- PT. Mgmt. ☒
- Chest Pain ☐
- MI-TPA ☐
- Stroke - TPA ☐
- Ped Fever ☐
- Shortness Breath ☐
- Wound Mgmt. ☐
- Rabies ☐
- Conscious Sedation ☐
- Blood Prod. Mgmt. ☐
- Restraint Mgmt. ☐
- Cardioversion ☐

| INIT | SIGNATURE | INIT | SIGNATURE | INIT | SIGNATURE |
|---|---|---|---|---|---|
| BH | B Hayes RN | | | EB | E Battles RN |

Acuity: III

Add. Pages: Ø

Disposition: (circle one) Home: (circled) Admit Other ____________ Room # ____________

Report Given To: ____________

Time Out: 2015

## CONSENT FOR EMERGENCY TREATMENT

NAME Boman, Carl MEDICAL RECORD

DATE 9/3/98 TIME

1. I (or Mother for Son) knowing that I (or ______ ) am (is) suffering from a condition requiring medical care including diagnostic procedures and medical and surgical treatment by the attending physician, his/her assistants or his/her designees, as is necessary in his/her judgement.

2. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of treatment or examination in the Health Center.

3. I consent to the disposal by the Health Center of any tissues or parts which may be removed in the course of any procedure performed upon me.

4. I understand that the Health Center is a Cooperating Hospital of the Outreach Program of the University of Kansas Medical Center and various residency programs including but not limited to those of St. Lukes Hospital, The Menninger Foundation and the Family Medicine Residency Program of Topeka. I further understand that while under the care of my attending physician, treatment may be provided at his/her direction by the resident physicians and interns enrolled in such programs and consent to the same.

5. Through the services of Stormont-Vail Health Care Corporation Physician Relations Program, I authorize the Health Center to release my medical records to my primary care physician ❑Yes ❑No and/or the referring hospital ❑Yes ❑No and/or health care providers and personnel involved with my care immediately before I was admitted as a patient at Stormont-Vail Regional Health Center. ❑Yes ❑No

6. I authorize Stormont-Vail Regional Health Center and the Emergency Physicians of Topeka, P.A. to release any information or copies of medical records necessary to secure payment for my medical care. I further authorize the Health Center to provide such information and copies to my primary care physician.

7. I understand that I may be treated by either the emergency physician on duty or a private physician with active staff privileges at the Health Center. In the event I am treated by the emergency physician on duty I authorize payment directly to Stormont-Vail Regionai Health Center and the Emergency Physicians of Topeka, P.A. of the benefits otherwise payable to me. I understand I am financially responsible to the Health Center and the Emergency Physicians of Topeka, P.A. for charge not covered by this authorization.

8. This form has been fully explained to me and I understand its conditions.

______ Patient

X Lisa Boman (Authorized signature) mother (relationship)

Tina M Holcomb
WITNESS

(White Copy-Medical Records; Yellow Copy-E.R. File ; Pink Copy-Physician Billing Service)

Boman, Carl

9/3/98

Stormont-Vail HealthCare
Regional Health Center
1500 SW 10th Avenue, Topeka, KS 66604-1353

# EMERGENCY DEPARTMENT AFTER CARE INSTRUCTION SHEET

Your Physician or Physician Assistant today has been: Dr. ( ) Bassett ( ) Peterson (X) Rose ( ) Crider
P.A. ( ) Brosa ( ) Cox

We want patients treated in our Emergency Department and their families to be completely satisfied with the care. If you have questions or concerns, please call 354-6125 between the hours of 8:00 a.m. and 4:30 p.m. Monday-Friday. Thank you very much for using our Emergency Department.

**PLEASE FOLLOW THE INSTRUCTIONS INDICATED FOR YOU.**

**INJURY - SKIN AND MUSCLE**

1. Apply ice or cold pack the first 48 hours. Do not apply ice directly to skin - use cloth or towel. May use heat following this.
2. Elevate injured area to minimize swelling.
3. Apply support (Ace) bandage to extremity, but not so tight as to cause the skin to turn blue, numbness, or tingling to the area below the bandage.
4. Take bandage off at night.
5. Rest injured extremity as much as possible the first 2-3 days.

**SUTURE CARE**

1. Leave the pressure dressing on for 24 hours. Cover the wound with a bandaid as needed.
2. Return here for suture removal in ________ days.
3. Keep the suture line clean and dry. Use water or hydrogen peroxide to remove any crust that forms on the suture line.
4. You may apply an antibiotic ointment to the sutures for several days before coming in for suture removal. This will make it easier for the sutures to be removed.
5. You may gently wash the suture line if needed, but make sure to pat it dry thoroughly.
6. If you should develop any of the following signs, return here or call your doctor: (a) SWELLING, (b) REDNESS, (c) FEVER; (d) RED STREAKING AWAY FROM THE WOUND.
7. Wounds are sensitive to sunlight for several weeks, so avoid prolonged exposure to it.

**FEVER**

1. Give Acetaminophen as prescribed by your physician.
2. Increase the patient's fluid intake.
3. Undress to diaper or use light clothing to allow skin to release heat.
4. Seek help immediately if the child starts twitching (convulsing) or has difficulty breathing.

| Children's and Junior Strength TYLENOL | Drops 80mg/0.8ml Dropperful | Chewable Tablets 80mg tabs | Elixir 160mg/5ml | Junior Strength 160mg caplets |
|---|---|---|---|---|
| 0-3 mos/6-11 lbs | ½ dppr | | | |
| 4-11 mos/12-17 lbs | 1 dppr | | ½ tsp | |
| 12-23 mos/18-23 lbs | 1½ dppr | | ¾ tsp | |
| 2-3 yrs/24-35 lbs | 2 dppr | 2 tab | 1 tsp | |
| 4-5 yrs/36-47 lbs | | 3 tab | 1½ tsp | |
| 6-8 yrs/48-59 lbs | | 4 tab | 2 tsp | 2 cap |

**HOME NEUROLOGICAL OBSERVATION FOLLOWING HEAD INJURIES**

1. Observe for any change in the patient's personality or level of consciousness.
2. Note whether he/she seems confused, repeats questions, is slow to respond, acts abnormally, does not arouse to full consciousness, or differs significantly from his or her normal state.
3. Pupils should be the same size and get smaller when the light shines into them.
4. Examine the patient hourly for a few hours, then every 2 to 3 hours for 24 hours.
5. If you have any suspicions that the patient is getting worse, call or come back to the Emergency Department immediately.

advil

ice

wear buddy tape 5-7 days

follow up with Dr Poller if needed

**Work Status:** ( ) May Return to Work: ( ) Full Duty ( ) Light Duty ( ) No work/school for ________ days

**Given Standard Instructions:** Suture Care ( ) Injury-Skin/Muscle ( ) Fever ( ) Tylenol ( ) Head Injury ( ) After Care ( ) Back Injury ( ) MOHS ( ) Sprains/Strains ( ) Crutches ( ) Have Prescription Filled ( )

For follow-up care you have been referred to: Physician ______________________ Phone ______________

"If you do not have a regular physician and wish to make a follow-up appointment with the physician named above, you should try to make contact with his/her office within 48 hours of your ER visit. The doctor will then try to arrange follow-up coverage for you in his/her office or with a consultant who might be more appropriate to your needs. The date of the appointment should be consistent with the urgency of your medical problems. If you have any problems you are welcome to call us here in the Emergency Department at 354-6100."

I understand the instructions above.

Elizabeth B. RN — Nurse
X [signature] Boman — Patient/representative signature
2015 — Time

Case 4:12-cv-08001-GAF Document 162-9 Filed 09/03/15 Page 4 of 6

Stormont-Vail

**HealthCare** *Radiology* *Consultation Report*

Patient: BOMAN, CARL J.

**Exam Date:** 09/03/1998
**Examination:** 73 140 XR FINGERS Right

**Reason for Examination:** RIGHT INDEX FINGER PAIN

**Impression** : Soft tissue swelling, otherwise negative right second finger.

**Findings:** AP, lateral, and oblique views of the right second finger demonstrate soft tissues around the proximal interphalangeal joint. No acute bony abnormality is identified. There is no discrete fracture. Alignment is normal. There is no evidence of an destructive process.

**Transcribed** 09/04/1998 15:37 BOM **Order** #740385, **Result** #728142
**Radiologist:** JAMES P. WERNER, M.D.
**VERIFIED** 09/08/1998 08:32 **by:** PHILLIP B. SISK, M.D.
0

**Ordering Dr.:** CRIDER, RAY L
cc: _ UNASSIGNED/NONE


**EMERGENCY DEPARTMENT**
**NAME:** BOMAN, CARL J. **DOB:**10/20/1989
**UNIT NO: 454557**
**DATE:** 09/03/1998
**ROOM** NO: EMD

**DEPARTMENT OF RADIOLOGY CONSULTATION REPORT**
**STORMONT-VAIL HEALTHCARE**
**TOPEKA, KANSAS**