MEDICAL RECORDS
225615

# ST. FRANCIS
HOSPITAL AND MEDICAL CENTER
Topeka, Kansas 66606

HOSPITAL ACCOUNT NO.: 1738697
MEDICAL RECORD NO.: 225615

| NS RM / BED | ACM | SEX | MAR | RACE | S/H | SERV | ORSOS NO. | LOS | PT | FC | AC | SRC | CLERK | ADMIT DATE | TIME | DISCHARGE DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ER 1 | | M | D | W | | MED | | | E | 1 | | L | SVA | 9/14/98 | 1619 | | |

**PATIENT**

PATIENT NAME ADDRESS & PHONE NUMBER:
BOMAN. LISA MARIE
1919 SE ADAMS #15
TOPEKA KS 66607
785 235-5746

SOCIAL SECURITY NUMBER: 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
BIRTHDATE: 2/27/68
AGE: 030Y
COUNTY: 89

**EMPLOYER**

PATIENT EMPLOYER NAME ADDRESS & PHONE NUMBER:
SECURITY
785 276-2323

FORMER NAME:
RELIGION:
ACC:
PREV ADM. DATE:
PRECERTIFICATION:

**GUARANTOR**

GUARANTOR NAME ADDRESS & PHONE NUMBER:
BOMAN. LISA MARIE
1919 SE ADAMS #15
TOPEKA KS 66607
785 235-5746

GUARANTOR SOCIAL SECURITY NUMBER: 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
GUARANTOR RELATIONSHIP: A

GUARANTOR EMPLOYER NAME ADDRESS & PHONE NUMBER:
SECURITY
785 276-2323

EMERGENCY CONTACT: MONTGOMERY. KEVIN
EMERGENCY PHONE: 785 549-3459
REL: 5
ADDRESS:

ADMITTING DIAGNOSIS:

COMMENTS: MVA GPD PT STATES HAS NO AUTO INS OR HEALTH INSURANCE

**INSURANCE**

CO. # NAME: 998 PATIENT PAY
INS PLAN: 1 PATIENT PAY
GRP #:
POL #: 440707519
SUBSCR. NAME: L F./M.I.: BOMAN. LISA MARIE
REL. TO SUBSCRIBER: A
SEX: M
REL TO SUBSCRIBER:
SEX:
REL TO SUBSCRIBER:
SEX:

**PHYSICIAN**

ADMITTING PHYSICIAN: COULON. GERARD MD
NUMBER: 584
HOME TOWN HOSPITAL:

ATTENDING PHYSICIAN: COULON. GERARD MD
NUMBER: 584
OTHER PHYSICIANS:
1.
2.
3.

HOME TOWN / PRIMARY CARE PHYSICIAN:

FINAL DIAGNOSIS:

CONSULTANTS:

PROCEDURES:

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

ATTENDING PHYSICIAN

DATE OF SIGNATURE

CHART

POWER OF ATTORNEY DEFAULT
LIVING WILL DEFAULT

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690

EMERGENCY ROOM REPORT

NAME: BOMAN, LISA MARIE
ROOM#: -0000-
ADM: 09/14/98
DIS: 09/14/98
ACCT#: 1738697

MR#: 225615
DOB: 02/27/68
PT: E
MSV: MED

---

CHIEF COMPLAINT: motor vehicle accident.

HISTORY OF PRESENT ILLNESS: Patient reports she was an unrestrained driver of a vehicle that was stopped at an intersection, accidentally hit from the front by a vehicle going a wrong way down a one way street. She reports that the other vehicle was traveling at city street speeds. Vehicle received front end damage and bounced her back into another vehicle. Patient now reports minor cervical strain. Patient denies loss of consciousness, she was ambulatory at the scene, walked without compromise to the nearest phone to call for assistance. She does report a bulls eye on the windshield.

FINDINGS: Vital signs are stable. HEENT exam reveals no evidence of abrasions, laceration or contusions. However, she does have some minor pain on palpation over the forehead. Pupils are equal, round and reactive to light. No obvious scalp trauma. Neck- patient has some minor cervical tenderness in mid cervical spine worse on the right than left. Patient can flex, extend, side bend, and rotate. Has some minor pain which is worse on flexion. Chest- breath sounds are clear bilaterally. Abdomen soft, nontender. Thoracic exam normal.

X-ray of cervical spine negative.

DIAGNOSTIC IMPRESSION: shoulder strain.

DISCHARGE INSTRUCTIONS:
1. Ice packs x 24 hours. Limit activities x 3-5 days. Increase activity as pain allows.
2. Head injury precautions given. Followup with Dr. Teter in 2-3 days if needed.

ID: 000552587
\: wem
/: 008
JOB: 7236
DD: 09/14/98
DT: 09/21/98
cc:01
Dr. Teter

RICHARD A. FITZGERALD, D.O.

GERARD COULON, M.D.

CHART

# St. Francis Emergency Department Record

M.R. No. 00?555?15 Acct. No. 1738497
Name: ROMAN, LISA
Date: ?/16/02
DOB: ?/27/68 Age: 033Y Male ☐ Female ☐
Time: 1617 With: Self ☐ Other ☐

IB IC Acuity I-6 Rm No. 4

| Time | BP | Pulse | Resp | Temp | T O A R | WT. KG. | HT | SAO2 | O2AT |
|---|---|---|---|---|---|---|---|---|---|
| 1612 | 119/70 | 100 | 20 | 98° | | | | 96 | RA |

Chief C/O: unrest. driver

Exam Objective: Adm per AMR: ☐ Board & c Collar

Triage intervention

WR Reass

Triage Class: I II III | Disposition WR UC ED PWR TIME:

Smoke Yes No Triage RN:

Private Physician: Ø | Last Tetanus: <5yrs | LMP

Mode Walk ☐ W/C ☐ Carried ☐ Cart ☒ Ambulance AMR

Allergies: Darvocet N-100

Visual Acuity OD ___ OS ___ O U ___ | Injury Job ☐ Auto ☐ PD ☐

Primary RN Assess: Sig: J. Dodie RN Time: 1612

AMR reports pt involved in a MVC posted 35mph; unrest. driver who was hit head on c heavy front end damage & bounced her back into another vehicle. Reported bullseye high on windshield

Safety Siderails ↑ x 2 ☐ See Addit. NN ☐ Other

Current Meds: Ø

Findings
~ Minor Cervical Strain / c 3/45 worse to Rt

REPEAT VITAL SIGNS

| TIME | BP | PULSE | RESP | TEMP | TOAR | SAO2 / O2AT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Time | Nursing Interventions |
|---|---|
| 1612 | Amb @ scene c HA & nausea. Pt. c/o Rt. side neck pain; HA c nausea. A/O. PERL. MAEW - Rt. knee discomfort. c/o photo-sensitive. ——— JD |
| 1642 | To x-ray in traumex. JD |
| 1720 | Remains in x-ray. JD — see add n/n |

| Time | Doctor's Orders |
|---|---|
| | Ø |
| | soft C-collar GD |
| | Sling (R) arm GD |

X-Ray and Impressions: 3/3 C-spine Negative

Diagnostic Impression per JCAH: Neck/Shoulder - Str

Dictated: [illegible]

Valuables Clothing ☐ Glasses ☐ Other ☐ Given To: Pt Fam

Tim: | Dr.: | Response | Old Records

HEMOGRAM CBC c diff: WBC RBC HGB HCT SEGS BANDS LYMPH MONO PLATE

CHEM: GLU BUN CREAT NA K+ CL CO2 CPK CKMB TROPONIN AMYLASE LIPASE ETOH BHCG

ORDER #: PT PTT INR

ORDER #: DIG LEVEL THEO LEVEL DILANTIN

UA: SPG PH PRO GLU KET BILI BLD UROBILI LEUKO EPITH WBC RBC BACT

ABG: Ph PCO2 PO2 HCO3 O2 AT O2SAT

Discharge Admit ☐ Dismiss ☒ Transfer ☐ Decease ☐ Instruction ☒ Time: 1810 Dr. Referral: Teter

Good ☐ Fair ☐ Serious ☐ Critical ☐

Discharge Instructions: Dx nec... x 1... No work x 2... Head injury... Dr. K. Teter 7-3354

Bed Paged TIME | Admissions | Report | Transport

RN Sig. J. Dodie RN | Dr. Sig. | Mode Ambulance ☐ Cab ☐ Other

EMERGENCY DEPARTMENT SUPPLEMENTAL NURSES NOTES

Pt Name Boman, Lisa

Med Rec #

Date 9-14-98

| Time | Nurses Notes (On-Going Assessments, Interventions, Outcomes) | RN Init |
|---|---|---|
| 1722 | Back from x-ray. | [illegible] |
| 1745 | Gradual ↑ of HOB - tol ā [illegible] but c/o | |
| | Rt. neck discomfort. A/O. | [illegible] |
| 1810 | Sling & soft collar applied. Disc | |
| | instruc to pt & friend ā ques. Left | |
| | Amb ā friend - declined w/c. | [illegible] |
| 1810 | IV site Dc'd ā 250cc NS infused. | [illegible] |
| | | |

Primary RN [illegible] Other RN

ST. FRANCIS HOSPITAL AND MEDICAL CENTER

White Copy: Medical Records
Yellow Copy: Emergency Department
Pink Copy: Referring Physician

MR:000225615

# St. Francis Hospital Emergency Department Discharge Instructions

☐ FEVER: Fever is a normal body defense mechanism. Only when it is excessive (104-106) or prolonged (several days) is it cause for great alarm. Remove child's clothing to expose as much body surface as possible. EXCESS CLOTHING AND COVERING HOLD IN BODY HEAT AND CAUSE TEMPERATURE TO RISE. Encourage ebild to drmk as much clear fluid as possible to replace fluid lost by the high fever. Examples: Coke, Seven-Up (stir up bubbles from these), weak tea witb sugar, apple juice, jello water, broth and Gatorade. Tyleno l, Tempra (Acetaminophcn) is effective in reducing temperature and lessening discomfort; it is not effective on the cause of the illness. You may use it when lemperalure is above 100 degrees taken rectally. It comes as tablets, elixir or syrup drops. The drops have a stopper marked in 0.1 ml levels. Dosage ranges should be listed on the bottle. Dose may be repeated every four hours as long as fever persists. If temperature remains above 102 degrees after Tylenol, norify a doctor.

☐ WOUND CARE: Kecp the wound clean and dry. If the wound accidentally becomes soiled, clean it as soon as possible with mild soap and water using a patting motion. Do not rub. Then pat dry completely. Despite the best cart, any wound can become infected. If your wound becomes red, warm, swollen, shows pus. red streaks or feels more sore instead of less sore as days go by or you begin to run a fever, contact your doctor immediately to check for infection or return to the Emergency Department if you cannot contact your doctor. If the wound is dressed, a clean dressing should be applied whenever it becomes soiled unless otherwise advised by the Emergency Department nurse or doctor. Your sutures (stitches) are to be removed in____ days or on__________ (date) to avoid infection. Contact your doctor today to make an appointment to arrange for suture removal or return to the Emergency Department to have the sutures removed between the hours of 1:00am and 11:00pm.

☐ EYE CARE: Keep the eye patched for 24 hours. Your eyelid should remain tightly closed beneath the patch. If the patch comes loose and cannot be reinforced during the 24 hour period, return to the Emergency Department. Do not rub the eye or patch. If your eye, beneath the patch, becomes increasingly painful during the 24 hours while patched, call the Emergency Department al 295-8090 or return to the Emergency Department for a recheck.

☒ HEAD INJURY: You may take Tylenol (Acetaminophen) for headache. Contact your doctor immediately if anyrhing listed below occurs:
- inability to awaken the patient (someone should awaken the patient every four hours during the night of injury). Name of person__________
- garbled speech or any other difficulty that occurs in talking.
- stumbling or inability to use the arms or legs or trouble walking.
- unusual behavior, personality change or confusion.
- any trouble with vision.
- unequal pupils (one large and one small).
- persistent vomiting, nausea, stiff neck or fever.
- increasing headaches during the first 24 hours.
- muscle weakness.
- increased drowsiness or unconsciousness.

☐ CHEST PAIN: You have been evaluated for chest discomfort and even though you are being allowed to go home, please follow these instructions. Rest at home today. Take medication as prescribed and instructed. Return to the Emergency Department if 1) chest pains, heaviness or pressure should develop and last longer than several minutes. 2) you have known angina and your chest discomfort is worse. lasts longer, comes on with less exertion, or is not relieved by the usual amoupts of nitroglycerin. 3) you develop any shortness of breath, sweats, or nausea with your chest discomfort. 4) your chest discomfort seems to have traveled to either of your arms, neck, back, jaw, or stomach.

☐ VOMITING AND DIARRHEA: Vomiting and diarrhea are frequently signs of an illness, gastroenteritis. While some gastroenteritis may be caused by bacteria, most are due to a virus. If a lot of fluid is lost through vomiting and diarrhea, signs of dehydration (fluid loss) may be present. These may include loose, wrinkly skin, weight loss, dry mouth, infrequent urination, sunken eyes, laziness or sunken soft spots on a baby's head. If any of these signs are present, you should contact your doctor or return to the Emergeney Department. The first rule to follow is NO WHOLE MILK or FULL STRENGTH FORMULA until the symptoms have disappeared. First day • Give only CLEAR LIQUIDS. These include commercial hydration fluids, i.e. Pedialyte, Ricelyte, Home rehydration fluids (I quart water, plus I teaspoon salt, plus one tablespoon sugar), water, juice, jello, or Seven-Up. You should give the liquids in very small amounts (sips) until the stomach can hold down larger amounts. Second day- Clear liquids, plus ripe bananas, potatoes, rice or rice cereal made with water, and applesauce. You must increase the diet slowly 10 avoid a setback. If there are persistent signs of dehydration (fluid loss) or increased abdominal pain, blood in stool (blood in bowel movement), or blood in vomit, be sure to contact your physician or return to the Emergency Department.

☐ **SPRAIN, FRACTURE OR SEVERE BRUISE:** Keep the injured area elevated to lessen swelling. Handy things to use are pillows, chair cushions and blankets. Ice packs also prevent swelling during the first 24-48 hours. Use plastic or rubber bags, cloth covered, to keep the splint or dressing dry. Apply ice packs for 15 minutes out of every waking hour. If you have an elastic bandage, rewrap it if too tight or too loose. Definitely loosen if increased swelling or discoloration of the affected area occurs. Do not walk on leg splints. Wiggle toes or fingers to prevent swelling in the splint. This should be done often if it does not cause pain. If the part swells or gets cold, blue or numb, or if pain increases steadily, loosen bandage immediately and have it checked promptly by a doctor. Rest the affected area and avoid strenuous activity. Keep all rings off fingers, injured arms or hands. If you have problems, contact your doctor or return to the Emergency Department. If using an arm sling, keep hand higher than elbow. Do not allow to dangle. X-RAY INFORMATION - If you had an x-ray while at the Emergency Department, the Emergency Physician will make an emergency interpretation of your films. However, these films will have final interpretation by a Board Certified Radiologist, usually the same day or within hours. If a difference is found between the interpretation of the two doctors, you and/or your doctor will be promptly notified. If you have questions or problems concerning your x-ray, you may call 295-8090 or 295-8011. Sometimes fractures or abnormalities may not show up on x-rays for several days. If symptoms persist or get worse, more x-rays may have to be taken.

☐ TREATING YOUR CHILD'S COLD: Colds arc common among children, The cold may make the child uncomfortable., but if it is treated promptly and properly, it need not be a cause to worry. Colds are caused by virusesand no 'shot" will cure an uncomplicated cold. SYMPTOMS OF A COLD mclude: 1) Nasal congestion with stuffiness and runny nose. 2) Cough -may be worse at night • may persist for one (l) to two (2) weeks. 3) Fever, especially the first day or two • fever may go up or down. 4) Poor appetite. 5) Irritability -may cry a lot. 6) May have loose stools or vomiting the first day or two. TREATMENT OF A COLD includes: 1) Give Acetaminophen (Tylenol, Tempra, other trade names) for aches and fever (see instructions for treating a fever). 2) Encourage fluids, especially clear liquids (soda pop without bubbles in it, jello, tea, broth or Gatorade). 3) Do not overdress the child. Use light clothing. REASON FOR CONCERN • Call your physician if: I) Fever lasts for more than two (2) days. 2) Breathing difficulties occur. 3) Coughing up green or yellow phlegm that has a bad odor. 4) Child develops any symptoms or looks sicker than you think they should.

☐ EAR INFECTION:* I) Do not put drops, oil or water in your ear except as directed by the doctor. 2) Pain is best relieved by taking Tyienol and laying the affected ear on a hot water bottle. 3) You should see the physician of your choice in one week even if you no longer hove pain; some infection may still be present.

☐ CULTURE RESULTS: Your culture results will be reported between 48 and 72 hours from now. You may obtain your results by contacting the physician to wbom you were referred. We will contact you if you need a change in therapy.

**IF YOU HAVE FURTHER QUESTIONS REGARDING YOUR ILLNESS OR INJURY PLEASE CALL YOUR FAMILY PHYSICIAN FIRST. IF YOU ARE UNABLE TO REACH YOUR PHYSICIAN PLEASE FEEL FREE TO CONTACT THE HOSPITAL EMERGENCY DEPARTMENT (913) 295-8090. THE EMERGENCY EXAMINATION AND/OR TREATMENT YOU HAVE RECEIVED IS NOT INTENDED AS COMPLETE MEDICAL CARE. FOR YOUR PROTECTION AND TO AVOID POSSIBLE COMPLICATIONS, YOU ARE ADVISED TO FOLLOW THE INSTRUCTIONS THAT HAVE BEEN GIVEN YOU BY THE EMERGENCY ROOM.**

Ice packs for 24 hours [illegible]

No work for two days

**Call or return to the Emergency Department (295-8090) if problems or questions.**

You are referred to see: [illegible] **Please call within 48 hours if this is a new referral.**

I have read and understand the above instructions [signature] / [signature] Date 9/14-94

Rev. 4-97

St. Francis
Hospital and Medical Center

1700 WEST 7TH STREET
TOPEKA, KANSAS 66606

785 295-8011
785 295-8539 (FAX)

DEPARTMENT OF RADIOLOGY

BOMAN, LISA MARIE
(0000)000225615  Sex: M
DOB: 02/27/1968  30 YRS

Location: - (E)
Accti 1738697  Dschg: 09/14/98
Ord Phy: COULON, GERARD MD

Dr: COULON, GERARD MD
Dr:
Dr: TETER, KENNETH E MD

Dr:
Dr:
Dr:
Dr:

**DIAGNOSTIC RADIOLOGY**

| EXAM | DATE | TIME | REASON FOR EXAM |
|---|---|---|---|
| CERVICAL SPINE MIN 4VIEW | 09/14/98 | 1728 | MVA/INJURY/PAIN |

IMPRESSION:
Normal cervical spine.

FINDINGS:
AP, lateral and oblique views of the cervical spine show that the laminae, pedicles, processes, lateral masses, neural foramina, intervertebral joint spaces, and vertebral bodies are normal. The odontoid is intact. There is normal alignment of the vertebral bodies. No soft tissue abnormalities are seen. No fractures or destructive lesions are identified.

JPW/sdh

JAMES P. WERNER, M.D.
Electronic signature

T/ 09/16/98 (rdh)
S/ 09/17/98 (JPW)

| EXAM | DATE | TIME | REASON FOR EXAM |
|---|---|---|---|
| SHOULDER RIGHT 2VIEW | 09/14/98 | 1728 | MVA/INJURY/PAIN |

IMPRESSION:
Normal right shoulder.

FINDINGS:
Internal and external rotation views were obtained. No fracture, dislocation, or other abnormality is identified.

JPW/sdh

JAMES P. WERNER, M.D.
Electronic signature

T/ 09/16/98 (rdh)
S/ 09/17/98 (JPW)