**DECARATION OF KEVIN MONTGOMERY**

I, Kevin Montgomery, declare as follows:

Lisa Montgomery is my wife. When I married Lisa in 2000, I knew she had a lot of problems but I really hoped and prayed that I could help her and her children live a better life. I didn't understand much at all about mental illness, and she didn't either. I have learned a lot about it since Lisa has been on medication and has been treated by doctors, but I still cannot figure out how things went so wrong in 2004.

Lisa's life growing up was totally different from my life. My parents are very solid, hard working, church going people who were dedicated to our family. My brother and I were born and grew up in Oklahoma in a pretty small town where everyone knew each other. My parents taught me and my brother values based on the Bible and made sure we attended church as a family. My parents made sure we got an education and training so that we could work and support ourselves. We had friends and family in church, school, and town. People knew who we were and respected us because my parents were very honest and trustworthy. As a child, I knew that if I ever needed help, I could go to my parents and they would protect me.

I am probably the first person in Lisa's life who genuinely wanted to protect her and keep her safe. When I first met her I didn't know how difficult that would be.

I met Lisa when I was 38 years old and worked for Essex Company in Topeka, Kansas. I lived in Melvern, Kansas, where my parents, Roger and Joy Montgomery, reared me and my brother, who died from AIDS in 1987. I was an electrician, a job I enjoyed ever since graduating vocational technical school as a carpenter and then changed to being an electrician. I had a

pretty good job and got along with my coworkers and supervisor. I had three sons: Derek Scott (DOB [redacted]); Dustin Garret (DOB [redacted]); and Dylan Kale (DOB [redacted]). My sons lived with my former wife Lori. Lori filed for divorce December 3, 1997, and the court awarded joint custody. I paid child support of $524/month. Our divorce was granted June 12, 1998.

The divorce was difficult to go through, and I worried a lot about losing touch with my boys. At first, I thought it was important for the boys to be with their mom, but when I learned that Lori, their mom, planned to move with the children to Osage, Kansas, 20 miles away, I asked the court for residential custody. It was important to me that the boys live a stable life in the town they were born in, close to me, their grandparents and their friends. The court turned down my request for residential custody in October, 1998. Lisa was going through a similar situation with her marriage.

Lisa worked as a security guard where I worked and talked with me when she made her rounds. She was very pleasant to me, but it was not an accident that she stopped by. My co-workers pushed Lisa my way because they knew I was recently divorced, and Lisa was single also. Lisa and her children lived at Hector Ochoa's place in Topeka. Hector watched the kids while Lisa worked. Lisa didn't have any other choice for babysitting, and I felt badly for her. Hector was pleasant enough but he was a drunk.

I took Lisa to breakfast for our first date. I could not afford an expensive date, but Lisa did not mind a bit about where I took her. I was impressed that she was not a materialistic person at all and appreciated going to breakfast. We started dating on weekends, and we tried to involve her kids and mine. We went camping, went to local festivals, and went to ball games. We did most family things that did not require a lot of money but were fun for the children. It was quite an undertaking when we went out with our seven children, and they enjoyed the

activity. Lisa liked for us to go the library and museums because she was full of ideas. I loved how active and interested she was in everything and thought it was good for my boys to be around her. Later on, of course, I learned it wasn't possible to keep up with all her ideas, but in those early days it was exciting and fun.

I started thinking that something was seriously wrong when Lisa had severe migraine attacks. They knocked her to the floor. She could not do anything – anything at all. She could not get out of bed, talk, eat, or read. She lost all her energy, and she normally had a lot of energy. It was almost impossible to keep up with her at times. When we first met, her migraines occurred a couple of times a month, but they got much worse after we married. She was almost paralyzed by them and stayed in bed for days. Sometimes her migraines hurt so badly she cried.

As I spent more time with Lisa, I learned that migraines were not the only problem that she had to handle. Her family was a mess, and her siblings had serious problems. Lisa's mother had been married many times. Lisa's sister Jerri Jo and her husband were separating in California, as was Patty in Ohio. Lisa's brothers Tommy and Teddy were using drugs. I learned that Jack Kleiner, one of Lisa's step fathers, had sexually assaulted her for years in a special room he built for that sat off from the trailer. Lisa told me about Judy trying to take her children away from her. Everything I learned about Lisa and how her family treated her became a reason for me to rescue her and give her a better life.

My parents had reservations about me and Lisa marrying. They wanted me to wait longer and to take time to learn more about her previous marriage and divorce. All we really knew about Lisa' prior marriage was that her ex husband, Carl, did not pay child support. They talked to me about the challenges of blending families and how it would cause problems. They knew how hard it was on me to have my children move away and not be able to see them. They

wanted to protect me from making another bad decision. They also liked Lisa and saw how happy I was with her when we started dating.

I ignored Lisa's mood changes and thought they were normal in light of what she had been through. Some things bothered me more than others but I looked the other way. She moved around a lot without much thought to where she lived. If an idea hit her, she did it. She did things without thinking about them. Lisa is much smarter than I am, so I just tried to keep up with her.

Two of her children lived with her, and two lived with Carl, her ex husband. It was a whirlwind to figure out weekend visits and who went to what school when we first started knowing each other. I hoped getting married, settling down, and having a permanent home to live in would be a big help to Lisa. Carl and Lisa needed to be involved in each other's lives, just like Lori, my former wife, needed to be involved in my life with Lisa. It never worked out, though. Emotions got the better of us and we fought over everything from child support to medical care and visiting schedules.

By 1999, I noticed that something wasn't quite right with Lisa. She was sick, run down, and worried. She told me she was pregnant with twins. I was not happy about the pregnancy and did not believe in having children outside of marriage. I did not consider ending the relationship because I loved her very much. Lisa decided she was going to New Mexico to have an abortion, but I was not sure about it. Lisa was determined, though, so I gave her some money to go to New Mexico for the abortion. When she returned, she was not relieved. She seemed very depressed.

I used to drive about three hours to see Lisa on my days off, and knew I was deeply in love with her. Six months later, Lisa told me she was pregnant again and was going to take care

of it by brewing and drinking a concoction of Penny Royal leaves over a couple of months. She told me the concoction was successful and she had miscarried. I was upset and had mixed feelings. I didn't approve of abortions but we could not afford another child and were not married. Lisa told me that at one time she gave birth to a baby named Sarah. Someone took her baby from her a long time ago, and her family hid the baby from her. Lisa was on the computer all the time, looking for her lost baby.

Lisa and I married March 23, 2000, in the Burlington, Kansas, courthouse in front of Judge Fromme, who forgot he had a wedding and was late. All our children were present, along with my parents, aunt and uncle. Only one friend was present for Lisa besides her children. Judy, Lisa's mother, didn't attend the wedding but held a "get-together" at her home in honor of our wedding after the wedding day. Judy's party celebrating our wedding was a disaster. Lisa's family argued, bickered, and made the whole thing unpleasant. Lisa and I left early to avoid the trouble. My parents left early too.

We had to live on a tight budget, but Lisa had been so poor all her life she thought we were doing much better than we were. I let Lisa manage the budget, a big mistake that led to me filing bankruptcy. We went into debt way above our means to pay but we had very little to show for it. I still don't know what Lisa did with the money. It got worse and worse, especially when I lost my job. Lisa worked as hard as she could, but she did not have a skill or trade that let her earn more than minimum wage. Our finances were a catastrophe by the second year of our marriage. We even fell behind in taxes. Carl seldom had enough money to pay child support, and Lisa was back and forth with the courts about trying to make him pay. I didn't know how bad off we were because I stayed busy working and trying to keep up with Lisa and our kids.

Lisa came up with big ideas that sounded exciting but they were not very realistic. We rented a neighbor's family farmhouse on October 1, 2001, for $400 a month. It was a beaten up two story old farm house that needed paint, flooring and window repair. Lisa thought we could repair it and make it wonderful, but I certainly never had the time to take on a massive construction project. Lisa and I are both hard workers, she ended up with three jobs, and I worked as many hours as they'd pay me.

One of Lisa's big ideas was to plant a garden and raise all our food that required all of us to work extra hard. At first, we kept up with the garden but that last year, it went untended just like everything else. Most of Lisa's ideas didn't pan out because we simply could not keep up with her and go to work and school. For instance, it sounded healthy and economic to keep a goat for cheese and milk, but no one had time to take care of the goat. The same thing for chickens. Between working 12 hours a day, taking care of house chores, and raising kids, we didn't have time to run a farm. Lisa didn't notice because before one project failed she was off on another project like making homemade old fashioned dresses for her and the girls.

Some of Lisa's ideas were fun, and I loved living with her. Some days she had a ton of energy and nothing could keep her down. Other days a black cloud came over her and nothing I could do helped her. As I learned more about what she had lived through as a child, I tried to be more understanding of her moods. I also saw how her mother and her sisters and brothers ganged up on her, sometimes just out of pure meanness, and made her feel bad.

Lisa could not talk about problems for very long. Sometimes, when I tried to talk to her about difficult things – like finances or the house or problems with the kids – she got a blank look on her face and didn't respond. I wondered if she was day dreaming. I could tell she didn't hear me; it was like she wasn't even there. Sometimes I had to repeat what I said to her, and she

acted like she had never heard it before. She really lived in her own world a lot of the time. I learned to look at her to see if she was with me or off someplace in her head. She lost herself in reading for hours at a time. The kids teased her about it. It was more than being absent minded or not paying attention. She was in her own world that we couldn't see.

With so many kids around the house, Lisa made plenty of trips to the doctor and emergency room. The kids had rashes, asthma, stomach aches, broken bones, and cuts. Something always required fixing. Desiree, the oldest child, did a lot of the house chores, babysitting, and cooking, especially because Lisa had so many headaches. After Lisa started working at Greyhound, Desiree had to take over even more of the household work.

My former wife decided the conditions in our home weren't appropriate and she stopped sending the boys for scheduled visits. I tried to make it up to my boys when I did see them, but Lisa got upset and thought I favored them over her children. It was very difficult to know how to please everyone in the family. Sometimes, nothing bothered Lisa and everything went smoothly. At other times, though, she was so moody we had to walk on eggshells not to upset her. Anything could set her off on a crying jag, or she'd withdraw to her room. She stayed in her rooms for days, not talking, leaving, or interacting at all. She read and read, book after book. Sometimes she read the same book over and over. Now I know that was depression, but at the time I couldn't make any sense of it.

Money was always a problem and created hard feelings all the way around. In 2001, my ex wife asked the court for increased child support since I was working and earning almost $50,000 a year. I asked the court to consider that I also had to support Lisa and her four children; even though Lisa worked, she made very little money. I also asked for more time visiting my sons. The court increased my child support to $900 a month.

Lisa wanted to have more children, but I thought we had enough. It was all we could do to keep up with and provide for those we had. I did not like to argue with Lisa. She had been through a lot in her life, and I didn't want to cause her any more grief. I decided if she got pregnant, we could handle it. Lisa tried hard to be a good mother. It was important to her to be a good mother. Sometimes, she couldn't handle the pressure. She changed from happy to sad in a second. She tried to use reason and logic when she disciplined the children, but her emotions got away with her more than once. Once she lost control, it was a crisis. It was almost impossible to talk her down. She eventually calmed down, but then she withdrew for days.

Then she might suddenly come up with a new plan of some kind to do something different, like when she came up with the plan to raise dogs for sale. I never thought the dog idea was very good, but Lisa is a lot smarter than I am and convinced me she had done all the research. In her plan, she could earn up to a couple of thousand of dollars a month raising those dogs. I didn't go behind her and check all her numbers or even try to argue her out of it. It didn't seem like it could hurt anything, but I was sure wrong.

I worked and left the house keeping to Lisa and her girls. Lisa wanted to teach the girls responsibility and homemaking. The girls, especially Desiree, tried their best, but they were too little to do grownup things. Lisa went from one project to the next and didn't pay attention to the basics, like taking care of the house. It got pretty out of hand, dishes piled up, garbage sat around, and floors stayed dirty. I went through a pretty rough time when I lost my job and our income sunk. I went from this job to that job and earned half as much as I had previously. The last thing I could worry about was the house.

Lisa and I tried to have good relationships with each other's children, but the kids sometimes thought we were unfair. My oldest son Derrick resented any rule by Lisa, but my

younger boys grew to love her. My middle boy had ADHD, and I disagreed with my former wife about the best way to treat it. She wanted to give him medicine, but Lisa did research on the internet about it. A lot of people, including doctors, don't think that medicating children is the best solution to the problem. It became a real bone of contention between Lori, my ex, and Lisa.

Early in our marriage, Lisa told me she found the baby her mother had taken from her and adopted out. Lisa wanted to contact the baby, but I talked her out of it. By that time I was beginning to get a picture of how manipulative and mean Judy was, so I didn't have any trouble believing that Judy did something like that.

In 2001, we had our highest income ever, but things were falling apart. Her migraines increased, and she was barely able to do anything many days. She went to the doctor, but they never gave her anything that worked. I still had to go to court to get my visiting rights with my boys, and Lori wanted more child support. Lisa worked nights, I worked days, and we didn't see each other much. I just put it in the back of my mind.

Lisa spent hour after hour on the computer when she was home. She had two friends from high school, Lori Blalock and Carl McClain, but she didn't make new friends other than some of the people she met at work. Lori and Lisa stayed in touch a lot, and Lori gave Lisa's email to Lisa's old boyfriend from high school, Carl McClain. I knew they were talking and even seeing each other, and I admit I was a little jealous. I got together with Carl and we went fishing together. We talked about Lisa and him. Carl let me know that nothing sexual happened between them, and that nothing would happen because Lisa was married.

In 2001, Lisa spent too much time on the computer when she was home. Desiree started high school and made pretty good grades. Lisa's children liked school. Neither Lisa nor I went to school functions like the PTA; we just didn't have the time. I realized that Lisa was drinking, and I tried to talk her out of it. She was under a lot of stress. We argued about her drinking, but she just blanked out and went into her own world.

Lisa was very close to her cousin Wendy Treibs who lived in Texas. Lisa admired her because Wendy went to college and studied to be a nurse. Lisa told me that Wendy home schooled her children, had eight children, and was a very devout member of the Pentecostal Church. Wendy dressed very conservatively, and Lisa started dressing like Wendy.

In 2002, Lisa told me she was pregnant again, but she did not go to the doctor right away. I figured she knew her own body and knew if she were pregnant or not. When Lisa told me she finally went to the doctor, she also told me that the baby had complications with blood and that her body was rejecting the baby. I believed what Lisa told me. I never questioned whether or not she was pregnant. The due date was sometime in May 2002. As it got closer, I worried more and more and demanded that we go to the doctor together. Lisa and I had a huge fight, and Lisa took off by herself. She was gone six hours and returned in so much pain I had to help her out of the car. Lisa told me the baby died and was donated to research. I wanted the baby's ashes, but every time I brought it up it caused an argument, and Lisa threatened to leave me. I stopped asking about the baby to keep the marriage together.

Our money situation got worse and worse. We argued over everything. I tried to keep quiet because I just could not understand Lisa. We also argued with my ex wife a good deal. I wanted to be in control of my sons' medical care, but Lori claimed I did not give Dustin his medicine. Dustin had a difficult time in school, and I wanted him to come and live with me and

Lisa. Lisa agreed without hesitation – she was a very compassionate woman. She knew how much I wanted to take care of my son and she knew he had problems. She got very upset with my wife and wrote her an email accusing my wife of not putting the boys' needs first.

Lisa thought we should go to family counseling, and I agreed. In the spring of 2002, we went a few times, but I never really understood the purpose of it. I went because Lisa wanted me to go, and I tried to do whatever I could to make her happy. Lisa was getting more and more depressed. She didn't want to do much of anything at times. My dad fussed at her for not attending the children's sports games, so she went, but her heart wasn't into it. We didn't have friends as couples. Lisa went to church some, but not enough to be part of any group.

It was impossible for me to keep up with child support, and the court finally reduced the amount I owed from $900 a month to $584 a month in 2002. My ex wife and I had to participate in family counseling.

Even though Lisa and I were very strapped for money, she had a big heart and invited her brother Teddy, his wife, and their new baby to live with us. Lisa did everything she could to save Teddy and his family from drugs. She helped get him into a drug treatment program, visited him, and encouraged him and his wife to give up drugs. We took them to church with us, and my dad helped get them a car. Ultimately we failed, and Teddy went back to prison. Lisa was heartbroken and worried that Teddy's baby would be given to Judy. There was a long custody battle and Lisa tried to convince the court that Judy was not a fit mother, but she failed. The court gave custody to Judy.

The custody battle created a lot of stress for Lisa and our family. I am not a violent person and I try to follow the law. Nothing prepared me for how Lisa's family treated her. Her brother Tommy got involved and threatened to kill Lisa, and we had no choice but to go to

the police. Tommy has a very violent past and has even attacked Lisa's mother. Lisa's mother shut Lisa out of her life after Lisa urged the court not to grant custody to Judy. Lisa's siblings lined up with Judy and turned their back on Lisa.

At the beginning of 2004, I hoped our family situation would improve. I found a job again and, although it paid much less than I made back in 2001, I was hopeful. My child support increased from $389 a month to $553 a month plus $165 a month for back payments. It looked like Carl would never be able to pay child support; he was permanently disabled from an injury to his arm and elbow. Lisa held three jobs, so her income increased, but she seemed more distant and more in her own world.

The house fell apart. The garden went untended. Lisa moved the dogs indoors when it got cold but she didn't house train them. They went to the bathroom all over the house and no one cleaned it up. In the middle of all of it, Lisa said she was pregnant again. The last thing I wanted to do was upset her. She became obsessed with dog breeding. Nothing else caught her attention.

I didn't want to tell people Lisa was pregnant because of all the trouble we had with the other pregnancies. I tried not to think about it and not to upset Lisa. I felt pretty bad that I wasn't able to earn enough money to support us. If I made anything extra, it went to child support. Lisa was confused and said one thing one day and another the next about the baby's due date. She said she was carrying twins and then said she was carrying only one baby. I wondered if she had somehow tricked me but I didn't want to make an issue of it.

I worried about Lisa. She was very moody, she did not clean the house, she spent too much time on the computer, paying too much attention to the dog breeding business, and she wasn't paying the bills. She was not able to make sure the family's animals were fed or cared for.

Lisa fretted and worried about her children spending time with their father, Carl, and if they had enough food. She did a couple of really bizarre things in light of how strapped for money we were. When she worked at Greyhound, Lisa brought strangers home from work who didn't have a place to stay. The strangers were always women with children who had no money or another place to stay. They stayed one night and left.

My parents tried to talk to Lisa about her strange behavior. My dad believed Lisa had a psychological problem, and he tried to get her to change her behavior. I figured it was the price to pay for living with such a strong, caring and interesting woman.

In mid summer, the worst possible thing happened. Lisa's friend, Lori Blalock, was in a motorcycle accident and in a terminal coma. Lisa visited her and went back to the hospital when they took her off life support. Lisa never recovered. Her grief overwhelmed her. She was on edge, irritable, and short tempered. Lisa was afraid of everything. She thought she would lose custody of her kids. She believed Carl was a murderer. She got stuck on things and worried and worried about them. She threatened to take the children and leave. She went further and further into her own world. She wasn't happy. She didn't sleep. By December, I wondered if I had lost her forever.

I was in shock and in a daze after Lisa was arrested. It is still difficult to believe that we have been through this. Legal proceedings were brand new to me and I depended on Lisa's attorneys to guide us through it. Lisa was very suspicious of the attorneys and afraid to trust them. The jail gave her a lot of medication that affected the way she acted and thought and calmed her down, but she still did not trust her attorneys until Judy Clarke became one of her attorneys. Judy treated Lisa with respect and honesty, and Lisa started to trust her. Lisa told me many times that she was very relieved she had Judy on her side and working on the case. Lisa

had a lot of confidence in Judy and her ability to advise her about the best thing to do. I was very happy when Judy came on the case and I saw how important it was to Lisa to have someone she trusted as her attorney.

All that changed, though, when one day Lisa called me out of her mind with grief and fear. I could barely understand her because she was so disturbed and upset. She told me Judy was not her attorney anymore and she didn't understand what had happened. Lisa was desperate and irrational. I thought she was going to kill herself. I called (Holly Jackson/Judy Clarke) and tried to figure out what to do and what had happened. Lisa wanted Judy to continue to be her attorney, but no one asked her what she wanted or told us what had happened. It was very confusing, and I don't think Lisa recovered from it. She did not know who to trust, and she did not understand why she could not have Judy as her attorney.

During the trial, Lisa did not look like or act like herself. She was so medicated, she looked like she did not care about anything. She looked like she was a cold, uncaring person, which is very different from the kind of person Lisa is. Lisa is very compassionate and she has deep emotions.

I would have testified to all the things above at Lisa's trial. I wanted the truth about Lisa and her story to be told.

I declare under penalty of perjury that the foregoing is true and correct this fifth day of February, 2013.

Kevin Montgomery