SCHL- 5320 EISENHOWER MIDDLE SCHOOL

| LAST | FIRST | MIDDLE | APP AKA | FORMER | SSN | EXT ID | ALIAS | STDT ID |
|---|---|---|---|---|---|---|---|---|
| BOMAN | DESIREE | NICOLE | | | 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 | | | 444947878 |

| CONTACT | TYPE | ADDRESS 1 | ADDRESS 2 | CITY | ST ZIP+4 | GEOCODE |
|---|---|---|---|---|---|---|
| | R | 01919 SE ADAMS ST | 15 | TOPEKA | KS 66607 | |

| SEX | RACE | BIRTH | BIRTH PLACE | ST | CO | VER | HOME PHONE | PUB HOUSEHOLD DIS SCHL | PL | SL | HM | LP | SURV | CH | RE | MS | MC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F | W | 01/11/1987 | TOPEKA | KS | US | Y | (785)235-5746 | | EN | | EN | ZZ | / / | | Z | | |

| ECODE | EDATE | SCHL | GRD | CL | THM | HMRM | TM | ASG-SCHL | WCODE | WDATE | CSL | LN | LCKR | COMB | GRAD-PL | PS | EARLY | MSRTS # | MIG | FI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E00 | 09/01/1998 | 5320 | 06 | 01 | | | | | W51 | 05/21/1999 | | | | | | | Z | | | |

TYPE ELG APP DATE PRT ELG DATE TCKT # AUDIT WTH DATE TRANS: YEAR ROUTE AP STOP C E YEAR ROUTE AP STOP C E

| CD | NAME | HM PHONE | WK PHONE | EXT# | CN | PU | CS | RL | HOUSEHOLD |
|---|---|---|---|---|---|---|---|---|---|
| 01 | BOMAN, LISA | (785)235-5746 | (785)276-2150 | | P | Y | Y | MR | |
| 02 | BOMAN, CARL | | | | P | Y | Y | FR | |
| 05 | HECTOR OCHOA, | | | | E | N | N | OT | |

EXAM EX DATE IMM STAT DOCTOR PHONE RISK

| | EX | DOSE-1 | DOSE-2 | DOSE-3 | DOSE-4 | DOSE-5 | | EX | DOSE-1 | DOSE-2 | DOSE-3 | DOSE-4 | DOSE-5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DPT | | | | | | | MMR | | | | | | |
| DT | | | | | | | MEA | | | | | | |
| TD | | | | | | | MUM | | | | | | |
| POLIO | | | | | | | RUB | | | | | | |
| HIB | | | | | | | HEPB | | | | | | |
| VAR | | | | | | | VRD | | | | | | |
| VMENG | | | | | | | | | | | | | |

HEALTH CODES:

ELIG: FTE-1 FTE-2 FTE-3 FTE-4 PRIDE: MATH SCI SOCTY WRTNG BACCL: FTE SCRE CEEB OTHER: MISC1 MISC2 MISC3 MISC4

(Section 1) TOPEKA PUBLIC SCHOOLS—UNIFIED DISTRICT NO. 501

Pupils Legal Name: ~~Bowman~~ Boman (LAST) Desiree (FIRST) N (MIDDLE) | F (SEX) Pupils Number 44494 7878

Enter Change of Name ______

Entered Topeka Public Schools 9-9-98 (DATE) 307 (SCHOOL)

Birthdate 1 (MO.) - 11 (DAY) - 87 (YEAR) Birthplace ______ (CITY) ______ (STATE)

Father's Name Carl Boman Mother's Name Lisa Bowman *Pupils Home Address 1919 SE Adams #15

Guardian ______ Relationship ______ Address ______

Number of other Members in Family 1 Brothers 2 Sisters ______ Other ______ Relationship ______

(Section 2) ELEMENTARY SCHOOL

ATTENDANCE AND SCHOLARSHIP

| School Year | 19- | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Assignment | Yr. | Pre-K | K | 1 | 2 | 3 | 4 | 5 | 6 |
| Age | | | | | | | | | |
| Days Present | | | | | | | | | |
| Days Absent | | | | | | | | | |
| Times Tardy | | | | | | | | | |
| Reading | | | | | | | | | |
| Writing | | | | | | | | | |
| Arithmetic | | | | | | | | | |
| Spelling | | | | | | | | | |
| Language | | | | | | | | | |
| Social Studies | | | | | | | | | |
| Science | | | | | | | | | |
| Health and Phys. Ed. | | | | | | | | | |
| Music | | | | | | | | | |
| Art | | | | | | | | | |
| Assigned Next Yr. | | | | | | | | | |
| Assigned To Reading Level | | | | | | | | | |

Schools Attended Other Than Topeka Public Schools—Yr.

TEACHER

RECORDING SCHOOL

(Section 4) *Enter any change of address below

WITHDRAWAL, TRANSFER, RE-ENTRY, CHANGE OF RESIDENCE

| DATE | FROM SCHOOL | TO SCHOOL | CURRENT ADDRESS |
|---|---|---|---|
| 9/9/98 | New Mexico | Eisenhower | |
| 11/18/98 | Eisenhower | Truancy | |

(Section 5) ELEMENTARY PRINCIPAL'S OR TEACHER'S COMMENT

(Section 6) JUNIOR HIGH SCHOOL RECORD (GRADES 7-8)

INTELLIGENCE, APTITUDE AND ACHIEVEMENT TESTS

| DATE | GR. | NAME OF TEST | FORM | C A | M A | I Q |
|---|---|---|---|---|---|---|

# Iowa Tests of Basic Skills

**Service 12a: All Norms Interpolated**
**Individual Performance Profile**

| | | | |
|---|---|---|---|
| Student: | BOMAN, DESIREE | | |
| I.D. No.: | | Grade: | 4 |
| Class/Group: | KEMPER ROELLEN | Level: | 10 |
| Building: | CNAPARRAL ELEM | Form: | K |
| Bldg Code: | 42-028 | Test Date: | 3/97 |
| System: | DEMING PUBLIC SCHS | Norms: | WK 03/16/94 |
| Order No.: | 000-A7900042-00-002 | Page: | 444 |

SS=Standard Score
NS=Nat'l Sta9
NCE=Normal Curve Equivalent
RS=Raw Score
▬ =NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | SS | NS | NCE | RS | NPR |
|---|---|---|---|---|---|
| Reading Advanced Skills | 227 | 7 | 68 | 17 | 80 |
| Reading Total | 204 | 5 | 55 | 24 | 59 |
| Language Advanced Skills | 185 | 4 | 40 | 8 | 32 |
| Language Total | 181 | 4 | 35 | 25 | 24 |
| Math Advanced Skills | 221 | 7 | 65 | 16 | 77 |
| Math Total* | 210 | 6 | 61 | 38 | 70 |
| **Survey Battery Total*** | 198 | 5 | 48 | | 47 |

National Percentile: Low 1, 10, 25, Average 40 50 60, 75

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | SURVEY BATTERY |
| | | | | **READING TOTAL** |
| 15 | 15 | 47 | 63 | Vocabulary |
| 4 | 4 | 75 | 57 | Factual Meaning |
| 13 | 13 | 85 | 61 | Inferential Meaning |
| 4 | 4 | 75 | 55 | Evaluative Meaning |
| | | | | **LANGUAGE TOTAL** |
| 13 | 13 | 69 | 70 | Spelling |
| 11 | 11 | 45 | 70 | Capitalization |
| 11 | 11 | 27 | 52 | Punctuation |
| 9 | 9 | 44 | 60 | Usage |
| 9 | 9 | 44 | 61 | Expression |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MATH TOTAL** |
| 11 | 11 | 73 | 71 | Concepts |
| 8 | 8 | 63 | 49 | Estimation |
| 8 | 8 | 75 | 66 | Problem Solving |
| 6 | 6 | 83 | 62 | Data Interpretation |
| | | | | **MATH COMPUTATION** |
| 18 | 18 | 78 | 65 | Computation |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **THINKING SKILLS** |
| 3 | 3 | 100 | 64 | Focus/Info-Gathering |
| 4 | 4 | 75 | 74 | Remembering |
| 13 | 13 | 77 | 58 | Organizing |
| 51 | 51 | 51 | 63 | Analyzing |
| 20 | 20 | 70 | 56 | Generating |
| 16 | 16 | 63 | 65 | Integrate/Evaluate |

Skills graph scale: Low, Avg, High

In March, 1997, Desiree was given the Iowa Tests of Basic Skills, Survey Battery Edition, Form K, Level 10. Desiree is in fourth grade at Cnaparral Elem in Deming Public Schs. This report will help explain the test results.

Desiree's Survey Battery Total national percentile rank of 47 is the best indicator of her standing in overall achievement. This means that Desiree scored higher than 47 percent of fourth grade students nationally and that 53 percent scored as well or higher.

A student's skills can be compared with each other to determine personal areas of strength and weakness.

STRENGTHS:
In Desiree's case, the highest scores are in Inferential Meaning, Spelling, Focus/Info-Gathering, Organizing, and Generating. These are strong points which can be used to improve other skills.

AREAS OF NEED:
In Desiree's case, the lowest scores are in Vocabulary and Analyzing. These are areas in which she appears to need the most work.


© 1993 The Riverside Publishing Company. All rights reserved.

# Iowa Tests of Basic Skills

**Service 12a: All Norms Interpolated**
**Individual Performance Profile**

| | | | |
|---|---|---|---|
| Student: | BOMAN, DESIREE | Grade: | 3 |
| I.D. No.: | | Level: | 9 |
| Class/Group: | PAULEY | Form: | K |
| Building: | SUNSHINE ELEM | Test Date: | 3/96 |
| Bldg Code: | 42-156 | Norms: | WK 03/16/94 |
| System: | DEMING PUBLIC SCHS | Page: | 2820 |
| Order No.: | 000-A6900042-00-007 | | |

SS=Standard Score
NS=Nat'l Sta9
NCE=Normal Curve Equivalent
RS=Raw Score
▬=NPR(Nat'l %ile Rank)

N Att=Number Attempted
%C=Percent Correct

| Tests | SS | NS | NCE | RS | NPR |
|---|---|---|---|---|---|
| Vocabulary | 182 | 5 | 50 | 17 | 49 |
| Reading Comprehension | 182 | 5 | 49 | 19 | 48 |
| Reading Total | 182 | 5 | 49 | | 48 |
| Spelling | 173 | 4 | 40 | 15 | 31 |
| Capitalization | 172 | 4 | 41 | 14 | 33 |
| Punctuation | 165 | 3 | 34 | 8 | 22 |
| Usage & Expression | 165 | 3 | 33 | 12 | 22 |
| Language Total | 169 | 4 | 36 | | 25 |
| Math Concepts & Estimation | 194 | 6 | 63 | 42 | 74 |
| Math Probs & Data Interp. | 198 | 6 | 63 | 19 | 73 |
| Math Total* | 194 | 6 | 63 | | 73 |
| **Core Total*** | 182 | 5 | 48 | | 47 |
| Social Studies | 187 | 5 | 54 | 18 | 57 |
| Science | 182 | 5 | 49 | 17 | 48 |
| Maps & Diagrams | 181 | 5 | 48 | 16 | 45 |
| Reference Materials | 168 | 4 | 34 | 12 | 23 |
| Sources of Info. Total | 174 | 4 | 40 | | 32 |
| **Composite*** | 181 | 5 | 47 | | 45 |
| Math Computation | 190 | 6 | 61 | 27 | 70 |

National Percentile Rank: Low 1, 10, 25, 40, 50 (Average), 60, 75

*Includes Mathematics Computation

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 26 | 26 | 65 | 66 | Vocabulary |
| | | | | **COMPREHENSION** |
| 6 | 6 | 67 | 72 | Factual Meaning |
| 23 | 23 | 52 | 55 | Inferential Meaning |
| 7 | 7 | 43 | 54 | Evaluative Meaning |
| | | | | **SPELLING** |
| 19 | 19 | 68 | 68 | Root Words |
| 4 | 4 | 0 | 60 | Words with Affixes |
| 4 | 4 | 50 | 82 | Correct Spelling |
| | | | | **CAPITALIZATION** |
| 4 | 4 | 75 | 76 | Names and Titles |
| 4 | 4 | 75 | 73 | Dates and Holidays |
| 6 | 6 | 67 | 66 | Place Names; Groups |
| 6 | 6 | 33 | 61 | Literary Conventions |
| 4 | 4 | 50 | 70 | Overcap/Correct Cap |
| | | | | **PUNCTUATION** |
| 12 | 12 | 33 | 58 | Terminal Punctuation |
| 5 | 5 | 0 | 51 | Comma |
| 3 | 3 | 67 | 48 | Other Punctuatn Mrks |
| 4 | 4 | 50 | 60 | Overuse/Correct Use |
| | | | | **USAGE AND EXPRESSION** |
| 17 | 17 | 24 | 65 | Usage |
| 8 | 8 | 13 | 64 | Verb Forms |
| 2 | 2 | 0 | 65 | ** Pronouns |
| 2 | 2 | 0 | 68 | ** Modifiers |
| 2 | 2 | 50 | 61 | ** Other Conventions |
| 3 | 3 | 67 | 68 | Correct Usage |
| 14 | 14 | 57 | 53 | Expression |
| 3 | 3 | 100 | 46 | Concise and Clear |
| 5 | 5 | 40 | 57 | Approp Language |
| 6 | 6 | 50 | 53 | Organization |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **CONCEPTS & ESTIMATION** |
| 20 | 20 | 80 | 75 | Concepts |
| 5 | 5 | 80 | 78 | Numeration |
| 2 | 2 | 50 | 85 | ** Arith Operations |
| 4 | 4 | 75 | 72 | Geometry |
| 3 | 3 | 67 | 67 | Measurement |
| 3 | 3 | 100 | 67 | Fract/Decml/Percent |
| 3 | 3 | 100 | 82 | Equations/Inequalts |
| 12 | 12 | 83 | 50 | Estimation |
| 7 | 7 | 86 | 45 | Standard Rounding |
| 3 | 3 | 100 | 67 | Order of Magnitude |
| 2 | 2 | 50 | 40 | ** Compensation |
| | | | | **PROBLEMS & DATA INTERP** |
| 14 | 14 | 86 | 65 | Problem Solving |
| 4 | 4 | 75 | 77 | Single-Step: + & - |
| 2 | 2 | 100 | 69 | ** Single-Step: x & ÷ |
| 3 | 3 | 100 | 55 | Multiple-Step |
| 5 | 5 | 80 | 59 | Prob-Solv Strategy |
| 10 | 10 | 70 | 62 | Data Interpretation |
| 3 | 3 | 67 | 67 | Read Amounts |
| 6 | 6 | 83 | 67 | Compare Quantities |
| 1 | 1 | 0 | 23 | ** Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 2 | 2 | 50 | 42 | **History |
| 10 | 10 | 80 | 56 | Geography |
| 7 | 7 | 43 | 54 | Economics |
| 5 | 5 | 40 | 60 | Political Science |
| 6 | 6 | 67 | 64 | Sociology & Anthro |
| | | | | **SCIENCE** |
| 5 | 5 | 80 | 57 | Nature of Science |
| 8 | 8 | 38 | 49 | Life Science |
| 11 | 11 | 73 | 62 | Earth and Space |
| 6 | 6 | 33 | 57 | Physical Sciences |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MAPS AND DIAGRAMS** |
| 12 | 12 | 75 | 67 | Map Reading |
| 6 | 6 | 83 | 76 | Locate & Describe |
| 3 | 3 | 67 | 63 | Direction/Distance |
| 3 | 3 | 67 | 53 | Living Conditions |
| 12 | 12 | 58 | 68 | Diagrams Meaning |
| 5 | 5 | 100 | 80 | Locate Information |
| 3 | 3 | 67 | 59 | Explain Relatnshps |
| 2 | 2 | 0 | 42 | ** Infer Processes |
| 2 | 2 | 0 | 79 | ** Compare Features |
| | | | | **REFERENCE MAT'LS** |
| 6 | 5 | 0 | 74 | Alphabetizing |
| 6 | 6 | 50 | 68 | Table of Contents |
| 6 | 6 | 83 | 65 | Dictionary |
| 4 | 4 | 50 | 55 | Card Catalog: Locate |
| 6 | 6 | 33 | 62 | Gen Refer Materials |
| | | | | **MATH COMPUTATION** |
| 12 | 12 | 92 | 72 | Add Whole Numbers |
| 12 | 12 | 75 | 74 | Subtract Whole Nos |
| 8 | 8 | 63 | 60 | Multiply Whole Nos |
| 2 | 2 | 100 | 61 | **Divide Whole Numbers |
| | | | | **THINKING SKILLS** |
| 23 | 23 | 87 | 71 | Focus/Info-Gathering |
| 22 | 22 | 59 | 61 | Remembering |
| 59 | 58 | 54 | 63 | Organizing |
| 121 | 121 | 47 | 64 | Analyzing |
| 59 | 59 | 61 | 56 | Generating |
| 26 | 26 | 69 | 57 | Integrate/Evaluate |

** 1 and 2 item skills are not graphed

The Riverside Publishing Company a Houghton Mifflin company

Case 4:12-cv-08001-GAF Document 162-14 Filed 09/03/15 Page 4 of 4

© 1993 The Riverside Publishing Company. All rights reserv[ed]