Sent 11/9/98 cmw

Independent School District #30
Bartlesville, OK 74003

RECEIVED OCT 26 1998 WILLIAMS MAGNET

SDE Form 10

**AUTHORITY TO TRANSFER EDUCATION RECORDS**

To: Williams Magnet Elem.
SCHOOL DISTRICT/AGENCY

1301 S.E. Monroe — Topeka, Kansas 66612
STREET ADDRESS/P.O. BOX — CITY — STATE — ZIP

In accordance with the Family Education Rights and Privacy Act (FERPA), 34 CFR 99.31, transfer of education records is requested for:

| NAME OF CHILD | BIRTHDATE |
|---|---|
| Carl Boman | 10-20-89 |
| Chelsea Boman | 7-9-88 |
| Kayla Boman | 8-18-90 |

Request for education records includes, but is not limited to: health, grades, cumulative, and special education records.

The student intends to enroll or is enrolled in our school district/agency. Therefore, please send records to:

Richard Kane Ele. — ISD #30
SCHOOL/AGENCY OFFICIAL — SCHOOL DISTRICT/AGENCY

801 S.E. 13th — Bartlesville, OK 74003
STREET ADDRESS/P.O. BOX — CITY — STATE — ZIP

From: Elizabeth S. Cook — 10-22-98 — 918-337-3711
SIGNATURE OF SCHOOL DISTRICT/AGENCY OFFICIAL — DATE — TELEPHONE

RECEIVED
OCT 30 1998
DEMOGRAPHIC SERVICES

Richard Kane Elementary
801 SE 13th
Bartlesville, OK 74003

Education records are maintained and released in accordance with the Family Educational Rights and Privacy Act (FERPA). Parents or eligible students shall be provided a copy of the records to be disclosed if requested. Further disclosure of the above records will be in accordance with 34 CFR 99.31.

RECEIVED
SEP 3 0 1998
WILLIAMS MAGNET

G-W

# MAMIE L. WILLIAMS SCIENCE AND FINE ARTS ELEMENTARY MAGNET SCHOOL

WORLDS OF OPPORTUNITY

NAME OF LAST SCHOOL ATTENDED Ranch Heights Elementary
ADDRESS Bartlesville, OK 74005
PO Box 1357
PHONE 918-333-3810

## REQUEST FOR SCHOOL RECORDS

Regarding: Chelsea Boman. DOB: 7-9-88

I, Lisa Boman, do allow the release of any and all

regular school records, to be released to the requesting person.

Please send all matters of attendance, student progress, immunization, and any

other matters which could assist us with the best placement for the above student.

THANK YOU,

Bob Cronkhite

Bob Cronkhite, Administrative Principal
Williams Science and Fine Arts Magnet School
1301 S.E. Monroe
Topeka, KS 66612 785-291-1700 fax 785-291-1710

Signed: Lisa Boman
Parent / Guardian

Date: 9-9-98

# Iowa Tests of Basic Skills

## Service 12a: Individual Performance Profile

Student: BOMAN, CHELSEA
I.D. No.:
Class/Group: KING K
Building: JANE PHILLIPS
Bldg Code: 741030135
System: BARTLESVILLE
Order No.: 000-A5006287-00-002

Grade: 1
Level: 7
Form: L
Test Date: 3/95
Norms: WK 03/24/94
Page: 1160

N Att=Number Attempted
%C=Percent Correct

RS=Raw Score
ENCE='94 NCE equated to '88 NCE
NCE=Normal Curve Equivalent
GE=Grade Equivalent
NPR=Nat'l %ile Rank

| Tests | RS | ENCE | NCE | GE | NPR |
|---|---|---|---|---|---|
| Reading Advanced Skills | 8 | 46 | 47 | 1.6 | 44 |
| Reading Total | 17 | 44 | 46 | 1.6 | 42 |
| Language Advanced Skills | 3 | 42 | 27 | K.9 | 14 |
| Language Total | 18 | 43 | 33 | 1.1 | 21 |
| Math Advanced Skills | 5 | 22 | 16 | K.6 | 5 |
| Math Total* | | | | | |
| Survey Battery Total* | | | | | |

*Includes Mathematics Computation

National Percentile Ranks: Low 1, 10, 25, Average 40 50 60, 75, 90

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | SURVEY BATTERY |
| | | | | READING TOTAL |
| 15 | 15 | 40 | 52 | Vocabulary |
| 4 | 4 | 75 | 79 | Word Attack |
| 7 | 7 | 29 | 61 | Factual Meaning |
| 11 | 11 | 45 | 56 | Inferential Meaning |
| 2 | 2 | 50 | 47 | **Evaluative Meaning |
| | | | | LANGUAGE TOTAL |
| 5 | 5 | 60 | 65 | Developmental Lang |
| 5 | 5 | 60 | 65 | Shrd Characters Class |
| 11 | 11 | 36 | 62 | Spelling in Context |
| 5 | 5 | 40 | 54 | Capitalization |
| 5 | 5 | 60 | 51 | Punctuation |
| 11 | 11 | 27 | 62 | Usage and Expression |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | MATH TOTAL |
| 19 | 19 | 74 | 73 | Concepts |
| 11 | 11 | 18 | 54 | Problem Solving |
| 7 | 7 | 43 | 67 | Data Interpretation |
| | | | | MATH COMPUTATION |
| 13 | | | | Computation |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | THINKING SKILLS |
| 8 | | | | Focus/Info-Gathering |
| 9 | | | | Remembering |
| 22 | | | | Organizing |
| 47 | | | | Analyzing |
| 7 | | | | Generating |
| 10 | | | | Integrate/Evaluate |

** 1 and 2 item skills are not graphed.

In March, 1995, Chelsea was given the Iowa Tests of Basic Skills, Survey Battery Edition, Form L, Level 7. Chelsea is in first grade at Jane Phillips in Bartlesville. This report will help explain the test results.

The Survey Battery Total is the best indicator of Chelsea's standing in overall achievement. However, she did not complete all three of the tests, so a Survey Battery Total score was not reported.

A student's skills can be compared with each other to determine personal areas of strength and weakness.

STRENGTH:
In Chelsea's case, the highest score is in Punctuation. This is a strong point which can be used to improve other skills.

AREAS OF NEED:
In Chelsea's case, the lowest scores are in Factual Meaning and Usage and Expression. These are areas in which she appears to need the most work.

## TOPEKA PUBLIC SCHOOLS, UNIFIED SCHOOL DISTRICT #501, TOPEKA, KANSAS

STUDENT: BOMAN, CHELSEA LYNNE
PIF#: 990118934
SCHOOL: WILLIAMS ELEMENTARY
TCHR.: GUGELMAN, AMY
PRIN.: ROBERT CRONKHITE

### INTERMEDIATE PROGRESS REPORT

Teacher: Gugelman / Wallace

Principal: Cronkhite

### LETTER GRADES AND SYMBOLS FOR INTERMEDIATE LEVELS

| | | | | | |
|---|---|---|---|---|---|
| A | Excellent | D | Below Average | + | Highly Satisfactory |
| B | Above Average | I | Incomplete | ✓ | Satisfactory |
| C | Average | F | Failing | X | Improving |
| | | | | U | Unsatisfactory |

ANY AREA NOT CHECKED HAS NOT BEEN EVALUATED

| | Reporting Period 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **READING** | C | | | |
| **Grade Level of Instruction** | 5 | | | |
| Shows growth in vocabulary | ✓ | | | |
| Works out new words | ✓ | | | |
| Understands what is read | ✓ | | | |
| Reads well orally | ✓ | | | |
| Reads varied materials | ✓ | | | |
| Completes assignments | ✓ | | | |
| **MATHEMATICS** | C | | | |
| **Grade level of instruction** | 5 | | | |
| Knows and uses + and – facts | ✓ | | | |
| Knows and uses × and ÷ facts | ✓ | | | |
| Understands concepts | ✓ | | | |
| Reasons in problem solving | ✓ | | | |
| Works with accuracy | ✓ | | | |
| Completes assignments | ✓ | | | |
| **SPELLING** | C | | | |
| Learns assigned words | ✓ | | | |
| Applies skills learned | ✓ | | | |
| Completes assignments | ✓ | | | |
| **ENGLISH** | C | | | |
| Learns language rules | ✓ | | | |
| Applies skills in written work | ✓ | | | |
| Applies skills in oral expression | ✓ | | | |
| Completes assignments | ✓ | | | |
| **SOCIAL STUDIES** | C | | | |
| Learns concepts and facts | ✓ | | | |
| Locates and uses reference materials | ✓ | | | |
| Learns and applies map skills | ✓ | | | |
| Participates in group activities | ✓ | | | |
| Completes assignments | ✓ | | | |
| **SCIENCE/HEALTH** | C | | | |
| Learns concepts and facts | | | | |
| Participates in activities | ✓ | | | |
| Completes assignments | ✓ | | | |

| | Reporting Period 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **HANDWRITING** | | | | |
| Forms letters and numbers correctly | ✓ | | | |
| Uses correct spacing | ✓ | | | |
| Writes legibly in daily work | ✓ | | | |
| **ART** | | | | |
| Expresses ideas with originality | ✓ | | | |
| Participates in activities | ✓ | | | |
| **PHYSICAL EDUCATION** | | | | |
| Shows growth in skills | ✓ | | | |
| Participates in activities | ✓ | | | |
| Practices safety rules | ✓ | | | |
| Uses equipment properly | ✓ | | | |
| Demonstrates good sportsmanship | ✓ | | | |
| Demonstrates appropriate behavior | ✓ | | | |
| **MUSIC** | | | | |
| Shows growth in skills | ✓ | | | |
| Participates in activities | ✓ | | | |
| Demonstrates appropriate behavior | ✓ | | | |
| **GENERAL BEHAVIOR AND WORK HABITS** | | | | |
| Respects authority | ✓ | | | |
| Accepts responsibility for actions | ✓ | | | |
| Practices self-discipline | ✓ | | | |
| Gets along with other children | ✓ | | | |
| Accepts correction | ✓ | | | |
| Listens carefully | ✓ | | | |
| Follows directions | ✓ | | | |
| Seeks help as needed | ✓ | | | |
| Uses time wisely | ✓ | | | |
| Shows effort | ✓ | | | |
| Works independently | ✓ | | | |
| Returns completed homework | ✓ | | | |

COMMENTS:

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reads well orally | ✓ | | | |
| Reads varied materials | ✓ | | | |
| Completes assignments | ✓ | | | |
| | | | | |
| **MATHEMATICS** | C | | | |
| **Grade level of instruction** | 5 | | | |
| Knows and uses + and – facts | ✓ | | | |
| Knows and uses × and ÷ facts | ✓ | | | |
| Understands concepts | ✓ | | | |
| Reasons in problem solving | ✓ | | | |
| Works with accuracy | ✓ | | | |
| Completes assignments | ✓ | | | |
| | | | | |
| **SPELLING** | C | | | |
| Learns assigned words | ✓ | | | |
| Applies skills learned | ✓ | | | |
| Completes assignments | ✓ | | | |
| | | | | |
| **ENGLISH** | C | | | |
| Learns language rules | ✓ | | | |
| Applies skills in written work | ✓ | | | |
| Applies skills in oral expression | ✓ | | | |
| Completes assignments | ✓ | | | |
| | | | | |
| **SOCIAL STUDIES** | C | | | |
| Learns concepts and facts | ✓ | | | |
| Locates and uses reference materials | ✓ | | | |
| Learns and applies map skills | ✓ | | | |
| Participates in group activities | ✓ | | | |
| Completes assignments | ✓ | | | |
| | | | | |
| **SCIENCE/HEALTH** | C | | | |
| Learns concepts and facts | ✓ | | | |
| Participates in activities | ✓ | | | |
| Completes assignments | ✓ | | | |
| | | | | |

| **ATTENDANCE** | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days present | 25 | | | |
| Days absent | 9 | | | |
| Times tardy | 0 | | | |
| Absences/tardies hindered progress Mark with an *, if applicable | | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | | | | |
| **ART** | [redacted] | | | |
| Expresses ideas with originality | ✓ | | | |
| Participates in activities | ✓ | | | |
| | | | | |
| **PHYSICAL EDUCATION** | [redacted] | | | |
| Shows growth in skills | ✓ | | | |
| Participates in activities | ✓ | | | |
| Practices safety rules | ✓ | | | |
| Uses equipment properly | ✓ | | | |
| Demonstrates good sportsmanship | ✓ | | | |
| Demonstrates appropriate behavior | ✓ | | | |
| | | | | |
| **MUSIC** | [redacted] | | | |
| Shows growth in skills | ✓ | | | |
| Participates in activities | ✓ | | | |
| Demonstrates appropriate behavior | ✓ | | | |
| | | | | |
| **GENERAL BEHAVIOR AND WORK HABITS** | [redacted] | | | |
| Respects authority | ✓ | | | |
| Accepts responsibility for actions | ✓ | | | |
| Practices self-discipline | ✓ | | | |
| Gets along with other children | ✓ | | | |
| Accepts correction | ✓ | | | |
| Listens carefully | ✓ | | | |
| Follows directions | ✓ | | | |
| Seeks help as needed | ✓ | | | |
| Uses time wisely | ✓ | | | |
| Shows effort | ✓ | | | |
| Works independently | ✓ | | | |
| Returns completed homework | ✓ | | | |
| | | | | |

COMMENTS: ______

**ASSIGNMENT FOR NEXT YEAR: GRADE** ______

Form 8415-00 Rev. 6/85

) TOPEKA PUBLIC SCHOOLS—UNIFIED DISTRICT NO. 501
TOPEKA, KANSAS

# IL'S CUMULATIVE RECORD FOLDER

Legal Name Doman (LAST) Chelsea (FIRST) Lynne (MIDDLE) | F (SEX) Number 440118434
602385184

Enter Change of Name ______

opeka Public Schools 9-9-98 (DATE) Williams (SCHOOL)

Birthdate 7 (MO.) - 9 (DAY) - 88 (YEAR) Birthplace ______

lame Carl Boman

Mother's Name Lisa Boman

Pupil's Home Address 1949 Adams (CITY) 66607 (STATE)

Relationship ______ Address ______

)

## ELEMENTARY SCHOOL
ATTENDANCE AND SCHOLARSHIP

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ear | 19- | / | / | / | / | / | / | / | 98/99 | / |
| ent | Yr. | Pre-K | Pre-K | K | 1 | 2 | 3 | 4 | 5 | |
| | | | | | | | | | 10 | |
| esent | | | | | | | | | 25 | |
| sent | | | | | | | | | 9 | |
| ardy | | | | | | | | | 0 | |
| | | | | | | | | | C | |
| atics | | | | | | | | | C | |
| | | | | | | | | | C | |
| | | | | | | | | | C | |
| tudies | | | | | | | | | C | |
| Health | | | | | | | | | C | |
| ting | | | | | | | | | ✓ | |
| | | | | | | | | | ✓ | |
| Education | | | | | | | | | ✓ | |
| | | | | | | | | | ✓ | |
| d Next Yr. | | | | | | | | | | |
| d To Reading Level | | | | | | | | | | |

3)

Attended Other Than Public Schools—Yr.

TEACHER

ORDING HOOL

(Section 4) *Enter any change of address below

## WITHDRAWAL, TRANSFER, RE-ENTRY, CHANGE OF RESIDENCE

| DATE | FROM SCHOOL | TO SCHOOL | CURRENT ADDRESS |
|---|---|---|---|
| 9-9-98 | Oklahoma | Williams | 1949 Adams 66607 |
| 10-26-98 | Williams | Oklahoma | |

(Section 5)

## ELEMENTARY SCHOOL

### INTELLIGENCE AND APTITUDE TESTS

| DATE | GRADE | NAME OF TEST | FORM | C A | M A | I Q |
|---|---|---|---|---|---|---|
| | | | | | | |