# BARTLESVILLE PUBLIC SCHOOLS

Name Carl Boman

School Richard Kane Grade 3

*This Report Card Holder Is Furnished By:*


BANK OF OKLAHOMA N A

**BARTLESVILLE**

**Main Bank - Frank Phillips & Washington**
**Business Center - 4th & Dewey**
**BOk in Albertson's**
**BOk in Wal-Mart**
**335-5300**

**Member FDIC**


READ

## Children Learn What They Live

*If a child lives with criticism,*
*He learns to condemn.*
*If a child lives with hostility,*
*He learns to fight.*
*If a child lives with ridicule,*
*He learns to be shy*
*If a child lives with shame,*
*He learns to feel guilty.*
*If a child lives with tolerance,*
*He learns to be patient.*
*If a child lives with encouragement,*
*He learns confidence.*
*If a child lives with praise,*
*He learns to appreciate.*
*If a child lives with fairness,*
*He learns justice.*
*If a child lives with security,*
*He learns to have faith.*
*If a child lives with approval,*
*He learns to like himself*
*If a child lives with acceptance,*
*and friendship,*
*He learns to find love in the world.*

*Dorothy Law Nolte*

Parent Comments

1st Nine Weeks ______________________

Please sign and return

Parent's Signature ______________ Date ______

2nd Nine Weeks ______________________

Please sign and return

Parent's Signature: Lisa Boman Date: 1-12-99

3rd Nine Weeks ______________________

Please sign and return

Parent's Signature: Carl Boman Date ______

# Bartlesville Public Schools

Bartlesville, Oklahoma





**BARTLESVILLE PUBLIC SCHOOLS**
Bartlesville, Oklahoma
19 98 19 99

**THIRD - FOURTH - FIFTH GRADES**
Name Carl Boman
Grade 3 Teacher Mrs. Ravenstine

School Richard Kane Elementary
Principal Mrs. Cook
Placement for Next Year 4th grade

**GRADING SCALE**
90-100 — A
80-89 — B
70-79 — C
60-69 — D
Below 60 — U

**EVALUATION KEY**
1 Most of the time
2 Some of the time
3 Rarely

| ACADEMIC DEVELOPMENT | 1 | 2 | Sem | 3 | 4 | Sem |
|---|---|---|---|---|---|---|
| ENGLISH | | B+ | B+ | B+ | A | A- |
| Writes neatly and legibly | | 1- | | 1 | 1 | |
| Correctly uses language mechanics (punctuation/capitalization) | | 1- | | 1 | 1 | |
| Demonstrates appropriate written expression (word usage/sentence structure) | | 1- | | 1 | 1 | |
| READING | | A- | A- | A- | A- | A- |
| Reads on or above grade level | | 1 | | 1 | 1 | |
| Reads with comprehension | | 1 | | 1 | 1 | |
| Reads fluently | | 1 | | 1 | 1 | |
| SPELLING | | B | B | A | A | A |
| Applies spelling skills in daily work | | 1- | | 1 | 1 | |
| MATHEMATICS | | B | B | B | A | B+ |
| Knows basic facts | | 1- | | 2 | 1- | |
| Computes accurately | | 1- | | 1- | 1 | |
| Applies problem solving skills | | 1- | | 1- | 1 | |
| SOCIAL STUDIES* | | | | | | |
| SCIENCE/HEALTH* | | | | | | |

*No Grades Given for 3rd Grade in These Subjects

| | | 1 | 2 | | 3 | 4 | |
|---|---|---|---|---|---|---|---|
| P E | attains skills | | 1 | | 1 | 1 | |
| | demonstrates effort | | 1 | | 1 | 1 | |
| MUSIC | applies concepts | | 1 | | 1 | 1 | |
| | demonstrates effort | | 1 | | 1 | 1 | |
| ART | applies concepts | | 1 | | 1 | 1 | |
| | demonstrates effort | | 1 | | 1 | 1 | |

| PERSONAL/SOCIAL DEV | 1 | 2 | | 3 | 4 | |
|---|---|---|---|---|---|---|
| Pays attention to instruction | | 1 | | 1 | 1 | |
| Assumes responsibility for work | | 1 | | 2 | 1 | |
| Accepts responsibility for own actions | | 1 | | 1 | 1 | |
| Is courteous in speech and actions | | 1 | | 1 | 1 | |
| Follows rules and routines | | 1 | | 1 | 1 | |
| Is neat and orderly with materials and work | | 1 | | 1 | 1 | |

| ATTENDANCE | 1 | 2 | Sem | 3 | 4 | Sem |
|---|---|---|---|---|---|---|
| Days present | | 39 | | 43½ | 45 | 88½ |
| Days absent | | 1 | | 3½ | 0 | 3½ |
| Times tardy | | 0 | | 1 | 0 | 0 |

**Teacher Comments**

1st Nine Weeks

2nd Nine Weeks Carl is a dependable and self-directed student. He loves to help others. I can always count on him to take responsibility

3rd Nine Weeks Carl has had some problems keeping his work done this 9 weeks. I know he is a very intelligent young man and will improve

4th Nine Weeks I am very impressed with Carl's ability to perceive the meaning of a story and share his insights with the class. He will do well in 4th.

**District: BARTLESVILLE**

## Community Characteristics

### Socioeconomic Data

Highest Educational Level for Adults Age 20+ (1990)




Research has shown there is a strong correlation between the educational attainment of parents and the educational success of their children. This and many other socioeconomic factors from census data are reported in the *Profiles 1998 District Report* & *Profiles 1998 State Report* released by the Office of Accountability and available at your local public library.

| | District | State Average |
|---|---|---|
| Average Household Income (1990) | $30,599 | $24,088 |
| Poverty Rate (1990) | 11% | 17% |
| Single-Parent Families (1990) | 23% | 23% |

### 1997-98 Parental Involvement & Community Support

***On a scale of 1 to 5, with 1 being "not nearly enough," 3 being "just enough," and 5 being "more than enough," this school's principal responded to the following***

| | This School | District | Elem School State Average |
|---|---|---|---|
| Effort parents spent supporting the academic pursuits of their children | 3.0 | 3.6 | 3.3 |
| Support your school received from the community served | 5.0 | 4.1 | 3.7 |

### 1997-98 Juvenile Offenders & Offenses (Office of Juvenile Affairs) RM

***Juvenile crime statistics have been provided as another indicator of the environment in which schools must operate. In most cases the offenses reported were not committed at school.***

| | | |
|---|---|---|
| One out of every ___ students was charged | 30.3 | 47.5 |
| Of those charged, each averaged ___ offenses | 1.7 | 2.0 |
| ___ % of those charged were alleged gang members | 2% | 4% |

## Symbols Used on Report Card:

*ADM = Average Daily Membership (Average Enrollment)*
*FTE = Full Time Equivalent*
*NA = Not Applicable*
*** = Data Protected by Privacy Laws (Small Number of Students)*
*FTR = School/District Failed to Respond to Survey*
*DNA = Data Not Available from Providing Agency*
*RM = Revised Methodology*

**Office of Accountability**
3033 N Walnut Avenue, Suite 103 E
Oklahoma City, OK 73105-2833
Phone (405) 522-4578
Fax (405) 522-4581
Web Address http //www schoolreportcard org

**School: RICHARD KANE ELEMENTARY** **Grades: EC-5**

## 1997-98 School Educational Process

***Your school was accredited with no deficiencies.***

### Classroom & Administration Characteristics

| | This School | District Total (All Schools) | Elem School State Average |
|---|---|---|---|
| Student Enrollment (Fall 1997) | 538.0 | 6,568.0 | 321.0 |
| Regular Classroom Teachers (FTE) | 30.0 | 363.1 | 18.2 |
| Avg Salary (w/ Fringe) of Regular Classroom Teachers (FTE) | $30,757 | $30,372 | $30,285 |
| Regular Classroom Teachers with Advanced Degree(s) (FTE) | 36.7% | 31.6% | 32.2% |
| Avg Years of Experience - Regular Classroom Teachers (FTE) | 13.8 | 13.0 | 12.5 |
| Special Education Teachers (FTE) | 2.5 | 38.6 | 2.0 |
| Other Professional Staff (FTE) | 2.0 | 33.9 | 1.1 |
| Teacher Assistants (FTE) RM | 7.2 | 74.4 | 3.8 |
| Administrators (FTE) | 1.0 | 25.3 | 1.0 |

## 1997-98 Student Performance

### 3rd Grade Iowa Test of Basic Skills

This Site 99% Tested State Average 88% Tested




### 5th Grade Oklahoma Core Curriculum Test

This Site FTR State Average 88% Tested




### 7th Grade Iowa Test of Basic Skills




### 8th Grade Oklahoma Core Curriculum Test



74-I030-110

## FROM THE PRINCIPAL:

May 24, 1999

Dear Parents,

Well, as hard as it is to believe, this school year is over! Thanks so much for the warm welcome, extreme kindness, and gracious help that you have given me throughout the year I appreciate you more than you will ever know

Kane is a great school! You should be proud and thankful that your children have the opportunity to learn with such a wonderful, caring staff They are, without a doubt, the best!

We have made strides toward academic improvement this year The third grade ITBS test scores increased over previous years The second grade scores showed great strengths

Everyone in the building has been focused on reading, reading, reading All the classroom teachers have attended Literacy First classes The Reading Sufficiency Act has led to increased testing From those diagnostic tools, we have a greater awareness of each child's reading abilities. Because of that, we have been able to individualize our reading programs to meet the needs of all learners Along with the classroom teachers, our excellent Title I reading teachers and the dedicated volunteer tutors from St Luke's Episcopal Church have been working hard with our students throughout the year

We are already planning for the 1999-2000 school year We have exciting plans ready to assist us as we attempt to build the self-esteem and problem solving capabilities of our students The peer mediation program will kick off at the beginning of the year It will compliment the positive discipline program that was started this year

Have a super summer Enjoy your children! Please remember that they need to read every day The best way to improve reading is by reading, even during summer vacation!

See you in August

Sincerely,
Beth Cook
Beth Cook
Principal

# 1997-98 SCHOOL REPORT CARD

## RICHARD KANE ELEMENTARY

*BARTLESVILLE PUBLIC SCHOOLS*
*801 E 13TH ST, BARTLESVILLE, OK 74003-6012*
*Telephone (918) 337-3711*
*Offering Grade(s) EC-5*

### From the Secretary of Education.

I am pleased to provide the 1997-98 School Report Card for your school, which presents the most current comprehensive data available Inside you will find information about your community, your school, and results from state-mandated achievement tests Space has also been provided for a message from the principal

In Oklahoma, we take great pride in maintaining local control of our public schools This places much of the responsibility for providing quality schools with parents, local boards of education, and community leaders The School Report Card was designed to assist parents, support groups, and community leaders in becoming well-informed partners with their local schools

I urge you to review this report card, become involved in your school, and make the academic fitness of your child and your school a high priority Parental and community involvement is absolutely essential to the success of our children

Sincerely,
Floyd Coppedge
Dr Floyd Coppedge
Secretary of Education

### 70% Performance Benchmark for Oklahoma Core Curriculum Tests

| | Math | Science | Reading | Writing | History, Const & Gov t | Geography | |
|---|---|---|---|---|---|---|---|
| 5th Grade | ↓ | ✓ | ✓ | ✓ | ↓ | ↓ | |
| 8th Grade | *Grade Not Offered at This School Site* | | | | | | |

The 70% Performance Benchmark requires that the school have at least 70% of the students tested score Satisfactory in each subject area of the Oklahoma Core Curriculum Tests

✓ = Benchmark was Met
↓ = Benchmark was Not Met
NA = Not Applicable
DNA = Data was Not Available
** = Too few students were tested for results to be released under federal privacy laws

# owa Tests of Basic Skills

## Service 2b.
## Profile Narrative Report

| | | | | | |
|---|---|---|---|---|---|
| Student | BOMAN, CARL | Sex | M | Grade | 3 |
| I D No | | Birth Date | | | 10/89 |
| Class/Group | ROVENSTINE ESTHER | Age | 9 Yrs | | 5 Mos |
| Building | RICHARD KANE E S | Lvl/Form | | | *9/K |
| Bldg Code | 741030110 | Test Date | | | 3/99 |
| System | BARTLESVILLE | Norms | | WK | 03/08/94 |
| Order No | 000-A9903235-00-007 | | | Page | 771 |

| Iowa Tests of Basic Skills | Scores SPR | Scores NPR |
|---|---|---|
| Vocabulary | 79 | 81 |
| Rdg. Comprehension | 80 | 80 |
| eading Total | 80 | 81 |
| Spelling | 56 | 69 |
| Capitalization | 45 | 64 |
| Punctuation | 44 | 65 |
| Usage & Expression | 42 | 54 |
| anguage Total | 43 | 63 |
| Concepts/Estimate | 55 | 71 |
| Probs/Data Interp. | 92 | 96 |
| ath Total * | 77 | 86 |
| ore Total * | 68 | 78 |
| ocial Studies | 64 | 68 |
| cience | 74 | 80 |
| Maps & Diagrams | 96 | 96 |
| Reference Mat'ls | 99 | 99 |
| ources of Info Total | 99 | 99 |
| omposite * | 81 | 86 |
| ath Computation | 52 | 69 |

### State/National Percentile Ranks




PR=State %ile Rank, NPR=Nat'l %ile Rank
ncludes Mathematics Computation

■ = NPR ▨ = SPR

bove the solid bars indicate the performance of this student compared to other students in this grade in the nation The striped bars
idicate the perfomance of this student compared to other students in this grade in Oklahoma

Dear Parent
The State Department of Education conducted the fourteenth annual Oklahoma School Testing Program (OSTP) in March, 1999 Your child participated in this program The purpose of the OSTP is to provide information which will assist teachers in designing an appropriate instructional program for your child
Results of the tests administered in this program can help you and the school identify your child's skill strengths as well as those achievement areas that may need additional attention The Oklahoma School Testing Program has provided your school with additional information about your child's achievement If you have questions about this report and would like to review the complete results, please contact your child's teacher(s), counselor, or principal

Sincerely

Sandy Garrett
State Superintendent of Public Instruction

Carl was given the Iowa Tests of Basic Skills in March, 1999 He is in third grade at Richard Kane E S in Bartlesville

Carl s Composite score is the score that best describes his overall achievement on the tests Carl's Composite national percentile rank of 86 means that he scored higher than 86 percent of third grade students nationally His overall achievement appears to be above average for third grade Carl s Composite state percentile rank of 81 means that he scored higher than 81 percent of third grade students in Oklahoma

A student s ability to read is related to success in many areas of school work Carl's Reading Comprehension score is above average when compared with other students in third grade nationally

A student's scores can be compared with each other to determine relative strengths and weaknesses The following are areas of relative strength for Carl Math Problems & Data Interpretation, Maps and Diagrams, and Reference Materials Some of these strengths might be used to help improve other areas

The following areas are relative weaknesses which may need the most work Spelling, Capitalization, Punctuation, Usage & Expression, Social Studies, and Math Computation

# Interpreting the Profile Narrative Report

The Profile Narrative Report displays the test scores of an individual student on the *Iowa Tests of Basic Skills (ITBS)*, *Iowa Tests of Educational Development (ITED)*, *Tests of Achievement and Proficiency (TAP)*, or *Cognitive Abilities Test (CogAT)* This report is intended mainly to help parents, teachers, and students understand what the test results mean

## The Graphic Display

The test names that appear on the left side of the report can vary depending on which grade the student is in and whether an achievement test or ability test (or both) was administered

The *ITBS* batteries measure student achievement in kindergarten through grade 9 Three different batteries (Complete, Core, and Survey) measure reading, language, and mathematics achievement In addition, the Complete Battery measures listening and word analysis in grades K–2 and social studies, science, and sources of information in grades 3–9

The *ITED* Complete and Survey Batteries measure student achievement in grades 8–12 in reading, expression, and quantitative thinking. The Complete Battery also includes tests in literary materials, social studies, science, and sources of information

The *TAP* Complete and Survey Batteries measure student achievement in grades 8–12 in reading, written expression, and mathematics The Complete Battery also includes tests in social studies, science, and information processing.

The *CogAT* measures students' ability to reason and solve various types of problems Verbal, quantitative, and nonverbal exercises are used to assess students' cognitive development

In the columns next to the test names, any of several types of scores might be reported, depending on which ones your school ordered

The grade equivalent (GE) describes a student's test performance in terms of grade levels in school A GE of 4 5 means the student scored like the typical fourth-grade student who has just finished the fifth month of grade 4 The national percentile rank (NPR) tells what percent of the students in the nation in this same grade obtained a lower score than this student A percentile rank of 37 means that 37 percent of students in the US in this grade obtained lower scores than this student The developmental standard score (SS) used with the achievement batteries describes students' academic development Average scores obtained during spring testing are 200 in grade 4, 250 in grade 8, and 275 in grade 11 The stanine is like a nine-step ladder that goes from a low of one to a high of nine It is used to compare a student's score with the scores of others in the same grade. The standard age score (SAS), used with *CogAT*, compares a student's measured ability to do school work with the abilities of other students in the nation who are the same age

The graph of national percentile ranks shows either a bar graph or a set of percentile-rank confidence bands for each test listed on the left When bar graphs are shown, the longest bars show the student's strongest areas, and the shortest bars show the weakest When confidence bands are displayed, the student's relative strengths and weaknesses can be observed in much the same way Furthermore, the score bands help to show that all test scores have some amount of error in them In this case, there is a 50% probability that the student's true (error-free) percentile rank is within the band shown

## The Written Interpretation

The first box describes the testing situation—the test name, date taken, grade, and school In the second box, overall performance is described using the Composite (or Core Total) score This score is based on averaging scores from most of the other test areas The Composite grade equivalent and national percentile rank are both used to show what this student's test performance is like On the reports of some students, a <u>local</u> percentile rank (LPR) permits a comparison with their grade peers in the local school system

On achievement reports, the next box describes the student's reading performance compared with others in the same grade from throughout the nation For younger students, Vocabulary and Listening performance might also be described The next box identifies test areas that are considered strengths or weaknesses for this particular student Even a student with very high overall achievement may have an area that could be regarded as a "relative" weakness Likewise, a student with fairly low overall performance may have an area of "relative" strength Note that the relative strengths or weaknesses are determined by comparing a student's separate test scores with his or her own overall (Composite) performance, not with the scores of other students

When the *CogAT* has been taken, one box describes ability scores, and another compares the students achievement scores with those predicted by the student's *CogAT* scores When the actual and predicted achievement scores differ, we say that the student achieved over or under the level we would have predicted using her or his own *CogAT* scores Because many factors other than ability influence a student's achievement, it is not unusual for actual achievement scores and predicted scores to differ Further interpretive questions should be directed to the school