# Withdrawal Form

Kane Elementary
801 SE 13th Street
Bartlesville, Ok 74003

Kayla Boman (Student) ______ (ID#) 4 (Grade) Murphy (Teacher)

Days Enrolled 92
Days Absent 15
Tardies 0
Last day 12-22

Transferring to:
______
______
______

Classroom placement information and grades at time of withdrawal

Math Silver Burdett
Reading Chapter Books and Scott Foresman
Spelling high frequency words and Zaner-Bloser
Language within Literature, writer's express, HBJ language
Science/Health Silver Burdett Ginn
Social Studies Oklahoma Book Heath Regions near and far
Other ______

Confidential file? Yes____ No ____
Textbooks all returned? Yes ✓ No___
Library books all returned? Yes ✓ No___

Does the student take medication? Yes___ No ✓

Reading Sufficiency plan? Yes ✓ No ___
Title 1 Reading? Yes___ No___ Hots Program? Yes ✓ No___

Comments:
Kayla is a sweet girl. She tends to be very shy and quiet. We will miss her.

Case 4:12-cv-08001-GAF Document 163-1 Filed 09/03/15 Page 1 of 11

I. NAME Boman, Kayla [illegible] Male ( ) Birth Date [illegible] Birthplace ______ Town ______ State ______

(LAST) (FIRST) (MIDDLE) Female (✓) Yr. Mo. Day

## BARTLESVILLE CITY SCHOOLS

| II. DATE | Local Address | Phone | School | Last School Attended | Date Dropped | Reason | Destination |
|---|---|---|---|---|---|---|---|
| 10-22-98 | 1115 S.E. Adams | — | R. Kane | Topeka, Ks. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### III. FAMILY DATA

| | Mother | Father |
|---|---|---|
| Name of Parent | | |
| Home Address | | |
| Place of Employment | | |
| Business Phone | | |
| Marital Status | | |
| Indian Descent | | |

Number in Family: Boys– Girls– Rank–

With Whom Does Child Reside

Remarks Regarding Home Conditions

| Date | Condition |
|---|---|
| | |
| | |
| | |

### VI. PERSONAL DATA

Special abilities, deficiencies, health and physical history and emotional problems.

### CUMULATIVE RECORD OF RESULTS OF STANDARDIZED TESTS

| Date Given | School | Name of Test | Form | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

NAME BOMAN, KAYLA | I.D. No. | **Iowa Tests of Basic Skills** | GRADE 3 | LEVEL 9 | FORM K | TEST DATE 3/99 | NORMS WK 03/08/94 | OTHER INFORMATION | TITLE I Y Y Y | A B C D 11 | W X Y Z

| SCORES REPORTED | Reading: Vocab | Reading: Comprehension | Reading: Total | | Language: Spelling | Language: Capitalization | Language: Punctuation | Language: Usage/Express | Language: Total | Mathematics: Concepts/Estimate | Mathematics: Problems/Data | Mathematics: Total * | Core Total * | Social Studies | Science | Sources of Information: Maps & Diagrams | Sources of Information: Ref Mat'ls | Sources of Information: Total | Composite * | | Math Computation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SPR GE | 24 $3^{1}$ | 13 $2^{7}$ | 17 $2^{9}$ | | 18 $3^{1}$ | 24 $3^{4}$ | 6 $2^{3}$ | 8 $2^{4}$ | 9 $2^{8}$ | 66 $4^{6}$ | 53 $4^{4}$ | 42 $3^{9}$ | 16 $3^{2}$ | 19 $3^{1}$ | 21 $3^{0}$ | 72 $4^{8}$ | 56 $4^{2}$ | 65 $4^{4}$ | 22 $3^{3}$ | | 12 $3^{2}$ |
| NPR NS | 34 4 | 23 4 | 28 4 | | 32 4 | 43 5 | 16 3 | 19 3 | 24 4 | 78 7 | 68 6 | 61 6 | 33 4 | 32 4 | 35 4 | 77 7 | 70 6 | 73 6 | 39 4 | | 29 4 |
| NCE | 41 | 35 | 38 | | 40 | 46 | 29 | 31 | 35 | 66 | 60 | 56 | 41 | 40 | 42 | 65 | 61 | 63 | 44 | | 38 |
| LPR | 21 | 18 | 18 | | 25 | 30 | 8 | 12 | 14 | 59 | 50 | 41 | 22 | 27 | 24 | 69 | 58 | 63 | 28 | | 19 |

* Includes Math Computation

GE=Grade Equiv, NS=Nat'l Sta9, NCE=Normal Curve Equiv, LPR=Local %ile Rank, SPR=State %ile Rank, NPR=Nat'l %ile Rank



ELEMENTARY AND JUNIOR HIGH CUMULATIVE RECORD

| YEAR: | 1998-1999 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEMESTER: | 1st | 2nd | Av. | 1st | 2nd | Av. | 1st | 2nd | Av. | 1st | 2nd | Av. | 1st | 2nd | Av. | 1st | 2nd | Av. | 1st | 2nd | Av. | 1st | 2nd | Av. | 1st | 2nd | Av. |
| E ARTS | B- | C+ | C+ | | | | | | | | | | | | | | | | | | | | | | | | |
| E OR GRAMMAR | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TION & LITERATURE | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | C+ | B- | C+ | | | | | | | | | | | | | | | | | | | | | | | | |
| | C | C | C | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUDIES | S | S | S | | | | | | | | | | | | | | | | | | | | | | | | |
| HIP (CIVICS) | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HY | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| VOCATIONAL ARTS | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TURE | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AKING | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AL TRAINING | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| & RECREATIVE ARTS | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDUCATION | S | S | S | | | | | | | | | | | | | | | | | | | | | | | | |
| | S | S | S | | | | | | | | | | | | | | | | | | | | | | | | |
| DRAWING | S | S | S | | | | | | | | | | | | | | | | | | | | | | | | |
| GY | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ATICS AND SCIENCE | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TIC | B | B- | B- | | | | | | | | | | | | | | | | | | | | | | | | |
| ARY SCIENCE | S | S | S | | | | | | | | | | | | | | | | | | | | | | | | |
| | Klein | | | | | | | | | | | | | | | | | | | | | | | | | | |

HIGH SCHOOL CUMULATIVE RECORD

| YR. | | SEM. YR. | | | SEM. YR. | | | SEM. YR. | | | SEM. YR. | | | SEM. YR. | | | SEM. YR. | | | SEM. YR. | | | SEM. YR. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GR. | CR. | SUB. | GR. | CR. | SUB. | GR. | CR. | SUB. | GR. | CR. | SUB. | GR. | CR. | SUB. | GR. | CR. | SUB. | GR. | CR. | SUB. | GR. | CR. | SUB. | GR. | CR. |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |

| YEAR | 98-99 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | | | | | | | | | | | | |
| EARS (L) | p 2-5-99 | | | | | | | | | | | |
| EARS (R) | p 2-5-99 | | | | | | | | | | | |
| NOSE | | | | | | | | | | | | |
| HEART | | | | | | | | | | | | |
| LUNGS | | | | | | | | | | | | |
| ABDOMEN | | | | | | | | | | | | |
| EYES (L) | p 2-5-99 | | | | | | | | | | | |
| EYES (R) | p 2-5-99 | | | | | | | | | | | |
| POSTURE | | | | | | | | | | | | |
| TEETH | | | | | | | | | | | | |
| TONSILS | | | | | | | | | | | | |
| GLANDS | | | | | | | | | | | | |
| NUTRITION | | | | | | | | | | | | |
| SKIN | | | | | | | | | | | | |

PAST ILLNESS (DATE) FEVERS: Rheumatic ______ Scarlet ______ Typhoid ______ Hay ______ Pheumonia ______
Asthma ______ Measles ______ Mumps ______ Malaria ______ Chickenpox ______ Whooping Cough ______
Polio ______ Osteomyelitis ______ Meningitis ______ Epilepsy ______ Diabetes ______ Mononucleosis ______
Allergies ______ Heart Defects ______
Other ______

VACCINATIONS IMMUNIZATIONS AND TESTS (DATES GIVEN)
Smallpox ______ Revaccination ______ Diph
Diphtheria-Tetanus (DT) ______
Diabetes ______ Tuberculine Tine ______

Boman Kavia
D1 10/10/90 P1 10/10/90 MMR1 8/17/92
D2 12/12/90 P2 12/12/90 MMR2 8/ 3/95
D3 3/12/91 P3 3/12/91 HEB1
D4 3/18/93 P4 3/18/93 HEB2
D5 8/ 3/95 P5 8/ 3/95 HEB3
HEPA1 8/17/92 HEPA2 HEPA3
VERICELLA BDate: 8/18/90

______ Polio ______
day) ______
day) ______

Code: x, minor defect; xx, notify parents; xxx, immediate attention desirable; ok, nor recommended;
P, positive; N, negative

EXTRA CURRICULAR ACHIEVEMENTS

| ORGANIZATION | HONORS CONFERRED OR WON | OFFICE HELD | CLASS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Reg.

# Richard Kane Elementary
## Enrollment Form
## 1998-99

Date: 10-22-98 Grade: 3rd I.D.#: 183512

Teacher: Keim Bus #: 6 Transfer: ______

Name Child Goes By: Kayla Boman

Child's Legal Last Name: Boman Sex: (F) M

First Name: Kayla Middle Initial: D

Street Address: 1115 SE Adams #7 Phone: ______

City: Bartlesville State: Ok Zip: 74003

Birthdate: 8-18-90 Social Security #: 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

Child Lives With: Lisa Boman Relationship: mother

Father's Name: Carl Boman

Father's Employer: Spears Work #: 316-879-2131

Mother's Name: Lisa Boman

Mother's Employer: unemployed Work #: ______

Emergency Name: Mary Mitchell Phone #: 336-1945

Siblings at Kane: Carl Boman II, Chelsea Boman

Previous School: Williams Magnet Elem.

City & State: Topeka, Ks ~~316~~-785-291-1700

Has your child ever attended Bartlesville Schools before? no

Comments: A. EMER #2 - 534-1093

B. ______

C. ______

Kemm

Independent School District #30
Bartlesville, OK 74003

SDE Form 10

RECEIVED
OCT 26 1998
WILLIAMS MAGNET

**AUTHORITY TO TRANSFER EDUCATION RECORDS**

To: Williams Magnet Elem.
SCHOOL DISTRICT/AGENCY

1301 S.E. Monroe | Topeka, | Kansas | 66612
STREET ADDRESS/P.O. BOX | CITY | STATE | ZIP

In accordance with the Family Education Rights and Privacy Act (FERPA), 34 CFR 99.31, transfer of education records is requested for:

| NAME OF CHILD | BIRTHDATE |
| --- | --- |
| Carl Boman | 10-20-89 |
| Chelsea Boman | 7-9-88 |
| Kayla Boman | 8-18-90 |

Request for education records includes, but is not limited to: health, grades, cumulative, and special education records.

The student intends to enroll or is enrolled in our school district/agency. Therefore, please send records to:

Richard Kane Ele. | ISD #30
SCHOOL/AGENCY OFFICIAL | SCHOOL DISTRICT/AGENCY

801 S.E. 13th | Bartlesville, | OK | 74003
STREET ADDRESS/P.O. BOX | CITY | STATE | ZIP

From: Elizabeth S. Cook | 10-22-98 | 918-337-3711
SIGNATURE OF SCHOOL DISTRICT/AGENCY OFFICIAL | DATE | TELEPHONE

RECEIVED
OCT 30 1998
DEMOGRAPHIC SERVICES

Richard Kane Elementary
801 SE 13th
Bartlesville, OK 74003

Education records are maintained and released in accordance with the Family Educational Rights and Privacy Act (FERPA). Parents or eligible students shall be provided a copy of the records to be disclosed if requested. Further disclosure of the above records will be in accordance with 34 CFR 99.31.

## TOPEKA PUBLIC SCHOOLS UNIFIED SCHOOL DISTRICT #501, TOPEKA, KANSAS

Student — STUDENT: BOMAN, KAYLA DEANNE
PIF#: 990118936
School — SCHOOL: WILLIAMS ELEMENTARY
Year 19 — TCHR.: RAMSEIER,SHEILA
PRIN.: ROBERT CRONKHITE

### PRIMARY 3 PROGRESS REPORT

Teacher ______

Principal ______

Letter Grades in **Reading, Mathematics, Spelling** and **English**

| | | | |
|---|---|---|---|
| A | Excellent | D | Below Average |
| B | Above Average | I | Incomplete |
| C | Average | F | Failing |

**Symbols For Subheadings**

| | |
|---|---|
| + | Highly Satisfactory |
| ✓ | Satisfactory |
| X | Improving |
| U | Unsatisfactory |

ANY AREA NOT CHECKED HAS NOT BEEN EVALUATED

| | Reporting Period 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **READING** | C | | | |
| **Grade Level of Instruction** | 2 | | | |
| Knows basic vocabulary | ✓ | | | |
| Works out new words | ✓ | | | |
| Understands what is read | ✓ | | | |
| Reads well orally | ✓ | | | |
| Reads independently | ✓ | | | |
| Applies skills in written work | ✓ | | | |
| **MATHEMATICS** | C | | | |
| Knows and uses addition facts | ✓ | | | |
| Knows and uses subtraction facts | ✓ | | | |
| Knows and uses multiplication facts | | | | |
| Knows and uses division facts | | | | |
| Understands number concepts | ✓ | | | |
| Solves word problems | ✓ | | | |
| Works with accuracy | ✓ | | | |
| Understands time | | | | |
| Understands money | | | | |
| Understands geometry (shapes) | | | | |
| Understands fractions | | | | |
| **SPELLING** | C | | | |
| Learns assigned words | ✓ | | | |
| Applies skills learned | ✓ | | | |
| **ENGLISH** | C | | | |
| Learns language rules | ✓ | | | |
| Applies skills in written work | ✓ | | | |
| Applies skills in oral expression | | | | |

| ATTENDANCE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days present | 22 | | | |
| Days absent | 11 | | | |
| Times tardy | 1 | | | |
| Absences/tardies hindered progress (Mark with an * if applicable) | | | | |

COMMENTS: ______

| | Reporting Period 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **HANDWRITING** | | | | |
| Forms letters and numbers correctly | ✓ | | | |
| Uses correct spacing | ✓ | | | |
| Writes legibly in daily work | ✓ | | | |
| **SOCIAL STUDIES** | | | | |
| Learns concepts and facts | ✓ | | | |
| Locates and uses reference materials | ✓ | | | |
| Learns and applies map skills | ✓ | | | |
| Participates in group activities | ✓ | | | |
| **SCIENCE/HEALTH** | | | | |
| Learns concepts and facts | ✓ | | | |
| Participates in activities | ✓ | | | |
| **PHYSICAL EDUCATION** | | | | |
| Shows growth in skills | ✓ | | | |
| Participates in activities | ✓ | | | |
| Practices safety rules | ✓ | | | |
| Uses equipment properly | ✓ | | | |
| Demonstrates good sportsmanship | ✓ | | | |
| Demonstrates appropriate behavior | ✓ | | | |
| **MUSIC** | | | | |
| Shows growth in skills | ✓ | | | |
| Participates in activities | ✓ | | | |
| Demonstrates appropriate behavior | ✓ | | | |
| **ART** | | | | |
| Expresses ideas with originality | ✓ | | | |
| Participates in activities | ✓ | | | |
| **GENERAL BEHAVIOR AND WORK HABITS** | | | | |
| Respects authority | ✓ | | | |
| Accepts responsibility for actions | ✓ | | | |
| Practices self-discipline | ✓ | | | |
| Gets along with other children | ✓ | | | |
| Listens carefully | ✓ | | | |
| Follows directions | ✓ | | | |
| Seeks help as needed | ✓ | | | |
| Uses time wisely | ✓ | | | |
| Shows effort | ✓ | | | |
| Works independently | ✓ | | | |
| Takes responsibility for materials | ✓ | | | |
| Returns completed homework | ✓ | | | |
| Completes class work | ✓ | | | |



ASSIGNMENT FOR NEXT YEAR: GRADE ______

Form 8414-50 Rev. 6/85

(Section 1) TOPEKA PUBLIC SCHOOLS—UNIFIED DISTRICT NO. 501
TOPEKA, KANSAS

# PUPIL'S CUMULATIVE RECORD FOLDER

Legal Name [illegible] [illegible] [illegible] (LAST, FIRST, MIDDLE) ____ SEX Number [illegible]

Enter Change of Name ________________

Entered Topeka Public Schools 9-1-98 (DATE) Williams (SCHOOL) Birthdate 8-18-90 (MO. DAY YEAR) Birthplace San Diego, CA (CITY, STATE)

Father's Name Carl Berman Mother's Name Lisa Berman Pupil's Home Address 1919 Adams 66607

Guardian ________________ Relationship ________________ Address ________________

(Section 2)

## ELEMENTARY SCHOOL
ATTENDANCE AND SCHOLARSHIP

| School Year 19- | / | / | / | / | / | 98/99 | / | / | / |
|---|---|---|---|---|---|---|---|---|---|
| Assignment Yr. | Pre-K | Pre-K | K | 1 | 2 | 3 | 4 | 5 | |
| Age | | | | | | 8 | | | |
| Days Present | | | | | | 22 | | | |
| Days Absent | | | | | | 11 | | | |
| Times Tardy | | | | | | 1 | | | |
| Reading | | | | | | C | | | |
| Mathematics | | | | | | C | | | |
| Spelling | | | | | | C | | | |
| English | | | | | | C | | | |
| Social Studies | | | | | | C | | | |
| Science/Health | | | | | | C | | | |
| Handwriting | | | | | | ✓ | | | |
| Art | | | | | | ✓ | | | |
| Physical Education | | | | | | ✓ | | | |
| Music | | | | | | ✓ | | | |
| Assigned Next Yr. | | | | | | | | | |
| Assigned To Reading Level | | | | | | | | | |

(Section 3)

| Schools Attended Other Than Topeka Public Schools—Yr. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TEACHER | | | | | | | | | |
| | RECORDING SCHOOL | | | | | | | | | |

(Section 4) *Enter any change of address below

## WITHDRAWAL, TRANSFER, RE-ENTRY, CHANGE OF RESIDENCE

| DATE | FROM SCHOOL | TO SCHOOL | CURRENT ADDRESS |
|---|---|---|---|
| 9-1-98 | Denning Elem (NM) | Williams | |
| 10-26-98 | Williams | Oklahoma | |

(Section 5)

## ELEMENTARY SCHOOL

INTELLIGENCE AND APTITUDE TESTS

| DATE | GRADE | NAME OF TEST | FORM | C A | M A | I Q |
|---|---|---|---|---|---|---|
| | | | | | | |

(Section 6) ELEMENTARY STANDARDIZED TEST RECORD (GRADES K-5) IN SEQUENCE

Stock No. 8601-00 Rev. 9-92

(Section 8)

# HEALTH RECORD

Name ______________________ Birthdate ______________________ TOPEKA PUBLIC SCHOOLS—UNIFIED DISTRICT 501

| DISEASE HISTORY | | | |
|---|---|---|---|
| DISEASE | DATE | DISEASE | DATE |
| Allergies | | Pneumonia | |
| Asthma | | Rheumatic Fever | |
| Chicken Pox | | Scarlet Fever | |
| Measles-German | | Sickle Cell | |
| Measles-Red | | Color Deficiency | |
| Mumps | | | |

| IMMUNIZATION RECORD | | | | |
|---|---|---|---|---|
| DOSE/MO./YR. | DATE | DATE | DATE | DATE |
| DPT and/or TD | | | | |
| Oral Polio | | | | |
| Measles | | | | |
| Rubella | | | | |
| Mumps | | | | |
| Tetanus | | | | |
| HIB | | | | |

**KANSAS CERTIFICATE OF IMMUNIZATION**

Date Received:

Legal Alternative to Immunization signed:

Med. ______ Rel. ______

| TESTS | | |
|---|---|---|
| KIND | DATE | RESULTS |
| Tuberculin | | |

| SCHOOL YEAR | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | Pre-School | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 1. Height | | | | | | | | | | | | | | |
| 2. Weight | | | | | | | | | | | | | | |
| 3. Blood Pressure | | | | | | | | | | | | | | |
| 4. Vision (without glasses) R | | | | | | | | | | | | | | |
| Vision (without glasses) L | | | | | | | | | | | | | | |
| Vision (with glasses) R | | | | | | | | | | | | | | |
| Vision (with glasses) L | | | | | | | | | | | | | | |
| Stereo. Mus. Bal. Hyp. | | | | | | | | | | | | | | |
| 5. Hearing (Test) R | | | | | | | | | | | | | | |
| Hearing (Test) L | | | | | | | | | | | | | | |
| 6. Physical Examination | | | | | | | | | | | | | | |
| 7. Dental Examination | | | | | | | | | | | | | | |
| 8. Speech | | | | | | | | | | | | | | |
| 9. Scoliosis | | | | | | | | | | | | | | |
| HEALTH COMMENTS | | | | | | | | | | | | | | |

Case 4:12-cv-08001-GAF Document 163-1 Filed 09/03/15 Page 9 of 11

************************* Personal Immunization Record *************************

Printed By: WASHINGTON CO HEALTH DEPT, BARTLESVILLE, (918)335-3005

Name: BOMAN, KAYLA DOB: 08/18/1990

95OK25604663

| Date | Vaccine Type | Dose 1 | Dose 2 | Date | Vaccine Type | Dose 1 | Dose 2 |
|---|---|---|---|---|---|---|---|
| 10/10/1990 | DTP | 1 | | | | | |
| 12/12/1990 | DTP | 2 | | | | | |
| 03/12/1991 | DTP | 3 | | | | | |
| 03/18/1993 | DTP | 4 | | | | | |
| 08/03/1995 | DTaP | 5 | | | | | |
| 03/12/1991 | HbOC | 1 | | | | | |
| 05/19/1991 | HbOC | 2 | | | | | |
| 08/17/1992 | HbOC | 3 | | | | | |
| 08/17/1992 | MMR | 1 | | | | | |
| 08/03/1995 | MMR | 2 | | | | | |
| 10/10/1990 | OPV | 1 | | | | | |
| 12/12/1990 | OPV | 2 | | | | | |
| 03/12/1991 | OPV | 3 | | | | | |
| 03/18/1993 | OPV | 4 | | | | | |
| 08/03/1995 | OPV | 5 | | | | | |

Printed: 10/21/1998 Signature________________________

9-40041

Level 3
Form K

Name Kayla Boman



**Hand-Scored Booklet**
**Not Machine-Scorable**

# Gates-MacGinitie Reading Tests



**Third Edition**

**Walter H. MacGinitie and Ruth K. MacGinitie**



Name Kayla Boman

Teacher Keim

Grade 3 Date 1-5-99

School Kane

| | Raw Score | Stanine | Normal Curve Equivalent NCE | Percentile Rank PR | Grade Equivalent GE | Extended Scale Score ESS |
|---|---|---|---|---|---|---|
| Vocabulary | | | | | | |
| Comprehension | 26 | 4 | 42 | 35 | 2.6 | 449 |
| Total | | | | | | |

Derived scores are from norms for:
Fall ☐ Winter X Spring ☐ of Grade 3



Copyright © 1989 by The Riverside Publishing Company. All rights reserved.

The Riverside Publishing Company

Case 4:12-cv-08001-GAF Document 163-1 Filed 09/03/15 Page 11 of 11