cr5cad8f
01/16/99 16:45

# EMERGENCY

|STORMONT VAIL REGIONAL HEALTH CENTER
|1500 S.W. 10TH STREET
|TOPEKA, KANSAS 66604
|MRN: 460294 PATIENT#: 2-58837-4

P Name:BOMAN, KAYLA D DOB:08/18/1990 |OPAREA:EMD |R Relative Name: BOMAN,LISA
A Address: 1115 SE ADAMS #7 Age: 8 Y [Admit Dt/Tm: 01/16/99 16:40 |E Relationship: PARENT
T City/St/Zip: BARTLESVILLE OK 74003 Sex:F |Admit Type: EMERGENCY |L Address: 1115 SE ADAMS #7
I Cnty Cd: SS#: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 Race:W |Admit Source: PHYSICIAN REFER] City/St/Zip: BARTLESVILLE OK 74003
E Home Phone: 918-534-1096 MS: S |Prior Visit Dt: / / Hm Ph: (918)534-1096 Wk Ph: ( ) · 918
N Employer Phone: · · Ext. |Rev.Type: S IP Elsewhere? N |
T Employer: 0126 STUDENT Clerk: ALL |Where? |G Name: BOMAN,LISA
Occupations: Religion: |Acc.Dt: 01/16/99 16:00 |U Relation: NATURAL CHILD/I SS# 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
Employer Address: |Type: OTHER |A Address: 1115 SE ADAMS #7
City/St/Zip: |Mode of Arrival: private |R City/St/Zip: BARTLESVILLE OK 74003
Home Phone: (918)534-1096 DOB: 02/27/68

INS#1 0000 SELF PAY SUB:BOMAN,L ID# Gp# Employer Phone: ( ) · Ext. 816.01
I Mail: Employer: 0099 SPEARS MANUFACTURING 903.5
N Occupation: E918
S Employer Address:
City/St/Zip: 88.23

|EMR Phy: 953 -PETERSON. ROBERT L.
Patient Complaint: FINGER INJURY |P.C.Phy: 88 -LACCHEO, MICHAEL L.

| EXAM | | yes | no |
|---|---|---|---|
| LOC: | Alert, oriented | 0 | 0 |
| SKIN: | Warm, Dry, Good Color | ( ) | ( ) |
| HEAD: | Scalp, face normal | ( ) | ( ) |
| EYES: | Sclerae normal, PERL | ( ) | ( ) |
| EARS: | Canals and TM's clear | ( ) | ( ) |
| NOSE: | No obst., discharge | 0 | 0 |
| THROAT: | Not inflamed | ( ) | ( ) |
| NECK: | Supple, no adenopathy | ( ) | ( ) |
| HEART: | RR, no S3 or murmur | ( ) | ( ) |
| LUNGS: | No rales, rubs, dec. BS | ( ) | ( ) |
| ABD: | Soft, no mass, tend. | ( ) | ( ) |
| EXT: | No edema, pulses OK | ( ) | ( ) |
| GENIT: | No mass, hernia, disch. | ( ) | ( ) |
| NEURO: | CN II-XII, Intact, no focal weakness, dec. sensation | 0 | 0 |

HISTORY ( ) see nurse's notes

Pt [illegible] (L) ring finger caught between 2 cinder blocks

STS finger c cyanosis + coolness distal 1/2 finger

XR – Distracted fract MP little finger

| TIME | LAB/X-RAYS | RN |
|---|---|---|
| 1720 | Left ~~[illegible]~~ Ring finger<br>Left Little finger | |

IMPRESSION: Closed fract MP (L) ring finger c vascular (arterial) compromised

( )DICTATED

DISCHARGE PLAN: ( )SEE WORKSHEET/TRAUMA LOG

| TIME | ORDERS | RN |
|---|---|---|
| | Demerol 40mg IM | |

F/U WITH DR: IN / HRS. ( )PRN

CONDITION IN DISCHARGE Sat PHYSICIAN ASST./RESIDENT: PHYSICIAN: [signature]

# Stormont-Vail Regional Medical Center
# Emergency Nursing Assessment Record

Name :

BOMAN KAYLA D
01/16/99 EMD 08/18/90
2-58837-4 460294 8Y
953 PETERSON, ROBERT L.

Dr. ________ P.C. Physician notified: N Y

Dr. ________ P.C. Physician approved? Y N

ER Room #

Valuables: Ø

Method of Arrival: self walk | family w/chair | friend carried | stretcher | cab ambulance

Hx of Present Illness/Injury: Information obtained from: Patient Family Other

Time: 1655 Pt c/o pain to (L) ring + pinky finger @ PIP to distal end p̄ a concrete block fell on her a short time ago. Evulsion / Lac to area as well as small area to small finger @ PIP

Signature: [illegible] Initials: [illegible]

PRIORITY: (circle one) Non-Emergent Urgent Emergent

Time in Room: | Last T - : | LMP: | WT: 50 # | VISUAL ACUITY [R] [L] W/GLASSES: [R] [L]

ALLERGIES: NKDA

CURRENT MEDS: Ø

| TIME | T | P | R | BP | SAO2 | MEDS/TX | NURSING ASSESSMENT/CARE |
|---|---|---|---|---|---|---|---|
| 1655 | 78' | 110 | 24 | / | / | Pis [illegible] left ring finger | [illegible] c cap refill < 4 sec |
| 1730 | | | | | | | Returned from xray [illegible] |
| 1800 | | | | | | 20mg Demerol IM to left | Pt finger becoming more bluish [illegible] |
| 1850 | | | | | | Splint applied | Report called to [illegible] [illegible] [illegible] Cont |
| [illegible] | | | | | | | |

PROTOCOLS

PT. Mgmt. ☒ Wound Mgmt. ☐
Chest Pain ☐ Rabies ☐
MI-TPA ☐ Conscious Sedation ☐
Stroke - TPA ☐ Blood Prod. Mgmt. ☐
Ped. Fever ☐ Restraint Mgmt. ☐
Shortness Breath ☐ Cardioversion ☐

| INIT | SIGNATURE | INIT | SIGNATURE | INIT | SIGNATURE |
|---|---|---|---|---|---|
| BH | B Hayes RN | [illegible] | [illegible] | | |

Acuity 3 | Add. Pages | Disposition (circle one) Home: Admit Other ________ Room # ________ | Report Given To: ________ | Time Out:

Case 4:12-cv-08001-GAF Document 163-2 Filed 09/03/15 Page 2 of 8

# CONSENT FOR EMERGENCY TREATMENT

NAME Kayla Bonan MEDICAL RECORD

DATE 1-16-99 TIME 1640

1. I (or mother for daughter) knowing that I (or ) am (is) suffering from a condition requiring medical care including diagnostic procedures and.medical and surgical treatment by the attending physician, his/her assistants or his/her designees, as is necessary in his/her judgement.

2. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of treatment or examination in the Health Center.

3. I consent to the disposal by the Health Center of any tissues or parts which may be removed in the course of any procedure performed upon me.

4. I understand that the Health Center is a Cooperating Hospital of the Outreach Program of the University of Kansas Medical Center and various residency programs including but not limited to those of St. Lukes Hospital, The Menninger Foundation and the Family Medicine Residency Program of Topeka. I further understand that while under the care of my attending physician, treatment may be provided at his/her direction by the resident physicians and interns enrolled in such programs and consent to the same.

5. Through the services of Stormont-Vail Health Care Corporation Physician Relations Program, I authorize the Health Center to release my medical records to my primary care physician ❑Yes ❑No and/or the referring hospital ❑Yes ❑No and/or health care providers and personnel involved with my care immediately before I was admitted as a patient at Stormont-Vail Regional Health Center. ❑Yes ❑No

6. I authorize Stormont-Vail Regional Health Center and the Emergency Physicians of Topeka, P.A. to release any information or copies of medical records necessary to secure payment for my medical care. I further authorize the Health Center to provide such information and copies to my primary care physician.

7. I understand that I may be treated by either the emergency physician on duty or a private physician with active staff privileges at the Health Center. In the event I am treated by the emergency physician on duty I authorize payment directly to Stormont-Vail Regional Health Center and the Emergency Physicians of Topeka, P.A. of the benefits otherwise payable to me. I understand I am financially responsible to the Health Center and the Emergency Physicians of Topeka, P.A. for charge not covered by this authorization.

8. This form has been fully explained to me and I understand its conditions.

Patient ____________________ Lisa Bonan (Authorized signature) mother (relationship)

A. Lewis

WITNESS

(White Copy-Medical Records; Yellow Copy-E.R. File; Pink Copy-Physician Billing Service)

Patient: BOMAN, KAYLA D.

**Exam Date:** 01/16/1999
**Examination:** 73 140 XR FINGERS Left

**Reason for Examination:** FINGER INJURY LEFT RING FINGER LEFT PINKY FINGER PLEASE!

**Findings:** Fourth digit left hand: AP, lateral and oblique views were obtained. There is a transverse fracture of the mid shaft of the middle phalanx. Distal fragment is displaced dorsally by almost the full shaft width; fragments are distracted from each other by approximately 2 mm as well. The distal fragment has a vertical fracture virtually down its midline; those fragments are nondisplaced. No other bony abnormality is seen.

**Transcribed** 01/18/1999 07:09 **CC** **Order** #822152, **Result** #805485
**Radiologist:** RUSSELL C. HARVEY, M.D.
**Electronic Signature** 01/18/1999 08:58 **by:** RUSSELL C. HARVEY, M.D.
0

**Ordering Dr.:** PETERSON, ROBERT L
cc: MICHAEL L. LACCHEO, M.D.


**EMERGENCY DEPARTMENT**
**NAME:** BOMAN, KAYLA D. **DOB:**08/18/1990
UNIT NO: 460294
**DATE:** 01/16/1999 **Account: 2588374**
**ROOM** NO: EMD

**DEPARTMENT OF RADIOLOGY CONSULTATION REPORT**
**STORMONT-VAIL HEALTHCARE**
**TOPEKA, KANSAS**

Stormont-Vail HealthCare
*Regional Health Center*

# PATIENT REQUEST FOR TRANSFER OR REFUSAL OF TREATMENT

All transfers have the inherent risks of traffic delays, accidents during transport, inclement weather, rough terrain or turbulence, and the limitations of equipment and personnel present in the vehicle. No warranty or guarantee of facilities or results can or is made by any doctor or hospital.

All consents to transfer include release of medical records necessary for continuing care and treatment to the receiving facility.

1. *Patient initiated request for transfer or discharge:*
   - I have been informed of all the risks and benefits of transfer to me or, if I am pregnant, to my unborn child, and agree to accept responsibility for my decision which I have made of my own free will for the following reasons: ______________________

   ______________________

   After considering the above, I hereby request that I ______________________ (Name) be transferred to ______________________ (facility) or discharged.
   Signature of patient/patient representative: ______________________
   Signature of witness: ______________________

2. *Patient consent for medically appropriate transfer:*
   I hereby consent to transfer to another medical facility. I understand that the examining physician believes that the benefits of appropriate medical care at another facility outweighs the transfer risks. I have been informed of the risks and benefits of transfer, of treatment at another medical facility, and of treatment at this hospital. I considered them in making this decision.
   Signature of patient/patient representative: X Lisa Beman
   Signature of witness: [signature]

3. *Patient refusal of treatment/refusal of transfer:*
   - I acknowledge that my medical condition has been evaluated and explained to me by a physician or other qualified medical person.
   - I know that I have the right to have any emergency medical condition stabilized at this hospital.
   - The risks for not receiving this treatment have been fully explained to me and I am aware that my normal health may be seriously affected if I refuse treatment. I may even endanger my life. I hereby REFUSE the proposed treatment.

   Signature of patient/patient representative: ______________________
   Signature of witness: ______________________

Date: 1-16-97

Stormont-Vail HealthCare
*Regional Health Center*

# PHYSICIAN STATEMENT OF PATIENT TRANSFER TO ANOTHER FACILITY

Patient Name: Boman, Kayla
Form Completed By: Ron Mildey RN

1. I direct that this patient be transferred consistent with these instructions:
   Reason for transfer: Patient Request (Physician Request)
   Condition at time of transfer: ______

   Vital Signs at time of transfer: 98' 116 24
   Diagnosis: Closed Fracture MP (L) Ring Finger / Vascular Compromise. Isolation ______ Yes ______ No

2. Mode of transfer: ALS-AMBULANCE BLS-AMBULANCE FLIGHT OTHER
   Required personnel to accompany patient: RN PHYSICIAN OTHER
   Special medical equipment required for transfer: ______

3. Destination hospital: Shawnee Mission Medical Center
   Transferring Physician: Peterson spoke with receiving Physician Dr. William Reed who accepted patient for transfer at 1-6-99 1850 (date/time).
   Available space/personnel confirmed at receiving hospital by Dr. [illegible] at 1-16-99, 1850 (date/time).
   Ambulance contacted by NA at NA (date/time).
   Ambulance arrived at NA departed at ______
   ______ Copies of all medical records to accompany patient including test, orders, consents, and radiographic studies.
   Report called to [illegible] by Ron Mildey at 1858 1-16-99 (date/time).

4. Physician's certification for transfer:
   I hereby certify that, based upon the information available to me at the time of transfer, the medical benefits reasonably expected from the provision of appropriate medical. care at another medical facility outweigh any increased risk to the individual and, in the case of labor, to the unborn child, from effecting transfer.

   * Risks: Potential clinical deterioration; Treatment delay; Unique clinical risk to this patient ______; Traffic delays; Inclement weather; Other ______

   Benefits: (Specific treatment program); ~~Special resources~~; Physician specialist availability; Available beds; Other ______

   Physician's signature: [signature] MD
   Printed Name: RC Peterson MD
   Date: 1-16-99


Case 4:12-cv-08001-GAF Document 163-2 Filed 09/03/15 Page 6 of 8

Stormont-Vail HealthCare
Regional Health Center

# MANDATORY CHECKLIST FOR PATIENT TRANSFER TO ANOTHER MEDICAL FACILITY

| # | Item | YES | NO |
|---|---|---|---|
| 1. | Name of patient. | ☒ | ☐ |
| 2. | Signature of person completing form. | ☒ | ☐ |
| 3. | Reason for transfer circled: Patient request/Physician request | ☒ | ☐ |
| 4. | Condition at time of transfer documented. By whom: ______ | ☐ | ☒ |
| 5. | VS at time of transfer documented on medical record and transfer form. By whom: Ron Molden | ☒ | ☐ |
| 6. | Diagnosis documented. | ☒ | ☐ |
| 7. | Isolation specified. | ☒ | ☐ |
| 8. | Mode of transfer circled. | ☐ | ☐ |
| 9. | Required personnel to accompany patient circled. By whom: ______ | ☐ | ☒ |
| 10. | Special medical equipment required for transfer noted. By whom: Ron Molden | ☒ | ☐ |
| 11. | Destination hospital documented. | ☒ | ☐ |
| 12. | Transferring physician's name documented. | ☒ | ☐ |
| 13. | Receiving physician's name documented. | ☒ | ☐ |
| 14. | Date and time of acceptance call documented. | ☒ | ☐ |
| 15. | Name of person at receiving hospital who confirmed available space and personnel. | ☒ | ☐ |
| 16. | Date and time of confirmation. | ☒ | ☐ |
| 17. | Name of person who called air or ground ambulance. | ☒ | ☐ |
| 18. | Date and time of ambulance notification acceptance. By whom: Ron Molden | ☒ | ☐ |
| 19. | Date and time of ambulance arrival. | ☒ | ☐ |
| 20. | Date and time of ambulance departed. | ☒ | ☐ |
| 21. | Copies of medical record, tests, consents, radiographic studies, orders assembled. By whom: Ron Molden | ☒ | ☐ |
| 22. | Name of person to whom report called is documented. | ☒ | ☐ |
| 23. | Name of person calling report is documented. | ☒ | ☐ |
| 24. | Date and time report called is documented. | ☒ | ☐ |
| 25. | Physician circled risks of transferring patient. | ☒ | ☐ |
| 26. | Physician documents unique risk to patient. | ☒ | ☐ |
| 27. | Physician documents any other information. | ☒ | ☐ |
| 28. | Physician circled benefits of transferring patient. | ☒ | ☐ |
| 29. | Physician lists any other benefits. | ☒ | ☐ |
| 30. | Physician signature on form. | ☒ | ☐ |
| 31. | Physician dates form. | ☒ | ☐ |
| 32. | Patient/patient representative signature on Consent for Transfer obtained and witnessed. | ☒ | ☐ |
| 33. | IV fluids and drugs given are documented on medical record. By whom: Ron Molden | ☒ | ☐ |

Signature: RN/MD Ron Molden

Case 4:12-cv-08001-GAF Document 163-2 Filed 09/03/15 Page 7 of 8

Stormont-Vail HealthCare

**Standard Insurance Form**

Patient Name Kayla Boman

**Authorization to Release Information:** I hereby authorize Stormont-Vail Regional Health Center and the Emergency Physician of Topeka to release my medical records or any other information requested by my insurance company in reference to this claim.

**Authorization to Pay Insurance Benefits:** I hereby authorize payment directly to the above named hospital of the benefits otherwise payable to me but not to exceed the hospital's regular charges for this period of hospitalization . I understand I am financially responsible to the hospital for charges not covered by this authorization.

**Agreement of Payment:** In consideration of the admission of the above named patient as a patient of Stormont-Vail Regional Health Center, the undersigned does hereby agree to be responsible for any and all charges for hospital services provided to/or for the patient by Stormont-Vail Regional Health Center.

**Medicare Patients:** Patient's Certification, Authorization to Release Information, and Payment request. I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its Intermediaries or Carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment to me.

**Medicaid Patients:** I understand that my medical card may not cover any/all charges incurred as a result of my medical treatment. I am responsible for any non-covered Medicaid charges ._____**(initial).**

**Pre-Certification/Referral:** I understand that obtaining insurance pre-certification/referral is my responsibility and that Stormont-Vail Regional Health Center will assist me whenever possible. I will be responsible for any charges not covered by my insurance as a result of failure to obtain proper pre-certification/referral KB **(initial).**

**Billing Information Authorization Release:** I authorize Stormont-Vail Regional Health Center to utilize this release for future services, if needed, for a period of one (1) year.

I have read and agree to the statements on this form.

| | | | |
|---|---|---|---|
| Patient Signature | Date | X Lisa Boman<br>Policy Holder Signature | 1-16-99<br>Date |
| Witness | Date | C. Keen<br>Witness | 1-16-99<br>Date |

(Signature by mark must have two witnesses)

BOMAN KAYLA D
01/16/99 EMD 08/18/90
2-58837-4 460294 8Y
PETERSON ROBERT L.