~~251223~~

KANSAS

RECEIVED
NOV 22 2005
KS ST WORKERS' COMPENSATION

DEPARTMENT OF LABOR
Jim Garner, Secretary

KATHLEEN SEBELIUS, Governor

# Worker's Request for Workers Compensation Records

*(THIS FORM IS NOT TO BE USED BY EMPLOYERS TO ACCESS WORKERS COMPENSATION RECORDS)*

Name: Lisa Marie Montgomery (FKA: Boman)

Social Security Number: 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

Address: (*street*) ______

(*city*) ______ (*state*) ______ (*zip*) ______

Phone Number: () ______

Date of Accident(s): 3-30-99

Specify below the records you are requesting:

[X] Accident Report(s) on File    [X] Medical Record(s) on File

**I am requesting that a copy of my records be sent to my legal representative listed below:**

Name: David L. Owen, Jr.

Address: (*street*) 818 Grand, Suite 300

(*city*) Kansas City (*state*) MO (*zip*) 64106

**I hereby verify that I am requesting Accident Reports or Medical Records involving an accident or prior claim in which I either sought workers compensation or suffered an injury, and I hereby give the Division of Workers Compensation permission to send my records to the person or persons specified above.**

Signature of Worker: Lisa Montgomery    Date: 11-21-05

**Federal Privacy Act Disclosure Section 7(a)(2)(B)**

The mandatory requirement that social security number be included in forms filed with the Division of Workers Compensation is permitted by Section 7(a)(2)(E) of the Federal Privacy Act of 1974, since our regulations which require its disclosure were in existence before January 1, 1975. The number is used as a means of identifying all the various records in the Division of Workers Compensation pertaining to an individual.

The use of social security numbers is made necessary because of the large number of applicants who have similar names and birth dates, and whose identities can only be distinguished by the social security number,

DIVISION OF WORKERS COMPENSATION
800 SW Jackson Street, Suite 600, Topeka, KS 66612-1227
Phone: 785-296-2996 • Fax: 785-291-3430 • Tall Free: 1-800-332-0553 • workerscomp@dol.ks.gov • www.dol.ks.gov

## Claimant Information

| | |
|---|---|
| Claimant SSN: | 0440707519 |
| Claimant Name: | Bowman, Lisa |
| Available Accidents: | 1 |
| Available Docket/UnDockets: | 1 |
| Available Elections: | 0 |
| Available Form Ds: | 0 |
| Available Form88s: | 0 |
| Available Rehabs: | 0 |
| Available Mediations: | 0 |

## Claimant Information

| | | | |
|---|---|---|---|
| **Claimant ID:** | **1066476** | | |
| **Claimant Name:** | **Bowman, Lisa** | | |
| **Claimant Address:** | **PO Box 85** | **, Melvern** | **KS 66510** |

***Accidents List:***

| *Accident #* | *DOA* | *Employer* | *Cartridge #* |
|---|---|---|---|
| 200074 | 3/30/1999 | 200 1848 -- Spears Manufacturing Co | 08281049 |

# Docket Report



**Docket:** 25 1223
**Claimant Name:** Bowman, Lisa M

**Type:** D
SSN: 04407075 19

**Accident Number:**
**Date of Accident:** 3/31/1999
**County of Venue:** 125 Montgomery
**Locator:** SSS
**ALJ:** 98 Frobish, Jon L
**Cause:** 797 Repetitive Motion
**Source:** 8800 Miscellaneous (Earplugs, Sheetrock etc)
**Member:** 030 Multiple Upper Extremities
**Filed Date:** 1/18/2000
**Process Date:** 1/21/2000
**Fatal:**
**Status:** I

**Cartridgel#:** 0
**Cartridge2#:** 0
**Cartridge3#:**
**Created by:** PC l/21/2000
**Changed by:** docket l/21/2000

**Employer:**
2001848 Spears Manufacturing Co

**Carrier:**
19380 American Home Assurance Co

| **Lawyers:** | | **Representing** | **Withdrawn** |
|---|---|---|---|
| 11586 | Martens, Kim | RESPONDENT | No |
| 8879 | Wisler, James | CLAIMANT | Yes |

# Docket Report



**Docket:** 25 1223 **Type:** D
**Claimant Name:** Bowman, Lisa M SSN: 4407075 19
**Action Code History:**

| Action Code | Description | By Code | File Date | Created By | Created Date | Comments |
|---|---|---|---|---|---|---|
| 2270 | Chg Status To Inactive | | l/12/2001 | Remarks | l/12/2001 | FILE TO TPKA M |
| 2270 | Chg Status To Inactive | 098 | l/12/2001 | Action | l/12/2001 | |
| 2200 | Order to Prd Recds | 098 | 4/10/2000 | Action | 4/10/2000 | |
| 1320 | Amnd Appl Chg Member | 027 | 3/15/2000 | Action | 3/15/2000 | |
| 6370 | File Activity | | 3/10/2000 | Remarks | 3/10/2000 | RET FOR ATT SIG M |
| 6370 | File Activity | 030 | 3/10/2000 | Action | 3/10/2000 | |
| 1000 | Appl Hearing (E-l) | 027 | l/18/2000 | Action | l/l 8/2000 | |

DHR DIVISION OF WORKERS COMPENSATION
KS DEPT OF HUMAN RESOURC
800 SW JACKSON STE 600
TOPEKA KS 66612-1227

# EMPLOYER'S R PORT OF ACCIDENT

Submit original copies only

Client Ref #: 436 Ref #: 0000291456 Loc Cd: 11

OSHA Case or File Number *

There is a $250 penalty for failure to file Accident Reports within 28 days of the employer's receipt of knowledge of the accident. This form contains all items requested on OSHA Form Number 101. "Supplementary Record of Occupational Injuries and Illness." Adj: Donna K #7807

DO NOT WRITE IN THIS SPACE

2001848

08281045

1. Federal Employers Identification Number 95-2647135
2. Name of Employer SPEARS MANUFACTURING CO INC Telephone Number (818) 364-6766
3. Mailing Address PO BOX 9203 SYLMAR, CA Zip Code 9'392
4. Location, if different from mailing address HWY 75 & RTE 1 CANEY, KS 67333
5. Nature of Business MFG AND DISTRIBUTE PLASTIC PIP S.I.C. Code Dept. or Division
6. Name of Employee LISA (First) (Middle) BOWMAN (Last) Age 31 Sex FEMALE
7. Home Address 1115 SE ADAMS BARTLESVILLE, OK Zip Code 74003
8. Soc. Sec. # 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 Birth Date 02/27/1968 Employee's Occupation LINE CUTTER Home Phone (918) 534-1095
9. Date of Injury or Occupational Disease 03/30/1999 Time of Injury 6:00 A.M./XX

Date Disability Began Gross Average Weekly Wage $ 266.00

10. Place of Accident or last exposure CAREY (City) MONTGOMERY (County) KS (State)
11. Was accident or last exposure on employer's YES
12. How did accident occur? EMPLOYEE WAS CUTTING PARTS WITH HYDRAULIC CUTTERS/FELT PAIN IN RIGHT WRIST
13. What was employee doing when injured?-
14. Name substance or object that directly caused injury
15. Describe in detail nature and extent of injury, indicate part of body involved ALL OTHER SPECIFIC INJURIED NOC/PAIN WRIST/RIGHT
16. Was worker admitted to hospital? NO Date Hospital &Address Emergency Room Only? NO
17. Name and address of attending physician COFFEYVILLE FAMILY PRACTICE 209 WEST 7TH COFFEYVILLE, KS 67337
18. Has employee returned to regular duty? NO Light duty? YES Date 03/30/1999
19. Is compensation n[...] being paid? NO Date first/initial payment
20. Weekly compen[...] $ Is further medical aid needed? YES
21. Did employee die[...] If so, give date of death

File amended r[...] within 28 days if death subsequently occurs.

22. Name and address [of de]pendents (death cases only) 1378

13-5124990

23. Insurance Carrier American Home — AIG Claims Services, 120 South Central, Suite 300, Clayton, MO 63105

Address

Policy Number 5806003 WC 80 61 61 Name of Agent

Claim Number 436-010575 Name of Claim Representative

24. Date of Report 04/01/1999 Completed by ROSEMARIE NAGLE Title HUMAN RESOURCES

K-WC 1101-A (Rev. 7-97)

- SUBMISSION DOES NOT CONSTITUTE ADMISSION OF LIABILITY -

Right column (DO NOT WRITE IN THIS SPACE): 125; AGE 31; OD Y N (N circled); CAUSE 716; NATURE 985; SEVERITY: 0 - NO TIME LOST (circled), 1 - TIME LOST, 2 - MEDICAL, 3 - FATAL; SOURCE 2200; MEMBER 654

DO NOT WRITE IN THIS SPACE

RECEIVED APR 09 1999 Ks. St. Workers Compensation

KANSAS DEPARTMENT OF HUMAN RESOURCES
DIVISION OF WORKERS COMPENSATION
BOO S.W. JACKSON STE 600
TOPEKA, KS. 66612-1227
(785) 296-3441

MARCH 16, 2000

LISA M BOWMAN VERSUS
SSN : 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

DOCKET NO. 251223

SPEARS MANUFACTURING AND

AMERICAN HOME ASSURANCE CO
C/O AMERICAN INTRNL ADJMT CO

DATE OF ACCIDENT

MAR. 31, 1999

AMENDED APPLICATION
TO ADD OR CHANGE MEMBER INJURED

THIS APPLICATION WAS FILED WITH THE DIRECTOR'S OFFICE ON MAR. 15, 2000 REGARDING THE ABOVE CLAIM. A TIME AND PLACE FOR THE HEARING WILL BE ESTABLISHED WHEN A PARTY MAKES A REQUEST FOR A SETTING TO THE ADMINISTRATIVE LAW JUDGE.

COPIES OF NOTICE AND APPLICATION TO:

JON L FROBISH
ADMINISTRATIVE LAW JUDGE
110 E WATERMAN
WICHITA KS 67202-3710

JAMES L WISLER
ATTORNEY FOR CLAIMANT
SCHROER, RICE, P.A.
115 SE 7TH ST
TOPEKA KS 66603

SPEARS MANUFACTURING
PO BOX 292A
CANEY KS 67333

AMERICAN HOME ASSURANCE CO
C/O AMERICAN INTRNL ADJMT CO
120 S CENTRAL AVE STE 300
CLAYTON MO 63105

KIM R MARTENS
ATTORNEY FOR RESPONDENT
200 W DOUGLAS AVE STE 600
WICHITA KS 67202-3089

CAB - 6



DIVISION OF WORKERS COMPENSATION
KS DEPT OF HUMAN RESOURCES
800 SW JACKSON ST STE 600
TOPEKA KS 6661? '?27
Phone (785) 296-3441 Fax (785) 291-3430
E-Mail workerscomp@hr.state.ks.us

DKD
251,223

DO NOT WRITE IN THIS SPACE

RECEIVED
MAR 9 200?
KS. ST. WORKERS' COMPENSATION

RECEIVED
STATE OF KANSAS
MAR 1 5 2000
DIVISION OF
WORKERS COMPENSATION
TOPEKA, KANSAS

AMENDED
# APPLICATION FOR HEARING

Employee's Name: Lisa M. Boman
Social Security Number: 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
Street: P. 0. Box 85
City: Melvern State: KS Zip: 66510

Employer: spears Manufacturing
Street: Rt. 1. Bx 292A
City: caney State: KS Zip: 67333
Insurance Carrier:

ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE

Date of accident/disease (give beginning and ending dates if a series): 3/31/99

State specifically the exact cause and source of accident/disease: Repetitive use of hands and arms in cutting parts.

Briefly state extent of injuries or disease claimed: Right carpal tunnel syndrome

In what county did the accident or disease occur? Montgomery At or near which city? Caney

If accident/disease did not happen within Kansas, in which Kansas county could hearing be most conveniently held?

Lisa Boman
Applicant's Signature

3-7-00
Date Signed

DO NOT WRITE IN THIS SPACE

Attorney's Signature:
Attorney's Printed Name: JAMES L. WISLER #08879
Address: SCHROER, RICE, P.A.
115 EAST SEVENTH STREET
PO BOX 2667
TOPEKA, TOPEKA, KANSAS 667

Telephone Number: (785) 357-0333; 357-0

Kansas Supreme Court Number: #08879

Federal Privacy Act Disclosure Section 7(a)(2)(B)

The mandatory requirement that social security numbers be included on forms filed with the Division of Workers Compensation is permitted by Section 7(a)(2)(B) of the Federal privacy Act of 1974, since our regulations which require its disclosure were in existence before January 1 1975. The number is used as a means of identifying all the various records in the Division of WorkersCompensation pertaining to an individual.

The use of social security numbers is made necessary because of the large "umber of applicants who have similar names and birth dates and whose identities can only be distinguished by the social security "umber.

KANSAS DEPARTMENT OF HUMAN RESOURCES
DIVISION OF WORKERS COMPENSATION
800 S.W. JACKSON STE 600
TOPEKA, KS. 66612-1227
(785) 296-3441

i

JANUARY 21, 2000

LISA M BOWMAN VERSUS — DOCKET NO. 251223
SSN: 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

SPEARS MANUFACTURING AND — DATE OF ACCIDENT

AMERICAN HOME ASSURANCE CO — MAR. 31, 1999
C/O AMERICAN INTRNL ADJMT CO

NOTICE OF HEARING
APPLICATION FOR HEARING

THIS APPLICATION WAS FILED WITH THE DIRECTOR'S OFFICE ON JAN. 18, 2000 REGARDING THE ABOVE CLAIM. A TIME AND PLACE FOR THE HEARING WILL BE ESTABLISHED WHEN A PARTY MAKES A REQUEST FOR A SETTING TO THE ADMINISTRATIVE LAW 'JUDGE.

COPIES OF NOTICE AND APPLICATION TO:

JON L FROBISH
ADMINISTRATIVE LAW JUDGE
110 E WATERMAN
WICHITA KS 67202-3710

JAMES L WISLER
ATTORNEY FOR CLAIMANT
SCHROER, RICE, P.A.
115 SE 7TH ST
TOPEKA KS 66603

SPEARS MANUFACTURING
PO BOX 292A
CANEY KS 67333

AMERICAN HOME ASSURANCE CO
C/O AMERICAN INTRNL ADJMT CO
120 S CENTRAL AVE STE 300
CLAYTON MO 63105





DIVISION OF WORKERS COMPENSATION
KS DEPT OF HUMAN RESOURCES
600 SW JACKSON ST STE 600
TOPEKA KS 66612-1227

Phone.. (785) 296-34 Fax .. (765) 291-3430
E-Mail ................ workerscomp@hr.state.ks.us

DO NOT WRITE IN THIS SPACE
RECEIVED
JAN 18 2000
KS ST WORKERS COMPENSATION

# APPLICATION FOR HEARING

Employee's Name: Lisa M. Bowman — Employer: Spears Manufacturing 200847
Social Security Number: 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 — Street: Rt. 1, Box 292A
Street: P. O. Box 85 — City: Caney State: KS Zip: 67333
City: Melvern State: KS Zip: 66510 — Insurance Carrier: American Home Assurance ...

**ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE**

Date of accident/disease (give beginning and ending dates if a series): 3/31/99

State specifically the exact cause and source of accident/disease:- Repetitive use of hands and arms in cutting parts.

Briefly state extent of injuries or disease claimed: Bilateral carpal tunnel syndrome.

In what county did the accident or disease occur? Montgomery — Attorney in which city? Caney

If accident/disease did not happen within Kansas. in which Kansas county could hearing be most conveniently held? 125

Lisa M Bowman — Applicant's signature
1-14-00 — Date Signed

DO NOT WRITE IN THIS SPACE

Attorney's Signature: [signature]
Attorney's Printed Name: JAMES L. WISLER #08879
Address: SCHROER, RICE, P.A.
115 FAST SEVENTH STREET
PO BOX 2667
TOPEKA, KANSAS 66601-2667
Telephone Number: (785) 357-0333; 357-0216 FAX
Kansas Supreme Court Number: #08879

Federal Privacy Act Disclosure Section 7(a)(2)(B)
The mandatory requirement that social security numbers be included on forms filed with the Division of Workers Compensation is permitted by Section 7(a)(2)(B) of the Federal Privacy Act of 1974, since our regulations which require its disclosure were in existence before January 1, 1975. The number is used as a means of identifying all the various records in the Division of Workers Compensation pertaining to an individual.
The use of social security numbers is made necessary because of the large number of applicants who have similar names and birth dates, and whose identities can only be distinguished by the social security number.

Case 4:12-cv-08001-GAF Document 163-3 Filed 09/03/15 Page 8 of 13

Inactive file Frobish

BEFORE THE DMSION OF WORKER'S COMPENSATION
STATE OF KANSAS

RECEIVED
APR 06 2001
KS. St. Workers Compensation

| | | |
|---|---|---|
| LISA M. BOWMAN<br>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<br>Claimant | ] | |
| vs | ] | |
| SPEARS MANUFACTURING<br>Respondent | ] | DOCKET NO. 251223 |
| AMERICAN HOME ASSURANCE CO.<br>Insurance Carrier | ] | |

RECEIVED
APR 0 3 2001
KS. ST. WORKERS' COMPENSATION

ORDER ALLOWING WITHDRAWAL OF ATTORNEY

NOW on this 6 day of April, 2001, this matter comes on for hearing upon James L. Wisler's motion to withdraw as attorney for the Claimant herein. For good cause shown, the Court grants the motion to withdraw and IT IS HEREBY ORDERED that James L. Wisler, of Schroer, Rice, P.A., should be allowed to withdraw as counsel for the Claimant.

ADMINISTRATIVE LAW JUDGE



BEFORE THE DIVISION OF WORKER'S COMPENSATION
STATE OF KANSAS

RECEIVED
APR 0 3 2001
KS. ST. WORKERS' COMPENSATION

| | | |
|---|---|---|
| LISA M. BOWMAN<br>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<br>Claimant | ] | |
| vs | ] | |
| SPEARS MANUFACTURING<br>Respondent | ] | DOCKET NO. 251223 |
| AMERICAN HOME ASSURANCE CO.<br>Insurance Carrier | ] | |

MOTION TO WITHDRAW AS CLAIMANT'S COUNSEL

COMES NOW James L. Wisler of Schroer, Rice, P.A., and moves for leave to withdraw as attorney for the Claimant herein

WHEREFORE, movant respectfully moves for leave to withdraw as attorney for the Claimant herein.

Respectfully submitted,

James L. Wisler, #08879
SCHROER, RICE, P.A.
115 SE 7th Street
PO Box 2667
Topeka, KS 66601-2667
(785) 357-0333 -Office
(785) 357-0216 -Facsimile
Attorneys for Plaintiff

BEFORE THE DMSION OF WORKER'S COMPENSATION
STATE OF KANSAS

| | | |
|---|---|---|
| LISA M. BOWMAN<br>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<br><br>Claimant<br>vs<br><br>SPEARS MANUFACTURING<br><br>Respondent<br><br>AMERICAN HOME ASSURANCE CO.<br><br>Insurance Carrier | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | DOCKET NO. 251223 |

MOTION TO WITHDRAW AS CLAIMANT'S COUNSEL

COMES NOW James L. Wisler of Schroer, Rice, P.A., and moves for leave to withdraw as attorney for the Claimant herein.

WHEREFORE, movant respectfully moves for leave to withdraw as attorney for the Claimant herein.

Respectfully submitted,

James L. Wisler, #08879
SCHROER, RICE, P.A.
115 SE 7th Street
PO Box 2667
Topeka, KS 66601-2667
(785) 357-0333 - Office
(785) 357-0216 - Facsimile
Attorneys for Plaintiff



CERTIFICATE OF SERVICE

I hereby certify tbat a copy of the above and foregoing was deposited in the United States Mail, Fist Class, Postage Prepaid, on April 2, 2001, addressed as follows:

Kim R Martens
Hite, Fanning & Honeyman, LLP
200 West Douglas
Suite Number 600
Wichita, KS 67202

and a chambers copy to:

Honorable Jon L. Frobish
Division of Workers Compensation
110 E. Waterman
Wichita, KS 67202-3710

and a courtesy copy to:

Lisa M. Boman
P.O. Box 85
Melvern, KS 665 10

James L. Wisler, #08879

APPROVED:

SCHROER, RICE, P.A.

By ____________________

James L. Wisler, #08879
Attorneys for Claimant

HITE, FANNING & HONEYMAN L.L.P.

By ____________________

Kim R. Martens - #11586 - Attorneys for
Respondent and Insurance Carrier



KANSAS DEPARTMENT OF HUMAN RESOURCES
DIVISION OF WORKERS COMPENSATION
800 S.W. JACKSON STE 600
TOPEKA, KS. 66612-1227
(785) 296-3441

RECEIVED
MAR 20 2000
Ks. St. Workers Compensation

MARCH 16, 2000

LISA M BOWMAN VERSUS
SSN : 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

DOCKET NO. 251223

SPEARS MANUFACTURING AND

AMERICAN HOME ASSURANCE CO
C/O AMERICAN INTRNL ADJMT CO

DATE OF ACCIDENT
MAR. 31, 1999

AMENDED APPLICATION
TO ADD OR CHANGE MEMBER INJURED

THIS APPLICATION WAS FILED WITH THE DIRECTOR'S OFFICE ON MAR. 15, 2000 REGARDING THE ABOVE CLAIM. A TIME AND PLACE FOR THE HEARING WILL BE ESTABLISHED WHEN A PARTY MAKES A REQUEST FOR A SETTING TO THE ADMINISTRATIVE LAW JUDGE.

COPIES OF NOTICE AND APPLICATION TO:

JON L FROBISH
ADMINISTRATIVE LAW JUDGE
110 E WATERMAN
WICHITA KS 67202-3710

JAMES L WISLER
ATTORNEY FOR CLAIMANT
SCHROER, RICE, P.A.
115 SE 7TH ST
TOPEKA KS 66603

SPEARS MANUFACTURING
PO BOX 292A
CANEY KS 67333

AMERICAN HOME ASSURANCE CO
C/O AMERICAN INTRNL ADJMT CO
120 S CENTRAL AVE STE 300
CLAYTON MO 63105

KIM R MARTENS
ATTORNEY FOR RESPONDENT
200 W DOUGLAS AVE STE 600
WICHITA KS 67202-3089

HITE, FANNING, & HONEYMAN L.L.P.

By ______________________
for Kim R. Martens- Attorneys for
Respondent and Insurance Carrier
Supreme Court No. 11586

CERTIFICATE OF MAILING

I hereby certify that a true and'correct copy of' the above and foregoing was mailed this 29th day of February, 2000, to:

James L. Wisler
Schroer, Rice, P.A.
115 SE 7"' Street
Topeka, Kansas 66603

and the original lo:

Honorable Jon L. Frobish
Administrative Law Judge
Division of Workers Compensation
110 East Waterman
Wichita, Kansas 67202

______________________
for Kim R. Martens

cc: Mary Cook
RoseMarie Nagle
Curtis, Schloetzer



RECEIVED
FEB 7 2000
KS. St. Workers Compensation

HITE, FANNING & HONEYMAN L.L.P.
Attorneys at Law
200 West Douglas, Suite 600
Wichita, Kansas 67202
Telephone (316) 265-7761
Facsimile (3 16) 267-7803

BEFORE THE DIVISION OF WORKERS COMPENSATION
FOR THE STATE OF KANSAS

LISA M. BOWMAN,
Claimant,

vs.

SPEARS MANUFACTURING COMPANY, INC.
Respondent,

and

AMERICAN HOME ASSURANCE COMI'ANY,
Insurance Carrier.

Docket No. 251,223

**ENTRY OF APPEARANCE AND REQUEST FOR MEDICAL RECORDS**

COMES NOW the law firm of HITE, FANNING, & HONEYMAN, L.L.P., and enters its appearance in the captioned claim on behalf of respondent and insurance carrier.

Respondent and insurance carrier hereby demand, pursuant to the provisions of K.S.A. 44-515, copies of any and all medical reports and records relating to claimant's physical condition which claimant or claimant's attorney has or hereafter receives.

DIVISION OF WORKERS COMPENSATION'
KS DEPT OF HUMAN RESOURCES
800 SW JACKSON ST STE 600
TOPEKA KS 66612-1227

Phone .. (765) 296-3441 Fax .. (765) 291-3430
E-Mail workerscomp@hr.state.ks.us

DO NOT WRITE IN THIS SPACE

RECEIVED

JAN 18 2000

KS ST WORKERS COMPENSATION

Frob/S

# APPLICATION FOR HEARING

2001847

| | |
|---|---|
| Employee's Name: Lisa M. Bowman | Employer: Spears Manufacturing |
| Social Security Number 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 | street: Rt. 1, Box 2921 |
| Street: P. O. Box 85 | City: Caney KS State: Zip: 67333 |
| City: Melvern State: KS Zip: 66510 | Insurance Carrier: [illegible] |

**ACCIDENTAL INJURY OR OCCUPATIONAL DISEASE**

Date of accident/disease (give beginning and ending dates if a series): 3/31/99

State specifically the exact cause and source of accident/disease:

Repetitive use of hands and arms in cutting parts.

Briefly state extent of injuries or disease claimed: Bilateral carpal tunnel syndrome.

In what county did the accident or disease occur? Montgomery 125 At or near which city? Caney

If accident/disease did not happen within Kansas, in which Kansas county could hearing be most conveniently held?

Lisa M Bowman — Applicant's Signature

1-14-00 — Date Signed

DO NOT WRITE IN THIS SPACE

Workers Compensation Director

JAN 24 2000

Certificate of the Workers Compensation Director. The above is a true and correct copy of the original instrument which is on file or of record in the office of the Division of Workers Compensation.

Attorney's Signature: [signature]

Attorney's Printed Name: JAMES L. WISLER #08879

Address: SCHROER, RICE, P.A.
115 EAST SEVENTH STREET
PO BOX 2667
TOPEKA, KANSAS 66601-2667

Telephone Number: (785) 357-0333, 0216 FAX

Kansas Supreme Court Number: #08879

**Federal Privacy Act Disclosure Section 7(a)(2)(B)**

The mandatory requirement that social security numbers be included on forms filed with the Division of Workers Compensation is permitted by Section 7(a)(2)(B) of the Federal Privacy Act of 1974, since our regulations which require its disclosure were in existence before January 1, 1975. The number is used as a means of identifying all the various records in the Division of Workers Compensation pertaining to an individual. The use of social security numbers is made necessary because of the large number of applicants who have similar names and birth dates,