**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 01/12/2005

Teddy J. Kleiner, currently an inmate at the Lansing Correctional Facility, Lansing, Kansas, was advised of the identity of the interviewing agent and the nature of the interview, whereupon Kleiner provided the following information:

Kleiner advised that he is the half-brother of Lisa Montgomery, stating that they share a common biological mother in Judy Shaughnessy. Kleiner has been incarcerated at the LCF since December 8, 2003, for the possession and manufacture of a controlled substance, to wit, methamphetamine. Kleiner's projected release date is September 30, 2008.

Kleiner advised that he is/was the common law husband of Bonnie Taylor, date of birth of February 13, 1980, and that one male child, Justin Kleiner, was issued from that relationship in August of 2002. Kleiner has not had any recent contact with Taylor and the last he heard she was in the company of her boyfriend, Chance Turley, who may be residing with his grandparents in the 6300-6600 block of Quincy in northern Tulsa, Oklahoma, formerly known as Turley, Oklahoma. Kleiner added that Taylor may also be in the company of yet another boyfriend, William Green, who resides in the Lakeview area of northern Tulsa. Kleiner believes that Taylor may be actively hiding from law enforcement authorities due to her narcotics activities. Kleiner stated that Bonnie's mother, Rachel Darlene Taylor, approximately forty-five years of age, may be residing with her boyfriend, Toby Houston, approximately thirty years of age, at 400 East Detroit, Yale, Oklahoma. Kleiner related that telephone service to that residence should be in Houston's name. Kleiner added that if Rachel Taylor and Houston have moved their mobile home from that location, then a Sue Ellen Lacy, 328 North Main, Yale, Oklahoma will probably know the whereabouts of both Bonnie and Rachel.

Kleiner advised that he and Bonnie opted to have their son, Justin, born in Topeka, Kansas, in order to avoid having Justin taken from them by Oklahoma child welfare authorities. Kleiner advised their concern in this matter was due to the fact that a previous child that they had together had been taken from them because of their illegal narcotics use and activities. Kleiner stated that he and Bonnie intended to permanently re-locate to Kansas and stay with his mother, Judy Shaughnessy, but

Investigation on 01/12/2005 at Lansing, Kansas

File # 7C-KC-88014 Date dictated 01/12/2005

by SA Andrew L. Alvey:ala



This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Shaughnessy set the condition that Kleiner and Taylor needed to get their personal and legal affairs in order before she would agree to that arrangement. Kleiner advised that, at that time, Bonnie was on probation out of Oklahoma on a narcotics conviction. Shaughnessy took physical custody of Justin after his birth.

Kleiner further related that approximately two weeks after Justin was born, he and Bonnie were being driven back to Kansas from Oklahoma by an acquaintance when they were stopped by several law enforcement officers in Yates Center, Kansas. At first, the officers stated they were looking for drugs, but early in the encounter asked "Where's the baby?." Kleiner stated the officers seemed to ignore a bag of syringes that were in the vehicle. Kleiner suspects that Lisa Montgomery tipped off the officers because she had previously remarked that she knew several local officers.

A few days after the Yates Center incident, Montgomery called Kleiner and claimed that Shaughnessy intended to keep Justin and had no intention of bringing him down to see Kleiner and Taylor in Tulsa. Kleiner, believing at the time that what Montgomery said was true, immediately drove to Shaughnessy's house in Lyndon, Kansas, took custody of Justin and returned to Tulsa. Approximately four months later, Kleiner, Taylor and Justin moved in with Kleiner's other sister, Patty Baldwin, in Lyndon, Kansas. During this time, Shaughnessy told Kleiner that Montgomery was making numerous self-serving statements to the effect that Shaughnessy and Baldwin were conspiring to take permanent custody of Justin.

Kleiner stated that while he and Taylor were staying at Baldwin's place, several friends of Baldwin's daughter came over to visit, all of them reeking of the odor of marijuana smoke. Inasmuch as he was trying to quit using drugs himself, Kleiner told Baldwin that her daughter's friends had to leave. Baldwin balked at this, stating that she would not expel her daughter's friends. Consequently, Kleiner and Taylor immediately gathered up Justin and their few belongings and began to walk to Montgomery's residence. While walking along Highway 75, a motorist stopped and asked if they needed a ride. Kleiner accepted and in the course of the drive, the motorist identified herself as Kathy Dewey and stated that she was a friend of Lisa Montgomery. Dewey took the three of them directly to Montgomery's residence in Melvern, Kansas. Upon their arrival at Montgomery's house, Montgomery immediately offered to let them stay with her.

Shortly after taking up residence with Kevin and Lisa Montgomery, Lisa advised Kleiner and Taylor that she was pregnant, but not to tell anyone as she wanted it to be a "surprise." In furtherance of her claim of pregnancy, Montgomery even had her children who were residing with her to palpate her abdomen for supposed fetal movement. However, Montgomery's daughter, Kayla Boman, would not go along with this charade and would just walk away when this activity was going on. During the time he and Taylor were staying with the Montgomerys, Kleiner had the occasion to have a confidential conversation with Kayla in which Kayla stated that Lisa Montgomery had told her when she was thirteen or fourteen years old that Carl Boman was not her biological father, which was counter to what she had always been led to believe. Montgomery said that Kayla's biological father is/was actually some unidentified (to Kayla) drug addict from the Bartlesville/Hominy, Oklahoma, area. Kleiner related that Kayla stated that she was very upset with this knowledge, especially since she thought that her mother told her this information to deliberately hurt her. Kayla further commented that she could tell Kleiner even more about her mother, but stated "My mom would kill me." Kleiner advised that Kayla's tone indicated to him that Kayla meant that her mother would actually physically harm her if she discovered that Kayla had actually passed on such information to a third party. Kleiner related that he told Kayla that no harm would come to her from Lisa Montgomery as long as he could do anything about it.

Kleiner related an incident he witnessed during this time at the Montgomerys involving yet another of Lisa Montgomery's daughters, Chelsea Boman, in which Chelsea was helping her Mother spin sheared lamb's wool onto a spool. Kleiner stated that as Chelsea was assisting Lisa, the spool inadvertently slipped from Chelsea's hands and fell to the floor, disrupting the spinning process. Kleiner stated that his sister immediately flew into a verbal and physical rage in which she repeatedly struck Chelsea about the face with her fists. This assault only abated after Kleiner spoke up and advised his sister that he would not allow her to physically harm her children in the same manner as his father - and Lisa's stepfather - Jack Kleiner, had done when they were younger.

Again, during his time at the Montgomerys, Kleiner witnessed an incident which he believed to be inappropriate physical contact between Kevin Montgomery and Chelsea. Kleiner related that on one occasion while he was walking past a bedroom, he observed Kevin leaning over Chelsea as she lay in her bed.

Kleiner advised that Kevin was in his bathrobe, which appeared to be open at the time, and was rubbing his face against Chelsea's, telling her it was time to get up. Kleiner added that Chelsea would frequently talk about sex or make sexually explicit comments that seemed to belie the Boman and Montgomery childrens' relatively sheltered social life. Kleiner found Chelsea's comments to be abnormal because none of the minor children residing with the Montgomerys were allowed enough time, nor the opportunities, to interact with their peers in an unchaperoned setting.

On yet another occasion, Kleiner was wrestling or engaging in horse-play with Lisa's teenage son, Carl J. Boman, in which, at one point, Carl appeared to deliberately rub his crouch against Kleiner. Kleiner stated that he recoiled from Carl's actions and admonished him to stop that type of activity.

Kleiner related that while Lisa and Carl Boman were still married, he was staying with them temporarily. Kleiner stated that on one occasion, Lisa left the household for several days - as she periodically was wont to do - and was carousing with another man. During this time, Kleiner would watch the Boman children while Carl was at work. One day, Kleiner decided to view a video tape in the house and saw that it was video footage of Carl and Lisa engaging in sexual acts.

Returning to a discussion of his and Bonnie's time at the Montgomerys, Kleiner stated that their house was always immaculate, adding "You could eat off the floor". Kleiner was stunned when he was told that the house was extremely fouled with days/weeks-old canine and rodent droppings on the day of Lisa's arrest. Kleiner stated that is was a very rare circumstance in which the Montgomerys would allow any of the several Rat Terrier dogs they were breeding to come into their house. Kleiner advised that the house was a little cluttered and cramped due to its size and the relative number of people living there, but he could not understand why the Montgomerys let their house become so unkempt.

Kleiner further advised that even though it was common knowledge within their family that Lisa had a tubal ligation procedure some years prior, she always seemed to have a fully stocked baby nursery set up in the Montgomery home in Melvern, Kansas. Kleiner finds it very implausible that Kevin Montgomery was not aware of Lisa's tubal ligation, so it was hard for Kleiner to understand why Kevin acted as though he believed Lisa's contention in early 2003 that she was pregnant. In fact, Kleiner

stated that soon after he and Bonnie moved in with the Montgomerys, Kevin told Kleiner that soon after he an Lisa met, he gave her approximately $300 to get an abortion for a pregnancy resulting from a liaison with another, unidentified male. Kleiner stated that Kevin also told him that instead of getting the abortion, Lisa went on a drug/alcohol/sex binge throughout Texas with a Carl McClain, a former high school boyfriend. Kevin also related that Lisa and McClain wrote numerous insufficient funds checks while on this Texas tryst.

Kleiner related another inconsistency in Kevin's accounts of Lisa's fertility. Kleiner stated that while he was in drug rehab at SOS-Salvation Army, Kansas City, Kansas, in February of 2003, Kevin told him that he had also given Lisa money to get her tubal ligation reversed, which Kleiner recalled was after Kevin gave her money to get an abortion. Again, Kleiner could not understand how Kevin could plausibly believe Lisa was pregnant when he gave her the money for the abortion, and then later give her money to reverse the tubal ligation.

Kleiner further advised that whenever he, Taylor and the Montgomerys went out shopping or to do other errands, Lisa always insisted that Kleiner and Kevin ride in a separate vehicle from the one used by Taylor and herself. On one such shopping trip to a Super WalMart in Topeka, Kansas, the Montgomerys held on to Justin and acted as though they did not want to turn him over to either Kleiner or Taylor, and were acting as though they were Justin's parents around strangers in the store. Two days after this shopping trip, Osage County, Kansas, Sheriff's Deputy (and now Osage County Sheriff) Lori Dunn called the Montgomery home to advise that she had to come out and check on the welfare of Justin to make sure they had the necessities for a newborn baby. Upon arriving at the Montgomery home, Dunn was accompanied by several other deputies and a representative from the Kansas Department of Social and Rehabilitative Services (SRS). Kleiner stated that the deputies came into the house with their service weapons drawn and told Kleiner to get away from Justin. Kleiner advised that the SRS official took custody of Justin and that Lisa did not seem surprised or shocked by what had just transpired. Kleiner suspects that Lisa was behind this for a couple of reasons: Kleiner and Taylor had just designated the Montgomerys as their first choice to take custody of Justin instead of unknown foster parents and Lisa was probably desirous of hastening the process of getting custody of Justin; Lisa was a personal acquaintance of Lori Dunn. Kleiner added that Lisa was in a good mood during this time because she was

probably thinking that she was in a good position to get custody of Justin, or would try to get custody of the baby girl, named Grace, that Connie Taylor (Bonnie's sister) had just given birth to in Oklahoma City and who was suspected to have been sired by Kleiner. Also, at this time Bonnie was exhibiting symptoms that she was pregnant again. Consequently, Kleiner surmises that Lisa believed that she had three potential babies to pursue. In support of this contention, Kleiner added that Lisa told Bonnie Taylor to tell her mother, Rachel Darlene Taylor - who had custody of Grace at the time - that she would give her $5,000 on the spot for Grace. Kleiner further advised that the last he heard, Connie was "drugging it" in the Tulsa area and that Rachel and/or Bonnie would probably know how to get in touch with her.

Kleiner also cited the occasion when he was in rehab at SOS. While in the program, the Montgomerys advised Kleiner that he was not welcome to move back in with them upon completion of the program. However, the Montgomerys wanted Taylor and Justin to remain. In one telephone conversation between Kleiner and Taylor, Taylor complained that she felt like she was being held hostage by the Montgomerys.

Kleiner offered another anecdotal piece of information in which Kayla Boman sent him a letter around April of 2004 in which Kayla talked about what was going on in the Montgomerys' Rat Terrier breeding business, stating that they were in the process of selling two to three of the animals. Kleiner related that Kayla added that the Rat Terrier business was interesting, stating "...and you know what I mean". However, Kleiner still does not know what Kayla meant by this comment.

Kleiner stated that ever since he has known her, Lisa has exhibited erratic, and even mean, behavioral traits. Kleiner further described Lisa as deceitful, impulsive and a compulsive liar, sometimes simultaneously taking both sides of an issue depending upon who she was talking to at the time. Kleiner advised that many times when they were children, Lisa would goad either he or one of their fellow siblings into some type of misbehavior which would inevitably result in their being discovered and disciplined, which would bring apparent satisfaction to Lisa. On one occasion, Lisa indirectly caused their sister Patty to be thrown from a horse, resulting in Patty being on crutches for a period of time. Kleiner advised that Lisa took particular glee at Patty's condition at the time. Kleiner added that whenever there was any slaughter

of any farm animals such as killing chickens, Lisa would recoil at this activity and would leave the scene.

Kleiner related another occasion January-February of 2003 in which he accompanied Lisa on a trip to Oklahoma in which they had dropped Bonnie Taylor off in Oklahoma so she could be in compliance with the terms of her probation. On the trip back, the subject of the alleged sexual molestation of Lisa by Kleiner's father, Jack Kleiner, came up. Kleiner stated that he told Lisa that he held no affection or sympathy for his father and that if his father had indeed molested Lisa when she was younger, then he should pay the consequences. Kleiner stated that Lisa spoke in a calm and matter-of-fact fashion about Jack's abuse of her, so much so that Kleiner thought it odd that she did not act more upset by her victimization. Lisa told Kleiner that after a night of consuming alcohol (usually Baccardi Rum mixed with Coke), he would come into her bedroom and sexually molest her. Lisa had never indicated to Kleiner in any explicitly verbal terms that this molestation bothered her psychologically.

Kleiner advised that his mother, Judy Shaughnessy, left Jack when Kleiner was in the third grade. Shaughnessy's actions were precipitated by her walking in and catching Jack engaged in a sexual act with Lisa. Kleiner stated that his mother held a gun on Jack for a period of time until Jack fled the residence. Kleiner remembers that as they drove away from the residence the following morning, Shaughnessy said that she was going to take Lisa to the doctor to be examined, ostensibly for sexual abuse. However, Kleiner recalls that Lisa was emphatic in her reluctance to be examined by a doctor. Kleiner does not know whether his sister was ever examined by any medical provider for molestation. Upon reflection of what has happened since their childhood and in view of Lisa's behavior as an adult, Kleiner is not all that certain that these alleged sexual encounters were not consensual on the part of Lisa. Other than the aforementioned, Lisa provided no details about the alleged molestation. Kleiner offered that he believes that Lisa would have agreed to have sex with him if he had been so inclined.

Kleiner last spoke to Lisa in July of 2003 and that he last wrote to her in May of 2004. Kleiner stated that he had quoted a Bible verse in this letter to Lisa to illustrate his other written comments that he still loved her in spite of all the things she had done to him while they were children and her efforts to interfere with his efforts to maintain custody of Justin. Kleiner

is now convinced that if she could not have custody of Justin herself, then she would be content with keeping Kleiner from getting the boy. Kleiner noticed a marked change in Lisa's attitude towards he and Bonnie after they had removed the Montgomerys as prospective foster parents to Justin. Kleiner stated that Lisa did not respond to his letter and he suspects that she did not appreciate his biblical quote.

Kleiner was not aware of any inordinate financial strains on the Montgomerys and they always seemed to have a ready supply of cash with which they used on the aforementioned shopping trips. Kleiner stated that the Montgomerys would use credit cards to purchase goods, but not extensively. Kleiner added that on one occasion, Lisa showed him a bank statement which indicated that the Montgomerys had approximately $20,000 in the account. Kleiner further advised that the Montgomerys frequently stated that they had thousands of dollars invested in certificates of deposit and the stock market.

Kleiner concluded by stating that he had never heard Lisa ever mention Bobbie Jo Stinnett nor anyone from Skidmore, Missouri.

Kleiner is a white male, 5'10" tall, weight of 215 pounds, blue eyes, date of birth of June 6, 1974, Social Security Account Number of 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.