cr5cad8f
06/25/99 14 44

# EMERGENCY

STORMONT VAIL REGIONAL HEALTH CENTER
1500 S W 10TH STREET
TOPEKA, KANSAS 66604
MRN 467023 PATIENT# 3-13465-7

| | | | |
|---|---|---|---|
| P | Name BOMAN, LISA M | DOB 02/27/1968 | OPAREA EMD |
| A | Address 1919 SE ADAMS #15 | Age 31 Y | Admit Dt/Tm 06/25/99 14 40 |
| T | City/St/Zip TOPEKA KS 6660 | Sex F | Admit Type EMERGENCY |
| I | Cnty Cd 089-SHAWNEE SS# 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 | Race W | Admit Source PHYSICIAN REFER |
| E | Home Phone 785-234-0881 | MS S | Prior Visit Dt 06/20/99 |
| N | Employer Phone - - Ext | | Rev Type S IP Elsewhere? N |
| T | Employer 0099 GREYHOUND | Clerk TMH | Where? |
| | Occupations CLERK | Religion | Acc Dt 06/20/99 16 15 |
| | Employer Address | | Type IN THE HOM |
| | City/St/Zip TOPEKA KS | | Mode of Arrival PRIVATE |

| | |
|---|---|
| R | Relative Name MONTGOMERY,KEVIN W |
| E | Relationship FRIEND |
| L | Address 409 NW LINCOLN |
| | City/St/Zip MELVERN KS 66510 |
| | Hm Ph (785)549-3459 Wk Ph (785)862-1893 |
| G | Name BOMAN,LISA M |
| U | Relation PATIENT IS INSU SS# 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 |
| A | Address 1919 SE ADAMS #15 |
| R | City/St/Zip TOPEKA KS 6660 |
| | Home Phone (785)234-0881 DOB 02/27/68 |
| | Employer Phone ( ) - Ext |
| | Employer 0099 GREYHOUND 784.0 |
| | Occupation CLERK |
| | Employer Address |
| | City/St/Zip TOPEKA KS |

INS#1 0000 SELF PAY SUB BOMAN,L ID# Gp#
I Mail
N
S

EMR Phy 953 -PETERSON, ROBERT L 99.29
P C Phy 999 -UNASSIGNED/NONE

Patient Complaint NECK PAIN

| EXAM | | yes no |
|---|---|---|
| LOC | Alert, oriented | ( ) ( ) |
| SKIN | Warm, Dry, Good Color | ( ) ( ) |
| HEAD | Scalp, face normal | ( ) ( ) |
| EYES | Sclerae normal, PERL | ( ) ( ) |
| EARS | Canals and TM's clear | ( ) ( ) |
| NOSE | No obst , discharge | ( ) ( ) |
| THROAT | Not inflamed | ( ) ( ) |
| NECK | Supple, no adenopathy | ( ) ( ) |
| HEART | RR, no S3 or murmur | ( ) ( ) |
| LUNGS | No rales, rubs, dec BS | ( ) ( ) |
| ABD | Soft, no mass, tend | ( ) ( ) |
| EXT | No edema, pulses OK | ( ) ( ) |
| GENIT | No mass, hernia, disch | ( ) ( ) |
| NEURO | CN II-XII, Intact, no focal weakness, dec sensation | ( ) ( ) |

HISTORY ( ) see nurse's notes

| TIME | LAB/X-RAYS | RN |
|---|---|---|
| | | |

IMPRESSION Headache, etc cinch

(✓)DICTATED

DISCHARGE PLAN ( )SEE WORKSHEET/TRAUMA LOG

Compazine 10 mg tid prn #8

| TIME | ORDERS | RN |
|---|---|---|
| | IMN | |
| | Compazine 10 mg | IV BJA |

F/U WITH DR Oglesby IN HRS (✓)PRN

CONDITION IN DISCHARGE Sat PHYSICIAN ASST /RESIDENT ______ PHYSICIAN [signature]

EMERGENCY ROOM REPORT

CHIEF COMPLAINT: This is a 31-year-old, white single female with chief complaint of headache

HISTORY OF PRESENT ILLNESS The patient was in the emergency department on 6/20 following a trampoline incident in which she was hit in the back of the head and neck by a childs knee Cervical spine films and head CT at that time were normal and the patient was discharged on pain medications. The patient has continued to have pain since that time, in spite of Lortab 7 5 and has now run out of her medicines. The patient complains of a severe headache with photophobia, nausea and vomiting. She gives no previous history of migraine type headaches. She has had no interim loss of consciousness or other focal neurologic symptoms

The patient is afebrile with normal vital signs. Pupils are round, equal and reactive Neck is supple Grips are firm bilaterally

The patient is given Compazine 10 mg intravenous with significant improvement in her headache. At the last visit, the patient was up sitting in her boyfriends lap with a big smile in her face She was discharged with a prescription for Compazine p r n for nausea and headache and will followup with the Dr. as indicated.

FINAL DIAGNOSIS: Headache of uncertain etiology, possibly post traumatic and/or rule out migraine.

Robert Peterson, M D

DD 06/25/99 06·40
DT 06/26/99 08:47/308
Job Id 48337

PAGE 1 of 1
EMERGENCY ROOM REPORT

PHYSICIAN: ROBERT PETERSON, M D.

NAME BOMAN, LISA
ROOM NO. ERO UNIT NO 467023

ADMIT DATE: 06/25/99
DISCHARGE DATE:
DOB: 02/27/68

PRIMARY CARE PHYSICIAN·

STORMONT-VAIL REGIONAL HEALTH CENTER
TOPEKA, KANSAS

# Sto[redacted]ont-Vail Regional Medical C[redacted]ter
# Emergency Nursing Assessment Record

Name:

| | |
|---|---|
| Dr ______________ P C Physician notified N Y | ER Room # 0A |
| Dr ______________ P C Physician approved? Y N | |
| Valuables: Ø | |
| Method of Arrival: self, (family), friend, cab, walk, w/chair, carried, stretcher, ambulance | |

Hx of Present (Illness/Injury): Information obtained from Patient (Family) Other

Time: 1435 Pt is a 31 yr old female here with c/o blurred vision / double vision and a HA Pt here Sunday night with concussion from trampoline accident. Pt pl?d a/o ?? even hm lasix ?? GCS 15

Signature: [signature] Initials: [initials]

PRIORITY (circle one): Non-Emergent / Urgent / Emergent

| Time to Room | Last Tetanus | LMP | WT | VISUAL ACUITY [R] unable [L] glasses W/GLASSES [R] unable due to photophobia |
|---|---|---|---|---|
| | | | | |

ALLERGIES: darvocet

CURRENT MEDS: Ø Lortab - ran out yesterday

| TIME | T | P | R | BP | SAO2 | MEDS/TX | NURSING ASSESSMENT/CARE |
|---|---|---|---|---|---|---|---|
| 1438 | 98.1 | 72 | 18 | 106/67 | | [initials] | |
| 1520 | | | | | | | States HA since incident on Sunday |
| | | | | | | | has persisted since Lortab helps but |
| | | | | | | | no complete rel. of Blurred vision |
| | | | | | | | started Thurs. Nausea also, Pt |
| | | | | | | | A/O - answers questions slowly. BH |
| 1630 | | | | | | #20 ?? needle | to (R) FA |
| 16:35 | | | | | | Compazine 10mg slow | IV push Pt resting ——— R |
| 17:05 | | | | | | | States feels better - Wants |
| | | | | | | | to go home ——— R |
| 1723 | | | | | | | pt states headache is gone |
| | | | | | | | now states "I want to |
| | | | | | | | get something to eat now" |
| | | | | | | | pt IMN DC'd RX |
| | | | | | | | given instructions ——— TH |

**PROTOCOLS**

| | | | |
|---|---|---|---|
| Pt. Mgmt. | ☒ | Wound Mgmt. | ☐ |
| ~~Chest Pain~~ | ☐ | ~~Rabies~~ | ☐ |
| MI-TPA | ☐ | Conscious Sedation | ☐ |
| Stroke - TPA | ☐ | Blood Prod. Mgmt. | ☐ |
| ~~Ped. Fever~~ | ☐ | ~~Restraint Mgmt.~~ | ☐ |
| Shortness Breath | ☐ | Cardioversion | ☐ |

| INIT | SIGNATURE | INIT | SIGNATURE | INIT | SIGNATURE |
|---|---|---|---|---|---|
| [initials] | [signature] | BAH | B Haynes RN | TH | Holly Hicks RN |

| Acuity | Add Pages | Disposition (circle one) | Time Out |
|---|---|---|---|
| III | Ø | Home / Admit / Other / Room # / Report Given To | 1723 |

Case 4:12-cv-08001-GAF Document 163-5 Filed 09/03/15 Page 3 of 6

Boiner Lisa
6-25-99

**Stormont-Vail HealthCare**
*Regional Health Center*
1500 SW 10th Avenue Topeka, KS 66604-1353

# EMERGENCY DEPARTMENT AFTER CARE INSTRUCTION SHEET

Your Physician or Physician Assistant today has been Dr ( ) Bassett (X) Peterson ( ) Rose ( ) Crider
P A ( ) Brosa ( ) Cox

We want patients treated in our Emergency Department and their families to be completely satisfied with the care If you have questions or concerns, please call 354-6125 between the hours of 8 00 a m and 4 30 p m Monday-Friday Thank you very much for using our Emergency Department

**PLEASE FOLLOW THE INSTRUCTIONS INDICATED FOR YOU.**

## INJURY - SKIN AND MUSCLE

1 Apply ice or cold pack the first 48 hours Do not apply ice directly to skin - use cloth or towel May use heat following this
2 Elevate injured area to minimize swelling
3 Apply support (Ace) bandage to extremity, but not so tight as to cause the skin to turn blue, numbness, or tingling to the area below the bandage
4 Take bandage off at night
5 Rest injured extremity as much as possible the first 2-3 days

## SUTURE CARE

1 Leave the pressure dressing on for 24 hours Cover the wound with a bandaid as needed
2 Return here for suture removal in ________ days
3 Keep the suture line clean and dry Use water or hydrogen peroxide to remove any crust that forms on the suture line
4 You may apply an antibiotic ointment to the sutures for several days before coming in for suture removal This will make it easier for the sutures to be removed
5 You may gently wash the suture line if needed, but make sure to pat it dry thoroughly
6 If you should develop any of the following signs, return here or call your doctor (a) SWELLING, (b) REDNESS, (c) FEVER, (d) RED STREAKING AWAY FROM THE WOUND
7 Wounds are sensitive to sunlight for several weeks, so avoid prolonged exposure to it

## FEVER

1 Give Acetaminophen as prescribed by your physician
2 Increase the patient's fluid intake
3 Undress to diaper or use light clothing to allow skin to release heat
4 Seek help immediately if the child starts twitching (convulsing) or has difficulty breathing

| Children's and Junior Strength TYLENOL | Drops 80mg/0 8ml Dropperful | Chewable Tablets 80mg tabs | Elixir 160mg/5ml | Junior Strength 160mg caplets |
|---|---|---|---|---|
| 0 3 mos/6-11 lbs | ½ dppr | | | |
| 4 11 mos/12-17 lbs | 1 dppr | | ½ tsp | |
| 12 23 mos/18 23 lbs | 1 dppr | | ¾ tsp | |
| 2 3 yrs/24 35 lbs | 2 dppr | 2 tab | 1 tsp | |
| 4 5 yrs/36-47 lbs | | 3 tab | 1 ½ tsp | |
| 6 8 yrs/48-59 lbs | | 4 tab | 2 tsp | 2 cap |

## HOME NEUROLOGICAL OBSERVATION FOLLOWING HEAD INJURIES

1 Observe for any change in the patient's personality or level of consciousness
2 Note whether he/she seems confused, repeats questions, is slow to respond, acts abnormally, does not arouse to full consciousness, or differs significantly from his or her normal state
3 Pupils should be the same size and get smaller when the light shines into them
4 Examine the patient hourly for a few hours, then every 2 to 3 hours for 24 hours
5 If you have any suspicions that the patient is getting worse, call or come back to the Emergency Department immediately

take medication as directed
See Dr. Oglesby as needed
compazine had at 4:30 hrs
NO driving or alcohol - 6-8 hr

**Work Status:** ( ) May Return to Work (X) Full Duty ( ) Light Duty ( ) No work/school for ________ days
**Given Standard Instructions:** Suture Care ( ) Injury-Skin/Muscle ( ) Fever ( ) Tylenol ( )
Head Injury ( ) After Care ( ) Back Injury ( ) MOHS ( ) Sprains/Strains ( ) Crutches ( ) Have Prescription Filled ( )
For follow-up care you have been referred to Physician ____________________ Phone ____________

"If you do not have a regular physician and wish to make a follow-up appointment with the physician named above, you should try to make contact with his/her office within 48 hours of your ER visit The doctor will then try to arrange follow-up coverage for you in his/her office or with a consultant who might be more appropriate to your needs The date of the appointment should be consistent with the urgency of your medical problems If you have any problems you are welcome to call us here in the Emergency Department at 354-6100"

I understand the instructions above

[signature] Nurse    [signature] Patient/representative signature    1723 Time

ATMENT

IEDICAL
ECORD

NAME

DATE                                                    TIME

1 I (or ______________________ for ______________________________) knowing that I (or ______________________) am (is) suffering from a condition requiring medical care including diagnostic procedures and medical and surgical treatment by the attending physician, his/her assistants or his/her designees, as is necessary in his/her judgement

2 I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of treatment or examination in the Health Center

3 I consent to the disposal by the Health Center of any tissues or parts which may be removed in the course of any procedure performed upon me

4. I understand that the Health Center is a Cooperating Hospital of the Outreach Program of the University of Kansas Medical Center and various residency programs including but not limited to those of St. Lukes Hospital, The Menninger Foundation and the Family Medicine Residency Program of Topeka I further understand that while under the care of my attending physician, treatment may be provided at his/her direction by the resident physicians and interns enrolled in such programs and consent to the same.

5. Through the services of Stormont-Vail Health Care Corporation Physician Relations Program, I authorize the Health Center to release my medical records to my primary care physician ☐Yes ☐No and/or the referring hospital ☐Yes ☐No and/or health care providers and personnel involved with my care immediately before I was admitted as a patient at Stormont-Vail Regional Health Center ☐Yes ☐No

6 I authorize Stormont-Vail Regional Health Center and the Emergency Physicians of Topeka, P A. to release any information or copies of medical records necessary to secure payment for my medical care. I further authorize the Health Center to provide such information and copies to my primary care physician

7 I understand that I may be treated by either the emergency physician on duty or a private physician with active staff privileges at the Health Center In the event I am treated by the emergency physician on duty I authorize payment directly to Stormont-Vail Regional Health Center and the Emergency Physicians of Topeka, P A. of the benefits otherwise payable to me I understand I am financially responsible to the Health Center and the Emergency Physicians of Topeka, P A for charge not covered by this authorization.

8 This form has been fully explained to me and I understand its conditions.

Lisa Boman
Patient

(Authorized signature) (relationship)

WITNESS

(White Copy-Medical Records; Yellow Copy-E.R. File; Pink Copy-Physician Billing Service)

Stormont-Vail HealthCare

Patient Name________________________________________________

**Authorization to Release Information:** I hereby authorize Stormont-Vail Regional Health Center and the Emergency Physician of Topeka to release my medical records or any other information requested by my insurance company in reference to this claim

**Authorization to Pay Insurance Benefits:** I hereby authorize payment directly to the above named hospital of the benefits otherwise payable to me but not to exceed the hospital's regular charges for this period of hospitalization I understand I am financially responsible to the hospital for charges not covered by this authorization

**Agreement of Payment:** In consideration of the admission of the above named patient as a patient of Stormont-Vail Regional Health Center, the undersigned does hereby agree to be responsible for any and all charges for hospital services provided to/or for the patient by Stormont-Vail Regional Health Center

**Medicare Patients:** Patient's Certification, Authorization to Release Information, and Payment request I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct I authorize any holder of medical or other information about me to release to the Social Security Administration or its Intermediaries or Carriers any information needed for this or a related Medicare claim I request that payment of authorized benefits be made on my behalf I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment to me

**Medicaid Patients:** I understand that my medical card may not cover any/all charges incurred as a result of my medical treatment I am responsible for any non-covered Medicaid charges _____**(initial).**

**Pre-Certification/Referral:** ~~I understand that obtaining~~ insurance pre-certification/referral is my responsibility and ~~that Stormont-Vail Regional~~ Health Center will assist me whenever possible I will be responsible for any charges not covered by my insurance as a result of failure to obtain proper pre-certification/referral LB **(initial).**

**Billing Information Authorization Release:** I authorize Stormont-Vail Regional Health Center to utilize this release for future services, if needed, for a period of one (1) year

I have read and agree to the statements on this form

Lisa Boman

| | | | |
|---|---|---|---|
| Patient Signature | Date | Policy Holder Signature | Date |
| Witness | Date | Witness | Date |

Lena M. H[illegible] 6/25/99

(Signature by mark must have two witnesses)

Complete Billing Information on the Back