FILED
NOV 14 2000 11:21am DB
CLERK OF THE DISTRICT COURT
OSAGE COUNTY, KANSAS

J MARCUS GOODMAN
STAFF ATTORNEY
923 WEST MAIN
COUNCIL GROVE, KS 66846
(316) 767-5163

**IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS**
**DOMESTIC DEPARTMENT**

**STATE OF KANSAS, EX REL., SECRETARY,**
**SOCIAL AND REHABILITATION SERVICES,**
**ASSIGNEE OF LISA M. BOMAN, PETITIONER**
**VS**
**CARL J. BOMAN, RESPONDENT**

**Case No. OS00D*000157**
**Division**

## ORDER FOR CHILD SUPPORT

Now on this 31st day of October, 2000, the above captioned matter comes on for hearing. Petitioner, the Secretary of the Kansas Department of Social and Rehabilitation Services, appears by and through, J MARCUS GOODMAN, STAFF ATTORNEY. Petitioner, LISA M. BOMAN appears in person. Respondent appears not. There are no other appearances.

Thereupon the court having reviewed the file herein, heard statements of counsel and the evidence of the parties, makes the following findings and orders:

1. The respondent was served with service of process and a copy of the petition on the 26th day of July, 2000 , pursuant to the requirements of K.S.A. 60-304(a) and the court has complete personal and subject matter jurisdiction over the parties and the issues of this case.

2. The respondent is the father of the minor children, DESIREE BOMAN, DOB 01/11/1987, CHELSEA L. BOMAN, DOB 07/09/1988, CARL J. BOMAN II, DOB 10/20/1989, KAYLA D. BOMAN, DOB 08/18/1990, and owes a duty to support said children.

3. In accordance with the Kansas Child Support Guidelines the respondent is ordered to pay $388.00 MONTHLY beginning 11/01/2000 and continuing on the [1] day of each [MONTHLY] thereafter until further order of this court.

4. The respondent shall obtain and maintain maximum health insurance coverage for the minor

children and provide SRS and LISA M. BOMAN with the policy and identification numbers and a card or other indicia of insurance sufficient to obtain medical services for the children. The Respondent is responsible for 50% of all uninsured medical costs incurred by the minor children.

5. An income withholding order shall issue for $388.00 per month current support and $50.00 per month to arrears.

6. The respondent shall pay the court costs of $101.50 and $40.00 for this action. Such payment shall be made separately from the child support payments ordered herein and should be made payable to the Clerk of the District Court, OSAGE County Courthouse, LYNDON, Kansas.

BY THE COURT IT IS SO ORDERED.

PHILLIP M. FROMME
JUDGE OF THE DISTRICT COURT

Prepared and Approved by:

J MARCUS GOODMAN, SC# 08673
STAFF ATTORNEY

J MARCUS GOODMAN
STAFF ATTORNEY
923 WEST MAIN
COUNCIL GROVE, KS 66846
(316) 767-5163

**IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS**
**DOMESTIC DEPARTMENT**

**STATE OF KANSAS, EX REL., SECRETARY,**
**SOCIAL AND REHABILITATION SERVICES,**
**ASSIGNEE OF LISA M. BOMAN, PETITIONER**
**VS**
**CARL J. BOMAN, RESPONDENT**

**Case No. OS00D*000157**
**Division**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of November, 2000, I mailed a copy of the Journal Entry for Paternity by U.S. Mail, first class postage prepaid, addressed to all interested parties as follows:

LISA M. BOMAN
PO BOX 85
MELVERN, KS 66510

CARL J. BOMAN
1115 SE ADAMS #7
BARTLESVILLE, OK 74003

J Marcus Goodman
J MARCUS GOODMAN, SC# 08673
STAFF ATTORNEY

3-12-02
163

ORIGINAL

FILED
MAR 29 2002
4:30pm MB
CLERK OF THE DISTRICT COURT
OSAGE COUNTY, KANSAS

**IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS**

STATE OF KANSAS, ex rel., SRS
Plaintiff/Petitioner,

Case No. OS 00 D 157

vs.

CARL J. BOMAN
Defendant/Respondent.

[ ] PERSONAL/RESIDENTIAL
[XX ] CERTIFIED MAIL

PURPOSE OF GARNISHMENT
[ ] Support hold %
[XX] Other: CS Arrears
[ ] Federal or State Tax

CFB ARIZONA/UTAH, Garnishee
2020 NORTH CENTRAL AVENUE
PHOENIX, AZ. 85004

**ORDER OF GARNISHMENT**
(Other Property)

CERTIFIED MAIL

The State of Kansas to the Garnishee:

You are hereby ordered as a garnishee to file with the clerk of the above named court, within 10 days after service of this order upon you, your answer under oath stating whether you are at the time of the service of this order upon you, and also whether at any time thereafter but before you sign your answer, indebted to the defendant, or have in your possession or control any property belonging to the defendant, excluding earnings (compensation for personal services, whether denominated as wages, salary, commission, bonus or otherwise) due and owing the defendant and stating the amount of any such indebtedness and description of any such property. For the purpose of this order, if you are, at the time this order is served upon you, an executor or administrator of an estate containing property or funds to which defendant is or may become entitled as a legatee or distributee of the estate upon its distribution, you are deemed to be indebted to the defendant to the extent of such property or funds. You are further ordered to withhold the payment of any such indebtedness, or the delivery away from yourself of any such property, until the further order of the court. Your answer on the form served herewith shall constitute substantial compliance with this order.

Defendant/Respondent: **CARL J. BOMAN**

Amount of Claim: $2,943.00

Plaintiff's attorney: Dionne A.L. Carter
Staff Attorney, DYNTEK
Townsite Plaza IV
120 SE 6th St, Suite 106
Topeka, KS 66603
(785)233-0822

Your answer shall disclose the last known address of the defendant according to your records.

FAILURE to file your answer may entitle the plaintiff to judgment against you for the full amount of the claim and costs.

SEAL

Date: March 12 2002

Clerk of the District Court
by: Glenda Bronson
Deputy

STATE OF KANSAS, ex rel., SRS
VS.
CARL J. BOMAN

Case No. OS 00 D 157

**************** RETURN OF SERVICE ON GARNISHMENT****************

On the ____ day of ________________________________, 2002, at ____________.m.
I received this order of garnishment and I hereby certify that I served the same as follows:

(1) Service on Garnishee. I served said order of garnishment, together with two (2) copies of a form for garnishee's answer, on each of the garnishees at the time and in the manner following, to-wit:

______________________________________________

______________________________________________

______________________________________________

(2) Service on Defendant. I also served a copy of said order of garnishment on each of the defendants on the dates and in the manner following, to-wit:

______________________________________________

______________________________________________

______________________________________________

______________________________
Sheriff

7000 1670 0003 6803 7051

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CFB Arizona/Utah
2020 North Central Ave
Phoenix, Az, 85004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) PAT HAVEY

C. Date of Delivery 3-7-02

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7000 1670 0003 6803 7051

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

..., 20 02 , I mailed a copy of the ... of Garnishee
...orsed "return receipt requested ...h all appropriate fees paid.

..., 20_____, I mailed a copy of the

______________________________

...United States Postal Service for
...ved OSSO 03/24/02
...Sent Court - [initials]
...RIFF OF OSAGE COUNTY
[signature]

2004 OCT 18 AM 9:57

# IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS

**STATE OF KANSAS,** ***ex rel*** **Petitioner**

**vs.** **Case No. 00 DM 157**

**CARL J. BOMAN,** **Respondent**

## MOTION TO TEMPORARILY STAY CHILD SUPPORT AND MOTION TO DETERMINE CHILD SUPPORT

(Filed pursuant to K.S.A. Chapter 60)

COMES NOW Respondent, Carl J. Boman, by and through his attorney, James R. Campbell, and respectfully prays the Court make and enter an order temporarily staying child support in this matter, then, at an appropriate time, determining an appropriate amount of child support to be levied in this case.

In support of his motion, Respondent would state that he has been on workers compensation for some period of time and that, as of August 31, 2004, Respondent is without any source of income for a period of time.

In further support of his motion, Respondent would state he is seeking disability or other means to support himself and, upon finding such other means of assistance, that an appropriate child support figure should be determined.

WHEREFORE, Respondent respectfully prays the Court make and enter an order temporarily staying child support, then determining an appropriate child support amount in this case.

RESPECTFULLY SUBMITTED:

JAMES R. CAMPBELL - S.C. #14631
511 Neosho Street - P.O. Box 122
Burlington, KS 66839-0122
Telephone (620) 364-3094
Attorney for Respondent

## VERIFICATION

STATE OF OKLAHOMA )
) ss
COUNTY OF WASHINGTON )

Carl J. Boman, of lawful age, being first duly sworn on his oath, states:

That affiant is the Respondent herein; that he has read the above and foregoing Motion to Temporarily Stay Child Support and Motion to Determine Child Support; and that the statements, allegations and matters contained therein are true and correct to the best of affiant's knowledge and belief.

CARL J. BOMAN, Respondent

SUBSCRIBED AND SWORN TO before me this 05 day of ~~September~~ OCT., 2004.

MICHAEL BYFIELD
Notary Public

My Appointment Expires:

**My Commission Expires: 5/14/2008**
**Notary Commission #00006560**

MICHAEL BYFIELD NOTARY PUBLIC # 00006560 EXP. 5/14/08 IN AND FOR STATE OF OKLAHOMA WASHINGTON COUNTY

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above Motion to Temporarily Stay Child Support and Motion to Determine Child Support was deposited in the U.S. mail, first class postage prepaid, addressed to:

Amy Raymond
Dyntek
120 SE 6th St, Suite 106
Topeka, KS 66603

Dated this 15th day of ~~September~~ October, 2004.

JAMES R. CAMPBELL - S.C. #14631
Attorney for Respondent

IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS 2004 DEC 13 AM 11:19

| | |
|---|---|
| STATE OF KANSAS, *ex rel* | **Petitioner** |
| vs. | **Case No. 00 D 157** |
| CARL J. BOMAN, | **Respondent** |

## MOTION FOR CHANGE IN CUSTODY

(Filed pursuant to K.S.A. Chapter 60)

COMES NOW Respondent, Carl J. Boman, by and through his attorney, James R. Campbell, and respectfully prays the Court make and enter an order changing custody of the minor children in this matter.

In support of his motion, Respondent would state that paternity was originally established in this case and, as such, the Court has jurisdiction over the parties and the subject matter herein.

Further, Respondent would state that the oldest child, Desiree Boman, date of birth 1/11/1987, will reach the age of 18 in the immediate future and, as such, will be able to make such decisions as she desires, and no change of custody is necessary therein.

In further support of his motion, Respondent would state that the middle children, Chelsea Boman, date of birth 7/9/1988; and Carl James Boman II, dates of birth 10/20/1989, have expressed a desire to live with Respondent; the children are having difficulty with the natural mother; and the children are of such an age that their wishes and desires should be given great accord to the Court. A substantial change in circumstance has occurred in that the children no longer wish to reside with their mother, and their natural father is in a position to have care

and custody of the children. Respondent alleges that it is in the best interests of the minor children to have the custody arrangement changed from primary place of residence with natural mother to primary place of residence with natural father.

The youngest child, Kayla Boman, date of birth 8/17/1990, has not expressed a desire overtly to reside with the natural father, and his wishes and desires should be taken into account in the Court making final orders in this matter. Respondent would state that should the child state a desire to live with the natural father, the natural father would be in favor of the same and would feel it is in the best interests of the minor child to reside with the natural father, should that desire be expressed

WHEREFORE, Respondent respectfully prays the Court make and enter an order changing custody in this matter; that the minor children, Chelsea Boman and Carl Boman II be placed with Respondent with reasonable parenting time to the natural mother; and that the desires of the youngest child be ascertained and orders issued consistent therewith.

RESPECTFULLY SUBMITTED:

JAMES R. CAMPBELL - S.C. #14631
511 Neosho Street - P.O. Box 122
Burlington, KS 66839-0122
Telephone (620) 364-3094
Attorney for Respondent

## VERIFICATION

STATE OF KANSAS )
) ss
COUNTY OF COFFEY )

Carl J. Boman, of lawful age, being first duly sworn on his oath, states:

That affiant is the Respondent herein; that he has read the above and foregoing Motion for Change of Custody; and that the statements, allegations and matters contained therein are true and correct to the best of affiant's knowledge and belief.

[signature]
CARL J. BOMAN, Respondent

SUBSCRIBED AND SWORN TO before me this 10th day of December, 2004.

[signature: Tamara J. Campbell]
Notary Public

My Appointment Expires:

NOTARY PUBLIC
STATE OF KANSAS
TAMARA J. CAMPBELL
State of Kansas
My Appt. Exp. 2-2-2006

## NOTICE OF HEARING

You are hereby notified that the above and foregoing matter will be heard by the Osage County District Court on January 25, 2005, at 10:30 a.m., or as soon thereafter as the Court may reach the same.

JAMES R. CAMPBELL - S.C. #14631
Attorney for Respondent

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above Motion to Change Custody was deposited in the U.S. mail, first class postage prepaid, addressed to:

Amy Raymond
Dyntek
120 SE 6th St, Suite 106
Topeka, KS 66603

Lisa Montgomery
32419 Adams Road
Melvern, KS 66510

Dated this 10th day of December, 2004.

JAMES R. CAMPBELL - S.C. #14631
Attorney for Respondent