# SOCIAL SECURITY ADMINISTRATION

Baltimore, Maryland 21235

## CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 United States Code 902. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 21st day of February, 2006.

Steven Donnell
Division Director
Division of Earnings Record Operations
Office of Central Operations

Form SSA-473 (3-96)
Destroy Prior Edition

FROM: SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
300 N. GREENE STREET
BALTIMORE, MARYLAND 21290-0300

FEDERAL PUBLIC DEFENDER

321 E 2ND ST

LOS ANGELES CA 90012

NUMBER HOLDER NAME:
KEVIN MONTGOMERY

PERIOD REQUESTED JANUARY 1998 THRU DECEMBER 2005

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| EMPLOYER NUMBER: 35-1313928<br>ESSEX GROUP INC<br>TAX DEPARTMENT<br>1601 WALL STREET<br>FORT WAYNE IN 46802-4352 | | | | | |
| 1998 | - | - | - | - | $ 30,483.67 |
| 1999 | - | - | - | - | $ 34,724.80 |
| 2000 | - | - | - | - | $ 6,505.75 |
| EMPLOYER NUMBER: 48-0758698<br>UNITED STEELWORKERS OF AMERICA<br>DISTRICT 11<br>851L LOCAL<br>% THOMAS ELLIOT<br>PO BOX 19327<br>PAULINE KS 66619-0327 | | | | | |
| 1998 | - | - | - | - | $ 379.99 |
| EMPLOYER NUMBER: 48-0541716<br>SHELLEY ELECTRIC INC<br>PO BOX 12124<br>WICHITA KS 67277-2124 | | | | | |
| 2000 | - | - | - | - | $ 13,476.32 |

ITEMIZED STATEMENT OF EARNINGS JOB:
N 1984.002 * * * FOR SSN 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 * * *

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|
| 2001 | - | - | - | - | $ 29,319.56 |

EMPLOYER NUMBER: 48-0721248
CAPITAL ELECTRIC CONSTRUCTION CO
INC
PO BOX 410079
KANSAS CITY MO 64141-0079

| | | | | | |
|---|---|---|---|---|---|
| 2000 | - | - | - | - | $ 2,187.90 |

EMPLOYER NUMBER: 48-0991730
MCELROY ELECTRIC INC
3209 S TOPEKA
3209 S TOPEKA BLVD
TOPEKA KS 66611-2234

| | | | | | |
|---|---|---|---|---|---|
| 2000 | - | - | - | - | $ 4,002.27 |

EMPLOYER NUMBER: 48-1036901
FLOWERS ELECTRIC INC
701 NW 43RD ST
TOPEKA KS 66617-1304

| | | | | | |
|---|---|---|---|---|---|
| 2001 | - | - | - | - | $ 9,672.08 |

EMPLOYER NUMBER: 21-0743293
ATLANTIC GROUP INC
5426 ROBIN HOOD RD
NORFOLK VA 23513-2447

| | | | | | |
|---|---|---|---|---|---|
| 2002 | - | - | - | - | $ 11,315.00 |

EMPLOYER NUMBER: 35-1101097
COACHMEN INDUSTRIES INC
% JOE STEELE
PO BOX 3300
ELKHART IN 46515-3300

| | | | | | |
|---|---|---|---|---|---|
| 2002 | - | - | - | - | $ 7,292.54 |
| 2003 | - | - | - | - | $ 1,740.64 |

ITEMIZED STATEMENT OF EARNINGS JOB:
FOR SSN 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 * * *

| YEAR | JAN - MARCH | APRIL -JUNE | JULY - SEPT | OCT - DEC | TOTAL |
|---|---|---|---|---|---|

EMPLOYER NUMBER: 80-0002436
RENO HOLDINGS INC
PO BOX 19331
TOPEKA KS 66619-0331

| | | | | | |
|---|---|---|---|---|---|
| 2002 | - | - | - | - | $ 136.50 |

EMPLOYER NUMBER: 44-0642405
ACME SIGN HANGER INC
1313 VERNON ST
N KANSASCITY MO 64116-4422

| | | | | | |
|---|---|---|---|---|---|
| 2003 | - | - | - | - | $ 15,538.16 |
| 2004 | - | - | - | - | $ 32,046.04 |

EMPLOYER NUMBER: 48-0791514
D L SMITH ELECTRICAL
CONSTRUCTION INC
1405 SW 41ST
TOPEKA KS 66609-1204

| | | | | | |
|---|---|---|---|---|---|
| 2003 | - | - | - | - | $ 3,664.84 |

EMPLOYER NUMBER: 56-1217245
POWER PLANT MAINTENANCE CO INC
PO BOX 118
SOCIETY HILL SC 29593-0118

| | | | | | |
|---|---|---|---|---|---|
| 2003 | - | - | - | - | $ 8,532.00 |

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER 2004 MAY NOT BE SHOWN, OR ONLY PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

# Social Security Administration

## Retirement, Survivors and Disability Insurance

**Earnings Record Information**

From: Office of Central Operations
300 North Greene Street, Baltimore, Maryland 21201

FEDERAL PUBLIC DEFENDER
C/O DORA GARVEY
321 E 2ND ST
LOS ANGELES CA 90012

Date: FEB 21 2006

Refer to: S2RB1K/06190

Your Reference:

We are sending you the statement of earnings you requested for the number holder shown below.

| Number Holder's Name: | Social Security Number: |
|---|---|
| KEVIN MONTGOMERY | 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 |

If we recently received earnings information, it may not yet be shown on this statement.

Please read the back of this letter for more information about Social Security records.

If you have any questions, you should call, write or visit any social Security office. If you visit, please bring this letter. It will help us answer questions.

Enclosures:
Original Letter
Earnings Statement

Control Number: 06033161319
Remittance CTL Number: 200602020212

# INFORMATION ABOUT SOCIAL SECURITY RECORDS

- Our records show the amount of earnings reported, not the amount of Social Security taxes which were paid.
- Wages were first covered under Social Security in 1937. Therefore, 1937 is the first year for which earnings may be shown on our records. Employers were required to report earnings semi-annually in 1937, and on a quarterly basis for the years from 1938 through 1977. Beginning with 1978, employers are required to report earnings annually.
- Our records do not show the exact dates of employment (month and day) because we don't need this information to figure Social Security benefits. Employers do not give us this information.
- Our records may not show earnings from last year because it takes some time to process earnings reports from employers.
- Each year, there is a maximum amount of earnings that are subject to Social Security taxes and are used to compute benefits. If a person earns more than this maximum amount, the earnings statement will usually show the maximum rather than the total earnings.

| Years | Maximum Yearly Earnings Taxed for Social Security | Years | Maximum Yearly Earnings Taxed for Social Security |
|---|---|---|---|
| 1937-50 | $ 3,000 | 1985 | $39,600 |
| 1951-54 | $ 3,600 | 1986 | $42,000 |
| 1955-58 | $ 4,200 | 1987 | $43,800 |
| 1959-65 | $ 4,800 | 1988 | $45,000 |
| 1966-67 | $ 6,600 | 1989 | $48,000 |
| 1968-71 | $ 7,800 | 1990 | $51,300 |
| 1972 | $ 9,000 | 1991 | $53,400* |
| 1973 | $10,800 | 1992 | $55,500* |
| 1974 | $13,200 | 1993 | $57,600* |
| 1975 | $14,100 | 1994 | $60,600* |
| 1976 | $15,300 | 1995 | $61,200* |
| 1977 | $16,500 | 1996 | $62,700* |
| 1978 | $17,700 | 1997 | $65,400* |
| 1979 | $22,900 | 1998 | $68,400* |
| 1980 | $25,900 | 1999 | $72,600* |
| 1981 | $29,700 | 2000 | $76,200* |
| 1982 | $32,400 | 2001 | $80,400* |
| 1983 | $35,700 | 2002 | $84,900* |
| 1984 | $37,800 | 2003 | $87,000* |

- Beginning in 1951, self-employed persons could also receive Social Security credit for their work. The maximum amounts of self-employment earnings that are subject to Social Security taxes and are used to compute benefits are the same as those shown above.

☐ Please read the enclosed pamphlet(s) for more information.

* The maximum yearly earnings taxed for Hospital Insurance for 1991 is $125,000, 1992 - $130.000, 1993 – 135,000 and from 1994 to date there is no limit.

Form SSA-L460 (4-91)

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

Print the Name, Social Security Number (SSN), and date of birth below.

Name KEVIN Montgomery Social Security Number 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

Other Name(s) Used (Include Maiden Name) ______ Date of Birth (Mo/Day/Yr) 6/28/1960

2. What kind of information do you need?

☒ **Detailed Earnings Information** (If you check this block, tell us below why you need this information.) For the period(s)/year(s): 1998 through 2005

☒ **Certified Total Earnings For Each Year.** (Check this box only if you want the information certified. Otherwise, call 1-800-772-1213 to request Form SSA-7004, Request for Earnings and Benefit Estimate Statement) For the year(s): All Requested

3. If you owe us a fee for this detailed earnings information, enter the amount due using the chart on page 3 . . . . . . . . . . A. $ 31

Do you want us to certify the information? ☒ Yes ☐ No

- If yes, enter $15.00 . . . . . . . . . . B. $ 15

ADD the amounts on lines A and B, and enter the TOTAL amount . . . . . . . . . . C. $ 46.00

- You can pay by CREDIT CARD by completing and returning the form on page 4, or
- Send your CHECK or MONEY ORDER for the amount on line C with the request and make check or money order payble to "Social Security Administration"
- DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

SIGN your name here (Do not print) Kevin Montgomery Info[r]mation Furnished Date 12-13-05

Daytime Phone Number ______ (Area Code) (Telephone Number)

5. Tell us where you want the information sent. (Please print)

Name c/o DEBRA GARVEY Address Federal Public Defender

City, State & Zip Code 321 E. 2nd St., Los Angeles, CA 90012

6. Mail Completed Form(s) To: **Exception:** If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore Maryland 21290-3003

Social Security Administration
Division of Earnings Record Operations
300 N. Greene St.
Baltimore Maryland 21290-0300

**Payment Approval**

Vendor: Social Security Admin. Check: ______

Accounting Template: 06302559

Amount: $ 46.00

$ ______

PA # P30646450 0238

PC# ______ RC# ______

Signature: [signature] Date: 1/20/06

Disbursing Approval ______

[redacted] N.W. Lincoln
Melvern K... ANCE:

KANSAS CITY 641-661
29 DEC 2005 PM 5 T

HAP
HOL

RIO GRANDE USA 37

Would you please see to it that this letter gets to Lisa.

ffice

Thanks
Dave

RECEIVED
DEC 30 2005
FEDERAL PUBLIC DEFENDER
WESTERN DIST. MO.
KANSAS CITY

