ST. FRANCIS
HOSPITAL AND MEDICAL CENTER
Topeka, Kansas 66606

MEDICAL RECORDS
248308

HOSPITAL ACCOUNT NO.: 1980548
MEDICAL RECORD NO.: 248308

**PATIENT**

| NS RM / BED | ACM | SEX | MAR | RACE | S/H | SERV | ORSOS NO. | LOS | PT | FC | AC | SHC | CLERK | ADMIT DATE | TIME | DISCHARGE DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ER 1 | | M | S | W | | MED | | | E | K | | L | MWI* | 3/26/00 | 1851 | | |

PATIENT NAME ADDRESS & PHONE NUMBER
BOMAN, CARL J
PO BOX 85
MELVERN KS 66510
785 549-3548

SOCIAL SECURITY NUMBER: 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
BIRTHDATE: 10/20/89
AGE: 010Y
COUNTY: 70

EMPLOYER — PATIENT EMPLOYER NAME ADDRESS & PHONE NUMBER: CHILD

FORMER NAME:
RELIGION: NONE
ACC:
PREV ADM. DATE:
PRECERTIFICATION:

**GUARANTOR**

GUARANTOR NAME ADDRESS & PHONE NUMBER
MONTGOMERY, LISA M
PO BOX 85
MELVERN KS 66510
785 549-3548

GUARANTOR SOCIAL SECURITY NUMBER: 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
GUARANTOR RELATIONSHIP: D

EMPLOYER — GUARANTOR EMPLOYER NAME ADDRESS & PHONE NUMBER
GREYHOUND BUS
200 SE 3RD
TOPEKA KS 66603
785 233-2301

EMERGENCY CONTACT: LISA MONTGOMERY
EMERGENCY PHONE: 785 549-3548
REL: 4
ADDRESS: PO BOX 85

ADMITTING DIAGNOSIS
RASH/HIVES

COMMENTS
RASH/HIVES

**INSURANCE**

| | | |
|---|---|---|
| NAME | 231 FIRSTGUARD | 831 FIRSTGUARD PC |
| INS PLAN | 4 PRIMECARE OP | 4 PRIMECARE PC OP |
| GRP # | | |
| ID # | 10143416801 | 10143416301 |
| SUBSCR. NAME L F / M I. | BOMAN, CARL J | BOMAN, CARL J |
| REL. TO SUBSCRIBER / SEX | A / M | A / M |

**PHYSICIAN**

ADMITTING PHYSICIAN: MCALLISTER, RANDALL L MD — NUMBER: 685
HOME TOWN HOSPITAL:
ATTENDING PHYSICIAN: MCALLISTER, RANDALL L MD — NUMBER: 685
OTHER PHYSICIANS: 1. 2. 3.
HOME TOWN / PRIMARY CARE PHYSICIAN:

FINAL DIAGNOSIS:

CONSULTANTS:

PROCEDURES.

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

ATTENDING PHYSICIAN

DATE OF SIGNATURE
CHART

POWER OF ATTORNEY NONE
LIVING WILL. NONE

ST. FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-I 690

NAME: BOMAN, CARL J MR#: 000248308 DOB: 1 0/20/1 989
ADM: 03/26/2000 1851 PT: E MSV: MED
ACCT#: 1980548

Time Seen: 19:: 25
Chief Complaint: rash and hives

HPI: Patient's mother states patient has utticarial rash on the face, arms neck approximately 1 day prior to arrival. There is a possible exposure to while fishing this weekend. There has not been a fever.

PATIENT'S ALLERGIES: none
PATIENTS CURRENT MEDICATIONS: Benadryl
HISTORY FROM OTHERS:
REVIEW OF SYSTEMS: All other systems reviewed and negative.

PMH: Medical History:

PHYSICAL EXAM: Vital Signs: Reviewed Nurse's notes.
PATIENT STATUS: alert and cooperative.
SKIN: Vesicular erythematous urticarial rash on the face, neck, shoulders, arms.

TREATMENT:
Prednisone 40 mg po was given.
DIAGNOSIS: Contact Dermatitis, Unknown Cause, 692.9 Urticaria, 708.9

PROCEDURE CODES:
Emergency Visit, Level II, 99282

DISPOSITION: Patient was discharged home. Patient was advised to return to the Emergency Department if symptoms worsen or remain the same. continue benadryl, Patient was advised to use cool compresses 20-30 minutes 3-4 times a day.
The patient was advised to follow-up with the patient's personal physician as needed.
PRESCRIBED MEDICATIONS: prednisone 40 mg daily X 2, 30 mg daily X 2, 20 mg daily X 2, 10 mg daily X 1
Patient was seen under the supervision of Dr. Catherine O'Keefe.
In attendance in the Emergency Department.

Shari LeFever R-PAC Dr. Catherine O'Keefe

Sun Mar 26, 2000 10:29 pm

E.D. Clinician: Shari LeFever R-PAC EMERGENCY DEPARTMENT
Date: Sun Mar 26, 2000 Page 1 of 1

# St. Francis Emergency Department Record

IB ☐ IC ☒ Acuity A 2 Rm No. Uk

M.R. No. 000248308 Acct. No. 1980548
Name: BOMAN, CARL J
Date: a /26/00
DOB: 10/20/89 Age: 01 0Y Male ☒ Female ☐
Time: 1851 With: Self ☐ Other ☒

| Time | BP | Pulse | Resp | Temp | T/A/R | Wt. (KG.) | HT | $SAO_2$ | $O_2AT$ |
|---|---|---|---|---|---|---|---|---|---|
| 955 | 118/73 | 70 | 20 | 98¹ | | 44.3 | | 99 | RA |

Chief C/O RASH/HIVES - Onset this am. Face covered c flushed red appearance. Splotchy areas to neck/arms

Triage Intervention - Went fishing Friday

Exam Objective A/O x 3 NAD Resp even/nu Owheezes

Triage Class: I II (III) Disposition (WR) (UC) ED PWR TIME: 1855

Smoke Yes (No) Triage RN: [illegible]

Mode Walk ☒ W/C ☐ Carried ☐ Cart ☐ Ambulance

Visual Acuity OD / OS ___ OU ___ Injury Job ☐ Auto ☐ PD ☐

PR Release

Private Physician (∅) Last Tetanus ___ LMP ___

Allergies NKA

Primary RN Assess: Sig: [signature] Time: 1902

See above.

Current Meds

Benadryl @ 1300

Safety Siderails ↑ x 2 ☐ See Addit. NN ☐ Other ___ 1925

Findings

REPEAT VITAL SIGNS

| TIME | BP | PULSE | RESP | TEMP | TOAR | $SAO_2$ / $O_2AT$ |
|---|---|---|---|---|---|---|
| | | | | | | |

| Time | Nursing Interventions |
|---|---|
| 1914 | Report to K. Smithhart [illegible] |
| 1930 | D/C Inst given. Prednisone 40mg PO. Denies questions |

| Time | Doctor's Orders |
|---|---|
| | Prednisone 40mg po · Done |

X-Ray and Impressions

Valuables Clothing ☐ Glasses ☐ Other ☐ Given To: Pt Fam

Diagnostic Impression per JCAH Hives Contact Derm.

Dictated ☒ Old Records

Time: Dr.: Response

Discharge: Admit ☐ Dismiss ☒ Transfer ☐ Decease ☐ Instruction ☐ Time: 1930 Dr. Referral: Kleb

Good ☒ Fair ☐ Serious ☐ Critical ☐

Discharge Instructions: Cont Benadryl. Cool Compresses Prednisone F/u c Dr Helle

Bed Paged ___ Admissions ___ Report ___ Transport ___ (TIME)

RN Sig. [signature] RN Dr Sig. [signature]

Discharge Vitals BP ___ PULSE 90 RESP 18 TEMP 98

HEMOGRAM CBC c diff: WBC, RBC, HGB, HCT, SEGS, BANDS, LYMPH, MONO, PLATE
CHEM: GLU, BUN, CREAT, NA, K+, CL, $CO_2$, CPK, CKMB, TROPONIN, AMYLASE, LIPASE, ETOH, BHCG
ORDER #: PT, PTT, INR
ORDER #: DIG LEVEL, THEO LEVEL, DILANTIN
UA: COLOR, CLARITY, SPG, PH, PRO, GLU, KET, BILI, BLD, UROBILI, NITRITE, LEUKO, EPITH, WBC, RBC, BACT
ABG: Ph, $PCO_2$, $PO_2$, $HCO_3$, $O_2AT$

ACCT: 1-90548 MR:000248306

# St. Francis Hospital Emergency Department Discharge Instructions

☐ **FEVER:** Fever is a normal body defense mechanism. Only when it is excessive (104-106) or prolonged (several days) is it cause for great alarm. Remove child's clothing to expose as much body surface as possible. EXCESS CLOTHING AND COVERING HOLD IN BODY HEAT AND CAUSE TEMPERATURE TO RISE. Encourage child to drink as much clear fluid as possible to replace fluid lost by the high fever. Examples: Coke, Seven-Up (stir up bubbles from these), weak tea with sugar, apple juice, jello water, broth and Gatorade. Tylenol, Tempra (Acetaminophen) is effective in reducing temperature and lessening discomfort; it is not effective on the cause of the illness. You may use it when temperature is above 100 degrees taken rectally. It comes as tablets, elixir or syrup drops. The drops have a stopper marked in 0.1 ml levels. Dosage ranges should be listed on the bottle. Dose may be repeated every four hours as long as fever persists. If temperature remains above 102 degrees after Tylenol, notify a doctor.

☐ **WOUND CARE:** Keep the wound clean and dry. If the wound accidentally becomes soiled, clean it as soon as possible with mild soap and water using a patting motion. Do not rub. Then pat dry completely. Despite the best care, any wound can become infected. If your wound becomes red, warm, swollen, shows pus, red streaks or feels more sore instead of less sore as days go by or you begin to run a fever, contact your doctor immediately to check for infection or return to the Emergency Department if you cannot contact your doctor. If the wound is dressed, a clean dressing should be applied whenever it becomes soiled unless otherwise advised by the Emergency Department nurse or doctor. Your sutures (stitches) are to be removed in ____ days or on ______ (date) to avoid infection. Contact your doctor today to make an appointment to arrange for suture removal or return to the Emergency Department to have the sutures removed between the hours of 11:00am and 11:00pm.

☐ **EYE CARE:** Keep the eye patched for 24 hours. Your eyelid should remain tightly closed beneath the patch. If the patch comes loose and cannot be reinforced during the 24 hour period, return to the Emergency Department. Do not rub the eye or patch. If your eye, beneath the patch, becomes increasingly painful during the 24 hours while patched, call the Emergency Department at 295-8090 or return to the Emergency Department for a recheck.

☐ **HEAD INJURY:** You may take Tylenol (Acetaminophen) for headache. Contact your doctor immediately if anything listed below occurs:
- -inability to awaken the patient (someone should awaken the patient every four hours during the night of injury). Name of person ____________
- -garbled speech or any other difficulty that occurs in talking.
- -any trouble with vision.
- -increasing headaches during the first 24 hours.
- -stumbling or inability to use the arms or legs or trouble walking.
- -unequal pupils (one large and one small).
- -muscle weakness.
- -unusual behavior, personality change or confusion.
- persistent vomiting, nausea, stiff neck or fever.
- -increased drowsiness or unconsciousness.

☐ **CHEST PAIN:** You have been evaluated for chest discomfort and even though you are being allowed to go home, please follow these instructions. Rest at home today. Take medication as prescribed and instructed. Return to the Emergency Department if 1) chest pains, heaviness or pressure should develop and last longer than several minutes, 2) you have known angina and your chest discomfort is worse, lasts longer, comes on with less exertion, or is not relieved by the usual amounts of nitroglycerin, 3) you develop any shortness of breath, sweats, or nausea with your chest discomfort. 4) your chest discomfort seems to have traveled to either of your arms, neck, back, jaw, or stomach.

☐ **VOMITING AND DIARRHEA:** Vomiting and diarrhea are frequently signs of an illness, gastroenteritis. While some gastroenteritis may be caused by bacteria, most are due to a virus. If a lot of fluid is lost through vomiting and diarrhea, signs of dehydration (fluid loss) may be present. These may include loose, wrinkly skin, weight loss, dry mouth, infrequent urination, sunken eyes, laziness or sunken soft spots on the baby's head. If any of these signs are present, you should contact your doctor or return to the Emergency Department. The first rule to follow is NO WHOLE MILK or FULL STRENGTH FORMULA until the symptoms have disappeared. First day • Give only CLEAR LIQUIDS. These include commercial hydration fluids, i.e. Pedialyte, Ricelyte. Home rehydration fluids (1 quart water, plus 1 teaspoon salt, plus one tablespoon sugar), water, juice, jello, or Seven-Up. You should give the liquids in very small amounts (sips) until the stomach can hold down larger amounts. Second day • Clear liquids, plus ripe bananas, potatoes, rice or rice cereal made with water, and applesauce. You must increase the diet slowly to avoid a setback. If there are persistent signs of dehydration (fluid loss) or increased abdominal pain, blood in stool (blood in bowel movement), or blood in vomit, be sure to contact your physician or return to the Emergency Department.

☐ **SPRAIN, FRACTURE OR SEVERE BRUISE:** Keep the injured area elevated to lessen swelling. Handy things to use are pillows, chair cushions and blankets. Ice packs also prevent swelling during the first 24-48 hours. Use plastic or rubber bags, cloth covered, to keep the splint or dressing dry. Apply ice packs for 15 minutes out of every waking hour. If you have an elastic bandage, rewrap it if too tight or too loose. Definitely loosen if increased swelling or discoloration of the affected area occurs. Do not walk on leg splints. Wiggle toes or fingers to prevent swelling in the splint. This should be done often if it does not cause pain. If the part swells or gets cold, blue or numb, or if pain increases steadily, loosen bandage immediately and have it checked promptly by a doctor. Rest the affected area and avoid strenuous activity. Keep all rings off fingers, injured arms or hands. If you have problems, contact your doctor or return to the Emergency Department. If using an arm sling, keep hand higher than elbow. Do not allow to dangle. X-RAY INFORMATION • If you had an x-ray while at the Emergency Department, the Emergency Physician will make an emergency interpretation of your films. However, these films will have final interpretation by a Board Certified Radiologist, usually the same day or within hours. If a difference is found between the interpretation of the two doctors, you and/or your doctor will be promptly notified. If you have questions or problems concerning your x-ray, you may call 295-8090 or 295-8011. Sometimes fractures or abnormalities may not show up on x-rays for several days. If symptoms persist or get worse, more x-rays may have to be taken.

☐ **TREATING YOUR CHILD'S COLD:** Colds are common among children. The cold may make the child uncomfortable, but if it is treated promptly and properly, it need not be a cause to worry. Colds are caused by viruses and no "shot" will cure an uncomplicated cold. SYMPTOMS OF A COLD include: 1) Nasal congestion with stuffiness and runny nose. 2) Cough • may be worse at night • may persist for one (1) or two (2) weeks. 3) Fever, especially the first day or two • fever may go up or down. 4) Poor appetite. 5) Irritability • may cry a lot. 6) May have loose stools or vomiting the first day or two. TREATMENT OF A COLD includes: 1) Give Acetaminophen (Tylenol, Tempra, other trade names) for aches and fever (see instructions for treating a fever). 2) Encourage fluids, especially clear liquids (soda pop without bubbles in it, jello, tea, broth or Gatorade). 3) Do not overdress the child. Use light clothing. REASON FOR CONCERN • Call your physician if: 1) Fever lasts for more than two (2) days. 2) Breathing difficulties occur. 3) Coughing up green or yellow phlegm that has a bad odor. 4) Child develops any symptoms or looks sicker than you think they should.

☐ **EAR INFECTION:** 1) Do not put drops, oil or water in your ear except as directed by the doctor. 2) Pain is best relieved by taking Tylenol and laying the affected ear on a hot water bottle. 3) You should see the physician of your choice in one week even if you no longer have pain; some infection may still be present.

☐ **CULTURE RESULTS:** Your culture results will be reported between 48 and 72 hours from now. You may obtain your results by contacting the physician to whom you were referred. We will contact you if you need a change in therapy.

**IF YOU HAVE FURTHER QUESTIONS REGARDING YOUR ILLNESS OR INJURY PLEASE CALL YOUR FAMILY PHYSICIAN FIRST. IF YOU ARE UNABLE TO REACH YOUR PHYSICIAN PLEASE FEEL FREE TO CONTACT THE HOSPITAL EMERGENCY DEPARTMENT (913) 295-8090. THE EMERGENCY EXAMINATION AND/OR TREATMENT YOU HAVE RECEIVED IS NOT INTENDED AS COMPLETE MEDICAL CARE. FOR YOUR PROTECTION AND TO AVOID POSSIBLE COMPLICATIONS; YOU ARE ADVISED TO FOLLOW THE INSTRUCTIONS THAT HAVE BEEN GIVEN YOU BY THE EMERGENCY ROOM.**

Continue Lenadol ...
Cool Compresses
Prednisone as directed

**Call or return to the Emergency Department (295-8090) if problems or questions.**

You are referred to see: Herb ____________ **Please call within 48 hours if this is a new referral.**

I have read and understand the above instructions X [signature] Date 3-26-00

Rev. 4