ST. FRANCIS HOSPITAL AND MEDICAL CENTER
Topeka, Kansas 66606

MEDICAL RECORDS 251341

HOSPITAL ACCOUNT NO. 2015178
MEDICAL RECORD NO. 251341

**PATIENT**

NS RM / BED: ER 1 | ACM: | SEX: F | MAR: S | RACE: W | S/H: | SERV: MED | ORSDS NO.: | LOS: | PT: E | FC: K | AC: | SRC: L | CLERK: GDA* | ADMIT DATE: 6/12/00 | TIME: 2204 | DISCHARGE DATE: | TIME:

PATIENT NAME ADDRESS & PHONE NUMBER:
BOMAN, CHELSEA L
BOX 85
MELVERN KS 66510
785 549-3548

SOCIAL SECURITY NUMBER: 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
BIRTHDATE: 7/09/88
AGE: 011Y
COUNTY: 70

EMPLOYER — PATIENT EMPLOYER NAME ADDRESS & PHONE NUMBER: STUDENT

FORMER NAME:
RELIGION:
ACC:
PREV ADM. DATE:
PRECERTIFICATION:

**GUARANTOR**

GUARANTOR NAME ADDRESS & PHONE NUMBER:
MONTGOMERY, LISA M
BOX 85
MELVERN KS 66510
785 549-3548

GUARANTOR SOCIAL SECURITY NUMBER: 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
GUARANTOR RELATIONSHIP: D

EMPLOYER — GUARANTOR EMPLOYER NAME ADDRESS & PHONE NUMBER:
GREYHOUND BUS TERMINAL
TOPEKA KS
785 233-2301

EMERGENCY CONTACT: MONTGOMERY LISA
EMERGENCY PHONE: 785 549-3548
REL: 4
ADDRESS: BOX 85

ADMITTING DIAGNOSIS: DIARRHEA

COMMENTS: DIARRHEA;N/V SINCE FRI-SAT GPD

**INSURANCE**

| | | |
|---|---|---|
| CO. # NAME | 231 FIRSTGUARD | 831 FIRSTGUARD PC |
| INS PLAN | 4 PRIMECARE OP | 4 PRIMECARE PC OP |
| GRP # | | |
| POL # | 10143416701 | 10143416701 |
| SUBSCR NAME L F / M.I. | BOMAN, CHELSEA L | BOMAN, CHELSEA L |
| REL. TO SUBSCRIBER / SEX | A / F | A / F |

**PHYSICIAN**

ADMITTING PHYSICIAN: LASSETER, JAMES A MD — NUMBER 802
ATTENDING PHYSICIAN: LASSETER, JAMES A MD — NUMBER 802
HOME TOWN / PRIMARY CARE PHYSICIAN:
HOME TOWN HOSPITAL:
OTHER PHYSICIANS:
1.
2.
3.

FINAL DIAGNOSIS

CONSULTANTS:

PROCEDURES

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE

ATTENDING PHYSICIAN

DATE OF SIGNATURE

CHART

POWER OF ATTORNEY NONE
LIVING WILL NONE

ST. FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690

NAME: BOMAN, CHELSEA L MR#: 000251341 DOB: 07/09/1988
ADM: 06/12/2000 22:04 PT: E MSV: MED
ACCT#: 2015178

Time Seen: 22:: 15
Chief Complaint: diarrhea, nausea vomiting times 3 days

HPI: Patient's mother states patient has excessive episodes of diarrhea approximately 3 days prior to arrival. There has been some vomiting for 2 days. There has been mild nausea. There has not been a fever. There has been no melena, hematemesis or hematochezia. There has been no history of dysuria, frequency, hematuria, or urgency. There has been no vaginal discharge and no vaginal bleeding.
Child was feeling better, attempted to play softball tonight with recurrence of symptoms
PATIENT'S ALLERGIES: none
PATIENT'S CURRENT MEDICATIONS: none
REVIEW OF SYSTEMS:
Head: No headache, injury or neck pain.
Eyes: No altered vision, discharge, photophobia, itching, swelling, or pain.
Ears: No infections, hearing loss, tinnitus, vertigo or discharge.
Nose: No discharge, epistaxis, allergy, or trauma.
Throat: No sore throat, dysphagia, or hoarseness.
Neck: No pain, stiffness, or swelling.
Neurological: No headache, syncope, dizziness, vertigo, weakness, numbness, dysarthria, somnolence, or tremors.
Cardiac: No chest pain, diaphoresis, dyspnea on exertion, orthopnea, edema, or palpitations.
Respiratory: No cough, dyspnea, hoarseness, wheezes, hemoptysis, shortness of breath, or stridor.
GASTROINTESTINAL: see HPI.
Genitourinary: No dysuria, hematuria, hesitancy, frequency, incontinence, fever, or flank pain.

PHYSICAL EXAM: Vital Signs: Reviewed Nurse's notes.
PATIENT STATUS: alert and cooperative.
Patient appears well-hydrated.
HEAD: Atraumatic, without temporal or scalp tenderness.
EYES: PERRL, EOMI. no discharge or injection.
EARS: TMs without perforation, injection, or bulging. External canals clear without exudate.
NOSE: No injection, exudate or septal hematoma.
THROAT: Pharynx without injection, exudate or tonsillar hypertrophy. Airway patent.
ABDOMEN: Mild tenderness. Increased bowel sounds. No rebound. No guarding. No flank tenderness. No distension. No tympany.

TREATMENT:
URINALYSIS:
PROT: small LEUKOCYTE ESTERASE: moderate WBC IO RBC 2
DIAGNOSIS: Gastroenteritis, 558.9

PROCEDURE CODES:
Emergency Visit, Level Ill, 99283

DISPOSITION: Patient was discharged home accompanied by mother. Patient was advised to return to the Emergency Department if symptoms worsen or remain the same. Clear Liquids as tolerated for 24 hours, then advance diet as tolerated to regular diet. The patient was advised to follow-up with the patient's personal physician as needed.

E.D. Clinician: G. Kile RPA-C
Date: Fri Jun 16, 2000



Case 4:12-cv-08001-GAF Document 163-10 Filed 09/03/15 Page 2 of 11

Patient ID: 000251341
Patient Name: BOMAN, CHELSEA L

Patient was seen by direct evaluation of James A Lasseter MD.
In attendance in the Emergency Department.

G. Kile RPA-C

James A Lasseter MD

Fri Jun 16, 2000 08:43 am

CHART

# St. Francis Emergency Department Record

IB ☒ IC ☒ Acuity GI 4 Rm No. UC2

M.R. No. 000251341 Acct. No. 2015178
Name: BOMAN, CHELSEA
Date: 6/12/00
DOS: 7/09/88 Age: 011Y Male ☐ Female ☒
Time: 2204 With: Self ☐ Other ☒

| Time | BP | Pulse | Resp | Temp | WT. KG. | HT | SAO₂ O₂AT |
|---|---|---|---|---|---|---|---|
| 2204 | — | 104 | 20 | 98.0 | 40.6 | | |

Chief C/O DIARRHEA;N/V SINCE FRI-SAT
C/o abd pain

Exam Objective: Euphoric; NAD; PE deferred

Triage Intervention: ⊖
WR Reass: ⊖ Hx Asthma - as a child
Private Physician: Stonehawker
Last Tetanus: —
LMP: Na
Allergies: NKDA

Triage Class: I (II) III
Disposition: (WR) (UC) ED PWR TIME: 2207
Smoke Yes (No) Triage RN: [signature]
Mode: Walk ☐ W/C ☐ Carried ☐ Cart ☐ Ambulance
Visual Acuity: OD__ OS__ OU__ Injury: Job ☐ Auto ☐ P D ☐

Primary RN Assess: Sig: J. Flanery RN Time: 2215

Emesis all day Sat + 1x yest. Diarrhea all day today. Went to play softball but felt SOB, vertigo. ō xs, lungs clear. Sore throat + (R) ear ache. Pt is able to drink water today + ate cereal. Ambulated to room, but was very weak @ softball field.

Safety: Siderails ↑ x 2 ☐ See Addit. NN ☐ Other

Findings

Current Meds: None. (0455)

| TIME | BP | PULSE | RESP | TEMP | TOAR | SAO₂ O₂AT |
|---|---|---|---|---|---|---|
| | | | | | | |

HEMOGRAM (CBC c diff)
- WBC 8.0
- RBC 5.35
- HGB 14.1
- HCT 42.6
- SEGS 65
- BANDS 23
- LYMPH 11
- MONO
- PLATE 200

CHEM
- GLU
- BUN
- CREAT
- NA
- K+
- CO₂
- CPK
- CKMB
- TROPONIN
- AMYLASE
- LIPASE
- ETOH
- BHCG

ORDER #
- PT
- PTT
- INR

ORDER #
- DIG LEVEL
- THEO LEVEL
- DILANTIN

UA
- COLOR yellow
- CLARITY hazy
- SPG 1.020
- PH 6.5
- PRO small
- GLU ⊖
- KET ⊖
- BILI ⊖
- BLD small
- UROBILI normal
- NITRITE ⊖
- LEUKO mod
- EPITH 1
- WBC 10
- RBC 2
- BACT occ

ABG
- Ph
- PCO₂
- PO₂
- HCO₃
- O₂AT
- O₂SAT

| Time | Doctor's Orders |
|---|---|
| | Fecal leukocyte 0517 15 pmn. |
| | Stool O & P 0518 |
| | Stool Culture. # |

| Time | Nursing Interventions |
|---|---|
| 2312 | Mother refused straight Cath UA Clean catch UA obtained. Small amount. talked ō lab. → |
| 2325 | Lab drawn → |
| 2345 | Stool obtained + taken to lab → |
| 0006 | Pt moved to Rm 7 → |
| 0046 | Pt resting. Mother at bedside. 0456 → |
| 0137 | D/c instr. questions denied. → |

Valuables: Clothing ☐ Glasses ☐ Other ☐ Given To: Pt Fam

X-Ray and Impressions

Diagnostic Impression per JCAH: Gastroenteritis
Dictated: CFD

Time: Dr.: Response Old Record

Discharge | Ad/nit ☐ Dismiss ☒ Transfer ☐ Decease ☐ Instruction ☐ Time 0137 Dr. Referral: Stonehawker

Good ☒ Fair ☐ Serious ☐ Critical ☐

Discharge Instructions: Clear liquids - 24-48h then BRAT diet. F/U c̄ Dr. Stonehawker on Thursday

Bed Paged / Admissions / Report / Transport — TIME

RN Sig: J. Flanery RN Dr. Sig: [signature]

| Discharge Vitals | BP | PULSE | RESP | TEMP |
|---|---|---|---|---|
| | — | 110 | 20 | 98.0 |

BOMAN, CHELSEA 6/12/00 ACCT: 2015178 MR:000251341

# St. Francis Hospital Emergency Department Discharge Instructions

❑ FEVER: Fever is a normal body defense mechanism. Only when it is excessive (104-106) or prolonged (several days) is it cause for great alarm. Remove child's clothing lo expose as much body surface as possible. EXCESS CLOTHING AND COVERING HOLD IN BODY HEAT AND CAUSE TEMPERATURE TO RISE. Encourage child 10 drink as much clear fluid as possible to replace fluid lost by the high fever. Examples: Coke, Seven-Up (stir up bubbles from these). weak tea with sugar, apple juice, jello waler, broth and Galonde. Tylenol. Tcmpra (Aceraminophcn) is effective in reducing temperature and lessening discomfort: it is not effective on the cause of the illness. You may use it when temperature is above 100 degrees taken rectally. It comes as tablets, elixir or syrup drops. The drops have a stopper marked in 0.1 ml levels. Dosage ranges should be listed on the bottle. Dose may be repeated every four hours es long as fever persists. If temperature remains above 102 degrees after Tylenol. notify a doctor.

❑ **WOUND CARE:** Keep the wound clean and dry. If the wound accidentally becomes soiled, clean it as soon as possible with mild soap and water using a patting lotion. Do not rub. Then pat dry completely. Despite the best care, any wound can become infected. If your wound becomes red, warm, swollen, shows pus, red streaks or feels more sore instead of less sore as days go by or you begin to run a fever, contact your doctor immediately IO check for infection or return 10 the Emergency Department if you cannot contact your doctor. If the wound is dressed. a clean dressing should be applied whenever it becomes soiled unless otherwise advised by the Emergency Department nurse or doctor. Your sutures (stitches) are IO be removed in -days or on (date) lo avoid infection. Contact your doctor today to make an appointment IO arrange for suture removal or return IO the Emergency Department to have the sutures removed between the hours of I 1:00am and I 1:00pm.

❑ EYE CARE: Keep the eye patched for 24 hours. Your eyelid should remain tightly closed beneath the parch. If the patch comes loose and cannot be reinforced during the 24 hour period, return 10 the Emergency Department. Do not rub the eye or patch. If your eye, beneath the patch, becomes increasingly painful during the 24 hours while patched, call the Emergency Department PI 295-8090 or return IO the Emergency Department for a recheck.

❑ **HEAD INJURY:** You may take Tylenol (Acetaminophen) for hcadnche. Contact your doctor immediately if anything listed below occurs:
-inability lo awaken the patient (someone should awaken the patient every four hours during rhe night of injury). Name of person
-garbled speech or any other difficulty that occurs in talking. -any trouble with vision. -increasing headaches during the first 24 hours.
-stumbling or inability IO use the arms or legs or trouble walking. -unequal pupils (one large and one small). -muscle weakness.
-unusual behavior. personality change or confusion. -persistent vomiting, nausea. stiff neck or fever. -increased drowsiness or unconsciousness.

❑ CHEST **PAIN:** You have been evaluated for chest discomfort and even though you are being allowed to go home. please follow these instructions. Rest a1 home today. Take medication as prescribed and instructed. Return IO the Emergency Department if 1) chest pains, hcoviness or pressure should develop and last longer than several minutes. 2) you have known angina and your chest discomfort is worse, lasts longer, comes on with less exertion, or is not relieved by the usual amounts of nitroglycerin. 3) you develop any shortness of breath, sweats, or nausea with your chest discomfort. 4) your chest discomfort seems 10 have traveled IO either of your arms, neck, back, jaw, or stomach.

❑ VOMITING AND DIARRHEA: Vomiting and diarrhea are frequently signs of an illness. gastroenteritis. While some gastroenteritis may bc caused by bacteria, most are due IO a virus. If a lot of fluid is lost through vomiting and diarrhea, signs of dehydration (fluid loss) may be present. These may include loose. wrinkly skin, weigh1 loss, dry mouth, infrequent urination. sunken eyes, laziness or sunken soft spots on the bnhy's head. If nny of these signs arc present, you should contact your doctor or return to the Emergency Department. The first rule lo follow is NO WHOLE MILK or FULL STRENGTH FORMULA until the symptoms have disappeared. First day • Give only CLEAR LIQUIDS. These include commercial hydration fluids, i.e. Pcdialyle. Ricelyte, Home rehydration fluids (I quart waler, plus 1 teaspoon salt. plus one tablespoon sugar). water. rice, jello, or Seven-Up. You should give the liquids in very small amounts (sips) until the stomach can hold down huger amounts. Second day • Clear liquids, plus ripe bananas, potatoes, rice or rice cereal made with water, and applesauce. You must increase the die1 slowly 10 avoid a setback. If there are persistent signs of dehydration (fluid loss) or increased abdominal pain. blood in stool (blood in bowel movement), or blood in vomit, be sure to conlnct your physician or return to the Emergency Department.

❑ SPRAIN, FRACTURE OR SEVERE BRUISE: Keep the injured area elevated to lessen swelling. Handy things to use are pillows, chair cushions and blankets. Ice packs also prevent swelling during the first 24-48 hours. Use plastic or rubber bags, cloth covered, to keep the splint or dressing dry. Apply ice packs for 15 minutes out of every waking hour. If you hnve an elastic bandage, rewrap it if too tight or too loose. Definitely loosen if increased swelling or discoloration of the affected area occurs. Do not walk on leg splints. Wiggle toes or fingers IO prevent swelling in the splint. This should be done often if it does not cause pain. If the part swells or gets cold, blue or numb, or if pain increases steadily, loosen bandage immediately and have it checked promptly by a doctor. Rest the affected area and avoid strenuous activity. Keep all rings off fingers, injured arms or hands. If you have problems, contact your doctor or return 10 the Emergency Department. If using an arm sling. keep hand higher thnn elbow. Do not allow 10 dangle. X-RAY INFORMATION If you had an x-my while at the Emergency Department, the Emergency Physician will make an emergency interpretation of your films. However, these films will have final interpretation by a Board Certified Radiologist, usually the same day or within hours. If a difference is found between the interpretation of the two doctors, you and/or your doctor will be promptly notified. If you have questions or problems concerning your x-ray. you may call 295-8090 or 295-801 I. Sometimes fractures or abnormalities mny not show up on x-rays for several days. If symptoms persist or get worse, more x-rays may have IO be taken.

❑ TREATING YOUR CHILD'S COLD: Colds are common among children. The cold may make the child uncomfortable, but if it is treated promptly and properly, it need not be a cause 10 worry. Colds nre caused by viruses and no "shot" will cure an uncomplicated cold. SYMPTOMS OF A COLD include: 1) Nasal congestion with stuffiness and runny nose. 2) Cough - may be worse at nigh1 - may persist for one (1) or two (2) weeks. 3) Fever, especially tie first day or two - fever may go up or down. 4) Poor appetite. 5) Irritability • mny cry a lot. 6) May have loose stools or vomiting the first day or two. TREATMENT OF A COLD includes: I) Give Acetaminophen (Tylenol, Tempra, other trade names) for aches and fever (see instructions for treating a fever). 2) Encourage fluids, especially clear liquids (soda pop without bubbles in it, jello, tea, broth or Gatorade). 3) Do not overdress the child. Use light clothing. REASON FOR CONCERN • Call your physician if: 1) Fever lasts for more than two (2) days. 2) Breathing difficulties occur. 3) Coughing up green or yellow phlegm that has a bud odor. 4) Child develops any symptoms or looks sicker than you think they should.

❑ EAR INFECTION: I) Do not put drops, oil or water in your car except as directed by the doctor. 2) Pain is best relieved by taking Tylenol and laying the affected ear on a hoi water bottle. 3) You should see the physicinn of your choice in one week even if you no longer have pain; some infection mny still be present.

❑ CULTURE RESULTS: Your culture results will be rcponcd between 48 and 72 hours from now. You may obtain your results by contacting the physician to whom you were referred. WC will contact you if you need a change in lhcrapy.

*IF YOU HAVE FURTHER QUESTIONS REGARDING YOUR ILLNESS OR INJURY PLEASE CALL YOUR FAMILY PHYSICIAN FIRST. IF YOU ARE UNABLE TO REACH YOUR PHYSICIAN PLEASE FEEL FREE TO CONTACT THE HOSPITAL EMERGENCY DEPARTMENT (913) 295-8090. THE EMERGENCY EXAMINATION AND/OR TREATMENT YOU HAVE RECEIVED IS NOT INTENDED AS COMPLETE MEDICAL CARE. FOR YOUR PROTECTION AND TO AVOID POSSIBLE COMPLICATIONS, YOU ARE ADVISED TO FOLLOW THE INSTRUCTIONS THAT HAVE BEEN GIVEN YOU BY THE EMERGENCY ROOM.**

Clear liquids 24-48 hrs. then BRAT diet (Bananas, Rice, Apples, Toast)

**Call or return to the Emergency Department (29543090) if problems or questions.**

You are referred to see: Kaw Valley Kerco 7 hrs ... Please call within 48 hours if this is a new referral.

I have read and understand the above instructions x Kristi Montgomery Date 6-13-00

Rev. 4-97

Patient Name: BOMAN, CHELSEA L
Patient Acct.: 2015178
Age: 11 YRS Sex: F
Birthdate: 07/09/1988
Ordering Doctor: LASSETER, JAMES A MD
Copies to:

Doctor: LASSETER, JAMES A MD

Pt. Type: EMER ROOM
Med.Rec: (0000)000251341
Printed: 13JUN00 0104

## HEMATOLOGY

COLLECTED 12JUN00
TIME 2320

| | | | REF RANGE |
|---|---|---|---|
| -----Automated Hematology----- | | | |
| WBC | 8.0 | K/CUMM | 4.5-14.5 |
| RBC | 5.35 H | M/CUMM | 4.00-5.10 |
| HGB | 14.1 | G/DL | 10.7-15.5 |
| HCT | 42.6 | % | 37-0-45.0 |
| MCV | 79.6 L | FL | 80.0-94.0 |
| MCH | 26.5 | PG | 25.0-35.0 |
| MCHC | 33.2 | % | 31.0-37.0 |
| PLATELET | 200 | K/CUMM | 150-400 |
| RDW | 12.3 | % | 11.5-14.5 |
| -----Differential----- | | | |
| SEGS | 65 H | % | 31-61 |
| BANDS | 23 H | % | 5-11 |
| LYMPHOCYTE | 11 L | % | 28-48 |

## URINALYSIS

COLLECTED 12JUN00
TIME 2242

| | | | REF RANGE |
|---|---|---|---|
| COLOR | YELLOW | | STRAW |
| APPEARANCE | HAZY * | | CLEAR |
| SPEC GRAVITY | 1.020 | | 1.005-1.030 |
| PH | 6.5 | | 5.0-9.0 |
| PROTEIN | SMALL * | | NEG |
| GLUCOSE | NEG | | NEG |
| KETONES | NEG | | NEG |
| BILI | NEG | | NEG |
| BLOOD | SMALL * | | NEG |
| UROBILINOGEN | NORMAL | | NORMAL |
| NITRITE | NEG | | NEG |
| LEUKOCYTE EST | MODERATE * | | NEG |
| EPITHELIAL | [illegible] | /HPF | 0-2 |

tnotes
Low, H = High, * = Abnormal

BOMAN, CHELSEA L

Continued on next page ...

ST FRANCIS HOS. .AL AND MEDICAL CENT.
TOPEKA, KANSAS 66606

Patient Name: BOMAN, CHELSEA L — Doctor: LASSETER, JAMBS A MD
Birthdate: 07/09/1988 — Printed: 13JUN00 0104

## URINALYSIS

COLLECTED 12JUN00
TIME 2242

| | | | REF RANGE |
|---|---|---|---|
| WBC/HPF | 10 H | /HPF | o-5 |
| RBC/HPF | 2 | /HPF | o-2 |
| BACTERIA | OCCASNL * | | NEG |
| CLINITEST | TRACE | | NEG |

## SPECIAL MICROBIOLOGY

FECAL LEUKOCYTE SMEAR — Accession: 00-164-0983 — Collected: 12JUN00 23!
Source: STOOL — Received: 12JUN00 23!

------STAINS, PREPS AND COMMENTS-----

WRIGHT STAIN 13JUN00 0038 STF385
15 PMN'S PER HP FIELD
15 MONONUCLEAR LEUKOCYETS PER HP FIELD.

Footnotes
H = High, * = Abnormal

BOMAN, CHELSEA L — End of Report

ST FRANCIS HOSP...AL AND MEDICAL CENTER
1700 W SEVENTH
TOPEKA, KANSAS 66606
CLINICAL LABORATORY PATIENT SUMMARY

Patient Name: BOMAN, CHELSEA L
Patient Acct.: 2015178
Age: 11 YRS Sex: F
Birthdate: 07/09/1988
Ordering Doctor: LASSETER, JAMES A MD
Copies to:

Doctor: LASSETER, JAMES A MD
Pt. Type: EMER ROOM
Med.Rec: (0000)000251341
Printed: 14JUN00 0202

STONEHOCKER, LORI L DO

---

PARASITOLOGY

---

TRICHROME STAIN FOR O&P Accession: 00-164-0982 Collected: 12JUN00 2242
Source : STOOL Received: 12JUN00 2357

TRICHROME STAIN 13JUN00 1255 STF242
NO PROTOZOAN CYSTS OR TROPHS SEEN
MANY LEUKOCYTES SEEN

---

OVA & PARASITES Accession: 00-164-0983 Collected: 12JuNoo 2355
Source : STOOL Received: 12JUN00 2357

------------FINAL REPORT------------
13JUN00 1256 STF242

NO OVA OR PARASITES SEEN
MANY LEUKOCYTES SEEN

OVA & PARASITE

BOMAN, CHELSEA L End of Report

ST FRANCIS HOS...AL AND MEDICAL CENTE..
1700 w SEVENTH
TOPEKA, KANSAS 66606
CLINICAL LABORATORY PATIENT SUMMARY

Patient Name: BOMAN, CHELSEA L
Patient Acct.: 2015178
Aye: 11 YRS Sex: F
Birthdate: 07/09/1988
Ordering Doctor: LASSETER, JAMES A MD
Copies to:

Doctor: LASSETER, JAMES A MD
Pt. Type: EMER ROOM
Med.Rec: (0000)000251341
Printed: 14JuNoo 1051

STONEHOCKER, LORI L DO

-----------------------------------------------------------------------------------------------
SPECIAL MICROBIOLOGY
-----------------------------------------------------------------------------------------------

FECAL LEUKOCYTE SMEAR  Accession: 00-164-0983  Collected: 12JUN00 2355
Source : STOOL  Received: 12JUN00 2357

------STAINS, PREPS AND COMMENTS-----
WRIGHT STAIN 14JuNoo 0729 STF385
15 POLYMORPHONUCLEAR LEUKOCYTES PER OIL IMMERSION FIELD
15 MONONUCLEAR CELLS PER OIL IMMERSION FIELD

BOMAN, CHELSEA L  End of Report

ST FRANCIS HOS. .AL AND MEDICAL CENTE.
1700 W SEVENTH
TOPEKA, KANSAS 66606
CLINICAL LABORATORY PATIENT SUMMARY

Patient Name: BOMAN, CHBLSW L
Patient Acct.: 2015178
Age: 11 YRS Sex: F
Birthdate: 07/09/1988
Ordering Doctor: LASSETZR, JAMES A MD
Copies to:

Doctor: LASSETER, JAMES A MD
Pt. Type: EMER ROOM
Med.Rec: (00001000251341
Printed: 15JuNoo 0055

STONEHOCKER, LORI L DO

---

ROUTINE CULTURES

---

STOOL CULTURE Accession: 00-164-0982 Collected: 12JUN00 2242
Source : STOOL Received: 13JUN00 0043

---------PRELIMINARY REPORT----------
PRELIMINARY RPT 14JUN00 1102 STF037
NORMAL FECAL FLORA

BOMAN, CHELSEA L End of Report

ST FRANCIS HOS... AL AND MEDICAL CENTE..
1700 W SEVENTH
TOPEKA, KANSAS 66606
CLINICAL LABORATORY PATIENT SUMMARY

Patient Name: BOMAN, CHELSEA L
Patient Acct.: 2015178
Age: 11 YRS Sex: F
Birthdate: 07/09/1988
Ordering Doctor: LASSETER, JAMES A MD
copies to:

Doctor: LASSETER, JAMES A MD
Pt. Type: EMER ROOM
Med.Rec: (00001000251341
Printed: 16JUN00 1055

STONEHOCKER, LORI L DO

---

ROUTINE CULTURES

---

STOOL CULTURE Accession: 00-164-0982 Collected: 12JUN00 2242
Source: SMOL Received: 13JUN00 0043

------------FINAL REPORT-------------
16JUN00 0649 STF242

NORMAL FECAL FLORA
NO SALMONELLA, SHIGELLA, OR CAMPYLOBACTER ISOLATED

BOMAN, CHELSEA L End of Report