ST. FRANCIS
HOSPITAL AND MEDICAL CENTER
Topeka, Kansas 66606

MEDICAL RECORDS
225614

| HOSPITAL ACCOUNT NO. | MEDICAL RECORD NO. |
| --- | --- |
| 1998677 | 225614 |

**PATIENT**

| NS RM / BED | ACM | SEX | MAR | RACE | S/H | SERV | ORSOS NO. | LOS | PT | FC | AC | SRC | CLERK | ADMIT DATE | TIME | DISCHARGE DATE | TIME |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ER 1 | | F | S | W | | MED | | | H | K | | F | SRO* | 5/05/00 | 1242 | | |

PATIENT NAME ADDRESS & PHONE NUMBER
BOMAN, DESIREE N
PO BOX 85
MELVERN KS 66510
785 549-3548

SOCIAL SECURITY NUMBER: 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
BIRTHDATE: 1/11/87
AGE: 013Y
COUNTY: 70

EMPLOYER — PATIENT EMPLOYER NAME ADDRESS & PHONE NUMBER
STUDENT

FORMER NAME:
RELIGION: NONE
ACC:
PREV ADM. DATE:
PRECERTIFICATION:

**GUARANTOR**

GUARANTOR NAME ADDRESS & PHONE NUMBER
MONTGOMERY, LISA MARIE
PO BOX 85
MELVERN KS 66510
785 549-3548

GUARANTOR SOCIAL SECURITY NUMBER: 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
GUARANTOR RELATIONSHIP: C

EMPLOYER — GUARANTOR EMPLOYER NAME ADDRESS & PHONE NUMBER
GREYHOUND
200 SE 3RD
TOPEKA KS
785 233-2301

| EMERGENCY CONTACT | EMERGENCY PHONE | REL | ADDRESS |
| --- | --- | --- | --- |
| ~~MONTGOMERY, LISA/KEVIN~~ | ~~785 549-3548~~ | ~~4~~ | ~~PO BOX 85~~ |

ADMITTING DIAGNOSIS
~~PAIN AND SWELLING 2ND TOE~~

COMMENTS
ER 5/5/00 SER NO KNOWN INJURY

**INSURANCE**

| | Primary | Secondary |
| --- | --- | --- |
| NAME | 231 FIRSTGUARD | 831 FIRSTGUARD PC |
| INS PLAN | 4 PRIMECARE OP | 4 PRIMECARE PC OP |
| GRP # | | |
| POL # | 00101434166 | 00101434166 |
| SUBSCR. NAME: L F. / M.I. | BOMAN, DESIREE N | BOMAN, DESIREE N |
| REL. TO SUBSCRIBER | A | A |
| SEX | F | F |

**PHYSICIAN**

| ADMITTING PHYSICIAN | NUMBER | HOME TOWN HOSPITAL |
| --- | --- | --- |
| STONEHOCKER, LORI L DO | 81704 | |

| ATTENDING PHYSICIAN | NUMBER | OTHER PHYSICIANS |
| --- | --- | --- |
| STONEHOCKER, LORI L DO | 91704 | 1. |
| HOME TOWN / PRIMARY CARE PHYSICIAN | | 2. |
| | | 3. |

FINAL DIAGNOSIS:

CONSULTANTS:

PROCEDURES:

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF ME PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO ME BEST OF MY KNOWLEDGE.

ATTENDING PHYSICIAN DATE OF SIGNATURE POWER OF ATTORNEY NONE

Case 4:12-cv-08001-GAF Document 163-11 Filed 09/03/15 Page 1 of 2

**St. Francis**
Hospital and Medical Center

1700 WEST 7TH STREET
TOPEKA, KANSAS 66606

785 295-8011
785 295-8539 (FAX)

DEPARTMENT OF RADIOLOGY

BOMAN, DESIREE N
(0000)000225614 Sex: F
DOB: 01/11/1987 13 YRS

Location: - (H)
Acct: 1998677 Dschg: 05/05/00
Ord Phy: STONEHOCKER, LORI L DO

Dr: STONEHOCKER, LORI L DO
Dr:
Dr:

Dr:
Dr:
Dr:
Dr:

## DIAGNOSTIC RADIOLOGY

| EXAM | DATE | TIME | REASON FOR EXAM |
|---|---|---|---|
| FOOT LEFT COMPLETE | 05/05/00 | 1319 | LT FOOT PAIN AND SWELLING |

IMPRESSION:
Probable fracture of the proximal phalanx of the of the second digit. The age is somewhat unclear. There is possible ankylosis of the tarsometatarsal joints as noted.

FINDINGS:
There is soft tissue swelling around the PIP joint of the second digit. There appears to have been a fracture of the proximal phalanx. There appears to be a lucency running through the metaphyseal area medially. The fracture line is not well defined suggesting it may be of some duration. In addition, there is the suggestion of some ankylosis between the third metatarsal and the adjacent cuneiform and there is poor visualization of the joint space between the first metatarsal and the adjacent tarsal bone as well.

JWS:vsh

JACK W SNARR, MD
Electronic signature

T,' 05/07/00 (vh )
S/ 05/09/00 (JWS)

**BOMAN, DESIREE N** -RADIOLOGY 00-126-0559
END OF REPORT

CHART