LAWRENCE MEMORIAL HOSPITAL

# LAWRENCE MEMORIAL HOSPITAL
## 325 MAINE STREET LAWRENCE, KS 66044

Date & Time 05/16/2000 09 46 32
Patient Type OCC

ACCOUNT NO 0013700096

**PATIENT**

| AC | RACE | ROOM A/C | MS | SOCIAL SECURITY NUMBER | ADV DIR | MAR ST | SEX | RELIGION | AGE | BIRTHDATE | HOSPITAL # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JW | 1 | | OCH | 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 | | M | F | | 32Y | 02/27/68 | 0000346488 |

NAME LAST FIRST MIDDLE: BOWMAN,LISA M
PREVIOUS NAME:
PHONE: (785)549-3548
CNTY: MEDIA: FC: C

STREET ADDRESS: P O BOX 85
ER/DR:
CITY: MELVERN STATE: KS ZIP: 66510
ACC: YES TYPE: DATE:

EMPLOYER: SPEER MANUFACTURING
EMPLOYER ADDRESS:
EMPLOYER PHONE:

**GUARANTOR**

GUAR NAME LAST FIRST MIDDLE: BOWMAN LISA M
RELATIONSHIP: SELF
GUAR STREET ADDRESS: P O BOX 85
CITY: MELVERN STATE: KS ZIP: 66510

GUAR PHONE: (785)549 3548
GUAR SS #: 440 70-7519
GUAR EMPLOYER: SPEER MANUFACTURING
GUAR EMPLOYER ADDRESS:
GUAR EMPLOYER PHONE:

**INSURANCE**

INSURANCE/GROUP POLICY: OCC HEALTH - LMH
STREET ADDRESS: 325 MAINE ST
CITY: LAWRENCE ST/TE: KS ZIP: 66044
CERTIFICATE #: GROUP #: SUBSCRIBER: BOWMAN LISA M PRE-CERT #:

INSURANCE/GROUP POLICY: STREET ADDRESS: CITY: STATE: ZIP:
CERTIFICATE #: GROUP #: SUBSCRIBER: MAIDEN/OTHER NAME:

**EMERGENCY**

EMERGENCY NOTIFICATION/RELATIVE: RELATIONSHIP: EMPLOYER ADDRESS: PHONE: BROUGHT IN BY: WALK IN

PRESENTING COMPLAINT: WRIST PAIN
ATTENDING PHYSICIAN: FEVURLY,CHRIS D
PERSONAL PHYSICIAN: FEVURLY,CHRIS D
TIME CALLED: TIME ARRIVED:
E R PHYSICIAN:
ADMIT DATE: 05/16/00 ADMIT TIME: 0951

**DIAGNOSIS**

CURRENT MEDS

DISMISS DATE & TIME

| TIME | TEMP | PULSE | RESP |
|---|---|---|---|
| | | | |

| B/P | HEIGHT | WEIGHT |
|---|---|---|
| | | |

| O₂SAT% | LMP | TETANUS |
|---|---|---|
| | | |

FOR ED USE ONLY

ALLERGIES

NURSE SIGNATURE

- ☐ OLD CHART
- ☐ EDPRO
- ☐ EDPLS
- ☐ EDCRD
- ☐ COMP ☐ BMP
- ☐ CMP (CARDIAC)
- ☐ CBCA ☐ ABC
- ☐ PT ☐ PTT
- ☐ UA ☐ HCG
- ☐ UC ☐ ETOH
- ☐ UACI ☐ COOX
- ☐ ABG ☐ AMY
- ☐ DIGOXIN
- ☐ WET PREP
- ☐ G C
- ☐ CHLAMYDIA
- ☐ EKG ☐ FOLEY
- ☐ OXIMETRY
- ☐ Blood Culture
- ________
- ☐ $O_2$ ________
- ☐ MONITOR ____

SEE ☐ NURSING FLOW SHEET ☐ TRANSFER SHEET ☐ CODE BLUE SHEET
☐ SUTURE REMOVAL DOCUMENTATION SHEET

PHYSICIAN'S NOTES ☐ DICTATED TIME OF DOCTOR EXAM ________

DOCTOR ________________ CALLED AT ________

DOCTOR ________________ CALLED AT ________

PATIENT INSTRUCTIONS

☐ SPRAIN/FRACT ☐ HEAD ☐ WOUND/LAC ☐ SUT REMOVAL ____ DAYS
☐ ACE WRAP ☐ SPLINT ☐ FEVER ☐ FLU GASTRO INT ☐ BACK STRAIN ☐ NECK STRAIN
OTHER

SEE DR ________ IN ____ DAYS DEFINITELY/IF NOT BETTER
F U OCCUPATIONAL HEALTH CLINIC DR.DISPOSITION

ORDER PER DOCTOR

| TIME | X-RAYS | ER READING |
|---|---|---|
| | | |
| | | |

CONDITION ON RELEASE
GOOD FAIR SERIOUS CRITICAL

DISPOSITION TIME AM PM

☐ REF TO PHYSICIAN ☐ EXPIRED ☐ ADMITTED RM #
☐ TREATED AND RELEASED ☐ LEFT AGAINST ADV ☐ TRANSFERRED



PHYSICIAN SIGNATURE OHC ED

BCAA0013700096

# REPORT OF OCCUPATIONAL INJURY OR ILLNESS

Patient Please Complete All Shaded Areas

| | |
|---|---|
| Name: Bowman, Lisa | Social Security #: 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 Date: |
| Address: | City, State, Zip: |
| Date of Birth: | Gender: M F Phone Number: |
| Position: | Employer: |

DATE & LOCATION

1. Date of Occurrence: Over yr ago
2. Time of Occurrence:
3. Witness to Occurrence:
4. Location at time of Occurrence:
5. Pre-Injury Date Last Worked: Over yr
6. Date Reported to Employer:

DESCRIPTION OF ACCIDENT

1. Describe how accident occurred: While cutting pipes hand & wrist started hurting
2. Part of Body Injured: Rt wrist + hand.
3. Job activity at the time of incident:

CONSENT FOR TREATMENT

I HEREBY DECLARE THAT, TO THE BEST OF MY KNOWLEDGE AND BELIEF, THE INFORMATION GIVEN ABOVE IS CORRECTLY RECORDED, COMPLETE AND TRUE. BY SIGNING THIS CONSENT FORM

I hereby assign payment directly to Lawrence Memorial Hospital and all attending physicians for any covered expenses for benefits otherwise payable to me to include major medical benefits. I agree to pay Lawrence Memorial Hospital for all services rendered to the below named patient regardless of anticipated health insurance benefits. I further agree to pay any balance owing after deduction for insurance benefits at the time of dismissal. I authorize the release of medical information from my medical record including psychiatric, drug and/or alcohol related conditions by any informant required in processing my claims. A photocopy of this form is valid.

5'5", 140,

☒ TREATMENT: I am suffering from a condition requiring diagnosis and medical treatment. I consent to diagnostic procedures and/or hospital care as deemed medically necessary and performed by a physician, his/her designee, medical staff of Lawrence Memorial Hospital (LMH) or by LMH personnel

*I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examination in the hospital*

*With emergency care, the undersigned understands that a personal physician is to be selected immediately if hospitalization for further treatment is required I further consent to the admission of the patient to the hospital for continued care if such appears necessary for the proper care of the patient*

*I hereby authorize Lawrence Memorial Hospital to retain, preserve and use scientific or teaching purpose, or dispose of at their convenience, any specimens or tissues taken from my body during my hospitalization.*

☒ BLOOD TESTING: I consent to serology testing, including Hepatitis B, C and HIV, in the event that my blood and/or body fluids is suspected to have come in direct contact with any health care worker(s), to determine if my blood has contagious viruses. I understand that the information obtained from such tests will be disclosed only as necessary to adequately protect me, the health of my family, and the health of the health care personnel who are or may become involved in my care and treatment.

☒ RELEASE OF INFORMATION: I agree that all records concerning my hospitalization remain the property of LMH. LMH may release confidential information, including HIV, psychiatric and drug/alcohol-related disease, to health insurance providers liable for hospital charges for my care LMH may also release such information to other healthcare providers if necessary to ensure proper care for me.

☒ PAYMENT FOR SERVICES/ASSIGNMENT OF INSURANCE BENEFITS: I or my appointed agent agree that the patient is obligated to pay all LMH charges for services and treatment provided. I authorize insurance, Medicare or Medicaid benefits otherwise payable to the patient to be paid directly to LMH for services rendered during this hospital visit I understand that I am responsible for co-insurance payments, deductibles and/or remaining balances as specified by my health plan

☒ PERSONAL VALUABLES: I understand and agree that LMH maintains a safe for storage of money and other patient valuables I understand and agree that all personal belongings, such as dentures, glasses, hearing aids, clothing, etc. not placed in the safe are solely my responsibility and LMH shall not be liable for any resulting loss or damage of such personal property.

☐ MEDICARE PATIENTS ONLY I have received a copy of "An Important Message from Medicare" and understand my rights as described in that document.

☐ PATIENT RIGHTS: I have received a copy of the LMH literature packet that includes information, names and phone numbers related to support services and other items of interest to me while I am a patient at LMH I understand this packet also provides information about people I may contact if I have questions concerning rights as a patient or if I wish to register a complaint I have received information regarding ADVANCE DIRECTIVES, such as a Living Will or Durable Power of Attorney for Healthcare , and understand that LMH will provide additional information and necessary materials at my request.

☒ NON-SMOKING POLICY: Pursuant to statute KSA 21-4017, I understand that state law does not allow smoking at LMH except in designated areas outside hospital buildings.

5-16 — Lisa Boman Montgomery
DATE — PATIENT OR AUTHORIZED SIGNATURE — RELATIONSHIP TO PATIENT

5-16 — Sarah C Lun
DATE — WITNESS

Patient is unable to consent because ______________________________

# OH ADMISSION FACE SHEET

Employee Name Bowman, Lisa Company Spears Manufacturing

SS# 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 DOB 02/27/68 Med Rec # 0000346488

Phone 785-549-3548 Address P O Box 85
Melvern, KS 66510

Patient Description Developed right wrist pain from using hydraulic cutters

Nature of Injury Bilateral wrist pain

Date of Injury 03/30/99 ICD-9 719 43

Primary Physician Chris Fevurly M D

Initial Treating Physician Chris Fevurly M D
Initial Work Status Limited duty

Company Name

**Spears Manufacturing Corp.**

Human Resources
Spears Manufacturing Corp
RR 1
Box 292a
Caney, KS 67333-9778

Phone. 316-879-2131
Fax

Insurance·

A I.G Claim Services, Inc
Gwen Augustine
120 S. Central Avenue
Suite 300
Clayton, MO 63105

Phone 888-745-7819 Ext

**DATE OF VISIT** JUNE 01, 2000

**DATE OF INJURY:** MARCH 30, 1999

**SUBJECTIVE·** The patient has undergone the nerve conduction velocities performed by Dr Morte on May 24, 2000 which shows no abnormalities on either right or left upper extremity nerve conduction velocities This essentially puts to rest the possibility of significant peripheral nerve entrapment

She has gone through x-rays of the wrist on the left and right side and those are both judged to be normal

She continues to have the same complaints as previously described and she is working 15 hours per week at the Greyhound bus center, although she finds that "boring "

**PHYSICAL EXAMINATION:** Continues to show global tenderness around the wrist but no swelling, bruise or ecchymoses The patient has mild tenderness to palpation both radially and ulnarly as well as over the flexor and extensor aspect of the wrist Grip strength seems to be symmetrically equal

**ASSESSMENT:**

1 Nonspecific undifferentiated bilateral upper extremity pain
2 There is no clinical evidence here for peripheral nerve entrapment or significant underlying joint disease

The patient has reached maximal medical improvement which is defined as the date after which all reasonable indications or expected benefits have occurred from diagnostic tests, consultations or therapeutic interventions

Maximal medical improvement is further defined as the date after which further recovery and restoration of function can no longer be predicted based up on the highest degree of medical probability

Based on the fourth edition of the American Medical Association guides to evaluation of permanent impairment, there is no ratable impairment There is no objective basis to recommend any permanent restrictions, however, I have told her that she is likely to have an intolerance and difficulty with coping jobs that require repetitive forceful activity as she has already proven Nonetheless, this discomfort or pain is not in and of itself permanently limiting or permanently restricting

The patient can use over-the-counter Tylenol or Advil for pain relief and can use wrist cockup splints as needed I see no indications, nor do I have expectations for prescription medications in the future, nor is there any indication or expectation for surgical intervention

This case will be brought to closure as of June 01, 2000 and there are no further followup visits scheduled

JOB#49753/APS

Chris D Fevurly, M D

CDF/asi
D 06/01/2000 T 06/02/2000
Job # 049753/Doc # 39652
cc Employer Copy



**LAWRENCE MEMORIAL HOSPITAL**
**OCCUPATIONAL MEDICINE REPORT**

**ORIGINAL**

Patient Name **Bowman, Lisa**
Account # MR # **0000999999**
Admission Date DOB

Occupational Health & Wellness
LAWRENCE MEMORIAL HOSPITAL

# Work Status Report

325 Maine
Lawrence, KS 66044
Phone (785) 840-3114
Fax (785) 840-3113

**PATIENT INFORMATION:**

Patient Name Bauman, Lisa
Social Security # 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
Company Sprint Marketing
Date of Visit 06/01/06
Time In 1430
Time Out 1515

**WORK STATUS:** Patient slowed to judicious with proper repetitions activity

☒ Return to Regular Work Effective ☐ Today ☐ On ____ ☐ Not a Work Related Injury
☐ Modified Work (see restrictions below) ☐ Today ☐ On ____
☐ Unable to Return to Work, Estimated Duration ____
☐ Other ____

**RESTRICTIONS:**

☐ May lift up to ____ pounds
☐ May push/pull up to ____ pounds ☐ with ☐ w/o wheels
☐ Limited use of ☐ Right ☐ Left, ☐ hand ☐ arm
☐ No use of ☐ Right ☐ Left, ☐ hand ☐ arm
☐ Repetitive Hand Movement limited to ____ ☐ min/hour ☐ hours/day
☐ Rotate job tasks to avoid continuous or Repetitive hand activity
☐ Patient should work with affected part in ☐ Splint ☐ Cast
☐ No overhead lifting or reaching with the ☐ Left arm ☐ Right arm
☐ Wound must stay clean, dry, and covered
☐ Dressing changed daily ____
☐ No working below waist level
☐ Should be sitting ____ % of time
☐ No driving or operation of any vehicle, mobile equipment, or machinery
☐ No work at heights or near moving machinery
☐ Limit nonstop standing or walking to no more than ____
☐ Limit nonstop sitting to no more than ____
☐ Alternate sitting and standing as needed for pain control
☐ No repetitive bending or stooping
☐ No repetitive kneeling or squatting
☐ No Climbing of ☐ Stairs ☐ Ramps ☐ Ladders
☐ No exposure to ☐ Cold ☐ Heat ☐ Water ☐ Chemicals ☐ Oil ☐ Paint ☐ Dust ☐ Solvents ☐ Welding ☐ Coolants
☐ Minimum/Limited use of ____
☐ No use of ____

**Other Instructions:** ____

**PLAN:**

☐ Return to Occupational Health for appointment listed below ☒ Discharged / Final Visit
☐ Referred to Specialist for ☐ Consult ☐ Assumption of Care Appt ____
☐ Rehabilitation Ordered ☐ Physical Therapy ☐ Occupational Therapy ☐ Work Hardening ___ X/Week for ___ Appt ____
☐ Special Tests Pending ☐ EMG/NCV's ☐ MRI ☐ Bone Scan ☐ Other ____

**DIAGNOSIS AND COMMENTS:** (R) wrist pain unchanged from previous
Non specific, undifferentiated arm/wrist pain

NEXT APPOINTMENT
DATE None TIME ____

I hereby acknowledge receipt of the instructions indicated above

____ Patient Signature ____ Date

[signature] Medical Provider Signature

☐ Faxed Work Status to ____ on ____ by ____

Copies to White – Patient Record Yellow – Company Pink – Patient

FILE ID 2-27-68 5 1 0d 24 MAY 00 15 04

HARDCOPY HEADER FROM THE NICOLET VIKING QUANTITATIVE EMG

MNC Record # 1 BOMAN LISA Medιan nerve R 15 04 57

| Swιtch N-R | Rate Non-Recurrent | Level 300 V | Dur 0 1 ms | Sιngle |
|---|---|---|---|---|
| | | | Step 2 | Average Off |




Recordιng Sιte APB

| STIMULUS SITE | LAT1 ms | DUR ms | AMP mV | AREA mVms |
|---|---|---|---|---|
| A1 Wrιst | 4 1 | 6 8 | 8 538 | 37 57 |
| **A2: Elbow** | 8 0 | 8 3 | 8 307 | 42 54 |
| A3 Axιlla | | | | |
| A4 Erb's poιnt | | | | |

| SEGMENT | DIST mm | DIFF ms | CV m/s |
|---|---|---|---|
| Wrιst-Elbow | 220 | 3 9 | 56 |
| Elbow-Axιlla | | | |
| Axιlla-Erb's poιnt | | | |

FILE ID 2-27-68 5 1 0d 24 MAY 00 15 08

HARDCOPY HEADER FROM THE NICOLET VIKING QUANTITATIVE EMG

SNC Record # 1 BOMAN, LISA Median nerve R 15 08 46

| | | | | |
|---|---|---|---|---|
| Switch N-R | Rate Non-Recurrent | Level 92 V | Dur 0 1 ms | Single |

| | |
|---|---|
| Step 1 | Average Off |




Recording Site Index

| STIMULUS SITE | LAT1 ms | LAT2 ms | AMP uV |
|---|---|---|---|
| **A1: Wrist** | 2 7 | 3 5 | 77 56 |
| A2 Elbow | | | |
| A3 Axilla | | | |

| SEGMENT | DIST mm | DIFF ms | CV m/s |
|---|---|---|---|
| Index-Wrist | 140 | 2 7 | 52 |
| Wrist-Elbow | | | |
| Elbow-Axilla | | | |

LAWRENCE MEMORIAL HOSPITAL
Community Care—Community Pride

Main Camp
325 Ma
Lawrence KS 66
785-749 6

LMH Sou
3500 Clinton Parkway Pl
Lawrence KS 66

Board of Truste
Donna M F
David Cor
Raymond C Davis Ph
Lindy Fu
Joanne E Hu
Donna L Osn
Vickie Panc
Bob Scha
Matthew Stein M

President
Chief Executive Office
Gene Me

May 17, 2000

Natasha Hawkins, Claims Specialist
AIG Claim Services
120 South Central Avenue, Suite 300
Clayton, Missouri 63105

RE Claimant - BOWMAN, LISA (MR#346488)
INSURED Spears Manufacturing Company, Incorporated
CLAIM NO 436-010575
ALLEGED DATE OF LOSS March 30, 1999
DATE SEEN May 16, 2000

Dear Ms Hawkins

This letter is in follow-up to the Independent Medical Evaluation performed on Lisa Bowman in my Lawrence Memorial Hospital Occupational Medicine Department on May 16, 2000 I appreciate the medical information and letter you sent to me dated April 27, 2000

Ms Bowman is a 32-year-old right-handed female She worked for Spears Manufacturing in Caney, Kansas, which is just outside of Coffeyville, Kansas, beginning December 1998 Within one to two weeks after starting work, she started having symptoms consisting of dorsal right wrist pain as well as numbness and tingling into both hands, right worse than left Prior to working at Spears Manufacturing, she had worked at Wells Fargo as a security guard for three months in Topeka, Kansas She had moved down to the Caney, Kansas, area in order to be closer to her ex-husband who is employed in this same facility as they share joint custody of their four children

Her job duties for Spears Manufacturing was cutting PVC pipe fittings from an injection mold machine She did that by pushing on a button, utilizing a hydraulic cutter She did this for four months and began having significant wrist and hand complaints, prompting her to miss work She was seen by a company doctor and told she had tendonitis The pain in the right hand became so severe that she could not drive She called her supervisor (who just happened to be her ex-husband), and evidently he did not tell the company about her absence, and she subsequently got fired This caused significant trouble between her and her ex-spouse

She eventually left the Caney, Kansas, area in order to find more work and moved back to the Topeka, Kansas, area where she began working for Greyhound Bus Services in their terminal in June 1999 Her job consists of answering phones, selling tickets at the terminal, but she only works 15 hours per week and she just cannot tolerate more hours She states this job is very easy and entails very little data or computer work, and she essentially reads a book the majority of the time as it is a very slow-paced job

She returned to see the company doctor in Coffeyville in April 2000 who has told her that he would like to pursue nerve conduction velocities, although that has not been approved or performed

SOCIAL HISTORY She is the mother of four children, ages 9-13 She moved back to the Topeka, Kansas, area in order to be around her family She also had a boyfriend who is living here and she married him in March 2000 They live on a farm in central Kansas and raise goats, rabbits, and geese

ORIGINAL

Her only medications are Advil or Motrin which she takes 1200-1800 mg daily occasionally, although there are some days when she doesn't take any at all She also takes Tylenol on occasion She is on no other regular medicines

She grew up in Tulsa and went to high school in Cleveland, Oklahoma She graduated in 1986 and attended three semesters of college She started having children at the age of 18 She quit cigarette smoking one year ago and she occasionally uses alcohol

**PAST MEDICAL HISTORY** Pre-existing status reveals she denies any prior hand or wrist problems She has had occasional low back pain and has had a couple of minor Workers' Compensation injuries She actually hurt her back delivering newspapers in the New Mexico area about three or four years ago, but this was very brief and resolved without residual

She has had several motor vehicle accidents with the most severe being in 1987 and 1999 Both of these were accompanied by a brief period of low back pain which resolved without any residual problems

**CURRENT SYMPTOMS** She denies any left upper extremity complaints She has right dorsal wrist pain which is constant and is aggravated by any type of heavy lifting or twisting She has pain in the joints of her right hand This is primarily in the right thumb interphalangeal joint but also in all the finger metacarpophalangeal joints She denies any redness, erythema, or swelling here, although she does feel tightness and stiffness in the joints of her hands, right worse than left

Her fingers feel numb, and although this doesn't fit any median nerve distribution, it does seem to be associated with forceful activity as well as nocturnal awakening due to throbbing in the dorsal wrist The pain can migrate up the right arm into the proximal forearm on occasion such as with picking up heavy objects She is unable to obtain relief with any position or medication She notes that both Advil and Lodine which have been used in the past nauseate her She has never had any x-rays or nerve studies On a scale of 0 (no pain) to 10 (excruciating pain), her pain at present is 5, and in the past month at best has been 2, and at its worst has been 8-9 It averages 5

**PHYSICAL EXAMINATION** Healthy-appearing female who appears approximately her stated age Her cervical spine range of motion is full No tenderness over the cervical spinal processes and has little tenderness over the upper back musculature She has negative impingement tests into both shoulders and has full range of motion in both shoulders Her wrists have full range of motion, although there is significant tenderness and jump/startle reaction over the dorsal compartment of the right dorsal wrist Her Phalen's sign is surprisingly abnormal on the right at 30 seconds, fitting the median nerve distribution She has very similar findings with Tinel's percussion over the median nerve at the wrist in the median nerve distribution She also has similar findings on the right side with a carpal tunnel compression test at 30 seconds, however a reverse Phalen's sign is negative on the right All the carpal tunnel tests are negative on the left

Right-sided Jamar dynamometer testing reveals position I - 11 kilograms, position II - 12, position III - 11, position IV - 11, and position V - 12 This is a non-physiologic, non-bell-shaped curve that is not consistent with what one would expect and is seen with an inconsistent effort and is suggestive of symptom magnification

Left-sided Jamar dynamometer testing reveals position I - 18 kilograms, position II – 24, position III – 23, position IV – 21, position V - 18 This is a bell-shaped curve which is consistent with a normal effort and does not suggest symptom magnification with measuring the left-sided grip strength testing

Rapid alteration between right and left hand in position II reveals a maximum strength on the right at 16 kilograms and 24 kilograms on the left This is an approximately 30% higher effort on the right in position II than what we observed when we checked in the multiple five positions described above

**ASSESSMENT** 1) Dorsal wrist pain, source unclear X-rays of the wrists have been performed to rule out possible scapholunate dissociation or carpal instability, although I think this is unlikely 2) This patient has abnormal physical examination features to suggest early or mild carpal tunnel syndrome 3) Patient demonstrates inconsistent effort and non-physiological findings on Jamar dynamometer testing, right wrist as compared to left

**TREATMENT/PLAN** We are obligated to go ahead and pursue x-rays of the wrists as well as nerve conduction velocities to rule out the possibility of peripheral nerve entrapment such as carpal tunnel syndrome The causal relationship of carpal tunnel syndrome to her reported job duty (pushing a button on a hydraulic cutter) is weak at best

I am going to ask her to continue using a wrist cockup splints, as she has already been supplied with those I will discuss the results of her tests with her in nine days and make a decision about what other treatment or diagnostic testing should be considered

The objective findings on physical examination include the abnormal Phalen's, reverse Phalen's, and Tinel's signs on the right

The causal relationship between her present complaints and the work events of over 16 months ago are not clear I will have more information after I have an opportunity to review the x-rays and nerve conduction velocities

The patient has no significant underlying medical conditions that may be the cause of her current complaints

If all the tests are normal, the most likely beneficial treatment would be a stretching program and the use of a wrist cockup splint Certainly if she has significant nerve entrapment at the median nerve in the wrist, a surgical intervention may then be considered

The patient is fit for work as long as avoids repetitive forceful gripping and twisting with the right upper extremity She is presently performing 15 hours of work per week in her job at Greyhound Bus Services, however it does not sound as if this job is significantly risky for re-aggravation of her previously described symptoms I will see this patient again in nine days for review of the test outlined

Sincerely,

Chris D Fevurly, M D
Diplomat, American Board of Internal Medicine
Diplomat, American Board of Preventive Medicine with Specialization in Occupational Medicine
Diplomat, American Board of Independent Medical Examiners

CDF/ssi

ORIGINAL

DATE: May 18, 2000

CONSULTATION DATE: 05/25/00 12 00

TO: Paul Morte, D O
1112 West Sixth Street
Suite 100
Lawrence, KS 66044

FOR: LMH OCCUPATIONAL HEALTH CONSULTATION

RE: Bowman, Lisa

The above named company has an agreement with the LMH Occupational Health program to act as Case Manager for their Workers' Compensation injuries Under this program, we are referring this client to your office for consultation If this person requires physical therapy, occupational therapy, work hardening, or any other evaluation or referral procedure, we request that they be returned to Lawrence Memorial Hospital's Occupational Medicine department for follow-up Our Case Manager will be in contact with your office requesting information to expedite care of this client and to update our tracking files In order to expedite treatment please forward a written report of your findings as soon as possible

We thank you for your assistance and look forward to working with you on this case as well as other cases Should you have any questions, please feel free to contact our office

**Patient Name:** Bowman, Lisa
**Patient Address:** P O Box 85
Melvern, KS 66510
**Patient Phone:** 785-549-3548
**Social Security #:** 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 **DOB:** 02/27/68
**Date of Injury:** 03/30/99
**Diagnosis:**
**Current Work Capacity:** Limited Duty
**Primary Physician:** Chris Fevurly, M D

**Employer:** Spears Manufacturing Corp
RR 1
Box 292a
Caney, KS 67333-9778
**Co. Contact person:** Human Resources
**Company Phone:** 316-879-2131

Occupational Health & Wellness

LAWRENCE MEMORIAL HOSPITAL

# Work Status Report

325 Maine
Lawrence KS 66044
Phone (785) 840-3114
Fax (785) 840-3113

Bowman, Lisa
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 DOB 02/27/68
DOI 03/30/99
Fevurly APPT 05/16/00

Date of Visit 5/16
Time In 0845
Time Out 0930

**WORK STATUS:**

☐ Return to Regular Work Effective ☐ Today ☐ On ______ ☐ Not a Work Related Injury
☑ Modified Work (see restrictions below) ☑ Today ☐ On ______
☐ Unable to Return to Work, Estimated Duration ______
☐ Other ______

**RESTRICTIONS:**

☐ May lift up to ______ pounds
☐ May push/pull up to ______ pounds ☐ with ☐ w/o wheels
☑ Limited use of ☑ Right ☐ Left, ☑ hand ☐ arm
☐ No use of ☐ Right ☐ Left, ☐ hand ☐ arm
☐ Repetitive Hand Movement limited to ______ ☐ min./hour ☐ hours/day
☐ Rotate job tasks to avoid continuous or Repetitive hand activity
☐ Patient should work with affected part in ☐ Splint ☐ Cast
☐ No overhead lifting or reaching with the ☐ Left arm ☐ Right arm
☐ Wound must stay clean, dry, and covered
☐ Dressing changed daily ______
☐ No working below waist level
☐ Should be sitting ______ % of time

☐ No driving or operation of any vehicle, mobile equipment or machinery
☐ No work at heights or near moving machinery
☐ Limit nonstop standing or walking to no more than ______
☐ Limit nonstop sitting to no more than ______
☐ Alternate sitting and standing as needed for pain control
☐ No repetitive bending or stooping
☐ No repetitive kneeling or squatting
☐ No Climbing of ☐ Stairs ☐ Ramps ☐ Ladders
☐ No exposure to ☐ Cold ☐ Heat ☐ Water ☐ Chemicals ☐ Oil ☐ Paint ☐ Dust ☐ Solvents ☐ Welding ☐ Coolants
☐ Minimum/Limited use of ______
☐ No use of ______

**Other Instructions:** ______

**PLAN:**

☑ Return to Occupational Health for appointment listed below ☐ Discharged / Final Visit
☐ Referred to Specialist for ☐ Consult ☐ Assumption of Care Appt Dr Monte 5/25/00 1200
☐ Rehabilitation Ordered ☐ Physical Therapy ☐ Occupational Therapy ☐ Work Hardening ___ X/Week for ___ Appt ______
☐ Special Tests Pending ☐ EMG/NCV's ☐ MRI ☐ Bone Scan ☐ Other ______

**DIAGNOSIS AND COMMENTS:** Rt wrist & hand pain 55', [illegible] 72, 116

Better wrist pain (R) > (L)

[illegible] (R)

I hereby acknowledge receipt of the instructions indicated above

______ Patient Signature ______ Date

NEXT APPOINTMENT
[9 days] 5/25/00 9:00AM 6/1 9:15
DATE TIME

[signature]
Medical Provider Signature

☐ Faxed Work Status to [illegible] on 5/20 by [illegible]

Copies to White – Patient Record Yellow – Company Pink – Patient

Case 4:12-cv-08001-GAF Document 163-12 Filed 09/03/15 Page 14 of 20

Exam Ordered:

21065 WRIST 3 VI"WS OR MORE*L
21065 WRIST 3 VIEWS OR MORE*R

Rea ,or Exam

PAIN
PAIN

**Exam Completed:** 05/16/00 1015

LEFT AND RIGHT WRISTS
INDICATION Pain

LEFT WRIST Evaluation of the wrist in multiple projections does not demonstrate any fractures The carpal bones are normally aligned Bony mineralization is within normal limits

IMPRESSION
NORMAL RADIOGRAPHIC EXAMINATION OF THE LEFT WRIST

RIGHT WRIST Evaluation of the wrist in multiple projections does not demonstrate any fractures The carpal bones are normally aligned Bony mineralization is within normal limits

IMPRESSION
NORMAL RADIOGRAPHIC EXAMINATION OF THE RIGHT WRIST

Read By GREGORY ORTH M D
Released By GREGORY ORTH M D

05/16/00 1350
TM

FINAL



LAWRENCE MEMORIAL HOSPITAL
Community Care—Community Pride

Department of Radiology
325 Maine
Lawrence KS 66044

Account # 0013700096 Unit # A0000346488
Patient Name CI# 45627
BOWMAN,LISA M
Date of Birth 02/27/68 Room # DIS - OCC
Patient Type OCC Age 32Y Sex F

Ordering Physician FEVURLY,CHRIS D
Attending Physician FEVURLY,CHRIS D

Exam Ordered

21065 WRIST 3 VIEWS OR MORE*L
21065 WRIST 3 VIEWS OR MORE*R

Reas for Exam.

PAIN
PAIN

**Exam Completed: 05/16/00 1015**

LEFT AND RIGHT WRISTS
INDICATION Pain

LEFT WRIST Evaluation of the wrist in multiple projections does not demonstrate any fractures The carpal bones are normally aligned Bony mineralization is within normal limits

IMPRESSION
NORMAL RADIOGRAPHIC EXAMINATION OF THE LEFT WRIST

RIGHT WRIST Evaluation of the wrist in multiple projections does not demonstrate any fractures The carpal bones are normally aligned Bony mineralization is within normal limits.

IMPRESSION
NORMAL RADIOGRAPHIC EXAMINATION OF THE RIGHT WRIST

Read By GREGORY ORTH M D
Released By GREGORY ORTH M D

05/16/00 1350
TM

FINAL



LAWRENCE MEMORIAL HOSPITAL
Community Care—Community Pride

Department of Radiology
325 Maine
Lawrence KS 66044

Account # 0013700096 Unit # A0000346488
Patient Name CI# 45627
BOWMAN,LISA M
Date of Birth 02/27/68 Room # DIS - OCC
Patient Type OCC Age 32Y Sex F
Ordering Physician FEVURLY,CHRIS D
Attending Physician FEVURLY,CHRIS D

LAWRENCE MEMORIAL HOSPITAL

Community Care—Community Pride

OCCUPATIONAL HEALTH AND WELLNESS

Name Lean Barman Date 5/16/00

Address

Rx

Nerve Conduction Velocities

(R) & (L)

Possible CTS

C J Fevurly

Chris D Fevurly, M D , FACPM

KS Lic# 19550 DEA# AF1158989

☐ Dispense as written

742-08

# LMH OCCUPATIONAL HEALTH CHARGE SHEET

PATIENT NAME *Leo Braman* COMPANY ____

SOCIAL SECURITY NUMBER ____ Physician *Fernsly* DOB ____ DATE *5/16/00*

☐ Routine Venipuncture

**AUTOMATED, MULTICHANNEL TESTS**

- ☐ Cardiac Enzymes (CPK LDH Isoenzyme)
- ☐ Chem-7
- ☐ Chem-16
- ☐ Electrolytes

**CHEMISTRY**

- ☐ Blood Alcohol
- ☐ Blood Lead/Zinc Protoporphyrian
- ☐ Breath Alcohol Testing
- ☐ Creatine Kinase MB Isoenzyme
- ☐ Creatinine Blood
- ☐ Ferritin
- ☐ Gases Blood O2 saturation only
- ☐ Glucose Blood
- ☐ Potassium Blood
- ☐ Pregnancy Test
- ☐ Protein, Total
- ☐ SGOT
- ☐ SGPT
- ☐ TH Thyroxine (E1A)
- ☐ TSH Thyroid Stimulating Hormone
- ☐ Theophylline Aminophylline
- ☐ Uric Acid

**URINALYSIS**

- ☐ UA
- ☐ Dipstick Only

**ORGAN OR DISEASE ORIENTED PANELS**

- ☐ CHD Profile
- ☐ Liver Profile

**HEMATOLOGY AND COAGULATION**

- ☐ ABC (Automated Blood Count)
- ☐ CBC with auto Diffuse
- ☐ CBC without Diff
- ☐ PTT
- ☐ Prothrombin Time
- ☐ Sedimentation Rate

**IMMUNOLOGY**

- ☐ ANA (Anti-Nuclear Antibody)
- ☐ HTLV III (HIV) Aides Antibody
- ☐ Hepatitis B Surface Antibody
- ☐ Hepatitis B Surface Antigen
- ☐ Hepatitis C Virus
- ☐ Rheumaatoid Factor Latex Fixation
- ☐ Rheumatoid Arthritis (RA) with Teter

**AUDIOLOGY**

- ☐ Bone Conduction
- ☐ Comprehensive
- ☐ Pure Tone
- ☐ Tympanometry

**CARDIOLOGY**

- ☐ ECG Rhythm Strip
- ☐ ECG Treadmill Testing
- ☐ Echocardiogram

**NEUROLOGY**

- ☐ EEG
- ☐ EMG
- ☐ Nerve Conduction Velocity

**PULMONARY LABORATORY**

- ☐ Spirogram
- ☐ Lung Volumes
- ☐ Oximeter Rest/Exercise/ 100% O2

____

| UPPER EXTREMITIES | R | L |
|---|---|---|
| ☐ Clavicle | ☐ | ☐ |
| ☐ Scapula | ☐ | ☐ |
| ☐ Shoulder One View | ☐ | ☐ |
| ☐ Shoulder Two Views | ☐ | ☐ |
| ☐ AC Joints | ☐ | ☐ |
| ☐ Humerus | ☐ | ☐ |
| ☐ Elbow | ☐ | ☐ |
| ☐ Forearm | ☐ | ☐ |
| ☒ Wrist | ☒ | ☒ |
| ☐ Hand | ☐ | ☐ |
| ☐ Fingers | ☐ | ☐ |

| HEAD & NECK | R | L |
|---|---|---|
| ☐ Mandible | | |
| ☐ Mastoids | | |
| ☐ Facial Bones | | |
| ☐ Nasal Bone | | |
| ☐ Orbits | | |
| ☐ Sinuses, 1 or 2 Views | | |
| ☐ Sinuses 3 or More Views | | |
| ☐ Skull Less than 4 Views | | |
| ☐ Skull 4 views | | |
| ☐ TMJ | ☐ | ☐ |
| ☐ Neck Soft Tissue | | |

| MRI | CONTRAST |
|---|---|
| ☐ Upper Extremity Joint | ☐ |
| ☐ Upper Extremity Not a Joint | ☐ |
| ☐ Lower Extremity Joint | ☐ |
| ☐ Lower Extremity, Not a Joint | ☐ |
| ☐ Cervical Spine | ☐ |
| ☐ Thoracic Spine | ☐ |
| ☐ Lumbar Spine | ☐ |
| ☐ Pelvis | ☐ |

Location ____

| LOWER EXTREMITIES | R | L |
|---|---|---|
| ☐ Hip One View | ☐ | ☐ |
| ☐ Hip Complete | ☐ | ☐ |
| ☐ Femur | ☐ | ☐ |
| ☐ Knee 2 or less views | ☐ | ☐ |
| ☐ Knee 3-4 views | ☐ | ☐ |
| ☐ Tib/Fib | ☐ | ☐ |
| ☐ Ankle | ☐ | ☐ |
| ☐ Foot | ☐ | ☐ |
| ☐ Heel | ☐ | ☐ |
| ☐ Toes | ☐ | ☐ |

**SPINE & PELVIS**

- ☐ C Spine Partial
- ☐ C Spine Complete
- ☐ C Spine, Special Views
- ☐ T Spine
- ☐ L Spine AP & 2 Lat
- ☐ L Spine With Obl
- ☐ L Spine bending
- ☐ Pelvis
- ☐ SI Joints
- ☐ Sacrum & Coccyx

| AXIAL TOMOGRAPHY | CONTRAST |
|---|---|
| ☐ Head Scan / Orbits | ☐ |
| ☐ Sialogram Soft Tissue Neck | ☐ |
| ☐ Cervical Spine | ☐ |
| ☐ Thoracic Spine | ☐ |
| ☐ Lumbar Spine | ☐ |
| ☐ Pelvic Scan | ☐ |

**NUCLEAR MEDICINE**

- ☐ Bone Scan Full Body
- ☐ Bone Scan - Limited
- ☐ Bone Tomo (spect)
- ☐ Bone Scan - Multiple Areas
- ☐ Bone Age
- ☐ Bone Length
- ☐ Bone Survey

| CHEST | R | L |
|---|---|---|
| ☐ Chest OneView | | |
| ☐ Chest Two Views | | |
| ☐ Chest Asbetos Views Large Film | | |
| ☐ Ribs One Side | ☐ | ☐ |
| ☐ Ribs Both Sides | ☐ | ☐ |
| ☐ Sternum | | |
| ☐ Mammo One Side | ☐ | ☐ |
| ☐ Mammogram One Side Contrast | ☐ | ☐ |
| ☐ Mammo Both Sides | | |
| ☐ Mammogram Both Sides Contrast | | |

**ABDOMEN & GI TRACT**

- ☐ KUB only
- ☐ KUB and Upright
- ☐ KUB Complete exam
- ☐ Colon With Air
- ☐ Colon Without Air
- ☐ Esophugus
- ☐ Gallbladder
- ☐ Small Bowel
- ☐ Upper GI
- ☐ Upper GI Plus SB

| DATE | HOUR | PROGRESS NOTES. |
| --- | --- | --- |
| 5/16/00 | 0910 | |
| | | 32 y/o (R) handed |
| | | DOI: 12/98 |
| | | Started work - immediate sx. |
| | | Progressively worse |
| | | Apeco Mfg in Corning, Ks. (near Coffeyville) |
| | | - lived in Oklahoma. Prior work at Wells Fargo (security guard) X 3 months |
| | | - Cut PVC pipe fittings (injection mold) |
| | | Pushed a button on a hydraulic cutter. |
| | | Worked 4 months → left in 4/99. |
| | | Company doctor - tendonitis. Could not |
| | | drive. Called her supervisor (ex-husband) but he |
| | | did not tell them and she got fired. |
| | | Set up an EMG/NCV → would not do it. |
| | | RTC on 4/12/00, still w/o: EMG/NCV. |
| | | Worked for Greyhound Bus starting 6/99 |
| | | in Topeka. Answers phones / sells tix @ the terminal |
| | | (working 15 hrs/week) - can not tolerate more hours. |
| | | Not that busy - slow pace. (Reads books) |
| | | Mother of 4 children (15, 11, 10, 9); a single |
| | | mother. Her family / boy friend live here. Remarried |
| | | in March 00. |
| | | PMHx: |

(1) No prior hand / wrist probs

(2) Occ. low back pain c work at Newspaper in NM.

(3) Prior low back pain c an AA in 1987 / 1999 (windshield)

(4) 2 other car wrecks but no permanent residuals.

(5) Surgery: ∅

Lisa Bowman

FINAL PROGRESS NOTE. CONDITION ON DISCHARGE AND INSTRUCTION TO PATIENT SHOULD BE NOTED.

Lawrence Memorial Hospital

PROGRESS RECORD

| DATE | HOUR | PROGRESS NOTES. |
|---|---|---|
| | | Current [illegible] No Ⓒ side [illegible] |
| Growing up - Tulsa | | (1) Dorsal wrist pain (constant) Ⓡ |
| HS in Cleveland, Okla. | | (2) Ⓡ hand joint ache constantly / swell |
| Grad: 1986. | | c thumb IP |
| attended 3 semesters | | (3) Fingers feel numb (all of them, all the time) |
| of college | | (4) Aggravated by prehension occasion (particularly |
| started having children | | c picking up heavy object) Can't do a standard |
| @ age 18. | | shift. Aggravated also by forceful pushing |
| Cig: quit 1 year ago. | | (5) No relief c anything Advil makes her nauseated |
| Alcohol: occasional | | Indomethacin nauseates her. No relief c splint. |
| Meds: Advil > 0 to 3 | | No x-rays or NCV's. |
| Tylenol 3 per day | | Present "5" |
| Sport / recreation: | | Best "2" Worst "8 or 9" Averages "5" |
| Hikes | | (6) Notes nocturnal awakening due to dorsal wrist |
| Raises goats, | | throbbing. |
| rabbits, geese. | | (7) Denies |
| | | |
| | | - Neck: nl. |
| | | Shoulder: nl |
| | | Wrist: Flexion 90° |
| | | tender dorsal compartment Ⓡ |
| | | Phalen: + @ 30 secs on Ⓡ Reverse Phalen: ⊖ |
| | | Tinel's: + on Ⓡ. |

CTS compression test:
+ @ 30 secs

FINAL PROGRESS NOTE. CONDITION ON DISCHARGE AND INSTRUCTION TO PATIENT SHOULD BE NOTED

James Dynometer

Alternates

Ⓡ Ⓛ 16 kgs 24

11 18 m Ⓡ Ⓛ

12, 10 2 25, 23

11 3 23

10 4 21

12 5 18

Lawrence Memorial Hospital

PROGRESS RECORD

6028-05 5-84