# ST. FRANCIS HOSPITAL AND MEDICAL CENTER

Topeka, Kansas 66606

MEDICAL RECORDS

10660

- HOSPITAL ACCOUNT NO: 2171894
- MEDICAL RECORD NO: 10660
- NS RM / BED: 704 2
- ACM: O
- SEX: M
- MAR: M
- RACE: W
- S/H:
- SERV: OPB
- ORSOS NO.:
- LOS:
- PT: O
- FC: K
- AC:
- SRC: L
- CLERK: MWI*
- ADMIT DATE: 6/04/01
- TIME: 1928
- DISCHARGE DATE: 6/06/01
- TIME: 2dg

**PATIENT NAME ADDRESS & PHONE NUMBER**

MONTGOMERY, KEVIN W
BOX 85
MELVERN KS 66510
785 549-3548

- SOCIAL SECURITY NUMBER: [redacted]
- BIRTHDATE: 6/28/60
- AGE: 040Y
- COUNTY: 70

**EMPLOYER — PATIENT EMPLOYER NAME ADDRESS & PHONE NUMBER**

SHELLEY ELECTRIC
EMPORIA KS
620 342-6611

- FORMER NAME:
- RELIGION: OTHER
- ACC:
- PREV ADM DATE:
- PRECERTIFICATION:

**GUARANTOR NAME ADDRESS & PHONE NUMBER**

MONTGOMERY, KEVIN W
BOX 85
MELVERN KS 66510
785 549-3548

- GUARANTOR SOCIAL SECURITY NUMBER: 5[redacted]0-64-766[redacted]
- [redacted] [redacted]HIP: A

**EMPLOYER — GUARANTOR EMPLOYER NAME ADDRESS & PHONE NUMBER**

SHELLEY ELECTRIC
EMPORIA KS
620 342-6611

- EMERGENCY CONTACT: MONTGOMERY LISA
- EMERGENCY PHONE: 785 549-3548
- REL: 2
- ADDRESS: BOX 85
- ADMITTING DIAGNOSIS: DIARRHEA, DEHYDRATION
- COMMENTS: N/V/D VER GFD

**INSURANCE**

| | Primary | Secondary |
|---|---|---|
| CO # NAME | 532 PHP PREFERRED HEALTH | 832 PHP PROF COMP |
| INS PLAN | 7 IBEW OP PRIMARY | 7 IBEW OP PRIM PC |
| | [redacted]56 | [redacted]66 |
| SUBSCR. NAME: L F / M.I | MONTGOMERY, KEVIN W | MONTGOMERY, KEVIN W |
| REL. TO SUBSCRIBER | A | A |
| SEX | M | M |

**PHYSICIAN**

| | | NUMBER |
|---|---|---|
| ADMITTING PHYSICIAN | ATWOOD, MICHAEL D MD | 455 |
| ATTENDING PHYSICIAN | ATWOOD, MICHAEL D MD | 455 |
| HOME TOWN / PRIMARY CARE PHYSICIAN | | |

- HOME TOWN HOSPITAL:
- OTHER PHYSICIANS: 1. 2. 3.

FINAL DIAGNOSIS

CONSULTANTS.

PROCEDURES.

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

ATTENDING PHYSICIAN    DATE OF SIGNATURE

CHART

POWER OF ATTORNEY NONE
LIVING WILL NONE

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690

# DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| NAME: | MONTGOMERY, KEVIN W | MR#: | 10660 |
| ROOM#: | 7E-0704-2 | DOB: | 06/28/1960 |
| ADM: | 06/05/2001 | PT: | I |
| DIS: | 06/06/2001 | MSV: | 001 |
| ACCT#: | 2171894 | | |

---

DISCHARGE DIAGNOSES:
1. Acute Campylobacter gastroenteritis.
2. Dehydration, secondary to #1.

CLINICAL HISTORY: Patient is a 40-year-old white male, who presented to the Emergency Room with a two day history of nausea and frequent loose watery stools. He had been seen the preceding day by Dr. Gerald Marcell in his office and had undergone stool culture studies, which were pending. He had failed attempt at outpatient management and because of his continued inability to take in oral fluids or food, he presented to the Emergency Room. He was evaluated and given his dehydration and continuing symptoms, it was elected to admit him.

Pertinent STUDIES this hospitalization: Admitting LABORATORY STUDIES revealed CBC unremarkable with WBC 9.9, hemoglobin 15.6, hematocrit 43.9, MCV 85.4. CBC on the second hospital day after hydration revealed WBC 6.3, hemoglobin decreased to 12.8, hematocrit 36.8.
Stool for occult blood was positive X one.
Chem B on admission showed BUN 11, creatinine 0.9.
Liver function tests unremarkable. Patient's total protein was low at 5.7, calcium low at 7.9, albumin low at 2.8.
On admission, sodium was decreased to 133, potassium 3.7, chloride 104, CO2 decreased to 21. Discharge electrolytes showed sodium improved to 134, potassium 3.8, chloride 102, CO2 normalized at 27.
Stool cultures showed normal fecal flora with no ova & pericyte seen on O&P study. Stool for WBC did confirm many PMNs present.
Verbal report on the stool study obtained through Dr. Marcell's office on the day prior to admission revealed Campylobacter.

HOSPITAL COURSE: Patient was admitted, placed at bedrest, and appropriate hydration with parenteral fluids. Appropriate diagnostic studies were obtained as noted. Gradually he was able to be up and about. LABORATORY STUDIES revealed abnormal sed rate with an ESR of 37 (0-15) and stool was positive X one for occult blood. Verbal report on stool culture obtained prior to admission showed positive for Campylobacter. Clinically by the second hospital day, oral intake had improved and his diarrhea had improved to the point where patient wished to pursue outpatient management.



Case 4:12-cv-08001-GAF Document 163-13 Filed 09/03/15 Page 2 of 15

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER

TOPEKA, KANSAS

PATIENT NAME: MONTGOMERY, KEVIN W

ACCT#: 2171894

---

DISCHARGE DISPOSITION: Patient is discharged in stable condition. He was given Cipro 500 mg b.i.d. to continue for five days postoperatively. He'll be seen in FOLLOW-UP next week with Dr. Gerald Marcell, his regular family physician. Patient will call if there are problems prior to his office follow-up.

MICHAEL D. ATWOOD, M.D.

fx: GERALD MARCELL, M.D. (80305)
MICHAEL D. ATWOOD, M.D. (00455)

>

\: ch / : 455
JOB: 70668 ID: 000241556
DD: 06/15/2001 DT: 06/24/2001

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690

# HISTORY AND PHYSICAL

| | | | |
|---|---|---|---|
| NAME: | MONTGOMERY, KEVIN W | MR#: | 10660 |
| ROOM#: | 7E-0704-2 | DOB: | 06/28/1960 |
| ADM: | 06/04/2001 | PT: | O |
| DIS: | | MSV: | OPB |
| ACCT#: | 2171894 | | |

---

CHIEF COMPLAINT: Diarrhea, nausea, weakness.

HISTORY OF PRESENT CONDITION: This is a 40-year-old white male presenting with two days of history of nausea and diarrhea with approximately 12 large very watery stools per day associated with some weakness and dizziness but no vomiting or abdominal cramps. During the past three days the patient was not able to drink due to the nausea. Four days ago, approximately, he ate at a Dairy Queen with friends, he doesn't know if anybody else got sick. Nobody else in the family was with him, nobody else in the family got sick eating the home prepared meals meanwhile.

PAST MEDICAL HISTORY: His past medical history is negative.

MEDICATIONS: Negative.

ALLERGIES: No known drug allergies.

FAMILY HISTORY: Negative.

SOCIAL HISTORY: Married, denies any use of alcohol, tobacco or illicit drugs.

REVIEW OF SYSTEMS: Had a fever of 101, was able to bring down with Tylenol. Denies any chest pain, shortness of breath, abdominal cramps, change in the color of the urine, however, he didn't urinate more than two or three times today. Denies any swelling of the feet, headache, dizziness as above, no blurred vision, numbness or muscle weakness. No obvious blood in the stools, no serous discharge in the stools either.

PHYSICAL EXAMINATION: Alert and oriented white male in no apparent distress. Blood pressure lying 85/58 with heart rate of 57, blood pressure sitting 100/67 with heart rate 65. Blood pressure standing 90/68 with heart rate of 69. Afebrile. Respiratory rate 20, oxygen saturation on room air 97%.
HEENT: Dry mucous membranes, conjunctiva pink, nonicteric sclera.
NECK: The neck supple, no thyromegaly, no lymphadenopathy, no bruits over the carotids, no jugular venous distention.
LUNGS: The lungs are clear to auscultation, bilaterally equal.
HEART: S1, S2 regular without murmurs or gallops.



Case 4:12-cv-08001-GAF Document 163-13 Filed 09/03/15 Page 4 of 15

---

ABDOMEN: Soft, nontender. High pitched bowel sounds, no organomegaly or masses.
EXTREMITIES: Without edema, positive peripheral pulses, bilaterally equal.
NEUROLOGICAL: Intact without any focal symptoms.

The patient received two boluses of normal saline, one liter each, over two hours with Zofran 4 mg IV with some improvement of the nausea. However, after two liters of normal saline blood pressure remains 90/60 and the patient was not able to produce any urine.

MEDICAL DECISION MAKING:
1. Dehydration due to diarrhea due to possible enteritis viral vs bacterial. The patient will be admitted to the medical floor. Dr. Atwood was called for the admission. The patient will be 23 hours observation with IV rehydration with stool cultures if stools available.

G. Popova Orahovatz

GUERGANA P. ORAHOVATZ, M.D.
RESIDENT

MICHAEL D. ATWOOD, M.D.

cc: JAMES L. MCGOVERN JR., M.D. (00439)
fx: MICHAEL D. ATWOOD, M.D. (00455)
>

\\: klp /: 2027
JOB: 65389 ID: 000235329
DD: 06/04/2001 DT: 06/05/2001

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690

HISTORY AND PHYSICAL

| | | | |
|---|---|---|---|
| NAME: | MONTGOMERY, KEVIN W | MR#: | 10660 |
| ROOM#: | 7E-0704-2 | DOB: | 06/28/1960 |
| ADM: | 06/04/2001 | PT: | O |
| DIS: | | MSV: | OPB |
| ACCT#: | 2171894 | | |

---

REASON FOR ADMISSION: Persistent diarrhea with dehydration and orthostatic blood pressure changes.

The patient is a 40-year-old married white male, reports that he has been in his usual state of good health until approximately three days prior to admission. At that time he developed abdominal discomfort with some nausea and anorexia. He did not vomit. The following day he developed repetitive diarrhea associated with fever though he did not measure his fever. He as unable to eat or drink anything without having diarrhea following this. He reports no recent travels outside the state or recent ingestion of well water. He did eat at fast food restaurants on two occasions during the 24 hours prior to the onset of his symptoms, there has been no one else ill at home. His symptoms persisted for two additional days and then yesterday because of continued inability to eat and frequent loose stools he presented to the Emergency Room. He was initially given 2 liters of fluid but continued to have orthostatic blood pressure changes and remained quite weak and exhausted. It was elected to admit him for further intervention.

PAST MEDICAL HISTORY: Remarkable only for a prior right cataract extraction almost 20 years ago. He has had a subsequent intraocular lens placed. He denies other major surgeries or hospitalizations. He is on no regular medications and has no known drug allergies.

FAMILY HISTORY: Remarkable for a brother dying with AIDS in 1987. No other siblings. His parents are both in their 70s and relatively good health though his father had a "mini-stroke" earlier this year.

SOCIAL HISTORY: The patient is married for one year to his present wife and this is the second marriage for both. He has three children by his first marriage and she has four children from her first marriage. The patient is a nonsmoker, nondrinker. He is currently employed as an electrician and that is in Melvern, Kansas.

REVIEW OF SYSTEMS: Generally is unremarkable except for as in the history of present illness.

OBJECTIVE: Vital signs on admission show a presenting blood pressure 100/62, pulse 75, respirations 20, temperature 98.9. In the Emergency Room sitting blood pressure was 100/67 and standing 90/68. The patient is alert and oriented, and a reliable historian.

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER

TOPEKA, KANSAS

PATIENT NAME: MONTGOMERY, KEVIN W

ACCT#: 2171894

---

HEENT EXAMINATION: Shows the mucous membranes to be dry. There is no scleral icterus or conjunctival injection. The lungs are grossly clear to auscultation.
CARDIAC: Regular rate and rhythm without murmur or gallop appreciated.
ABDOMEN: The abdomen is soft, there is mild diffuse tenderness. There is no rebound tenderness. There is no organomegaly appreciated.
GENITALIA: Adult male.
RECTAL: Performed in the Emergency Room and is not repeated but there was negative heme stool testing reported.
EXTREMITIES: The distal extremities show no edema. Pulses are intact.

ADMITTING LABORATORY STUDIES: Show CBC unremarkable, WBC 9.9, hemoglobin 15.6, hematocrit 43.9, chemistry B on admission showed sodium low 133, potassium 3.7, chloride 104, CO2 decreased to 21, BUN 11, creatinine 0.9.

IMPRESSION:
1. Persistent diarrhea with history of associated fever and chills of undetermined cause.
2. Dehydration secondary to #1.
3. Status post prior right cataract extraction and subsequent intraocular lens placement.

PLAN: The patient is admitted, will have appropriate further intervention including diagnostic stool studies, further studies as indicated pending the patient's clinical course.

MICHAEL D. ATWOOD, M.D.

fx: GERALD MARCELL, M.D. (80305)
MICHAEL D. ATWOOD, M.D. (00455)

>

\: klp
JOB: 65453
DD: 06/05/2001

/: 455
ID: 000235347
DT: 06/05/2001

RLH HEWITT, RANDY L., RN
KSH HOWARD, KELLEY S., RN

MONTGOMERY, KEVIN W
St. Francis Hospital (6.2.5 Live)
Med Admin Report (ps_mar)
FROM: 06/04/01 19:28 TO: 06/05/01 23:00
ROOM: 0704-2 ADM: 06/04/01 19:28
AGE: 40Y SEX: M DR: ATWOOD, M. D.
ID: 2171894 MR: 000010660
REQUESTED:06/06/01 00:09



* see end of page for Administration Note
■ see end of page for Not-Given reason
HOLD DISCONTINUED

## SCHEDULED MEDICATIONS

| Medication | start/stop | ord | 06/04/01 Day:1 | 03 | 07 | 11 | 15 | 19 | 06/05/01 Day:2 | 03 | 07 | 11 | 15 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Diphenoxylate/Atropine (Lomotil, Lonox)** 2.5 MG ORAL | | | | | | | | | 02:09 RLH | | | | | |

## PRN MEDICATIONS

| Medication | start/stop | ord | 06/04/01 Day:1 | 03 | 07 | 11 | 15 | 19 | 06/05/01 Day:2 | 03 | 07 | 11 | 15 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Acetaminophen (Tylenol Extra Strength)** 500-1000 MG=1-2 TAB ORAL Q4H [4-8-12-16-20-23:59] | **06/05 04:00** | 3 | | | | | | | | | | | | |
| 1000 MG ORAL | 06/05 04:00 | 3 | | | | | | | | | 09:33 KSH | | | 22:26 KSH |
| | M:Q4-6H PRN PAIN OR HA NTE 8 TABS ( 4G ) / 24HRS | | | | | | | | | | | | | |
| **Diphenoxylate/Atropine (Lomotil, Lonox)** 2.5 MG=1 TABLET ORAL AFTER EACH LOOSE STOOL | **06/05 02:18** | 5 | | | | | | | | | 07:53 KSH | 13:11 KSH | | |
| | M:MAXIMUM = 8 TABS / DAY | | | | | | | | | | | | | |

LAST PAGE



PERM

ST. FRANCIS
HOSPITAL AND MEDICAL CENTER
1700 West 7th Street
Topeka Kansas 66606

MONTGOMERY KEVIN W
2171894
6/28/60
MAW OPB K 10660

# DISCHARGE RECORD

**Discharge Date:** 6-6-01 **Discharge Time:** 1545 **Mode:** ☐ Ambulatory ☒ WC ☐ Cart

Personal items (valuable, home meds, assist devices) returned: ☒ NA ☐ Yes

**Appointment(s)**

| WHERE: | TELEPHONE NUMBER | DATE | TIME |
|---|---|---|---|
| Dr Marcell in 1wk. | | | |
| | | | |
| | | | |

**Please check with personal physician regarding need for the following Immunizations:**

**Diet:** No milk products x24° then advance diet as tolerated

**Activity:** as tolerated

may continue Immodium AD over the counter

**Pertinent Lab:** stool O+P negative

**Last Weight:** **Education Provided to:** (Patient) Family Other

Please contact your physician if any questions or problems arise such as temperature elevation, swelling, wound drainage, recurrence of symptoms. Ask-A-Nurse (295-8333) is another resource available 24 hours per day for questions you may have.

**THE ABOVE INFORMATION HAS BEEN EXPLAINED TO ME AND QUESTIONS HAVE BEEN ANSWERED.**

Patient Signature Kevin Montgomery Date 6-6-01

Other Signature Date

Date/Time: 6/6/01 SF 1450. Staff Signature S Frederick RN Date/Time: Staff Signature

NS 405 1/98 R01/01 p1
U:\Forms\NS405 Discharge Record

**WHITE:** MEDICAL RECORD COPY **YELLOW:** PATIENT COPY

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER TOPEKA, KANSAS

MEDICAL RECORDS

| | | | | | | |
|---|---|---|---|---|---|---|
| PITAL ACCOUNT NO. 723338 | ADMITTING PHYSICIAN KOVARIK, ERNEST D | NUMBER 172 | | LOS | PT S | MEDICAL RECORD NO. 10660 |
| NS RM/BED | SMK SEX MAR RACE S/H: M M W | SERV SUR | ATTENDING PHYSICIAN KOVARIK, ERNEST D | NUMBER 172 | AGE 028Y | BIRTH DATE 6/28/60 | ADMIT DATE 1/23/89 TIME 0536 |
| PATIENT NAME MONTGOMERY, KEVIN W | FORMER NAME | FC 1 | AC | SRC F CLERK LWAS | DISCHARGE DATE | TIME |
| PATIENT ADDRESS BOX 56 | MELVERN | KS 66510 | COUNTY 70 | HOME TELEPHONE 913 549-3427 | | |
| SOC. SEC. NUMBER [redacted] | RELIGION OTHER | ACC | PREV. ADM. DATE | TREATMENT AUTH. | EMPLOYER PHONE | EMERGENCY PHONE 913 549-3427 |
| EMPLOYER NAME UNEMPLOYED | EMPLOYER ADDRESS | | | | | |
| EMERGENCY CONTACT MONTGOMERY LORI | REL 2 | ADDRESS BOX 56 | MELVERN | KS 66510 | | |
| ADMITTING DIAGNOSIS APHAKIA & CLOUDY POSTERIOR COPSULE | | | | | | |
| COMMENTS OPS 1/23 | | | | | | |
| INSURANCE CO. NAME 1. 2. 3. | POLICY NUMBER | GROUP NUMBER | SUBSCRIBER NAME | | | |
| REFERRING PHYSICIAN | NUMBER | 05 | 1 | | | |

CONSULTANTS:

PRINCIPLE DIAGNOSIS:

379.31
366.51

**ALLERGIC:** NKA

SECONDARY DIAGNOSIS:

13.72
13.9

FOR MEDICARE PATIENTS ONLY:
I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

[signature] ATTENDING PHYSICIAN

2-1-89 DATE OF SIGNATURE

CHART

PRAD-01 (4/86)

2 JUL 89.

ST. FRANCIS HOSPITAL AND MEDICAL CENTER
1700 West 7th Street • Topeka, Kansas 66606 • (913) 295-8000

MONTGOMERY KEVIN W
723338 LLW OPS
KOVARIK 172 6 28 60

# CONSENT TO SURGICAL OPERATION OR OTHER PROCEDURE AND ADMINISTRATION OF ANESTHESIA

1. I hereby authorize Dr. Kovarik and whomever he may designate as his assistants to perform upon

Kevin Montgomery
(State name of patient)

the following operation or procedures: Polish posterior capsule and insert intraocular lens right eye.

(State description of procedure)

2. I have been informed and understand the nature and purpose of the operation; the probable consequences thereof; the possible alternative methods of treatment, and the probable risks and hazards involved. The possibility of occurrence of complications, including death, has been explained and is understood by me. I further state that all questions that I have raised with respect to the proposed procedure have been answered to my satisfaction. I have no other questions.

3. I acknowledge that no guarantee or assurance has been made as to the results to be obtained.

It has been explained to me that during the course of the operation unforeseen conditions may be revealed that necessitate an extension of the initial procedure or a different procedure than that set forth above. I therefore authorize and request the above-named physician or his designated consultants to perform such procedures that are in his judgment necessary and desirable.

5. I consent to the administration of such anesthetics as may be considered necessary or advisable by the physician responsible for this service, with the exception of

none
(If none, state "none")

6. I also consent to the study and retention or disposal of tissue or parts which may be removed during the above operation or procedure.

WITNESSES TO SIGNATURES:

Ruth G. Hutton RN
(Name)

SFHMC
(Address)

(Name)

(Address)

Kevin W. Montgomery 1-23-89 6:07 AM
(Patient's signature) (Date & Time)

(Signature of other person authorized to consent for minor or incompetent patient)

(Authority to consent-relationship)

-39

Ernest D. Kovarik, M.D., F.A.C.S.

Patient: Montgomery, Karen
Age: 28

Date: 1-23-87
Referral: Tagtmeyer

## OCULAR EXAM

**Right Eye:**

VA Near Distant
s̄ CF's - aphakic
c̄

Current RX: +11.00 = -1.50 x 105






Retina:

**Left Eye:**

VA Near Distant
s̄ 20/20
c̄

Current RX: —






Retina:

External
w + Q
Cornea
clear
AC
+3
aphakic Lens clear
Vitreous
OK Disc OK
Macula
12 Appl 12
PAM
Fields
Amsler
K-Readings

Diagnosis: (1) Aphakia - OD
(2) Elschnig's Pearls - OD

Recommendations/Rationale: Polish Elschnig's pearls + implant ACL - OD
OAS / LOC-MAC
Surgery indicated 2° to Contact Intolerance

Date of Surgery: 1-23-89

Style and Power IOL: ~~+15.5~~ 16.0 751.61

Comments:

Ernest D. Kovarik, M.D.

Ernest D. Kovarik, M.D., F.A.C.S.

Patient: Montgomery, Kevin

Age: 28

Date: 1-23-89

Referral: [illegible]

HISTORY

Chief Complaint: ↓VA - OD, aphakia

Ocular History: 12/81 ECCE s̄ IOL OD
Keratitis c̄ 'C' - dry eye

Medical History: good GH

Surgical History:

Current Medications: Ø

Allergies: NKDA

Significant Family History: CA
'Lazy Eye'

PHYSICAL EXAM

General: Level of orientation - alert - apprehensive

VS BP 124/70 T 98.2
Cardiac
Resp.
Neuro. } WNL

ENT
Abd.
Musculoskeletal } WNL

[signature]

Ernest D. Kovarik, M.D.

ST. FRANCIS HOSPITAL AND MEDICAL CENTER

TOPEKA, KANSAS

**OPERATIVE RECORD**

Name: MONTGOMERY, Kevin W.
Account No.: 723338

Room No: OP
Age: 28

Medical Record No.: 10660
Date of Operation: 1/23/89

Surgeon: E. J. Kovarik, M. D.

Operation: Polishing of the Elschnig's pearls of posterior capsule and secondary implant of a posterior chamber lens, right aphakic eye..

Preoperative Diagnosis: Aphakic right eye with Elschnig's pearls on posterior capsule.

Postoperative Diagnosis: Same.

The style of lens is Coopervision Cilco stye 751.61, Pow. : 16.0. Serial No. 166147.001.

Anesthesia was topical and retrobulbar with local standby.

Procedure: In the holding area the lids were prepped with alcohol in the routine fashion. A 50% mixture of .75 Sensorcaine with 2% Carbocaine with injected in a modified Van Lin infiltration for akinesia using 12 ccs then using 3 ccs of the same mixture retrobulbarly for anesthesia with 1/4 cc over the superior rectus for anesthesia. The patient was then transferred to the operating suite and onto the table and positioned comfortably. The Honan's cuff had been on for approximately 30 minutes.

second preoperative Betadine solution prep was carried out and the lids were taped the routine fashion. The operating microscope was used. The speculum was placed between the lids for retraction and a 4-0 silk suture was placed beneath the superior rectus tendon for retraction.

170 degree piritomy was carried out superiorly and hemostasis was obtained with bipolar wet field cautery. A partial limba groove from 11 mms was carried out superiorly, and the second two step incision was made at 11 o'clock. Through this I inserted the Kratz polisher and was able to polish the posterior capsule very easily. I now enlarged the opening and placed the irrigation aspiration unit and aspirated the free cortical material and opened up the bag inferiorly but the posterior capsule remaining intact.

The suction was now opened for the full 11 mms. I instilled Healon. A posterior chamber lens was now placed with the inferior loops, and bag superiorly in the sulcus. There were no complications. The Healon was removed. The anterior chamber was deepened with Miostat and the pupil came down to 3 mms. and round. A PR which was carried out during his initial surgery was at 11 o'clock. The section was now closed with four interrupted crossed 10-0 nylon sutures without any complications. The conjunctiva was brought down over the section, the 4-0 silk suture was removed from beneath the superior rectus tendon. TGhe speculum and drapes were removed. A light patch and shield were placed on the eye and the patient sent to recovery in the outpatient department and he will be seen where instructions for discharge will be allowed.

Ernest D. Kovarik, M. D.

SIGNED ______________________ M.D.

rk
dd: 1/23
dt: 1/24
OPERATIVE RECORD
cc: Larry Tagtmeyer, O. D. Emporia

23 JAN 89

MONTGOMERY KEVIN W
723338 LLW OPS
KOVARIK 172 6 28 60

ST. [illegible]NCIS HOSPITAL AND [illegible]DICAL CENTER
1700 West 7th Street • Topeka, Kansas 66606

# ANESTHESIA RECORD

**PHYSICAL STATUS** (1) 2 3 4 5 E

Age: 28 Sex: M

IV: Site Lt Hnd PRE-OP (Pre-OR) / OR

Needle Size 20 IV Status D4

BP 124/70 P 64

Resp. 20 Temp. 97.6

HGB / HCT /

Blood Avail.

DATE: 1-23-89

OR: OP 4

PROPOSED OPERATION:

Pre-Medications: Time: Effect:

Dem. ____ mg. Atrop. / Rob. ____ mg.

M.S. ____ mg. Other

Valium ____ mg.

**PRE-OP EQUIPMENT CHECK**

Gasses connected ☐ EKG monitor ☐

Patent circuits ☐ BP monitor ☐

$O_2$ monitor calibrated ☐ Temp. monitor ☐

Suction available ☐ Medications ☐

Intubation equip. ready ☐ Scavenging Sys. Connected ☐

AGENTS 0700 15 30 45 0800 15 30 45 0900 15 30 45 15 30 45 15 30 45 15 30 45

$O_2$ 2L Nasal
$N_2O$
Penthrane / Brevital 70
Eth. / For. / Fluo.
Fentanyl
Anectine
Pav. / Inapsine .25
Curare
Versed
Temp E / R / S
EBL ml.
Fluids / Blood F1
Urine Output

BP x Pulse • °C: 38, 36, 34, 32, 30 — 240, 220, 200, 180, 160, 140, 120, 100, 80, 60, 40, 20, 10

Sat. / End $O_2$ / End Anes / Rec. Rm. R.

Body Bra Bath

Resp. S / A / C

| AGENTS | DOSE | ROUTE |
|---|---|---|
| Brevital | 70 mg | IV |
| Fent. | 2 ml | IV |
| Anec. | mg | IV |
| Pav. / Norc. / Trac. | mg | IV |
| Valium / (Inaps) | .125 mg | IV |
| Prostig. / Reg. | mg | IV |
| Rob. / Atrop. | mg | IV |
| $N_2O$ / $O_2$ | | INH |
| LTA | | OT |
| ETT O.nt. | | |
| Eye Oint. | | |
| Versed | 1mg | SL |

**TECHNIQUES**: Gen. - SC / NR ☐ Epidural ☐ IV Sedation ☐ Caudal ☐ Spinal ☐ Block ☐ Tech. DJ ☐ — MAC X

**$O_2$ DELIVERY**: Continuous X Nasal Canula ☐ Assisted ☐ Airway- O / N ☐ Controlled ☐ Mask ☐ Ventilator ☐ OT / NT ☐ Rate 3L FiO₂ Tidal Vol.

**MONITORS**: EKG X Steth. X BP- Cuff / (Dina) X Temp. - O / R / S / F ☐ ABG ☐ ACT ☐ A-Line ☐ PAP ☐ CVP ☐ EEG ☐ F.O₂ ☐ Urimeter ☐ O₂ Sat ✓

**SPECIAL METHODS**: Hypothermia ☐ Hypotension ☐ Extra Corporeal ☐ Cardioplegia ☐ Pump Temp. On Off Clamp Time On Off

**TOURNIQUET**: On Off

**POSITION**: Supine X Prone ☐ Lateral ☐ Lithotomy ☐ Trend ☐ Rev. Trend ☐ Lami ☐ Jackknife ☐ Sitting ☐

**FLUID TOTAL**: OR 500cc D5 LR; To RR; Blood; EBL cc; Urine ml

**MANAGEMENT**

Induction IV / INH; Intubation; Tube Size ____ Cuff; OT NT Direct Blind; Technical DJ

Maintenance Versed Sublimaze

Emergence; Reversal; Suctioning; Extubation

To (RR) ICU / CCU Room home — Aware Sleepy ETT Oral Air

COMMENTS.

PAR Score on entry on dismissal

INCIDENTS / COMMENTS 0720 MAC start 0735 Case start

Operation Polish E Lschnigs Pearls c̄ PC IOL OD

Surgeon Kovarik

Asst. Surg.

Anesthetist Pipe Float

Anesthesiologist Milam

Time: S 0720 E 0830

D 0735

S[illegible] RF 4/85