1315(18)

# NOTICE TO APPEAR

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

Pursuant to K. S. A. 61-3604 - 61-3605, the court has ordered that you a re hereby given notice to appear.

CASE NUMBER 0029705 10

ATTORNEY NAME(S) probase0

__________ Order to appear at : **Heritage Hall/ Kansas Expocentre**
**(Enter through west doors)**
**1 Expo Centre Drive**
**Topeka, Kansas 66612**

Date: Sept. 28, 2004

Time: 8:30AM

You are required to report to the above indicated attorney to discuss your ability to pay in this matter. Failure to do so may result in possible contempt of court.

**The Clerk of the Court has been directed by the Court to furnish you this copy for your records.**

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.