Ho 75834

# Coffey County Hospital
## EMERGENCY / OUTPATIENT RECORD

| ...AL RECORD NO. | PATIENT CHARGE NO. | DATE | TIME |
|---|---|---|---|
| | 405774 | 8/30/00 | 20:46 |

| PATIENT LAST NAME | FIRST NAME | M.I. | DATE OF BIRTH | SEX | AGE | PERSONAL PHYSICIAN |
|---|---|---|---|---|---|---|
| BOMAN | DESIREE | | 1/11/1987 | F | 13 | STONEHOCKE |

ARRIVED BY: ☐ Self ☒ Relative ☐ Police ☐ Friend ☐ Ambulance
HOW: ☒ Ambulatory ☐ Stretcher ☐ W/C ☐ Carried

ER PHYSICIAN: SHELL J

TIME NOTIFIED: here — TIME ARRIVED:

CHIEF COMPLAINT: Cut (R) hand

HISTORY: was getting chicken out of cage & cut back of (R) hand on cage @ approx 2010. Has 3cm on back of (R) hand c̄ ½ cm gap @ widest part. DT .5cc IM (R) Deltoid.

CHRONIC ILLNESS: ☒ None Known

ALLERGIES: ☒ None Known

LAST TETANUS: unknown

CURRENT MEDICATIONS: no routine

RN Signature: [illegible signature]

### VITAL SIGNS

| | | | | |
|---|---|---|---|---|
| TIME | 2055 | | | |
| TEMP | 99 | | | |
| PULSE | 92 | | | |
| RESP | 24 | | | |
| B/P | 110/80 | / | / | / |
| O2% | — | | | |

EXAMINATION AND TREATMENT:

[illegible]

A [illegible]

[illegible] FROM

[illegible]

1% [illegible] 3cc

5-0 [illegible] x 5



PHYSICIAN'S ORDERS:

dT .5cc IM
noted [illegible signature]

| MEDICATIONS | AMOUNT / ROUTE | TIME / INITIAL |
|---|---|---|
| DT | .5cc IM | 2130 / LS |

DIAGNOSIS: (R) hand laceration 3cm - sutured

CONDITION: ☒ Satisfactory ☐ Fair ☐ Poor ☐ Critical ☐ Deceased

DISPOSITION: ☒ Home ☐ Admit Acute ☐ Admit Observation ☐ Dr.'s Office ☐ Transfer to: ______ ☐ Ambulance ☐ Private Car ☐ Air Acc. by: ______

DISPOSITION DATE: 8/30/00

DISPOSITION TIME: 2134

PHYSICIAN'S SIGNATURE: [illegible]

PA SIGNATURE:



37-269