A Yes, sir.
Q When did that happen?
A I don't remember the exact date but when she was in Topeka she was having a hard time so she moved back to Bartlesville for awhile and the kids were there with me.
Q Did you have all four of the children.
A Yes.
Q How long did you have them by yourself?
A About a year and a half.
Q Where was she during this time?
A. She stayed with me for awhile but she had an apartment for a while and she moved back to Topeka, to Melvern to try to get on her feet.
Q You were raising the kids pretty much by yourself?
A Yes, sir.
Q Did you remarry.
A Yes, sir.
Q When?
A In August of 2001.
Q Is that to Vanessa?
A Yes, sir.
Q And you and Vanessa are separated right now?
A Yes.
Q Why is that?
A A lot of stress after I got custody of the kids