**ST. FRANCIS**
HOSPITAL AND MEDICAL CENTER
Topeka, Kansas 66606

MEDICAL RECORDS
225615

| HOSPITAL ACCOUNT NO | MEDICAL RECORD NO. |
|---|---|
| 2107539 | 225615 |

**PATIENT**

| NS RM / BED | ACM | SEX | MAR | RACE | S/H | SERV | ORSOS NO | LOS | PT | FC | AC | SRC | CLERK | ADMIT DATE | TIME | DISCHARGE DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ER 1 | | M | M | W | | MED | | | E | K | | L | CGA2 | 1/10/01 | 1826 | | |

PATIENT NAME ADDRESS & PHONE NUMBER
MONTGOMERY, LISA MARIE
PO BOX 85
MELVERN KS 66510
785 235-5746

SOCIAL SECURITY NUMBER: 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
BIRTHDATE: 2/27/68
AGE: 032Y
COUNTY: 70

EMPLOYER — PATIENT EMPLOYER NAME ADDRESS & PHONE NUMBER
AMACO
TOPEKA KS
316 256-6280

| FORMER NAME | RELIGION | ACC | PREV ADM DATE | PRECERTIFICATION |
|---|---|---|---|---|
| | | | | |

**GUARANTOR**

GUARANTOR NAME ADDRESS & PHONE NUMBER
MONTGOMERY, KEVIN
PO BOX 85
MELVERN KS 66510
785 235-5746

GUARANTOR SOCIAL SECURITY NUMBER: 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
GUARANTOR RELATIONSHIP: 2

EMPLOYER — GUARANTOR EMPLOYER NAME ADDRESS & PHONE NUMBER
SHELLEY ELECTRIC

| EMERGENCY CONTACT | EMERGENCY PHONE | REL | ADDRESS |
|---|---|---|---|
| MONTGOMERY, KEVIN | 785 235-5746 | 5 | PO BOX 85 |

ADMITTING DIAGNOSIS
HEADACHES/VOMITING

COMMENTS
HEADACHES/VOMITING CDG OUT

**INSURANCE**

| | | |
|---|---|---|
| CO. # NAME | 766 IBEW | 866 WPPA PROF COMP |
| INS PLAN | 8 IBEW LOCAL 226 | 8 IBEW LCL226 PC |
| GRP # / POL # | 510647666 | 510647666 |
| SUBSCR. NAME L F / M.I. | MONTGOMERY, KEVIN | MONTGOMERY, KEVIN |
| REL TO SUBSCRIBER / SEX | B / M | B / M |

REL TO SUBSCRIBER SEX

3

**PHYSICIAN**

| ADMITTING PHYSICIAN | NUMBER | HOME TOWN HOSPITAL |
|---|---|---|
| MARTIN, JEFFERY L MD | 484 | |

| ATTENDING PHYSICIAN | NUMBER | OTHER PHYSICIANS |
|---|---|---|
| MARTIN, JEFFERY L MD | 484 | 1 |
| HOME TOWN / PRIMARY CARE PHYSICIAN | | 2 |
| | | 3 |

FINAL DIAGNOSIS

CONSULTANTS

PROCEDURES

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE

ATTENDING PHYSICIAN

DATE OF SIGNATURE

POWER OF ATTORNEY DEFAULT
LIVING WILL DEFAULT

ST. FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690
KE- EMERGENCY ROOM REPORT

NAME: MONTGOMERY, LISA MARIE MR#: 000225615 DOB: 02/27/1968
ADM: 01/10/2001 18:26 PT: E MSV: MED
ACCT#: 2107539

Time Seen: 18:: 40
Chief Complaint: patient comes in for evaluation of headache

HPI: Patient complains of throbbing frontal headache approximately hours prior to arrival. There has been no nausea. There has been mild nausea. There has been some photophobia. Patient was seen at her regular doctor's office and given Compazine IV. By the time the patient arrived in emergency department, the patient was improved with no other symptoms. The patient denies any history of previous headaches although she does have a family history of migraine. She is currently on her menstrual period.

PATIENT'S ALLERGIES: Darvocet
PATIENT'S CURRENT MEDICATIONS: Advil

PHYSICAL EXAM: Vital Signs: Reviewed Nurse's notes.
PATIENT STATUS: alert and cooperative.
EYES: PERRL, EOMI, no discharge or injection.
HEAD: Atraumatic, without temporal or scalp tenderness.
NECK: Supple, nontender, no lymphadenopathy.
NEUROLOGICAL: Alert and oriented. Cranial and cerebellar functions normal. Sensory and motor functions intact.

TREATMENT:

DIAGNOSIS: Headache, 784.0

PROCEDURE CODES:
Emergency Visit, Level II, 99282

DISPOSITION: Patient was discharged home. Patient was advised to return to the Emergency Department if symptoms worsen or remain the same. The patient was advised to follow-up with the patient's personal physician as needed.
PRESCRIBED MEDICATIONS: Compazine

Jeffery L. Martin M.D., *Electronic Signature*

Thu Jan 11, 2001 10:17 am

DD: 01/11/2001
DT: 01/11/2001

ST. FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690
KE- EMERGENCY ROOM REPORT

NAME: MONTGOMERY, LISA MARIE MR#: 000225615 DOB: 02/27/1968
ADM: 01/10/2001 18:26 PT: E MSV: MED
ACCT#: 2107539

/: 01001
\: 01001
ID: 000186277

CHART

# St. Francis Emergency Department Record

IB [ ] IC [X] Acuity N 4 Rm No 5

MR No 000225615 Acct No. 2107539
Name MONTGOMERY, LISA MARIE
Date 1/10/01
DOB. 2/27/68 Age 032Y Male [X] Female [ ]
Time 1826 With: Self [ ] Other [X]

| Time | BP | Pulse | Resp | Temp | TOAR | Pain Scale | WTKG | HT | $SAO_2$ | $O_2AT$ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1829 | 114/69 | 91 | 20 | 97 | | | | | | |

Chief C/O HEADACHES/VOMITING onset this Am.

Exam Objective pwd Eupnic NAD. Amb. gait steady. PERLA

Triage Intervention refused w/c
WR Reass

Triage Class. I (II) III
Disposition (WR) UC ED PWR TIME: 1829
Smoke Yes No
Triage RN. Lisa Montgomery [signature]

Private Physician Stonehocker
Last Tetanus
LMP Started today

Mode Walk [X] W/C [ ] Carried [ ] Cart [ ] Ambulance

Allergies Darvocet

Visual Acuity OD___ OS___ OU___ Injury Job [ ] Auto [ ] PD [ ]

Primary RN Assess Sig. [signature] Time 1835

Sudden onset of HA this AM. N/V since AM. Extreme photophobia. Seen in Dr Stonehocker office – given Compazine (Dose IV) in office @ 1700. Now states HA/photophobia improved. Denies nausea. Denies pain hx.

Safety Siderails ↑ x 2 [ ] See Addit. NN [ ] Other ___ S/S

Current Meds
None
Advil prn this PM

Findings

REPEAT VITAL SIGNS

| TIME | BP | PULSE | RESP | TEMP | TOAR | $SAO_2$ / $O_2AT$ | PAIN SCALE |
|---|---|---|---|---|---|---|---|
| | 132/54 | | | | | | |

| Time | Doctor's Orders |
|---|---|
| | Rx Compazine |

| Time | Nursing Interventions |
|---|---|
| 1835 | Saline lock intact to (R) hand [illegible] |
| 1849 | Discharge inst given. Verbalized understanding. Dismissed ambulatory c husband & mother [signature] |
| Late entry 1840 | Saline lock DC'd intact from (R) hand [signature] |

HEMOGRAM CBC c diff: WBC, RBC, HGB, HCT, SEGS, BANDS, LYMPH, MONO, PLATE
CHEM: GLU, BUN, CREAT, CALCIUM, NA, K+, CL, $CO_2$, CPK, CKMB, TROPONIN, AMYLASE, LIPASE, ETOH, BHCG
ORDER #: PT, PTT, INR
ORDER #: DIG LEVEL, THEO LEVEL, DILANTIN
UA: COLOR, CLARITY, SPG, PH, PRO, GLU, KET, BILI, BLD, UROBILI, NITRITE, LEUKO, EPITH, WBC, RBC, BACT
ABG: Ph, $PCO_2$, $PO_2$, $HCO_3$, $O_2AT$, $O_2SAT$

X-Ray and Impressions

Valuables Clothing [ ] Glasses [ ] Other [ ] Given To Pt Fam

Diagnostic Impression per JCAH Headache

Dictated CFD

Old Records

Time. Dr Response

Discharge Admit [ ] Dismiss [ ] Transfer [ ] Decease [ ] Instruction [X] Time 1849 Dr Referral

Good [ ] Fair [ ] Serious [ ] Critical [ ]

Discharge Instructions. Meds a Dr [illegible]

Bed Paged ___ Admissions ___ Report ___ Transport ___ (TIME)

RN Sig [signature] Dr Sig [signature]

| Discharge Vitals | BP | PULSE | RESP | TEMP | $SAO_2$ | PAIN SCALE |
|---|---|---|---|---|---|---|
| | 132/49 | 90 | 18 | 97 | [illegible] | 0/10 |

Case 4:12-cv-08001-GAF Document 163-17 Filed 09/03/15 Page 4 of 11

CHART

MONTGOMERY, LISA MARIE 1/10/01 ACCT: 2107539 MR:000225615

# St. Francis Hospital Emergency Department Discharge Instructions

☐ **FEVER:** Fever is a normal body defense mechanism Only when it is excessive (104-106) or prolonged (several days) is it cause for great alarm Remove child's clothing to expose as much body surface as possible EXCESS CLOTHING AND COVERING HOLD IN BODY HEAT AND CAUSE TEMPERATURE TO RISE. Encourage child to drink as much clear fluid as possible to replace fluid lost by the high fever Examples Coke, Seven-Up (stir up bubbles from these), weak tea with sugar, apple juice, jello water, broth and Gatorade. Tylenol, Tempra (Acetaminophen) is effective in reducing temperature and lessening discomfort, it is not effective on the cause of the illness You may use it when temperature is above 100 degrees taken rectally It comes as tablets, elixir or syrup drops The drops have a stopper marked in 0.1 ml levels Dosage ranges should be listed on the bottle Dose may be repeated every four hours as long as fever persists If temperature remains above 102 degrees after Tylenol, notify a doctor.

☐ **WOUND CARE:** Keep the wound clean and dry If the wound accidentally becomes soiled, clean it as soon as possible with mild soap and water using a patting motion Do not rub Then pat dry completely Despite the best care, any wound can become infected If your wound becomes red, warm, swollen, shows pus, red streaks or feels more sore instead of less sore as days go by or you begin to run a fever, contact your doctor immediately to check for infection or return to the Emergency Department if you cannot contact your doctor If the wound is dressed, a clean dressing should be applied whenever it becomes soiled unless otherwise advised by the Emergency Department nurse or doctor Your sutures (stitches) are to be removed in ____ days or on ______ (date) to avoid infection Contact your doctor today to make an appointment to arrange for suture removal or return to the Emergency Department to have the sutures removed between the hours of 11 00am and 11 00pm

☐ **EYE CARE:** Keep the eye patched for 24 hours Your eyelid should remain tightly closed beneath the patch If the patch comes loose and cannot be reinforced during the 24 hour period, return to the Emergency Department Do not rub the eye or patch If your eye, beneath the patch, becomes increasingly painful during the 24 hours while patched, call the Emergency Department at 295-8090 or return to the Emergency Department for a recheck

☐ **HEAD INJURY:** You may take Tylenol (Acetaminophen) for headache Contact your doctor immediately if anything listed below occurs
- -inability to awaken the patient (someone should awaken the patient every four hours during the night of injury) Name of person ____________
- -garbled speech or any other difficulty that occurs in talking
- -stumbling or inability to use the arms or legs or trouble walking
- -unusual behavior, personality change or confusion
- -any trouble with vision
- -unequal pupils (one large and one small)
- -persistent vomiting, nausea, stiff neck or fever
- -increasing headaches during the first 24 hours
- -muscle weakness,
- -increased drowsiness or unconsciousness

☐ **CHEST PAIN:** You have been evaluated for chest discomfort and even though you are being allowed to go home, please follow these instructions. Rest at home today. Take medication as prescribed and instructed Return to the Emergency Department if 1) chest pains, heaviness or pressure should develop and last longer than several minutes 2) you have known angina and your chest discomfort is worse, lasts longer comes on with less exertion, or is not relieved by the usual amounts of nitroglycerin. 3) you develop any shortness of breath, sweats, or nausea with your chest discomfort 4) your chest discomfort seems to have traveled to either of your arms, neck, back, jaw, or stomach

☐ **VOMITING AND DIARRHEA:** Vomiting and diarrhea are frequently signs of an illness, gastroenteritis While some gastroenteritis may be caused by bacteria, most are due to a virus If a lot of fluid is lost through vomiting and diarrhea, signs of dehydration (fluid loss) may be present. These may include loose, wrinkly skin, weight loss, dry mouth, infrequent urination, sunken eyes, laziness or sunken soft spots on the baby's head If any of these signs are present, you should contact your doctor or return to the Emergency Department. The first rule to follow is NO WHOLE MILK or FULL STRENGTH FORMULA until the symptoms have disappeared First day - Give only CLEAR LIQUIDS. These include commercial hydration fluids, i e Pedialyte, Ricelyte, Home rehydration fluids (1 quart water, plus 1 teaspoon salt, plus one tablespoon sugar), water, juice, jello, or Seven-Up You should give the liquids in very small amounts (sips) until the stomach can hold down larger amounts Second day - Clear liquids, plus ripe bananas, potatoes, rice or rice cereal made with water, and applesauce You must increase the diet slowly to avoid a setback If there are persistent signs of dehydration (fluid loss) or increased abdominal pain, blood in stool (blood in bowel movement), or blood in vomit, be sure to contact your physician or return to the Emergency Department

☐ **SPRAIN, FRACTURE OR SEVERE BRUISE:** Keep the injured area elevated to lessen swelling Handy things to use are pillows, chair cushions and blankets Ice packs also prevent swelling during the first 24-48 hours Use plastic or rubber bags, cloth covered, to keep the splint or dressing dry Apply ice packs for 15 minutes out of every waking hour If you have an elastic bandage, rewrap it if too tight or too loose Definitely loosen if increased swelling or discoloration of the affected area occurs. Do not walk on leg splints Wiggle toes or fingers to prevent swelling in the splint This should be done often if it does not cause pain If the part swells or gets cold, blue or numb, or if pain increases steadily, loosen bandage immediately and have it checked promptly by a doctor Rest the affected area and avoid strenuous activity. Keep all rings off fingers, injured arms or hands If you have problems, contact your doctor or return to the Emergency Department. If using an arm sling, keep hand higher than elbow Do not allow to dangle X-RAY INFORMATION - If you had an x-ray while at the Emergency Department, the Emergency Physician will make an emergency interpretation of your films However, these films will have final interpretation by a Board Certified Radiologist, usually the same day or within hours If a difference is found between the interpretation of the two doctors, you and/or your doctor will be promptly notified If you have questions or problems concerning your x-ray, you may call 295-8090 or 295-8011 Sometimes fractures or abnormalities may not show up on x-rays for several days If symptoms persist or get worse, more x-rays may have to be taken

☐ **TREATING YOUR CHILD'S COLD:** Colds are common among children The cold may make the child uncomfortable, but if it is treated promptly and properly, it need not be a cause to worry Colds are caused by viruses and no "shot" will cure an uncomplicated cold SYMPTOMS OF A COLD include 1) Nasal congestion with stuffiness and runny nose 2) Cough - may be worse at night - may persist for one (1) or two (2) weeks 3) Fever, especially the first day or two - fever may go up or down 4) Poor appetite 5) Irritability - may cry a lot 6) May have loose stools or vomiting the first day or two TREATMENT OF A COLD includes 1) Give Acetaminophen (Tylenol, Tempra, other trade names) for aches and fever (see instructions for treating a fever) 2) Encourage fluids, especially clear liquids (soda pop without bubbles in it, jello, tea, broth or Gatorade) 3) Do not overdress the child Use light clothing REASON FOR CONCERN - Call your physician if 1) Fever lasts for more than two (2) days 2) Breathing difficulties occur 3) Coughing up green or yellow phlegm that has a bad odor 4) Child develops any symptoms or looks sicker than you think they should

☐ **EAR INFECTION:** 1) Do not put drops, oil or water in your ear except as directed by the doctor 2) Pain is best relieved by taking Tylenol and laying the affected ear on a hot water bottle 3) You should see the physician of your choice in one week even if you no longer have pain, some infection may still be present

☐ **CULTURE RESULTS:** Your culture results will be reported between 48 and 72 hours from now You may obtain your results by contacting the physician to whom you were referred We will contact you if you need a change in therapy

**IF YOU HAVE FURTHER QUESTIONS REGARDING YOUR ILLNESS OR INJURY PLEASE CALL YOUR FAMILY PHYSICIAN FIRST IF YOU ARE UNABLE TO REACH YOUR PHYSICIAN PLEASE FEEL FREE TO CONTACT THE HOSPITAL EMERGENCY DEPARTMENT (913) 295-8090 THE EMERGENCY EXAMINATION AND/OR TREATMENT YOU HAVE RECEIVED IS NOT INTENDED AS COMPLETE MEDICAL CARE FOR YOUR PROTECTION AND TO AVOID POSSIBLE COMPLICATIONS, YOU ARE ADVISED TO FOLLOW THE INSTRUCTIONS THAT HAVE BEEN GIVEN YOU BY THE EMERGENCY ROOM**

| | |
|---|---|
| **If you should have concerns regarding your care or treatment, please call our patient representative at 295-8020 between 8:00 a.m. and 4:30 p.m. Monday-Friday.** | Compazine one tablet every 6-8 hours as needed for nausea |

**Call or return to the Emergency Department (295-8090) if problems or questions.**

You are referred to see ______________________ **Please call within 48 hours if this is a new referral.**

I have read and understand the above instructions L Montgomery Date 1-10-01

Rev 8-00

ST. FRANCIS
HOSPITAL AND MEDICAL CENTER
Topeka, Kansas 66606

MEDICAL RECORDS
225615

| HOSPITAL ACCOUNT NO | MEDICAL RECORD NO |
|---|---|
| 1738697 | 225615 |

| NS RM / BED | ACM | SEX | MAR | RACE | S/H | SERV | ORSOS NO. | LOS | PT | FC | AC | SRC | CLERK | ADMIT DATE | TIME | DISCHARGE DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ER 1 | | M | D | W | | MED | | | E | 1 | | L | SVA | 9/14/98 | 1619 | | |

**PATIENT**

PATIENT NAME ADDRESS & PHONE NUMBER
BOMAN, LISA MARIE
1919 SE ADAMS #15
TOPEKA KS 66607
785 235-5746

SOCIAL SECURITY NUMBER: 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
BIRTHDATE: 2/27/68
AGE: 030Y
COUNTY: 89

**EMPLOYER**
PATIENT EMPLOYER NAME ADDRESS & PHONE NUMBER
SECURITY
785 276-2323

| FORMER NAME | RELIGION | ACC | PREV ADM. DATE | PRECERTIFICATION |
|---|---|---|---|---|
| | | | | |

**GUARANTOR**

GUARANTOR NAME ADDRESS & PHONE NUMBER
BOMAN, LISA MARIE
1919 SE ADAMS #15
TOPEKA KS 66607
785 235-5746

GUARANTOR SOCIAL SECURITY NUMBER: 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
GUARANTOR RELATIONSHIP: A

**EMPLOYER**
GUARANTOR EMPLOYER NAME ADDRESS & PHONE NUMBER
SECURITY
785 276-2323

| EMERGENCY CONTACT | EMERGENCY PHONE | REL | ADDRESS |
|---|---|---|---|
| MONTGOMERY, KEVIN | 785 549-3459 | 5 | |

ADMITTING DIAGNOSIS

COMMENTS
MVA GPD PT STATES HAS NO AUTO INS OR HEALTH INSURANCE

**INSURANCE**

CO # NAME: 998 PATIENT PAY
INS PLAN: 1 PATIENT PAY
GRP #
POL # 440707519
SUBSCR. NAME L F, / M I,: BOMAN, LISA MARIE
REL TO SUBSCRIBER: A SEX: M
REL TO SUBSCRIBER: SEX:
REL TO SUBSCRIBER: SEX:

**PHYSICIAN**

| ADMITTING PHYSICIAN | NUMBER | HOME TOWN HOSPITAL |
|---|---|---|
| COULON, GERARD MD | 584 | |

| ATTENDING PHYSICIAN | NUMBER | OTHER PHYSICIANS |
|---|---|---|
| COULON, GERARD MD | 584 | 1 |
| HOME TOWN / PRIMARY CARE PHYSICIAN | | 2 |
| | | 3 |

FINAL DIAGNOSIS

CONSULTANTS

PROCEDURES

I CERTIFY THAT THE NARRATIVE DESCRIPTION OF THE PRINCIPLE AND SECONDARY DIAGNOSIS AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

ATTENDING PHYSICIAN DATE OF SIGNATURE

POWER OF ATTORNEY DEFAULT
LIVING WILL DEFAULT

CHART

Case 4:12-cv-08001-GAF Document 163-17 Filed 09/03/15 Page 6 of 11

SAINT FRANCIS HOSPITAL AND MEDICAL CENTER
1700 WEST 7th STREET
TOPEKA, KANSAS 66606-1690

EMERGENCY ROOM REPORT

NAME: BOMAN, LISA MARIE
ROOM#: -0000-
ADM: 09/14/98
DIS: 09/14/98
ACCT#: 1738697

MR#: 225615
DOB: 02/27/68
PT: E
MSV: MED

---

CHIEF COMPLAINT: motor vehicle accident.

HISTORY OF PRESENT ILLNESS: Patient reports she was an unrestrained driver of a vehicle that was stopped at an intersection, accidentally hit from the front by a vehicle going a wrong way down a one way street. She reports that the other vehicle was traveling at city street speeds. Vehicle received front end damage and bounced her back into another vehicle. Patient now reports minor cervical strain. Patient denies loss of consciousness, she was ambulatory at the scene, walked without compromise to the nearest phone to call for assistance. She does report a bulls eye on the windshield.

FINDINGS: Vital signs are stable. HEENT exam reveals no evidence of abrasions, laceration or contusions. However, she does have some minor pain on palpation over the forehead. Pupils are equal, round and reactive to light. No obvious scalp trauma. Neck- patient has some minor cervical tenderness in mid cervical spine worse on the right than left. Patient can flex, extend, side bend, and rotate. Has some minor pain which is worse on flexion. Chest- breath sounds are clear bilaterally. Abdomen soft, nontender. Thoracic exam normal.

X-ray of cervical spine negative.

DIAGNOSTIC IMPRESSION: shoulder strain.

DISCHARGE INSTRUCTIONS:
1. Ice packs x 24 hours. Limit activities x 3-5 days. Increase activity as pain allows.
2. Head injury precautions given. Followup with Dr. Teter in 2-3 days if needed.

ID: 000552587
\: wem
/: 008
JOB: 7236
DD: 09/14/98
DT: 09/21/98
cc:01
Dr. Teter

RICHARD A. FITZGERALD, D.O.

GERARD COULON, M.D.


Case 4:12-cv-08001-GAF Document 163-17 Filed 09/03/15 Page 7 of 11

# St. Francis Hospital Emergency Department Discharge Instructions

☐ **FEVER:** Fever is a normal body defense mechanism Only when it is excessive (104-106) or prolonged (several days) is it cause for great alarm Remove child's clothing to expose as much body surface as possible EXCESS CLOTHING AND COVERING HOLD IN BODY HEAT AND CAUSE TEMPERATURE TO RISE Encourage child to drink as much clear fluid as possible to replace fluid lost by the high fever Examples Coke, Seven-Up (stir up bubbles from these), weak tea with sugar, apple juice, jello water, broth and Gatorade Tylenol, Tempra (Acetaminophen) is effective in reducing temperature and lessening discomfort, it is not effective on the cause of the illness You may use it when temperature is above 100 degrees taken rectally It comes as tablets, elixir or syrup drops The drops have a stopper marked in 0 1 ml levels Dosage ranges should be listed on the bottle Dose may be repeated every four hours as long as fever persists If temperature remains above 102 degrees after Tylenol, notify a doctor

☐ **WOUND CARE:** Keep the wound clean and dry. If the wound accidentally becomes soiled, clean it as soon as possible with mild soap and water using a patting motion Do not rub Then pat dry completely Despite the best care, any wound can become infected If your wound becomes red, warm, swollen, shows pus, red streaks or feels more sore instead of less sore as days go by or you begin to run a fever, contact your doctor immediately to check for infection or return to the Emergency Department if you cannot contact your doctor If the wound is dressed, a clean dressing should be applied whenever it becomes soiled unless otherwise advised by the Emergency Department nurse or doctor Your sutures (stitches) are to be removed in _____ days or on _________ (date) to avoid infection Contact your doctor today to make an appointment to arrange for suture removal or return to the Emergency Department to have the sutures removed between the hours of 11 00am and 11 00pm

☐ **EYE CARE:** Keep the eye patched for 24 hours Your eyelid should remain tightly closed beneath the patch. If the patch comes loose and cannot be reinforced during the 24 hour period, return to the Emergency Department Do not rub the eye or patch If your eye, beneath the patch, becomes increasingly painful during the 24 hours while patched, call the Emergency Department at 295-8090 or return to the Emergency Department for a recheck

☒ **HEAD INJURY:** You may take Tylenol (Acetaminophen) for headache Contact your doctor immediately if anything listed below occurs
-inability to awaken the patient (someone should awaken the patient every four hours during the night of injury) Name of person __________
-garbled speech or any other difficulty that occurs in talking
-stumbling or inability to use the arms or legs or trouble walking
-unusual behavior, personality change or confusion
-any trouble with vision
-unequal pupils (one large and one small)
-persistent vomiting, nausea, stiff neck or fever
-increasing headaches during the first 24 hours
-muscle weakness
-increased drowsiness or unconsciousness

☐ **CHEST PAIN:** You have been evaluated for chest discomfort and even though you are being allowed to go home, please follow these instructions Rest at home today Take medication as prescribed and instructed Return to the Emergency Department if 1) chest pains, heaviness or pressure should develop and last longer than several minutes 2) you have known angina and your chest discomfort is worse, lasts longer, comes on with less exertion, or is not relieved by the usual amounts of nitroglycerin 3) you develop any shortness of breath, sweats, or nausea with your chest discomfort 4) your chest discomfort seems to have traveled to either of your arms, neck, back, jaw, or stomach

☐ **VOMITING AND DIARRHEA:** Vomiting and diarrhea are frequently signs of an illness, gastroenteritis While some gastroenteritis may be caused by bacteria, most are due to a virus If a lot of fluid is lost through vomiting and diarrhea, signs of dehydration (fluid loss) may be present These may include loose, wrinkly skin, weight loss, dry mouth, infrequent urination, sunken eyes, laziness or sunken soft spots on a baby's head If any of these signs are present, you should contact your doctor or return to the Emergency Department The first rule to follow is NO WHOLE MILK or FULL STRENGTH FORMULA until the symptoms have disappeared First day - Give only CLEAR LIQUIDS These include commercial hydration fluids, i e Pedialyte, Ricelyte, Home rehydration fluids (1 quart water, plus 1 teaspoon salt, plus one tablespoon sugar), water, juice, jello, or Seven-Up You should give the liquids in <u>very small</u> amounts (sips) until the stomach can hold down larger amounts Second day- Clear liquids, plus ripe bananas, potatoes, rice or rice cereal made with water, and applesauce You must increase the diet slowly to avoid a setback If there are persistent signs of dehydration (fluid loss) or increased abdominal pain, blood in stool (blood in bowel movement), or blood in vomit, be sure to contact your physician or return to the Emergency Department

☐ **SPRAIN, FRACTURE OR SEVERE BRUISE:** Keep the injured area elevated to lessen swelling Handy things to use are pillows, chair cushions and blankets Ice packs also prevent swelling during the first 24-48 hours. Use plastic or rubber bags, cloth covered, to keep the splint or dressing dry. Apply ice packs for 15 minutes out of every waking hour If you have an elastic bandage, rewrap it if too tight or too loose Definitely loosen if increased swelling or discoloration of the affected area occurs Do not walk on leg splints Wiggle toes or fingers to prevent swelling in the splint This should be done often if it does not cause pain. If the part swells or gets cold, blue or numb, or if pain increases steadily, loosen bandage immediately and have it checked promptly by a doctor Rest the affected area and avoid strenuous activity. Keep all rings off fingers, injured arms or hands If you have problems, contact your doctor or return to the Emergency Department If using an arm sling, keep hand higher than elbow Do not allow to dangle X-RAY INFORMATION - If you had an x-ray while at the Emergency Department, the Emergency Physician will make an emergency interpretation of your films However, these films will have final interpretation by a Board Certified Radiologist, usually the same day or within hours If a difference is found between the interpretation of the two doctors, you and/or your doctor will be promptly notified If you have questions or problems concerning your x-ray, you may call 295-8090 or 295-8011 Sometimes fractures or abnormalities may not show up on x-rays for several days If symptoms persist or get worse, more x-rays may have to be taken

☐ **TREATING YOUR CHILD'S COLD:** Colds are common among children The cold may make the child uncomfortable, but if it is treated promptly and properly, it need not be a cause to worry Colds are caused by viruses and no "shot" will cure an uncomplicated cold SYMPTOMS OF A COLD include 1) Nasal congestion with stuffiness and runny nose 2) Cough - may be worse at night - may persist for one (1) to two (2) weeks 3) Fever, especially the first day or two - fever may go up or down 4) Poor appetite 5) Irritability - may cry a lot 6) May have loose stools or vomiting the first day or two TREATMENT OF A COLD includes 1) Give Acetaminophen (Tylenol, Tempra, other trade names) for aches and fever (see instructions for treating a fever) 2) Encourage fluids, especially clear liquids (soda pop without bubbles in it, jello, tea, broth or Gatorade) 3) Do not overdress the child Use light clothing REASON FOR CONCERN - Call your physician if 1) Fever lasts for more than two (2) days 2) Breathing difficulties occur 3) Coughing up green or yellow phlegm that has a bad odor 4) Child develops any symptoms or looks sicker than you think they should

☐ **EAR INFECTION:** 1) Do not put drops, oil or water in your ear except as directed by the doctor 2) Pain is best relieved by taking Tylenol and laying the affected ear on a hot water bottle 3) You should see the physician of your choice in one week even if you no longer have pain, some infection may still be present

☐ **CULTURE RESULTS:** Your culture results will be reported between 48 and 72 hours from now You may obtain your results by contacting the physician to whom you were referred We will contact you if you need a change in therapy

**IF YOU HAVE FURTHER QUESTIONS REGARDING YOUR ILLNESS OR INJURY PLEASE CALL YOUR FAMILY PHYSICIAN FIRST IF YOU ARE UNABLE TO REACH YOUR PHYSICIAN PLEASE FEEL FREE TO CONTACT THE HOSPITAL EMERGENCY DEPARTMENT (913) 295-8090 THE EMERGENCY EXAMINATION AND/OR TREATMENT YOU HAVE RECEIVED IS NOT INTENDED AS COMPLETE MEDICAL CARE FOR YOUR PROTECTION AND TO AVOID POSSIBLE COMPLICATIONS, YOU ARE ADVISED TO FOLLOW THE INSTRUCTIONS THAT HAVE BEEN GIVEN YOU BY THE EMERGENCY ROOM **

Ice packs for 24 hours    Anaprox DS

No work for two days

**Call or return to the Emergency Department (295-8090) if problems or questions.**

You are referred to see: [illegible] / **Please call within 48 hours if this is a new referral.**

I have read and understand the above instructions X [signature] / [signature] Date 9/14-94

Rev 4-97

St. Francis
Hospital and Medical Center

1700 WEST 7TH STREET
TOPEKA, KANSAS 66606

785 295-8011
785 295-8539 (FAX)

DEPARTMENT OF RADIOLOGY

BOMAN, LISA MARIE
(0000)000225615 Sex: M
DOB: 02/27/1968 30 YRS

Location: - (E)
Acct: 1738697 Dschg· 09/14/98
Ord Phy: COULON, GERARD MD

Dr: COULON, GERARD MD
Dr:
Dr: TETER, KENNETH E MD

Dr:
Dr:
Dr:
Dr:

## DIAGNOSTIC RADIOLOGY

| EXAM | DATE | TIME | REASON FOR EXAM |
|---|---|---|---|
| CERVICAL SPINE MIN 4VIEW | 09/14/98 | 1728 | MVA/INJURY/PAIN |

**IMPRESSION:**
Normal cervical spine.

FINDINGS:
AP, lateral and oblique views of the cervical spine show that the laminae, pedicles, processes, lateral masses, neural foramina, intervertebral joint spaces, and vertebral bodies are normal. The odontoid is intact. There is normal alignment of the vertebral bodies. No soft tissue abnormalities are seen. No fractures or destructive lesions are identified.

JPW/sdh

JAMES P. WERNER, M.D.
Electronic signature

T/ 09/16/98 (rdh)
S/ 09/17/98 (JPW)

| EXAM | DATE | TIME | REASON FOR EXAM |
|---|---|---|---|
| SHOULDER RIGHT 2VIEW | 09/14/98 | 1728 | MVA/INJURY/PAIN |

**IMPRESSION:**
Normal right shoulder.

FINDINGS:
Internal and external rotation views were obtained. No fracture, dislocation, or other abnormality is identified.

JPW/sdh

JAMES P. WERNER, M.D
Electronic signature

T/ 09/16/98 (rdh)
S/ 09/17/98 (JPW)



Case 4:12-cv-08001-GAF Document 163-17 Filed 09/03/15 Page 9 of 11

CHART

# St. Francis Emergency Department Record

IB [illegible] IC [illegible] Acuity I - 6 Rm No. 4

M R No [illegible] Acct No [illegible]
Name [illegible]
Date [illegible]
DOB [illegible] Age [illegible] Male ☐ Female ☐
Time: [illegible] With. Self ☐ Other ☐

| Time | BP | Pulse | Resp | Temp | T O A R | WT KG. | HT | SAO₂ | O₂AT |
|---|---|---|---|---|---|---|---|---|---|
| 1612 | 119/70 | 100 | 20 | 98° | O | | | 96 | RA |

Chief C/O: unrest. driver

Exam Objective: Adm per AMR c̄ L Board & C Collar

Triage Intervention

WR Reass

Triage Class I II III | Disposition WR UC ED PWR TIME:

Smoke Yes No | Triage RN

Private Physician: Ø | Last Tetanus: < 5 yrs | LMP

Mode: Walk ☐ W/C ☐ Carried ☐ Cart ☒ Ambulance AMR

Allergies: Darvocet N-100

Visual Acuity OD ___ OS ___ OU ___ | Injury Job ☐ Auto ☐ PD ☐

Primary RN Assess Sig J. Doggie RN Time 1612

AMR reports pt involved in a MVC posted 35mph; unrest. driver who was hit head on c̄ heavy front end damage & bounced her back into another vehicle. Reported bullseye high on windshield

Safety Siderails ↑ x 2 ☐ See Addit. NN ☐ Other

Current Meds: Ø

| HEMOGRAM CBC c diff | |
|---|---|
| WBC | |
| RBC | |
| HGB | |
| HCT | |
| SEGS | |
| BANDS | |
| LYMPH | |
| MONO | |
| PLATE | |

| CHEM | |
|---|---|
| GLU | |
| BUN | |
| CREAT | |
| NA | |
| K+ | |
| CL | |
| $CO_2$ | |
| CPK | |
| CKMB | |
| TROPONIN | |
| AMYLASE | |
| LIPASE | |
| ETOH | |
| BHCG | |

Findings

– Minor Cervical Strain / c̄ 3/5 [illegible] [illegible]

REPEAT VITAL SIGNS

| TIME | BP | PULSE | RESP | TEMP | TOAR | SAO₂ O₂AT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Time | Nursing Interventions |
|---|---|
| 1612 | Amb @ scene c̄ HA & nausea. Pt. c/o Rt. side neck pain; HA c̄ nausea. A/O. PERL. MAEW - Rt. knee discomfort. c/o photo-sensitive. —— JD |
| 1642 | To x-ray in traumax. JD |
| 1720 | Remains in x-ray. JD |
| | — see add NN — |

| Time | Doctor's Orders |
|---|---|
| | Ø |
| | soft C-collar JD |
| | Sling (R) arm JD |

| ORDER # | |
|---|---|
| PT | |
| PTT | |
| INR | |

| ORDER # | |
|---|---|
| DIG LEVEL | |
| THEO LEVEL | |
| DILANTIN | |

X-Ray and Impressions: 3/3 C-spine Negative

Valuables Clothing ☐ Glasses ☐ Other ☐ Given To. Pt Fam

Diagnostic Impression per JCAH: Neck / shoulder – Str

Dictated: [illegible]

Old Records

| UA | |
|---|---|
| COLOR | |
| CLARITY | |
| SPG | |
| PH | |
| PRO | |
| GLU | |
| KET | |
| BILI | |
| BLD | |
| UROBILI | |
| NITRITE | |
| LEUKO | |
| EPITH | |
| WBC | |
| RBC | |
| BACT | |

| Time. | Dr. | Response |
|---|---|---|
| | | |

Discharge: Admit ☐ Dismiss ☒ Transfer ☐ Decease ☐ Instruction ☒ Time 1810 Dr Referral Teter

Good ☐ Fair ☐ Serious ☐ Critical ☐

Discharge Instructions: 1) Ice packs x 1 wk. No work x 2 d 1 [illegible] Head precaut... Antipyr... [illegible] Dr. K. Teter 2-3 d

| | TIME |
|---|---|
| Bed Paged | |
| Admissions | |
| Report | |
| Transport | |

| ABG | |
|---|---|
| Ph | |
| $PCO_2$ | |
| $PO_2$ | |
| $HCO_3$ | |
| $O_2$ AT | |
| $O_2$SAT | |

RN Sig. J. Doggie RN | Dr. Sig. [illegible] | Mode: POV ☒ Other ☐

EMERGENCY DEPARTMENT SUPPLEMENTAL NURSES NOTES

Pt Name Boman, Luis A

Med Rec #

Date 9-14-98

| Time | Nurses Notes (On-Going Assessments, Interventions, Outcomes) | RN Init |
|---|---|---|
| 1722 | Back from x-ray. | [illegible] |
| ~~1810~~ 1745 | gradual ↑ of HOB - tol s̄ [illegible] but c/o | |
| | Rt. neck discomfort. A/O. | [illegible] |
| 1810 | Sling & soft collar applied. Disc | |
| | instruc to pt & friend s̄ ques. Left | |
| | amb s̄ friend - declined w/c. | [illegible] |
| 1810 | IV site Dc'd c̄ 250cc NS infused. | [illegible] |

Primary RN [illegible] Downie Other RN

ST. FRANCIS HOSPITAL AND MEDICAL CENTER

White Copy: Medical Records
Yellow Copy: Emergency Department
Pink Copy: Referring Physician