Transcript Printed
6/ 8/2005



# Marais des Cygnes Valley High School

508 NE Main
Melvern, KS 66510

**Boman, Desiree N.**
P.O. BOX 522
Lyndon, KS 66451

| | | | |
|---|---|---|---|
| **Grade/Year: 12** | | | |
| **Credit Earned:** | 28.750 | **Class Rank** | 13 of 23 |
| **Credit Attempted:** | 27.250 | **Grade Point Average:** | 2.963 |
| **Grade Points Earned:** | 80.730 | | |

| Course Code | Description *Final Grade Period ==>* | 1 | 2 | Credit | Note | School Year |
|---|---|---|---|---|---|---|
| 850B | Ag Orient. | | B+ | 0.500 | | 2001-2002 |
| 850A | Ag Orient | B+ | | 0.500 | | Absences Tardies |
| 340A | Algebra 1 | B- | B- | 1.000 | | 4.50 0 |
| 240B | Computer Apps | | B+ | 0.500 | | Enrolled: 173.00 |
| 542A | Driver Ed.-Fall | B- | | 0.250 | | Days In Session: 173.00 |
| 110A | English 9 | C+ | B- | 1.000 | | |
| 522A | Fr. Health/PE | B+ | A- | 1.000 | | |
| 410B | Gen Science | | B | 0.500 | | |
| 410A | Gen. Science | B- | | 0.500 | | |
| 170A | Spanish I | B | A- | 1.000 | | |

| Course Code | Description *Final Grade Period ==>* | 1 | 2 | Credit | Note | School Year |
|---|---|---|---|---|---|---|
| 280A | Accounting | A | B | 1.000 | | 2002-2003 |
| 890A | Animal Science | B- | B+ | 1.000 | | Absences Tardies |
| 420A | Biology I | B | B | 1.000 | | 8.00 0 |
| 121A | English 10 | B+ | B | 1.000 | | Enrolled: 173.50 |
| 343A | Geometry | B | B | 1.000 | | Days In Session: 173.50 |
| 175A | Spanish II | C- | D | 1.000 | | |
| 720A | World History | D+ | C- | 1.000 | | |

| Course Code | Description *Final Grade Period ==>* | 1 | 2 | Credit | Note | School Year |
|---|---|---|---|---|---|---|
| 894A | Ag Business | A- | A- | 1.000 | | 2003-2004 |
| 860A | Ag Mechanics | A- | B | 1.000 | | Absences Tardies |
| 740A | Am History | C | C+ | 1.000 | | 16.50 1 |
| 425A | Anat & Phys | B- | B | 1.000 | | Enrolled: 172.50 |
| 430A | Chemistry | C+ | B- | 1.000 | | Days In Session: 172.50 |
| 932A | Chorus (HR) | A | B+ | 0.500 | | |
| 130A | English 11 | C+ | B- | 1.000 | | |
| 635A | Parenting/Int Design | B | | 0.500 | | |
| 880B | Plt Soil Sci | | B+ | 0.500 | | |

| Course Code | Description *Final Grade Period ==>* | 1 | 2 | Credit | Note | School Year |
|---|---|---|---|---|---|---|
| 2006B | ACCC Am Government | | B- | 0.500 | | 2004-2005 |
| 2011B | ACCC Literature I | | B | 0.500 | | Absences Tardies |
| 2010A | ACCC Public Speaking | B | | 0.500 | | 20.50 1 |
| 345A | Algebra 2 | C | B- | 1.000 | | |
| 731A | Current Events | A | | 0.500 | | |
| 145A | English 12 | B | B | 1.000 | | |
| 210A | General Business | A- | A | 1.000 | | |
| 154A | Journalism | B | C+ | 1.000 | | |
| 620A | Life Management | A | | 0.500 | | |
| 960A | Teachers Aide | P | P | 1.500 | | |

***Test Scores***

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *PLAN 10/02* | English | 19 | Math | 18 | Reading | 14 | Sci Reason | 20 | Composite | 18 |
| *ACT 12/03* | English | 16 | Math | 17 | Reading | 22 | Sci. Reas. | 20 | Composite | 19 |

*sds gm sds*

**Boman, Desiree N.**

```
MDCV GRADING SCALE
A   94-100    C  74-77
A-  90-93     C- 70-73
B+  88-89     D+ 68-69
B   84-87     D  64-67
B-  80-83     D- 60-63
C+  78-79     F  59 & below
```

Graduated May 15, 2005

MARAIS DES CYGNES VALLEY H.S.
OFFICIAL
USD 456
TRANSCRIPT
MELVERN, KS

Ted Vannocker, Principal/Superintendent

Case 4:12-cv-08001-GAF Document 163-18 Filed 09/03/15 Page 1 of 1

Melissa Kewley 02-23-06