## Transcript Report

School: Carroll High School
Address: 455 Forrest Avenue
Ozark AL 36360
Phone: (334) 774-4915

Date Run: 3/01/06 2:10PM Page: 1

ACT: 12093 Accr: SACS

Fax: (334) 774-1865
Principal: Laura A. McBride

Student: Boman, Kayla Deanne
Address: 247 Christian Circle
Ozark AL 36360
Phone: (334) 445-4522

DOB: 8/18/1990 ID: 608407246
Guardian: Patricia Hughes
Student Withdrawn on 4/21/2005

**Term 2 Final 2004-05**
Grade: 9-Carroll High School

| —— Course —— | Grd | Credit |
|---|---|---|
| WH/WG | 93 | 1.000 |
| AG CONST | 91 | 1.000 |
| FAMILY DYNA | 90 | 1.000 |
| PE 9-12 G/F | 97 | 1.000 |

Term GPA: 4.00 Credits: 4.000

| Total Credits: | GPA: | Standard: | Unweighted: | 4.0000 | Rank: | 26 |
|---|---|---|---|---|---|---|
| 4.000 | | Numeric: | Unweighted: | 92.7500 | of: | 213 |

Wes Andrews

Registrar:________________ Principal:________________

Counselor 3-1-06

## VII. STANDARDIZED TEST RESULTS

▼Attach Test Results Here▼

### Iowa Tests of Basic Skills

NAME: Boman, Kayla | I.D. No. 08081890 | GRADE 6 | LEVEL 12 | FORM M | TEST DATE 11/01

NORMS: Fall 1995 | OTHER INFO: - - - - | TITLE 1 | A: 0 B: 0 C: - D: 0 | W: 0 X: - Y: 0 Z: 0

| SCORES REPORTED | READING: VOCABULARY | READING: COMPREHENSION | READING: TOTAL | LANGUAGE: LISTENING | LANGUAGE: SPELLING | LANGUAGE: CAPITALIZATION | LANGUAGE: PUNCTUATION | LANGUAGE: USAGE/EXPRESS | LANGUAGE: TOTAL | WORD ANALYSIS |
|---|---|---|---|---|---|---|---|---|---|---|
| SS | 234 | 262 | 248 | - | 232 | 224 | 214 | 279 | 237 | - |
| NPR | 69 | 88 | 82 | - | 67 | 54 | 47 | 88 | 66 | - |
| GE | 7.3 | 10.0 | 8.6 | - | 7.3 | 6.6 | 5.8 | 12.2 | 7.8 | - |
| NS | 6 | 7 | 7 | - | 6 | 5 | 5 | 7 | 6 | - |

| SCORES REPORTED | MATHEMATICS: CONCEPT/ESTIM. | MATHEMATICS: PROB/DATA | MATHEMATICS: TOTAL | CORE TOTAL | SOCIAL STUDIES | SCIENCE | SOURCES OF INFO.: MAPS & DIAG. | SOURCES OF INFO.: REF MAT'LS | SOURCES OF INFO.: TOTAL | COMPOSITE | MATH COMPUTATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SS | 261 | 286 | 274 | 253 | 265 | 240 | 290 | 258 | 274 | 256 | 243 |
| NPR | 94 | 97 | 97 | 88 | 88 | 69 | 95 | 84 | 92 | 85 | 83 |
| GE | 10.0 | 12.8 | 11.6 | 9.1 | 10.4 | 7.9 | 13.0 | 9.6 | 11.6 | 9.5 | 8.3 |
| NS | 8 | 9 | 9 | 7 | 7 | 6 | 8 | 7 | 8 | 7 | 7 |

Complete Edition. Key: SS=Standard Score NPR=Nat'l %ile Rank GE=Grade Equivalent NS=National Stanine

## STANDARDIZED TEST RESULTS

▼Attach Test Results Here▼

### Cognitive Abilities Test

NAME: Boman, Kayla | I.D. No. 08061890 | GRADE 6 | LEVEL D | FORM 5 | TEST DATE 11/01

NORMS: Fall | OTHER INFO: - - - - | TITLE 1 | A: 0 B: 0 C: - D: 0 | W: 0 X: - Y: 0 Z: 0

BIRTH DATE: 08/90 | AGE: 11-03

| Scores Reported | N ITEMS | N ATT | RAW SCORE | AGE SCORES: SAS | AGE SCORES: PR | AGE SCORES: S | GRADE: USS | GRADE: PR | GRADE: S |
|---|---|---|---|---|---|---|---|---|---|
| VERB | 65 | 0 | - | - | - | - | - | - | - |
| QUAN | 60 | 0 | - | - | - | - | - | - | - |
| NONV | 65 | 0 | - | - | - | - | - | - | - |
| COMP | | | | - | - | - | - | - | - |

Key: SAS=Standard Age Score, S=Stanine, PR=Percentile Rank, USS = Universal Scale Score

| YEAR | | | | Grade | |
|---|---|---|---|---|---|
| Wks. in Sch. Yr.____ SUBJECTS | Hrs. Per Week | Mark 1st | Mark 2nd | Units | Credits |
| | | | | | |
| ...d Credits for Year | | | | | |
| Units and Credits to Date | | | | | |

| YEAR | |
|---|---|
| Wks. in Sch. Yr.____ SUBJECTS | Hrs. Per Week |
| | |
| Units and Credits for Year | |
| Units and Credits to Date | |

Kansas Assessment Results
Spring 2003: Mathematics Grade 7
USD 456 - MARAIS DES CYGNES MIDDLE
BOMAN, Kayla
Total Score = 71 Level = Advanced

Kansas Assessment Results
Spring 2003: Science Grade 7
USD 456 - MARAIS DES CYGNES MIDDLE
BOMAN, Kayla
Total Score = 73 Level = Advanced

## ...LAR ACTIVITIES

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Band | | | | | | | | | | |
| Vocal Music | | | | | | | | | | |
| Orchestra | | | | | | | | | | |
| Dramatics | | | | | | | | | | |
| Student Council | | | | | | | | | | |
| Safety Patrol | | | | | | | | | | |
| Class Officer | | | | | | | | | | |
| Clubs | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Auditorium Activities | | | | | | | | | | |
| Athletics | | | | | | | | | | |

## IXB. REMARKS

| REMARKS | YEAR |
|---|---|
| | |

## VIII. HEALTH RECORD

| CHECK — GIVING MO / YR OF DISEASE | Measles Mo / Yr | Mumps Mo / Yr | Rubella Mo / Yr | Pertussis Mo... |
|---|---|---|---|---|
| | | | | |
| | Haemophilus b Influ Mo / Yr | Other Mo / Yr | Other Mo / Yr | Other Mo / ... |

### IMMUNIZATIONS

| VACCINE | Measles Mo / Day / Yr | Mumps Mo / Day / Yr | Rubella Mo / Day / Yr | Polio Mo / Yr |
|---|---|---|---|---|
| | | | | 1st<br>2nd<br>3rd<br>Booster |
| VACCINE | Haemophilus b Influ Mo / Yr | Other Mo / Yr | Other Mo / Yr | Other / Mo... |

MEDICAL NOTES ____________________

## X. GRADUATION FROM SENIOR HIGH SCHOOL

Course Completed ____________________ Graduation Date

Name or Signature of High School Principal ____________________

No. in Class ____________________ Rank in Class ________

Code of Birth Information

Church Record = CR School Record = SR Parent's St...

Family Bible = FB Passport = PP Life Insuran...

Certified Copy of Birth Certificate = BC Immigration...



... Bartlesville, OK - 4th grade

# Iowa Tests of Basic Skills

## Profile Narrative Report

| | | | |
|---|---|---|---|
| Student: | Boman Kayla | Sex: F | Grade: 6 |
| I.D. No.: | 08081890 | Birth Date: | 08/90 |
| Class/Group: | Mrs. Carson | Age: | 11-03 |
| Building: | MdCV Middle School | Lv/Form: | 12 / M |
| Bldg. Code: | 7104 | Test Date: | 11/01 |
| System: | USD 456 | Norms: | Fall 1995 |
| | | Page: | 79 |

http://SSS.GREENBUSH.ORG

School Support Services

Copyright © 1996, 1993 The Riverside Publishing Company. All Rights Reserved.

| Iowa Test of Basic Skills | SS | NS | NPR |
|---|---|---|---|
| Vocabulary | 234 | 6 | 69 |
| Rdg. Comprehension | 262 | 7 | 88 |
| Reading Total | 248 | 7 | 82 |
| Spelling | 232 | 6 | 67 |
| Capitalization | 224 | 5 | 54 |
| Punctuation | 214 | 5 | 47 |
| Usage & Expression | 279 | 7 | 88 |
| Language Total | 237 | 6 | 66 |
| Math Concepts/Estim | 261 | 8 | 94 |
| Math Prob/Data Interp. | 286 | 9 | 97 |
| Mathematics Total | 274 | 9 | 97 |
| Core Total | 253 | 7 | 85 |
| Social Studies | 265 | 7 | 88 |
| Science | 240 | 6 | 69 |
| Maps & Diagrams | 290 | 8 | 95 |
| Reference Mat'ls | 258 | 7 | 84 |
| Source of Info Total | 274 | 8 | 92 |
| Composite | 256 | 7 | 85 |
| Mathematics Computation | 243 | 7 | 83 |




Kayla was given the Iowa Tests of Basic Skills in November, 2001. She is in sixth grade at Mdcv Middle School in Usd 456.

Kayla's Composite score is the score that best describes her overall achievement on the tests. Kayla's Composite national percentile rank of 85 means that she scored higher than 85 percent of sixth grade students nationally. Her overall achievement appears to be above average for sixth grade.

A student's ability to read is related to success in many areas of school work. Kayla's Reading Comprehension score is above average when compared with other students in sixth grade nationally.

A student's scores can be compared with each other to determine relative strengths and weaknesses. The following are areas of relative strength for Kayla: Math Problem Solving & Data Interpretation and Maps and Diagrams. Some of these strengths might be used to help improve other areas.

The following areas are relative weaknesses which may need the most work: Spelling, Capitalization, Punctuation and Science.

SS=Standard Score, GE=Grade Equivalent, NS = Nat'l Sta9, NCE=Normal Curve Equivalent, PR=%ile Rank, LS = Local Sta9, RS = Raw Score

**Attendance Report**

Student: Kayla Deanne Boman 608407246 Grade: 09 DOB: 8/18/90 Ethnicity: W Gender: F
Parent: Patricia Hughes /
Address: 247 Christian Circle

Ozark AL 36360
Home Room: 901 Banks, Clyde B. Phone: 445-4522

1st Term — By Attendance Period

| Date | Day | Actn | Code | Class | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| 8/30/04 | Mon | Ent | E | Entry | | | | | |
| 8/30/04 | Mon | Abs | 6X | U Unexcused | | 6X | | | |
| 9/24/04 | Fri | CI | UT | U UNEXCUSED TAI | 8:03AM | X | | | |
| 9/27/04 | Mon | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |
| 9/28/04 | Tue | CI | UT | U UNEXCUSED TAI | 7:49AM | X | | | |
| 10/01/04 | Fri | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |
| 10/04/04 | Mon | CI | UT | U UNEXCUSED TAI | 7:50AM | X | | | |
| 10/06/04 | Wed | CO | U | U UNEXCUSED | 2:20PM | | | | X |

2nd Term — By Attendance Period

| Date | Day | Actn | Code | Class | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/04 | Mon | Abs | 6X | U Unexcused | | 6X | 6X | 6X | 6X |
| 10/19/04 | Tue | CI | UT | U UNEXCUSED TAI | 7:50AM | X | | | |
| 10/28/04 | Thu | Abs | | | | 6X | | | |
| 10/28/04 | Thu | CI | U | U UNEXCUSED | 10:38AM | | X | | |
| 10/29/04 | Fri | Abs | | | | | | | 1X |
| 10/29/04 | Fri | CI | UT | U UNEXCUSED TAI | 7:58AM | X | | | |
| 10/29/04 | Fri | CO | I | E ILLNESS | 1:30PM | | | | |
| 11/05/04 | Fri | CI | UT | U UNEXCUSED TAI | 7:50AM | X | | | |
| 11/05/04 | Fri | CO | U | U UNEXCUSED | 2:20PM | | | | X |
| 11/09/04 | Tue | CI | UT | U UNEXCUSED TAI | 7:54AM | X | | | |
| 11/10/04 | Wed | CI | UT | U UNEXCUSED TAI | 7:45AM | X | | | |
| 11/15/04 | Mon | CI | UT | U UNEXCUSED TAI | 8:02AM | X | | | |
| 11/22/04 | Mon | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |
| 11/23/04 | Tue | CI | UT | U UNEXCUSED TAI | 7:57AM | X | | | |
| 11/29/04 | Mon | CI | UT | U UNEXCUSED TAI | 8:20AM | X | | | |
| 12/01/04 | Wed | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |
| 12/02/04 | Thu | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |
| 12/03/04 | Fri | CI | UT | U UNEXCUSED TAI | 7:50AM | X | | | |

STIOffice © 1997-2004, Software Technology Inc.

**Attendance Report**

Student: Kayla Deanne Boman 608407246 Grade: 09 DOB: 8/18/90 Ethnicity: W Gender: F
Parent: Patricia Hughes /
Address: 247 Christian Circle

Ozark AL 36360
Home Room: 901 Banks, Clyde B. Phone: 445-4522

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/04 | Mon | CI | UT | U UNEXCUSED TAI | 8:07AM | X | | | |
| 12/08/04 | Wed | CI | UT | U UNEXCUSED TAI | 8:11AM | X | | | |
| 12/09/04 | Thu | CI | UT | U UNEXCUSED TAI | 8:16AM | X | | | |
| 12/13/04 | Mon | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |

3rd Term By Attendance Period

| Date | Day | Actn | Code | Class | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| 1/07/05 | Fri | Abs | | | | 6X | | | |
| 1/07/05 | Fri | CI | U | U UNEXCUSED | 9:10AM | X | | | |
| 1/10/05 | Mon | CI | UT | U UNEXCUSED TAI | 7:55AM | X | | | |
| 1/12/05 | Wed | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |
| 1/13/05 | Thu | CI | UT | U UNEXCUSED TAI | 8:10AM | X | | | |
| 1/14/05 | Fri | Abs | | | | 6X | | | |
| 1/14/05 | Fri | CI | U | U UNEXCUSED | 9:04AM | X | | | |
| 1/14/05 | Fri | CO | U | U UNEXCUSED | 2:30PM | | | | X |
| 1/19/05 | Wed | CI | I | E ILLNESS | 7:59AM | X | | | |
| 1/26/05 | Wed | Abs | | | | 1X | | | |
| 1/26/05 | Wed | CI | I | E ILLNESS | 9:45AM | | X | | |
| 1/28/05 | Fri | Abs | | | | 6X | | | |
| 1/28/05 | Fri | CI | U | U UNEXCUSED | 9:36AM | | | | |
| 1/31/05 | Mon | Abs | | | | 6X | | | |
| 1/31/05 | Mon | CI | U | U UNEXCUSED | 8:55AM | X | | | |
| 2/08/05 | Tue | Abs | 1X | E Illness | | 1X | 1X | 1X | 1X |
| 2/10/05 | Thu | CI | UT | U UNEXCUSED TAI | 7:57AM | X | | | |
| 2/15/05 | Tue | CI | UT | U UNEXCUSED TAI | 8:05AM | X | | | |
| 2/18/05 | Fri | Abs | | | | | | | 6X |
| 2/18/05 | Fri | CO | U | U UNEXCUSED | 2:00PM | | | | X |
| 2/24/05 | Thu | CI | UT | U UNEXCUSED TAI | 7:52AM | X | | | |
| 2/25/05 | Fri | CI | UT | U UNEXCUSED TAI | 7:53AM | X | | | |
| 2/28/05 | Mon | CI | D | E DOCTOR/DENTIS | 8:39AM | X | | | |
| 3/01/05 | Tue | Abs | 6X | U Unexcused | | 6X | 6X | 6X | 6X |
| 3/03/05 | Thu | CI | UT | U UNEXCUSED TAI | 7:55AM | X | | | |
| 3/04/05 | Fri | CI | UT | U UNEXCUSED TAI | 7:56AM | X | | | |

STIOffice © 1997-2004, Software Technology Inc.

**Attendance Report**

Student: Kayla Deanne Boman 608407246 Grade: 09 DOB: 8/18/90 Ethnicity: W Gender: F
Parent: Patricia Hughes /
Address: 247 Christian Circle

Ozark AL 36360
Home Room: 901 Banks, Clyde B. Phone: 445-4522

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/07/05 | Mon | CI | UT | U UNEXCUSED TAI | 7:46AM | X | | |
| 3/08/05 | Tue | CO | I | E ILLNESS | 2:25PM | | | X |

4th Term

By Attendance Period

| Date | Day | Actn | Code | Class | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|
| 3/28/05 | Mon | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 3/29/05 | Tue | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 3/30/05 | Wed | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 3/31/05 | Thu | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/01/05 | Fri | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/04/05 | Mon | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/05/05 | Tue | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/06/05 | Wed | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/07/05 | Thu | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/08/05 | Fri | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/11/05 | Mon | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/12/05 | Tue | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/13/05 | Wed | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/14/05 | Thu | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/18/05 | Mon | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/19/05 | Tue | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/20/05 | Wed | Abs | 6X | U Unexcused | 6X | 6X | 6X | 6X |
| 4/21/05 | Thu | WD | WC1 | Trans Out of St | | | | |

Days Present: 106.00 Absence: 28.00 Tardies: 0 34 27 27 29

STIOffice © 1997-2004, Software Technology Inc.