DECLARATION OF VANITA JUNE BOWMAN

I, VANITA JUNE BOMAN, declare as follows:

I have been married to Richard Boman for eleven years. My husband is a stepfather to Lisa Montgomery, who is in federal prison. Richard's son, Carl, is the father of Lisa's children. I married Richard in 2002, and we took a trip that summer to visit relatives. We went to see Lisa, who was divorced from Carl and married to Kevin Montgomery. Lisa and Kevin lived in rural Kansas with Lisa's four children. Richard believed it was okay to just show up at relatives' homes, so Lisa and her family did not know we were coming to visit. When we arrived at the Montgomery home and went inside, I thought two things: one, I thought they needed to move some of their furniture out because it was so crowded; two, I thought the place was pretty filthy. They had a lot of dogs around, as well as farm animals: goats, chickens, and pigs. You had to walk through paths in the house because it was so cluttered with belongings.

The farm house in which they lived looked old and had no insulation, as far as I could tell. They had no air conditioning, and the attic where Richard and I slept was quite hot. That area was Lisa's son's CJ's room. It had a full bed where we slept, and CJ slept in the twin bed in the room. The girls had a room on the second floor of the house. I noticed that CJ seemed to have Kayla under his wing. She was the smallest of the girls and very close in age to CJ. She was not sturdy enough to do some of the chores expected of her, like feeding and cleaning up after the animals. While we were there, CJ did a lot of Kayla's chores but didn't tell Lisa that he was doing them for her. He helped his other sisters also, but Kayla needed his help the most because of her age and size.

Soon after we arrived at Lisa's home, I knew that I didn't want to stay there very long. It was as if neither Lisa's husband, Kevin, nor I were even present. Lisa did not welcome me in any way. She paid attention only to my husband, Richard, her former step father and ex-father-in-law. Lisa was very flirtatious with him in a way that openly excluded me and her own husband, Kevin. I felt very uncomfortable with how she and Richard interacted, because it appeared to me that Lisa and Richard had previously had a sexual relationship. We only stayed with Lisa and Richard about two days on that trip. That was more than enough. I am not naïve, and I was uncomfortable in the situation.

In 2003, Lisa's children came and stayed with Richard and me for two weeks during the summer. Richard's son, Michael, visited us then also. The three of us took Lisa's children to buy their school supplies and clothes for the new school year. CJ especially looked like a "rag bag," because his clothes were so tattered. We got all of them new clothes. Kayla liked it at our place in Colorado and wanted to stay with us when it was time to leave. We lived in an area where it was seven miles of dirt road. We took the kids swimming and tried to show them a really good time.

The summer of 2002 when I first met Lisa and her family, Richard and I traveled afterwards to meet his sisters in Oklahoma. The welcome there was more like an interrogation at first. His sister, Beth, asked me almost immediately if I liked children and asked how I treated kids. They asked me outright if I was mean to kids! She and the other sisters backed off after they saw me play with and interact with their grandchildren. Beth later apologized to me for being so abrupt when we first met. She explained to me that they all thought Lisa's mother, Judy, had been mean to Lisa, Judy's other children, and Michael, Richard's son.

I was new to the Boman family that summer. Over time I developed a great fondness for Michael, Richard's son who, recently passed away due to ALS. I thought of Michael like my own child, and he confided in me. When Judy and Richard were together, Judy often lied to Richard and told him

that Michael had done things wrong when he, in fact, had not. Richard believed Judy and punished Michael, usually with a spanking. It is hard for Richard, even now, to admit that he was too hard on Michael due to Judy's manipulation of Richard. Michael loved his dad though. After Richard became disabled by the strokes, Michael sent us $3,000 to help pay for the materials to add the apartment here at my daughter's home. He also bought his dad the chair he uses daily and bought me a brand new computer, still in the box. Michael was a generous and sweet person. I am sad that I didn't get to go see him before he passed away.

I know that Richard paid child support to his ex-wife, Lucy for years to support their children, Carl and Eithol Marie. However, he told me that he didn't visit with his children for a number of years, because his ex-wife wouldn't let him. I told him he should have pushed it because he paid support. Though my husband had a career in the Navy, in some ways I think of him as naïve. For example, he told me that Yoka, Michael and Sinichi's mother, had three or four abortions that he didn't know about. Richard is a person who doesn't want to live alone. He married a woman, Eleanor, after he and Lisa's mother, Judy, divorced. That marriage lasted about a year. He then started courting me, and we dated about four years before I agreed to marry him. It was nice having companionship and someone to travel with.

I was an independent woman when I met Richard Boman. I was the oldest of three children born to a religious mother and alcoholic father. I grew up in northern California near the ocean, a beautiful place, I still love. I ran off with my boyfriend graduation night from high school when I was seventeen and he was sixteen. We got married that June and a little over a year later had a baby boy, followed by another boy the next year. My husband wasn't a big drinker, but he abused me, broke my nose and left me black and blue. I finally took a crescent wrench to him. I divorced him when I was twenty one or twenty-two then. I married again and had my daughter, Debra with my second husband.

I worked mostly as a waitress to support my kids. I didn't get child support for my boys and only got $35 a week to support Debra after her dad and I divorced. I was forty-nine years old when I went back to college to become a nurse. I figured out that the RN's did a lot of paper work. I wanted to work hands on, so I became a Certified Nurse Technician. I made a very good living caring for people with spinal cord injuries for years. When Richard and I married, I was making $35,000 a year, which was more than the pension he drew. I own a trailer home which I keep on my son's property in Colorado, so I have a place of my own, as well as the apartment at my daughter's where we now live. Even though Richard said he let me handle our money, I wasn't about to let someone else control the money and finances I worked so hard for. Richard is not as careful with money as I am. Richard and I enjoyed our travels together, meals out, and each other's company before he got sick. I don't regret my life. I have had fun and have a big extended family including Richard's, that I wouldn't take anything for.

I would have provided all the information contained in this paper to Lisa's original trial defense team if asked, and I would have been willing to testify to these things at her trial. Lisa's trial team only talked to my husband and did not ask me questions.

I declare under penalty of perjury and the laws of the United States of America that the Foregoing is true and correct to the best of my information and belief.

Vanita June Boman

Dated this 8th date of January 2013