**DECLARATION OF CHERYL FINE**

I, Cheryl Fine, declare as follows:

1. I first met Lisa Montgomery while I was working at the Casey's General Store in Lyndon, Kansas. Lisa used to come into the store and make purchases. Although our children knew each other from school, I did not know Lisa well until she applied and I hired her to work at the store.

2. I started working at the Casey's in Lyndon in 2001. I became the manager not long after I started working at the store. I worked at the store in Lyndon from 2001 to 2009. As the manager, I was over the hiring of all those who worked at my store. Once an application was filled out and I thought the person had the experience, I interviewed them. I then based my decision on hiring them from their qualifications and my judgment of the person's character. I thought I was a good judge of people. I interviewed Lisa, thought she had the experience to work in the store's kitchen, and I liked her. I think Lisa worked for Greyhound and Wendy's before and again after she started working at Casey's. She later met my supervisor, and my supervisor liked her.

3. Working in the kitchen, it was Lisa's job to make the donuts the store sold for breakfast and the pizzas the store sold for lunch. She was hired to work the weekends. Lisa had other jobs during the week so working the weekend was best for her schedule. If she was not working during the week and I felt Casey's needed the help, I let Lisa pick up some extra hours during the week.

4. Since she worked in the kitchen, Lisa had to be at the store and in the kitchen cooking from 4:30 to 8:30 in the morning to make the breakfast and from ten to two in the afternoon to make the pizzas for lunch. In between those times, Lisa had her break and she also had other duties of stocking the coolers and changing the ice. I also trusted her to work the cash register when needed.

CF

 CF

5. I worked every other Saturday with Lisa. I worked from five to ten in the morning, but often stayed longer when needed. I was on salary so I did whatever I needed to do to make the store run properly.

6. Lisa and I became friends while working at the store. Although I had gone to Lisa's home a few times and she had been to mine, I mainly socialized with Lisa while we were at work. I did not hang out with her outside of work because I was too busy working and taking care of my family. I had four children, like Lisa, and my husband was in the Army, stationed at Ft. Riley, Kansas.

7. During the time I knew Lisa, my husband served in Iraq and I was often at Ft. Riley or in Salina, Kansas where there was Army housing. Not long after our becoming friends, I needed to pick up my truck from Ft. Riley where my husband had it. Lisa drove me the three hours from my home in Melvern, Kansas to get my truck.

8. Lisa lived with her husband Kevin and her four children from her first marriage in an old farmhouse out in the country outside of Melvern about ten to fifteen minutes away from me. I lived in town. My son was friends with Lisa's youngest daughter, Kayla, and I allowed my children to visit and spend the night at Lisa's house.

9. Lisa had wonderful and respectful children. When I got to know them, the youngest was in junior high and the oldest was in high school. Besides knowing Kayla, I knew Lisa's oldest daughter, Desiree, because she helped her mom out a lot around their home and was out working. Lisa's children took care of themselves. I did not know the middle children, Chelsea and Carl Jr., that well because they were the quiet ones in the family and kept to themselves.

10. Lisa loved to talk. That was the one reason my husband did not like her after they met because he thought she talked too much. Lisa especially loved to talk about her dogs. She raised rat terriers. Lisa talked about her dogs all the time with anyone who was willing to listen to her. She often came out of the kitchen to talk to people about her dogs. I had never known

CF

CF

anyone before like Lisa who talked so much about their pets. At times, she dressed them in clothes and entered them into dog shows. She often brought one of them to Casey's to show them off for people to see when she was not working. People liked Lisa, but many thought she was odd because of how much she talked about her dogs. She was odd to me too because of this reason, but it was just Lisa. She loved those dogs so much. They were her whole world.

11. Lisa also liked to sew. She talked about her sewing, but not as much as she did her dogs.

12. The problems I knew Lisa to have were with her mother and siblings. Even though her brother Tommy had been to prison, Lisa told me she was the outcast of the family. For some reason, she and her mother, Judy, Tommy, and one of her sisters who lived in the area did not get along. I might have spoken with a Judy a few times when she came into the store. I think she worked somewhere down the street in Lyndon. I met Tommy when he came into Casey's while I was working at the cash register, and he told me that he had been in prison with my brother. That was his way of introducing himself and I did not really know what to say to him because talking about my brother was not something I did with just anybody. I saw Tommy around more than I did Lisa's mother or sister.

13. I knew Lisa specifically had problems with Tommy. He was banned from coming into the store because Lisa had a restraining order out against him. Lisa said CF Tommy had pulled a knife on Lisa for some reason.

14. Lisa also did not get along with her ex-husband, Carl. She said Carl was always telling lies about her. Lisa told me she was always having problems with Carl and Tommy. She believed they were always out to get her. Lisa came to work upset and crying one day because Carl sent her papers trying to get custody of their children or one the children. I am not sure when or why but Lisa told me their middle daughter, Chelsea, had tried to commit suicide.

CF

 CF

15. Lisa talked about wanting to have another baby. Kevin and she were having problems having one. Either because of their work schedules or they were having other problems, Lisa told me that she slept on the couch. I think Kevin worked at a company that made signs and Lisa was working three jobs again when she began working at Greyhound and Wendy's during the week. Kevin was awesome and loved Lisa dearly. He glowed with the thought of Lisa being pregnant. Lisa was happy also when she said she was pregnant. She strangely wanted my husband to bring her back some baby clothes from Iraq.

16. I questioned Lisa once about how she was doing after she told me that she was pregnant. At the time, I was concerned because she said she was six months pregnant but she looked to me as if she was three months pregnant. I told her she looked too small. She said she always had small babies and that was the end of the conversation.

17. I saw Lisa on the day she supposedly had her baby. She stopped by Casey's that morning and bought her cigarettes and Pepsi. I spoke to her briefly because I was working and I thought she was on her way to one of her other jobs. I learned later that day she supposedly had the baby in Topeka, Kansas. She had originally talked about another friend and I helping her deliver her baby at home. Lisa did not want to have her baby in a hospital. I did not understand why and did not try to talk her out of it. I saw Lisa and Kevin the next day with the baby and I held the baby. They both looked happy and tired.

18. I could not believe it when I heard the news of Lisa's arrest. My daughter called me to tell me it was on the news. Then my mother-in-law called to talk to me when she heard the news. I was in shock. I could not imagine Lisa ever doing anything like this. I had recently let my children spend the night at her home. For a long time, I thought it was all a mistake and that the police had the wrong person.

19. The FBI and others questioned me about Lisa after her arrest. I was asked mostly about her work history and what I thought of her. When I testified at Lisa's trial, she did not look at me. She just sat at the defense table with her head hanging down and staring at the

CF

 CF

table throughout my testimony. She showed no emotions or reactions to the questions I was being asked or to what I was saying. Although I did not like testifying at her trial, if asked, I would have testified to this information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on Feb. 10 _____, 2013.

Cheryl Fine
CHERYL FINE

CF
CF