Kevin laid off Nov – March 2002
laid off 4/21
Lisa works 2 days a week
electrician
- Kevin wants Lisa home w/ him & not visit her family
- Kevin – there is one way to do things.

- married about 2 yr ago
- K's parents always married & together. Homebody
- L moved frequently & her parents div. N Mexico. Free spirit

In laws getting involved.
L's mom – don't let a man tell you what to do.
↳ been married 5/6 times
K's mom – L should be a home maker
He had moved back home after div & grandma took care of kids
Laurie – ex-wife — Grandma idealizes Laurie
- Maybe Kevin wants her back

- Didn't see boys Jan - Apr 2001 bcz Laurie didn't want
↳ went to court in August
- L feels like she's butting in

Derek ↑ Dustin Dillon
still born daughter
"supposed to be girls"

→ 1st thing Laurie didn't like that L had 3 girls

Laurie made decisions & let Kevin know

↓ ambivalent re dependency needs

Derek going to court on 4/10 – voluntary sexual relations w/ a child

↳ would tell Dad one thing & Laurie another
- abused driving Dad's truck
- abused phone via long distance

Rules on refrigerator since 4/01 that whole family made up

Dustin (and Dillan) steals from Lisa's kids

Laurie says that boys don't have to follow rules that Lisa helped make up.

Kayla 11 CJ 12 Chelsea 13 Desiree 15

# Patient Information

## *Please complete all entries*

| Minor or Dependent Patient Name (Last, First, Middle I) | Sex M F | Age | Date of Birth |
|---|---|---|---|
| Adult Patient Name (Last, First, Middle I) or Parent/Guardian of Above Dependent: Montgomery Lisa M | Sex M (F) | Age 34 | Date of Birth 2-27-68 |
| Address (Street/ Apt-#/): 32419 S. Adams | Marital Status ___Single X Married ___Divorced ___Widowed ___Separated | | |
| Address (City – State- Zip): Melvern KS 66510 | Driver's License Number: 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 KS | | |
| Home Phone Number: (785) 549-3548 / Cell Phone Number: (785) 256-3694 | Pager Number: ( ) | | |

| Insured Party's Employer | Occupation | Work Phone Number |
|---|---|---|
| IBEW # 226 | Electrician | ( ) |
| Employer's Address (City – State- Zip): Topeka KS | | Insured Party's Social Security Number: 510 64 7666 |

| Name of Spouse (Last, First, Middle I) | Date of Birth | Age | Social Security Number |
|---|---|---|---|
| Montgomery Kevin W | 6-28-60 | 41 | 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 |
| Spouse's Employer: IBEW #226 Topeka, KS | Spouse's Work Phone Number: (620) 343-0468 | | |

| Nearest Relative Not Living With You | Relationship | Relative's Phone Number |
|---|---|---|
| Judy Shaughnessy | mother | (785) 828-3811 |
| In Case of Emergency Notify: Joy Montgomery | Relationship: mother-in-law | Emergency Contact's Phone Number: (785) 549-~~3549~~ 3459 |
| Whom May We Thank for Referring You to Us? | | Phone Number ( ) |
| Primary Care Physician | Date - Last Office Visit | Phone Number ( ) |

**Who is financially responsible for payment?** ______________________________

### Insurance Information

| Primary Insurance Company | Address (Street or PO Box-City-State-Zip) | | Phone Number ( ) |
|---|---|---|---|
| Name of Insured | Relationship | I.D. Number | Group Number |
| Secondary Insurance Company | Address (Street or PO Box-City-State-Zip) | | Phone Number ( ) |
| Name of Insured | Relationship | I.D. Number | Group Number |

I understand and agree that I am ultimately responsible for payment.

**I understand that there will be a charge for any appointment not canceled at least 24 hours in advance.**

I certify this information is true and correct to the best of my knowledge.

Lisa Montgomery
Signature

4-5-02
Date

## NEW DIRECTIONS BEHAVIORAL HEALTH
## OUTPATIENT AUTHORIZATION REQUEST FORM

**FAX REQUEST TO (913) 982-8199 OR TOLL-FREE TO (888) 979-9272**

Date 6/17/02

Provider Sallye M. Wilkinson PhD

Facility / Group Name —

Phone (785) 273-5238 Fax (785) 273-5906

Tax ID # for office where service provided 48-1251043
(for billing purposes)

Client Name Lisa Montgomery SS# 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

Date of Birth 2/27/1968 Phone Number 785-549-3548

Certificate No. 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 Group No. Plan 2

Insurance: ☐ Blue Cross (Commercial) ☐ Blue Advantage+ (MC+) ☐ Prudential ☑ Other (specify): Century

DIAGNOSIS:
Axis I 311 Axis I

Axis II 799.90 Axis III Good Health

Axis IV Moderate - Primary Support Grp Current Axis V (GAF) 48

Last Year's Axis V 59 ☐ Diagnosis Unknown

REQUEST:
Date client first seen this year 4/5/02 Is this an initial request ☐ YES ☑ NO

| Initial Request: | Continuation Request: |
|---|---|
| ☐ 1 – 90801 | ☐ 5 – 90862 |
| ☐ 4 – 90862 | ☑ 6 – 90806 |
| ☐ 5 – 90806 | ☐ 6 – 90807 |
| ☐ 5 – 90807 | ☐ 6 – 90847 |
| ☐ 5 – 90847 | ☐ Other (specify) |
| ☐ Other (specify) | Continuation start date 6/19/02 |

Provide Treatment Goals, target dates and medications, if any, in the space below (if this is a request for 90862, medications must accompany this request):

① Pt will show increased ability to compromise with spouse over parenting & relationship issues [80% compliance by 9/1/02] ② Pt will reliably demonstrate emotional resilience and less dysphoric by 9/1/02

RISK ASSESSMENT: Rating scale: Highest (5) to Lowest (1)
-Rate your client's probability of remaining in outpatient treatment (vs. need for higher level of care): ● 4 3 2 1
-Rate your client's capacity to comply with medical advice: ● 4 3 2 1
-Would your client benefit from New Directions' program of no-cost supportive follow-up calls? ___ Yes ✓ No
-I have contacted the client's Primary Care Physician: ☐ YES ■ NO
If "no", why not? reports good health — self-referred

Revised: January 5, 2000

37147

# New Directions Behavioral Health
# Outpatient Authorization Continuation Form

Fax Request to (913) 982 - 8119

| Member's Name | Provider's Name |
|---|---|
| LISA MONTGOMERY | SALLYE WILKINSON |
| **Social Security Number** | **Provider ID** |
| 440707519 | 34819 |
| **Date of Birth** | **Fax Number** |
| 02/27/1968 | (785) 273-5906 |

* Please complete sections in Black Ink, shade circles completely. DO NOT CHECK OR USE AN X

## Risk Assessment

* Rating Scale: Highes (5) to Lowest (1)

Rate your client's probablity of remaining in outpatient Treatment (vs. need for higher level of care): ● 5 ○ 4 ○ 3 ○ 2 ○ 1

Rate your client's probablity to comply with medical advice: ● 5 ○ 4 ○ 3 ○ 2 ○ 1

Would your client benefit from New Directions' program of no-cost supportive calls? ○ Yes ● No

I have contacted the member's Primary Care Physician: ○ Yes ● No

Is your client taking four or more different psychotropic medications? ○ Yes ● No

Is it expected your client will have 5 or more medication management sessions? ○ Yes ○ No ● N/A

Is your client experiencing any medical problems? ○ Yes ● No

History of Hospitalization in the past year? ○ Yes ● No

## Continuation

○ 1 - 90801 ○ 6 - 90807

○ 6 - 90804 ○ 6 - 90847

○ 6 - 90805 ○ 6 - 90853

● 6 - 90806 ○ 5 - 90862

Please Select Desired Year

○ Previous Year

○ Next Year

* For all other requests, please contact New Directions at (913) 982- 8400 or (800) 528 - 5762

| Authorization Status | Authorization Number | Start Date | End Date | Code | Units |
|---|---|---|---|---|---|
| New | 0137803 | 04/05/2002 | 04/05/2002 | 90801 | 1 |
| New | 0137803 | 04/05/2002 | 08/30/2002 | 90806 | 8 |

The information contained in this facsimile transmission is confidential and intended only for use of the person(s) named as addressee(s) to the extent that information contained herein is intended to be confidential, and inadvertent transmittal via facsimile shall not waive the privileged character, pursuant to statute or law, of this communication. If you receive this facsimile in error, or if it cannot be delivered to the addressee, Please immediately notify us by telephone to arrange for the return of this telecopy to us. Please call (913) 982 - 8400 if you have any questions. Payment is based on member eligibility.

# Fax COVER SHEET

| | | | |
|---|---|---|---|
| **To:** | **New Directions** | **From:** | **Sallye Wilkinson, Ph.D., PA** |
| FAX: | 888-979-9272 | Pages: | 3 (including cover sheet) |
| Phone: | | Date: | 6/18/02 |
| RE: | Out patient Authorization Request | CC: | |

___ **Urgent** ____ **For Review** ____ **Please Comment** ____ **Please Reply** ***Please Recycle***

**CONFIDENTIALITY NOTICE**: The documents accompanying this telecopy transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual(s) named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopy information is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone.

**NOTE/ COMMENTS:**

*From the desk of:*


Sallye Wilkinson, Ph.D. PA
5040 SW 28th St., Suite F
Topeka KS 66614
(785) 273-5238
(785) 273-5906 fax

8000 Lee Boulevard
Leawood KS 66206
(913) 341-7447
(913) 341-7262 fax


Please send replies to: _____ Topeka office _____

Sallye Wilkinson, Ph.D.

5040 SW 28th St., Suite F
Topeka, Kansas 66614

1 = 90801
8 = 90806

→ GAF 45

Auth #
013 7803

Authorization Request form
for additional session

unlimited # per year
80%

New Beh Health
PO 6729
Gawood 66006

Century Health Solutions
PO Box 1676
Topeka KS 66601-1676