BOMAN, Kayla DOS: 03-12-02 DOB: 08-18-90 #7126451

SUBJECTIVE FINDINGS: Kayla is brought in for a KBH and school physical exam. She has no current problems or complaints. Immunizations are up-to-date. She did have an injury to the left fourth finger several years ago and this has resulted in a mallet finger deformity of the left fourth finger. This is not especially bothersome to her as far as pain or any other problem but she does have a little bit of difficulty playing the piano with her finger in this state. Apparently there was some planned treatment at KU Medical Center several years ago but this was not done in follow up.

OBJECTIVE FINDINGS: The History and Physical exam were done and they are charted on the KBH and school physical exam forms.

PLAN: Outside of her abnormal mallet finger on the left hand she has no other medical problems. She is released for all activities at school.

J. Rob Hutchison, M.D./tsk
Date Received: 03-29-02

Date Dictated: 03-12-02
Date Transcribed: 04-03-02

*********************************************************************************

Stormont-Vail HealthCare

# Progress Notes

DOB 8/18/90
Name Kayla Boman
Room/Account 7126451

* 3 0 2 0 0 *

3-12-02 wt 83 lbs ht 56 3/4" BP 88/50 P - 92
NKA Here for 11 yr KBH. G. Love, RN
(L) 4th finger c̄ mallet deformity

**GIRLS: 2 TO 18 YEARS PHYSICAL GROWTH NCHS PERCENTILES***

Name Kayla Bo[redacted]man Record # 7126451

MOTHER'S STATURE ______ FATHER'S STATURE ______

| DATE | AGE | STATURE | WEIGHT | COMMENT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |





ROSS PEDIATRICS

PediaSure®
Complete Liquid Nutrition
The only complete nutritional formula designed for children 1 to 10 years old

Pedialyte®
Oral Electrolyte Maintenance Solution
Quickly restores fluids and minerals lost in diarrhea and vomiting

VI-DAYLIN
Vitamins
Good-tasting vitamins for infants and children


*Adapted from: Hamill PVV, Drizd TA, Johnson CL, Reed RB, Roche AF, Moore WM: Physical growth: National Center for Health Statistics percentiles. AM J CLIN NUTR 32:607-629, 1979. Data from the National Center for Health Statistics (NCHS), Hyattsville, Maryland.

© 1982 Ross Products Division, Abbott Laboratories

**Cotton-O'Neil Clinic**

*A Division of Stormont-Vail HealthCare, Inc.*

**For Receptionist Use Only**

Patient # 712451

Today's Date 3/11/02

Appointment Dr. 134

Receptionist JL

NEW 21002

## PATIENT INFORMATION (Please Print Firmly)

**Patient Full Legal Name:**

| Boman | Kayla | Deanne |
|---|---|---|
| (Last Name) | (First Name) | (Middle Name) |

| | | 8-18-90 | Sex: M (F) |
|---|---|---|---|
| (Previous or Maiden Name) | (Social Security Number) | (Date of Birth) | (Circle One) |

**Patient Information:**

| 32419 | S Adams | | Melvern | KS | 66510 |
|---|---|---|---|---|---|
| (Address) | (Street) | (Apt./Box) | (City) | (State) | (Zip) |

| (785) 549-3548 | S | 6th grade | |
|---|---|---|---|
| (Home Telephone No.) | (Marital Status) | (Student Status) | (Primary Care Physician) |

| W | | | |
|---|---|---|---|
| (Race) | (Language) | (Name of Employer) | (Occupation) |

Full-Time Part-Time (Circle One) ( ) (Business Telephone No.)

## BILLING INFORMATION

**Person Responsible for Payment (If Other Than Patient Named Above):** Relationship to Patient Mother

| Montgomery | Lisa | Marie |
|---|---|---|
| (Last Name) | (First Name) | (Middle Name) |

| Boman | 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 | 2-27-68 | Sex: M (F) |
|---|---|---|---|
| (Previous or Maiden Name) | (Social Security Number) | (Date of Birth) | (Circle One) |

| 32419 | S. Adams | | Melvern | KS | 66510 |
|---|---|---|---|---|---|
| (Address) | (Street) | (Apt./Box) | (City) | (State) | (Zip) |

| (785) 549-3548 | JMCO | (785) 233-2301 |
|---|---|---|
| (Home Telephone No.) | (Name of Employer/Firm) | (Business Telephone No.) |

## HEALTH INSURANCE

| | | | If different than patient, must complete Billing Information above for the Policyholder |
|---|---|---|---|
| Primary Insurance (1) | Identification # | Policyholder's Name | |
| Group Name (Employer) | Group # | Primary Insurance Address | Effective Date |

| | | | If different than patient, must complete Billing Information above for the Policyholder |
|---|---|---|---|
| Secondary Insurance (2) | Identification # | Policyholder's Name | |
| Group Name (Employer) | Group # | Primary Insurance Address | Effective Date |

## ADDITIONAL PATIENT INFORMATION

**Please List All Family Members Living With You:**

| NAME (Full Legal) | Relationship | Date of Birth | NAME (Full legal) | Relationship | Date of Birth |
|---|---|---|---|---|---|
| Desiree Boman | Sister | 1-11-87 | Lisa Montgomery | mother | 2-27-6 |
| Chelsea Boman | Sister | 7-9-88 | Kevin Montgomery | Stepfather | 6-28-6 |
| Carl J. Boman II | brother | 10-20-89 | | | |

**In Case of Emergency:** Please list next-of-kin or person holding Durable Power of Attorney for Healthcare Decisions

| Judy Shaughnessy | grandmother | (785) 828-3811 |
|---|---|---|
| (Full Legal Name) | (Relationship to Patient) | (Telephone No.) |

**AUTHORIZATION TO RELEASE INFORMATION, ASSIGNMENT OF INSURANCE BENEFITS, AND CONSENT FOR TREATMENT**

The undersigned hereby authorizes Cotton-O'Neil Clinic to furnish such information and records concerning the above named patient's medical condition to other health care providers as may appear appropriate to the patient's care and treatment and also to furnish such information and records to the patient's immediate family. The undersigned hereby authorizes Cotton-O'Neil Clinic to release any such information and records to any insurance company, benefit plan or governmental agency as may appear to be necessary to process any claim for medical services provided to the patient and, when approved by Cotton-O'Neil Clinic hereby assigns to Cotton-O'Neil Clinic any right to receipt of payment for such services, such payment to be made directly to Cotton-O'Neil Clinic. Except as otherwise prohibited **each person signing below acknowledges full responsibility for the payment of all charges incurred by the above-named patient.**

The above named patient or, if such patient is a minor or incompetent individual, the undersigned on behalf of such patient, does hereby consent to medical care, including diagnostic procedures, as determined by a physician or his assistants or designees to be necessary for the welfare of such patient. This authorization shall be in force without explanation or time limitation for any medical care provided by any Cotton-O'Neil Clinic physician or his assistant or designee. The undersigned acknowledges that no guarantee has been made as to the result of any treatment, examination or test.

A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS EFFECTIVE AND VALID AS THE ORIGINAL.

(Patient Signature) (Today's Date)

X Lisa Montgomery (Signature of Responsible Party) 3/11/02 (Today's Date)

Newman Regional Health
1201 West 12th Avenue
Emporia, Kansas 66801-2597
Telephone: (620) 343-6800 Ext. 1202 Fax: (620) 341-7825

6451

# OUTPATIENT REPORT

PATIENT: BOMAN,KAYLA D | ACCT #: F00002018000 | LOC: LAB | MR #: M00100746
AGE/SEX: 11/F | ROOM: | ADM: 03/12/02
ATTEND DR: Hutchison,Joseph R | DOB: 08/18/90 | BED: | STATUS: REG CLI

Specimen: 0312:H00044R  Collected: 03/12/02-1702  Status: COMP  Req#: 00370050
Received: 03/12/02-1703  Sub Dr: Hutchison,Joseph R
Other Dr:

Ordered: CBC-AUTO DIFF
Comments: DX ROUTINE KBH SCREENING
Queries:

| Test | Result | Flag | Reference |
|---|---|---|---|
| *CBC-AUTO DIFF* | | | |
| WBC | 7.0 | | 5.0-15.5 10^3/uL |
| RBC | 4.45 | | 3.50-5.40 10^6/uL |
| *Hgb & Hct* | | | |
| Hemoglobin | 12.9 | | 11.5-13.5 g/dL |
| Hematocrit | 37.5 | | 35-45 % |
| MCV | 84.3 | | 75-87 fL |
| MCH | 28.9 | | 25.0-34.0 pg |
| MCHC | 34.3 | | 31.0-36.0 g/dL |
| RDW | 13.1 | | 11.0-15.0 % |
| Platelets | 345 | | 130-400 10^3/uL |
| MPV | 8.0 | | 7.0-11.0 fL |
| Neutrophil % | 44.7 | | 43.0-72.0 % |
| Lymphocyte % | 44.9 | | 15.0-45.0 % |
| Monocyte % | 8.5 | | 1.0-12.0 % |
| Eosinophil % | 1.7 | | 0.0-6.0 % |
| Basophil % | 0.2 | | 0.0-2.0 % |
| Neutrophil # | 3.1 | | 1.0-8.0 10^3/uL |
| Lymphocyte # | 3.2 | H | 1.0-3.0 10^3/uL |
| Monocyte # | 0.6 | | 0.0-1.0 10^3/uL |
| Eosinophil # | 0.1 | | 0.0-0.4 10^3/uL |
| Basophil # | 0.0 | | 0.0-0.2 10^3/uL |

Specimen: 0312:RT00008R  Collected: 03/12/02-1702  Status: COMP  Req#: 00370050
Received: 03/12/02-1703  Sub Dr: Hutchison,Joseph R
Other Dr:

Ordered: LEAD
Comments: DX ROUTINE KBH SCREENING
TEST PERFORMED AT: (SL) QUEST DIAGNOSTICS-ST. LOUIS
11636 ADMINISTRATION
ST. LOUIS, MO 63146
Queries: Collection Sample: Venous

| Test | Result | Flag | Reference |
|---|---|---|---|
| *LEAD(*a)* | | | |
| LEAD PLASMA | <3 | | <10 MCG/DL |
| | *DUE TO THE POSSIBILITY OF LEAD CONTAMINATION OF THE SKIN, IT IS RECOMMENDED THAT ANY ELEVATED LEAD LEVEL COLLECTED IN A CAPILLARY TUBE BE CONFIRMED BY A BLOOD SAMPLE COLLECTED BY VENIPUNCTURE.* | | |
| COLLECT SAMPLE | VENOUS | | |

(*a) Testing performed at Quest Diagnostics



Case 4:12-cv-08001-GAF Document 163-23 Filed 09/03/15 Page 5 of 8

PHYSICAL EXAMINATION

# PRE-PARTICIPATION PHYSICAL EVALUATION

Name Kayla Boman Date of Birth 8-18-90

Height 5'6 3/4" Weight 83lbs Tanner Stage I II III IV V Pulse 92 Blood Pressure 88/50

Vision R 20/ L 20/ Corrected: Y N Pupils: Equal Unequal

Record date of most recent immunizations (shot) for Td

| | NORMAL | ABNORMAL FINDINGS | INITIALS* |
|---|---|---|---|
| **MEDICAL** | | | |
| Appearance | ✓ | | |
| Eyes/Ears/Nose/Throat | ✓ | | |
| Lymph Nodes | ✓ | | |
| Heart | ✓ | | |
| Pulses | ✓ | | |
| Lungs | ✓ | | |
| Abdomen | ✓ | | |
| Genitalia/Hernia | ✓ | | |
| Skin | ✓ | | |
| **MUSCULOSKELETAL** | | | |
| Neck | ✓ | | |
| Back | ✓ | | |
| Shoulder/Arm | ✓ | | |
| Elbow/Forearm | ✓ | | |
| Wrist/Hand | X | | |
| Hip/Thigh | ✓ | (L) 4th finger mallet deformity | |
| Knee | ✓ | | |
| Leg/Ankle | ✓ | | |
| Foot | ✓ | | |

*Station-based examination only

## CLEARANCE

☑ Cleared for all activities

☐ Not cleared for:

Reason:

Recommendations:

Medical Arts Clinic of Lebo
118 W. 4th P.O. Box 507
Lebo, KS 66856
(620) 256-6346

I HEREBY CERTIFY THAT I AM QUALIFIED BY TRAINING AND EXPERIENCE TO PROPERLY PERFORM THE EXAMINATION AND MAKE THE EVALUATION REFLECTED ON THIS FORM

Name of physician *(print/type)* Date 3-12-02

Address Phone ( )

Signature of physician [signature] , MD, DO, DC or RPA

# KAN BE HEALTHY (EPSDT)

## ASSESSMENT FORM

| Medicaid #: | |
|---|---|
| W0025XC Medical screen without referral | ☐ |
| W0025XD Medical screen with referral | ☐ |

| Name of Patient | Date of Birth | Age | Date of Screen |
|---|---|---|---|
| Kayla Boman | 8-18-90 | 11 | 3-12-02 |

**GROWTH**

| T | P | R | BP (3-20 years old complete each time) | WT | HT | %WT/HT | Head Circumference |
|---|---|---|---|---|---|---|---|
| | 92 | | 88/50 | 83lbs kg/lbs | 56 3/4" cm/in; th% | <10 Years th%; BMI > 10 years th% | Age 0-24 months cm/in; th% |

**MEDICAL HISTORY**

**Allergies:** NKA

**HISTORY** *(Initial history and changes must be on file)*

**Family Medical Hx** Did P-Parent, G-Grandparent, B-Brother or S-Sister have any of the following? Circle and indicate relationship with disease/problem.

| | | | | | |
|---|---|---|---|---|---|
| Allergies | G, P | High B/P | | Speech, Visual, Hearing Problems | |
| Birth defects | | Kidney/Liver Disease | | Ulcers/Colitis | |
| Blood Disorder/Sickle Cell | | Lung Disease asthma | P, G | Urinary/bowel | |
| Cancer | | Mental Illness | | Other | |
| Diabetes | | Obesity | | | |
| Drug or ETOH Abuse | | Physical Handicaps | | | |
| Epilepsy/Seizures | | Retardation | | | |
| Heart Disease/Stroke | | Scoliosis/Arthritis | | | |

**Present Concerns:**

☐ Refer to completed history form in chart.
☐ No changes in medical Hx unless indicated.
☐ Previous Hx reviewed from __________ visit.

**Client Medical Hx**

| | | | | |
|---|---|---|---|---|
| Birth History: | 10 wks early | Serious Illness/ Accidents: | Ø | Miscellaneous: |
| Birth Weight: | 3# 2oz | Operations: | Ø | |
| Birth Height: | 15" | Medications: | Ø | |

**DEVELOPMENTAL**

**Nationally Standardized Developmental Test** *each screen under age 6*

Circle one: PDQ Denver II Other ______

Results: Normal Suspect Delayed Untestable

**Developmental Emotional Observations** *each screen age 6-20 yrs*

Exercise: wl

Sleep Habits: good

Discipline: wnl

School: Grade ______ Avg Marks A B

Days Missed ______ Special Ed. (✓) ______

Emotional: wnl Peer Interaction ______

Special Needs: ______

**IMMUNIZATIONS**

☐ Copy of Record in Chart
☑ Current ☐ In Process ☐ Behind ☐ Unknown
☐ Requested parent obtain record

Comments ______

*Provide dates if not located elsewhere in chart*

| | | | | | |
|---|---|---|---|---|---|
| DPT | | | | | |
| HIB | | | | | |
| OPV or IPV | | | | | |
| MMR | | | | | |
| HEP B | | | | | |
| Varicella | | | | | |
| Td Booster | | | | | |
| Other | | | | | |

**NUTRITIONAL**

**Document Nutritional Evaluation**

Referral: Yes ☐ No ☑ WIC Yes ☐ No ☑ Receiving Vitamin Supplement: with Iron ☐ without Iron ☐

Breast Feeding x per 24 hrs: ______ # stools x 24 hrs: ______ # wet diapers x 24 hrs: ______

Formula type, oz and x per 24 hrs: ______

| | Number of servings per day | Comments |
|---|---|---|
| Dairy (milk & milk products) | 3-4 | |
| Vegetable | 2-3 | |
| Fruit | 1 | |
| Meat/Bean/Eggs | 2-3 | |
| Bread/Cereals | 3-4 | |
| Fats, sweets, sugars | | |

## PHYSICAL EXAM

| *Describe any Abnormal Findings* | WNL | ABN | *Comments* |
|---|---|---|---|
| General Appearance | ✓ | | |
| Integumentary | ✓ | | |
| Head-Neck | ✓ | | |
| Eyes-Ears-Nose & Throat | ✓ | | |
| Oral/Dental | ✓ | | |
| Pulmonary | ✓ | | |
| Cardiovascular | ✓ | | |
| Abdomen/Gastrointestinal | ✓ | | |
| Genitourinary | ✓ | | |
| Trunk & Spine | ✓ | | |
| Musculoskeletal | | ✓ | [illegible handwriting] |
| Neurological | ✓ | | |

## HEALTH EDUCATION AND ANTICIPATORY GUIDANCE

Circle Those Discussed/Handouts Given

1. Behavior/Discipline
2. Dental
3. Development
4. Family Planning
5. Immunizations
6. Lifestyle
7. Nutrition
8. Parenting
9. Safety/Poisons
10. Self Breast Exam
11. Self Testicular Exam
12. Sexuality
13. Substance Abuse
14. Weapon Safety
15. Other ______

## LAB

**Lead Verbal Screen** *Due at Every Screen from 6 mo - 72 mo.*

**Does your child:** Yes No

- Live in or regularly visit a house with peeling or chipping paint built before 1978? ☐ ☐
  (This could include a day care center, preschool, the home of a baby-sitter or relative etc.)
- Live in or regularly visit a home built before 1978 with recent, ongoing, or planned renovation or remodeling? ☐ ☐
- Have a sibling, housemate, or playmate being followed or treated for lead poisoning (that is blood level > or = 15ug/dl)? ☐ ☐
- Live with an adult whose job or hobby involves exposure to lead? ☐ ☐
- Live near an active lead smelter, battery recycling plant, or other industry likely to release lead or live near a heavily travelled highway? ☐ ☐
- Do you give your child any home or folk remedies which may contain lead? ☐ ☐

**One positive response to these questions requires blood lead testing** ☐ Positive ☐ Negative

**Lead Screen Blood Test Due @ 12 mo & 24 mo and @ 36-72 mo *if not previously screened.* Also required with one or more positive verbal response(s).**

Lead Screen Pending ☑ Results ______ [illegible handwriting]

HGB/HCT due @ age 9 mo & 15 yrs

Hgb ______ Hct ______

H&H Pending ☐

*U/A results (due @ age 5yrs & 15 yrs)*

______

U/A Pending ☐

Unable to obtain U/A ☐

## VISION SCREEN

Eye Tracking *(age 0 thru 3 yr—each screen)* Pass ☐ Fail ☐

W0025-XM Without Referral ☐

W0025-XN With Referral ☐

Eye Chart Results 3 thru 20yr—every 2 yrs OS OD OU Far

Correction ☐ No correction ☐ OS OD OU Near

Colorblindness Pass ☐ Fail ☐ [illegible handwriting]

Date of Last Eye Exam ______ ☐ Untestable

## HEARING

W0025-XP Without Referral ☐

W0025-XQ With Referral ☐

Gross Testing *(age -3 years, each screen)*

Pass ☐ Fail ☐

Audiometric Results *3years - 20 years, every 3 yrs*

R Pass ☐ Fail ☐ @______dB

L Pass ☐ Fail ☐ @______dB

☐ Untestable

Date of Last Screen ______

## DENTAL

Sees Dentist Yes ☑ No ☐ Date of Last Dental Exam: ______

Dental Referral (age 3 thru 20 yr) Yes ☐ No ☐

## OTHER

Assessment [illegible handwriting]

Plan/Referrals [illegible handwriting]

Return [illegible handwriting]

Signature of Screener [signature] Date 7/7/02



#60-11 (9/98) JDM