BOWMAN, Carl DOS: 03-12-02 DOB: 10-20-89 #7126444

SUBJECTIVE FINDINGS: Carl is brought in by his mother to have a twelve year KBH exam and also a school physical exam.

OBJECTIVE FINDINGS: The History and Physical exams were done and they are charted on the appropriate forms. They are filled out entirely and copied for the chart.

PLAN: He has a history of asthma and has previously been on Proventil inhaler to use before exercise and as needed. The Proventil inhaler was refilled. I recommend yearly follow up and otherwise see as needed.

J. Rob Hutchison, M.D./tsk
Date Received: 03-29-02

Date Dictated: 03-12-02
Date Transcribed: 04-03-02

*****************************************************************************

Stormont-Vail HealthCare

# Progress Notes

DOB 10-20-89
Name Carl Boman
Room/Account 7126444

*30200*

3-12-02 wt 123 lbs ht 63" BP 100/64 P-60
NKA Here for 12yr KBH. G. Love, RN
PE -
Hx Asthma

Case 4:12-cv-08001-GAF Document 163-24 Filed 09/03/15 Page 2 of 8

**BOYS: 2 TO 18 YEARS**
**PHYSICAL GROWTH**
**NCHS PERCENTILES***

NAME Carl Boman RECORD # 7126444

MOTHER'S STATURE ____________ FATHER'S STATURE ____________

| DATE | AGE | STATURE | WEIGHT | COMMENT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |




Ross Growth & Development Program

*Adapted from: Hamill PVV, Drizd TA, Johnson CL, Reed RB, Roche AF, Moore WM: Physical growth: National Center for Health Statistics percentiles. AM J CLIN NUTR 32:607-629, 1979. Data from the National Center for Health Statistics (NCHS), Hyattsville, Maryland.

Case 4:12-cv-08001-GAF Document 163-24 Filed 09/03/15 Page 3 of 8

**Cotton-O'Neil Clinic**

*A Division of Stormont-Vail HealthCare, Inc.*

| For Receptionist Use Only |
|---|
| Patient # 7121444 |
| Today's Date 3/11/02 |
| Appointment Dr. 134 |
| Receptionist JL |
| NEW |
| 21002 |

## PATIENT INFORMATION (Please Print Firmly)

**Patient Full Legal Name:**

| Boman II | Carl | James | |
|---|---|---|---|
| (Last Name) | (First Name) | (Middle Name) | |
| | | 10-20-89 | Sex: (M) F |
| (Previous or Maiden Name) | (Social Security Number) | (Date of Birth) | (Circle One) |

**Patient Information:**

| 32419 S. Adams | | Melvern | KS | 66510 |
|---|---|---|---|---|
| (Address) (Street) | (Apt./Box) | (City) | (State) | (Zip) |

| (485) 549-3548 | S | 6th grade | |
|---|---|---|---|
| (Home Telephone No.) | (Marital Status) | (Student Status) | (Primary Care Physician) |

| W | English | ~~JMCO~~ | |
|---|---|---|---|
| (Race) | (Language) | (Name of Employer) | (Occupation) |

Full-Time Part-Time (Circle One) ( ) (Business Telephone No.)

## BILLING INFORMATION

**Person Responsible for Payment (If Other Than Patient Named Above):** Relationship to Patient Mother

| Montgomery | Lisa | Marie | |
|---|---|---|---|
| (Last Name) | (First Name) | (Middle Name) | |
| Boman | 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 | 2-27-68 | Sex: M F |
| (Previous or Maiden Name) | (Social Security Number) | (Date of Birth) | (Circle One) |

| 32419 S. Adams | | Melvern | KS | 66510 |
|---|---|---|---|---|
| (Address) (Street) | (Apt./Box) | (City) | (State) | (Zip) |

| (785) 549-3548 | JMCO | (785) 233-2301 |
|---|---|---|
| (Home Telephone No.) | (Name of Employer/Firm) | (Business Telephone No.) |

## HEALTH INSURANCE

| Primary Insurance (1) | Identification # | Policyholder's Name | If different than patient, must complete Billing Information above for the Policyholder |
|---|---|---|---|
| Group Name (Employer) | Group # | Primary Insurance Address | Effective Date |

| Secondary Insurance (2) | Identification # | Policyholder's Name | If different than patient, must complete Billing Information above for the Policyholder |
|---|---|---|---|
| Group Name (Employer) | Group # | Primary Insurance Address | Effective Date |

## ADDITIONAL PATIENT INFORMATION

**Please List All Family Members Living With You:**

| NAME (Full Legal) | Relationship | Date of Birth | NAME (Full legal) | Relationship | Date of Birth |
|---|---|---|---|---|---|
| Desiree Boman | Sister | 1-11-87 | Lisa Montgomery | mother | 2-27-68 |
| Chelsea Boman | Sister | 7-9-88 | Kevin Montgomery | Step-father | 6-28-60 |
| Kayla Boman | Sister | 8-18-90 | | | |

**In Case of Emergency:** Please list next-of-kin or person holding Durable Power of Attorney for Healthcare Decisions

| Judy Shaughnessy | grand-mother | (785) 828-3811 |
|---|---|---|
| (Full Legal Name) | (Relationship to Patient) | (Telephone No.) |

**AUTHORIZATION TO RELEASE INFORMATION, ASSIGNMENT OF INSURANCE BENEFITS, AND CONSENT FOR TREATMENT**

The undersigned hereby authorizes Cotton-O'Neil Clinic to furnish such information and records concerning the above named patient's medical condition to other health care providers as may appear appropriate to the patient's care and treatment and also to furnish such information and records to the patient's immediate family. The undersigned hereby authorizes Cotton-O'Neil Clinic to release any such information and records to any insurance company, benefit plan or governmental agency as may appear to be necessary to process any claim for medical services provided to the patient and, when approved by Cotton-O'Neil Clinic hereby assigns to Cotton-O'Neil Clinic any right to receipt of payment for such services, such payment to be made directly to Cotton-O'Neil Clinic. Except as otherwise prohibited **each person signing below acknowledges full responsibility for the payment of all charges incurred by the above-named patient.**

The above named patient or, if such patient is a minor or incompetent individual, the undersigned on behalf of such patient, does hereby consent to medical care, including diagnostic procedures, as determined by a physician or his assistants or designees to be necessary for the welfare of such patient. This authorization shall be in force without explanation or time limitation for any medical care provided by any Cotton-O'Neil Clinic physician or his assistant or designee. The undersigned acknowledges that no guarantee has been made as to the result of any treatment, examination or test.

A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS EFFECTIVE AND VALID AS THE ORIGINAL.

(Patient Signature) (Today's Date)

Lisa Montgomery

(Signature of Responsible Party) (Today's Date)

# Newman Regional Health

1201 West 12th Avenue
Emporia, Kansas 66801-2597
Telephone: (620) 343-6800 Ext. 1202 Fax: (620) 341-7825



6444

## OUTPATIENT REPORT

PATIENT: BOMAN,CARL J II ACCT #: F00002017994 LOC: LAB MR #: M00100745
AGE/SEX: 12/M ROOM: ADM: 03/12/02
ATTEND DR: Hutchison,Joseph R DOB: 10/20/89 BED: STATUS: REG CLI

Specimen: 0312:H00042R Collected: 03/12/02-1653 Status: COMP Req#: 00370048
Received: 03/12/02-1703 Sub Dr: Hutchison,Joseph R
Other Dr:

Ordered: CBC-AUTO DIFF
Comments: DX ROUTINE KBH SCREENING
Queries:

| Test | Result | Flag | Reference |
|---|---|---|---|
| *CBC-AUTO DIFF* | | | |
| WBC | 8.0 | | 4.5-13.5 10^3/uL |
| RBC | 4.50 | L | 4.70-6.00 10^6/uL |
| *Hgb & Hct* | | | |
| Hemoglobin | 12.6 | | 12.0-16.0 g/dL |
| Hematocrit | 36.4 | | 36-50 % |
| MCV | 80.9 | | 77-95 fL |
| MCH | 28.0 | | 25.0-34.0 pg |
| MCHC | 34.6 | | 31.0-36.0 g/dL |
| RDW | 11.7 | | 11.0-15.0 % |
| Platelets | 232 | | 130-400 10^3/uL |
| MPV | 9.0 | | 7.0-11.0 fL |
| Neutrophil % | 47.1 | | 43.0-72.0 % |
| Lymphocyte % | 42.0 | | 15.0-45.0 % |
| Monocyte % | 7.0 | | 1.0-12.0 % |
| Eosinophil % | 1.9 | | 0.0-6.0 % |
| Basophil % | 2.0 | | 0.0-2.0 % |
| Neutrophil # | 3.6 | | 1.0-8.0 10^3/uL |
| Lymphocyte # | 3.4 | H | 1.0-3.0 10^3/uL |
| Monocyte # | 0.6 | | 0.0-1.0 10^3/uL |
| Eosinophil # | 0.2 | | 0.0-0.4 10^3/uL |
| Basophil # | 0.2 | | 0.0-0.2 10^3/uL |

Specimen: 0312:RT00007R Collected: 03/12/02-1653 Status: COMP Req#: 00370048
Received: 03/12/02-1703 Sub Dr: Hutchison,Joseph R
Other Dr:

Ordered: LEAD
Comments: DX ROUTINE KBH SCREENING
TEST PERFORMED AT: (SL) QUEST DIAGNOSTICS-ST. LOUIS
11636 ADMINISTRATION
ST. LOUIS, MO 63146
Queries: Collection Sample: Venous

| Test | Result | Flag | Reference |
|---|---|---|---|
| *LEAD(*a)* | | | |
| LEAD PLASMA | <3 | | <10 MCG/DL |
| | *DUE TO THE POSSIBILITY OF LEAD CONTAMINATION OF THE SKIN, IT IS RECOMMENDED THAT ANY ELEVATED LEAD LEVEL COLLECTED IN A CAPILLARY TUBE BE CONFIRMED BY A BLOOD SAMPLE COLLECTED BY VENIPUNCTURE.* | | |
| COLLECT SAMPLE | VENOUS | | |

(*a) Testing performed at Quest Diagnostics



Case 4:12-cv-08001-GAF Document 163-24 Filed 09/03/15 Page 5 of 8

PHYSICAL EXAMINATION

# PRE-PARTICIPATION PHYSICAL EVALUATION

Name Carl Boman Date of Birth 10-20-89

Height 6'3" Weight 123 lbs Tanner Stage I II III IV V Pulse 60 Blood Pressure 100/64

Vision R 20/ L 20/ Corrected: Y N Pupils: Equal Unequal

Record date of most recent immunizations (shot) for Td

| | NORMAL | ABNORMAL FINDINGS | INITIALS* |
|---|---|---|---|
| **MEDICAL** | | | |
| Appearance | ✓ | | |
| Eyes/Ears/Nose/Throat | ✓ | | |
| Lymph Nodes | ✓ | | |
| Heart | ✓ | | |
| Pulses | ✓ | | |
| Lungs | ✓ | | |
| Abdomen | ✓ | | |
| Genitalia/Hernia | ✓ | | |
| Skin | ✓ | | |
| **MUSCULOSKELETAL** | | | |
| Neck | ✓ | | |
| Back | ✓ | | |
| Shoulder/Arm | ✓ | | |
| Elbow/Forearm | ✓ | | |
| Wrist/Hand | ✓ | | |
| Hip/Thigh | ✓ | | |
| Knee | ✓ | | |
| Leg/Ankle | ✓ | | |
| Foot | ✓ | | |

*Station-based examination only

## CLEARANCE

☑ Cleared for all activities

☐ Not cleared for:

Reason:

Recommendations:

Medical Arts Clinic of Lebo
118 W. 4th P.O. Box 507
Lebo, KS 66856
(620) 256-6346

I HEREBY CERTIFY THAT I AM QUALIFIED BY TRAINING AND EXPERIENCE TO PROPERLY PERFORM THE EXAMINATION AND MAKE THE EVALUATION REFLECTED ON THIS FORM

Name of physician *(print/type)* Date 3/2012

Address Phone ( )

Signature of physician [signature], MD, DO, DC or RPA

**KAN BE HEALTHY (EPSDT)**

**ASSESSMENT FORM**

**Medicaid #:**

| | | |
|---|---|---|
| W0025XC | Medical screen without referral | ☐ |
| W0025XD | Medical screen with referral | ☐ |

| Name of Patient | Date of Birth | Age | Date of Screen |
|---|---|---|---|
| Carl Boman | 10-20-89 | 12 | 3-12-02 |

**GROWTH**

| T | P | R | BP | WT | HT | %WT/HT | Head Circumference |
|---|---|---|---|---|---|---|---|
| | 60 | | 109/64 (3-20 years old complete each time) | 123 kg/lbs | 63" cm/in ___ th% | <10 Years ___ th%; BMI > 10 years ___ th% | Age 0-24 months ___ cm/in ___ th% |

**MEDICAL HISTORY**

**Allergies:** ______

**HISTORY** *(Initial history and changes must be on file)*

**Family Medical Hx** Did P-Parent, G-Grandparent, B-Brother or S-Sister have any of the following? Circle and indicate relationship with disease/problem.

| | | | | | |
|---|---|---|---|---|---|
| Allergies | G. P | High B/P | | Speech, Visual, Hearing Problems | |
| Birth defects | | Kidney/Liver Disease | | Ulcers/Colitis | |
| Blood Disorder/Sickle Cell | | Lung Disease | G. P | Urinary/bowel | |
| Cancer | | Mental Illness | | Other | |
| Diabetes | | Obesity | | | |
| Drug or ETOH Abuse | | Physical Handicaps | | | |
| Epilepsy/Seizures | | Retardation | | | |
| Heart Disease/Stroke | | Scoliosis/Arthritis | | | |

**Present Concerns:**

☐ Refer to completed history form in chart.
☐ No changes in medical Hx unless indicated.
☐ Previous Hx reviewed from ______ visit.

**Client Medical Hx**

Birth History: ______

Serious Illness/ Accidents: pneumonia x3

Miscellaneous: 1 Smo injested trisodium phosphate

Birth Weight: 5# 0oz

Operations: Ø

Birth Height: 19"

Medications: Ø

**DEVELOPMENTAL**

**Nationally Standardized Developmental Test** *each screen under age 6*

Circle one: PDQ Denver II Other ______

Results: Normal Suspect Delayed Untestable

**Developmental Emotional Observations** *each screen age 6-20 yrs*

Exercise: ______

Sleep Habits: ______

Discipline: ______

School: Grade ______ Avg Marks ______

Days Missed ______ Special Ed. (✓) ______

Emotional: ______ Peer Interaction ______

Special Needs: ______

**IMMUNIZATIONS**

☐ Copy of Record in Chart

☐ Current ☐ In Process ☐ Behind ☐ Unknown

☐ Requested parent obtain record

Comments ______

*Provide dates if not located elsewhere in chart*

| | | | | | |
|---|---|---|---|---|---|
| DPT | | | | | |
| HIB | | | | | |
| OPV or IPV | | | | | |
| MMR | | | | | |
| HEP B | | | | | |
| Varicella | | | | | |
| Td Booster | | | | | |
| Other | | | | | |

**NUTRITIONAL**

**Document Nutritional Evaluation**

Referral: Yes ☐ No ☐ WIC Yes ☐ No ☐ Receiving Vitamin Supplement: with Iron ☐ without Iron ☐

Breast Feeding x per 24 hrs: ______ # stools x 24 hrs: ______ # wet diapers x 24 hrs: ______

Formula type, oz and x per 24 hrs: ______

| | Number of servings per day | Comments |
|---|---|---|
| Dairy (milk & milk products) | 3-4 | |
| Vegetable | 2-3 | |
| Fruit | 1 | |
| Meat/Bean/Eggs | 2-3 | |
| Bread/Cereals | 3 | |
| Fats, sweets, sugars | | |

## PHYSICAL EXAM

| Describe any Abnormal Findings | WNL | ABN | Comments |
|---|---|---|---|
| General Appearance | ✓ | | |
| Integumentary | ✓ | | |
| Head-Neck | ✓ | | |
| Eyes-Ears-Nose & Throat | ✓ | | |
| Oral/Dental | ✓ | | |
| Pulmonary | ✓ | | |
| Cardiovascular | ✓ | | |
| Abdomen/Gastrointestinal | ✓ | | |
| Genitourinary | ✓ | | |
| Trunk & Spine | ✓ | | |
| Musculoskeletal | ✓ | | |
| Neurological | ✓ | | |

## HEALTH EDUCATION AND ANTICIPATORY GUIDANCE

Circle Those Discussed/Handouts Given

1. Behavior Discipline
2. Dental
3. Development
4. Family Planning
5. Immunizations
6. Lifestyle
7. Nutrition
8. Parenting
9. Safety/Poisons
10. Self Breast Exam
11. Self Testicular Exam
12. Sexuality
13. Substance Abuse
14. Weapon Safety
15. Other ______

## LAB

**Lead Verbal Screen** *Due at Every Screen from 6 mo - 72 mo.*

| Does your child: | Yes | No |
|---|---|---|
| Live in or regularly visit a house with peeling or chipping paint built before 1978? (This could include a day care center, preschool, the home of a baby-sitter or relative etc.) | ☐ | ☐ |
| Live in or regularly visit a home built before 1978 with recent, ongoing, or planned renovation or remodeling? | ☐ | ☐ |
| Have a sibling, housemate, or playmate being followed or treated for lead poisoning (that is blood level > or = 15ug/dl)? | ☐ | ☐ |
| Live with an adult whose job or hobby involves exposure to lead? | ☐ | ☐ |
| Live near an active lead smelter, battery recycling plant, or other industry likely to release lead or live near a heavily travelled highway? | ☐ | ☐ |
| Do you give your child any home or folk remedies which may contain lead? | ☐ | ☐ |

**One positive response to these questions requires blood lead testing** ☑ Positive ☐ Negative

**Lead Screen Blood Test Due @ 12 mo & 24 mo and @ 36-72 mo if not previously screened. Also required with one or more positive verbal response(s).**

Lead Screen Pending ☑ Results To DHO

HGB/HCT due @ age 9 mo & 15 yrs

Hgb ______ Hct ______

H&H Pending ☐

U/A results (due @ age 5yrs & 15 yrs)

U/A Pending ☐

Unable to obtain U/A ☐

## VISION SCREEN

Eye Tracking *(age 0 thru 3 yr--each screen)* Pass ☐ Fail ☐

W0025-XM Without Referral ☐
W0025-XN With Referral ☐

Eye Chart Results 3 thru 20yr--every 2 yrs OS OD OU Far

Correction ☐ No correction ☐ OS OD OU Near

Colorblindness Pass ☐ Fail ☐

Date of Last Eye Exam ______ ☐ Untestable

## HEARING

W0025-XP Without Referral ☐
W0025-XQ With Referral ☐

Gross Testing *(age 0-3 years, each screen)*

Pass ☐ Fail ☐

Audiometric Results *(3years - 20 years, every 3 yrs)*

R Pass ☐ Fail ☐ @______ dB

L Pass ☐ Fail ☐ @______ dB

☐ Untestable

Date of Last Screen To DHO

## DENTAL

Sees Dentist Yes ☑ No ☐ Date of Last Dental Exam: ______

Dental Referral (age 3 thru 20 yr) Yes ☐ No ☐

## OTHER

Assessment Asthma

Plan/Referrals Preventil inhaler prn

Return Yearly

Signature of Screener [signature] Date 3/12/02

Case 4:12-cv-08001-GAF Document 163-24 Filed 09/03/15 Page 8 of 8