NEWMAN MEMORIAL COUNTY HOSPITAL
1201 W 12TH AVE EMPORIA, KS 66801 (316) 343-6800

ACCOUNT # ROOM-BED/PHONE
F00002018018 /
PATIENT'S NAME/ADDRESS
BOMAN,CHELSEA L
32419 S ADAMS

MELVERN , KS 66510

PATIENT STATUS
REG CLI
ADMISSION DATE
03/12/02
COUNTY
OS

MR #
M00100747
ADMISSION TIME
1629
TELEPHONE NUMBER
(785)549-3548

| DOB | AGE | SEX | MARITAL STATUS | PRIMARY LANGUAGE |
|---|---|---|---|---|
| 07/09/88 | 13 | F | S | ENGLISH |

LOCATION LAB

---

EMPLOYER
STUDENT

EMPLOYER'S ADDRESS

OCCUPATION STUDENT

WORK PHONE

---

NOTIFY IN EMERGENCY
MONTGOMERY,LISA
HOME TELEPHONE (785)549-3548

RELATIONSHIP
MOTHER
WORK TELEPHONE

---

RESPONSIBLE PARTY
MONTGOMERY,LISA

RELATIONSHIP
MOTHER

ADDRESS/TELEPHONE NUMBER
32419 S ADAMS

MELVERN , KS 66510
(785)549-3548

SSN
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

---

PRIMARY INSURANCE
MEDICAID
POLICYHOLDER
BOMAN,CHELSEA L

POLICY NUMBER
00101434167
RELATIONSHIP TO PT
SELF

GROUP NUMBER

SECONDARY INSURANCE POLICY NUMBER GROUP NUMBER

POLICYHOLDER RELATIONSHIP TO PT

TERTIARY INSURANCE POLICY NUMBER GROUP NUMBER

POLICYHOLDER RELATIONSHIP TO PT

PRIMARY INS AUTH SECONDARY INS AUTH

---

MODE OF ARRIVAL WORK RELATED INJ? REMARKS PRIMARY CARE PHYSICIAN
N

---

RELIGION
NONE

ADV DIRECTIVE INFORMATION

ATTENDING PHYSICIAN
Hutchison,Joseph R

---

DISMISSAL DATE DISMISSAL TIME LOS SERVICE OBS HOURS

DISCHARGE DISPOSITION

---

OUTPATIENT USE ONLY
DIAGNOSIS
PT DIAGNOSIS
TESTS CBC lead
PHYSICIAN'S SIGNATURE

Case 4:12-cv-08001-GAF Document 163-26 Filed 09/03/15 Page 1 of 6

Newman REGIONAL HEALTH

*For your whole life*™

EMPORIA, KANSAS

**CONSENT FOR TREATMENT AND CONDITIONS OF ADMISSION**

2018018 MED.

Boman, Chelsea L.

1. MEDICAL AND SURGICAL CONSENTS: I consent to the procedures which may be performed by Newman Regional Medical Center, including emergency treatment or services and which may include but are not limited to laboratory procedures, X-ray examinations, radiologist consultations, medical or surgical treatments or procedures, anesthesia, or hospital services rendered the patient under the general and special instructions of the patient's physician(s), dentist(s) or other allied health professional(s). I understand that the practice of medicine and surgery is not an exact science and that diagnosis and treatment may involve risks. I acknowledge that no guarantees have been made as to the results of examinations and treatment. Any and all removed tissues, organs or parts may be disposed of in accordance with accepted medical practice.

I understand and consent tot he testing of blood, urine or gastric contents and other body fluids for alcohol or drug content when performed for medical purposes.

2. SCIENTIFIC MEDICAL PHOTOGRAPH: I authorize the taking of non-identifying pictures/videos of medical or surgical progress and the use of same for scientific, educational or research purposes. No charge will be made to the patient for such photography.

3. RELEASE OF INFORMATION: Upon inquiry, I authorize the hospital to make available to the public or medica certain basic information about the patient, including name, city of residence and general condition. ___________ Initials Authorize

I agree that, to the extent necessary to determine liability for payment and to obtain reimbursement, the hospital and/or physician may disclose all or part of the patient's medical record including reports, orders, and other documentation to any person or corporation which is conducting utilization review and which is or may be liable for all or any portion of the hospital's charges, including but not limited to insurance companies, health care service plans, worker's compensation carriers, welfare funds or the patient's employer.

AUTHORIZATION TO TRANSFER MEDICAL RECORDS: In the event the patient is transferred or referred to another physician during this hospital encounter, Newman Regional Medical Center and all attending or treatment practitioners are hereby authorized and directed to transfer all medical records of the patient for this encounter to any other hospital or provider to which the patient may be referred.

4. PERSONAL VALUABLES: I agree that the hospital shall not be liable for the loss of damage to any money, jewelry, glasses, dentures, documents, hearing aids, other articles of unusual value small size or any other personal property unless placed for safekeeping at the time of admission in facilities provided by the hospital at no charge.

5. ADVANCE DIRECTIVES: I have been informed of my right to formulate Advance Directives (such as a Living Will or a Durable Power of Attorney for Health Care) and that Newman Hospital will provide further information or help in completing them at my request.

6. PATIENT RIGHTS: Newman Regional Medical Center respects the rights of patients to make informed decisions regarding their treatment while a patient at the hospital. A separate form entitled "Patient Rights" lists information regarding those rights. These are posted throughout the facility and I acknowledge receipt of a copy.

7. PROVIDER NON-DISCRIMINATION: Newman Regional Medical Center does not discriminate against any patient because of color, religion, national origin, age, sex, race, handicap or any other criteria not related to the services required.

8. FINANCIAL AGREEMENT: The undersigned agrees, whether he/she signs as agent or as patient, that in consideration of the services to be rendered to the patient he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital and physicians, and to pay for any non-covered charges with 30 days of initial billing. Accounts not pay with 30 days of initial billing may be charged interest at a rate not to exceed the maximum permitted by law. I authorize each physician or other allied health professional (for example radiologist, pathologist, etc.) to bill and collect for his/her professional services, separate and apart from the hospital's billing and collections, as appropriate under the direction of my physician.

9. ASSIGNMENT OF INSURANCE BENEFITS: I hereby assign to Newman Regional Medical Center any medical benefits arising out of any policy of insurance insuring the patient or any other person liable for the patient or any other person liable for the patient's care to be applied to the charges for services rendered. I understand I am financially responsible to the hospital for charges not covered by this agreement.

10. FINANCIAL RESPONSIBILITY: THE UNDERSIGNED understands and agrees that Newman Regional Medical Center is not responsible for collecting insurance nor for resolving any disputed insurance or other third party payer claim and TO PAY NEWMAN REGIONAL MEDICAL CENTER ALL COSTS AND CHARGES INCURRED IN CONNECTION WITH THE PATIENT'S HOSPITALIZATION. It is agreed that if full payment is not made by insurance or other third party payers within thirty (30) days of billing, the undersigned assumes responsibility for all charged incurred.

11. STATEMENT TO PERMIT PAYMENT OF HOSPITAL AND MEDICAL INSURANCE BENEFITS TO HOSPITAL AND PHYSICIANS: I certify that the information given by me in applying for payment under TITLE XVIII or TITLE XIX of the Social Security Act is correct. I authorize release of any information needed to act on this request. I request payment of authorized benefits to be made on my behalf.

ALL MEDICAID TITLE XIX PATIENTS: I am aware that some or all services rendered may be considered co-pay, spenddown or non-emergent and therefore, not covered by Medicaid. In the event these services are considered non-covered. I agree to be personally and fully responsible for payment of services to the hospital and/or to those in-hospital physicians and specialists (e.g., radiology, pathology, etc.) who do their own billing.

THE UNDERSIGNED CERTIFIES THAT HE/SHE READ THE FOREGOING, RECEIVED A COPY THEREOF, AND IS THE PATIENT, THE PATIENT'S LEGAL REPRESENTATIVE, OR IS DULY AUTHORIZED BY THE PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS. IF THE PATIENT IS UNABLE TO SIGN - STATE REASON.

Patient Signature ____________________

X Lisa Montgomery

Patient's Spouse, Agent or Representative

Witness ____________________ Date 3-12-02 Time ______ X mother Relationship to Patient

White Copy - Medical Records Yellow Copy - Business Office Pink Copy - Patient's Copy

#1640 (Rev 01/02)

RUN DATE: 03/14/02
RUN TIME: 1645



# Newman Regional Health

1201 West 12th Avenue
Emporia, Kansas 66801-2597
Telephone: (620) 343-6800 Ext. 1202 Fax: (620) 341-7825

## OUTPATIENT REPORT

PATIENT: BOMAN,CHELSEA L ACCT #: F00002018018 LOC: LAB MR #: M00100747
AGE/SEX: 13/F ROOM: ADM: 03/12/02
ATTEND DR: Hutchison,Joseph R DOB: 07/09/88 BED: STATUS: REG CLI

Specimen: 0312:H00041R Collected: 03/12/02-1658 Status: COMP Req#: 00370047
Received: 03/12/02-1703 Sub Dr: Hutchison,Joseph R
Other Dr:

Ordered: CBC-AUTO DIFF
Comments: DX ROUTINE KBH SCREENING
Queries:

| Test | Result | Flag | Reference |
|---|---|---|---|
| *CBC-AUTO DIFF* | | | |
| WBC | 6.8 | | 4.5-13.5 10^3/uL |
| RBC | 4.54 | | 3.50-5.40 10^6/uL |
| *Hgb & Hct* | | | |
| Hemoglobin | 12.9 | | 12.0-16.0 g/dL |
| Hematocrit | 37.1 | | 37-45 % |
| MCV | 81.7 | | 77-95 fL |
| MCH | 28.5 | | 25.0-34.0 pg |
| MCHC | 34.8 | | 31.0-36.0 g/dL |
| RDW | 12.0 | | 11.0-15.0 % |
| Platelets | 254 | | 130-400 10^3/uL |
| MPV | 8.7 | | 7.0-11.0 fL |
| Neutrophil % | 56.4 | | 43.0-72.0 % |
| Lymphocyte % | 32.6 | | 15.0-45.0 % |
| Monocyte % | 8.3 | | 1.0-12.0 % |
| Eosinophil % | 1.4 | | 0.0-6.0 % |
| Basophil % | 1.3 | | 0.0-2.0 % |
| Neutrophil # | 3.8 | | 1.0-8.0 10^3/uL |
| Lymphocyte # | 2.2 | | 1.0-3.0 10^3/uL |
| Monocyte # | 0.6 | | 0.0-1.0 10^3/uL |
| Eosinophil # | 0.1 | | 0.0-0.4 10^3/uL |
| Basophil # | 0.1 | | 0.0-0.2 10^3/uL |

Specimen: 0312:RT00006R Collected: 03/12/02-1658 Status: COMP Req#: 00370047
Received: 03/12/02-1703 Sub Dr: Hutchison,Joseph R
Other Dr:

Ordered: LEAD
Comments: DX ROUTINE KBH SCREENING
TEST PERFORMED AT: (SL) QUEST DIAGNOSTICS-ST. LOUIS
11636 ADMINISTRATION
ST. LOUIS, MO 63146
Queries: Collection Sample: Venous

| Test | Result | Flag | Reference |
|---|---|---|---|
| *LEAD(*a)* | | | |
| LEAD PLASMA | <3 | | <10 MCG/DL |
| | *DUE TO THE POSSIBILITY OF LEAD CONTAMINATION OF THE SKIN, IT IS RECOMMENDED THAT ANY ELEVATED LEAD LEVEL COLLECTED IN A CAPILLARY TUBE BE CONFIRMED BY A BLOOD SAMPLE COLLECTED BY VENIPUNCTURE.* | | |
| COLLECT SAMPLE | VENOUS | | |

(*a) Testing performed at Quest Diagnostics



Case 4:12-cv-08001-GAF Document 163-26 Filed 09/03/15 Page 3 of 6

NEWMAN MEMORIAL COUNTY HOSPITAL

# AMBULATORY CARE ORDER

Appointment Areas: ☑ Laboratory ☐ Radiology ☐ Cardiopulmonary ☐ Cath Lab ☐ Home Health

Appointment Date 3-12-02 Physician JRH

Patient to Registration ______ Patient to Department ______ Doctor to Department ______

Special Instructions ______

Name CHELSEA L BOMAN
Address %LISA MONTGOMERY
32419 S ADAMS
MELVERN KS 66510

SSN 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
DOB 7/09/88
DOD
Home 785 549-3548
Sig. on file Y

Chart Loc L
Sex F Cycle 1
Work

Pull Claim

INS#
20 MEDICAID-STATE OF KANSAS
Subscriber CHELSEA L BOMAN

ID#
00101434167
Relationship 1

GROUP#

**TEST(S) ORDERED**
1. CBC
2. ______
3. Lead Level
4. ______
5. ______
6. ______

**TIME SPECIMEN COLLECTED** ______

**DIAGNOSIS/Signs/Symptoms (DO NOT USE RULE OUT/POSSIBLE):** Physician: When ordering lab tests from which Medicare reimbursement will be sought, you should only order tests that are medically necessary for the diagnosis or treatment of a patient, rather than for screening purposes.

routine KBH screening

**MEDICAL CONDITION** (if one exists) that meets criteria for Low Osmolar Contrast: ______

**ALLERGIES** ______

**PHYSICIAN SIGNATURE** [signature]

**INSURANCE INFORMATION (COPY OF CARD IF POSSIBLE)**

Employer ______ Subscriber ______
Primary Insurance Name ______
ID#/GR# ______ Pre Cert# ______
Insurance Address ______ Phone# ______
Secondary Insurance Name ______
ID#/GR# ______ Pre Cert# ______
Insurance Address ______ Phone# ______

Staff Signature ______ Date Ordered ______

Page 1 Form #1732 Rev 11/00

NEWMAN MEMORIAL COUNTY HOSPITAL

# AMBULATORY CARE ORDER

**Appointment Areas:** ☑ **Laboratory** ☐ **Radiology** ☐ **Cardiopulmonary** ☐ **Cath Lab** ☐ **Home Health**

Appointment Date 3-12-02 Physician JRH

Patient to Registration ______ Patient to Department ______ Doctor to Department ______

Special Instructions ______________________

NAME ______________________ BD ______

Last First Middle

ADDRESS ______________________ PHONE # Day Time: ______

SS # ______________________ Evening: ______

**TEST(S) ORDERED**

1. CBC
2. 
3. Lead Level
4. 
5. 
6. 

**TIME SPECIMEN COLLECTED** ______

**DIAGNOSIS/Signs/Symptoms (DO NOT USE RULE OUT/POSSIBLE): Physician: When** ordering lab tests from which Medicare reimbursement will be sought, you should only order tests that are medically necessary for the diagnosis or treatment of a patient, rather than for screening purposes.

routine KBH screening

**MEDICAL CONDITION** (if one exists) that meets criteria for Low Osmolar Contrast: ______

**ALLERGIES** ______

**PHYSICIAN SIGNATURE** ______

**INSURANCE INFORMATION (COPY OF CARD IF POSSIBLE)**

Employer ______ Subscriber ______

Primary Insurance Name ______

ID#/GR# ______ Pre Cert# ______

Insurance Address ______ Phone# ______

Secondary Insurance Name ______

ID#/GR# ______ Pre Cert# ______

Insurance Address ______ Phone# ______

Staff Signature ______ Date Ordered ______

Page 1 Form #1732 Rev 11/00

☐ **Tissue: Specimen Submitted** ______________________

Date and Time Collected: ______________________

---

## ☐ Pap Smear

☐ First Day of Last Menstrual Period: ______________________

☐ Date & Time Collected: ______________________

**Check One:**

☐ Screening ☐ Diagnostic

**Check Source of Specimen:**

☐ Vaginal ☐ Cervical ☐ Endocervical ☐ Other __________

☐ Maturation Index

☐ **Previous Cytology:** ☐ No ☐ Yes Date __________ Class ______

**Check Appropriate Items(s):**

☐ Pregnancy________ wks
☐ ________wks postpartum
☐ Irregular menses
☐ Trichomonas
☐ Vaginitis
☐ Fungus
☐ Previous Abnormal Pap (within 6 months)
☐ Cervical Erosion
☐ Cervicitis
☐ HSV
☐ Hormones______________________
☐ Radiation______________________
☐ Hysterectomy______________________
☐ Other______________________