Coffey County Hospital
Rural Health Clinic

Name Kayla Boman    Date of Birth 8-18-90

| DATE | NOTES |
|---|---|
| OCT 25 2002 | School Sport's Px. |

10/25/02 **BOWMAN, KALA**

S: This patient is here for a sports physical. No complaints are noted except mother does want us to check a rash on the inner aspect of her left forearm. She has had this the past couple of months.

O: Examination reveals small, whitish, irregular macular spots down the middle of her anterior forearm. There is no discomfort. Skin is extremely dry.

A: 1. Athletic physical.
2. Dry skin.

P: We will have her use Oil of Olay or that type of bath bar, and athletic physical accomplished. No limitations.

D: 10/25/02 T: 10/29/02 JO:sd James L. Oehlert, PA/Supervising Physician

Case 4:12-cv-08001-GAF Document 164-1 Filed 09/03/15 Page 1 of 1