# DEWEY PUBLIC SCHOOLS
## TRANSCRIPT

Date Run: 2/19/2006 9:55AM
Dewey High School
#1 Bulldogger Road
Dewey OK 74029
918-534-0933



| Page: 1 | |
|---|---|
| Class Rank | Class Size |
| 40 | 81 |

Graduated on 5/20/2005

> Indicates Weighted Course

Course Taken

| Subject | Subject Name | Grade | Credit |
|---|---|---|---|
| **Melvern High School** | | | |
| Gr: 9 Fall 2002 | | | |
| 1000.00 | General Science | B | 0.500 |
| 999.00 | Woods 1 | B | 0.500 |
| 311.00 | Algebra I | C | 0.500 |
| 321.00 | English I | B | 0.500 |
| 353.00 | Choir | B | 0.500 |
| 372.00 | Health & Safety | A | 0.500 |
| 381.00 | Drivers Education | C | 0.500 |
| 3611.00 | Agriculture Ed. I | C | 0.500 |
| | Total Credits= 4.000 | | |
| **Melvern High School** | | | |
| Gr: 9 Spring 2003 | | | |
| 1000.00 | General Science | C | 0.500 |
| 999.00 | Woods 1 | C | 0.500 |
| 311.00 | Algebra I | B | 0.500 |
| 321.00 | English I | B | 0.500 |
| 353.00 | Choir | B | 0.500 |
| 367.00 | Computer Application | B | 0.500 |
| 371.00 | Physical Education | B | 0.500 |
| 3611.00 | Agriculture Ed. I | C | 0.500 |
| | Total Credits= 4.000 | | |
| **Melvern High School** | | | |
| Gr:10 Fall 2003 | | | |
| 313.00 | Geometry | C | 0.500 |
| 322.00 | World Literature | B | 0.500 |
| 327.00 | Spanish I | C | 0.500 |
| 333.00 | Biology I | C | 0.500 |
| 342.00 | World History | B | 0.500 |
| 363.00 | Horticulture | B | 0.500 |
| 370.00 | Computer Graphics | B | 0.500 |
| | Total Credits= 3.500 | | |
| **Melvern High School** | | | |
| Gr:10 Spring 2004 | | | |
| 1000.00 | Computer Graphics II | A | 0.500 |
| 313.00 | Geometry | B | 0.500 |
| 322.00 | World Literature | B | 0.500 |
| 327.00 | Spanish I | B | 0.500 |
| 333.00 | Biology I | C | 0.500 |
| 342.00 | World History | C | 0.500 |
| 363.00 | Horticulture | B | 0.500 |
| | Total Credits= 3.500 | | |
| **Melvern High School** | | | |
| Gr:11 Fall 2004 | | | |
| 1000.00 | Princ Of Biology | B | 0.500 |
| 999.00 | Computer Appl II | B | 0.500 |
| 998.00 | Publishing | A | 0.500 |
| 312.00 | Algebra II | C | 0.500 |
| 323.00 | American Literature | C | 0.500 |
| 336.00 | Physics | B | 0.500 |
| 345.00 | American History | C | 0.500 |
| 369.00 | Yearbook | A | 0.500 |
| | Total Credits= 4.000 | | |
| **Lyndon High School** | | | |
| Gr:11 Spring 2005 | | | |
| 1000.00 | Human Anatomy & Phys | D | 0.500 |
| 999.00 | Independent Study | D | 0.500 |
| 312.00 | Algebra II | F | |
| 323.00 | American Literature | C | 0.500 |
| 345.00 | American History | C | 0.500 |
| 369.00 | Yearbook | C | 0.500 |
| 380.00 | Teachers Aide | P | |
| | Total Credits= 2.500 | | |

| Type of Diploma | Credits Req'd |
|---|---|
| Plan: Diploma | 24.000 |
| Graduation Date | 5/20/2005 |

| Subject Area | Credits Req'd | Credits Applied |
|---|---|---|
| Arts/Humaniti | 0.500 | |
| English | 4.000 | 3.000 |
| Math | 3.000 | 2.500 |
| Science | 3.000 | 3.500 |
| Social Studie | 3.500 | 2.000 |
| Technology | 1.000 | 2.000 |
| Total Credits | 15.000 | 13.000 |

ACT Score(s):

PSAT Score(s):

SAT Score(s):

PLAN Score(s):

Attendance

| School Year | Days Membership | Days Absent |
|---|---|---|
| | | |

2402 Boman, Chelsea Lynne
820 N Ponca (918) 534-1095
Dewey OK 74029

Date of Birth: 7/09/1988
Grade Level: 12
Home Room: 999

GPA: Standard Unweighted 2.5455
Total Credits: 21.500

Registrar: ____________________ Principal: Jack Folen

Dewey High School

Date Run: 2/19/06 9:55AM
Page: 1

**Student Information Report**

Grade: 9

Student: Chelsea Lynne Boman
Parent: Carl Boman /
Address: 820 N Ponca

Dewey OK 74029

Grade: 12 DOB: 7/09/88 Ethnicity: 5 Gender: F

Home Room: 999 Golden, Jack

Phone: 534-1095

## Attendance Information

Semester One

By Attendance Period

| Date | Day | Actn | Code | Class | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/11/05 | Thu | Ent | E1 | First Time Entr | | | | | | | | |
| 10/03/05 | Mon | Hlf | E | E Excused Absence | | | | | E | E | E | E |
| 10/03/05 | Mon | CO | E | E Excused | 11:30AM | | | | | | | |
| 10/10/05 | Mon | Abs | E | E Excused Absence | | E | E | E | E | E | E | E |
| 10/11/05 | Tue | Hlf | E | E Excused Absence | | | | | E | E | E | E |
| 10/11/05 | Tue | CO | E | E Excused | 12:00PM | | | | X | | | |
| 10/26/05 | Wed | Abs | E | E Excused Absence | | E | E | E | E | E | E | E |
| 10/27/05 | Thu | Abs | A | E Activity Absenc | | A | A | A | A | A | A | A |
| 10/28/05 | Fri | WD | L4 | Permanent Withd | | | | | | | | |

Days Present: 50.00 Absence: 3.00 Tardies: 0 — 3 3 3 5 5 5 5

## Discipline Information

| Date | Per | Course | | Teacher | Incident |
|---|---|---|---|---|---|

10/31/05 7 325.04 English Literature — Johnson, Jason
Location:
Infraction: Excessive Absences — Demerit: 0.0 — Remain: 0.0 — Alert: 0
Disposition: — Date: / / — End: / / — # of Days: — Hours:
Administrator: — Admin Date: / / — Conference: / /

Notes: 5 ABS 5-6 Absences

10/31/05 4 349.03 Modern History — Stinett, Robert
Location:
Infraction: Excessive Absences — Demerit: 0.0 — Remain: 0.0 — Alert: 0
Disposition: — Date: / / — End: / / — # of Days: — Hours:
Administrator: — Admin Date: / / — Conference: / /

Notes: 5 ABS 5-6 Absences

STIOffice © 1997-2004, Software Technology Inc.

Dewey High School

Date Run: 2/19/06 9:55AM
Page: 2

**Student Information Report**

Grade: 9

Student: Chelsea Lynne Boman Grade: 12 DOB: 7/09/88 Ethnicity: 5 Gender: F
Parent: Carl Boman /
Address: 820 N Ponca

Dewey OK 74029
Home Room: 999 Golden, Jack Phone: 534-1095

10/31/05 6 380.27 Teachers Aide Fouts, Marsha E.
Location: Infraction: Excessive Absences Demerit: 0.0 Remain: 0.0 Alert: 0
Disposition: Date: / / End: / / # of Days: Hours:
Administrator: Admin Date: / / Conference: / /

Notes: 5 ABS 5-8 Absences

10/31/05 5 3275.01 Spanish II Flint, Rachel
Location: Infraction: Excessive Absences Demerit: 0.0 Remain: 0.0 Alert: 0
Disposition: Date: / / End: / / # of Days: Hours:
Administrator: Admin Date: / / Conference: / /

Notes: 5 ABS 5-6 Absences

STIOffice © 1997-2004, Software Technology Inc.

**Main Menu:** Please select ==> **Action/View:** Please select ==> Print

| Patient Demographic Information | | | |
|---|---|---|---|
| **Name (L, F, M):** | | **Pt State ID:** | |
| BOMAN, CHELSEA, NMI | | 950K25600912 | |
| **Street Address:** | **DOB:** | **Age:** | |
| 900 SW ARMSTRONG | 07/09/1988 | 17 year(s) 7 month(s) | |
| **City:** | **State:** | **Zip Code:** | **Phone #** |
| BARTLESVILLE | OK | 74003 | (918) 336-7139 |

**Pediatric Status**

| Vaccine | Dose #1 | Dose #2 | Dose #3 | Dose #4 | Dose #5 | Next | Status |
|---|---|---|---|---|---|---|---|
| DTP | 09/13/1988 | 11/08/1988 | 01/17/1989 | 10/22/1990 | 02/19/1991 | | COMPLETE |
| TD ADULT | 10/21/2005 | | | | | 10/21/2015 | CURRENT |
| HEP-B | 10/21/2005 | 11/22/2005 | | | | 04/21/2006 | CURRENT |
| HIB | | | | | | | COMPLETE |
| MEASLES | 10/22/1990 | 08/31/1993 | | | | | COMPLETE |
| MUMPS | 10/22/1990 | 08/31/1993 | | | | | COMPLETE |
| RUBELLA | 10/22/1990 | 08/31/1993 | | | | | COMPLETE |
| POLIO | 09/13/1988 | 11/08/1988 | 10/22/1990 | 02/19/1991 | 08/31/1993 | | COMPLETE |
| VARICELLA | | | | | | | COMPLETE |
| HEP A | 10/21/2005 | | | | | 04/21/2006 | CURRENT |
| PCV | | | | | | | COMPLETE |

**Invalid doses (adminstered at less than the minimum interval or minimum age) were found for the series: DTP. The status screen is based on the ACIP recommended schedule and the data entered by end users. This screen displays only valid doses. Doses administered at less than the minimum interval or minimum age will not be displayed on this screen. If no history shots have been entered, then the system has to assume that no other shots have been given.**

**Main Menu:** Please select ==> **Action/View:** Please select ==> Print

Logout - Minimize Window - Contact us - Help - Manage Users - OSIIS Messages

**Current Provider: 11582 - DEWEY SCHOOL**