# COFFEY COUNTY HOSPITAL
# 801 NORTH FOURTH STREET
# P.O. BOX 189
# BURLINGTON, KANSAS 66839

## PATIENT'S INFORMATION

| ACCOUNT NO | MED RECORD NO | ROOM NO | X-RAY NO | ADMIT DATE | ADMIT TIME | DISCHARGE DATE | DISCHARGE TIME |
|---|---|---|---|---|---|---|---|
| 475093 | 038155 | | | 07/12/03 | 12 15 | 07/12/03 | 12 15 |

| PATIENT NAME | DATE OF BIRTH | AGE | SEX | M S | RACE | ACCOMMODATION | STAY TYPE |
|---|---|---|---|---|---|---|---|
| MONTGOMERY LISA M | 02/27/68 | 35 | F | M | C | | E R |

| ADDRESS | SOCIAL SECURITY NUMBER | PHONE NUMBER |
|---|---|---|
| 32419 SOUTH ADAMS | 440707519 | 785-549-3548 |

| ADDRESS | RELIGION PREFERENCE | SERVICE TYPE | FINANCIAL CLASS |
|---|---|---|---|
| | | EMERGENC | P |

| CITY | STATE | ZIP CODE | COUNTY | ADVANCE DIRECTIVES |
|---|---|---|---|---|
| MELVERN | KS | 66510 | 070 | |

## SUBSCRIBER INFORMATION

| EMPLOYER'S NAME | OCCUPATION |
|---|---|
| NOT EMPLOYED | |

| EMPLOYER S ADDRESS | EMPLOYER S PHONE NUMBER |
|---|---|
| | |

## PATIENT FAMILY INFORMATION

| SPOUSE S NAME | ADDRESS |
|---|---|
| MONTGOMERY KEVIN W | 32419 SOUTH ADA |

| SPOUSE S EMPLOYER | EMPLOYER S ADDRESS | EMPLOYER S PHONE NO |
|---|---|---|
| 999 ACME SIGN CO | | |

| MOTHER OF PATIENT | FATHER OF PATIENT |
|---|---|
| | |

| PERSON TO NOTIFY IN EMERGENCY | RELATION TO PATIENT | ADDRESS OF PERSON TO NOTIFY | PHONE NUMBER |
|---|---|---|---|
| MONTGOMERY KEVIN W | SPOUSE | SAME | 785-549-3548 |

## GUARANTOR OR PERSON RESPONSIBLE FOR BILL

| NAME | ADDRESS #1 | ADDRESS #2 |
|---|---|---|
| MONTGOMERY LISA M | 32419 SOUTH ADA | |

| CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| MELVERN | KS | 66510 | 785-549-3548 |

## INSURANCE INFORMATION

| PRIMARY INSURANCE COMPANY AND ADDRESS | CONTRACT NO OR SOC SEC NO | GROUP NAME | SUBSCRIBER | PHONE NO | PRE-CERTIFICATION NO |
|---|---|---|---|---|---|
| | | | | / / / / | |

| INSURANCE COMPANY AND ADDRESS | CONTRACT NO OR SOC SEC NO | GROUP NAME | SUBSCRIBER | PHONE NO | PRE-CERTIFICATION NO |
|---|---|---|---|---|---|
| | | | | / / / / | |

| INSURANCE COMPANY AND ADDRESS | CONTRACT NO OR SOC SEC NO | GROUP NAME | SUBSCRIBER | PHONE NO | PRE-CERTIFICATION NO |
|---|---|---|---|---|---|
| | | | | / / / / | |

| DATE OF ACCIDENT | TIME OF ACCIDENT | PLACE | EVENT |
|---|---|---|---|
| 07/12/03 | 09 45 | ACCIDENT/O | RT WRIST INJ |

| ADMITTING DIAGNOSIS | ADMIT INITIALS |
|---|---|
| 89595 RT INJ WRIST | SLT |

| PHYSICIAN 1 | PHYSICIAN 2 | PREV ADMIT NO | DATE OF LAST ADMIT |
|---|---|---|---|
| FOX RICHARD L | UNKNOWN | | |

COPY

# COFFEY HEALTH SYSTEM

## *TREATMENT AUTHORIZATION AND PRIVACY ACKNOWLEDGMENT*

**Coffey Health System,** including its acute care, swingbed unit, long term care unit, emergency department, outpatient surgery and outpatient departments is hereinafter referred to as "Hospital"

1 CONSENT FOR TREATMENT I consent to x-ray examinations, laboratory procedures, anesthesia, medical or surgical treatment, hospital services, and/or other services rendered under the general and special instructions of my attending or consulting physicians I understand that my treatment is under the control of my attending physicians, their assistants or designees If admitted, I understand that if I desire private duty nursing care, it is agreed that such must be arranged by myself or my family and the Hospital shall be released from any and all liability arising from such care I understand that if further diagnostic studies or treatment procedures that are considered major in nature, such as an operation, are required, I will be asked to give specific consent for these prior to them being carried out I understand that the practice of medicine and surgery is not an exact science, and acknowledge that no guarantees have been made to me as to the results of care, treatment, and the provision of medical services

2 CONSENT FOR NEWBORN TREATMENT I request, authorize, and empower my physician(s) to make any provision for medical and surgical care for my newborn baby/babies that may be deemed necessary or advisable by my physician(s)

3 CONSENT FOR BLOOD/BODY FLUID TESTING In the event that a health care worker or emergency response person(s) is suspected to have had exposure to my blood and/or body fluids or if it is likely that a health care worker or emergency response person(s) is exposed to my blood and/or body fluids, due to my illness or an uncommon rare disease, I consent to have the Hospital determine by serological testing whether or not my blood contained contagious viruses I understand that the information obtained from such tests will only be disclosed as necessary to adequately protect my own health and the health of my family, as well as the health of those health care personnel or emergency response person(s) who may have been or become involved in my treatment

4 CONSENT TO DISPOSAL OF TISSUE/FLUIDS/SPECIMENS I agree that the Hospital may utilize, destroy, or dispose of any tissues, fluids, or specimens taken from me during treatment

5 AGREEMENT TO PAY FOR SERVICES I agree, whether I sign this as an agent or as the patient, that in consideration of services to be rendered to me, I hereby individually obligate myself to pay the charges of the Hospital in accordance with its regular rates and terms However, I am aware that any patient arriving at the facility will have a medical screening examination performed regardless of the ability to pay

6 ASSIGNMENT OF INSURANCE BENEFITS I hereby assign my insurance benefits otherwise payable to me to be paid directly to the Hospital I understand that I am financially responsible for charges not covered by this assignment and further agree to guarantee full payment of all charges not covered by third-party payers If I do not pay the amount due as I agreed, I agree also to pay the reasonable costs of collection, including but not limited to attorney fees and collection agency fees

7 MEDICARE/MEDICAID BENEFITS I authorize the Hospital to release to Medicare and/or Medicaid, to the Social Security Administration and/or its intermediaries or carriers, and to any peer review organizations, any information needed for this or a related Medicare and/or Medicaid claim I request payment of authorized benefits to be made on my behalf to the Hospital for services furnished to me, and to the physicians involved for their services, including those physicians/specialists doing their own billing, while I was a patient in the Hospital

8 PERSONAL VALUABLES/BELONGINGS I understand that Coffey County Hospital provides a safe for money, credit cards and valuables I agree that Coffey County Hospital is not responsible for loss of or damages to personal belongings, including such items as jewelry, glasses, hearing aids, garments and toiletries

9 DENTURES The Hospital provides denture cups for me if I require them I will take precautions to be sure my dentures are properly kept and cared for and they will be kept in the denture cup at all times when I am not wearing/using them

10 NOTIFICATION TO PATIENTS Certain diseases and conditions, including cancer, are required by law to be reported I understand that the Hospital will comply with this by submitting the necessary information on my condition and myself to a centralized registration point

11 CONTRABAND WEAPONS/DRUGS I agree that should the Hospital find contraband weapons and/or nonprescription drugs not sold over-the-counter within my possession, these items will be confiscated and the police will be contacted

12 USE OF APPLIANCES I hereby agree that in using any and all electrical appliances in my room, not owned by or under the control of the Hospital while a patient in the Hospital, I do so at my own risk and hereby absolve the Hospital from any and all responsibility for injuries or property damage which may result from any use of said appliance

COPY

ACCT#475092 MR# MONTGOMERY,LISA M

13 PROVIDER NON-DISCRIMINATION ACT I understand that this is an equal opportunity institution There is no discrimination because of race, color, religion, natural origin, age, sex, handicap, or inability to pay

14 MEDICARE/TRICARE PATIENTS ONLY (only for acute care and outpatient observation) I have received a copy of "An Important Message from Medicare/Tricare" and understand my rights as described in that document

15 PATIENT RIGHTS INFORMATION I have reviewed/received "Patient Rights and Responsibilities" and understand my rights as described in that document

16 NOTICE Your health information related to work-related illnesses or injuries or to medical surveillance of the workplace may be disclosed to your employer

17 MEDICARE I understand that Title XVIII does not cover self-administered drugs and biological agents when outpatient services are rendered I understand that I will be responsible for the payment of these services if provided to me

18 MEDICAID I understand that Emergency care is covered only when the care received meets SRS guidelines Title XIX does not cover non-emergent services Title XIX does not cover all outpatient procedures SRS guidelines which state, "Medical need must be indicated" are applied to outpatient services I understand that I will be responsible for the payment of these non-covered services if provided to me

19 CONSENT FOR MEDIA RELEASE (Inpatient)

I **DO / DO NOT** give consent to have my admission and discharge released to the news media
(Circle one)

I **DO / DO NOT** give consent to have the birth of my child released to the news media as an admission or discharge (Circle one)

***PATIENT/PERSONAL REPRESENTATIVE MUST COMPLETE BY SIGNING OR INITIALING***

20 CONSENT TO DISCLOSE GENERAL INFORMATION I understand that my name, location in hospital, and general condition may be provided to any person asking about me by name, and to members of the clergy, my family, individuals involved in my health care, for disaster relief efforts, or as required by law ***I Do*** / ***Do not*** (circle one) give consent for this information to be disclosed

**(Patient/Personal Representative Signature or Initial)**

21 ACKNOWLEDGMENT OF RECEIPT OF *NOTICE OF PRIVACY PRACTICES* I hereby acknowledge that I have received a copy of the Hospital's Notice of Privacy Practices

**(Patient/Personal Representative Signature or Initial)**

22 ACKNOWLEDGMENT OF **PREVIOUS RECEIPT** OF *NOTICE OF PRIVACY PRACTICES* I hereby acknowledge that I have received a copy of the Hospital's Notice of Privacy Practices on a previous date of service

**(Patient/Personal Representative Signature or Initial)**

**I certify that I have read and fully understand this document. I, as the patient/personal representative, agree to sign this document indicating that I agree with all of its terms and statements.**

**Patient/Personal Representative Signature** **Relationship to Patient** 7-12-03 **Date**

7 12-07 
**Signature, Witness** **Date**

COPY

ACCT# 475093 MR# MONTGOMERY LISA M

475093 RM- P/T-E.R.
MONTGOMERY LISA M F 35
32419 SOUTH ADAMS MELVERN , KS
FOX RICHAR UNKNOWN
UNKNOWN 07/12/03 B/D 02/27/68

# Coffey County Hospital
## EMERGENCY NURSING RECORD

DATE | TIME
M I | DATE OF BIRTH | SEX | AGE
PERSONAL PHYSICIAN
ER PHYSICIAN

ARRIVED BY ☐ Self ☒ Relative ☐ Police ☐ Friend ☐ Ambulance

Triage Notified 1220 Triage Time 1220 Physician Notified Hiu Physician Arrived Hiu

**Arrival Time** 1220 **Triage Level:** ☐ Emergent ☒ Urgent ☐ Non-Urgent ☐ Routine

**Mode of Arrival** ☒ Ambulatory ☐ W/C ☐ Carried ☐ Cart **Informant** ☒ Patient ☐ Parent ☐ Spouse S/O ☐ Paramedic ☐ EMT/EMT I

**Pre-Hospital Treatment:** ☒ N/A ☐ O2 (L/min) ☐ IV ☐ Monitor ☐ Spinal immobilization

**LOC:** ☒ A-Alert ☒ X4 ☐ Person ☐ Place ☐ Time ☐ Situation ☐ V-Verbal ☐ P-Painful ☐ U-Unresponsive

**Airway/Breathing:** ☒ Patent/Eupnea ☐ Stridor ☐ Labored ☐ Accessory muscle use ☐ Shallow ☐ Retractions

**Circulation/Skin:** ☒ Pink ☒ Warm ☒ Dry ☐ Moist ☐ Cool ☐ Cold ☐ Hot ☐ Pale ☐ Flushed ☐ Cyanosis

**Activity/Affect:** ☒ Age appropriate ☒ Cooperative ☒ Active ☐ Listless ☐ Combative ☐ Agitated ☐ Crying ☐ Moaning ☐ Anxious ☐ Flat

| Time | Temp | P | RR | BP | SAO2 | LMP | Pain | Weight | Allergies: ☐ None Known |
|---|---|---|---|---|---|---|---|---|---|
| 1220 | 972 | 64 | 18 | 116/60 | N/A | 6/28/03 | Yes 1 No 5/10 | N/A | Darvocet |

LAST TETANUS UK
CC Hit (R) wrist on wooden fence post on [illegible] [illegible] [illegible]
Exerts inc pain (R) wrist [illegible] Pulses [illegible] good (R) [illegible] pink
[illegible] [illegible] [illegible] [illegible] cap [illegible]

PMH ☐ Asthma ☒ Cardiac ☐ CA ☐ COPD ☐ CVA ☐ Diabetes ☐ GI ☐ Htn ☐ OB/Gyn ☐ Psychiatric ☐ Seizures ☐ Surgeries ☐ Tobacco ☐ Drug Use

Medications
Ø Meds.

IV Start IV Cath - ☐ 18 ☐ 20 ☐ 22 ☐ Other N/A Fluids - ☐ LR ☐ NS ☐ D5LR ☐ Other N/A
Saline Lock ☐ Rate Site

| Time | Medication/IV Dose/Rate/Route/Gauge | Initials | Time | Response | Initials | Time | Activity/Procedure | Initials |
|---|---|---|---|---|---|---|---|---|
| | N/A | | | N/A | | | | |

| Time | Temp | P | RR | BP | SAO2 | LOC | Pain | Nursing Notes |
|---|---|---|---|---|---|---|---|---|
| 1250 | | | | | | | 7/10 | Cont to hold in pain (R) wrist area [illegible] Tylenol or advil when getting home. Pain [illegible] |

COPY

CONDITION ☒ Satisfactory ☐ Fair ☐ Poor ☐ Critical ☐ Deceased

DISPOSITION ☒ Home ☐ Admit Acute ☐ Admit Observation ☐ Jail ☐ Dr's Office ☐ Transfer to ☐ Ambulance ☐ Private Car ☐ Air Acc by

DISPOSITION DATE 7-12-03
DISPOSITION TIME 1250

NURSE'S SIGNATURE Kathy [illegible]
SIGNATURES



37 269

# ED ASSESSMENT FLOW SHEET

## CARDIOPULMONARY EXAM

| | |
|---|---|
| **Capillary Refill** | Brisk <2 Seconds >2 Seconds None |
| **Mucous Membranes** | Pink Moist Dry Cyanotic Pale |
| **Peripheral Pulses Present** | Radial Pedal None Weak |
| **Peripheral Edema** | None Non-pitting Pitting |
| **Neck Veins** | Flat Distended |
| **Heart Sounds** | Regular Murmur Distant Muffled |
| **Initial Rhythm** | RSR Sinus Tachycardia PCV's PAC's |
| **Resp** | Eupneic Dyspnea Tachypnea Shallow Retraction Trach |
| **Lungs (Right)** | Clear Diminished Wheezes Crackles Coarse |
| **Lungs (Left)** | Clear Diminished Wheezes Crackles Coarse |

## CHEST PAIN/PRESSURE ASSESSMENT

| | |
|---|---|
| **Pain** | 0 1 2 3 4 5 6 7 8 9 10 |
| **Quality** | Sharp Dull Heavy Pressure Tightness Burning |
| **Location** | Use Human Diagram |
| **Radiation** | Neck Jaw rt Arm lt Arm lt Shoulder Back None |
| **Time** | Onset ______ Constant Intermittent |
| **Aggravating Factors** | Exertion Palpation Cough/Breathing None |
| **Alleviating Factors** | Rest NTG Antacid None |
| **Associated S/S** | SOB N&V Diaphoresis Weak Anxious Light-Headed |
| | Dizzy Dyspnea Dyspnea on Exertion Orthopnea Cough None |

## NEUROLOGIC

| | |
|---|---|
| **HA** | Migraine None **Pain Scale** 0 1 2 3 4 5 6 7 8 9 10 |
| **Loss of Consciousness?** | Yes No **How Long?** |
| Dizziness | N&V Numb/Tingling Amnesia Confusion Photophobia |
| Repetitive Questions | Slurred Speech Dysphasia/Aphasia Facial Droop |
| **Motor** | rt Intact lt Intact Equal ____ > ____ Flacid rt lt |
| **Sensory** | Intact Equal **Glascow Coma Scale (CGS)** ______ |
| **Pupil Size (Right)** | **Reaction** Brisk Sluggish Non-Reactive |
| **Pupil Size (Left)** | **Reaction** Brisk Sluggish Non-Reactive |
| **Pupil Size** MM | 2 3 4 5 6 7 8 9 |

| Eye Opening | Verbal Response | Motor Response | G C S Points |
|---|---|---|---|
| Spontaneous = 4 | Oriented = 5 | Obedient = 6 | (1+2+3) |
| To Voice = 3 | Confused = 4 | Purposeful = 5 | 14-15 = 5 |
| To Pain = 2 | Inappropriate = 3 | Withdrawal = 4 | 11-13 = 4 |
| None = 1 | Incomprehensive = 2 | Flexion = 3 | 8-10 = 3 |
| | None = 1 | Extension = 2 | 5-7 = 2 |
| | | None = 1 | 3-4 = 1 |

## GASTROINTESTINAL / GENITOURINARY

| | |
|---|---|
| **Abd Pain** | 0 1 2 3 4 5 6 7 8 9 10 Constant Intermittent Sharp Dull |
| **Location:** | Use Human Diagram Unplanned Weight Loss > 10 lbs/mth Y N |
| Appetite/None | Hematemesis N&V Diarrhea Dysphagia Constipation |
| **Abd** | Soft Non-Tender Tender Distended Guarding Rigid Rebound |
| Mass | Ascites Ostomy **Bowel Sounds** Present Absent |
| **GU** | Frequency Urgency Burning Incontinence Dysuria Hematuria |
| Retention | Discharge Last Void ______ Wet Diapers ______ WNL |
| **OB/GYN:** | Gravida ______ Para ______ FHT ______ |
| Vag Discharge Y N | Sexually Active Y N Birth Control Y N |

## MUSCULOSKELETAL / TRAUMA EXAM

| | |
|---|---|
| **Cranium/Face** | Pain Tender Deformity WNL |
| **Nose** | Epistaxis Ear, lt Drainage Ear, rt Drainage WNL |
| **Neck** | Cervical Spine Tenderness Trachea Midline Subq Emphysema WNL |
| **Shoulders/Clavicles** | Pain Tender Deformity Edema WNL |
| **Thoracic Spine/Ribs/Sternum** | Pain Tender Deformity WNL<br>Breath Sounds Present/Equal |
| **Lumbar Spine/Pelvis** | Pain Tender Deformity Edema WNL |
| **Mobility Assistance Needed** | None W/C Cane Walker |
| **Arm, rt** | Upper/Lower Pain/Tender Deformity/Edema Pallor<br>Cool/Cold Swelling |
| | Moves/Feels Fingers Pink/Warm Capillary Refill < 2 Seconds<br>Distal Pulse Present |
| **Arm, lt:** | Upper/Lower Pain/Tender Deformity/Edema Pallor<br>Cool/Cold Swelling |
| | Moves/Feels Fingers Pink/Warm Capillary Refill < 2 Seconds<br>Distal Pulse Present |
| **Leg, rt** | Upper/Lower Pain/Tender Deformity/Edema Pallor<br>Cool/Cold Moves Toes |
| | Pink/Warm Capillary Refill < 2 Seconds Distal Pulse Present |
| **Leg, lt** | Upper/Lower Pain/Tender Deformity/Edema Pallor<br>Cool/Cold Moves Toes |
| | Pink/Warm Capillary Refill < 2 Seconds Distal Pulse Present |

**INJURY/LACERATION** — **Label and Shade Areas Involved**

- A - Abrasions
- B - Bleeding - Controlled
- C - Bleeding - Active
- D - Bruise
- E - Burns
- F - Foreign Body
- G - Laceration
- H - Puncture
- I - Possible FX
- J - C/O Pain
- K - Reddened
- L - Hematoma
- M - Avulsion
- N - Other ______
- O - Swelling

I-J




| INITIALS | SIGNATURES |
|---|---|
| KO | Kathy O'Neal [signature] |

Assessment Time

1220

Coffey County Hospital

EMERGENCY NURSING RECORD

PATIENT STAMP

COPY

475093 RM- P/T-E.R.
MONTGOMERY LISA M F 35
32419 SOUTH ADAMS MELVERN , KS
FOX RICHAR UNKNOWN
UNKNOWN 07/12/03 B/D 02/27/68

475093 RM-
MONTGOMERY LISA M P/T-E R
F 35
32419 SOUTH ADAMS MELVERN , KS
FOX RICHAR UNKNOWN
UNKNOWN 07/12/03 B/D 02/27/68

# Coffey County Hospital
## Emergency / Outpatient Record

| Date | Time |
|---|---|
| | |

| M I | Date of Birth | Sex | Age | Personal Physician | ER Physician |
|---|---|---|---|---|---|
| | | | | | |

**FOREARM / ELBOW / ARM**
__uninjured above wrist
__see diagram
__tenderness soft-tissue / bony
__swelling
__ecchymosis
__deformity
__limited ROM

**SKIN**
__warm, dry
__diaphoretic / cool / cyanotic

**HEAD / ENT**
__nml inspection
__pharynx nml
__tenderness
__swelling / ecchymosis

**NECK / BACK**
__nml inspection
__non-tender
__tenderness
__swelling / ecchymosis

**CHEST**
__no resp distress
__non-tender
__breath snds nml
__tenderness
__swelling / ecchymosis

**ABDOMEN**
__non-tender
__no organomegaly
__tenderness / guarding

***XRAYS*** ☐Interp by me ☐Reviewed by me ☐Discsd w/radiologist
***R / L hand wrist forearm __________ finger***
__normal / NAD
__no fracture
__nml alignment
__no foreign body
__DJD
__dislocation
__soft-tissue swelling
__foreign body
__fracture

***Other study***

☐See separate report

**PROCEDURES.**
__splint *Velcro OCL / Ortho-glass / Plaster Aluminum-foam*
*Volar Thumb spica Ulnar Wrist Sugar-Tong Cock-up Colles*
__applied by ED Physician / Orthopedist / Tech
__examined post splint application *NV intact alignment good*
__fingers buddy-taped
__digital block *lidocaine 1% ___cc marcaine 0.25% 0.5% ___cc*
__subungal hematoma drained using electrocautery
__foreign body removed *with forceps with incision*

**WOUND DESCRIPTION/REPAIR**
**length** ______ **cm** **location** ______
**NVT** __intact __see NVT exam (front side)
**depth/shape/contamination**
__superficial __linear __*stellate __contused tissue
__SQ __*irregular __nail avulsed
__muscle __*flap
__clean __contaminated *minimally / moderately / *heavily*
*with* ______
**ANESTHESIA** __LET / TAC __local __digital / metacarpal block
__lidoc 1% 2% epi / bicarb __marcaine 25% 5% epi
**WOUND PREP**
__Hibiclens / Betadine __debrided
__irrigated / washed with saline *minimal / *mod / *extensive*
*minimal / mod / *extensive* __undermined
__wound explored *minimal / mod / *extensive*
__foreign material removed __*wound margins revised
*partially completely* __*multiple flaps aligned
**WOUND REPAIR**
*Wound closed with wound adhesive / steri-strips* ______
SKIN- #____ ____-0 nylon / prolene / staples / monosoft
*__interrupted __running __simple __mattress ( h / v )*
NAIL BED #____ ____-0 vicryl / polysorb
*__interrupted __running __simple __mattress ( h / v )*
OTHER #____ ____-0 material
*__interrupted __running __simple __mattress ( h / v )*
*may indicate intermediate repair *may indicate intermediate or complex repair

**PROGRESS**

__Rx given
__referred to / discussed with Dr
*will see patient in office / ED / hospital*

**CLINICAL IMPRESSION:** *Fall Alleged Assault*
Contusion (R) / L (wrist) hand
Hematoma thumb index f middle f ring f small f
Laceration MP PIP DIP joint
Sprain / Dislocation
Fracture R / L radius *distal / shaft / proximal*
ulna *prox / shaft / distal / styloid* Colles' fx
metacarpal fx # 5 4 3 2 1
phalanx # 5 4 3 2 thumb
*prox / middle / distal / tuft*

COPY

**DISPOSITION-** ☑ home ☐ obs ☐ admit ☐ transfer to ______
Time ______
**CONDITION-** ☐ satisfactory ☐ fair ☐ poor ☐ critical
☐ deceased ______

______ *NP / PA*
______ *MD / DO*

475093 RM- P/T-E R.
MONTGOMERY LISA M F 35
32419 SOUTH ADAMS MELVERN , KS
FOX RICHAR UNKNOWN
UNKNOWN 07/12/03 B/D 02/27/68

# Coffey County Hospital
## Emergency / Outpatient Record

| Date | Time |
|---|---|
| | |

| M I | Date of Birth | Sex | Age | Personal Physician | ER Physician |
|---|---|---|---|---|---|
| | | | | | |

09 **Hand or Wrist Injury** (4)

© 2000 T-System Inc. Circle or check affirmatives, backslash (\) negatives

TIME SEEN 1220 ROOM 3 __ EMS Arrival
HISTORIAN ✓ patient __spouse __paramedics
__HX / __EXAM LIMITED BY

**HPI** chief complaint Injury to right / left
hand wrist (forearm) elbow arm
thumb index f middle f ring f small f

**duration / occurred**
✓ just prior to arrival
__today
__yesterday
__ days PTA

**where**
__home __school
__neighbor's __park
__work __street
Fair

**context** __fell ✓ blow __incised __crushed __burn
ar in a post when play
c lamo

**severity of pain** __mild ✓ moderate __severe

**ROS** __~~tingling / numbness distally~~ __suspected FB (skin lac)
__head / neck / other injuries

**PAST HISTORY** ✓ negative __peptic ulcer R / L HANDED
__prior injury __other problems

Meds- __none / ✓ see nurses note
Allergies- __NKDA / ✓ see nurses note

☐ Nurses note reviewed ☐ Tetanus immun. current ☐ Vital signs reviewed

**PHYSICAL EXAM** ✓ Alert
Distress- __NAD ✓ mild __moderate __severe

**HAND-**
✓ nml inspection
✓ non-tender

__see diagram
__tenderness soft-tissue / bony
__swelling / ecchymosis
__limited ROM
due to pain / functional deficit
__deformity
__nail injury
complete / partial avulsion subungal hematoma

**WRIST**
__nml inspection
__non-tender
__nml ROM

✓ see diagram
(tenderness) (soft-tissue) / bony
__tenderness in anatomical snuff box
(wrist pain on axial thumb load)
(swelling) / ecchymosis
(limited ROM)
__deformity




**NEURO**
✓ sensation intact
✓ motor intact

__digital nerve deficit
decreased fine touch abnml 2-point discrim
__median nerve deficit
sensory deficit- lat. 3 ½ fingers / lat palm
motor deficit- pronation / thumb flexion
index & middle finger flexion
__ulnar nerve deficit
sensory deficit- med palm / med 1½ fingers
motor deficit- thumb adduction / fingers adduct.
__radial nerve deficit
motor deficit- wrist drop / thumb extension

**VASCULAR**
✓ no vascular compromise

__pallor / cool skin / abnml cap refill
__pulse deficit radial ulnar

**TENDONS**
✓ tendon function normal

__tendon visualized / injury seen
extensor flexor complete partial
__deficit in tendon function
limited extension limited flexion

Rev 10/01

COPY

Medical Record Number

475093 RM- P/T-E.R.

Patient MONTGOMERY LISA M F 35
32419 SOUTH ADAMS MELVERN , KS
FOX RICHAR UNKNOWN
UNKNOWN 07/12/03 B/D 02/27/68

Coffey County Hospital
# Emergency / Outpatient Record

| Date | Time |
|---|---|
| | |

| M I | Date of Birth | Sex | Age | Personal Physician | ER Physician |
|---|---|---|---|---|---|
| | | | | | |

**Physician Order Sheet**

© 2001 - 2002 T-System, Inc *Circle or check affirmatives, backslash (\) negatives*

**LABS**
- ☐ CBC
- ☐ CBC c̄ Diff
- ☐ Chem 7 (BMP)
- ☐ comprehensive metabolic panel CMP
- ☐ H & H
- ☐ Lytes
- ☐ LFT
- ☐ Mono
- ☐ Mg++
- ☐ UCG - serum - urine
- ☐ Strep Screen
- ☐ Amylase
- ☐ Lipase
- ☐ Troponin I
- ☐ PT / PTT
- ☐ Sed Rate
- ☐ UA — *clean cath dip (ketones)*
- ☐ Drug screen — *urine blood*
- ☐ Drug Levels: *digoxin dilantin Tegretol, Depakote Tylenol ASA Theo ETOH*

**STANDARD PANELS**
- ☐ Thyroid - Hypo- $T_4$ $T_3$ TSH

**X-RAYS**
- ☐ CXR *port PA / LAT*
- ☐ Sonogram *pelvic abd biliary renal*
- ☐ KUB *flat upright*
- ☐ CT *head / abdomen c & s contrast*
- ☐ IVP
- ☐ C-Spine 2 view
- ☐ C-Spine 3 view
- ☐ *lumbar* ☐ *sacral*
- ☐ Acute Abdominal Series
- ☐ Other______

**CARDIORESPIRATORY**
- ☐ EKG
- ☐ ABG *RA / O2*
- ☐ Other______

- ☐ Culture *urine blood x___ stool*
- ☐ Stool hemoccult
- ☐ Other______

| | Time Int |
|---|---|
| ☐ Cardiac Monitor | |
| ☐ Pulse Oximeter | |
| ☐ Oxygen ____ L NC __titrate to keep sat >93% | |
| ☐ Postural Vitals______ | |
| ☐ IV ______cc/hr______ __saline lock | |
| ☐ Phenergan______ | |
| ☐ Toradol______ | |
| ☐ Tylenol______ | |
| ☐ Motrin______ | |
| ☐ Morphine sulfate______ | |
| ☐ Demerol______ | |
| ☐ Nubain______ | |
| ☐ Rocephin______ IM mix w/ 1% Lidocaine plain | |
| ☐ Rocephin______ IV______ | |
| ☐ Solu-Medrol______ | |

| Time | Orders | Noted/ |
|---|---|---|
| | ☐ Aerosol treatment______ | |
| | ☐ Xopenex______ | |
| | ☐ Albuterol______ | |
| | ☐ Atrovent______ | |

**Chest Pain Protocol**
1. Notify Physician
2. Pulse Ox, BP and EKG monitoring
3. O2 - 2L/NC (Keep pulse Ox 93%)
4. EKG
5. Initiate Saline Lock (Draw blood with brown, lavender and blue topped tubes)
6. LAB - CBC, Chem 7, Troponin I, PT & PTT
7. Portable Chest X-ray

**Additional Orders:**

V.O. Dr. Fox / [illegible]
Right wrist x-ray [illegible]

**Signature:** [signature]

NP / PA

MD / DO

COPY

COFFEY COUNTY HOSPITAL

**MONTGOMERY LISA M**
**RADIOLOGY REPORT** 785/549/3548

<==X-RAY ORDER==> COMPLETE 07/12/03 13 06 JA 31246
Reason for Procedure HIT R WRIST ON WOODEN POST PAIN
WRIST AP & LAT, RIGHT 73100RT COMPLETE 07/12/03 13 07 JA 31248

3-VIEW RIGHT WRIST
REASON FOR EXAM Patient is a 35-year-old female complaining of right wrist pain after striking it on a wooden post

FINDINGS There are no fractures, or dislocations seen No evidence of significant soft tissue injury is appreciated

IMPRESSION Negative right wrist xray

D&T 7/14/03
djh Job # 13475

KEVIN S HUGHES, DO

COPY

**MONTGOMERY LISA M**
**AGE: 35 DOB: 02/27/1968** **FOX RICHARD L**
**ACCT# 475093 RM: PT TYPE· E.R.** **UNKNOWN**
**ADMIT: 07/12/03 DISCHG: 07/12/03 MR# 038155** **FILM# 13765**

Unsigned transcriptions represent a preliminary report and do not reflect a medical or legal document
**RADIOLOGY REPORT**

**ey County Hospital**
Emergency Department
801 N Fourth • Burlington, KS 66839
(620) 364-5655 Ext. 232

| MEDICAL RECORD NO | PATIENT CHARGE NO | | DATE | TIME |
|---|---|---|---|---|
| | | | 7/12/03 | 12:15 |

| PATIENT LAST NAME | FIRST NAME | M I | DATE OF BIRTH | SEX | AGE | PERSONAL PHYSICIAN |
|---|---|---|---|---|---|---|
| 475093 | | | | | | |
| MONTGOMERY LISA M | | | 2/27/1968 | F | 35 | UNKNOWN |
| | | | | | | FOX RICHAR |

## PATIENT DISMISSAL INSTRUCTIONS

NOTE The examination and treatment you have received has been given on an emergency basis It is often very hard to foresee and treat all factors of an injury or illness in one visit Your doctor may receive a copy of your records and test reports It is important that you have your doctor check you again Report any new or remaining problems Meanwhile, **FOLLOW THE INSTRUCTIONS CHECKED BELOW** If you cannot contact your doctor, return to the Emergency Department if your symptoms continue, become worse, or new symptoms arise

- ☐ WOUND CARE (Cuts, abrasions, burns) Keep wound and bandage clean and dry Drainage, fever, redness, swelling or pain may mean infection and immediate examination is advised Keep the limb raised above the level of the heart and rested Have the stitches removed as per instructions below
- ☐ CASTS AND SPLINTS Pain, change in color, numbness, tightness or difficulty in moving fingers or toes may need immediate examination Your doctor should decide when to remove the cast or splint Keep casts and splints dry
- ☐ SPRAINS, STRAINS AND SEVERE BRUISES During the first 48 hours, apply ice in leakproof bags intermittently to the injured area Raise the limb above the level of the heart Limit or avoid use of the injured area (sling/crutches) unless otherwise advised Repeat x-rays may be needed if symptoms persist after 7 to 10 days
- ☐ HEAD INJURY See your doctor (or return to the Emergency Department if necessary) in these conditions persisting or increasing headache, vomiting, unusual drowsiness, seizures, blurred or disturbed vision, unequal pupils, drainage of blood or fluid from ears or nose, loss of balance or limb weakness Other instructions as given below
- ☑ X-RAY You have been given a preliminary report of your x-rays An x-ray specialist will make a final evaluation and report You will be notified of any further finding
- ☐ VOMITING/DIARRHEA Fluid lost because of Nausea/Vomiting/Diarrhea can be replaced with drinks made especially for this purpose, such as Pedialyte in small amounts One teaspoon of fluid every minute will provide over a cup in an hour Foods good to eat while you have diarrhea are bananas, rice, applesauce, and toast A clear liquid diet for 24 hours is recommended while you have nausea and vomiting
- ☐ HIGH FEVER, (especially in children) Control with Tylenol (acetaminophen) or Advil (Ibuprofen) every four hours Use tepid water sponge baths as advised to keep the temperature below 103 degrees Do not "bundle" the child up with clothing and blankets when indoors See your follow-up doctor as shown below
- ☐ ASTHMA Attacks are triggered by allergies and airway irritants such as Animal dander, dust mites, cold viruses, paint fumes, cigarette smoke, household cleaners, heavy exercise Avoid any of these which may trigger your asthma attack Take your medication exactly as prescribed by your doctor
- ☐ TETANUS/DIPTHERIA TOXOID You received a tetanus/diptheria toxoid booster today This is a shot to prevent tetanus ("Lockjaw") This is good for at least 5 years You may notice some aching discomfort in the arm of the injection for the next 2-3 days A warm moist pack will help to relieve the discomfort

☐ Recheck with family physician ☐ Take medication as prescribed ☐ Prescription sent home with patient

☐ Refer to Dr ____________________

DIAGNOSIS (R) arm Pain

POST TREATMENT INSTRUCTIONS·

(1) Ice
(2) elevate
(3) follow up as needed

COPY

I understand that the emergency care which I have received is preventive care of an emergency nature This emergency care is by no means intended to be a complete diagnosis or complete medical care I have been instructed to contact a physician for continued medical diagnosis and care, and I will do so

**Physician Numbers:**
**Coffey County Medical Center (620) 364-5395**
**Waverly Medical Center (785) 733-2667**
**LeRoy Medical Center (620) 964-2264**

I UNDERSTAND AND HAVE RECEIVED A COPY OF THESE FOLLOW-UP INSTRUCTIONS

X Lisa Montgomery
PATIENT SIGNATURE

37-500

Case 4:12-cv-08001-GAF Document 164-37 Filed 09/03/15 Page 10 of 10