Corporate Office
528 Commercial
PO Box 2224
Emporia, Kansas 66801
620 343 6111
fax 620 343 1398
www the-farm org

The Farm, Inc.
Building brighter tomorrows for families and children

LYNDON SRS
JAN 27 2004

- **Identifying Information**

**Justin Jo Lee Kleiner**

DOB 8/9/02
Race. Caucasian
Current Placement Becky and Jeff Bodine
1722 SW Kent Place
Topeka, KS 66604
(785) 228-9962

- **History**

Justin's natural parents, Bonnie Taylor and Teddy Kleiner, were running from the police in the state of Oklahoma. They were heavily involved in methamphetamine use, production and sales They were wanted for identity theft and fraudulent use of a credit card and social security number The parents had another child terminated on in the state of Oklahoma. Justin was born in Kansas so that Oklahoma could not remove him from the home The parents were reported to be very violent by SRS and it was advised that workers not meet with them alone

Judy Shaughnessy, Justin's paternal grandmother, reported Teddy and Bonnie to SRS for suspected physical neglect She reported that Justin had not had any immunizations and that he needed his hearing checked. Judy also reported that Teddy is violent and had taken Justin from her home at 2.00 a m on a previous occasion Justin's paternal grandfather is Jack Kleiner of Manhattan, KS He has shown no interest in Justin and has had no contact with the agencies involved in Justin's custody

Teddy Kleiner (DOB 6/6/74) has been employed in the past as a tree trimmer. His employment history is sporadic and he has not been able to maintain adequate housing for any significant time He reports to be healthy He is blind in his left eye Teddy has never utilized extensive mental health services for himself although he saw a therapist twice during one of his mother's divorces Teddy's mother, Judy, has been married four to six times Teddy and his sister, Lisa, reported that they weren't certain of the number of marriages or siblings Teddy reported that his parents were both physically and mentally abusive Teddy completed the 11th grade. He has never been legally married. Teddy is a self-reported methamphetamine user, manufacturer and dealer Teddy is the natural father of Hope Kleiner, who was born 8/19/99. Teddy relinquished his parental rights to Hope in Oklahoma

Bonnie Taylor (DOB 2/13/80) was born in Tulsa, Oklahoma to Rachel and Wayne Taylor, who divorced in 1995 Neither of the Taylor's have had any contact with the agencies involved in Justin's custody Bonnie has been employed in the past as a CNA and dietary aid She has a history of unemployment Bonnie completed the 5th grade in school. Bonnie is healthy but has had some inner ear and dental problems She reported that she suffers from an anxiety disorder and was prescribed Celexa in the past. Bonnie is a self-reported methampetamine user and admits to abusing other drugs and alcohol. Bonnie has given birth to three children, all of whom have been removed from her custody Her firstborn was Teddy Joe Taylor (DOB 8/25/95) Her parental rights were terminated by the state of Oklahoma She then gave birth to Hope Kleiner (DOB 8/19/99) Her parental rights were terminated by the state of Oklahoma

Justin Jo Lee entered SRS custody on 2/11/03 Justin's paternal grandmother and aunts did not feel that placing him with family would be appropriate at that time. They reported that they were afraid of Teddy. Justin was immediately placed in the family foster home of Jeff and Becky Bodine and remains with them.

Teddy and Bonnie had regular, supervised, bi-monthly visitation with Justin until they were arrested for manufacturing methamphetamines in Ottawa, Kansas on 7/22/03. At that time, Bonnie moved to her mother's home in Oklahoma She continues to have monthly-supervised visits with Justin Teddy Kleiner was sentenced to prison on 11/3/03 He has had no contact with Justin since his arrest. Judy and Danny Shaugnessy, Justin's paternal grandmother and step grandfather, have regular visits with Justin He spends three and ½ days each week with them

On September 26, 2003, the court determined that reintegration with Bonnie and/or Teddy is no longer a viable option and that both parents are unfit

- **Developmental**

Justin was born by C-section after a full term normal pregnancy. He has eaten and slept normally since birth and has had no major illnesses or surgeries. He does suffer bronchial distress and is extremely sensitive to cigarette smoke. Justin also has a history of diaper rashes, one of which was severe It is not known whether Justin suffered prenatal drug exposure although it is probable from his parent's history.

While still an infant, Justin witnessed drug abuse and domestic violence between his parents His aunt, Patty Baldwin, reported that Teddy and Bonnie had a physical fight while Justin was in a twin bed with them

Justin has attended daycare while placed with the Bodine's. His caretakers report that he is a lovely, happy child who smiles a lot Justin has had temper tantrums but this is age appropriate He is developing normally.

It is not known if Justin witnessed or experienced any sexual abuse at any time Because of his age, he has no significant spiritual or religious affiliations

- **Placement Issues**

Justin has lived with Jeff and Becky Bodine from the time he entered SRS custody on 2/11/03 to the present He has had no problems and this placement is meeting all of Justin's basic needs He is bonded to both Jeff and Becky

- **Child's Strengths and Needs**

Justin is a friendly, happy, curious child who is beginning to act independently and express a strong desire to learn about the things around him He doesn't cry often but he has a temper and throws tantrums when he is unhappy