**BONNIE JEAN TAYLOR**
**and TEDDY J. KLEINER**

**TO** **POWER OF ATTORNEY**

**JUDY SHAUGHNESSY**

**KNOW ALL MEN BY THESE PRESENTS:** That we, the undersigned, **BONNIE JEAN TAYLOR and TEDDY J. KLEINER,** presently residing at Lyndon, Osage County, Kansas, have made, constituted and appointed and by these presents do make, constitute and appoint **JUDY SHAUGHNESSY**, presently residing at Lyndon, Osage County, Kansas, our true and lawful **ATTORNEY IN FACT** and if our said attorney of fact shall die, become legally disabled, resign, refuse to act or be unavailable to serve, we name **DANNY SHAUGHNESSY**, presently residing at Lyndon, Osage County, Kansas, our true and lawful **ATTORNEY IN FACT**, for us to make all necessary arrangements at any hospital, psychiatric hospital or psychiatric treatment facility, hospice, or similar institution; to employ or discharge health care personnel to include physicians, psychiatrists, psychologists, dentists, nurses, therapists or any other person who is licensed, certified or otherwise authorized or permitted by the law of this state to administer health care as our said attorney in fact shall deem necessary for the physical, mental and emotional well being of our child, **JUSTIN JO LEE KLEINER**, date of birth August 9, 2002, and to request, receive and review any information, verbal or written, regarding our said child's personal, physical or mental health including medical and hospital records and to execute any releases or other documents that may be required in order to obtain such information.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my notarial seal, the day and year last above written.

GERRI L. GODDERZ
Notary Public - State of Kansas
My Appt. Expires March 25, 2006

[signature] Gerri L. Godderz
**Notary Public**

(SEAL)

My commission expires 3/25/06.