**COFFEY COUNTY HOSPITAL**
**801 NORTH FOURTH STREET**
**P.O. BOX 189**
**BURLINGTON, KANSAS 66839**

## PATIENT'S INFORMATION

| ACCOUNT NO. | MED. RECORD NO. | ROOM NO. | X-RAY NO. | ADMIT DATE | ADMIT TIME | DISCHARGE DATE | DISCHARGE TIME |
|---|---|---|---|---|---|---|---|
| 467565 | 037812 | | | 03/24/03 | 21:29 | 03/24/03 | 21:29 |

| PATIENT NAME | DATE OF BIRTH | AGE | SEX | M.S. | RACE | ACCOMMODATION | STAY TYPE |
|---|---|---|---|---|---|---|---|
| BOMAN CARL J II | 10/20/89 | 13 | M | S | C | | E.R |

| ADDRESS | SOCIAL SECURITY NUMBER | PHONE NUMBER |
|---|---|---|
| 32419 S ADAMS | | 785-549-3548 |

| ADDRESS | RELIGION PREFERENCE | SERVICE TYPE | FINANCIAL CLASS |
|---|---|---|---|
| | | EMERGENC | P |

| CITY | STATE | ZIP CODE | COUNTY | ADVANCE DIRECTIVES |
|---|---|---|---|---|
| MELVERN | KS | 66510 | 070 | |

## SUBSCRIBER INFORMATION

| EMPLOYER'S NAME | OCCUPATION |
|---|---|
| THE MARKET | |

| EMPLOYER'S ADDRESS | EMPLOYER'S PHONE NUMBER |
|---|---|
| 5305 SO TOPEKA TOPEKA KS 66601 | 785-862-5100 |

## PATIENT FAMILY INFORMATION

| SPOUSE'S NAME | ADDRESS |
|---|---|
| NOT MARRIED/MINOR | |

| SPOUSE'S EMPLOYER | EMPLOYER'S ADDRESS | EMPLOYER'S PHONE NO. |
|---|---|---|
| | | |

| MOTHER OF PATIENT | FATHER OF PATIENT |
|---|---|
| MONTGOMERY LISA M | BOMAN CARL J SR |

| PERSON TO NOTIFY IN EMERGENCY | RELATION TO PATIENT | ADDRESS OF PERSON TO NOTIFY | PHONE NUMBER |
|---|---|---|---|
| MONTGOMERY LISA M | MOTHER | SAME | 785-549-3548 |

## GUARANTOR OR PERSON RESPONSIBLE FOR BILL

| NAME | ADDRESS #1 | ADDRESS #2 |
|---|---|---|
| MONTGOMERY LISA M | 32419 S ADAMS | |

| CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| MELVERN | KS | 66510 | 785-549-3548 |

## INSURANCE INFORMATION

| PRIMARY INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | GROUP NAME | |
|---|---|---|---|
| | SUBSCRIBER | PHONE NO. / / / / | PRE-CERTIFICATION NO. |

| INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | GROUP NAME | |
|---|---|---|---|
| | SUBSCRIBER | PHONE NO. / / / / | PRE-CERTIFICATION NO. |

| INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | GROUP NAME | |
|---|---|---|---|
| | SUBSCRIBER | PHONE NO. / / / / | PRE-CERTIFICATION NO. |

| DATE OF ACCIDENT | TIME OF ACCIDENT | PLACE | EVENT |
|---|---|---|---|
| | | | |

| ADMITTING DIAGNOSIS | ADMIT INITIALS |
|---|---|
| 88046 RASH | JAP |

| PHYSICIAN 1 | PHYSICIAN 2 | PREV. ADMIT. NO. | DATE OF LAST ADMIT |
|---|---|---|---|
| SHELL JOHN | SHELL JOHN | | |

**CONSENTS AND AUTHORIZATIONS FOR**
**COFFEY COUNTY HOSPITAL**
**BURLINGTON, KANSAS**

**CONSENT FOR TREATMENT:** I herby authorize Coffey County Hospital, the attending physician and any consulting physicians and other practitioners designated by them to prescribe treatment, to administer medication, and to perform such procedures and tests as may be deemed advisable or necessary in the diagnosis and treatment of this patient during this hospitalization. I understand that no promise, guarantee or warranty has been made regarding the results of any medical treatment or procedure.

**RELEASE OF MEDICAL INFORMATION:** I authorize Coffey County Hospital to release to my insurance carrier medical information for the purpose of concurrent utilization review to be performed during my hospitalization. I hereby authorize Coffey County Hospital and the physicians providing care hereunder to release any medical information or statement of charges in connection with these services to, but not limited to, an insurance carrier, workers compensation carrier, health and welfare funds or that patient's responsible party's employer for the purpose of obtaining payment. I hereby authorize the release of information to other healthcare agencies and providers that is necessary for continuity of care upon discharge.

_____ Initials **PATIENT'S VALUABLES AND BELONGINGS:** I understand that Coffey County Hospital provides a safe for money, credit card and valuables. I agree that Coffey County Hospital is not responsible for loss of or damages to personal belongings, including such items as jewelry, glasses, hearing aids, garments and toiletries.

_____ Initials **ASSIGNMENT OF INSURANCE BENEFITS:** I authorize my insurance company to assign Hospital and Physician benefits, otherwise payable to me, directly to Coffey County Hospital or the Physician. I understand I am directly responsible for charges not covered by this assignment.

_____ Initials **IMPORTANT MESSAGE FROM MEDICARE:** (Medicare – Observation and Inpatient)
I acknowledge my receipt of the IMPORTANT MESSAGE FROM MEDICARE from Coffey County Hospital and I understand that it does not waive my rights to request a review or make me liable for any payment.

_____ Initials **FOR MEDICARE AND MEDICAID BENEFICIARIES:** I certify that the information given by me in applying for payment under Titles XVIII and XIX under the Social Security Act is correct. I request that payment of authorized benefits be made on my behalf for any services furnished me by or in Coffey County Hospital including physician services. I authorize any holder of medical or other information about me to release to the Centers for Medicare & Medicaid Services and agents any information necessary to determine these benefits or related services. .

_____ Initials **MEDICARE:** I understand that self administered drugs and biological agents are not covered by Title XVIII when outpatient services are rendered. I understand that I will be responsible for the payment of these services if provided to me.

_____ Initials **MEDICAID:** I understand that Emergency care is covered only when the care received meets SRS guidelines. Any non-emergency services are non-covered by Title XIX. Not all outpatient procedures are covered by Title XIX. SRS guidelines which state "medical need must be indicated" are applied to outpatient services. I understand that I will be responsible for the payment of these services if provided to me.

**CONSENT FOR MEDIA RELEASE:** (Inpatient)

_____ Initials I **DO DO NOT** give consent to have my admission and discharge released to the news media.
Circle One

I **DO DO NOT** give consent to have the birth of my child released to the news media as an admission and discharge.
Circle One

_____ Initials **WAIVER:** I, the undersigned, do understand that the hospital prefers that I utilize the personal care and/or medical equipment by Coffey County Hospital. I also understand that, should I choose to bring onto the premises any personal electrical items, I will be responsible for them. Should any harm or damage occur as a direct result of my faulty or malfunctioning electrical items, I understand that I will be held responsible and liable for damages.

**AGREEMENT TO PAY FOR SERVICES:** For and in consideration of the care and treatment provided to the patient. The undersigned agrees to pay Coffey County Hospital all charges for services rendered to or on behalf of the patient.

**I HAVE READ THE ABOVE AUTHORIZATIONS AND AGREEMENTS AND I FULLY UNDERSTAND THE SAME.** I am the patient or am authorized as the patient's parent, guardian, spouse, relative or agent to agree to the above.

Lisa Montgomery 3/24/03 2129
Patient Signature or Authorized Signature Date Time

Relationship to Patient
Witness

ACCT# 467565 MR# BOMAN CARL J II

88046

**Coffey County Hospital**
**EMERGENCY / OUTPATIENT RECORD**

| MEDICAL RECORD NO. | PATIENT CHARGE NO. | DATE | TIME |
|---|---|---|---|
| | 467565 | 3/24/03 | 21:29 |

| PATIENT LAST NAME | FIRST NAME | M.I. | DATE OF BIRTH | SEX | AGE | PERSONAL PHYSICIAN |
|---|---|---|---|---|---|---|
| BOMAN | CARL | J II | 10/20/1989 | M | 13 | SHELL J |

ARRIVED BY: ☐ Self ☑ Relative ☐ Police ☐ Friend ☐ Ambulance
HOW: ☑ Ambulatory ☐ Stretcher ☐ W/C ☐ Carried
ER PHYSICIAN: SHELL J

CHIEF COMPLAINT: Rash - Chest Pain

TIME NOTIFIED: here TIME ARRIVED: here

HISTORY: Rash started yesterday afternoon. Got worse the last 2hrs. Is itchy, red, raised, blotchy. Ø new meds. States chest hurts. States it's hard to breathe from chest hurting. Pt is in no apparent distress
2203 Denies any reaction to med. Pt has had Ø difficulty breathing while in ER & VS have remained stable.

CHRONIC ILLNESS: Asthma ☐ None Known
ALLERGIES: ☑ None Known

**VITAL SIGNS**

| TIME | 2132 | [illegible] | 2203 |
|---|---|---|---|
| TEMP | 96.2 | [crossed out] | — |
| PULSE | 64 | | 62 |
| RESP | 16 | | 16 |
| B/P | 118/73 | | 124/62 |
| 02% | — | | — |

LAST TETANUS: unknown
CURRENT MEDICATIONS: Benadryl PRN 25mg Po (last this Am)
Albuterol Inh PRN

RN Signature: K. Medcalf RN

EXAMINATION AND TREATMENT:

[illegible]

PHYSICIAN'S ORDERS:

Solumedrol 125 mg IM
Medrol dose pack

| MEDICATIONS | AMOUNT / ROUTE | TIME / INITIAL |
|---|---|---|
| SoluMedrol | 125mg IM LDG | 2142 / KSM |
| Medrol Dose Pack Disp. x 1 | | 2200 / KSM |

DIAGNOSIS: Urticaria

CONDITION: ☑ Satisfactory ☐ Fair ☐ Poor ☐ Critical ☐ Deceased

DISPOSITION: ☑ Home ☐ Admit Acute ☐ Admit Observation ☐ Dr.'s Office ☐ Transfer to:
☐ Ambulance ☑ Private Car ☐ Air
Acc. by: ______

DISPOSITION DATE: 3/24/03
DISPOSITION TIME: 2205
PHYSICIAN'S SIGNATURE: [signature]
PA SIGNATURE:

37-269

| Medical Record Number | Patient Charge No. 467565 | **Coffey County Hospital Emergency / Outpatient Record** | Date 3/24/03 | Time 21:29 |
|---|---|---|---|---|

| Patient Last Name | First Name | M.I | Date of Birth | Sex | Age | Personal Physician | ER Physician |
|---|---|---|---|---|---|---|---|
| BOWAN CARL J II | | | 10/20/1989 | M | 13 | SHELL J | |

**43 Skin Rash / Abscess (5)** SHELL J

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

TIME SEEN: 2130 ROOM: 3 __ EMS Arrival

HISTORIAN: ✓ patient __spouse __paramedics

__HX / __EXAM LIMITED BY:

**HPI**

**chief complaint:** (skin rash) / lesion tender/swollen area insect bite / possible insect bite

**started:** yesterday

**time course:**
✓ still present / better
__(worse)
__gone now
__gets better and worse at times
__changing location with time
__constant

**location:** (generalized) facial neck trunk upper extremity R / L lower extremity R / L perirectal axillary R / L

**quality:** (itchy) (painful) __burning

**Identified cause?** ✓ no __yes __possibly

**When?** __just prior to symptom onset

**Exposure (context)-** ?

| Medication | Food | Other |
|---|---|---|
| antibiotic | shellfish | bee/wasp sting |
| aspirin | nuts | ant bite |
| NSAID | soybeans | spider / insect bite |
| ACE inhibitor | eggs | poison ivy/oak |
| other | | infectious illness |

**Location-** ✓ home __work

__Similar symptoms previously

__Recently seen/treated by doctor

**ROS**

*CONST*
__fever
__chills

*ENT*
__sore throat

*RESP*
__cough
*sputum*
__shortness of breath
__hoarse / voice change
__lump in throat

*NEURO*
__headache

*EYES*
__irritated eyes
*redness discharge*

*CVS*
__chest pain

*GI and GU*
__abdominal pain
__nausea / vomiting
__diarrhea
__problems urinating
__genital sore / discharge

*MUSCULOSKELETAL*
__joint pain

☑ all systems neg. except as marked

**PAST HISTORY** __negative

__diabetes *insulin / oral / diet*
__hypertension
__cardiac disease
*MI CHF, CAD*
asthma
__other problems

__allergy to poison ivy
__chicken pox
__strep throat
__shingles
__HIV positive
__lupus

**Surgeries/Procedures:** ✓ none __non-contributory

**Medications** __none ✓ see nurses note
__ASA __NSAID __acetaminophen
__BCP's

**Allergies** __NKDA
✓ see nurses note

**SOCIAL HX** smoker drugs
alcohol (*recent / heavy / occasional*)

**FAMILY HX** __atopic allergy (asthma)

Rev. 10/01

| Medical Record Number | Patient Charge No. | Coffey County Hospital Emergency / Outpatient Record | Date | Time |
|---|---|---|---|---|
| | 467565 | | 3-24-03 | 2129 |

| Patient Last Name | First Name | M.I | Date of Birth | Sex | Age | Personal Physician | ER Physician |
|---|---|---|---|---|---|---|---|
| Boman | Carl J | II | 10-20-89 | m | 13 | Shell | Shell |

☑ Nursing Assessment Reviewed ☑ BP, HR, RR, Temp reviewed

**PHYSICAL EXAM** ✓ Alert __Anxious __IV

Distress ✓ NAD __mild __moderate __severe

**NEURO/PSYCH**
__oriented x3
__mood/affect nml
__CN's nml as tested
__no motor/sensry deficit
__disoriented to person / place / time
__depressed affect
__facial droop/EOM palsy/anisocoria
__weakness / sensory loss

**SKIN**
✓ warm, dry
__nml color
__cyanotic / diaphoretic / pallid / jaundiced
__abscess / tender indurated area
*pointing fluctuant w/ erythema w/ lymphangitis*
__skin rash / erythema / lesion / plaque (circled)

*location:*
__generalized (circled)
__face *nose / around mouth / cheeks / forehead*
__scalp / ears
__neck *anterior / posterior*
__trunk *chest / abdomen / back*
__extremities *upper / hands / palms lower / feet*

*character:*
__macular / papular (circled) / maculopapular
__fine / confluent / patchy
__linear
__vesicular / bullous
__urticarial / erythematous (circled) / petechial

*with:*
__warmth / tenderness / swelling
__lymphangitis
__induration / thickening
__weeping / inflammation / crusting
__rough texture like scarlatina rash
__skin-line distribution like pityriasis rosea

**EXTREMITIES**
✓ nml inspection
✓ normal ROM
✓ non-tender
✓ no pedal edema
__described above
__edema *hands / arms / legs / pedal*

**HEENT**
✓ lips/gums nml
__pharynx nml
__scleral icterus / injected conjunctivae
__pharyngeal erythema / swelling

**NECK**
✓ trachea midline
✓ no swelling
__stiff neck / meningismus
__lymphadenopathy

**RESPIRATORY**
✓ no resp. distress
✓ breath sounds nml
__rales / rhonchi
__wheezing

**CVS**
✓ reg. rate, rhythm
✓ heart sounds nml
__tachycardia / bradycardia
__murmur grade __/6 sys / dias

**ABDOMEN**
✓ non-tender
✓ no organomegaly
__tenderness
__hepatomegaly / splenomegaly

**RECTAL**
__non-tender
__rectal tenderness / mass / drainage

**LABS, PROCEDURES and PROGRESS**

| CBC | | Chem | |
|---|---|---|---|
| *normal except* | segs | *normal except* | Calcium |
| WBC | bands | Gluc | Na |
| Hgb. | lymphs | BUN | K |
| Hct | monos | Creat | Cl |
| Platelets | eos | | CO2 |

**INCISION AND DRAINAGE OF ABSCESS**

**Anesthesia**
__local
*lidocaine 1% 2% epi bicarb*
*marcaine 25% .5%*
__IV sedation /analgesia
__pulse oximetry
__cardiac monitor

**Prep / Procedure**
__skin prep
__incised abscess with __blade
__drained pus *large / small*
__irrigated cavity with saline
__probed to break up loculations
__packed with gauze
__obtained cultures / gram stain

*Time*__ __unchanged __improved __re-examined

__Rx given Solumedrol 125, 4mg, rel. dosepak

__Discussed with Dr.__
*will see patient in: office / ED / hospital*
__Counseled patient / family regarding:
*lab results diagnosis need for follow-up*
__Admit orders written

__CRIT CARE- 30-74 min
75-104 min __ min
__Prior records ordered
__Additional history from:
*family caretaker paramedics*

## CLINICAL IMPRESSION:

Skin Rash
~~Allergic Reaction~~ - acute
Hives / Urticaria (circled)
Erythema Multiforme
Drug Rash
Contact Dermatitis
Poison Ivy
**Soft Tissue Infection**
Cellulitis Impetigo
Abscess *Cutaneous*
*Pilonidal Perirectal*
Hidradenitis Suppuritiva
**Other**
Eczema Psoriasis
Insect Bite(s) / Scabies

**Systemic Infection**
Meningococcemia
Sepsis
Toxic Shock Syndrome
Rocky Mountain Spotted Fever
Lyme Disease
Disseminated Gonococcemia
Syphilis
Scarlet Fever
Streptococcal associated rash
Chicken Pox
Herpes Zoster
Viral Illness
Pityriasis Rosea

**DISPOSITION-** ☑ home ☐ obs ☐ admit ☐ transfer to:
**Time**
**CONDITION-** ☑ satisfactory ☐ fair ☐ poor ☐ critical ☐ deceased

[signature] 3/24/03 __NP / PA __MD / DO

Skin Rash-43

ffey County Hospital
Emergency Department
801 N. Fourth • Burlington, KS 66839
(620) 364-5655 Ext. 232

| MEDICAL RECORD NO. | PATIENT CHARGE NO. | | | | | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|
| PATIENT LAST NAME | 467565 | FIRST NAME | M.I. | DATE OF BIRTH | SEX | AGE | 3/24/03 PERSONAL PHYSICIAN | 21:29 |
| BOMAN | CARL | | J II | 10/20/1989 | M | 13 | SHELL J | |

## PATIENT DISMISSAL INSTRUCTIONS

SHELL J

NOTE: The examination and treatment you have received has been given on an emergency basis. It is often very hard to foresee and treat all factors of an injury or illness in one visit. Your doctor may receive a copy of your records and test reports. It is important that you have your doctor check you again. Report any new or remaining problems. Meanwhile, **FOLLOW THE INSTRUCTIONS CHECKED BELOW.** If you cannot contact your doctor, return to the Emergency Department if your symptoms continue, become worse, or new symptoms arise.

- ☐ WOUND CARE: (Cuts, abrasions, burns): Keep wound and bandage clean and dry. Drainage, fever, redness, swelling or pain may mean infection and immediate examination is advised. Keep the limb raised above the level of the heart and rested. Have the stitches removed as per instructions below.
- ☐ CASTS AND SPLINTS: Pain, change in color, numbness, tightness or difficulty in moving fingers or toes may need immediate examination. Your doctor should decide when to remove the cast or splint. Keep casts and splints dry.
- ☐ SPRAINS, STRAINS AND SEVERE BRUISES: During the first 48 hours, apply ice in leakproof bags intermittently to the injured area. Raise the limb above the level of the heart. Limit or avoid use of the injured area (sling/crutches) unless otherwise advised. Repeat x-rays may be needed if symptoms persist after 7 to 10 days.
- ☐ HEAD INJURY: See your doctor (or return to the Emergency Department if necessary) in these conditions: persisting or increasing headache, vomiting, unusual drowsiness, seizures, blurred or disturbed vision, unequal pupils, drainage of blood or fluid from ears or nose, loss of balance or limb weakness. Other instructions as given below.
- ☐ X-RAY: You have been given a preliminary report of your x-rays. An x-ray specialist will make a final evaluation and report. You will be notified of any further finding.
- ☐ VOMITING/DIARRHEA: Fluid lost because of Nausea/Vomiting/Diarrhea can be replaced with drinks made especially for this purpose, such as Pedialyte in small amounts. One teaspoon of fluid every minute will provide over a cup in an hour. Foods good to eat while you have diarrhea are: bananas, rice, applesauce, and toast. A clear liquid diet for 24 hours is recommended while you have nausea and vomiting.
- ☐ HIGH FEVER; (especially in children): Control with Tylenol (acetaminophen) or Advil (ibuprofen) every four hours. Use tepid water sponge baths as advised to keep the temperature below 103 degrees. Do not "bundle" the child up with clothing and blankets when indoors. See your follow-up doctor as shown below.
- ☐ ASTHMA: Attacks are triggered by allergies and airway irritants such as: Animal dander, dust mites, cold viruses, paint fumes, cigarette smoke, household cleaners, heavy exercise. Avoid any of these which may trigger your asthma attack. Take your medication exactly as prescribed by your doctor.
- ☐ TETANUS/DIPTHERIA TOXOID: You received a tetanus/diptheria toxoid booster today. This is a shot to prevent tetanus ("Lockjaw"). This is good for at least 5 years. You may notice some aching discomfort in the arm of the injection for the next 2-3 days. A warm moist pack will help to relieve the discomfort.

☒ Recheck with family physician. As Needed ☒ Take medication as prescribed. ☒ Prescription sent home with patient.

☐ Refer to: Dr.__________

DIAGNOSIS: Allergic Reaction

**POST TREATMENT INSTRUCTIONS:**

Medrol Dose Pack As Directed

I understand that the emergency care which I have received is preventive care of an emergency nature. This emergency care is by no means intended to be a complete diagnosis or complete medical care. I have been instructed to contact a physician for continued medical diagnosis and care, and I will do so.

**Physician Numbers:**
**Coffey County Medical Center (620) 364-5395**
**Waverly Medical Center (785) 733-2667**
**LeRoy Medical Center (620) 964-2264**

I UNDERSTAND AND HAVE RECEIVED A COPY OF THESE FOLLOW-UP INSTRUCTIONS.

X Lisa Montgomery
PATIENT SIGNATURE

37-500