STATE OF KANSAS
DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES
CHILDREN AND FAMILY SERVICES

# COURT REPORT

CFS-3003
Rev. June 1998

| | | | | | |
|---|---|---|---|---|---|
| Child's Name: | Justin Jo Lee Kleiner | Child's DOB | 8-9-02 | Date of Hearing: | 4 05 04 |
| Worker's Name | Rhonda Gales/ Sherry Alexander-FARM | Period Covered | 8-8-03 | to | 4-1-04 |
| G.A.L. \Attorney: | James Campbell, Brenda Kelly, Bryan Hasterd, Mike Coffman, Mike Helvey, Roger McDaniel | Court Case # | 03JC07 | | |

2004 APR -1 AM 10 21

I Synopsis of Case:

Justin came into the temporary custody of SRS on 2-11-03 due to allegations that his parents could not provide proper care for him. Teddy Kleiner and Bonnie Taylor, parents, were living in the state of Oklahoma prior to Justin's removal in Kansas. The parents were involved in use, manufacturing and sales of methamphetamine. Bonnie Taylor is on probation in Oklahoma for possession. Bonnie and Teddy have a lengthy history with DFS in Tulsa, Oklahoma. Bonnie has had 2 previous children terminated on due to Bonnie being an unfit parent. Teddy relinquished his rights to his shared daughter with Bonnie just prior to the court terminating his rights. The state of Oklahoma found both parents to be unfit. Justin was born in Kansas in an attempt to prevent the state of Oklahoma from removing him from their care at birth. Since Justin's birth, Bonnie and Teddy have only taken him to the doctor on one occasion, he only received the immunization that they provide at the hospital and his parents did not follow up on an appointment to retest his hearing when the hospital identified a possible hearing loss. Up to this point, Bonnie and Teddy have done little to provide for Justin.
Justin remains placed in the foster home of Jeff and Becky Bodine. Justin continues to have all of his emotional and physical health needs met in this home. Justin is receiving routine medical care. Justin suffers from ongoing bouts of bronchitis, some asthma tendencies, and yeast infections. His pediatrician has not been able to identify what causes any of these afflictions. The pediatrician has suggested that cigarette smoke triggers the respiratory issues and that the yeast infection could come from improper diaper/hygiene care. This is another area that both the Bodines and the Shaughnessys disagree amongst each other. Each family has placed blame on the other for Justin's illnesses.

Justin has visitation with his paternal grandparents, Judy and Danny Shaugnessy for one ½ week each week. This time is split with the foster parents. The foster family and the grandparents have worked out the visitation schedule, including pick up and drop off, amongst each other. The relationship between the Bodines and the Shaugnessy's has fluctuated to being very good, to being almost hostile. Though neither side has displayed these feelings in front of Justin, they have been brought to the attention of both SRS and The Farm, Inc. These feelings have been attributed to the agencies to have come from both family's love for Justin and their desire to be his permanent care givers. Justin is very fortunate to have 4 loving, attentive adults who want what is in his best interest. However, none of the four adults can agree on what is in his best interest. Justin's visits with his grandparents have been reported to have gone very well and Justin has been able to experience different aspects of living on a farm which he has been reported to enjoy very much.

Justin is scheduled to have visits with his mother one time per month, when she is able to come to the state of Kansas. The Farm, Inc has reported that these visits are appropriate for the most part, however, Bonnie is reported to have a tendency to dwell on past issues and not just focus on her visit with Justin. The Farm, Inc has been able to discuss issues with Bonnie, however, they have informed Bonnie that this would occur after her visits with Justin so she is not upset during the visits. Justin has not had any visitation with his father, Teddy Kleiner, since Teddy was arrested and incarcerated for crimes associated with the manufacturing of methamphetamine. Teddy is currently serving a five year sentence. He is currently serving this sentence at Larned.

Bonnie and Teddy had some successes in completing some case planning tasks. However, they were not able to overcome their circumstances and addictions in order to provide Justin with a safe, stable home environment free from substance abuse and domestic violence. Justin currently has a case planning goal to achieve permanency through the adoption process. Attached is the court report submitted to SRS by Sherry Alexander of the Farm ,Inc which depicts the current activity in Justin's case.

**II** Has the child been in custody and in out-of-home placement 15 of last 22 months? [ ] Yes [X] No

If Yes, are there compelling reasons why termination of parental rights or permanent guardianship would not be in the best interests of the child? Describe:

Due to past relinquishments/ terminations of parental rights to other children, current addiction and incarceration for drug crimes, SRS and The Farm have recommended that the parental rights of Bonnie Taylor and Teddy Kleiner be terminated.

**III** Services offered or recommended to family:

- [X] 1) Family Support Worker:
  - [X] budgeting advice and assistance
  - [X] housekeeping advice and assistance
  - [X] parenting advice and assistance
- [X] 2) Counseling recommended
- [ ] 3) Counseling obtained
- [X] 4) Referral to support group(s)
- [ ] 5) Child Care
- [ ] 6) Health Department referral
- [X] 7) Direct services:
  - [X] Social Worker conferences
  - [X] Social Worker assessment
- [ ] 8) School support
- [X] 9) Relative resources consideration
- [X] 10) Information to utilize financial resources
- [ ] 11) Family Preservation
- [ ] 12) Other

**IV** Department Recommendation

Release from custody? [ ] Yes [X] No

Orders for parents? [X] Yes [ ] No If Yes, specify:

Orders for child? [X] Yes [ ] No If Yes, specify:

[x] Termination of Parental Rights

[ ] Guardianship

Narrative statement in support of Agency recommendation:

SRS SUPPORTS THE RECOMMENDATIONS SUGGESTED BY THE FARM IN THE ATTACHED REPORT

Susan Huddleston | 4/1/04 | Rhonda Gales

Signature of Supervisor/Designee | Date sent to Court | Signature SRS Worker

**V** Attached and in support of this report are the following Case Planning and Review Forms (if appropriate):

- [ ] CFS-1000, Face Sheet
- [ ] CFS-3050A, Family Based Assessment Summary and Service Plan
- [ ] CFS-3050B, Tasks and Responsibilities
- [ ] CFS-3050C, Service Plan for Individual Child in SRS Custody
- [ ] CFS-3050C.1, Service Plan for Individual Child in SRS Custody (ASFA Addendum)
- [ ] CFS-3050D, Service Plan for Individual Child in SRS Custody and Out-of-home Placement
- [ ] CFS-3050F, Visitation/Contact Plan
- [ ] CFS-3050G, Participant Information and Signatures
- [ ] CFS-3011, Visitation/Contact Log
- [ ] CFS-3023, Case Plan Adoption/Timeline Documentation
- [ ] Independent Living Plan
- [X] Report from Private Contractor

01214



MONTGOMERY