# FEDERAL BUREAU OF INVESTIGATION

Date of transcription 02/17/2005

Lori Colwell, 737 Shuey, Osage City, Kansas, 66523, 785/528-2300, was advised of the identity of the interviewing agent and the nature of the interview. Also present during the interview was Colwell's father, Gerald McMillin. Colwell provided the following information:

Colwell advised she was married to Kevin Montgomery from 1982 to 1998, and that four children issued from their marriage: Derek (now 19 years old); Tracy (stillborn); Dustin (15); and Dylan (13). Colwell added that she married her current husband, Duane Colwell, on January 1, 2003.

Colwell stated that she last spoke with Kevin's current wife, Lisa Montgomery, in July or August of 2004. Colwell related that it was a joint discussion between Lisa, Kevin and herself over child support owed to Colwell by Kevin for their children, for whom she has legal custody. Colwell further advised that she only occasionally spoke directly with Lisa and that the subject was almost always concerning Kevin's visitation rights with their children and/or the issue of child support. Colwell related that Kevin had visitation rights to see their minor children every other weekend and, for the past three years, six weeks of each Summer. Colwell stated that upon his eighteenth birthday, Derek refused to visit with his father for these six-week periods in the Summer.

During the time that she has known her, Colwell stated that Lisa claimed to be pregnant several times, all of which supposedly ended before the baby was full term. Colwell advised that Lisa's claims of pregnancy seemed to always coincide with the times that Lisa and Kevin were having marital difficulties or Kevin was threatening to leave her. Colwell stated that she would be told about the Montgomerys' marital difficulties after their children returned home from one of their visits with the Montgomerys. One possible source of contention between the Montgomerys was the costs associated with Lisa's Rat Terrier breeding activities.

Colwell related one purported near full-term pregnancy (possibly in 2002) of Lisa in which Lisa told the Montgomery children that she was going to lose the unborn baby girl because of her RH negative blood disorder. Lisa claimed that the baby was not

Investigation on 2/15/2005 at Osage City, Kansas

File # 7C-KC-88014 Date dictated 2/17/2005

by SA Andrew L. Alvey:ala

Case 4:12-cv-08001-GAF Document 164-9 Filed 09/



This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned it and its contents are not to be distributed outside your agency.

developing normally and that she had not had a Rogam (phonetic) shot that women diagnosed with that disorder must have prior to becoming pregnant again. Colwell stated that she does not believe that Lisa is actually RH negative, but instead claimed to have that disorder because she knew that Colwell is actually RH negative. Colwell advised that Lisa was very manipulative and scheming and was always trying to "one up" her rivals, in this case Colwell.

During this alleged pregnancy, Colwell tried to get Kevin to accompany Lisa to her doctor visits, telling him that he needed to go with her if she was having a problem with the pregnancy. Colwell admitted that she only encouraged Kevin to go because she did not believe that Lisa was actually pregnant at the time and she wanted Kevin to have to face that reality. However, on the one occasion in which Kevin indicated that he was going to go with Lisa to the doctor, Lisa unexpectedly cancelled the appointment. On another occasion in which he was supposed to accompany Lisa to the doctor, Kevin later called Colwell to make arrangements to pick up the boys for their baseball game. Thinking it odd that Kevin did not mention what had happened with Lisa and her appointment that day, Colwell asked him how the appointment went. Kevin responded that he did not go with Lisa to the doctor, but that she told him that she delivered a stillborn baby at the doctor's office and just donated the body to science. Colwell found Kevin's nonchalance to this situation to be counterintuitive because of what she and Kevin had gone through when their daughter, Tracy, was stillborn in 1988. Colwell stated that all of her family members got to hold Tracy and that they had a grave-side service to get everyone through the grieving process.

Colwell related that in Derek's junior year of high school, he was accused of the statutory rape of his then fifteen year old girlfriend. Colwell stated that Kevin urged the local authorities to prosecute his own Derek to the fullest extent of the law. Colwell stated Kevin took that position because he had filed for sole custody of their children and he wanted to use a criminal conviction of Derek as evidence of Colwell's supposed inadequacies as their custodial parent. As further evidence of the efforts that Kevin and/or Lisa Montgomery would go to support their attempts to either get sole custody of the Montgomery children or to get Kevin's child support responsibilities reduced, Colwell cited an instance in which Lisa became irate and violent at one of the boys' baseball games concerning the issue of the laundering of a baseball uniform. Lisa threw some sort of object at Colwell and threatened to report her to the state child welfare authorities. Colwell

advised that she filed an assault report with the Osage City, Kansas, Police Department concerning Lisa's actions. In another instance, Lisa threatened to sue Colwell after one of Lisa's daughters, Kayla Boman, suffered an injury to her hand while playing with Dustin Montgomery while the both of them were visiting at Roger and Joyce Montgomery's residence. Colwell is not even sure that Kayla suffered any injury or that Dustin was in any way culpable. The Montgomery kids also told Colwell upon returning on another occasion from a weekend at the Montgomerys that Lisa had made homemade catsup in which one of the ingredients was ammonia.

Colwell further related that one or two weekends prior to Lisa's arrest for the murder of Stinnett, Dustin and Dylan had spent the weekend with their father. When they returned home, they told Colwell that the due date for one of Lisa's supposed pregnancies had come and gone. Furthermore, Derek had spent the previous Thanksgiving at Roger and Joyce Montgomery's house, but told Colwell upon his return home that Lisa only appeared to be fat and not pregnant.

Colwell stated that the Montgomery children were constantly complaining about the rodent/vermin infestation and unsanitary conditions of the Montgomery home. They also contracted lice, pinworms, eczema and other physical maladies after staying at their father's house and that Lisa never seemed to prepare meals of any real nutritional value. In fact, Colwell would send foodstuffs with them on their visits with their father, but many times Lisa would not let them eat what had been sent with them.

Colwell related that on the day of the murder of Bobbie Jo Stinnett, Lisa called Colwell's and Derek's cellphone numbers and left a message that "I/we got the baby!". Colwell recalls that upon hearing Lisa's message and not knowing of Stinnett's murder, she joked with her husband Duane that they would soon be hearing about an Amber Alert. Colwell added that upon receiving Lisa's message on his cellphone, Derek called his father for more details, but Kevin would not, or could not, provide any further details concerning the baby's arrival. Colwell stated that upon the issuance of the Amber Alert the next morning, Kevin left a message that she should keep their children until further notice. Upon hearing of the Amber Alert and of his father's message, Derek could not bring himself to call his father back.

Colwell advised that after Lisa was arrested for the murder of Stinnett, she received several calls from Kevin in which


Case 4:12-cv-08001-GAF Document 164-9 Filed 09/0

7C-KC-88014



he betrayed no grasp of the gravity of what his wife was alleged to have done. On one such occasion, Kevin called Colwell at 6:00am and asked her to wake up the boys so he could talk to them and assure them that he was doing fine and had nothing to do with Stinnett's murder and was sorry for what had happened. Colwell added that since Stinnett's death, Kevin has hired an attorney to assert his visitation rights as they were prior to her murder. Colwell also advised that Kevin has assumed a "poor me" attitude and has sent her several e-mails indicating that she would be "sorry", but did not stipulate why she would be sorry. Colwell added that Kevin can be very gentle and nice one moment, but then turn around and exhibit angry behavior the next. Colwell further related that Kevin had expressed no desire in having any additional children by any woman.

Colwell stated that during Lisa's purported pregnancy which seemed to go on beyond the normal nine month gestation period, she receive a message from Lisa in which she accused Colwell of trying to obtain Lisa's medical records. Colwell believes she may have made a cassette recording of this message, a practice she came to follow with many of Lisa's messages. Colwell believes she may still have this and other recordings.

Colwell concluded by stating that she had told her family counselor, Brian Muench, 620/343-2211, that she thought Lisa was capable of stealing a baby. Colwell also advised that Lisa's mother, Judy Shaughnessy, once told her that Lisa was trying to acquire a black market baby. Colwell came to the point that she would not leave her children at the Montgomery residence if Kevin was not present at the time. Colwell speculated that Lisa took the Stinnett baby to support her attempts to get the Kevin's child support obligations reduced.

Colwell added that she will attempt to pull up any e-mail messages from the Montgomerys that are still on her computer and forward same to investigating agent.

Colwell is a white female, date of birth of April 1, 1963, Emporia, Kansas, Social Security Account Number of 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.

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 03/04/2005

Lori Colwell, 737 Shuey, Osage City, Kansas, 785/528-2300, provided to investigating agent, via United State Mal, photostatic copies of various e-mail messages she received from Lisa Montgomery and of other documents.

Colwell also clarified information she had provided in a previous interview. Colwell advised that a review of her records indicates that the date that Lisa Montgomery supposedly cancelled a doctor's appointment in which Kevin was going to attend was April 29, 2003. Colwell also advised that the date on which Lisa supposedly gave birth to a stillborn child in her doctor's office, and consequently donated its body to science, as May 30, 2003. Furthermore, the date on which Dustin and Dylan Montgomery last visited their father, which was also the supposed due date of one of Lisa's purported pregnancies, was December 12, 2004.

The above items will be maintained as a 1-A Exhibit for future reference.

Investigation on 2/18/2005 at Kansas City, Missouri

File # 7C-KC-88014 Date dictated 3/4/2005

by SA Andrew L. Alvey:ala

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loane
it and its contents are not to be distributed outside your agency.

Agent Alvey,

I have looked up the dates that you requested.

April 29th, 2003 – Cancelled Dr. Apt. I visited with Kevin at the St. Mary's baseball game about how the appointment went. Kevin said, Lisa got up feeling ill and cancelled appointment.

May 30th, 2003 - Lisa had baby in doctor's office. She gave it to science. Kevin called wanted to pick up boys early to go to a baseball game.

December 12th, 2004 – Dustin and Dylan's last visitation at Kevin's home. Baby due today.

I checked my computer and found I have deleted part of the emails. I still have the hard copies. I wanted to send them all to you so I just copied them. I included two that Lisa sent to my oldest son Derek. I have also copied the letters that Lisa mailed to me.

Lori Colwell

April 25, 2001

Lori,

I have enclosed copies of our insurance cards. I also wanted to let you know we appreciate you letting us know about Derek's appt. next month. When Kevin picks up the boys next Friday, I will send over a copy of our book with the providers our insurance will cover for you to use. I'm not sure what dental services they cover, so will send you a copy of that too so you have an idea of what they will or will not pay for. I will also send you a copy of a paper from Lenscrafters (eyeglass) for you to use in the future if you so desire, showing the discount we can get there, through our insurance company.

Also, our insurance will cover some mental health, so if you want to take Dustin like we had discussed back in January, you can contact them and see if and what they will cover on that, as we feel it is very neccessary for him at this time.

If you need anything else, please feel free to call and let us know. We would be more than happy to work with you, and not argue. It does more harm than good when we can't agree on anything. I'm not asking you to give in, just do what's right for the boys & that should include their father. I know

02020

Lisa Montgomery
32419 S. Adams
Melvern, KS
66510

Lori Montgomery
737 S. Shuey
Osage City, KS

Lori -
Saw this & thought you might be interested in it to help Dustin a little more

Lisa

Free Seminar

# Attention Deficit Hyperactivity Disorder

Learn about:

- What is ADHD?
- How ADHD is evaluated?
- Common treatment approaches
- Tips for family effectiveness

Wednesday, November 7, 2001
7:00-8:30pm

New Beginnings Health Care, PA

Please call to reserve a space:
785-233-7138

3500 SW 6th
Topeka, KS 66606

Mailed
11-1-01

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Friday, January 18, 2002 12:13 PM
**Subject:** Hi Dustin!

Got your email. Glad to hear about that Science Test. Always knew you could do it. Anyway, I'm taking the kids to their aunt's in Oklahoma this weekend, so they can see their grandma and cousins there. I hope in doesn't snow while I am driving them down. I have to work in Topeka in the morning. Then off for a couple of days. Thought I'd ask, would you and Dylan prefer to keep the same bed in your room or trade with CJ for the trundle bed. The only real difference would be more floor space to play. Let me know, in case I have to move everything around.
Okay, I got to go. Tell Dylan we said Hi, and love you guys so much!!!!

Love always,

Lisa and Dad

P.S. Grandma Shaughnessy has the computer going again at her house. Her email address is judykaren5451@hotmail.com so you can email her too.

---

Send and receive Hotmail on your mobile device: http://mobile.msn.com

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Monday, January 21, 2002 7:19 PM
**Subject:** Dustin

Hey Dustin, can you do me a favor? Dad has only a few pictures of you guys, and those have come from other people. Do you think you could ask your mom and see if she would send over his half of the pictures she has so we can get a photo album done for him? If she won't, see if she will send over the negatives so we can get copies made. Also any video tapes, I can make copies of them and return hers to her, so that dad can have some of them of you guys too.

Thanks,

Lisa

P.S.
Luke says congratulations on your science grade! We are all proud of you.
See you on Friday-got the tofu already. Desi wants to try octopus!!!

---

Join the world's largest e-mail service with MSN Hotmail.
http://www.hotmail.com

Duane & Lori Colwell

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, January 22, 2002 4:55 PM
**Subject:** Hello Dustin

Hey Dustin. How are you doing today? Are you enjoying this beautiful weather? I bet you are!! Just thought I'd let you know in case you didn't that Brian Knight's grandma Sadie passed away on Sunday. They thought the funeral might be on Friday. We are going to go out of respect for Brian and Tanner and Kenzie. Wish you could go with us. I know they would appreciate it. But will understand if you can't. Will let Derek know when it is and the time, in case mom says its okay.
Looking forward to seeing you on Friday. Desiree is planning on eating some octopus!!! Also, have a treat in store for you. Something for us all to try, even me!

See ya Friday,

Love Lisa and Dad

P.S. Kayla and Chelsea and C.J. all say Hi, and for you to email them back. Just put their name under subject so they know it's for them.

---

Chat with friends online, try MSN Messenger: http://messenger.msn.com

**Duane & Lori Colwell**

**From:** <kelimontgomery@hotmail.com>
**To:** <montwell@kanza.net>
**Sent:** Tuesday, January 22, 2002 4:57 PM
**Subject:** The Evil Stepmother wants to talk to

## The Evil Stepmother wants to talk to you!

---Type your message here---Hey, you can use this to talk to us over the computer, no long distance charges for mom! Ask her to think about it.

*Get this free software to instantly communicate online with friends, family, coworkers, or anyone you choose.*

Go to
http://messenger.microsoft.com/friend/default.asp
to download the software you need to get started.

If you use Windows XP, you already have the software you need! Just select Windows Messenger from the Start menu to get started.

Write down my e-mail address:
**kelimontgomery@hotmail.com**
*Once installation is done, add me to your contact list using the* **Add** button and this address.

---

***With this software, you can:***

- Send instant messages - it's fast, easy, and free!
- *See when your friends and family are online.*
- Call a friend's computer for a voice chat.
- *See when your friend is responding to a message.*
- Get alerted when you receive new Hotmail e-mail.
- Add emoticons to your messages:

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Thursday, January 24, 2002 4:38 PM
**Subject:** Hello Dustin

Well here it is Thursday already. Will see you tomorrow. How is school? Did you ever find your game-boy? I can only imagine that you have left it somewhere by accident and then couldn't remember. We are doing fine here. Wish dad was working. Hopefully he will find something soon. If he doesn't he might have to go out of state to work and we don't want that. But if he does, we will go see him on your weekends, so don't worry about that. Don't forget he has class on Sat. morning. That won't be much longer though. I cant wait till he gets his license. Well, we will see you tomorrow night. Tell mom not to worry about feeding you guys first as I got some chicken nuggetts and french fries to fix for dinner. You might as well eat dinner with us, rather than sit and wait for us to get done. I like having dinner altogether as a family. We do seem to have some rather interesting conversations!

See ya later

Lisa and Dad

---

Join the world's largest e-mail service with MSN Hotmail.
http://www.hotmail.com

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Friday, January 25, 2002 8:01 PM
**Subject:** Our Phone Conversation

I am sure the last time we discussed any court related items, you specifically requested that we come to you first, as you did not want to keep paying attorney fees. This was in Sept. 2001, when you initially refused visitation based on the fact that we had Dustin and Dylan the 2 weekends previous and it was your understanding that we did not get them 3 weekends in a row. This was just another attempt by you to interfere with visitation.

And yes we do have a right for modification of child support. You cannot stop visitation based on nonpayment according to the Kansas Statutes. We feel we have one of two choices, as we cannot pay anything at this time. 1) When Kevin goes back to work, we will only have enough money each month to pay that current month's and therefore we will never be able to catch up, or 2) get a modification which would lower it and therefor when he does return to work, we will be able to catch up what is previously owed.

As I tried to explain to you on the phone, there are no jobs either here or in Kansas City, Mo at this time. The only jobs that are coming up are out of state, and we cannot afford the extra housing costs. If this is what we have to do however, we will have to also request transportation costs for visitation to be taken into account. We do not see a way to avoid a court proceeding, when taking this all into account as I am sure you can understand.

I had hoped you would agree to this peacefully, but I can see this is not to be the case. Since you seem to be so handy looking things up on the internet, you should already be aware that with joint custody, you are required by law to inform Kevin of each and every Doctor's visit. You have failed to do this continously, denying him of that basic right. You say you keep track of everything for when we go back to court, I hope you can explain to a judge why you exclude Kevin as much as possible from Dustin and Dylan's lives.

Also, since you seem so aware of everything in my life, I can't understand how you got a Child Support Order mixed up with a Divorce Decree. As for you, I know for a fact that you committed adultery while you were still married to Kevin. You have no excuse there do you? You got what you wanted, just be aware that a man who will mess around with a married woman will do it again, and so will she. How could you even justify taking custody of the boys based on your own moral behavior. Also, since you seem to know so much, I hope you are aware that by using Duane's last name as your own, even in email, along with co-habitation you are considered married. Hope you remember that when you file your taxes this year, as I will.

I am aware of the problem at Shawnee County. Which by the way is none of your business. My ex-husband has refused to pay any on our children's medical bills which amount to thousands of dollars and I have to go this route each time after paying my half to get the court to transfer the balance due to him. You should do your research on me a little more carefully and get all the information and not part of it.
We are very concerned about Dustin's health as we are not made aware of any doctor's visits or the change you claim in doctor's. We understand that a child who has ADHD should be evaluated periodically for growth due to the fact that the medications used are known to stunt growth. Also, there should be some type of counseling made available to him so see if the medication is really necessary. Surely you don't have a problem with that.

Well I better go

Lisa Montgomery

---

Send and receive Hotmail on your mobile device: http://mobile.msn.com

Montgomery
32419 S.E. Adams
Melvern, KS
66510

TOPEKA KS 666
PM
26 JAN
2000




Lori Montgomery
737 S. Shuey
Osage City, KS

66523/1618

Mail to me
on 1-26-02

Received 1-28-02

January 25, 2002

Ms. Lori Montgomery

Due to the continued unemployment of Kevin Montgomery, which is considered a material change in financial circumstances under the Kansas State Law we are requesting copies of your current pay stubs from both jobs and a copy of your 2001 W-2's, in order to redo the court order for child support. We hope you will co-operate with us on this matter, as we all know the child support obligation will be substantially reduced for Kevin.

We are also hoping to avoid attorney fees, and that we would be able to work this out ourselves, however according to Kansas State Law : Upon receipt of written request for financial information a parent shall have thirty days within which to provide the requested information in writing to the other parent. Refusal to provide the requested information may make the noncomplying parent responsible for the costs and expenses, including attorney fees, incurred in obtaining the requested information.

Thank you,

Kevin Montgomery

02032

Feb. 10, 2002
2nd Request

January 25, 2002

Ms. Lori Montgomery

Due to the continued unemployment of Kevin Montgomery, which is considered a material change in financial circumstances under the Kansas State Law we are requesting copies of your current pay stubs from both jobs and a copy of your 2001 W-2's, in order to redo the court order for child support. We hope you will co-operate with us on this matter, as we all know the child support obligation will be substantially reduced for Kevin.

We are also hoping to avoid attorney fees, and that we would be able to work this out ourselves, however according to Kansas State Law : Upon receipt of written request for financial information a parent shall have thirty days within which to provide the requested information in writing to the other parent. Refusal to provide the requested information may make the noncomplying parent responsible for the costs and expenses, including attorney fees, incurred in obtaining the requested information.

Thank you,

Kevin Montgomery

Copy sent to Patrick Walsh 2-9-2002

02033

January 27, 2002

Lori Montgomery,

This is to inform you that we did not require Dustin to take the medication that was sent with him for several reasons:

1)We do not know what it is he is taking or the reason for it.

2)It was not in a original labeled container

3)In case of any problems, we do not know who the doctor is that prescribed it.

We have repeatedly asked you to inform us of each and every doctors visit for Dustin and Dylan, and now you state it is none of our business as we are not paying for it. It is our understanding that you use Healthwave for them, which does not cost you anything either. We are very concerned about Dustin and Dylan's health and would like to be involved in decisions regarding their medical care.

Again, we are asking to be informed of each and every medical visit for Dustin and Dylan. We would ask that any and all medicine sent over to be used at our house be left in the original labeled container. Also for you to speak with your attorney regarding your rights and responsibilities for joint custody.

Thank you,

Kevin and Lisa Montgomery

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Monday, January 28, 2002 2:20 PM
**Subject:** Doctor's visits

Lori,

You still have not provided the information we that we have requested concerning Dustin and Dylan's doctors appointments. We also need the time of the appt. as well as the address of the doctor. This information should have been given to us at least a minimum of two weeks in advance of the appt. so that Kevin can go to the appt. with the boys to make joint decisions regarding their medical care with you.

Also, is Dustin still receiving counseling, as we had thought the last visit was in November? You have a visit listed for Jan. 21st at the Mental Health Center, and we were not aware of it. We would like to know if this is to continue on some kind of a regular basis.

Per our phone conversation on Jan. 25, 2002, you stated that you had switched to a doctor that accepted Healthwave for reimbursement. We would like to know who you switched to, and the date of that. Also, any current medications the boys are receiving and the reason for them, if you don't mind.

We would like this information in writing or email if you prefer to keep for our records concerning the boys health.

The reason for the phone call the other night was to discuss this with you, and you were the one being rude and vulgar. You also stated it was none of our business as we were not paying for these doctors visits. It is our understanding that you are also not paying for these visits as well, as you have Healthwave insurance at no cost to you to cover them.

Thank you,

Kevin and Lisa Montgomery

Send and receive Hotmail on your mobile device: http://mobile.msn.com

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Wednesday, January 30, 2002 9:28 AM
**Subject:** Requested Information on Boys

Lori,

You still have not replied to our questions concerning Dustin's and Dylan's medical information, doctor's names, dates and times of appointments, and the medicine they are taking. Also, if Dustin is to continue in counseling? Our congratulations to Dylan for being accepted into the gifted program. In the future, however, you need to inform us of changes in their schooling before you make the changes. Kevin was entitled to an equal say in this matter and he was never informed or asked until it was over with. We are now requesting any information that is available regarding the gifted program in Osage City with regards to Dylan's eduacation.
By now you should have received our request for your pay records. We hope to receive your copies from both jobs as soon as possible to be able to do the modification of child support as Kevin has now been off work for over 2 months. We would like to have the copies signed by your employer so that we know they are true copies.

Thank you,

Kevin and Lisa Montgomery

---

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Thursday, February 07, 2002 3:49 PM
**Subject:** requested info

Dear Lori,

We still have not received any of the information that we requested. I am sure you want to avoid legal expenses as much as we do, so please send this as soon as possible.

We need copies of:
paycheck stubs from both jobs
copies of your W-2's
A list of all Dr. appts. for Dustin and Dylan from August 2001 to present, and the reason for them.
A list of all medications that Dustin and Dylan take on a regular basis.
A list of all Dr.'s that Dustin and Dylan go to.

We do not feel this is to much to ask for.

Thank you,

Kevin and Lisa Montgomery

---

Chat with friends online, try MSN Messenger: http://messenger.msn.com

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Friday, February 08, 2002 6:35 PM
**Attach:** Methylphenidate hci effects.dat
**Subject:** Ritalin

Am sending you an article on Methylphenidate HCI which is the medication that Concerta is made of. As you can clearly see from this, it is only a different form of Ritalin. Also, it is advised against for long term treatment in children. We would like to know how long Dustin has been on Concerta and if alternative therapy's have been pursued.

Thank you,

Kevin and Lisa Montgomery

---

MSN Photos is the easiest way to share and print your photos: http://photos.msn.com/support/worldwide.aspx

Kevin & Lisa Montgomery
32419 SE Adams
Melvern, KS 66510

TOP... S 666
PM
11 FEB
20..




Lori Montgomery
737 Shuey
Osage City KS

66523+1618

Feb. 10. 2002

Ms. Lori Montgomery,

We have requested a list of all doctors appts. that Dustin and Dylan have attended since August 2001, and the reason for them as you did not let us know of any visits from August 2001 until Jan. 2002, except one dental visit for Derek, and the glasses for Dustin after the fact. We would appreciate this information as soon as possible.

Enclosed is a copy of the Child's Bill of Rights that the State of Kansas recognizes. We have strived to put the boys best interests first at all times, but find that you continually do not do so. We would hope that you will show more respect to the father of your children in the future than you do at this time.

Also in respect to a conversation with Dustin, in which he told us that he is no longer to be able to e-mail us, due to the fact that you are under the mistaken impression that Lisa was arrested, we will be checking with a lawyer to see if you are to be held responsible as the parent with residential custody for Dustin's actions that resulted in Kayla Boman having her ring finger on her left hand broken and the medical bills in the amount of almost $9,000 that resulted from that incident, and any future medical bills that may result from this. Also pain and suffering for her, which is the least that you should do.

Have also checked with Healthwave, and while you may carry it as a secondary insurance, you were to use any other available insurance as a primary insurance when taking the children to the doctor. As your review date is in March 2002, we would hope that you will take care of this mistake at that time. If you need copies of our insurance for the children, please feel free to ask us for that, and we will get you copies as soon as possible.

If you have any other questions, please feel free to contact us.

Thank you,

Kevin and Lisa Montgomery

cc: Patrick Walsh



Case 4:12-cv-08001-GAF Document 164-9 Filed 09/0

Rec'd 2-12-02 page 2

*Joint Legal Custody:* when both parents hold the right to make legal decisions for the child regarding education, health care, religion, and his or her general welfare, without either parent having superior rights. The most common form of joint legal custody designates one parent as having primary residential (i.e., physical) custody.

## Kansas: Child Custody: Child's Bill of Rights

The judicial system in each state considers numerous factors in arriving at a final and proper child custody arrangement. After reviewing all of these factors, the Wisconsin Supreme Court devised a guideline for a child's rights. These basic rights are upheld in all 50 states:

**The right to:**

* a continuing relationship with both parents.

* be treated not as a piece of property, but as a human being recognized to have unique feelings, ideas, and desires consistent with that of an individual.

* continuing care and proper guidance from each parent.

* not to be unduly influenced by either parent to view the other parent differently.

* express love, friendship, and respect for both parents: freedom from having to hide those stated emotions or made to be ashamed of such.

* an explanation that the impending action of divorce was in no way caused by the child's actions.

* not to be the subject and/or source of any and all arguments.

* continuing, honest feedback with respect to the divorce process and its impact on the changing relationships of the family.

* maintain regular contact with both parents and a clear explanation for any change in plans and/or cancellations.

* enjoy a pleasurable relationship with both parents, never to be employed as a manipulative bargaining tool.


Case 4:12-cv-08001-GAF Document 164-9 Filed 09/0

Feb. 10, 2002

Patrick Walsh,

Enclosed is a copy of a letter sent to your client, Lori Montgomery on Jan. 25, 2002 requesting her pay stubs and W-2's to do a modification of child support, as Kevin as been unemployed since Nov. 2001.

Also enclosed are copies of correspondence with Ms. Montgomery concerning her lack of notification of doctor's visits for Dustin and Dylan Montgomery, as Kevin had wanted to attend these and participate in medical treatment plans for his sons. Ms. Montgomery has stated on several occasions that Kevin has no rights as he is not paying for health insurance for the boys ( she carries Healthwave insurance through the State of Kansas per court order). As you are aware, with joint custody, he has equal rights, and feels like he has been denied this continually by her. He has just recently obtained a list of future appts. for the boys. We had asked for a list of all doctor's visits from August 2001 to the present, and the reason therefor, and have still not recieved this.

Thank you,

Kevin and Lisa Montgomery

Our new address is :
32419 S. Adams
Melvern, KS 66510

Hey Derek,

Dad is getting really worried about you that you haven't been able to find time to spend with him. I know in court in got left up to you, but that was on the condition that you were adult enough to follow through. Apparently this is not the case, or there is interference from someone else. Either way, we have a good case for enforced visitation and we hate to have to do that. I am just warning you now what could happen. We really don't want to have to go to court again for that, but will if this continues. Your dad misses you that much. Call us when you get home tonight-the outdoor show is in Topeka tomorrow. We shouldn't have to bribe you to get you to come over, but guess we don't have any other choice.

Love
All of us

Derek,

You know we won't make visitation mandatory, I guess that is up to you, Dad just wants to see you more often than every 2 months or so. I am glad to hear that your mother encourages you to come over, that would be great if you did. We were worried that you would try to go ahead with emancipation as it could ruin your career chances, but am glad you have obviously changed your mind about that. Of course, the visits could be after school, as you never are free on the weekends due to work and various other activities, and we don't want to interfere with those. We had heard from several people about the fights you have had with your mother about some of these activities, and am glad to hear that you have resolved these problems with your mother. You should respect her decisions even if they don't always seem fair to you at the time. If you have any problems we can help you with, please let us know. We seem to hear lots of things from other people about you, some not always good, and we want to keep communication open between us so that we know the truth, and not what others say. This is why we have tried to insist on the visitation so that we could understand what is going on. While I may not get along with your mother, and I really don't have to, I have tried to talk to her, and have found that she has all the right solutions with no one else's input, least of all your dad's, and I feel that she doesn't want to include him in your and your brother's lives except for child support. No one person has all the right solutions for this problem and I had hoped at one time to be able to work with your mom for your best interests, but she doesn't seem to think she needs any help, least of all mine. I just want the best for you and your brothers, but don't think excluding your dad is what is the best option. There are a lot of things I could explain to you, but it is not fair to do that to you, other than to let you know, that I will help your dad fight for his rights in every regard, and not to be cheated anymore than he has been. You know the truth about what has gone on, and whether you accept it or not is up to you. I understand you don't want your mom mad at you, and so things go on from that point. While I don't agree with how your mom handles things, she is your mom first of all, and you should respect her. I also understand why you want to stay there, when there is very little rules for you and we have rules at our house that you don't like. I believe that when you get married and have a family, you will then understand the need for rules in a home and not total freedom, or almost the way you now have it. I also understand your mom when she said all she wanted was for her children to be happy. But you really haven't sounded all that happy, and that was our concern. Well I better go for now. Remember that your Dad loves you guys very much and would do anything for you that he could. Keep in touch with him as much as you can so there are no regrets later.

Love Lisa

02044

MONTGOMERY

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, February 12, 2002 4:30 PM
**Subject:** To Dustin

Dustin,

Although not proud of your recent behavior, we still love you and always will. Don't forget that Dustin. We always want the best for you.

Love always,

Dad and Lisa

---

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Thursday, February 14, 2002 5:24 PM
**Subject:** To Dustin and Dylan

Hey Guys!!

Happy Valentine's Day!!!!!! Hope you have had lots of fun today, and not too much candy-ha ha. CJ, Kayla, and Chelsea had a dance tonight at their school and they are not home yet. Desiree had a judging contest in Ottawa and then basketball practice, so me and dad are holding down the fort till they get home.
I went and got groceries today, got some chicken nuggets and pizza for next week. We are going to make lasagna tomorrow night with a salad and french bread. I might ask grandma and grandpa to come over to eat with us. We are having pork chops tonight. If you think of something you want to try, let me know what it is, and we can fix it next time you come over.
I know mom always asks after you have been here for the weekend what you have had to eat, and since I don't think she should put you in the middle like that, I have decided that we will just right down everything you have to eat, and give the list to mom when you go home. That way, she will know what you are eating, without her having to ask you. What do you think? Do you think that would help a little with this problem? Let me know, and we can do that next time.
Well got to go-email us back soon and let us know how you are doing. We love you and miss you very much.

Love always,
Dad and Lisa

---

Join the world's largest e-mail service with MSN Hotmail.
http://www.hotmail.com

02046

MONTGOMERY

02/14/2002

7099 3400 0005 6833 6450

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

**Article Sent To:**
Kevin Montgomery

| | |
|---|---|
| Postage | $ .57 |
| Certified Fee | 2.10 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | 3.20 |
| **Total Postage & Fees** | $ 7.37 |

Postmark Here
USPS OSAGE CITY KS 66523 FEB 2002

*Name (Please Print Clearly) (to be completed by mailer)*
LORi Montgomery
*Street, Apt. No.; or PO Box No.*
737 Shirley
*City, State, ZIP+4*
Osage City Ks. 66523

PS Form 3800, July 1999 — See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Addressed to:

Kevin Montgomery
3419 S. Adams
Melvern Ks. 66510

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Kevin Montgomery
B. Date of Delivery 2/4/02

C. Signature
X Kevin Montgomery
☐ Agent
☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
7099 3400 0005 6833 6450

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

February 19, 2002

Kevin,

On Friday, February 15, 2002 I met with my attorney regarding several issues. He instructed me to write to you about these issues and also provide you with requested financial information and give you a list of the physicians the boys have seen since August 01.

Enclosed you will find my financial information. I have enclosed copies of my February paystubs and my W-2's from both jobs. I would also like to have your financial information, including unemployment payments, payment receipts from private individuals, paystubs and W-2's from all jobs for 2001 and unemployment compensation.

These are the names of the physicians that Derek, Dustin and Dylan have been to since August of 2001. Dr. Steven Malmstrom, Dr. Katz, Dr. Judy McDaniel Dr. Gaus, Dr. Bruce Cole, Dr. Gerald Marcell, Dr. Anita Murray Clary, Dr. Mauricio Masferrer and Therapist Brian Meunch. At this time none of them are seeing the therapist. I understand it is your right to inquire about their medical records. You may either ask me about specific appointments or contact any of the following physicians regarding your questions you may have.

I have concerns with the recent event that resulted in Dustin to be in three days of in school suspension. This could have resulted in his expulsion from school. I hope that all firearms and ammunition have been put up and are not accessible any longer to our children.

I am concerned about your not giving Dustin a medication that a doctor has prescribed. I do not understand your returning the container it was in and keeping the medication. I would not want someone else to take it by mistake. If you are not going to give him this medication I will not send it. If he is taking it at your home he should take early in the morning so he is able to go to sleep at night. I hope that you will be able to attend his next appointment on March 18th at 5:30 pm so you can consult with his doctor.

I also asked about making phone calls to the children when they are at the other parents home. I explained how you were angry with me for talking to the boys twice over Christmas break. I encourage you to call them whenever you want. If we are not home, leave a message and they will return your call. Unless it is an emergency they will call after eight o'clock.

Due to possible family emergencies, in the future I would like to be notified when you are taking the boys out of the state of Kansas. I will also notify you if I am taking them out of the state of Kansas giving you the same courtesy.



Case 4:12-cv-08001-GAF Document 164-9 Filed 09/0

The last day of school is May 24th and school will restart on August 16th. I think that your summer visitation will begin on June 28th and go until the August 9th. Check your calendar and see if you agree. That gives you the weeks of July 1st, 8th, 15th, 22nd , 29th, and Aug 5th.

I am asking that Lisa quit E-mailing the boys and myself. Any E-mail received from now on from Lisa will be deleted. If you wish to learn how to E-mail the boys I will be glad to let them E-mail you back. In the future, I will only answer your questions or concerns. These are not Lisa's children and therefore I do not need to discuss things with her.

Lori

Case 4:12-cv-08001-GAF Document 164-9 Filed 09/0

MONTGOMERY

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <charna@kanza.net>
**Cc:** <montwell@kanza.net>
**Sent:** Thursday, February 21, 2002 4:44 PM
**Subject:** Lori

I am sorry that you feel that the boys can no longer email me. I guess you really don't want them to have any kind of relationship with me and are trying to destroy what we do have like you have tried to do with their dad. It is really sad that you feel and act this way. All it will ever do is cause problems but I guess you refuse to see that. Kevin justs wants you to act like he is their father and let him know what is going on in their lives. I know you don't care when the boys refer to Duane as their father, when he isn't even married to you and is nothing to them. But Kevin tries to ignore it, in the best interests of the boys and trys to not put you and Duane down in front of them, however you do it to us any time you want and never put those boys feelings first, and maybe you don't realize just how much damage you have done to them, or don't want to know because then you might feel a little guilty about all the pain you have caused with your actions. I have never claimed to know the right solution to this mess of yours, all I have ever done is try to help Kevin and his sons, and you, with your jealousy and guilt, you keep making this mess even bigger. Maybe you should really think about what you are doing to your boys and what the long term consequences will be and think about how they are going to relate towards you later on.

Lisa M. Montgomery

---

Send and receive Hotmail on your mobile device: http://mobile.msn.com

## Duane & Lori Colwell

**From:** "Kevin Montgomery" <kevinmont68@hotmail.com>
**To:** <montwell@kanza.net>
**Sent:** Friday, February 22, 2002 8:04 PM
**Subject:** Lori

Dustin wore a pair of jeans home to your house 2 weeks ago that belong over here. Would appreciate you returning them at your earliest convenience.

Kevin

---

MSN Photos is the easiest way to share and print your photos: http://photos.msn.com/support/worldwide.aspx

**From:** "Kevin Montgomery" <kevinmont68@hotmail.com>
**To:** <montwell@kanza.net>
**Sent:** Tuesday, February 26, 2002 5:53 PM
**Subject:** To Dustin and Dylan

Hi guys! Haven't heard from you yet. Hope everything is going okay for you. Remember me and Lisa love you very much and miss you every day. Email me back whenever you get a chance.

Love Dad

---

Send and receive Hotmail on your mobile device: http://mobile.msn.com

## Duane & Lori Colwell

**From:** "Kevin Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, March 12, 2002 8:42 PM
**Subject:** Confirming your attorney

We just wish to confirm that you are still using Patrick Walsh of Lyndon Kansas for your attorney. If this has changed, please notify us immediately.

Kevin and Lisa

---

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.

**Duane & Lori Colwell**

**From:** "Kevin Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, March 12, 2002 5:58 PM
**Subject:** need to talk

I am trying to call to discuss some things with you. Please get off the internet so I can get through or answer your cell phone. It is 6:05 pm now.
Kevin

---

Chat with friends online, try MSN Messenger: http://messenger.msn.com

**Duane & Lori Colwell**

**From:** "Kevin Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, March 12, 2002 7:55 PM
**Subject:** Trying to phone

Lori,

I have tried to phone on several occasions to discuss this with you and explain about the problem with Healthwave so you would understand what is going on. I know that you are refusing my calls and now the phone is busy. What I don't understand is why? You knew Kevin got laid off in October and then again in November, and that the child support should have been reduced. Why does everything have to be in court with you? Also, one of Healthwave's guidelines is for you to report any and all other insurance so that it can be used as primary. I called and talked to them, and have faxed them the information they requested so they can investigate this. We tried to protest this in court, that our insurance was to be primary, and through your misinformation this was done wrong. At the least we should receive a credit back to then for our cost of the insurance which we have had to maintain. I didn't think that you would want the judge to know that you basically have made a fool of him with his ruling. Also, we have come across some disturbing information in Dustin's medical reports of which we have obtained copies. We also know that Duane has obtained custody of Michele. That makes you having 4 children in a 2-bedroom home, and the fact that you protested extended visitation of the boys with us due to us having a 3-bedroom home will not look good for you. We were hoping to save you the embarrassment of all this being brought out in court and more, by being able to settle this peacably, but can see this is not to be the case as you believe you are always right. I cannot understand why you are like this. We left you alone, Kevin just wanted more time with the boys and the fair amount of child support to pay. You have forced us to this position. I will continue to try to call and see if something can be worked out without the added expense of lawyers for both of us, but will hire an attorney if you cannot agree reasonably on this, with the expense of our lawyer to be paid for by you.

Lisa and Kevin

---

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl...

**Duane & Lori Colwell**

**From:** "Kevin Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Thursday, March 14, 2002 12:11 PM
**Subject:** In reply to appts

Thank you for letting us know of Dustin and Dylan's dr appts. However, we still have not received a list of the appts. they have had from August to present. You sent a list of physician names, but not the dates or reasons for them. We have been more than patient on this matter, and would like that information as soon as possible as you did not let us know of them ahead of time.

We also need to confirm that Patrick Walsh is still your attorney. We have had to hire another attorney to settle the child support matter and other things we are concerned about since you refuse to settle this out of court. Please confirm this as soon as possible.

I will be unable to make it to Dustin's appt. at Mental Health on Monday, however, I have been in touch with his doctor there with my concerns. If you have any questions concerning this, feel free to ask.

In conversation with Healthwave, they stated that since there is and has been a primary insurance available for the boys, you are to use it first, and them as secondary. In the future, we will take the cards ourselves to the doctor's office's for them to make copies. If you have an emergency, you can use the copies we have already given you, until we get there.

Thank you,
Kevin Montgomery

---

Chat with friends online, try MSN Messenger: http://messenger.msn.com

**Duane & Lori Colwell**

**From:** "Kevin Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Sunday, March 17, 2002 1:38 PM
**Subject:** Derek

I would appreciate if you have Derek give me a call around 8pm tonight (Sunday). Our attorney will be in touch with Patrick Walsh concerning my pay check stubs, last year's W-2's, and other matters of concern sometime this week. I would also appreciate you giving me or Lisa a call when you first have problems with any of our children, and not waiting.

On Wednesday, when you drop off Dustin and Dylan, we would like the list of Doctor appts, dates and reasons. I have waited long enough for this. I understand that report cards for the boys came out on Friday, and would like copies of those at that time as well, and a copy of the newest discipline report on Dustin. Also, any information you have on Derek's case.

For your information, we will be taking Dustin and Dylan to Missouri on Thursday or Friday, not sure at this time which day for sure. It will be a one day trip to see Luke in Springfield. If you have any objections, please let me know ahead of time, but from what I understand, all I have to do is inform you of where we are going. I have not at this time received the same courtesy from you, but am hopeful that you will inform me of all trips in the future that the boys make out of state ahead of time, and not after the fact.

Thank you,
Kevin Montgomery

---

Chat with friends online, try MSN Messenger: http://messenger.msn.com

**Duane & Lori Colwell**

**From:** "Kevin Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, March 19, 2002 3:25 PM
**Subject:** To Dustin and Dylan

Looking forward to you guys coming tomorrow. We will be going on Thursday to see Luke and Austin in Missouri. Desiree, Chelsea, C.J. and Kayla's dad is coming on Friday to see them, so while he is visiting with them, we are thinking about going to see a movie in Topeka, or going to Kansas City for a couple of hours. If you want a movie, let us know which one you want to see, so we can check the schedules on it.
Talk to you later.

Dad

---

Send and receive Hotmail on your mobile device: http://mobile.msn.com

## Duane & Lori Colwell

**From:** "Kevin Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, March 19, 2002 3:44 PM
**Subject:** Lori

Lori,

Our new attorney will be in touch with Patrick Walsh with my income and W-2 information so that a modification of child support can be done. Lisa took our insurance cards to Emporia Mental Health yesterday for them to make copies. As long as you let us know in advance of appts. for the boys, one of us will get the cards into the doctor. You can use the copies that you have for emergencies. I am still waiting for the list of appts. the boys have had, the days, times, and reasons for them. I did not think that this would be a problem for you to give me this information, but am beginning to think it is, and I am starting to wonder why. I need to clarify the information I do have with you. The letter you sent with doctor's names did not include Dr. Jacoby, yet you had sent me a bill for glasses for Dustin. It also did not include Dr. Seamon, yet Dustin had a prescription from him for Concerta dated December 6, 2001. This is the prescription that you sent over on Feb. 8, 2002, and was for a 30 day supply. This is the prescription that we should have received on Christmas Break for him, and did not. If this medication needs to be on a daily basis, we would like a statement from a current doctor to that effect as soon as possible. You did not send this medication over until Jan. 25, 2002, and that was not even in a prescription bottle. Could you please explain why this medication has not been sent over until recently, and why it is being sent over at this time? I have left a message with Dr. Masferrer to get ahold of me regarding Dustin's treatment at this time, but understand that he is very busy. I am concerned over the number of doctor's that Dustin has apparently been to regarding this over the past year, and why counseling for his behavioral problems has not been sought. The counseling in Oct. and Nov. was to have been for this, but from my understanding, this was only done by you in order to stop visitation at our home. I am asking for counseling for both boys on a regular basis due to the turmoil in your home in regards to Derek and Michelle, and for Dustin's ADHD. I will try to make these appts. on Friday when I am off, and can take them after school. I will be in touch with you concerning this, as soon as I know what time I can get them in, and the doctor we will be seeing.

Thank you,
Kevin Montgomery

---

Join the world's largest e-mail service with MSN Hotmail.

**Duane & Lori Colwell**

**From:** "Kevin & Lisa Montgomery" <kevinmont68@hotmail.com>
**To:** <montwell@kanza.net>
**Sent:** Friday, March 22, 2002 6:55 PM
**Subject:** Hi Mom its me dustin

*hi mom it,s me dustin just in case and to let you know* i,ve been taking my pills , well anyway i,m fine and having a great time , and just thought i,d let you know i miss you and i loe youno matter what.

with love

dustin.

---

Chat with friends online, try MSN Messenger: http://messenger.msn.com

**Duane & Lori Colwell**

**From:** "Kevin & Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Saturday, March 23, 2002 5:54 PM
**Subject:** Doctor Bill for Dylan

March 24, 2002

Lori, .

I have received a statement from our insurance company regarding Dylan's dental work from Dr. Murray-Clary. It shows that the total bill was $525.00 and our insurance paid $310.82 leaving a balance due of $214.18, which we understand that Healthwave will pay most of secondary. Your previous statement that Healthwave would not pay the $45.00 for sedation, which was actually $48.00, our insurance has paid all but $9.60, which should be the actual balance due. Our share, at the current percentage should be $6.62, which we will send to Dr. Murray-Clary's office as soon as we receive our copy of the bill per our agreement with them. Your cost, at the current percentage was only $2.98. If you would like a copy of the statement from the insurance company showing the charges and the amount they paid, please feel free to ask me, and I will make one for you.
Also, when you dropped the boys off on Wednesday, March 20, 2002, you did not leave copies of their report cards, which we understand you received on Friday, March 15, 2002. Your email of March 19, 2002 stated that Dustin's increased dosage of Concerta was due in part to his recent grades, and we would like to know what they are. I would appreciate you giving those copies to Lisa tomorrow when she drops the boys off at 6pm. Also, due to the medication that Dustin is taking, which in your words is a "controlled substance" drug, I would appreciate if you gave it to me or Lisa, instead of sending it in Dustin's bag in the future. This apparently is not a medication that should be in the hands of a 12-year old, and it is not his responsibility to see that we get it. It is your responsibility. Dustin is also experiencing some side effects from the increased dosage that he says he has been experiencing for some time, and we would like to know why Dr. Masferrer was not made aware of these by you in his most recent appointment, and alternative treatments sought. Please send me this information as soon as possible.

---

Join the world's largest e-mail service with MSN Hotmail.
http://www.hotmail.com

**Duane & Lori Colwell**

**From:** "Kevin & Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Tuesday, March 26, 2002 7:08 AM
**Subject:** Dustin's appt.

Lori,

I do not want to fight with you about this, but according to our lawyer, I have the right to pick the boys up and take them to a doctor's visit. You are more than welcome to attend, but I want to take him, if you insist on taking him, then I will insist on you paying your percentage of whatever our insurance doesn't cover. This doctor does not accept Healthwave. I had intended to pay for this visit, it is for a second opinion regarding Dustin's treatment for ADHD. I have his doctor's records, Lori, and have seen the lies you have told them. I will be picking him up at noon. Contact your lawyer if you still disagree about me taking him. Until Jan. you did not let me know at all when the boys were going to the doctor and the reasons for it, and I still do not have the list of appts. and reasons that I have asked over and over for. I have had to threaten you with court action to be able to get future information. You never give me the courtesy I deserve. I am sorry that this seems to be interfering with your "holiday", but as you would have been working anyway, I don't see how that can be. You don't seem to care about my family. I haven't had the boys on their birthdays for years and haven't yet seen you offer me that. So I guess we stick to the schedule since you seem so inflexible in changing days unless it is to your advantage. Also, you have had since August to figure out that this is another 3 weekends in a row for me. I gave up part of my weekend before Christmas for you, and should have got the same respect from you, but can finally see this is not to be unless and until you change your attitude. We will be going back to court soon, and you could have avoided all this if you would just try to compromise a little. I am not asking you to give in totally, but try to see things from my side for once.

Kevin

---

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp.

## Duane & Lori Colwell

**From:** "Kevin & Lisa Montgomery" <kevinmont68@hotmail.com>
**To:** <montwell@kanza.net>
**Sent:** Saturday, April 13, 2002 9:10 PM
**Subject:** To Dustin and Dylan

Haven't heard from you guys. Hope everything is ok. Thought you were going to email me once in awhile. Just wanted you to know I love you and miss you very much. I will see you on Friday, if not before then.

Love Dad

---

Join the world's largest e-mail service with MSN Hotmail.
http://www.hotmail.com

**Duane & Lori Colwell**

**From:** "Kevin & Lisa Montgomery" <kevinmont68@hotmail.com>
**To:** <montwell@kanza.net>
**Sent:** Thursday, April 18, 2002 6:53 AM
**Subject:** New Puppies

Amy had 7 puppies yesterday afternoon, but only 6 lived, as one was born dead already. Don't know how many boys or girls, but they seem to be doing fine.

Love Dad

---

Chat with friends online, try MSN Messenger: http://messenger.msn.com

**Duane & Lori Colwell**

**From:** "Kevin & Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Monday, April 22, 2002 7.41 PM
**Subject:** To Dustin and Dylan

Dustin and Dylan,

Katy had a baby girl this afternoon. Just one, but that is enough.
Dustin: Email me with your field trip information for Friday, and I will go.
We sold one of the pups last night. The one that looked like Lucky.
Think of what you want to do on Friday and let me know.

Love Dad

---

Send and receive Hotmail on your mobile device: http://mobile.msn.com

**Duane & Lori Colwell**

From: "Kevin & Lisa Montgomery"
To: <montwell@kanza.net>
Sent: Thursday, April 25, 2002 8:11 AM

**Duane & Lori Colwell**

**From:** "Lisa Montgomery"
**To:** <montwell@kanza.net>
**Sent:** Monday, August 05, 2002 10:20 PM
**Subject:** Summer Visitation

Lori,

When you dropped the boys off on June 28th for the beginning of their 6 week summer visitaton, you had already made it clear that the boys started school on August 16 so a week before that was August the 9th and six weeks before that was June 28th. If you messed up what day school starts, that is your fault, our understanding according to you making the rules up as you go along was June 28th to August the 9th. Six weeks of Friday to Friday. And unless it is a listed holiday in the court order and I know that there is not a holiday on the weekend of August the 9th, weekend schedules stay at every other week, neither parent to have 2 weekends in a row unless it is a holiday. When has school starting been considered a holiday? Also, we had expected both boys to attend Vacation Bible School, and unless you are willing to bring Dylan back and forth since we had signed him up, do not ever sign the boys up for anything during our time again. We have joint custody where both parents make decisions, and you need to grow up and realize these children are mine too.

Also, we need to know when you decided to take Dustin to the eye doctor without ever informing us, or sending us a statement as the insurance company had some questions as to reimbursement. Shall we inform them that you have never been charged for eye exams for any of the children and for them to contact Dr. Jacoby directly? If you had asked, there is a family limit of $500 total for the year, and a $250 limit per person every two years. You need to inform me of each and every doctor's appointment for the boys, not just the ones you feel like. You have been told this so many times by us and your lawyers, so I don't understand why you still continue to ignore the law.

We expect Dylan on Friday at 6 pm for our weekend and will return the boys to you on Sunday. If you don't agree, have your lawyer inform our lawyer before then.

Kevin

Kevin & Lisa Montgomery
32419 S. Adams
Melvern, KS 66510

MELVERN KS
AUG 07 2002
PM
USPS




Lori Montgomery
737 S. Shuey
Osage City, KS
66523

66523+1618

August 8, 2002

Lori,

For the sake of the boys and their relationship with their father, I am asking you to put aside your hatred for me. I don't understand why you feel that I am wrong in fighting for Kevin's rights to his children. Since Kevin was laid off last November, I have been paying most of the bills in our house, including your children's medical bills, since you refused to cooperate in lowering the child support while he is laid off and have cost us both more money in lawyer fees to get this straightened out. By paying these medical bills for your children, I feel I have some rights to know what they are. Also, I am going by what the court order states as far as paying them. We are to reimburse each other after insurance has paid off per percentage, but I need a statement or document from you to that effect in order to do so.

I don't feel you are right in having 4 children in a 2-bedroom house by keeping 3 of them in an unsafe basement, ie: there are no egress windows in the rooms that they use to sleep in. You can check on state codes concerning this-you will find out that you have what is considered a 2-bedroom home, no more.

Also, you don't seem to know if you are married or not to Duane. This causes confusion in your children and a lack of moral standards for them to grow up with. You have Duane's 16 year old daughter living with you who is constantly in trouble, ie: she had a 3-day stay in a psychiatric unit in Topeka, kicked out of school for hitting another student, either she ran away or you kicked her out, overdosed on the night your son had to go to the hospital therefore we were unable to reach you, failing grades, out all hours of the night with no supervision. I could go on about Michelle, as you well know, but I think that is enough about her for now.

How come Duane doesn't have visitation with his other children? A court order for supervised visitation due to his alcohol abuse and mental abuse towards those children. Doesn't this concern you at all?

Whatever problems you and Kevin had during your marriage to him took two people and that includes you too. You are not all perfect. I have seen the lies in the records during the divorce that you told in order to get most everything from him, including the statement that you would not move from Melvern and take his children away if he signed that trailer and property over to you without him objecting to the unfair value. Also the


Case 4:12-cv-08001-GAF Document 164-9 Filed 09/0

children's savings accounts were to remain in Melvern in Kevin's name too. You screwed him over, and I bet you have had many a good laughs over it. But by doing all this things to get what you wanted, do you really have what you want? I think not. I think you are a miserable woman who wants to blame everyone else for her problems and not take the responsibility of them.

You also don't seem concerned about Dustin's health. He has not grown in 2 1/2 years in height at all, and very little in weight, and whatever doctor tells you this is normal for a child his age is a quack. I think you just want a cure-all for Dustin's psychological problems and none of the blame. We have continuously asked for counseling on an ongoing basis for him, which you do not provide. Why, when you know how bad he wants to live with his dad, and does just fine over here, why not let him? Worried you won't get as much money for child support? Is money more important to you than his well-being? You told me once that you would do anything to make your children happy, why not do this? He wants to be here, and loves being here, and we love him being here. He loves his dad very much and wants to be with him too, but he is under the mistaken impression that you would be mad at him for that decision, and a child this age feels that when mom is mad at him, she won't love him as much. Why not let him stay with us until Christmas and see how he is doing and how his grades are, and get him away from the stress of you having to deal with Michelle's and Derek's problems, and get him into a positive environment, and that would give you some time to get the other kids problems worked out so that you could provide Dustin with more attention? What would that hurt? Quit being so selfish and trying to prove you are a super mom who can do it all, because no one person can do it all, including you.

I have explained to Dustin that sometimes you don't spend the time that you want with him due to the other problems you have going on, but as soon as you get it straightened out you would. I have defended your way of doing things even though I don't agree, such as fixing them what they want to eat instead of having everyone share the same meal by telling him that you are tired from work all day and just don't want to have to listen to them whining because they don't like something. He doesn't seem to think this is true however, because he didn't feel like you spent time with him before, other than to buy him things to keep him quiet. He has also made a comment several times about how he should have been a girl since you said that is what he should have been, and he feels that he has disappointed you by being a boy instead of the longed-for girl. I don't know how much of what goes on with him that you actually realize, but if you want to help him,


Case 4:12-cv-08001-GAF Document 164-9 Filed 09/0

you should pay better attention.

I know in my heart that you will turn this letter over to your lawyer as something else to use against us, as that seems to be your way of doing things lately, but keep your son's best interest's as your priority, and not your own ones, and things can get better between us. That is all I have ever asked for from you, is to keep in mind that Kevin is their father and has rights too, just as much as you do. You would not like it if the roles were reversed, so keep that in mind when you make decisions, like if Kevin had custody and did this or that, would you be upset? If so, then remember what it is like for Kevin. Your children are watching everything you do, and are learning from it. I keep thinking one day they are going to get married and if they divorce, their wives will get the children and then you will truly start to understand when you don't get to see your grand-children but once in awhile, and get no decision making in their lives. I hope it doesn't come to that, but that is the role you have showed them and the standards they will go by.

You can say this is all lies, but be honest with yourself for once, and take a good look at what you have done to your children and yourself. Lying never gets you anywhere. You lied to Health wave about our insurance, and you got kicked our for fraud. If this is not true, then show us a statement from them saying that you either make too much money or too little money, or whatever it is you said that you got denied for. You don't marry Duane for tax purposes, yet legally you have to file together with one of you listed as a dependent of the other-you can check with the IRS if you want. Maybe they will catch onto your fraud of this one of these days. You lie to yourself about Dustin's health and to his doctor's to keep him drugged with a controlled substance drug. You lie about how big your house is. About Michelle being such a great person. Where were you the night Derek had sex with a 15-year old? We know, and it wasn't out for dinner that late at night and for that long. What punishment did Derek receive from you, or did you say that it was okay and continue to let him do what he wants? Just think about what you are doing to these children.

We would love for Dustin to come stay with us on a temporary basis to see how things go until Christmas to see if we can help him improve his grades and well-being. We would continue to pay the child support for him to you in order to do this, as his health and well-being are more important to us that the money. I would hope that you would consider this strongly, just temporary if need be, but in his best interests.

Lisa