SEP 21 2001

# Kansas Interstate Compact on Placement of Children

**Children and Family Services**
**Docking State Office Building**
**915 SW Harrison, 5th Floor South**
**Topeka, KS 66612**

**ATE** September 19, 2001

**TO: Rhonda Staufenberg**
**Lyndon SRS Office**

| Children | D.O.B |
|---|---|
| Kleiner, Hope | 08-19-99 |

**ICPC INFORMATION ACTION REQUIRED**

**TYPE OF PLACEMENT**

___ Parent ___ Relative ___ Foster Home ___ Other
X Adoption ___ Residential ___ Group Home

| REQUESTED | ATTACHED | |
|---|---|---|
| | | **ICPC 100A** ___ APPROVED ___ DISAPPROVED |
| | X | **ICPC 100B** ___ Confirms Placement; X Cancel Placement Request; ___ Jurisdiction Terminated; ___ Discharged from Placement; ___ Adoption Finalized; ___ Return to Sending State |
| | | **COMPLETE(D) HOME EVALUATION ON =** (Home Study Should Be Completed Within 30 Days of Receiving Request |
| | | **COMPACT INFORMATION** ___ Child Summ. ___ Social History ___ Court Order ___ Journal Entry ___ Case Plan ___ Psych. Eval. ___ Adoptions VA-2300 I, II, III ___ Relinquishments / Consents ___ Other ___ |
| | | **PROGRESS REPORT** (Please Provide Reports as Marked on the ICPC 100A) |
| | | **SELF-EXPLANATORY CORRESPONDENCE** |
| | X | **WE ARE CLOSING OUR CASE** |

***Sending State Must Retain Jurisdiction Until Receiving State Concurs In Writing to Terminate.***

Please see attached. Child will not be placed with Ms. Shaunghnessy. We are closing our case. Thank you for your assistance.

cc: Heritage Family Services, Inc., 5200 S. Yale Ave., Suite 300, Tulsa, OK 74135

**et Kuntzsch, ICPC Specialist** **(785) 296-8133** **FAX (785) 368-8159**

01556



MONTGOMERY

# *Heritage Family Services, Inc.*

5200 South Yale Avenue, Suite 300
Tulsa, OK 74135
Tel: ( 918 ) 491 – 6767 • Fax: ( 918 ) 491 – 6717


## *Oklahoma Interstate Compact on the Placement of Children*

*( Under Contract with the Oklahoma Department of Human Services )*

**From:** *Mary Lee Ingram, ACSW* **Date:** September 14, 2001

**To:**
Anita Talley, ICPC
KS - CFS
915 SW Harrison, 5th Fl. South
Topeka, KS 66612

**Re:**
Child(ren): Kleiner, Hope

Adoptive Family:
Shaunghnessy, Judy

| Attached | Requested | ICPC Information / Action Requested |
|---|---|---|
| | | **ICPC – 100A** ___ For Consideration of Adoptive Placement<br>___ Approved for Adoptive Placement<br>___ Disapproved for Adoptive Placement |
| | | **Adoptive Home Study Evaluation** ___ Requested ___ Completed |
| X | | **ICPC – 100B** ___ Confirming Placement ___ Change of Placement<br>_X_ Change of Status ___ Adoption Finalized |
| | | **Progress Report** ( Please provide the reports as indicated on ICPC 100A ) |
| | | **Documentation** ___ Social History ___ Med Reports ___ Case Plans<br>___ Consents ___ Court Orders<br>___ Educ. Reports ___ Psych. Evaluation<br>___ Med / Soc / Genetic History ___ Other Documents |
| | | **Self-Explanatory Correspondence or Comment** |
| X | | **Case is Closed** |

**Comments:**
***Attached is the 100B which indicates this approved placement will not be made. Our office is closing this ICPC case!***

***Thank you for your assistance!***

**Copy To:** Phyllis Perdue, CWSII
Tulsa Co. DHS
444 South Houston
Tulsa, OK 74127

01557

MONTGOMERY

| To: (Name and Address of Compact Administrator) | FROM: (Name and Address of Reporting IPC Admin.) |
|---|---|
| ICPC KANSAS | ICPC OKLAHOMA |

**IDENTIFYING INFORMATION**

Child's Name: Hope Kleiner Birthdate:

Mother's Name: Bonnie Taylor Father's Name: Teddy Kleiner

Name of Placement Resource: Judy Shaunghnessy

**PLACEMENT STATUS**

☐ Placement request Withdrawn Date:

☐ Initial Placement with: Date:

Name:

Address:

Type of Care:

☐ Placement Change: Date:

Name:

Address:

Type of Care:

**COMPACT TERMINATION**

**Reason:**

☐ Adoption Finalized ☐ In Sending State ☐ In Receiving State

☐ Child Reached Majority/Legally Emancipated

☐ Legal Custody and/or Guardianship Awarded and/or returned to:

Name: Relationship:

☐ Treatment Completed

☐ Sending State's Jurisdiction Terminated ☐ Unilaterally

☐ Child Returned to Sending State

☒ Approved Resource Will Not Be Used for Placement

☐ Other (Specify):

| Date of Termination: | |
|---|---|
| SIGNATURES: | DATE SIGNED |
| Person/Agency Supplying Information: Phyllis Perdue, CWS II | 9-13-01 |
| Reporting Compact Administrator or Alternate: Michael A. Nomura | 9-14-01 |

Complete four (4) copies of this form
Sending Agency retains one (1) copy and forwards three (3) copies to:
Sending Compact Administrator retains one (1) copy and forwards two (2) copies to:
Receiving Compact Administrator retains one (1) copy, forwards one (1) copy to the receiving agency

OKLA. DHS REVISED 9-17-88 ICPC-100B

01558

# Kansas Interstate Compact on the Placement Of Children

*DOCKING STATE OFFICE BLDG, 915 SW HARRISON, 5TH FLOOR SOUTH, TOPEKA, KS. 66612*

LYNDON SRS

*July 31, 2001*

AUG 0 2 2001

| TO | CHILDREN DOB |
|---|---|
| ERITAGE FAMILY SCS | KLEINER, HOPE 8/19/99 |

## ICPC INFORMATION / ACTION REQUIRED

### REQUESTING

| | | |
|---|---|---|
| | HOME STUDY | Placement Type: |
| X | 100B | ON: |
| | | Showing Placement with: |
| | | ____Progress Report ____Other |

### ATTACHED

| | | |
|---|---|---|
| | | PLACEMENT TYPE: |
| X | 100A: | X Approved ____Not Approved |
| X | DOCUMENTS | X HOME STUDY; ____Social History; ____Child Summary; ____Court Order; ____Case Plan; ____Financial Plan; ____Psych. Eval; ____Other; ____YA-2300 I,II,III; ____Relinquishments/Consents |
| | 100B: | ____Confirms Placement; ____Withdrawing Request; ____Terminating Case; ____Adoption Finalized; ____Reached Majority; ____Returned to Sending State |
| | | ____Progress Report ____Other |

SPECIAL INSTRUCTIONS: 1) Kansas requires Child Abuse/Criminal checks on all requests. 2) If you are the sending agency, and you open the compact, you are also responsible for closing the compact via 100B. 3) If you are the sending state, you can not terminate, until you have received written concurrence from the receiving state ICPC office. 4) Home studies are to be completed within 30 working days. 5) Approvals for placement expire after 6 months. 6) 100B's should be sent within 30 days of placing a child, or withdrawing a request.

COMMENT

cc: RHNDA STAUFENBERG/ LYNDON SRS THANKS SO MUCH!

**Contact:** Anita Talley, ICPC Liaison (785) 296-4648 Fax (785)368-8159) E-Mail (ALT@SRSKANSAS.ORG)