IN THE DISTRICT COURT OF FRANKLIN COUNTY, KANSAS

FILED
2003 SEP 10 PM 3:04
CLERK OF DIST. COURT
FRANKLIN COUNTY, KS

CASE NO. 03CR242 DATE 9-10-03 JUDGE E. Smith

CAPTION State vs. Kleiner

HEARING TYPE P.H.

X EAST COURTROOM

___ WEST COURTROOM

PLAINTIFF'S ATTORNEY(S)
J. Dowell

DEFENDANT'S ATTORNEY(S)
S. DeBoe

| TAPE# | READING | TIME | NATURE | COUNSEL |
|---|---|---|---|---|
| 521 | 1660 | | Appearances | |
| | 1681 | | | DeBoe |
| | 1687 | | amended complt | Dowell |
| | | | P/NC 30 days - each - consec. - susp | |
| | | | serve 12 mos sup prob | |
| | | | no contact Lisa Montgomery private counseling | |
| | | | standard terms | |
| | | | transferrable to Osage Co | |
| | | | 117, 35, 25, BID | |
| | 1877 | | schd w/i 180 days | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

F:Data\ER Log.doc

IN THE DISTR..CT COURT OF FRANKLIN COUN , KANSAS

STATE OF KANSAS

Plaintiff

vs.

Case No. 03 CR 242

TOMMY L KLEINER,

Defendant.

FILED

SEP 11 PM 1:30

CLERK ... FRANKLIN ...

## ORDER FOR ASSISTANCE

The above-captioned matter comes before the Court on January 13, 2003. The Court finds that it is in need of assistance from the Court Services Officer and/or the Restorative Justice Coordinator, to wit:

☐ Presentence Investigation
☒ Supervised Probation

☐ Restorative Justice Project

Sentencing Date: _____
Length of Probation: 12 mos
Sentence: 30 Days Jail each count - consec.
☐ Felony ☐ Misdemeanor/Traffic

**CONDITIONS OF PROBATION**:

| | | | |
|---|---|---|---|
| ☒ Court Costs | $112.00 | ☐ Fine | $0.00 |
| ☒ Probation Fee | $25.00 | ☐ Restitution | |
| ☒ Fingerprint Fee | $38.00 | ☒ BIDS Fee TBD | |
| ☐ ASAP Fee | $0.00 | ☐ Misd. Atty. Fee | |
| ☐ KBI Lab Fee | $150.00 | ☐ Other | |
| ☒ JB Surcharge | $5.00 | | |

Costs due within: 180 days Make monthly payment of: _____

☐ Community Service Work in lieu of:
☐ Court Costs ☐ Probation Fee ☐ Fine ☐ BIDS fund ☐ Other _____
☒ Standard Terms & Conditions
☐ House Arrest for _____ days.
☐ Jail time for 2 days.
☐ Alcohol/Drug evaluation, follow recommendations.
☐ Psychological evaluation, follow recommendations.
☐ MHC assessment, follow recommendations.
☐ AA/NA/ALANON meetings, attendance at_____ per week.
☒ Attend outpatient counseling until released by therapist.
☐ Attend Classes: ☐ Anger Management ☐ Financial ☐ Budgeting ☐ Parenting ☐ Other _____
☐ Obtain GED or provide proof through testing of inability to do so.
☐ Perform _____ hours of community service work.

Prob may be transferred to Osage

IT IS SO ORDERED.

DATE: September 10, 2003

Judge of District Court

☒Copy to CSO ☐Copy to RJP