# BRENT D. CAIN, LSCSW

3601 SW 29 th Street
Suite 132
Topeka, KS 66614
◆
Phone (785) 273-0937
Fax (785) 228-0685

## ADOPTIVE HOME STUDY

COPY

### I IDENTIFYING FAMILY INFORMATION

**JEFF AND BECKY BODINE**
**1722 SW Kent Place**
**Topeka, KS 66604**
**(785) 228-9962**

### II. BACKGROUND INFORMATION:

Married since December, 1993, the prospective adoptive parents Jeff and Becky Bodine have no biological children They started trying to conceive immediately after their marriage Unsuccessful, they sought the consultation of Becky's primary care physician who referred them to an infertility specialist in Topeka who diagnosed Becky with blockage of her fallopian tubes The Bodines have undergone several medically assisted efforts to conceive including several surgeries, two invitro fertilizations and drug treatment They have experienced two conceptions one of which resulted in a miscarriage and the other was a tubal pregnancy They discontinued their fertility efforts in 1997

Desirous of a family, they discussed adoption and tried to adopt privately, but were unsuccessful In the alternative they decided to become foster parents with the hope of ultimately adopting one of the foster children They underwent extensive training through the Model Approaches for Partnership in Parenting and have been licensed through the FARM since December, 1999 They have fostered 8 children including the two that are currently in their home

The two current foster children are both adjudicated Children in Need of Care through the Osage County District Court Trenton Eugene Bond (DOB 11-06-98) was placed with the Bodines in December, 2002 Justin Jo Lee Kleiner (DOB 08-09-02) was placed with the Bodines in February, 2003

This home study was requested by the district court judge in Osage County in the event that one or both of the children may be freed for adoption and the Bodines can then be considered for permanent placement

This examiner was initially contacted by Becky Bodine on September 22, 2003 with a request that he assist them in the production of the home study Data for the assessment were collected by means of two extensive interviews with the family The first occurred in the office of the examiner on September 29, 2003, included Jeff and Becky and was 1 hour and 50 minutes long A home visit was conducted on October 24, 2003, included Becky and Jeff and the two aforementioned foster children That interview was 1 hour and 55 minutes long

### III. SOCIAL HISTORY OF THE PROSPECTIVE ADOPTIVE PARENTS:

#### A. Adoptive Mother:

The prospective adoptive mother was born Rebecca Jean Picolet in Topeka, Kansas on June 13, 1969 Becky is the only child born to Leonard Murdock and Donna Picolet Becky's parents were unmarried Becky's mother raised her until she was 12 months of age at which time she lived with her maternal grandparents At age 2, she was placed with and adopted by Becky's mother's sister and her husband Patricia and Duane Abel Mrs Abel died at age 51 in

February, 1999 of ovarian cancer Mr Abel who is 59 years of age remarried in 2000 He is retired from the United States Army at the rank of Warrant Officer II He and his wife reside in Great Bend, Kansas At the time of Mrs Abel's death in 1999, the couple had been married for 34 years

Becky has two half siblings with whom she shares the same mother Michael is 32 years of age, married and has 2 children He is employed as a computer programmer and resides with his family in Macon, Georgia Elizabeth is 30 years of age, divorced and has 4 children. Currently unemployed, she and her family reside in Perry, Kansas Becky also has two adoptive siblings who were born to Duane and Patricia Abel Jacob is 24 years of age, married and has 2 children He is employed as an engineer and makes his home in Springhill, Missouri Daniel is 21 years of age, single and childless He is a construction worker and lives in Lawrence, Kansas

Becky's adoptive family lived in a number of venues due to her adoptive father's Army career These included Kansas, Oklahoma, North Carolina, Germany and the state of Washington In the middle of her 7th grade year, they settled in Oskaloosa, Kansas Becky remained with her adoptive family until the end of her sophomore year at which time she went to live with her maternal grandmother in Perry, Kansas where she remained until she graduated from high school Becky states that she moved to her grandmother's home as she and her adoptive father were not getting along at the time and her grandmother's husband had just died and she needed assistance and companionship

Becky describes her childhood as having been normal before her adoptive father was deployed to Africa when she was in the 8th grade After his return from Africa, Becky states that he had changed significantly, was much less patient, was gruff and easily angered She always got along well with her adoptive mother, but describes her adoptive father as a "difficult man"

Becky also recalls that it was a big adjustment for her when her adoptive brother Jacob was born As the oldest child, Becky was often called upon to provide care to her youngest adoptive sibling Daniel

At the current time, Becky describes herself as having a "speaking relationship" with her adoptive father She has since developed a close relationship with her biological mother Donna who resides in Missouri She also has positive relationships with all of her siblings

Despite the aforementioned contentious relationship with her adoptive father, Becky denies that she experienced any abusive or otherwise unusual child rearing practices in her family of origin

Becky attended public schools throughout her educational experience In high school she was a member of the spirit club, helped with productions with the drama club and worked part-time Favorite subjects included English, history and journalism

Becky graduated from Perry/Lecompton High School in May, 1987 When she was 19 she went to the Job Corps in Utah where she remained for 2 years

In January, 1991, Becky joined the Air National Guard with which she continues to serve In July, 1991, she began her employment with Capital City Bank in Topeka as a teller She remained with that organization until October, 1996 In October, 1996, she became employed as a checker at Falley's Market in Topeka where she remained until July, 1997 She then was employed as a bookkeeper with Carpet Plus in Topeka where she remained from July, 1997 until October, 1997 Since July, 1997, Becky has been employed as a Group Auditor with Blue Cross/Blue Shield of Kansas in Topeka

Becky is in excellent physical health and suffers from no conditions which require ongoing medication or treatment Her primary care physician is Jeffrey Conrow, M D and her most recent physical examination occurred in March 2003

In her spare time, Becky enjoys reading, fishing, working on the computer, watching TV, photography and is an editor for her church newspaper and the newsletter at Blue Cross/Blue Shield

B Adoptive Father

Jeffrey Alan Bodine was born in Topeka, Kansas on July 1, 1965 Jeff is the youngest of three children born to Harry and Bev Bodine The elder Mr. Bodine is 61 years of age and is employed in the Department of Human Resources at the Veterans Administration Hospital in Topeka Mrs Bodine is 62 years of age and is a Contract Assembler with Blue Cross/Blue Shield of Kansas The Bodines have been married for 41 years and make their home in Topeka

Jeff's oldest sibling Michael died at 30 years of age in 1992 of AIDS Patrick is 39 years old, single and has two children He is employed as a union construction worker and makes his home in Topeka

Jeff spent all of his childhood years in the Topeka community He characterizes his childhood as "happy" and "normal". He played sports and the Catholic Church was an integral part of the family's life They enjoyed vacations in the summers The entire family was very involved in a family business called Acme Radio Supply which was established by Jeff's mother's father His mother was a bookkeeper for the business, but was able to schedule her work around the children's activities so that she could spend the maximum amount of time with them Jeff's father took over the family business in the 1970's and it proved to be a very successful venture until the 1990's when the business was sold Jeff, one of his brothers and both of his parents were involved in the business

Jeff denies any abusive or otherwise unusual child rearing practices in his family of origin

He attended public schools throughout his educational experience. In high school, he worked part-time and played baseball in the summer In his senior year he attended morning classes at a local vocational technical school and afternoon classes at the high school His favorite subjects were home economics and gym

Jeff graduated from Highland Park High School in Topeka in May, 1983 He immediately joined the United States Navy where he served until he was honorably discharged in November, 1989 In January, 1990 he joined the Navy Reserves where he remains Jeff attended Washburn University in Topeka part-time between 1992 and 1994 during which he accumulated 12 credit hours

As was noted earlier, Jeff was employed in sales in the family business Acme Radio Supply in Topeka between January, 1990 and August, 2000 In August, 2000, he began working in the Human Resources Department at the Veterans Administration Hospital in Topeka where he remained until February, 2003 Since that time, Jeff has been employed as an exterminator with Wheatland Pest Control in Topeka.

Jeff is in excellent physical health and suffers from no medical conditions which require ongoing treatment or medication His primary care physician is Jeffrey Conrow, M D and he received a physical examination through the Navy in July, 2003

Jeff describes a positive and close relationship with both of his parents and his brother Patrick

In his spare time, he enjoys playing and watching basketball, tennis, spectator sports, golf, hunting, volunteering as a CASA worker and tutoring at French Middle School

C Marital History:

The current union is the first for both Jeff and Becky They met at a dance club in Topeka in the end of 1990 At the time, Becky was working in Montana and was visiting her family in Topeka Jeff was working in the family business and living in Topeka After a 6 month courtship, they began living together and were married in Las Vegas, Nevada on December 26, 1993

Becky states that she was initially attracted to Jeff's sense of humor and the fact that he was responsible, stable and mature Jeff was attracted to Becky as she was outgoing and a good communicator

Becky who acknowledges that she was initially somewhat immature and selfish, "grew up" during the first 1½ years of their marriage The Bodines now describe and appear to have a good marital relationship They describe themselves as "good friends" and they enjoy couple time together They work together well as a team, draw on each

other's strengths and believe that the adversity which they have endured including their infertility, fostering a troubled older child and deaths of loved ones has drawn them closer

They enjoy many activities together including socializing with friends and family, listening to blues bands, dining out, sitting and talking and relaxing in the hot tub

The Bodines deny that any major contentious issues exist between them When disagreements occur, they view the pros and cons of the issue, talk and try to understand each other's position If it is a particularly difficult issue, they have found that utilizing email communication is a useful tool Another problem resolution technique includes physically separating initially to allow emotions to subside after which they get back together to discuss the matter They do not raise their voices when in these discussions and intuitively know when to drop an issue and come back to it later

Decision making on larger issues is conjointly undertaken after discussion and analysis

Each is satisfied with the current division of labor within the relationship Jeff cooks and Becky is responsible for cleaning the house Both participate in childcare and the general upkeep of the home

## IV ATTITUDES TOWARDS PARENTING:

The Bodines believe that parenting is a teaching process whereby core values including the difference between right and wrong, a sense of responsibility, respect for others and honesty are taught They try to develop an atmosphere in which there is open communication with the children, clearly defined house rules which are consistently enforced and consequences for noncompliance They understand that each child is unique thereby necessitating an individualized approach considering the child's age, personality and developmental stage They also believe that it is important to establish schedules and routines which create a sense of predictability and stability for the child

Disciplinary techniques with which the Bodines are comfortable and adept include time out, positive reinforcement, the removal of privileges, encouragement for good behavior, removal from difficult situations and distraction

Asked to identify her most important strengths as a parent, Becky states that she is flexible, a good communicator, possesses good organizational skills, is open, loving and offers positive encouragement to the children Jeff is patient, laid back, empathic, is capable of communication with the child on his or her level, is able to remain positive and enjoys spending time with the children

The Bodines appear to have realistic expectations for an adoptive child They hope that their parenting efforts will result in a young adult who is trustworthy, respectful toward others, responsible, possesses honor and integrity, has a religious faith, is happy, self confident, good self-esteem, has an open relationship with his/her parents and will always do what is "right"

The Bodines firmly believe that as early as the child can understand, he should be honestly told about his adoptive status They will openly answer questions as they arise, factually explain the birth parents' situations and are willing to maintain relationships with the child's extended families as long as those individuals can respect and maintain appropriate boundaries Becky also intends to draw upon her own experiences as an adoptive child to assist in this area

## V. CHILDREN IN THE HOME:

As was mentioned earlier, the Bodines have two foster children in their home placed through the FARM They are 5 year old Trenton Eugene Bond and 15 month old Justin Jo Lee Kleiner

According to the Bodines, Justin's parents are in the process of relinquishing their rights to him The paternal grandparents have expressed an interest in Justin being placed with them Trenton's mother has relinquished her rights and he currently maintains a visitation schedule with his biological father

During the aforementioned home visit, this examiner was able to observe the interaction between the Bodines and the two foster children The children seem to be warmly bonded and attached to them and this examiner observed Becky and Jeff to be patient and tolerant caregivers.

The Bodines are supportive of the children's visitation schedule with their respective extended families

## VI. ASSESSMENT OF FAMILY FINANCES:

Jeff's gross per annum salary is $26,000 with the net being $24,900  Becky's respective gross and net incomes are $22,000 and $19,000  Becky and Jeff each receive approximately $2,700 per year for their service with the military

They are purchasing their home which is valued at $76,900  Their mortgage is $59,000, generating an equity of $17 900  Their monthly house payment which includes property tax and casualty insurance is $527

Additional assets include $500 in savings at a local credit union, $1086 in a Pioneer Fund and Becky has a 401(k) through her employer valued at $7,111

Total credit indebtedness from all sources equals $66,000  This figure represents the aforementioned home mortgage and a $7,000 auto loan  Total monthly payments on the credit indebtedness equals $772  This figure represents their house payment and $245 on the auto loan

Becky has three life insurance policies with an aggregate value of $500,000  Jeff's life is insured through three policies valued at $410,000

The entire family including the adoptive children from the date of the temporary custody order is covered by a major medical health insurance policy issued through Blue Cross/Blue Shield of Kansas  It has hospitalization, lab, x-ray, dental, mental health and prescription drug coverage

## VII. PREVIOUS ADOPTIVE HOME STUDIES:

Upon direct questioning, the Bodines deny that they ever been the subject of an unfavorable adoptive home study

## VIII. HISTORY OF SUSTANCE ABUSE:

Upon direct questioning, both Becky and Jeff deny any history of substance abuse

## IX. HISTORY OF DOMESTIC VIOLENCE:

This examiner directly questioned both Jeff and Becky regarding any history of domestic violence within their relationship  Each denies any such history

## X. HISTORY OF PSYCHIATRIC DISORDERS, HOSPITALIZATIONS OR SUICIDE ATTEMPTS:

This examiner directly questioned Becky and Jeff as to whether either has had a history of psychiatric disturbance, hospitalization or suicide attempts  Both answered no to those questions

## XI. CRIMINAL CONVICTION RECORD:

The Bodines signed written authorization for release of information forms, which were forwarded, to the Kansas Bureau of Investigation  A review of that agency's files reveals no record of convictions for Becky  Jeff's clearance reveals an arrest in Topeka, Kansas on August 17, 1983  On August 24, 1983 in the Topeka Municipal Court he was convicted of three counts of Misdemeanor Obstruction of the Legal Process (KSA 21-3808) and one count of Disorderly Conduct (KSA 21-4101)  He was fined $80 by the court

Asked to explain this criminal activity, Jeff states that he and some companions were at a nightclub, a disturbance erupted, the police were summoned and as they began to question Jeff, he fled

It is noteworthy that Jeff has no other criminal arrests since that date

Copies of these clearances are attached hereto and appear in Appendix A

## XII. CHILD ABUSE/NELGECT CENTRAL REGISTRY BACKGROUND CLEARANCES:

Both Becky and Jeff signed written authorization for release of information forms which were forwarded to the Kansas State Department of Social and Rehabilitation Services A review of that agency's Child Abuse/Neglect Central Registry reveals no confirmed instances of child abuse or neglect by them

These clearances are attached hereto and appear in Appendix B

## XIII. LIVING ACCOMODATIONS OF THE FAMILY:

The Bodines have resided in their current residence since October, 1998 The home is located in a working class neighborhood in southwest Topeka The home is a ranch style, wooden frame structure situated on a cement slab It has 3 bedrooms, 1 bath, a kitchen/dining room combination, living room, a one car attached garage and the backyard is fenced

The home is very tastefully decorated and the housekeeping standards are excellent

The Bodines are very safety conscious They have one smoke detector, one carbon monoxide detector and their hot tub which is located in the backyard has a safety cover. They do not have a pool and no other bodies of water are located on the premises Jeff has 2 shotguns which are stored under the bed in the master bedroom and are equipped with trigger locks

## XIV REFERENCES:

Written character references were provided for the Bodines by the following individuals

1 Linda Conley (Friend of the Bodines and Co-worker of Becky)
1909 SW Crest Drive
Topeka, KS 66604

2 H C and Marlene Beckman (Friends of the Bodines)
4046 SW 53rd Street
Topeka, KS 66409

3 Susanne Metcalf (Friend of the Bodines)
4327 SE Oakwood Street
Topeka, KS 66609

4 Rhonda Royer (Friend of the Bodines)
1317 N Northridge Parkway
Olathe, KS 66061

All of the references were positive and addressed their ability to parent an adoptive child or children They are available to the court upon request

## XV SUMMARY AND RECOMMENDATIONS:

The prospective adoptive parents Jeff and Becky Bodine have been preparing for adoption for some time and are equally enthusiastic about the prospect of one or both of the foster children currently living with them being placed with them on a permanent basis

They have progressive child rearing philosophies and positive attitudes toward parenting Though they have no biological children, they have extensive experience fostering and have been licensed by the FARM since December, 1999 Including the two present foster children, they have provided care to 8 foster children

Each of the prospective adoptive parents is in excellent physical health They are mature, of sound mind and neither has any history of psychiatric illness or treatment, domestic violence, substantiated instances of child abuse, neglect or sexual abuse and Becky has no history of criminal convictions As was mentioned above, on August 24, 1983,

Jeff was convicted of three counts of Misdemeanor Obstruction of the Legal Process (KSA 21-3808) and one count of Misdemeanor Disorderly Conduct (KSA 21-4101) He was very young at that time and has engaged in no criminal activity since then

The Bodines have excellent income from employment and more than adequate assets to accommodate the placement of a child or children Though small, their home is more than adequate to meet the needs of an adoptive child/children, is tastefully decorated and the house keeping standards are excellent There are no potential health hazards in evidence within the residence.

After extensive examination of Jeff and Becky Bodine, this examiner is very favorably impressed with them and unequivocally recommends that the court approve them for the adoption of one or both of their current foster children if they are ultimately freed for adoption

Respectfully Submitted,

Brent D Cain, LSCSW
Director of Placements

BDC/akw

SUBSCRIBED AND SWORN TO before me this 25th day of Nov, 2003.

NOTARY PUBLIC

My Appointment Expires 11-14-06

LADONNA S MUNOZ
Notary Public - State of Kansas
My Appt Expires



01705

MONTGOMERY

## Becky Bodine

**From:** "Becky Bodine" <jethrine_bodine@msn com>
**To:** "Finnian1" <Finnian1@aol com>
**Sent:** Wednesday, November 05, 2003 7 33 PM
**Subject:** Home Study

----- Original Message -----
**From:** H C BECKMAN
**To:** Becky Bodine
**Sent:** Sunday, September 28, 2003 2 31 PM
**Subject** Comments to Brent Cain

September 28, 2003

Dear Mr. Cain,

The following are comments pertaining to the inquiry we received concerning Jeff and Becky Bodine's adoption study.

We have known Jeff since he was in kindergarten with our son, Jeff. They became close friends and have remained friends since that time. They spent considerable time together during their school years. As adults they remain close despite living in different states

Jeff and Becky have demonstrated their caring for children. They still remember our grandchildren on special occasions. Their current foster children are cared for as if they were their own. They talk about their boys and are proud of their progress as youngsters.

Jeff and Becky spent considerable time and effort in an attempt to help Matt, a former foster son. Since we are both teachers, we were asked to provide assistance with homework. Jeff or Becky would bring him to our house weekly for study sessions, more frequently if needed for special projects or tests. They would call to report progress or have Matt call so he could get recognition. They have always sent pictures and reports of their children.

Because they are anxious to provide the best care possible for the children in their care, they have been willing to learn about parenting techniques. We have been impressed with the caring way they have interacted with the biological parents of foster children.

If you have further questions, feel free to contact us.

Sincerely,

H. C. and Marlene Beckman
4046 SE 53rd
Berryton, KS 66409

01706



MONTGOMERY

October 5, 2003

Brent D Cain, LSCSW
3601 SW 29th St, STE 132
Topeka, KS 66614

Dear Mr Cain,

It would be my pleasure to answer your questions concerning Jeff and Becky Bodine with regard to their application to become adoptive parents

I have known Becky (Abel) Bodine for approximately 28 years and Jeff for as long as he has been married to Becky I am a close family friend, having watched Becky grow from a young child, to the adult she is today

I do believe Becky and Jeff would be excellent parents for an adoptive child or children Becky has babysat for my own children on numerous occasions and has always done an exceptional job I believe Becky and Jeff to both possess qualities necessary to be good parents They both are patient, kind, loving and have a great sense of humor They have always been encouraging and interested when interacting with younger cousins, nieces and nephews They both appear to have such a deep-rooted love for children and an overwhelming desire to give that love and encouragement to a child they can call their own They have been a wonderful blessing, providing a loving and stable environment for foster children they now care for

I have absolutely no concerns whatsoever about their abilities to be good parents and to provide a loving home for an adoptive child

If you have any questions or need additional information, please feel free to contact me at 913 764 9179 or 913 481 1052

Sincerely,

Rhonda Royer

November 18, 2003

Brent D Cain, LSCSW
3601 SW 29th St, STE 132
Topeka, KS 66614

Dear Mr. Cain,

I have known Jeff and Becky Bodine for almost 3 years I met Becky through work and have worked closely with her on a daily basis for almost the entire time

I feel that Becky and Jeff would be wonderful parents to any children that they are able to adopt I believe that Becky and Jeff have better tools to raise children than most natural parents just because of their experience in the foster care system They are both consistent, kind, patient and have a great sense of humor. I know from raising my own child that these are tools that are indispensable when raising children.

The Bodine's current foster child took swimming lessons with my child during the summer Both Jeff and Becky were very involved and interested in the lessons and the improvement that he was making. They approach parenting as a team and do whatever is necessary to provide what is best for the child.

I fully believe that any child that Jeff and Becky are able to adopt will be in the best possible home and will receive unconditional love, support and understanding. I have no doubt that any child would be in a better place if allowed to grow up in the Bodine's family

Please don't hesitate to call with any questions you may have. I can be reached at 785-291-8658 or 785-271-8273

Thank you,

Linda Conley

01708



MONTGOMERY

CENTRAL REPOSITORY
KANSAS BUREAU OF INVESTIGATION
1620 S W TYLER ST, TOPEKA, KANSAS 66612-1837

HIS KIDS ADOPTIONS INTERNATIONAL--TOPEKA
Attn HRO
3601 SW 29TH STREET

TOPEKA, KS, 666140000

The following name and identifying data was searched in the Kansas Central Repository. No criminal history record was found

abel, rebecca, 06/13/69, , ,

This record check should only be used for the current purpose for which it was requested Since criminal histories can change at any time, a future check will require a new search of the Central Repository.

Kansas Central Repository

HIS KIDS ADOPTIONS INTERNATIONAL--TOPEKA
Attn: HRO
3601 SW 29TH STREET

TOPEKA, KS 666140000

CENTRAL REPOSITORY
KANSAS BUREAU OF INVESTIGATION
1620 S W. TYLER ST, TOPEKA, KANSAS 66612-1837

HIS KIDS ADOPTIONS INTERNATIONAL--TOPEKA
Attn HRO
3601 SW 29TH STREET

TOPEKA, KS, 666140000

The following name and identifying data was searched in the Kansas Central Repository No criminal history record was found.

bodine, rebecca, 06/13/69, , ,

This record check should only be used for the current purpose for which it was requested. Since criminal histories can change at any time, a future check will require a new search of the Central Repository

Kansas Central Repository

HIS KIDS ADOPTIONS INTERNATIONAL--TOPEKA
Attn: HRO
3601 SW 29TH STREET

TOPEKA, KS 666140000

This Kids Adoptions International

Brent D. Cain, LSCSW

Telephone (785) 273 - 0937
Fax (785) 228 - 0685

3601 SW 29th Street
Suite 132
Topeka, KS 66614

Requestor's Identifying Code: 902KS1837

## AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby request and authorize the Kansas Bureau of Investigation to furnish the above-named Company with criminal history information as described in K.S.A. 22-4701 et seq. and K.A.R. 10-9-1 et seq.

I voluntarily waive all right or recourse and release you from liability for compliance with this authorization.

FULL NAME: Bodine (Last) Rebecca (First) Jean (Middle)

ANY OTHER NAMES USED: Abel

CURRENT ADDRESS: 1722 SW Kent PL. (Street) Topeka (City) KS (State) 66604 (Zip)

SEX: F RACE: Caucasian BIRTHDATE: 6/13/69 SOC SEC.#: 511829063

ADDITIONAL INFORMATION: ______

10/2/03 (DATE) Rebecca J Bodine (SIGNATURE)

KBI RESPONSE:

01711



MONTGOMERY

567...

# His Kids Adoptions International

Brent D Cain, LSCSW

Telephone (785) 273 - 0937
Fax (785) 228 - 0685

3601 SW 29th Street
Suite 132
Topeka, KS 66614

Requestor's Identifying Code: 902KS1837

AUTHORIZATION FOR RELEASE OF INFORMATION

I hereby request and authorize the Kansas Bureau of Investigation to furnish the above-named Company with criminal history information as described in K.S.A. 22-4701 et seq. and K.A.R. 10-9-1 et seq.

I voluntarily waive all right or recourse and release you from liability for compliance with this authorization.

FULL NAME: Bodine (Last) Jeffrey (First) Alan (Middle)

ANY OTHER NAMES USED: Jeff

CURRENT ADDRESS: 1722 SW Kent PL (Street) Topeka (City) KS (State) 66604 (Zip)

SEX: M RACE: Caucasian BIRTHDATE: 7/1/65 SOC SEC#: 513803771

ADDITIONAL INFORMATION: [signature]

10/2/03
DATE

SIGNATURE

KBI RESPONSE:

01712

KANSAS BUREAU OF INVESTIGATION
Criminal Records Section
1620 SW Tyler, Topeka Kansas 66612-1837
(785) 296-8200

Part 1 - Introduction

Requested by 902KS1837 HIS KIDS ADOPTIONS INTERNATIONAL--TOPEKA
Attention HRO

Purpose Public Record

Information used in the search
Requested Name. bodine, jeffrey
Requested Date of Birth (DOB): Jul 01, 1965
Requested KBI Number: KS00369889

This information is provided subject to the following understandings, conditions and restrictions

This record is being provided under the provisions of K S A. 22-4704, 22-4707 and K A R 10-12-1, which entitles you to receive conviction data and summaries of arrests that that are less than one year old without final dispositions on file at the Kansas Central Repository. Additional data may also be provided if you are statutorily entitled to other categories of criminal history record information

If neither fingerprints nor an identifying number indexed in our files accompanied your request, the KBI cannot guarantee that the contents of this record pertain to the individual in whom you are interested

Both federal and Kansas laws regulate the use of this record This record and the data contained herein may only be used for the purpose requested Violation of these conditions may result in prosecution

Should the subject of this record dispute the contents, fingerprints should be submitted to the Kansas Bureau of Investigation for comparison against the fingerprints that support the record at the Central Repository

Since additions and deletions may be made at any time, a new record should be requested for each new use.

Part 2 - Identification

KBI #: KS00369889

Names Used
JEFFREY ALLEN BODINE
JEFF BODINE

DOB Jul 01, 1965 Social Security Number:

Race & Ethnicity White Sex Male or Man Height 5' 9"

Weight 145 lbs Eyes Blue Hair: Brown

Part 3 - Criminal Justice Cycles

Cycle 1 Adult Offense

01713


MONTGOMERY

Arrest/Charge Data

Name Used JEFFREY ALLEN BODINE

Date of Arrest. Aug 17, 1983
Arresting Agency KS0890100 TOPEKA POLICE DEPARTMENT
Arresting Agency Case Number 29299
Arrest Disposition Referred to prosecuting attorney

Prosecution

Prosecuting Agency KS089011A TOPEKA CITY ATTORNEY'S OFFICE
Case filed on: Aug 17, 1983
Pre-Trial Status Not applicable or unknown

Court

Court KS089011J TOPEKA MUNICIPAL COURT
Court Case Number NOF
Date of Judgement Aug 24, 1983
Date of Sentencing Aug 24, 1983
Fine $80 00

Charges Disposed of

1 KSA 21-3808 (1 Count)
Non-verifiable
Disposition. Convicted
2 KSA 21-4101 (1 Count)
Disorderly conduct
Misdemeanor
Disposition Convicted
3 KSA 21-3808 (2 Counts)
Non-verifiable
Disposition Convicted

Part 4 - Confinement
No custody or confinement data is on file at the Central Repository

End of Report

| Kansas Department of Social and Rehabilitation Services<br>Child Abuse and Neglect Central Registry<br>PO Box 2637<br>Topeka, KS 66601 | Child Abuse and Neglect Central Registry<br>**Release of Information** |
|---|---|

I, Jeffrey Alan Bodine, give permission for the release of any information concerning
(please print complete first, middle and last name)
myself in the Child Abuse and Neglect Central Registry to:

| | |
|---|---|
| Contact Person: | Brent D Cain, LSCSW |
| Agency Name | His Kids Adoptions International |
| Mailing address: | 3601 SW 29th Street, Suite 132<br>Topeka, KS 66614<br>(785) 273 - 0937 |
| Phone Number | ( ) |

I understand that all information released will be for the exclusive and confidential use of the above named organization/person/agency

**★★ Please complete the information below by printing in ink. ★★**
**Please print legibly. Do not leave any space blank. All requested information is required to process this request. Incomplete information will result in the release not being processed and will be returned as insufficient.**

| | | | |
|---|---|---|---|
| First, Middle and Last Name. | Jeffrey Alan Bodine | | |
| Maiden Name. (Female applicant only) | | | |
| Married Names, Nicknames or Other Names Used. (Use N/A if no other names used.) | Jeff | | |
| Date of Birth: | 7/1/65 | Race: | Caucasian |
| Social Security # | 51380 3771 | Gender: | ☒ Male ☐ Female |
| Signature | [signature] | Date | 10/2/03 |
| Current Address | 1722 SW Kent PL<br>Topeka KS 66604 | | |

**Each request must be submitted with payment prior to the request being processed. Please attach appropriate fee of $10.00 per release of information. All releases and fees should be sent via postal mail to the attention of SRS, Child Abuse and Neglect Central Registry, P.O. Box 2637, Topeka, KS 66601.**

**For Central Registry Use Only**

___ **FEE ATTACHED**

NO RECORD
CHILD ABUSE/NEGLECT
CENTRAL REGISTRY

OCT 10 2003

SRS, CHILDREN & FAMILY POLICY

PAID

01715



MONTGOMERY

| Kansas Department of Social and Rehabilitation Services<br>Child Abuse and Neglect Central Registry<br>PO Box 2637<br>Topeka, KS 66601 | Child Abuse and Neglect Central Registry<br>**Release of Information** |
|---|---|

I, Rebecca Jean Bodine, give permission for the release of any information concerning
(please print complete first, middle and last name)
myself in the Child Abuse and Neglect Central Registry to:

Contact Person: Brent D Cain, LSCSW
Agency Name: His Kids Adoptions International
Mailing address: 3601 SW 29th Street, Suite 132
Topeka, KS 66614
(785) 273 - 0937

Phone Number ( )

I understand that all information released will be for the exclusive and confidential use of the above named organization/person/agency.

**★★ Please complete the information below by printing in ink. ★★**
**Please print legibly. Do not leave any space blank. All requested information is required to process this request. Incomplete information will result in the release not being processed and will be returned as insufficient.**

First, Middle and Last Name: Rebecca Jean Bodine

Maiden Name: (Female applicant only) Abel

Married Names, Nicknames or Other Names Used: (Use N/A if no other names used.) Becky

Date of Birth: 6/13/69 Race: Caucasian

Social Security #: 511829062 Gender: ☐ Male ☒ Female

Signature: Rebecca Bodine Date: 10/2/03

Current Address: 1722 SW Kent PL
Topeka KS 66604

RECEIVED
OCT 0
SRS, CHILDREN & FAMILY

**Each request must be submitted with payment prior to the request being processed. Please attach appropriate fee of $10.00 per release of information. All releases and fees should be sent via postal mail to the attention of SRS, Child Abuse and Neglect Central Registry, P.O. Box 2637, Topeka, KS 66601.**

---

**For Central Registry Use Only**

___ **FEE ATTACHED**

NO RECORD
CHILD ABUSE/NEGLECT
CENTRAL REGISTRY
OCT 10 2003
SRS CHILDREN &
FAMILY POLICY

PAID

01716

MONTGOMERY