# KANSAS LEGAL SERVICES

712 S Kansas Avenue, Suite 201
Topeka Kansas 66603
Telephone (785) 354-8531
Fax (785) 233-2096
email klstopeka@klsinc org

W Thomas Stratton, Jr
Managing Attorney

March 17, 2004

Michael J. Coffman
Coffman & Gilliland
112 E 7th
PO Box 250
Lyndon, KS 66451-0250



RE. Juston Kleiner
OS 03 JC 07

Dear Mr Coffman,

My client obtained the enclosed medical records, and I am providing you and the other parties with copies

Would your clients be willing to stipulate that Juston has been diagnosed with bronchiolitis and RAD (rrestrictive airway disease), and that exposure to cigarette smoke is harmful to his health?

Yours Truly,

Michael J. Helvey
Staff Attorney

CC: Gary Foiles
    James Campbell
    Bryan Hastert
    Brenda Kelley
    Roger McDaniel
    Sherry Alexander

01781

MONTGOMERY

 Member Agency
United Way
 LSC

Roger L McCollister • Chief Executive Officer
712 S Kansas Avenue Suite 200 Topeka Kansas 66803 • (785) 233-2068 FAX (785) 354 8311



**PEDIATRIC ASSOCIATES**
*Pediatric and Adolescent Medicine*
3500 SW 6th Street
Topeka Kansas
66606

Dennis M. Cooley, M.D., F.A.A.P
David J. Nichols, D.O., F.A.A.P.
Greggory J. Van Sickle, M.D., F.A.A.P.

Tara Pridgett, M.D , F.A.A.P.
Rendi Kersting, ARNP
Shelley Lane, ARNP

---

Instructions for.

Date __2-26-04__

Justin Kleuner

Weight_____

3-10-03 (R) otitis media (om)

Height _____

3-25-03 Bronchiolitis

Head Circ _____

4-11-03 Bronchiolitis
Improved

BP:_____

5-28-03 (L) om

7-28-03 RAD (Reactive Airway Disease)

8-27-03 (L) om

9-16-03 Bronchiolitis

12-4-03 (L) om

12-19-03 (L) om

2-12-04 Bronchiolitis / RAD ? r/t smoke exposure?

2-19-04 (B) om

FORM 8

118097 100 (Rev ) 8/00

01782

Case 4:12-cv-08001-GAF   Document 164-15   Filed 09/03/15   Page 2 of 39
MONTGOMERY

# CLINICAL NOTES

| DATE | Patient's Name _Quinn Kleiner_ | Acct. # |
|------|-------------------------------|---------|
| 2-26-04 | I spoke w/ Dr. Cooley, he said it was OK to write down dates & diagnosis on a piece or paper & have pt foster parent pick it up I notified Becky & she said she'd come pick it up  S Lane AAWP | |

01783
MONTGOMERY

# CLINICAL NOTES

| DATE | Patient's Name | Acct # |
|------|----------------|--------|

Roundie

DR. 3 4 6 18 24 26

DATE 2-25-4    TIME 225    PHONE 291-7932
CALLER Becky Bodine    AGE
PATIENT Justin Klaien    TEMP
PHARM    ALLER

Saw Shelly x 2. Grand parents smoking
around Justin. she's trying to stop visits e
Grandparents. Need letter from Shelly to help
e this. Said Shelly agreed to write letter
about asks/smoking. Going to court.
Please call soon when letter is done
or shd'll pick it up. Thanks! ☺

REV 12/03                    FORM 16

2-26-04  I called & spoke w/ mom (foster) Beckie & let her know I
had told dad I was not afraid to speak on the ill
(foster)
effects of smoke on children & ear infections or RAO, when
grandma was with him at the last F/U visit, but I had
not been specifically asked to write a letter for court. I
told the foster mom I will send Ho's to her to provide
to the attorney that are published research into on
the ill effects of smoking on children. I sent Barton-Schmit
pg 55 from 2nd Ed instructions to pediatric Patients' on
Passive (Involuntary) Smoking, pg 65 Bronchiolitis & the
Pamphlet from the AAP on Environmental Tobacco Smoke: a
Danger to children! ————————
(Foster) Mom requested that I write down her illnesses for
her to provide to the court. I told her w/ regard to
HIPPA privacy rules, she will need to contact our
office manager Steve Clifft or Sue Camden re potential
copying/release also of the medical chart for that use.
Sherry Law ARNP ————————

01784

DR. 3 4 6 18 24 (26)

DATE 2 13 41   TIME 1059   PHONE 291-7937

CALLER Betsy Baling   AGE ___

PATIENT Austin Kleiner   TEMP ___

PHARM ___   ALLER ___

Spends 1/2 of the wk c g-parents, other 1/2 c foster parents. Betsy (foster-mom) suspects they smoke. Case-worker needs letter. to g-parents stating he needs to stay inside & not in a smoking environment. Saw Shelley on 2-12-04.

WCB on 2-11, when Shelly is here.

REV 12/03   FORM B

---

## FEB 19 2004

here c foster dad + biological g-ma

CHIEF COMPLAINT ___ RLE ✓   AGE ___

HPI   minimal coughing, afeb, active in, eating/sleeping well

ORN or wzng

red bumps on groin

MEDICATIONS Xopenex BID   ALLER Motrin

EXAM TEMP ___ WEIGHT ___ HT ___ HC ___ BP ___

☑ ALERT  ☑ NO DISTRESS   O2 sat 98%

| | NORM | ABN | |
|---|---|---|---|
| EYES | ☑ | ☐ | |
| EARS | ☐ | ☑ | Tm's red + dull OLR |
| NOSE | ☑ | ☐ | |
| THROAT | ☑ | ☐ | |
| NECK | ☑ | ☐ | |
| CHEST | ☑ | ☐ | lungs CTA |
| HEART | ☑ | ☐ | |
| ABDOMEN | ☐ | ☐ | |
| GU | ☐ | ☐ | |
| EXT | ☐ | ☐ | pink papules all over buttocks + groin |
| SKIN | ☐ | ☑ | on groin |
| NEURO | ☐ | ☐ | |

IMPRESSION  BOM; Diaper candidiasis

PLAN  MEDICATIONS  Omnicef 125/5 6ml p QOX10d cont per nurse
RETURN ___ DAYS  nystatin II cream BID x 7d 15 gm per nurse
CALL BACK IF  1) NOT BETTER ___ DAYS,  (2) WORSENING
OTHER

Cre yogurt c antibiotic
Form 7B

Shelly Law AAP

Disc effect of smoke on RAD + URI per interview

01785

Cough

DAT

**HPI** ¢o cough, green nasal drainage, mattery eyes, temp ↑. x 1-2d
Up last noc.

— last dose 0600

MEDICATIONS Tylenol, Robitussin ...          ALLER Motrin

EXAM  TEMP 99⁴/Ax  WEIGHT 22'12oz  HT ____ HC ____ BP ____

☑ ALERT ☐ NO DISTRESS

|  | NORM | ABN |  |
|---|---|---|---|
| EYES | ☐ | ☑ | conjunctiva red bilat c̄ matting |
| EARS | ☐ | ☑ | of lashes |
| NOSE | ☐ | ☑ | ⊕ tm red full ℑ LR |
| THROAT | ☐ | ☑ | nasal mucosa boggy |
| NECK | ☑ | ☐ | pharynx red |
| CHEST | ☑ | ☐ | |
| HEART | ☑ | ☐ | |
| ABDOMEN | ☑ | ☐ | |
| GU | ☑ | ☐ | |
| EXT | ☑ | ☐ | |
| SKIN | ☑ | ☐ | |
| NEURO | ☑ | ☐ | |

**IMPRESSION.** Conjunctivitis / AOM / Pharyngitis

PLAN  MEDICATIONS  Rx Ocuflox ⊤ gtt to affected eye
RETURN ____ DAYS                            x̄ 2-4° x 2d then
CALL BACK IF 1) NOT BETTER ____ DAYS. 2) WORSENING  c̄ Q1S x 5d
OTHER  Rx Omnicef 125/5
3cc p.o. BID for 10d          X Kersting AllN

---

JAN 2 2004  here c̄ Foster mom

CHIEF COMPLAINT  cough                        AGE 16.1¼

HPI  wheezing last noc when got him from g-parents
(they smoke around him) + he smelled like smoke - not
sure how long been coughing + wheezing b/c since got him
back last noc, PM, Otauss, poor sleep last noc

MEDICATIONS  Little Colds                    ALLER Motrin
239

EXAM  TEMP 97⁷/Ax  WEIGHT 239  HT ____ HC ____ BP ____
                                          O₂sat ___ then
☑ ALERT ☐ NO DISTRESS                     O₂sat c̄ 96%
                                                          prior
|  | NORM | ABN |  |
|---|---|---|---|
| EYES | ☑ | ☐ | |
| EARS | ☑ | ☐ | |
| NOSE | ☐ | ☑ | clear nasal d/c |
| THROAT | ☑ | ☐ | |
| NECK | ☑ | ☐ | crackles |
| CHEST | ☐ | ☑ | hi̅ exp wheezes + crackles  Rx 40 nebulized |
| HEART | ☑ | ☐ | p̄ tx resp increases, but no wheezes or crackles |
| ABDOMEN | ☐ | ☐ | RR 36 nebulized |
| GU | ☐ | ☐ | O₂sat 96% |
| EXT | ☐ | ☐ | |
| SKIN | ☐ | ☐ | |
| NEURO | ☐ | ☐ | |

**IMPRESSION**  Bronchiolitis / RAD r/t smoke exposure??

PLAN  MEDICATIONS  Xopenex 0.63mg/3 ml nebs Q4 pm  #4B FFA1 - 1mm
RETURN 7 DAYS  Pulmicort 1575 1tsp po ⊙ x 4d - samples
CALL BACK IF 1) NOT BETTER ____ DAYS ② WORSENING

OTHER

H o m
Bronchiolitis -                          Shelley Lane ARNP
Sharp Gonzales

Justin Kleiner

CHIEF COMPLAINT ___ C/o rash groin area ___ AGE _4_

onset yest

HPI

2 on face noticed today

Ø fever Ø N/V/C/D covid

(+) impetigo at daycare

MEDICATIONS _Ø_ ALLER _motrin_

EXAM TEMP ___ (A) WEIGHT ___ HT ___ HC ___ BP ___

☑ ALERT ☐ NO DISTRESS

| | NORM | ABN | |
|---|---|---|---|
| EYES | ☑ | ☐ | |
| EARS | ☑ | ☐ | |
| NOSE | ☑ | ☐ | |
| THROAT | ☑ | ☐ | |
| NECK | ☑ | ☐ | |
| CHEST | ☑ | ☐ | |
| HEART | ☑ | ☐ | Ⓛ cheek c 2 singer pk 1mm papules |
| ABDOMEN | ☐ | ☐ | |
| GU | ☐ | ☐ | * |
| EXT | ☐ | ☐ | groin bel side patchy drap skin c papules satellite |
| SKIN | ☐ | ☑ | in inguinal area |
| NEURO | ☐ | ☐ | |

IMPRESSION _Diaper candidiasis_

PLAN MEDICATIONS _Mycolog II cream bid x 7-10d 15gm tube_

RETURN ___ DAYS

CALL BACK IF ① NOT BETTER _3-5_ DAYS, ② WORSENING

OTHER _Kelley L aap_

Form TB

---

Age 13½mo ✓ up KBH

Wt - 21⁵ Lt 31" Hc - 18¼"

MONTGOMERY

RENDI KERSTING, ARNP   AUG 27 2003
CHIEF COMPLAINT _____ ear _____ AGE 1 yr.

HPI C/o runny nose, cough, cong for a while -- can't get rid of
s/s. Onset x 3-4 wks ago. Pulling et pulling ® ear x 2d. et
restless sleeping.
MEDICATIONS Pediacare                          ALLER Motrin

EXAM. TEMP 98'/Ax WEIGHT 20°10oz. HT _____ HC_____ BP_____

☑ ALERT ☑ NO DISTRESS
              NORM ABN
EYES          ☑    ☐      ① Tm red full
EARS          ☐    ☑      nasal mucosa   boggy
NOSE          ☐    ☑
THROAT        ☑    ☐
NECK          ☑    ☐
CHEST         ☑    ☐
HEART         ☑    ☐
ABDOMEN       ☑    ☐
GU            ☑    ☐
EXT           ☑    ☐
SKIN          ☑    ☐
NEURO         ☑    ☐

IMPRESSION  OM

PLAN  MEDICATIONS        Rx Amox 250/5   1 cc p.o.
      RETURN _____ DAYS                  BID x10d.
      CALL BACK IF ① NOT BETTER 1-2 DAYS ② WORSENING
      OTHER                              Kersting ARNP
                    Form 7B

RENDI KERSTING, ARNP  SEP 16 2003
CHIEF COMPLAINT _____ ER F/u _____ AGE 13 mo.

HPI  SVER - Sat. p̄ noon.   Doing better
                Had been around smoke @ Grandpa
                & came home wheezing
MEDICATIONS Orapred, Xopenex          ALLER NKDA

EXAM  TEMP_____ WEIGHT 20° HT_____ HC_____ BP_____

☑ ALERT ☑ NO DISTRESS
              NORM ABN
EYES          ☑    ☐
EARS          ☑    ☐
NOSE          ☑    ☐
THROAT        ☐    ☑      pharynx pink
NECK          ☑    ☐      Ø wheezing or retraction
CHEST         ☑    ☐
HEART         ☑    ☐
ABDOMEN       ☑    ☐
GU            ☑    ☐
EXT           ☑    ☐
SKIN          ☑    ☐
NEURO         ☑    ☐

IMPRESSION Bronchiolitis

PLAN  MEDICATIONS   Cont meds as Rx'd
      RETURN _____ DAYS
      CALL BACK IF 1) NOT BETTER _____ DAYS  2) WORSENING
      OTHER
            Handout Re, 2nd hand    Kersting ARNP
                 Smoke given
                    Form 7B

01788

Case 4:12-cv-08001-GAF   Document 164-15   Filed 09/03/15   Page 8 of 39   MONTGOMERY

UA Result

DATE

DATE 7-30-3   TIME 1010   PHONE 2917932

CALLER  Becky Broline   WT _____ AGE _____

PATIENT  Justin Klein   TEMP _____

PHARM _____   ALLER _____

FRI
STORM

waiting on urine drug screen
called lab they will hand carry over
Call mom if we get report
pls call Num

REV 3/99                                    FORM 16

---

DATE 8-20-03   TIME 1050   PHONE 291-7932

CALLER  Becky   WT _____ AGE 11 mo.

PATIENT  Justin Kliner   TEMP old & on
                                 loose made
PHARM _____   ALLER _____   i l has it

4o cold sx   onset 2 wks
coughing
sleeping off - appetite ok
meds - (medicare)
offered appt - will wait if
sx cont to persist
to call back for appt

REV 3/99                                    FORM
                                            11/03

01789
MONTGOMERY

Kleiner, Justin

RENDI KERST___, __.  MAY 28 2003

CHIEF COMPLAINT _____ sick  AGE 9½ mo.

HPI  C͞o Ⓡ eye watery et mattery · onset yest.  "Not himself"
Temp ↑ yest.  Ø sleeping.
(last dose 1100)

MEDICATIONS Tylenol, Xopenex  ALLER Motrin

EXAM TEMP 100³/ax  WEIGHT 18' 6 oz.  HT _____  HC _____  BP _____

☑ALERT ☑ NO DISTRESS

| | NORM | ABN | |
|---|---|---|---|
| EYES | ☑ | ☐ | Ⓡ conjunctiva pink, watery |
| EARS | ☐ | ☑ | Ⓛ tm red dull ↓ lr |
| NOSE | ☑ | ☐ | Ⓡ tm dull |
| THROAT | ☐ | ☑ | |
| NECK | ☑ | ☐ | pharynx red tonsils 2+/4+ |
| CHEST | ☑ | ☐ | |
| HEART | ☑ | ☐ | Ø wheezes |
| ABDOMEN | ☑ | ☐ | |
| GU | ☑ | ☐ | |
| EXT | ☑ | ☐ | |
| SKIN | ☑ | ☐ | |
| NEURO | ☑ | ☐ | |

IMPRESSION Ⓡ conjunctivitis / Ⓛ om / pharyngitis

PLAN  MEDICATIONS  Rx Amoxicillin 250/5 ī ts p p.o.
RETURN _____ DAYS  b.i.d x 10 d
CALL BACK IF  1) NOT BETTER _____ DAYS,  2) WORSENING
OTHER

Form 7B

---

DATE 7·3·03  TIME 247  PHONE 291-7932  DR. 3-7932  17

CALLER Becky  WT _____  AGE 11m·
PATIENT Justin Kleiner  TEMP Ø
PHARM _____  ALLER _____

x 3 d. on-H&L  low grade temp up to 100⁹
cough, loose stools - no bhad, urinating →
well, acts ok.

Tx symp call prn.

REV 3/99  FORM 16

01791
Case 4:12-cv-08001-GAF  Document 164-15  Filed 09/03/15  Page 10 of 39
MONTGOMERY

Justin Kleiner

LUI

DR. 3  4  17

DATE 4-28-03    TIME 9:20   PHONE _____

CALLER _____   WT _____ AGE _____

PATIENT Becky Boden   TEMP _____

PHARM Julia Kleiner CALLER _____

Wg 21st Fairlawn

C/o w/c - needs a form to
continue him c̄ Fe.
C/o spits up Enf c̄ Fe
Plu wld

needs refill on Xopnex .31 mg
ttl vial bid.

REV 3/99

Kg 4/28/03 dx̄p ↑ box, per refills
x 6 months

DATE 5-2-3   TIME 10:20   PHONE 291-7932
DR. 3  4  17

CALLER Becky Boden   WT _____ AGE _____

PATIENT Justin Kleiny   TEMP _____

PHARM _____   ALLER _____

At
picked up Wick Fam
but, nothing circled for reason
when needs similar;
Mom) states will just circle
vomiting & diarrhea w/ tx.
Tx to c̄ circle

REV 3/99                           FORM 16

DATE 5-22-03   TIME 2:44   PHONE 291-7932
DR. 3  4  17

CALLER Becky   WT _____ AGE _____

PATIENT Justin Kleiny   TEMP _____

PHARM Refill - Walw 21st  ALLER _____

Xopanex bid x/mo
Doing good

How long to keep up?
Can he stop?                    3 1/2x

Try q d x 1 wk
Refill Xopanex x1           21 m

REV 3/99                           FORM 16

01792
MONTGOMERY

Kleiner, Justin

# CLINICAL NOTES

**PHONE CALL**

DATE | cct #

FOR _Dr. Evans_  DATE _4-13-03_ TIME _7:55_ A.M. P.M.

M _Becky Bodein_

OF _Kleiner, Justin_  _8-9-02_

PHONE ☐ FAX ☐ MOBILE _228/9962_

AREA CODE  NUMBER  EXTENSION

MESSAGE _Meds · Xopenex._

_To mattery pink eyes, conjunc_
_green matter._  _WG 21st_ _Fair_
_Polytrim gtts_  _Ku_  _4/14/03_

SIGNED

TOPS FORM 4003

---

DATE _4.14.3_  TIME _940_ PHONE _228.9916?_  DR. 3 4 (17)

CALLER _Becky_  WT ____ AGE ____

PATIENT _Justin Kleiner_  TEMP ____

PHARM ____  ALLER ____

_Yo mattery eyes onset yest –_
_for eye gtts_  _Ku_
_Cont'd – to_  _4/14/07_
_Call if ⊖ helping_
_Wardens_

REV 3/99  FORM

---

DATE _4.17.3_  TIME _1032_ PHONE _291.7932_  DR. 3 4 (17)

CALLER _Becky_  WT ____ AGE _8 mo_

PATIENT _Justin Kleiner_  TEMP ____

PHARM _WG 21st Fairbur_ ALLER ____

_still coughing – only doing_
_it. Oat @ night._
_will run out of Xopenex today_
_0.31 mg drop to box, pin refill x/on_
_only @ night_  _refill_  _Ku_  _4/17/03_
_x held_

REV 3/99  _Becky wants to apolize for last week's_ she felt bad

01793

MONTGOMERY

DATE 3-27-3 TIME 423 PHONE 228-996_ DR. 3 4 (17)
CALLER Becky WT _____ AGE 7mo
PATIENT Justin Klein TEMP 100
PHARM _____ ALLER _____

FYI Still 99-Af
fever (100) Breathing
Better c treatments
Did go to Day Care today
Tylenol prn. If still fever
call or AM + live
will cf c Dr.
KL 3/28/03
REV 3/99                                    FORM 15

DATE 4-7-3 TIME 226 PHONE 231 7535 DR. 3 4 (17)
CALLER Jeff Bodine WT _____ AGE _____
PATIENT Trenton Bond TEMP _____
PHARM Justin Klien ALLER _____

Trenton - @ church got - hits thend went
to EMR - And dermabond

Justin                                      KL 4/7/03
WG 21st Fairlawn
refill Xopenex Q31 bid - tod
Nasp + box - refill
REV 3/99                                    FORM 15

APR 11 2003        8mo KBH
wt: 15# 14g        Ht 27½'        HC: 17½'
                   WCC
                   See dev sheet Klaus

01794

MAR 25 2003

CHIEF COMPLAINT _Cough, congestion, wheezing_ AGE _7 mos_

HPI
_x 10 month_
_fever off + on_

MEDICATIONS _Tylenol_ ALLER _Motrin_

EXAM TEMP _101⁹R_ WEIGHT_____ HT_____ HC _____ BP _____
_Pulse 158_ _SaO2 97_

☐ ALERT ☐ NO DISTRESS

|  | NORM | ABN |  |
|---|---|---|---|
| EYES | ☐ | ☐ | |
| EARS | ☐ | ☐ | |
| NOSE | ☐ | ☐ | |
| THROAT | ☐ | ☐ | |
| NECK | ☐ | ☐ | _bronchiolitis cough RR 38_ |
| CHEST | ☐ | ☐ | |
| HEART | ☐ | ☐ | _wheeze Ⓑ_ |
| ABDOMEN | ☐ | ☐ | _PTx c̄ xopenex more clear_ |
| GU | ☐ | ☐ | _shu cough_ |
| EXT | ☐ | ☐ | |
| SKIN | ☐ | ☐ | |
| NEURO | ☐ | ☐ | |

IMPRESSION _Bronchiolitis_

PLAN MEDICATIONS _Xopenex 0.31 tid_
RETURN _____ DAYS
CALL BACK IF 1) NOT BETTER _2-3_ DAYS, ②WORSENING
OTHER
_discussed @ length_ ⒷTB

---

_line_
DATE _3/25/03_ TIME _700p_ PHONE DR. _called in_
CALLER _NG_ WT _____ AGE _____
PATIENT _Justin Kleiner_ TEMP_____
PHARM _____ ALLER _____

_pharm tech — out of .31 xopenex_
_@ all WG et Osco. Will get_
_tomorrow. Advised send mom here_
_for samples for tonoc_

_Gave mom 1 box .31mg/3ml_
_xopenex. Mom ppu_
_fu 3/26/03_

REV J-99                                    FORM 13

01795

MONTGOMERY

Kleiner, Justin

CHIEF COMPLAINT _____ Cough _____ AGE 7 mo.

HPI c̄o cold s/s x 1 wk. fussy. loose stools x 4d.
Ø temp ↑. Up during the noc last noc - wouldn't take
bottle.

MEDICATIONS Tylenol _____ ALLER NKDA

EXAM· TEMP 99.4/Ax WEIGHT 16'8 n. HT _____ HC _____ BP _____

☑ ALERT, ☑ NO DISTRESS

| | NORM | ABN | |
|---|---|---|---|
| EYES | ☑ | ☐ | |
| EARS | ☐ | ☑ | Ⓡ TM red, foll, JLR |
| NOSE | ☑ | ☐ | |
| THROAT | ☐ | ☑ | pharynx red |
| NECK | ☑ | ☐ | |
| CHEST | ☑ | ☐ | |
| HEART | ☑ | ☐ | |
| ABDOMEN | ☑ | ☐ | |
| GU | ☑ | ☐ | |
| EXT | ☑ | ☐ | |
| SKIN | ☑ | ☐ | |
| NEURO | ☑ | ☐ | |

IMPRESSION ROM /pharyngitis

PLAN MEDICATIONS Rx Amox. 250/5 ī +sp p.c B.D
RETURN _____ DAYS.
CALL BACK IF 1) NOT BETTER _____ DAYS. 2) WORSENING x 10 d.
OTHER

Form 7B

---

DR. 3 4 ⑰

DATE 3-11-03 TIME 204 PHONE 228-9962

CALLER Becky Borline WT _____ AGE 7mo

PATIENT Justin Kleiner TEMP _____

PHARM _____ ALLER _____

c/o diarrhea onset 5 days
several a day
rec formula try applesauce
+ bananas to fruits
urinating ok - call ps

REV 3/99                                          FORM 7B

# CLINICAL NOTES

| DATE | Patient's Name | Acct # |
|------|----------------|--------|

FEB 13 2003   Cmo✓   KBH

wt: 15# 2oz        Ht: 25½"   Hc: 17"

WCC

See Vis sheet Kliener

2-20-03   Day care form filled out
          Will pu ———— C Brooke ✓

---

DATE 3-3-3   TIME 8:42   PHONE 28 8-9962  17

CALLER Becky

PATIENT Trenton Bony   WT ___ AGE ___

PHARM Justin Kliener   ALLER ___   TEMP ___

Cmo Justin - C/o cold cough congested, nasal
          afebrile - eating fine

          try air
          call prn

REV 3/99                              FORM OS 913

01797

# Well Child Check-Up
## Twelve Month

| EPSDT KBH Screen (x) | Date DEC 04 2003 |
|---|---|

**Patient's Name** Justin Klein    **Age:** 13½ mo  **DOB.** 8-9-02

**Systems Review.** Check ( ) if normal

**Nutrition:**
whole milk — cup — bottle onc
table foods     at noc
                    before bed

| | |
|---|---|
| Sleep | (✓) |
| HEENT | (✓) |
| Resp | (✓) |
| CV | (✓) |
| GI | (✓) |
| GU | (✓) |
| MS | (✓) |
| Skin | (✓) |

**Problems and Concerns.**
fever
RN thr Am + sl cough — was sick
4-5 days pna

meds — ∅
thru noc
sleeps 10° in crib

**Interval Medical  No Changes ( )**

**Family Medical History  No Changes ( )**

---

**Exam**      Check ( ) if normal
Ht. 31"  Wt 21 5  HC 18'¼'
See growth sheet

| | |
|---|---|
| Eyes | (✓) Normal Hirschberg & red reflex |
| Ears | (X) Dtm red, dull - retracted |
| Nose | (X) yellow nasal d/c |
| Mouth/throat | (✓) |
| Neck | (✓) |
| Chest | (✓) |
| Heart | (✓) |
| Abdomen | (✓) jump LTA |
| Ext./Hips | (✓) |
| GU | (✓) |
| Neuro | (✓) |
| Skin | (X) capillary hemangioma resolving Dppr thigh = sign of nickel |

**Parental Education/ Anticipatory Guidance**

| | |
|---|---|
| Weaning | (✓) |
| Appetite slump | (✓) |
| TIPPS | ( ) |
| Teeth care | (✓) |
| Other | (✓) get off bottle by 15 months! |

**Screening Tests**

| Test | Results | |
|---|---|---|
| | NL | ABN |
| PDQ | (✓) | ( ) |
| Vision (Exam) | (✓) | ( ) |
| HDS | (✓) | ( ) |
| Lead questionnaire | (✓) | ( ) |

PDQ ok
per age
DMK

**Assessment**
① WCC
② Dtm Rter  ③ Dtm Rter  ④ Capillary hemangioma

---

| **Recommendations** | **Medications** |
|---|---|
| Return Visit 2 months | Amoxil 250/5 1½ tsp po BID X 10d |
| Nutrition | 150 ml refr |
| Milk (✓) Table foods (✓) | |
| Sweetened drink avoidance (✓) | |
| | **Other** |
| **Labs** | |
| Pb level (✓) Hemogram | MMR, Varicella, Conway  VFC  Kelly L AAP |

c̄ Foster Mom

Patients Name Justin Kleiner      Age 10 mos Date 7-28-03

**Systems Review** Check ( ) if normal | **Problems and Concerns**

Nutrition ✓

- had urine drugscreen — Mom used when baby there result (P)

General
HEENT ( ✓
Resp ( ✓
CV ( ✓
GI ( ✓
GU ( ✓
MS ( ✓
Skin ( ✓

- walking & smiling

- sleep d/o since visiting c̄ Mom (bio)

- breathing fine (↑ now) only some times

Interval Medical History    no changes    ( )
amily History Changes    no changes    ( ) - occ emesis not digested food

**Exam**      Check ( ) if normal | **Parental Education** - Sudden fear of height

Ht 28"      Wt. 17# 6/12 oz

HC. 18"

Table foods —
No popcorn, hotdogs, milk —
Carseats —
Finger foods —

Eyes ( ✓
Ears ( ✓
Nose ( ✓
Mouth/throat ( ✓
Neck ( ✓
Chest ( ✓ Clear
Heart ( ✓
Abdomen ( ✓
Ext /Hips ( ✓ red rash
GU ( ✓
Neuro ( ✓ capillary hemangioma R leg
Skin ( ✓

**Screening Tests**

PDQ ( ✓
Vision ( ✓
Hearing ( ✓

**Assessment** Well baby
RAD

**Recommendations** | **Anticipatory Guidance**
Return Visit 1 m    Next Checkup 3m / 12m
Nutrition    cont current
Medications Nystatin

Sleep ( ✓
TIPPs ( )
Growth and development ( )
Diaper rash ( ✓

Labs      H/H (KBH if not at 6 mo)

Other    DTaP IPV Prevnar    VFC

Kraus

c Foster Mom, Dad, Caseworker

| EPSDT | **Well Child Checkup** | |
|---|---|---|
| KBH Screen (✓) | **Nine Month** | NR - not required |

Patients Name: **Kleiner, Justin**   Age **8mos**  Date **APR 11 2003**

| Systems Review Check ( ) if normal | Problems and Concerns |
|---|---|
| Nutrition — pretty good — doesn't want baby food | Still c̄ lots of cough (in Zepines) |
| General | daycare — RSV |
| HEENT ( ) | - sleeping ok |
| Resp (—) | ⊕ crawling well |
| CV (—) | pulling to stand |
| GI ( ) | |
| GU (—) | |
| MS (—) | |
| Skin (—) | |

| Interval Medical History   no changes | ( ) |
|---|---|
| Family History Changes   no changes | ( ) |

| Exam   Check ( ) if normal | Parental Education |
|---|---|
| Ht 27½"  , Wt 15#4⁵² | |
| H.C 17½" | Table foods — |
| | No popcorn, hotdogs, milk |
| Eyes (—) | Carseats — |
| Ears (—) | Finger foods_ |
| Nose (+) congested | |
| Mouth/throat (—) | |
| Neck (—) | |
| Chest (+) occ exp wheeze | Screening Tests |
| Heart (—) RR 32 unlabored | |
| Abdomen (—) | PDQ (—) |
| Ext./Hips (—) | Vision (—) ⟩ φ concerns |
| GU (—) | Hearing (—) |
| Neuro (—) cap hemangioma | |
| Skin (—) cap R leg | |

| Assessment Well baby | ? Dog allergy ? | NO smoking |
|---|---|---|
| Bronchiolitis — improved | | around baby |

| Recommendations | Anticipatory Guidance |
|---|---|
| Return Visit PRN luk — Next Checkup 9mo | Sleep (—) |
| Nutrition   Cont current | TIPPs (—) |
| | Growth and development (—) |
| Medications   Cont bt's - ↑ to tid/qid | Diaper rash ( ) |
| Labs   · H/H (KBH if not at 6 mo) | |
| Other   4mo shots  VFC | K Evans |
| May need allergy testing | |

01800

MONTGOMERY

| EPSDT | Well Child Checkup | (Taylor) |
|---|---|---|
| KBH Screen (✓) | Six Month | |

Patients Name **Kleuer, Justin**    Age _6mos_ Date FEB 13 2003

| Systems Review Check ( ) if normal | Problems and Concerns Foster Mom - hasn't had baby |
|---|---|
| Nutrition | diarrhea |
| Breast (—) | Foster at — meth, abuse, |
| Bottle (+) ) well | Mom c 2 kids gone ) ok |
| Solids (+) | Dad c 1 gone |
| General | Not sure |
| HEENT (+) | (signs of abuse where born |
| Resp (+) | (+) neglect |
| CV (+) | chatty |
| GI (+) | hearing ? SRS c |
| GU (+) | |
| MS (+) | |
| Skin (+) | |

| Interval Medical History no changes | ( ) thinks |
|---|---|
| Family History Changes no changes | ( ) problem |

| Exam Check ( ) if normal | Parental Education |
|---|---|
| Ht 25½" Wt. 15#2oz | |
| H C 17" | Poisonings — |
| | No popcorn, peanuts, etc — |
| Eyes (—) | Separation anxiety— |
| Ears (—) | Cup__ |
| Nose (+) | |
| Mouth/throat (—) | |
| Neck (—) | |
| Chest (—) | **Screening Tests** |
| Heart (+) | |
| Abdomen (—) | PDQ (+) |
| Ext /Hips (—) | Vision ( ) )+concerns |
| GU (+) | Hearing ( ) |
| Neuro (+) | |
| Skin (+) hemangioma on knee (+) | |

| Assessment well child | May need hearing screen |
|---|---|
| capillary hemangioma | Need state screens |

| Recommendations | Anticipatory Guidance |
|---|---|
| Return Visit Prn   Next Checkup 2mo | TIPPs (+) |
| Nutrition Solids | Sleep ( ) |
| | Teething (+) |
| Medications | Diaper rash ( ) |
| | Growth and development ( ) |
| Labs H/H (KBH) | |
| Immunizations (DTaP) (Hib) (Hep B) (IPV) (Prevnar) | R Givens |
| Other Poison control stickers Syrup of Ipecac | |

01801

Case 4:12-cv-08001-GAF Document 164-15 Filed 09/03/15 Page 20 of 39
MONTGOMERY

## DEFINITION

- Wheezing a high-pitched whistling sound produced during breathing out
- Rapid breathing with a rate of over 40 breaths/minute
- Tight breathing (your child has to push the air out)
- Coughing, often with very sticky mucus
- Onset of lung symptoms often preceded by fever and a runny nose
- Lots of sticky nasal mucus is a problem
- An average age of 6 months, always less than 2 years
- Symptoms similar to asthma
- This diagnosis must be confirmed by a physician

## Cause

The wheezing is caused by a narrowing of the smallest airways in the lung (bronchioles) This narrowing results from inflammation (swelling) caused by any of a number of viruses, usually the respiratory syncytial virus (RSV) RSV occurs in epidemics almost every winter Whereas infants with RSV develop bronchiolitis, children over 2 years of age and adults just develop cold symptoms This virus is found in nasal secretions of infected individuals It is spread by sneezing or coughing at a range of less than 6 feet or by hand-to-nose or hand-to-eye contact People do not develop permanent immunity to the virus

## Expected Course

Wheezing and tight breathing (difficulty breathing out) become worse for 2 or 3 days and then begin to improve Overall, the wheezing lasts approximately 7 days and the cough about 14 days The most common complication of bronchiolitis is an ear infection occurring in some 20% of infants Bacterial pneumonia is an uncommon complication Only 1% or 2% of children with bronchiolitis are hospitalized because they need oxygen or intravenous fluids In the long run, approximately 30% of the children who develop bronchiolitis go on to develop asthma Recurrences of wheezing (asthma) occur mainly in children who come from families where close relatives have asthma Asthma is very treatable with current medications

## HOME TREATMENT FOR BRONCHIOLITIS

**Medicines.** Some children with bronchiolitis respond to asthma medicines, others do not

Your child's medicine is ____ _____

Give ____ _____

every _____ hours

Continue the medicine until your child's wheezing is gone for 24 hours In addition, your child can be given acetaminophen every 4 to 6 hours if the fever is over 102°F (39°C)

**Warm Fluids for Coughing Spasms.** Coughing spasms are often caused by sticky secretions in the back of the throat Warm liquids usually relax the airway and loosen the secretions Offer warm lemonade, warm apple juice or warm herbal tea if your child is over 4 months old In addition, breathing warm moist air helps to loosen the sticky mucus that may be choking your child You can provide warm mist by placing a warm wet washcloth loosely over your child's nose and mouth, or you can fill a humidifier with warm water and have your child breathe in the warm mist it produces Avoid steam vaporizers because they can cause burns.

**Humidity.** Dry air tends to make coughs worse Use a humidifier in your child's bedroom The new ultrasonic humidifiers not only have the advantage of quietness, but also kill molds and most bacteria that might be in the water

**Nasal Washes for a Blocked Nose.** If the nose is blocked up, your child will not be able to drink from a bottle or nurse Most stuffy noses are blocked by dry or sticky mucus Suction alone cannot remove dry secretions Warm tap water or saline nose drops (nasal washes) are better than any medicine you can buy for loosening up mucus Place three drops of warm water or saline in each nostril After about 1 minute, use a soft rubber suction bulb to suck it out You can repeat this procedure several times until your child's breathing through the nose becomes quiet and easy

**Feedings.** Encourage your child to drink adequate fluids Eating is often tiring, so offer your child formula or breast milk in smaller amounts at more frequent intervals If your child vomits during a coughing spasm, feed the child again

**No Smoking.** Tobacco smoke aggravates coughing The incidence of wheezing increases greatly in children who have an RSV infection *and* are exposed to passive smoking Don't let anyone smoke around your child In fact, try not to let anybody smoke inside your home

 **CALL OUR OFFICE**

**IMMEDIATELY if**
- Breathing becomes labored or difficult.
- Breathing becomes faster than 60 breaths/minute (when your child is not crying)
- Your child starts acting very sick

*Within 24 hours if*
- There is any suggestion of an earache
- A fever lasts more than 3 days
- You have other questions or concerns

*Instructions for Pediatric Patients,* 2nd Edition, ®1999 by WB Saunders Company
Written by Barton O Schmitt MD pediatrician and author of *Your Child's Health* Bantam Books a book for parents

65

01802

Case 4:12-cv-08001-GAF   Document 164-15   Filed 09/03/15   Page 21 of 39

MONTGOMERY

Nonsmoking children who live in homes with smokers are involuntarily exposed to cigarette smoke The smoke comes from two sources—secondhand smoke and side-stream smoke Secondhand smoke is exhaled by the smoker Side-stream smoke rises off the end of a burning cigarette and accounts for most of the smoke in a room Side-stream smoke contains two or three times more harmful chemicals than secondhand smoke because it does not pass through the cigarette filter At worst, a child in a very smoky room for 1 hour with several smokers inhales as many bad chemicals as he or she would by smoking 10 or more cigarettes In general, children of smoking mothers absorb more smoke into their bodies than children of smoking fathers because they spend more time with their mothers Children who are breast-fed by a smoking mother are at the greatest risk because chemicals are found in the breast milk as well as the surrounding air

## HARMFUL EFFECTS OF PASSIVE SMOKING ON CHILDREN

Children who live in a house where someone smokes have an increased rate of all respiratory infections Their symptoms are also more severe and last longer than those of children who live in a smoke-free home The impact of passive smoke is worse during the first 5 years of life when children spend most of their time with their parents The more smokers there are in a household and the more they smoke, the more severe a child's symptoms Passive smoking is especially hazardous to children who have asthma. Exposure to smoke causes more severe asthma attacks, more emergency room visits, and increased admissions to the hospital These children are also less likely to outgrow their asthma. The following conditions are worsened by passive smoking.

- Pneumonia
- Coughs or bronchitis
- Croup or laryngitis
- Wheezing or bronchiolitis
- Asthma attacks
- Influenza
- Ear infections
- Middle ear fluid and blockage
- Colds or upper respiratory infections
- Sinus infections
- Sore throats
- Eye irritation
- Crib deaths (SIDS)

- Elevated blood cholesterol level
- School absenteeism for all of the above

## HOW TO PROTECT YOUR CHILD FROM PASSIVE SMOKING

1 **Give up active smoking.** Sign up for a stop-smoking class or program Giving up smoking is even more urgent if you are pregnant because your unborn baby has twice the risk for prematurity and newborn complications if you smoke during pregnancy It is also important to avoid smoking if you are breast-feeding because smoke-related, harmful chemicals get into your breast milk You can stop smoking if you get help If you need some self-help reading materials, call your local American Lung Association or American Cancer Society office The Surgeon General would like us to become a smoke-free society by the year 2000 For more information call the National Cancer Institute on their toll-free line 1-800-4-CANCER If you want your child not to smoke, set a good example.

2 **Never smoke inside your home.** Some parents find it difficult to give up smoking, but all parents can change their smoking habits Restrict your smoking to times you are away from home If you have to smoke when you are home, smoke only in your garage or on the porch. If these options are not available to you, designate a smoking room within your home Keep the door to this room closed, and periodically open the window to let fresh air into the room Wear a special overshirt in this room to protect your underlying clothing from collecting the smoke. Never allow your child inside this room, and don't smoke in other parts of the house Apply the same rule to visitors

3. **Never smoke while holding your child.** If your smoking habit cannot be controlled to the degree mentioned above, at a minimum protect your child from smoking when you are close to him or her This precaution will reduce the child's exposure to smoke and protect him or her from cigarette burns Never smoke in a car when your child is a passenger Never smoke when you are feeding or bathing him or her Never smoke in your child's bedroom Even doing this much will help your child to some degree

4 **Avoid leaving your child with a caretaker who smokes.** Inquire about smoking when you are looking for day care centers or babysitters If your child has asthma, this safeguard is crucial

*Instructions for Pediatric Patients,* 2nd Edition, ©1999 by WB Saunders Company.
Written by Burton D Schmitt, MD pediatrician and author of *Your Child's Health* Bantam Books a book for parents

01803

Case 4:12-cv-08001-GAF   Document 164-15   Filed 09/03/15   Page 22 of 39 MONTGOMERY

```
P Name· TAYLOR,BABY BOY          DOB  08/09/02 |RMBDS/LOC  NSY NSY-57    | STORMONT VAIL HEALTHCARE
A Address  301 SW ASH                 Age  0D |Admit Dt/Tm: 08/09/02 2210| 1500 SW 10TH STREET
T City/St/Zip  LINDEN       KS 66451  Sex M   |Dis Dt/Tm                 | TOPEKA, KANSAS 66604
I Cnty Cd: OSAGE        SS#    Race 1          |Adm Type  4  Adm Source  1|
E Home Phone  (785)828-3811           MS  S   |Trans:                    | MRN  515542   Patient # 7-11820-1
N Employer Phone            Ext               |Prior Visit Date          |------------------------------------
T Employer                         Clerk AMP  |Acc Dt                    | RELATIVE Name  TAYLOR,BONNIE
  Occupation. CHILD        Denom: NON-DENOMINAT- |Place                   | Relationship PARENT     Hm Ph (785)828-3811
  Employer Address                            |Type                      | Address  301 SW ASH
  City/St/Zip                                 |Infectious                | City/St/Zip: LINDEN KS 66451
  Adv Directive Info                          |Rev Type S                | WK Ph
  Patient Class
-----------------------------------------------------------------------------------------------------------
G Name  TAYLOR,BONNIE                 Employer                       | Admitting Dr·     839  ENGELKEN,MICHAEL K
U Relation  PARENT     SS#: 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   Emp  Phone:                | Consult #1 Dr
A Address  301 SW ASH                  Emp  Address                  | Consult #2 Dr:
R City/St/Zip LINDEN KS 66451          Emp CSZ                       | Consult #3 Dr.
  Home Phone  (785)828-3811 DOB  02/13/80  Guar Occupation HOMEMAKER | Pri Care Physician  839  ENGELKEN,MICHAEL K
                                                                     | Attending Dr: 839  ENGELKEN,MICHAEL K
-----------------------------------------------------------------------------------------------------------
  INS#1 00 - 104001 SELF-PAY                   Crdhldr-  TAYLOR,BONNIE ID#-              Group#:
I   Submit To              Plan Addr                                   City/St/Zip
  INS#2  -                                      Crdhldr-               ID#-              Group#:
N  Submit To               Plan Addr                                   City/St/Zip
  INS#3  -                                      Crdhldr-               ID#-              Group# ·
S  Submit To:              Plan Addr                                   City/St/Zip


  ADMIT DIAGNOSIS  NEWBORN                                                                         DRG
-----------------------------------------------------------------------------------------------------------
Insured Relation· NAT CHILD-FIN RESP ,
Condition code
Value Code
Occurrence codes
-----------------------------------------------------------------------------------------------------------
PRINCIPAL   (That diagnosis, after study, which has             KFMC Precert
DIAGNOSIS      been found to necessitate admission)             CODES·
-----------------------------------------------------------------------------------------------------------


Secondary Diagnosis/
Complications:
-----------------------------------------------------------------------------------------------------------




Procedures
And Dates
-----------------------------------------------------------------------------------------------------------





Condition
On Discharge
-----------------------------------------------------------------------------------------------------------
Consulting                 Signature Of
Physician                  Attending Physician
-----------------------------------------------------------------------------------------------------------
```

disch 8/11/02 1415

TAYLOR, BABY BOY
08/09/02 2210
7-11820-1      515542
ENGELKEN, MICHAEL X
08/09/02 OD      M

# Stormont-Vail
## HealthCare

## NEWBORN PHYSICAL EXAM AND PROGRESS

Admission Exam Date _9/10/02_          Discharge Exam Date _8/11/02_

Exam:      Code:  0 - Normal      X - Abnormal  (describe objectively)

Ponderal Index _____

| | |
|---|---|
| General Appearance _____ | 0 |
| Skin _____ cec _____ | 0 |
| Head, Neck _____ | 0 |
| Eyes _____ Cllinicomp _____ | 0 |
| E.N.T. _____ | 0 |
| Thorax _____ | 0 |
| Lungs _____ | 0 |
| Heart _____ | 0 |
| Abdomen _____ | 0 |
| Genitals _____ | 0 |
| Trunk & Spine _____ | 0 |
| Extremities _____ | 0 |
| Neurologic Reflexes _____ | 0 |
| Anus _____ | 0 |
| Other Abnormalities _____ | 0 |

M.D. Signature: _/M Engelken M_   M.D. Signature: _M Engelken_

Progress Notes:

8-11-02  circ. done c 1:1 Gomco p
ring block.  0 complications.
Normal exam.  ? home tomorrow
                    M Engelken

Signature: _____

PRINTED BY: Nper ID.      DATE      8/24/02
PRINTED BY: SLill      DATE      2/17/03
Case 4:12-cv-08001-GAF   Document 164-15   Filed 09/03/15   Page 24 of 39

01325

MONTGOMERY

TAYLOR,BABY BOY
08/09/02 2210
7-11820-1      515542
ENGELKEN,MICHAEL K
08/09/02 OD      M

# Stormont-Vail
# Health *Care*

## NEWBORN PHYSICAL EXAM AND PROGRESS

Admission Exam Date **8/10/02**          Discharge Exam Date _____

Exam:     Code:  0 - Normal    X - Abnormal  (describe objectively)

Ponderal Index _____

General Appearance _____

Skin _____ *See*

Head, Neck _____

Eyes _____ *Clin. comp*

E.N.T. _____

Thorax _____

Lungs _____

Heart _____

Abdomen _____

Genitals _____

Trunk & Spine _____

Extremities _____

Neurologic Reflexes _____

Anus _____

Other Abnormalities _____

M.D. Signature: _*M Engelken M*_ M.D. Signature: _____

Progress Notes:

8-11-02  *Circ. done c̄ 1:1 Gomco p̄*
*ring block. Ø complications.*
*Normal exam. ? home tomorrow*
                    *M Engelken*

Signature: _____

TAYLOR, JUSTIN J
MRN  515542 BN  7118201

Room: DISCH BD·  08/09/2002
Physican.  ENGELKEN, MICHAEL
Admit Date:  08/09/2002          I

STORMONT–VAIL
Regional Health Center
NOTE

Note Type.     NEWBORN ADM PHYSICAL EXAM
Note Time·     1118 10 Aug 2002
Last Stored: 1122 10 Aug 2002
Verified By: MICHAEL K. ENGELKEN, M.D.

## NEWBORN ADMISSION PHYSICAL EXAM

| | |
|---|---|
| Admission Exam Date: | *08/10/2002* |
| General Appearance | *Term* |
| Skin: | *Satisfactory* |
| Head, Neck: | *Anterior fontanel soft and flat* |
| Eyes | *Red reflex positive* |
| E N T. | *Satisfactory* |
| Thorax· | *Satisfactory* |
| Lungs | *Clear* |
| Heart | *Without murmur* |
| Abdomen: | *Without masses* |
| Genitals: | *Normal male* |
| Trunk & Spine: | *Satisfactory* |
| Extremities· | *Satisfactory* |
| Neurologic Reflexes | *Satisfactory* |
| Anus: | *Meconium* |
| Other Abnormalities: | *None evident* |
| Diagnosis | *Term AGA male infant* |

**Verified By:** *M. ENGELKEN, MD*

**Date:**      *08/10/2002*

**Time:**      *1122*

01327

CliniComp, Inc.

# NEWBORN MATURITY RATING & CLASSIFICATION

## ESTIMATION OF GESTATIONAL AGE BY MATURITY RATING
Symbols:  X - 1st Exam    O - 2nd Exam

Side 1

TAYLOR, BABY BOY
08/09/02 2210
7-11820-1     515542
ENGELKEN, MICHAEL K
08/09/02 OD     M

Gestation by Dates _____ wks

Birth Date _____ Hour _____ am / pm

APGAR _____ 1 min _____ 5 min

## NEUROMUSCULAR MATURITY

| | -1 | 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|
| Posture | | | | | | | |
| Square Window (wrist) | >90° | 90° | 60° | 45° | 30° | 0° | |
| Arm Recoil | | | 180° | 140°-180° | 110°-140° | 90°-110° | <90° |
| Popliteal Angle | 180° | 160° | 140° | 120° | 100° | 90° | <90° |
| Scarf Sign | | | | | | | |
| Heel to Ear | | | | | | | |

8 1/2 12

## PHYSICAL MATURITY

| Skin | sticky, friable, transparent | gelatinous, red, translucent | smooth, pink, visible veins | superficial peeling &/or rash, few veins | cracking, pale areas, rare veins | parchment, deep cracking, no vessels | leathery, cracked, wrinkled |
|---|---|---|---|---|---|---|---|
| Lanugo | none | sparse | abundant | thinning | bald areas | mostly bald | |
| Plantar Surface | heel-toe 40-50 mm, -1 <40 mm, -2 | >50 mm, no crease | faint red marks | anterior transverse crease only | creases ant. 2/3 | creases over entire sole | |
| Breast | imperceptible | barely perceptible | flat areola, no bud | stippled areola, 1-2 mm bud | raised areola, 3-4 mm bud | full areola, 5-10 mm bud | |
| Eye/Ear | lids fused loosely: -1 tightly: -2 | lids open, pinna flat, stays folded | sl. curved pinna, soft, slow recoil | well-curved pinna, soft but ready recoil | formed & firm, instant recoil | thick cartilage, ear stiff | |
| Genitals male | scrotum flat, smooth | scrotum empty, faint rugae | testes in upper canal, rare rugae | testes descending, few rugae | testes down, good rugae | testes pendulous, deep rugae | |
| Genitals female | clitoris prominent, labia flat | prominent clitoris, small labia minora | prominent clitoris, enlarging minora | majora & minora equally prominent | majora large, minora small | majora cover clitoris & minora | |

18

Scoring system: Ballard JL, Khoury JC, Wedig K, Wang L, Eilers-Walsman BL, Lipp R. New Ballard Score, expanded to include extremely premature infants. J Pediatr 1991;119 417-423

## MATURITY RATING

| score | weeks |
|---|---|
| -10 | 20 |
| -5 | 22 |
| 0 | 24 |
| 5 | 26 |
| 10 | 28 |
| 15 | 30 |
| 20 | 32 |
| 25 | 34 |
| 30 | 36 |
| 35 | 38 |
| 40 | 40 |
| 45 | 42 |
| 50 | 44 |

## SCORING SECTION

| | 1st Exam=X | 2nd Exam=O |
|---|---|---|
| Estimating Gest Age by Maturity Rating | 38 Weeks | _____ Weeks |
| Time of Exam | Date _____ am Hour _____ pm | Date _____ am Hour _____ pm |
| Age at Exam | _____ Hours | _____ Hours |
| Signature of Examiner | M. Bodman M.D./R.N. | _____ M.D./R.N. |



Enfamil
Family of Formulas


MeadJohnson
Nutritionals

01328

# CLASSIFICATION OF NEWBORNS -
## BASED ON MATURITY AND INTRAUTERINE GROWTH
Symbols. X - 1st Exam  O - 2nd Exam

Side 2



| | 1st Exam (X) | 2nd Exam (O) |
|---|---|---|
| LARGE FOR GESTATIONAL AGE (LGA) | | |
| APPROPRIATE FOR GESTATIONAL AGE (AGA) | X | |
| SMALL FOR GESTATIONAL AGE (SGA) | | |
| Age at Exam | hrs | hrs |
| Signature of Examiner | M.Boo,mv M D./R N | M D./R N. |

Adapted from Lubchenco LO, Hansman C, and Boyd E. Pediatr 1966,37 403, Battaglia FC, and Lubchenco LO. J Pediatr 1967,71 159.

LB146 REV 6/98     ©1988, 1992, 1997 Mead Johnson & Company, Evansville Indiana 47721 U S.A

TAYLOR, BABY BOY
08/09/02 2210
7-11820-1      515542
ENGELKEN, MICHAEL K
05/33/02 OD        M

7118201

**PEDIATRIX NEWBORN HEARING
SCREEN RESULTS**
☒ WBN    ☐ NICU/ICN    ☐ OP
☐ OTHER _____

Birth Hospital

Star

Infant Name:

Kleine, Justin
(Last)    (First)    (MI)

Primary Care Provider:

Engelken

Mother's Name: Bonnie Taylor

| ALGO(tm) Mo Newborn Hear Screening | ALGO(tm) Model Newborn Hearing Screening R | ALGO(tm) Model 2e Colo Newborn Hearing Screeni Screening Results | ALGO(tm) Model 2e Cold Newborn Hearing Screen Screening Results |
|---|---|---|---|
| PT KLEINE, Med Rec No DOB 9-Aug-2 Gender Male Date 10-Aug Method R/L Si Application 35 Screen Durati % Myogenic 2 | PT KLEINE, Med Rec No 515 DOB 9-Aug-200 Gender Male Date 10-Aug-200 Method R/L Simul Application 35 dB Screen Duration 2: % Myogenic 43% | PT KLEINE, Med Rec No 515542 DOB 9-Aug-2002 Gender Male Date 11-Aug-2002 Method.R/L Simul Application 35 dB nHL Screen Duration 08 58 % Myogenic 4% | PT KLEINE, Med Rec No 515542 DOB 9-Aug-2002 Gender Male Date 11-Aug-2002 Method Right Only Application 35 dB nHL Screen Duration 07 59 % Myogenic 3% |
| RIGHT ear 35 dB    Sv | RIGHT ear 35 dB    Sweeps | RIGHT ear  REFER 35 dB    Sweeps  15000 | RIGHT ear  REFER 35 dB    Sweeps  15000 |
| LEFT ear 35 dB    Sv | LEFT ear R 35 dB    Sweeps | LEFT ear  PASS 35 dB    Sweeps  14000 | |
| Natus I | Natus Medica | Natus Medical Inc | Natus Medical Inc |

$2^8$ c/s

The following are auditory risk indicators for use as a resource by the the primary care physician from Section III E of *"Principles &
Guidelines for Early Hearing Detection & Intervention Programs, Joint Committee on Infant Hearing 2000 Position Statement,"* Audiology
Today, August 2000, Special Issue.

Birth through age 28 days
- ◆ An illness or condition requiring admission of 48 hours or greater to a NICU
- ◆ Stigmata or other findings associated with a syndrome known to include a sensorineural and or conductive hearing loss
- ◆ Family history of permanent childhood sensorineural hearing loss
- ◆ Craniofacial anomalies, including those with morphological abnormalities of the pinna and ear canal
- ◆ In-utero infection such as cytomegalovirus, herpes, toxoplasmosis, or rubella.

Age 29 days through two years:
- ◆ Parental or caregiver concern regarding hearing, speech, language, and or developmental delay
- ◆ Family history of permanent childhood hearing loss
- ◆ Stigmata or other findings associated with a syndrome known to include a sensorineural or conductive hearing loss or Eustachian tube dysfunction.
- ◆ Postnatal infections associated with sensorineural hearing loss including bacterial meningitis
- ◆ In-utero infections such as cytomegalovirus, herpes, rubella, syphilis, and toxoplasmosis
- ◆ Neonatal indicators-specifically hyperbilirubinemia at a serum level requiring exchange transfusion, persistent pulmonary hypertension of the newborn associated with mechanical ventilation, and conditions requiring the use of extracorporeal membrane oxygenation (ECMO)
- ◆ Syndromes associated with progressive hearing loss such as neurofibromatosis, osteopetrosis, and Usher's syndrome
- ◆ Neurodegenerative disorders, such as Hunter syndrome, or sensory motor neuropathies, such as Friedreich's ataxia and Charcot-Marie-Tooth syndrome
- ◆ Head trauma.
- ◆ Recurrent or persistent otitis media with effusion for at least 3 months

**Recommendations**

☐ **Pass.**    No further evaluation needed unless additional risk factors are identified by the primary care physician

☒ **Refer:**    Schedule further audiological evaluation for 2-4 weeks following screening.

Date 8/11/02    Screener _____

Pediatric Physician/NNP

White-Chart          Yellow-Pediatrix          Form CR- 10/2000          Legal Approved 10/2000

Patient Label/Addressograph

01330

PRINTED BY: SL111          DATE:    27/17/03
MONTGOMERY

7118201

TAYLOR,BABY BOY
08/09/02 2210
7-11820-1        515542
ENGELKEN,MICHAEL K
08/09/02 OD        M

# HEARING SCREEN PROGRAM

**Dear Parent,**

## Did you know?

- The 1999 American Academy of Pediatrics (AAP) Task Force endorses universal newborn hearing screening. Currently many states have mandates/proposals in place for universal hearing screening.
- Newborn and infant hearing loss is estimated to occur in 2-3 per 1,000 births
- Fifty percent of infants with hearing loss and deafness are *normal, full-term babies*.
- Infants can be fitted for hearing aids as early as *1 month of age*.
- Hearing problems typically are not detected until a child normally learns speech, at two to three years of age.
- Detecting hearing problems at birth may help prevent the occurrence of developmental and social problems later in childhood (if not detected).
- Hearing screening can be performed after birth and takes only a few minutes.
- The screen causes no discomfort to the infant  In fact, the infant should be quietly asleep during the hearing screen.

## How do you screen my baby for hearing?

- Jelly buttons are placed on your infant's head, and earmuffs are placed over both ears. Soft clicks are played in your infant's ears  The jelly buttons pick up brainwaves from the response to the clicks played in your infant's ears  Your infant is screened for tones at the level of speech
- Your infant will receive *pass/refer* results
- If your infant requires further testing and evaluation, your newborn's physician or Pediatrix Medical Group will assist you with arrangements for follow up evaluation. Intervention is dependent on the type of hearing impairment present

**Does your family have history of *underlined*early hearing loss?**     ☒ *Yes*     ■ *No*

If you have any questions and would like further information, please feel free to ask the Pediatrix Medical Group representative. **Taylor**

**Baby's Name:** Justin Kleiner        **MR#:** 515542

**DOB:** 8-9-02        **Birth Hospital:** Stor

**Parent or Guardian Signature** Bonnie A. Taylor        **Date** 8-10-02

☒ *Yes*, I want my infant to be screened for hearing. The purpose of this screen is to evaluate my infant's hearing ability  Insurance companies are recognizing the importance of hearing screens, but reimbursement for screening still depends largely on the insurance plan, and I may be responsible for payment.  (Hearing screens may be supported and paid by State Medicaid).  In order to verify my insurance coverage, I will advise my insurance carrier that the Hearing Screening procedure code is 92586

☐ *No*, I do not want my infant to be screened for hearing  I release the hospital, my newborn's physician and Pediatrix Medical Group from any liability by making this decision to decline a hearing screening for my infant. I accept the responsibility for choosing not to have this screening performed.

Concern for hearing should not stop at birth  Some children may develop *delayed-onset-hearing loss*  For infants with identified indicators associated with delayed-onset hearing loss, ongoing monitoring and evaluation will be necessary

White-Chart
Yellow-Pediatrix
Pink-Parent

Form PLC-1/2002
Legal Approved 1/2001

01331

Case 4:12-cv-00001-GAF   Document 164-15   Filed 09/03/15   Page 30 of 39

MONTGOMERY

7118201

# HEARING SCREENING
## CONSENT TO RELEASE INFORMATION

I understand that different healthcare related professionals and organizations provide various services and benefits in support of their role to deliver effective health care services to the public. Certain of these professionals and organizations require information on infant hearing screening test results in order to provide such services and benefits. By signing this form, I understand that I am consenting to the release by _____ PMG _____ ("Referring Entity") of hearing screening test results information about the infant named below.

I, _Bonnie   J. Taylor_ certify that I am the:
       (Print Name)

☑Parent       ☐Guardian       ☐Other Legally Authorized Representative

of the infant named below and consent to the release of infant's hearing screening test results information to be provided to:

☑Audiologist(s)   ☐Children's Specialty Services      Topeka ENT
☐State of _____, Department of Health or other appropriate Division   233-0500
☐Other _____

I consent to the release of this information for Data Collection, Tracking Purposes, Service Coordination and/or Treatment Planning

I reserve the right to withdraw this consent at any time by providing written notification to the Referring Entity, subject to release of information required by regulation or law

Print Name of Infant: _Justin Jo lee Kleiner (Taylor)_

Address of Infant: _301 SW Ash_

Infant's Date of Birth: _8-9-02_

_Bonnie J. Taylor_                    _8-10-02_
Signature of Consenting Individual              Date

_____
Signature of Witness

White – Chart   Yellow – Pediatrix   Pink – Parent

Form CRI-4/99

PRINTED BY: STITT           DATE     2/17/03

01332

MONTGOMERY

PATIENT· TAYLOR, JUSTIN J.       DOB  08/09/2002   WARD: NSY   Rm. 57
HOSP#:  H7118201                 Age: D2           ATT  DR: ENGELKEN MICHAEL
MRN: H515542                     Sex· M

                                 BLOOD BANK

---

Blood Type
Previous Transfusion

---

                         TEST ORDERS

Order# 56091498  req. 08/09/02 22 20 by ENGELKEN MICHAEL K
                 col 08/09/02 22 00

Test results
    Cord ABO,RH,DAT  ·
        Cord blood ABO    : O                    08/10/02 08.38
        Cord blood Rh     : POS                  08/10/02 08:38
        Cord blood DAT      NEG                  08/10/02 08:38

---

KEY FOR RESULTS: * – REPORTED FIRST TIME, NEG – NEGATIVE, POS – POSITIVE
Adverse Reaction Code – See Separate Report Form

BLOOD BANK
Mark S  Synovec, M D. Medical Director, SVHC Laboratory

PATIENT:  TAYLOR, JUSTIN J        PRINTED. 08/11/2002 19:23     Page·   1

7118ə-01



nb
8/11/ə

# KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES

915 SW HARRISON STREET, TOPEKA, KANSAS 66612

LYNDON SRS
FEB 2 0 2003

JANET SCHALANSKY, SECRETARY

**LYNDON SRS**
**715 WASHINGTON**
**P.O. BOX 130**
**LYNDON, KS 66451-0130**
**785-828-4491**
**785-828-3137 fax**

February 13, 2003

Stormont Vail Regional Health Center
Medical Records
1500 S W 10th Avenue
Topeka, KS 66604-1353

RE: Justin Jo Lee Kleiner
DOB: 8-9-02

Dear Medical Records Clerk.

Justin Jo Lee Kleiner ( DOB 8-9-02) was placed into the custody of the Lyndon, Kansas Department of Social and Rehabilitative Services ( SRS) on 2-12-03. Justin is the child of Teddy Kleiner and Bonnie Taylor  Due to physical and medical neglect, Justin was removed from their care and placed into foster care. In order for SRS to appropriately provide for Justin's medical needs, SRS is in need of any medical records that your facility may have pertaining to Justin Jo Lee Kleiner  According to parents, Teddy Kleiner and Bonnie Taylor, Justin was born at Stormont Vail on 8-9-02 by caesarican section  Enclosed is a release of information and the journal entry provided from the court which indicates that Justin has been removed from his home  Should you have any questions pertaining to this request, please contact me at 785-828-4491  Thank you in advance for your cooperation in this request.

Sincerely,

*Rhonda Gales*

Rhonda Gales, LBSW
Social Worker

cc. James Campbell, GAL
Gary Foiles, County Attorney
Judge J. Stephen Jones
Farm, inc
file

01335

99167    P/T:5P

KLEIKER, JUSTIN J L
08/31/02   08:40p
DOB:08/09/02 AGE: 0  SEX:M  HOME:918-856-0674
CARLS TREE SERVICES         SELF PAY

**LYNDON SRS**

**✚ MedCenter**
www.medcenterOK.com

FEB 2 1 2003

2929 South Garnett Rd • Tulsa, Oklahoma 74129
(918) 665 1520 • Fax 663 8435 • W/C Fax 665 2326

| Temp | Pulse | Res | BP | Gait | Tetanus Sens | Last Inj | Weight | Allergies |
|---|---|---|---|---|---|---|---|---|
| 97 (R) | 160 | 40 | | Norm ☐ N/A Abn ☐ | ☐ YES ☐ NO NA | NA | | ☑ None |

**PATIENT HISTORY**

ONSET DATE.  8-27-03        CONTRACEPTION yes/NA   PREGNANT yes no N/A      MEDICATIONS  ☑ NONE

CHIEF COMPLAINT.  22d old - thick white
tongue coating - no problem eating.        SMOKER yes no NA

AUG 31 PH 8:38

Name / Time

**PHYSICAL EXAM**

normals → ☐ WD/WN  ☑ ALERT ORIENTED  ☑ PERL  ☑ CONJ LIDS  ☑ HEARING  ☑ NOSE EARS  ☑ DIGITS  ☑ SKIN INSPECT  ☑ SKIN PALPATE  ☑ MOOD AFFECT  ☑ MEMORY RECENT REMOTE

↓ abnormals →  Active, no toxic

☐ LUNGS  AUSC   fluid white Coating
☐        EFFORT  to oral mucosa c
☐ CV    AUSC   satelite lesion
☐       PALP
☐ ABD   TENDER
☐       ORGANS

NEURO - DTR'S ☐
SEN S ☐
CN S ☐

GU FEMALE    MALE
EXT ☐  ☐ SCROTAL
CX. ☐  ☐ PENIS
UT. ☐  ☐ RECTUM
AD ☐

Scribe Name

| ORDER | INTERPRETATION | DIAGNOSIS | CODE |
|---|---|---|---|
| X R A Y | 1 | 1  Thrush | |
| | 2 | 2 | |
| | 3 | 3 | |
| | 4 | 4 | |

AUG 31 PH 9:13

| L A B | MEDICATION | PK | RX | Ini | | PK | RX | Ini |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 Mycostatin | | | | 4 | | | |
| 2 | 2. | | | | 5 | | | |
| 3 | 3. | | | | 6 | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

AUG 31 PH 9:13

**SUPPLIES AND TESTS**          **INSTR. AND PT. ED SHEETS**

| MEDS, TXS, PROCEDURES, P.T. | Time Initial | 1 | | 1  Rx / Tx | Initial |
|---|---|---|---|---|---|
| | | 2 | | 2 | |
| 1 | | 3 | | 3 | |
| 2 | | 4 | | Discharge Instructions Given | |
| 3 | | ☐ Previous Records Reviewed  ☐ Other M D Consulted  Name | |
| 4 | | | |

**SPECIAL INSTRUCTIONS / NURSE CALLS**

FOLLOW UP   Date or # of Days
Return to MedCenter
Return for Phys Ther _____
Return if not better by _____

REFERRAL   Time_____ AM/P
EMSA ☐ Hospital _____
Doctor _____
Appt. _____ AM/

WORK/SCHOOL NOTE  ☐ Off Work or School Until _____
☐ Able to Work With Restrictions
( See Codes on Reverse )  A B C D E F G Hₐ Hₗ I J K L Mₐ Mₗ N O P Q I
Other _____
☐ Able to Work/School   F/U Call   ☐   Time / Date _____

01336

AC-2 PVT 4/00

I acknowledge receipt of
treatment and instructions
and understand the same

Signature (Patient or Guardian)

If symptoms worse or for
any medical question call
665-1520  After 10 pm call Saint
Francis Emergency Dept. 494-1225

NURSE SIGNATURE

**MedCenter**
www.medcenterOK.com
□ 2929 South Garnett • Tulsa, OK 74129-5195 • (918) 665-1520 • Fax 663-8435 • W/C Fax 665-2326

PATIENT NAME: _Justin Jo LEE Klelner_

## FAMILY HISTORY

| | FATHER | MOTHER | SIBLINGS |
|---|---|---|---|
| Cancer | No | No | No |
| Diabetes | No | No | No |
| Heart Disease | No | No | No |
| High Blood Pressure | No | No | No |
| Lung Disease | No | No | No |
| Kidney Disease | No | No | No |
| Arthritis | No | No | No |

Other
(Explain) _Father Blind in left eye_

## PREVIOUS SURGERY: _None_

## SOCIAL HISTORY
### MARITAL STATUS:
☑ Single
□ Married
□ Divorced
□ Widowed

### EMPLOYMENT:
Employer _____
Position _____

### EDUCATION:
High School _____
College _____ Post Grad _____

## MEDICAL HISTORY / SYSTEMS REVIEW

HAVE YOU EVER HAD· (Explain all "yes" answers below)

### GENERAL

Yes No

☑ ☑ 1 Allergies, hay fever, rashes

☑ □ 2 Sensitivity to chemicals, dust, etc

□ ☑ 3 Diabetes, cancer, thyroid disorder, tumors or cysts

□ ☑ 4 Anemia or bleeding tendencies

□ ☑ 5 Drug / narcotic use

□ ☑ 6 Alcohol use (Weekly amnt _____)

### EARS, EYES, THROAT

☑ □ 7. Impaired vision or hearing

□ ☑ 8 Frequent infection of ears, throat, sinuses

□ ☑ 9 Ever worked on noisy job or exposed to excessive noise

### RESPIRATORY

□ ☑ 10 Lung or bronchial disease, chronic or daily cough, coughing up blood

□ ☑ 11 Asthma, pneumonia, emphysema

### CARDIOVASCULAR

Yes No

□ ☑ 12 Heart trouble, chest pain or tightness

□ ☑ 13 High blood pressure, abnormal pulse, abnormalities of the arteries or veins

### DIGESTIVE

□ ☑ 14 Ulcer, chronic diarrhea, jaundice or other disease of the stomach, intestines, liver, gall bladder or rectum

### URINARY TRACT

□ ☑ 15 Stones or infections in kidney, bladder, prostate or any other problems in the urinary tract

□ ☑ 16 Hernia

### NEUROLOGIC

□ ☑ 17 Strokes, epilepsy, convulsions, loss of consciousness, paralysis, or frequent dizzy spells

□ ☑ 18 Nervous or mental disorder, severe or frequent headaches or other problems with brain or nervous system

### EXPLANATION

| Question # | |
|---|---|
| #2 | Sneezes often and breathing rough sounding at time |
| 7 | Failed Hearing test in left ear, rescheduling another |

01337

PHYSICIANS SIGNATURE

MONTGOMERY


**MedCenter**
*www.medcenterOK.com*

❑ 2929 South Garnett • Tulsa, Oklahoma 74129-5195 • **(918) 665-1520** • Fax 663-8435 • W/C Fax 665-2326

Thank you for choosing MedCenter for your healthcare needs. We will make every effort to get you back to see the doctor as quickly as possible. However, patients may not be treated on a first come first served basis depending on the nature of their illness or injury and the availability of specific treatment rooms.

## PATIENT INFORMATION

PATIENT NAME ___Kleiner___ ___Justin___ ___J.L.___ DATE OF BIRTH ___8-9-02___
               Last        First        M I

AGE ___6 month___ SEX ___m___ RACE ___blk/w___ SOC SEC # ___no Soc # yet___ HOME PHONE ___856-0674___

MAILING ADDRESS ___1212 E. Independence___ ___B___ ___Tulsa___ ___OK.___ ___74106___
                       Street       Apt Number      City     State      Zip

E-MAIL ADDRESS _____

EMPLOYER ___Carls Tree Service___ ___200 E. 61st N___ ___425-5057 or 602-0501___
          Name              Address                  Phone #

NAME OF NEAREST FRIEND OR RELATIVE NOT LIVING IN YOUR HOME ___Brandy Pertey___ ___636-286___
                                                         Phone #

**WHAT MEDICAL PROBLEM ARE WE SEEING YOU FOR TODAY?** ___Thrush___

## POLICYHOLDER OF INSURANCE / RESPONSIBLE PARTY

NAME ___Teddy Kleiner___ SOCIAL SECURITY # ___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___

ADDRESS _____
        Street       Apt Number      City   State   Zip

EMPLOYER _____ EMPLOYER PHONE NUMBER _____

### INSURANCE INFORMATION

PRIMARY INSURANCE COMPANY _____
                                          Address      Phone #

INSURED'S NAME _____ EMPLOYER _____

GROUP # _____ ID # _____ COPAY AMOUNT _____

Payment is expected at time of service, unless previous arrangements have been made. We will file your insurance for you as a convenience if you have provided us with all required insurance information

**METHOD OF PAYMENT:** CHECK ___ CASH ___✓___ CREDIT CARD ___ OTHER _____

*RELEASE OF INFORMATION: I hereby authorize MedCenter to release to my insurance carrier any information necessary for processing payment for medical services by MedCenter.*

SIGNED ___Teddy J. K.___ DATE ___8-31-02___

01338



# KANSAS DEPARTMENT OF SOCIAL
# AND REHABILITATION SERVICES

915 SW HARRISON STREET, TOPEKA, KANSAS 66612

JANET SCHALANSKY, SECRETARY

**LYNDON SRS**
**715 WASHINGTON**
**P.O. BOX 130**
**LYNDON, KS 66451-0130**
**785-828-4491**
**785-828-3137 fax**

**LYNDON SRS**

FEB 2 1 2003

February 13, 2003

Med Center
Dr. Jefferson Lloyd
2929 S Garnett Road
Tulsa, OK 74129-5101

RE: Justin Jo Lee Kleiner
DOB· 8-9-02

Dear Dr. Lloyd·

Justin Jo Lee Kleiner ( DOB 8-9-02) was placed into the custody of the Lyndon, Kansas Department of Social and Rehabilitative Services ( SRS) on 2-12-03 Justin is the child of Teddy Kleiner and Bonnie Taylor, who until 2-7-03 were residents of Tulsa, Oklahoma. Due to physical and medical neglect, Justin was removed from their care and placed into foster care. In order for SRS to appropriately provide for Justin's medical needs, SRS is in need of any medical records that your office may have pertaining to Justin Jo Lee Kleiner According to his father, Teddy Kleiner, he should have been see at the Med Clinic on 8-31-02 and 9-6-02 Enclosed is a release of information and the journal entry provided from the court which indicates that Justin has been removed from his home Should you have any questions pertaining to this request, please contact me at 785-828-4491 Thank you in advance for your cooperation in this request

Sincerely,

Rhonda Gales

Rhonda Gales, LBSW
Social Worker

cc. James Campbell, GAL
Gary Foiles, County Attorney
Judge J Stephen Jones
Farm, Inc
file

01339

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

Regarding

| | | | |
|---|---|---|---|
| Last Name Kleiner | First Justin | Middle JO Lee | 8/9/02 Date of Birth |

Maiden name or other names known by

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
Social Security Number

(We) __Rhonda Gales_____ authorize the following information to be
disclosed as indicated below (PLACE YOUR INITIALS TO THE LEFT OF EACH ITEM APPROVED)

| Information to be released from | Information to be released to |
|---|---|
| **RG** The Department of Social and Rehabilitation Services (SRS) School District USD # _____ | **RG** The Department of Social and Rehabilitation Services (SRS) School District USD # _____ |
| **RG** Medical practitioner, clinic, center or facility Dr. Jefferson Lloyd / Med Clinic | **RG** Medical practitioner, clinic, center or facility Dr. Jefferson Lloyd / Med Clinic |
| ___ Mental health practitioner, clinic, center, or facility | ___ Mental health practitioner, clinic, center, or facility |
| ___ Social Service agency or provider | ___ Social Service agency or provider |
| ___ Other | ___ Other |

Information to be released (PLACE YOUR INITIALS TO THE LEFT OF EACH ITEM APPROVED)

___ All Information necessary to provide services requested
___ Academic, achievement or aptitude evaluations and recommendations
**RG** Social, behavioral, psychological, mental or medical histories and evaluations
**RG** Diagnostic and treatment progress and prognoses
**RG** Results of previous treatment
___ Other (specify)

The purpose or reason for the release is (Optional. If no purpose is stated, all lawful purposes are assumed)

__To obtain accurate medical history on Justin__
__so he may be properly cared for while in foster care.__

Read before signing

I understand that the information which I have authorized to be disclosed will be used for the purpose(s) stated. I acknowledge that it is my responsibility to be aware of any rights of confidentiality which I may have regarding the information which I am releasing and that by signing this consent I am waiving my rights, if any, to confidentiality for purposes which I have approved

If I have authorized the release of information to a person or agency providing services under contract with SRS, I have also authorized release of the information to any person or agency providing that service under sub-contract.

This consent may be revoked in writing at any time prior to any action which has been taken in reliance upon it. This consent expires upon date) 8-13-03

Signature of person(s) giving consent __Rhonda Gales, LBSW__  Date 2-13-03

_____ Date

Relationship to person whose information is being released  SRS Social Worker

Case 4:12-cv-08001-GAF   Document 164-15   Filed 09/03/15   Page 38 of 39
01340
MONTGOMERY



Case 4:12-cv-08001-GAF   Document 164-15   Filed 09/03/15   Page 39 of 39

01343

MONTGOMERY