# CASE ACTIVITY LOG
# FOR MONTHLY FAMILY CONTACT

Case Name: **Kleiner**
FACTS #:

Worker/Office: **Brunton/Lyndon**
Position/Credentials: **FSW**

| # | Code | Date of Contact | Time of Contact | Length Contact | Type of Contact | Place of Contact | # of Miles | Critical Incident | Crisis Call |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CFO11 | 12/20/04 | 11:30 | 1.0 | A W/C | 12 | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |

**TYPE OF CONTACT:**

- ☐ Worker/Parent
  - ☐ Case Plan Progress
  - ☐ Visitation
- ☐ Worker/Child
  - ☐ Case Plan Progress
  - ☐ Lifebook
  - ☐ Education
  - ☐ Mental Health
  - ☐ Visitation
- ☐ Relative
  - ☐ Case Plan Progress
  - ☐ Lifebook
  - ☐ Education
  - ☐ Mental Health
  - ☐ Visitation
  - ☐ KBH – Date:
  - ☐ Dental Check Up – Date:
  - ☐ Eye Exam – Date:
- ☐ Parent/Child
  - ☐ Supervised
  - ☐ Monitored
  - ☐ Unsupervised

**Briefly Describe Contact (who what where):**

#1 This worker and Matt Haslett met with Danny Shaughnessy at his home in Lyndon. Judy and Justin were in Topeka at Gerri's home. Danny reports that Justin has been protected from most of the turmoil involved in the investigation surrounding Lisa Montgomery. Justin has visit with the Bodine's several times, according to Danny, and they will utilize the Bodine's for respite if necessary. Danny reports that they still receive Justin's medical card and that his KBH is current. He says that Justin has been enjoying the farm and helping Danny with chores. Danny also reports that he and Judy bought the old Lyndon Hotel, but are not sure what they are going to do with it. Worker advised Danny to take Justin to SRS to reassure them of his condition. Danny agreed. Danny said that the family is holding up under the stress. He told the worker that Patty has been laughing about the situation but did not elaborate. He and Judy tried to get Lisa mental health help earlier this year but were unable to do so. Danny reported no needs.

/s/Patrice Brunton, FSW 12/22/04

RECEIVED
FEB 07 2005
BY:

Form #260 (formerly 682)
REV: 3/99, 7/99, 7/00, 6/02



Case 4:12-cv-08001-GAF Document 164-16 Filed 09/03/15 Page 1 of 1