# COFFEY COUNTY HOSPITAL
## 801 NORTH FOURTH STREET
## P.O. BOX 189
## BURLINGTON, KANSAS 66839

## PATIENT'S INFORMATION

| ACCOUNT NO. | MED. RECORD NO. | ROOM NO. | X-RAY NO. | ADMIT DATE | ADMIT TIME | DISCHARGE DATE | DISCHARGE TIME |
|---|---|---|---|---|---|---|---|
| 473991 | 038110 | | | 06/25/03 | 10:36 | 06/25/03 | 10:36 |

| PATIENT NAME | DATE OF BIRTH | AGE | SEX | M.S. | RACE | ACCOMMODATION | STAY TYPE |
|---|---|---|---|---|---|---|---|
| BOMAN CHELSEA L | 07/09/88 | 14 | F | S | C | | E.R |

| ADDRESS | SOCIAL SECURITY NUMBER | PHONE NUMBER |
|---|---|---|
| 32419 SOUTH ADAMS | | 785-549-3548 |

| ADDRESS | RELIGION PREFERENCE | SERVICE TYPE | FINANCIAL CLASS |
|---|---|---|---|
| | | EMERGENC | P |

| CITY | STATE | ZIP CODE | COUNTY | ADVANCE DIRECTIVES |
|---|---|---|---|---|
| MELVERN | KS | 66510 | 070 | |

## SUBSCRIBER INFORMATION

| EMPLOYER'S NAME | OCCUPATION |
|---|---|
| NOT EMPLOYED | |

| EMPLOYER'S ADDRESS | EMPLOYER'S PHONE NUMBER |
|---|---|
| | |

## PATIENT FAMILY INFORMATION

| SPOUSE'S NAME | ADDRESS |
|---|---|
| SINGLE | |

| SPOUSE'S EMPLOYER | EMPLOYER'S ADDRESS | EMPLOYER'S PHONE NO. |
|---|---|---|
| | | |

| MOTHER OF PATIENT | FATHER OF PATIENT |
|---|---|
| MONTGOMERY LISA M | BOMAN CARL J |

| PERSON TO NOTIFY IN EMERGENCY | RELATION TO PATIENT | ADDRESS OF PERSON TO NOTIFY | PHONE NUMBER |
|---|---|---|---|
| MONTGOMERY LISA M | MOTHER | SAME | 785-549-3548 |

## GUARANTOR OR PERSON RESPONSIBLE FOR BILL

| NAME | ADDRESS #1 | ADDRESS #2 |
|---|---|---|
| MONTGOMERY LISA M | 32419 SOUTH ADA | |

| CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| MELVERN | KS | 66510 | 785-549-3548 |

## INSURANCE INFORMATION

| PRIMARY INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | GROUP NAME | SUBSCRIBER | PHONE NO. | PRE-CERTIFICATION NO. |
|---|---|---|---|---|---|
| | | | | / / / / | |

| INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | GROUP NAME | SUBSCRIBER | PHONE NO. | PRE-CERTIFICATION NO. |
|---|---|---|---|---|---|
| | | | | / / / / | |
| | | | | / / / / | |

| DATE OF ACCIDENT | TIME OF ACCIDENT | PLACE | EVENT |
|---|---|---|---|
| | | | |

| ADMITTING DIAGNOSIS | ADMIT INITIALS |
|---|---|
| 89386 PASSED OUT | SLT |

| PHYSICIAN 1 | PHYSICIAN 2 | PREV. ADMIT. NO. | DATE OF LAST ADMIT |
|---|---|---|---|
| BRAUN DONALD N | UNKNOWN | | |

# COFFEY HEALTH SYSTEM

## *TREATMENT AUTHORIZATION AND PRIVACY ACKNOWLEDGMENT*

**Coffey Health System,** including its acute care, swingbed unit, long term care unit, emergency department, outpatient surgery and outpatient departments is hereinafter referred to as "Hospital".

1. CONSENT FOR TREATMENT: I consent to x-ray examinations, laboratory procedures, anesthesia, medical or surgical treatment, hospital services, and/or other services rendered under the general and special instructions of my attending or consulting physicians. I understand that my treatment is under the control of my attending physicians, their assistants or designees. If admitted, I understand that if I desire private duty nursing care, it is agreed that such must be arranged by myself or my family and the Hospital shall be released from any and all liability arising from such care. I understand that if further diagnostic studies or treatment procedures that are considered major in nature, such as an operation, are required, I will be asked to give specific consent for these prior to them being carried out. I understand that the practice of medicine and surgery is not an exact science, and acknowledge that no guarantees have been made to me as to the results of care, treatment, and the provision of medical services.

2. CONSENT FOR NEWBORN TREATMENT: I request, authorize, and empower my physician(s) to make any provision for medical and surgical care for my newborn baby/babies that may be deemed necessary or advisable by my physician(s).

3. CONSENT FOR BLOOD/BODY FLUID TESTING: In the event that a health care worker or emergency response person(s) is suspected to have had exposure to my blood and/or body fluids or if it is likely that a health care worker or emergency response person(s) is exposed to my blood and/or body fluids, due to my illness or an uncommon rare disease, I consent to have the Hospital determine by serological testing whether or not my blood contained contagious viruses. I understand that the information obtained from such tests will only be disclosed as necessary to adequately protect my own health and the health of my family, as well as the health of those health care personnel or emergency response person(s) who may have been or become involved in my treatment.

4. CONSENT TO DISPOSAL OF TISSUE/FLUIDS/SPECIMENS. I agree that the Hospital may utilize, destroy, or dispose of any tissues, fluids, or specimens taken from me during treatment.

5. AGREEMENT TO PAY FOR SERVICES: I agree, whether I sign this as an agent or as the patient, that in consideration of services to be rendered to me, I hereby individually obligate myself to pay the charges of the Hospital in accordance with its regular rates and terms. However, I am aware that any patient arriving at the facility will have a medical screening examination performed regardless of the ability to pay.

6. ASSIGNMENT OF INSURANCE BENEFITS: I hereby assign my insurance benefits otherwise payable to me to be paid directly to the Hospital. I understand that I am financially responsible for charges not covered by this assignment and further agree to guarantee full payment of all charges not covered by third-party payers. If I do not pay the amount due as I agreed, I agree also to pay the reasonable costs of collection, including but not limited to attorney fees and collection agency fees.

7. MEDICARE/MEDICAID BENEFITS: I authorize the Hospital to release to Medicare and/or Medicaid, to the Social Security Administration and/or its intermediaries or carriers, and to any peer review organizations, any information needed for this or a related Medicare and/or Medicaid claim. I request payment of authorized benefits to be made on my behalf to the Hospital for services furnished to me, and to the physicians involved for their services, including those physicians/specialists doing their own billing, while I was a patient in the Hospital.

8. PERSONAL VALUABLES/BELONGINGS: I understand that Coffey County Hospital provides a safe for money, credit cards and valuables. I agree that Coffey County Hospital is not responsible for loss of or damages to personal belongings, including such items as jewelry, glasses, hearing aids, garments and toiletries.

9. DENTURES: The Hospital provides denture cups for me if I require them. I will take precautions to be sure my dentures are properly kept and cared for and they will be kept in the denture cup at all times when I am not wearing/using them.

10. NOTIFICATION TO PATIENTS: Certain diseases and conditions, including cancer, are required by law to be reported. I understand that the Hospital will comply with this by submitting the necessary information on my condition and myself to a centralized registration point.

11. CONTRABAND WEAPONS/DRUGS: I agree that should the Hospital find contraband weapons and/or nonprescription drugs not sold over-the-counter within my possession, these items will be confiscated and the police will be contacted.

12. USE OF APPLIANCES: I hereby agree that in using any and all electrical appliances in my room, not owned by or under the control of the Hospital while a patient in the Hospital, I do so at my own risk and hereby absolve the Hospital from any and all responsibility for injuries or property damage which may result from any use of said appliance.

ACCT# 473991 MR# BOMAN CHELSEA L

ROVIDER NON-DISCRIMINATION ACT: I understand that this is an equal opportunity institution. There is no crimination because of race, color, religion, natural origin, age, sex, handicap, or inability to pay.

14. MEDICARE/TRICARE PATIENTS ONLY: (only for acute care and outpatient observation) I have received a copy of "An Important Message from Medicare/Tricare" and understand my rights as described in that document.

15. PATIENT RIGHTS INFORMATION: I have reviewed/received "Patient Rights and Responsibilities" and understand my rights as described in that document.

16. NOTICE: Your health information related to work-related illnesses or injuries or to medical surveillance of the workplace may be disclosed to your employer.

17. MEDICARE: I understand that Title XVIII does not cover self-administered drugs and biological agents when outpatient services are rendered. I understand that I will be responsible for the payment of these services if provided to me.

18. MEDICAID: I understand that Emergency care is covered only when the care received meets SRS guidelines. Title XIX does not cover non-emergent services. Title XIX does not cover all outpatient procedures. SRS guidelines which state, "Medical need must be indicated" are applied to outpatient services. I understand that I will be responsible for the payment of these non-covered services if provided to me.

19. CONSENT FOR MEDIA RELEASE: (Inpatient)

I **DO / DO NOT** give consent to have my admission and discharge released to the news media.
(Circle one)

I **DO / DO NOT** give consent to have the birth of my child released to the news media as an admission or discharge. (Circle one)

***PATIENT/PERSONAL REPRESENTATIVE MUST COMPLETE BY SIGNING OR INITIALING***

20. CONSENT TO DISCLOSE GENERAL INFORMATION. I understand that my name, location in hospital, and general condition may be provided to any person asking about me by name, and to members of the clergy, my family, individuals involved in my health care, for disaster relief efforts, or as required by law. ***I Do / Do not*** (circle one) give consent for this information to be disclosed.

[signature]

**(Patient/Personal Representative Signature or Initial)**

21. ACKNOWLEDGMENT OF RECEIPT OF *NOTICE OF PRIVACY PRACTICES.* I hereby acknowledge that I have received a copy of the Hospital's Notice of Privacy Practices.

**(Patient/Personal Representative Signature or Initial)**

22. ACKNOWLEDGMENT OF **PREVIOUS RECEIPT** OF *NOTICE OF PRIVACY PRACTICES.* I hereby acknowledge that I have received a copy of the Hospital's Notice of Privacy Practices on a previous date of service.

[signature]

**(Patient/Personal Representative Signature or Initial)**

**I certify that I have read and fully understand this document. I, as the patient/personal representative, agree to sign this document indicating that I agree with all of its terms and statements.**

[signature] — mother — 6-25-03

**Patient/Personal Representative Signature** — **Relationship to Patient** — **Date**

[signature] — 6-25-03

**Signature, Witness** — **Date**

ACCT# 473991 MR# BOMAN CHELSEA L

991 RM- P/T-E.R.
[?]OMAN CHELSEA L F 14
32419 SOUTH ADAMS MELVERN , KS
BRAUN DONA UNKNOWN
UNKNOWN 06/25/03 B/D 07/09/88

# Coffey County Hospital
# EMERGENCY NURSING RECORD

| [NA]ME | M.I. | DATE OF BIRTH | SEX | AGE | DATE | TIME |
|---|---|---|---|---|---|---|
| | | | | | | |

PERSONAL PHYSICIAN

ER PHYSICIAN

ARRIVED BY: ☐ Self ☑ Relative ☐ Police ☐ Friend ☐ Ambulance

Triage Notified 10[40] Triage Time 10[40] Physician Notified 10[?] Physician Arrived 11[05]

**Arrival Time** 10[41] **Triage Level:** ☐ Emergent ☐ Urgent ☑ Non-Urgent ☐ Routine

**Mode of Arrival:** ☑ Ambulatory ☐ W/C ☐ Carried ☐ Cart **Informant:** ☑ Patient ☑ Parent ☐ Spouse S/O ☐ Paramedic ☐ EMT/EMT I

**Pre-Hospital Treatment:** ☑ N/A ☐ $O_2$ (L/min.)____ ☐ IV____ ☐ Monitor ☐ Spinal immobilization

**LOC:** ☑ A-Alert ☐ X4 ☐ Person ☐ Place ☐ Time ☐ Situation ☐ V-Verbal ☐ P-Painful ☐ U-Unresponsive

**Airway/Breathing:** ☑ Patent/Eupnea ☐ Stridor ☐ Labored ☐ Accessory muscle use ☐ Shallow ☐ Retractions

**Circulation/Skin:** ☑ Pink ☑ Warm ☑ Dry ☐ Moist ☐ Cool ☐ Cold ☐ Hot ☐ Pale ☐ Flushed ☐ Cyanosis

**Activity/Affect:** ☐ Age appropriate ☑ Cooperative ☐ Active ☐ Listless ☐ Combative ☐ Agitated ☐ Crying ☐ Moaning ☐ Anxious ☐ Flat

| Time | Temp | P | RR | BP | SAO2 | LMP | Pain | Weight |
|---|---|---|---|---|---|---|---|---|
| | | 73 | 16 | 110/79 | | | Yes / No | |

**Allergies:** ☑ None Known

LAST TETANUS

CC dizzy when awoke & had syncopal episode while drying dishes. States she has [illegible] since last nite. Has not started menses yet. Has a frontal H/A Ø nausea. Child alert/oriented.

PMH ☐ Asthma ☐ Cardiac ☐ CA ☐ COPD ☐ CVA ☐ Diabetes ☐ GI ☐ Htn ☐ OB/Gyn ☐ Psychiatric ☐ Seizures ☐ Surgeries ☐ Tobacco ☐ Drug Use

Medications Ø

IV Start: IV Cath - ☐ 18 ☐ 20 ☐ 22 ☐ Other____ Fluids - ☐ LR ☐ NS ☐ D5LR ☐ Other____

Saline Lock ☐ Rate____ Site____

| Time | Medication/IV Dose/Rate/Route/Gauge | Initials | Time | Response | Initials | Time | Activity/Procedure | Initials |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Time | Temp | P | RR | BP | SAO2 | LOC | Pain | Nursing Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONDITION: ☑ Satisfactory ☐ Fair ☐ Poor ☐ Critical ☐ Deceased

DISPOSITION: ☑ Home ☐ Admit Acute ☐ Admit Observation ☐ Jail ☐ Dr.'s Office ☐ Transfer to: ☐ Ambulance ☐ Private Car ☐ Air Acc. by:____

DISPOSITION DATE 6/25/03

DISPOSITION TIME 11[15]

NURSE'S SIGNATURE [signature]

SIGNATURES

# ED ASSESSMENT FLOW SHEET

## CARDIOPULMONARY EXAM

**Capillary Refill:** Brisk <2 Seconds >2 Seconds None

**Mucous Membranes:** Pink Moist Dry Cyanotic Pale

**Peripheral Pulses Present:** Radial Pedal None Weak

**Peripheral Edema:** None Non-pitting Pitting

**Neck Veins:** Flat Distended

**Heart Sounds:** Regular Murmur Distant Muffled

**Initial Rhythm:** RSR Sinus Tachycardia PCV's PAC's

**Resp.:** Eupneic Dyspnea Tachypnea Shallow Retraction Trach

**Lungs (Right):** Clear Diminished Wheezes Crackles Coarse

**Lungs (Left):** Clear Diminished Wheezes Crackles Coarse

## NEUROLOGIC

**HA:** Migraine None **Pain Scale:** 0 1 2 3 4 5 6 7 8 9 10

**Loss of Consciousness?** Yes No **How Long?**

Dizziness N&V Numb/Tingling Amnesia Confusion Photophobia

Repetitive Questions Slurred Speech Dysphasia/Aphasia Facial Droop

**Motor:** rt: Intact lt: Intact Equal____>____ Flacid rt. lt.

**Sensory:** Intact Equal **Glascow Coma Scale (CGS)**____________

**Pupil Size (Right):** **Reaction:** Brisk Sluggish Non-Reactive

**Pupil Size (Left):** **Reaction:** Brisk Sluggish Non-Reactive

**Pupil Size:** **MM**

2 3 4 5 6 7 8 9

| Eye Opening | | Verbal Response | | Motor Response | | G.C.S. Points | |
|---|---|---|---|---|---|---|---|
| Spontaneous | = 4 | Oriented | = 5 | Obedient | = 6 | (1+2+3) | |
| To Voice | = 3 | Confused | = 4 | Purposeful | = 5 | 14-15 | = 5 |
| To Pain | = 2 | Inappropriate | = 3 | Withdrawal | = 4 | 11-13 | = 4 |
| None | = 1 | Incomprehensive | = 2 | Flexion | = 3 | 8-10 | = 3 |
| | | None | = 1 | Extension | = 2 | 5-7 | = 2 |
| | | | | None | = 1 | 3-4 | = 1 |

**INJURY/LACERATION** **Label and Shade Areas Involved**

- A - Abrasions
- B - Bleeding - Controlled
- C - Bleeding - Active
- D - Bruise
- E - Burns
- F - Foreign Body
- G - Laceration
- H - Puncture
- I - Possible FX
- J - C/O Pain
- K - Reddened
- L - Hematoma
- M - Avulsion
- N - Other__________
- O - Swelling




## CHEST PAIN/PRESSURE ASSESSMENT

**Pain:** 0 1 2 3 4 5 6 7 8 9 10

**Quality:** Sharp Dull Heavy Pressure Tightness Burning

**Location:** Use Human Diagram

**Radiation:** Neck Jaw rt lt Arm rt lt Shoulder Back None

**Time:** Onset:________________ Constant Intermittent

**Aggravating Factors:** Exertion Palpation Cough/Breathing None

**Alleviating Factors:** Rest NTG Antacid None

**Associated S/S:** SOB N&V Diaphoresis Weak Anxious Light-Headed

Dizzy Dyspnea Dyspnea on Exertion Orthopnea Cough None

## GASTROINTESTINAL / GENITOURINARY

**Abd. Pain:** 0 1 2 3 4 5 6 7 8 9 10 Constant Intermittent Sharp Dull

**Location:** Use Human Diagram Unplanned Weight Loss > 10 lbs/mth Y N

Appetite/None Hematemesis N&V Diarrhea Dysphagia Constipation

**Abd.:** Soft Non-Tender Tender Distended Guarding Rigid Rebound

Mass Ascites Ostomy **Bowel Sounds:** Present Absent

**GU:** Frequency Urgency Burning Incontinence Dysuria Hematuria

Retention Discharge Last Void________ Wet Diapers________ WNL

**OB/GYN:** Gravida__________ Para__________ FHT__________

Vag. Discharge Y N Sexually Active Y N Birth Control Y N

## MUSCULOSKELETAL / TRAUMA EXAM

**Cranium/Face:** Pain Tender Deformity WNL

**Nose:** Epistaxis Ear, lt: Drainage Ear, rt: Drainage WNL

**Neck:** Cervical Spine Tenderness Trachea Midline Subq Emphysema WNL

**Shoulders/Clavicles:** Pain Tender Deformity Edema WNL

**Thoracic Spine/Ribs/Sternum:** Pain Tender Deformity WNL Breath Sounds Present/Equal

**Lumbar Spine/Pelvis:** Pain Tender Deformity Edema WNL

**Mobility Assistance Needed:** None W/C Cane Walker

**Arm, rt:** Upper/Lower Cool/Cold Pain/Tender Swelling Deformity/Edema Pallor

Moves/Feels Fingers Distal Pink/Warm Pulse Present Capillary Refill < 2 Seconds

**Arm, lt:** Upper/Lower Cool/Cold Pain/Tender Swelling Deformity/Edema Pallor

Moves/Feels Fingers Distal Pink/Warm Pulse Present Capillary Refill < 2 Seconds

**Leg, rt:** Upper/Lower Cool/Cold Pain/Tender Moves Toes Deformity/Edema Pallor

Pink/Warm Capillary Refill < 2 Seconds Distal Pulse Present

**Leg, lt:** Upper/Lower Cool/Cold Pain/Tender Moves Toes Deformity/Edema Pallor

Pink/Warm Capillary Refill < 2 Seconds Distal Pulse Present

PATIENT STAMP

473991 RM- P/T-E.R.
BOMAN CHELSEA L F 14
32419 SOUTH ADAMS MELVERN , KS
BRAUN DONA UNKNOWN
UNKNOWN 06/25/03 B/D 07/09/88

| INITIALS | SIGNATURES |
|---|---|
| | [signature] |
| | |

Assessment Time

Coffey County Hospital
EMERGENCY NURSING RECORD

| Medical Record Number / Patient Charge No. | Coffey County Hospital Emergency / Outpatient Record | Date | Time |
|---|---|---|---|
| 173991 RM- P/T-E.R. | | | |
| Patient: BOMAN CHELSEA L F 14 / 32419 SOUTH ADAMS MELVERN , KS / BRAUN DONA UNKNOWN / UNKNOWN 06/25/03 B/D 07/09/88 | M.I / Date of Birth / Sex / Age | Personal Physician | ER Physician |

## 48 Syncope and Near-Syncope (5)

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

TIME SEEN: 3pm ROOM: 3 __ EMS Arrival

HISTORIAN: ✓ patient __spouse __paramedics Mom

__HX / __EXAM LIMITED BY: ______

**chief complaint:** syncope / near-syncope (circled)

✓ single episode occurred this AM

__multiple episodes (#____) began ______

most recent episode: ______

**symptoms occurring just prior to episode(s):**

~~none~~ ✓ lightheadedness (circled) ~~nausea~~ ~~racing heart beat~~ ✓ headache (circled) ~~chest pain~~ abd pain ~~trouble w/ vision~~

duration of PRECEDING symptoms- ______

**context / position / activity at time of episode(s):**

__sitting __supine ✓ standing for ____ min

activity- washing dishes

**witnessed?** __no ✓ yes, by: ______

**character of event(s):**

__lost consciousness / became unresponsive / collapsed (circled)

✓ felt faint / almost passed out

~~seizure activity observed~~

focal generalized tonic tonic-clonic occurred while: supine / upright (circled)

**duration of LOC:** ∅ sec/min __unknown

✓ confused after event

~~incontinent of urine /stool~~

~~breathing shallow / stopped~~

~~lost pulse~~

~~dextrostick low~~ PTA (______) / given D50 PTA

**injury:** ✓ none

head neck face mouth tongue chest abdomen back

RUE LUE RLE LLE

**current symptoms:** ✓ none (feels back to normal)

__weakness __lightheadedness __nausea ✓ headache x 3 wks

__Similar symptoms previously ∅

__Recently seen / treated by doctor ∅

### ROS

NEURO

✓ headache(s) x 3 wks continued - diff...

~~dizziness~~

CVS

~~chest pain~~

~~palpitations~~

GI

~~nausea/vomiting~~

~~diarrhea~~

__black/bloody stools

~~abdominal pain(s)~~

FEMALE REPRODUCTIVE

LNMP: ∅

__pregnant

EDC: ∅

G____ P____ AB____

__abnml vaginal bleeding

__irregular / missed period(s)

CONST

~~fever~~

ENT

~~nasal drainage~~

~~sore throat~~

PULMONARY

~~cough~~

~~sputum~~

~~trouble breathing~~

GU

~~painful / frequent urination~~

ENDOCRINE (if diabetic))

__change in diet / activity / insulin

SKIN & LYMPH & MS

__skin rash / swelling

__joint pain

☐ all systems neg. except as marked

### PAST HISTORY __negative

__seizure disorder __cardiac disease

__CVA

__diabetes insulin / oral / diet

__GI bleeding __hypertension

✓ other problems asthma - ... inhaler

Surgeries:

__bypass surgery __cholecystectomy

__pacemaker __appendectomy

__hysterectomy

__tonsillectomy

Medications __none ✓ see nurses note

__ASA __ibuprofen __acetaminophen

Allergies ✓ NKDA

__see nurses note

SOCIAL HX smoker____ drugs____

alcohol (recent / heavy / occasional)

FAMILY HX

473991 RM- P/T-E.R.
BOMAN CHELSEA L F 14
32419 SOUTH ADAMS MELVERN , KS
BRAUN DONA UNKNOWN
UNKNOWN 06/25/03 B/D 07/09/88

# Coffey County Hospital
# Emergency / Outpatient Record

| Date | Time |
|---|---|
| | |

| M.I | Date of Birth | Sex | Age | Personal Physician | ER Physician |
|---|---|---|---|---|---|
| | | | | | |

☒ Nursing Assessment Reviewed ☒ BP, HR, RR, Temp reviewed

**PHYSICAL EXAM** ✓ Alert __Anxious __IV
*Distress-* ✓ NAD __mild __moderate __severe

**HEENT**
✓ nml ENT inspectn
✓ no apparent trauma
✓ pharynx nml
__scleral icterus / pale conjunctivae
__nasal septal hematoma
__pharyngeal erythema / exudate
__hemotympanum
__tenderness/swelling/ecchymosis

**NECK/BACK**
✓ neck supple
✓ non-tender
__cerv. lymphadenopathy ( R / L )
__carotid bruit
__neck / back tenderness

**RESPIRATORY**
✓ no resp. distress
✓ breath sounds nml
__resp. distress
__rales
__wheezing

**CVS**
✓ regular rate, rhythm
✓ heart sounds nml
__irregularly irregular rhythm
__extrasystoles ( occasional / frequent )
__tachycardia / bradycardia
__JVD present
__murmur grade __ /6 sys / dias
__gallop ( S3 / S4 )
__decreased pulse(s)

**ABDOMEN**
✓ non-tender
__no organomegaly
__tenderness
__hepatomegaly / splenomegaly

**RECTAL**
__heme-neg stool
__heme positive stool

**SKIN**
✓ color nml, no rash
✓ warm, dry
__cyanosis / diaphoresis / pallor
__skin rash

**EXTREMITIES**
✓ non-tender
✓ normal ROM
__no pedal edema
__pedal edema
__calf tenderness

**NEURO/PSYCH**
***higher functions***
✓ alert
__oriented x3
✓ mood/affect nml
__abnormal response to commands
*no response eyes open slow inappropriate*
__abnormal response to pain
*withdraws flexor extensor none*
__disoriented to *time / place / person*

***cranial nerves-***
✓ normal as tested
✓ pupils equal, round & reactive to light
__facial droop ( R / L )
__tongue deviation ( to R / L )
__unequal pupils
R pupil __mm L pupil __mm
__EOM palsy
__papilledema

***cerebellar-***
__normal as tested
__abnormal Romberg test
__abnormal finger-nose-finger
__abnormal gait

***sensorimotor-***
✓ no motor deficit
✓ sensation nml
__weakness
__sensory deficit
__abnormal reflexes

## LABS, XRAYS, and PROGRESS

**EKG MONITOR STRIP** __NSR __Rate

***EKG*** __NML ☐ Interp. by me ☐ Reviewed by me Rate
*__NSR __nml intervals __nml axis __nml QRS __nml ST/T*

*not / changed from:*

***CXR*** ☐ Interp. by me ☐ Reviewed by me ☐ Discsd w/radiologist
*__nml/NAD __no infiltrates __nml heart size __nml mediastinum*

*not / changed from:*

**CBC** *(normal) except*
~~WBC~~
Hgb
Hct
Platelets
segs
bands
lymphs
monos
eos

**Chemistries** *(normal) except*
~~Gluc~~
BUN
Creat
Calcium
Na
K
Cl
CO2
**Quant. HCG / serum / urine preg**
Pos/Neg

**Head CT** __nml

**Postural Vitals** __nml __abnormal:

*Time* __unchanged __improved __re-examined

__Rx given

__Discussed with Dr.
*will see patient in: office / ED / hospital*
__Counseled patient / family regarding:
*lab results diagnosis need for follow-up*
__Admit orders written
__CRIT CARE- *30-74 min*
*75-104 min* ____ *min*
__Prior records ordered
__Additional history from:
*family caretaker paramedics*

## CLINICAL IMPRESSION:

~~Syncope / Loss~~ of Consciousness
(Near-syncope)
Vasovagal Episode
Epileptic Seizure
Cardiac Dysrhythmia
GI Bleeding
Cerebrovascular Accident
Transient Ischemic Attack

Hypoglycemic event, headache & syncope

DISPOSITION- ☒ home ☐ obs ☐ admit ☐ transfer to:
Time
CONDITION- ☒ satisfactory ☐ fair ☐ poor ☐ critical
☐ deceased

*NP / PA*

*MD / DO*

Syncope-48

473991 RM- P/T-E.R.
BOMAN CHELSEA L F 14
32419 SOUTH ADAMS MELVERN , KS
BRAUN DONA UNKNOWN
UNKNOWN 06/25/03 B/D 07/09/88

Coffey County Hospital
# Emergency / Outpatient Record

| M.I | Date of Birth | Sex | Age | Personal Physician | ER Physician | Date | Time |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Physician Order Sheet

© 2001 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives

### LABS
- ☐ CBC
- ☐ CBC c̄ Diff.
- ☐ Chem 7 (BMP)
- ☐ comprehensive metabolic panel CMP
- ☐ H & H
- ☐ Lytes
- ☐ LFT
- ☐ Mono
- ☐ $Mg^{++}$
- ☐ UCG - serum - urine
- ☐ Strep Screen
- ☐ Amylase
- ☐ Lipase
- ☐ Troponin I
- ☐ PT / PTT
- ☐ Sed Rate
- ☐ UA
  *clean cath dip (ketones)*
- ☐ Drug screen:
  *urine blood*
- ☐ Drug Levels:
  *digoxin dilantin Tegretol, Depakote Tylenol ASA Theo ETOH*

### STANDARD PANELS
- ☐ Thyroid - Hypo-
  $T_4$ $T_3$ TSH

### X-RAYS
- ☐ CXR *port PA / LAT*
- ☐ Sonogram
  *pelvic abd biliary renal*
- ☐ KUB *flat upright*
- ☐ CT *head / abdomen*
  *c & s contrast*
- ☐ IVP
- ☐ C-Spine 2 view
- ☐ C-Spine 3 view
  - ☐ *lumbar* ☐ *sacral*
- ☐ Acute Abdominal Series
  - ☐ Other________

### CARDIORESPIRATORY
- ☐ EKG
- ☐ ABG *RA / O2*
  - ☐ Other________

- ☐ Culture
  *urine blood x___ stool*
- ☐ Stool hemoccult
  - ☐ Other________

### Chest Pain Protocol
1. Notify Physician
2. Pulse Ox, BP and EKG monitoring
3. O2 - 2L/NC (Keep pulse Ox 93%)
4. EKG
5. Initiate Saline Lock (Draw blood with brown, lavender and blue topped tubes)
6. LAB - CBC, Chem 7, Troponin I, PT & PTT
7. Portable Chest X-ray

| Order | *Time Int.* |
|---|---|
| ☐ Cardiac Monitor | |
| ☐ Pulse Oximeter | |
| ☐ Oxygen ____ L NC __titrate to keep sat >93% | |
| ☐ Postural Vitals | |
| ☐ IV ______ cc/hr ______ __saline lock | |
| ☐ Phenergan | |
| ☐ Toradol | |
| ☐ Tylenol | |
| ☐ Motrin | |
| ☐ Morphine sulfate | |
| ☐ Demerol | |
| ☐ Nubain | |
| ☐ Rocephin______ IM mix w/ 1% Lidocaine plain | |
| ☐ Rocephin______ IV | |
| ☐ Solu-Medrol | |

| *Time* | *Orders* | *Noted/* |
|---|---|---|
| | ☐ Aerosol treatment | |
| | ☐ Xopenex | |
| | ☐ Albuterol | |
| | ☐ Atrovent | |

## Additional Orders:

- CBC .
- chem 7.

**Signature:** [signature]

____________ NP / PA

____________ MD / DO

06/26/03 901
..irector
..y S. Smith, M.D.
TIME: 11:00

Coffey County Hospital
801 North Fourth Street
Burlington, KS 66839
LABORATORY --- CUMULATIVE REPORT


CLIA Number
17D0450734
H5LACUMV

NAME.: BOMAN CHELSEA L
ACCT#: 473991
ROOM.: E.R. - NO PENDING ORDERS

SEX.......: F
AGE.......: 14 Y
DOB.......: 07/09/1988
PAT. PHONE: 7855493548

PHY..: BRAUN DONALD N
ADMIT: 06/25/03
MR#..: 038110

## HEMATOLOGY

| | 06/25/03 1115 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| WBC | 5.3 | 4.5 - 13.5 | th/ul |
| RBC | 5.16 | 4.20 - 5.40 | mil/ul |
| HGB | 14.1 | 12.0 - 16.0 | g/dl |
| HCT | 42.5 | 36.0 - 47.0 | % |
| MCV | 82.5 | 82.0 - 99.0 | fl |
| MCH | 27.3 | 26.0 - 35.0 | pg |
| MCHC | 33.1 | 28.0 - 37.0 | g/dl |
| RDW | 11.6 | 10.5 - 14.5 | % |
| PLT | 178 | 130 - 400 | th/ul |
| MPV | 10.7 H | 6.0 - 9.5 | fl |
| %LYM | 28.9 | 10.0 - 50.0 | % |
| %MONO | 5.8 | .0 - 12.0 | % |
| %NEU | 61.9 | 37.0 - 80.0 | % |
| %EOS | 2.1 | .0 - 7.0 | % |
| %BASO | 1.4 | .0 - 2.5 | % |
| #LYM | 1.5 | 1.0 - 3.5 | th/ul |
| #MONO | 0.3 | .0 - .9 | th/ul |
| #NEU | 3.3 | 1.5 - 6.6 | th/ul |
| #EOS | 0.1 | .0 - .7 | th/ul |
| #BASO | 0.1 | .0 - .2 | th/ul |
| MANUAL DIFF | N/A | | |

## CHEMISTRY

| | 06/25/03 1115 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| GLUCOSE | 87 | 65 - 110 | mg/dl |
| BUN | 9.0 | 7.0 - 18.0 | mg/dl |
| CREATININE | 0.7 | .5 - 1.0 | mg/dl |
| CALCIUM | 9.4 | 8.5 - 10.5 | mg/dl |
| SODIUM | 139 | 136 - 145 | mmol/L |
| POTASSIUM | 4.0 | 3.5 - 5.1 | mmol/l |
| CHLORIDE | 102 | 98 - 106 | mmol/l |
| TCO2 | 25.3 | 22.0 - 29.0 | mmol/L |

Coffey County Hospital
Emergency Department
801 N. Fourth • Burlington, KS 66839
(620) 364-5655 Ext. 232

| MEDICAL RECORD NO. | PATIENT CHARGE NO. | | | | | DATE | TIME |
|---|---|---|---|---|---|---|---|
| PATIENT LAST NAME 473991 | FIRST NAME | M.I. | DATE OF BIRTH | SEX | AGE | 6/25/03 PERSONAL PHYSICIAN: 36 | |
| BOMAN CHELSEA L | | | 7/05/1988 | F | 14 | UNKNOWN | |

## PATIENT DISMISSAL INSTRUCTIONS

BRAUN DONA

NOTE: The examination and treatment you have received has been given on an emergency basis. It is often very hard to foresee and treat all factors of an injury or illness in one visit. Your doctor may receive a copy of your records and test reports. It is important that you have your doctor check you again. Report any new or remaining problems. Meanwhile, **FOLLOW THE INSTRUCTIONS CHECKED BELOW.** If you cannot contact your doctor, return to the Emergency Department if your symptoms continue, become worse, or new symptoms arise.

☐ WOUND CARE: (Cuts, abrasions, burns): Keep wound and bandage clean and dry. Drainage, fever, redness, swelling or pain may mean infection and immediate examination is advised. Keep the limb raised above the level of the heart and rested. Have the stitches removed as per instructions below.

☐ CASTS AND SPLINTS: Pain, change in color, numbness, tightness or difficulty in moving fingers or toes may need immediate examination. Your doctor should decide when to remove the cast or splint. Keep casts and splints dry.

☐ SPRAINS, STRAINS AND SEVERE BRUISES: During the first 48 hours, apply ice in leakproof bags intermittently to the injured area. Raise the limb above the level of the heart. Limit or avoid use of the injured area (sling/crutches) unless otherwise advised. Repeat x-rays may be needed if symptoms persist after 7 to 10 days.

☐ HEAD INJURY: See your doctor (or return to the Emergency Department if necessary) in these conditions: persisting or increasing headache, vomiting, unusual drowsiness, seizures, blurred or disturbed vision, unequal pupils, drainage of blood or fluid from ears or nose, loss of balance or limb weakness. Other instructions as given below.

☐ X-RAY: You have been given a preliminary report of your x-rays. An x-ray specialist will make a final evaluation and report. You will be notified of any further finding.

☐ VOMITING/DIARRHEA: Fluid lost because of Nausea/Vomiting/ Diarrhea can be replaced with drinks made especially for this purpose, such as Pedialyte in small amounts. One teaspoon of fluid every minute will provide over a cup in an hour. Foods good to eat while you have diarrhea are: bananas, rice, applesauce, and toast. A clear liquid diet for 24 hours is recommended while you have nausea and vomiting.

☐ HIGH FEVER; (especially in children): Control with Tylenol (acetaminophen) or Advil (Ibuprofen) every four hours. Use tepid water sponge baths as advised to keep the temperature below 103 degrees. Do not "bundle" the child up with clothing and blankets when indoors. See your follow-up doctor as shown below.

☐ ASTHMA: Attacks are triggered by allergies and airway irritants such as: Animal dander, dust mites, cold viruses, paint fumes, cigarette smoke, household cleaners, heavy exercise. Avoid any of these which may trigger your asthma attack. Take your medication exactly as prescribed by your doctor.

☐ TETANUS/DIPTHERIA TOXOID: You received a tetanus/ diptheria toxoid booster today. This is a shot to prevent tetanus ("Lockjaw"). This is good for at least 5 years. You may notice some aching discomfort in the arm of the injection for the next 2-3 days. A warm moist pack will help to relieve the discomfort.

☐ Recheck with family physician. ☐ Take medication as prescribed. ☐ Prescription sent home with patient.

☐ Refer to: Dr.

DIAGNOSIS: Near syncope, ? hypoglycemia w/ 2° headache

POST TREATMENT INSTRUCTIONS: Tylenol or Motrin as needed for headaches
Eat frequent small carbohydrate rich meals
Use candy bar or peanut butter for recurrence
Recheck in 2 wks - make sure Headache resolves

I understand that the emergency care which I have received is preventive care of an emergency nature. This emergency care is by no means intended to be a complete diagnosis or complete medical care. I have been instructed to contact a physician for continued medical diagnosis and care, and I will do so.

**Physician Numbers:**
**Coffey County Medical Center (620) 364-5395**
**Waverly Medical Center (785) 733-2667**
**LeRoy Medical Center (620) 964-2264**

I UNDERSTAND AND HAVE RECEIVED A COPY OF THESE FOLLOW-UP INSTRUCTIONS.

X Lisa Montgomery
PATIENT SIGNATURE

37-500