# REQUEST FOR LEAVE FORM

**INSTRUCTIONS: 1)** The employee will complete and forward three copies of this form to his or her immediate supervisor/manager. **2)** The immediate supervisor/manager will recommend approval of the absence with his or her signature and make any necessary remarks. (The supervisor/manager may call the Payroll Department to verify available time off.) **3)** The first copy will be sent to the Payroll Department to remain on file. The second copy will be filed by the immediate supervisor/manager. The third copy will be returned to the employee.

**LISA M MONTGOMERY**
Employee's Name (please print)

**11/17/2004**
Today's Date

**4TH & TOPEKA AVE LYNDON, KS 66451-0000**
Store Location or Department

**1339**
Store Number

**Reason for Absence** (check one)

Paid Leaves:

- ☐ Vacation (after 1 year of service)
- ☐ Scheduled Medical Leave
- ☐ Unscheduled Medical Leave
- ☐ Jury Duty
- ☐ Bereavement
- ☐ Discretionary (exempt employees)

Unpaid Leaves:

- ☐ Days without pay (nonexempt employees)
- ☐ Extended Leave of Absence
- ☐ Military Leave (National Guard/ Reserve Training
- ☒ Family and Medical Leave

Leave for **15.00** hours is requested from

(Date) **11/18/2004**, through (Date) **01/03/2005** for purposes checked above. (In the case of Unscheduled Medical Leave, these dates may have already passed.)

Remarks **MATERNITY**

Substitute Needed: ______ Yes **X** No ______ Number of Hours

Lisa Montgomery
Employee's Signature

Approved by: Cheryl Fine
Supervisor/Manager's Signature

| | | | | | |
|---|---|---|---|---|---|
| Vacation Time Available: | 0.00 | Hours | Medical Time Available: | 0.00 | Hours |
| Vacation Time Requested: | 0.00 | Hours | Medical Time Requested: | 0.00 | Hours |
| Vacation Time Remaining: | 0.00 | Hours | Medical Time Remaining: | 0.00 | Hours |

Send to Manager/Supervisor



Case 4:12-cv-08001-GAF Document 164-18 Filed 09/03/15 Page 1 of 6

# AGE RESTRICTED PRODUCTS

## EMPLOYEE'S PLEDGE

An Ongoing Commitment to Responsible Tobacco and Alcohol Retailing

I understand that it is my responsibility to prevent underage tobacco and alcohol sales and promise to gain a proficient understanding of what actions I should take. As an employee, I agree to:

- ✓ Follow all state laws and company policies established to prevent underage tobacco and alcohol sales and provide written acknowledgement that I understand these laws and policies;
- ✓ Ask for identification in the form of a valid photo ID from any customer who appears to be under 27 year of age attempting to purchase tobacco and alcohol products;
- ✓ Participate in my company's training program to learn how to prevent underage tobacco and alcohol sales, giving special attention to the following subject areas:
    - Handling peer pressure
    - Spotting fake Ids
    - Preventing 3rd Party Sales
    - Using age verification tools effectively to calculate age
    - Role-playing confrontational situations
- ✓ Pass a test, as provided by my company, demonstrating that I understand the laws and policies for preventing underage tobacco and alcohol sales;
- ✓ Use all tools available to me to ensure that I ask for proper identification from and accurately calculate the age of customers;
- ✓ Re-train, as requested throughout the course of my employment with the company.

Name Lisa M Montgomery

Date 12-10-03

*The Casey's Pledge was developed in cooperation with the *We Card* program. *We Card* training and tools are available atwww.wecard.org.

CASEY'S GENERAL STORE
**CASEY'S GENERAL STORES, INC.**
P.O. Box 3001 • One Convenience Blvd., Ankeny, Iowa 50021-8045 • 515-965-6100

December 8, 2004

Lisa Montgomery
32419 S. Adams
Melvern, KS 66510

COPY

Dear Lisa,

I recently received a copy of your Request for Leave form for a Family Medical Leave of absence. This letter is to inform you that you are not eligible for Family and Medical Leave as defined in the Employee Handbook (section IV policy 42.123. Instead, your leave of absence will be considered an Extended Leave of Absence (section IV policy 42.122, in the Employee Handbook). The difference between these two leaves is Family Medical Leave is a maximum leave of 12 weeks, whereas an Extended Leave is an 8 week leave.

In order to be eligible for Family Medical Leave you must meet two requirements. First, you must be employed at Casey's for 12 months and secondly, you must have 1,250 hours worked within the past 12 months. You are not eligible because:

- ☐ You have not been employed at Casey's for 12 months.
- ☑ You have not worked 1,250 hours in the past 12 months.

If you have questions regarding your leave of absence, I can be reached at (515) 965-6588.

Sincerely,

[signature]

Melinda Randell, PHR
Human Resources Assistant

cc: Store Manager, Alton, IA
Personnel file

Use black ink to complete form

Form **8850**
(Rev. September 1997)
Department of the Treasury
Internal Revenue Service

# Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits.

υ **Use only for individuals who begin work after September 30, 1997**
υ **See separate instructions**

OMB No. 1545-1500

**Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.**

Your name Lisa M. Montgomery Social security number 440 : 70 : 7519

Street address where you live 32419 S. Adams

City or town, state, and ZIP code Melvern, KS 66510

Telephone no. (785) 549-3548

If you are under age 25, enter your date of birth (month, day, year) ___ / ___ / ___

## Work Opportunity Credit (For individuals who begin work after September 30, 1997)

1 ☐ Check here if you received a conditional certification from the state employment security agency (SESA) or a participating local agency for the work opportunity credit.

2 ☐ Check here if **any** of the following statements apply to you.

- I am a member of a family that has received assistance from Aid to Families with Dependent Children (AFDC) or a successor program for any 9 months during the last 18 months.
- I am a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months.
- I was referred here by a rehabilitation agency approved by the state or the Department of Veterans Affairs.
- I am at least age 18 but **not** over age 24 and I am a member of a family that:
  **a** Received food stamps for the last 6 months, OR
  **b** Received food stamps for at least 3 of the last 5 months, BUT is no longer eligible to receive them.
- Within the past year, I was convicted of a felony or released from prison for a felony AND during the last 6 months I was a member of a low-income family.
- I received supplemental security income (SSI) benefits for any month ending within the last 60 days.

## Welfare-to-Work Credit (For individuals who begin work after December 31, 1997)

3 ☐ Check here if you received a conditional certification from the SESA or a participating local agency for the welfare-to-work credit.

4 ☐ Check here you are a member of a family that:

- Received AFDC or successor program payments for at least the last 18 months, OR
- Received AFDC or successor program payments for any 18 months beginning after August 5, 1997, OR
- Stopped being eligible for AFDC or successor program payments after August 5, 1997, because Federal or State law limited the maximum time those payments could be made.

## All Applicants

Under penalty of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

**Job applicant's signature** Lisa M Montgomery **Date** 8/15/03

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 22851L Form **8850** (Ref. 9-97)

Federal 2-15-99

**For Employer's Use Only**

Employer's name Casey's Gen Store Telephone no. (785) 828-9718 EIN

Street address 417 Topeka Ave.

City or town, state, and ZIP code Lyndon, KS 66451

Person to contact, if different from above Mary Horton / Elizabeth Hendricks Telephone no. (888) 570 - 4455

Street address C/O CIC Enterprises, P.O. Box 40974

City or town, state, and Zip code Indianapolis, Indiana 46240-0974

If, based on the individual's age and home address, he or she is a member of group 4 or 6 (as described under **Members of Targeted Groups** in the separate instructions), enter that group number (4 or 6) . . . . . . . . . . . . . . ______

DATE APPLICANT: Gave information 8/15/03 Was offered job 8/15/03 Was hired 8/15/03 Started job 8/18/03

**Under penalties of perjury, I declare that I completed this form on or before the day a job was offered to the applicant and that the information I have furnished is, to the best of my knowledge, true, correct, and complete. Based on the information the job applicant furnished on page 1, I believe the individual is a member of a target group or a long-term family assistance recipient. I hereby request a certification that the individual is a member of a targeted group or a long-term family assistance recipient.**

**Employer's signature** Cheryl Tone **Title** Manager **Date** 8/18/03

# Privacy Act and Paperwork Reduction Act Notice

*Section references are to the Internal Revenue Code.*

Section 51(d)(12) permits a prospective employer to request the applicant to complete this form and give it to the prospective employer. The information will be used by the employer to complete the employer's federal tax return. Completion of this form is voluntary and may assist members of targeted groups and long-term family assistance recipients in securing employment. Routine uses of this form include giving it to the state employment agency (SESA), which will contact appropriate sources to confirm that the applicant is a member of a targeted group or a long-term family assistance recipient. This form may also be given to the Internal Revenue Service for administration of the Internal Revenue laws, the Department of Justice for civil and criminal litigation, to the Department of labor for oversight of the certifications performed by the SESA, and the cities, states, and the District of Columbia for use in administering their tax laws.

You are not required to provide the information requested on a form that is subject the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is:

**Recordkeeping** . . . . . 2 hr., 47 min.
**Learning about the law or the form** . . . . . . . . . . . 37 min.
**Preparing and sending this form to the SESA** . . . . . . . . . 36 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001

**DO NOT** send this form to this address. Instead, see **When and Where To File** in the separate instructions.



Case 4:12-cv-08001-GAF Document 164-18 Filed 09/03/15 Page 5 of 6

Please Follow These Three Easy Steps:

1. Every applicant completes the Form 8850/Pre-Screening Notice
2. Call CIC at 800-669-6000 for registration number and place in upper right hand corner of 8850/Pre-screening Notice
3. Mail Form 8850/Prescreen Notice and Form B if instructed

**For CIC Use Only**

**State:** _____ **Category:** _____

**ICF Date** ____/____/____

Reg # 836225

# FORM B

Request for Verification

Employee Name: Lisa Montgomery SS#: 440 70 7519

Company Working For: Casey's Gen Store

Company Phone: (785) 828-9708

I hereby authorize Dept. of Human Services, Dept. of Corrections, Dept. of Social Services, Dept. of Vocational Rehabilitation, Dept. of Welfare, Dept. of Veterans Administration, or any other agencies, organizations, or individuals to supply such verification as may be needed to determine eligibility for WOTC, WTW, and/or State Hiring Credits to the Dept. of Labor, State Employment Security Agency, and/or to my employer or employer representative, CIC Enterprises, P.O. Box 40974, Indianapolis, IN 46240-0974, phone (888) 570-4455.

Employee Signature: Lisa Montgomery Date: 8-18-03

**Even if employee is unable to complete the following section, mail signed form to CIC immediately.**

Case # ____________ Caseworker Phone # (____) ________

Caseworker Name ____________

In what state were benefits received? ____________

In what county were benefits received? ____________