MONTGOMERY, Lisa DOS: 11-07-03 DOB: __-__-__ #7127160

SUBJECTIVE FINDINGS: Lisa complains of left ankle pain. There has been no history of injury. She states that for the last two days she has had severe pain in the left foot and ankle. She has not noted swelling, redness or bruising.

OBJECTIVE FINDINGS:

EXTREMITIES: The left foot reveals tenderness with palpation over the dorsum of the foot and anterior ankle joint. There is no joint effusion. There is no swelling, redness or joint warmth. Range of motion of the ankle is limited secondary to pain.

LABORATORY: X-ray of the left foot was done and reveals no fracture or dislocation.

ASSESSMENT: 1. LEFT FOOT PAIN.

PLAN: She is placed in a short leg splint and will use crutches. She was given Darvocet-N 100 to be used as needed for pain. She will be seen in follow up in three or four days to review and reevaluate.

J. Rob Hutchison, M.D./lmh
Date Received: 11-25-03

Date Dictated: 11-07-03
Date Transcribed: 11-26-03

11-07-2003 | Hutchison
MONTGOMERY, Lisa | 02-27-68
Stormont-Vail Health Care | 7127160
Medical Arts Clinic | Lebo Office

Pain

LEFT FOOT (3 views)

AP, lateral & oblique views fails to demonstrate evidence of a fracture, dislocation or congenital deformity.

CONCLUSION: Negative left foot.

SMK/jkm

DATE DICTATED: 11/10/2003
DATE RECEIVED: 11/10/2003
DATE TRANSCRIBED: 11/10/2003

STEPHEN M. KNECHT, MD
*Signature of Radiologist*