THE DISTRICT COURT OF FRANKLIN COUNTY, KANSAS

FILED JR
2003 DEC -1 PM 3:33
CLERK OF DIST. COURT
FRANKLIN COUNTY, KS

STATE OF KANSAS, Plaintiff

vs. Case No. 03CR242 ~~03CR23~~

TOMMY KLEINER, Defendant

**AFFIDAVIT**

I, Erin Garman, affiant herein, do hereby swear and verify that the following statements are true:

1. That I am currently a duly appointed, qualified, and acting Court Services Officer of the Fourth Judicial District in Kansas.

2. That in such capacity I have official responsibility for the supervision of Tommy Kleiner, who was placed on probation on September 10, 2003, from the Franklin County District Court of Kansas for 12 months for Assault (two counts), in violation of K.S.A. 21-3408, class C misdemeanors.

3. That the terms and conditions of the said probation include, among others, the following:

a. The defendant shall have no contact with Lisa Montgomery.

4. That the affiant reasonably believes that the said Tommy Kleiner violated the said conditions in the following particulars:

a. On December 1, 2003, Lisa Montgomery reported to this officer that the defendant made contact with her at her place of employment, Casey's General Store (Lyndon, Kansas), on November 30, 2003.

5. That the affiant respectfully asks that the appropriate proceedings be instituted by the prosecuting authorities immediately to revoke the probation of the said Tommy Kleiner, and that this affidavit is made in support of said request.

The last known address for Tommy Kleiner was [redacted]

Further affiant saith not.

## VERIFICATION

Erin Gorman, of lawful age, being first duly sworn, alleges and states: That she is the Court Services Officer above named, that she has read the above and foregoing Affidavit, that she knows and understands the contents thereof, and that the statements and allegations therein made are true.

Erin Gorman
Court Services Officer

Subscribed and sworn before me this 1st day of December 2003.

Sandy R. Wiggen Deputy
Notary Public or Deputy Clerk (pursuant to K.S.A. 53-504)

Approved: Ruth Wheeler, Chief CSO

IN THE DISTRICT COURT OF FRANKLIN COUNTY, KANSAS

STATE OF KANSAS,
Plaintiff,

vs. Case No. 03CR242

TOMMY L. KLEINER,
Defendant.

FILED
TM
2003 DEC -2 AM 8:34
CLERK OF DIST. COURT
FRANKLIN COUNTY, KS.

**MOTION TO REVOKE PROBATION**

COMES NOW Heather R. Jones, Assistant County Attorney and Attorney for the Plaintiff, who states and alleges as follows:

That on September 10, 2003, the defendant, Tommy L. Kleiner, was sentenced to sixty (60) days in the custody of the Franklin County Sheriff, in Case No. 03CR242, having been convicted of two (2) counts of Assault, each in violation of K.S.A. 21-3408, each are class C person misdemeanors.

That on the same 10th day of September, 2003, the execution of the sentence was suspended and the defendant was placed on twelve (12) months supervised probation under the supervision of the Fourth Judicial District, and ordered to complete all requirements of that program.

The terms and conditions of the probation include, among others, the following: a) the defendant shall have no contact with Lisa Montgomery.

That since being placed on probation, a) on December 1, 2003, Lisa Montgomery reported to the defendant's CSO that the defendant made contact with her at her place of employment, Casey's General Store, Lyndon, Kansas, on November 30, 2003.

WHEREUPON, Movant prays the Court to revoke the defendant's probation for the above-stated reasons.

HEATHER R. JONES
Assistant Franklin County Attorney

**VERIFICATION**

STATE OF KANSAS, COUNTY OF FRANKLIN, SS:

HEATHER R. JONES, of lawful age and being first duly sworn upon oath, states as follows:

That she is an Assistant Franklin County Attorney above-named; that she has read the above and foregoing Motion to Revoke Probation; that she knows and understands the contents thereof; and that the statements and allegations therein are true.

HEATHER R. JONES

SUBSCRIBED and sworn to before me this 2nd day of December, 2003.

Notary Public

My Appointment Expires: July 31, 2005

NOTARY PUBLIC - State of Kansas
AUDRA L. SEYLER
My Appt. Exp.

FILED

2003 DEC -2 PM 1:03

CLERK OF DIST. COURT
FRANKLIN COUNTY, KS.

THE DISTRICT COURT OF FRANKLIN COUNTY, KANSAS

STATE OF KANSAS, Plaintiff

vs. Case No. 03CR242

TOMMY KLEINER, Defendant

**AMENDED AFFIDAVIT**

I, Erin Garman, affiant herein, do hereby swear and verify that the following statements are true:

1. That I am currently a duly appointed, qualified, and acting Court Services Officer of the Fourth Judicial District in Kansas.

2. That in such capacity I have official responsibility for the supervision of Tommy Kleiner, who was placed on probation on September 10, 2003, from the Franklin County District Court of Kansas for 12 months for Assault (two counts), in violation of K.S.A. 21-3408, class C misdemeanors.

3. That the terms and conditions of the said probation include, among others, the following:

   a. The defendant shall have no contact with Lisa Montgomery.

4. That the affiant reasonably believes that the said Tommy Kleiner violated the said conditions in the following particulars:

   a. On December 1, 2003, Lisa Montgomery reported to this officer that the defendant made contact with her at her place of employment, Casey's General Store (Lyndon, Kansas), on November 30, 2003. Lisa Montgomery contacted the Lyndon Police Department to make a report. A copy of the Lyndon PD Narrative is attached.

5. That the affiant respectfully asks that the appropriate proceedings be instituted by the prosecuting authorities immediately to revoke the probation of the said Tommy Kleiner, and that this affidavit is made in support of said request.

The last known address for Tommy Kleiner was [redacted].

Further affiant saith not.

VERIFICATION

Erin Garman, of lawful age, being first duly sworn, alleges and states: That she is the Court Services Officer above named, that she has read the above and foregoing Affidavit, that she knows and understands the contents thereof, and that the statements and allegations therein made are true.

Erin Garman
Court Services Officer

Subscribed and sworn before me this 2nd day of December, 2003.

Michelle Dean, Deputy
Notary Public or Deputy Clerk (pursuant to K.S.A. 53-504)

Approved: Ruth Wheeler, Chief CSO

CLERK OF THE DISTRICT COURT SEAL

Kleiner, T-Amended Affidavit (03CR242).doc 12/02/03

| Report Date | Case Number | Offense/Arrest - Narrative | Officer ID No. | Page 1 of 1 |
|---|---|---|---|---|
| 11/30/2003 | MMIIIL119 | LYNDON POLICE DEPARTMENT<br>KS0700400 | 551 | |

| INCIDENT DATE | VICTIM / ARRESTEE | OFFENSE / DESCRIPTION(S) |
|---|---|---|
| 11/30/2003 | Lisa Montgomery | Informational/ Possible violation of court order |
| SUSPECT(S) | | LOCATION OF OFFENSE / ARREST |
| Tommy Kleiner | | 4th and Topeka |

THE FOLLOWING LIST OF CATEGORIES ARE FOR THE OFFICERS REFERENCE ONLY. CHECK EACH BOX WHEN THAT SECTION IS COMPLETE.

- ☐ Initial Observations
- ☐ Officer's Actions
- ☐ Interviews
- ☐ Injuries
- ☐ Evidence
- ☐ Attachments
- ☐ Additional comments
- ☐ Disposition of Case

| REPORTING OFFICER | REVIEWED BY | REVIEWED DATE | TYPED BY |
|---|---|---|---|
| R. Stout #551 | | | R. Stout #551 |

On 11/30/2003 at 1530 hours I Officer Stout was dispatched to Casey's General Store in Lyndon for a violation of court no contact order.

When I arrived I spoke to a Mrs. Lisa Montgomery. She stated that her brother Mr. Tommy Kleiner had come into the store and had purchased an item. He then came to the counter and threw down his money and left. She said that his girlfriend Ms. Adrienne Von Behren Mrs. Montgomery stated that she was calling the police. Mrs. Montgomery said that Ms. Von Behren said "Please do, he came in here on purpose." Mrs. Montgomery then contacted the Osage County Sheriff's Department.

Mrs. Montgomery said that she had a no contact order from Franklin County for Tommy Kleiner. It stemmed from the incident in Ottawa in which Mr. Kleiner had threatened her. I asked Mrs. Montgomery if she had any documents that showed that he had no contact with her. She showed me a letter from the Franklin County Attorney that stated that Mr. Kleiner had pled guilty to two charges of assault, and that he was placed on probation for a year. It also stated that if Mr. Kleiner ever made any contact with Mrs. Montgomery that she was to contact a local law enforcement and make a report. I took Mrs. Montgomery's information. I informed her that I could not act upon the paper that she had with her. She needed a court order that stated that Mr. Kleiner could not make contact with her.

I contacted Mrs. Erin Garman, Mr. Kleiners probation officer, in reference to the incident. She also spoke to Mrs. Montgomery. I informed her of what had been told to me. A copy of this report was also sent to Mrs. Garman. Nothing Further At This Time.

Officer Robert Stout LPD #551

Return

IN THE DISTRICT COURT OF FRANKLIN COUNTY KANSAS

FILED

2003 DEC -3 AM 8:36

CLERK OF DIST. COURT
FRANKLIN COUNTY, KS.

STATE OF KANSAS,
Plaintiff

vs.

Case No. 03CR242

TOMMY L. KLEINER
DOB: [redacted]
SS:
LKA:

WHITE MALE
Defendant

RECEIVED
DEC 0 2 2003
SHERIFF'S OFFICE
FRANKLIN COUNTY KANSAS

**BENCH WARRANT**

STATE OF KANSAS TO ANY SHERIFF OF THE STATE OF KANSAS GREETINGS:

**TOMMY L. KLEINER** the above-named defendant, having been convicted in Case No. 03CR242, of two (2) violations of K.S.A. 21-3408, Assault, each being class C person misdemeanors, now stands charged with Failure to Comply with Conditions of Probation, to-wit: a) on December 1, 2003, Lisa Montgomery reported to the defendant's CSO that the defendant made contact with her at her place of employment, Casey's General Store, Lyndon, Kansas, on November 30, 2003.

YOU ARE THEREFORE COMMANDED forthwith to arrest the said **TOMMY L. KLEINER** and commit him, to your custody and there to remain until duly and legally discharged by law; and make due return of this Writ.

IN WITNESS WHEREOF, I have hereunto set my hand at my office in Ottawa, Franklin County, Kansas on the 2nd day of December, 2003.

BOND $ 5,000 C/S

JUDGE OF THE DISTRICT COURT

SEAL — DISTRICT COURT — FRANKLIN COUNTY, KANSAS

APPEAR IN THE X EAST ____ WEST COURTROOM

SHERIFF'S RETURN: Served: 12-02-2003

Case 4:12-cv-08001-GAF Document 164-20 Filed 09/03/15 Page 8 of 8