COFFEY COUNTY HOSPITAL

**MONTGOMERY LISA M**
**RADIOLOGY REPORT** [redacted]

<==X-RAY ORDER==> COMPLETE 12/12/03 19:37 LAM 40380
Reason for Procedure: STUBBED TOE
FOOT COMPLETE, LEFT 73630 COMPLETE:12/12/03 19 37 LAM 40381

LEFT FOOT EXAM
REASON FOR EXAM: 35-year-old female stubbed her toe. Please evaluate.

FINDINGS: Three views of the left foot demonstrate mild degenerative changes but no fractures or dislocations or significant soft tissue swelling. There is normal bony mineralization.

IMPRESSION: No acute fractures.

D&T: 12/15/03
djh Job # 19536

KEVIN S. HUGHES, DO

**MONTGOMERY LISA M**
**AGE: 35 DOB:**[redacted] **FOX RICHARD L**
**ACCT# 486748 RM: PT TYPE: E.R. HUTCHISON J. ROB**
**ADMIT: 12/12/03 DISCHG: 12/12/03 MR# 038155 FILM# 13765**

Unsigned transcriptions represent a preliminary report and do not reflect a medical or legal document

**RADIOLOGY REPORT**