5/13/98

COMPLAINT

98-05120 INT 9803080

DISTRICT COURT CLERK
DISTRICT COURT
JUDICIAL DISTRICT
MAY 13 2 32 PM '98
GENERAL JURISDICTION
TOPEKA, KANSAS

STATE OF KANSAS PLAINTIFF

VS. 98-CR-1335

TOMMY LEE KLEINER DEFENDANT
[redacted], 5'06", 130 lbs., W/M
[redacted]

I, Kenneth J. Morton, being duly sworn, on oath, allege and state as follows:

COUNT 1
CRIMINAL THREAT
K.S.A. 21-3419(1)
Level 9, Person Felony

On or about the 5th day of April, 1998, in the State of Kansas and County of Shawnee, TOMMY LEE KLEINER, did, then and there, unlawfully, feloniously, and intentionally, communicate a threat to commit violence, to-wit: to hurt Judy Achoa really bad, with the intent to terrorize another, to-wit: Judy Achoa, contrary to the form of the statutes in such case made and provided and against the peace and dignity of the State of Kansas.

WITNESSES:
Judy Achoa
Hector Achoa
Denzyl Derry
Alice Derry
Deputy Mummey, SNSO
Alice Derry
Deputy Leone
Sgt. Johnson, SNSO

Kenneth J. Morton
KENNETH J. MORTON #16295
Assistant District Attorney

Signed and sworn to before me on May 12, 1998.

BOND REQUEST $________
___With Prof. Surety
___With Surety
___OR
___Cash

Sherry A. Stratton
Notary Public

NOTARY PUBLIC
SHERRY A. STRATTON
My Appt. Exp. 1-13-2001

___OR Cash Deposit
___As Set
___Summons Issued
__________DA'S Office
___NO CONTACT WITH VICTIM(S)

COMPLAINT FOR: TOMMY LEE KLEINER