**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 12/21/2004

On December 20, 2004, Task Force Officer (TFO) THOMAS GLOR, and Special Agent (SA) MICHAEL R. MILLER, arrived at 32419 S. Adams Road, Melvern, Kansas, residence of KEVIN MONTGOMERY. MONTGOMERY voluntarily invited the investigators into his residence. After being advised of the identity of the investigators, through the presentation of credentials, and the nature of the interview, MONTGOMERY voluntarily provided the following information:

MONTGOMERY invited the investigators to his residence for the purpose of turning over clothing his wife, LISA MONTGOMERY, wore when he picked her up in Topeka, Kansas on the evening of 12/16/2004. In addition to KEVIN MONTGOMERY, his seventeen-year-old daughter, DESIREE BOMAN, was present at the residence. Investigators entered the MONTGOMERY home at approximately 7:20 p.m. MONTGOMERY voluntarily signed the attached consent to search.

Regarding December 16, 2004, when he met his wife at the LONG JOHN SILVERS Restaurant in Topeka, Kansas, MONTGOMERY explained LISA MONTGOMERY was wearing a dark gray sweat top and matching dark gray sweat pants; a blue and white stripped tee-shirt type blouse; and a light gray, button down fleece. Upon entering the MONTGOMERY residence, SA MILLER and TFO GLOR observed a dark gray sweatshirt, light gray fleece, and blue and white-stripped shirt, laid on the living room sofa. While wearing latex gloves, SA MILLER separated the clothing items and photographed them in place on the sofa. SA MILLER and TFO GLOR then packaged and sealed these as item numbers one (1) (dark gray sweat shirt), two (2) (light gray fleece), and three (3) (blue and white-stripped blouse).

MONTGOMERY then showed SA MILLER and TFO GLOR a pair of dark gray sweat bottoms laying in the laundry room cloths hamper. SA MILLER photographed this item in place and then packaged and sealed this as item number four (4).

MONTGOMERY then explained he purchased a hunting knife for his wife and it was in a storage room within the house. MONTGOMERY voluntarily showed the investigators the location of the knife. The knife was located in a storage room, in a drawer of a

Investigation on 12/20/2004 at MELVERN, KANSAS

# 7C-KC-88014 Date dictated 12/21/2004

by TFO Thomas Glor
SA Michael R. Miller:mrm

00179

MONTGOMERY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

bakers rack cabinet. SA MILLER photographed the knife in place and then packaged and sealed the knife as item number five (5).

MONTGOMERY advised he would remain available for further questioning in this matter. MONTGOMERY advised he could be most easily reached at cellular telephone numbers (785) 230-1471 and/or (785) 893-0009. SA MILLER provided MONTGOMERY with a receipt for items 1-5 as described herein.

The following is a list of photographs taken by SA MILLER during the collection of the following items:

| PHOTO NO. | DESCRIPTION |
|---|---|
| 1 | - photographic log |
| 2 | - dark gray sweat shirt, a light gray button down fleece, and a blue/white-stripped blouse |
| 3 | - dark gray sweat shirt |
| 4 | - light gray button down fleece |
| 5 | - blue/white stripped blouse |
| 6 | - dark gray sweat pants |
| 7 | - overall photo of bakers rack |
| 8 | - close up of a drawer in bakers rack |
| 9 | - close up of a knife in a drawer of bakers rack |
| 10 | - buck knife in a leather sheath |

SA MILLER sent the original photographic log, evidence recovery log, and receipt for property received to the 1A portion of this report. Investigators exited the MONTGOMERY home at approximately 8:00 p.m.