# STATE OF OKLAHOMA
# CERTIFICATE OF DEATH

LOCAL FILE NUMBER — STATE FILE NUMBER 021013

1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix): LORI DIANE BLALOCK
2. SEX: F
3. SOCIAL SECURITY NUMBER: [redacted]
4. EVER IN US ARMED FORCES? ☐ Yes ☒ No

5a. AGE - Last Birthday (years): 36
5b. Under 1 Year: Months, Days
5c. Under 1 Day: Hours, Minutes
6. DATE OF BIRTH: [redacted]
7. BIRTHPLACE (City and State, or Foreign Country): OKLAHOMA CITY, OKLAHOMA

8a. RESIDENCE-State: TEXAS
8b. RESIDENCE-County: BRAZORIA
8c. RESIDENCE-City or Town: WEST COLUMBIA
8d. RESIDENCE-Zip Code: 77486
8e. RESIDENCE-Inside City Limits: ☒ Yes ☐ No
8f. RESIDENCE-Street and Number: [redacted]
8g. RESIDENCE-Apartment Number:

9. MARITAL STATUS AT TIME OF DEATH: ☐ Married ☐ Never Married ☐ Widowed ☒ Divorced ☐ Married, but separated ☐ Unknown
10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage): NONE

11. FATHER'S NAME (First, Middle, Last): PHIL KIME
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last): KAREN K. NEDBALEK

13. DECEDENT OF HISPANIC ORIGIN? (Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if the decedent is not Spanish/Hispanic/Latino)
☒ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino (specify)

14. DECEDENT'S RACE (Check one or more races to indicate what the decedent considered himself or herself to be)
☒ White
☐ Black or African American
☐ American Indian or Alaska Native (Name of enrolled or principal tribe)
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian (specify)
☐ Pacific Islander (specify)
☐ Other (specify)

15. DECEDENT'S EDUCATION (Check the box that best describes the highest degree or level of school completed at the time of death)
☐ 8th grade or less
☒ 9th-12th grade, no diploma
☐ High school graduate or GED completed
☐ Some college credit, but no degree
☐ Associate degree (e.g. AA, AS)
☐ Bachelor's degree (e.g. BA, AB, BS)
☐ Master's degree (e.g. MEd, MA, MEng, MSW, MBA)
☐ Doctorate or Professional Degree (e.g. PhD, EdD or MD, JD, etc.)

16. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life.) DO NOT USE RETIRED: SECRETARY
17. KIND OF BUSINESS/INDUSTRY: AUTO FINANCE

18a. INFORMANT'S NAME: MR. RICK KIME
18b. RELATIONSHIP TO DECEDENT: BROTHER
18c. MAILING ADDRESS (Street and Number, City, State, Zip Code): [redacted]

19. METHOD OF DISPOSITION: ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal From State ☐ Other (specify)
20. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): MEMORY GARDENS CEMETERY
21. LOCATION: City, Town and State: McALESTER, OKLAHOMA

22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY: [redacted]
23. SIGNATURE OF FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH: [signature]
24. FH ESTABLISHMENT LICENSE #: 1159

To be completed by the Funeral Home

25. PLACE OF DEATH (Check only one; see instructions)
IF DEATH OCCURRED IN A HOSPITAL: ☑ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival
IF DEATH OCCURRED OTHER THAN IN A HOSPITAL: ☐ Hospice ☐ Nursing Home or Long Term Care Facility ☐ Decedent's Home ☐ Other (Specify)

26. FACILITY NAME (If not institution, give street & number): ST. JOHN MEDICAL CTR
27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH: TULSA, OKLAHOMA 74104
28. COUNTY OF DEATH: TULSA

29. DATE OF DEATH (Mo/Day/Yr): 07/29/2004
30. TIME OF DEATH: 15:32
31. WAS MEDICAL EXAMINER CONTACTED? ☑ Yes ☐ No
32. WAS AN AUTOPSY PERFORMED? ☐ Yes ☑ No
33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? ☐ Yes ☐ No

CAUSE OF DEATH (See Instructions and Examples)

34. PART I. Enter the chain of events- diseases, injuries, or complications- that directly caused the death. DO NOT enter terminal events such as cardiac arrest or respiratory arrest, ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | | Cause | Approximate interval: Onset to death |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | BLUNT HEAD TRAUMA | Undetermined |
| | | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to immediate cause listed on line a. | b. | | |
| | | Due to (or as a consequence of): | |
| Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST | c. | | |
| | | Due to (or as a consequence of): | |
| 0413346 | d. | | |

35. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

36. MANNER OF DEATH: ☐ Natural ☐ Homicide ☑ Accident ☐ Suicide ☐ Pending Investigation ☐ Could not be determined
37. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year
38. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☑ No

39. DATE OF INJURY (Mo/Day/Yr): 07/21/2004
40. TIME OF INJURY: 19:46
41. PLACE OF INJURY (e.g. Decedent's home, construction site, wooded area): ROADWAY
42. DESCRIBE HOW INJURY OCCURRED: MOTORCYCLE ACCIDENT
43. INJURY AT WORK: ☐ Yes ☑ No

44. LOCATION OF INJURY: State: City or Town: TULSA Zip Code:
Street & Number: HWY 200 EAST OF I-244 WB Apartment Number:
45. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☑ Passenger ☐ Pedestrian ☐ Other (specify)

46. CERTIFIER (Check only one):
☐ ATTENDING PHYSICIAN: ☐ Physician in charge of the patient's care ☐ Physician in attendance at time of death only. To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.
☑ MEDICAL EXAMINER: On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.
Signature of Certifier: [signature]

47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 34): ANDREW SIBLEY M.D., 1115 W. 17th St. TULSA, OK 74107
48. LICENSE NUMBER: 21778
49. DATE CERTIFIED (Mo/Day/Yr): 07/30/2004

To be completed by the Attending Physician or Medical Examiner

50. REGISTRAR'S SIGNATURE (Local): [signature]
51. DATE RECEIVED BY LOCAL REGISTRAR: AUG 4 2004
52. DATE RECEIVED BY STATE REGISTRAR (Mo/Day/Yr): AUG 2 7 2004

2004 REVISION — VS 154 (1-04)

January 4, 2006

Case 4:12-cv-00001-GAF Document 164-24 Filed 09/03/15 Page 1 of 1