**DECLARATION OF JENNY HAYS**

I, Jenny Hays, declare as follows:

1. I became friends with Lisa Montgomery in 2001 after she began working with me at the Casey's General Store in Lyndon, Kansas. I worked at the store for a year to a year and a half before Lisa was hired. She was hired to work in the kitchen while I worked the main floor and the cash register. Lisa was working there when I was promoted to assistant manager. All anyone had to do to get hired at Casey's was to fill out the application and be interviewed. Our manager, Cheryl Fine, did the hiring. I might have sat in on the interview with Cheryl when Lisa was interviewed or it may have been when Lisa's sister Patty applied to work Casey's sometime before Lisa was hired.

2. I was born, in 1977, and raised in Melvern, Kansas, but I did not know Lisa before she began working at Casey's. Lisa lived out on a farm in Melvern with her husband, Kevin Montgomery, and her four children, three daughters and a son, from her first marriage. Her daughters were Desiree, Chelsea, and Kayla. Her son was a junior and called "CJ." Her children were much older than my children. The oldest of my four children was born in 1993 and my youngest was born in 2000.

3. Although Lisa was about ten years older than me, we became friends because she was nice and we had some things in common. We both liked to make crafts and loved animals, dogs specifically. She taught me how to use her embroidering machine to help me make my crafts and sew the names of my children in blankets that I had. She was going to teach me how to make soap as she did. I trusted her. Lisa and her oldest daughter, Desiree, used to watch my children at my home and at her home. We lived about three miles or about fifteen minutes away from each other. Lisa liked to cook pancakes, cutting them into shapes of animals, for her children and mine.

4. Lisa and Kevin rented a two-story house on a farm. When you entered there home, you walked into their living room that they used as the dining room. They had a small kitchen next to it. When she worked on her crafts, she put her sewing machine on their dining

JH

room table. There were three bedrooms and a bathroom downstairs also. The daughters had their rooms downstairs and Kevin and Lisa's room was downstairs and you entered it through the bathroom. Her son's bedroom was upstairs along with the bedroom she used as her office where she kept her computer. The owner of the house had a room upstairs that was locked that he used for storage of his things. They had two barns outside. One was used as a garage and I am not sure what was in the other one.

5. Lisa loved animals. She had three dogs, rat terriers, which she talked about all of the time. Two of the dogs lived in the house with them. One of those was her daughter Kayla's. The other dog lived outside along with the other animals that Lisa raised. Lisa had goats, chickens, and rabbits outside. There seemed to be rabbit huts everywhere outside. Besides raising the chickens for eggs, I am not sure what the other animals were raised for besides being pets. I do not believe they ever ate them for food. Lisa was not going to get rid of her animals for anyone or for any reason.

6. Lisa also had a garden outside. She saved seeds for her garden and got permission from the farmer who grew corn on the property next door to get the seeds from the ground after he plowed his crops so she could grow some corn for her family the next year. Lisa tried to find ways to save money, which was why she had the garden and made her own soap out of lye.

7. Working in the kitchen at Casey's, Lisa made seven dollars or $7.50 an hour. As an assistant manager, I only made eight dollars an hour. We were required to wear red, white, or black polo styled shirts and tan pants. The shirts had the Casey's logo on them and we had to buy the shirts from Casey's. We ordered them from the company when we started working at the store. If we did not have one of the Casey's shirts, we could wear a white polo shirt. Lisa had to wear a hairnet in the kitchen. We were also supposed to wear a visor, but no one did and we did not enforce the rule when I was working there.

JH

8. I worked forty hours a week and Lisa worked at least thirty hours a week. We worked together every other weekend, Saturday and Sunday, and on Thursdays. We worked from five in the morning to two in the afternoon. I sometime worked nights from two in the afternoon to when we closed at ten at night.

9. On the days we worked together, Lisa and I had to be at the store at five in the morning to prepare it for when the store opened at six in the morning. This meant we were often at the store around 4:30 in the morning. As the assistant manager, I opened and closed the store, helped manage the accounting books, and helped out throughout the store when needed. Lisa had to be there in the morning because she worked in the kitchen and it was her job to make the donuts and pizzas. The donuts had to be ready by the time we opened the store and some food needed to be in the warmer. As the only worker in the kitchen, Lisa made the food, stocked the cooler, filled the ice and changed the soda in the fountain machine. She made breakfast and lunch. She had a fifteen-minute break between the services when she was off the clock.

10. For the few years we knew each other, Lisa and I were together a lot outside of work until Lisa began working two additional jobs in 2004. In 2004, besides working at Casey's, she got a job at Greyhound in Topeka, Kansas and at a Wendy's on U.S. Highway 75 between Burlington, Kansas and Olivet, Kansas. She had too busy of a schedule for me to see her regularly. I saw her only once or twice a week outside of Casey's. She still stopped by the store often to talk and buy a soda on her way to one of her jobs.

11. Lisa was constantly talking. If you knew Lisa, you knew she liked to talk. She talked 24/7. Lisa told the same stories over and over again. It was usually about her rat terriers or her children. It did not matter how many times she had told others or me the stories before she had to tell them again. She told the stories again as if it was new and I had not heard them. I did not have the heart to stop her and tell her that I had heard the story before because I knew it was just who Lisa was. She was going to say what she wanted to say.

JH

12. Lisa even talked a lot to the costumers who came into Casey's. Many were regulars who knew Lisa or got to know her. She often came out of the kitchen and followed them around the store talking to them. Some of the costumers complained about her talking to them so much. Our manager, Cheryl, talked to Lisa about the complaints but Lisa could not stop herself from talking to the costumers. Lisa did not know how to read the expressions on people's faces when they were not interested in her stories.

13. When Lisa was not talking about her dogs, she often complained about her family, especially her brother Tommy who she had a restraining order against. He had threatened Lisa with a knife for some reason. Tommy was not allowed to come into Casey's when Lisa was working.

14. Although Tommy was often in trouble with the law, Lisa talked about him being favored by their mother over her. I met Lisa's mother once or twice, possibly at a school program, but did not get to know her. I heard enough from Lisa to know that she did not get along well with her family beyond her children. I never heard or saw her children fighting with her or each other.

JH 15. Lisa got along well with everybody who worked at Casey's with us. She was friends with two coworkers, Cheryl and ~~two of our other coworkers,~~ Ila, and a regular customer, Bud. Ila and Cheryl spent time with Lisa outside of work as I did.

16. Lisa and I often hung out together on the days we did not work at Casey's. She still got up early in the morning and came to my house around five to help me get my children ready for school. Lisa's children were old enough to get ready on their own. Once my children were off, Lisa and I drank our coffee and began working on our crafts while talking. We spent many mornings doing this until one of us had to go.

17. On these days, Lisa normally had one cup of coffee before switching to her favorite soda, Pepsi, which she drank for the rest of the day. I drank coffee all day. We never ate together. I rarely saw Lisa eat anything. Although she cooked for my children, I did not eat

JH

her food. It was not because I thought she could not cook, because my children liked her food, but eating was just something we did not do together. If we did, it was usually at work when we may have bought something from our own store.

18. Lisa was always on the go and doing something. She was always working on something for the children for school or some craft she wanted to do. I am not sure how she found the time to do all of things she was doing and take care of her children and her pets. She even made time to go to dog shows. Although she smoked cigarettes, I thought working on her crafts was the way she relaxed. Once a craft was done, Lisa had to show it off and then she was on to her next thing.

19. I could tell Lisa was tired when she was moving slow, but she talked no matter how tired she was. During the time we were friends, Lisa complained of having headaches and I saw her once buying Excedrin or Tylenol at the store for it. Lisa was tired all of the time when she had three jobs. I do not know how she managed it.

20. Lisa seemed to be in a good mood all of the time. I could only tell she was not in a good mood when she was complaining. She complained about her ex-husband being a 'deadbeat dad' and not spending enough time with their children. Although I thought Kevin had a good job working with pipes somewhere, Lisa complained often about her and Kevin not having enough money, which was why she got her other two jobs. She complained about Kevin's children from his previous marriage not being able to do for themselves, as her children could, when they were over at Lisa's home. Kevin had his children over about every other weekend. No matter how much she had, Lisa did not mind having more children in her house.

21. Everyone knew Lisa wanted to have another child because she talked about it. When Lisa told me she was pregnant, she was happy and excited about it and so was Kevin. Her daughters began making clothes and preparing for the baby. There was not anything Lisa needed because she had everything you needed already for a baby. She told me that she had

JH

been pregnant and lost the baby sometime before I knew her and she had kept everything she had bought before. She had a crib, swing, high chair, changing table, diapers, clothes, baby wipes, bottles, and even formula. We drove around Topeka once looking in second hand stores for the swing or a baby walker. Lisa kept all of the things she had for the baby in her office upstairs. She planned on using it as the baby's room.

22. I thought Lisa was pregnant. She was not a fat person or real skinny, but she had a stomach when she said she was pregnant. I felt it when she said she was five or six months pregnant and I believed it.

23. Lisa wanted to have the baby at home to save money. She said she knew an EMT who lived down the road from them. She wanted Cheryl and me to help her deliver the baby because we all had a bunch of children and knew what to expect. I did not try to talk her out of it or express my feelings of not really wanting to be a part of it because I was going to wait and see when the time came. I was going to be there for my friend if she needed me.

24. I last saw Lisa on the night she brought the baby home. The night was a mess. She called me that evening saying that she had the baby in Topeka but could not get a hold of Kevin to come get her. She had tried calling him a couple of times. She called me after each time. The first time she called I could hear the baby crying in the background. She said the baby was crying because she did not have her milk yet to feed the baby. She finally got a hold of Kevin and was picked up from a Long John Silver's restaurant in Topeka. I went over to their home around nine or 9:30 that night to see them. I did not stay long because they were all tired and I was getting over a cold so I did not hold the baby. They all were happy and relieved.

25. I was shocked when my mother-in-law called me the next night or two nights later and told me the news of Lisa's arrest for murder and taking the baby because it was on the news. I could not believe it and never expected Lisa capable of doing anything like this. I ran into Kevin in a store about a year after Lisa's arrest and he looked to be doing as well as could

JH

be expected after such a crazy thing like this happening. Lisa was arrested in December of 2004, which happened to be my last month of working at Casey's. I quit because I had gotten a factory job.

26. I was questioned by many people, the FBI and others representing Lisa, after her arrest and before her trial. I did not like testifying at her trial because it made me nervous. I had not spoken to Lisa since that night at her house when she had the baby with her. If asked, I would have testified to this information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on Feb. ~~Fe~~ 12, 2013.

JENNY HAYS

JH