# REQUEST FOR LEAVE FORM

**INSTRUCTIONS: 1)** The employee will complete and forward three copies of this form to his or her immediate supervisor/manager. **2)** The immediate supervisor/manager will recommend approval of the absence with his or her signature and make any necessary remarks. (The supervisor/manager may call the Payroll Department to verify available time off.) **3)** The first copy will be sent to the Payroll Department to remain on file. The second copy will be filed by the immediate supervisor/manager. The third copy will be returned to the employee.

**LISA M MONTGOMERY**
Employee's Name (please print)

**11/17/2004**
Today's Date

**4TH & TOPEKA AVE LYNDON, KS 66451-0000**
Store Location or Department

**1339**
Store Number

**Reason for Absence** (check one)

Paid Leaves:

- ☐ Vacation (after 1 year of service)
- ☐ Scheduled Medical Leave
- ☐ Unscheduled Medical Leave
- ☐ Jury Duty
- ☐ Bereavement
- ☐ Discretionary (exempt employees)

Unpaid Leaves:

- ☐ Days without pay (nonexempt employees)
- ☐ Extended Leave of Absence
- ☐ Military Leave (National Guard/ Reserve Training
- ☒ Family and Medical Leave

Leave for **15.00** hours is requested from

(Date) **11/18/2004**, through (Date) **01/03/2005** for purposes checked above. (In the case of Unscheduled Medical Leave, these dates may have already passed.)

Remarks **MATERNITY**

Substitute Needed: _____ Yes **X** No _____ Number of Hours

Lisa Montgomery
Employee's Signature

Approved by: Cheryl Fine
Supervisor/Manager's Signature

| | | | | | |
|---|---|---|---|---|---|
| Vacation Time Available: | 0.00 | Hours | Medical Time Available: | 0.00 | Hours |
| Vacation Time Requested: | 0.00 | Hours | Medical Time Requested: | 0.00 | Hours |
| Vacation Time Remaining: | 0.00 | Hours | Medical Time Remaining: | 0.00 | Hours |

Send to Manager/Supervisor

Human Resources 12/15/99