OSCN THE OKLAHOMA STATE COURTS NETWORK www.oscn.net

Home | Courts | Court Dockets | Legal Research | Calendar | Help

DISCLAIMER: The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. § 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State Of Oklahoma,<br>Plaintiff,<br>v.<br>TEDDY J KLEINER,<br>Defendant. | **No. CM-1999-3081**<br>(Criminal Misdemeanor)<br>Filed: 10/08/1999<br>Closed: 11/07/2000<br><br>Judge: Unassigned |

## Parties

KLEINER, TEDDY J, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

## Attorneys

| Attorney | Represented Parties |
|---|---|

## Due Dates

| Docket Code | Original Due Date | Current Due Date | Description |
|---|---|---|---|

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| **Tuesday, November 23, 1999 at 10:00 AM**<br>JURY TRIAL SOUNDING DOCKET | | Traffic Court Judge (General) | |
| **Sunday, May 5, 2002 at 10:00 AM**<br>DEFERRED (DEF ) | KLEINER, TEDDY J | Traffic Court Judge (General) | |

## Counts

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.** Count as filed: DU4, UNLAWFUL POSSESSION OF MARIJUANA, in violation of 63 O.S. 63 2 402/B2
Date of Offense: 10/02/1999

| Defendant | Disposition Information |
|---|---|
| KLEINER, TEDDY J | **Disposed: DEFERRED , 11/07/2000.**<br>Disposed Count Code:DU4<br>Disposed Statute:63 O.S. 63 2 402/B2<br>Count as disposed:UNLAWFUL POSSESSION OF MARIJUANA |

**Count # 2.** Count as filed: RES, RESISTING AN OFFICER, in violation of 21 O.S. 0268 Date of Offense: 10/02/1999

| Defendant | Disposition Information |
|---|---|
| KLEINER, TEDDY J | **Disposed: DEFERRED , 11/07/2000. Guilty Plea.**<br>Disposed Count Code:RES<br>Disposed Statute:21 O.S. 0268 |

Count as disposed:RESISTING AN OFFICER

**Count # 3.** Count as filed: MALINJ, MALICIOUS INJURY TO PROPERTY, in violation of 21 O.S. 1760 Date of Offense: 10/02/1999

| Defendant | Disposition Information |
|---|---|
| KLEINER, TEDDY J | **Disposed: DISMISSED WITH COSTS , 11/07/2000. Dismissed with Costs.**<br>Disposed Count Code:MALINJ<br>Disposed Statute:21 O.S. 1760<br>Count as disposed:MALICIOUS INJURY TO PROPERTY |

## Citation Information

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 10/08/1999 | TEXT | - | KLEINER, TEDDY J | 18670590 | Oct 11 1999 12:00:00:000AM | - | $ 0.00 |
| | COUNT # 003 MALICIOUS INJURY TO PROPERTY | | | | | | |
| 10/08/1999 | INFOM | - | KLEINER, TEDDY J | 18670595 | Oct 11 1999 12:00:00:000AM | - | $ 0.00 |
| | INFORMATION UNLAWFUL POSSESSION OF MARIJUANA | | | | | | |
| 10/08/1999 | TEXT | - | KLEINER, TEDDY J | 18945433 | Oct 11 1999 12:00:00:000AM | Unrealized | $ 0.00 |
| | COUNT # 002 RESISTING AN OFFICER | | | | | | |
| 10/11/1999 | PR | - | KLEINER, TEDDY J | 39145970 | Apr 3 2000 2:19:42:250PM | Realized | $ 10.00 |
| | RECOGNIZANCE BOND FOR KLEINER, TEDDY J, POSTED 04/03/2000($ 10.00) | | | | | | |
| 10. .999 | CTARRJTS | - | KLEINER, TEDDY J | 23117625 | Dec 1 1999 9:02:51:000AM | - | $ 0.00 |
| | HASKINS KYLE : DEFENDANT PRESENT, AND REPRESENTED BY GERALD LOVOI. . ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. JURY TRIAL SOUNDING DOCKET SET FOR 11-23-99 10AM. . BOND TO REMAIN; . | | | | | | |
| 11/23/1999 | CTFREE | - | KLEINER, TEDDY J | 38888314 | Feb 17 2000 2:56:29:000PM | - | $ 0.00 |
| | JUDGE KYLE HASKINS: DEFENDANT NOT PRESENT, AND NOT REPRESENTED BY ATTORNEY. STATE REPRESENTED BY JIM PATTON. CASE PREVIOUSLY SET FOR JURY TRIAL SOUNDING. BENCH WARRANT ORDERED. ATTORNEY OR ORDERED FORFEITED. BOND SET IN THE AMOUNT OF $3,000.00 ON EACH COUNT. | | | | | | |
| 02/17/2000 | BWIFA | - | KLEINER, TEDDY J | 38888329 | Feb 17 2000 2:12:31:000PM | Realized | $ 30.00 |
| | BENCH WARRANT ISSUED FAILED TO APPEAR BOND $3,000 EACH COUNT.($ 30.00) | | | | | | |
| 05/02/2000 | RETRL | - | KLEINER, TEDDY J | 39295741 | May 3 2000 10:16:55:760AM | - | $ 0.00 |
| | RETURN RELEASE | | | | | | |
| 09/05/2000 | AFPCA | - | KLEINER, TEDDY J | 40028590 | Sep 7 2000 5:14:40:763PM | Unrealized | $ 0.00 |
| | AFFIDAVIT & FINDING OF PROBABLE CAUSE T.R.A.C.I.S. (ARRESTED) | | | | | | |
| 11/07/2000 | RETBW | - | KLEINER, TEDDY J | 40643298 | Nov 9 2000 10:37:07:523AM | Unrealized | $ 0.00 |
| | RETURN BENCH WARRANT | | | | | | |
| 1 )00 | DISPDECDM | 2 | KLEINER, TEDDY J | 42233596 | Jan 30 2001 4:33:36:577PM | - | $ 0.00 |
| 11/07/2000 | AFISA | 2 | KLEINER, TEDDY J | 42233597 | Jan 30 2001 4:33:36:590PM | Realized | $ 0.06 |

AFIS ADMINISTRATIVE FEE($ 0.06)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/07/2000 | CLEET | 2 | KLEINER, TEDDY J | 42233598 | Jan 30 2001 4:33:36:590PM | Realized | $ 6.92 |
| | C.L.E.E.T. PENALTY ASSESSMENT ($ 6.92) | | | | | | |
| 1'. _000 | CLEETA | 2 | KLEINER, TEDDY J | 42233599 | Jan 30 2001 4:33:36:590PM | Realized | $ 0.08 |
| | CLEET ADMINISTRATIVE FEE($ 0.08) | | | | | | |
| 11/07/2000 | AFIS | 2 | KLEINER, TEDDY J | 42233600 | Jan 30 2001 4:33:36:590PM | Realized | $ 2.94 |
| | C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS ($ 2.94) | | | | | | |
| 11/07/2000 | COSTM | 2 | KLEINER, TEDDY J | 42233601 | Jan 30 2001 4:33:36:590PM | Realized | $ 75.00 |
| | COURT COSTS ON MISDEMEANOR ($ 75.00) | | | | | | |
| 11/07/2000 | SSF | 2 | KLEINER, TEDDY J | 42233602 | Jan 30 2001 4:33:36:590PM | Realized | $ 5.00 |
| | SHERIFF'S SERVICE FEE ON ARRESTS ($ 5.00) | | | | | | |
| 11/07/2000 | PFE7 | 2 | KLEINER, TEDDY J | 42233603 | Jan 30 2001 4:33:36:590PM | Realized | $ 3.00 |
| | LAW LIBRARY FEE($ 3.00) | | | | | | |
| 11/07/2000 | VCA | 2 | KLEINER, TEDDY J | 42233604 | Jan 30 2001 4:33:36:637PM | Realized | $ 300.00 |
| | VICTIMS COMPENSATION ASSESSMENT (AC12)($ 300.00) | | | | | | |
| 11/07/2000 | CTFD | 2 | KLEINER, TEDDY J | 42233605 | Jan 30 2001 4:33:36:667PM | Realized | $ 200.00 |
| | COURT FUND ASSESSMENT <..ENTER AMOUNT..>($ 200.00) | | | | | | |
| 11/07/2000 | DISPCDM | 3 | KLEINER, TEDDY J | 42233606 | Jan 30 2001 4:33:36:730PM | - | $ 0.00 |
| 11/07/2000 | SSF | 3 | KLEINER, TEDDY J | 42233607 | Jan 30 2001 4:33:36:747PM | Realized | $ 5.00 |
| | SHERIFF'S SERVICE FEE ON ARRESTS ($ 5.00) | | | | | | |
| 11/07/2000 | PFE7 | 3 | KLEINER, TEDDY J | 42233608 | Jan 30 2001 4:33:36:747PM | Realized | $ 3.00 |
| | LAW LIBRARY FEE($ 3.00) | | | | | | |
| 11/07/2000 | COSTM | 3 | KLEINER, TEDDY J | 42233609 | Jan 30 2001 4:33:36:747PM | Realized | $ 75.00 |
| | COURT COSTS ON MISDEMEANOR ($ 75.00) | | | | | | |
| 11/07/2000 | DISPDECDM | 1 | KLEINER, TEDDY J | 42233610 | Jan 30 2001 4:33:36:823PM | - | $ 0.00 |
| | MILLIE OTEY: DEFT PRESENT, IN CUSTODY, REP BY GERALD LOVOI, STATE REP BY CHRISTY HIDY, DEFT ENTERS A PLEA OF GUILTY, CT 1 WITHHOLDS A FINDING OF GUILTY AND DEFERS FOR 18 MONTHS 5-5-2002 10 AM. $300 VCA, $200 COURT FUND, $100 MHF, 56 HRS, PLUS COSTS. CT 2 18 MONTHS DEFER, $300 VCA, $200 COURT FUND, PLUS COSTS, CT 3 DISMISSED COST TO DEFT. REL ISSUED. ORDER OF PROBATION ISSUED. | | | | | | |
| 11/07/2000 | AFISA | 1 | KLEINER, TEDDY J | 42233611 | Jan 30 2001 4:33:36:823PM | Realized | $ 0.06 |
| | AFIS ADMINISTRATIVE FEE($ 0.06) | | | | | | |
| 11/07/2000 | CLEET | 1 | KLEINER, TEDDY J | 42233612 | Jan 30 2001 4:33:36:823PM | Realized | $ 6.92 |
| | C.L.E.E.T. PENALTY ASSESSMENT ($ 6.92) | | | | | | |
| 1'. _000 | CLEETA | 1 | KLEINER, TEDDY J | 42233613 | Jan 30 2001 4:33:36:823PM | Realized | $ 0.08 |
| | CLEET ADMINISTRATIVE FEE($ 0.08) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/07/2000 | AFIS | 1 | KLEINER, TEDDY J | 42233614 | Jan 30 2001 4:33:36:823PM | Realized | $ 2.94 |
| | C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS ($ 2.94) | | | | | | |
| 11/07/2000 | COSTM | 1 | KLEINER, TEDDY J | 42233615 | Jan 30 2001 4:33:36:823PM | Realized | $ 75.00 |
| | COURT COSTS ON MISDEMEANOR ($ 75.00) | | | | | | |
| 11/07/2000 | SSF | 1 | KLEINER, TEDDY J | 42233616 | Jan 30 2001 4:33:36:823PM | Realized | $ 5.00 |
| | SHERIFF'S SERVICE FEE ON ARRESTS ($ 5.00) | | | | | | |
| 11/07/2000 | PFE7 | 1 | KLEINER, TEDDY J | 42233617 | Jan 30 2001 4:33:36:823PM | Realized | $ 3.00 |
| | LAW LIBRARY FEE($ 3.00) | | | | | | |
| 11/07/2000 | VCA | 1 | KLEINER, TEDDY J | 42233618 | Jan 30 2001 4:33:36:857PM | Realized | $ 300.00 |
| | VICTIMS COMPENSATION ASSESSMENT (AC12)($ 300.00) | | | | | | |
| 11/07/2000 | CTFD | 1 | KLEINER, TEDDY J | 42233619 | Jan 30 2001 4:33:36:857PM | Realized | $ 200.00 |
| | COURT FUND ASSESSMENT <..ENTER AMOUNT..>($ 200.00) | | | | | | |
| 11/07/2000 | DRUG | 1 | KLEINER, TEDDY J | 42233620 | Jan 30 2001 4:33:36:857PM | Realized | $ 98.00 |
| | DRUG ABUSE EDUCATION/TREATMENT FEE (MENTAL HEALTH)($ 98.00) | | | | | | |
| 11/07/2000 | DRUGA | 1 | KLEINER, TEDDY J | 42233621 | Jan 30 2001 4:33:36:870PM | Realized | $ 2.00 |
| | DRUG ABUSE EDUCATION TREATMENT ADMINISTRATIVE FEE($ 2.00) | | | | | | |
| 11/08/2000 | REST | - | KLEINER, TEDDY J | 40659075 | Nov 13 2000 4:20:21:533PM | Unrealized | $ 0.00 |
| | RESTITUTION SCHEDULE | | | | | | |
| 1' )00 | FFAP | - | KLEINER, TEDDY J | 40659088 | Nov 13 2000 4:21:30:297PM | Unrealized | $ 0.00 |
| | FINDINGS OF FACT - ACCEPTANCE OF PLEA | | | | | | |
| 11/09/2000 | PPA | - | KLEINER, TEDDY J | 40643044 | Nov 9 2000 10:23:39:957AM | Unrealized | $ 0.00 |
| | COST ADMINISTRATION PAYMENT PLAN AGREEMENT (EXEUCTED ON 11-9-00) $150 PER MONTH BEGINNING ON 12-9-00 AND $150 IS DUE ON THE 9TH DAY OF EACH MONTH WITH A BALANCE OF $720 BEING DUE ON 6-9-01. DEFT IS TO APPEAR FOR COST REVIEW ON 6-9-01. | | | | | | |
| 1/09/2000 | MWPA | - | KLEINER, TEDDY J | 40668097 | Nov 14 2000 2:50:19:730PM | Unrealized | $ 0.00 |
| | T.C.M.W.P. APPLICATION/INFORMATION - PART OF SENTENCE | | | | | | |
| 1/09/2000 | MWPR | - | KLEINER, TEDDY J | 40668102 | Nov 14 2000 2:50:35:370PM | Unrealized | $ 0.00 |
| | T.C.M.W.P. RULES OF PROBATION - PART OF SENTENCE | | | | | | |
| /13/2000 | RULE8 | - | KLEINER, TEDDY J | 40683538 | Nov 16 2000 10:54:38:207AM | Unrealized | $ 0.00 |
| | ORDER OF THE COURT - RULE 8 HEARING | | | | | | |
| /17/2000 | RETRL | - | KLEINER, TEDDY J | 41212332 | Nov 20 2000 3:34:41:853PM | Unrealized | $ 0.00 |
| | RETURN RELEASE | | | | | | |
| /17/2001 | O | 1 | KLEINER, TEDDY J | 43053447 | Apr 18 2001 1:05:41:013PM | Unrealized | $ 0.00 |
| | ORDER OF DEFERRED SENTENCE | | | | | | |
| 001 | O | 2 | KLEINER, TEDDY J | 43053449 | Apr 18 2001 1:06:10:340PM | Unrealized | $ 0.00 |
| | ORDER OF DEFERRED SENTENCE | | | | | | |
| 17/2001 | MWPN | - | KLEINER, TEDDY J | 44034376 | Aug 21 2001 2:50:56:553PM | Unrealized | $ 0.00 |

T.C.M.W.P. NOTICE NON-COMPLETION - PART OF SENTENCE 0/56

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/24/2003 | CTFREE | - | KLEINER, TEDDY J | 49522609 | Oct 24 2003 2:34:36:183PM | Unrealized | $ 0.00 |
| | OTEY, MILLIE FOR CRUTCHFIELD, DARLENE; DEFENDANT PRESENT AND REPRESENTED BY GERALD LOVOI. STATE REPRESENTED BY CHRISTIE HIDY. CASE CALLED FOR DEFERRED REVIEW. DEFENDANT FAILS TO PRESENT. BOTH COUNTS DISMISSED. EXPUNGEMENT DENIED. | | | | | | |
| 12/17/2003 | CTRS | - | | 49981442 | Dec 17 2003 6:54:18:783AM | - | $ 0.00 |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | | | | | |
| 10/27/2004 | CTRS | - | | 53599548 | Feb 8 2005 5:21:42:843PM | - | $ 0.00 |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | | | | | |

Report Generated by The Oklahoma Supreme Court Network at March 24, 2005 16:51:39.

End of Transmission.