EVALU. ON AND CLASSIFICATION REPORT (FACILITY)

Date 1/21/2004
KDOC#

Commitment Name (Last, First, Middle, Suffix)
**KLEINER,TEDDY,J**

KDOC Number 0078859
KBI Number 11220936
FBI Number 873403LB3

Admission Date: **12/08/2003**

Date of Birth: **06/06/1974**
Race **White**
Sex **Male**
Height **5' 10"**
Weight **215**

Social Security Number **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**
Build **Heavy/Large/Overweight**
Complexion **Light**
Hair Color **Brown**
Eye Color: **Blue**

LSI ASSESSMENT

Date of Assessment **1/16/2004** Total Score **33**

| Criminal History | Education/ Employment | Financial | Family/ Marital | Accomodation |
|---|---|---|---|---|
| **04** | **06** | **02** | **02** | **02** |

| Leisure/ Recreation | Companions | Alcohol/Drug Problem | Emotional/ Personal | Attitude/ Oreintation |
|---|---|---|---|---|
| **02** | **04** | **05** | **02** | **04** |

MEDICAL EVALUATION

Class **1** **Smoker**

**Medical Issues**

ACADEMIC ACHIEVEMENT TESTING

Adult Basic Education Results (TABE)

Date Administered **12/11/2003**

| | | | | |
|---|---|---|---|---|
| Reading: | Scaled Score | **592** | Grade Equivalent | **107** |
| Math: | Scaled Score | | Grade Equivalent | |
| Language: | Scaled Score | | Grade Equivalent | |

GAMA - General Ability Measure for Adults

Date Administered **12/11/2003**
Estimated IQ Score **107**
Estimated IQ Range High **113** Low **99**
Classification **Average**

Last Grade Completed **11**
GED **No**

High School Diploma **No**

Educational Comments
GED PROGRAM RECOMMENDED

MILITARY SERVICE
Type of Service **Not Applicable**
Discharge Type

EMPLOYMENT HISTORY

| Inmate Usual Occupation | Length of Employment YY/MM |
|---|---|
| 1. 505 Horticulture | 10/00 |

Employment Potential· **Excellent**

Employment Potential Comments·
VOCATIONAL PROGRAM REQUESTED

VOCATIONAL SELF ASSESSMENT (Holland Self-Directed Search)

Interest Areas Based on Self Assessment

SUBSTANCE ABUSE/USE EVALUATION

**LSI Assessment Date: 01/16/2004 Alcohol Score: 05 Total Score: 33**

Prior Substance Abuse treatment· **Yes**
Type **Hospital Inpatient**
Date **03 00 2003**
Length of treatment **021** Days **000** Hours
Facility **SOS**
Address **Kansas City KS -**
Location **Community**

Three Worst Drugs
1 **None**

| Drug Use in last 12 Months | Frequency of use | Age 1st Use |
|---|---|---|
| Methamphetamine/Speed/Ice/Other Uppers | About Every Day | 14 |

Substance Abuse Comments

SEX OFFENDER EVALUATION
Not required for this Inmate

SOCIAL HISTORY
(The following social history is based largely upon information provided by the inmate )

Parents & Siblings

Type Brother Related Natural Living Sex Male DOB 04/06/1978
Name. KLEINER TOMMY LEE
Address 1673 E 249TH LYNDON KS 66451-0000
Type of Work Do Not Know
Alcohol Use Yes Use Level Unknown
Drug Use No
Felony Convictions No
Abused as a Child No
Abused By Inmate No
Personal Relationship Excellent Highest Level of Education Do Not Know

Type Father Related Natural Living Sex Male DOB 06/26/1933
Name KLEINER JACK GLENN
Address MANHATTEN KS 00000-0000
Type of Work Skilled Labor
Alcohol Use Yes Use Level Heavy
Drug Use No
Felony Convictions No
Abused as a Child Yes Physical and Verbal/Emotional
Abused By Inmate No
Court ordered Intervention for Domestic Violence against None
Personal Relationship Insuf Cont Highest Level of Education Do Not Know

Type Mother Related Natural Living Sex Female DOB 03/18/1947
Name SHOUGHNESSY JUDY
Address 1673 E. 249TH LYNDON KS 66451-0000
Type of Work Skilled Labor
Alcohol Use No
Drug Use No
Felony Convictions No
Abused as a Child No
Abused By Inmate No
Personal Relationship Excellent Highest Level of Education Do Not Know

Type Sister Related Natural Living Sex Female DOB 06/03/1970
Name BALDWIN PATTY RENEE
Address 301 ASH LYNDON KS 66451-0000
Type of Work Do Not Know
Alcohol Use No
Drug Use No
Felony Convictions No
Abused as a Child No

Abused By Inmate· No
Personal Relationship. Excellent  Highest Level of Education High School Graduate

Type Sister  Related Natural  Living  Sex Female DOB: 06/26/1975
Name LEONARD  JERRI  JO
Address  TOPEKA  KS 00000-0000
Type of Work Do Not Know
Alcohol Use No
Drug Use No
Felony Convictions· No
Abused as a Child No
Abused By Inmate No
Personal Relationship Good  Highest Level of Education High School Graduate

Type Sister  Related Natural  Living  Sex Female DOB 02/26/1964
Name MONTGOMERY  LISA
Address 32419 ADAMS RD.  MELVERN  KS 00000-0000
Type of Work Skilled Labor
Alcohol Use: No
Drug Use: No
Felony Convictions. No
Abused as a Child No
Abused By Inmate. No
Personal Relationship Good  Highest Level of Education High School Graduate

Spouse Information

Children Information

Type· Natural  Living  Sex Male  DOB 08/09/2002
Name KLEINER  JUSTIN  JO LEE
Address 1673 E 249TH  LYNDON  KS 66417-0000
Alcohol Use No
Drug Use No
Felony Convictions No
Abused by Inmate No
Abused By Spouse No
Personal Relationship Excellent

Social, Employment & School Information

The offender's position in his/her family was **Middle Child**
The offender was raised by **Natural Mother**
The offender's family primarily lived in a/an **Many Different Places**
and under the age of 18 **Moved Several Times**

Main Source of offender's family income was **Both Parents Job**
Family income class while growing up **Middle Class**
The age offender began full-time work **16-17**

Offender's most recent employment status was **Employed**
Offender's primary source of income at time of arrest **No Lawful Means Of Support**

Family relationships between ages 5 - 16 **Unsupportive**
Friendships between ages 5 - 16 **Many Friendships**
Experiences between ages 5 - 16 **Rarely In Trouble**

Friendships past age 16 **Had No Friends**
Experiences past age 16 **Rarely In Trouble**

Grades in K - 8 **Average Grades**
Feelings toward school in K - 8 **Enjoyed School**
Relationships w/ teachers in K - 8 **Good With All Your Teachers**
Disciplinary history in K - 8 **Does Not Apply**
Attendance in K - 8 **Does Not Apply**

Grades in high school **Poor Grades**
Feelings toward high school **Neither Liked/Disliked**
Relationships w/ teachers in high school **Poor With Most Of Your Teachers**
Disciplinary history in high school **Does Not Apply**
Attendance in high school **Frequent Un-Excused Absences**
Level of high school completion **Did Not Complete Because Of Disinterest**

Intake Impressions

Inmate Kleiner is a 29 year old serving his first incarceration in KDOC During the interview he showed little to no remorse for his crime He places blame on the juveniles that "ratted him out" He claims that some juveniles broke into his house and told the police that he had a methamphetamine lab so that they could get out breaking into his house He did not take any kind of acceptance to the crime he was charged with. He would only state that he had methamphetamine in his house When asked if that was all he had then why was he charged and convicted of manufacturing, he would not supply an answer He did admit to drug use for approximately fifteen years.

PSCHOPATHY (P-SCAN RESULTS)

Further assessment for Pschopathy

INMATE'S VERSION OF THE CRIME

Inmate Kleiner wrote, "Manufactured mehamphetamines fo personal use Some kids broke into house seen my so called lab Ratted me off to get out of trouble "(sic)

PSYCHOLOGICAL EVALUATION

Previous mental health treatment **Yes**

Treatment Provider **Unknown Agency**
Address
**Tulsa** **OK**
Length of Treatment days months years
Place of Treatment **Outpatient**
Last Date of Treatment **00/00/1985**
Number of Treatment Episodes **1**
Reasons for Counseling
Reports that he went to counseling in about 5th grade (1984 or 1985) for behavior problem

Individual Counseling

Treatment Provider **Franklin County Jail**
Address.
**Ottawa** **KS**
Length of Treatment days months years
Place of Treatment **Outpatient**
Last Date of Treatment **00/00/2003**
Number of Treatment Episodes **1**
Reasons for Counseling.
Received medication while in county jail

Type of Admission **Voluntary**
Type of Treatment·
**Medication**

Inmate Previously on psychotropic Medication **Yes**
Inmate Currently on psychotropic Medication **No**

Psychotropic Medication
Type of Medication **BENEDRYL (BY HISOTRY)**
Source **Prescriber Contact**
Type of Medication **GEODON (BY HISTORY)**
Source **Prescriber Contact**
Type of Medication **ZYPREXA (BY HISTORY)**
Source **Inmate**

Comments

Mr Kleiner arrived for the clinical interview appropriately groomed. He was cooperative and maintained good eye contact He was alert and appeared oriented to person, place, time and situation Speech was coherent with no pressure or articulation problems noted Affect was appropriately variable Mood was neither significantly depressed nor euphoric Thoughts were logical and goal-directed with no abnormality of thought There was no indication of hallucinatory activity and such was denied There were no current suicidal/ homicidal issues identified
Christine Collins-Thoman, LCP

Date of completion of psychological assessment **12/17/2003**

Evaluator's comments

Mr Kleiner was administered the Millon Clinical Multiaxial Inventory, third edition (MCMI-III), the General Ability Measure for Adults (GAMA) and the Level of Service Inventory, Revised (LSI-R) In addition, he completed a substance use history questionnaire and a file review and clinical interview were conducted The MCMI-III is a clinically based instrument used to assess psychological functioning The corrections version of the instrument was used to assess Mr Kleiner's possible functioning during his incarceration The resulting profile produced by Mr Kleiner appeared valid His profile is suggestive of an effort to present a socially acceptable appearance His profile is consistent with an individual who is likely to be conforming There is indication that self-doubts and low self-esteem may result in social withdrawal

The GAMA uses abstract geometrically designed questions to estimate mental funcitoning Mr Kleiner's score of 107 places him in the Average range of cognitive functioning on this measure There is a 90% chance that his true GAMA score falls between 99 (Average) and 113 (High Average).

The LSI-R is an instrument used to identify possible risk and need areas of adults in an offender population Mr Kleiner's resulting LSI-R (Total = 33) indicated concerns in the areas of Accommodation and Companions and significant concerns in the areas of Financial, Leisure/Recreation and Attitudes/Orientation
Christine Collins-Thoman, LCP

Clinical impressions

Records show that Mr Kleiner is currently incarcerated on a 72 month sentence for Manufacture of Methamphetamine and Possession of Methamphetamine. The possession offense had a 13 month sentence that is running concurrent to the 72 months His criminal history includes unlawful possession of marijuana and resisting an officer in May 2002 and driving while suspended in August 1999, all in OK He has incomplete probation there He denies arrests under the age of 16. He was involved with California Youth Authority at the age of 16 for shooting his sister's car with a BB gun, by his report He denies any escape from a correctional facility and there is no indication of past punishment for institutional misconduct

The educational history for this inmate includes formal schooling through grade 10 and quitting in grade 11. He reports being suspended while in school for fighting However, there is no official record to substantiate his report This inmate identifies being involved in tree trimming and working at a discount store in the year prior to July 2003 He reports that his longest period of employment was for five years working for a tree service He reported that he hurt his back being a night stocker at the discount store and that he was placed on medication He did not work after June 2003

In the year prior to July 2003, Mr Kleiner did experience some financial stress He also reported that he received food stamps for one month, but since he only received $37, he did not pursue that income further.

Mr. Kleiner reports that he had been involved with a female for the past 7-8 years and that she was about 16 when they first got together He reports that she was pregnant (not his child) and he determined he would take care of her He moved in with her and her family and her family was supportive of the relationship He was 20 or 21 at the time She had a son and the child was placed in the custody of the State of Oklahoma In 2000, she gave birth to their child, which was a daughter He reports that Oklahoma authorities also took this child into their custody and the child has been adopted out In August 2002, he and his significant other had a son. They came to Kansas to have the child to avoid him going into custody in Oklahoma However, the child is now in custody of Kansas SRS and

Mr Kleiner's mother is trying to adopt the child Mr Kleiner indicates that his relationship with his significant other is over and he appears to view his current single status as satisfactory Mr Kleiner reported that he was in the 5th grade when his parents divorced His parents had both been married before and he has two half-sisters from mother's first marriage and 3 half-sisters and two half-brothers from dad's first marriage He also has a younger sister and a younger brother He reports his mother has been married a total of five times Mr Kleiner reported that he ran away from home at the age of 16 and went to live with a half-sister that was a drug addict He does report criminal history in his family

In the year prior to July 2003, Mr Kleiner lived with various family members living with three different siblings, one of them for two periods He lived between Oklahoma and Kansas While one of the homes was in the country, two of the residences were indicated as being in high crime neighborhoods

In the year prior to July 2003, Mr Kliener was not participating in organized activity in the communities where he lived When asked about what he would do with his free time, he reported that he would be upset over loosing his child His son was placed in SRS custody in early 2003

Mr Kleiner is not considered to be a social isolate He reports that he really didn't have any friends In the absence of pro-social models in his support network of friends, his indicator for Companions on the LSI-R is of concern

This inmate does not identify any significat problems with alcohol He reports that when he was about 19-21 he drank. He reported smoking marijuana up until about 1 5 years ago His main ill illicit substance of concern is Methamphetamine He did go to treatment in February of 2003 and reports he maintained clean time up to June He reports relapse related to SRS telling him he was a drug addict and would never get his son After relapse he was using methamphetamine daily He admits to manufacturing but identifies it was primarily for use and for the use of those around him His reports indicate there was an addictive quality to the process of making the substance and watching the chemical reaction Mr Kleiner also reports that he used crack cocaine at the age of 16 and first used cocaine at the age of 20. He denies any use of those substances in the past 12 months He reports a family that used alcohol and reports his first use of that substance was at the age of 5

Mr Kleiner reported having sleep problems while in county jail He was placed on medication He continued to receive the medication after coming to prison but requested that it be discontinued in mid-December He is currently not on medication He is not reporting any significant symptoms at this time that are indicative of a major mood disorder, thought disorder or anxiety disorder He does report going to counseling for a behavior problem when he was in 5th grade He reports that this was in 1984 or 1985 He also reports that he

took wellbutrin in the past that was prescribed for his sister He reports that she gave it to him He took it for a couple months around August 2002, but discontinued He reports that his sister is BiPolar/Schizophrenic

The information gathered for this report does not support the need for referral for sex offender treatment for this inmate at this time There is no indication of need for referral for structured mental health follow up Mr Kleiner saw the psychiatrist in December and medications were discontinued There is indication of problems with substances (LSI-R Total = 33, Alcohol/Drug = 5) Mr Kleiner has had a period of reported abstinance from January to June 2003 and is now abstinant in a controlled environment He could benefit from additional reinforcement of substance abstinance This inmate would like to be considered for a vocational program He also would like to be considered for work relase, if/when he meets criteria, due to financial issues and child support related issues He would like to be considerd for placement at EDCF or Lansing due to proximity to family

Christine Collins-Thoman, LCP

Provisional Diagnosis (DSM IV)

**Axis I:** Amphetamine Dependence

METHAMPHETAMINE-IN A CONTROLLED ENVIRONMENT

**Axis II:** No Diagnosis on Axis II

**Axis III:** DEFERRED TO NURSING/MEDICAL

**Axis IV:** ISSUES RELATED TO INVOLVEMENT WITH LEGAL SERVICES
ISSUES IN PRIMARY SUPPORT NETWORK-SON IN STATE CUSTODY

**Axis V:** 45

Mental Health Classification

**Mental Disorder:**
None, exclusive of a primary substance abuse/dependence diagnosis

**Mental Health Treatment Need:**
Not currently requiring mental health

**Housing Considerations**
May be housed at any facility

**Employability**
No limitations on employment

**Functionality**
Capable of independent daily living

**Behavioral Characteristics associated w/ a Mental Disorder:**

Mental health classification Comments.

Referral for further evaluation and placement
**Does not indicate a need for further psychiatric or neurological evaluation.**

Other.

SUMMARY OF NEEDS

Pre-release
Complete Program? **Yes**

Work Release
Complete Program? **No**
Reasons for no Program

Academic Education
Complete Program? **Yes**

Substance Abuse
Primary Treatment
Complete Program? **Yes**

Therapeutic Community
Complete Program? **No**
Reasons for no Program

Sex Offender·
Complete Program? **No**
Reasons for no Program

Vocational·
Complete Program? **No**
Reasons for no Program

Special Education
Offender has Agreed to Special Education Evaluation **No**

Report Information Prepared By

| | | | |
|---|---|---|---|
| Part 1 | Personal Identification | 12/08/2003 | Emery,Angela |
| Part 2 | Inmate's version of the Crime | 12/09/2003 | Clark,Sarah |
| Part 4 | Inmate Emergency Notification | 12/08/2003 | Hendricks,Robert |
| Part 5 | Medical Evaluation | 12/09/2003 | Simon,Linda |
| Part 6 | Inmate's Social History | 12/09/2003 | Clark,Sarah |
| Part 7 | Employment History | 12/11/2003 | Blackburn,Sandra |
| Part 8 | Academic Education Evaluation | 12/11/2003 | Blackburn,Sandra |
| Part 9 | Vocational Education Evaluation | 12/11/2003 | Blackburn,Sandra |
| Part 10 | Substance Abuse Evaluation | 12/22/2003 | Bitler,Toni L |
| Part 11 | Sex Offender Evaluation | 01/16/2004 | Collins,Christine |
| Part 12 | Psychological Evaluation | 12/22/2003 | Bitler,Toni L |
| Part 13 | Psychiatric Evaluation | 00/00/0000 | |
| Part 14 | Psychopathy Testing (P-Scan) | 00/00/0000 | |

Recommendation Committee Members