Kevin,

I just want to apologize for being so moody lately. I don't know what's wrong and everytime you ask me, I don't know what to say. There is so much bothering me right now, it's hard to say it's any one thing. I hope that makes sense. I know I need to get another job. We both need for me to do that. And get a house to live in. I know I don't have any time left. I just don't want to take a job I'll end up hating just because I have to. But I guess I don't have a choice anymore do I? I know how you feel about it.

~~You shouldn't think you~~

I don't know if you realize I'm still considering letting 2 of the kids to stay with Carl. It's not that I don't want them, I do, but I know he will take care of them and they want to. I know they love me, but they love their dad too and to just take them all away from him because we don't agree on things is wrong. You know that. Trying to make the best decision here for them, not for me. They have to come first no matter how I feel. I don't really care what anyone else thinks about it - well I

ag 11/1/05

do, but I shouldn't. It's not anyone else's decision to make but mine and Carl's and we are trying to do the best we can for these kids despite our differences. If no one else agrees to that - it's their problem not mine. No one else is responsible for these kids. I know you are there to help me, but I'm still the one who's responsible for them.

Finding out about Sarah is hurting me too. I've tried all these years to forget about what happened and now I'm having to deal with these emotions too. I had thought all this time I had caused her death and to find out it was all a lie - everything I've gone through and felt was wrong. I have to keep telling myself that it was better this way - at least she is safe. What could I offer her now? I have to believe that she is being taken care of and is happy. Do I want to find her? A part of me does but an even bigger part of me says NO. What would I tell her? How I had her and why? I can't do that. It would only cause more problems & hurt for her & me both. Some day maybe we can sit down and talk about this. You can't imagine what I went through with her in the short time I had her. I know I still have dreams about her - maybe some day I can change that to good ones. Try to imagine her happy and growing up instead of what we went through then. that part of my life is nothing but a nightmare. I had thought that if I just tried hard enough - I could just forget about it and go ~~on~~ on, but I'm realizing that

it's just not that easy to do. I'm going to have to deal with it.

I'm not mad at your mom. It's hard for me to stay mad at anyone, even my own mother. Your mom has a right to feel the way she does. I just wish if she had a problem with me, that she would come to me with it instead of you. But I know that won't happen or she would have by now. She never even trys to talk to me about anything serious. I never really know how she feels about me and I'm tired of trying to guess. I don't even know how she felt about me being pregnant or what I did. She never says anything to me about it. It still hurts me about giving up those babies even if it was the best decision at the time. I know you don't want any more. I know you said you would reconsider it later, but deep down I know you won't. And I can't do it on purpose just to get what I want. So I have to accept right now that being with you means no more children for me. So giving up those babies hurts even more. that was my last chance to have another child and I gave that up. I'm not blaming you at all. It was my decision and I did what I thought

AG 11/11/05

was best at the time, it's just now

I'm having some regrets about it and trying to deal with the fact there won't be another time. I won't go through it again. I won't have another child that isn't wanted. I just have to accept the way you feel about it. You mean a lot to me, more than you know.

Chelsea asked me last night what was wrong. She's worried about us. I tried to explain that everything had changed for me over the last year - the way I was and the way I am now. She understood that. She's been around me more than you have, and she's always been a sensitive child. She loves you too. It's hard to explain to her that I feel so much more for you than I ever did her dad, but she knows and accepts that.

I keep telling myself this should be the happiest time of my ~~li~~ life - I'm in love with a great man and my kids love you too. things will work out if we just keep trying. After all we have been through this last year, we should be able to overcome any obstacles and make the most of our life together. I can't think of anything else I would want more than to be with you and all the kids and a future together.

Just be there for me. that's all I ask. And I will try harder to get over this. I don't want to lose you over all this turmoil. Please be patient with me. I'll get there. I PROMISE!

Yours forever
Lisa
Marie