1315 (18)

ENJAMIN D. SHERBER
ATTORNEY AT LAW
[redacted]

RETURN SERVICE REQUESTED

neopost
N046J81003422
$00.60⁰
06/08/2004
Mailed From 67801
00403037
US POSTAGE

66510+9234 01

Lisa M Montgomery
[redacted]

218654 IN THE DISTRICT COURT OF COFFEY COUNTY, KANSAS
CHAPTER61

FILED
JUN 18 57 AM '04
CLERK OF
DISTRICT COURT
COFFEY CO KANSAS

Coffey Health System dba
Coffey County Hospital

PLAINTIFF

CASE NO. 2004 LM 0108

vs.

DEFENDANT

Lisa M Montgomery

**JOURNAL ENTRY**

NOW, on this _____ day of May, 2004, the above captioned matter comes on for hearing. The Plaintiff appears by its attorney, Benjamin D. Sherber.

WHEREUPON, the Court, after reviewing the file and being fully and duly advised in the premises, finds:

1. That Defendant, Lisa M Montgomery, received personal service of summons on April 25, 2004 and that no answer has been filed nor appearance made and Defendant is in default.

2. That Defendant is indebted to Plaintiff in the amount of $402.15 after receiving credit for all payments made and Plaintiff is entitled to judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff have judgment against Defendant, Lisa M Montgomery, in the amount of $402.15 plus statutory prejudgment interest at the rate of 10 percent per annum from June 25, 2003, to the date of judgment and at the judgment rate thereafter until paid in full, plus the costs of this action, plus any additional costs.

/s/Jon Stephen Jones
JUDGE

APPROVED:

BENJAMIN D. SHERBER (20867)
BYRON G. LARSON (04557)
ATTORNEYS FOR PLAINTIFF
[redacted]

## CERTIFICATE OF MAILING

I, Benjamin D. Sherber, do hereby certify that I mailed a copy of the foregoing Journal Entry of Judgment to Lisa M Montgomery, [redacted], by placing same in the United States mail, postage prepaid, on May ______, 2004.

BENJAMIN D. SHERBER