# ACCOUNT HISTORY REPORT

FOR

5118: Kevin Montgomery

Beginning - End

**Current Account Aging:**

| | |
|---|---|
| Current | $0.00 |
| 30 Day | $0.00 |
| 60 Day | $0.00 |
| 90 Day | $0.00 |
| Contract | $0.00 |
| Balance Due | $0.00 |
| Estimated Ins | $0.00 |
| Balance Due Now | $0.00 |

| Date | Name | Provider | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 2/18/2002 | Lisa Montgomery | LKC | PM Note | Transferred to this account from an account with Lisa Montgomery | | | $0.00 |
| 2/18/2002 | Lisa Montgomery | 1 | Service | 00150 Initial Oral Exam Est Insurance $27.00 | $27.00 | | $27.00 |
| 2/18/2002 | Lisa Montgomery | 2 | Service | 00274 Four bitewing x-ray Est Insurance $27.00 | $27.00 | | $54.00 |
| 2/18/2002 | Lisa Montgomery | 2 | Service | 00330 Panoramic x-ray Est Insurance $71.00 | $71.00 | | $125.00 |
| 2/18/2002 | Lisa Montgomery | LKC | PM Note | Insurance Claim From Feb 18, 2002 was Submitted to Prim. | | | $125.00 |
| 3/4/2002 | Lisa Montgomery | | Prim Ins Pmt | Check: Number 107810 for claim from 02/18/02 | | $86.04 | $38.96 |
| 3/4/2002 | Lisa Montgomery | LKC | Modification | Service 00150 was modified; Aging Date of Service was changed from 2/18/2002 to 3/4/2002: | $0.00 | | $38.96 |
| 3/4/2002 | Lisa Montgomery | LKC | Modification | Service 00274 was modified; Aging Date of Service was changed from 2/18/2002 to 3/4/2002: | $0.00 | | $38.96 |
| 3/4/2002 | Lisa Montgomery | LKC | Modification | Service 00330 was modified; Aging Date of Service was changed from 2/18/2002 to 3/4/2002: | $0.00 | | $38.96 |
| 3/4/2002 | Lisa Montgomery | LKC | PM Note | Prim Insurance Claim From Feb 18, 2002 was closed. | | | $38.96 |
| 3/7/2002 | Lisa Montgomery | LKC | PM Note | Recall Processed on Postcard | | | $38.96 |
| 3/15/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Thank You for visiting our office. Please include your accout number on your check and make checks payable to Dr. James H. McMurray.' Included. | | | $38.96 |
| 3/29/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Thank You for visiting our office. Please include your accout number on your check and make checks payable to Dr. James H. McMurray.' Included. | | | $38.96 |
| **4/1/2002** | **Lisa Montgomery** | | **Acct Pmt** | **Check: Number 2064** | | **$38.96** | **($0.00)** |
| 4/1/2002 | Lisa Montgomery | 2 | Service | 04341 Perio Scale/Root Pla Tooth 9,16 Est Insurance $105.60 | $132.00 | | $132.00 |
| 4/1/2002 | Lisa Montgomery | 2 | Service | 04341 Perio Scale/Root Pla Tooth 17,24 Est Insurance $105.60 | $132.00 | | $264.00 |
| 4/1/2002 | Lisa Montgomery | LKC | PM Note | Insurance Claim From Apr 01, 2002 was Submitted to Prim. | | | $264.00 |
| 4/8/2002 | Lisa Montgomery | LKC | PM Note | Recall Processed on Laser Postcard | | | $264.00 |
| 4/8/2002 | Lisa Montgomery | LKC | PM Note | Recall Processed on Summary Report | | | $264.00 |
| 4/22/2002 | Lisa Montgomery | | Prim Ins Pmt | Check: Number 109192 for claim from 04/01/02 | | $170.91 | $93.09 |
| 4/22/2002 | Lisa Montgomery | LKC | Modification | Service 04341 was modified; Aging Date of Service was changed from 4/1/2002 to 4/22/2002: | $0.00 | | $93.09 |
| 4/22/2002 | Lisa Montgomery | LKC | Modification | Service 04341 was modified; Aging Date of Service was changed from 4/1/2002 to 4/22/2002: | $0.00 | | $93.09 |
| 4/22/2002 | Lisa Montgomery | LKC | PM Note | Prim Insurance Claim From Apr 01, 2002 was closed. | | | $93.09 |

# ACCOUNT HISTORY REPORT

FOR
5118: Kevin Montgomery
Beginning - End

| Date | Name | Provider | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 4/26/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Thank You for visiting our office. Please include your accout number on your check and make checks payable to Dr. James H. McMurray.' Included. | | | $93.09 |
| 5/2/2002 | Lisa Montgomery | 2 | Service | 04341 Perio Scale/Root Pla Tooth UR Est Insurance $105.60 | $132.00 | | $225.09 |
| 5/2/2002 | Lisa Montgomery | 2 | Service | 04341 Perio Scale/Root Pla Tooth LR Est Insurance $105.60 | $132.00 | | $357.09 |
| 5/2/2002 | Lisa Montgomery | | Acct Pmt | Check: Number 2089 | | $93.09 | $264.00 |
| 5/2/2002 | Lisa Montgomery | LKC | PM Note | Insurance Claim From May 02, 2002 was Submitted to Prim. | | | $264.00 |
| 5/20/2002 | Lisa Montgomery | | Prim Ins Pmt | Check: Number 109996 for claim from 05/02/02 | | $125.63 | $138.37 |
| 5/20/2002 | Lisa Montgomery | LKC | Modification | Service 04341 was modified; Aging Date of Service was changed from 5/2/2002 to 5/20/2002: | $0.00 | | $138.37 |
| 5/20/2002 | Lisa Montgomery | LKC | Modification | Service 04341 was modified; Aging Date of Service was changed from 5/2/2002 to 5/20/2002: | $0.00 | | $138.37 |
| 5/20/2002 | Lisa Montgomery | LKC | PM Note | Prim Insurance Claim From May 02, 2002 was closed. | | | $138.37 |
| 5/24/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Thank You for visiting our office. Please include your accout number on your check and make checks payable to Dr. James H. McMurray.' Included. | | | $138.37 |
| 6/3/2002 | Lisa Montgomery | | Acct Pmt | Check: Number 2099 | | $138.37 | $0.00 |
| 6/3/2002 | Lisa Montgomery | 1 | Service | 02331 Composite two Tooth 3 Surface OL Est Insurance $73.60 | $92.00 | | $92.00 |
| 6/3/2002 | Lisa Montgomery | 1 | Service | 02331 Composite two Tooth 4 Surface DO Est Insurance $73.60 | $92.00 | | $184.00 |
| 6/3/2002 | Lisa Montgomery | 1 | Service | 02330 Composite one Tooth 6 Surface M Est Insurance $51.20 | $64.00 | | $248.00 |
| 6/3/2002 | Lisa Montgomery | 1 | Service | 02332 Composite three Tooth 7 Surface DFL Est Insurance $84.00 | $105.00 | | $353.00 |
| 6/3/2002 | Lisa Montgomery | 1 | Service | 02331 Composite two Tooth 9 Surface MF Est Insurance $73.60 | $92.00 | | $445.00 |
| 6/3/2002 | Lisa Montgomery | 1 | Service | 02331 Composite two Tooth 30 Surface DO Est Insurance $73.60 | $92.00 | | $537.00 |
| 6/3/2002 | Lisa Montgomery | 1 | Service | 02332 Composite three Tooth 31 Surface MOL Est Insurance $23.00 | $105.00 | | $642.00 |
| 6/3/2002 | Lisa Montgomery | LKC | PM Note | Insurance Claim From Jun 03, 2002 was Submitted to Prim. | | | $642.00 |
| 6/10/2002 | Lisa Montgomery | | Acct Pmt | Cash | | $100.00 | $542.00 |
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02332 Composite three Tooth 9 Surface MFL | $105.00 | | $647.00 |
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02332 Composite three Tooth 10 Surface MFDL | $105.00 | | $752.00 |
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02330 Composite one Tooth 11 Surface F | $64.00 | | $816.00 |
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02331 Composite two Tooth 13 Surface DO | $92.00 | | $908.00 |
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02330 Composite one Tooth 15 Surface O | $64.00 | | $972.00 |
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02332 Composite three Tooth 18 Surface MOF | $105.00 | | $1,077.00 |

## ACCOUNT HISTORY REPORT

FOR

5118: Kevin Montgomery

Beginning - End

| Date | Name | Provider | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02331 Composite two Tooth 19 Surface DO | $92.00 | | $1,169.00 |
| 6/10/2002 | Lisa Montgomery | 1 | Service | 02330 Composite one Tooth 14 Surface O | $64.00 | | $1,233.00 |
| 6/10/2002 | Lisa Montgomery | LKC | PM Note | Insurance Claim From Jun 10, 2002 was Submitted to Prim. | | | $1,233.00 |
| 6/10/2002 | Lisa Montgomery | LKC | PM Note | Pre-Authorization From Jun 10, 2002 was Submitted to Prim. | | | $1,233.00 |
| 7/17/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is 30 days Overdue, Please Pay Promptly.All accounts recieve a min $2.00 billing charge after 30 days.' Included. | | | $1,233.00 |
| 8/16/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is 60 days Overdue, Please Pay Promptly.All accounts recieve a min $2.00 billing charge after 30 days.' Included. | | | $1,233.00 |
| 9/18/2002 | Kevin Montgomery | 1 | FinChg | Finance Charge | $11.71 | | $1,244.71 |
| 9/18/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,244.71 |
| 10/8/2002 | Lisa Montgomery | LKC | PM Note | Recall Processed on Laser Postcard | | | $1,244.71 |
| 10/8/2002 | Lisa Montgomery | LKC | PM Note | Recall Processed on Summary Report | | | $1,244.71 |
| 10/17/2002 | Lisa Montgomery | LKC | PM Note | Pre-Authorization From Jun 10, 2002 was Closed. | | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | | Prim Ins Pmt | Insurance denied: Not covered for claim from 06/03/02 | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02331 was modified; Aging Date of Service was changed from 6/3/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02331 was modified; Aging Date of Service was changed from 6/3/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02330 was modified; Aging Date of Service was changed from 6/3/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02332 was modified; Aging Date of Service was changed from 6/3/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02331 was modified; Aging Date of Service was changed from 6/3/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02331 was modified; Aging Date of Service was changed from 6/3/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02332 was modified; Aging Date of Service was changed from 6/3/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | PM Note | Prim Insurance Claim From Jun 03, 2002 was closed. | | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | | Prim Ins Pmt | Insurance denied: Not covered for claim from 06/10/02 | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02332 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |

# ACCOUNT HISTORY REPORT

FOR

5118: Kevin Montgomery

Beginning - End

| Date | Name | Provider | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02332 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02330 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02331 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02330 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02332 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02331 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | Modification | Service 02330 was modified; Aging Date of Service was changed from 6/10/2002 to 10/22/2002: | $0.00 | | $1,244.71 |
| 10/22/2002 | Lisa Montgomery | LKC | PM Note | Prim Insurance Claim From Jun 10, 2002 was closed. | | | $1,244.71 |
| 10/25/2002 | Kevin Montgomery | 1 | FinChg | Finance Charge | $11.71 | | $1,256.42 |
| 10/25/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,256.42 |
| 11/22/2002 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is 30 days Overdue, Please Pay Promptly.All accounts recieve a min $2.00 billing charge after 30 days.' Included. | | | $1,256.42 |
| 1/22/2003 | Lisa Montgomery | LKC | PM Note | Recall Processed on Summary Report | | | $1,256.42 |
| 1/28/2003 | Lisa Montgomery | LKC | PM Note | Recall Processed on Summary Report | | | $1,256.42 |
| 1/28/2003 | Kevin Montgomery | LKC | PM Note | Recall Processed on Summary Report | | | $1,256.42 |
| 2/7/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $18.85 | | $1,275.27 |
| 2/7/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,275.27 |
| 3/7/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $18.85 | | $1,294.12 |
| 3/7/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,294.12 |
| 4/4/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $18.85 | | $1,312.97 |
| 4/4/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,312.97 |
| 4/25/2003 | Lisa Montgomery | LKC | PM Note | Recall Processed on Laser Postcard | | | $1,312.97 |
| 5/2/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $18.85 | | $1,331.82 |

# ACCOUNT HISTORY REPORT

FOR

5118: Kevin Montgomery

Beginning - End

| Date | Name | Provider | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 4/4/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,312.97 |
| 4/25/2003 | Lisa Montgomery | LKC | PM Note | Recall Processed on Laser Postcard | | | $1,312.97 |
| 5/2/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $18.85 | | $1,331.82 |
| 5/2/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,331.82 |
| 5/30/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $19.13 | | $1,350.95 |
| 5/30/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,350.95 |
| 6/30/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $19.41 | | $1,370.36 |
| 6/30/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,370.36 |
| 7/28/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $19.69 | | $1,390.05 |
| 7/28/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,390.05 |
| 9/9/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $20.26 | | $1,410.31 |
| 9/9/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,410.31 |
| 10/10/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $20.56 | | $1,430.87 |
| 10/10/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,430.87 |
| 11/7/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $20.85 | | $1,451.72 |
| 11/7/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,451.72 |
| 12/19/2003 | Kevin Montgomery | 1 | FinChg | Finance Charge | $20.85 | | $1,472.57 |
| 12/19/2003 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,472.57 |
| 1/23/2004 | Kevin Montgomery | 1 | FinChg | Finance Charge | $21.46 | | $1,494.03 |

# ACCOUNT HISTORY REPORT

FOR

5118: Kevin Montgomery

Beginning - End

| Date | Name | Provider | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 1/23/2004 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,494.03 |
| 2/27/2004 | Kevin Montgomery | 1 | FinChg | Finance Charge | $21.78 | | $1,515.81 |
| 2/27/2004 | Kevin Montgomery | LKC | PM Note | Statement Processed With Message 'Your Account is Now 90 days Overdue, Finance charge of 1. 5 % , on all accounts over 90 day sPlease Pay Promptly to avoid your account being sent to collections.' Included. | | | $1,515.81 |
| 2/27/2004 | **Entire Account** | | **Write Off** | **Account Written Off** | | **$1,515.81** | ($0.00) |
| | | | | | $2,268.81 | $2,268.81 | $0.00 |



Case 4:12-cv-08001-GAF Document 165-2 Filed 09/03/15 Page 6 of 6