IN THE DISTRICT COURT OF OSAGE, KANSAS

Lisa Montgomery, Petitioner

Vs. Case Number: 2004-DM-000023

Judy Shaughnessy, Respondent

FILED
FEB 2 5 2004 2:35
CLERK OF THE DISTRICT COURT
OSAGE COUNTY, KANSAS

## ORDER OF DISMISSAL

On this date, Wednesday, February 25, 2004, this matter comes on for hearing.

(CHECK AS APPLICABLE)

__x___ The plaintiff ask the court to dismiss, and the Court finds that the above-entitled action should be and is hereby dismissed on plaintiff's motion without prejudice.

______ The plaintiff fails to appear either in person or by counsel, and the Court finds that the above-entitled action should be and is hereby dismissed.

______ The Court finds that the plaintiff has failed to prove the allegations of abuse by a preponderance of the evidence, and that the above-entitled action should be and is hereby dismissed.

Any temporary orders entered in this case are hereby vacated.

IT IS SO ORDERED.

JUDGE OF THE DISTRICT COURT