Newman Regional Health Emergency Department
Patient Discharge Sheet
Unit # M00100747

909
Date: 04/15/04 977

BOMAN,CHELSEA L
DOB: 07/09/88

Additional Instructions
DIAGNOSIS: VIRAL GASTROENTERITIS

ACTIVITY: AS TOLERATED

DIET: CLEAR LIQUIDS ONLY

MEDICATIONS: PHENERGAN 25 SUPPOSITORY ONE RECTALLY EVERY 4-6 HRS AS NEEDED FOR NAUSEA

OTHER INSTRUCTIONS:

CARE NOTES SENT: PHENERGAN AND VOMITTING INSTRUCTIONS

The exam/treatment you received today in the ED was given on an emergency basis and is not intended to be a substitute for a complete evaluation at your doctor's office. A follow-up visit with your personal doctor is important to complete medical care because it is often difficult to recognize and treat all elements of illness or injury during one visit.
PLEASE SCHEDULE A FOLLOW-UP APPOINTMENT WITH DR. TOVAR on 343-6800 IF NEEDED FOR FURTHER CARE

If you develop new or worsening symptoms, you should contact this doctor sooner or return to the Emergency Department for re-evaluation.

*Symptoms which you may experience which would indicate a need for immediate evaluation: UNCONTROLLED VOMITTING, DECREASED URINATION, INCREASED PAIN

TREATMENT RECEIVED IN THE ED:
Rad: NO Lab:YES
*If you had a culture during your visit today the final results will be available in 3 days. The results will be provided to your assigned follow-up physician. If the culture results indicate a need for a change in your medications, you will be notified.

Medications given in the ED: PHENERGAN SHOT
If you recieved pain medication in the ED, you should not drive or operate machinery for 12 hours.

*If you had an EKG or Xray during your visit, the exams were read by the ED physician. These studies will be reviewed by a specialist within 24 hours. If there is a difference in the reading, we will make every effort to contact you or your physician, using the information you provided to us.
I have read and understand these discharge instructions. I have received a printed copy of these instructions. I understand the need for follow-up care, and the need to return to the Emergency Department if my condition should worsen.

Patient Signature/Responsible Adult

Witness Lisa M Montgomery Date/Time 4-15-04 8:20pm