**WAVERLY MEDICAL CLINIC**

**BOMAN CHELSEA** **(785) 549-3549**

---

DATE OF SERVICE: 04/15/04

S: This patient is here at the request of her mother. The patient has voiced that she might be wanting to kill herself according to her mother. Child was found throwing up in the bathroom at school today by her older sister. According to the mother they have heard from friends and school friends that she has threatened to kill herself. There has been some family problems with the stepfather and her real father. Mother works outside the home and is not home a lot also.
O: Alert, 15-year-old female appears in no acute distress. Vitals normal. Examination is essentially normal. The patient does have tears at times when talking. The patient denies feeling bad in any way. Is having no problems at school or at home. She denies having any trouble sleeping. She denies ever having mentioned anything about committing suicide and states that she has no intentions of committing suicide as she wants to go ahead and go to college after she gets out of high school. The patient denies alcohol use or drug use an any way.
A: 1. Question drug abuse.
2. Question depression.
P: Talked with mother after I visited with the patient, and she feels that there are problems with her. She did request that we get a drug screen on her daughter. We will go ahead and get drug screen and CBC. I advised the mother to call mental health for an appointment for her to be evaluated.

D: 04/15/04 T: 04/16/04 JO:sd James L. Oehlert, PA/Supervising Physician

ACCT#: 11626C BOMAN CHELSEA CHART#: T
AGE: 15 DOB:07/09/1988

---

Unsigned transcriptions represent a preliminary report and do not reflect a medical or legal document.
**OFFICE VISIT**

**Coffey County Hospital**
**Rural Health Clinic**

Name Chelsea Bowman

Date

| DATE | NOTES |
| --- | --- |
| AUG 1 9 2002 | Sports px — all O/K |
| | meds: ∅ |
| AUG 2 2 2003 | Sports px — all O/K |
| | ∅ meds |
| MAR 1 0 2004 | fever, ↓appetite, c/o sore throat, ∅ cough, ear ache |
| 54.0 T 95.9 | meds: ∅ |
| wt 142 | Chelsss |
| APR 1 5 2004 | Vomiting - started today - denies any fever or other symptoms |
| 54.0 wt 146 | meds: ∅ |
| T 96.9 | |
| LMP: | |
| [illegible] | |

No dictation from Dr Fox on this patient

ONCE-A-DAY
ARICEPT®
(donepezil HCl)
5-MG AND 10-MG TABLETS



37-401

Founder
ierre W. Keitges, M.D.
(1933-1997)

PHYSICIANS REFERENCE LABORATORY
7800 W. 110 th St. • Overland Park, Kansas 66210
(913) 338-4070
Spencer W. Kerley, M.D., Director

*OYR-001
04/17/04
08:15

05150
Coffey County Med Center -Waverly
Attn: Pam Schrader
P O Box 289
Burlington, KS 66839

PATIENT ID:
BOMAN, CHELSEA 15Y F
002396318
Admitting Dr: Oehlert, James PA

Patient Phone: 785.549.3549
Room# DOB:07/09/88

* * * PATIENT SUMMARY * * *

= RESULTS = Ref.range Units

T O X I C O L O G Y

SERUM DRUG SCREEN *

ate Collected: 04/15/04
ime Collected: 15:10*

| | * RESULTS * | SCREENING CUTOFF |
|---|---|---|
| Marijuana (THCA) | Negative | 50 ng/mL |
| Cocaine Metab. | Negative | 300 ng/mL |
| Amphetamines | Negative | 500 ng/mL |
| Opiates | Negative | 150 ng/mL |
| Phencyclidine | Negative | 25 ng/mL |
| Barbiturates | Negative | 200 ng/mL |
| Benzodiazepines | Negative | 200 ng/mL |
| Methadone | Negative | 300 ng/mL |
| Propoxyphene | Negative | 300 ng/mL |
| Ethanol | Negative | 20 mg/dL |

* Screening results are reported as presumptive only except for alcohol which is always confirmed. Please contact Toxicology if a drug confirmation is needed.
* These drug testing results are to be used for medical or drug treatment/rehabilitation purposes only. Results are NOT to be used for legal purposes (e.g.employment related situations or probation/ parole revocation or denial).
* This abused drug panel includes specimen validity testing for adulteration, dilution, and substitution.
* Presumptive drug screen results do not meet the forensic requirements of the CAP lab accreditation program.
* Tests performed by enzyme immunoassay except for alcohol which is performed by alcohol dehydrogenase.
CPT code = 80101 x (number of drugs plus alcohol tested)

H=High L=Low C=Critical D=Delta Ck *=New Result @=No Limits Ck

Case 4:12-cv-08001-GAF Document 165-6 Filed 09/03/15 Page 3 of 5

| | | | |
|---|---|---|---|
| JAME.: BOMAN CHELSEA L | | SEX.......: F | PHY..: OEHLERT JIM |
| CCT#: 495941 | | AGE.......: 15 Y | ADMIT: |
| OOM.: O/P | - NO PENDING ORDERS | DOB.......: 07/09/1988 | MR#..: 038110 |
| OCATION: WAVERLY MED CTR | | PAT. PHONE: 7855493548 | |

## HEMATOLOGY

| | 04/15/04 1510 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| JBC | 6.9 | 4.0 - 11.0 | th/ul |
| RBC | 4.79 | 4.20 - 5.40 | mil/ul |
| IGB | 13.5 | 12.0 - 16.0 | g/dl |
| ICT | 39.2 | 38.0 - 47.0 | % |
| ICV | **81.9 L** | 82.0 - 99.0 | fl |
| ICH | 28.2 | 26.0 - 33.0 | pg |
| ICHC | 34.4 | 31.0 - 36.0 | g/dl |
| RDW | 11.6 | 10.5 - 14.5 | % |
| PLT | 279 | 130 - 400 | th/ul |
| IPV | **9.9 H** | 6.0 - 9.5 | fl |
| LYM | 23.3 | 10.0 - 50.0 | % |
| MONO | 8.1 | .0 - 12.0 | % |
| NEU | 67.1 | 37.0 - 80.0 | % |
| EOS | 0.7 | .0 - 7.0 | % |
| BASO | 0.8 | .0 - 2.5 | % |
| LYM | 1.6 | 1.0 - 3.5 | th/ul |
| MONO | 0.6 | .0 - .9 | th/ul |
| NEU | 4.6 | 1.5 - 6.6 | th/ul |
| EOS | 0.1 | .0 - .7 | th/ul |
| BASO | 0.1 | .0 - .2 | th/ul |
| ANUAL DIFF | N/A | | |

PHYSICIANS REFERENCE LABORATORY
7800 W. 110 th St. • Overland Park, Kansas 66210
(913) 338-4070
Spencer W. Kerley, M.D., Director

Founder
ierre W. Keitges, M.D.
(1933-1997)

*001
04/20/04
13:25

05150
Coffey County Med Center -Waverly
Attn: Pam Schrader
P O Box 289
Burlington, KS 66839

PATIENT ID:
BOMAN, CHELSEA 15Y F
002396318
Admitting Dr: Oehlert, James PA

Patient Phone: 785.549.3549
Room# DOB:07/09/88

* * * PATIENT SUMMARY * * *

= RESULTS = Ref.range Units

T O X I C O L O G Y

SERUM DRUG SCREEN *

ate Collected: 04/15/04
ime Collected: 15:10

| | * RESULTS * | SCREENING CUTOFF |
|---|---|---|
| Marijuana (THCA) | Negative | 50 ng/mL |
| Cocaine Metab. | Negative | 300 ng/mL |
| Amphetamines | Negative | 500 ng/mL |
| Opiates | Negative | 150 ng/mL |
| Phencyclidine | Negative | 25 ng/mL |
| Barbiturates | Negative | 200 ng/mL |
| Benzodiazepines | Negative | 200 ng/mL |
| Methadone | Negative | 300 ng/mL |
| Propoxyphene | Negative | 300 ng/mL |
| Ethanol | Negative | 20 mg/dL |

* Screening results are reported as presumptive only except for alcohol which is always confirmed. Please contact Toxicology if a drug confirmation is needed.
* These drug testing results are to be used for medical or drug treatment/rehabilitation purposes only. Results are NOT to be used for legal purposes (e.g.employment related situations or probation/ parole revocation or denial).
* This abused drug panel includes specimen validity testing for adulteration, dilution, and substitution.
* Presumptive drug screen results do not meet the forensic requirements of the CAP lab accreditation program.
* Tests performed by enzyme immunoassay except for alcohol which is performed by alcohol dehydrogenase.
  CPT code = 80101 x (number of drugs plus alcohol tested)

H=High L=Low C=Critical D=Delta Ck *=New Result @=No Limits Ck

Case 4:12-cv-08001-GAF Document 165-6 Filed 09/03/15 Page 5 of 5