**Transcript Printed**
2/13/2006

# Marais des Cygnes Valley High School

508 NE Main
Melvern, KS 66510

**Boman, Carl J.**
32419 S. Adams
Melvern, KS 66510

| | | | |
|---|---|---|---|
| **Grade/Year: 10** | | | |
| **Credit Earned:** | 4.250 | **Class Rank** | 7 of 20 |
| **Credit Attempted:** | 4.250 | **Grade Point Averag(** | 3.118 |
| **Grade Points Earned** | 13.250 | | |

| Course Code | Description | *Final Grade Period ==>* 1 | 2 | Credit | Note |
|---|---|---|---|---|---|
| 850A | Ag Orient | A- | | 0.500 | |
| 340A | Algebra 1 | B | | 0.500 | |
| 920A | Band | B | | 0.500 | |
| 932A | Chorus (HR) | B- | | 0.250 | |
| 110A | English 9 | C+ | | 0.500 | |
| 522A | Fr. Health/PE | A- | | 0.500 | |
| 410A | Gen Science | C+ | | 0.500 | |
| 610A | Intro to FACS | A | | 0.500 | |
| 720A | World History | B | | 0.500 | |

| School Year | |
|---|---|
| 2004-2005 | |
| Absences | Tardies |
| 7.50 | 0 |

*sds_gtn.sds* **Boman, Carl J**

```
MDCV GRADING SCALE
A  94-100      C  74-77
A- 90-93       C- 70-73
B+ 88-89       D+ 68-69
B  84-87       D  64-67
B- 80-83       D- 60-63
C+ 78-79       F  59 & below
```

MARAIS DES CYGNES VALLEY H.S.
OFFICIAL
USD 456
TRANSCRIPT
MELVERN, KS