# COFFEY COUNTY HOSPITAL
# 801 NORTH FOURTH STREET
# P.O. BOX 189
# BURLINGTON, KANSAS 66839

## PATIENT'S INFORMATION

| ACCOUNT NO. | MED. RECORD NO. | ROOM NO. | X-RAY NO. | ADMIT DATE | ADMIT TIME | DISCHARGE DATE | DISCHARGE TIME |
|---|---|---|---|---|---|---|---|
| 522506 | 034722 | | | 03/29/05 | 09:35 | 03/29/05 | 09:35 |

| PATIENT NAME | DATE OF BIRTH | AGE | SEX | M.S. | RACE | ACCOMMODATION | STAY TYPE |
|---|---|---|---|---|---|---|---|
| BOMAN DESIREE N | 01/11/87 | 18 | F | S | C | | O/P |

| ADDRESS | SOCIAL SECURITY NUMBER | PHONE NUMBER |
|---|---|---|
| 409 NW LINCOLN | 444945858 | 785-248-6152 |

| ADDRESS | RELIGION PREFERENCE | SERVICE TYPE | FINANCIAL CLASS |
|---|---|---|---|
| | | LAB | XB |

| CITY | STATE | ZIP CODE | COUNTY | ADVANCE DIRECTIVES |
|---|---|---|---|---|
| MELVERN | KS | 66510 | 070 | |

## SUBSCRIBER INFORMATION

| EMPLOYER'S NAME | OCCUPATION |
|---|---|
| WENDYS KTKD-LLC | |

| EMPLOYER'S ADDRESS | EMPLOYER'S PHONE NUMBER |
|---|---|
| 2775 HWY 75 LEBO KS 66856 | 620-256-6671 |

## PATIENT FAMILY INFORMATION

| SPOUSE'S NAME | ADDRESS |
|---|---|
| SINGLE | |

| SPOUSE'S EMPLOYER | EMPLOYER'S ADDRESS | EMPLOYER'S PHONE NO. |
|---|---|---|
| | | |

| MOTHER OF PATIENT | FATHER OF PATIENT |
|---|---|
| | |

| PERSON TO NOTIFY IN EMERGENCY | RELATION TO PATIENT | ADDRESS OF PERSON TO NOTIFY | PHONE NUMBER |
|---|---|---|---|
| BOMAN CARL J | FATHER | UNKNOWN LYNDON KS 66451 | 785-828-4225 |

## GUARANTOR OR PERSON RESPONSIBLE FOR BILL

| NAME | ADDRESS #1 | ADDRESS #2 |
|---|---|---|
| BOMAN DESIREE N | 409 NW LINCOLN | |

| CITY | STATE | ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| MELVERN | KS | 66510 | 785-248-6152 |

## INSURANCE INFORMATION

| PRIMARY INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | | GROUP NAME |
|---|---|---|---|
| MEDICAID-O/P | 00101434166 | | |
| | SUBSCRIBER | PHONE NO. | PRE-CERTIFICATION NO. |
| | BOMAN DESIREE N | -- | |

| INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | | GROUP NAME |
|---|---|---|---|
| | | | |
| | SUBSCRIBER | PHONE NO. | PRE-CERTIFICATION NO. |
| 202020202 | | 000-000-000 | |

| INSURANCE COMPANY AND ADDRESS | CONTRACT NO. OR SOC. SEC. NO. | | GROUP NAME |
|---|---|---|---|
| | | | |
| | SUBSCRIBER | PHONE NO. | PRE-CERTIFICATION NO. |
| | | | |

| DATE OF ACCIDENT | TIME OF ACCIDENT | PLACE | EVENT |
|---|---|---|---|
| | | | |

| ADMITTING DIAGNOSIS | ADMIT INITIALS |
|---|---|
| | WEW |

| PHYSICIAN 1 | PHYSICIAN 2 | PREV. ADMIT. NO. | DATE OF LAST ADMIT |
|---|---|---|---|
| OEHLERT JIM | SHELL JOHN | 405724 | 08/30/00 |

# COFFEY HEALTH SYSTEM

## *TREATMENT AUTHORIZATION AND PRIVACY ACKNOWLEDGMENT*

**Coffey Health System,** including its acute care, swingbed unit, long term care unit, emergency department, outpatient surgery and outpatient departments is hereinafter referred to as "Hospital".

1. CONSENT FOR TREATMENT: I consent to x-ray examinations, laboratory procedures, anesthesia, medical or surgical treatment, hospital services, and/or other services rendered under the general and special instructions of my attending or consulting physicians. I understand that my treatment is under the control of my attending physicians, their assistants or designees. If admitted, I understand that if I desire private duty nursing care, it is agreed that such must be arranged by myself or my family and the Hospital shall be released from any and all liability arising from such care. I understand that if further diagnostic studies or treatment procedures that are considered major in nature, such as an operation, are required, I will be asked to give specific consent for these prior to them being carried out. I understand that the practice of medicine and surgery is not an exact science, and acknowledge that no guarantees have been made to me as to the results of care, treatment, and the provision of medical services.

2. CONSENT FOR NEWBORN TREATMENT: I request, authorize, and empower my physician(s) to make any provision for medical and surgical care for my newborn baby/babies that may be deemed necessary or advisable by my physician(s).

3. CONSENT FOR BLOOD/BODY FLUID TESTING: In the event that a health care worker or emergency response person(s) is suspected to have had exposure to my blood and/or body fluids or if it is likely that a health care worker or emergency response person(s) is exposed to my blood and/or body fluids, due to my illness or an uncommon rare disease, I consent to have the Hospital determine by serological testing whether or not my blood contained contagious viruses. I understand that the information obtained from such tests will only be disclosed as necessary to adequately protect my own health and the health of my family, as well as the health of those health care personnel or emergency response person(s) who may have been or become involved in my treatment.

4. CONSENT TO DISPOSAL OF TISSUE/FLUIDS/SPECIMENS. I agree that the Hospital may utilize, destroy, or dispose of any tissues, fluids, or specimens taken from me during treatment.

5. AGREEMENT TO PAY FOR SERVICES: I agree, whether I sign this as an agent or as the patient, that in consideration of services to be rendered to me, I hereby individually obligate myself to pay the charges of the Hospital in accordance with its regular rates and terms. However, I am aware that any patient arriving at the facility will have a medical screening examination performed regardless of the ability to pay.

6. ASSIGNMENT OF INSURANCE BENEFITS: I hereby assign my insurance benefits otherwise payable to me to be paid directly to the Hospital. I understand that I am financially responsible for charges not covered by this assignment and further agree to guarantee full payment of all charges not covered by third-party payers. If I do not pay the amount due as I agreed, I agree also to pay the reasonable costs of collection, including but not limited to attorney fees and collection agency fees.

7. MEDICARE/MEDICAID BENEFITS: I authorize the Hospital to release to Medicare and/or Medicaid, to the Social Security Administration and/or its intermediaries or carriers, and to any peer review organizations, any information needed for this or a related Medicare and/or Medicaid claim. I request payment of authorized benefits to be made on my behalf to the Hospital for services furnished to me, and to the physicians involved for their services, including those physicians/specialists doing their own billing, while I was a patient in the Hospital.

8. PERSONAL VALUABLES/BELONGINGS: I understand that Coffey County Hospital provides a safe for money, credit cards and valuables. I agree that Coffey County Hospital is not responsible for loss of or damages to personal belongings, including such items as jewelry, glasses, hearing aids, garments and toiletries.

9. DENTURES: The Hospital provides denture cups for me if I require them. I will take precautions to be sure my dentures are properly kept and cared for and they will be kept in the denture cup at all times when I am not wearing/using them.

10. NOTIFICATION TO PATIENTS: Certain diseases and conditions, including cancer, are required by law to be reported. I understand that the Hospital will comply with this by submitting the necessary information on my condition and myself to a centralized registration point.

11. CONTRABAND WEAPONS/DRUGS: I agree that should the Hospital find contraband weapons and/or nonprescription drugs not sold over-the-counter within my possession, these items will be confiscated and the police will be contacted.

12. USE OF APPLIANCES: I hereby agree that in using any and all electrical appliances in my room, not owned by or under the control of the Hospital while a patient in the Hospital, I do so at my own risk and hereby absolve the Hospital from any and all responsibility for injuries or property damage which may result from any use of said appliance.

ACCT# 522506 MR# 034722 BOMAN DESIREE N

13. PROVIDE' ON-DISCRIMINAT I ACT: I understan at this is an equal rtunity institution. T is no discrimination because of race, color, religion, natural origin, age, sex, handicap, or inability to pay.

14. MEDICARE/TRICARE PATIENTS ONLY: (only for acute care and outpatient observation) I have received a copy of "An Important Message from Medicare/Tricare" and understand my rights as described in that document.

15. PATIENT RIGHTS INFORMATION: I have reviewed/received "Patient Rights and Responsibilities" and understand my rights as described in that document.

16. NOTICE: Your health information related to work-related illnesses or injuries or to medical surveillance of the workplace may be disclosed to your employer.

17. MEDICARE: I understand that Title XVIII does not cover self-administered drugs and biological agents when outpatient services are rendered. I understand that I will be responsible for the payment of these services if provided to me.

18. MEDICAID: I understand that Emergency care is covered only when the care received meets SRS guidelines. Title XIX does not cover non-emergent services. Title XIX does not cover all outpatient procedures. SRS guidelines which state, "Medical need must be indicated" are applied to outpatient services. I understand that I will be responsible for the payment of these non-covered services if provided to me.

19. CONSENT FOR MEDIA RELEASE: (Inpatient, Outpatient, Emergency Room)

I **DO / DO NOT** give consent to have my admission and discharge released to the news media.
(Circle one)

I **DO / DO NOT** give consent to have the birth of my child released to the news media as an admission or discharge. (Circle one)

***PATIENT/PERSONAL REPRESENTATIVE MUST COMPLETE BY SIGNING OR INITIALING***

20. CONSENT TO DISCLOSE GENERAL INFORMATION. I understand that my name, location in hospital, and general condition may be provided to any person asking about me by name, and to members of the clergy, my family, individuals involved in my health care, for disaster relief efforts, or as required by law. ***I Do / Do not*** (circle one) give consent for this information to be disclosed.

X DB

**(Patient/Personal Representative Signature or Initial)**

21. ACKNOWLEDGMENT OF RECEIPT OF *NOTICE OF PRIVACY PRACTICES.* I hereby acknowledge that I have received a copy of the Hospital's Notice of Privacy Practices.

X DB

**(Patient/Personal Representative Signature or Initial)**

22. ACKNOWLEDGMENT OF **PREVIOUS RECEIPT** OF *NOTICE OF PRIVACY PRACTICES.* I hereby acknowledge that I have received a copy of the Hospital's Notice of Privacy Practices on a previous date of service.

**(Patient/Personal Representative Signature or Initial)**

**I certify that I have read and fully understand this document. I, as the patient/personal representative, agree to sign this document indicating that I agree with all of its terms and statements.**

X Desiree Boman — 3/29/05

**Patient/Personal Representative Signature** **Relationship to Patient** **Date**

Elaine Westmfl — 3/29/05

**Signature, Witness** **Date**

ACCT# 522506 MR# 034722 BOMAN DESIREE N

# Coffey County Hospital Physicians Orders

Coffey County Hospital • P.O. Box 189 • Burlington, KS 66839 • 620-364-2121 or 620-364-8606

Name Desiree Boman Phone # ____________

Birthdate 1-11-87

DIAGNOSIS: Headaches - Date 3-28-05

☑ Lab ☐ X-Ray ☐ P.T. ☐ O.T. ☐ Cardio Pulmonary ☐ Other: Specify ____________

Physician's Order:

173 - 31

BOMAN
DESIREE
ACCT# 522506
DRAWING FEE
LAB 37715
3/29/05 ROUT.

Signed [signature] Physician/Designated Agent

37-132

Coffey County Hospital
801 North Fourth Street
Burlington, Kansas 66839

| ---PATIENT NAME--- | SEX | AGE | BIRTH-DT | ADMIT | M/R# | PHYSICIAN 522506 O/P |
|---|---|---|---|---|---|---|
| BOMAN DESIREE N | F | 18 | 1/11/87 | 3/29/05 | 034722 | OEHLERT J ROOM: |

PAT. PHONE: 7852486152

---PROCEDURE--- DIAGNOSTIC SCREEN 31 ORDER # 37714

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 3/29/05 0939 | 3/29/05 0930 | 3/29/05 1110 | 3/30/05 0638 | 3/30/05 0638 |
| TRH | SDW | SDW | TRH | TRH |

++

= RESULTS =

H E M A T O L O G Y

03/29/05 09:30*

| | | Ref.range | Units |
|---|---|---|---|
| WBC | 8.7 | (4.0-11.0) | thou/mm3 |
| RBC | 4.58 | (4.20-5.00) | mil/mm3 |
| Hemoglobin | 12.7 | (12.0-15.0) | gm/dL |
| Hematocrit | 36.4 L | (37.0-47.0) | % |
| MCV | 80 | (80-100) | fL |
| MCH | 27.8 | (26.0-34.0) | pg |
| MCHC | 34.9 | (28.0-37.0) | % |
| RDW | 14.4 | (10.5-14.5) | % |
| Platelet Count | 232 | (150-400) | thou/mm3 |
| Segs | 71.6 H | (36.0-66.0) | % |
| Lymphs | 22.6 L | (24.0-44.0) | % |
| Monocytes | 4.5 | (1.0-8.0) | % |
| Eosinophils | 1.0 | (0-3.0) | % |
| Basophils | 0.2 | (0-2.0) | % |
| Morphology | 1+ Micro | | |

H=High L=Low C=Critical D=Delta Ck *=New Result @=No Limits Ck

Continued on Next Page...

**Continuation of Previous Page**

| | = RESULTS = | Ref.range | Units |
|---|---|---|---|

CHEMISTRY

| 03/29/05 09:30* | | | |
|---|---|---|---|
| Glucose | 81 | (60-110) | mg/dL |
| BUN | 10 | (10-20) | mg/dL |
| Creatinine | 0.8 | (0.4-1.3) | mg/dL |
| Protein Total | 7.5 | (6.0-8.4) | gm/dL |
| Albumin | 4.5 | (3.4-5.0) | gm/dL |
| Bilirubin, Total | 0.5 | (0.1-1.1) | mg/dL |
| Alkaline Phos | 77 | (52-131) | U/L |
| AST (SGOT) | 19 | (<=56) | U/L |
| ALT (SGPT) | 15 | (3-40) | U/L |
| Calcium | 9.4 | (8.5-10.5) | mg/dL |
| Sodium | 138 | (137-147) | meq/L |
| Potassium | 3.8 | (3.8-5.0) | meq/L |
| Chloride | 106 | (98-110) | meq/L |
| CO2 | 26 | (24-35) | mmol/L |
| GGTP | 14 | (9-40) | U/L |

H=High L=Low C=Critical D=Delta Ck *=New Result @=No Limits Ck

Continued on Next Page...

**Continuation of Previous Page**

| = RESULTS = | | | Ref.range | Units |
|---|---|---|---|---|
| 03/29/05 09:30* | | | | |
| Lipid Profile | | | | |
| Serum Assessment | Clear | | | |
| Triglyceride | 73 | | (<=149) | mg/dL |
| Cholesterol | 151 | | (<=169) | mg/dL |
| HDL Cholesterol | 50 | | (>=41) | mg/dL |
| LDL Cholesterol | 86 | | (<=109) | mg/dL |
| VLDL | 15 | | | mg/dL |
| TC/HDL | 3.0 | | | |

RISK ASSESSMENT:

| | DESIRABLE | BORDERLINE | HIGHER RISK |
|---|---|---|---|
| Triglycerides | <150 | 150-199 | 200-499 |
| Cholesterol (Adult) | <200 | 200-239 | >239 |
| (Children: 6-19 yrs) | <170 | 170-200 | >200 |
| HDL-C | >40 | | |
| LDL-C (Calc) (Adult) | <100 | 130-159 | 160-189 |
| (Children: 6-19 yrs) | <110 | 110-130 | >130 |
| VLDL-C (Calc) | <40 | | |

* National Heart, Lung and Blood Institute Recommendations (May, 2001)

* IRON STUDIES *

| | | | Ref.range | Units |
|---|---|---|---|---|
| 03/29/05 09:30* | | | | |
| Iron w/ TIBC | | | | |
| Iron, Total | 21 | L | (28-185) | ug/dL |
| TIBC | 355 | | (280-400) | ug/dL |
| % Saturation | 6 | L | (15-34) | % |

H=High L=Low C=Critical D=Delta Ck *=New Result @=No Limits Ck

Continued on Next Page...

**Continuation of Previous Page**

= RESULTS = Ref.range Units

---

S P E C I A L   C H E M I S T R Y

03/29/05 09:30*

| | | | |
|---|---|---|---|
| TSH-3rd Gen. | 1.086 | (0.350-5.500) | uU/mL |

The TSH values between 5.500-15.000 uU/mL may be associated with normal or minimally depressed serum T4 values. Values above 15.000 uU/mL are usually associated with clinically evident hypothyroidism.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * 

PENDING TESTS ...

No incomplete work for patient

.

.

Test(s) Performed by Physicians Reference Laboratory
Overland Park, Kansas

++