CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*: BOMAN, CHELSEA LYNN

**2. DEPARTMENT, COMPONENT AND BRANCH**: ARMY/USAR

**3. SOCIAL SECURITY NUMBER**: 602 | 38 | 5184

**4a. GRADE, RATE OR RANK**: PV1

**b. PAY GRADE**: E01

**5. DATE OF BIRTH** *(YYYYMMDD)*: 19880709

**6. RESERVE OBLIGATION TERMINATION DATE** *(YYYYMMDD)*: 20140914

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**: OAKLAHOMA CITY, OKLAHOMA

**b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*:
820 N PONCA
DEWEY OKLAHOMA 74029-0000

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: 16TH ORD BN, CO C TR TC

**b. STATION WHERE SEPARATED**: ABERDEEN PROVING GROUND, MD 21005-5001

**9. COMMAND TO WHICH TRANSFERRED**: SEE BLOCK 18

**10. SGLI COVERAGE** [ ] NONE — **AMOUNT:** $100,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
52D10 POWER-GEN EQUIP REP - 00 YRS 00 MOS//
NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2006 | 09 | 27 |
| b. SEPARATION DATE THIS PERIOD | 2007 | 04 | 26 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 06 | 11 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 13 |
| f. FOREIGN SERVICE | 0000 | 00 | 00 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2006 | 09 | 15 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
NATIONAL DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
POWER GENERATION EQUIPMENT REPAIR, 11 WEEKS, 2007//NOTHING FOLLOWS

| | | YES | | NO |
|---|---|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | YES | X | NO |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | YES | | NO |

**16. DAYS ACCRUED LEAVE PAID** 3.5

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** — YES [ ] NO [X]

**18. REMARKS**
MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//BLOCK 9: COMMANDER 3D PLT 223D MCO 321 NE WASHINGTON BLVD BARTLESVILLE OK 74006-0000//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include ZIP Code)*
820 N PONCA
DEWEY OKLAHOMA 74029-0000

**b. NEAREST RELATIVE** *(Name and address - include ZIP Code)*
DESIREE BOMAN
820 N PONCA
DEWEY OKLAHOMA 74029-0000

**20. MEMBER REQUESTS COPY 6 BE SENT TO** OK **DIRECTOR OF VETERANS AFFAIRS** — X YES [ ] NO

**21. SIGNATURE OF MEMBER BEING SEPARATED**: Chelsea Lynne Boman

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*: DREW A NOBLES, WORKCENTER SUPERVISOR

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**: RELEASE FROM ACTIVE DUTY TRAINING

**24. CHARACTER OF SERVICE** *(Include upgrades)*: HONORABLE

**25. SEPARATION AUTHORITY**: AR 635-200, CHAP 4

**26. SEPARATION CODE**: MBK

**27. REENTRY CODE**: 1

**28. NARRATIVE REASON FOR SEPARATION**: COMPLETION OF REQUIRED ACTIVE SERVICE

**29. DATES OF TIME LOST DURING THIS PERIOD** *(YYYYMMDD)*: UNDER 10 USC 972: 20070304-20070322

**30. MEMBER REQUESTS COPY 4** *(Initials)* CLB

DD FORM 214-AUTOMATED, FEB 2000 — PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC — SERVICE-2

DEPARTMENT OF THE ARMY
U.S. ARMY HUMAN RESOURCES COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

AHRC-EP-E000 28 SEP 2006
ORDERS C-09-631455

BOMAN CHELSEA LYNN EP-E000 PV1 52D0 602 38 5184
820 N PONCA USAR DELAYED ENTRY PROGRAM
DEWEY OK 74029 0000

YOU ARE REASSIGNED IN THE RESERVE AS INDICATED BELOW.

RELEASED FROM: USAR DELAYED ENTRY PROGRAM
REASON: VOLUNTARY
ASSIGNED TO: 90 RRC TTHS ACCOUNT W8B250
8000 CAMP ROBINSON ROA NORTH LITTLE R AR 72118 2206
EFFECTIVE DATE: 27 SEP 2006 VOCO: 27 SEP 2006
EXPIRATION TERM OF SERVICE: 14 SEP 2014 SEX: F
ADDITIONAL INSTRUCTIONS: SEC CLR: NOT RECORDED
DOB: 19880709 DORRES: 20060915 PEBD: 20060915
PLEASE CONTACT THE RRC G1 HUMAN RESOURCE CELL AT (800)501-1493 EXT 7347.

AUTHORITY: AR 140-10
FORMAT: 450

**************
* AHRC *
* OFFICIAL *
**************

ROBERT T. MARSH
COL, AG
COMMANDING

DISTRIBUTION: G3
1 90 RRC TTHS ACCOUNT 8000 CAMP ROBINSON ROA NORTH LITTLE R AR 72118
1 420TH ENG BDE USAR CENTER 511 CARSON ST BRYAN TX 77801

COMMANDER
90 RRC TTHS ACCOUNT
8000 CAMP ROBINSON ROA
NORTH LITTLE R AR 72118 2206

DEPARTMENT OF THE ARMY
HEADQUARTERS, 377TH THEATER SUSTAINMENT COMMAND
400 RUSSELL AVE BUILDING 492 BELLE CHASSE
BELLE CHASSE, LOUISIANA 70143-5077

ORDERS 09-272-00001 — 29 September 2009

BOMAN CHELSEA LYNN — 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 PV1
829 S WYANDOTTE AVE — 0223 CS CO 3 PLT (WSPMA5)
BARTLESVILLE, OK 74003-5140 — BARTLESVILLE, OK 74006-1517

You are discharged from component shown.

Authority: AR 135-178
Effective date: 17 October 2009
Component: United States Army Reserve
Type of Discharge: UNDER OTHER THAN HONORABLE CONDITIONS
Additional Instructions: NA
Format: 500

FOR THE COMMANDER:

************
* AGENCY *
* OFFICIAL *
************
BRIAN L. SMITH
COL, AG
AC/S, G-1

DISTRIBUTION:
Record set (1)
Reference set (1)
MPRJ (1)
Cdr, USARC, ATTN: AFRC-PRP-E (1)
Cdr, HRC-St. Louis, ATTN: HRCS-CIS-PP (1)
Cdr, 377th SUSTAINMENT CMD (1)
Cdr, 0223 CS CO 3 PLT (1)
PV1 BOMAN CHELSEA LYNN (3)

NATIONAL PERSONNEL RECORDS CENTER
1 ARCHIVES DRIVE ST LOUIS, MO 63138-1002
www.archives.gov

NATIONAL ARCHIVES

January 26, 2013

JANET SANTANA
OFC OF THE PUBLIC DEFENDER
810 BROADWAY SUITE 200
NASHVILLE, TN 37203

**RE:** **Veteran's Name: BOMAN, Chelsea Lynne**
**SSN/SN: ******184**
**Request Number: 2-11356161678**

Dear Requester:

Thank you for contacting the National Personnel Records Center. We are responding to your request for separation/discharge papers by attaching one of the following documents: Undeleted separation document (DD Form 214, ***Report of Separation***, was not used until January 1, 1950) or NA Form 13038, ***Certification of Military Service,*** (in cases where there was no separation document in file). Information shown on the NA Form 13038 has been extracted from records on file at the Center. A seal has been affixed to the enclosed documents to attest to their authenticity. The documents provided may be used to apply for benefits.

If you have questions or comments regarding this response, you may contact us at 314-801-0800 or by mail at the address shown in the letterhead above. If you contact us, please reference the Request Number listed above. If you are a veteran, or a deceased veteran's next of kin, please consider submitting your future requests online by visiting us at http://vetrecs.archives.gov

Sincerely,

Cheryl Staples
Cheryl Staples
Archives Technician
Research Room

**We Value Our Veterans' Privacy**
***Let us know if we have failed to protect it.***

Enclosure(s)