CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| BOMAN, KAYLA DEANNE | ARMY/USAR | 608 \| 40 \| 7246 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH *(YYYYMMDD)* | 6. RESERVE OBLIGATION TERMINATION DATE *(YYYYMMDD)* |
|---|---|---|---|
| PV1 | E01 | 19900818 | 20160429 |

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**
DEWEY, OKLAHOMA

**b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*
820 N PONCA AVENUE
DEWEY OKLAHOMA 74029-0000

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
A CO 3 BN 1ST SPWAR T TC

**b. STATION WHERE SEPARATED**
FORT BRAGG, NC 28310-5000

**9. COMMAND TO WHICH TRANSFERRED**
CA CO B, (WRUGB0), 7530 W. 41ST STREET, TULSA, OK 74107

**10. SGLI COVERAGE** [ ] NONE
AMOUNT: $400,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
NONE//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2008 | 08 | 20 |
| b. SEPARATION DATE THIS PERIOD | 2009 | 03 | 06 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 06 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 03 | 20 |
| f. FOREIGN SERVICE | 0000 | 00 | 00 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2008 | 04 | 30 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
ARMY SERVICE RIBBON//NOTHING FOLLOWS

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
NONE//NOTHING FOLLOWS

| | YES | NO |
|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | |

**16. DAYS ACCRUED LEAVE PAID** 0

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|
| | | X |

**18. REMARKS** ////////////////////////////////////////////////////////////////////////////////////
SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//BLOCK 25: ORDERS NUMBER 8121014, 20080430//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include ZIP Code)*
820 N PONCA AVE
DEWEY OKLAHOMA 74029-2229

**b. NEAREST RELATIVE** *(Name and address – include ZIP Code)*
CARL J BOWMAN SR
425 MANNING LANE
MARYVILLE TENNESSEE 37804-0000

**20. MEMBER REQUESTS COPY 6 BE SENT TO** OK **DIRECTOR OF VETERANS AFFAIRS** [X] YES [ ] NO

**21. SIGNATURE OF MEMBER BEING SEPARATED**
Kayla D Boman

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*
JACQUELINE BEARD, HUMAN RESOURCE ASST SUPERVISOR

## SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**
RELEASE FROM ACTIVE DUTY TRAINING

**24. CHARACTER OF SERVICE** *(Include upgrades)*
HONORABLE

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 4 | MBK | NA |

**28. NARRATIVE REASON FOR SEPARATION**
COMPLETION OF REQUIRED ACTIVE SERVICE

**29. DATES OF TIME LOST DURING THIS PERIOD** *(YYYYMMDD)*
NONE

**30. MEMBER REQUESTS COPY 4** *(Initials)* KDB

DD FORM 214-AUTOMATED, FEB 2000

PREVIOUS EDITION IS OBSOLETE.
GENERATED BY TRANSPROC

SERVICE-2