IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS

Tommy Kleiner, Plaintiff

vs.

Case No. 05DM226

Mins Green, Defendant

## PETITION FOR PROTECTIVE ORDER
**(Pursuant to K.S.A. 60-3101, et seq.)**

1. I live in the City of Carbondale, in the County of Osage, Kansas.

X 2. I have filed 0 (give number) petitions for protection from abuse in the past twelve months. The dates of these petitions are ______. These petitions were filed in the counties of ______. (State which petitions, if any, involved abuse of a minor child.) ______

3. I am seeking protection for: (check all that apply)
   - X myself.
   - ___ my minor children (under age 18).
   - ___ minor children who live with me.

4. The defendant and I: (answer all that apply if you are asking for protection for yourself)
   - ___ are currently in a dating relationship.
   - X were formerly in a dating relationship.
   - X currently live together in the same residence.
   - ___ formerly lived together in the same residence.
   - ___ have never lived together in the same residence.
   - ___ have had a child in common.

   (If you are alleging that you and the defendant are or were in a dating relationship, briefly describe that relationship including the date the relationship ended.)

   ______

   ______

   ______

   The residence is: (answer if you want the judge to order the defendant to move)
   - ___ a) jointly owned or rented and jointly occupied by defendant and me.
   - ___ b) owned or rented by me.
   - ___ c) owned or rented by someone else. (explain) ______
   - ___ d) owned or rented by me and someone else. (explain) ______
   - ___ e) owned or rented by defendant only.
   - ___ f) a home in which I have no property interest, but the defendant is my spouse.
   - ___ g) not applicable because the defendant and I do not live together.

5. The minor child/children: (check all that apply if you are asking for protection for minor child/children).
   ______ is currently in a dating relationship with the defendant.
   ______ was formerly in a dating relationship with the defendant.
   ______ currently lives with the defendant and has since ______________________.
   ______ currently lives with me and has since ______________________.
   ______ formerly lived with the defendant.
   ______ has never lived with the defendant.
   ______ has had a child in common with the defendant.

   (If you are alleging that the minor child and the defendant are or were in a dating relationship, briefly describe that relationship.) ______________________

6. The following legal actions have been filed between me and the defendant or involving the minor children: (check case type, give county filed in, and give case number and date filed, if known)
   ______ divorce/custody ______________________
   ______ paternity ______________________
   ______ child in need of care ______________________
   ______ action seeking protective order ______________________
   ______ other ______________________

7. These minor children are involved in this matter:

| Name | Date of Birth | Mother's Name | Father's Name |
|---|---|---|---|
| | | | |
| | | | |

**If you are requesting custody of a minor child who is also a child of the defendant's, you must complete and attach an additional form concerning jurisdiction (UCCJEA form).**

8. I am seeking protection from abuse because the defendant, ______________________ (name of person you are seeking protection from) has: (check all that apply)
   __X__ caused me bodily injury or attempted to cause me bodily injury.
   __X__ placed me in fear of imminent bodily injury by threatening me.
   ______ caused the minor children bodily injury or attempted to cause them bodily injury.
   ______ placed the minor children in fear of imminent bodily injury.
   ______ engaged in any of the following acts with a minor under 16 years of age who is not the spouse of the defendant: sexual intercourse or lewd fondling or touching of the person of either the minor or the defendant.

9. The acts complained of occurred on these dates: 11-7-05. at 8:56 Threw Knife At me, 11-21-05 came over between 8:30-9:05 threaten to Kill me And threaten to tell the cops I would burn down there mom's house. Grandma's house

10. (Briefly describe the specific facts about why you are seeking a protection from abuse order.) Nina Green's Recently busted my head open. has stabbed me 4 different times. threw many Knifes at me.

11. The defendant can be found at: (give all available addresses)

HOME: Street [redacted]
City [redacted] State [redacted] Zip Code [redacted]
Phone Number [redacted]
Times when defendant is usually there 6:30pm - 10:00pm

WORK: Street [redacted]
City [redacted] State [redacted] Zip Code [redacted]
Phone Number [redacted]
Times when defendant is usually there 9:30am to 6:00pm

OTHER: Please explain: ______
Street ______
City ______ State ______ Zip Code ______
Phone Number ______
Times when defendant is usually there ______

WHEREFORE, plaintiff requests that the court issue an order of protection restraining defendant from:

______ a) abusing, molesting, or interfering with the privacy or rights of the plaintiff and the minor child/children.

X b) entering or coming on or around the premises or the residence of the plaintiff located at: [redacted].

(Give address or other description of residence from which defendant is to be excluded.)

I am requesting that my ____ address and ____ telephone number remain confidential for the following reason: (complete if appropriate)

______

______

______

FURTHER, plaintiff requests that the court also issue the following order(s): (check if appropriate)

______ c) defendant is to immediately move from and not return to the residence located at: ______

(You must include your address if defendant is ordered to be removed from the residence.)

______ d) that law enforcement officers be directed to evict the defendant from the residence located at: ______.

______ e) that law enforcement officers be directed to grant any assistance necessary to protect plaintiff and child/children from abuse.

Plaintiff further requests that copies of orders be given to the appropriate law enforcement agencies; that the court issue an **ex parte** Order of Temporary Custody of the minor child/children, if appropriate; that a date, time, and place for a hearing on this matter be set; and that summons be issued to defendant notifying the defendant of this action and the relief requested.

Plaintiff further requests that upon hearing of this cause, the court issue a Final Order of Protection enjoining defendant from any acts of abuse against the plaintiff and the plaintiff's child/children, and that the court award to plaintiff the following additional relief:

_____ a) suitable alternative housing for plaintiff and minor child/children.
_____ b) custody of the minor child/children.
_____ c) child support.
_____ d) support of spouse.
_____ e) possession of personal property and the assistance of a law enforcement officer in securing that property, if necessary.
_____ f) attorney's fees, if represented by counsel, and costs.
_____ g) counseling for defendant.
_____ h) other, please specify: ______________________________

and for such other and further relief, all as appropriate and as the court deems necessary.

[signature]
*Plaintiff's signature*

(If an attorney represents the plaintiff, the attorney's address and phone number must be provided.)

______________________________
______________________________
______________________________

I understand that by asking the court to file this petition and sign the temporary order, I am REQUIRED to appear in court for the hearing set on the 7th day of December, 2005, at 11:00 a.m.

I understand that if I fail to appear on the date and time specified above, that, for my protection, the court will secure my presence in court with the assistance of law enforcement.

I understand that even if I wish to have this matter dismissed, I must appear personally in court on the date and time specified unless I have received a copy of an Order of Dismissal or an Order of Continuance from the court.

[signature]
Plaintiff's signature

## VERIFICATION

STATE OF KANSAS )
) ss:
COUNTY OF OSAGE )

Tommy Kleiner, of lawful age, being first duly sworn states that (she) (he) is the plaintiff in the above action; that (she) (he) has read the foregoing Petition and knows the contents of it, and that the declarations in it are true and correct to the best of plaintiff's knowledge and belief.

*Plaintiff's signature*

SIGNED AND SWORN to (or affirmed) before me on this 23 day of November, 2005.

*Deputy Clerk of the District Court/Notary Public* Deputy

My Appointment Expires:

CLERK OF THE DISTRICT COURT SEAL

## GENERAL INFORMATION
## FOR THOSE SEEKING A PROTECTION FROM ABUSE ORDER

1. Before you can get a Protection from Abuse Order, you and the person you want restrained must be intimate partners or household members. This means you and the person you want restrained must meet one of the following requirements:

   a You are in a dating relationship (a social relationship of a romantic nature).
   b. You have been in a dating relationship in the past.
   c. You are living together.
   d. You have lived together in the past.
   e. You have had a child in common.

OR, if you are seeking protection of a minor child, the child and the person you want restrained must be intimate partners or household members. This means the child and the person you want restrained must meet one of the above requirements.

2. Abuse must have occurred. This means that one of the following has occurred:

   a. The person physically hurt you or a minor child on purpose.
   b. The person tried to physically hurt you or a minor child.
   c. The person recently threatened to physically hurt you or a minor child.
   d. The person engaged in sexual conduct (touching or sexual intercourse) with a minor child less than 16 years of age.

3. **Both parties must be 18 years of age.**

4. You may file only two petitions for a Protection from Abuse Order in a 12-month period unless you are filing the petition on behalf of a minor child who has been abused.

5. You should be available to testify at future hearings as set by the judge. If you fail to appear, the case may be dismissed, and the judge may order law enforcement to check on your welfare.

6. Legal help may be available through your private attorney or legal services.

7. A Final Protection from Abuse Order will expire after one year or on the date stated in the order unless you request an extension or modification from the court.

8. If you are the defendant and you want an order restraining the plaintiff from abuse, you must file a Counter Petition.

I have read the above information:

______________________________

Plaintiff's signature

**IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS**

Tommy Lee Kleiner, Petitioner , Plaintiff

vs. Case No. 2005-DM-000226

Nina Marie Green, Respondent, Defendant

**NOTICE OF HEARING**

To defendant (name): **Nina Marie Green, Respondent**

You may appear in this Court as follows to give any evidence you may have why orders sought in the petition should not be granted.

Date: December 7, 2005 Time: 11:00 a.m.

Place: Osage County District Court, [redacted]

If you do not attend the hearing, final orders may be made against you. You have the right to appear and oppose the petition with or without an attorney.

INFORMATION ABOUT DEFENDANT: Race white Sex female
Date of Birth 1985 Social Security Number

IT IS SO ORDERED.

Jon Stephen Jones

JUDGE OF THE DISTRICT COURT

IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS

Tommy Lee Kleiner, Petitioner

Vs.

Case Number: 2005-DM-000226

Nina Marie Green, Respondent

## NOTICE OF HEARING

On this date, 11/23/2005, by the Court, this case is Ordered to be set for hearing.

This Order is notice to you that this case is now set for **Hearing** on **Wednesday, December 07, 2005**, at **11:00 am**. Parties and counsel are to appear in the District Court of Osage County on said date and time.

**IT IS SO ORDERED.**

**Jon Stephen Jones**
Judge of the District Court

CARRBONDALE POLICE DEPARTMENT

**DATE: 11-23-2005**
**RE: Kleiner, Tommy**
**OFFICER: Brown, Jeff**
**LOCATION:** [redacted]
**CASE #: 05C155**

---

Case is still under investigation-not ready for prosecution.

# NSAS STANDARD OFFENSE REPO.

Front Page Open Public Record



☑ Initial ☐ Delete
☐ Modify ☐ Add

☐ On View ☐ Dispatched
☑ Citizen

| Name of Agency | KS Agency ORI No. | Case No. |
|---|---|---|
| Carbondale Police Department | KS0700300 | 05C155 |

## INCIDENT

| Date Offense Started | Time | Date Offense Ended | Time | Date of Report |
|---|---|---|---|---|
| 11072005 | 08:36 | 11212005 | 18:00 | 11222005 |

Exceptional Clearance Date:

Exceptional Clearance: A ☐ Death of Offender; B ☐ Prosecution Denied; C ☐ Extradition Denied; D ☐ Victim Refused to Testify; E ☐ Juvenile - No Custody; N ☑ Not Applicable

| Location of Offense | Report Area | Time Reported | Time Arrived | Time Cleared |
|---|---|---|---|---|
| [redacted] | | 19:45 | 19:50 | 20:10 |

## OFFENSE NO. 01

| Chapter | Section | Sub 1 | Sub 2 |
|---|---|---|---|
| 21 | 3720(c) | | |

☐ Attempted ☑ Completed

Select (1): ☐ Aid/Abet ☐ Conspiracy ☐ Solicitation

Description: **Criminal damage to property <$500**

Premise: | #Prem: | Hate/Bias: | Campus Code:

Method of Entry: F ☐ Force N ☑ No Force

Type of Theft (Select 1): M ☐ Coin Machine; B ☐ From Building; A ☐ MV Parts & Acc; L ☐ Shoplifting; P ☐ Pocket-Picking; S ☐ Purse Snatching; E ☐ Embezzlement; T ☐ Pos Stolen Prop; V ☐ Motor Vehicle; F ☐ Theft From MV; O ☐ All Other; N ☑ Not Applicable

Type of Force (Max 3): 11 ☐ Firearm ☐ Auto; 12 ☐ Handgun ☐ Auto; 13 ☐ Rifle ☐ Auto; 14 ☐ Shotgun ☐ Auto; 15 ☐ Other ☐ Auto; 20 ☐ Knife/Cut Instr; 30 ☐ Blunt Object; 35 ☐ Motor Vehicle; 40 ☐ Personal Weapon; 50 ☐ Poison; 60 ☐ Explosive; 65 ☐ Fire/Incid/Device; 70 ☐ Drugs/Narcotics; 85 ☐ Asphyxiation; 90 ☐ Other; 95 ☐ Unknown; 99 ☑ None

Offender Suspected of Using (Max 3): A ☐ Alcohol; C ☐ Computer Equip; D ☐ Drugs/Narcotics; N ☑ Not Applicable

Type of Criminal Activity (Max 3): B ☐ Buying/Receiving; C ☐ Cult/Manu/Publ; D ☐ Dist/Selling; E ☐ Exploit Children; O ☐ Oper/Promote; P ☐ Possess/Conceal; T ☐ Trans/Import; U ☐ Using/Consum; J ☐ Juvenile Gang; G ☐ Other Gang; M ☑ No Gang Involvement

Local Code:

## OFFENSE NO. 02

| Chapter | Section | Sub 1 | Sub 2 |
|---|---|---|---|
| 21 | 3412(c) | (4) | |

☐ Attempted ☑ Completed

Select (1): ☐ Aid/Abet ☐ Conspiracy ☐ Solicitation

Description: **Battery; Domestic battery against a family or household member**

Premise: | #Prem: | Hate/Bias: | Campus Code:

Method of Entry: F ☐ Force N ☑ No Force

Type of Theft (Select 1): M ☐ Coin Machine; B ☐ From Building; A ☐ MV Parts & Acc; L ☐ Shoplifting; P ☐ Pocket-Picking; S ☐ Purse Snatching; E ☐ Embezzlement; T ☐ Pos Stolen Prop; V ☐ Motor Vehicle; F ☐ Theft From MV; O ☐ All Other; N ☐ Not Applicable

Type of Force (Max 3): 11 ☐ Firearm ☐ Auto; 12 ☐ Handgun ☐ Auto; 13 ☐ Rifle ☐ Auto; 14 ☐ Shotgun ☐ Auto; 15 ☐ Other ☐ Auto; 20 ☐ Knife/Cut Instr; 30 ☐ Blunt Object; 35 ☐ Motor Vehicle; 40 ☐ Personal Weapon; 50 ☐ Poision; 60 ☐ Explosive; 65 ☐ Fire/Incid/Device; 70 ☐ Drugs/Narcotics; 85 ☐ Asphyxiation; 90 ☐ Other; 95 ☐ Unknown; 99 ☑ None

Offender Suspected of Using (Max 3): A ☐ Alcohol; C ☐ Computer Equip; D ☐ Drugs/Narcotics; N ☑ Not Applicable

Type of Criminal Activity (Max 3): B ☐ Buying/Receiving; C ☐ Cult/Manu/Publ; D ☐ Dist/Selling; E ☐ Exploit Children; O ☐ Oper/Promote; P ☐ Possess/Conceal; T ☐ Trans/Import; U ☐ Using/Consum; J ☐ Juvenile Gang; G ☐ Other Gang; M ☑ No Gang Involvement

Local Code:

## VICTIM NO. 01

Type of Victim: I ☑ Individual; B ☐ Business; S ☐ Society / Public; F ☐ Financial Institution; R ☐ Religious; G ☐ Government; O ☐ Other; U ☐ Unknown

Victim of Offense No. (Circle): (1) (2) 3 4 5 6 7 8 9 10

| Name Last | First | Middle |
|---|---|---|
| KLEINER | TOMMY | L |

| Address Street | City | State | Zip |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

| Telephone (Home) | Race | Sex | Ethnicity | Res/NRes | D.O.B. | Age | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | N | R | [redacted] | 27 | 506 | 135 | BLN | BLU |

| Drivers License No. | DL State | Social Security No. | Employer / School |
|---|---|---|---|
| | | [redacted] | |

| Telephone (Work) | Address Street | City | State | Zip |
|---|---|---|---|---|
| | | | | |

Agg Aslt / Battery (Max 2):

Victims Relationship to Corresponding Suspect No. (Indicate All Suspects): 1. **BG** 2. 3. 4. 5. 6. 7. 8. 9. 10.

Type of Injury (Max 5): 1. **N** 2. 3. 4. 5.

## RP / DC / W / O

| Name Last | First | M.I. | Address Street | City | State | Zip |
|---|---|---|---|---|---|---|
| KLEINER | TOMMY | L | [redacted] | | | |

| Telephone (Home) | Race | Sex | Ethnicity | Res/NRes | DOB | Age | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | N | R | [redacted] | 27 | 506 | 135 | BLN | BLU |

| Employer / School | Address | City | State | Zip | Telephone (Work) |
|---|---|---|---|---|---|
| | | | | | |

## PROPERTY

Type Property Loss: 1 = None; 2 = Burned; 3 = Counterfeited / Forgery; 4 = Destroyed / Damaged / Vandalized; 5 = Recovered; 6 = Seized; 7 = Stolen; 8 = Unknown

| Type Loss | Property Drug Code | Description / Suspected Drug Type | Estimated Quantity | Fraction | Type Drug Measure | Value | Date Recovered |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Reporting Officer | ID No. | Date | Copies To | Supervising Officer | ID No. | Property Total |
|---|---|---|---|---|---|---|
| BROWN, JEFF | 110 | 11222005 | KBI,CA,FILE | | | |

11/23/05
1543

IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS

ORIGINAL

FILED

2005 NOV 23 AM 9: 49

CLERK OF THE DIST COURT
OSAGE COUNTY KANSAS

Tommy Lee Kleiner, Petitioner

Vs. Case Number: 2005-DM-000226

Nina Marie Green, Respondent

**RETURN OF SERVICE ON TEMPORARY ORDER OF PROTECTION**

TO: **SHERIFF OF OSAGE, COUNTY, KANSAS**

SERVE: OSSO (County Sheriff's Department)

SERVE: (City, Police Department)

SERVE: Nina Marie Green, Respondent (Defendant)

[redacted] (Defendant's address)

[redacted] (Defendant's City, ST., Zip)

WITH: PETITION, NOTICE OF HEARING AND TEMPORARY ORDERS OF PROTECTION FROM ABUSE.

SEAL
CLERK OF THE DISTRICT COURT

Charna Williams
Clerk of District Court

DATED: Wednesday, November 23, 2005 By Ellen Harmon, Deputy
Deputy Clerk

RETURN OF SERVICE

Date 11/23/05 Time 1543 hrs papers were received. I certify, under penalty of perjury; that the forgoing is true and correct, the Petition, Notice of Hearing and Temporary Restraining Order was served in the following manner:

County Sheriff's Office Served 959 DATE 11/23/05 TIME 1543 hrs.

City Police Department Served ______ DATE ______ TIME ______

Defendant Served Nina Green DATE 11/23/05 TIME 1853 hrs

In the following manner:

1) X By serving personally
2) ____ No service, unable to locate.

SHERIFF/PROCESS SERVER

OSAGE County, KS

By Deputy S. Klostk

****NOTE TO OUT OF COUNTY SHERIFF: Please fax a copy of this return to Osage County Sheriff's Dept. at 785-828-3662 and send original to Osage County District Court, PO Box 549, Lyndon, KS 66451.)**

El 2005-DM-000226

2005 NOV 30 PM 3:00

I Tommy Kleiner Request the District court to issue a subpoena to Jeff Brown

Tommy Kleiner

11/30/05
1617

ORIGINAL

FILED

2005 DEC -2 AM 10:19

CLERK OF THE DIST. COURT
OSAGE COUNTY KANSAS

**STATE OF KANSAS**
**COUNTY OF OSAGE**

Case No. 2005-DM-000226

**SUBPOENA**

THE STATE OF KANSAS, To Jeff Brown
Carbondale, Chief of Police

YOU ARE HEREBY commanded to appear before the Judge of the District Court within and for the County of Osage in the 4th Judicial District of the State of Kansas, at the Courthouse in the City of Lyndon, **on** Wed ; Wednesday **the** 7 **day of** Dec **A.D. 2005** **at** 11:00 **o'clock** A **M**, to testify on behalf of the Plaintiff/Defendant, Plaintiff in a certain action now pending in said Court, wherein

Tommy Kleiner
vs.
Nina Green

AND HEREOF FAIL NOT, Under penalty of the law.

**In Witness Whereof**, I have hereunto set my hand and affixed the seal of said Court at my office, in Lyndon, Kansas, this the 7 day of December, 2005.

SEAL — CLERK OF THE DISTRICT COURT

Ellen Dennison, Deputy
Clerk of the District Court

RETURN OF SERVICE:

To the Sheriff of Osage County, Kansas, to execute and return by ______.

I certify under penalty of perjury that the foregoing return of service is true and correct.

Executed on: 02DEC05
personally to: Jeff Brown
certified mail: ______
Not found in my county: ______

Deputy S. Kilpatrick
(Signature of Law Enforcement Officer)
Shane Kirkpatrick
(Printed name of Law Enforcement Officer)