FD-302 (Rev. 10-6-95)



FEDERAL BUREAU OF INVESTIGATION

Date of transcription 12/23/2004

Cheryl Fine, date of birth June 24, 1970, address 234 NE Emporia, Melvern, Kansas, telephone number (785) 549-3463, was advised of the identity of the interviewing agent and the purpose of the interview. Fine was interviewed at her place of employment, Casey's General Store, 417 Topeka Ave, Lyndon, KS, telephone number (785) 828-9708, and provided the following information:

Lisa Montgomery worked part-time for Fine at the Casey's General Store from about August 2003 to the present. Montgomery worked every other Sunday for four hours. Fine has known Montgomery for about two years and stated she was a reliable employee.

Montgomery told Fine she was taking maternity leave several weeks ago in anticipation of having a baby and would be back to work on January 3, 2005. Montgomery filled out a leave request form dated November 17, 2004 and put maternity in the remarks section of the form. Montgomery requested Family and Medical Leave from Casey's. A letter dated December 8, 2004 from Casey's General Stores in Montgomery's file shows Montgomery was denied Family and Medical Leave because she had not worked 1,250 hours in the past 12 months. Iler leave would bc considered an extended leave of absence.

Fine last saw Montgomery at Casey's at 6:00 a.m. on Thursday, December 16, 2004. Montgomery was driving her maroon Toyota Corolla, got gas at the store and had Fine check her oil. Fine stated Montgomery seemed normal, but did stand at the corner of the counter inside the store and acted like she was having labor pains. Fine told Montgomery she should call her husband, Kevin Montgomery, but she did not call.

Fine identified other co-workers of Montgomery's as Ila Smoot and Jenny Hayes, whose last day working at Casey's was December 13, 2004. Fine saw Montgomery's baby on Friday, December 17, 2004, at about 11:30 a.m. or 12:00 p.m. at the store. Montgomery told Fine the baby's name was Abigail.

The aforementioned Request for Leave form and letter from Casey's, along with a training form and form 8850 Pre-Screening Notice and Certification Request for the Work Opportunity and

Investigation on 12/23/2004 at Lyndon, Kansas

File # 7C-KC-88014 Date dictated 12/23/2004

by SA Scott F. Gentine:sfg sfg35805.302

COPY FOR YOUR INFORMATION

00051

This document contains neither recommendations nor conclusions of the FBI. It is rhe property of the FBI

7C-KC-88014



Welfare-to-Work Credits, has been submitted to this case file via FD-340. This was the entire contents of Montgomery's personnel file at Casey's.