FD-302 (Rev. 10-6-95)



FEDERAL BUREAU OF INVESTIGATION

Date of transcription 12/23/2004

Lisa R. Green, date of birth July 7, 1964, address 327 Ash Street, Lyndon, KS, telephone number (785) 828-4616, was advised of the identity of the interviewing agent and the purpose of the interview. Green was interviewed at her place of employment, Osage County Appraiser's Office, and provided the following information:

Green has known Lisa Montgomery for two and a half to three years. She worked with Lisa Montgomery at the Casey's General Store in Lyndon. Green last saw Montgomery on or about Sunday, December 12, 2004. Montgomery often talked to Green about her pregnancy; how she felt from morning sickness, or how her back ached. Montgomery told Green about a home birthing kit she had purchased on the Internet.

Lisa Montgomery called Green about 8:30 p.m. Thursday, December 16, 2004, to tell her she had a baby girl at about 12:15 p.m. Montgomery told Green she went shopping in the morning, went into labor, had the child, checked herself out because she did not have insurance and went home.

Green believed Kevin Montgomery, Lisa Montgomery's husband, did not know his wife was not pregnant. Lisa Montgomery told Green Kevin Montgomery had not had intercourse with her in months because he did not want anything to happen to the baby.

Green advised Montgomery worked at the Greyhound Bus Station in Topeka, the Casey's General Store in Lyndon, and at the Wendy's at BETO Junction (Interstate 35 and U.S. 75).

sfg35806.302

Investigation on 1212312004 at Lyndon, Kansas

File # 7C-KC-88014 Date dictated 12/23/2004

by SA Scott F. Gentine:sfg

COPY FOR YOUR INFORMATION

00049

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI an