FILED

IN THE DISTRICT COURT OF OSAGE COUNTY, KANSAS 2005 JAN 13 PM 4:59

CLERK OF DISTRICT COURT
OSAGE COUNTY KANSAS

THE STATE OF KANSAS, Plaintiff

v. Case No. 2004-CR-168

TOMMY KLEINER, Defendant

JOURNAL ENTRY

NOW on this 15th day of October, 2004, the above case comes on for trial before the above court, the Honorable Jon Stephen Jones presiding. The State appears by and through Osage County Attorney Gary L. Foiles. The defendant appears in person and by and through her attorney Kathleen Neff.

The State presents evidence and rests.

The Defense presents evidence.

The Court having reviewed the file, finds and adjudges the defendant guilty to Count 1 of the Complaint charging Violating a Protection Order contrary to K.S.A. 21-3843(a), a class A person misdemeanor.

The Court continues the above entitled matter to a later date for sentence and orders the defendant to have no contact with the victim Lisa Montgomery.

NOW on this 9th day of December, 2004, the above case comes on for sentencing before the above court, the Honorable Jon Stephen Jones presiding. The State appears by and through Osage County Attorney Gary L. Foiles. The defendant appears in person and by and through her attorney Sue DeVoe.

THEREFORE IT IS BY THE COURT ORDERED that upon the defendant's conviction for the crime of Violating a Protection Order contrary to K.S.A. 21-3843(a), a class A person misdemeanor, the Court sentences the defendant to 6 months in the Osage County Jail. The Court suspends the sentence and places the defendant on 12 months supervised probation with Court Services. The defendant is ordered not to be on any property with victim Lisa Montgomery or in proximity thereto. The defendant shall continue therapy with Shunga Trail Mental Health Services. The Court further orders the defendant to pay probation fee in the sum of $25.00, fingerprint fee in the sum of $35.00, attorney fees to be determined at a later date, and court costs in the sum of $117.00. The defendant is by the Court ordered to pay the total of $177.00 to the Clerk of the District Court.

IT IS SO ORDERED.

Hon. Jon Stephen Jones
District Judge

PREPARED & SUBMITTED:

~~Gary L. [illegible], No. 16842~~
Osage County Attorney
[redacted]
Attorney for State

Sue DeVoe, No. 13314
Attorney at Law
[redacted]
Attorney for Defendant