**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 01/24/2005

Katheryn L. Dewey, DOB: 08/23/1950, 33781 South Croco Road, Melvern, Kansas 66510, telephone 785/549-3352, was contacted for information regarding Lisa Montgomery. After being advised of the identity of the interviewing Agents and the purpose of the interview, Dewey provided the following information:

Dewey was interviewed at her place of employment, the Osage County Clerk's Office, Osage County Courthouse, Lyndon, Kansas, telephone 785/828-4812, where she is employed as the First Deputy County Clerk. She advised she is familiar with Lisa Montgomery through Kevin Montgomery and his parents, Joy and Roger Montgomery. She explained that Kevin's parents attended the same church as she and her husband, John Dewey, and they've known them since 1966 or 1967. She met Lisa Montgomery for the first time when she and Kevin were dating and he brought her to church services with him. About five years ago, they married, lived in Melvern, Kansas, and Kevin currently works at Acme Sign in Kansas City, Missouri, along with her husband. Lisa has four children from a previous marriage and the oldest, Desiree, is the same age as her daughter Sarah. Desiree and Sarah both attend Marais Des Cygnes Valley High School. All of the Montgomery children seemed like nice kids.

Dewey considered herself an acquaintance of Lisa Montgomery and would see her frequently at school activities and 4H functions. She described Lisa as a little "different" but she seemed like a very nice person. Lisa did not discuss her pregnancies with many people, not even her in-laws, Joy and Roger Montgomery. When asked, she never went into much detail and it was clear by her answers that she wasn't going to volunteer a lot of information. She recalled Lisa saying on one occasion "I'm carrying this one O.K....my body's not rejecting it," referencing her previous miscarriage.

Dewey assumed the reason Lisa Montgomery did not discuss her pregnancy with others is because she wanted to keep her pregnancy from her side of the family. She had a mother and several brothers and sisters but they were constantly quarreling. As she met other members of Lisa's family, she always thought it was a wonder she turned out as well as she did.

Investigation on 01/18/2005 at Lyndon, Kansas

File # 7C-KC-88014 Date dictated 01/21/2004

by SA Andrew L. Alvey
SA Donald J. Albracht/dja

00183



This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MONTGOMERY

Dewey recalled the occasion when she picked up Lisa's brother, Teddy Montgomery, and his girlfriend, Bonnie, and their little boy, Justin, while walking south on Highway 75, just at the south end of Lyndon, KS. The couple had a baby with them so she stopped and offered them a ride. When she asked them where they were headed and they told her they were looking for Kevin and Lisa Montgomery's place. She told them she knows the Montgomerys and gave them a ride to their home in Melvern. They subsequently moved in with Kevin and Lisa for a time but they didn't get along. She also noted that one of her co-workers, Lisa Green, had a daughter, Nina Green, who was dating Lisa's brother, Tommy Montgomery. Tommy Montgomery is known for his violent temper and is always in trouble with the law.

Dewey recalled Kevin's first baby with his first wife, Lori, had been stillborn so she assumed he was very happy about his new daughter. It was her understanding that Kevin was looking forward to having a daughter. When she learned Kevin was not present when the baby was born, Dewey questioned Montgomery why she did not get a call into him. She just said Kevin was at work at Acme Sign and she did not have his phone number. She thought this was very odd because all she would have to do is call her daughter Desiree and she could have reached him.

Dewey stated she was aware that Lisa had lost her first baby, however, she did not learn about Lisa's most recent pregnancy until late October or early November when her husband John came home from work and announced that Kevin would be taking time off in December when the new baby arrived. When she asked Desiree about her mom, she said her mom wanted to keep it quiet and, "I can only tell you what mom tells us." Likewise, from her conversations with Roger and Joy Montgomery, it was clear that they thought Lisa was pregnant, however, they also did not seem to know a lot of details. She subsequently observed Montgomery wearing maternity clothes, however, she hadn't seen her the week prior to her visit to her office.

Dewey advised that about Noon on Friday, December 17, 2004, Kevin and Lisa Montgomery stopped by her office. Kevin stuck his head in the door and said, "We've got something to show you." She stepped into the hallway and Lisa was holding a newborn baby girl. Lisa did all of the talking but since Kevin is quiet by nature, she did not think that it was unusual. Lisa said the child's name was "Abigail Marie" and that she was born at 1215PM on Thursday afternoon in Topeka. When Dewey questioned her how she

7C-KC-88014



had been released so early and without providing the baby's name to the hospital, she had an answer for everything. Nevertheless, she found it suspicious that the hospital allowed her to leave without providing the baby's name and obtaining a birth certificate. She told her she was returning on Monday to fill out the necessary paperwork. Montgomery told her, "They can't keep me there," referring to her decision to leave the hospital. She noted Lisa is "rough and ready" and people who know her were probably not surprised that she left the hospital on her own so early.

Dewey said she learned from her daughter Sarah that Desiree told her that her sister Chelsea had been molested by their grandfather. In addition, their youngest sister, Kayla, was living in Alabama with a family friend. She surmised that she may have wanted out of the family situation.