**Transcript Printed**
2/13/2006

# Marais des Cygnes Valley High School

508 NE Main
Melvern, KS 66510



**Boman, Kayla D.**
P.O. Box 522
Lyndon, KS 66451

| | | | |
|---|---|---|---|
| **Grade/Year: 10** | | | |
| **Credit Earned:** | 7.000 | **Class Rank** | |
| **Credit Attempted:** | 7.000 | **Grade Point Averag(** | 3.714 |
| **Grade Points Earned** | 26.000 | | |

| Course Code | Description | Final Grade Period ⟹ 1 | 2 | Credit | Note |
|---|---|---|---|---|---|
| | AG ConsT | A- | | 0.500 | |
| 340B | Algebra 1 | | B- | 1.000 | |
| 920B | Band | | A | 0.500 | |
| 110B | English 9 | | B- | 0.500 | |
| | Family Dyna | A- | | 0.500 | |
| 410B | Gen Science | | B+ | 0.500 | |
| | Music Appre | A- | | 0.500 | |
| | PE 9-12 G/F | A | | 1.000 | |
| 100B | VPL--English 9 | | A- | 0.500 | |
| 104B | VPL--Gen. Science | | A- | 0.500 | |
| | World History/Geography | A- | | 1.000 | |

| School Year | |
|---|---|
| 2004-2005 | |
| Absences | Tardies |
| 14.50 | 0 |

*sds_gtn sds* **Boman, Kayla D**

```
MDCV GRADING SCALE
A  94-100      C  74-77
A- 90-93       C- 70-73
B+ 88-89       D+ 68-69
B  84-87       D  64-67
B- 80-83       D- 60-63
C+ 78-79       F  59 & below
```

MARAIS DES CYGNES VALLEY H.S.
OFFICIAL
USD 456
TRANSCRIPT
MELVERN, KS