**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 08/22/2006

Kayla Boman (Kayla) **[PROTECT IDENTITY - JUVENILE]**, date of birth: August 18, 1990, home address: 820 N. Ponca, Dewey, Oklahoma, home telephone number: (918) 534-8000, was advised of the identity of the interviewing agents and the purpose of the interview. Kayla agreed to be interviewed regarding her mother, Lisa Marie Montgomery (Lisa). Kayla then provided the following information:

Kayla was living in Melvern, Kansas, with Lisa; Kevin Montgomery (Kevin), her step-father; and her siblings: Desiree, Chelsea, and Carl, Jr., until her fourteenth birthday on August 18, 2004. On August 18, 2004, Kayla went to live with Patsy (last name unknown [LNU]).

Kayla knew Patsy LNU through previous contact in the rat terrier dog-breeding and showing circuit. Lisa originally met Patsy LNU in December 2003. Kayla talked on-line with Patsy LNU, but did not officially meet her until March 2004, when Kayla and Lisa drove to Alabama to obtain a puppy from Patsy LNU. At that time Patsy LNU extended an offer for Kayla to come to Alabama for a couple of weeks to gain dog showing industry-related experience by going to shows and conducting other dog breeding-related activities with Patsy.

In July 2004, Kayla went to Patsy LNU's residence for approximately three weeks. Kayla originally traveled to Conrad, Texas, for a week with Barbie Tramell, who lives in Forestburg, Texas; and then went to Alabama with Michelle Heist. Patsy LNU was and is currently divorced; however, she has two sons, Daniel, age 20, and Jeremy, age 17, from her previous marriage. Daniel was not living with Patsy LNU when Kayla stayed at Patsy's residence in Alabama. Patsy LNU additionally was the foster care mother to James and John, twin boys, age 17 ½, at the time. During Kayla's three week period of staying with Patsy LNU, Kayla attended two dog shows, one in Long Beach, Mississippi, and one in Lexington, Kentucky. Lisa and Desiree picked Kayla up near the end of July.

On August 3, 2004, Patsy LNU called Kayla and invited her to come to Alabama for part of the school year to gain additional experience in the dog breeding and showing industry. Lisa agreed to this arrangement. Kayla went to Alabama on August 18, 2004, and

Investigation on 08/17/2006 at Dewey, Oklahoma

File # 7C-KC-88014 -218 Date dictated 08/22/2006

by SA Arch G. Gothard II
SA Dirk D. Tarpley

02587

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

intended to return home on December 18, 2004. Kayla stayed at Patsy LNU's longer because of the incident that occurred with her mother (the murder of Bobbie Jo Stinnett). Kayla attended Carroll High School while living with Patsy LNU. When asked, Kayla advised that while she did not get along well with her mother, she did not "run off" to Alabama, but rather went there in order to attend a new school and for new experiences.

Kayla said she did not really consider herself close with Lisa. Her mother was frequently upstairs on the computer much of the time and spent a lot of time by herself. Lisa was also into knitting and other arts and crafts related activities. Lisa worked three jobs and only cooked occasionally. Kayla, her siblings and Kevin were largely responsible for household duties and cared for the animals they kept. Kevin worked most of the time, and Kayla was involved in basketball, softball, track and music, all of which kept her occupied. Kayla did not like living with Lisa. When asked, Kayla advised Lisa would hit Chelsea, whom caught the brunt of her physical outbursts; however, Kayla further recounted being slapped herself by Lisa to the point of obtaining a nosebleed for back talking on an occasion.

Kayla said Lisa did not pay much attention to her so she attempted to bond with Lisa through the dog breeding and showing industry and related activities. Kayla began helping her mother and working with her in about August 2003. Kayla went to her first dog show in approximately November 2003, in Abilene, Kansas. Kayla met Jason Dawson, whom Lisa already knew, at that dog show. Kayla and Lisa met Bobbie Jo and Jeb Stinnett at another dog show in Abilene, Kansas, on April 9-10, 2004. Kayla showed "Joey," Chelsea's dog, at that dog show, spending the first day with her mother and the second day predominantly with Tracy Ramirez.

Kayla stated that she and Lisa only got along when it came to dogs, and even then, they did not always get along. Kayla went on to elaborate that when it came to making decisions regarding the dogs they were breeding and showing, it was Lisa's way or no way. When asked, Kayla advised she never knew Lisa to misrepresent the breeding lines of her dogs. Furthermore, they never made money breeding or showing their dogs.

Kayla only met Bobbie Jo Stinnett in person on one occasion; however, they talked regularly over the internet regarding dog-related matters when Kayla was living in Alabama.

7C-KC-88014

Continuation of FD-302 of Kayla Boman , On 08/17/2006 , Page 3

Kayla remembered that sometime before August 2004 Lisa was on-line with Patsy LNU and mentioned she was pregnant. She was unsure of the exact month but speculated it could have been as early as May or June 2004. Lisa talked about being pregnant prior to Bobbie Jo Stinnett's announcement of her pregnancy. At first Kayla believed her mother was actually pregnant, but then things did not seem to fit. Kayla checked her mother's e-mail account and could see she was stating that she was pregnant with twins, but then claimed one of the babies died. Further, Kayla saw that Lisa told Patsy LNU, in an e-mail, not to tell Kayla about the death of one of the twins because she didn't want to upset her.

Carl, Jr. called Kayla when she was in Alabama and told her their mother had a baby. Kayla found it odd no details regarding the size, weight and time of birth were provided regarding the baby because Lisa was very knowledgeable about those details regarding her other children. Kayla remembered speaking with her mother that morning on the telephone and hearing the baby in the background. Desiree said that the child was cute. After returning home from school that day, Patsy LNU told Kayla she needed to speak with her. Patsy LUN then explained to Kayla that Bobbie Jo Stinnett had been murdered and that Lisa had taken her baby for herself and was responsible for the homicide.

Kayla talked to her mother on the telephone in February 2005, March 2005, and on April 14, 2006, and additionally corresponds with her through letters.

Kayla was asked what she thinks of her mother, to which she replied, "She is evil." Kayla was asked why she thought that about Lisa, to which she replied, "Because she brutally murdered my friend." Kayla elaborated that she considered Bobbie Jo Stinnett a friend and in some regard as a mentor. Kayla said her mother claims she did not do it. When asked why she thinks her mother did it, Kayla replied, "She was caught in a lie for one thing, and for a second thing she is an idiot." Kayla went on to say, "It's sad because she's actually a smart person."

Kayla spoke with her mother's defense attorneys many times and also spoke with Matt, the author of the book that was written about the incident. Kayla knew the attorneys she spoke with as Phil, Ron, Lisa, Danny, and Holly.