FEDERAL BUREAU OF INVESTIGATION

Date of transcription 01/05/2005

Mona R. Marcotte, date of birth 05/31/1957, address Route 1, Box 97, Eskridge, Kansas, telephone number (785)449-2317, was advised of the identity of the interviewing agent and the purpose of the interview. Marcotte was interviewed at the Topeka, Kansas office of the FBI and provided the following information:

Marcotte had known Lisa Montgomery since about April, 2002, through Montgomery's daughter, Desiree Boman, who worked for Marcotte at the Wendy's Restaurant at BETO Junction (I-35 and U.S. Hwy 75) near Lebo, Kansas. Marcotte is a manager at this Wendy's. Montgomery began working for Marcotte at the Wendy's in about January, 2004. Marcotte described Montgomery as a good employee and a good worker. Montgomery usually worked Mondays, Tuesdays, and Wednesdays from 10:00 a.m. to 4:00 p.m. or 11:00 a.m. to 7:00 p.m. Montgomery quit working at the Wendy's about the first or second week of November, 2004, in anticipation of having a baby.

Marcotte believed Montgomery's due date for the birth to be about December 10, 2004, and Montgomery told Marcotte she was expecting twins, one boy and one girl. Montgomery brought in a picture of a sonogram to work and showed it to Marcotte. Montgomery pointed out to Marcotte which baby in the picture was a boy and which one was a girl. Marcotte also knew Montgomery to have been shopping for twins. Montgomery told Marcotte that the girl's name was to be Abigail but Marcotte couldn't remember what the boy was to be named. Marcotte had been put under the impression that Montgomery was having twins from conversations she had with both Montgomery and her daughter, Desiree Boman.

ADMINISTRATIVE

SA Gentine obtained the Wendy's personnel file for Lisa Montgomery from Diane Williams, Travel Centers of America, BETO Junction, telephone number (620)256-6311 ext 30. The file has been submitted to this case file via FD-340.

Investigation on 12/29/2004 at Topeka, Kansas

File # 7C-KC-88014 Date dictated NA

by SA Scott F. Gentine

w/c

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned t it and its contents are not to be distributed outside your agency.