# K A N S A S

RODERICK L. BREMBY, SECRETARY

KATHLEEN SEBELIUS. GOVERNOR

DEPARTMENT OF HEALTH AND ENVIRONMENT


October 28, 2004

Lisa Montgomery
32419 S. Adams
Melvem, Kansas 665 10

Dear Ms. Montgomery:

Please complete the enclosed birth worksheet and return in the stamped, self-addressed envelope. The Certificate of Live Birth will be typed using the information you provide on this worksheet. After the birth certificate has been typed, I will mail the certificate to you for your signature.

Before your child's birth certificate can be placed on file, we need verification of pregnancy. Pregnancy is usually verified by a doctor, a minister, an employer, or health department personnel who interacted with the baby's mother during her pregnancy.

If you have any questions please call me at (785) 296-1429.

Sincerely,

Sharon Marshall

Sharon Marshall, Senior Administrative Assistant
Registration Unit
Vital Statistics

Enclosures


Center for Health and Environmental Statistics
Office of Vital Statistics
CURTIS STATE OFFICE BUILDING, 1000 SW JACKSON ST., STE. 120, TOPEKA, KS 66612-2221
Voice 785-296-1424 Fax 785-368-7226 http://www.kdhe.state.ks.us/


113 15218)

# Is that all?

You will he asked to provide documentation confirming your pregnancy. That may sound strange but remember the baby that was kidnapped from a Kansas City hospital? The people who kidnapped that child would eventually need a birth certificate for the child. They would probably try to get a birth certificate by stating that the baby was born at home.

Listed below are some examples of pregnancy verifications we have accepted.

- A written slatement from a minister
- A written statement from a doctor who saw mom during her pregnancy. It could be her eye doctor, pediatrician, or a health professional at a clinic.
- A written statement from the county health department if mom was seen there medically or for WIC.
- A written statement from an employer.
- A written statement from a teacher, school nurse, or principal.
- A copy of a sonogram showing mom's name and the date of the sonogram.
- A copy of the results of a pregnancy test

These statements must be on business letterhead and must be from someone other than a family member.


**KANSAS DEPARTMENT OF HEALTH AND ENVIORNMENT**

Office of Vital Statistic5

1000 SW Jackson, Suite 120
Topeka, KS 66612-2221
Phone (765) 296-1429
Fax (785) 366-7226


# Home Birth Registration

*Your baby's birth certificate is an important document.*



## WHY IS VITAL STATISTICS CONCERNED ABOUT OUR CHILD'S BIRTH CERTIFICATE?

The Office of Viral Statistics is statutorily mandated to register all children born in Kansas.

**Article 24-UNIFORM VITAL STATISTICS ACT.**

Kansas Statutes Annotated (K.S.A.) Chapter 65

65-2409a **Certificate of birth; requirements; filing; . . . . . . . . , .for certificate of live birth;. . , . . . . . . . (a) A certificate** of birth for each live birth which occurs in this state shall be filed with the state registrar withii 5 days after such a birth and shall be registered by such registrar if such certificate has been completed and filed in accordance with this section. If a birth occurs on a moving conveyance, a birth certificate shall indicate as the place of birth the location where the child was first removed from the conveyance.

(b) When a birth occurs in an institution, the person in charge of tbe institution or the person's designated representative shall obtain the personal data, prepare the certificate, secure the signatures required by the certificate and file such certificate with the state registrar. The physician in attendance or, in the absence of the physician, the person in charge of the institution or that person's designated representative shall certify to the facts of birth and provide the medical information required by the certificate within five days after the birth. When a birth occurs ***outside an institution,*** the certificate shall be prepared and filed by one of the following in the indicated order of priority: (1) The physician in attendance or immediately after the birth, or in the absence of such a person; (2) any other person in attendance at or immediately after the birth, or in the absence of such a person; or (3) the father, the mother or, in the absence of the father and the inability of the mother, the person in charge of the premises where the birth occurred. . ..

## WHAT IS SO IMPORTANT ABOUT A BIRTH CERTIFICATE?

A birth certificate is a legal document. A certified copy of the birth certificate is needed throughout our lives for a variety of reason. Listed below are some examples.

- To enroll in school
- To play sports
- To obtain a driver's license
- To enter the military
- Many employers now require one
- To get a passport
- For retirement
- To obtain a Social Security number

## HOW CAN I AS A PARENT HELP?

Make sure that a certificate for your child is completed **and sent** to The Office of Vital Statistics as soon after the birth as possible.

If you need assistance with the process **please** call our office.

**Sharon Marshall**
**(785)296-1429**
smarshal@kdhe.state.ks.us

**Marty Brewer**
**(785) 296-1428**
mbrewer@kdhe.state.ks.us

**Vital Statistics Website**
http:/www.kdhe.state.ks.us/vital





Lisa,
After the baby is born
you can mail this
worksheet in the return
envelope.

Sharon

264-17
KANSAS DEPT. OF HEALTH
OFFICE OF VITAL STATISTICS
1000 S.W. JACKSON SUITE 1
TOPEKA, KS 66612-2221

047J82005932
$00.370
11/01/2004
Mailed From 66612
US POSTAGE

Lisa Montgomery
32419 S. Adams
Melvern, Kansas 66510

66510+3234 01