TOYS R US

2190 Wanamaker Rd.,
Topeka, KS 66614

(785) 272-1188

9504/08 T-7098: 3 C-84661 SALE

| | | | |
|---|---|---|---|
| 717851400483 | FORMULA DISPENSE | 2.49 | T |
| 040005732087 | 1302 NURSERY JELLY | 1.49 | T |
| 052181261251 | BOTTLE RACK & NIPPLE | 2.99 | T |
| 804926035104 | S GBA MEGA PAK | 3.49 | T |
| 020266 | 50% OFF GREEN TAG P#1 6.98-3.49 | | |

| | |
|---|---|
| SUBTOTAL | 10.46 |
| T 7.200% TAX | 0.75 |
| **TOTAL** | **11.21** |
| CASH | 20.00 |
| CHANGE DUE | 0.79 |
| ITEM COUNT 4 | |

**YOU SAVED $3.49**

Your friendly cashier was:
DANIELLE

5950408709843 2009

Thank You for Shopping At Toys 'R' Us

Get FREE product safety & recall info @www.recalls.gov

WWW.TOYSRUS.COM

11/15/04 11:08 AM

1B11(26)