# IRI SUMMARY

Student Desiree Boman Date 9-8-94

School J.P Grade 2 Examiner Madden

## Word Lists

Word list no ____ score ____%
Word list no. ____ score ____%
Word list no ____ score ____%
Word list no ____ score ____%

Observations/notes ____

## Reading Passages (information from teacher's copies and score sheets)

| Passage number | Prior knowledge E/A/L | (%) Oral reading accuracy | Retelling E/A/L | Comprehension Score (%) | Comments |
|---|---|---|---|---|---|
| B | A | 89 | A | 60 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Overall Comments/Observations

Prior knowledge Understood Hide & Seek also described bears in Level A. Seems to have adequate verbal skills - above ave. at J.P.

Interest/motivation Says she has trouble reading - but was very willing

Understanding of passages Good

Reading strategies phonics not 'making sense'

Reading fluency slow

Reading rate OK? Too fast? Too slow? Negative impact on comprehension

General comments

Instructional Level B Range (high/middle/low)

Copyright © Houghton Mifflin Company

# Iowa Tests of Basic Skills

**Service 12a:**
**Individual Performance Profile**

| | | | |
|---|---|---|---|
| Student | BOMAN, DESIREE | | |
| I.D. No | | Grade | 2 |
| Class/Group | MADDEN P | Level: | 8 |
| Building | JANE PHILLIPS | Form | L |
| Bldg Code | 741030135 | Test Date | 3/95 |
| System | BARTLESVILLE | Norms | WK 03/24/94 |
| Order No. | 000-A5006287-00-009 | Page | 1212 |

RS=Raw Score
ENCE='94 NCE equated to '88 NCE
NCE=Normal Curve Equivalent
GE=Grade Equivalent
NPR=Nat'l %ile Rank (■■■)
N Att=Number Attempted
%C=Percent Correct

| Tests | RS | ENCE | NCE | GE | NPR |
|---|---|---|---|---|---|
| Vocabulary | 15 | 46 | 48 | 2.5 | 46 |
| Reading Comprehension | 15 | 27 | 33 | 2.0 | 21 |
| Reading Total | | 36 | 40 | 2.2 | 32 |
| Listening | 18 | 56 | 47 | 2.6 | 45 |
| Language | 33 | 48 | 47 | 2.6 | 45 |
| Language Total | | | 46 | 2.5 | 43 |
| Math Concepts | 18 | 61 | 59 | 3.1 | 66 |
| Math Problems | 24 | 75 | 68 | 3.7 | 81 |
| Math Total* | | 66 | 63 | 3.3 | 74 |
| Core Total* | | | 49 | 2.6 | 48 |
| Social Studies | 23 | | 62 | 3.3 | 71 |
| Science | 18 | | 38 | 2.0 | 28 |
| Sources of Information | 31 | 78 | 80 | 4.2 | 92 |
| Composite* | | | 54 | 2.8 | 58 |
| Word Analysis | 18 | 32 | 36 | 1.9 | 25 |
| Math Computation | 19 | 60 | 59 | 3.1 | 67 |

National Percentile Ranks: Low 1 10 25 40 50 60 75 90 High

*Includes Mathematics Computation

| Total Items | N Att | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **VOCABULARY** |
| 31 | 31 | 48 | 55 | Vocabulary |
| | | | | **WORD ANALYSIS** |
| 5 | 5 | 20 | 54 | Initial Sounds: Words |
| 5 | 5 | 80 | 88 | Letter Substitutions |
| 5 | 5 | 60 | 72 | Word Building: Vowels |
| 11 | 11 | 55 | 73 | Vowel Sounds |
| 3 | 3 | 33 | 65 | Silent Letters |
| 3 | 3 | 100 | 81 | Affixes |
| | | | | **COMPREHENSION** |
| 20 | 20 | 35 | 64 | Factual Meaning |
| 20 | 20 | 40 | 61 | Inferential Meaning |
| 3 | 3 | 0 | 58 | Evaluative Meaning |
| | | | | **LISTENING** |
| 5 | 5 | 100 | 75 | Literal Meaning |
| 4 | 4 | 50 | 53 | Inferential Meaning |
| 6 | 6 | 67 | 63 | Concept Development |
| 5 | 5 | 40 | 62 | Predicting Outcomes |
| 3 | 3 | 33 | 47 | Following Directions |
| 4 | 4 | 75 | 66 | Sequential Relatnshps |
| 4 | 4 | 25 | 55 | Visual Relationships |
| | | | | **LANGUAGE** |
| 5 | 5 | 80 | 68 | Developmental Lang |
| 5 | 5 | 80 | 65 | Shrd Characters Class |
| 11 | 11 | 73 | 70 | Spelling in Context |
| 11 | 11 | 73 | 70 | Capitalization |
| 5 | 5 | 60 | 52 | Punctuation: Context |
| 17 | 17 | 35 | 61 | Usage and Expression |

| Total Items | N Att | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **MATH CONCEPTS** |
| 4 | 4 | 100 | 70 | Number Systems |
| 3 | 3 | 100 | 67 | Whole Numbers |
| 5 | 5 | 60 | 56 | Geometry |
| 5 | 5 | 0 | 53 | Measurement |
| 4 | 4 | 75 | 57 | Fractions and Money |
| 5 | 5 | 40 | 34 | Number Sentences |
| 5 | 5 | 60 | 46 | Estimatn: Stndrd Rnd |
| | | | | **MATH PROBLEM SOLVING** |
| 21 | 21 | 76 | 57 | Problem Solving |
| 6 | 6 | 100 | 74 | Single-Step: + & - |
| 4 | 4 | 75 | 46 | Single-Step: x & ÷ |
| 5 | 5 | 80 | 49 | Multiple-Step |
| 6 | 6 | 50 | 54 | Prob-Solv Strategy |
| 9 | 9 | 89 | 64 | Data Interpretation |
| 7 | 7 | 100 | 66 | Compare Quantities |
| 2 | 2 | 50 | 56 | ** Interprt Relatnshp |
| | | | | **SOCIAL STUDIES** |
| 4 | 4 | 100 | 84 | History |
| 6 | 6 | 83 | 67 | Geography |
| 9 | 9 | 67 | 54 | Economics |
| 5 | 5 | 40 | 63 | Political Science |
| 7 | 7 | 86 | 82 | Sociology & Anthro |
| | | | | **SCIENCE** |
| 6 | 6 | 50 | 64 | Nature of Science |
| 9 | 9 | 56 | 65 | Life Science |
| 6 | 6 | 50 | 63 | Earth and Space |
| 7 | 7 | 57 | 67 | Physical Sciences |
| 3 | 3 | 100 | 73 | Health and Safety |

| Total Items | N Att. | %C Student | %C Nation | Skills |
|---|---|---|---|---|
| | | | | **SOURCES OF INFO** |
| 17 | 17 | 88 | 65 | Map Reading |
| 7 | 7 | 86 | 63 | Locate & Describe |
| 1 | 1 | 100 | 72 | ** Determine Direction |
| 5 | 5 | 80 | 68 | Determine Distance |
| 4 | 4 | 100 | 63 | Living Conditions |
| 17 | 17 | 94 | 70 | Reference Materials |
| 5 | 5 | 80 | 60 | Alphabetizing |
| 6 | 6 | 100 | 75 | Table of Contents |
| 6 | 6 | 100 | 75 | Dictionary |
| | | | | **MATH COMPUTATION** |
| 15 | 15 | 80 | 65 | Add Whole Numbers |
| 15 | 15 | 47 | 56 | Subtract Whole Nos |
| | | | | **THINKING SKILLS** |
| 22 | 22 | 68 | 67 | Focus/Info Gathering |
| 32 | 32 | 59 | 64 | Remembering |
| 69 | 69 | 67 | 61 | Organizing |
| 90 | 90 | 59 | 64 | Analyzing |
| 52 | 52 | 58 | 63 | Generating |
| 20 | 20 | 85 | 60 | Integrate/Evaluate |

Low Avg High

** 1 and 2 item skills are not graphed

**End of Year Assessment**
**Observed Performance of Mastery for Math Outcomes**
**1994-95**
**Second Grade**

**Student** Desiree Boman **Teacher** P. Madden

**Site** J. P. El. **Date** 5-95

| **Process Outcomes:** | **Mastered** | **Partially Mastered** | **Not Mastered** |
|---|---|---|---|
| Problem Solving<br>student can tell about problem, explain steps of problem, tell what trying to solve, and formulate own problem | | ✓ | |
| Mathematical Reasoning<br>student can draw logical conclusion, use manipulatives, known facts to explain thinking, justify answers and solution processes, use patterns and relationships to analyze math situations | | ✓ | |
| **Content Outcomes:** | | | |
| Select and use appropriate computation techniques (2.19) | ✓ | | |
| Use models to construct addition and subtraction facts to 18 complete number sentences with missing addends (2.15) | ✓ | | |
| Use models of 100's, 10's and 1's to conceptualize, read, and write numbers (2.10) | ✓ | | |
| Model and write addition and subtraction number sentences single step word problems (2.3) | ✓ | | |
| Use concrete models of 100's, 10's and 1's to develop concepts of place value (2.8) | ✓ | | |
| Use models to solve addition and subtraction problems with and without regrouping (2.16) | ✓ | | |
| Add two or three digit numbers without regrouping (2.16e) | ✓ | | |
| Apply commutative, identity, and associative properties of operations and relationships between operations (2.11) | ✓ | | |
| Add two, three, or four digit numbers (2.14) | ✓ | | |
| Add and subtract two digit numbers with regrouping (2.16d) | ~~✓~~ | ✓ | |



3/95-so

## IRI SUMMARY

Student Desiree Boman Date 5-95

School J. P. Grade 2 Examiner Madden

### Word Lists

Word list no P score ___% -1

Word list no. 1 score ___% -3

Word list no 2 score ___% -2

Word list no. 3 score ___% -2

Observations/notes

### Reading Passages (information from teacher's copies and score sheets)

| Passage number | Prior knowledge E/A/L | (%) Oral reading accuracy | Retelling E/A/L | Comprehension Score (%) | Comments |
|---|---|---|---|---|---|
| 2 | | 91 | A | 90 | |
| 3 | | 93 | A | 80 | |
| 4 | | below 90 | ½ way | through | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Overall Comments/Observations

Prior knowledge

Interest/motivation Enjoys reading

Understanding of passages Good comprehension + recall

Reading strategies Beginning sounds - doesn't pay attention to the sentence making sense

Reading fluency ran sentences together sometimes.

Reading Rate: OK? ___ Too fast? ✓ Too slow? ___ Negative impact on comprehension none

General comments Read quickly + made mistakes on easy words

Instructional Level 3 Range (high/middle/low) [high circled]

**Decimal Conversion:**

| | | | | |
|---|---|---|---|---|
| PP = 1.25 | 2nd = 2.00 | 5th = 5.00 | 8th = 8.00 | 11th = 11.00 |
| P = 1.50 | 3rd = 3.00 | 6th = 6.00 | 9th = 9.00 | 12th = 12.00 |
| 1st = 1.75 | 4th = 4.00 | 7th = 7.00 | 10th = 10.00 | |



5

THE RIVERSIDE PUBLISHING COMPANY INDIVIDUAL SCORE REPORT

# GATES-MACGINITIE READING TESTS

For: BOMAN DESIREE
Building: JANE PHILL PS

ID NO.:

Teacher: MADDEN

Birthdate: 01/87

Grade: 2

Sex: F

Level: 1

Chapter 1: 2

Form: K

Test Date: 08/22/94

Norms: Fall

| Test | Raw Score | Stanine | NCE | PR | GE | ESS |
|---|---|---|---|---|---|---|
| Vocabulary | 25 | 3 | 32 | 20 | 1.5 | --- |
| Comprehension | 26 | 3 | 32 | 20 | 1.6 | --- |
| Total | 51 | 3 | 29 | 16 | 1.5 | --- |

THE RIVERSIDE PUBLISHING COMPANY

INDIVIDUAL SCORE REPORT

GATES MACGINITIE READING TESTS

For: BUMAN DESIREE
Building: JANE PHILLIPS

ID NO.:

Teacher: MADDEN

Birthdate: 01/87

Grade: 2

Sex: F

Level: 2

Chapter I: I

Form: K

Test Date: 05/01/95

Norms: Spring

| Test | Raw Score | Stanine | NCE | PR | GL | ESS |
|---|---|---|---|---|---|---|
| Vocabulary | 23 | 3 | 28 | 15 | 1.7 | --- |
| Comprehension | 40 | 5 | 49 | 49 | 2.7 | - |
| Total | 63 | 4 | 39 | 31 | 2.3 | --- |

HEALTH RECORD　　FAMILY PHYSICIAN　　TELEPHONE NUMBER

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | | | | | | | | | | | | |
| GRADE | | | | | | | | | | | | |
| EARS (L) | | | | | | | | | | | | |
| EARS (R) | | | | | | | | | | | | |
| NOSE | | | | | | | | | | | | |
| HEART | | | | | | | | | | | | |
| LUNGS | | | | | | | | | | | | |
| ABDOMEN | | | | | | | | | | | | |
| EYES (L) | | | | | | | | | | | | |
| EYES (R) | | | | | | | | | | | | |
| POSTURE | | | | | | | | | | | | |
| TEETH | | | | | | | | | | | | |
| TONSILS | | | | | | | | | | | | |
| GLANDS | | | | | | | | | | | | |
| NUTRITION | | | | | | | | | | | | |
| SKIN | | | | | | | | | | | | |

PAST ILLNESS (DATE) FEVERS. Rheumatic ______ Scarlet ______ Typhoid ______ Hay ______ Pheumonia ______
Asthma ______ Measles ______ Mumps ______ Malaria ______ Chickenpox ______ Whooping Cough ______
Polio ______ Osteomyelitis ______ Meningitis ______ Epilepsy ______ Diabetes ______ Mononucleosis ______
Allergies ______ Heart Defects ______
Other ______

VACCINATIONS IMMUNIZATIONS AND TESTS (DATES GIVI[EN]
Smallpox ______ Revaccination ______
Diphtheria-Tetanus (DT) ______
Diabetes ______ Tuberculine Tine ______

DPT
3-12-87
5-11-87
7-8-87
8-23-88
7-24-91

Polio
3-12-87
5-11-87
8-23-88
8-11-93

MMR
8-23-88
8-17-92

HIB
9-13-88

______ Polio ______
______ Measles, Rubella (3 day) ______
______ Measles, Rubeola (10 day) ______

Code x, minor defect; xx, notify parents, xxx, immediate attenti[on] ... [im]proved; Re, Recheck; Tr, treatment recommended;
P, positive; N, negative

| EXTRA CURRICULAR ACHIEVEMENTS | | | |
|---|---|---|---|
| ORGANIZATION | HONORS CONFERRED OR WON | OFFICE HELD | CLASS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I. D. # 120063

# ELEMENTARY AND JUNIOR HIGH CUMULATIVE RECORD

| SUBJECTS / YEAR SEMESTER | 1994-1995 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | | 19 - 19 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1st | 2nd | Av | 1st | 2nd | Av | 1st | 2nd | Av | 1st | 2nd | Av | 1st | 2nd | Av | 1st | 2nd | Av | 1st | 2nd | Av | 1st | 2nd | Av |
| A LANGUAGE ARTS | | | | | | | | | | | | | | | | | | | | | | | | |
| LANGUAGE OR GRAMMAR | | | | | | | | | | | | | | | | | | | | | | | | |
| COMPOSITION & LITERATURE | S | S | S | | | | | | | | | | | | | | | | | | | | | |
| READING | S- | S | S | | | | | | | | | | | | | | | | | | | | | |
| SPELLING | S | S | S | | | | | | | | | | | | | | | | | | | | | |
| WRITING | S | S | S | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| B SOCIAL STUDIES | | | | | | | | | | | | | | | | | | | | | | | | |
| CITIZENSHIP (CIVICS) | | | | | | | | | | | | | | | | | | | | | | | | |
| HISTORY | | | | | | | | | | | | | | | | | | | | | | | | |
| GEOGRAPHY | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| C HOME & VOCATIONAL ARTS | | | | | | | | | | | | | | | | | | | | | | | | |
| AGRICULTURE | | | | | | | | | | | | | | | | | | | | | | | | |
| HOME MAKING | | | | | | | | | | | | | | | | | | | | | | | | |
| INDUSTRIAL TRAINING | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| D CREATIVE & RECREATIVE ARTS | | | | | | | | | | | | | | | | | | | | | | | | |
| HEALTH EDUCATION | | | | | | | | | | | | | | | | | | | | | | | | |
| MUSIC | | | | | | | | | | | | | | | | | | | | | | | | |
| ART OR DRAWING | | | | | | | | | | | | | | | | | | | | | | | | |
| PHYSIOLOGY | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| E MATHEMATICS AND SCIENCE | | | | | | | | | | | | | | | | | | | | | | | | |
| ARITHMETIC | S | S | S | | | | | | | | | | | | | | | | | | | | | |
| ELEMENTARY SCIENCE | Madden | | | | | | | | | | | | | | | | | | | | | | | |
| | 2nd Gr. | | | | | | | | | | | | | | | | | | | | | | | |

# HIGH SCHOOL CUMULATIVE RECORD

| SEM YR | | | SEM YR | | | SEM. YR | | | SEM YR | | | SEM YR | | | SEM YR | | | SEM. YR | | | SEM. YR | | | SEM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUB | GR | CR | SUB | GR | CR | SUB | GR | CR | SUB | GR | CR | SUB | GR | CR | SUB | GR | CR | SUB | GR | CR | SUB. | GR | CR | SUB |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | |