**DECLARATION OF PHILLIP THOMPSON**

I, PHILLIP THOMPSON, declare as follows:

I am a private investigator in the Kansas City, Missouri metropolitan area and have been since 1975. Prior to my career as a private investigator I worked in law enforcement for 18 years for the Missouri State Highway Patrol and then the North Kansas City Police Department.

Before working on the Lisa Montgomery case, I had experience working as an investigator on approximately 10 -12 murder cases.

Susan Hunt contacted me about working as an investigator on the Montgomery case. Initially I was paid through CJA funds but then the Federal Public Defender took over payment which made it easier for me to get paid. When I came in the case, Susan Hunt and Anita Burns, one of the Federal Public Defenders, were the attorneys on the case and Ron Ninemire was the Federal Public Defender investigator assigned to the case. I made two trips to Melvern, Kansas and the County seat with Anita Burns. After a few months, Anita Burns was off the case and David Owen was the Federal Public Defender working with Susan Hunt. I can get along with Mr. Owen and have known him for years; he just wants to be in charge of everything.

Ms. Hunt and Mr. Owen brought Judy Clarke into the case along with Deb Garvey, a mitigation investigator that worked with Judy Clarke. Death penalty mitigation investigation is distinct from other types of fact investigation. I normally do fact investigation. I had no problem working with Ms. Clarke or any member of her team. I did not vote to have Ms. Clarke removed as counsel for Mrs. Montgomery.

Mr. Ninemire didn't appear to enjoy working with Deb Garvey. Ron and I had no problem working together when we traveled together for the investigation. He sought my approval when we traveled together for the investigation we conducted. He didn't appear to like taking orders from Ms. Garvey. He didn't want to take direction from a woman. I didn't care. Mr. Ninemire never bought into the mitigation part. Mr. Ninemire didn't appear to like working with Holly Jackson either. Ms. Jackson was another mitigation specialist working on the defense team. I made two or three trips with Ms. Jackson to Melvern, Kansas. I had no problem getting along with Ms. Jackson. Mr. Ninemire didn't like going with Ms. Jackson for mitigation interviews. Mr. Ninemire didn't appear to like having a woman tell him how to do his job. After Susan Hunt withdrew from the case in May, 2006, I remained part of Ms. Montgomery's legal team for about a month.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Phillip Thompson
Signed this 8th day of March, 2013.