***FREDERICK A. DUCHARDT, JR./ATTORNEY AT LAW***
***P.O. BOX 349, 110 E. 6TH STREET/KEARNEY MISSOURI 64060***
***TELEPHONE 816-628-9095 FAX 816-635-5155***

***MEMORANDUM***

TO: John O'Connor, Dave Owen, Stephanie Elliott, Ron Ninemire, Dani Waller

FROM: Fred Duchardt

RE: Conferences with Lisa Montgomery at FDC Philadelphia on March 5 and 6, 2007, issues to pursue with Lisa during visits on March 14 and 15

DATE: March 7, 2007

Good day to all.

As you know, I was with Lisa in Philadelphia on Monday and Tuesday, March 5 and 6. My wife Ryland went with me. I believe that I shared with everyone that I took Ryland with me to visit Lisa when I went to see her in Philly last month, and found that session, between the three of us, was the most productive session I had ever had with Lisa. I felt these sessions on March 5 and 6 between Lisa, Ryland and me were also very productive. We worked hard through those two sessions, and I believe some good progress was made. My purpose in the meetings was to work on two main issues: what Lisa would tell about what she remembered about the death of Bobbie Jo and Lisa's beliefs about her pregnancies she reports after the 1990 procedure when her tubes were tied.

## ***Four preliminary Issues***

Before I get to details about those matters, there are four things which came up through the process which are worth noting first.

First, Lisa came in to our meeting on Monday upset that a pop-up-paper-doll-type item of a baby had been slid under her door. We discussed options in dealing with this. Lisa clearly does not perceive this to be a threat, but rather an upsetting nuisance, and does not want to bring this to the attention of anyone on FDC staff, lest she potentially be placed in protective segregation over it. She has developed a couple of good friends in population, who have been very supportive, and one of those is a pretty tough gal who has already told Lisa she will "take care of

the situation" for her. Lisa has already told this woman it's OK, and not to do anything, though she feels good about the support. Lisa says this woman is in her 40's, and kind of treats Lisa like a daughter (though their ages are not that different).

Second, as our discussions progressed, it also came out that Lisa was upset over finding out over the weekend that Kayla is pregnant. She indicated she was upset about this from the outset of the meeting, but she did not bring it up until our discussions about substantive matters got intense, and Lisa used it, I think, as a means to slow down my pursuit of the substantive issues. Clearly Lisa is legitimately upset that Carl is really not taking very good care of Kayla, as evidenced by Kayla's getting pregnant. However, I took issue with Lisa over her timing for bringin the matter up, not at the beginning of our talk, when I asked specifically about what things were going on, and/or bothering her, but rather in the middle of a heavy discussion about substantive issues. I was direct with Lisa that I think that oftentimes she uses those kinds of things to slow us down when discussions become intense about substantive issues. Lisa conceded that was true, but contended, rightly so, that the Kayla situation was bothering her a lot.

That logically brings us to the third thing. Toward the end of our Tuesday meeting, we raised with Lisa her not sharing things with us, and the reasons behind that. Lisa explained that a big part of the problem is that, over the years, she has protected herself from lots of things in her life by just not letting herself think about them. That protective mechanism goes all the way back to the abuse at the hands of Jack Kleiner, not only the sexual abuse, but also the humiliation of him stripping her and inflicting corporal punishment upon her while naked, even before the sexual abuse ever began. She protects herself from those memories, now as earlier in her life, by just not thinking about those things. When she is asked to talk dredge the things up which she has buried, she is afraid of what will happen to her. Particularly, she is afraid of having to open up these areas that are hurtful to her, and then have to go back to her cell, with no where to go with those feelings. We expressed understanding of, and sympathy with, all of this. I expressed to Lisa that she can always call one of us. She expressed reluctance to do that. I explained to her that we want to be sensitive to her coping mechanisms, but that these issues have to be addressed for us to have a chance to do the best possible job with her case. Also, I explained that talk about these things generally may well be the best thing for her.

The discussion about Lisa's defense mechanisms and their nature

came out in response to my question of her over how tightly locked up are the things which she indicates that she cannot remember. This is the fourth thing I want to mention. Put another way, I was looking to find out whether Lisa cannot or will not go to those memories. The analogy I used was between a door which is closed and a door which is locked, and I asked her which applied to her not being able to retrieve memories. She asked me how one could know the difference. I told her the difference is over whether you are willing to try the door. It was when I asked about trying the door that Lisa came forward with the explanation above about not letting herself think about the bad things lest she lose herself in those bad things.

I particularly describe all of this to everyone because I think all of this was good, direct talk over our process for finding out information from her, and her reasoning behind being reticent. I explained to Lisa that we have tried to be understanding of that reticence. I talked with her about the fact that I had come into the case last summer speaking plainly with her about the absolute need for us to have the most information which we could about the facts. I reminded her that she had been very closed with me, and had even mildly complained to Dave about my pushing these things. I reminded her that, while I was in the Street trial, we all had an agreement to not push her on talking to us about facts, to give her some space and time, before pushing things again. And, I told her I was back to pushing her to reveal things to us because of the essential nature of the issues in terms of our defending her at trial. Lisa accepted, and even embraced that this had to be done. Lisa also accepted, and even embraced, that she has a hard time directly telling people she will not talk about a subject. As she put it "I was not raised that way". However, she also readily admitted that she is very adroit at avoiding a subject through a host of more passive means, like saying "I don't know", or changing the subject, or curling up in a ball and saying nothing. We asked Lisa that if she does not want to talk about a subject, to directly tell us so, and we can address the matter directly in that fashion, without the confusion generated by responses like "I don't know". I also told her that, for her sake, we shall be continuing to push these issues. I reminded her that, with trial as close as it is, we have no time left for patience, and leaving things for later. A very good thing from the two sessions was the clear impression that Lisa was giving that she cared about what would happen at trial. Lisa has not always expressed such notions, as all of you know. I used what she said in that regard to emphasize to her that the more she helps us, the more she helps herself.

With all of that said, let me provide the details which Lisa provided to us about the two main topics.

***Memories about the day Bobbie Jo was killed***

During our discussions on what happened the day Bobbie Jo was killed, Lisa became firm on Tommy's involvement. As all of you are well aware, while Lisa has consistently indicated that she was not alone in this, she has been reluctant to specifically name Tommy as being another person involved. Lisa was in no way reluctant during the conversations on Monday and Tuesday. Though Lisa says she cannot retrieve the memories, Lisa is firm that it was Tommy, and not her, who killed Bobbie Jo.

Lisa says that Tommy wanted to talk to her and spend time with her, she picked him up in Lyndon, and he rode along with her to Skidmore. When we asked Lisa about her protective order she had against Tommy, and Tommy threatening her with a knife to her throat, questioning why she would have let Tommy come with her, Lisa responded that she never really was afraid of Tommy, and that he would always say to her "hey sis, I love you". Lisa said she got the protective order just to prove that she could, and could do something about what Tommy was doing. What Lisa was ultimately explaining was why she was not afraid of Tommy, thereby explaining why she let him go along with her. However, when later talking about the aftermath of the killing, Lisa reminded about another of Tommy's bad acts, throwing a cinder block through her windshield when they were in New Mexico, to emphasize what a scary person that Tommy can be. Suffice it to say that there is still an inherent inconsistency there, which Lisa tries to explain, though with mixed results.

Lisa said when they got to the house, she went to the door. Lisa said that Bobbie Jo recognized her, but willingly let her in. Lisa said she asked whether Tommy could come in and Bobbie Jo said sure. We directly addressed with Lisa about the turmoil within the rat terrier community, and that she had told police in one of her statements that Bobbie Jo has sided against her in the controversy. Lisa said she really did not know if Bobbie Jo was ever mad at her or not, but that there was no problem when she came to Bobbie Jo's. Lisa said that Kayla corresponded with Bobbie Jo much more than she did, and would know better how Bobbie Jo felt about all of that. Lisa said she told her side of things to Bobbie Jo there at her house, and that Bobbie Jo just listened and did not take sides.

Lisa said they spent 2 hours talking to Bobbie Jo, and Tommy was there for that. Specifically, when I asked where Tommy's fingerprints might be, Lisa indicated "on the table" and possibly

on a glass, since she thinks that Bobbie Jo gave water to both Tommy and her. When I asked about whether there could have been cigarette butts, Lisa said that no one smoked in the house.

Lisa said that the dogs were in the cage initially. Lisa said that she wanted the red female pup from Bobbie Jo, and that Bobbie Jo had priced the pup at $150. Bobbie Jo said the pup would not herself be show quality. The idea of getting the red pup was to replace a red male which Lisa had traded to Jason. Kayla had been sad/mad that Lisa had gotten rid of the red male pup, and Lisa was contemplating getting the red female as a Christmas present for Kayla. Lisa said they took the pups outside twice, and some of the pups were left outside.

Lisa said that she then remembers that the phone rang, that Bobbie Jo said she had to go, and that she (Lisa) looked at the clock on the microwave.

On the topic of what Lisa remembers about the killing, Lisa is still very spotty. Lisa says she remembers stepping over Bobbie Jo's body, seeing the baby and the silver handled knife on the floor, and picking the baby up off of the floor. Lisa remembers Bobbie Jo having the rope around her neck, and remembers trying, unsuccessfully, to get the rope from around Bobbie Jo's neck. She also remembers that Tommy was laughing, and that she was "so scared". Lisa said part of the reason she was scared was because she believed that she would be blamed. Lisa does not remember seeing Tommy during this, but just hearing him, and does not remember what if anything Tommy said.

In talking further about what happened to Bobbie Jo, Lisa says "nothing makes sense after that...it doesn't make sense, it never made sense to me...why would he do that." Lisa also says that, while still at the house, she remembers thinking she should call 911.

In the middle of this discussion, I asked Lisa about another picture in her head, described in some notes of the former team (I believe Judy Clarke) in which Lisa sees Bobbie Jo's face in pain. Lisa says she does not have any such memory.

Lisa says that she does not remember coming out of the house. She does remember that Tommy drove away from Bobbie Jo's house, and that she was holding the baby. Lisa said she and Tommy later switched places, and that Lisa put the baby in the car seat, and that she then drove. Lisa said she does not remember Tommy talking until they got to Topeka. She remembers that, in Topeka, Tommy said words to the effect that no one will believe you, no

one will believe I did it, they'll believe you did it.

We also talked about Lisa's headaches with relation to the incident. Lisa said she had headaches that day, had taken Excedrin, and that made things bearable. However, the headache was intense after what happened to Bobbie Jo, and it made her sick. I asked her to describe the worst headache she had had, and she mentioned one for which Kevin took her to the hospital.

On other issues related to the incident, Lisa said that, while she had a knife in the car, between the seats, for protection (arising out of the Tommy incident), that was a wooden handled knife, not the silver handled knife which was on the floor. Lisa said her wallet was in the car trunk, her bank card was in her back pocket and her mittens were in her pockets.

Lisa made clear she believes that Judy Shaughnessy is involved, and put Tommy up to this. However, Lisa can only offer as an explanation for that theory that Judy had told her, after she testified against Judy in the Justin Kleiner custody matter, that Judy had said to her (Lisa) "you're next". We talked to Lisa about her feelings about Judy, and whether those might drive her beliefs about Judy.

## ***Lisa's Pregnancies after 1990***

We also talked to Lisa about her pregnancies after the 1990 tubes tying procedure. I very directly said that the medical records clearly show that her tubes were tied and Lisa acknowledged that. I also acknowledged that there is always a possibility that the procedure did not take, and Lisa heartily agreed with that. I also said that, normally, in a botched tubes tying procedure, the resultant pregnancies are ectopic, and Lisa expressed her understanding about that. I talked directly about the incident she has described for us about having the baby in 1994, and Judy taking the baby. I again broached the subject that, in light of the abuse she suffered, and Judy's role in that, her anger with Judy would be easily understandable. I also told Lisa that the mind can play tricks on anyone, including me. I asked her if it was possible that she really did not have a child in 1994, and that Judy did not take the child. Lisa adamantly says that she had the child and that Judy took the child. However, later in the discussions, Lisa acknowledged that maybe this didn't happen. But, even in saying this, Lisa made clear that she believes she was pregnant those many times. I told her we would work to try to have an OB-GYN evaluate whether the tubes are tied.

## ***Mental Defense Matters***

One other group of topics I addressed with Lisa concerned the various mental evaluation processes going on. I reported to her that it appeared that the PET and MRI were successful, and were being evaluated by the experts. I explained to her that Ruben and Raquel Gur would be meeting with her next Tuesday. I emphasized to her that she needed to be forthcoming with them, particularly on all the facts which she could remember. I told her that Ruben would also be evaluating her ability to be hypnotized. I confirmed again with Lisa about her willingness to got the direction of hypnosis, if she is able to be hypnotized. (That having been said, if Ruben finds that Lisa is able to be hypnotized, we should talk to Lisa again about this, before the procedure is done, to make sure she is aware about, and OK with, the procedure.) I also discussed the idea about the MRI polygraph, again explaining that such a procedure could help, posing the question to her about Tommy's presence at the time of Bobbie Jo's death, if we cannot develop any other physical evidence to connect Tommy with the crime. Lisa is still open to this. Finally, I explained to Lisa that, if we do develop some favorable mental health evidence which we want to use, that will necessitate her being evaluated by the government's experts. This will then necessitate our going public with all of the fact, including Tommy's involvement. Lisa expressed her understanding of all of that. I assured Lisa that, before we decided to take that next step of going public with all of this, we would talk to her, and she would make that decision.

## ***Suggestions for subsequent meetings with Lisa and other things we might do***

I detail all of this for everyone so that we can continue down a path with Lisa consistent with what I have done here.

What I suggest is that, when Stephanie, Ron, and Dani meet with Lisa this week, that Lisa be reminded about what she said in her meetings with Ryland and me. You might even take a copy of this memo for Lisa to read, to make sure that she understands all of this. I suggest that, once that is done, that the matters be taken up where Ryland and I left off, that is in trying to open the closed doors to other memories about what happened to Bobbie Jo.

I would also like to consider the possibility of employing a counselor for the strict purpose of working with Lisa on her issues with Judy and the rest of her family. In reading the notes from the previous defense team, I had noted that that notion came up many times. However, I don't see that anything

was done with the idea. Obviously, Lisa can use counseling, and that would help from a mental health perspective, which in turn would help from a case perspective. John, Dave and I should talk about that as soon as all have had a chance to digest the information contained in this memo.

I ask all to feel free to contact me if they have any questions about any of this.