***FREDERICK A. DUCHARDT, JR./ATTORNEY AT LAW***
***P.O. BOX 349/KEARNEY MISSOURI 64060***
***TELEPHONE 816-213-0782 FAX 816-635-5155***

September 29, 2007

Margaret Griffey
Gwynn-Charlie Kinsey
United States Department of Justice Room 2216
Washington D.C.

Re: ***United States v. Lisa M. Montgomery***, Western District of Missouri Case Number 05-6002-01-CR-SJ-GAF

Dear Ms. Griffey and Mr. Kinsey

I am one of current co-counsel representing Mrs. Montgomery in the aforementioned case. It has recently come to my attention that, when previous counsel had met with your committee early on in the case, you had invited them to provide to you any mental health evidence that might develop in the case so that the committee might consider that, and possibly reconsider its recommendation to the Attorney General regarding seeking of the death penalty against Mrs. Montgomery.

In light of that offer, I do wish for the committee to have the voluminous information about the mental defense which has developed through efforts by the defense as well as the prosecution, and I do request that the committee reconsider its position with regard to the death penalty for Mrs. Montgomery. With this letter, please find included the following items

- the report of Dr. V.S. Ramachandran, M.D.
- the report of Dr. William Logan, M.D.
- the reports of Dr. Ruben Gur, Ph.D.
- the report of Dr. Ruth Kuncel, Ph.D.
- the report of Dr. Park Dietz, M.D.
- the report of Dr. Daniel Martell, Ph.D.
- the reports of Dr. Helen Mayberg, M.D.
- the report of Dr. Alan Evans, Ph.D.

To sum up matters, defense experts believe that Mrs. Montgomery, at the time of the offense, was suffering from the severe mental disease or defects of pseudocyesis and post-traumatic stress disorder (PTSD) which caused her to not be able to appreciate the nature and quality or wrongfulness of her conduct. The defense

experts attribute Mrs. Montgomery's condition to a variety of factors suffered during her life, particularly a very brutal history of physical and sexual abuse as a child. Prosecution experts disagree with the diagnosis of pseudocyesis, but acknowledge the diagnosis of PTSD, particularly since prosecution testing experts obtained results confirming that diagnosis. Prosecution experts question the etiology of the PTSD, postulating that, since the author of Mrs. Montgomery's sexual abuse, her stepfather, has denied the abuse, the found PTSD may be attributable merely to her reaction to the incident which gives rise to the charge in this case. Unfortunately, in so postulating, the prosecution experts did not have benefit of a host of witnesses, all confirming the sexual abuse. This includes the statements of the abuser's own children who were aware of and/or witnessed the sexual abuse. The prosecution experts had also not been made aware of admissions which the abuser made about the abuse to others, including a friend and also one of his sons. Finally, the prosecution experts did not have benefit of the recent deposition of the abuser, during which he was caught in and admitted numerous fabrications concerning the salacious events.

I request that the committed review all of this material. I believe that, after independent review of this material, it should be clear that, in light of Mrs. Montgomery's mental illness, she is not a proper candidate for the death penalty.

In making this request, of course I realize that this case is beginning trial next week. However, the first phase of this case is expected to last for the next three weeks. Thus, the committee could act at any time during that period to recommend deauthorization of the death penalty, and the Attorney General could still act in time to stop any potential penalty phase in this case. This I ask for the committee and the Attorney General to do soin the available time.

I thank you, in advance, for your consideration of this request.

Yours truly

Frederick A. (Fred) Duchardt, Jr.

cc: Matt J. Whitworth, Deputy United States Attorney


Case 4:12-cv-08001-GAF Document 166-8 Filed 09/03/15 Page 2 of 3

**Fred Duchardt**

---

**From:** Whitworth, Matt (USAMOW) [Matt.Whitworth@usdoj.gov]
**Sent:** Tuesday, October 09, 2007 6:33 PM
**To:** Fred Duchardt; joconnor@wcllp.com; David Owen
**Cc:** Ketchmark, Roseann (USAMOW); Cordes, Cynthia (USAMOW)
**Subject:** FW: Request for reconsideration of committee recommendation in favor of seeking death penalty in United States v. Lisa M. Montgomery, WDMO case number 05-6002-01- CR-SJ-GAF

Fred, John, and David, please see the response below from Charlie Kinsey, Deputy Chief of the Capital Unit, regarding your request for reconsideration of the decision to seek the death penalty. Matt

---

**From:** Kinsey, Gwynn-Charlie
**Sent:** Tuesday, October 09, 2007 9:58 AM
**To:** Whitworth, Matt (USAMOW)
**Subject:** RE: Request for reconsideration of committee recommendation in favor of seeking death penalty in United States v. Lisa M. Montgomery, WDMO case number 05-6002-01- CR-SJ-GAF

Matt,

Please advise defense counsel that the Department has considered and denied his request for reconsideration of the decision to seek the death penalty.

Thanks,

Charlie

---

**From:** Whitworth, Matt (USAMOW) [mailto:Matt.Whitworth@usdoj.gov]
**Sent:** Sunday, September 30, 2007 11:16 AM
**To:** Fred Duchardt; Kinsey, Gwynn-Charlie
**Cc:** Ketchmark, Roseann (USAMOW); Cordes, Cynthia (USAMOW); joconnor@wcllp.com; David Owen; Stephanie Elliott; Ron Ninemire
**Subject:** RE: Request for reconsideration of committee recommendation in favor of seeking death penalty in United States v. Lisa M. Montgomery, WDMO case number 05-6002-01- CR-SJ-GAF

We have reviewed Mr. Duchardt's attached correspondence. Our view has not changed concerning the appropriateness of the Attorney General's previous determination that seeking the death penalty in this case is warranted. Prosecution experts believe, and the overwhelming weight of the evidence, suggest the defendant is malingering mental illness. Matt Whitworth

---

**From:** Fred Duchardt [mailto:fduchardt@hughes.net]
**Sent:** Saturday, September 29, 2007 10:42 PM
**To:** Kinsey, Gwynn-Charlie
**Cc:** Whitworth, Matt (USAMOW); Ketchmark, Roseann (USAMOW); Cordes, Cynthia (USAMOW); joconnor@wcllp.com; 'David Owen'; 'Stephanie Elliott'; 'Ron Ninemire'
**Subject:** Request for reconsideration of committee recommendation in favor of seeking death penalty in United States v. Lisa M. Montgomery, WDMO case number 05-6002-01- CR-SJ-GAF

Good Mr. Kinsey

Earlier today, I attempted to send to you our complete presentation seeking reconsideration of the recommendation in favor a death penalty prosecution in the Montgomery case. That presentation was apparently too big to be accepted by your server. Please find appended the defense request itself. As you will note in reading my letter, we make this request based upon the available mental health evidence. The attachments, which were apparently too large, were the various reports of the experts. I shall send to you, under separate e-mail covers, each of the pertinent reports so that all may reach you within the restrictions of your server system. We on the defense team thank you, in advance, for your thoughtful deliberations on our weighty request.