CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99) 4/4

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| MOW | Lisa Montgomery | 07MOW463 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 05-6002-01-CR-SJ-GAF | | |

7. IN CASE/MATTER OF *(Case Name)*: United States v. Street

8. TYPE PERSON REPRESENTED: X Adult Defendant ☐ Appellant ☐ Other ☐ Habeas Petitioner ☐ Appellee

9. REPRESENTATION TYPE: ☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital) X D2 Federal Capital Prosecution ☐ D4 Other (Specify)

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18 U.S.C. 1201 kidnapping, where death occurs

11. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Frederick A. Duchardt, Jr.
P.O. Box 349, 110 E. 6th St.
Kearney MO 64060

Telephone Number: 816-628-9095

13. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

12. COURT ORDER:
X O Appointing Counsel  C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☐ P Subs For Panel  ☐ Y Standby Counsel

**Prior Attorney's Name:** ______ **Appointment Date:** ______

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL

**Name of Co-Counsel or Lead Counsel:** John O'Connor **Appointment Date:** ______

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

See attached

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order  Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING — Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding

CAPITAL PROSECUTION: a. X Pre-Trial; b. ☐ Trial; c. ☐ Sentencing; d. ☐ Other Post Trial; e. ☐ Appeal; f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS: g. ☐ Habeas Petition; h. ☐ Evidentiary Hearing; i. ☐ Dispositive Motions; j. ☐ Appeal; k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING: l. ☐ Stay of Execution; m. ☐ Appeal of Denial of Stay; n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay; o. ☐ Other

## HOURS AND COMPENSATION CLAIMED / FOR COURT USE ONLY

| 15. CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ 163.00) | 0.2 | 32.60 | | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | 14.1 | | | | |
| c. Witness Interviews | 0.8 | | | | |
| d. Consultation with Investigators & Experts | 16.9 | | | | |
| e. Obtaining & Reviewing the Court Record | 44.1 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 54.8 | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | 63.9 | | | | |
| i. Travel | 13.4 | | | | |
| j. Other *(Specify on additional sheets)* | 22.6 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = $ [redacted]) | 230.6 | [redacted] | | | |
| **CLAIM FOR TRAVEL AND EXPENSES** *(Attach itemization of expenses with dates)* | | | | | |
| 16. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | [redacted] | | [redacted] | |
| 17. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | [redacted] | | [redacted] | |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE — **FROM:** 3/14/2007 **TO:** 4/2/2007

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

20. CASE DISPOSITION

21. CLAIM STATUS ☐ Final Payment x Interim Payment Number 5 ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? X YES NO If yes, were you paid? X YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES x NO If yes, give details on additional sheets.

**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney ______ Date 4/3/2007

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER  DATE 4-13-07  27a. JUDGE CODE

IN COURT HOURLY WORKSHEET (CJA-30) CASE NUMBER 05-6002 VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA M. MONTGOMERY

| Date | Brief Description of Services | In-Court Hrgs. |
|---|---|---|
| 3/30/2007 | Arraignment | 0.2 |
| | | |
| | TOTAL | 0.2 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/14 | communications w/defense team re case meeting | | | | | | | | | 0.3 | |
| 3/14 | phone confs w/John O'Connor re case issues | | | | | | | | | 0.2 | |
| 3/14 | read jury questionnaires | | | | 8.2 | | | | | | |
| 3/15 | communications w/polygraph expert re case issues | | | 0.3 | | | | | | | |
| 3/15 | phone confs w/Ruth Kuncel re issues outstanding | | | 1.4 | | | | | | | |
| 3/15 | communications w/FDC Philly re expert visits w/client | | | | | | | | | 1.5 | |
| 3/15 | review/research issues related to mental health defense | | | | | 3.8 | | | | | |
| 3/15 | communications w/Matt Whitworth re evidence, mental health and jury selection issues | | | | | | | | | 0.4 | |
| 3/15 | communications w/Ruben Gur re need for Lisa at Philly, status of PET/MRI results | | | 0.2 | | | | | | | |
| 3/15 | review questionnaires | | | | 3.5 | | | | | | |
| 3/15 | phone conf w/polygraph expert | | | 0.3 | | | | | | | |
| 3/16 | prep materials and info for team meeting | | | | | | | | | 1.2 | |
| | PAGE TOTAL | 0 | 0 | 2.2 | 11.7 | 3.8 | 0 | 0 | 0 | 3.6 | 21.3 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/17 | communications to Don Lock re exhibits exam | | | 0.3 | | | | | | | |
| 3/17 | review all case pictures, re crime scene, particular work re fingerprint pics, work on demonstrative exhibits | | | | | 10.4 | | | | | |
| 3/18 | read questionnaires | | | | 10.5 | | | | | | |
| 3/19 | phone conf w/Ruben Gur | | | 0.6 | | | | | | | |
| 3/19 | phone conf w/victim outreach expert | | | 0.4 | | | | | | | |
| 3/19 | phone conf w/Ruth Kuncel | | | 1.2 | | | | | | | |
| 3/19 | phone confs w/Dr. Bob Battmer re OB-GYN issues, | | | 0.4 | | | | | | | |
| 3/19 | phone confs w/KU Med Center re setting up OB-GYN expert | | | 0.2 | | | | | | | |
| 3/19 | review/research mental defense issues | | | | | 2.4 | | | | | |
| 3/19 | communications re issues concerning DNA testing of knives | | | | | | | | | 1.4 | |
| 3/19 | review questionnaires | | | | 7.5 | | | | | | |
| 3/19 | communications w/Lisa's kids and Carl Boman re case issues | | 0.3 | | | | | | | | |
| 3/20 | phone conf w/Ruben Gur re case issues | | | 0.1 | | | | | | | |
| 3/20 | review questionnaires | | | | 6.5 | | | | | | |
| | PAGE TOTAL | 0 | 0.3 / | 3.2 / | 24.5 / | 12.8 / | 0 | 0 | 0 | 1.4 / | 42.2 |

March 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER

ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20 | phone confs w/prosecutors re case issues | | | | | | | | | 0.2 | |
| 3/20 | review proposed stips | | | | | | | 0.5 | | | |
| 3/20 | travel to KC, conf w/team and witness | | | | | | | | 1.3 | | |
| 3/20 | conf w/Kevin Montgomery | 1.2 | | | | | | | | | |
| 3/20 | conf w/defense team re case issues | | | | | | | | | 1.1 | |
| 3/20 | review/prep case material | | | | | 3.2 | | | | | |
| 3/21 | review jury questionnaires | | | | 5.4 | | | | | | |
| 3/21 | phone conf w/Dr. John Wisner re case issues | | | 0.3 | | | | | | | |
| 3/21 | phone confs w/Dr. Gene Vandenboom re case issues | | | 0.3 | | | | | | | |
| 3/21 | phone confs w/Dr. Bill Logan re case issues | | | 0.3 | | | | | | | |
| 3/21 | read Report/Recommendation, research issues re all issues | | | | | | | 2.1 | | | |
| 3/21 | research/draft objections to Report/Recommendation re motion to prohibit death penalty due to indictment clause violations | | | | | | | 3.8 | | | |
| 3/22 | research/draft objections to Report/Recommendation re motion to prohibit death penalty due to danger of execution of the innocent | | | | | | | 4.2 | | | |
| | PAGE TOTAL | 1.2 | 0 | 0.9 | 5.4 | 3.2 | 0 | 10.6 | 1.3 | 1.3 | 23.9 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22 | prep materials for Dr. Bill Logan | | | | | 2.5 | | | | | |
| 3/22 | travel to KC, conf w/Dr. Bill Logan | | | | | | | | 1.5 | | |
| 3/22 | conf w/Dr. Bill Logan | | | 1.1 | | | | | | | |
| 3/22 | phone conf w/Ruth Kuncel | | | 0.4 | | | | | | | |
| 3/22 | research/draft objections to Report/Recommendation re motion to prohibit death penalty due to dispensing with FRE | | | | | | | 4.5 | | | |
| 3/23 | prepare materials for client visit | | | | | | | | | 1.1 | |
| 3/23 | review materials, prep subpoenas for CCA witnesses | | | | | | | 1.1 | | | |
| 3/23 | phone confs w/CCA, Marshals re visitation issues | | | | | | | | | 0.2 | |
| 3/23 | phone conf w/Dr. Gene Vandenboom re Gynecological testing issues | | | 0.2 | | | | | | | |
| 3/23 | travel to CCA, client conf | | | | | | | | 2.0 | | |
| 3/23 | phone conf w/Judge John Maughmer re client visit issues | | | | | | | | | 0.2 | |
| 3/23 | conf w/CCA staff re records and subpoenas issues | | | | | | | | | 0.2 | |
| 3/23 | conf w/client | 3.3 | | | | | | | | | |
| | PAGE TOTAL | 3.3 | 0 | 1.7 | 0 | 2.5 | 0 | 5.6 | 3.5 | 1.7 | 18.3 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER

ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/23 | review indictment and death notice, research kidnapping statute caselaw issues | | | | | | | 3.4 | | | |
| 3/24 | research/draft motion to prohibit seeking death penalty due to inability to show that kidnapping was proximate cause of death | | | | | | | 8.5 | | | |
| 3/24 | phone confs w/John O'Connor re case issues | | | | | | | | | 0.3 | |
| 3/24 | communications w/cocounsel re motion issues | | | | | | | | | 0.3 | |
| 3/24 | communication w/opposing counsel re child victim aggravator issue | | | | | | | | | 0.2 | |
| 3/2[illegible] | further research/draft motion to strike aggravator re danger to another person 18 USC 3593(c)(6) | | | | | | | 3.5 | | | |
| 3/2[illegible] | further research/draft motion to strike aggravator re death during kidnapping 18 USC 3593(c)(1) | | | | | | | 3.1 | | | |
| 3/25 | communications w/cocounsel re motion issues | | | | | | | | | 0.2 | |
| 3/2[illegible] | research pregnancy as vulnerability issue | | | | | | | 2.8 | | | |
| 3/25 | research/draft motion to strike aggravator duplicating offense element | | | | | | | 3.5 | | | |
| | PAGE TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 24.8 | 0 | 1 | 25.8 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/25 | read govt instructions, research instruction issues | | | | | | | 2.2 | | | |
| 3/26 | communication w/CCA re date and time for polygraph | | | | | | | | | 0.2 | |
| 3/26 | phone conf w/Ruben Gur | | | 0.2 | | | | | | | |
| 3/26 | review materials, prep for meeting w/client | | | | | | | | | 0.6 | |
| 3/26 | phone conf w/Ruth Kuncel | | | 0.3 | | | | | | | |
| 3/26 | travel to CCA, client conf | | | | | | | | 2.0 | | |
| 3/26 | conf w/client | 3.9 | | | | | | | | | |
| 3/26 | phone confs w/John O'Connor | | | | | | | | | 0.3 | |
| 3/26 | review client e-mail info | | | | | 2.5 | | | | | |
| 3/26 | communications to polygraph expert | | | 0.1 | | | | | | | |
| 3/26 | communications to Jami Harman re DNA testing issue | | | 0.4 | | | | | | | |
| 3/27 | review govt witness list, case materials, begin draft of defense witness list | | | | | | | 3.4 | | | |
| 3/27 | phone conf w/Ruth Kuncel | | | 0.3 | | | | | | | |
| 3/27 | draft letter to client | 0.2 | | | | | | | | | |
| 3/27 | phone conf w/KU med ctr re histo salpingiogram issues | | | 0.2 | | | | | | | |
| 3/27 | communications w/AUSA's re case issues | | | | | | | | | 0.5 | |
| 3/27 | read Fucetola report | | | | | 0.8 | | | | | |
| | PAGE TOTAL | 4.1 | 0 | 1.5 | 0 | 3.3 | 0 | 5.6 | 2 | 1.6 | 18.1 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/27 | phone conf w/Dave Owen re case issues | | | | | | | | | 0.2 | |
| 3/27 | research re confinement conditions, dangerousness for female incarceration in BOP issues | | | | | 2.2 | | | | | |
| 3/27 | obtain number for and phone conf w/atty for Lisa Grant re conf w/her | | | | | | | | | 0.5 | |
| 3/27 | phone conf w/Bev Kemper, set up conf | | 0.2 | | | | | | | | |
| 3/27 | obtain info for Claudell Bruyer | | | | | | | | | 0.2 | |
| 3/27 | travel to KC, meeting w/ polygraph expert, defense team | | | | | | | | 1.5 | | |
| 3/27 | conf w/Jennerich and case team re polygraph and other issues | | | 1.3 | | | | | | | |
| 3/27 | review new discovery pics | | | | | 0.5 | | | | | |
| 3/28 | further research re BOP confinement safety issues | | | | | | | 1.2 | | | |
| 3/28 | communications to AUSA re expert issues | | | | | | | | | 0.3 | |
| 3/28 | travel to CCA, client conf, witness interview | | | | | | | | 1.9 | | |
| 3/28 | conf w/CCA psych nurse Bev Kemper | | | 0.9 | | | | | | | |
| | PAGE TOTAL | 0 | 0.2 | 2.2 | 0 | 2.7 | 0 | 1.2 | 3.4 | 1.2 | 10.9 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER

ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/28 | conf w/client | 3.2 | | | | | | | | | |
| 3/28 | phone conf w/Dr. Kuncel | | | 1.4 | | | | | | | |
| 3/28 | review case materials | | | | | 2.5 | | | | | |
| 3/29 | research/draft pleading for CCA witness subpoenas | | | | | | | 1.2 | | | |
| 3/29 | communication w/Carl Boman re case issues | | 0.2 | | | | | | | | |
| 3/29 | communications w/AUSAs re case issues | | | | | | | | | 0.3 | |
| 3/29 | phone conf w/Dr. Fucetola | | | 0.3 | | | | | | | |
| 3/29 | communications w/experts re discovery issues | | | | | | | | | 0.2 | |
| 3/29 | communications re polygraph issues w/cocounsel, Judge Maughmer Al Jennerich, Marshals | | | | | | | | | 1.5 | |
| 3/29 | communications w/John O'Connor re case issues | | | | | | | | | 0.4 | |
| 3/29 | communications w/PJ O'Connor re case issues | | | | | | | | | 0.3 | |
| 3/29 | review materials, draft witness list | | | | | | | 6.5 | | | |
| 3/29 | research re mental defense issues | | | | | | | 1.6 | | | |
| 3/30 | further research re mental health issues, draft notice | | | | | | | 2.1 | | | |
| | PAGE TOTAL | 3.2 | 0.2 | 1.7 | 0 | 2.5 | 0 | 11.4 | 0 | 2.7 | 21.7 |



Case 4:12-cv-08001-GAF Document 166-9 Filed 09/03/15 Page 10 of 16

Case 4:12-cv-08001-GAF Document 166-9 Filed 09/03/15 Page 11 of 16

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/30 | e-mail communications w/ defense team re witness list issues | | | | | | | | | 0.3 | |
| 3/30 | phone confs w/John O'Connor re case issues | | | | | | | | | 0.1 | |
| 3/30 | travel to KC, arraignment, client meeting, other | | | | | | | | 1.3 | | |
| 3/30 | conf w/Matt Whitworth re marital privilege and other issues | | | | | | | | | 0.2 | |
| 3/30 | conf w/Al Jennerich and Marshals re arrangements for room for polygraph | | | | | | | | | 0.4 | |
| 3/30 | phone conf w/Ruth Kuncel | | | 0.9 | | | | | | | |
| 3/30 | phone conf w/Kevin Montgomery | | 0.1 | | | | | | | | |
| 3/30 | confs w/court clerks re subpoenas, other trial arrangements | | | | | | | | | 0.3 | |
| 3/30 | conf w/Al Jennerich re initial notions re results of polygraph | | | 0.2 | | | | | | | |
| 3/30 | conf w/client | 0.5 | | | | | | | | | |
| 3/30 | phone conf w/Ruben Gur | | | 0.2 | | | | | | | |
| 3/30 | review/compile info re exhibits list | | | | | 3.5 | | | | | |
| 3/30 | communications w/AUSA re expert reports delays | | | | | | | | | 0.3 | |
| | PAGE TOTAL | 0.5 | 0.1 | 1.3 | 0 | 3.5 | 0 | 0 | 1.3 | 1.6 | 8.3 |

Case 4:12-cv-08001-GAF Document 166-9 Filed 09/03/15 Page 12 of 16

Month 3-4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/30 | phone conf w/Al Jennerich re polygraph results | | | 0.2 | | | | | | | |
| 3/30 | communications w/John O'Connor re case issues | | | | | | | | | 0.3 | |
| 3/30 | further research re mental defense admissibility issue | | | | | | | 2.6 | | | |
| 3/31 | communications w/John Hurlock re polygraph issues | | | 0.3 | | | | | | | |
| 3/31 | communications w/defense team re case issues | | | | | | | | | 0.5 | |
| 3/31 | further research re mental defense admissibility issue | | | | | | | 2.1 | | | |
| 3/31 | communications w/Ruben Gur re report deadline issues | | | | | | | | | 0.2 | |
| 3/31 | research/read scientific literature re pertinent mental health issues | | | | | 3.3 | | | | | |
| 3/31 | review materials, prep for Judy Shaughnessy impeachmnt | | | | | 2.5 | | | | | |
| 3/31 | further review materials for prep of exhibits list | | | | | 3.5 | | | | | |
| 4/1 | research, find, review Dr. Ramachandran materials, communicate w/ him re possible consult | | | | | 3.5 | | | | | |
| 4/1 | further research on mental health issues | | | | | 4.2 | | | | | |
| 4/1 | read jury questionnaires | | | | 2.5 | | | | | | |
| | PAGE TOTAL | 0 | 0 | 0.5 | 2.5 | 17 | 0 | 4.7 | 0 | 1 | 25.7 |

Month 3-4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1 | communications with mitigation specialist | | | 0.3 | | | | | | | |
| 4/1 | review materials, prep for meeting w/client | | | | | | | | | 1.2 | |
| 4/2 | communications w/Dave Owen | | | | | | | | | 0.3 | |
| 4/2 | travel to CCA, client conf | | | | | | | | 1.9 | | |
| 4/2 | phone conf w/John Hurlock | | | 0.2 | | | | | | | |
| 4/2 | conf w/CCA staff re client records and belongings | | | | | | | | | 0.2 | |
| 4/2 | conf w/client | 1.8 | | | | | | | | | |
| 4/2 | research and calls to find Dr. Ramachandran | | | | | | | | | 1.4 | |
| 4/2 | phone conf w/Dr. Ramachandran | | | 0.3 | | | | | | | |
| 4/2 | phone conf w/Matt Whitworth set up conf | | | | | | | | | 0.1 | |
| 4/2 | phone conf w/Dr. Kuncel | | | 0.6 | | | | | | | |
| 4/2 | prepare materials for Dr. Ramachandran | | | | | | | | | 1.5 | |
| 4/2 | read CCA records | | | | | 2.1 | | | | | |
| 4/2 | phone confs w/Ron Ninemire re investigation issues | | | 0.3 | | | | | | | |
| 4/2 | phone confs w/John O'Connor | | | | | | | | | 0.4 | |
| 4/2 | phone confs w/Dave Owen | | | | | | | | | 0.4 | |
| 4/2 | further research re mental health issues | | | | | 1.4 | | | | | |
| | PAGE TOTAL | 1.8 | 0 | 1.7 | 0 | 3.5 | 0 | 0 | 1.9 | 5.5 | 14.4 |

Month 3/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PAGE 1 TOTAL | | | 2.2 | 11.7 | 3.8 | | | | 3.6 | 21.3 |
| | PAGE 2 TOTAL | | 0.3 | 3.2 | 24.5 | 12.8 | | | | 1.4 | 42.2 |
| | PAGE 3 TOTAL | 1.2 | | 0.9 | 5.4 | 3.2 | | 10.6 | 1.3 | 1.3 | 23.9 |
| | PAGE 4 TOTAL | 3.3 | | 1.7 | | 2.5 | | 5.6 | 3.5 | 1.7 | 18.3 |
| | PAGE 5 TOTAL | | | | | | | 24.8 | | 1.0 | 25.8 |
| | PAGE 6 TOTAL | 4.1 | | 1.5 | | 3.3 | | 5.6 | 2.0 | 1.6 | 18.1 |
| | PAGE 7 TOTAL | | 0.2 | 2.2 | | 2.7 | | 1.2 | 3.4 | 1.2 | 10.9 |
| | PAGE 8 TOTAL | 3.2 | 0.2 | 1.7 | | 2.5 | | 11.4 | | 2.7 | 21.7 |
| | PAGE 9 TOTAL | 0.5 | 0.1 | 1.3 | | 3.5 | | | 1.3 | 1.6 | 8.3 |
| | PAGE 10 TOTAL | | | 0.5 | 2.5 | 17 | | 4.7 | | 1.0 | 25.7 |
| | PAGE 11 TOTAL | 1.8 | | 1.7 | | 3.5 | | | 1.9 | 5.5 | 14.4 |
| | PAGE TOTAL | 14.1 | 0.8 | 16.9 | 44.1 | 54.8 | 0 | 63.9 | 13.4 | 22.6 | 230.6 |

OTHER EXPENSE WORKSHEET

Client Name: Lisa Montgomery
Case Number: 06-74-01-CR-W-GAF
Voucher Number:
Month: February 2007 - March 2007

| Date | Brief Description of Services | mileage | parking | meals | lodging | copying | postage | toll calls | telegram | other |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/20 | travel to downtown KC, conf w/defense team (56 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 3/22 | travel to midtown KC, conf w/defense expert (64 mi @ 44.5 cents/mile) | [redacted] | | | | | | | | |
| 3/23 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| 3/26 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| 3/27 | trip to Plaza area of KC, meet w/defense team (70 mi @ 44.5 cents per mile) | [redacted] | | | | | | | | |
| 3/28 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| 3/30 | travel to downtown KC, arraignment, other matters (56 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 4/2 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| | PAGE TOTAL | [redacted] | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

[redacted]

PAGE 1 OF 1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 05-06002-01-CR-SJ-GAF |
| | ) | |
| LISA M. MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is presently set for trial beginning October 23, 2006. In order to preserve the trial date and allow for adequate preparation of the defense, the Court has determined that it is in the interests of justice to appoint an additional counsel for defendant Lisa M. Montgomery. For good cause appearing, it is

ORDERED that, pursuant to 18 U.S.C. § 3005 and the Criminal Justice Act, 18 U.S.C. § 3006A, Fred Duchardt is appointed as additional counsel for defendant Lisa M. Montgomery.

/s/ *JOHN T. MAUGHMER*
JOHN T. MAUGHMER
United States Magistrate Judge

Kansas City, Missouri