CJA 30 DEATH PENALTY PROCEEDINGS: APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99) 5/4

| | | |
|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>MOW | 2. PERSON REPRESENTED<br>Lisa Montgomery | VOUCHER NUMBER<br>07MOW542 |

| | | | |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>05-6002-01-CR-SJ-GAF | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |

| | | |
|---|---|---|
| 7. IN CASE/MATTER OF *(Case Name)*<br>United States v. Street | 8. TYPE PERSON REPRESENTED<br>X Adult Defendant ☐ Appellant ☐ Other<br>☐ Habeas Petitioner ☐ Appellee | 9. REPRESENTATION TYPE<br>☐ D1 28 U.S.C. § 2254 Habeas (Capital) ☐ D3 28 U.S.C. § 2255 (Capital)<br>X D2 Federal Capital Prosecution ☐ D4 Other (Specify) |

10. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 U.S.C. 1201 kidnapping, where death occurs

11. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Frederick A. Duchardt, Jr.
P.O. Box 349, 110 E. 6th St.
Kearney MO 64060

Telephone Number: 816-628-9095

13. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

12. COURT ORDER:
X O Appointing Counsel    C Co-Counsel
☐ F Subs For Federal Defender    ☐ R Subs For Retained Attorney
☐ P Subs For Panel    ☐ Y Standby Counsel

**Prior Attorney's Name:** ____________ **Appointment Date:** ____________

(A) Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 11, who has been determined to possess the specific qualifications by law, is appointed to represent the person in this case.

(B) The attorney named in Item 11 is appointed to serve as: ☐ LEAD COUNSEL ☐ CO-COUNSEL

**Name of Co-Counsel or Lead Counsel:** John O'Connor **Appointment Date:** ____________

(C) If you represented the defendant or petitioner in any prior proceeding related to this matter, attach to your initial claim a listing of those proceedings and describe your role in each (e.g., lead in counsel or co-counsel).

☐ (D) Due to the expected length of this case, and the anticipated hardship on counsel in undertaking representation full-time, for such a period without compensation, interim payments of compensation and expenses are approved pursuant to the attached order.

See attached
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order    Nunc Pro Tunc Date

(E) Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES

14. STAGE OF PROCEEDING Check the box which corresponds to the stage of the proceeding during which the work claimed at Item 15 was performed even if the work is intended to be used in connection with a later stage of the proceeding. CHECK NO MORE THAN ONE BOX. Submit a separate voucher for each stage of the proceeding.

CAPITAL PROSECUTION
a. X Pre-Trial
b. ☐ Trial
c. ☐ Sentencing
d. ☐ Other Post Trial
e. ☐ Appeal
f. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

HABEAS CORPUS
g. ☐ Habeas Petition
h. ☐ Evidentiary Hearing
i. ☐ Dispositive Motions
j. ☐ Appeal
k. ☐ Petition for the U.S. Supreme Court Writ of Certiorari

OTHER PROCEEDING
l. ☐ Stay of Execution
m. ☐ Appeal of Denial of Stay
n. ☐ Petition for Writ of Certiorari to the U.S. Supreme Court Regarding Denial of Stay
o. ☐ Other

## HOURS AND COMPENSATION CLAIMED — FOR COURT USE ONLY

| 15. CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| a. In-Court Hearings (RATE PER HOUR = $ 163.00 ) | 1.5 | [redacted] | [redacted] | IN COURT TOTAL *Category a* | IN COURT TOTAL *Category a* |
| b. Interviews and Conferences with Client | 25.7 | | | | |
| c. Witness Interviews | 5.2 | | | | |
| d. Consultation with Investigators & Experts | 17.4 | | | | |
| e. Obtaining & Reviewing the Court Record | 7.1 | | | | |
| f. Obtaining & Reviewing Documents and Evidence | 46.5 | | | OUT OF COURT TOTAL *Categories b-j* | OUT OF COURT TOTAL *Categories b-j* |
| g. Consulting with Expert Counsel | | | | | |
| h. Legal Research and Writing | 43.2 | | | | |
| i. Travel | 27.9 | | | | |
| j. Other *(Specify on additional sheets)* | 29.3 | | | | |
| TOTALS: Categories b thru j (RATE PER HOUR = $ [redacted] ) | 202.3 | [redacted] | | | |
| **CLAIM FOR TRAVEL AND EXPENSES *(Attach itemization of expenses with dates)*** | | | | | |
| 16. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | [redacted] | | [redacted] | |
| 17. Other Expenses *(other than expert, transcripts, etc.)* | | [redacted] | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | [redacted] | | [redacted] | |

18. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: 4/3/2007 TO: 5/2/2007

19. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

20. CASE DISPOSITION

21. CLAIM STATUS ☐ Final Payment x Interim Payment Number 6 ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? X YES NO If yes, were you paid? X YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES x NO If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**

Signature of Attorney ____________ Date 5/3/2007

## APPROVED FOR PAYMENT — COURT USE ONLY

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSES | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

27. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER    DATE 5/13/07    27a. JUDGE CODE

Post-It™ brand fax transmittal memo 7671 | # of pages ▸

| To Annette Crawford | From Fred Duchardt |
|---|---|
| Co. | Co. |
| Dept. | Phone # |
| Fax # | Fax # |

IN COURT HOURLY WORKSHEET (CJA-30) CASE NUMBER 05-6002 VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA M. MONTGOMERY

| Date | Brief Description of Services | In-Court Hrgs. |
|---|---|---|
| 4/3/2007 | request for continuance | 0.3 |
| 4/5/2007 | pretrial conference | 0.4 |
| 4/5/2007 | continuance hearing | 0.3 |
| 4/12/2007 | hearing re questionnaire challenges for cause, continuance issues | 0.5 |
| | TOTAL | 1.5 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/3 | prep materials for meetings with prosecutors, experts | | | | | | | | | 1.1 | |
| 4/3 | travel to KC, meeting w/ defense team, prosecutors | | | | | | | | 1.3 | | |
| 4/3 | conf w/John O'Connor and defense team re case | | | | | | | | | 0.5 | |
| 4/3 | conf w/prosecutors re case | | | | | | | | | 1.0 | |
| 4/3 | conf w/Judge Maughmer with John O'Connor and rest of defense team re case issue | | | | | | | | | 0.4 | |
| 4/3 | phone conf w/Dr. Spitz | | | 0.6 | | | | | | | |
| 4/3 | conf w/John O'Connor and defense team re case | | | | | | | | | 1.1 | |
| 4/3 | conf w/Troy Schnack re fingerprint exhibits issues | | | 0.8 | | | | | | | |
| 4/3 | phone confs w/Jami Harman | | | 0.4 | | | | | | | |
| 4/3 | communications w/AUSA's and Jami Harman re DNA issues | | | | | | | | | 0.3 | |
| 4/3 | draft/dispatch communications to Dr. Rama-chandran re case issues | | | 1.1 | | | | | | | |
| 4/3 | phone confs w/victim out-reach expert | | | 0.3 | | | | | | | |
| 4/4 | assemble materials for Dr. Logan eval | | | | | 1.4 | | | | | |
| 4/4 | phone conf w/Dr. Ramchan-dran re case issues | | | 0.2 | | | | | | | |
| | PAGE TOTAL | 0 | 0 | 3.4 | 0 | 1.4 | 0 | 0 | 1.3 | 4.4 | 10.5 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4 | travel to KC, meet with Dr. Logan | | | | | | | | 1.5 | | |
| 4/4 | conf w/Dr. Logan | | | 2.4 | | | | | | | |
| 4/4 | phone confs w/O'Connor | | | | | | | | | 0.3 | |
| 4/4 | phone conf w/Dr. Kuncel | | | 1.1 | | | | | | | |
| 4/5 | read Gur report | | | | | 1.1 | | | | | |
| 4/5 | communications to AUSA, other experts re Gur report | | | | | | | | | 0.3 | |
| 4/5 | review materials, prep for meeting re questionnaires | | | | 2.5 | | | | | | |
| 4/5 | travel to KC, pretrial conf and jury selection matters | | | | | | | | 1.4 | | |
| 4/5 | conf w/Marshal re case matters | | | | | | | | | 0.1 | |
| 4/5 | conf w/O'Connor, Owen re victim outreach issues | | | | | | | | | 0.2 | |
| 4/5 | conf w/victim outreach | | | 0.3 | | | | | | | |
| 4/5 | conf w/client | 0.5 | | | | | | | | | |
| 4/5 | conf w/prosecutors re jury selection and continuance | | | | | | | | | 4.2 | |
| 4/5 | phone confs w/O'Connor | | | | | | | | | 0.2 | |
| 4/5 | phone conf w/Dave Owen | | | | | | | | | 0.2 | |
| 4/5 | phone conf w/Don Lock | | | 0.3 | | | | | | | |
| 4/6 | review materials prep for visit with Lisa | | | | | 2.5 | | | | | |
| | PAGE TOTAL | 0.5 | 0 | 4.1 | 2.5 | 3.6 | 0 | 0 | 2.9 | 5.5 | 19.1 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/6 | conf w/CCA staff, finalize Logan visit arrangements | | | | | | | | | 0.2 | |
| 4/6 | conf w/client | 2.2 | | | | | | | | | |
| 4/6 | review case materials for dispatch to Ramachandran | | | | | 2.2 | | | | | |
| 4/6 | phone confs w/John O'Connor | | | | | | | | | 0.2 | |
| 4/6 | phone confs w/AUSA | | | | | | | | | 0.2 | |
| 4/6 | phone conf w/Ruth Kuncel | | | 1.4 | | | | | | | |
| 4/6 | phone conf w/Dr. Ramachandran | | | 0.1 | | | | | | | |
| 4/7 | phone conf w/Ruth Kuncel | | | 0.6 | | | | | | | |
| 4/7 | phone conf w/Don Lock | | | 0.1 | | | | | | | |
| 4/8 | read organize discovery | | | | | 6.5 | | | | | |
| 4/9 | communications w/Don Lock re fingerprint issues | | | 0.2 | | | | | | | |
| 4/9 | further work on challenges on questionnaires | | | | 2.1 | | | | | | |
| 4/9 | prep materials for Dr. Logan | | | | | | | | | 0.5 | |
| 4/9 | draft/dispatch pleadings for client visit | | | | | | | 1.5 | | | |
| 4/9 | phone conf w/client | 0.1 | | | | | | | | | |
| 4/9 | travel to KC, meets w/Dr. Logan, O'Connor and Owen | | | | | | | | 1.6 | | |
| | PAGE TOTAL | 2.3 | 0 | 2.4 | 2.1 | 8.7 | 0 | 1.5 | 1.6 | 1.1 | 19.7 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/9 | phone conf w/Dr. Kuncel | | | 0.5 | | | | | | | |
| 4/9 | conf w/Dr. Logan | | | 0.1 | | | | | | | |
| 4/9 | phone conf w/Kevin Montgomery | | 0.1 | | | | | | | | |
| 4/9 | conf w/O'Connor and Owen | | | | | | | | | 0.5 | |
| 4/9 | phone conf w/prosecutors and defense team re final questionnaire challenges, other case issues | | | | | | | | | 0.4 | |
| 4/9 | prep materials for Dr. Ramachandran | | | | | 3.5 | | | | | |
| 4/9 | communications w/Carl Boman | | 0.2 | | | | | | | | |
| 4/10 | communications w/Dr. Rama-chandran, prep additional materials | | | | | | | | | 2.2 | |
| 4/10 | further work on challenges for questionnaires | | | | | | | | | 1.1 | |
| 4/10 | phone conf w/Kevin Montgomery | | 0.1 | | | | | | | | |
| 4/10 | draft/dispatch request for client visit w/children, communications re | | | | | | | 1.2 | | | |
| 4/10 | phone conf w/Ruth Kuncel | | | 0.2 | | | | | | | |
| 4/10 | dispatch Kuncel report to defense team | | | | | | | | | 0.2 | |
| 4/10 | read Kuncel report | | | | | 3.2 | | | | | |
| | PAGE TOTAL | 0 | 0.4 | 0.8 | 0 | 6.7 | 0 | 1.2 | 0 | 4.4 | 13.5 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER

ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/10 | phone conf w/Ron Ninemire | | | 0.1 | | | | | | | |
| 4/10 | travel to KC meet witnesses | | | | | | | | 1.5 | | |
| 4/10 | conf w/Boman witnesses | | 2.5 | | | | | | | | |
| 4/11 | further work on challenges for cause on questionnaires research/draft pleading, electronic file | | | | | | | 3.2 | | | |
| 4/11 | phone conf w/Dr. Logan | | | 0.7 | | | | | | | |
| 4/11 | travel to KC, confs w/Dr. Logan, witnesses, client | | | | | | | | 1.5 | | |
| 4/11 | conf w/Dr. Logan | | | 0.3 | | | | | | | |
| 4/11 | confs w/Boman witnesses | | 1.8 | | | | | | | | |
| 4/11 | conf w/client | 0.2 | | | | | | | | | |
| 4/11 | phone confs w/Dr. Ramachandran | | | 0.4 | | | | | | | |
| 4/11 | further read Kuncel report | | | | | 2.5 | | | | | |
| 4/12 | prep for hearing | | | | | | | | | 1.1 | |
| 4/12 | travel to KC, hearing | | | | | | | | 1.5 | | |
| 4/12 | conf w/Troy Schnack re evidence issues | | | 0.3 | | | | | | | |
| 4/12 | conf w/Dave Owen | | | | | | | | | 0.2 | |
| 4/12 | further read Kuncel report | | | | | 2.4 | | | | | |
| 4/12 | communication to govt of Kuncel report | | | | | | | | | 0.1 | |
| . | PAGE TOTAL | 0.2 | 4.3 | 1.8 | 0 | 4.9 | 0 | 3.2 | 4.5 | 1.4 | 20.3 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/12 | communications w/govt and cocounsel re discovery issues | | | | | | | | | 0.3 | |
| 4/12 | phone conf w/Dr. Logan re continuance, other issues | | | 0.1 | | | | | | | |
| 4/12 | review video materials, prep exhibits materials | | | | | 2.4 | | | | | |
| 4/12 | review, organize jury questionnaire materials | | | | 2.5 | | | | | | |
| 4/12 | prep legal materials for client review | | | | | | | 1.5 | | | |
| 4/13 | further prep legal material for client, prep mental exam issues | | | | | | | 1.1 | | | |
| 4/13 | communication w/Court re case scheduling issues | | | | | | | | | 0.2 | |
| 4/13 | communication w/Dr. Gur re case continuance, other issues | | | 0.2 | | | | | | | |
| 4/13 | travel to CCA, client conf | | | | | | | | 1.9 | | |
| 4/13 | conf w/client | 2.5 | | | | | | | | | |
| 4/13 | further communication w/ court and counsel re expert issues | | | | | | | | | 0.2 | |
| 4/13 | draft and dispatch to opposing counsel request for continuance | | | | | | | 1.0 | | | |
| 4/13 | communication to cocounsel re chambers meeting | | | | | | | | | 0.2 | |
| | PAGE TOTAL | 2.5 | 0 | 0.3 | 2.5 | 2.4 | 0 | 3.6 | 1.9 | 0.9 | 14.1 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14 | communication to case team re team meeting | | | | | | | | | 0.2 | |
| 4/14 | communication w/Dr. Gur re case issues | | | 0.2 | | | | | | | |
| 4/14 | communication w/Dr. Rama-chandran re case issues | | | 0.2 | | | | | | | |
| 4/14 | phone conf w/John O'Connor re case issues | | | | | | | | | 0.1 | |
| 4/16 | review materials sent by Dr. Ramachandran, communication w/Dr. Rama-chandran re case issues | | | 0.5 | | | | | | | |
| 4/16 | phone confs w/Don Lock | | | 0.2 | | | | | | | |
| 4/16 | communication to AUSA's re problems on fingerprint access | | | | | | | | | 0.3 | |
| 4/16 | communications to case team re scheduling meeting, other case issues | | | | | | | | | 0.5 | |
| 4/16 | phone conf w/John O'Connor and Ron Hall re case | | | 0.2 | | | | | | | |
| 4/16 | further communications with AUSA's and experts re expert issues | | | | | | | | | 0.4 | |
| 4/16 | read/outline gov pleadings, research person definition under Federal law | | | | | | | 6.1 | | | |
| 4/16 | communication w/Dr. Ramachandran | | | 0.2 | | | | | | | |
| | PAGE TOTAL | 0 | 0 | 1.5 | 0 | 0 | 0 | 6.1 | 0 | 1.5 | 9.1 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17 | communications w/AUSA re Becky Harper | | | | | | | | | 0.2 | |
| 4/17 | research re legislative history of 18 USC 1841 | | | | | | | 3.2 | | | |
| 4/17 | read investigator reports re witness interviews | | | | | 0.3 | | | | | |
| 4/17 | set up confs w/CCA staff | | | | | | | | | 0.2 | |
| 4/17 | phone conf w/Ramachandran | | | 0.2 | | | | | | | |
| 4/17 | phone conf w/Dr. Logan | | | 0.1 | | | | | | | |
| 4/17 | assemble materials for conf w/Dr. McCandless, CCA staff | | | | | | | | | 0.5 | |
| 4/18 | travel to CCA, client conf | | | | | | | | 1.9 | | |
| 4/18 | conf w/CCA witness Cynthia Collins re case | | 0.3 | | | | | | | | |
| 4/18 | conf w/CCA witness Teresa Taylor re case | | 0.2 | | | | | | | | |
| 4/18 | draft notes re witness interviews | | | | | | | | | 0.3 | |
| 4/19 | review CCA records | | | | | 3.5 | | | | | |
| 4/19 | phone confs w/Dave Owen re CCA records, other issues | | | | | | | | | 0.3 | |
| 4/19 | phone confs w/John O'Connor re CCA records, other issue | | | | | | | | | 0.3 | |
| 4/19 | communications w/AUSAs re fingerprint issues | | | | | | | | | 0.2 | |
| 4/19 | phone conf w/Matt Whitworth re fingerprint, Dietz issue | | | | | | | | | 0.1 | |
| | PAGE TOTAL | 0 | 0.5 | 0.3 | 0 | 3.8 | 0 | 3.2 | 1.9 | 2.1 | 11.8 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/20 | communication w/Don Lock re delay in fingerprint analysis | | | 0.1 | | | | | | | |
| 4/20 | communication w/Dr. Rama-chandran re case issues | | | 0.2 | | | | | | | |
| 4/20 | prep materials for visit w/client, meeting w/Dr. Logan, meeting w/Court | | | | | | | | | 1.1 | |
| 4/20 | travel to CCA, client conf | | | | | | | | 1.0 | | |
| 4/20 | client conf | 2.5 | | | | | | | | | |
| 4/20 | travel to midtown KC, conf w/Dr. Logan | | | | | | | | 1.0 | | |
| 4/20 | conf w/Dr. Bill Logan | | | 0.7 | | | | | | | |
| 4/20 | travel to downtown KC, conf w/Judge Fenner | | | | | | | | 0.3 | | |
| 4/20 | conf w/Judge Fenner & AUSA | | | | | | | | | 0.3 | |
| 4/20 | conf w/Matt Whitworth | | | | | | | | | 0.1 | |
| 4/20 | conf w/Fed PD staff | | | | | | | | | 0.5 | |
| 4/20 | communication to Dave Owen and Dr. Ramachandran re case issues | | | | | | | | | 0.2 | |
| 4/21 | research issues related to Park Dietz | | | | | 4.2 | | | | | |
| 4/22 | research/draft reply to govt response re defense motion to strike aggravat-ing factor related to death of another person | | | | | | | 9.4 | | | |
| | PAGE TOTAL | 2.5 | 0 | 1 | 0 | 4.2 | 0 | 9.4 | 2.3 | 2.2 | 21.6 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/23 | research/draft replies to govt responses re defense motion to strike aggravating factor relating to kidnapping and motion to prohibit death penalty due to inability to prove element | | | | | | | 5.2 | | | |
| 4/23 | research/draft reply to govt response re defense motion to strike duplicative aggravating factor | | | | | | | 4.1 | | | |
| 4/23 | final draft, electronic file 4 responsive pleadings | | | | | | | 1.2 | | | |
| 4/23 | phone conf w/Ron Ninemire | | | 0.2 | | | | | | | |
| 4/24 | review materials, draft motions for subpoenas and subpoena duces tecum, elec file, dispatch to concerned parties and court staff | | | | | | | 2.2 | | | |
| 4/24 | prep materials for Ron Ninemire for trip to NWMO | | | | | | | | | 0.3 | |
| 4/24 | trip to Platte City, meet w/Ninemire, O'Connor, Moss | | | | | | | | 1.0 | | |
| 4/24 | conf w/Ninemire, Moss, and O'Connor re trip to NWMO | | | 0.3 | | | | | | | |
| 4/24 | read, organize Hutchinson and Logan reports, raw data | | | | | 4.5 | | | | | |
| 4/24 | re-read, organize CCA medical records | | | | | 2.4 | | | | | |
| | PAGE TOTAL | 0 | 0 | 0.5 | 0 | 6.9 | 0 | 12.7 | 1 | 0.3 | 21.4 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24 | prepare medical and mental health materials for Dr. Dietz & for govt discovery | | | | | 2.5 | | | | | |
| 4/25 | prepare medical and mental health materials for Dr. Logan and Dr. Ramachandran | | | | | 1.4 | | | | | |
| 4/25 | phone confs w/Fed PD staff re case issues | | | | | | | | | 0.2 | |
| 4/25 | set up CCA meeting w/client | | | | | | | | | 0.1 | |
| 4/25 | prep materials for client | | | | | | | | | 0.5 | |
| 4/25 | travel to CCA, client conf | | | | | | | | 1.0 | | |
| 4/25 | conf w/client | 1.5 | | | | | | | | | |
| 4/25 | travel to KC, conf w/PD staff re experts issues | | | | | | | | 0.8 | | |
| 4/25 | conf w/PD staff re experts issues | | | | | | | | | 1.1 | |
| 4/25 | travel to midtown KC, conf w/Dr. Logan | | | | | | | | 0.3 | | |
| 4/25 | conf w/Dr. Logan | | | 0.1 | | | | | | | |
| 4/25 | return travel to office | | | | | | | | 0.8 | | |
| 4/26 | phone confs w/John O'Connor re experts, witness issues | | | | | | | | | 0.3 | |
| 4/26 | phone conf w/Ron Ninemire re witness issues | | | 0.1 | | | | | | | |
| 4/26 | communications to case team re witness issues | | | | | | | | | 0.2 | |
| | PAGE TOTAL | 1.5 | 0 | 0.2 | 0 | 3.9 | 0 | 0 | 2.9 | 2.4 | 10.9 |

Month 4/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/27 | communication to AUSA re info pertaining to testing by Dietz, et al | | | | | | | | | 0.1 | |
| 4/27 | prep and dispatch notice to CCA witnesses, continuance | | | | | | | | | 0.2 | |
| 4/27 | phone conf w/Dr. Hutchinson re conf rescheduling | | | 0.1 | | | | | | | |
| 4/27 | travel to CCA, client conf | | | | | | | | 1.9 | | |
| 4/27 | conf w/client | 3.0 | | | | | | | | | |
| 4/27 | communications w/AUSA re psychological testing issue | | | | | | | | | 0.4 | |
| 4/27 | phone conf w/Dr. Kuncel re PCL, other testing issues | | | 0.5 | | | | | | | |
| 4/27 | research re PCL issues | | | | | | | 1.2 | | | |
| 4/30 | communications to court and AUSA re psychological test issues re PCL | | | | | | | | | 0.8 | |
| 4/30 | phone conf w/Dr. Kuncel | | | 0.3 | | | | | | | |
| 4/30 | travel to CCA client conf | | | | | | | | 1.9 | | |
| 4/30 | client conf | 1.9 | | | | | | | | | |
| 4/30 | communications to court and AUSA re psych test issues | | | | | | | | | 0.5 | |
| 4/30 | set up phone conf w/Judge Maughmer | | | | | | | | | 0.3 | |
| 4/30 | phone conf w/Judge Maughmer | | | | | | | | | 0.2 | |
| | PAGE TOTAL | 4.9 | 0 | 0.9 | 0 | 0 | 0 | 1.2 | 3.8 | 2.5 | 13.3 |

Month 4-5/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30 | phone conf w/client | 0.1 | | | | | | | | | |
| 5/1 | travel to CCA, client conf, interview w/psychiatrists | | | | | | | | 1.9 | | |
| 5/1 | phone conf w/Jami Harman re DNA testing progress | | | 0.2 | | | | | | | |
| 5/1 | phone conf w/FPD staff re travel arrangements for Dr. Ramachandran | | | | | | | | | 0.2 | |
| 5/1 | phone conf w/John O'Connor re psych eval issues | | | | | | | | | 0.1 | |
| 5/1 | confs w/AUSA staff, client and psychiatrists before beginning client eval | 0.6 | | | | | | | | | |
| 5/1 | client eval by government psychiatrists (other case related work done, review of files, etc) | 2.5 | | | | | | | | | |
| 5/1 | draft proposed order for Judge Maughmer re PCL issue | | | | | | | 0.8 | | | |
| 5/1 | communication w/AUSA re changes to proposed order re PCL issue | | | | | | | | | 0.3 | |
| 5/1 | redraft PCL issue order, dispatch to Court | | | | | | | 0.3 | | | |
| 5/2 | travel to CCA, client conf, interview w/psychiatrists | | | | | | | | 1.9 | | |
| 5/2 | conf w/client while awaiting psychiatrists | 0.4 | | | | | | | | | |
| | PAGE TOTAL | 3.6 | 0 | 0.2 | 0 | 0 | 0 | 1.1 | 3.8 | 0.6 | 9.3 |

Month 4-5/2007 OUT OF COURT HOURLY WORKSHEET CASE NUMBER 05-6002-01-CR-W-GAF VOUCHER NUMBER
ATTORNEY NAME FREDERICK A. DUCHARDT, JR. CLIENT NAME LISA MONTGOMERY

| Date | Brief Description of Service | Client Conf/ Interv | Witnes Interv | Conf w/ Expert/ Invest | Obtain Review Court Record | Obtain Review Docs & Evidenc | Consul With Resour Center | Legal Research & Writing | Travel | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/2 | client eval by government psychiatrists (other case related work done, review of case records, etc.) | 7.5 | | | | | | | | | |
| 5/2 | phone conf w/client | 0.2 | | | | | | | | | |
| | PAGE TOTAL | 7.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.7 |
| | PAGE 1 TOTAL | | | 3.4 | | 1.4 | | | 1.3 | 4.4 | 10.5 |
| | PAGE 2 TOTAL | 0.5 | | 4.1 | 2.5 | 3.6 | | | 2.9 | 5.5 | 19.1 |
| | PAGE 3 TOTAL | 2.3 | | 2.4 | 2.1 | 8.7 | | 1.5 | 1.6 | 1.1 | 19.7 |
| | PAGE 4 TOTAL | | 0.4 | 0.8 | | 6.7 | | 1.2 | | 4.4 | 13.5 |
| | PAGE 5 TOTAL | 0.2 | 4.3 | 1.8 | | 4.9 | | 3.2 | 4.5 | 1.4 | 20.3 |
| | PAGE 6 TOTAL | 2.5 | | 0.3 | 2.5 | 2.4 | | 3.6 | 1.9 | 0.9 | 14.1 |
| | PAGE 7 TOTAL | | | 1.5 | | | | 6.1 | | 1.5 | 9.1 |
| | PAGE 8 TOTAL | | 0.5 | 0.3 | | 3.8 | | 3.2 | 1.9 | 2.1 | 11.8 |
| | PAGE 9 TOTAL | 2.5 | | 1.0 | | 4.2 | | 9.4 | 2.3 | 2.2 | 21.6 |
| | PAGE 10 TOTAL | | | 0.5 | | 6.9 | | 12.7 | 1.0 | 0.3 | 21.4 |
| | PAGE 11 TOTAL | 1.5 | | 0.2 | | 3.9 | | | 2.9 | 2.4 | 10.9 |
| | PAGE 12 TOTAL | 4.9 | | 0.9 | | | | 1.2 | 3.8 | 2.5 | 13.3 |
| | PAGE 13 TOTAL | 3.6 | | 0.2 | | | | 1.1 | 3.8 | 0.6 | 9.3 |
| | GRAND TOTAL | 25.7 | 5.2 | 17.4 | 7.1 | 46.5 | 0 | 43.2 | 27.9 | 29.3 | 202.3 |

OTHER EXPENSE WORKSHEET

Client Name: Lisa Montgomery
Case Number: 05-6002-01-CR-SJ-GAF
Voucher Number:
Month: 4/3/07 - 5/2/07

| Date | Brief Description of Services | mileage | parking | meals | lodging | copying | postage | toll calls | telegram | other |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/3 | copies of CCA records for experts (2494 pg @ .15/pg) | | | | | [redacted] | | | | |
| 4/3 | travel to downtown KC, meetings (56 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 4/4 | travel to midtown KC, conf w/defense expert (64 mi @ 44.5 cents/mile) | [redacted] | | | | | | | | |
| 4/5 | travel to downtown KC, meetings (56 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 4/9 | travel to downtown, midtown KC, conf w/defense expert, defense team (64 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 4/9 | Fed Ex charges to send copies of info to expert | | | | | | [redacted] | | | |
| 4/10 | trip to midtown and Plaza area of KC, meet w/defense witnesses (70 mi @ 44.5 cents per mile) | [redacted] | | | | | | | | |
| 4/10 | overnight mail charges to send copies to expert | | | | | | [redacted] | | | |
| 4/11 | travel to downtown, midtown KC, conf w/defense expert, witnesses (64 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| | PAGE TOTAL | [redacted] | [redacted] | 0 | 0 | [redacted] | [redacted] | 0 | 0 | 0 |

[redacted]

OTHER EXPENSE WORKSHEET

Client Name: Lisa Montgomery
Case Number: 05-6002-01-CR-SJ-GAF
Voucher Number:
Month: 4/3/07 - 5/2/07

| Date | Brief Description of Services | mileage | parking | meals | lodging | copying | postage | toll calls | telegram | other |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/12 | travel to downtown KC, hearings (56 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 4/13 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| 4/18 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| 4/20 | travel to CCA, downtown and midtown KC, client conf, meetings w/expert, Judge (102 mi @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 4/24 | travel to Platte City, conf w/defense team (50 mi @ 44.5 cents/mile) | [redacted] | | | | | | | | |
| 4/24 | copies of case materials for experts (2532 pgs @ .15/pg) | | | | | [redacted] | | | | |
| 4/25 | overnight mail to experts | | | | | | [redacted] | | | |
| 4/25 | travel to CCA, downtown and midtown KC-client conf, meetings w/expert, team (102 mi. @ 44.5 cents/mile) | [redacted] | [redacted] | | | | | | | |
| 4/27 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| 4/30 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| | PAGE TOTAL | [redacted] | [redacted] | 0 | 0 | [redacted] | [redacted] | 0 | 0 | 0 |

[redacted]

Client Name: Lisa Montgomery
Case Number: 05-6002-01-CR-SJ-GAF
Voucher Number:
Month: 4/3/07 - 5/2/07

OTHER EXPENSE WORKSHEET

| Date | Brief Description of Services | mileage | parking | meals | lodging | copying | postage | toll calls | telegram | other |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/1 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| 5/2 | trip to CCA client conf (78 mi. @ 44.5 cents per mi) | [redacted] | | | | | | | | |
| | PAGE TOTAL [redacted] | [redacted] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | PAGE 1 TOTAL | [redacted] | [redacted] | | | [redacted] | [redacted] | | | |
| | PAGE 2 TOTAL | [redacted] | [redacted] | | | [redacted] | [redacted] | | | |
| | GRAND TOTAL | [redacted] | [redacted] | 0 | 0 | [redacted] | [redacted] | 0 | 0 | 0 |

[redacted]

FedEx
1210 MEXICO CITY AVE
KANSAS CITY, MO 64153

| | |
|---|---|
| Location: | MCIRT |
| Device ID: | MCIRT-POS2 |
| Employee: | 104696 |
| Transaction: | 110101298041 |

PRIORITY OVERNIGHT
860811931618 2.55 lb (S) $46.64

Shipment subtotal: $46.64

**Total Due: $46.64**

(V) CreditCard: $46.64
***********15221

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide at fedex.com for details. All merchandise sales final.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

April 9, 2007 8:17:45 PM

KEARNEY MAIN PO
KEARNEY, Missouri
640609998
2842230060 -0097
04/10/2007 (816)628-5717 02:41:08 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| DEL MAR CA 92014 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 1 lb. 14.80 oz. | | | |
| Label #: EQ862959324US | | | |
| Next Day Noon / Normal Delivery | | | |
| Issue PVI: | | | $14.40 |
| Total: | | | $14.40 |

Paid by:
Visa $14.40
Account #: XXXXXXXXXXXX5221
Approval #: 03233C
Transaction #: 118
23 903228013

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000302241640
Clerk: 05

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Copy

KEARNEY MAIN PO
KEARNEY, Missouri
640609998
2842230060 -0097
04/25/2007 (816)628-5717 11:02:53 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| NEWPORT BEACH CA 92663 | | | $38.15 |
| Express Mail PO-ADD | | | |
| 8 lb. 0.4 oz. | | | |
| Label #: EQ862959196US | | | |
| Next Day 3PM / Normal Delivery | | | |
| Issue PVI: | | | $38.15 |
| DEL MAR CA 92014 | | | $39.50 |
| Express Mail PO-ADD | | | |
| 9 lb. 2.8 oz. | | | |
| Label #: EQ862959182US | | | |
| Next Day Noon / Normal Delivery | | | |
| Issue PVI: | | | $39.50 |
| TORRANCE CA 90502 | | | $4.05 |
| Priority Mail | | | |
| 13.40 oz. | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Insurance | | | $5.45 |
| Insurance Amount : $400.00 | | | |
| Label #: VG005029385US | | | |
| Issue PVI: | | | $11.35 |
| OVERLAND PARK KS 66210 | | | $0.87 |
| First-Class | | | |
| 2.90 oz. | | | |
| Issue PVI: | | | $0.87 |
| Total: | | | $89.87 |

Paid by:
Visa $89.87
Account #: XXXXXXXXXXX›‹5221
Approval #: 07325C
Transaction #: 299
23 903228013

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Bill#: 1000302257380

IN THE UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case # 05-6002-01-CR-SJ-GAF |
| LISA MONTGOMERY, | ) | |
| Defendant. | ) | |

ORDER

Pending before the Court is the motion of defendant Lisa Montgomery regarding billing procedures, for setting of compensation limits and for authorization to make interim payments for appointed counsel (Doc. 88).

The Court finds that, for the reasons set forth in defendant's motion, the relief sought in the motion should be granted.

WHEREFORE, IT IS HEREBY ORDERED that Defendant Montgomery's Motion Regarding Billing Procedures, for Setting of Compensation Limits and for Authorization to make Interim Payments for Appointed Counsel (Doc. 88) is GRANTED.

IT IS FURTHER ORDERED that the rate of compensation for the appointed counsel for Ms. Montgomery, that is Frederick A. Duchardt, Jr. and John O'Connor, is set at [redacted] per hour for all work performed by said counsel connected with the above captioned cause, including any such work performed by counsel prior to the date of this Order.

IT IS FURTHER ORDERED that interim payments to Mr. O'Connor and Mr. Duchardt are approved and that said counsel shall submit interim vouchers on a monthly basis.

/s/ ***JOHN T. MAUGHMER***
JOHN T. MAUGHMER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LISA M. MONTGOMERY,<br>Defendant. | ) | Criminal Action No.<br>05-06002-01-CR-SJ-GAF |

**ORDER**

This case is presently set for trial beginning October 23, 2006. In order to preserve the trial date and allow for adequate preparation of the defense, the Court has determined that it is in the interests of justice to appoint an additional counsel for defendant Lisa M. Montgomery. For good cause appearing, it is

ORDERED that, pursuant to 18 U.S.C. § 3005 and the Criminal Justice Act, 18 U.S.C. § 3006A, Fred Duchardt is appointed as additional counsel for defendant Lisa M. Montgomery.

*/s/ JOHN T. MAUGHMER*
JOHN T. MAUGHMER
United States Magistrate Judge

Kansas City, Missouri