**From:** Fred Duchardt [mailto:fduchardt@hughes.net]
**Sent:** Monday, October 15, 2007 6:15 AM
**To:** Tracy_Diefenbach@mow.uscourts.gov
**Cc:** Whitworth, Matt (USAMOW); 'David Owen'; 'Stephanie Elliott'; 'Ron Ninemire'; Ketchmark, Roseann (USAMOW); Cordes, Cynthia (USAMOW)
**Subject:** development regarding Dr. Linda McCandless

Good morning Tracy

We have a matter which we need to take up with the Judge this morning.

Last evening, Dr. Linda McCandless called me. Dr. McCandless is the treating psychiatrist for inmates at CCA. Dr. McCandless is also a defense witness at trial, to testify about Lisa's condition as she has diagnosed it as Lisa's treating psychiatrist at CCA.

Dr. McCandless reported to me that she had met with Lisa on Saturday. Dr. McCandless had done this because she has been concerned about Lisa's mental health during trial. Dr. McCandless further reported that, for a lot of reasons, she has decided she needs to change her diagnosis of Lisa to include psychosis nos (not otherwise specified). Dr. McCandless had previously diagnosed Lisa with bipolar disorder, with concerns about other possible illnesses. As I understand it from Dr. McCandless, her previous concerns have now reached the point of including this new diagnosis. Dr. McCandless said she has written a report of her interview with Lisa, and the reasons for her positions. I inquired of Dr. McCandless whether she felt that this raised concerns over Lisa's continued competence to proceed at trial. Dr. McCandless said that such competency evaluations are not her field, but that, in her opinion, Lisa does understand what is going on in the proceedings, though Dr. McCandless has some concerns in that regard. I could not get a copy of that report from her until this morning, when I send a fresh release of information to CCA for that. I am getting ready to fax that to CCA in a few minutes.

As soon as I received this call from Dr. McCandless, I called Matt and told him what I knew. Matt requested to talk to Dr. McCandless but Dr. McCandless wanted a signed release from Lisa before she did that. This position by Dr. McCandless is in keeping with the way she has handled all instances of discussions about inmates which I have had with her over the years. I told Matt that I would get such a release signed by Lisa this morning and get that to Dr. McCandless by fax this morning.

Dr McCandless is currently scheduled to be one of the first witnesses for the defense on Tuesday morning, and will be a foundational witness for all of the forensic psychiatrists. This change by Dr. McCandless will likely be of interest for all psychiatric experts defense and prosecution. I intend to present Dr. McCandless testimony, complete with her latest diagnosis. I have advised our experts what I know about this change, and while they certainly want to see Dr. McCandless's report, they do not believe that this change necessitates any additional time for them to prepare for their testimony, or alters the opinions which they have reached. I do not know what the position of the prosecution experts will be about this new information, and whether it requires any time for them to prepare. If it does, I am going to ask that the Court take the remaining evidence today, and postpone the beginning of the psychiatric evidence by all sides, to permit assimilation of the new information by Dr. McCandless. I would not anticipate a postponement of more than a couple of days.

Thanks for passing this on to the Judge for me.

Fred