Comprehensive EpilepsyCenter
NYU Medical Center

Siddhartha Nadkarni, MD
Assistant Professor of Neurology and Psychiatry
Program Director Clinical Neurophysiology Fellowship
Program Director Combined Residency in Neurology and Psychiatry
Director Epilepsy Clinic NYU Langone Medical Center
Director Neuroscience Curriculum Psychiatry Residency
NYU School of Medicine, NYU Langone Medical Center

223 East 34th Street, New York, NY 10016
646-558-0807 (phone) 646-385-7166 (fax)

Kelly Henry, Esq.
Amy Harwell, Esq.
810 Broadway
Suite 200
Nashvill, TN 37203

Re: **Montgomery**, Lisa

September 27, 2013

Dear Ms. Henry and Ms. Harwell,

I am writing at the request of your office to provide preliminary findings of my independent medical examination of Lisa Montgomery and record review. This examination does not establish a doctor-patient relationship and its purpose is to help provide information for her ongoing legal case.

In preparing this report I have reviewed:

1. 12.10.12 Gemini Medical Group (Consultation records for Caden C. Veal)
2. 5.18.93 Jane Phillips Hospital records for Ms. Montgomery
3. 7.15.93 Jane Phillips Hospital records for Ms. Montgomery
4. 3.2.92 Jane Phillips Hospital records for Ms. Montgomery
5. 9.24.93 Jane Phillips Hospital records for Ms. Montgomery
6. 5.21.09 SSI Evaluation (Kenneth Alexander)
7. 3.9.12 Multidisciplinary Evaluation and Eligibility Group Summary (Landon Veal)
8. 3.9.12 IEP School records (Landon Veal)
9. 9.13.05 Certified Records from Northside Independent School District (Lisa Hedberg's school records from 1980)
10. 10.17.90 Post Birth Record (Kayla Boman's Birth)
11. 5.25.77 Scoliosis of the spine report (Lisa Hedberg)
12. Sperry School Records 8th, 9th, 10th, and 11th grades

13. 10.1.11 St. Francis Hospital records
14. 9.14.98 St. Francis Hospital records (motor vehicle accident)
15. 6.20.99 Stormont Vail Regional Medical Center (trampoline Injury)
16. Tulsa Public Schools 1st through 6th grades with educational measurement testing scores
17. 1.30.09 Laurel Ridge Treatment Center (Wendy Treibs Discharge Summary)
18. 3.17.13 Affidavit/Report of George Woods, M.D.
19. 3.17.13 Affidavit/Report of Jan Vogelsang, M.S.W.

I conducted an independent Interview and Neurologic Examination of Ms. Montgomery on July 11, 2013 at FMC Carswell Federal Prison in Fort Worth, Texas. What follows is an accounting of that meeting and my initial findings based on it and the documents I reviewed.

## Interview and Examination

Identifying Information: Lisa Montgomery is a 45 year old right handed mother of four grown children, who now resides in a Federal Prison.

**History of Present Illness:** In October 2007 Ms. Montgomery was convicted of first degree capital murder and sentenced to death for the murder of Bobbie Jo Stinnett in Missouri in December 2004.

Ms. Montgomery has a history of several neurological symptoms including:

1. Spells of a "bad smell," and episodes of lost time. She has the memory of experiences that she is not sure really occurred. The olfactory hallucination is not smelled by others and is stereotyped in nature and difficult to describe. She has bought things for her children and then shortly thereafter not remembered having bought them. She has other episodes, where she suddenly comes to and does not realize what has happened. Another example is going to fill up gas, filling up the tank and not having any memory of doing it. These are emblematic of many instances she has difficulty delineating individually. There are also sustained periods of times during which things do not seem real to her. Significant events, such as the birth of her fourth child, have occurred during these altered states of consciousness.

2. Multiple violent head injuries:

a. She was the victim of repeated sexual and violent assaults whereby her head was slammed into a concrete floor of a small room that was built by her step father for the purpose of raping her. She lost consciousness with several of these head injuries. Though the precise number of times she sustained injury to her head is unknown, the rapes occurred regularly from the age of 13 years old to 16 years old.
b. At the age of 19 years old, she was in a car accident, lost consciousness, and does not remember the details. She was a passenger and the driver was apparently badly injured.
c. In 1993 she was in a car accident where her head hit the rear view mirror when the car in which she was traveling hit two cows in the roadway at 60-65 miles per hour.
d. In 1998 she was in a car accident in New Mexico where her head hit the windshield.
e. Also in 1998 she was in another car accident that was a head-on collision with her head striking the windshield. After the collision she experienced alteration in awareness.
f. A trampoline accident occurred in June 1999 resulting in Mrs. Montgomery receiving a head injury with attendant confusion.

3. Attacks of trauma induced stress and fear that occur out of sleep with shortness of breath and chest discomfort.

Regarding the particulars of the crime, she has only very spotty memory. She has snapshot memories by her report. She remembers sitting in the corner of the room on the floor, the baby lying in front of the mother that was unresponsive. She does not remember how the baby was removed or removing her.

**Past Medical History:**
Hypercholesterolemia, Asthma, Four Documented Gravida, Migraines

**Past Surgical History:**
Cholecystectomy, Partial Thyroidectomy, Hysterectomy

**Family History:**
Mrs. Montgomery's biological family history is replete with psychiatric and neurologic impairments, including: mood disorders, intellectual disability, post-traumatic stress disorder, and schizophrenia. Mrs. Montgomery's paternal family

is remarkable for alcoholism, depression, and significant neurological impairment of her paternal aunt. Her maternal family history is replete with symptoms and behaviors indicative of undiagnosed mental illness, including mood disorders and psychosis; the family history also evidences neurological defects. Maternal family members have been diagnosed – and even committed – for severe bipolar disorder with psychosis. Several members of her maternal family experience hallucinations. Mrs. Montgomery's grandchildren, likewise, evidence significant neurological impairment.

**Past Psychiatric History:**

1. Upon Mrs. Montgomery's committal to the Bureau of Prisons (hereafter BOP) psychiatric staff (Camille Kempke, M.D.) diagnosed her with bi-polar disorder and prescribed Depakote 250mg (morning) and 350mg (night); Zoloft (50mg/day); Amitripeyline (50/night).
2. Since 2008, BOP has treated Mrs. Montgomery's diagnosed bipolar disorder, anxiety, depression, and psychotic symptoms with Lithium, Zoloft, Ativan, Effexor, Elavil, Risperdal, Lithium, Depakote, and Trileptal.
3. Since July of 2009, Mrs. Montgomery has been on Risperdal and has responded well to that medication, finding an increased ability to organize her thoughts and have more consistent contact with reality. She finds she does not question reality or her perceptions of it as much. Since beginning Risperdal she has had periods of increased goal directed activity such as knitting and construction of a large elaborate doll house.
4. She carries diagnoses of Bipolar Disorder and Psychosis, and hears the voice of her mother at times saying mean things to her.
5. She has sustained multiple incidents of Traumatic Brain Injury as described above.
6. She has Word Finding problems and feels her thinking is not sharp.
7. She has had several suicide attempts:
   a. In August 2010, Mrs. Montgomery took approximately 50 aspirin for severe back pain hoping to end the pain by dying of overdose.
   b. In August 2011 she was hospitalized for an overdose of Tylenol. Though she originally denied that this was a suicide attempt, she now recognizes it as such.
   c. In June 2012 she took around 70 Tylenol and was hospitalized with liver failure.
   d. Mrs. Montgomery reports that she has deliberately cut herself on multiple occasions.

**Developmental/Social History:**

Ms. Montgomery was born in Washington but moved around a lot as a child. She was abandoned by her father when she was only three years old. She suffered extreme, chronic, and systematic abuse by her mother and, later, stepfather. Starting around her twelfth year, her step father escalated the abuse to violent episodes of rape - oral, vaginal, and anal - continuing until her sixteenth year when her mother witnessed the rape. Despite his rape of her child, Mrs. Montgomery's mother remained with the step-father following this event. Unsurprisingly Mrs. Montgomery describes her childhood as "horrible."

Despite her chaotic upbringing, Mrs. Montgomery finished High School, performing relatively well until her junior year. She married shortly before graduation and gave birth to four children in three years. Following the birth of the fourth child, Mrs. Montgomery underwent a tubal fulguration. Though Mrs. Montgomery takes apparent pride in having raised four "good kids," the child protective services records of her children's early lives document her inability to attend, excessive drinking, poor hygiene, and neglect of her children's safety. During this period, Mrs. Montgomery tried cocaine, LSD, and THC experimentally.

Divorced from her first husband, Mrs. Montgomery married her second husband and attempted a settled life in Kansas. Again her mood disorder and lack of contact with reality compromised her functioning. She undertook tasks that were unrealistic given her limitations/experience (farming, raising dogs) and failed. She neglected her children and was unable to attend (children would call her name to no avail). She lost contact with reality in small ways (finding she had no memory of putting gas in the car) and large ways (believing that she had given birth when she had not).

Mrs. Montgomery has been incarcerated since the offense for which she is condemned. Her four grown children accept her phone calls and have visited her in custody. She is estranged from her mother, but has reestablished a relationship with her father after he was located by her defense counsel. She maintains a relationship with her husband, but confesses relief that she is no longer expected to have sex.

**Allergies:** Abilify; also she had a marked reaction to magnesium when pregnant, resulting in altered consciousness.

**Medications:** Risperidone 1 mg. at bedtime - bipolar
Ibuprofen 800 mg. x 2 daily - pain
Amitriptyline 50 mg. at bedtime - neuropathic pain
LevoThyroxine Sodium 25 mg. x 1 daily - hypothyroidism
Omeprazole 20 mg. x 2 daily - reflux

**Neurologic Examination:**

Mental Status Examination: Ms. Montgomery was well groomed in prison attire, though guarded and somewhat fearful, she was eventually forthright, cooperative, and well related. Her speech was normal in cadence and rate: her eye contact was fair. She was psychomotor neutral.

Mood: "o.k."

Affect: largely euthymic, full range, appropriate, congruent

Thought Content: No active suicidal ideation (some passive), No homicidal or aggressive ideation. No obsessions, compulsions, hallucinations at the time of the examination. No delusions at the time of the examination other than a continued persistent belief that she experienced pregnancy after her tubal fulguration. Mrs. Montgomery is avoidant of talk of pregnancies/births/babies.

Thought Process: linear.

Cognition: Notable for abulia (difficulty initiating thoughts), marked decrease attention, Montreal Cognitive Assessment (MOCA) score was 28 out of 30, missing on attention measure and one point on recall, but could only name 12 "f" words in one minute.

Insight: poor.

Judgment: poor.

Cranial Nerves: II through XII intact, but there is sustained right lateral gaze horizontal nystagmus more than left.

Motor: 5/5 throughout on confrontation, but there are significantly diminished fine finger movements in the left hand. Bulk and Tone are normal. Reflexes are largely symmetric.

Sensation: Cortical and segmental modalities of vibration/l.t./p.p./position are intact.

Coordination: Decreased coordination in left hand with Dysdiadochokinesia.

Romberg: negative

Toes are down-going to plantar stimulation.

**Impression:**

Ms. Montgomery suffers from a number of neurological complaints including migraines, cognitive problems, and episodes that are suspicious for complex partial seizures. Her cognitive problems include executive dysfunction, inattention, impulsivity, and an effective apraxia for doing several things. There is evidence on her neurologic examination of cerebellar, frontal, and possibly temporal dysfunction.

Her neuropsychological testing has confirmed a marked split in her performance and verbal intelligences with her performance

IQ markedly higher than her verbal IQ. This disparity points to central nervous system dysfunction.

It is my opinion, to a reasonable degree of medical certainty, that Mrs. Montgomery's neurological complaints are the result of marked and repetitive head trauma and brain injury. Mrs. Montgomery's brain is compromised not only by traumatic brain injury, but also by psychiatric symptoms for which she was genetically predisposed and which also are known to result from trauma.

It is very likely that complex partial seizures and neurophysiologic dysfunction better explain episodes of her behavior that have incorrectly been labeled as solely dissociative in the past. A persistent postictal psychotic state is more likely than other theories to offer insight into her behavior surrounding the offense and during other times in her life when she was unable to mediate her emotions and control her behavior.

It is my opinion that her history and symptoms at the time of the offense and subsequent legal proceedings demanded neurological examination to rule out focal cerebral dysfunction and seizures.

Sincerely,

Siddhartha S. Nadkarni, M.D.