IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA M. MONTGOMERY,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 12-08001-CV-W-GAF<br>Crim. No. 05-06002-01-CR-W-GAF |

**GOVERNMENT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

The Government provides the following response to this Court's order to show cause, entered on September 22, 2015;

1. On September 3, 2015, Montgomery filed what was styled "Petitioner's Initial Motion to Authorize Discovery," requesting to take the depositions of five individuals, including attorneys Fred Duchardt and John O'Connor;

2. Upon the docketing of the motion, this Court entered an order stating that "Suggestions in opposition/response due by 9/21/2015 unless otherwise direct by the court";

3. Unfortunately, lead counsel for the Government was in the process of leaving the office for new employment, and was unable to respond to this Court's order in the time allotted;

4. The task of responding to Montgomery's motion was not immediately reassigned to another attorney, and the Government's failure to respond did not come to the attention of the Government until this Court entered its "Order to Show Cause" on September 22, 2015, directing the Government to show cause why it had failed to respond to Montgomery's discovery motion;

5. The Government's failure to respond was completely inadvertent, and did not mean to convey to this Court that it had no objection to Montgomery's discovery request, nor did the Government deliberately fail to respond to this Court's directive of September 3, 2015, allowing the Government until September 21, 2015, to respond;

6. The Government sincerely apologizes to this Court and to Montgomery's attorneys for overlooking the Court's prior order of September 3, 2015;

7. This case now has been reassigned to undersigned counsel to prepare a response to Montgomery's request for discovery. However, counsel require a few additional days to familiarize himself with the already extensive record in this case, and to determine, not only the Government's position on Montgomery's discovery request, but also whether this Court needs to hold an evidentiary hearing in this case, and, if so, on which of the many issues raised by Montgomery's § 2255 motion.

WHEREFORE, for the reasons set for above, the Government requests that this Court enter an order allowing the Government until October 11, 2015, in which to respond to Montgomery's discovery motion, and to the related issue of whether to hold an evidentiary hearing in this case.

Respectfully submitted,

TAMMY DICKINSON
United States Attorney

By *\/s/ Philip M. Koppe*

PHILIP M. KOPPE
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 5, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri.

Kelley J. Henry
Office of the Federal Public Defender
810 Broadway Street Suite 200
Nashville, Tennessee 37203

Lisa G. Nouri
2526 Holmes
Kansas City, Missouri 64108

*/s/ Philip M. Koppe*
Philip M. Koppe
Assistant United States Attorney