**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| LISA M. MONTGOMERY,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA**,**<br><br>Respondent. | Case No. 12-08001-CV-W-GAF<br>Crim. No. 05-06002-01-CR-W-GAF |

**ENTRY OF APPEARANCE**

Comes now the United States of America, by and through its undersigned attorney, David M. Ketchmark, Assistant United States Attorney, and enters his appearance as attorney of record for the United States of America in the above-referenced case.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ David M. Ketchmark*

David M. Ketchmark
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on October 6, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ David M. Ketchmark*
David M. Ketchmark
Assistant United States Attorney