**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| **Movant,** | ) | |
| | ) | **Case No.: 12-08001-CV-SJ-GAF** |
| **v.** | ) | |
| | ) | **Date: January 27, 2016** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent.** | ) | |

## MINUTES IN CIVIL CASE

---

The Honorable Gary A. Fenner, presiding at Kansas City, Missouri

Nature of Proceeding: Status Conference

Time commenced: 10:29 a.m. Time terminated: 11:03 a.m.

---

## APPEARANCES

Movant's counsel: Kelley Henry; Amy Hartwell; Lisa Nouri
Respondent's counsel: Jeff Valenti, Philip Koppe; Lajuana Counts

---

Counsel appears as indicated above. Movant does not appear. Conference held to discuss matters relating to the scheduling of an evidentiary hearing on issues which remain following the Court's 12/21/15 ruling on Movant's Motion to Vacate. The Court discusses the scope of the issues to be addressed at the hearing and expert witnesses parties expect to call. Counsel for Movant proposes to commence the hearing on October 31, 2016. Counsel for Respondent does not object. The Court states it will allocate two (2) weeks for the hearing. Movant requests discovery in the way of depositions. The Court denies the request. The Court establishes deadlines for the filing/serving of expert witness designations, witness lists, and exhibit lists.

The evidentiary hearing will commence at 9:00 a.m., on Monday, October 31, 2016. A pre-evidentiary hearing status conference will be held at 10:00 a.m., on Wednesday, October 12, 2016.

Written Scheduling Order to follow.

---

Court Reporter: Kathy Calvert Courtroom Deputy: Terri Moore