**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | **Civil No. 12-08001-CV-SJ-GAF** |
| **v.** | ) | **Crim. No. 05-06002-CR-SJ-GAF** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**SCHEDULING ORDER**

On January 27, 2016, the Court held a conference with parties to discuss the scheduling of an evidentiary hearing on issues which remain following the Court's December 21, 2015, ruling on Movant's Motion to Vacate Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 (Civil No.; Doc. No. 71). Upon consideration of the parties' views in the matter, the following schedule is hereby established:

1. Movant shall designate any expert witnesses she wishes to call within sixty (60) days of today's date. Respondent shall designate any expert witnesses it wishes to call within twenty (20) days thereafter. This paragraph applies to all witnesses from whom expert opinions will be elicited, regardless of whether the witness was specially retained to provide testimony.

2. At least thirty (30) days prior to the evidentiary hearing, each party shall file and serve a list of all witnesses who may be called.

3. At least thirty (30) days prior to the evidentiary hearing, each party shall file and serve a list of all exhibits which may be offered. Simultaneously, parties shall identify exhibits to which they are willing to stipulate. The parties shall additionally prepare and provide to the

courtroom deputy an exhibit index, with said index being prepared on a form provided by the clerk's office. Each exhibit will be designated as either "Movant's" or "Respondent's" numbered with an Arabic numeral and described following the enumeration. The exhibit number must be marked on each exhibit at the time of listing.

10. This case is scheduled for an evidentiary hearing, commencing at **9:00 a.m., on Monday, October 31, 2016,** in Courtroom 8A of the United States District Courthouse in Kansas City, Missouri.

12. A pre-evidentiary hearing status conference will be held at **10:00 a.m., on Wednesday, October 12, 2016,** in Courtroom 8A of the United States District Courthouse in Kansas City, Missouri.

IT IS SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 27, 2016