**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| ***Movant,*** | ) | |
| | ) | |
| | ) | **Case No. 4:12-cv-08001-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Respondent.*** | ) | |

**MOVANT'S NOTICE OF AGREED WAIVER OF APPEARANCE**

Movant, Lisa Montgomery, hereby gives notice of her waiver of appearance for the evidentiary hearing scheduled to begin October 31, 2016. Undersigned counsel have personally discussed the matter with Movant. This notice is accompanied by Movant's declaration. The Government has been consulted regarding this matter and states that the United States has no objection.

Accordingly, the Government and Movant agree that no writ need issue for her presence.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047
*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2016, the above-captioned document was served electronically to David Ketchmark and Jeff Valenti, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*