IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| LISA M. MONTGOMERY, *Movant,* v. UNITED STATES OF AMERICA, *Respondent.* | ) | Case No. 4:12-cv-08001-GAF |

**DECLARATION REGARDING MOVANT'S VOLUNTARY WAIVER OF APPEARANCE**

I, Lisa Montgomery, movant in the instant case, declare as follows:

1. I am the movant in the above captioned case.

2. My attorneys (Lisa Nouri, Kelley Henry, and Amy Harwell) have consulted with me about the pros and cons of my personal appearance at the hearing. They have informed me that although the statute does not guarantee my right to be present, they believe that the court would order my presence if that was my choice.

3. I have also discussed the matter with the psychologist who has been treating me in prison.

4. My attorneys and my psychologist all believe that it is in my best interests from a mental health standpoint that I remain at FMC Carswell during the hearing. I feel comfortable with this decision. Although I have consulted with my lawyers and with my psychologist, this is my personal decision. I trust my attorneys to protect my interests and to keep me informed of matters relating to my case. By waiving my appearance I do not mean any disrespect to the Court, the Government, my attorneys, or the victim's family members.

5. Therefore, I hereby waive my presence at the evidentiary hearing scheduled to begin October 31, 2016. This waiver is voluntary. No promises or threats have been made to induce my decision. I believe that this waiver is in my best interest.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

Dated this 31st day of August, 2016, in Fort Worth, Texas.

Lisa M. Montgomery

Lisa M. Montgomery