**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| ***Movant,*** | **)** | |
| | **)** | |
| | **)** | **Case No. 4:12-cv-08001-GAF** |
| **v.** | **)** | |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| ***Respondent.*** | **)** | |

**Motion for Leave to File Under Seal**

MOVANT, Lisa Montgomery, by counsel, moves this Honorable Court, for leave to file a motion regarding criminal justice act matters under seal. The motion relates to matters involving Movant's preparation for the upcoming hearing and personal information.

WHEREFORE, the order should be granted.

Respectfully submitted,


/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047
*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, the above-captioned document was served electronically on Jeff Valenti and David Ketchmark, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*