IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA,<br>Plaintiff,<br>v.<br><br>LISA M. MONTGOMERY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | Case No. 12-CV-8001-GAF |

***AGREED UPON MOTION TO RESET THE PREEVIDENTIARY HEARING STATUS CONFERENCE***

Comes now Lisa Montgomery, by attorney Lisa G. Nouri, and does hereby respectfully seek to reset the preevidentiary hearing status conference from Wednesday, October 12, to Friday, October 14 at a time convenient to the Court. In support of this motion, Mrs. Montgomery states as follows:

1. Government counsel, through Jeff Valenti, and Mrs. Montgomery counsel jointly seek to have the preevidentiary hearing status conference reset to October 14, 2016.
2. The parties have made significant strides in stipulations to numerous witnesses, declarations and exhibits all with an eye toward presenting the crucial testimony during the hearing and making the most effective use of Court time.
3. To further utilize the Court time efficiently, counsel for both parties have scheduled interviews of Dr. Park Dietz, Dr. Dan Martell and Ronald Walker. The parties have also scheduled a deposition to preserve testimony of a witness.

Government counsel, Jeff Valenti, advised the undersigned that the only dates where these meetings could work for all parties and witnesses involved was October 10-12. Government counsel also advised the expense to travel would be less if all of these interviews are done in one trip. Further, Mr. Valenti and the undersigned see the benefit of preparing these witnesses through interviews prior to the hearing so as to make sure the expense of experts' time is cost-effective for all parties involved.

4. The parties continue to work on a free exchange of documents and information to enable both sides to be fully prepared and move the hearing along at a brisk pace with so many anticipated fact witnesses and experts.

WHEREFORE, both parties seek to reset the preevidentiary hearing to October 14, 2016 at a time convenient to the Court.

Respectfully submitted,

/s/Lisa G. Nouri

Lisa G. Nouri
Bar Enrollment Number 32800
2526 Holmes
Kansas City, MO 64108
Phone: 816-471-1000
Fax: 816-471-1285

/s/ *Kelley J. Henry*

KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC

DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

***Certificate of Service***

I hereby certify that on September 20, 2016, a copy of the foregoing Motion was electronically filed using the CM/ECF system.

/s/Lisa G. Nouri
Lisa G. Nouri