**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| LISA M. MONTGOMERY,<br><br>Movant,<br><br>v.<br><br>UNITED STATE OF AMERICA,<br><br>Respondent. | Case No. 12-08001-CV-SJ-GAF<br>Crim. No. 05-06002-01-CR-SJ-GAF |

**GOVERNMENT'S LIST OF EXHIBITS**

Comes now the United States of America, by the undersigned counsel, and files the attached list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

Respectfully submitted,


Tammy Dickinson
United States Attorney

By: ***/s/Jeffrey Valenti***

DAVID M. KETCHMARK
First Assistant United States Attorney

JEFFREY VALENTI
Assistant United States Attorney
Chief, Narcotics & Violent Crimes Unit

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on September 30, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Jeffrey Valenti
Jeffrey Valenti
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

LISA M. MONTGOMERY,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 12-08001-CV-SJ-GAF
Crim. No. 05-06002-01-CR-SJ-GAF

E X H I B I T S

| | | |
|---|---|---|
| | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Trial Transcript, Volume I |
| 2 | | | | Trial Transcript, Volume II |
| 3 | | | | Trial Transcript, Volume III |
| 4 | | | | Trial Transcript, Volume IV |
| 5 | | | | Trial Transcript, Volume V |
| 6 | | | | Trial Transcript, Volume VI |
| 7 | | | | Trial Transcript, Volume VII |
| 8 | | | | Trial Transcript, Volume VIII |
| 9 | | | | Trial Transcript, Volume IX |
| 10 | | | | Trial Transcript, Volume X |
| 11 | | | | Trial Transcript, Volume XI |
| 12 | | | | Trial Transcript, Volume XII |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 13 | | | | Trial Transcript, Volume XIII |
| 14 | | | | Trial Transcript, Volume XIV |
| 15 | | | | Trial Transcript, Volume XV |
| 16 | | | | Deposition: Ray Conrad |
| 17 | | | | Deposition: Dr. V.S. Ramachandran |
| 18 | | | | Transcript Excerpt, Dr. Helen Mayberg |
| 19 | | | | Transcript Excerpt, Dr. Alan Evans |
| 20 | | | | Transcript Excerpt, Dr. Mary Case |
| 21 | | | | Interview Notes: 4/3/07 Meeting with Counsel |
| 22 | | | | FBI 302: SA Lipanovich interview of Tommy Kleiner (3/29/07) |
| 23 | | | | Criminal history printout of Tommy Kleiner, ran by SA Lipanovich on 4/2/07 |
| 24 | | | | FBI 302: SA Lipanovich’telephonic interview of Erin Garman (4/5/07) |
| 25 | | | | Tommy Kleiner Propbation form, entitled “Fourth Judicial District Report Form” |
| 26 | | | | FBI 302: Trial Subpoena issued to Erin Garmin for a computer screen printout, entitled “Full Court” |
| 27 | | | | Memorandum of Interview, prepared by Ron Ninemire from an interview of Tommy Kleiner (9/28/07) |
| 28 | | | | Packet of subpoenaed material regarding Tommy Kleiner’s Kansas probation (12/16/04) |
| 29 | | | | Undated letter from Tommy Kleiner to Judge Gary Fenner |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 30 | | | | Email thread involving Fred Duchardt, Matt Whitworth and the Department regarding Fred's attempts to get the case de-certified as a capital case |
| 31 | | | | Fred Duchardt Billing Records |
| 32 | | | | John O'Connor Billing Records |
| 33 | | | | David Owen Billing Records |
| 34 | | | | Transcript Excerpt, Dr. Park Dietz |
| 35 | | | | Transcript Excerpt, Dr. Dan Martell |
| 36 | | | | Collection of video discs, capturing the forensic interview of Lisa Montgomery |
| 37 | | | | FBI transcription of forensic interview discs |
| 38 | | | | Ron Walker's social background summary |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| | | | | |

I certify that I have this date ___________________ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_______________________________________________________________

_______________________________________________________________

PRINTED NAME

_______________________________________________________________

SIGNATURE