**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | |
|---|---|
| LISA M. MONTGOMERY,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 12-08001-CV-SJ-GAF<br>Crim. No. 05-06002-01-CR-SJ-GAF |

**GOVERNMENT'S WITNESS LIST**

The United States of America may call the following witnesses at the trial in the above-captioned case:

1. Cynthia Cordes;
2. Dr. Park Dietz;
3. Fred Duchardt;
4. District Court Judge Roseann Ketchmark (WDMO);
5. Tommy Kleiner;
6. Special Agent Kurt Lipanovich;
7. Dr. Dan Martell;
8. John O'Connor
9. David Owen;
10. Special Agent Mike Oyler (retired);

11. Special Agent Ron P. Walker (retired);

12. Magistrate Judge Matt Whitworth (WDMO).

Respectfully submitted,

Tammy Dickinson
United States Attorney

By ***/s/Jeffrey Valenti***

DAVID M. KETCHMARK
First Assistant United States Attorney

JEFFREY VALENTI
Assistant United States Attorney
Chief, Narcotics & Violent Crimes Unit

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on September 30, 2016, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Jeffrey Valenti
Jeffrey Valenti
Assistant United States Attorney