**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| ***Movant,*** | ) | |
| | ) | |
| | ) | **Case No. 4:12-cv-08001-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Respondent.*** | ) | |

**MOVANT'S INITIAL WITNESS LIST**[1]

Movant, Lisa Montgomery, gives notice that she may call the following witnesses during her case in chief and/or rebuttal at the evidentiary hearing scheduled to begin October 31, 2016. Movant requests leave to amend this list as needed.

1. Armstrong, Chris
2. Baker, Denise
3. Bookman, Marc
4. Burns, Anita
5. Burr, Richard
6. Clarke, Judy
7. Cordes, Cynthia
8. Daviztikos, Christos
9. Dillingham, Bret
10. Duchardt, Frederick
11. Elliott, Stephanie
12. Espey, Ben
13. Evans, Alan
14. Fox, Larry
15. Freedman, David
16. Fucetola, Robert
17. Garvey, Debra
18. Gur, Ruben
19. Hunt, Susan
20. Hutchinson, Marilyn

[1] Movant is providing this preliminary list consistent with the Court's scheduling order. However, Movant notes that the parties have informally agreed to allow amendments to this list as well as the exhibit list up to October 14, 2016.

21. Jackson, Holly
22. Kempke, Camille
23. Ketchmark, Judge Roseanne
24. Kleiner, Tommy
25. Kuncel, Ruth
26. Lipnanovich, Kurt
27. Logan, William
28. Mattingly, Diane
29. Maughmer, Magistrate John
30. Mayberg, Helen
31. McCandless,Linda
32. Nadkarni, Siddartha
33. Newberg, Andrew
34. O'Connor, John
35. Owen, David
36. Oyler, Mike
37. Parnham, George
38. Porterfield, Katherine
39. Ramachandran, V.S. (Deposition)
40. Rickert, Lisa
41. Rineer, Hugh
42. Runnels, Lindsay
43. Sanislow, Charles
44. Schnack, Troy
45. Strong, Randy
46. Stetler, Russell
47. Vogelsang, Janet
48. Waller, Dani
49. White, Rick
50. Whitworth, Magistrate Matthew
51. Woods, George

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC
DEFENDER

810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2016, the above-captioned document was served electronically on Jeff Valenti and David Ketchmark, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*