**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| ***Movant,*** | ) | |
| | ) | |
| | ) | **Case No. 4:12-cv-08001-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Respondent.*** | ) | |

**MOVANT'S LIST OF EXHIBITS**

Comes now Movant, Lisa Montgomery, by undersigned counsel and files the attached list of exhibits which she may offer at the evidentiary hearing in the above-captioned matter and requests leave to amend this list as necessary.[1]

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

[1] Movant is providing this preliminary list consistent with the Court's scheduling order. However, Movant notes that the parties have informally agreed to allow amendments to this list as well as the witness list up to October 14, 2016.

*Attorneys for Movant Lisa Montgomery*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, the above-captioned document was served electronically on Jeff Valenti and David Ketchmark, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*