IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Plaintiff, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: October 14, 2016 |
| UNITED STATES OF AMERICA, Defendant. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.
==================================================================

Nature of Proceeding: Pre-Hearing Status Conference

Time Commenced: 9:30 a.m. Time Terminated: 9:34 a.m.

Appearances by: Lisa Nouri; Kelley Henry; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

**Remarks:**

Counsel appear for pre-hearing status conference. The Court notifies parties that it intends to maintain a 9:00 AM to 5:00 PM daily schedule. Parties are reminded that witnesses should be scheduled so that there is minimal downtime between evidence presentation.

Court adjourned.

Court Reporter: Kathy Calvert By: Terri Moore, Courtroom Deputy