**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | ) | |
| | ) | |
| ***Movant,*** | ) | |
| | ) | |
| | ) | **Case No. 4:12-cv-08001-GAF** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| ***Respondent.*** | ) | |

**MOVANT'S AMENDED WITNESS LIST**[1]

Movant, Lisa Montgomery, gives notice that she may call the following witnesses during her case in chief and/or rebuttal at the evidentiary hearing scheduled to begin October 31, 2016. Movant requests leave to amend this list as needed.

1. Armstrong, Chris
2. Baker, Denise
3. Bookman, Marc
4. Burns, Anita
5. Burr, Richard
6. Cardarella, Laine
7. Clarke, Judy
8. Cordes, Cynthia
9. Daviztikos, Christos
10. Dillingham, Bret
11. Duchardt, Frederick
12. Elliott, Stephanie
13. Espey, Ben
14. Evans, Alan
15. Fox, Larry
16. Freedman, David
17. Fucetola, Robert
18. Garmin, Erin
19. Garvey, Debra
20. Gur, Ruben
21. Hunt, Susan

[1] Movant has previously notified the government of these witnesses by email.

22. Hutchinson, Marilyn
23. Jackson, Holly
24. Kempke, Camille
25. Ketchmark, Judge Roseanne
26. Kleiner, Tommy
27. Kuncel, Ruth
28. Lipanovich, Kurt
29. Logan, William
30. Mattingly, Diane
31. Maughmer, Magistrate John
32. Mayberg, Helen
33. McCandless,Linda
34. Nadkarni, Siddartha
35. Newberg, Andrew
36. O'Connor, John
37. Owen, David
38. Oyler, Mike
39. Parnham, George
40. Porterfield, Katherine
41. Ramachandran, V.S. (Deposition)
42. Rickert, Lisa
43. Rineer, Hugh
44. Runnels, Lindsay
45. Sanislow, Charles
46. Schnack, Troy
47. Strong, Randy
48. Stetler, Russell
49. Vogelsang, Janet
50. Waller, Dani
51. White, Rick
52. Whitworth, Magistrate Matthew
53. Woods, George
54. Ron Wurtz

Respectfully submitted,

/s/ *Lisa G. Nouri*

LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2016, the above-captioned document was served electronically on Jeff Valenti and David Ketchmark, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*