**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LISA M. MONTGOMERY,** | **)** | |
| | **)** | |
| ***Movant,*** | **)** | |
| | **)** | |
| | **)** | **Case No. 4:12-cv-08001-GAF** |
| **v.** | **)** | |
| | **)** | |
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| ***Respondent.*** | **)** | |

**MOVANT'S AMENDED LIST OF EXHIBITS**

Comes now Movant, Lisa Montgomery, by undersigned counsel and files the attached amended list of exhibits which she may offer at the evidentiary hearing in the above-captioned matter and requests leave to amend this list as necessary.

Respectfully submitted,

/s/ *Lisa G. Nouri*
LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

/s/ *Kelley J. Henry*
KELLEY J. HENRY, Mo. Bar No. 38849
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

*Attorneys for Movant Lisa Montgomery*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2016, the above-captioned document was served electronically on Jeff Valenti and David Ketchmark, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Lisa G. Nouri*