IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**LISA M. MONTGOMERY,** )
)
***Movant,*** )
)
) **Case No. 4:12-cv-08001-GAF**
**v.** )
)
**UNITED STATES OF AMERICA,** )
)
***Respondent.*** )

**MOVANT'S AMENDED EXHIBIT LIST**

| | | |
|---|---|---|
| | -- | Offered & admitted without objection |
| X. | -- | Offered & admitted over objection |
| Ex. | -- | Offered, but objected to and excluded |
| N.O. | -- | Marked, but not offered |
| D.B. | -- | Admitted, de bene. |
| W.D. | -- | Offered then withdrawn |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Declaration and Supplemental Declaration of Janet Vogelsang (collective) |
| 1-1 | | | | Declaration of Thomas Allen Hedberg |
| 1-2 | | | | Declaration of Lisa Rickert with Incorporating Interviews |
| 1-3 | | | | Marie Josephine Miller Birth Certificate |
| 1-4 | | | | Death Certificate of Marie Josephine Miller Stelma |
| 1-5 | | | | Declaration of Mary Lee Coleman |
| 1-6 | | | | Declaration of John Joseph Patterson |
| 1-7 | | | | John Joseph Patterson Military Records |
| 1-8 | | | | Declaration of Christina Juarez Patterson |
| 1-9 | | | | Declaration of Diane Rae Mattingly |

| | | | | |
|---|---|---|---|---|
| 1-10 | | | | Mary Lee Coleman Harborview Medical Records |
| 1-11 | | | | Declaration of Heath Hedberg |
| 1-12 | | | | Declaration of Lori Mae Hedberg Yates |
| 1-13 | | | | Mary Lee Hedberg Coleman Gray Junior High |
| 1-14 | | | | Topeka Kansas School Records of Desiree Boman |
| 1-15 | | | | Marriage Certificate of Robert Lee Patterson and Marie Miller |
| 1-16 | | | | Robert Lee Patterson Birth Certificate |
| 1-17 | | | | Robert Lee Patterson Draft Card |
| 1-18 | | | | Declaration of Grace A. Figg Baum |
| 1-19 | | | | Declaration of Wendy Alexander Treibs |
| 1-20 | | | | Death Certificate of Robert Patterson |
| 1-21 | | | | Declaration of Ronald J. Figg |
| 1-22 | | | | Gordon Hedberg Enlistment Records |
| 1-23 | | | | Marriage license of John Hedberg and Joyce Hammer |
| 1-24 | | | | Diane Hedberg, State Dept of Social Welfare of KS Report |
| 1-25 | | | | Diane Hedberg, Riley County Court Records, Child in Need of Care |
| 1-26 | | | | Letter from Kings county Youth Services Center on Dianne Hedberg |
| 1-27 | | | | Hope Kleiner – OK Dept of Human Services Home Study |
| 1-28 | | | | Birth Certificate of Judy Rignell |
| 1-29 | | | | In the matter of Justin Kleiner, TR. 149, Testimony of Desiree Boman |
| 1-30 | | | | Ron Ninemire Interview of Ron Gieck |
| 1-31 | | | | Declaration of Teddy Kleiner |
| 1-32 | | | | SSA Itemized Statement of Earnings of Judy Shaughnessy |
| 1-33 | | | | Certificate of Still Birth (fetal death) Kansas Board of Health |
| 1-34 | | | | Leo Barabash and Judy Rignell Divorce Decree |
| 1-35 | | | | John Hedberg and Judy Hedberg divorce decree |
| 1-36 | | | | Certificate of Live Birth of Lisa Marie Hedberg |
| 1-37 | | | | FBI 302 Interview of Patty Hedberg Marriage Certificate |
| 1-38 | | | | Jack Kleiner and Judy Hedberg Marriage Certificate |
| 1-39 | | | | Kleiner v. Kleiner Divorce Transcript |
| 1-40 | | | | FBI Interview of Jerri Jo Kleiner Leonard |
| 1-41 | | | | Second Declaration of Tommy Lee Kleiner |
| 1-42 | | | | Marriage License of Judy Boman and Hector Ochoa |

| | | | | |
|---|---|---|---|---|
| 1-43 | | | | Ochoa vs Ochoa Petition for Divorce and Final Divorce Decree |
| 1-44 | | | | Danny Shaughnessy and Judy Ochoa Marriage Record |
| 1-45 | | | | Declaration of Dani Waller |
| 1-46 | | | | Declaration of Jessica Marie Robinson Thompson Brown |
| 1-47 | | | | Diane Hedberg Central Kansas Mental Health Report |
| 1-48 | | | | Ron Ninemire and Dani Waller Interview with Diane Rae Hedberg Mattingly |
| 1-49 | | | | Jack Kleiner Death Certificate |
| 1-50 | | | | Jack Kleiner Grave and Obituary Information |
| 1-51 | | | | Penny Craig, 12 & 12 Center for Addiction Treatment and Recovery Records |
| 1-52 | | | | Willadean Kleiner v. Jack Kleiner, Divorce – Riley Co. Case No. 17,260 |
| 1-53 | | | | Josie Kleiner telephone call summary |
| 1-54 | | | | Ron Ninemire Interview with Teddy Kleiner |
| 1-55 | | | | Ron Ninemire Interview with Penny Kleiner |
| 1-56 | | | | Ron Ninemire Interview with Tommy Kleiner |
| 1-57 | | | | Declaration of Holly Jackson |
| 1-58 | | | | Teddy Kleiner – Kansas DOC Mental Health Exam |
| 1-59 | | | | Vacation Bible School Certificate |
| 1-60 | | | | Lisa Montgomery Manhattan KS Unified School District No. 383 - Kindergarten |
| 1-61 | | | | Lisa Montgomery Tulsa Public Schools cumulative record |
| 1-62 | | | | Declaration of John Fransisco |
| 1-63 | | | | Lisa Montgomery Certificate of Merit in Art |
| 1-64 | | | | Lisa Montgomery Certificate of Merit in Reading |
| 1-65 | | | | Children's Medical Center – Lisa Montgomery |
| 1-66 | | | | Lisa Montgomery Tulsa Tribune Spelling Award |
| 1-67 | | | | Lisa Montgomery Pershing Elementary Good Citizenship Award |
| 1-68 | | | | Lisa Montgomery Report to Parents, Tulsa Public Schools |
| 1-69 | | | | Declaration of Eunice Copeland |
| 1-70 | | | | Declaration of Kenneth Alexander |
| 1-71 | | | | Kenneth Alexander San Antonio State Hospital Medical Records |
| 1-72 | | | | Kenneth Dale Alexander Florida State Hospital |
| 1-73 | | | | Kenneth Alexander, SSDI Records -5.21.09 Mental Status Evaluation |
| 1-74 | | | | Kenneth Alexander, Snowy Range Consulting |

| | | | | |
|---|---|---|---|---|
| 1-75 | | | | Kenneth Alexander – Wyoming Behavioral Institute |
| 1-76 | | | | Kenneth Alexander, WY State Hospital, Psychotropic |
| 1-77 | | | | Kenneth Alexander, Wyoming State Hospital, Psych admission note |
| 1-78 | | | | Lisa Montgomery Sperry Public Schools Transcript |
| 1-79 | | | | Declaration of Chelsea Boman Veal |
| 1-80 | | | | Declaration of Jonathan Caleb Thompson |
| 1-81 | | | | Declaration of Marvin Alexander |
| 1-82 | | | | Declaration of Becky Perkey |
| 1-83 | | | | Declaration of Jacqueline Moffett |
| 1-84 | | | | Declaration of Jeff Batson |
| 1-85 | | | | Declaration of Penny Craig |
| 1-86 | | | | Declaration of David L. Owen Jr. |
| 1-87 | | | | Declaration of Alice Mae Derry |
| 1-88 | | | | Declaration of Mary Osborn Hodges |
| 1-89 | | | | Declaration of Janet McNickle Eastman |
| 1-90 | | | | Declaration of Rachael Bowman Johnson |
| 1-91 | | | | Declaration of Brenda Cox |
| 1-92 | | | | Ron Ninemire interview with Lewis Priest |
| 1-93 | | | | Jeff Batson Tarrant County Criminal Court file |
| 1-94 | | | | Defense Interview of Allen Baldwin |
| 1-95 | | | | Nils Rignell death certificate |
| 1-96 | | | | Ron Ninemire Interview of Susan Barrow-Swartz |
| 1-97 | | | | Declaration of Susan Barrow Swartz |
| 1-98 | | | | Declaration of Nita Milburn Montgomery |
| 1-99 | | | | Lisa Montgomery Certificate of Merit, Project Upward Bound |
| 1-100 | | | | FBI Interview of Judy Shaughnessy |
| 1-101 | | | | FBI Interview of Patty Baldwin |
| 1-102 | | | | Lisa Montgomery counseling records with Nancy Walentiny |
| 1-103 | | | | Ron Ninemire interview of Judy Shaughnessy |
| 1-104 | | | | Boman v. Boman Oklahoma Divorce file |
| 1-105 | | | | Declaration of Carl James Boman |
| 1-106 | | | | Declaration of Richard Leroy Boman |
| 1-107 | | | | Lisa Montgomery Cleveland High School Transcript |
| 1-108 | | | | Lisa Montgomery Enlistment records |
| 1-109 | | | | Michael Boman Valhalla High School records |
| 1-110 | | | | Michael Boman Cleveland Public Schools |
| 1-111 | | | | State of Kansas v. Carl Boman, Motion for Involuntary Assign of Comp |
| 1-112 | | | | Declaration of Ann Walker-King |

| | | | | |
|---|---|---|---|---|
| 1-113 | | | | Michael Boman Mar Vista High School |
| 1-114 | | | | Declaration of David J. Stadler |
| 1-115 | | | | Carl Boman and Lisa Hedberg OK Marriage Certificate |
| 1-116 | | | | Desiree Boman Birth Certificate |
| 1-117 | | | | Declaration of Darlene Alexander |
| 1-118 | | | | C.J. Boman Deming School Records |
| 1-119 | | | | C.J. Boman Birth Certificate |
| 1-120 | | | | Lisa Montgomery Social Security Itemized Statement |
| 1-121 | | | | 1988 Datebook |
| 1-122 | | | | C.J. Boman Jane Phillips Birth Records |
| 1-123 | | | | Kenneth Alexander, Competency Exam |
| 1-124 | | | | Jane Phillips – Early Labor for CJ Admission |
| 1-125 | | | | 1989 Datebook |
| 1-126 | | | | Scripps Memorial Hospital Operative Report |
| 1-127 | | | | Carl Boman – Oklahoma Workers Comp Med. Records |
| 1-128 | | | | Carl Boman - C.B. Pettigrew, D.O. |
| 1-129 | | | | Declaration of Gerald Upshaw |
| 1-130 | | | | Kayla Boman, University of Ca. San Diego Birth Records |
| 1-131 | | | | Kayla Boman, University of California – San Diego Post-Birth Records |
| 1-132 | | | | Kayla Boman Children's Hospital San Diego |
| 1-133 | | | | CJ Boman Scripps Memorial Hospital Admitting Physical Exam |
| 1-134 | | | | Desiree Boman, Children's Hosp and Hlth Ctr San Diego, H&P exam |
| 1-135 | | | | Children's Hospital San Diego |
| 1-136 | | | | CJ Boman Children's Hospital San Diego |
| 1-137 | | | | Chelsea Boman, Scripps Memorial Hospital Chula Vista |
| 1-138 | | | | Children's Hosp San Diego Concussion |
| 1-139 | | | | Desiree Boman, Children's Hospital and Health Center Discharge Summary |
| 1-140 | | | | Desiree Boman, Jane Phillips Medical Center |
| 1-141 | | | | Chelsea Boman, Jane Phillips Memorial Medical Center |
| 1-142 | | | | Lisa Montgomery, Jane Phillips Memorial Medical Center |
| 1-143 | | | | Chelsea Boman, Jane Phillips Memorial Medical Center |
| 1-144 | | | | Desiree Boman, Deming School Records |
| 1-145 | | | | Desiree Boman, Jane Phillips Medical Center |

| | | | | |
|---|---|---|---|---|
| 1-146 | | | | CJ Boman Jane Phillips Memorial Medical Center |
| 1-147 | | | | Declaration of Eithol Marie Boman Towery |
| 1-148 | | | | Order Author. Disc of Rcrds Under Protective Order, case No. JMI-20133 |
| 1-149 | | | | Lisa Rickert Telephone Interview of Brett Owens |
| 1-150 | | | | Lisa Montgomery Statement to Dr. Brian Shane |
| 1-151 | | | | Kayla Boman Jane Phillips Memorial Medical Center |
| 1-152 | | | | Boman v. Boman, Luna New Mexico Divorce file |
| 1-153 | | | | Kenneth D. Alexander and Kimberly Alexander, Decree of Divorce |
| 1-154 | | | | Lisa Montgomery Jane Phillips Memorial Med Cntr Radiology Report |
| 1-155 | | | | Desiree Boman Bayside School Records |
| 1-156 | | | | Lisa Montgomery Tulsa Community College, Fall 1993 |
| 1-157 | | | | Desiree Boman, Dewey Public School Records |
| 1-158 | | | | Chelsea Boman, Springdale Public School Records |
| 1-159 | | | | Desiree Boman, Springdale Public School records |
| 1-160 | | | | FBI Interview of Carl Boman |
| 1-161 | | | | Lisa Rickert interview of Roberta and James Upshaw |
| 1-162 | | | | Lisa Montgomery Medical records, Dr. Brian Shane |
| 1-163 | | | | Chelsea Boman, Deming Public School Records |
| 1-164 | | | | Kayla Boman Deming School Records |
| 1-165 | | | | Desiree Boman, Sunshine Elementary School records |
| 1-166 | | | | Kayla Boman, Jane Phillips Memorial Medical Center |
| 1-167 | | | | Declaration of Kayla Deanne Boman |
| 1-168 | | | | Declaration of Carl James (CJ) Boman II |
| 1-169 | | | | Tommy Kleiner, Shawnee Co. Kansas Case No. 99-CR-3250 |
| 1-170 | | | | CJ Boman, Stormont Vail Regional Health Ctr |
| 1-171 | | | | Lisa Montgomery St Francis Medical Center records |
| 1-172 | | | | Kevin Montgomery, St. Francis Hospital records |
| 1-173 | | | | Montgomery v. Montgomery, District Ct. of Osage Co. KS No. 97D-192 |
| 1-174 | | | | Declaration of Kevin Montgomery |
| 1-175 | | | | Desiree Boman, Topeka School Records |
| 1-176 | | | | Chelsea Boman, William Magnet School records, Topeka, KS |
| 1-177 | | | | CJ Boman, Bartlesville Public School records |
| 1-178 | | | | Kayla Bartlesville Public School Records |

| | | | | |
|---|---|---|---|---|
| 1-179 | | | | Kayla Boman, Stormont-Vail Regional Health Center records |
| 1-180 | | | | Lisa Montgomery Kansas Dept. of Labor Workers Comp Claim |
| 1-181 | | | | FBI Interview of Teddy Kleiner |
| 1-182 | | | | Lisa Montgomery Stormont Vail Regional Health Center |
| 1-183 | | | | Danny Shaughnessy and Judy Ochoa marriage record |
| 1-184 | | | | Motion to Temporarily Stay Child Support |
| 1-185 | | | | Kevin Montgomery Social Security Itemized Statement |
| 1-186 | | | | CJ Boman, St. Francis Hospital |
| 1-187 | | | | Chelsea Boman, St. Francis Hospital |
| 1-188 | | | | Desiree Boman, St. Francis Hospital Medical Records |
| 1-189 | | | | Lisa Montgomery Lawrence Memorial Hospital |
| 1-190 | | | | Kevin Montgomery, St. Francis Medical Center |
| 1-191 | | | | Alias Citation in Contempt |
| 1-192 | | | | Desiree Boman, Coffey Co. Hospital Medical Records |
| 1-193 | | | | USA v. Montgomery, No. 05-06-002, Vol. 5, p. 1074 |
| 1-194 | | | | Lisa Montgomery St. Francis Medical Center records |
| 1-195 | | | | Desiree Boman Marais des Cygnes Valley High School Transcript |
| 1-196 | | | | Kayla Boman, Carroll High School, Alabama |
| 1-197 | | | | Declaration of Vanita June Boman |
| 1-198 | | | | Declaration of Cheryl Fine |
| 1-199 | | | | Notes of Dr. Sallye Wilkinson |
| 1-200 | | | | Kayla Boman, J. Rob Hutchinson MD physical exam |
| 1-201 | | | | CJ Boman, J. Rob Hutchinson MD physical exam |
| 1-202 | | | | Chelsea Boman, J. Rob Hutchinson, MD physical exam |
| 1-203 | | | | Chelsea Boman, Newman Memorial Co. Hospital |
| 1-204 | | | | Kayla Boman, Coffey Co. Hospital sports Physical |
| 1-205 | | | | Chelsea Boman, Dewey Public School records |
| 1-206 | | | | Lisa Montgomery – Coffey Co. Hospital Records |
| 1-207 | | | | Justin Kleiner, The Farm History |
| 1-208 | | | | Bonnie Jean Taylor and Teddy J. Kleiner, Pwr of Atty to Judy Shaughnessy |
| 1-209 | | | | CJ Boman Coffey Co. Hospital records |

| | | | | |
|---|---|---|---|---|
| 1-210 | | | | Teddy Kleiner Kansas Dept. of Corrections, Intake and Social History |
| 1-211 | | | | The Farm Court Report on Justin Kleiner |
| 1-212 | | | | FBI Interview of Lori Colwell |
| 1-213 | | | | In the Matter of Justin Kleiner, Tr. 179, Testimony of Lisa Montgomery |
| 1-214 | | | | Kansas Interstate Compact on Placement of Children |
| 1-215 | | | | Bonding out of Tommy Kleiner |
| 1-216 | | | | Tommy Kleiner Frankin Co. |
| 1-217 | | | | Shaughnessy Home Study |
| 1-218 | | | | Justin Kleiner, Pediatric Assoc. Med Screening Recrds |
| 1-219 | | | | Justin Kleiner, Case Log for Monthly Family Contact |
| 1-220 | | | | Chelsea Boman, Coffey Co. Hospital Records |
| 1-221 | | | | Casey's General Store Employment records of Lisa Montgomery |
| 1-222 | | | | Cotton O'Neal Clinic, Topeka, KS |
| 1-223 | | | | Kansas v. Kleiner, District Ct of Franklin Co. No. 03-CR-242 |
| 1-224 | | | | Lisa Montgomery Coffey Co Hospital Records |
| 1-225 | | | | KS v. Tommy Lee Kleiner, Dist. Ct of Shawnee Co., KS, No. 98-CR-1335 |
| 1-226 | | | | FBI Interview of Kevin Montgomery |
| 1-227 | | | | Death Certificate of Lori Diane Blalock |
| 1-228 | | | | Declaration of Jenny Hays |
| 1-229 | | | | FBI File 1A32, request for Leave form |
| 1-230 | | | | State of OK v. Teddy Kleiner, Tulsa, OK, No. CM-1999-3081 |
| 1-231 | | | | Teddy Kleiner KS DOC Mental Health Eval and Class Rpt |
| 1-232 | | | | Letter to Kevin from Lisa referring to baby Sarah |
| 1-233 | | | | Coffey Hlth Systems v. Montgomery, 2004-LM-0108 ($400 judg) |
| 1-234 | | | | James H. McMurray, DDS, Account History Report |
| 1-235 | | | | Test of Lisa Montgomery, Prob Rev Hearing of Tommy Kleiner |
| 1-236 | | | | Montgomery v. Shaughnessy, No. 2004-DM-23 Order of Dismissal |
| 1-237 | | | | Chelsea Boman, Newman Reg Hlh Ctr,, Patient Disch Sheet |
| 1-238 | | | | Chelsea Boman, Waverly Medical Clinic |
| 1-239 | | | | CJ Boman Marais des Cygnes Valley High School transcript |

| | | | | |
|---|---|---|---|---|
| 1-240 | | | | Desiree Boman, Coffey Co. Hospital Medical Records |
| 1-241 | | | | Chelsea Boman, Certificate of Release or Discharge from Duty |
| 1-242 | | | | Kayla Boman Certificate of Release or Discharge from Active Duty |
| 1-243 | | | | Tommy Kleiner v. Nina Green, Pet for Protect Ord, No. 05-DM-226 |
| 1-244 | | | | FBI Interview of Cheryl Fine |
| 1-245 | | | | FBI Interview of Lisa Green |
| 1-246 | | | | Kansas v. Tommy Kleiner, District Court for Franklin Co., KS No. 03-CR-242 |
| 1-247 | | | | FBI Interview Katheryn Dewey |
| 1-248 | | | | Kayla Boman, Marias des Cynes Valley High School Transcript |
| 1-249 | | | | FBI Interview of Kayla Boman |
| 1-250 | | | | FBI Interview of Mona Marcotte |
| 1-251 | | | | FBI physical evidence glove box 1B15(18), appl for reg of birth |
| 1-252 | | | | FBI phys evdce rtrved frm house, rcpt from Toys R Us |
| 1-253 | | | | Desiree Boman Jane Phillips School Records 2nd Grade |
| 1-254 | | | | Mary Lee Coleman, Good Samaritan Hospital Records |
| 1-255 | | | | Interview of Judy Shaughnessy |
| 1-256 | | | | Interview of Lisa Green |
| 1-257 | | | | Home Study of Judy Shaughnessy by KS Dept. of SRS |
| 1-258 | | | | Diane Rae Hedberg Adoption Registry |
| 1-259 | | | | Central Assembly of God Church – Promotion from Beginner to Primary |
| 1-260 | | | | Central Assembly of God Church – Promotion from Primary to Junior Department |
| 1-261 | | | | Pease Middle School Records |
| 1-262 | | | | Santa Rosa Medical Center Records for Wendy Treibs |
| 1-263 | | | | Email from Lisa Montgomery to Lori Colwell |
| 1-264 | | | | Hope Kleiner KS SRS Home Study on Judy and Danny Shaughnessy |
| 1-265 | | | | Salvation Army Shield of Service Discharge Summary for Teddy Kleiner |
| 1-266 | | | | Montgomery v. Kleiner, District Court for Osage Co. No. 03-DM-198 |
| 1-267 | | | | Motion for Modification of Child Support |

| | | | | |
|---|---|---|---|---|
| 1-268 | | | | History and Physical of Carl Boman by Dr. Tracy Painter |
| 1-269 | | | | Waiver of Parental Rights for Justin Kleiner by Bonnie and Teddy |
| 1-270 | | | | In the Matter of Justin Kleiner, Case Activity log for Monthly Family Contact |
| 1-271 | | | | William Logan Psychiatric Evaluation of Lisa Montgomery |
| 1-272 | | | | Oklahoma Dept. of Human Services Report |
| 1-272-1 | | | | Neuropsychological Evaluation of Lisa Montgomery by Robert Fucetola, Ph.D. |
| 1-273 | | | | Jim Dale Eastom Sex Offender Registry KBI |
| 1-274 | | | | Declaration of Dylan Montgomery |
| 1-275 | | | | Residences Chart of Lisa Montgomery |
| 1-276 | | | | Declaration of Dustin Montgomery |
| 1-277 | | | | State of OK, Dept. of Human Services, Child Abuse-Neglect Referral form |
| 1-278 | | | | Report to the District Attorney |
| 1-279 | | | | OK Dept. of Human Services, Child Abuse-Neglect Referral form |
| 1-280 | | | | Photograph of Lisa Montgomery at age 13 |
| 1-281 | | | | Declaration of Ben Leonard |
| 1-282 | | | | 1999 Oklahoma DHS Records |
| 1-283 | | | | Interview of David Kidwell, Sr. |
| 1-284 | | | | Declaration of Carl Boman |
| 1-285 | | | | Declaration of Leon Michael Barabash |
| 1-286 | | | | Declaration of James N. Miller |
| 1-287 | | | | Declaration of Michael Harlow |
| 1-288 | | | | Declaration of Sang Ye Seiffert |
| 1-289 | | | | Declaration of Dr. Sallye Wilkinson, Ph.D. |
| 1-290 | | | | [Intentionally Left Blank] |
| 1-291 | | | | Declaration of Bret Dillingham |
| 1-292 | | | | Desiree Boman Offutt Declaration |
| 1-293 | | | | Chronology of Disruption of Child Custody |
| 2 | | | | Curriculum Vitae of Janet Vogelsang |
| 3 | | | | Residential Map of Lisa Montgomery |
| 4 | | | | Genogram |
| 5 | | | | Chart of Mental Health Symptoms |
| 6 | | | | Chart of Traumatic Events |
| 7 | | | | Report of Dr. Katherine Porterfield |
| 8 | | | | Addendum to Report of Dr. Katherine Porterfield |
| 9 | | | | Curriculum Vitae of Dr. Katherine Porterfield |
| 10 | | | | Declaration of David Kidwell |
| 11 | | | | Declaration of Ben Leonard re: David Kidwell |
| 12 | | | | Declaration of Wesley Gann |

| | | | | |
|---|---|---|---|---|
| 13 | | | | Declaration of Carl Boman 9.18.16 |
| 14 | | | | Declaration of Linda Baker |
| 15 | | | | Declaration of Ben Leonard re: Linda Baker |
| 16 | | | | Lisa Montgomery handwritten note re: Names |
| 17 | | | | Kleiner v. Kleiner interrogatory answers in divorce proceedings |
| 18 | | | | Obituary of Gerald “Shorty” Shipley |
| 19 | | | | Declaration of Carl McClain |
| 20 | | | | Report of Dr. George Woods |
| 21 | | | | Addendum to Report of Dr. George Woods |
| 22 | | | | Curriculum Vitae of Dr. George Woods |
| 23 | | | | Report of Dr. Siddhartha Nadkarni |
| 24 | | | | Declaration of Dr. Diane Bradford |
| 25 | | | | Curriculum Vitae of Diane Bradford |
| 26 | | | | Declaration of Dr. Charles Sanislow |
| 27 | | | | Curriculum Vitae of Dr. Charles Sanislow |
| 28 | | | | Reports of Dr. Ruben Gur (April, 2007-January 2008)(collective) |
| 29 | | | | 2016 addendum to Report of Dr. Ruben Gur (incorporating data from Dr. Newberg and Dr. Daviztikos) |
| 30 | | | | Curriculum Vitae of Dr. Ruben Gur |
| 31 | | | | Curriculum Vitae of Dr. Andrew Newberg |
| 32 | | | | Testimony of Helen Mayberg |
| 33 | | | | Testimony of Alan Evans |
| 34 | | | | Report of Helen Mayberg and Alan Evans |
| 35 | | | | Curriculum Vitae of Dr. Christos Daviztikos |
| 36 | | | | Deposition of Dr. V.S. Ramachandran |
| 37 | | | | March 2005 Report of Dr. Marilyn Hutchinson |
| 38 | | | | Curriculum Vitae of Dr. Marilyn Hutchinson |
| 39 | | | | March 7,  2005 Report of Dr. William Logan |
| 40 | | | | May 15, 2007 Report of Dr. William Logan |
| 41 | | | | Declaration of Dr. William Logan |
| 42 | | | | Curriculum Vitae of Dr. William Logan |
| 43 | | | | Report of Dr. Ruth Kuncel |
| 44 | | | | Curriculum Vitae of Dr. Ruth Kuncel |
| 45 | | | | Report of Dr. Robert Fucetola |
| 46 | | | | Curriculum Vitae of Dr. Robert Fucetola |
| 47 | | | | Declaration of Russell Stetler |
| 48 | | | | Supplemental Declaration of Russell Stetler |
| 49 | | | | Curriculum Vitae of Russell Stetler |
| 50 | | | | Declaration of Denise LaBouef |
| 51 | | | | Curriculum Vitae of Marc Bookman |
| 52 | | | | Report of Professor Lawrence Fox |
| 53 | | | | Curriculum Vitae Professor Lawrence Fox |

| | | | | |
|---|---|---|---|---|
| 54 | | | | Lisa Rickert Resignation Letter |
| 55 | | | | Email from David Owen to Holly Jackson firing her |
| 56 | | | | Holly Jackson Mitigation Themes chart |
| 57 | | | | To Do List of Deb Garvey |
| 58 | | | | Transcript of Proceedings, April 3, 2007 |
| 59 | | | | Transcript of Proceedings April 5, 2007 |
| 60 | | | | Declaration of Susan Hunt |
| 61 | | | | Declaration of Phil Thompson |
| 62 | | | | Affidavit of David Owen |
| 63 | | | | Declaration of Judy Clarke |
| 64 | | | | Declaration of Deb Garvey |
| 65 | | | | Susan Hunt Letter to Richard Burr, 4.30.06 |
| 66 | | | | Transcript of Proceedings April 21, 2006 |
| 67 | | | | Transcript of Proceedings April 25, 2006 |
| 68 | | | | Transcript of Proceedings May 3, 2006 |
| 69 | | | | Order Banning Judy Clarke from CCA |
| 70 | | | | Order Directing Judy Clarke's telephone number should be removed from Lisa Montgomery's approved call list |
| 71 | | | | Letter from Lisa Montgomery to Judge Fenner |
| 72 | | | | Deposition of Ray Conrad |
| 73 | | | | Declaration of Dr. Linda McCandless |
| 74 | | | | Declaration of Ben Leonard re: Dr. Linda McCandless |
| 75 | | | | Declaration of Charles Dedmon |
| 76 | | | | Declaration of Melody Brannon |
| 77 | | | | Transcript of In Chambers Hearing April 5, 2007 |
| 78 | | | | Stipulation Regarding Denise Baker |
| 79 | | | | Stipulation Regarding Hugh Rineer |
| 80 | | | | Declaration of James Brooks |
| 81 | | | | Grand Jury testimony of Dr. park Dietz re: Investigation of Dietz in the Andrea Yates matter |
| 82 | | | | Billing Records of Frederick Duchardt |
| 83 | | | | Declaration of Chris Armstrong |
| 84 | | | | Billing Records of John O'Connor |
| 85 | | | | CCA Visitation Records |
| 86 | | | | ABA Guidelines for the Appointment and Performance of Counsel in Death Penalty Cases (1989) |
| 87 | | | | Supplementary Guidelines for the Mitigation Function of Defense Teams in Death Penalty Cases, Russell Stetler, 2008 |
| 88 | | | | Guide to Judiciary Policy; Appx 2A: Model Plan for Implementation and Administration of the Criminal Justice Act (2016) |

| | | | | |
|---|---|---|---|---|
| 89 | | | | Summary of Deleted History from Gov. Expert |
| 90 | | | | Amended Plan for Implementing the Criminal Justice Act of 1964, 18 U.S.C. Section 3006A |
| 91 | | | | Order Appointing Federal Public Defender ECF-8 |
| 92 | | | | Motion to Withdraw with Suggestions ECF-41 |
| 93 | | | | Order Appointing Additional Counsel – ECF 16 |
| 94 | | | | Motion to Withdraw ECF-85 |
| 95 | | | | Letter from Susan Hunt to CCA Warden 1.27.05 |
| 96 | | | | Mitigation Investigation: A Duty that Demands Expert Help But Can't Be Delegated, Russell Stetler, |
| 97 | | | | Getting it Right: Life History Investigation as the Foundation for a Reliable Mental Health Assessment, Richard Dudley Jr. and Pamela Blume Leonard (2008) |
| 98 | | | | Curriculum Vitae of David Freedman |
| 99 | | | | Letter to Susan Hunt from Reuben Camper Cahn |
| 100 | | | | The Mystery of Mitigation: What Jurors Need to Make a Reasoned Moral Responses in Capital Sentencing, Univ. of PA Journal of Law and Social Change |
| 101 | | | | Records Requested Chart |
| 102 | | | | Witnesses Interviewed Chart |
| 103 | | | | ABA Guidelines (rev. 2003), Hofstra Law Review |
| 104 | | | | The Defense Team in Capital Cases (2003), Jill Miller, Hofstra Law Review |
| 105 | | | | A New Profession for an Old Need (2003), Pam Leonard, Champion |
| 106 | | | | Mitigation Evidence in Death Penalty Cases (1999), Russell Stetler, Champion |
| 107 | | | | Mental Disabilities and Mitigation (1999), Russell Stetler, The Champion |
| 108 | | | | Commentary on Counsel's Duty to Seek and Negotiate a Disposition (2003), Russell Stetler, Hofstra Law Review |
| 109 | | | | Unknown Story of a Motherless Child, Russell Stetler, UMKC Law Review |
| 110 | | | | The ABA Guidelines & Norms (2013), Russell Stetler & W. Bradley Wendel, Hofstra Law Review |
| 111 | | | | Mental Health Evidence and the Capital Defense Function (2014) Russell Stetler, UMKC Law Review |
| 112 | | | | The ABA Guidelines: A Historical Perspective (2015), Russell Stetler & Aurelie Tabuteau, Hofstra Law Review |

| | | | | |
|---|---|---|---|---|
| 113 | | | | New Strategies for the Defense of Capital Cases (1979), Dennis Balske, Akron Law Review |
| 114 | | | | The Trial for Life (1983), Gary Goodpaster, NYU Law Review |
| 115 | | | | The Penalty Phase Trial (1984) Dennis Balske, Champion |
| 116 | | | | The Nelson Case (1982), Lacey Fosburgh, Forum |
| 117 | | | | Using the Mitigation Specialist and the Team Approach (1987), James Hudson, et al., Champion |
| 118 | | | | The Mental Health Evaluation in Capital Cases: Standards of Practice (1994), Douglas Liebert & David Foster, American Journal for Psych. |
| 119 | | | | Mitigation Investigation (1992) Lee Norton, Champion |
| 120 | | | | Federal Death Penalty Cases: Recommendations Concerning the Cost and Quality of Defense Representation, Spencer, Cauthron, Edmonds, May 1998 – Spencer I |
| 121 | | | | Cultural Competency in Capital Mitigation, 2008, Scharlette Holdman and Christopher Seeds |
| 122 | | | | Update on the Cost and Quality of Defense Representation in Federal Death Penalty Cases, 2010, Jon B. Gould and Lisa Greenman – Spencer II |
| 123 | | | | Why Capital Cases Require Mitigation Specialists, 1999, Russell Stetler |
| 124 | | | | Memo from Stephanie Elliott to Defense team – Prosecution Interview of Judy Shaughnessy and Patty Baldwin |
| 125 | | | | CV of Siddhartha Nadkarni |
| 126 | | | | Affidavit of Lisa Rickert |
| 127 | | | | Letter from Lisa Rickert to Ron Ninemire 1.6.05 |
| 128 | | | | Hallmarks of Bipolar Disorder |
| 129 | | | | Contract of Dani Waller |
| 130 | | | | Memo from Dani Waller to Team re: Interview of Family 9.12.06 |
| 131 | | | | Chart of Similar Cases |
| 132 | | | | Letter from Susan Hunt to Isaac Johnson, CCA Chief of Security, 3.5.05 |
| 133 | | | | Attorney Timeline |
| 134 | | | | Letter from John David Luton, Tulsa D.A. |
| 135 | | | | The Jury as Critic: an Empirical Look at How Capital Juries Perceive Expert and Lay Testimony, Scott E. Sundby |
| 136 | | | | U.S.D.C. Docket Sheet – USA v. Montgomery, No. 2:04-mj-08107-DJW-1 |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |