IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: October 31, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 1

Time Commenced: 8:58 a.m. Time Terminated: 3:17 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Witness rule invoked with exceptions noted on the record. Stipulations read into the record. Movant's request for entry of protective order is granted. Movant's Exhibits 1 through 139 are admitted by stipulation. Movant calls Russell Stetler (Direct 9:12). Morning break – 10:36 a.m. Hearing resumes and Russell Stetler returns to witness stand (Direct, cont'd 10:54; Cross 11:53; Redirect 12:17; Recross 12:19. Excused 12:20).<br><br>AFTERNOON: Lunch break – 12:20 p.m. Hearing resumes – 1:21 p.m. At Movant's request, the Court takes judicial notice of the underlying criminal case and all its admitted exhibits. Movant calls Marc Bookman (Direct 1:22; Cross 2:43. Excused 3:02). Afternoon break – 3:02 p.m. Matter taken up as stated on the record – 3:15 p.m.<br><br>Evening recess – 3:17 p.m. Parties instructed to return by 9:00 a.m. on 11/1/16. | Russell Stetler<br>(9:12 – 12:20)<br><br>Marc Bookman<br>(1:22 – 3:02) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy