IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: November 1, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 2

Time Commenced: 8:58 a.m. Time Terminated: 2:52 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Movant calls Ron Wurtz (Direct 8:58. Excused 9:14). Movant calls Bret Dillingham (Direct 9:14; Cross 9:41; Redirect 9:45. Excused 9:46). Morning break – 9:46 a.m. Hearing resumes – 10:02 a.m. Movant calls Anita Burns (Direct 10:02. Excused 10:25). Movant calls Stephanie Elliott (Direct 10:26. Excused 11:07). Movant calls Troy Schnack (Direct 11:08; Cross 11:41. Excused 11:43.) Movant calls Susan Hunt (Direct 11:45).<br><br>AFTERNOON: Lunch break – 12:29 p.m. Hearing resumes – 1:30 p.m. Susan Hunt returns to witness stand (Direct, cont'd 1:30; Cross 1:35. Excused 1:40). Movant calls Lisa Rickert (Direct 1:40; Cross 2:17. Excused 2:24). Movant calls Kurt Lipanovich (Direct 2:24; Cross 2:38. Excused 2:40). Stipulation read into the record re: the testimony of Tommy Kleiner and admitted as Movant's Exhibit 142. Movant's counsel notifies the Court that, for the reasons stated on the record, it has run out of witnesses for the day – 2:48 p.m. The Court strongly admonishes all counsel regarding availability of witnesses.<br><br>Recess – 2:52 p.m. Parties instructed to return by 9:00 a.m. on 11/2/16. | Ron Wurtz<br>(8:58 – 9:14)<br><br>Bret Dillingham<br>(9:14 – 9:46)<br><br>Anita Burns<br>(10:02 – 10:25)<br><br>Stephanie Elliott<br>(10:26 – 11:07)<br><br>Troy Schnack<br>(11:08 – 11:43)<br><br>Susan Hunt<br>(11:45 – 12:29)<br>(1:30 – 1:40)<br><br>Lisa Rickert<br>(1:40 – 2:24)<br><br>Kurt Lipanovich<br>(2:24 – 2:40) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy