IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: November 2, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 3

Time Commenced: 8:58 a.m. Time Terminated: 4:39 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Movant calls Richard "Dick" Burr (Direct 8:58).<br><br>Morning break – 10:29 a.m. Hearing resumes – 10:47 a.m. Dick Burr returns to witness stand (Cross 11:11; Redirect 11:29; Recross 11:34. Excused 11:34). Movant calls Judy Clarke (Direct 11:35).<br><br>AFTERNOON: Lunch break – 12:27 p.m. Hearing resumes – 1:27 p.m. Judy Clarke returns to the stand (Direct, cont'd 1:27. Excused 2:23). Movant calls Laine Cardarella (Direct 2:23. Excused 2:37). Movant calls Holly Jackson (Direct 2:38. Excused 3:15). Afternoon break – 3:15 p.m. Hearing resumes – 3:36 p.m. Movant calls Debra Garvey (Direct 3:36; Cross 4:34. Excused 4:39).<br><br>Evening recess – 4:39 p.m. Parties instructed to return by 9:00 a.m. on 11/3/16. | Richard "Dick" Burr<br>(8:58 – 11:34)<br><br>Judy Clarke<br>(11:35 – 12:27)<br>(1:27 – 2:23)<br><br>Laine Cardarella<br>(2:23 – 2:37)<br><br>Holly Jackson<br>(2:38 – 3:15)<br><br>Debra Garvey<br>(3:36 – 4:39) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy