IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY,<br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 12-08001-CV-W-GAF<br><br>Date: November 3, 2016 |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 4

Time Commenced: 8:58 a.m. Time Terminated: 5:05 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Movant calls David Freedman (Direct 8:58; Cross 10:05. Excused 10:14). Movant calls Robert Fucetola (Direct 10:14). Morning break – 10:21 a.m. Hearing resumes – 10:43 a.m. Robert Fucetola returns to witness stand (Direct, cont'd 10:43; Cross 11:18. Excused 11:25). Movant calls Erin Garman (Direct 11:26; Cross 11:42. Excused 11:45). Movant calls Chris Armstrong (Direct 11:46. Excused 11:53). Lunch break – 11:55 a.m.<br><br>AFTERNOON: Hearing resumes – 12:56 p.m. Offer of proof made re: deposition testimony of Dr. Ramachandran. Movant calls William Logan (Direct 1:00; Cross 2:18. Excused 2:31). Movant calls Marilyn Hutchinson (Direct 2:33). Afternoon break – 2:41 p.m. Hearing resumes – 2:56 p.m. Marilyn Hutchinson returns to witness stand (Direct, cont'd 2:56; Cross 4:48. Excused 4:59). Matters discussed related to the next day's schedule.<br><br>Evening recess – 5:05 p.m. Parties instructed to return by 9:00 a.m. on 11/4/16. | David Freedman<br>(8:58 – 10:14)<br><br>Robert Fucetola<br>(10:14 – 11:25)<br><br>Erin Garman<br>(11:26 – 11:45)<br><br>Chris Armstrong<br>(11:46 – 11:53)<br><br>William Logan<br>(1:00 – 2:31)<br><br>Marilyn Hutchinson<br>(2:33 – 4:59) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy