IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: November 4, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 5

Time Commenced: 8:57 a.m. Time Terminated: 3:14 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Objection made by the Government re: testimony of witnesses as stated on the record – 8:58 a.m. Movant calls Christos Davatzikos (Direct 9:02; Cross 10:11; Redirect 10:29. Excused 10:33). Morning break – 10:33 a.m. Hearing resumes – 10:56 a.m. Movant calls Andrew Newberg (Direct 10:56; Cross 12:12. Excused 12:22).<br><br>AFTERNOON: Lunch break – 12:22 p.m. Hearing resumes – 1:26 p.m. Movant calls Camille Kempke (Direct 1:26; Cross 1:39. Excused 1:39). Movant calls Ruth Kuncel (Direct 1:39; Cross 2:37; Redirect 2:52. Excused 2:54). Afternoon break – 2:54 p.m. Hearing resumes – 3:06 p.m. Movant's counsel notifies the Court that it has run out of witnesses for the day – 3:06 p.m. The Court strongly admonishes counsel for a second time regarding availability of witnesses.<br><br>Evening recess – 3:14 p.m. Parties instructed to return by 9:00 a.m. on 11/7/16. | Christos Davatzikos (9:02 – 10:33)<br><br>Andrew Newberg (10:56 – 12:22)<br><br>Camille Kempke (1:26 – 1:39)<br><br>Ruth Kuncel (1:39 – 2:54) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy