IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: November 7, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 6

Time Commenced: 8:56 a.m. Time Terminated: 4:58 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Various housekeeping matters taken up as stated on the record – 8:56 a.m. Movant calls Charles Sanislow (Direct 9:02). Morning break – 10:33 a.m. Hearing resumes – 10:50 a.m. Charles Sanislow returns to witness stand (Direct, cont'd 10:51; Cross 11:48; Redirect 12:04; Recross 12:06. Excused 12:06).<br><br>AFTERNOON: Lunch break – 12:10 p.m. Hearing resumes – 1:05 p.m. Movant calls Janet Vogelsang (Direct 1:08). Afternoon break – 3:10 p.m. Hearing resumes – 3:32 p.m. Janet Vogelsang returns to witness stand (Direct, cont'd 3:32; Cross 3:33; Redirect 3:38; Recross 3:39. Excused 3:39). Matters taken up as stated on the record – 3:40. Movant calls Diane Mattingly (Direct 3:44. Excused 4:04). Movant calls Danielle "Dani" Waller (Direct 4:06. Excused 4:36). Movant calls Katherine Porterfield (Direct 4:38).<br><br>Evening recess – 4:58 p.m. Parties instructed to return by 9:00 a.m. on 11/8/16. | Charles Sanislow (9:02 – 12:06)<br><br>Janet Vogelsang (1:08 – 3:39)<br><br>Diane Mattingly (3:44 – 4:04)<br><br>Danielle "Dani" Waller (4:06 – 4:36)<br><br>Katherine Porterfield (4:38 – 4:58) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy