IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: November 8, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 7

Time Commenced: 8:58 a.m. Time Terminated: 5:24 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Katherine Porterfield returns to witness stand (Direct, cont'd 9:00). Morning break – 10:39 a.m. Hearing resumes – 10:57 a.m. Katherine Porterfield returns to witness stand (Cross 10:57; Redirect 11:02. Excused 11:04). Movant calls Siddhartha Nadkarni (Direct 11:05; Cross 11:45; Redirect 11:50. Excused 11:51). Movant calls George Woods. Respondent requests short recess in order to review Dr. Woods' PowerPoint slides prior to his testimony – 11:53 a.m.<br><br>AFTERNOON: Lunch break – 12:03 p.m. Hearing resumes – 1:00 p.m. Movant calls George Woods (Direct 1:01). Afternoon break – 3:06 p.m. Hearing resumes – 3:21 p.m. George Woods returns to witness stand (Direct, cont'd 3:21; Cross 4:01; Redirect 4:15. Excused 4:21). Movant withdraws her claims as noted on the record – 4:21 p.m. Movant calls John O'Connor (Direct 4:21).<br><br>Matters taken up re: scheduling for the next two days. Evening recess – 5:24 p.m. Parties instructed to return by 9:00 a.m. on 11/9/16. | Katherine Porterfield (9:00 – 11:04)<br><br>Siddhartha Nadkarni (11:05 – 11:51)<br><br>George Woods (1:01 – 4:21)<br><br>John O'Connor (4:21 – 5:23) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy