IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: November 9, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 8

Time Commenced: 9:00 a.m. Time Terminated: 5:14 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Movant offers a correction to her answer to a question asked by the Court during the previous day's session. John O'Connor returns to witness stand (Direct, cont'd 9:01; Cross 10:09; Redirect 10:37; Recross 10:47. Excused 10:47). Morning break – 10:47 a.m. Hearing resumes – 11:07 a.m. Movant calls Ruben Gur. Movant moves that the Respondent be prohibited from cross-examining Dr. Gur as to Geoffrey Aguirre. The Court denies the motion. Ruben Gur (Direct 11:10)<br><br>AFTERNOON: Lunch break – 12:26 p.m. Hearing resumes – 1:30 p.m. Ruben Gur returns to witness stand (Direct, cont'd 1:30; Cross 2:07; Redirect 2:43; Recross 2:46. Excused 2:48). Movant calls George Parnham (Direct 2:50. Excused 2:56). Afternoon break – 2:56 p.m. Hearing resumes – 3:15 p.m. Movant calls David Owen (Direct 3:15; Cross 3:37; Redirect 4:08; Recross 4:20. Excused 4:21). Movant calls Fred Duchardt (Direct 4:24).<br><br>Matters taken up regarding final day's scheduling. Movant states she will conclude evidence in the morning. Respondent informs the Court it will not present evidence. The Court will allow each side up to a one-hour summation at the conclusion of all evidence presentation. Evening recess – 5:14 p.m. Parties instructed to return by 9:00 a.m. on 11/10/16. | John O'Connor<br>(9:01 – 10:47)<br><br>Ruben Gur<br>(11:10 – 12:26)<br>(1:30 – 2:48)<br><br>George Parnham<br>(2:50 – 2:56)<br><br>David Owen<br>(3:15 – 4:21)<br><br>Fred Duchardt<br>(4:24 – 5:10) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy