IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LISA M. MONTGOMERY, Movant, | ) | Case No. 12-08001-CV-W-GAF |
| vs. | ) | Date: November 10, 2016 |
| UNITED STATES OF AMERICA, Respondent. | ) | |

MINUTES IN CIVIL CASE

HONORABLE Gary A. Fenner presiding in Kansas City, Missouri.

---

Nature of Proceeding: Evidentiary Hearing – Day 9

Time Commenced: 9:00 a.m. Time Terminated: 2:20 p.m.

Appearances by: Kelley Henry; Lisa Nouri; Amy Harwell for Movant
Jeff Valenti; David Ketchmark for Respondent

| **Remarks:** | **Witness:** |
|---|---|
| MORNING: Parties present as shown above. Movant waived her appearance (at doc. 186) and does not appear. Fred Duchardt returns to witness stand (Direct, cont'd 9:00; Cross 9:17). Morning break – 10:30 a.m. Hearing resumes – 10:47 a.m. Fred Duchardt returns to witness stand (Cross, cont'd 10:48. Excused 10:54). Movant calls Ben Leonard (Direct 10:55; Cross 10:59. Excused 11:00). Movant rests – 11:00 a.m. Respondent will present no evidence and rests – 11:00 a.m. Lunch break – 11:02.<br><br>AFTERNOON: Hearing resumes – 1:02 p.m. Movant's closing summation – 1:02 p.m. Respondent's closing summation – 1:49 p.m. Movant's rebuttal – 2:11 p.m.<br><br>Matter taken under advisement. Court adjourned – 2:20. | Fred Duchardt<br>(9:00 – 10:54)<br><br>Ben Leonard<br>(10:55 – 11:00) |

Court Reporter: Kathy Calvert By Terri Moore, Courtroom Deputy