IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

LISA M. MONTGOMERY,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

Case No. 12-08001-CV-SJ-GAF
Crim. No. 05-06002-01-CR-SJ-GAF

Govt's
EXHIBITS

| | | |
|---|---|---|
| | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Trial Transcript, Volume I |
| 2 | | | | Trial Transcript, Volume II |
| 3 | | | | Trial Transcript, Volume III |
| 4 | | | | Trial Transcript, Volume IV |
| 5 | | | | Trial Transcript, Volume V |
| 6 | | | | Trial Transcript, Volume VI |
| 7 | | | | Trial Transcript, Volume VII |
| 8 | | | | Trial Transcript, Volume VIII |
| 9 | | | | Trial Transcript, Volume IX |
| 10 | | | | Trial Transcript, Volume X |
| 11 | | | | Trial Transcript, Volume XI |
| 12 | | | | Trial Transcript, Volume XII |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 13 | | | | Trial Transcript, Volume XIII |
| 14 | | | | Trial Transcript, Volume XIV |
| 15 | | | | Trial Transcript, Volume XV |
| 16 | | | | Deposition: Ray Conrad |
| 17 | | | | Deposition: Dr. V.S. Ramachandran |
| 18 | | | | Transcript Excerpt, Dr. Helen Mayberg |
| 19 | | | | Transcript Excerpt, Dr. Alan Evans |
| 20 | | | | Transcript Excerpt, Dr. Mary Case |
| 21 | | | | Interview Notes: 4/3/07 Meeting with Counsel |
| 22 | | | | FBI 302: SA Lipanovich interview of Tommy Kleiner (3/29/07) |
| 23 | | | | Criminal history printout of Tommy Kleiner, ran by SA Lipanovich on 4/2/07 |
| 24 | | | | FBI 302: SA Lipanovich'telephonic interview of Erin Garman (4/5/07) |
| 25 | | | | Tommy Kleiner Propbation form, entitled "Fourth Judicial District Report Form" |
| 26 | | | | FBI 302: Trial Subpoena issued to Erin Garmin for a computer screen printout, entitled "Full Court" |
| 27 | | | | Memorandum of Interview, prepared by Ron Ninemire from an interview of Tommy Kleiner (9/28/07) |
| 28 | | | | Packet of subpoenaed material regarding Tommy Kleiner's Kansas probation (12/16/04) |
| 29 | | | | Undated letter from Tommy Kleiner to Judge Gary Fenner |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 30 | | | | Email thread involving Fred Duchardt, Matt Whitworth and the Department regarding Fred's attempts to get the case de-certified as a capital case |
| 31 | | | | Fred Duchardt Billing Records |
| 32 | | | | John O'Connor Billing Records |
| 33 | | | | David Owen Billing Records |
| 34 | | | | Transcript Excerpt, Dr. Park Dietz |
| 35 | | | | Transcript Excerpt, Dr. Dan Martell |
| 36 | | | | Collection of video discs, capturing the forensic interview of Lisa Montgomery |
| 37 | | | | FBI transcription of forensic interview discs |
| 38 | | | | Ron Walker's social background summary |
| 39 | | | | |
| 40 | | | | |
| 41 | ✓ | 11/9 | 10:43a | Statement of John O'Connor |
| 42 | ✓ | 11/10 | 9:23a | Statement of Fred Duchardt |
| 43 | | | | |
| 44 | ✓ | 11/10 | 11:01a | 2014 Truncated transcript - Dr. Gur. |
| 45 | ✓ | 11/10 | 11:01a | Judge Gaitan's Order on Nelson 2255 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| | | | | |

I certify that I have this date 4/18/2016 received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

______________________________

Jeffrey Valenti
PRINTED NAME

[signature]
SIGNATURE