IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| LISA M. MONTGOMERY, | ) | |
| *Movant,* | ) | |
| | ) | Case No. 4:12-cv-08001-GAF |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent.* | ) | |

NOTICE OF APPEAL

Comes now movant Lisa Montgomery, by and through counsel, and appeals to the United States Court of Appeals for the Eighth Circuit the Court's final judgment and order denying Movant's Motion To Vacate For Collateral Relief To Vacate, Set Aside Or Correct Sentence And For New Trial including the following orders: Docket Entry No. 59, June 25, 2013 Order Denying Motion to Reassign Case; Docket Entry No. 65, September 10, 2013 Order Supplementing Order Denying Motion to Reassign; Docket Entry No. 173, December 21, 2015 Order Denying In Part Motion To Vacate And Denying Motion For Discovery; and Docket Entry No. 212, March 3, 2017 Order Denying Motion To Vacate For Collateral Relief To Vacate, Set Aside Or Correct Sentence And For New Trial.

Respectfully submitted,

LISA G. NOURI, Mo. Bar No. 32800
2526 Holmes
Kansas City, MO 64108
(816) 471-1000

KELLEY J. HENRY, Mo. Bar No. 38849
Supervisory Asst. Federal Public Defender
AMY D. HARWELL
Asst. Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway Street, Suite 200
Nashville, TN 37203
(615) 736-5047

BY: /s/ *Kelley J. Henry*
Counsel for Lisa Montgomery

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2017, the above-captioned document was served electronically on David Ketchmark and Jeffrey Valenti, Assistant United States Attorneys representing the government in this matter, through the Court's CM/ECF filing system.

/s/ *Kelley J. Henry*
Counsel for Lisa Montgomery