U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT

# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

Case Caption: Montgomery v. United States of America

Case No. 12-cv-8001-GAF

---

Appellant: **Lisa M. Montgomery**

Appellee: USA

Appellant's Attorney(s):

**Kelley J. Henry**
Office of the Federal Public Defender
810 Broadway Street
Suite 200
Nashville, TN 37203
(615) 736-5047
Fax: (615) 736-5265
Email: kelley_henry@fd.org

Appellee's Attorney(s):

**David M Ketchmark**
United States Attorney's Office-KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
816-426-4102
Fax: 816-426-7080
Email: david.ketchmark@usdoj.gov

Court Reporter(s):

Kathy Calvert, Jeannine Rankin

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO 64106**

Contact Person for Appeal:
**Willie Crespo** 816-512-5068

---

| | | | |
|---|---|---|---|
| Length of Trial: 0 | Fee: $505 | IFP: No | Pending IFP Motion: No |
| Counsel: Retained | Pending Motions? No | Local Interest? **No** | Simultaneous Release? **No** |

**Special Comments:**