**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION**

| | |
|---|---|
| LISA M. MONTGOMERY,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil No. 12-08001-CV-SJ-GAF<br>Crim. No. 05-06002-01-CR-SJ-GAF |

**ENTRY OF APPEARANCE**

Comes now the United States of America, by and through its undersigned attorney, Bruce E. Clark, Assistant United States Attorney, and enters his appearance as attorney of record for the United States of America in the above-referenced case.

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By ***/s/Bruce E. Clark***

Bruce E. Clark
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 6, 2017, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Bruce E. Clark
Bruce E. Clark
Assistant United States Attorney